## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| _____ Reorganized Debtors.[1] _____ | ) | Jointly Administered |

## AGREED ORDER RESOLVING
## CLAIM NO. 923 FILED BY IDELLE LABS

This matter is before the Court upon (i) the Debtors' Seventh Omnibus Objection to Overstated Claims as it pertains to Claim No. 923 filed by Idelle Labs. (Docket No. 6620) and (ii) Idelle Labs' response to the objection (Docket No. 7022). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      Claim No. 923 filed by Idelle Labs is reduced and allowed as a prepetition, non-priority claim in the total amount of $26,189.05 against Winn-Dixie Stores, Inc., and the remainder of Claim Number 923 is disallowed.

2.      Claim No. 923 will be treated in accordance with plan class 14, and distribution on account of Claim No. 923 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3.    This Order resolves (i) all liabilities and obligations related to Claim No. 923 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4.    Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

5.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _21_ day of ~~May~~ June, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.


SMITH HULSEY & BUSEY                    IDELLE LABS


By    *s/ Leanne McKnight Prendergast*        By _____
        Stephen D. Busey                            Perry Sansone
        James H. Post                               Vice President of Sales
        Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors


566887