UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No. 05-03817-3F1
                                               )
WINN-DIXIE STORES, INC., et al.,                          Chapter 11
                                               )
    Reorganized Debtors.                                  Jointly Administered
_____)

## ORDER ON DEBTORS' SECOND MOTION
## TO COMPEL DISCOVERY FROM VISAGENT

Before the Court is Reorganized Debtors' second motion (Docket No. 16231) to compel Visagent Corporation to respond to Debtors' discovery requests. The Court conducted a hearing on the motion on June 14, 2007. Upon consideration, it is

ORDERED:

1. The Reorganized Debtors' second motion (Docket No. 16231) to compel against Visagent Corporation is granted in part and denied in part.

2. Visagent Corporation shall produce within 20 days of the date of this Order the original computer disk or disks from which Visagent Corporation obtained the information Visagent Corporation produced to Debtors pursuant to Visagent Corporation's Supplemental Response to Debtors' First Request for Production.

3. Visagent Corporation has represented to the Court and the Debtors that it has produced all documents in its possession, custody or control responsive to Document Request Numbers 5 through 9, 12, 13, and 15 through 21. If Visagent Corporation discovers responsive documents other than those which Visagent Corporation has already produced (Bates Stamped WD00001-WD20535), Visagent Corporation shall produce such documents to the Debtors no later than 60 days prior

to the beginning date of any trial on this matter, failing which, Visagent Corporation will be precluded from using such documents at trial.

    4.    Visagent Corporation responded to Interrogatory Numbers 5, 9, 10, 11, 15 and 17 by stating that the answer to those interrogatories can be derived or ascertained from documents which Visagent produced or agreed to produce. Visagent Corporation shall identify by Bates Stamp Number the documents and electronically stored information from which the answer to such interrogatories may be derived or ascertained with the specificity required by Rule 7033(d) of the Federal Rules of Bankruptcy Procedure no later than 60 days prior the beginning date of any trial on this matter, failing which, Visagent Corporation will be precluded from using such documents at trial.

Dated this 21 day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

David L. Gay is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

00569489