UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al | Chapter 11 |
| Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF MOTION/APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM BY DIM VASTGOED NV, STORE NUMBER 903 [DOCKET ENTRY # 13686]**

**COMES NOW** DBR ASSET MANAGEMENT LLC, as Agent for DIM VASTGOED NV, by and through their undersigned counsel, and hereby gives notice of withdrawal of Motion/Application For Administrative Expense Claim By DIM Vastgoed NV, Store Number 903[Docket Entry # 13686].

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the foregoing was furnished by electronic filing this 22nd day of June, 2005 to Adam S. Ravin, Esquire, Skadden, Arps, Slate, Meagher & Flom LLP, Attorneys for Debtor, Four Times Square, New York, NY 10036-6522, Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, and Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

GLATTER & ASSOCIATES, P.A.
2000 Glades Road  Suite 204
Boca Raton, FL 33431
(561) 391-3369 Telephone
(561) 391-3786 Facsimile
eric@glatterlaw.com

By:   /s/Eric S. Glatter
Eric S. Glatter, Esq.
Florida Bar No.: 793663