UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

## <u>ORDER STRIKING MOTION TO SET ASIDE ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON INSUFFICIENT DOCUMENTATION OR LATE FILED PROOFS OF CLAIM</u>

The Court finds that the Motion to Set Aside Order on Debtors' Omnibus Objection to unresolved Litigation Claims based on Insufficient documentation or late filed proofs of claims filed by Martin L. Hannan, on behalf of Toni Roy on June 18, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Set Aside Order on Debtors' Omnibus Objection to unresolved Litigation Claims based on Insufficient documentation or late filed proofs of claims filed by Martin L. Hannan on behalf of Toni Roy on June 18, 2007, is stricken from the record.

**DATED June 21, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Martin Hannan, 9370 SW 72nd Street, Suite A-266, Miami, FL 33173

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: baldws              Page 1 of 1           Date Rcvd: Jun 21, 2007
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Jun 23, 2007.
aty         +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
            +Martin Hannan,   9370 SW 72nd Street,   Suite A-266,   Miami, FL 33173-3285
The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2007**                           **Signature:**        *Joseph Speetjens*