Sedgwick

Sedgwick Claims Management Services Inc
P.O. Box 24787 Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

December 8, 2005

Diana Clark
113 Valrico Station Rd Apt 13
Valrico, FL 33594

RE:  Customer:       Diana Clark
     Date of Injury: 12/03/2005
     Claim Number:   A51121477-0001-01
     Winn Dixie:     12-0647-001 Seffner FL

Dear Ms. Clark:

I have been unable to reach you by phone to discuss the incident in Winn Dixie. Please call me on my toll free number 888-784-3470, extension 5311.

Sincerely,

[signature]

Felicia Crooms
GL Claims Examiner II

(Esta carta es en referencia al incidente que ocurrio en Winn-Dixie. Por favor ponga an interprete en contacto con migo.)

**EXHIBIT "A"**