

## Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

January 25, 2006

William W Tison Esq
4601 North America
Tampa FL 33603

RE:  Claimant:      Diana Clark
     Date of Injury: 12/03/2005
     Location:       Winn Dixie #
                     North Grove Shopping Center 725 Martin Luther King Jr. Blv
                     Seffner, FL 33584
     Division:
     Claim Number: A511214777-0001-01

Dear Sir or Madam:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide a status as to Diana Clark's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at (904)419-5311.

Sincerely,

Felicia Holland
GL Claims Examiner II

Encl.

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocurrió en Winn Dixie. Por favor ponga un interprete en contacto con

**EXHIBIT "B"**