UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| | Jointly Administered |
| Reorganized Debtors. | |

**AFFIDAVIT OF KATIE CLARK IN SUPPORT OF MOTION TO ENLARGE TIME FOR KATIE CLARK TO FILE AN APPLICATION FOR AN ADMINISTRATIVE EXPENSE CLAIM**

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared Katie Clark, who, being duly sworn, deposes and states:

1. I am over 21 years of age and am otherwise *sui juris*. I make this affidavit of my own personal knowledge.

2. I make this affidavit in support of Diana Clark's Motion to Enlarge the Time to File an Administrative Expense Claim.

3. On December 3, 2005, my daughter, Diana Clark, sustained extensive injuries to her left knee in a slip and fall which occurred as a result of a dangerous condition inside the Winn-Dixie store located at 725 Martin Luther King Jr. Boulevard, in the North Grove Shopping Center, Seffner, Florida 33584.

4. Following the slip and fall, my daughter was hospitalized and eventually underwent surgery to repair her left knee.

**Exhibit "D"**

5.     Prior to the slip and fall, my daughter resided at 113 Valrico Station Road, Apartment 11, Valrico, Florida 33594.

6.     After my daughter was discharged from the hospital, she moved in with me because she was unable walk up and down the stairs at her apartment.

7.     Her lease for her apartment did not expire until approximately April 2006 so she kept the apartment and I began picking up her mail from the apartment.

8.     In or about the middle of January 2006, I made a written request to the U.S. Postal Service to forward, for a period of one year, my daughter's mail from her apartment located at 113 Valrico Station Road, Apartment 11, Valrico, Florida 33594 to my residence located at 13378 Gavin Rd., Dover, FL 33527.

9.     In or about January 2006, my daughter's mail began arriving at my residence. My daughter continued to receive mail at my residence until January 2007.

10.    I have never received copies of the Plan, the Bar Date Notice, or any other documents addressed to my daughter notifying her that January 5, 2007, was the deadline for her to file an administrative expense claim against the Debtors.

11. In fact, in or about December 2006, when Logan purportedly mailed a copy of the Bar Date Notice to my daughter, I was receiving all of my daughter's mail at my residence pursuant to the U.S. Postal Service's mail forward. The Bar Date Notice never arrived at my residence.

FURTHER AFFIANT SAYETH NAUGHT.

_____
KATIE CLARK

SWORN TO AND SUBSCRIBED BEFORE ME this 22nd day of June, 2007, by KATIE CLARK, who (is personally known) or who produced _____ as identification and who did take an oath.

[Notary Seal: JANICE P. HARRIS, MY COMMISSION # DD 645418, EXPIRES: April 14, 2011, Bonded Thru Notary Public Underwriters]

_____
Name (printed)

_____
Notary Public (signature)

My Commission Expires: