UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| | Jointly Administered |
| Reorganized Debtors. | |
| _____/ | |

### AFFIDAVIT OF LEE PITISCI IN SUPPORT OF MOTION TO ENLARGE TIME FOR DIANA CLARK TO FILE AN APPLICATION FOR AN ADMINISTRATIVE EXPENSE CLAIM

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

BEFORE ME, the undersigned authority, personally appeared , Lee Pitisci who, being duly sworn, deposes and states:

1. I am over 21 years of age and am otherwise *sui juris*. I make this affidavit of my own personal knowledge.

2. I am an attorney with the Law Offices of Pitisci, Dowell, Markowitz & Murphy, located at 609 E. Jackson Street, Suite 100, Tampa, Florida 33602.

3. I am duly authorized to practice law in the State of Florida.

4. I make this affidavit in support of Diana Clark's Motion to Enlarge the Time to File an Administrative Expense Claim.

5. On December 3, 2005, Diana Clark ("Ms. Clark") sustained extensive injuries to her left knee in a slip and fall which occurred as a result of a

**Exhibit "F"**

dangerous condition inside the Winn-Dixie store located at 725 Martin Luther King Jr. Boulevard, in the North Grove Shopping Center, Seffner, Florida 33584.

6. Ms. Clark went to the hospital immediately following the slip and fall and eventually underwent surgery to repair her left knee.

7. After the surgery, Ms. Clark continued to receive follow-up treatment for her injuries.

8. Ms. Clark has incurred substantial medical bills in connection with the surgery and follow-up treatment.

9. On December 5, 2005, Ms. Clark retained Attorney William Tison to represent her in filing a lawsuit against the Debtors in connection with injuries she sustained as a result of the slip and fall.

10. On November 3, 2006, Ms. Clark and Attorney William Tison affiliated me to assist in filing a lawsuit against the Debtors in connection with injuries she sustained as a result of the slip and fall.

11. Ms. Clark is obligated to pay myself and Mr. Tison for attorney fees and costs in connection with this representation.

12. I did *not* file a notice of appearance or any other notice in the Debtors' bankruptcy cases directing the Debtors to provide notices to me in lieu of Ms. Clark because Ms. Clark never asked me to do so.

13. I never received copies of the Plan, never personally saw the Bar Date

Notice, or any other document notifying me that January 5, 2007, was the deadline to file an administrative expense claim against the Debtors prior to the Claims Bar Date running, as I was out of town.

14. I was out of the office from December 21, 2006, and returned January 8, 2007, due to surgery and the holidays and therefore the claims bar date had run prior to my return to my office.

15. My office received a correspondence with attachments from Attorney Tison January 3, 2007, which contained numerous medical records and bills, health care issues, and the Bankruptcy Notice which my paralegal filed prior to my review and after the Claims Bar Date had run.

16. Subsequently, on May 11, 2007, the undersigned forwarded a demand package to Felicia Crooms at Sedgwick Claims Management to resolve Ms. Clark's personal injury case.

17. I did not learn January 5, 2007, was the bar date until May 30, 2007, when I received the correspondence from Felicia Crooms to Attorney Tison advising him of the claims bar date.

18. Immediately upon learning of the claims bar date, Ms. Clark, Mr. Tison, and myself retained Stichter, Riedel, Blain & Prosser, P.A. to prepare and file, on Ms. Clark's behalf, an application for an administrative expense claim and a motion to allow the tardily filed claim.

FURTHER AFFIANT SAYETH NAUGHT.

_____
D. LEE PITISCI

SWORN TO AND SUBSCRIBED BEFORE ME this ___ day of June, 2007, by D. LEE PITISCI, who is personally known or who produced _____ _____ as identification and who did take an oath.

JANICE P. HARRIS
MY COMMISSION # DD 645418
EXPIRES: April 14, 2011
Bonded Thru Notary Public Underwriters

Janice P. Harris
Name (printed)

_____
Notary Public (signature)

My Commission Expires: