# Law Office of
# TISON & GRANT, P.A.

*William W. Tison, III*
*John A. Grant, III*

*Personal Injury*
*Criminal Defense*

January 6, 2006

**CERTIFIED, RETURN RECEIPT REQUESTED**
**7003 2260 0007 1970 8884**

Sedgwick Claims Management Services Inc.
ATTN: Felicia Crooms
P.O. Box 24787
Jacksonville, Florida 32241-4787

| | | |
|---|---|---|
| RE: | Our Client : | Diana Clark |
| | Your Insured : | Winn-Dixie Stores |
| | Claim No : | S511214777-0001-01 |
| | Date of Loss : | December 3, 2005 |

Dear Ms. Crooms:

Our law firm represents Diana Clark in a claim for personal injuries arising out of an incident that occurred on December 3, 2005.

This letter is sent pursuant to §627.4137, Florida Statutes, and constitutes a request for disclosure of the information required by the aforementioned statute. Accordingly, please provide within thirty (30) days of this request, a statement, under oath, of a corporate officer, or a claims manager or superintendent setting forth the following information with regard to each known policy of insurance, including excess or umbrella insurance.

1. The complete name and address of your automobile insurance company and any other insurance company that may provide coverage for this incident;

2. The name of each insured under your policy and the name of any person insured under any additional policy who may be liable for the injuries caused by this incident;

3. The limits of the liability coverage provided by all of the insurance policies indicated in your response to paragraphs (1) and (2);

4. A statement of any policy or coverage defense that you reasonably believe is available to you at the time of filing your statement;

**Exhibit "G"**

4601 North Armenia Avenue, Tampa, Florida 33603
(813) 739-1776 * (813) 998-9329 Fax

Sedgwick Claims Management Services Inc.
January 6, 2006
Page 2

      5.     A certified copy of the policy including all clauses, riders, endorsements, and papers which are a part thereof;

      6.     The name(s), address(es), phone and fax numbers of the specific claims adjuster(s) handling this claim; and

      7.     Copies of any statements made by any person involved in or who was a witness to the incident.

In accordance with the aforementioned statute, please send us any written amendments to your statement immediately upon your discovery of any facts calling for an amendment to your statement. Also, as required by the aforementioned statute, please forward a copy of this written request to any affected insurers.

Upon receipt of this correspondence, please contact our office to discuss this matter. However, should I not hear from you or your insurance company within ten (10) days from the date of this letter, I will have no choice but to have papers served upon you and a legal action commenced. Thank you for your immediate attention to this matter.

                                              Sincerely,

                                              TISON & GRANT, P.A.

                                              WILLIAM W. TISON, III
                                              Attorney at Law

WWT/td

cc: Diana Clark