TOTAL P.01



Sedgwick Claims Management Services Inc
P.O. Box 24787, Jacksonville, FL 32241-4787
Phone: (888)784-3470 Fax: (904)419-5365

**Sedgwick Claims Management Services, Inc.**

# FAX

| | |
|---|---|
| To: William Tison | From: Felicia Holland |
| Company: Winn-Dixie Stores, Inc. | Date: February 09, 2006 |
| Fax Number: 813-998-9329 | No. of Pages Including Cover: |

Re: please call me to set up a recorded statement with your client, I am available any day except Thursday's. 904-419-5311

Customer: Diana Clark
Date of Injury: 12/03/2005
Store No.:          Winn Dixie #:

File Number: A511214777-0001-01
Description:

Please advise who is responsible for common areas. If the landlord is responsible, please provide their name, address and telephone number.

Exhibit "I"