

Sedgwick Claims Management Services Inc
P.O. Box 24787, Jacksonville, FL 32241-4787
Phone: (888)784-3470  Fax: (904)419-5365

**Sedgwick Claims Management Services, Inc.**

# FAX

To:  William Tison Esq

From: Felicia Holland

Company:  Winn-Dixie Stores, Inc.

Date: March 07, 2006

Fax Number: 813-998-9329

No. of Pages Including Cover:

Re: please call me to set up a recorded statement with your client, I am available any day except Thursday's 904-419-5311

Customer:  Diana Clark
Date of Injury:  12/03/2005
Store No.:  Winn Dixie #:

File Number:  A511214777-0001-01
Description:

Please advise who is responsible for common areas. If the landlord is responsible, please provide their name, address and telephone number.

Exhibit "J"