UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


In re:                                                    Chapter 11

WINN-DIXIE STORES, INC., et al.,                          Case No. 05-03817-3F1
                                                          Jointly Administered
      Reorganized Debtors.

_____/


APPLICATION FOR ALLOWANCE AND
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM


Diana Clark ("Ms. Clark"), by and through her undersigned counsel, hereby files her Application for Allowance and Payment of Administrative Expense Claim (the "Application") and seeks the entry of an order allowing her administrative expense claim and directing the Debtors to pay her administrative expense claim pursuant to the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. In support of her Application, Ms. Clark represents as follows:

**Jurisdiction and Venue**

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

2.    This is a core proceeding pursuant to 28 U.S.C. §157.

3.    Venue of the Debtors' Chapter 11 cases and this Application in this Court is proper pursuant to 28 U.S.C. §§1408 and 1409.


**Exhibit "L"**

4.    The statutory predicate for the relief sought herein is Section 503(b) of the United States Bankruptcy Code (the "Bankruptcy Code").

## Background

5.    The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005.

6.    On February 22, 2005, this Court entered an order jointly administering the Debtors' Chapter 11 cases under Case No. 05-03817-3F1.

7.    On December 3, 2005, Diana Clark ("Ms. Clark") sustained extensive injuries to her left knee in a slip and fall which occurred as a result of a dangerous condition inside the Winn-Dixie store located at 725 Martin Luther King Jr. Boulevard, in the North Grove Shopping Center, Seffner, Florida 33584. Ms. Clark went to the hospital immediately following the slip and fall and eventually underwent surgery to repair her left knee, more specifically, a comminuted stellate fracture with displacement of the patella on the left. After the surgery, Ms. Clark continued to receive follow-up treatment for her injuries.

8.    Ms. Clark has incurred substantial medical bills in connection with the surgery and follow-up treatment.

9.    On December 5, 2005, Ms. Clark retained William Tison ("Mr. Tison") of the Law Offices of Tison & Grant, P.A. to represent her in filing a lawsuit against the Debtors in connection with the injuries sustained as a result of the slip and fall. Subsequently, on November 3, 2006, Ms. Clark and Mr. Tison affiliated Lee Pitisci (Mr.

Pitisci) of the Law Offices of Pitisci, Dowell, Markowitz & Murphy to assist with filing this lawsuit.

### Relief Requested and Grounds Therefor

10.    By this Motion, Ms. Clark seeks the entry of an order allowing her administrative expense claim and directing the Debtors to pay her administrative expense claim pursuant to the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

11.    Section 503(b) of the Bankruptcy Code provides for the allowance and payment of administrative expenses ". . . including the actual, necessary costs and expenses of preserving the estate . . ."

12.    Injuries sustained from a post-petition tort committed by a debtor are entitled to administrative expense priority. *See Reading Co. v. Brown*, 391 U.S. 471 (1968). *See also, In re Piper Aircraft Corp.*, 169 B.R. 766 (Bankr. S.D. Fla. 1994).

13.    Since Ms. Clark's injuries occurred on December 3, 2005, ten (10) months after the Petition Date, but prior to confirmation of the Debtors' plan, Ms. Clark's claim is entitled to administrative expense priority.

WHEREFORE, Diana Clark respectfully requests the entry of an order:

A.    approving the Application;

B.    allowing her administrative expense claim;

3

C.      directing the Debtors to pay her administrative expense claim; and

D.      providing such other and further relief as is just and proper.

Dated this 25th day of June, 2007.

/s/ Amy Denton Harris
Stephen R. Leslie
Florida Bar No. 0000349
Amy Denton Harris
Florida Bar No. 0634506
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
sleslie@srbp.com
aharris@srbp.com
Attorneys for Diana Clark and Lee Pitisci

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the following either electronically via the Court's CM/ECF system or by U.S. Mail on this 25th day of June, 2007:

Stephen D. Busey, Esquire
James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Facsimile: (904) 359-7708

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 822-5194

Elena L. Escamilla, Esquire
Office of the United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, Florida 32801

/s/ Amy Denton Harris
Amy Denton Harris
Florida Bar No. 634506