UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,    Case No.: 3-05-bk-3817(JAF)

    Debtors,    Chapter 11

_____/    Jointly Administered

### NOTICE OF WITHDRAWAL OF MOTION TO SET HEARING ON APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE, DOCKET NUMBER 16501

COMES NOW, Applicant, Thelma Carter, by and through her undersigned attorney and files this her Notice of Withdrawal of Motion to Set Hearing on Application for Allowance of Administrative Expense, Docket Number 16501 and requests cancellation of any hearing or any other events set in this matter.

    /s/Lawrence J. Marraffino
    LAWRENCE J. MARRAFFINO, P.A.
    Lawrence J. Marraffino, Esq.
    Florida Bar No.: 438390
    Attorney for Applicant
    3312 W. University Ave, Suite 2
    Gainesville, FL 32607
    Ph:   (352) 376-0102
    Fax:  (352) 376-6554

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was electronically filed with the U.S. Bankruptcy Court on this 25th day of June, 2007, and that the Bankruptcy Notification Center will furnish a copy of this document via electronic notification or U.S. Mail within two business days of filing. *Note: For verification of the date of service by Bankruptcy Noticing Center, please check the docket entry for the BNC Certificate of Mailing related to this document.*

    /s/Lawrence J. Marraffino
    LAWRENCE J. MARRAFFINO, P.A.
    Lawrence J. Marraffino, Esq.
    Florida Bar No.: 438390
    3312 W. University Ave, Suite 2
    Gainesville, FL 32607
    Ph:   (352) 376-0102
    Fax:  (352) 376-6554