UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY CURRY FORD LP (STORE NO. 2267)

This cause came before the Court on the Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively the "Reorganized Debtors") (Docket No. 7966) and the Objection to Debtors' Amended Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Developers Diversified Realty Corp., Weingarten Realty Investors, WRI/TEXLA, LLC, RMC Property Group, Four Florida Shopping Centers LP, Curry Ford LP ("Curry Ford") and Palm Springs Mile Associates, Ltd. (Docket No. 8927) with respect to Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766, 2211 and 2267 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 2267.[1]

2. Proof of claim number 11196 filed by MCP Real, LLC (Curry Ford East)[2] with

---

[1] This Agreed Order only resolves the Cure Objection as to Store No. 2267 and proof of claim numbers 11196 and 13266 filed by MCP Real, LLC (Curry Ford East), as agent for Curry Ford LP (the landlord for Store No. 2267). This Agreed Order does not resolve the Cure Objection or proofs of claim filed by Developers Diversified Realty Corp., Weingarten Realty Investors, WRI/TEXLA, LLC, RMC Property Group, Four Florida Shopping Centers LP and Palm Springs Mile Associates, Ltd. (the landlords for Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766 and 2211).

respect to Store No. 2267 is allowed as an administrative claim in the amount of $6,423.61, which the Reorganized Debtors have paid in full. Proof of claim number 13266 filed by MCP Real, LLC (Curry Ford East) is disallowed in its entirety.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims, including and not limited to the claims asserted in Docket No. 14382, pertaining to Store No. 2267 filed by Curry Ford and MCP Real, LLC (Curry Ford East) in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 2267 that Curry Ford and MCP Real, LLC (Curry Ford East) have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released; provided, however, that 2006 year end adjustments, for common area maintenance, taxes, insurance and similar charges, if any, will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 25 day of June, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00570026

---

[2] Proof of claim numbers 11196 and 13266 were filed on behalf of Curry Ford LP (the landlord for Store No. 2267) by MCP Real, LLC (Curry Ford East).

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| KELLEY DRYE & WARREN LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Robert L. LeHane* * <br> Robert L. LeHane | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 101 Park Avenue <br> New York, NY 10178 <br> (212) 808-7800 <br> (212) 808-7897 (facsimile) <br> rlehane@kelleydrye.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Curry Ford LP | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00570026