UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY DEVELOPERS DIVERSIFIED REALTY CORPORATION, CLAIM NUMBER 10029 FILED BY COMMUNITY CENTERS ONE, LLC AND CLAIM NUMBER 10073 FILED BY DDR MDT CARILLON PLACE, LLC (STORE NO. 739)

This cause originally came before the Court on the Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Debtors' Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 1961) and the objection to the Debtors' Motion filed by Developers Diversified Realty Corporation[1] ("Developers"), Krusch Properties, LC, RMC Property Group, BV Belk Properties and Four Florida Shopping Centers, LP (Docket No. 2171) with respect to Store Nos. 417, 739, 1255, 2718, 2735, 2039, 748, 2001, 2003, 360 (the "Cure Objection").

This cause also came before the Court for hearing upon the Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (the "Thirteenth Omnibus Objection") filed by the Reorganized Debtors (Docket No. 8425). The Reorganized Debtors agreed to continue the Thirteenth Omnibus

---

[1] Developers Diversified Realty Corporation is the property management company for DDR MDT Carillon Place, LLC (the landlord for Store No. 739). Community Centers One, LLC is the former landlord for Store No. 739.

Objection with respect to claim number 10029 filed by Community Centers One, LLC ("Community Centers"). On August 15, 2006, the Court entered an order (Docket No. 10272) correcting the Docket No. 9190 order dated July 13, 2006 sustaining the Thirteenth Omnibus Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Thirteenth Omnibus Objection as to claim number 10029 and other claims.

This cause also came before the Court for hearing upon the Twenty-Second Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims and (F) Amended and Superseded Claims (the "Twenty-Second Omnibus Objection") filed by the Reorganized Debtors (Docket No. 10873). The Reorganized Debtors agreed to continue the Twenty-Second Omnibus Objection with respect to claim number 10073 filed by DDR MDT Carillon Place, LLC ("Carillon Place"). On October 12, 2006, the Court entered an order (Docket No. 11892) sustaining the Twenty-Second Omnibus Objection as to the proofs of claim listed on the exhibits to the order and continuing the hearing on the Twenty-Second Omnibus Objection as to claim number 10073 and other claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 739.[2]

2. Claim number 10029 filed by Community Centers with respect to Store No. 739 is disallowed in its entirety.

3. Claim number 10073 filed by Carillon Place with respect to Store No. 739 is allowed as an administrative priority claim in the amount of $3,472.41. Within fourteen (14)

---

[2] This Agreed Order only resolves the Cure Objection as to Store No. 739 and proof of claim numbers 10029 filed by Community Centers One, LLC and 10073 filed by DDR MDT Carillon Place, LLC. This Agreed Order does not resolve the Cure Objection or proofs of claim filed by Developers Diversified Realty Corporation (the property management company for Store Nos. 417, 1255, 2718, and 2735), Krusch Properties LC (the landlord for Store No. 2039), RMC Property Group (the landlord for Store No. 748), BV Belk Properties (the landlord for Store Nos. 2001 and 2003) and Four Florida Shopping Centers, LP (the landlord for Store No. 360).

business days of entry of this Agreed Order, the Reorganized Debtors will pay Carillon Place[3] $3,472.41 in full satisfaction of any right to cure Carillon Place has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 739.

4.  This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims, including and not limited to claims asserted in Docket No. 14384, pertaining to Store No. 739 filed by Developers, Community Centers and Carillon Place in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 739 that Developers, Community Centers and Carillon Place have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released; provided, however, that 2006 year end adjustments, for common area maintenance, taxes, insurance and similar charges, if any, will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 25 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00568098

---

[3] The Reorganized Debtors will remit the $3,472.41 payment to DDR MDT Carillon Place, LLC at P.O. Box 92472, Cleveland, Ohio, 44193.

3

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| KELLEY DRYE & WARREN LLC | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Robert L. LeHane**  <br> Robert L. LeHane | By  *s/ Cynthia C. Jackson*  <br> Cynthia C. Jackson, F.B.N. 498882 |
| 101 Park Avenue <br> New York, New York 10178 <br> (212) 808-7800 <br> (212) 808-7897 (facsimile) <br> rlehane@kelleydrye.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Developers Diversified Realty, Community Centers One, LLC and DDR MDT Carillon Place, LLC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00568098