UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY DEVELOPERS DIVERSIFIED REALTY CORP., WEINGARTEN REALTY INVESTORS, WRI/TEXLA, LLC, RMC PROPERTY GROUP, FOUR FLORIDA SHOPPING CENTERS LP, AND PALM SPRINGS MILE ASSOCIATES, LTD. (STORE NOS. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766 AND 2211)**

This cause came before the Court on the Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively the "Reorganized Debtors") (Docket No. 7966), the Objection to Debtors' Amended Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Developers Diversified Realty Corp. ("Developers"), Weingarten Realty Investors ("Weingarten"), WRI/TEXLA, LLC ("WRI/TEXLA"), RMC Property Group ("RMC"), Four Florida Shopping Centers LP ("Four Florida"), Curry Ford LP and Palm Springs Mile Associates, Ltd. ("Palm Springs Mile") (Docket No. 8927) with respect to Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766, 2211 and 2267 (the "Cure Objection"), and the Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims,

(B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (Docket No. 8425). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.  The Cure Objection is overruled as to Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766[1] and 2211.[2]

2.  Proof of claim number 10031 filed by GS II Jacksonville Regional, LLC[3] ("GS II") with respect to Store No. 167 is allowed as an administrative claim in the amount of $29,346.81, $28,279.25 of which the Reorganized Debtors have paid. Proof of claim number 10055 filed by GS II is disallowed in its entirety. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay GS II $1,067.56 in full satisfaction of any right to cure GS II has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 167.

3.  Proof of claim number 9675 filed by Weingarten with respect to Store No. 218 is allowed as an administrative claim in the amount of $52,003.96, which the Reorganized Debtors have paid in full.

4.  Proof of claim number 9677 filed by Weingarten with respect to Store No. 222 is allowed as an administrative claim in the amount of $83,450.00, which the

---

[1] The Cure Objection is overruled as moot as to Store No. 1766 as the Reorganized Debtors did not assume the lease for Store No. 1766.
[2] This Agreed Order only resolves the Cure Objection as to Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766 and 2211 and proof of claim numbers 10031 and 10055 filed by GS II Jacksonville Regional, LLC with respect to Store No. 167, proof of claim numbers 9675, 9677 and 9678 filed by Weingarten (the landlord for Store Nos. 218, 222 and 359), proof of claim number 11197 filed by Palm Springs Mile (the landlord for Store No. 243), proof of claim numbers 8489 and 8490 filed by Four Florida (the landlord for Store Nos. 2211 and 375), proof of claim numbers 10065 and 10066 filed by BG Highlands, LLC with respect to Store No. 631, claim number 30532 scheduled on behalf of Clinton House Company in care of RMC Realty Companies, LLC with respect to Store No. 777, and proof of claim numbers 10124 and 9676 filed by WRI/TEXLA (the landlord for Store No. 1537). This Agreed Order does not resolve the Cure Objection as to Store No. 2267 or proof of claim numbers 13266 and 11196 filed by MCP Real, LLC (Curry Ford East) Curry Ford LLP with respect to Store No. 2267.
[3] Proof of claim numbers 10031 and 10055 were filed on behalf of GS II Jacksonville Regional, LLC by Developers Diversified Realty Corporation.

Reorganized Debtors have paid in full.

5. Proof of claim number 11197 filed by Palm Springs Mile with respect to Store No. 243 is allowed as an administrative claim in the amount of $4,500.39, which the Reorganized Debtors have paid in full.

6. Proof of claim number 9678 filed by Weingarten with respect to Store No. 359 is allowed as an administrative claim in the amount of $184,848.11, which the Reorganized Debtors have paid in full.

7. Proof of claim number 8490 filed by Four Florida with respect to Store No. 375 is allowed as an administrative claim in the amount of $15,206.14, which the Reorganized Debtors have paid in full.

8. Proof of claim number 10065 filed by BG Highlands, LLC[4] ("Highlands") with respect to Store No. 631 is allowed as an administrative claim in the amount of $23,847.00, $16,109.79 of which the Reorganized Debtors have paid. Proof of claim number 10066 filed by Highlands is disallowed in its entirety. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Highlands $7,737.21 in full satisfaction of any right to cure Highlands has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 631.

9. Claim number 30532 scheduled on behalf of Clinton House Company in care of RMC Realty Companies, LLC[5] with respect to Store No. 777 is allowed as an administrative claim in the amount of $900.00, which the Reorganized Debtors have paid in full.

---

[4] Proof of claim numbers 10065 and 10066 were filed on behalf of BG Highlands, LLC by Developers Diversified Realty Corporation.
[5] Clinton House Company is the landlord of Store No. 777. RMC Realty Companies, LLC and RMC Property Group are the property management agents of Store No. 777 on behalf of Clinton House Company.

NY01/VICIM/1217798.1         3
6/15/07 12:18 PM

10. The Request for Payment of Outstanding Cure Amounts and Allowance and Payment of Administrative Expense Claim filed by RMC Property Group (Docket No. 14387) with respect to Store No. 777 is allowed as an administrative expense claim in the amount of $377.59, which the Reorganized Debtors have paid full.

11. Proof of Claim number 10124 filed by WRI/TEXLA with respect to Store No. 1537 is allowed as an administrative claim in the amount of $51,022.00, which the Reorganized Debtors have paid in full. Proof of Claim number 9676 filed by WRI/TEXLA with respect to Store No. 1537 is disallowed in its entirety.

12. Proof of Claim number 8489 filed by Four Florida with respect to Store No. 2211 is allowed as an administrative claim in the amount of $15,416.30, which the Reorganized Debtors have paid in full.

13. This Agreed Order resolves all liabilities and obligations related to (i) all claims scheduled on behalf of Clinton House Company in care of RMC Realty Companies, LLC with respect to Store 777, (ii) all proofs of claim and administrative expense claims, including and not limited to the claims asserted in Docket No. 14387, pertaining to Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766 and 2211 filed by Developers, Weingarten, WRI/TEXLA, RMC, Four Florida, Palm Springs Mile, GS II and Highlands in these Chapter 11 cases and (iii) all other pre-petition or pre-effective date claims pertaining to Store Nos. 167, 218, 222, 243, 359, 375, 631, 777, 1537, 1766 and 2211 Developers, Weingarten, WRI/TEXLA, RMC, Four Florida, Palm Springs Mile GS II and Highlands have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released; provided, however, that 2006 year end adjustments for common

area maintenance, taxes, insurance and similar charges, if any, will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

14. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 25 day of June, 2007, in Jacksonville, Florida.

                                            Jerry A. Funk
                                            United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this order on all parties in interest.

00569740

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **KELLEY DRYE & WARREN LLP** | **SMITH HULSEY & BUSEY** |
| By  *s/ Robert L. LeHane* * <br> Robert L. LeHane | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 101 Park Avenue <br> New York, NY 10178 <br> (212) 808-7800 <br> (212) 808-7897 (facsimile) <br> rlehane@kelleydrye.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Developers Diversified Realty Corp., Weingarten Realty Investors, WRI/TEXLA, LLC, RMC Property Group, Four Florida Shopping Centers and Palm Springs Mile Associates, Ltd. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00569740