UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
NEW PLAN EXCEL REALTY TRUST, INC. (STORE NO. 2736)**

This cause came before the Court on the Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Debtors' Motion") (Docket No. 1961) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively the "Reorganized Debtors") and the objection to the Debtors' Motion (Docket No. 2146) filed by Aronov Property Management ("Aronov"), Cliffdale Corner, Inc. ("Cliffdale") and New Plan Excel Realty Trust, Inc. ("New Plan") with respect to Aronov Store Nos. 452 and 523, Cliffdale Store No. 882 and New Plan Store Nos. 1402, 1851, 1906, 1935, 1938, 2717, 2736 and 2737 and the objection to the Debtors' Motion (Docket No. 2522) filed by New Plan with respect to Store Nos. 2717 and 2736 (collectively, the "Cure Objections"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objections are overruled as to Store No. 2736.[1]

2. The cure amount for Store No. 2736 is fixed at $57,503.45, which the Reorganized Debtors have paid to New Plan in full satisfaction of any right to cure New Plan has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 2736.

3. This Agreed Order resolves all liabilities and obligations pertaining to Store No. 2736 that New Plan has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. The escrow agent, Near North National Title, is authorized and directed to release the $27,705.34 it is holding in escrow for Store No. 2736 to the Reorganized Debtors.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 25 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00567048

---

[1] This Order only resolves the Cure Objections as to Store No. 2736 filed by New Plan (the landlord for Store No. 2736). This Order does not resolve the Cure Objections or proofs of claim filed by Aronov, Cliffdale or New Plan (landlords for Store Nos. 452, 523, 882, 1402, 1851, 1906, 1935, 1938, 2717 and 2737).

2

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP | SMITH HULSEY & BUSEY |
| By  *s/ David L. Pollack\**  <br>　　　David L. Pollack | By  *s/ Cynthia C. Jackson*  <br>　　　Cynthia C. Jackson, F.B.N. 498882 |
| 1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8325<br>(215) 864-9473 (facsimile)<br>pollack@ballardspahr.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for New Plan Excel Realty Trust, Inc. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00567048