UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**AGREED ORDER APPROVING STIPULATION WITH
HENRY SPARKS FOR RELIEF FROM THE AUTOMATIC STAY**

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with Henry and Bobbie Sparks for relief from the automatic stay. Based upon the stipulation and the consent of the parties appearing below, it is

ORDERED:

1. The automatic stay imposed by 11 U.S.C. §362 is retroactively modified effective March 27, 2006, for the sole purpose of allowing Henry and Bobbie Sparks to re-open their civil action in the Circuit Court of the 13th Judicial Circuit, in and for Hillsborough County, Florida, Case No. 06-02636, against Debtor Winn-Dixie Stores, Inc. (the "State Court Action"). The Sparkses shall not prosecute the State Court Action without further leave of this Court.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3. The Sparkses shall notify the State Court that the State Court Action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **LAWSON & ASSOCIATES, P.A.** | **SMITH HULSEY & BUSEY** |
| By  *s/ Susan L. Lawson*\* <br> Susan L. Lawson | By  *s/ Leanne McKnight Prendergast* <br> Stephen D. Busey <br> James H. Post <br> Leanne McKnight Prendergast |
| Florida Bar Number 139769 <br> 230 East Davis Blvd. Suite 200 <br> Tampa, Florida  33606 <br> (813) 251-8879 <br> Counsel for Henry and Bobbie Sparks <br><br> \* Counsel has authorized the use of her electronic signature | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com <br><br> Counsel for the Reorganized Debtors |

00569517

4.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this \_\_25\_\_ day of June, 2007, in Jacksonville, Florida.

                                        Jerry A. Funk
                                        United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]