UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         )          Chapter 11
                 Reorganized Debtors.           )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Joan Calise (Claim No. 8145) [Docket No. 16860] was furnished by mail on June 27,

2007 to Joan Calise c/o Tom Buser, Esq., Krupnick Campbell Malone Buser Slama,

Hancock Liberman & McKee, 700 S.E. 3rd Avenue, Suite 100, Fort Lauderdale, Florida

33316-1186.

Dated:  June 27, 2007

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151