UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         Chapter 11
            Reorganized Debtors.          )          Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Teresa Fonseca (Claim No. 3586) [Docket No. 16724] was furnished by mail on June 27,

2007 to Teresa Fonseca, 9777 N.W. 127 Terrace, Hialeah Gardens, Florida 33016.

Dated:  June 27, 2007

                              SMITH HULSEY & BUSEY


                              By      *s/ James H. Post*
                                    Stephen D. Busey
                                    James H. Post (FBN 175460)
                                    Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00520151