UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Digna Gonzlez (Claim No. 6832) [Docket No. 16926] was furnished by mail on June 27, 2007 to Digna Gonzalez c/o Robert Polsky, Esq., Nuell & Polsky, 782 N.W. 42nd Avenue, Suite 345, Miami, Florida 33126.

Dated:  June 27, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151