UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,  ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors.  ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Patricia Hogan (Claim No. 6418) [Docket No. 16892] was furnished by mail on June 27, 2007 to Patricia Hogan, 937 47th Street North, Birmingham, Alabama 35212.

Dated:  June 27, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151