UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )          Case No. 05-03817-3F1
                                                           Chapter 11
                      Reorganized Debtors.      )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Sandra Lopez de Armas (Claim No. 9897) [Docket No. 16937] was furnished by mail on

June 27, 2007 to Sandra Lopez de Armas c/o Sarah Steinbaum, Esq., 44 West Flagler

Street, Suite 2175, Miami, Florida 33130.

Dated:  June 27, 2007

                              SMITH HULSEY & BUSEY


                              By      *s/ James H. Post*
                                      Stephen D. Busey
                                      James H. Post (FBN 175460)
                                      Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00520151