UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,         )          Case No. 05-03817-3F1
                                                               Chapter 11
                        Reorganized Debtors.      )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Maria Perino Marcuccino (Claim No. 9910) [Docket No. 16866] was furnished by mail

on June 27, 2007 to Maria Perino Marcuccino c/o Diana Castrillion, Esq., Rosen &

Rosen, P.A., 4000 Hollywood Blvd., Suite 725-South, Hollywood, Florida 33021.

Dated:  June 27, 2007

SMITH HULSEY & BUSEY


By      *s/  James H. Post*
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

            225 Water Street, Suite 1800
            Jacksonville, Florida  32202
            (904) 359-7700
            (904) 359-7708 (facsimile)
            jpost@smithhulsey.com

            Counsel for Reorganized Debtors

00520151