UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                            )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                                 )        Chapter 11
           Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Chantai Davis McDonald (Claim No. 3986) [Docket No. 16861] was furnished by mail on June 27, 2007 to Chantai Davis McDonald, 3670 Day Avenue, Miami, Florida 33133.

Dated: June 27, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
           Stephen D. Busey
           James H. Post (FBN 175460)
           Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151