UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                                       Chapter 11
            Reorganized Debtors.      )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Adeline Schlinck (Claim No. 6712) [Docket No. 17023] was furnished by mail on June 27, 2007 to Adeline Schlinck c/o A. Robert. Zeff, Esq., Zeff & Zeff, P.C., 535 Griswold, Suite 1630, Buhl Building, Detroit, Michigan 48226.

Dated:  June 27, 2007

                                                        SMITH HULSEY & BUSEY


                                                        By       *s/ James H. Post*
                                                              Stephen D. Busey
                                                              James H. Post (FBN 175460)
                                                              Cynthia C. Jackson

                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida  32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        jpost@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00520151