UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,             )        Case No. 05-03817-3F1
                                                      Chapter 11
       Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Patsy Warney (Claim No. 12642) [Docket No. 16869] was furnished by mail on June 27, 2007 to Patsy Warney, 100 Pot Belly Pig Trail, Douglas, Georgia 31533.

Dated: June 27, 2007

                                          SMITH HULSEY & BUSEY

                                          By      *s/ James H. Post*
                                                Stephen D. Busey
                                                James H. Post (FBN 175460)
                                                Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151