UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                             Chapter 11
           Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Robert Zimmerman (Claim No. 9195) [Docket No. 16863] was furnished by mail on June 27, 2007 to Robert Zimmerman, P.O. Box 622, Old Town, Florida 32680.

Dated:  June 27, 2007

SMITH HULSEY & BUSEY

By       *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151