UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
INLAND SOUTHEAST ST. CLOUD LIMITED PARTNERSHIP (STORE NO. 2238)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Inland Southeast St. Cloud Limited Partnership ("Inland St. Cloud") (Docket No. 9688) with respect to Store No. 2238 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 12945 filed by Inland St. Cloud is allowed as an administrative claim in the amount of $11,454.99, $8,750.75 of which the Reorganized Debtors have paid to Inland St. Cloud. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Mid-America Management Corporation[1] $2,704.24 in full satisfaction of any right to cure Inland St. Cloud has or may have under 11 U.S.C. § 365 or

---

[1] Mid-America Management Corporation was the property management company for Inland Southeast St. Cloud Limited Partnership (the landlord for Store No. 2238). The Reorganized Debtors will remit the $2,704.24 payment to Mid-America Management Corporation at 2901 Butterfield Road, Oak Brook, Illinois 60523.

otherwise with respect to Store No. 2238.

3. Proof of claim number 11034 filed by Inland St. Cloud with respect to Store No. 2238 is disallowed in its entirety.

4. Proof of claim number 10051 filed by Unum Life Insurance Company of America ("Unum") with respect to Store No. 2238 is disallowed in its entirety.

5. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 2238 filed by Inland St. Cloud and Unum in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 2238 that Inland St. Cloud and Unum have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

6. Post-effective date[2] liabilities and obligations, including, but not limited to, any 2006 year-end reconciliations that may become due under the lease, will be handled by the parties to the lease in accordance with the applicable lease terms and ordinary course practices.

7. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 26 day of June, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

---

[2] The Effective Date was November 21, 2006, as determined by the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No.12440) and the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims (Docket No. 12991).

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

CONNOLLY BOVE LODGE & HUTZ LLP

By  *s/ Christina M. Thompson**
      Christina M. Thompson

1007 North Orange Street
Wilmington, Delaware 19899
(302) 658-9141
(302) 658-0380 (facsimile)
cthompson@cblh.com

Counsel for Inland Southeast St. Cloud Limited Partnership

SMITH HULSEY & BUSEY

By  *s/ Cynthia C. Jackson*
      Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

THOMPSON & KNIGHT LLP

By  *s/ Allison D. Byman**
      Allison D. Byman

333 Clay Street, Suite 3300
Houston, Texas 77002
(713) 951-5899
(832) 397-8053 (facsimile)
Allison.Byman@tklaw.com

Counsel for Unum Life Insurance Company of America

*Counsel have authorized their electronic signature.

00570364