UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## AGREED ORDER RESOLVING CURE OBJECTIONS FILED BY BENDERSON DEVELOPMENT COMPANY, LLC. (STORE NO. 613 )

This cause came before the Court on the (a) Motion for Order (A) Authorizing the

Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and

Interests, (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection

of Leases and Establishing a Claim Bar Date, and (C) Granting Related Relief (Docket

No. 7092) filed Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the

"Reorganized Debtors"), (b) Objection to Proposed Cure Amount for Store No. 613

(Docket No. 7313) and the Amended Objection to Proposed Cure Amount for Store No.

613 (Docket No. 10055) filed by Benderson Development Company, LLC with respect to

Store No. 613 (collectively, the "Cure Objections") and (c) Debtors' Seventeenth

Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims,

(C) Overstated Claims, (D) Duplicate Liability Claims, (E) Unliquidated Claims and (F)

Unliquidated Misclassified Claims (the "Debtors' Objection") (Docket No. 10273).

On September 14, 2006, the Court entered an Order (A) Disallowing No Liability

Claims, (B) Disallowing No Liability Misclassified Claims, (C) Reducing Overstated

Claims, (D) Disallowing Duplicate Liability Claims, (E) Fixing Unliquidated Claims and (F) Fixing and Reclassifying Unliquidated Misclassified Claims, as Set Forth in the Debtors' Seventeenth Omnibus Claims Objection (Docket No. 10945) sustaining the Debtors' Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Debtors' Objection as to claim number 10143 filed by Ronald Benderson 1995 Trust[1] ("Benderson") and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    The Cure Objections are overruled.

2.    Proof of claim number 10143 filed by Benderson with respect to Store No. 613 is allowed as an administrative claim in the amount of $138,233.66, which the Reorganized Debtors have paid in full.

3.    This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 613 filed by Benderson in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 613 Benderson has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released; provided, however, that 2006 year end adjustments for common area maintenance, taxes, insurance and similar charges, if any, will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

---

[1] Proof of claim number 10143 was filed under the entity name Ronald Benderson 1995 Trust and Benderson 85-1 Trust as tenants in common, known as Ron-Ben Associates ("Benderson"). Claim number 10143 was filed by Benderson in care of Benderson Development Company, Inc. (the landlord for Store No. 613).

4.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 26 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00561607

3

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

KELLEY DRYE & WARREN, LLP          SMITH HULSEY & BUSEY

By___*s/ Robert L. LeHane*_____          By___*s/ Cynthia C. Jackson*_____
     Robert L. LeHane               Cynthia C. Jackson, F.B.N. 498882

101 Park Avenue          225 Water Street, Suite 1800
New York, NY 10178          Jacksonville, Florida 32202
(212) 808-7573          (904) 359-7700
(212) 808-7897 (facsimile)          (904) 359-7708 (facsimile)
rlehane@kelleydrye.com          cjackson@smithhulsey.com

Counsel for Benderson Development          Co-Counsel for Reorganized Debtors
Company, LLC

*Counsel has authorized his electronic signature.

00561607

4