**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY**
**BENDERSON DEVELOPMENT COMPANY, LLC (STORE NO. 657)**

This cause came before the Court on the Second Omnibus Motion for Authority to
(I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant
Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the
"Reorganized Debtors") (Docket No. 8941) and the Limited Objection to Debtors'
Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property
Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Benderson
Development Company, LLC ("Benderson") (Docket No. 9651) with respect to Store No.
657 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     The Cure Objection is overruled.

2.     The Reorganized Debtors have paid Benderson $6,937.52 for post-petition
amounts pertaining to Store No. 657 in full satisfaction of any right to cure Benderson has
or may have under 11 U.S.C. § 365 or otherwise.

3.     This Agreed Order resolves all liabilities and obligations pertaining to Store

No. 657 that Benderson has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released; provided, however, that 2006 year end adjustments for common area maintenance, taxes, insurance and similar charges, if any, will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

4.     This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ⸰꒒⸰ day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00562653

2

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.


KELLEY DRYE & WARREN, LLP          SMITH HULSEY & BUSEY


By___*s/ Robert L. LeHane**_____          By___*s/ Cynthia C. Jackson*_____
      Robert L. LeHane                Cynthia C. Jackson, F.B.N. 498882

101 Park Avenue          225 Water Street, Suite 1800
New York, NY 10178          Jacksonville, Florida 32202
(212) 808-7573          (904) 359-7700
(212) 808-7897 (facsimile)          (904) 359-7708 (facsimile)
rlehane@kelleydrye.com          cjackson@smithhulsey.com

Counsel for Benderson Development Company,          Co-Counsel for Reorganized Debtors
LLC

*Counsel has authorized his electronic signature.


00562653

3