### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

**SECOND ORDER[1] CORRECTING ORDER DATED OCTOBER 4, 2006
(I) AUTHORIZING ASSUMPTION OF NON-RESIDENTIAL
REAL PROPERTY LEASES, (II) FIXING CURE AMOUNTS AND (III)
GRANTING RELATED RELIEF TO ATTACHED AMENDED EXHIBIT D[2]**

These cases came before the Court for hearing upon the motion of Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates, debtors and debtors-in-

possession in the above-captioned cases (collectively, the "Debtors"), for entry of an

order under 11 U.S.C. §§ 105(a) and 365 (Docket No. 8941) (the "Motion"), (i)

approving and authorizing the Debtors to assume non-residential real property leases

identified on Exhibit A attached to the Motion, effective as of the effective date of the

Debtors' joint plan of reorganization (Docket No. 10058) (the "Effective Date"),[3] (ii)

fixing the costs of assumption at the proposed cure amounts identified on Exhibit B

attached to the Motion (collectively, the "Proposed Cure Amounts"), and (iii) granting

related relief. By the Motion, the landlords were given until July 30, 2006 to object to the

Motion and the Proposed Cure Amounts. The landlords for the stores, liquor stores and

fuel centers under separate lease, and offices and warehouses identified on the attached

---

[1]    This order was previously corrected by an Order dated October 25, 2006 (Docket No. 12183).

[2]    Exhibit D is amended to reflect the correct cure amounts for Store Nos. 487 and 2659. The cure amount for Store No. 487 is decreased from $6,169.96 to $0.00 and the cure amount for Store No. 2659 is decreased from $6,599.75 to $0.00.

[3]    All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

Exhibit A (collectively, the "Landlords") filed objections to the Proposed Cure Amounts and objections relating to non-monetary lease defaults (collectively, the "Cure Objections"). The Landlords identified on attached Exhibit B also filed objections to the Debtors' assumption of their respective leases (collectively, the "Assumption Objections"). A separate order will be entered as to Store Number 207. The hearing will be continued until October 5 as to the assumption of the leases for the stores and warehouses identified on the attached Exhibit C. The Court has read the Motion and considered the representations of counsel. Upon the representations of counsel and without objection from the United States Trustee, it is

ORDERED AND ADJUDGED THAT:

1.   The Motion is granted as to the leases identified on the attached Exhibit D (the "Assumed Leases").

2.   The Assumption Objections are overruled.

3.   The Debtors are authorized to assume the Assumed Leases pursuant to 11 U.S.C. § 365(a), effective as of the Effective Date.

4.   With the exception of those leases on which the landlords filed Cure Objections, the cure amounts for the leases which are the subject of the Motion are fixed as of October 11, 2006 in the amounts as set forth on the attached Exhibit D (the "Cure Amounts").

5.   The Debtors will pay the landlords any undisputed cure amounts due on the Effective Date. If the Debtors are unable to resolve the Cure Objections consensually, the Debtors will set the Cure Objections for hearing before the Court.

6.   The entry of this order shall be without prejudice to the substantive and procedural rights of the landlords who have filed Cure Objections, and shall not

operate in any manner to alter the burden of proof and burden of persuasion at any future evidentiary hearing in connection with the Cure Objections.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The Court retains jurisdiction to hear and determine any disputes over (i) the amounts required to cure the Leases and (ii) non-monetary cure objections as of the Effective Date, and all other matters arising from the implementation of this Order.

9. In the event the Effective Date does not occur, this Order shall be null and void.

Dated this _26_ day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Motion

00570164

3

# EXHIBIT D

| Store No. | Cure |
|---|---|
| 3 | 7,238.48 |
| 5 | 29,463.85 |
| 8 | 31,173.41 |
| 12 | 27,175.41 |
| 19 | 3,303.93 |
| 22 | 8,533.63 |
| 25 | 0.00 |
| 28 | 48,540.06 |
| 32 | 47,553.99 |
| 37 | 4,957.12 |
| 40 | 8,109.70 |
| 51 | 12,017.88 |
| 52 | 11,549.13 |
| 54 | 8,526.63 |
| 60 | 3,579.11 |
| 72 | 12,244.54 |
| 77 | 4,824.90 |
| 85 | 9,693.84 |
| 89 | 0.00 |
| 93 | 21,838.24 |
| 97 | 0.00 |
| 101 | 34,312.78 |
| 104 | 10,762.39 |
| 107 | 12,425.51 |
| 110 | 57,025.66 |
| 116 | 55,824.89 |
| 120 | 6,508.66 |
| 123 | 8,250.00 |
| 135 | 15,722.19 |

| 136 | 1,335.51 |
| 140 | 8,033.55 |
| 141 | 19,483.72 |
| 142 | 9,132.85 |
| 145 | 9,312.83 |
| 151 | 0.00 |
| 159 | 16,743.00 |
| 160 | 0.00 |
| 161 | 0.00 |
| 163 | 132,891.18 |
| 166 | 29,083.80 |
| 168 | 6,344.51 |
| 169 | 4,406.09 |
| 171 | 8,293.87 |
| 172 | 4,935.81 |
| 173 | 7,559.89 |
| 174 | 7,290.67 |
| 175 | 0.00 |
| 177 | 79,037.69 |
| 179 | 8,893.34 |
| 180 | 6,899.00 |
| 182 | 11,387.69 |
| 184 | 55,613.00 |
| 186 | 9,319.88 |
| 190 | 14,770.55 |
| 191 | 8,464.89 |
| 194 | 8,175.35 |
| 195 | 9,737.10 |
| 196 | 10,380.10 |
| 197 | 7,823.94 |
| 198 | 7,965.32 |
| 199 | 10,307.96 |

| | |
|---|---|
| 201 | 4,786.22 |
| 203 | 7,973.33 |
| 204 | 0.00 |
| 210 | 12,336.61 |
| 212 | 28,883.85 |
| 214 | 8,908.54 |
| 226 | 15,559.39 |
| 228 | 10,167.49 |
| 230 | 17,899.74 |
| 233 | 21,853.20 |
| 235 | 19,483.23 |
| 236 | 19,775.24 |
| 237 | 124,036.00 |
| 238 | 3,692.96 |
| 239 | 8,713.67 |
| 242 | 41,590.56 |
| 244 | 13,163.28 |
| 246 | 0.00 |
| 248 | 47,769.68 |
| 249 | 18,882.63 |
| 252 | 17,105.25 |
| 255 | 5,064.27 |
| 257 | 20,136.24 |
| 258 | 1,206.52 |
| 259 | 85,895.25 |
| 262 | 4,431.30 |
| 263 | 21,927.64 |
| 268 | 613.36 |
| 270 | 1,949.06 |
| 271 | 54,588.87 |
| 272 | 70,171.31 |
| 274 | 10,331.57 |

| | |
|---|---|
| 280 | 17,917.95 |
| 282 | 0.00 |
| 283 | 78,000.96 |
| 285 | 18,873.99 |
| 286 | 89,343.24 |
| 288 | 16,268.45 |
| 289 | 0.00 |
| 291 | 62,825.40 |
| 295 | 0.00 |
| 296 | 8,525.31 |
| 297 | 43,274.25 |
| 299 | 0.00 |
| 302 | 0.00 |
| 304 | 0.00 |
| 305 | 9,256.24 |
| 306 | 15,700.59 |
| 307 | 5,257.80 |
| 308 | 15,332.98 |
| 309 | 0.00 |
| 311 | 31,958.13 |
| 317 | 3,215.41 |
| 318 | 0.00 |
| 319 | 1,030.65 |
| 324 | 622.65 |
| 326 | 28,645.17 |
| 330 | 7,254.17 |
| 331 | 12,545.77 |
| 333 | 90,442.66 |
| 336 | 39,191.95 |
| 337 | 21,177.19 |
| 343 | 7,233.70 |
| 345 | 38,101.42 |

| | |
|---|---|
| 352 | 2,111.58 |
| 354 | 0.00 |
| 355 | 0.00 |
| 357 | 1,172.84 |
| 358 | 5,405.04 |
| 361 | 12,338.14 |
| 362 | 9,689.43 |
| 364 | 34,026.12 |
| 365 | 0.00 |
| 366 | 100,184.79 |
| 367 | 6,452.77 |
| 368 | 68,743.01 |
| 370 | 64,652.45 |
| 371 | 8,686.19 |
| 377 | 11,663.77 |
| 378 | 2,959.51 |
| 381 | 15,487.48 |
| 384 | 16,111.92 |
| 385 | 37,608.91 |
| 386 | 21,478.85 |
| 387 | 0.00 |
| 388 | 17,494.00 |
| 390 | 21,875.89 |
| 400 | 4,799.05 |
| 405 | 0.00 |
| 407 | 9,044.91 |
| 410 | 2,995.40 |
| 411 | 3,395.80 |
| 412 | 49,480.80 |
| 422 | 22,259.28 |
| 428 | 2,542.56 |
| 429 | 7,863.81 |

| | |
|---|---|
| 433 | 0.00 |
| 434 | 27,157.68 |
| 435 | 30,928.72 |
| 436 | 27,906.00 |
| 437 | 10,821.49 |
| 438 | 52,608.19 |
| 439 | 8,610.41 |
| 442 | 44,995.80 |
| 443 | 26,185.38 |
| 446 | 0.00 |
| 447 | 8,823.31 |
| 448 | 0.00 |
| 451 | 15,008.95 |
| 453 | 0.00 |
| 456 | 0.00 |
| 457 | 7,162.20 |
| 458 | 40,242.04 |
| 461 | 47,985.52 |
| 462 | 29,824.35 |
| 464 | 8,870.83 |
| 469 | 25,954.81 |
| 470 | 11,504.14 |
| 471 | 22,425.56 |
| 472 | 37,172.56 |
| 473 | 36,467.05 |
| 476 | 0.00 |
| 478 | 10,942.65 |
| 479 | 51,660.97 |
| 480 | 53,383.70 |
| 481 | 16,032.18 |
| 482 | 6,324.95 |
| 483 | 0.00 |

| | |
|---|---|
| **487** | **0.00** |
| 489 | 11,716.19 |
| 490 | 9,269.62 |
| 493 | 51,641.14 |
| 494 | 19,950.10 |
| 495 | 6,779.33 |
| 496 | 11,418.37 |
| 498 | 7,896.02 |
| 500 | 29,863.60 |
| 501 | $37,411.56 |
| 503 | 19,216.20 |
| 504 | 64,796.47 |
| 506 | 6,849.82 |
| 507 | 38,203.57 |
| 509 | 13,905.36 |
| 512 | 5,115.35 |
| 514 | 13,278.57 |
| 521 | 15,663.69 |
| 525 | 8,691.11 |
| 526 | 34,373.88 |
| 527 | 0.00 |
| 528 | 6,325.42 |
| 531 | 10,985.40 |
| 533 | 8,266.00 |
| 535 | 4,730.66 |
| 536 | 10,453.81 |
| 538 | 226.91 |
| 541 | 3,797.14 |
| 543 | 12,151.49 |
| 545 | 55,637.19 |
| 549 | 13,511.00 |
| 550 | 11,752.35 |

| | |
|---|---|
| 551 | 35,196.77 |
| 552 | 7,000.38 |
| 553 | 0.00 |
| 555 | 36,494.00 |
| 558 | 1,400.99 |
| 560 | 8,196.34 |
| 561 | 812.47 |
| 564 | 30,084.32 |
| 566 | 31,606.51 |
| 569 | 16,920.00 |
| 570 | 16,729.98 |
| 571 | 10,923.78 |
| 572 | 35,714.01 |
| 574 | 23,364.72 |
| 577 | 36,887.12 |
| 578 | 17,800.98 |
| 579 | 22,366.37 |
| 580 | 11,954.86 |
| 581 | 0.00 |
| 586 | 3,719.06 |
| 590 | 57,903.72 |
| 591 | 8,418.53 |
| 595 | 22,522.13 |
| 596 | 0.00 |
| 606 | 12,004.81 |
| 608 | 79,083.11 |
| 609 | 31,896.22 |
| 612 | 4,781.92 |
| 618 | 12,600.13 |
| 619 | 18,765.82 |
| 622 | 3,871.09 |
| 624 | 0.00 |

| | |
|---|---|
| 627 | 53,584.99 |
| 629 | 62,254.00 |
| 630 | 791.82 |
| 632 | 25,938.71 |
| 639 | 22,125.36 |
| 640 | 29,974.71 |
| 642 | 7,929.07 |
| 644 | 10,336.84 |
| 647 | 36,153.74 |
| 649 | 1,581.27 |
| 652 | 1,434.27 |
| 654 | 2,470.84 |
| 655 | 30,804.09 |
| 657 | 230.00 |
| 663 | 10,791.50 |
| 664 | 47,157.99 |
| 667 | 8,894.84 |
| 668 | 6,653.46 |
| 671 | 9,901.78 |
| 673 | 14,456.03 |
| 676 | 6,158.92 |
| 678 | 6,159.06 |
| 681 | 22,694.16 |
| 683 | 60,110.44 |
| 684 | 5,958.56 |
| 687 | 0.00 |
| 697 | 39,726.00 |
| 699 | 936.21 |
| 701 | 0.00 |
| 702 | 49,320.83 |
| 705 | 12,126.21 |
| 706 | 425.00 |

| | |
|---|---|
| 708 | 3,794.73 |
| 710 | 49,766.67 |
| 711 | 10,173.43 |
| 713 | 1,294.64 |
| 717 | 21,895.91 |
| 720 | 11,486.36 |
| 721 | 14,564.91 |
| 723 | 2,780.10 |
| 726 | 1,800.57 |
| 728 | 7,557.50 |
| 729 | 2,287.55 |
| 741 | 71,682.54 |
| 743 | 552.83 |
| 745 | 1,765.44 |
| 746 | 18,023.05 |
| 750 | 26,531.54 |
| 751 | 3,461.20 |
| 1329 | 16,097.38 |
| 1333 | 44,367.15 |
| 1334 | 5,692.06 |
| 1345 | 4,087.03 |
| 1353 | 19,438.29 |
| 1356 | 0.00 |
| 1357 | 7,159.54 |
| 1405 | 131,607.45 |
| 1406 | 96,985.71 |
| 1408 | 0.00 |
| 1411 | 16,391.18 |
| 1412 | 10,417.49 |
| 1416 | 0.00 |
| 1418 | 10,869.96 |
| 1425 | 9,833.94 |

| | |
|------|------------|
| 1426 | 43,232.86 |
| 1428 | 41,898.92 |
| 1430 | 53,463.73 |
| 1431 | 73,466.28 |
| 1432 | 117,623.57 |
| 1438 | 0.00 |
| 1439 | 0.00 |
| 1440 | 105,363.60 |
| 1444 | 9,046.26 |
| 1446 | 88,881.73 |
| 1448 | 43,136.08 |
| 1452 | 20,573.23 |
| 1453 | 9,228.30 |
| 1454 | 13,129.93 |
| 1456 | 59,532.43 |
| 1459 | 4,760.64 |
| 1461 | 6,109.11 |
| 1463 | 6,334.28 |
| 1467 | 9,384.58 |
| 1477 | 49,789.85 |
| 1478 | 0.00 |
| 1479 | 9,495.32 |
| 1483 | 7,047.79 |
| 1490 | 57,852.07 |
| 1500 | 5,846.83 |
| 1501 | 67,321.83 |
| 1502 | 8,254.90 |
| 1504 | 1,779.40 |
| 1511 | 1,502.05 |
| 1512 | 875.00 |
| 1513 | 4,062.73 |
| 1534 | 56,888.79 |

| | |
|---|---|
| 1540 | 68,355.12 |
| 1549 | 91,146.17 |
| 1555 | 0.00 |
| 1557 | 17,778.99 |
| 1558 | 4,942.70 |
| 1559 | 8,196.10 |
| 1561 | 38,299.34 |
| 1570 | 0.00 |
| 1572 | 9,958.91 |
| 1576 | 9,970.27 |
| 1581 | 12,521.91 |
| 1583 | 6,890.38 |
| 1588 | 14,593.54 |
| 1590 | 11,040.66 |
| 1812 | 37,247.76 |
| 1854 | 7,141.32 |
| 2203 | 25,256.82 |
| 2205 | 440.00 |
| 2206 | 12,223.58 |
| 2207 | 3,040.36 |
| 2209 | 1,507.27 |
| 2210 | 987.15 |
| 2215 | 1,810.53 |
| 2216 | 4,430.18 |
| 2219 | 4,815.57 |
| 2220 | 3,796.20 |
| 2223 | 4,491.16 |
| 2244 | 13,706.40 |
| 2225 | 7,455.48 |
| 2228 | 8,695.20 |
| 2229 | 12,018.37 |
| 2231 | 6,933.33 |

| | |
|---|---|
| 2233 | 18,920.00 |
| 2235 | 0.00 |
| 2237 | 1,331.60 |
| 2238 | 8,750.75 |
| 2241 | 0.00 |
| 2246 | 24,645.83 |
| 2247 | 2,035.71 |
| 2249 | 31,120.00 |
| 2250 | 44,909.66 |
| 2260 | 2,636.25 |
| 2261 | 4,572.84 |
| 2263 | 0.00 |
| 2266 | 3,751.16 |
| 2268 | 1,909.12 |
| 2269 | 9,655.41 |
| 2270 | 0.00 |
| 2271 | 33,161.59 |
| 2273 | 13,251.61 |
| 2276 | 4,506.10 |
| 2278 | 9,335.02 |
| 2280 | 969.97 |
| 2281 | 4,557.09 |
| 2286 | 0.00 |
| 2287 | 29,094.27 |
| 2288 | 21,338.66 |
| 2290 | 2,047.30 |
| 2304 | 17,975.19 |
| 2306 | 15,780.44 |
| 2309 | 28,988.90 |
| 2313 | 11,043.68 |
| 2314 | 3,177.45 |
| 2320 | 12,773.49 |

| | |
|------|------------|
| 2321 | 8,724.58 |
| 2325 | 2,460.52 |
| 2326 | 5,796.06 |
| 2327 | 4,318.71 |
| 2328 | 10,999.43 |
| 2329 | 4,173.20 |
| 2334 | 11,773.71 |
| 2335 | 103,748.85 |
| 2336 | 20,060.85 |
| 2337 | 761.32 |
| 2341 | 2,580.44 |
| 2342 | 0.00 |
| 2343 | 15,219.46 |
| 2347 | 1,941.09 |
| 2349 | 10,170.60 |
| 2354 | 28,878.67 |
| 2355 | 42,557.52 |
| 2358 | 54,673.45 |
| 2366 | 0.00 |
| 2367 | 10,587.11 |
| 2380 | 54,906.08 |
| 2383 | 23,037.36 |
| 2388 | 106,807.23 |
| 2390 | 16,673.82 |
| 2392 | 23,566.93 |
| 2393 | 5,634.00 |
| 2601 | 14,684.86 |
| 2603 | 22,355.79 |
| 2621 | 33,670.91 |
| 2626 | 16,577.11 |
| 2628 | 0.00 |
| 2638 | 0.00 |

| | |
|---|---|
| 2652 | 32,756.35 |
| 2654 | 144.86 |
| 2656 | 0.00 |
| **2659** | **0.00** |
| 2660 | 6,952.65 |

| Stores with Building and Ground Leases | |
|---|---|
| 518 | 1,597.17 |
| 520 | 5,758.66 |
| 86 | 66,966.50 |

| Ground Lease Stores | |
|---|---|
| 103 | 196,818.52 |
| 2379 | 0.00 |
| 292 | 19,025.76 |

00570164

18