UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re                                              ) | |
| WINN-DIXIE STORES, INC., et al.,          ) | Case No. 05-03817-3F1 |
|                                                          ) | Chapter 11 |
|            Reorganized Debtors.             ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Brenda Bookart [Docket No. 16686] was furnished by mail on June 27, 2007 to Brenda Bookart c/o . Scott Nooney, Esq., 3535 Hendricks Avenue, Jacksonville, Florida 32207-3303.

Dated:  June 27, 2007

SMITH HULSEY & BUSEY


By       *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785