UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Illalorde Chercoles [Docket No. 16858] was furnished by mail on June 27, 2007 to Illarlorde Chercoles c/o Frank E. DePena, Esq., Post Office Box 9304, Fort Myers, Florida 33902.

Dated:  June 27, 2007

                                      SMITH HULSEY & BUSEY

                                      By     *s/ James H. Post*
                                               Stephen D. Busey
                                               James H. Post (FBN 175460)
                                               Cynthia C. Jackson

                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida  32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      jpost@smithhulsey.com

                                      Counsel for Reorganized Debtors

00569785