UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Concetta Desimone [Docket No. 16678] was furnished by mail on June 27, 2007 to Concetta Desimone c/o Robert G. Lyons, Esq., Icard, Merrill, Cullis, Timm, Furen & Ginsburg, 2033 Main Street, Suite 600, Sarasota, Florida 34237.

Dated:  June 27, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
　　　Stephen D. Busey
　　　James H. Post (FBN 175460)
　　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785