UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Joy Harrop [Docket No. 16878] was furnished by mail on June 27, 2007 to Joy Harrop c/o Carolyn Salzmann, Esq., Morgan & Morgan, Post Office Box 4979, Orlando, Florida 32802-4979.

Dated:  June 27, 2007

                                            SMITH HULSEY & BUSEY

                                            By     *s/ James H. Post*
                                                   Stephen D. Busey
                                                   James H. Post (FBN 175460)
                                                 Cynthia C. Jackson

                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida  32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com

                                          Counsel for Reorganized Debtors

00569785