UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY MOULTON PROPERTIES, INC. (STORE NO. 493)**

This cause came before the Court on the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Response to Debtors' Motion to Assume Non-Residential Real Property Leases and Objection to Proposed Cure Amounts filed by Moulton Properties, Inc. ("Moulton") (Docket No. 9594) with respect to Store Nos. 412 and 493 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 493.[1]

2. Proof of claim number 7384 filed by Moulton with respect to Store No. 493 is allowed as an administrative claim in the amount of $51,641.14, which the Reorganized

---

[1] This Agreed Order only resolves the Cure Objection as to Store No. 493 and proof of claim number 7384 filed by Moulton Properties, Inc. (the landlord for Store No. 493). This Agreed Order does not resolve the Cure Objection as to Store No. 412 or proof of claim number 6797 filed by Moulton Properties, Inc. (the landlord for Store No. 412).

Debtors have paid in full.

3. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 29 day of June, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00569757

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

STUTSMAN THAMES & MARKEY, P.A.          SMITH HULSEY & BUSEY

By   *s/ Richard R. Thames*\*            By   *s/ Cynthia C. Jackson*
    Richard R. Thames, F.B.N. 0718459        Cynthia C. Jackson, F.B.N. 498882

50 North Laura Street, Suite 1600        225 Water Street, Suite 1800
Jacksonville, Florida 32202              Jacksonville, Florida 32202
(904) 358-4000                           (904) 359-7700
(904) 358-4001 (facsimile)               (904) 359-7708 (facsimile)
RRT@stmlaw.net                           cjackson@smithhulsey.com

Counsel for Moulton Properties, Inc.     Co-Counsel for Reorganized Debtors

\*Counsel has authorized his electronic signature.

00569757