UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 10314 FILED FOR WD ROUTE 3 LP BY SILVER COMPANIES, AS SET FORTH IN THE DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTIONS**

These cases came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[2] which objection included as one of the several claims subject to dispute the claim of WD Route 3 LP filed by its agent Silver Companies as claim number 10314, relating to store number 972. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 10314 filed for WD Route 3 LP by its agent Silver Companies is allowed as an unsecured non-priority claim (plan class 13) in the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

amount of $43,425.00. The administrative status asserted in claim number 10314 is denied and the remaining amount of claim number 10314 is disallowed.

2. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 29 day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | POLLACK BALLARD SPAHR ANDREWS & INGERSOLL, LLP |
|---|---|
| By /s/ James H. Post<br>James H. Post (FBN 175460) | By /s/ David L. Pollack   *<br>David L. Pollack |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>Email: jpost@smithhulsey.com | 1735 Market Street, 51st Floor<br>Philadelphia, Pennsylvania 19103<br>(215) 864-8325<br>(215) 864-9473 (facsimile)<br>Email: pollack@ballardspahr.com |
| -and- | Counsel for WD Route 3 LP by its agent Silver Companies |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |

D. J. Baker
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

3

1253330-New York Server 7A - MSW