UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NOS. 8493 AND 11133 FILED BY PARKWOOD VILLAGE JOINT VENTURE, AS SET FORTH IN THE DEBTORS' FIFTEENTH OMNIBUS CLAIMS OBJECTION**

These cases originally came before the Court for hearing on August 24, 2006, upon the Fifteenth Omnibus Objection (the "Objection") of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors").[2] Included among the several proofs of claim that were the subject of the Objection were claim numbers 8493 and 11133 filed by Parkwood Village Joint Venture. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim no. 8493 filed by Parkwood Village Joint Venture is disallowed in its entirety.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2. Claim no. 11133 filed by Parkwood Village Joint Venture is allowed as an unsecured non-priority claim (plan class 13) in the amount of $10,030.94.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 29 day of June, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | KELLEY, DRYE & WARREN LLP |
|---|---|
| By /s/ James H. Post<br>James H. Post (FBN 175460) | By /s/ Robert L. LeHane *<br>Robert L. LeHane |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com | 101 Park Avenue<br>New York, New York 10178<br>(212) 808-7573<br>(212) 808-7897 (facsimile)<br>rlehane@kelleydrye.com |
| -and- | Counsel for Parkwood Village Joint Venture |
| SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP | *Counsel has authorized his electronic signature |
| D. J. Baker<br>Sally McDonald Henry<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile) | |
| Co-Counsel for Reorganized Debtors | |

486967-Wilmington Server 1A - MSW