**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                            )        Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,        )        Chapter 11

                    Reorganized Debtors. [1]        )        Jointly Administered

**AGREED ORDER RESOLVING CLAIM NO.**
**1052 FILED BY SCHNEIDER NATIONAL, INC.**

These cases came before the Court upon the Debtors' Eighth Omnibus Objection to

Overstated Claims as it pertains to Claim Number 1052 filed by Schneider National, Inc.. Based

upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.        Claim Number 1052 filed by Schneider National, Inc. is reduced and allowed as

an unsecured non-priority claim in the total amount of $35,000.00, and the remainder of Claim

Number 1052 is disallowed.

---

[1]        In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2.    Claim Number 1052 will be treated in accordance with plan class 14, and distribution on account of Claim No. 1052 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.

3.    This Order resolves (i) all liabilities and obligations related to Claim Number 1052 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4.    Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

5.    The Court shall retain jurisdiction to enforce this Order and to resolve all disputes arising from this Order.

Dated this ___ day of June, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

- 3 -

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _____
James H. Post

Florida Bar No. 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors


SCHNEIDER NATIONAL, INC.

By _____
Jeff Mulloy
Credit Manager

Post Office Box 2545
Green Bay, Wisconsin 54306-2545


568544

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE  OF  SERVICE

```
District/off: 113A-3        User: pcathy           Page 1 of 1            Date Rcvd: Jun 29, 2007
Case: 05-03817              Form ID: pdfdoc2       Total Served: 1


The following entities were served by first class mail on Jul 01, 2007.
aty          +James H. Post,   Smith Hulsey & Busey,   225 Water St., Suite 1800,   Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                              TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2007**                    **Signature:** _Joseph Speetjens_