UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED
BY LONDON ASSOCIATES, LTD. (STORE NOS. 279 AND 290)**

This cause came before the Court on the Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 7966) and the Objection to Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by London Associates, Ltd. ("London Associates") (Docket No. 8919) with respect to Store No. 290 and Liquor Store No. 279 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is resolved.

2. Proof of claim number 11023 filed by London Associates with respect to Store No. 290 and Liquor Store No. 279 is allowed as an administrative claim in the amount of $42,194.96. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay London Associates $42,194.96 in full satisfaction of any right to cure London Associates has or may have under 11 U.S.C. § 365 or otherwise with respect

to Store No. 290 and Liquor Store No. 279.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 290 and Liquor Store No. 279 filed by London Associates in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 290 and Liquor Store No. 279 that London Associates has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___29___ day of June, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00569478

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| LATHAM, SHUKER, BARKER, EDEN & BEAUDINE, LLP | SMITH HULSEY & BUSEY |
| By  *s/ Jimmy D. Parrish*\*<br>Jimmy D. Parrish | By  *s/ Cynthia C. Jackson*<br>Cynthia C. Jackson, F.B.N. 498882 |
| 390 North Orange Avenue, Suite 600<br>Orlando, Florida 32802<br>(407) 481-5800<br>(407) 481-5801 (facsimile)<br>jparrish@lsbeblaw.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for London Associates, Ltd. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00569478

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Jun 29, 2007
Case: 05-03817                Form ID: pdfdoc2          Total Served: 1
```

The following entities were served by first class mail on Jul 01, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 01, 2007**                      **Signature:**   _Joseph Speetjens_