UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                          Chapter 11
                   Reorganized Debtors.      )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Marjorie Kerr [Docket No. 16882] was furnished by mail on June 27, 2007 to

Marjorie Kerr c/o Glen E. Cohen, Esq., Barnes, Barnes & Cohen, P.A., 1843 Atlantic

Blvd., Jacksonville, Florida 32207.

Dated:  July 2, 2007

SMITH HULSEY & BUSEY


By       *s/  James H. Post*
              Stephen D. Busey
              James H. Post (FBN 175460)
              Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785