UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                 )

WINN-DIXIE STORES, INC., et al.,   )      Case No. 05-03817-3F1
                                 Chapter 11
         Reorganized Debtors.     )      Jointly Administered

## **CERTIFICATE OF SERVICE**

       I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Grisel Ledesma [Docket No. 16680] was furnished by mail on June 27, 2007 to Grisel Ledesma c/o W. DeHart Ayala, Jr., Esq., 1924 W. Martin Luther King Blvd., Tampa, Florida 33607.

Dated:  July 2, 2007

                           SMITH HULSEY & BUSEY


                           By      *s/ James H. Post*
                                 Stephen D. Busey
                                 James H. Post (FBN 175460)
                                 Cynthia C. Jackson

                           225 Water Street, Suite 1800
                           Jacksonville, Florida  32202
                           (904) 359-7700
                           (904) 359-7708 (facsimile)
                           jpost@smithhulsey.com

                           Counsel for Reorganized Debtors

00569785