UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Patricia Menardy [Docket No. 16886] was furnished by mail on June 27, 2007 to Patricia Menardy c/o Glenn Goldman, Esq., Golden, Daskel, Cutler, Bolton & Kirby, 1630 West Hillsboro, Deerfield Beach, Florida 33442.

Dated:  July 2, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
　　 Stephen D. Busey
　　 James H. Post (FBN 175460)
　　 Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785