UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                                     )        Chapter 11
                    Reorganized Debtors.       )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

        I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Lena Smith [Docket No. 16682] was furnished by mail on June 27, 2007 to Lena

Smith c/o Richard A. Staggard, Esq., Farah & Farah, P.A., 327 Jacksonville Drive,

Jacksonville, Florida 32250-3825.

Dated:  July 2, 2007

                                            SMITH HULSEY & BUSEY


                                            By _____ *s/ James H. Post* _____
                                                    Stephen D. Busey
                                                    James H. Post (FBN 175460)
                                                    Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00569785