## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| *et al.,* | ) | |
| | ) | |
| Reorganized debtors | ) | Jointly Administered |
| | ) | |

### MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE CONTINUED TO JULY 12, 2007 AT 1:30 P.M.

Movants, HYECHA B. MARSHALL AND LINC MARSHALL ("Marshalls" or "Claimants"), by and through the undersigned counsel, hereby files this Motion to Appear Telephonically at the Case Management Conference continued to July 12, 2007 at 1:30 p.m. (originally scheduled for June 14, 2007 at 1:30 p.m.) where the Court will consider i) the scheduling of the Marshalls' Motion to Enlarge Time to File Administrative Claim Request ("Motion") and ii) such other matters as may be appropriate for the expeditious resolution of the case and in support states as follows:

1. On or about January 16, 2007, the undersigned filed an Application for and request for Payment of Claim on behalf of Hyecha B. Marshall. On or about February 6, 2007, the undersigned filed and Amended Application and Request for Payment of Claim on behalf of Hyecha B. Marshall and Linc Marshall.

2. On or about February 12, 2007, the undersigned filed a Motion to Enlarge Time to File Administrative Claim Request on behalf of Hyecha B. Marshall and Linc Marshall. On or about February 13, 2007, the

        undersigned filed a Notice of Filing Affidavit of Frank F. Fernandez, III on behalf of Hyecha B. Marshall and Linc Marshall.

3. On or about May 9, 2007, this Court set the Motion for a Case Management Summary to consider i) the scheduling of the Marshalls' Motion and ii) such other matters as may be appropriate for the expeditious resolution of the case for June 14, 2007 at 1:30 a.m. to be held in Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

4. At the Case Management Conference on June 14, 2007, the Court continued the Case Management Conference on the Motion to Enlarge Time to File Administrative Claim Request filed by Hyecha B. Marshall and Linc Marshall to July 12, 2007 at 1:30 p.m. in Courtroom 4D, 300 North Hogan Street, Jacksonville, FL 32202.

5. Undersigned counsel is requesting to appear by telephone for the above-referenced Case Management Conference, since her offices are located in St. Petersburg, Florida, and it would require substantial drive time or air travel arrangements to attend the hearing in person.

6. Appearance by telephone by the undersigned is in the best interest of the bankruptcy estate as the attorneys' fees and costs associated with travel would increase the attorneys' fees and costs incurred by the Claimants and therefore would impact the amount at which the Claimants would be willing to settle this matter. Moreover, this is a Case Management Conference and will not require submission of evidence. As a result, it is

respectfully submitted that appearance telephonically will not unnecessarily disrupt the Court's docket.

**WHEREFORE**, HYECHA B. MARSHALL AND LINC MARSHALL, respectfully request this Court enter an Order allowing the undersigned to appear telephonically for the Case Management Conference continued to July 12, 2007 at 1:30 p.m. (originally scheduled for June 14, 2007 at 1:30 p.m.) on their Motion to Enlarge Time to File Administrative Claim Request.

Dated this 2 day of July, 2007.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, Esquire
Fla. Bar No. 902225
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciurillo@iurillolaw.com
Counsel for The Fernandez Firm

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___ day of July, 2007, a true and correct copy of the foregoing **MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE CONTINUED TO JULY 12, 2007 AT 1:30 P.M.** sent via Facsimile and the United States Postal Service to: **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202, **Facsimile: 904-359-7708**; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, **Facsimile: 212-822-5194.**

                                    IURILLO & ASSOCIATES, P.A.

                                    /s/ Camille J. Iurillo
                                    CAMILLE J. IURILLO, Esquire