UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                  Chapter 11

WINN-DIXIE STORES, INC. et al.,                         Case No. 3:05-03817-3F1
                                                        Jointly Administered
　　　　Reorganized Debtors.

_____/

**MOTION TO SCHEDULE CASE MANAGEMENT CONFERENCE ON MOTION TO ENLARGE TIME FOR DENISE SYDNOR TO FILE AN APPLICATION FOR AN ADMINISTRATIVE EXPENSE CLAIM**

Denise Sydnor Luu, by and through their undersigned counsel, hereby files her Motion to Schedule Case Management Conference on Motion to Enlarge Time for Denise Sydnor to File an Application for an Administrative Expense Claim and states as follows:

**Background**

1. The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005.

2. Ms. Sydnor has an administrative expense claim against the Debtors in connection with a slip and fall which occurred as a result of a leaking faucet on the outside wall of Winn-Dixie store number 377 located at 4201 NW 88th Avenue in the Pine Plaza, Sunrise, Florida 33321.

3. On May 1, 2006, Ms. Sydnor retained Randolph H. Strauss of the Law Offices of Randolph H. Strauss, P.A. to file a lawsuit against the Debtors in connection with the injuries she sustained as a result of the slip and fall.

4. The Debtors, through their third party claims administrator, Sedgwick

Claims Management Services Inc., acknowledged Ms. Sydnor's administrative expense claim on several occasions.

5. Notwithstanding the Debtors acknowledgment of Ms. Sydnor's administrative expense claim, Ms. Sydnor did not get actual notice of the January 5, 2007 administrative expense claims bar date (the "Claims Bar Date").

6. On March 16, 2007, Mr. Strauss filed a Complaint in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida against the Debtors, Pine Plaza of Sunrise, Inc., and Glacier Water, Inc. in connection with Defendant Sydnor's injuries from the slip and fall (Case No. CACE 07 05947 (09)) (the "State Court Action").

7. Mr. Strauss did not learn that January 5, 2007 was the Claims Bar Date until April 13, 2007 when he received a letter from counsel for the Debtors asserting that he was prosecuting the State Court Action in violation of Section 524 of the Bankruptcy Code and the Confirmation Order.

8. On May 21, 2007, the undersigned filed a Motion to Enlarge Time for Denise Sydnor to File an Application for an Administrative Expense Claim ("Motion to Enlarge") (along with attached Exhibits A-G) [Docket No. 16469] and an Application for Allowance and Payment of Administrative Expense Claim [Docket No. 16470].

### Relief Requested and Grounds Therefor

9. By this motion, the Claimant respectfully requests that this Court schedule a case management conference on the Motion to Enlarge as soon as this Court's calendar permits.

10. The undersigned has contacted counsel for the Debtors on more than one

occasion to schedule a case management conference on the Motion to Enlarge. As of the date of this motion, the undersigned has not received any response from counsel for the Debtors.

WHEREFORE, the Claimant respectfully requests that this Court enter an order scheduling a case management conference on the Motion to Enlarge as soon as this Court's calendar permits and providing for such other and further relief as is just.

Dated this 3rd day of July, 2007.

/s/ Amy Denton Harris
Stephen R. Leslie
Florida Bar No. 000349
Amy Denton Harris
Florida Bar No. 0634506
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: sleslie@srbp.com
aharris@srbp.com
Attorneys for Denise Sydnor Luu

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing *Motion to Schedule Case Management Conference on Motion to Enlarge Time for Denise Sydnor to File an Application for an Administrative Expense Claim* was furnished either electronically via this Court's CM/ECF system or via U.S. Mail on this 3rd day of July, 2007, to:

Stephen D. Busey, Esquire
James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Facsimile: (904) 359-7708

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Facsimile: (212) 822-5194

Elena L. Escamilla, Esquire
Office of the United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, Florida 32801

/s/ Amy Denton Harris
Amy Denton Harris
Florida Bar No. 0634506