UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING ADMINISTRATIVE EXPENSE CLAIMS FILED BY COMKE, INC. AND SORMI, INC. (STORE NOS. 203 AND 354)**

This cause came before the Court on the Joint Application for Payment of Administrative Claims, or Alternatively, Joint Motion for Enlargement of Time to Object to Proposed Cure Amounts filed by Comke, Inc. ("Comke") and Sormi, Inc. ("Sormi") (Docket No. 14157) with respect to Store Nos. 203 and 354 (the "Joint Application"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Joint Application filed by Comke with respect to Store No. 203 is allowed as an administrative expense claim in the amount of $40,855.62, $7,973.33 of which Winn-Dixie Stores, Inc. and its affiliated debtors (collectively the "Reorganized Debtors") have paid to Comke. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Tobin & Reyes, P.A.[1] $32,882.29 in full satisfaction of any right to cure Comke has or may have under 11 U.S.C. §365 or otherwise with respect to Store No. 203.

2. The Joint Application filed by Sormi with respect to Store No. 354 is allowed

---

[1] Tobin & Reyes, P.A. is Comke's counsel for the enforcement and collection of lease delinquencies. The Reorganized Debtors will remit the $32,882.29 payment to Tobin & Reyes, P.A. at 5355 Town Center Road, Suite 204, Boca Raton, Florida 33486.

as an administrative expense claim in the amount of $11,566.93. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Tobin & Reyes, P.A.[2] $11,566.93 in full satisfaction of any right to cure Sormi has or may have under 11 U.S.C. §365 or otherwise with respect to Store No. 354.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims, including and not limited to the claims asserted in Docket No. 14157, pertaining to Store Nos. 203 and 354 filed by Comke and Sormi in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store Nos. 203 and 354 that Comke and Sormi have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 5 day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00567084

---

[2] Tobin & Reyes, P.A. is Sormi's counsel for the enforcement and collection of lease delinquencies. The Reorganized Debtors will remit the $11,566.93 payment to Tobin & Reyes, P.A. at 5355 Town Center Road, Suite 204, Boca Raton, Florida 33486.

2

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

RUDEN, MCCLOSKY, SMITH,  SMITH HULSEY & BUSEY
SCHUSTER & RUSSELL, P.A.

By  *s/ Richard H. Malchon, Jr.* *  By  *s/ Cynthia C. Jackson*
  Richard H. Malchon, Jr.  Cynthia C. Jackson, F.B.N. 498882

401 East Jackson Street, Suite 2700  225 Water Street, Suite 1800
Tampa, Florida 33602  Jacksonville, Florida 32202
(813) 222-6637  (904) 359-7700
(727) 502-8937 (facsimile)  (904) 359-7708 (facsimile)
Richard.Malchon@ruden.com  cjackson@smithhulsey.com

Counsel for Comke, Inc. and Sormi, Inc.  Co-Counsel for Reorganized Debtors

*Counsel has authorized his electronic signature.

00567084