UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*, | ) | Case No. 05-3817-3F1 |
| | ) | |
| Reorganized Debtors. | ) | (Jointly Administered) |

## AGREED ORDER

This cause came before the Court upon the Motion of Newco Properties, Inc. to amend Proof of Claim *Nunc Pro Tunc* to Correct Name (Docket No. 16480) (the "Motion"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Motion is granted;

2. Claim number 12257 is amended *nunc pro tunc* to identify Newco Properties, Inc. as creditor;

3. Logan & Company, Inc., as claims agent, Wells Fargo Bank, NA as disbursing agent, and American Stock Transfer & Trust Company, as stock transfer agent are directed to amend their respective records with respect to Claim number 12257 to reflect Newco Properties, Inc. as the proper claimant on such claim and the owner of the 24,698 shares of the Debtor's New Common Stock issued under the Plan and any additional shares which are issued with respect to the Claim;

4. Newco Properties, Inc. is directed to transmit to Logan & Company, Inc., Wells Fargo, N.A., and American Stock Transfer & Trust Company a completed W-9 Form within three business days after entry of this Order; and

5. American Stock Transfer and Trust Company is directed to make the stock account holding the 24,698 shares of the Debtors' New Common Stock issued in relation to Claim number 12257 accessible to Newco Properties, Inc. pursuant to the direct registration system within ten business days after entry of this Order.

Dated this 5 day of July, 2007, in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a
copy of this Order on all parties in interest.

COLUMBIA 892536v1

## CONSENT

The parties, through their respective undersigned counsel, consent to the entry of the foregoing Agreed Order.

| McNAIR LAW FIRM, P.A.<br><br>/s/ Michael M. Beal<br>Michael M. Beal (S.C. Dist. Ct. ID# 1253)<br>Tower at 1301 Gervais<br>1301 Gervais Street, 17th Floor (29201)<br>Post Office Box 11390<br>Columbia, South Carolina 29211<br>(803) 799-9800 (Telephone)<br>(803) 933-1447 (Facsimile)<br>Email: mbeal@mcnair.net<br><br>*Counsel for Newco Properties, Inc.* | SMITH HULSEY & BUSEY<br><br>/s/ Cynthia C. Jackson<br>Cynthia C. Jackson (Florida Bar # 49882)<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700 (Telephone)<br>(904) 359-7708 (Facsimile)<br>Email: cjackson@smithhulsey.com<br><br>*Counsel to Winn-Dixie*<br><br>- and -<br><br>SKADDEN. ARPS, SLATE, MEAGHER & FLOM, L.L.P.<br>Sally McDonald Henry<br>Rosalie Walker Gray<br><br>(212) 735-3000 (Telephone)<br>(212) 735-2000 (Facsimile)<br><br>*Counsel for Winn-Dixie* |
|---|---|
| BUIST MOORE SMYTHE AND MCGEE<br><br>/s/ Charles Pelot Summerall, IV<br>Charles Pelot Summerall, IV<br>5 Exchange Street<br>P.O. Box 999<br>Charleston, South Carolina 29402<br>(843) 720-4616 (Telephone)<br>(843) 723-7398 (Facsimile)<br>Email: csummerall@bmsmlaw.com<br><br>*Counsel for The Lucy Co. of South Carolina, LLC, a South Carolina Limited Liability Company* | |

COLUMBIA 892536v1