UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and its affiliated debtors, give notice of filing the attached Notice of Withdrawal of Application for Administrative Claim filed by New Iberia Associates (Docket No. 14287).

Dated: July 6, 2007

SMITH HULSEY & BUSEY

By  s/ Cynthia C. Jackson
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

00570132

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )   Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )   Chapter 11
                                          )
Reorganized Debtors.                      )   Jointly Administered
                                          )

### NOTICE OF WITHDRAWAL OF APPLICATION FOR ADMINISTRATIVE CLAIM FILED BY NEW IBERIA ASSOCIATES (STORE NO. 1456)

Applicant, New Iberia Associates, withdraws its Application Seeking Payment or Administrative Claim Arising against the Debtor for the Period between February 21, 2005 and November 21, 2006 (Docket No. 14287) and any other administrative claim they may have against the Reorganized Debtors or their estates.

Dated: June **29**, 2007.

NEW IBERIA ASSOCIATES

By _____
Anthony J. La Sala

1410 Valley Road
Wayne, New Jersey 07470
(973) 696-7499
(973) 696-1428 (facsimile)

President of La Sala Management, Inc. as
General Partner of New Iberia Associates

00569876

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing document was furnished by facsimile and mail to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708, this **29** day of June, 2007.

_____
Anthony J. La Sala

00569876