UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC., et al.

Reorganized Debtors.

_____/

Case No. 05-3817-3FI

Chapter 11

Jointly Administered

## CARLTON FIELDS' MEMORANDUM OF LAW IN SUPPORT OF FINAL FEE APPLICATION AND RESPONSE TO STUART MAUE FINAL REPORT

Carlton Fields, P.A., special real estate litigation counsel for Winn-Dixie Stores, Inc. ("Carlton Fields") while it was a debtor and debtor in possession in the above-captioned case, submits this memorandum of law in support of its Final Fee Application and responds to the Stuart, Maue, Mitchell, & James, Ltd. ("Stuart Maue") Final Report on Carlton Fields' Final Fee Application. Except as set forth below, Carlton Field's Final Fee Application should be approved in its entirety.

**Background:**

a.   **Chapter 11 Cases**

On February 21, 2005, the Debtors filed petitions under Chapter 11 of the U.S. Bankruptcy Code. The Debtors are grocery and pharmaceutical retailers operating in the Southeastern United States. During the pendency of these cases, the Debtors operated their business and managed their properties as debtors in possession under 11 U.S.C. §1107(a) and 1108.

By order entered on May 19, 2005, Carlton Fields was approved as special real estate litigation counsel to Debtor, Winn-Dixie Stores, Inc. ("Winn-Dixie") pursuant to 11 U.S.C. §327(e), *nunc pro tunc* to February 21, 2005.

On November 19, 2006, the Court entered an order confirming the Joint Plan of Reorganization of Winn-Dixie and affiliated debtors (the "Plan"). The Plan was effective November 21, 2006.

**b.       Interim Payment Procedures.**

On March 15, 2005, the Court entered the Final Order Approving Interim Compensation Procedures for Professionals (the "Interim Payment Order").

The Interim Payment Order provided that professional may be paid up to 80% of fees earned and 100% of expenses incurred on monthly statements after submission of the fee statements to certain parties, and after the expiration of objection periods. The remaining 20% of fees are payable after Court approval of interim fee applications. Interim fee applications were to be submitted approximately every four to six months. Fees and expenses incurred after November 21, 2006 can be paid by the Debtors without further application or approval of the Court.

The Carlton Fields' first interim fee application covered the period from the Petition date through May 31, 2005. The second interim fee application covered the period from June 1, 2005 through September 30, 2005. The third interim fee application covered the period from October 1, 2005 through January 31, 2006. The fourth interim fee application covered the period from February 1, 2006 through May 31, 2006. The fifth interim fee application covered the period from June 1 2006 through September 30, 2006. Interim fee applications one through five were approved by the Court. The sixth interim and final fee application covered the period from October 1, 2006 through November 21, 2006 in addition to being a final fee application. In accordance with the Interim Payment Order, Carlton Fields has been paid 100% fees and costs

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
JUL 05 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN DIXIE STORES, INC., et al.,                    )        Case No. 05-03817-3F1
                                                    )
                                                    )        Chapter 11
            Debtors.                                )        Jointly Administered
                                                    )
_____/

## CERTIFICATE OF MAILING

I CERTIFY that on the 3rd day of July, 2007, I caused to be served Carlton Fields'

Memorandum of Law In Support Of Final Fee Application and Response to Stuart Maue Final

Report, as Special Real Estate Litigation Counsel for the Debtors, by having a true and correct copy

sent via U. S. Mail to the parties listed below:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida 32801
Telephone: 407-648-6465
Facsimile: 407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida 32801
Telephone: 407-648-6301
Facsimile: 407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attention: Laurence B. Appel
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Telephone: 904-783-5000
Facsimile: 904-783-5059
LarryAppel@winn-dixie.com

CARLTON FIELDS, P.A.
4000 International Place - 100 S.E. Second Street – Miami - Florida 33131-9101

M1A#2625470.1

Winn-Dixie Stores, Inc.
Attn: Jay F. Castle
5050 Edgewood Court
Jacksonville, FL 32254-3699
Telephone: 904-783-5000
Facsimile: 904-783-5059
jacastle@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attention: D.J. Baker
Four Times Square
New York, New York 10036
Telephone: 212-735-2150
Facsimile: 917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attention: Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, New York 10169
Telephone: 212-661-9100
Facsimile: 212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attention: Matthew Barr
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212-530-5000
Facsimile: 212-530-5219
Mbarr@milbank.com

King & Spalding, LLP
Attention: Sarah Robinson Borders
191 Peachtree Street
Atlanta, Georgia 30303
Telephone: 404-572-4600
Facsimile: 404-572-5149
sborders@kslaw.com

C A R L T O N   F I E L D S ,   P . A .
4000 International Place - 100 S.E. Second Street – Miami - Florida 33131-9101

Stuart, Maue, Mitchell & James, Ltd.
Attn:  Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
Telephone:  314-291-3030
Facsimile:  314-291-6546
l.cooper@smmj.com

Respectfully submitted,

CARLTON FIELDS, P.A.
Special Counsel for Debtors
100 SE 2nd Street, Suite 4000
Miami, Florida 33131
Telephone:     (305) 530-0050
Facsimile:     (305) 530-0055
dsmith@carltonfields.com

By: _____
        DAVID JAMES SMITH
        Florida Bar Number 876119

3

Voluminous attachments
Can be viewed at Clerks
Office