UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                               Chapter 11
          Reorganized Debtors.         )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gabriela Baez (Claim No. 5047) [Docket No. 17019] was furnished by mail on July 6, 2007 to Gabriela Baez c/o Ronald M. Simon, Esq., Simon & Bocksch, 1001 Brickell Bay Drive, Suite 1200, Miami, Florida 33131.

Dated: July 10, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151