UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Virigina Cicero (Claim No. 7408) [Docket No. 17075] was furnished by mail on July 6, 2007 to Virginia Cicero c/o James Radloff, Esq., Radloff & Radloff, P.A., 2051 Art Museum Drive, Suite 200, Jacksonville, Florida 32207.

Dated: July 10, 2007

                                                       SMITH HULSEY & BUSEY

                                                       By    *s/ James H. Post*
                                                           Stephen D. Busey
                                                           James H. Post (FBN 175460)
                                                          Cynthia C. Jackson

                                                      225 Water Street, Suite 1800
                                                      Jacksonville, Florida  32202
                                                      (904) 359-7700
                                                      (904) 359-7708 (facsimile)
                                                      jpost@smithhulsey.com

                                                      Counsel for Reorganized Debtors

00520151