UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                   )        Chapter 11
            Reorganized Debtors.         )        Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Jamesha Cisrow (Claim No. 5457) [Docket No. 17076] was furnished by mail on July 6,

2007 to Jamesha Cisrow c/o Altan Erskine, 1010 N.W. 3rd Avenue, Fort Lauderdale,

Florida 33311.

Dated:  July 10, 2007

SMITH HULSEY & BUSEY


By        *s/  James H. Post*
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151