UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,             )     Case No. 05-03817-3F1
                                                              Chapter 11
         Reorganized Debtors.                 )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ileana Dephillips (Claim No. 2088) [Docket No. 17151] was furnished by mail on July 6, 2007 to Ileana Dephillips c/o Eric B. Feldman, Esq., 717 Ponce De Leon Blvd., Suite 230, Coral Gables, Florida 33134.

Dated: July 10, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151