UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING MEMORANDUM OF LAW IN SUPPORT OF FINAL FEE APPLICATION AND RESPONSE TO STUART MAUE FINAL REPORT

The Court finds that the Memorandum of Law in Support of Final Fee Application and Response to Stuart Maue Final Report filed by David James Smith, on behalf of Carlton Fields, P.A. on July 5, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Memorandum of Law in Support of Final Fee Application and Response to Stuart Maue Final Report filed by David James Smith on behalf of Carlton Fields, P.A. on July 5, 2007, is stricken from the record.

**DATED July 9, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
David James Smith, 100 SE 2nd Street, Suite 4000, Miami, FL 33131