UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Betty Johnson (Claim Nos. 235 and 806) [Docket No. 17140] was furnished by mail on July 6, 2007 to Betty Johnson c/o Arnold A. Stulce, Jr., Esq., Stulce & Yantis, 736 Georgia Avenue, Suite 100, Chattanooga, Tennessee 37402.

Dated: July 10, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151