UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
         Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joann Maldonado (Claim No. 2011) [Docket No. 17146] was furnished by mail on July 6, 2007 to Joann Maldonado c/o William C. Ruggiero, Esq., 200 East Broward Blvd., Suite 100, Fort Lauderdale, Florida 33301.

Dated: July 10, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151