UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### AGREED ORDER RESOLVING CLAIM NUMBER 8827 FILED BY PRINCIPAL LIFE INSURANCE CO. (STORE NO. 371)

This cause originally came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281) (the "Objection"). The Court entered an Order Correcting the November 30, 2006 Docket No. 12908 Order (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the Order. Included among the several proofs of claim listed on Exhibit B of the Order is claim number 8827 filed by Principal Life Insurance Co., formerly known as Principal Mutual Life Insurance Co. ("Principal"). The Order reclassified claim number 8827 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 8827 filed by Principal with respect to Store No. 371 is disallowed in its entirety.

2.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___9___ day of July, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00565376

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| DUANE MORRIS LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Wendy M. Simkulak*\*  <br>Wendy M. Simkulak | By  *s/ Cynthia C. Jackson*  <br>Cynthia C. Jackson, F.B.N. 498882 |
| 30 South 17th Street<br>Philadelphia, Pennsylvania 19103<br>(215) 979-1547<br>(215) 979-1020 (facsimile)<br>WMSimkulak@duanemorris.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Principal Life Insurance Co. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized her electronic signature.

00565376