UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                    Chapter 11
            Reorganized Debtors.           )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Jean Quirk and Richard Quirk (Claim Nos. 1374 and 11302) [Docket No. 17147] was

furnished by mail on July 6, 2007 to Jean Quirk and Richard Quirk, 2630 Ardon Avenue,

Orlando, Florida 32833.

Dated:  July 10, 2007

                                      SMITH HULSEY & BUSEY


                                      By      *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida  32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      jpost@smithhulsey.com

                                      Counsel for Reorganized Debtors

00520151