UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

# CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Nanette Varnadoe (Claim Nos. 4278 and 8787) [Docket No. 17078] was furnished by mail on July 6, 2007 to Nanette Varnadoe c/o G. Paul Duffy, Jr., Esq., Keel, Lassiter & Duffy, P.O. Box 4307, Rocky Mount, North Carolina 27803-4307.

Dated: July 10, 2007

SMITH HULSEY & BUSEY


By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151