UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY WATKINS INVESTMENTS, L.P. (STORE NO. 630)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief filed by Watkins Investments, L.P. ("Watkins") (Docket No. 9583) with respect to Store No. 630 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.  The Cure Objection is overruled.

2.  Proof of Claim number 4108 filed by Watkins is allowed as an administrative claim in the amount of $17,008, $14,008 of which the Reorganized Debtors have paid to Watkins.

3.  Within fourteen (14) business days of entry of this Agreed Order, the

Reorganized Debtors will pay Watkins $3,000.00 in full satisfaction of any right to cure Watkins has or may have under 11 U.S.C. § 365 or otherwise; provided, however, that 2006 year end adjustments, for common area maintenance, taxes, insurance and similar charges, if any, will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

4.   This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____9____ day of July, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00561821

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | SMITH HULSEY & BUSEY |
| By   *s/ Allen J. Guon* *<br>    Allen J. Guon | By   *s/ Cynthia C. Jackson*<br>    Cynthia C. Jackson, F.B.N. 498882 |
| 321 North Clark Street , Suite 800<br>Chicago, IL 60610<br>(312) 541-0151<br>(312) 980-3888 (facsimile)<br>aguon@shawgussis.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Watkins Investments, L.P. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00561821