IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| *et al.,* | ) | |
| | ) | |
| Reorganized debtors | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING HYECHA B. MARSHALL AND LINC MARSHALL'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE CONTINUED TO JULY 12, 2007 AT 1:30 P.M.

This matter came on for consideration, ex parte, on Hyecha B. Marshall and Linc Marshall's Motion to Appear Telephonically at the Case Management Conference continued to July 12, 2007 at 1:30 p.m. (originally scheduled for June 14, 2007 at 1:30 p.m.) (hereinafter referred to as the "Motion"). The Court, having considered the Motion and the record in this case, the Court finds that the Motion should be granted. Thereupon, with the Court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion is hereby **GRANTED**.

2. Iurillo and Associates, P.A. is authorized to appear, on behalf of Hyecha B. Marshall and Linc Marshall telephonically at the Status Conference Hearing continued to July 12, 2007 at 1:30 p.m. (originally scheduled for June 14, 2007 at 1:30 p.m.).

DONE AND ORDERED in Jacksonville, Florida on July 9, 2007.

The Honorable Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Stephen D. Busey, Esq. and James H. Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800 Jacksonville, FL 32202;
Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY, 10005; and
Camille J. Iurillo, Esq., Iurillo & Associates, P.A., 600 First Avenue North, Suite 308, St. Petersburg, FL 33701.