**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, INC., et al.,

     Reorganized Debtors.

Case No. 05-03817-3F1
Chapter 11

Jointly Administered

**WITHDRAWAL OF APPLICATION FOR ADMINISTRATIVE EXPENSE**
**CLAIM BY RETREAT VILLAGE MANAGEMENT CO., LLC**

     COMES NOW, Retreat Village Management Co., LLC ("RVMC") and by

and through counsel, withdraws its Application for Administrative Expense

Claim previously filed with the Court.

     Respectfully submitted, this 10th day of July, 2007.


/s/ Robert Abney Fricks
_____
ROBERT ABNEY FRICKS
Georgia Bar No. 277135
Attorney for Retreat Village
Management Co., LLC


THE FRICKS FIRM, P.C.
239-B Smithville Church Road
Warner Robins, Georgia  31088
Telephone (478) 953-2312
Facsimile (478) 953-2313
e-mail: firm@fricksfirm.com

## CERTIFICATE OF TRANSMITTAL

     This is to certify that I am over the age of eighteen (18) years and that I have this day served the foregoing Application for Administrative Expense upon:  James Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202 Fax (904) 359-7708, E-mail: jpost@smithhulsey.com; and counsel for the Post-Effective Date Committee, Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy, LLP, Chase Manhattan Plaza, New York, NY  10005, Fax: (212) 822-5194, E-mail: Mbarr@milbank.com

     This 10th day of July, 2007.


               /s/ Robert Abney Fricks
               _____
               ROBERT ABNEY FRICKS
               Georgia Bar No. 277135
               Attorney for Retreat Village
               Management Co, LLC


THE FRICKS FIRM, P.C.
239-B Smithville Church Road
Warner Robins, Georgia  31088
Telephone (478) 953-2312
Facsimile (478) 953-2313
e-mail: firm@fricksfirm.com