UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,            )        Case No. 05-03817-3F1
                                                                  Chapter 11
            Reorganized Debtors.               )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of (i) Debtors' Twenty-Third Omnibus Objection to (a) Indemnification Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims, (g) Misclassified Claims and (h) Amended and Superseded Claims as it related to Claim No. 7486 (Docket No. 11324) and (ii) Notice of Hearing thereon (Docket No. 17293) as furnished by mail on July 11, 2007 to Frank Ballard, Esq., Counsel for The Clark County Treasurer, Clark County, Indiana, 425 East Seventh Street, Jeffersonville, Indiana 47130.

Dated: July 11, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*    <br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*   <br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |