UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817-3F1
                                                          Chapter 11
                    Reorganized Debtors.       )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of (i) Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities as it relates to Claim Nos. 1068 and 2237 (Docket No. 7267) and (ii) Notice of Hearing thereon (Docket No. 17295) as furnished by mail on July 11, 2007 to those parties listed on Exhibit A.

Dated:  July 11, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By    _s/ D. J. Baker_                  By    _s/ Cynthia C. Jackson_
      D. J. Baker                             Stephen D. Busey
      Sally McDonald Henry                    James H. Post
      Rosalie Walker Gray                     Cynthia C. Jackson (FBN 498882)

Four Times Square                       225 Water Street, Suite 1800
New York, New York 10036                Jacksonville, Florida  32202
(212) 735-3000                          (904) 359-7700
(917) 777-2150 (facsimile)              (904) 359-7708 (facsimile)
djbaker@skadden.com                     cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors      Co-Counsel for Reorganized Debtors

## EXHIBIT A

Dallas Parker
Deputy Treasurer
James City County
101-B Mounts Bay Road
Williamsburg, Virginia 23187

County of James City
Attn:  Dallas Parker
P.O. Box 8701
Williamsburg, Virginia 23187

Earl M. Barker, Jr., Esq.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

County of Mecklenburg Treasurer
Property Tax
Attn:  Robert Gregory
P.O. Box 250
Boydton, Virginia 23917-0250