UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | Case No. 05-03817 |
| ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE
AND REMOVAL FROM 2004 SERVICE LIST

The law firm of Duane Morris LLP hereby withdraws its notice of Entry of Appearance and Request for Service of Notices and Papers filed in this case on behalf of ACE American Insurance Company (together with certain of its affiliates, the "ACE Companies") and thereby seeks the removal of the undersigned from the 2004 Service List. Duane Morris LLP has withdrawn from its representation of ACE American Insurance Company (together with certain of its affiliates, the "ACE Companies") in this matter with the consent of the ACE Companies.

Dated: July 11, 2007       By: /s/ Wendy M. Simkulak
                               Margery N. Reed, Esquire
                               Wendy M. Simkulak, Esquire
                               **DUANE MORRIS LLP**
                               30 South 17th Street
                               Philadelphia, PA 19103-4196
                               Telephone: 215.979.1000
                               Facsimile: 215.979.1020

                               And

                               Paul L. Orshan, Esquire
                               Florida Bar No. 776203
                               **DUANE MORRIS LLP**
                               200 S. Biscayne Boulevard
                               Suite 3400
                               Miami, FL 33131
                               Telephone: 305.960.2200
                               Facsimile: 305.960.2201