UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ) | Case No. 05-03817 |
| ) | (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. ) | |
| ) | Chapter 11 |
| ) | |
| Debtors. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, hereby certify that on July 11, 2007, that I caused a true and correct copy of the Withdrawal of Appearance and Removal from 2004 Service List to be served by U.S. Postal Service, First-Class Regular Mail, postage prepaid on the parties listed on the attached Service List.

Dated: July 11, 2007     By:     /s/ Wendy M. Simkulak
                                  Margery N. Reed, Esquire
                                  Wendy M. Simkulak, Esquire
                                  **DUANE MORRIS LLP**
                                  30 South 17th Street
                                  Philadelphia, PA 19103-4196
                                  Telephone: 215.979.1000
                                  Facsimile: 215.979.1020

## SERVICE LIST

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801

Elena L. Escamilla
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Boulevard
Room 620
Orlando, FL 32801

Winn-Dixie Stores, Inc.
Attn:  Laurence B. Appel
5050 Edgewood Court
Jacksonville, FL 32254-3699

D.J. Baker, Esquire
Adam Ravin, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Sarah Robinson Borders, Esquire
King & Spalding LLP
191 Peachtree Street
Atlanta, GA 30303

Stephen D. Busey, Esquire
Cynthia C. Jackson, Esquire
James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

Internal Revenue Service
Special Procedures - Stop 5720
400 West Bay Street
Suite 35045
Jacksonville, FL 32202

Susan R. Sherrill-Beard, Esquire
U.S. Securities and Exchange Commission
Office of Reorganization
3475 Lenox Road, NE
Suite 1000
Atlanta, GA 30326-1232

DM3\519512.1

Office of Attorney General Charlie Crist
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esquire
Patrick P. Patangan, Esquire
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202