UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON JULY 12, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on July 12, 2007 at 1:30 p.m.:

**Contested Matters**

1. *Case Management Conference on the Motion to Enlarge Time to File Administrative Claim Request filed by Hyecha B. Marshall and Linc Marshall (Docket No. 15141)*

   Objection Deadline:  Non-Applicable.

   Status:  Counsel has stipulated to a half day trial to be scheduled on or after October 15, 2007 with discovery to be competed 15 days prior to the trial date.

2. *Case Management Conference on the Motion for Payment of Administrative Expenses filed by Catamount LS-KY, LLC (Docket No. 11645)*

   Objection Deadline:  Non-Applicable.

   Status:  The Reorganized Debtors have been informed that Movant will proceed with the conference.

3.  *Debtors' Objection to Claims Filed by the County of Burke and the Parish of Evangeline (Docket No. 16116)*

Objection Deadline:   Expired.

Objections:   None.

Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

4.  *Case Management Conference on Joinder of Dorothy Ashmore in Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims (Docket No. 16708)*

Objection Deadline:   Non-Applicable.

Status:   Counsel has agreed to continue the case management conference until September 6, 2007.

Dated: July 11, 2007.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>    D. J. Baker <br>    Sally McDonald Henry <br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>    Stephen D. Busey <br>    James H. Post <br>    Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

572269

2