**Hearing Date: 8/9/07 at 1:30 p.m.**
**Obj. Deadline: 7/30/07 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

## DEBTORS' SECOND OMNIBUS OBJECTION TO
## ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED

Debtor, Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), objects to the administrative claims listed on the attached Exhibit A on the grounds that these claims have been settled (the "Objection").

### Separate Contested Matter

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

**<u>Reservation of Rights</u>**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

**<u>Response Deadline</u>**

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on July 30, 2007** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn:  Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida  32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

WHEREFORE the Debtors respectfully request that the Court (i) grant the relief requested by this Objection, (ii) enter the Proposed Order attached as Exhibit B, and (iii) grant such other and further relief as is just and proper.

Dated:  July 11, 2007

SMITH HULSEY & BUSEY


By  *s/ Leanne McKnight Prendergast*
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00563310.2

**EXHIBIT A**

WINN-DIXIE STORES, INC.
EXHIBIT A

Page 1 of 1

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Country Garden Silks, Inc.<br>c/o Wendell Finner, Esq.<br>234 9th Avenue South<br>Jacksonville Beach, FL  32250-6537 | 14261 | Settled |
| CSX Transportation, Inc.<br> c/o Michael T. Fackler, Esq.<br>Bank of America Tower<br>50 North Laura Street, Suite 3300<br>Jacksonville, FL  32202-3661 | 13943 | Settled |
| Dawn Food Products, Inc.<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN  46204 | 14451 | Settled |
| Lynn Roberts & Associates, Inc.<br>c/o Bob Sundmacher<br>1769 Blount Road, #109<br>Pompano Beach, FL  33069-5120 | 11913 | Settled |

00571700

**<u>EXHIBIT B</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                        )        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,            )        Chapter 11

          Reorganized Debtors.            )        Jointly Administered

**ORDER ON DEBTORS' SECOND OMNIBUS**
**OBJECTION TO ADMINISTRATIVE**
**CLAIMS WHICH HAVE BEEN SETTLED**

This matter came before the Court for hearing on August 9, 2007, upon the Debtors' Second Omnibus Objection to Administrative Claims Which Have Been Settled (the "Objection") (Docket No.        ) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates to the administrative claims identified on Exhibit A to the Objection.  No responses to the Objection were filed.  It is therefore

        ORDERED AND ADJUDGED:

    1.        The Objection is sustained.

    2.        The claims identified on Exhibit A are disallowed.

Dated this ____ day of August, 2007 in Jacksonville, Florida.

                                _____
                                  Jerry A. Funk
                                  United States Bankruptcy Judge

00563872.2