

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 12, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on the Motion to Enlarge Time to File Administrative Claim Request filed by Hyecha B. Marshall and Linc Marshall (15141)

Counsel has stipulated to a half day trial to be scheduled on or after October 15, 2007 with discovery to be completed 15 days prior to the trial date.

APPEARANCES:

US TRUSTEE:               ELENA ESCAMILLA
UNSEC. CRED:              JOHN B. MACDONALD/PATRICK PATANGAN
                          MATTHEW S. BARR
HYECHA B. MARSHALL AND
      LINC MARSHALL:      CAMILLE IURILLO

RULING: 4 hr. trial set for 10/25/07 @ 1:30
Ord/Post