IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                         Case No. 05-03817-3F1
                                                          Chapter 11
        Debtors                                    Jointly Administered
_____/

## NOTICE OF ENTRY OF APPEARANCE

The United States of America hereby gives notice to this Court and to all parties that Richard D. Euliss will be appearing as counsel for the United States of America in place of Deborah Morris. The United States of America requests and requires that service of all notices, pleadings, and papers filed in this matter be served as follows:

    Richard D. Euliss
    Trial Attorney, Tax Division
    Department of Justice
    P.O. Box 14198
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-5915
    Richard.D.Euliss@usdoj.gov

    Respectfully submitted,

    ALEXANDER ACOSTA
    United States Attorney

     /s/ Richard D. Euliss
    RICHARD D. EULISS
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 14198
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 514-5915

2607536.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 12, 2007, the foregoing Notice of Entry of Appearance was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties requesting service, and was further served on the following parties, via United States mail, postage prepaid, this 12th day of July, 2007:

        Smith Hulsey & Busey
        1800 Wachovia Tower
        225 Water Street, Suite 1800
        Jacksonville, FL 32202
            Attn:   Cynthia Jackson

          /s/   Richard D. Euliss
        RICHARD D. EULISS
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 14198
        Ben Franklin Station
        Washington, D.C.  20044

2607536.1