

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

**Thursday**
**July 12, 2007**
**1:30 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

**Objection to Claims filed by the County of Burke and the Parish of Evangeline Filed by Debtors (16116)**

**APPEARANCES:**

**US TRUSTEE:**            ELENA ESCAMILLA

**UNSEC. CRED:**           JOHN B. MACDONALD/PATRICK PATANGAN
                          MATTHEW S. BARR

**COUNTY OF BURKE**

**AND THE PARISH OF EVANGELINE:**

**RULING:** Sustained
Ord / Signed