UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

ORDER ON DEBTORS' OBJECTION TO CLAIMS FILED BY
THE COUNTY OF BURKE AND THE PARISH OF EVANGELINE

This matter having come before the Court under 11 U.S.C. §§ 502, 506 and 507 and Fed. R. Bank. P. 3007 and 9014 on the Debtors' Objection to the claims filed by the County of Burke and the Parish of Evangeline (the "Objection") (Docket No. 16116), filed by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates.[2] Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

[2] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Objection.

2. The Disputed Claims listed on the attached Exhibit A are disallowed in their entirety.

3. Each claim and objection by the Debtors addressed by the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order is deemed a separate Order with respect to each claim. Any stay of this Order pending appeal by any of the claimants whose claims are subject to this Order shall apply to the contested matter which involves such claimant and shall not act to stay the applicability or finality of this Order.

4. Neither the Objection nor any disposition of the Disputed Claims pursuant to this Order constitutes a waiver of the Debtors' right to pursue any action against any of the claimants.

Dated this  12  day of July, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Cynthia C. Jackson, Esq.

[Cynthia C. Jackson is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00572275

**EXHIBIT A**

Case 3:05-bk-03817-JAF Doc 17330 Filed 07/12/07 Page 3 of 4

Page: 1 of 1
Date: 04/19/2007

WINN-DIXIE STORES, INC., ET AL.
OBJECTION TO CLAIMS FILED BY COUNTY
OF BURKE AND PARISH OF EVANGELINE

| Name of Claimant | Date Claim Filed | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| Creditor Id: 244198<br>COUNTY OF BURKE TAX COLLECTOR<br>ATTN LAURA GORDON, DEPUTY TAX COLL<br>PO BOX 219<br>MORGANTON NC 28680-0219 | 01/29/07<br>Debtor: WINN-DIXIE STORES, INC. | 13795 | $4,840.48 | NO LIABILITY PER DEBTOR'S BOOKS AND RECORDS FOR 2005 PRE AND POSTPETITION PERIODS FOR STORES 2076 AND 2095. STORE NUMBER 2076 WAS SOLD TO FOOD LION 8/11/05. ALL TAXES OWED BY DEBTOR WERE SATISFIED AT THE CLOSING. COURT RULED STORE 2095'S TAX LIABILITY FOR 2004 TO BE $1,264.50 AND FOR 2005 TO BE $1,117.38 ON EXHIBIT B OF 6/15/06 ORDER ON DEBTORS' (I) SECOND OMNIBUS OBJECTION TO TAX CLAIMS AND (II) MOTION REQUESTING DETERMINATION OF TAX VALUES AND LIABILITIES (DOCKET NUMBER 8567). ACCORDINGLY, DEBTOR'S OVERPAYMENT FOR 2004 PAYMENT SATISFIED 2005 AMOUNT OWED. ALSO, LATE-FILED CLAIM. |
| Creditor Id: 492829<br>PARISH OF EVANGELINE, LA<br>ATTN WAYNE MOREIN, 22039<br>200 COURT STREET, SUITE 100<br>VILLE PLATTE LA 70586 | 02/01/07<br>Debtor: WINN-DIXIE MONTGOMERY, INC. | 13799 | $11,088.06 | CLAIMANT INDICATES THAT CLAIM WAS INCURRED AFTER DEBTORS' FEBRUARY 21, 2005 PETITION DATE. CLAIM TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. ALSO, DETERMINATION OF TAX LIABILITY FOR STORE 1571 WAS RESOLVED BY 8/10/06 FOURTH OMNIBUS TAX OBJECTION ORDER EXHIBIT B. |

Total Claims to be Disallowed: 2
Total Amount to be Disallowed: $15,928.54    Plus Unliquidated Amounts, If Any