

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 12, 2007
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty:** Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on Joinder of Dorothy Ashmore in Motion to Schedule Omnibus Hearing Regarding Motions to Allow Late Filed Administrative Claims (16708)

Counsel has agreed to continue the case management conference until September 6, 2007

**APPEARANCES:**
**US TRUSTEE:** ELENA ESCAMILLA
**UNSEC. CRED:** JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR
**DOROTHY ASHMORE:** EARL BARKER

RULING:  Cont'd to 9/6 @ 1:30 ADCNFN