**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                          )          Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          )          Chapter 11

        Reorganized Debtors.[1]          )          Jointly Administered

**DEBTORS' OBJECTION TO CLAIM FILED**
**BY LILIAN MELENDEZ IFRAN (CLAIM NO. 13813)**

The Debtors object to the allowance of Claim No. 13813 filed in Case No.

05-03817-3F1 by Lilian Melendez Ifran upon the grounds specified below.  In

making these objections, the Debtors reserve, without waiver, the right to assert

further or additional objections to the Claim.

1.      The Debtors deny any liability on the debt alleged in the Claim.

2.      The Debtors dispute the amount of the debt alleged in the Claim.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

- 2 -

3.      The claimant failed to attach documentation to the Claim as required by Rule 3001(a), Federal Rules of Bankruptcy Procedure.

4.      This Claim was untimely filed.

Dated:  July 13, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors


**Certificate of Service**

I certify that a copy of this document has been furnished electronically and/or by mail to Emmanuel Perez, Esquire, 901 Ponce De Leon Blvd., Suite 303, Coral Gables, FL 33134, this 13th day of July, 2007.



            *s/ James H. Post*
                    Attorney


00572557