**[noftrns]** [Notice Regarding Filing of Transcript]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:05–bk–03817–JAF
                                                                        Chapter 11

Winn–Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254–3699


_____Debtor(s)_____/


## NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

   Notice is hereby given that an official transcript of a proceeding held on February 22, 2007 has been filed on July 11, 2007 , by the court reporter in the above captioned matter.

   Under the privacy policy of the Judicial Conference adopted in March 2007, within 5 business days of the date of service of this notice, the parties shall file with the court a local form "Notice of lntent to Request Redaction of Transcript." Parties timely filing the local form "Notice of lntent to Request Redaction of Transcript" shall, within 21 calendar days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the "Statement" should be worded so as not to contain unredacted personal identifiers.

   Parties seeking to review the unredacted transcript filed with the court may either (1) purchase a copy of the transcript from the court reporter; (2) purchase a copy of the transcript from the clerk's office; or (3) view a copy of the transcript at no charge in any of the clerk's three divisional offices.

   If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above, absent further order of the court, the transcript will be made available on the docket as a publicly accessible document, subject to applicable access charges.

        DATED on July 12, 2007 .

                        FOR THE COURT
                        Lee Ann Bennett , Clerk of Court
                        300 North Hogan Street Suite 3–350
                        Jacksonville, FL 32202


Copies Furnished to All Parties to the Hearing

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: baldws            Page 1 of 1             Date Rcvd: Jul 12, 2007
Case: 05-03817                Form ID: noftrns        Total Served: 2

The following entities were served by first class mail on Jul 14, 2007.
aty         +Guy B Rubin,   Rubin and Rubin,   Post Office Box 395,   Stuart, FL 34995-0395
aty         +Stephen D. Busey,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2007**                                **Signature:**  *Joseph Speetjens*