UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

JUL 1 6 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                               )   Case No.: 05-03817-3F1
                                     )
WINN-DIXIE STORES, INC.,             )   Chapter 11
et al.,                              )
                                     )   Jointly Administered
        Debtors.                     )
_____)

## NOTICE OF WITHDRAWAL OF
## CLAIM NO. A311213952-0001-01 FILED BY THERESA BLACK

THERESA BLACK withdraws and releases her Proof of Claim (A311213952-0001-01) / Claim No. 5044, filed against Winn Dixie as a result of the incident that occurred on October 20, 2003.

Dated: July 12, 2007

**SIMON & BOCKSCH**
Attorneys for Theresa Black
Brickell Bay Office Tower
1001 Brickell Bay Drive
Suite 1200
Miami, Florida 33131
Telephone:   (305) 375-6500
Facsimile:   (305) 375-0388

RRB/cm

By: _____
RACHELLE R. BOCKSCH
Florida Bar No.: 151823

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 12th day of July, 2007 to; **Sanford R. Topkin, Esq.**, Topkin & Tregerman, P.L., Counsel for Defendant, WINN DIXIE STORES, INC., 1166 W. Newport Center Drive,

Case 3:05-bk-03817-JAF   Doc 17351   Filed 07/16/07   Page 2 of 2

<u>Theresa Black v. Winn Dixie Stores, Inc., et al.</u>
Page 2 of 2

Suite 309, Deerfield Beach, Florida 33442; Telephone: (954) 422-8422; Facsimile: (954) 422-5455; **Orestes Perez, Esq.**, Luks, Santaniello, Perez, Petrillo & Gold, Counsel for Defendant, SERVICE FORCE USA, LLC, SunTrust Center, Suite 1100, 515 E. Las Olas Blvd., Fort Lauderdale, Florida 33301; Telephone: (954) 761-9900; Facsimile: (954) 761-9940; **Michael J. Paris, Esq.**, Conroy, Simberg, Ganon, Krevans & Abel, P.A., Counsel for Defendant, SUPERIOR BUILDING MAINTENANCE, INC., 3440 Hollywood Boulevard, 2nd Floor, Hollywood, Florida 33021; Telephone: (954) 961-1400; (305) 940-4821; Facsimile: (954) 967-8577; and **Barbara G. Banks, Esq.**, Co-Counsel for Plaintiff, Coral Springs Professional Campus, 5421 University Drive, Suite 1501, Coral Springs, FL 33067; Telephone: (954) 755-7803; Facsimile: (954) 755-5756.

                                        **SIMON & BOCKSCH**
                                        Attorneys for Plaintiff
                                        Brickell Bay Office Tower
                                        1001 Brickell Bay Drive
                                        Suite 1200
                                        Miami, Florida 33131
                                        Telephone:   (305) 375-6500
                                        Facsimile:    (305) 375-0388

RMS/ cm
1385

                                      By: _____
                                               RONALD M. SIMON
                                             Florida Bar No.: 165262