UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Wah Hong Go (Claim No. 12015) [Docket No. 17194] was furnished by mail on July 17, 2007 to Wah Hong Go c/o Anthony F Sanchez, Esq., Law Offices Anthony F Sanchez, Alfred I Dupont Bldg, 169 E Flagler Street, Suite 1500, Miami Florida 33131.

Dated: July 17, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151