UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                     )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                     Chapter 11
                  Reorganized Debtors.    )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of
DeMichael Liddell (Claim Nos. 10407 and 10408) [Docket No. 17298] was furnished by
mail on July 17, 2007 to DeMichael Liddell c/o Edward Wiggins, Esq., Funches &
Associates, 1617 Robinson Street, Jackson, Mississippi 39209.

Dated:  July 17, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151