UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Teddy Nickolaus (Claim No. 7530) [Docket No. 17300] was furnished by mail on July 17, 2007 to Teddy Nickolaus c/o James B. Guest, Esq., Guest Law Firm, 1900 32nd Street, Kenner, Louisiana 70065.

Dated: July 17, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151