**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors. | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 8715**
**FILED BY T/A WESTERN, LLC (STORE NO. 217)**

This cause came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (the "Twenty-Sixth Omnibus Objection") (Docket No. 12281). A response to the Twenty-Sixth Omnibus Objection was filed by T/A Western, LLC ("T/A Western") with respect to Store No. 217 (Docket No. 12776). The Court entered an Order (Docket No. 12908) and an Order correcting the Docket No. 12908 Order (Docket No. 13344) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Twenty-Sixth Omnibus Objection as to claim number 8715 filed by T/A Western and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of claim number 8715 filed by T/A Western with respect to Store No. 217 is allowed as an administrative claim in the amount of $16,472.34, $10,810.34 of which Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors")

have paid to T/A Western.

2. The escrow agent, Smith, Gambrell, and Russell, LLP, is authorized and directed to release $5,662.00 of the $47,538.00 it is holding in escrow for Store No. 217 to T/A Western in full satisfaction of any right to cure T/A Western has or may have under 11 U.S.C. §365 or otherwise with respect to Store No. 217. Smith, Gambrell, and Russell, LLP is authorized and directed to release the remaining $41,876.00 of the $47,538.00 it is holding in escrow for Store No. 217 to the Reorganized Debtors.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 217 filed by T/A Western in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 217 that T/A Western has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 17 day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00572136.2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| TEW CARDENAS LLP | SMITH HULSEY & BUSEY |
| By  *s/ Thomas R. Lehman* * <br>　　　Thomas R. Lehman | By  *s/ Cynthia C. Jackson* <br>　　　Cynthia C. Jackson, F.B.N. 498882 |
| Four Seasons Tower, 15th Floor <br> 1441 Brickell Avenue <br> Miami, Florida 33131 <br> (305) 536-1112 <br> (305) 536-1116 (facsimile) <br> trl@tewlaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for T/A Western, LLC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00572136.2