UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Reorganized Debtors.[1] ) | Jointly Administered |

## AGREED ORDER RESOLVING
## CLAIM NO. 5413 FILED BY WALYN SUIRE

This matter is before the Court upon the Debtors' Omnibus Objection to Unresolved Litigation Claims as it pertains to Claim No. 5413 filed by Walyn Suire (Docket No. 8702). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 5413 is disallowed.

2. This Order resolves (i) all liabilities and obligations related to Claim No. 5413 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __17__ day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | LAW OFFICES OF THOMAS R. HIGHTOWER, JR. |
|---|---|
| By  s/ Leanne McKnight Prendergast<br>Stephen D. Busey<br>James H. Post<br>Leanne McKnight Prendergast | By _____<br>Thomas R. Hightower, Jr.<br>Wade Kee |
| Florida Bar Number 0059544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | Louisiana Bar Number 1956<br>Louisiana Bar Number 18973<br>1019 Lafayette Street<br>Post Office Drawer 51288<br>Lafayette, Louisiana 70505<br>(337) 233-0555 |
| Counsel for Reorganized Debtors | Counsel for Walyn Suire |

00571935