UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    ) Case No. 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          ) Chapter 11
                                          )
Reorganized Debtors.[1]                   ) Jointly Administered
                                          )

## AGREED ORDER RESOLVING APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES FILED BY GEORGIA DEPARTMENT OF REVENUE

Upon the Application for Allowance of Administrative Expenses (the "Application") filed by the Georgia Department of Revenue ("Georgia") on January 5, 2007 at docket number 14417, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") desire to resolve all issues with respect to the administrative expense claims alleged by Georgia in the Application. Therefore, based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The administrative expense claims alleged against Winn-Dixie Logistics, Inc. in paragraph 3 of the Application are disallowed in full.

2. The administrative expense claims alleged against Winn-Dixie Procurement, Inc. in paragraph 4 of the Application are disallowed in full.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3. The administrative expense claims alleged against Dixie Packer, Inc. in paragraph 5 of the Application are disallowed in full.

4. The administrative expense claims alleged against Dixie-Home Stores, Inc. in paragraph 6 of the Application are allowed in the requested amount of $20.00.

5. The administrative expense claims alleged against Crackin' Good, Inc. in paragraph 7 of the Application are disallowed in full.

6. The administrative expense claims alleged against Deep South Products, Inc. in paragraph 8 of the Application are allowed in the amount of $194.16 and are disallowed to the extent they exceed $194.16.

7. The administrative expense claims alleged against Winn-Dixie Stores, Inc. in paragraph 9 of the Application are allowed in the requested amount of $136,386.00.

8. Except as provided in paragraphs 4, 6 and 7 above, the Debtors have no liability to Georgia for administrative expense or any other claims relating to the period between February 21, 2005 and November 21, 2006.

9. The administrative expense claims allowed in paragraphs 4, 6 and 7 above shall be paid by the Debtors, if not previously paid, within ten (10) days after the date of entry of this Order.

10. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 18 day of July, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By */s/ James H. Post*
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Email: jpost@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

D. J. Baker
Rosalie Walker Gray
Jane M. Leamy
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)

Co-Counsel for Reorganized Debtors

GEORGIA DEPARTMENT OF REVENUE

By */s/ Oscar B. Fears, III* *
Oscar B. Fears

Georgia Bar Number 25020
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 656-3303
(404) 657-3239 (facsimile)
Email: bfears@law.ga.gov

Counsel for Georgia Department of Revenue

*Counsel has authorized his electronic signature

1260892-New York Server 7A - MSW