UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |

### AGREED ORDER RESOLVING ADMINISTRATIVE EXPENSE MOTIONS FILED BY CATAMOUNT LS-KY, LLC (STORE NOS. 1673 AND 1676)

This cause came before the Court on the motions for payment of postpetition administrative expenses with respect to Store Nos. 1673 and 1676 filed by Catamount LS-KY, LLC ("Catamount LS-KY") (Docket Nos. 8780, 8781, 11644 and 11645) (collectively, the "Administrative Expense Motions"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Catamount's Administrative Expense Motions are denied. Catamount shall have an allowed Class 13 Landlord Claim[2] in the amount of $135,000.00 (the "Claim") (which will be assigned Claim Number 50046), by virtue of which it will receive an

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases ("Reorganized Debtors"): Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

[2] All capitalized terms not otherwise defined in this Agreed Order shall have the meaning ascribed to them in the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as confirmed by this Court's November 9, 2006 Order (as modified, the "Plan"), and the August 9, 2006 Disclosure Statement with Respect to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

interim distribution of shares in the Reorganized Debtors pursuant to the Plan not more than fifteen (15) business days following the entry of this Agreed Order.

2.   This Agreed Order, in conjunction with the Court's March 1, 2007 Agreed Order Resolving (I) Claim Number 11892 filed by Catamount Rockingham, LLC and (II) Claim Number 12859 filed by Catamount LS-KY, LLC (Docket No. 15350), resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims, including but not limited to the Administrative Expense Motions and the Claim, and (ii) all other pre-petition or pre-effective date claims pertaining to Store Nos. 1673 and 1676, that Catamount LS-KY has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.   This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __18__ day of July, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00572413

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| KRIEG DeVAULT LLP | SMITH HULSEY & BUSEY |
|---|---|
| By *s/ C. Daniel Motsinger* * <br> C. Daniel Motsinger, F.B.N. 362875 | By *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| One Indiana Square <br> Suite 2800 <br> Indianapolis, IN 46204-2079 <br> (317)-238-6237 <br> (317) 636-1507 (facsimile) <br> cmotsinger@kdlegal.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Catamount LS-KY, LLC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00572413