UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER RESOLVING CURE OBJECTION FILED BY COLONIAL REALTY LIMITED PARTNERSHIP (STORE NO. 2393)

This cause came before the Court on the Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief ("Debtors' Amended Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 7966) and the Objection to Debtors' Amended Omnibus Motion (Docket No. 9482) and the Amended Objection to Debtors' Amended Omnibus Motion (Docket No. 9574) filed by Colonial Realty Limited Partnership ("Colonial") with respect to Store Nos. 190 and 2393 (the "Cure Objections"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objections are overruled as to Store No. 2393.[1]

2. The cure amount for Store No. 2393 is fixed at $7,223.08, $5,634.00 of

---

[1] This Order only resolves the Cure Objections as to Store No. 2393. This Order does not resolve the Cure Objections as to Store No. 190 or proof of claim number 5562 filed by Colonial (the landlord for Store No. 190).

which the Reorganized Debtors have paid to Colonial. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Colonial Properties Trust[2] $1,589.08 in full satisfaction of any right to cure Colonial has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 2393.

3. This Agreed Order resolves all liabilities and obligations with respect to Store No. 2393 that Colonial has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 18 day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00565838

---

[2] Colonial Properties Trust is a subsidiary of Colonial Realty Limited Partnership (the landlord for Store No. 2393). The Reorganized Debtors will remit the $1,589.08 payment to Colonial Properties Trust at P.O. Box 55966, Dept. 301501, Birmingham, Alabama 35255-5966.

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| FOSTER, LINDEMAN & KLINKBEIL, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ William M. Lindeman*\*<br>William M. Lindeman, F.B.N. 699640 | By  *s/ Cynthia C. Jackson*<br>Cynthia C. Jackson, F.B.N. 498882 |
| P.O. Box 3108<br>Orlando, Florida 32802<br>(407) 422-1966<br>(407) (facsimile)<br>wlindeman@flkpa.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Colonial Realty Limited Partnership | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00565838