# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re: **WINN-DIXIE PROCUREMENT INC**
Case No. **05-03817**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives notice pursuant to Rule 3001 (e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
Name of Transferee

**CONROS CORPORATION**
Name of Transferor

Name and Address where notices and payments to transferee should be sent:

LIQUIDITY SOLUTIONS, INC
DBA REVENUE MANAGEMENT
ONE UNIVERSITY PLAZA
SUITE 312
HACKENSACK, NJ 07601
Phone:
(201) 968-0001

Court Claim # (if known): 9489
Amount of Claim: **$60,149.35**
Date Claim Filed: 7/27/2005

Phone:_____
Last Four Digits of Acct#:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/Robert Minkoff
Transferee/Transferee's Agent

Date: 7/21/2007

Penalty for making a false statement. Fine up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 & 3571

782992

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re: **WINN-DIXIE PROCUREMENT INC**
Case No. **05-03817**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 9489 (if known) was filed or deemed filed under 11 U.S.C. § 1111 (a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/21/2007.

Liquidity Solutions Inc,
d/b/a Revenue Management
**Name of Transferee**

Address of Transferee:
One University Plaza
Suite 312
Hackensack, NJ 07601

**CONROS CORPORATION**
**Name of Alleged Transferor**

Address of Alleged Transferor:
**CONROS CORPORATION**
**41 LESMILL ROAD**

**NORTH YORK, ON M3B2T3 CANADA**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised that this Notice of Transfer of Claim Other Than for Security has been filed in the clerk's office of this court as evidence of transfer. Objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____

**CLERK OF THE COURT**

782992

TRANSFER NOTICE

HEARTHMARK LLC C/O JARDEN CORP. F/K/A CONROS CORP. ("Assignor"), transfers and assigns unto Liquidity Solutions, Inc., as agent for _____, with an address at One University Plaza, Suite 312, Hackensack, New Jersey 07601, its successors and assigns ("Assignee"), pursuant to the terms of an ASSIGNMENT OF CLAIM between Assignor and Assignee (the "Agreement"), all of Assignor's right, title and interest in, to and under the Claim of Assignor as set forth in the Agreement against Winn-Dixie Procurement, Inc. (the "Debtor"), in the aggregate amount of $60,149.35 , representing all claims of Assignor pending against the Debtor in the United States Bankruptcy Court, Middle District of Florida, administered as Case No. 05-03838 .

IN WITNESS WHEREOF, Assignor has signed below as of the _____ day of _____, 200__

HEARTHMARK LLC C/O JARDEN CORP. F/K/A CONROS CORP.

_____         _____
(Signature)                              (Signature)

Curtis J. Wible  VP Finance              ROBERT MINKOFF
(Print Name and Title)                   (Print Name of Witness)