**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its affiliated debtors, give notice of filing the attached Notice of Withdrawal of Application for Administrative Claim filed by Hammonton Partners (Docket No. 14293).

Dated: July 19, 2007

SMITH HULSEY & BUSEY

By   *s/ Cynthia C. Jackson*
  Stephen D. Busey
  James H. Post
  Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

00570125

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPLICATION FOR ADMINISTRATIVE CLAIM FILED BY HAMMONTON PARTNERS (STORE NO. 1490)

Applicant, Hammonton Partners, hereby withdraws its Application Seeking Payment or Administrative Claim Arising against Debtor for the Period between February 21, 2005 and November 21, 2006 (Docket No. 14293) and any other administrative claim they may have against the Reorganized Debtors or their estates.

Dated: June ___, 2007.

HAMMONTON PARTNERS

By _____
Anthony J. La Sala

1410 Valley Road
Wayne, New Jersey 07470
(973) 696-7499
(973) 696-1428 (facsimile)

President of La Sala Management, Inc. as
General Partner of Hammonton Partners

00570119

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing document was furnished by facsimile and mail on June ____, 2007 to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708.

_____
Anthony J. La Sala

00570119