# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors. | Jointly Administered |

## AGREED ORDER RESOLVING CURE OBJECTION FILED BY WEIGEL FAMILY REVOCABLE TRUST (STORE NO. 1483)

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Debtors' Second Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the objection to the Debtors' Second Omnibus Motion filed by Weigel Family Revocable Trust ("Weigel") with respect to Store No. 1483 (Docket No. 9695) (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 11127 filed by Weigel with respect to Store No. 1483 is allowed as an administrative claim in the amount of $13,342.61, $7,047.79 of which the Reorganized Debtors have paid to Weigel. Within seven (7) business days of entry of this Agreed Order, the Reorganized Debtors will pay Patricia or Marshall Weigel[1] $6,294.82 in full satisfaction of any right to cure Weigel has or may have under 11 U.S.C. §365 or

---

[1] The Reorganized Debtors will remit the $6,294.82 to Patricia or Marshall Weigel in care of Zeisler & Zeisler LLP at 1100 Third Street, San Rafael, California 94901.

otherwise with respect pre-petition and pre-effective date obligations related to Store No. 1483.

3. Proof of claim number 11128 filed by Weigel with respect to Store No. 1483 is disallowed in its entirety.

4. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 1483 filed by Weigel in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 1483 that Weigel has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 19 day of July, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00572379

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By   *s/ Jeffery E. Nimz\**               By   *s/ Cynthia C. Jackson*
       Jeffery E. Nimz                           Cynthia C. Jackson, F.B.N. 498882

20 North Wacker Drive, Suite 1725      225 Water Street, Suite 1800
Chicago, Illinois 60606                      Jacksonville, Florida 32202
(312) 214-0800                                (904) 359-7700
(312) 214-0888 (facsimile)              (904) 359-7708 (facsimile)
jnimz@igroupcom.com                    cjackson@smithhulsey.com

Counsel for Weigel Family Revocable Trust   Co-Counsel for Reorganized Debtors

*Counsel has authorized his electronic signature.

00572379