Hearing Date: August 9, 2007, 1:30 p.m.
Objection Deadline: July 31, 2007, 5:00 p.m

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## DEBTORS' MOTION FOR ORDER DETERMINING THAT
## DEBTORS HAVE SATISFIED ALLOWED CURE CLAIMS

Winn-Dixie Stores, Inc. ("Winn-Dixie"), and its twenty-three subsidiaries and affiliates, as reorganized debtors and debtors-in-possession (collectively, the "Debtors"), move the Court for entry of an order (i) determining that the allowed cure claims listed on the attached Exhibit A have been satisfied by the payments identified on Exhibit A, and (ii) authorizing Logan & Company, Inc., the court-approved claims agent in these cases (the "Claims Agent"), to mark such allowed claims as satisfied (the "Motion"). In support, the Debtors state:

### Background

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

2.      The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Plan") was confirmed by order of the Court entered on November 9, 2006 and became effective in accordance with its terms on November 21, 2006 (the "Effective Date").

3.      This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

**Relief Requested**

4.      Prior to the Effective Date, the Debtors assumed over 500 real property leases pursuant to Section 365 of the Bankruptcy Code.  With respect to most of the assumed leases, the Debtors were required to make payments under Section 365 to cure existing defaults. In many cases the amount of cure payments was included within proofs of claim filed by or on behalf of landlords.

5.      Most of the undisputed cure payments have now been made by the Debtors.  Such payments were made to the landlord or the landlord's designee at the name and address reflected in the Debtors' lease records, which is the name and address to which the landlords instructed the Debtors to send lease payments in the ordinary course of business.  In some cases those names and addresses are different from the names and addresses on the related proofs of claim, many of which were filed by attorneys, leasing agents or other parties on behalf of the landlords.  Because the cure payments were for amounts due under assumed leases and not a distribution on any bankruptcy claim (like rejection damages), the Debtors determined that the names and addresses in their lease files were the correct names and addresses to be used for the cure payments.

6.      Attached as Exhibit A is a list of claimants whose proofs of claim included an allowed cure amount but who did not receive a cure payment because the proof of claim name and address was different from the lease file name and address.  For each claimant, the actual recipient of the cure payment (which is the name in Debtors' lease files), along with the payment date and check number, is also identified on Exhibit A.

7.      The Debtors request that the Court (a) determine that the allowed cure claims listed on Exhibit A have been satisfied by the payments identified on Exhibit A, and (b) authorize the Claims Agent to mark the allowed claims as satisfied.

8.      Each of the claimants and the payment recipients will receive a copy of the Motion and will have the opportunity to verify that the payment was made.  Any claimant who believes that it is entitled to receive the cure payment rather than the actual recipient of the payment must file an objection to the Motion on or before July 31, 2007.

9.      The Debtors desire finality as to their cure obligations.  The requested relief will provide that finality and, in the event of any objections, will provide the Debtors with the opportunity to resolve the issue with the claimant and the payment recipient while their respective business records are fresh.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter the proposed order attached as Exhibit B (a) determining that the allowed cure claims listed on Exhibit A have been satisfied by the payments identified on Exhibit A, and (b) authorizing the Claims Agent to mark the allowed claims as satisfied; and (ii) granting such other relief as the Court deems just and proper.

Dated:  July 20, 2007

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By     s/ D. J. Baker
       D. J. Baker
       Sally McDonald Henry
       Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Reorganized Debtors
00572086

SMITH HULSEY & BUSEY

By     s/ Cynthia C. Jackson
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson (Bar # 498882)
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

# Exhibit A

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 241477**<br>ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447-9998 | 2100<br>**Debtor:** | $5,414.35<br>**WINN-DIXIE STORES, INC.** | $9,958.91 | ALLOWED AMOUNT PAID TO MIDLAND LOAN SERVICES INC. ON 11/21/06 BY CHECK NO. 008278882. |
| **Creditor Id: 407791**<br>ACORN ASSOCIATES, INC<br>ATTN EDWARD PEARLSTEIN, VP<br>140 GLENLAWN AVENUE<br>SEA CLIFF NY 11579 | 5654<br>**Debtor:** | $12,018.37<br>**WINN-DIXIE STORES, INC.** | $12,018.37 | ALLOWED AMOUNT PAID TO ACORN ASSOCIATES LTD ON 11/21/06 BY CHECK NO. 008278864. |
| **Creditor Id: 452151**<br>AIB DELTONA, INC<br>ATTN ANNELIE MENKE, ESQ<br>1980 POST OAK BLVD, SUITE 720<br>HOUSTON TX 77056<br><br>Counsel: ATTN ROBERT D WILCOX, ESQ | 13265<br>**Debtor:** | $11,043.68<br>**WINN-DIXIE STORES, INC.** | $11,043.68 | ALLOWED AMOUNT PAID TO AMERICAN FIRST FEDERAL INC. ON 11/21/06 BY CHECK NO. 000052598. |
| **Creditor Id: 2069**<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | 1500<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $10,923.78 | ALLOWED AMOUNT PAID TO ALLIED CAPITAL REIT INC ON 11/21/06 BY CHECK NO. 008278893. |
| **Creditor Id: 243236**<br>BEIL PROPERTIES INC<br>ATTN WALTER BEIL<br>247 OCEAN VIEW<br>NEWPORT BEACH CA 92663 | 3835<br>**Debtor:** | $6,071.86<br>**WINN-DIXIE STORES, INC.** | $29,083.80 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279252. |
| **Creditor Id: 408349**<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33601-1288 | 7823<br>**Debtor:** | $10,310.00<br>**WINN-DIXIE STORES, INC.** | $12,773.49 | ALLOWED AMOUNT PAID TO AL BELOTTO INC. ON 11/21/06 BY CHECK NO. 008279106. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 244681**<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>DEENA PLAIRE-HAAS<br>3199 PALMYRA ROAD<br>ALBANY  GA  31707<br><br>Counsel: ATTN DEENA PLAIRE-HAAS, ESQ | 13315<br>**Debtor:** | $57,025.66<br>**WINN-DIXIE STORES, INC.** | $57,025.66 | ALLOWED AMOUNT PAID TO MODERN WOODMAN OF AMERICA ON 11/21/06 BY CHECK NO. 008278984. |
| **Creditor Id: 244838**<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8708<br>**Debtor:** | $79,037.69<br>**WINN-DIXIE STORES, INC.** | $81,246.63 | ALLOWED AMOUNT PAID TO VICTORY INVESTMENTS INC. ON 11/21/06 BY CHECK NO. 008278944 ($79,037.69) AND ON 2/28/07 BY CHECK NO. 8317000 ($2,208.94). |
| **Creditor Id: 2131**<br>CHESTER DIX CRAWFORDVILLE CORPORATI<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7900<br>**Debtor:** | $45,167.20<br>**WINN-DIXIE STORES, INC.** | $9,319.88 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id: 2132**<br>CHESTER DIX CRESCENT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7899<br>**Debtor:** | $52,029.91<br>**WINN-DIXIE STORES, INC.** | $10,380.10 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id: 2136**<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7897<br>**Debtor:** | $53,397.59<br>**WINN-DIXIE STORES, INC.** | $14,564.91 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 2139<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7898<br>**Debtor:** | $51,777.75<br>**WINN-DIXIE STORES, INC.** | $8,894.84 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id:** 2140<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7896<br>**Debtor:** | $50,020.15<br>**WINN-DIXIE STORES, INC.** | $8,293.87 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id:** 423063<br>COMMONWEALTH FOREST EDGE, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE  MD  21202 | 12966<br>**Debtor:** | $10,927.59<br>**WINN-DIXIE STORES, INC.** | $10,927.59 | ALLOWED AMOUNT PAID TO ISRAM REALTY MANAGEMENT INC. ON 11/21/06 BY CHECK NO. 008278998. |
| **Creditor Id:** 2163<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK  NY  10020<br><br>Counsel: ATTN ALAN J LIPKIN, ESQ | 10136<br>**Debtor:** | $129,250.50<br>**WINN-DIXIE MONTGOMERY, INC.** | $1,597.17 | ALLOWED AMOUNT PAID TO CDC PAYING AGENT LLC ON 11/21/06 BY CHECK NO. 008278865. |
| **Creditor Id:** 407681<br>CROSSINGS OF ORLANDO, LTD<br>C/O COURTELIS COMPANY<br>ATTN V STOSIK/W D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI  FL  33126<br><br>Counsel: ATTN C LONSTEIN & A SCHAEFFER, ESQS | 4977<br>**Debtor:** | $23,566.93<br>**WINN-DIXIE STORES, INC.** | $23,566.93 | ALLOWED AMOUNT PAID TO THE ORLANDO CROSSING INC. ON 11/21/06 BY CHECK NO. 008279015. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:**  410600<br>DADE CITY LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES CO COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK  NY  10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9846<br>**Debtor:** | $68,784.74<br>**WINN-DIXIE STORES, INC.** | $79,083.11 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NOS. 008296669 ($10,298.37) AND 008279241 ($68,784.74). |
| **Creditor Id:**  2208<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT  AL  35476<br><br>Counsel: ATTN W CAMERON PARSONS, ESQ | 9626<br>**Debtor:** | $9,044.91<br>**WINN-DIXIE STORES, INC.** | $9,044.91 | ALLOWED AMOUNT PAID TO BYARS & CO INC. ON 11/21/06 BY CHECK NO. 008279128. |
| **Creditor Id:**  407752<br>EFESOS PROPERTIES NV INC &<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN KENNETH G M MATHER, ESQ<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA  FL  33602 | 9969<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $4,557.09 | ALLOWED AMOUNT PAID TO CAPITAL CROSSING BANK ON 11/21/06 BY CHECK NO. 008278821. |
| **Creditor Id:**  410596<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK  NY  10019-4107<br><br>Counsel: ATTN ILAN D SCHARF, ESQ | 9842<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $11,486.36 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279239. |
| **Creditor Id:**  410793<br>EQUITY ONE (MONUMENT) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI  FL  33131 | 10937<br>**Debtor:** | $8,526.63<br>**WINN-DIXIE STORES, INC.** | $20,056.19 | $19,966.63 PAID TO EQUITY ONE MONUMENT POINTE INC ON 11/21/06 BY CHECK NO. 008279010 AND $89.56 PAID TO EQUITY ONE COMMONWEALTH, INC. ON 3/30/07 BY CHECK NO. 8329602. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 2211<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES  CA  90024<br><br>Counsel: ATTN RANDALL W BLACK, ESQ | 4973<br>**Debtor:** | $593,224.52<br>**WINN-DIXIE STORES, INC.** | $6,109.11 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279238. |
| **Creditor Id:** 405884<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM  AL  35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2586<br>**Debtor:** | $9,915.91<br>**WINN-DIXIE MONTGOMERY, INC.** | $16,729.98 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008278830. |
| **Creditor Id:** 1346<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA,  SC  29210<br><br>Counsel: ATTN PAUL K. CAMPSEN, ESQ. | 8725<br>**Debtor:** | $26,185.38<br>**WINN-DIXIE STORES, INC.** | $26,185.38 | ALLOWED AMOUNT PAID TO FOUNTAIN PARK STATION, INC. ON 11/21/06 BY CHECK NO. 008279178. |
| **Creditor Id:** 2251<br>GARDENS PARK PLAZA, LTD<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH,  FL  33401 | 4968<br>**Debtor:** | $90,442.66<br>**WINN-DIXIE STORES, INC.** | $108,303.00 | $90,442.66 PAID 11/21/06 BY CHECK NUMBER 008279064, $5,202.44 PAID 12/11/06 BY CHECK NO. 8287025, AND $12,656.00 PAID 3/28/07 BY CHECK NO. 8327864 ALL TO GARDENS PARK PLAZA 219 . |
| **Creditor Id:** 381792<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 10249<br>**Debtor:** | $0.00<br>**WINN-DIXIE RALEIGH, INC.** | $15,008.95 | ALLOWED AMOUNT PAID TO SCHILLECI MILLBROOK SC LLC ON 11/21/06 BY CHECK NO. 008279142. |
| **Creditor Id:** 403199<br>GEHR FLORIDA DEVELOPMENT LLC<br>C/O HELD & ISRAEL<br>ATTN E W HELD JR/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 9397<br>**Debtor:** | $39,728.91<br>**WINN-DIXIE STORES, INC.** | $47,806.39 | $39,728.91 PAID 11/21/06 TO GEHR DEVELOPMENT FLORIDA, LLC BY CHECK NO. 008278991 AND $8,077.48 PAID 3/30/07 TO SAME PARTY BY CHECK NO. 8330552. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 2270<br>GREENGOLD CO, LLC<br>ATTN LEONARD GOLD, PARTNER<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | 12942<br>**Debtor:** | $12,598.35<br>**WINN-DIXIE STORES, INC.** | $11,040.66 | ALLOWED AMOUNT PAID TO CAPITAL CROSSING BANK ON 11/21/06 BY CHECK NO. 008278822. |
| **Creditor Id:** 2013<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12904<br>**Debtor:** | $10,875.20<br>**WINN-DIXIE STORES, INC.** | $10,875.20 | ALLOWED AMOUNT PAID TO HIGH SPRINGS COMMERCIAL PROPERTIES LLC ON 11/21/06 BY CHECK NO. 008279086. |
| **Creditor Id:** 534811<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383 | 13562<br>**Debtor:** | $69,204.18<br>**WINN-DIXIE STORES, INC.** | $21,875.89 | ALLOWED AMOUNT PAID TO SRA/ SUNRISE II LLC ON 11/21/06 BY CHECK NO. 000052599. |
| **Creditor Id:** 410788<br>IRT PARTNERS LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10931<br>**Debtor:** | $569.25<br>**WINN-DIXIE STORES, INC.** | $23,389.03 | $23,037.36 PAID TO EQUITY ONE INC 11/21/06 BY CHECK NUMBER 008279003 AND $351.67 PAID 3/21/07 TO SAME PARTY BY CHECK NO. 8325317. |
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8584<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $57,903.72 | ALLOWED AMOUNT PAID TO SHADES CREEK PARTNERS ON 11/21/06 BY CHECK NO. 008279119. |
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8596<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $15,559.39 | ALLOWED AMOUNT PAID TO WD CORDOVA LLC ON 11/21/06 BY CHECK NO. 008279057. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 417103**<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12909<br>Debtor: | $56,899.13<br>**WINN-DIXIE STORES, INC.** | $54,673.45 | ALLOWED AMOUNT PAID TO MORRIS SATNICK FORT PIERCE ASSOC, LLC ON 11/21/06 BY CHECK NO. 008278846. |
| **Creditor Id: 410736**<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 | 9591<br>Debtor: | $111,632.48<br>**WINN-DIXIE STORES, INC.** | $109,576.00 | $95,576.30 PAID 11/21/06 TO KITE REALTY GROUP LP BY CHECK NO. 008279209 AND $14,000.00 PAID 5/17/07 TO KRG WATERFORD LAKES LLC BY CHECK NO. 8348354. |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | 10896<br>Debtor: | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $6,324.95 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008278827. |
| **Creditor Id: 408334**<br>LINDNER, RICHARD<br>C/O JEFFREY W LEASURE, PA<br>ATTN JEFFREY W LEASURE, ESQ<br>1342 COLONIAL BLVD, STE H57<br>PO BOX 61169<br>FORT MYERS FL 33906-1169 | 7008<br>Debtor: | $2,970,000.00<br>**WINN-DIXIE STORES, INC.** | $10,791.50 | ALLOWED AMOUNT PAID TO  LJ MELODY AND COMPANY ON 11/21/06 BY CHECK NO. 008279253. |
| **Creditor Id: 2388**<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503<br><br>Counsel: ATTN JOHN KOOISTRA, III, ESQ | 13211<br>Debtor: | $42,063.25<br>**WINN-DIXIE STORES, INC.** | $67,321.83 | ALLOWED AMOUNT PAID TO ESCROW SPECIALISTS ON 11/21/06 BY CHECK NO. 008279260. |
| **Creditor Id: 410453**<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH PA 15219<br><br>Counsel: ATTN JAMIE BISHOP | 8205<br>Debtor: | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $9,046.26 | ALLOWED AMOUNT PAID TO EUSTIS MORTGAGE CORPORATION ON 11/21/06 BY CHECK NO. 008279229. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 255180<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | 3324<br>**Debtor:** | $23,982.23<br>**WINN-DIXIE MONTGOMERY, INC.** | $27,906.00 | ALLOWED AMOUNT PAID TO MR E M ARNOVITZ AND MR M PLASKER ON 11/21/06 BY CHECK NOS. 008278921 ($23,982.23) AND 008282714 ($3,923.77). |
| **Creditor Id:** 264143<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8681<br>**Debtor:** | $54,140.94<br>**WINN-DIXIE STORES, INC.** | $55,020.71 | ALLOWED AMOUNT PAID TO VICTORY INVESTMENTS LLC ON 11/21/06 BY CHECK NO. 008278945 ($48,540.06) AND ON 2/28/07 BY CHECK NO. 8317000 ($6,480.65). |
| **Creditor Id:** 411254<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | 11547<br>**Debtor:** | $57,755.17<br>**WINN-DIXIE STORES, INC.** | $66,966.50 | ALLOWED AMOUNT PAID TO MAGNOLIA PARK SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008278974. |
| **Creditor Id:** 410888<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 10001<br>**Debtor:** | $80,634.77<br>**WINN-DIXIE MONTGOMERY, INC.** | $89,791.56 | $89,791.56 PAID TO NOM PROPERTIES INC ON 11/21/06 BY CHECK NO. 008279199. |
| **Creditor Id:** 279443<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | 13326<br>**Debtor:** | $73,466.28<br>**WINN-DIXIE STORES, INC.** | $73,466.28 | ALLOWED AMOUNT PAID TO WESTWOOD SHOPPING CENTER ON 11/21/06 BY CHECK NOS. 008279231 ($65,376.27) AND 008287948 ($8,090.01 ). |
| **Creditor Id:** 256520<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | 9448<br>**Debtor:** | $49,789.85<br>**WINN-DIXIE MONTGOMERY, INC.** | $49,789.85 | ALLOWED AMOUNT PAID TO PROTECTIVE LIFE INSURANCE CO ON 11/21/06 BY CHECK NO. 008279123. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 410457<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8679<br>Debtor: | $37,913.98<br>WINN-DIXIE STORES, INC. | $38,929.88 | ALLOWED AMOUNT PAID TO MOULTRIE SQUARE LLC ON 11/21/06 BY CHECK NO. 008279088 ($34,312.78) AND ON 2/28/07 BY CHECK NO. 8317002 ($4,617.10). |
| **Creditor Id:** 241335<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 13567<br>Debtor: | $74,270.41<br>WINN-DIXIE STORES, INC. | $59,532.43 | ALLOWED AMOUNT PAID TO AFI MANAGEMENT ON 11/21/06 BY CHECK NO. 008278847. |
| **Creditor Id:** 411076<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARRERO SHOPPING CENTER, MARRERO LA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10975<br>Debtor: | $118,325.11<br>WINN-DIXIE STORES, INC. | $114,579.02 | $105,363.60 PAID TO CA NEW PLAN VENTURE FUND LOUISIANA LLC ON 11/21/06 BY CHECK NO. 008279243 AND $9,215.42 PAID TO NEW PLAN REALTY TRUST, INC. 6/19/07 BY CHECK NO. 8361495. |
| **Creditor Id:** 411075<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L. POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 12200<br>Debtor: | $36,662.24<br>WINN-DIXIE STORES, INC. | $18,331.10 | ALLOWED AMOUNT PAID TO CA NEW PLAN VENTURE FUND 6/13/07 BY CHECK NO. 8359008. |
| **Creditor Id:** 410881<br>NINE MILE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE, ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 9995<br>Debtor: | $763.76<br>WINN-DIXIE MONTGOMERY, INC. | $5,273.65 | ALLOWED AMOUNT PAID TO NOM PROPERTIES INC ON 11/21/06 BY CHECK NO. 008279202. |
| **Creditor Id:** 411080<br>O'BRIEN KIERNAN INVESTMENTS CO ETAL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 | 10981<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $6,334.28 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008278834. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 2458<br>OCALA NORTH SHOPPING CENTER<br>C/O CHARLES WAYNE PROPERTIES, INC<br>ATTN LINDA WHEELER, SR PROP MGR<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | 13179<br>Debtor: | $7,001.44<br>WINN-DIXIE STORES, INC. | $8,695.20 | PAID AMERICAN MORTGAGE & REALTY CORP $7,001.44 ON 11/21/06 BY CHECK NO. 008279180 IN FULL SATISFACTION OF AMOUNT DUE (ALL THAT IS OWED PER LANDLORD). |
| **Creditor Id:** 411142<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11145<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $22,694.16 | ALLOWED AMOUNT PAID TO VACHLIA INC. ON 11/21/06 BY CHECK NO. 008279097. |
| **Creditor Id:** 258311<br>PONTE VEDRA SQUARE, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE FL 32247-7050 | 6433<br>Debtor: | $29,463.85<br>WINN-DIXIE STORES, INC. | $29,463.85 | ALLOWED AMOUNT PAID TO SOUTHERN FARM BUREAU LIFE INS ON 11/21/06 BY CHECK NO. 008279168. |
| **Creditor Id:** 2480<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689<br><br>Counsel: ATTN DAVID A. BOYETT, III, ESQ | 1025<br>Debtor: | $7,159.54<br>WINN-DIXIE MONTGOMERY, INC. | $7,159.54 | ALLOWED AMOUNT PAID TO POPPS FERRY (MS) DEV ON 11/21/06 BY CHECK NO. 008279153. |
| **Creditor Id:** 259749<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | 7542<br>Debtor: | $4,899,950.00<br>WINN-DIXIE MONTGOMERY, INC. | $10,942.65 | ALLOWED AMOUNT PAID TO EUFAULA FIELDS, LLC ON 11/21/06 BY CHECK NO. 008278873. |

WINN-DIXIE STORES, INC., ET AL.

**CURE CLAIMS TO BE DEEMED SATISFIED**

**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF, ASST MG DIR<br>801 GRAND AVENUE<br>DES MOINES  IA  50392-1450<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8810<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $17,105.25 | ALLOWED AMOUNT PAID TO FRANK W GUILFORD JR TRUSTEE ON 11/21/06 BY CHECK NO. 008279020. |
| **Creditor Id:** 408263<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 11059<br>**Debtor:** | $4,506.10<br>**WINN-DIXIE STORES, INC.** | $4,506.10 | ALLOWED AMOUNT PAID TO MRPLP DBA ORLANDO, LLP ON 11/21/06 BY CHECK NO. 008279189. |
| **Creditor Id:** 410968<br>RK HALLANDALE LP & 17070 COLLINS<br>AVE SHOPPING CENTER, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVE<br>NEW YORK  NY  10178 | 10324<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $15,700.59 | ALLOWED AMOUNT PAID TO RK ASSOCIATES ON 11/21/06 BY CHECK NO. 008278820. |
| **Creditor Id:** 259785<br>ROBERT M BARRETT INC<br>ATTN ROBERT M BARRETT, PRES<br>PO BOX 31802<br>PALM BEACH GARDENS,  FL  33420 | 6316<br>**Debtor:** | $68,530.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | $9,689.43 | ALLOWED AMOUNT PAID TO WESTWAY INC. ON 11/21/06 BY CHECK NO. 008279191. |
| **Creditor Id:** 260057<br>ROUSSE LAND INVESTMENT LLC<br>ATTN RYAN A ROUSSE<br>PO DRAWER 1550<br>LAROSE, LA  70373-1550 | 9547<br>**Debtor:** | $17,778.99<br>**WINN-DIXIE MONTGOMERY, INC.** | $17,778.99 | ALLOWED AMOUNT PAID TO SUGARLAND SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008279082. |
| **Creditor Id:** 2561<br>SIZELER/LA SHOPPING CENTERS, LP<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER  LA  70062 | 8840<br>**Debtor:** | $41,898.92<br>**WINN-DIXIE STORES, INC.** | $41,898.92 | ALLOWED AMOUNT PAID TO AZALEA SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008279222. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:**  410868<br>SKINNERS OF POINT MEADOWS, INC<br>C/O ROGERS TOWERS, PA<br>ATTN BETSY C COX, ESQ<br>1301 RIVERPLACE BLVD, STE 1500<br>JACKSONVILLE  FL  32207 | 9950<br>**Debtor:** | $93,212.84<br>**WINN-DIXIE STORES, INC.** | $131,639.39 | $93,212.84 PAID ON 11/21/06 BY CHECK NO. 008278973, $11,645.27 PAID 12/5/06 BY CHECK NO. 8284416, AND $26,781.28 PAID ON 2/28/07 BY CHECK NO. 8314462 ALL TO SKINNERS OF JACKSONVILLE INC. |
| **Creditor Id:**  405882<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM  AL  35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2585<br>**Debtor:** | $53,099.43<br>**WINN-DIXIE MONTGOMERY, INC.** | $47,985.52 | ALLOWED AMOUNT PAID TO LAMAR ASSET MANAGEMENT AND REALTY, INC. ON 11/21/06 BY CHECK NO. 008278857. |
| **Creditor Id:**  2568<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE  NJ  07470 | 13568<br>**Debtor:** | $37,540.32<br>**WINN-DIXIE STORES, INC.** | $36,153.74 | ALLOWED AMOUNT PAID TO AFI MANAGEMENT ON 11/21/06 BY CHECK NO. 008278848. |
| **Creditor Id:**  2586<br>SPIWACHEE, INC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER  LA  70062-5596 | 8843<br>**Debtor:** | $26,531.54<br>**WINN-DIXIE STORES, INC.** | $26,531.54 | ALLOWED AMOUNT PAID TO WEEKI WACHEE VILLAGE SHOP CNTR ON 11/21/06 BY CHECK NO. 008279225. |
| **Creditor Id:**  410598<br>SPRING HILL LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC & DILORENZO PROP<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK  NY  10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9844<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $10,173.43 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008296670. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 410599<br>SUN CITY LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10017<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9845<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $18,765.82 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008296672. |
| **Creditor Id:** 2210<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 | 1288<br>**Debtor:** | $3,000.00<br>**WINN-DIXIE STORES, INC.** | $1,909.12 | ALLOWED AMOUNT PAID TO PLAZA WEST 15190117351 ON 11/21/06 BY CHECK NO. 008279036. |
| **Creditor Id:** 423064<br>TRAFALGAR AT GREENACRES, LTD<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500EAST PRATT STREET, SUITE 800<br>BALTIMORE MD 21202 | 12967<br>**Debtor:** | $34,793.94<br>**WINN-DIXIE STORES, INC.** | $52,542.79 | ALLOWED AMOUNT PAID TO COMMODORE REALTY INC. ON 11/21/06 BY CHECK NO. 008279035. |
| **Creditor Id:** 263411<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | 31758<br>**Debtor:** | $76,627.95<br>**WINN-DIXIE STORES, INC.** | $89,343.24 | ALLOWED AMOUNT PAID TO METROPOLITAN LIFE INS CO ON 11/21/06 BY CHECK NO. 008279190. |
| **Creditor Id:** 423068<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 PRATT STREET<br>BALTIMORE MD 21202 | 12971<br>**Debtor:** | $27,571.50<br>**WINN-DIXIE STORES, INC.** | $27,571.50 | ALLOWED AMOUNT PAID TO COMMODORE REALTY INC. ON 11/21/06 BY CHECK NO. 008279034. |
| **Creditor Id:** 384404<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | 32224<br>**Debtor:** | $11,200.00<br>**WINN-DIXIE STORES, INC.** | $9,901.78 | ALLOWED AMOUNT PAID TO NEWSEM TYRONE GARDENS ON 11/21/06 BY CHECK NO. 008278922. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 403475<br>VALLEYDALE ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN WALTER F MCARDLE, ESQ<br>THE ZINSZER BLDG<br>217 SECOND AVENUE NORTH<br>BIRMINGHAM  AL  35203<br><br>Counsel: ATTN: NINA LAFLEUR | 13177<br>**Debtor:** | $32,960.82<br>**WINN-DIXIE MONTGOMERY, INC.** | $13,278.57 | ALLOWED AMOUNT PAID TO ARLINGTON PROPERTIES INC. ON 11/21/06 BY CHECK NO. 008279121. |
| **Creditor Id:** 264146<br>VICTORY RIVER SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8706<br>**Debtor:** | $58,678.45<br>**WINN-DIXIE MONTGOMERY, INC.** | $61,422.41 | $52,608.19 PAID 11/21/06 BY CHECK NO. 008279192 TO REGENCY SAVINGS BANK FSB AND $8,814.22 PAID 2/28/07 BY CHECK NO. 8316992 TO VICTORY RIVER SQUARE INC. |
| **Creditor Id:** 264148<br>VICTORY SAKS PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8691<br>**Debtor:** | $38,410.61<br>**WINN-DIXIE STORES, INC.** | $34,559.60 | $27,157.68 PAID ON 11/21/06 BY CHECK NO. 008279245 TO SITUS SERVICING INC AND $7,401.92 PAID ON 2/28/07 BY CHECK NO. 8316994 TO VICTORY SAKS PLAZA INC. |
| **Creditor Id:** 264150<br>VICTORY THREE NOTCH PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8684<br>**Debtor:** | $37,090.64<br>**WINN-DIXIE STORES, INC.** | $37,201.27 | $22,425.56 PAID ON 11/21/06 BY CHECK NO. 008279246 TO SITUS SERVICING INC. AND $14,775.71 PAID 2/28/07 BY CHECK NO. 8316993 TO VICTORY THREE NOTCH PLAZA INC. |
| **Creditor Id:** 1972<br>VIGOUROUX DEVELOPMENT CO, LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>ATTN MARY A JORDAN, PROPERTY MGR<br>ROBERT TURNER JR, AUTH AGENT<br>51 TACON STREET, STE B<br>MOBILE,  AL  36607 | 4432<br>**Debtor:** | $8,418.53<br>**WINN-DIXIE MONTGOMERY, INC.** | $8,418.53 | ALLOWED AMOUNT PAID TO VIGOUROUX DEVELOPMENT, LLC ON 11/21/06 BY CHECK NO. 008279146. |
| **Creditor Id:** 403489<br>WEINACKER'S SHOPPING CENTER LLC<br>ATTN BA FRIEDMAN / S G WEINACKER<br>3809 CLARIDGE ROAD NORTH<br>MOBILE  AL  36608 | 12949<br>**Debtor:** | $44,367.15<br>**WINN-DIXIE STORES, INC.** | $44,367.15 | ALLOWED AMOUNT PAID TO SMITH BARNEY FBO WEINACKER'S ON 11/21/06 BY CHECK NO. 008279150. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 407594<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN PATTY SUMMERS (TROPEPE)<br>115 W WASHINGTON STREET<br>INDIANAPOLIS  IN  46204 | 4540<br>**Debtor:** | $80,444.59<br>**WINN-DIXIE SUPERMARKETS, INC.** | $106,807.23 | ALLOWED AMOUNT PAID TO CC ALTAMONTE JOINT VENTURE ON 11/21/06 BY CHECK NO. 008279208. |
| **Creditor Id:** 410885<br>WYE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE  TN  37238 | 9998<br>**Debtor:** | $18,048.86<br>**WINN-DIXIE MONTGOMERY, INC.** | $23,891.40 | ALLOWED AMOUNT PAID TO NOM PROPERTIES INC. ON 11/21/06 BY CHECK NO. 008279204. |
| **Creditor Id:** 410597<br>ZEPHYR HILLS LAND TRUST<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVE, 14TH FLOOR<br>NEW YORK  NY  10019-4107 | 9843<br>**Debtor:** | $52,549.71<br>**WINN-DIXIE STORES, INC.** | $60,110.44 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008296671. |

Counsel: ATTN ROBERT J FEINSTEIN, ESQ

| | |
|---|---|
| **Total Claims to be Deemed Satisfied:** | **82** |
| **Total Amount to be Deemed Satisfied:** | **$11,135,295.19 Plus Unliquidated Amounts, If Any** |
| **Total Satisfied Amount:** | **$2,688,498.37** |

# Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**ORDER DEEMING CURE CLAIMS**
**ON EXHIBIT A TO BE SATISFIED AS PAID BY DEBTORS**

These cases came before the Court for hearing on August 9, 2007, upon the motion of

Winn-Dixie Stores, Inc. ("Winn-Dixie"), on behalf of itself and its subsidiaries and affiliates,

as reorganized debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an

order (i) deeming the cure claims listed on Exhibit A to be satisfied by the payments

identified on Exhibit A, (ii) authorizing Logan & Company, Inc., the court-approved claims

agent in these cases (the "Claims Agent"), to mark such claims as satisfied and (iii)

prohibiting the claimants from seeking to recover duplicate payments from the Debtors (the

"Motion").  Upon consideration and finding proper notice of the Motion has been given, it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted.

2.    The allowed cure claims listed on Exhibit A have been satisfied by the

payments identified on Exhibit A.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

3.      The Claims Agent is authorized to mark the allowed cure claims listed on Exhibit A as satisfied.

4.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated _____, 2007 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties served
with a copy of the Motion.