**FILED**
JACKSONVILLE, FLORIDA
JUL 1 9 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE: WINN DIXIE INC.
   DEBTOR

BANKRUPTCY PROCEEDING
CHAPTER: 13
JUDGE: ~~JERRY~~ R. FUNK
CASE NO:

## NOTICE OF CLAIM

TO THE HONORABLE JERRY R. FUNK,
UNITED STATES BANKRUPTCY COURT:

CLAIMANT KAREN SUE LIANO files her NOTICE OF CLAIM. Claimant was NOTIFIED by U.S. Mail by the Court that a claim existed for her.

Claimant called the 1800 Number and NO RESPONSE. The Notice was MISPLACED. The sustained injury was documented in June 2004 to WINN DIXIE INC. This was the First response. Please file this claim.

CLAIMANT: ~~Karen Sue Liano~~
KAREN SUE LIANO
5401 Green Boat DRD30
Columbus, Georgia