UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and its affiliated debtors, give notice of filing the attached Notice of Withdrawal of Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by O'Brien Kiernan-Gramercy, LLC (Docket No. 9758).

Dated: July 20, 2007

SMITH HULSEY & BUSEY

By    s/ Cynthia C. Jackson
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

00573343

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF O'BRIEN KIERNAN-GRAMERCY, LLC'S OBJECTION TO DEBTORS' SECOND OMNIBUS MOTION FOR AUTHORITY TO (I) ASSUME NON-RESIDENTIAL REAL PROPERTY LEASES, (II) FIX CURE AMOUNTS, AND (III) GRANT RELATED RELIEF (STORE NO. 1463)**

O'Brien Kiernan-Gramercy, LLC, by and through its undersigned counsel, hereby withdraws its Objection to Debtors' Second Omnibus Motion for Authority to Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief) (Docket No. 9758) filed on or about July 31, 2006.

Dated July 19, 2007.

RAY QUINNEY & NEBEKER P.C.

By: /s/ Steven T. Waterman
    Steven T. Waterman

36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 323-3362
Fax: (801) 532-7543

Counsel for O'Brien Kiernan-Gramercy, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon Debtors by electronic mail and by U.S. Mail to D.J. Baker, Esq., djbaker@skadden.com, Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, New York 10036 and Cynthia C. Jackson, cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, this 19 day of July, 2007

By: _____
Steven T. Waterman

2