# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                   )   Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,         )   Chapter 11

        Reorganized Debtors.[1]          )   Jointly Administered

## DEBTORS' OBJECTION TO CLAIM FILED
## BY THOMAS JEFFREY MOORE (CLAIM NO. 13816)

The Debtors object to the allowance of Claim No. 13816 filed in Case No. 05-03817-3F1 by Thomas Jeffrey Moore upon the grounds specified below. In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claim.

2. The Debtors dispute the amount of the debt alleged in the Claim.

3. The claimant failed to attach documentation to the Claim as required by Rule 3001(a), Federal Rules of Bankruptcy Procedure.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

4.     This Claim was untimely filed.

Dated: July 20th, 2007

                          SMITH HULSEY & BUSEY

                          By   *s/ James H. Post*
                                Stephen D. Busey
                                James H. Post (FBN 175460)
                                Cynthia C. Jackson

                          225 Water Street, Suite 1800
                          Jacksonville, Florida 32202
                          (904) 359-7700
                          (904) 359-7708 (facsimile)
                          jpost@smithhulsey.com

                          Counsel for Reorganized Debtors

### Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to Thomas Jeffrey Moore, P.O. Box 267, Lula, Georgia 30554 this 20th day of July, 2007.



                                                    *s/ James H. Post*
                                                         Attorney

00573416

DEBTOR: WINN - DIXIE STORES, INC
U.S. BANKRUPTCY COURT M.D.-FLORIDA
JOINTLY ADMINISTERED UNDER
CASE : 05-03817 (3F1)
CHAPTER 11
**CLAIM NO.: 13816**

20260826
WDX-390504-5255
MOORE, THOMAS JEFFREY
~~C/O DEREK HAWS, ESQ.~~
~~CARY MARTIN HAYS & ASSOCIATES, INC.~~
~~P.O. BOX 451000~~
~~ATLANTA GA 31145-1000~~

558425

Copy sent to Logan via overnight

Telephone No. of Creditor: N/A
Fax No. of Creditor:

B. Name and address of signatory or other person to whom notices must be served, if different from above:
Name: Thomas Jeffrey Moore
Company/Firm:
Address: P.O. Box 267
Lula GA 30554

1. Basis for Claim
   ☒ Personal injury/property damage (checked)
   ☐ Services performed for debtor(s)

2. Date debt was incurred: 6-20-03

4. Total Amount of Claim at Time Case Filed:
   (unsecured) $6815.04 (secured)

Date: 7/28/05
Print: Thomas Jeffrey Moore
Signature: [signed]