**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING ON MOTION FOR RELIEF FROM STAY FILED BY SHAUN KEVIN JOHNSON, MICHELLE SUE JOHNSON AND MICAH NICOLE JOHNSON**

The Reorganized Debtors, Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, and Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson (collectively, the "Johnsons") stipulate and agree to (i) the continuance and rescheduling of the Motion for Relief from Stay filed by the Johnsons (the "Motion") (Docket No. 3572) for final hearing on or after October 22, 2007, and (ii) the continuation of the permanent injunction in effect pending the conclusion of such hearing and determination of the Motion. Nothing in this

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2

Stipulation shall bar the Johnsons from seeking a determination of the scope of, or relief from, the permanent injunction as it may apply to any non-debtor party.

Dated: July 23, 2007

| WILCOX LAW FIRM | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ Robert D. Wilcox*\*         Robert D. Wilcox        Brett A. Mearkle | By   *s/ Leanne McKnight Prendergast*         James H. Post        Leanne McKnight Prendergast |
| Florida Bar Number 755168  6817 Southpoint Parkway, Suite 1202  Jacksonville, FL 32216  (904) 281-0700  (904) 513-9201 Fax  rwilcox@wilcoxlawfirm.com | Florida Bar Number 59544  225 Water Street, Suite 1800  Jacksonville, Florida  32202  (904) 359-7700  (904) 359-7708 (facsimile)  lprendergast@smithhulsey.com |
| -and- | Attorneys for the Reorganized Debtors |

Charles R. Godwin, Esquire
Alabama Bar ID GOD004
10388 Highway 31
Atmore, Alabama 36502
(251) 368-1417

Attorneys for Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson

\* Counsel has authorized the use of his electronic signature.

00527215.4