UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### AGREED ORDER ON (I) DEBTORS' OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES AND (II) DEBTORS' OBJECTION TO LATE FILED AND DISPUTED AD VALOREM CLAIMS AND MOTION TO ALLOW REMAINING CLAIMS SUBJECT TO SETOFF (NORFOLK)

This matter came before the Court on the (I) Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 7267) and (II) Debtors' Objection to Late Filed and Disputed Ad Valorem Claims and Motion to Allow Remaining Claims Subject to Setoff (Doc. No. 12276). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 13234 filed by the City of Norfolk Tax Department ("Norfolk") is allowed as a secured claim in the amount of $7,600.00.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Norfolk in these Chapter 11 cases and (ii) all other claims Norfolk has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ∂3 day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | CITY OF NORFOLK |
|---|---|
| By *s/ Cynthia C. Jackson*<br>    Cynthia C. Jackson<br>    F.B.N. 498882 | By____*s/ \* Charles S. Prentace*<br>    Charles Stanley Prentace |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | Deputy City Attorney<br>900 City Hall Building<br>810 Union Street<br>Norfolk, VA 23510<br>(757)664-4529<br>(757)664-4201 (facsimile)<br>Charles.prentace@norfolk.gov |
| Counsel for Reorganized Debtors | Attorney for City of Norfolk |

\* Mr. Prentace has authorized his electronic signature.