UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

AGREED ORDER RESOLVING CLAIM
NUMBER 8176 FILED BY SAMUEL OSCHIN, TRUSTEE
BARBARA OSCHIN PRIMICERIO TRUST (STORE NO. 1419)

This cause originally came before the Court for hearing upon the Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") (Docket No. 8116) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively the "Reorganized Debtors") to the proofs of claim listed on the Exhibits to the Objection. On June 29, 2006, the Court entered an Order (A) Reducing Overstated Claims, (B) Reducing and Reclassifying Overstated Misclassified Claims and (C) Disallowing No Liability Misclassified Claims as Set Forth in the Debtors' Twelfth Omnibus Claims Objection (Docket No. 8902) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to claim no. 8176 filed by Samuel Oschin, Trustee Barbara Oschin Primicerio Trust ("Oschin") and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 8176 filed by Oschin with respect to Store No. 1419 is disallowed in its entirety.

2. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 23 day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00565565

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SULMEYER KUPETZ | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ David S. Kupetz* * <br> David S. Kupetz | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 333 South Hope Street, 35th Floor <br> Los Angeles, California 90071 <br> (213) 626-2311 <br> (213) 629-4520 (facsimile) <br> dkupetz@sulmeyerlaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Samuel Oschin, Trustee <br> Barbara Oschin Primicerio Trust | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00565565