UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Miriam Gonzalez [Docket No. 17222] was furnished by mail on July 23, 2007 to Miriam Gonzalez c/oKeith Chasin, Esq., Chasin & Stinson, 9100 S. Dadeland Blvd., One Datran Center, PH-1, Ste 1704, Miami, Florida 33156 .

Dated: July 24, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
　　　Stephen D. Busey
　　　James H. Post (FBN 175460)
　　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785