**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF RESCHEDULED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief from Stay filed by Shaun Kevin Johnson, Michelle Sue Johnson and Micah Nicole Johnson is rescheduled to November 26, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated July 24, 2007 .

    Lee Ann Bennett, Clerk of Court
    300 North Hogan Street Suite 3−350
    Jacksonville, FL 32202

Copies furnished to:
Debtors
Attorney for Debtors
Robert Wilcox, Attorney for Movant
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors