UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Linda Hogan and Dwight Hogan [Docket No. 17312] was furnished by mail on July 23, 2007 to Linda Hogan and Dwight Hogan c/o R. Gordon Pate, Esq., Pate & Cochron, LLP, P.O. Box 10448, Birmingham, AL 35202-0448.

Dated:  July 24, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785