UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         Chapter 11
                  Reorganized Debtors.       )          Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Ingrid Kemp [Docket No. 17313] was furnished by mail on July 23, 2007 to Ingrid

Kemp c/o Mitchell J. Panter, Esq., Panter, Panter & Sampedro, P.A., 6950 N. Kendall

Drive, Miami, Florida 33156.

Dated:  July 24, 2007

SMITH HULSEY & BUSEY


By _____*s/  James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785