UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Josela Lagos [Docket No. 17314] was furnished by mail on July 23, 2007 to Josela Lagos c/o Jamie Suarez, Esq., Suarez and Associates, P.A., 351 NW LeJune Road, Suite 201, Miami, Florida 33126.

Dated: July 24, 2007

                                               SMITH HULSEY & BUSEY

                                               By    *s/ James H. Post*
                                                             Stephen D. Busey
                                                             James H. Post (FBN 175460)
                                                             Cynthia C. Jackson

                                               225 Water Street, Suite 1800
                                               Jacksonville, Florida  32202
                                               (904) 359-7700
                                               (904) 359-7708 (facsimile)
                                               jpost@smithhulsey.com

                                               Counsel for Reorganized Debtors

00569785