UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Shauna McCue [Docket No. 17336] was furnished by mail on July 23, 2007 to Shauna McCue c/o W. Clay Mitchell, Esq., Morgan & Morgan, P.A., 12800 University Drive, Suite 600, Fort Myers, Florida 33907.

Dated: July 24, 2007

                                                SMITH HULSEY & BUSEY

                                                By    *s/ James H. Post*
                                                      Stephen D. Busey
                                                      James H. Post (FBN 175460)
                                                      Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00569785