UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )         Case No. 05-03817-3F1
                                               Chapter 11
       Reorganized Debtors.         )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ximena Valdivia [Docket No. 17316] was furnished by mail on July 23, 2007 to Ximena Valdivia c/o Alan R. Soven, Esq., 777 Brickell Avenue, Suite 1210, Miami, Florida 33131.

Dated: July 24, 2007

                      SMITH HULSEY & BUSEY

                      By   *s/ James H. Post*
                          Stephen D. Busey
                          James H. Post (FBN 175460)
                          Cynthia C. Jackson

                      225 Water Street, Suite 1800
                      Jacksonville, Florida 32202
                      (904) 359-7700
                      (904) 359-7708 (facsimile)
                      jpost@smithhulsey.com

                      Counsel for Reorganized Debtors

00569785