UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Dorothy Butler Walford, on behalf of Dortisha Walford, a Minor [Docket No. 17230] was furnished by mail on July 23, 2007 to Dorothy Butler Walford, on behalf of Dortisha Walford, a Minor c/o Cassandra Butler, Esq., P.O. Box 407, Independence, Louisiana 70443.

Dated:  July 24, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
　　　Stephen D. Busey
　　　James H. Post (FBN 175460)
　　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785