# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| *et al.,* | ) | |
| | ) | |
| Reorganized debtors | ) | Jointly Administered |
| | ) | |

## NOTICE OF UNAVAILABILITY

The undersigned attorney, Camille J. Iurillo, files this Notice of Unavailability to advise that she will be out of the jurisdiction from August 14, 2007, through and including, August 20, 2007 and respectfully requests that no hearings, trials, contested matters, or depositions be scheduled during this time; that no motions, notices to produce, interrogatories or other pleadings be filed which require a timely response during this time; and that all pending matters remain in status quo during this period of time, save and except for legitimate emergencies as it relates to Hyecha B. Marshall and Linc Marshall; Sulma Maradiaga; and Yvette Rodriguez.

The filing and service of this Notice shall constitute an application and request for continuance, extension of time, and/or for protective order as may be required, for the above reasons.

DATED this 27 day of July, 2007.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciruillo@iurillolaw.com
Counsel for the Fernandez Firm

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24 day of July, 2007, I served a true and correct copy of **NOTICE OF UNAVAILABILITY** by U.S. Mail and/or electronic notice upon **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202, **Facsimile: 904-359-7708**; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, **Facsimile: 212-822-5194**.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciruillo@iurillolaw.com
Counsel for the Fernandez Firm