**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re                                      )                    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,  )              Chapter 11

                    Debtors.                    )                    Jointly Administered

_____

**NOTICE OF FILING**

     Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and

debtors in possession, give notice of filing of the attached Final Report of the Review and

Analysis prepared by Stuart Maue, Fee Examiner, of the Fourth Interim and Final Fee

Application of Deloitte and Touche LLP, providers of risk assessment, quality assessment, and

journal entry testing services to the debtors, for the fourth interim period from October 1, 2006,

through and including November 21, 2006, and for the final period from November 14, 2005,

through and including November 21, 2006.

Dated:  July 24, 2007

SKADDEN, ARPS, SLATE, MEAGHER              SMITH HULSEY & BUSEY
& FLOM LLP


By     _s/ D. J. Baker_                   By     _s/ Cynthia C. Jackson_    
     D. J. Baker                                       Stephen D. Busey
     Sally McDonald Henry                              James H. Post
     Rosalie Gray                                      Cynthia C. Jackson

Four Times Square                            Florida Bar Number 498882
New York, NY  10036                          225 Water Street, Suite 1800
(212) 735-3000                               Jacksonville, FL  32202
(917) 777-2150 (facsimile)                   (904) 359-7700
djbaker@skadden.com                          (904) 359-7708 (facsimile)
                                             cjackson@smithhulsey.com

Co-Counsel for Debtors                       Co-Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## Fee Examiner's Report for Fourth Interim and Final Fee Application of Deloitte and Touche LLP

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Deloitte and Touche LLP, Fourth Interim Fee Application for period from October 1, 2006, through November 21, 2006 and the Final Fee Application for the period from November 14, 2005, through November 21, 2006.

1.     On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.     Stuart Maue conducted a review and analysis of the fees and expenses requested by Deloitte and Touche LLP for the fourth interim period and prepared a written report including exhibits of that review, which is attached and incorporated by reference.

-1-

3.    In addition, Stuart Maue reviewed the fees and expenses requested by Deloitte and Touche LLP in all prior interim periods and filed a written report for each interim fee application with the Court.

4.    The attached report includes a Summary of Findings for Final Period, which displays the fees and expenses requested by Deloitte and Touche LLP by interim and final periods.  Also displayed are differences, if any, between the amounts requested by the firm and the amounts computed by Stuart Maue and any reductions in the fees and expenses taken by the firm in its fee applications or in its responses to the initial Stuart Maue reports.  In addition, the fees and expenses identified by category from each interim report along with a total for the final period are shown in this summary.

STUART MAUE

By _____
Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

# Final Report of the
# Review and Analysis of

Fourth Interim and Final Application Submitted by

## DELOITTE AND TOUCHE LLP
of
Jacksonville, Florida

For the Interim Period

**October 1, 2006 Through November 21, 2006**

And

For the Final Period

**November 14, 2005 Through November 21, 2006**



In the Matter Entitled

## *In re: Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**May 24, 2007**

*Stuart Maue*

**DELOITTE AND TOUCHE LLP**

**SUMMARY OF FINDINGS FOR FOURTH INTERIM PERIOD**

**Fourth Interim Application (October 1, 2006 Through November 21, 2006)**

**A.      Amounts Requested and Computed**

| | |
|---|---:|
| Fees Requested | $1,417.50 |
| Expenses Requested | 0.00 |
| TOTAL FEES AND EXPENSES REQUESTED | <u>$1,417.50</u> |
| Fees Computed | $1,417.50 |
| Expenses Computed | 0.00 |
| TOTAL FEES AND EXPENSES COMPUTED | <u>$1,417.50</u> |

**B.      Professional Fees**

**1.      Compliance With Billing Guidelines**

| Page No. | | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| 6 | Intraoffice Conferences | 0.40 | $70.00 | 5% |

**2.      Fees to Examine for Necessity, Relevance, and Reasonableness**

| Page No. | | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| 8 | Deloitte and Touche Retention and Compensation | 7.00 | $1,225.00 | 86% |

*Stuart Maue*

## TABLE OF CONTENTS

**Page No.**

I.  INTRODUCTION ..................................................................... 1

II.  PROCEDURES AND METHODOLOGY .................................... 2
   A.  Appendix A ........................................................... 2
   B.  Overlap Calculation ................................................ 2

III.  RECOMPUTATION OF FEES AND EXPENSES FOR FOURTH INTERIM PERIOD .. 3

IV.  REVIEW OF FEES FOR FOURTH INTERIM PERIOD ................... 4
   A.  Technical Billing Discrepancies .............................. 4
   B.  Compliance With Billing Guidelines .......................... 4
       1.  Firm Staffing and Rates ................................. 4
           a)  Timekeepers and Positions .......................... 4
           b)  Hourly Rate Increases ................................ 5
       2.  Time Increments ......................................... 5
       3.  Complete and Detailed Task Descriptions ............... 5
       4.  Blocked Entries ......................................... 5
       5.  Multiple Professionals at Hearings and Conferences ....... 6
           a)  Intraoffice Conferences ............................ 6
           b)  Nonfirm Conferences, Hearings, and Other Events ....... 7
   C.  Fees to Examine for Necessity, Relevance, and Reasonableness .......... 7
       1.  Personnel Who Billed 10.00 or Fewer Hours ............... 7
       2.  Long Billing Days ....................................... 7
       3.  Administrative/Clerical Activities ..................... 8
       4.  Travel .................................................. 8
       5.  Summary of Projects .................................... 8

V.  REVIEW OF EXPENSES FOR FOURTH INTERIM PERIOD .......... 10

VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD .................... 10
   A.  Total Fees and Expenses and Differences ................... 12
   B.  Reductions by Firm and Revised Requested Amounts .......... 12
   C.  Professional Fees ........................................ 13
   D.  Expenses ................................................. 14

*Stuart Maue*

## TABLE OF EXHIBITS

**Page No.**

A.    Deloitte and Touche Retention and Compensation ........................................... 8

*Stuart Maue*

## I.  <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled:     *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the Fourth Interim and Final Fee Application for Allowance of Fees and Expenses of Deloitte and Touche LLP ("Deloitte and Touche") for the period from November 14, 2005 through November 21, 2006 (the

*Stuart Maue*

### I.  INTRODUCTION  (Continued)

"Application").  Deloitte and Touche, located in Jacksonville, Florida, are providers of risk assessment, quality assessment, and journal entry testing services to the debtors.

The report for the fourth interim period includes the review and analysis of the professional fees, the exhibits displaying the categorized fees, and the summary of findings for this period.  Also included is the Summary of Findings for the final period, which displays the totals for the fee and expense categories by interim periods and by final period.  This Summary of Findings also displays the fee and/or expense discrepancies identified in the interim reports and voluntary reductions included in the fee applications or reductions as a result of responses to the interim audit reports.

Stuart Maue prepared an initial written report of the review and analysis of the Application and provided it to Deloitte and Touche and the U.S. Trustee for review prior to completing the final written report.  Deloitte and Touche did not respond to the initial report.

## II.  PROCEDURES AND METHODOLOGY

### A.  Appendix A

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A provided with this report.

### B.  Overlap Calculation

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or entry may be classified as both blocked billing and intraoffice conference.  When a task

*Stuart Maue*

**II.  PROCEDURES AND METHODOLOGY  (Continued)**

or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.  In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue calculated the overlap.[1]

**III.   RECOMPUTATION OF FEES AND EXPENSES FOR FOURTH INTERIM PERIOD**

Deloitte and Touche requested the following professional fees in its Application for the fourth interim period:

| | |
|---|---|
| Professional Fees Requested: | $1,417.50 |
| Expense Reimbursement Requested: | 0.00 |
| Total Fees and Expenses: | $1,417.50 |

Stuart Maue recomputed the total fees requested in the Application for the fourth interim period and the recomputation revealed no difference between the amount requested and the amount computed.  The Application for the fourth interim period included no request for reimbursement of expenses.

---

[1]The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

## IV.    REVIEW OF FEES FOR FOURTH INTERIM PERIOD

### A.    Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.  No technical billing discrepancies were found.

### B.    Compliance With Billing Guidelines

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines.  The following discusses the firm's compliance with these guidelines.

#### 1.    Firm Staffing and Rates

**The following information should be provided in every fee application:    (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11.  U.S. Trustee Guidelines (b)(1)(iii)**

##### a)    Timekeepers and Positions

In the Application for the fourth interim period, Deloitte and Touche provided the name, position, and hourly rate of the firm's professional who billed time to this matter.  Deloitte and Touche staffed this matter with one professional, manager John D.G. Peterson, who billed 8.10 hours at an hourly rate of $175.00 with associated fees of $1,417.50.

*Stuart Maue*

**b)**     **Hourly Rate Increases**

Deloitte and Touche has not increased the hourly rates of any professional or paraprofessional in this or prior interim applications.

**2.**     **Time Increments**

**Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.**   **U.S. Trustee Guidelines (b)(4)(v)**

All the billing entries in the Application for the fourth interim period contained a time allotment and were billed in tenths-of-an-hour increments.

**3.**     **Complete and Detailed Task Descriptions**

**Services should be noted in detail...  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference.  U.S. Trustee Guidelines (b)(4)(v)**

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary.

Deloitte and Touche's activity descriptions were sufficiently detailed, identified the parties involved, and included the type of activity and the subject or purpose of the activity.

**4.**     **Blocked Entries**

**Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however,**

*Stuart Maue*

**tasks performed in a project which total a de minimis amount of time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

Deloitte and Touche did not lump or combine its activity descriptions into an entry with a single time increment.

**5.**      **Multiple Professionals at Hearings and Conferences**

**If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees.  U.S. Trustee Guidelines (b)(4)(v)**

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees.

**a)**      **Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferring may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel.  Stuart Maue identified only one entry describing an intraoffice conference.  On October 5, 2006, Mr. Peterson billed a portion of 0.40 hour with associated fees of $70.00 to participate in a conference call with Principal Richard M. Serafini regarding emergence.  Mr. Serafini did not bill for this conference.

*Stuart Maue*

### b)      Nonfirm Conferences, Hearings, and Other Events

Since only one professional billed during the fourth interim period, there were no instances of multiple attendances at nonfirm conferences, hearings, or other events.

### C.      Fees to Examine for Necessity, Relevance, and Reasonableness

Stuart Maue reviewed the Application for the fourth interim period and identified a few billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

### 1.      Personnel Who Billed 10.00 or Fewer Hours

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.

The total time billed by Deloitte and Touche during this fourth interim period was less than 10.00 hours.

### 2.      Long Billing Days

Stuart Maue did not identify any Deloitte and Touche professionals who billed more than 12.00 hours in a single day.

*Stuart Maue*

IV.  REVIEW OF FEES FOR FOURTH INTERIM PERIOD  (Continued)

3.      **Administrative/Clerical Activities**

Activities associated with the day-to-day operation of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling personnel.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training, assignment of tasks to staff members, or "supervising" any of the foregoing, is not compensable.

Stuart Maue did not identify any entries in the Application that described administrative or clerical activities.

4.      **Travel**

Stuart Maue did not identify any entries in the Application describing travel.

5.      **Summary of Projects**

Deloitte and Touche categorized its services into two projects including "Planning, Supervision and Revision" and "Preparation of Fee and Expense

*Stuart Maue*

**IV.  REVIEW OF FEES FOR FOURTH INTERIM PERIOD  (Continued)**

Applications."   Upon review, Stuart Maue determined that all entries in the latter category included task descriptions referencing activities that were related to the retention and compensation of Deloitte and Touche.  For purposes of this report, Stuart Maue created a separate project category for those entries, namely, "Deloitte and Touche Retention and Compensation."

Entries describing tasks related to the "Deloitte and Touche Retention and Compensation" are displayed on EXHIBIT A and total 7.00 hours with $1,225.00 in associated fees.

Entries describing tasks related to "Planning, Supervision and Review" total 1.10 hours with $192.50 in associated fees.  An exhibit of this project category displaying a summary of hours and fees by individual and an exhibit of this project displaying the full text of each entry are available upon request to Stuart Maue.

*Stuart Maue*

## V.    REVIEW OF EXPENSES FOR FOURTH INTERIM PERIOD

Deloitte and Touche did not request reimbursement of any expenses in the Application for the fourth interim period.

## VI.    SUMMARY OF FINDINGS FOR FINAL PERIOD

Stuart Maue prepared a Summary of Findings for the final period that displays the fees and expenses requested for each interim period and the totals for the final period.    The summary also includes the differences between the fees and expenses requested and the fees and expenses as computed by Stuart Maue for each interim period and the sum of the discrepancies for the final period.

In addition, the Summary of Findings displays the voluntary reductions, if any, the case professional included in the interim application[2] and the reductions, if any, included in the case professional's responses to the fee examiner's reports for the interim and final applications.

The fee and expense categories identified by Stuart Maue in each interim report and the fees and expenses for each category are also displayed in the Summary of Findings for the final period.    The totals shown in each category have been adjusted for overlap unless otherwise noted.

Deloitte and Touche requested the following professional fees and expenses in the Application for the final period:

---

[2] Only those reductions that were from the fee and expense entries submitted in the interim applications are included in this voluntary reduction amount.  If the firm referenced a reduction in fees or expenses but the fee and expense entries that made up those reductions were not included in the application, those reductions are not included in the Summary of Findings for the final period.

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**

|                                    |              |
|------------------------------------|--------------|
| Professional Fees Requested:       | $153,449.75  |
| Expense Reimbursement Requested:   | 6,190.98     |
| Total Fees and Expenses:           | $159,640.73  |

Stuart Maue compared these total amounts to the fees and expenses requested in each application submitted for the first, second, third, and fourth interim periods.  The comparison revealed that there is no difference between the amounts requested in this Application for the final period and the total amounts requested in the interim applications.

For each interim application, Stuart Maue recomputed the fees and expenses to identify any discrepancies between the amounts requested and the amounts computed.  The recomputation of fees and expenses for the final period shows that there was no difference between the requested amounts and the computed amounts.

The Deloitte and Touche interim applications and the final application and the responses to the audit reports did not include any reduction in the requested fees or expenses.

The Summary of Findings for the final period for Deloitte and Touche is shown on the following pages:

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**
Deloitte and Touche LLP

**A.**     **Total Fees and Expenses and Differences**

|  | First Interim 11/14/2005 – 1/31/2006 | Second Interim 2/1/2006 – 5/31/2006 | Third Interim 6/1/2006 – 9/30/2006 | Fourth Interim 10/1/2006-11/21/2006 | TOTAL 11/14/2005-11/21/2006 |
|---|---|---|---|---|---|
| Fees Requested: | $89,682.00 | $57,784.25 | $4,566.00 | $1,417.50 | $153,449.75 |
| Expenses Requested: | 3,859.46 | 2,331.52 | 0.00 | 0.00 | 6,190.98 |
| Total Requested: | $93,541.46 | $60,115.77 | $4,566.00 | $1,417.50 | $159,640.73 |
| Fees Computed: | $89,682.00 | $57,784.25 | $4,566.00 | $1,417.50 | $153,449.75 |
| Expenses Computed: | 3,859.46 | 2,331.52 | 0.00 | 0.00 | 6,190.98 |
| Total Computed: | $93,541.46 | $60,115.77 | $4,566.00 | $1,417.50 | $159,640.73 |
| Difference in Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Difference in Expenses: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Difference: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**B.**     **Reductions by Firm and Revised Requested Amounts**

|  | First Interim | Second Interim | Third Interim | Fourth Interim | TOTAL |
|---|---|---|---|---|---|
| Fees Requested: | $89,682.00 | $57,784.25 | $4,566.00 | $1,417.50 | $153,449.75 |
| Reduction by Firm: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Revised Requested Fees: | $89,682.00 | $57,784.25 | $4,566.00 | $1,417.50 | $153,449.75 |
| Expenses Requested: | $3,859.46 | $2,331.52 | $0.00 | $0.00 | $6,190.98 |
| Reduction by Firm: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Revised Requested Expenses: | $3,859.46 | $2,331.52 | $0.00 | $0.00 | $6,190.98 |
| Total Revised Fees and Expenses: | $93,541.46 | $60,115.77 | $4,566.00 | $1,417.50 | $159,640.73 |

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**
Deloitte and Touche LLP

### C.    Professional Fees

| | First Interim | | | Second Interim | | | Third Interim | | | Fourth Interim | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % |
| **Difference in Fees:** | | | | | | | | | | | | | | | |
| None | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * |
| **Reductions in Fees Based on Response:** | | | | | | | | | | | | | | | |
| None | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| **Fee Categories:** | | | | | | | | | | | | | | | |
| Admin/Clerical Tasks by Professionals | 0.00 | $0.00 | * | 0.80 | $108.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.80 | $108.00 | * |
| Nonfirm Conferences[3] | 74.30 | $20,591.00 | 23% | 35.40 | $7,611.00 | 13% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 109.70 | $28,202.00 | 18% |
| Nonfirm Conferences - Multiple Attendees | 36.40 | $9,504.00 | 11% | 19.00 | $3,871.00 | 7% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 55.40 | $13,375.00 | 9% |
| Intraoffice Conferences[3] | 1.40 | $262.50 | * | 7.10 | $1,281.50 | 2% | 0.20 | $35.00 | * | 0.40 | $70.00 | 5% | 9.10 | $1,649.00 | 1% |
| Intraoffice Conferences - Multiple Attendees | 0.90 | $195.00 | * | 2.30 | $441.50 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 3.20 | $636.50 | * |
| Vaguely Described Activities | 0.00 | $0.00 | * | 2.50 | $587.50 | 1% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 2.50 | $587.50 | * |
| Time Increments | 0.00 | $0.00 | * | 25.05 | $3,981.75 | 7% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 25.05 | $3,981.75 | 3% |
| Personnel Who Billed 10.00 or Fewer Hours | 17.70 | $3,071.00 | 3% | 19.60 | $5,187.00 | 9% | 1.90 | $332.50 | 7% | 0.00 | $0.00 | * | 39.20 | $8,590.50 | 6% |
| Travel | 2.80 | $350.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 2.80 | $350.00 | * |
| Days Billed in Excess of 12.00 Hours Per Day[3] | 26.60 | $8,379.00 | 9% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 26.60 | $8,379.00 | 5% |
| **Summary of Fee Projects:** | | | | | | | | | | | | | | | |
| Deloitte and Touche Retention/Compensation | 0.40 | $100.00 | * | 40.20 | $7,222.50 | 12% | 15.80 | $2,765.00 | 61% | 7.00 | $1,225.00 | 86% | 63.40 | $11,312.50 | 7% |
| Other Professionals Retention/Compensation | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| Response to Fee Examiner Report | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.60 | $105.00 | 2% | 0.00 | $0.00 | * | 0.60 | $105.00 | * |

---
[3] Fee categories not adjusted to eliminate overlap between categories.
* Less than 1%

*Stuart Maue*

## VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)
Deloitte and Touche LLP

### D.    Expenses

| | First Interim | | Second Interim | | Third Interim | | Fourth Interim | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % |
| **Difference in Expenses:** | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |
| **Expense Categories:** | | | | | | | | | | |
| Travel Expenses – Airfare | $1,916.12 | 50% | $1,157.47 | 50% | $0.00 | * | $0.00 | * | $3,073.59 | 50% |
| Travel Expenses – Accommodations | $814.04 | 21% | $147.25 | 6% | $0.00 | * | $0.00 | * | $961.29 | 16% |
| Travel Expenses – Meals | $295.32 | 8% | $181.52 | 8% | $0.00 | * | $0.00 | * | $476.84 | 8% |
| Travel Expenses – Car Rental and Taxi Fares | $654.10 | 17% | $389.18 | 17% | $0.00 | * | $0.00 | * | $1,043.28 | 17% |
| Travel Expenses – Parking | $157.00 | 4% | $51.75 | 2% | $0.00 | * | $0.00 | * | $208.75 | 3% |
| Travel Expenses – Internet Connection (Hotel Room/Airport) | $22.88 | * | $0.00 | * | $0.00 | * | $0.00 | * | $22.88 | * |
| Travel Expenses – Mileage and Tolls | $0.00 | * | $140.34 | 6% | $0.00 | * | $0.00 | * | $140.34 | 2% |
| **Expense  - Compliance/Reasonableness:**[4] | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |
| **Reductions in Expenses Based on Response:** | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |

---

[4] These expenses are included in the "Expense Categories" Section above; however, the amounts in this section have been adjusted for overlap.

* Less than 1%

EXHIBIT A
DELOITTE AND TOUCHE RETENTION AND COMPENSATION
Deloitte & Touche

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Peterson, J | 7.00 | 1,225.00 |
| | 7.00 | $1,225.00 |

EXHIBIT A
DELOITTE AND TOUCHE RETENTION AND COMPENSATION
Deloitte & Touche

| | | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| DATE | NAME | | COMBINED HOURS | COMBINED FEES | | | | |
| 10/02/06 Mon | Peterson, J 1006-PFEA/1 | 0.30 | 0.30 | 52.50 | | | 1 | MATTER:Preparation of Fee & Expense Applications UPDATED SCHEDULE TEMPLATE FOR CURRENT STATEMENT |
| 10/03/06 Tue | Peterson, J 1006-PFEA/2 | 0.70 | 0.70 | 122.50 | | | 1 | MATTER:Preparation of Fee & Expense Applications AGGREGATED ADDITIONAL DPS PULL, WIN01890 EXPENSES, FOR JUN-JUL-AUG EXPENSES |
| 10/03/06 Tue | Peterson, J 1006-PFEA/3 | 0.80 | 0.80 | 140.00 | | | 1 | MATTER:Preparation of Fee & Expense Applications DRAFTED SCHEDULES FOR JUNE, JULY, AND AUGUST MONTHLY STATEMENTS AND SUPPORTING DOCUMENTS |
| 10/03/06 Tue | Peterson, J 1006-PFEA/4 | 0.30 | 0.30 | 52.50 | | | 1 | MATTER:Preparation of Fee & Expense Applications REVIEWED PACER FOR 2ND INTERIM ORDER, REVIEWED SAME AND PROVIDED TO D.SERAFINI |
| 10/03/06 Tue | Peterson, J 1006-PFEA/5 | 1.30 | 1.30 | 227.50 | | | 1 | MATTER:Preparation of Fee & Expense Applications AGGREGATED ADDITIONAL DPS PULL, WIN01890 TIME, FOR JUN-JUL-AUG MONTHLY STATEMENTS |
| 11/10/06 Fri | Peterson, J 1106-PFEA/8 | 1.80 | 1.80 | 315.00 | | | 1 | MATTER:Preparation of Fee & Expense Applications BEGAN COMPILATION OF 3RD INTERIM TIME AND EXPENSE DATASETS, SCHEDULES, AND RELATED PLEADINGS |
| 11/12/06 Sun | Peterson, J 1106-PFEA/9 | 0.20 | 0.20 | 35.00 | | | 1 | MATTER:Preparation of Fee & Expense Applications RESPONDED TO R.SERAFINI EMAIL RE: 3RD INTERIM |
| 11/14/06 Tue | Peterson, J 1106-PFEA/10 | 0.40 | 0.40 | 70.00 | | | 1 | MATTER:Preparation of Fee & Expense Applications FOLLOWED UP WITH COUNSEL RE: 3RD INTERIM FILING AND DRAFTED ADVISEMENT TO OUTSIDE COUNSEL RE: SAME |
| 11/20/06 Mon | Peterson, J 1106-PFEA/11 | 0.80 | 0.80 | 140.00 | | | 1 | MATTER:Preparation of Fee & Expense Applications FINALIZED 3RD INTERIM APPLICATION AND FORWARDED SAME TO COUNSEL FOR FILING AND SERVICE |
| 11/21/06 Tue | Peterson, J 1106-PFEA/12 | 0.40 | 0.40 | 70.00 | | | 1 2 3 | MATTER:Preparation of Fee & Expense Applications COMPILED 3RD INTERIM ELECTRONIC DATASETS FOR STUART MAUE: FORWARDED SAME TO L.COOPER: AND REVIEWED/COMMENTED ON SKADDEN NOTICE OF HEARING TO K.LAMAINA AND R.YOUNG |
| | | | 7.00 | $1,225.00 | | | | |

Total
Number of Entries:     10

~ See the last page of exhibit for explanation

EXHIBIT A
DELOITTE AND TOUCHE RETENTION AND COMPENSATION
Deloitte & Touche

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Peterson, J | 7.00 | 1,225.00 | 0.00 | 0.00 | 7.00 | 1,225.00 | 0.00 | 0.00 | 7.00 | 1,225.00 |
| | 7.00 | $1,225.00 | 0.00 | $0.00 | 7.00 | $1,225.00 | 0.00 | $0.00 | 7.00 | $1,225.00 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Preparation of Fee & Expense Applications | 7.00 | 1,225.00 | 0.00 | 0.00 | 7.00 | 1,225.00 | 0.00 | 0.00 | 7.00 | 1,225.00 |
| | 7.00 | $1,225.00 | 0.00 | $0.00 | 7.00 | $1,225.00 | 0.00 | $0.00 | 7.00 | $1,225.00 |

RANGE OF HOURS

RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS