**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

_____

**NOTICE OF FILING**

      Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Sixth Interim and Final Fee Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors for the sixth interim period from October 1, 2006, through November 21, 2006 and for the final period from March 4, 2006, through November 21, 2006.

Dated:  July 24, 2007.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By ___*s/ D. J. Baker*_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com


Co-Counsel for Debtors

SMITH HULSEY & BUSEY


By ___*s/ Cynthia C. Jackson*_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Co-Counsel for Debtors

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

### Fee Examiner's Report for Sixth Interim and Final Fee Application of
### Alvarez & Marsal, LLC

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Alvarez & Marsal, LLC, Sixth Interim Fee Application for period from October 1, 2006, through November 21, 2006 and the Final Fee Application for the period from March 4, 2006, through November 21, 2006.

1.     On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.     Stuart Maue conducted a review and analysis of the fees and expenses for the Alvarez & Marsal, LLC sixth interim period and prepared a written report including exhibits of that review which is attached and incorporated by reference.

-1-

3.    In addition to the report for the Alvarez & Marsal, LLC Sixth Interim and Final Fee Application, Stuart Maue reviewed the fees and expenses requested in all interim fee applications previously filed by the firm and a written report for each interim fee application has been filed with the Court.

4.    Included with this report is a Summary of Findings for Final Period which displays the fees and expenses requested by Alvarez & Marsal, LLC by interim period and by final period, the differences between the amounts requested by the firm and the amounts computed by Stuart Maue for each period, the categories of fees and expenses identified in each of the interim reports, and the reductions, if any, in the fees and expenses requested by the firm in its fee applications or in its responses to the initial Stuart Maue reports.

STUART MAUE

By    Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# Sixth Interim and Final Fee Application Submitted by

## ALVAREZ & MARSAL, LLC
of
New York, New York

For the Interim Period

**October 1, 2006 Through November 21, 2006**

And

For the Final Period

**March 4, 2005 Through November 21, 2006**



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**April 13, 2007**

*Stuart Maue*

## ALVAREZ & MARSAL, LLC

### SUMMARY OF FINDINGS FOR SIXTH INTERIM PERIOD

#### Sixth Interim Application (October 1, 2006 Through November 21, 2006)

### A.    Amounts Requested and Computed

Fees Requested:

| | | |
|---|---:|---:|
| Fee Allowance | $  170,000.00 | |
| Billing Adjustment to Prorate March 2005 Allowance | (9,677.42) | |
| Restructuring Fee | 1,011,249.92 | |
| | | $1,171,572.50 |
| Expenses Requested | | 1,026.16 |
| TOTAL FEES AND EXPENSES REQUESTED | | $1,172,598.66 |

Fees Computed:

| | | |
|---|---:|---:|
| Fee Allowance | $  169,999.89 | |
| Billing Adjustment to Prorate March 2005 Allowance | (9,677.42) | |
| Restructuring Fee | 1,011,249.92 | |
| | | $1,171,572.39 |
| Expenses Computed | | 1,026.16 |
| TOTAL FEES AND EXPENSES COMPUTED | | $1,172,598.55 |

Discrepancies in Fees:

| | | |
|---|---:|---:|
| Rounding Due to Calculation of Hourly Billing Rates | $        0.11 | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | $        0.11 |

### B.    Amounts Requested – Based on Firm's Response

Fees Requested:

| | | |
|---|---:|---:|
| Fee Allowance | $  170,000.00 | |
| Billing Adjustment to Prorate March 2005 Allowance | (9,677.42) | |
| Restructuring Fee | 1,011,249.92 | |
| REVISED FEES REQUESTED | | $1,171,572.50 |
| Expenses Requested | $    1,026.16 | |
| REVISED EXPENSES REQUESTED | | 1,026.16 |
| REVISED TOTAL FEES AND EXPENSES REQUESTED | | $1,172,598.66 |

*Stuart Maue*

**SUMMARY OF FINDINGS  (Continued)**

## C.     Professional Fees

### 1.     Compliance With Billing Guidelines

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 9 | Vaguely Described Activities | B | 7.08 | $8,379.07 | 5% |
| 10 | Blocked Entries | C | 4.50 | 5,431.05 | 3% |
| 12 | Intraoffice Conferences - Multiple Attendance | D | 1.00 | 867.30 | * |
| 13 | Nonfirm Conferences, Hearings, and Other Events | E | 4.63 | 5,581.91 | 3% |
| 13 | Nonfirm Conferences, Hearings, and Other Events - Multiple Attendance | E | 2.50 | 3,017.25 | 2% |

### 2.     Fees to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 16 | Travel | F | 4.50 | $ 3,902.85 | 2% |
| 17 | A&M Retention and Compensation | G-1 | 13.50 | 15,104.55 | 9% |
| 17 | Response to Fee Examiner's Report | G-2 | 2.50 | 3,017.25 | 2% |

## D.     Expenses

### 1.     Compliance With Billing Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 21 | Travel Expenses - Airfare | H-1 | $618.60 |
| 21 | Travel Expenses – Car Rental | H-2 | 147.35 |
| 21 | Travel Expenses - Parking | H-3 | 60.00 |
| 22 | Telephone Charges | I | 54.44 |
| 22 | Telecommunication Charges | I | 145.77 |

## E.     Adjustment to Eliminate Overlap Between Categories

### 1.     Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 13 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | 2.50 | $3,017.25 | 0.00 | $ 0.00 | 2.50 | $3,017.25 |
| 12 | Intraoffice Conferences – Multiple Attendance | 1.00 | 867.30 | 0.00 | 0.00 | 1.00 | 867.30 |

---

Less than 1%

*Stuart Maue*

**SUMMARY OF FINDINGS  (Continued)**

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 9 | Vaguely Described Activities | 7.08 | $8,379.07 | 0.00 | $ 0.00 | 7.08 | $8,379.07 |
| 10 | Blocked Entries | 4.50 | 5,431.05 | 2.58 | 3,117.82 | 1.92 | 2,313.23 |
| 16 | Travel | 4.50 | 3,902.85 | 0.00 | 0.00 | 4.50 | 3,902.85 |

## 2.    Expenses

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 22 | Telecommunication Charges | $145.77 | $0.00 | $145.77 |

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.      INTRODUCTION ....................................................................... 1

II.     PROCEDURES AND METHODOLOGY ..................................................... 3
        A.    Appendix A ................................................................ 3
        B.    Overlap Calculation ......................................................... 3

III.    RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD... 4

IV.     REVIEW OF FEES FOR SIXTH INTERIM PERIOD ....................................... 7
        A.    Technical Billing Discrepancies ........................................... 7
        B.    Compliance With Billing Guidelines ......................................... 7
              1.    Firm Staffing and Rates........................................... 7
                    a)    Timekeepers and Positions ................................ 7
              2.    Time Increments ................................................... 8
              3.    Complete and Detailed Task Descriptions........................... 9
              4.    Blocked Entries .................................................. 10
              5.    Multiple Professionals at Hearings and Conferences ............... 12
                    a)    Intraoffice Conferences ................................. 12
                    b)    Nonfirm Conferences, Hearings, and Other Events ......... 13
        C.    Fees to Examine for Necessity, Relevance, and Reasonableness............... 14
              1.    Personnel Who Billed 10.00 or Fewer Hours ........................ 14
              2.    Long Billing Days ................................................ 15
              3.    Administrative/Clerical Activities ............................... 15
              4.    Legal Research ................................................... 16
              5.    Travel ........................................................... 16
              6.    Summary of Projects .............................................. 17

V.      REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD ............................... 19
        A.    Technical Billing Discrepancies .......................................... 19
        B.    Compliance With Billing Guidelines ........................................ 20
              1.    Complete and Detailed Itemization of Expenses .................... 20
              2.    Travel Expenses................................................... 20
                    a)    Airfare ................................................. 21
                    b)    Car Rental .............................................. 21
                    c)    Parking ................................................. 21
              3.    Overhead Expenses................................................. 21
                    a)    Telephone Charges ....................................... 22

*Stuart Maue*

**TABLE OF CONTENTS (Continued)**

<u>**Page No.**</u>

VI.   SUMMARY OF FINDINGS FOR FINAL PERIOD.......................................23
    A.   Total Fees and Expenses and Differences ...........................................26
    B.   Reductions by Firm and Revised Requested Amounts .............................26
    C.   Professional Fees.........................................................................27
    D.   Expenses..................................................................................28

*Stuart Maue*

# TABLE OF EXHIBITS

Page No.

A.    Summary of Hours and Fees by Timekeeper and Position ................................... 7

B.    Vaguely Described Activities ........................................................................ 9

C.    Blocked Entries ......................................................................................... 10

D.    Intraoffice Conferences .............................................................................. 12

E.    Nonfirm Conferences, Hearings, and Other Events .......................................... 13

F.    Travel ..................................................................................................... 16

G-1.    A&M Retention and Compensation
G-2.    Response to Fee Examiner's Report ............................................................ 17

H-1.    Travel Expenses – Airfare
H-2.    Travel Expenses – Car Rental
H-3.    Travel Expenses – Parking ...................................................................... 21

I.    Telephone Charges .................................................................................... 22

*Stuart Maue*

## I.    <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "Sixth Interim and Final Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred during Period from March 4, 2005 through and

*Stuart Maue*

**I.  INTRODUCTION  (Continued)**

including  November  21, 2006"  (the  "Application").    Alvarez & Marsal, LLC  ("A&M"),
located  in  New  York,  New  York,  is  operations  and  real  estate  advisor  to  the  Official
Committee  of  Unsecured  Creditors  of  Winn-Dixie  Stores, Inc.  (the  "Committee")  and  its
affiliated debtors and debtors-in-possession.

In an Order dated June 3, 2005, the Court approved the Committee's retention of A&M
effective as of March 4, 2005, (the "Order").   The Application requested the allowance and
approval  of  interim  compensation  of  fees  incurred  pursuant  to  the  terms  of  a  letter  dated
March 4, 2005, from A&M to the Committee (the "Engagement Letter") confirming that the
firm would receive a fixed fee of $100,000.00 for each month, and for the reimbursement of
expenses incurred in connection with such services.   In addition, the Engagement Letter stated
that  "A&M  will  also  receive  a  restructuring  fee  (the  "Restructuring  Fee")  equal  to  25  basis
points  of  the  non-priority  unsecured  creditors'  recovery  upon  consummation  of  a  plan  of
reorganization confirmed in these cases."   The Engagement Letter further provided that "The
Restructuring Fee shall be reduced by 100% of all Monthly Fees paid to A&M after the twelfth
Monthly Fee."

The Order provided that the "...UST shall retain the right to object to A&M's interim
and final fee applications (including expense reimbursement) on all grounds, including but not
limited to the reasonableness standards provided for in Section 330 of the Bankruptcy Code,
provided, however, that while A&M's professionals shall not be required to keep detailed time
records in one-tenth of an hour increments, A&M's professionals shall keep daily time records

*Stuart Maue*

## I.  INTRODUCTION  (Continued)

describing generally the services rendered, the name of the individuals rendering such services and the time such individuals expended each day in rendering such services in half-hour increments;...."

Stuart Maue used the same methodology to review the interim fee applications of A&M that is used to review the fee applications of other case professionals who do not have a fixed fee billing arrangement.

The report for the sixth interim period includes the review and analysis of the fees and expenses, the exhibits displaying the categorized fees and expenses, and the summary of findings for this period.

Also included in this initial report is the Summary of Findings for the final period, which displays the totals for the fee and expense categories by interim periods and by final period.  This Summary of Findings also displays the fee and/or expense discrepancies identified in the interim reports and voluntary reductions included in the fee applications or reductions as a result of responses to the interim audit reports.

## II.     PROCEDURES AND METHODOLOGY

### A.      Appendix A

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented with this report in Appendix A.

### B.      Overlap Calculation

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or

*Stuart Maue*

II.  PROCEDURES AND METHODOLOGY  (Continued)

entry may be classified as both blocked billing and intraoffice conference.  When a task

or entry is included in more than one category, "overlap" occurs among the hour and

fee calculations for those categories.  In order to ensure that the hours and fees for a

task or entry are not "counted" more than once in any reduction of fees, Stuart Maue

calculated the overlap.[1]  The overlap calculation is displayed in Section E of the

Summary of Findings and includes the totals for each category before and after the

calculation for overlap and the total dollar amount of the overlap in each category.

III.    **RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD**

A&M requested the following professional fees and expenses in the Application:

| | |
|---|---|
| Professional Fees Requested: | $1,171,572.50 |
| Expense Reimbursement Requested: | 1,026.16 |
| Total Fees and Expenses: | $1,172,598.66 |

A&M requested $1,172,598.66 in accordance with the terms and conditions set forth in

the Engagement Letter.  This amount includes $170,000.00 for professional fees for the period

October 1, 2006, through November 21, 2006, a credit adjustment of $9,677.42 to prorate

professional fees for March 2005 and $1,011,249.92 as a restructuring fee pursuant to the

terms of A&M's engagement letter referenced in the Introduction of this report.  Stuart Maue

notes that A&M calculated the restructuring fee using a midpoint range recovery fee projected

---

[1] The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

to be received by the class(es) of creditors represented by the Committee.  Stuart Maue used the midpoint range recovery fee cited by A&M in its Application to recompute the restructuring fee and there was no difference between the computed amount and the amount requested by A&M.

The applications for the first and second interim periods included hourly rates for each of the A&M professionals, the number of hours billed by each professional, and the total number of hours billed by all professionals.  The Applications for the third, fourth, fifth, and sixth interim periods did not include hourly rates for the firm professionals; however, the number of hours billed by each professional and the total number of hours billed by all professionals during the interim periods were provided.  Stuart Maue calculated a blended hourly rate for the firm using the fixed monthly fee, the hours billed by each timekeeper, and the total hours billed by the firm.  This blended hourly rate was assigned to each timekeeper and used to calculate a fee for each entry.  This computation reflects that the computed amount is $169,999.89, which is an insignificant difference of $0.11 between the computed amount and the requested amount for the monthly fee of $170,000.00.  The exhibits to this report reflect hours and fees that are based on this computation.[2]

Stuart Maue recomputed the expenses and compared this to the expenses requested in the Application.  The recomputation of expenses revealed no difference between the amount requested and the amount computed.

_____

[2] This computation does not include the restructuring fee, $1,011,249.92, also requested by A&M in the Application.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

####   A&M Response:

*A&M responded,  "A&M respectfully submits that it prorated our monthly fixed fee and provided a credit for the period of March 1 – March 3, 2005 in its fee statement for November 2006."*

*Stuart Maue*

## IV.   REVIEW OF FEES FOR SIXTH INTERIM PERIOD

### A.   Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.  No technical billing discrepancies were identified.

### B.   Compliance With Billing Guidelines

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines.  The following discusses the firm's compliance with these guidelines:

#### 1.   Firm Staffing and Rates

**The following information should be provided in every fee application:   (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11.  U.S. Trustee Guidelines (b)(1)(iii)**

##### a)   Timekeepers and Positions

The Application provided the names and positions of the A&M professionals who billed time to this matter.  The firm staffed this matter with three timekeepers, including one managing director, one senior director, and one senior associate.

A&M billed a total of 173.30 hours during the sixth interim period.   The following table displays hours and fees computed by

*Stuart Maue*

**IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)**

timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 63.00 | 36% | $  64,658.10 | 38% |
| Senior Director | 21.30 | 12% | 18,473.49 | 11% |
| Senior Associate | 89.00 | 52% | 86,868.30 | 51% |
| TOTAL | 173.30 | 100% | $169,999.89 | 100% |

The blended hourly rate for the A&M professionals during the sixth interim period was $980.96.  The total hours and fees billed by each professional, the position of each professional, and their hourly billing rates are displayed on EXHIBIT A.

2.   **Time Increments**

**Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.**   U.S. Trustee **Guidelines (b)(4)(v)**

The Order authorizing the employment and retention of A&M specifically stated that the firm's professionals were allowed to bill for their services in half-hour increments.  The Application included some entries billed in tenths-of-an-hour increments; however, most entries were billed in either half-hour or full-hour increments.

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

**A&M Response:**

*In response the firm stated, "It is A&M's contention that we have complied with the time reporting requirements as contained within the Bankruptcy order approving A&M's retention:*

> *'A&M's professionals shall not be required to keep detailed time records in one-tenth of an hour increments, A&M's professionals shall keep daily time records describing generally the services rendered, the name of the individuals rendering such services and the time such individuals expended each day in rendering such services in half-hour increments.'*

*The professional services provided were often not performed as 'discrete tasks', but rather through a process of review and analysis of documentation and discussions with the Debtors and the Debtors' advisors and, therefore, do not lend themselves to detailed reporting, even at the 0.5 hour increment.  In an effort to assist Stuart Maue (and any other interested party) in a review of our professional services, A&M provided, commencing April 1, 2006, an increased level of detail in the description of our time entries."*

**3.    Complete and Detailed Task Descriptions**

**Services should be noted in detail...  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference.  U.S. Trustee Guidelines (b)(4)(v)**

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary.

Activity descriptions for conferences and telephone calls should identify the participants and also the subject-matter or purpose of the communication. Some of the conferences described in the Application did not provide that information.  The entries identified as vaguely described activities are displayed on EXHIBIT B and total 7.08 hours with $8,379.07 in associated fees.

**4.** **Blocked Entries**

**Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however, tasks performed in a project which total a de minimis amount of time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

A&M lumped a few of its activity descriptions into an entry with a single time increment.  The tasks that are identified as blocked entries are displayed on EXHIBIT C and total 4.50 hours with $5,431.05 in associated fees.

**A & M Response:**

*In its response, A&M stated the following:*

*"A&M respectfully submits that while descriptions of professional services prior to April 1, 2006 were lumped together (i.e., hours reflected on a daily basis, rather than by separate tasks per day), significant detail has been provided in order to allow all interested parties to understand the services performed by A&M.*

*Stuart Maue*

**IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)**

*A&M respectfully submits that for all professional services performed after April 1, 2006 (as discussed with Stuart Maue), A&M provided detailed time entries on a task-by-task basis, rather than on a daily basis.  This is evident in the significant decrease in hours identified as 'Blocked Hours':*

    a.  *From the Third Report to the Fourth Report:  575.1 hours (or 71% of total fees) were identified in the Third Report, compared to 304.8 hours (or 40% of total fees) in the Fourth Report.*

    b.  *From the Fourth Report to the Fifth Report:  304.8 hours (or 40% of total fees) were identified in the Fourth Report, compared to 97.0 hours (or 10% of total fees) in the Fifth Report.*

    c.  *From the Fifth Report to the Sixth Report:  97.0 hours (or 10% of total fees) were identified in the Fifth report, compared to 4.5 hours (or 3% of total fees) in the Sixth Report*

*Additionally, in its role as operations and real estate advisor, the nature of A&M's work did not lend itself to detailed reporting, even at the 0.5 hour increment.  A&M's work consisted of the review of legal documents (including leases and contracts), lengthy discussions with management and advisors of the Debtors and work with large amounts of operating and financial data (often, on a store-by-store basis).*

*In addition to regular work performed, A&M often performed advisory services on an 'on demand' basis, including:*

    1.  *Accelerated reviews of contract/leases to be rejected or assumed;*

    2.  *Review of post-petition agreements to be entered into and the impact of such agreements; and*

    3.  *Large-scale reviews of the Debtors' operating performance on both a consolidated and store-by-store basis.*

*These services were often not performed as 'discrete tasks', but rather through a process of review and analysis of documentation and discussions with the Debtors and the Debtors' advisors.*

*While it was A&M's contention that we complied with the time reporting requirements contained within the order approving A&M's retention:*

*'A&M's professionals shall not be required to keep detailed time records in one-tenth of an hour increments, A&M's professionals shall keep daily time records describing generally the services rendered, the name of the individuals rendering such services and the time such*

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

> *individuals expended each day in rendering such services in half-hour increments.'*

> *we believe that based on the level of detail provided before and after April 1, 2006 and the scope of services provided by A&M, we have provided a sufficient level of detail to Stuart Maue in its role as fee examiner."*

**5.    Multiple Professionals at Hearings and Conferences**

**If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees.**  U.S. Trustee Guidelines (b)(4)(v)

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees. Neither the Application nor the task descriptions explained the need for multiple attendees at conferences, hearings, or other events.

**a)    Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferring may indicate inappropriate levels of staffing, unnecessary conferring, or the use of inexperienced personnel. Stuart Maue identified only one intraoffice conference in the Application. On October 11, 2006, Andrew Hede and Matthew Gavejian each billed 0.50 hour to attend the same conference to discuss the status of debtor motions. These two entries are displayed on EXHIBIT D and total 1.00 hour with associated fees of $867.30.

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

b)     **Nonfirm Conferences, Hearings, and Other Events**

On a few occasions, more than one A&M timekeeper billed for attendance at a nonfirm conference, hearing, or other event.

EXHIBIT E displays the entries where more than one A&M timekeeper billed for attendance at a nonfirm conference, hearing, or other event.  Those entries total 4.63 hours with $5,581.91 in associated fees.  The entries for all participants other than the timekeeper who appears to be the most responsible at the event (i.e., the one who bills the most fees and/or hours) are marked with an ampersand **[&]** on this exhibit and total 2.50 hours with associated fees of $3,017.25.

**A&M Response:**

*The firm responded, "A&M respectfully submits that the identified Intraoffice conferences and Non-Firm conferences and meetings, which were attended by multiple professionals, were necessary to A&M's services.   A&M is a national firm, with offices in various cities throughout the U.S.  A&M's Creditor Advisory and Real Estate Advisory Services professionals who worked on this case were based primarily in New York City, Boston, Dallas and Los Angeles.   Intraoffice coordination among professionals was vital in order to provide quality advisory services in this case.  A&M respectfully submits that with a*

-13-

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

*large engagement requiring a broad and diverse scope of work, such as Winn-Dixie (the Third and Fourth Interim fee applications alone included two separate five-year business plan reviews, negotiation of the substantive consolidation settlement, and a review of various strategic and operational decisions by the Debtors), the attendance of multiple professionals at meetings and on conference calls was appropriate. A&M believes that attendance by multiple professionals was vital to providing coverage for the variety of issues discussed at meetings and on the regular conference calls with the Unsecured Creditors' Committee (the 'Committee')."*

**C.    Fees to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and identified several billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

**1.    Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the

-14-

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

advancement of the case.  There were no A&M timekeepers who billed fewer than 10.00 hours during the sixth interim period.

2.    **Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.  Professionals may periodically work extraordinarily long hours without many breaks because of the demands of the representation.  However, such long hours are generally related to identifiable circumstances, such as court deadlines, travel, or event attendance.  Stuart Maue did not identify any days on which an A&M timekeeper billed more than 12.00 hours.

3.    **Administrative/Clerical Activities**

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

to nonbilling staff members.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

Stuart Maue did not identify any administrative/clerical tasks in the Application for the sixth interim period.

**4.**     **Legal Research**

There were no entries identified as legal research by A&M professionals during this interim period.

**5.**     **Travel**

A review of entries for travel may allow a determination of whether the time billed for travel was reasonable and necessary.  Stuart Maue identified two entries in the Application referencing travel.  The travel appears to have been nonworking and the entries indicate that the travel time was billed at 50%. These entries are displayed on EXHIBIT F and total 4.50 hours with $3,902.85 in associated fees.

**A&M Response:**

*The firm responded, "A&M respectfully submits that it is firm policy to charge for travel at 50% of the actual travel time, unless client work is being*

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

*performed.  This policy applies to travel time for out-of-town meetings and work*

*at client sites, not everyday commuting time."*

6.    **Summary of Projects**

In the narrative portion of the Application, A&M included a summary of professional services that referenced project categories; however, the project categories were not included in the fee detail.  It was not possible to determine the fee entries that were included in each of those categories.  The project categories shown in the Application were:  Retention/Fee Matters; Business Plan Due Diligence; Case Management; Reclamation/Trade Program/Preferences; Real Estate; Executory Contracts; Insurance; Insurance Claims;  Teleconference/Meetings;  Employee Retention/Severance; Store/Company Financials; Store and Distribution Operations; Payment of Pre-Petition Claims;  Perishable Agricultural Commodities Act ("PACA"); Purchasing Card Program; Distribution Center, Store Inventory and Equipment Liquidation;  Business Plan Presentations;  Closure of Stores;  Plan of Reorganization; and Board of Directors Member Selection.

For purposes of this report, Stuart Maue created two project categories, namely,  "A&M Retention and Compensation," and "Response to Fee Examiner's Report."  The entries related to each of these projects were identified and included in the respective categories.

*Stuart Maue*

**IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)**

Entries describing tasks related to the retention and compensation of A&M are displayed on EXHIBIT G-1 and total 13.50 hours with $15,104.55 in associated fees.  Entries related to the firm's response to the fee auditor report are displayed on EXHIBIT G-2 and total 2.50 hours with $3,017.25 in associated fees.

*Stuart Maue*

## V.    REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD

In the Application for the sixth interim period, A&M requested reimbursement of expenses in the amount of $1,026.16.  Stuart Maue reviewed the expenses and divided them into categories based on the type of charge.  The following table summarizes the expenses as computed and categorized by Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| **Travel Expenses:** | | |
| Airfare | $   618.60 | 60% |
| Car Rental | 147.35 | 15% |
| Parking | 60.00 | 6% |
| **Telecommunications Charges** | 145.77 | 14% |
| **Telephone** | 54.44 | 5% |
| **TOTAL** | $1,026.16 | 100% |

### A&M Response:

*A&M responded, "…A&M submits that it regularly performs reconciliations of expenses billed to Winn-Dixie in conjunction with the submission of fee applications.  Any instances of incorrect billings were immediately credited to Winn-Dixie."*

### A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double billing, wrong case billing, or missing expense descriptions.  No technical billing discrepancies were identified in the Application.

*Stuart Maue*

V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)

**B.**    **Compliance With Billing Guidelines**

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.**  U.S. Trustee Guidelines (b)(5)

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual, necessary expenses as set forth in the U.S. Trustee Guidelines.

**1.**    **Complete and Detailed Itemization of Expenses**

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.**  U.S. Trustee Guidelines (b)(5)(v)(iii)

A&M provided a detailed itemization of its expenses including the expense category, the date, the name of the professional incurring the charge, the description, and the amount of the charge.  Supporting documentation for the expense charges was not included in the Application.

**2.**    **Travel Expenses**

Stuart Maue notes that all of the travel expenses relate to managing director Andrew Hede's trip to Jacksonville, Florida, from October 4 through 6, 2006.

-20-

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

a)      **Airfare**

A&M requested reimbursement for an airfare charge in the amount of $618.60.  The Application stated that the firm did not seek reimbursement of any air travel expenses in excess of coach fares, unless coach airfares were unavailable and travel could not be rescheduled. The airfare charge is displayed on EXHIBIT H -1.

b)      **Car Rental**

The Application included a request for reimbursement of a car rental charge in the amount of $147.35.  This expense is displayed on EXHIBIT H-2.

c)      **Parking**

A&M requested reimbursement for a parking charge while traveling in the amount of $60.00.  This parking expense is displayed on EXHIBIT H-3.

3.      **Overhead Expenses**

**Factors relevant to a determination that the expense is proper include the following:**

**Whether the expenses appear to be in the nature of nonreimbursable overheard.    Overhead includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges.  U.S. Trustee Guidelines (b)(5)(vii)**

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

Case professionals typically charge clients to obtain reimbursement for the actual cost of out-of-pocket expense items that are directly attributable to the representation and that are not part of office overhead.  These expenses include filing fees and court costs; long-distance telephone charges; photocopying costs; travel, meal, and lodging expenses; and court reporter fees.  Expenses such as supplies and postage are generally considered to be a part of office overhead and included in the hourly rate of professionals.

Stuart Maue identified the following expense item in the Application as potential overhead:

a)      **Telephone Charges**

A&M requested reimbursement for telephone charges totaling $54.44, and an allocation of telecommunications charges for wireless usage charges totaling $145.77.  The Application for the sixth interim period stated that the telecommunications charges were allocated based on total client hours.  This charge is, therefore, not an actual cost.  The telephone charges are displayed on EXHIBIT I and total $200.21.

*Stuart Maue*

## VI.    SUMMARY OF FINDINGS FOR FINAL PERIOD

Stuart Maue prepared a Summary of Findings for the final period.  This summary displays the fees and expenses requested for each interim period and the totals for the final period.  The summary also includes the differences between the fees and expenses requested and the fees and expenses as recomputed by Stuart Maue for each interim period and the sum of the discrepancies for the final period.

In addition, the Summary of Findings displays the voluntary reductions, if any, the case professional included in the interim applications[3] and the reductions, if any, included in the case professional's responses to the fee examiner's reports for the interim and final applications.

The fee and expense categories identified by Stuart Maue in each interim report and the fees and expenses for each category are also displayed in the Summary of Findings for the final period.  The totals shown in each category have been adjusted for overlap unless otherwise noted.

A&M requested the following professional fees and expenses in the Application for the final period:

---

[3] Only those reductions that were from the fee and expense entries submitted in the interim applications are included in this voluntary reduction amount.  If the firm referenced a reduction in fees or expenses but the fee and expense entries that made up those reductions were not included in the application, those reductions are not included in the Summary of Findings for the final period.

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**

|  |  |
|---|---|
| Professional Fees Requested: | $3,071,572.50 |
| Expense Reimbursement Requested: | 49,384.60 |
| Total Fees and Expenses: | $3,120,957.10 |

Stuart Maue compared the total fees and expenses requested in the Application for the final period with the fees and expenses requested in each interim application.  The comparison revealed that there is no difference between the amount requested for the final period and the total amounts requested in the interim applications.

A&M requested a fixed fee in each interim application in accordance with the terms and conditions set forth in the Engagement Letter.  For each interim application, Stuart Maue recomputed the fees and expenses and identified any discrepancies between the amounts requested and the amounts computed.  The recomputation of the A&M fees by interim period revealed that, in total, the requested fees are $56,714.08 higher than the computed fees.  The A&M applications for the first and second interim periods included hourly rates and the number of hours billed for each of the fee entries.  Stuart Maue calculated the fees associated with each entry based on the hours billed and the professionals' hourly rates.  These calculations for the first two interim periods resulted in the requested fees totaling more than the computed fees.  The Applications for the third, fourth, fifth, and sixth interim periods did not include hourly rates for the firm's professionals; however, the number of hours billed by each professional was provided.  Stuart Maue calculated a blended hourly rate for each month using the fixed monthly fee and the hours billed by each timekeeper during that month.  The blended hourly rates for each month were assigned to each timekeeper and used to calculate a

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**

fee for each entry.  The discrepancies for the third, fourth, fifth and sixth interim periods were caused by rounding due to calculation of the blended hourly rate.  The recomputation of the A&M expenses by interim period revealed there are no differences between the amounts requested and the amounts computed.

The A&M interim applications and the final application and the responses to the audit reports did not include any reduction in the requested fees or expenses.

The Summary of Findings for the final period for A&M is shown on the following pages:

[INTENTIONALLY LEFT BLANK]

*Stuart Maue*

## VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)
Alvarez & Marsal, LLC

### A.   Total Fees and Expenses and Differences

| | First Interim 3/4/2005 – 5/31/2005 | Second Interim 6/1/2005 – 9/30/2005 | Third Interim 10/1/2005 – 1/31/2006 | Fourth Interim 2/1/2006 – 5/31/2006 | Fifth Interim 6/1/2006 – 9/30/2006 | Sixth Interim 10/1/2006 – 11/21/2006 | TOTAL 3/4/2005 – 11/21/2006 |
|---|---|---|---|---|---|---|---|
| Monthly Fees Requested: | $300,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $ 160,322.58 | $2,060,322.58 |
| Restructuring Fee: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,011,249.92 | 1,011,249.92 |
| Expenses Requested: | 8,738.74 | 7,637.09 | 16,691.10 | 9,740.18 | 5,551.33 | 1,026.16 | 49,384.60 |
| Total Requested: | $308,738.74 | $407,637.09 | $416,691.10 | $409,740.18 | $405,551.33 | $1,172,598.66 | $3,120,957.10 |
| | | | | | | | |
| Monthly Fees Computed: | $292,142.50 | $351,130.00 | $399,998.25 | $400,015.10 | $400,000.18 | $ 160,322.47 | $2,003,608.50 |
| Restructuring Fee: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,011,249.92 | 1,011,249.92 |
| Expenses Computed: | 8,738.74 | 7,637.09 | 16,691.10 | 9,740.18 | 5,551.33 | 1,026.16 | 49,384.60 |
| Total Computed: | $300,881.24 | $358,767.09 | $416,689.35 | $409,755.28 | $405,551.51 | $1,172,598.55 | $3,064,243.02 |
| | | | | | | | |
| Difference in Fees: | $7,857.50 | $48,870.00 | $1.75 | ($15.10) | ($0.18) | $0.11 | $56,714.08 |
| Difference in Expenses: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Difference: | $7,857.50 | $48,870.00 | $1.75 | ($15.10) | ($0.18) | $0.11 | $56,714.08 |

### B.   Reductions by Firm and Revised Requested Amounts

| | First Interim | Second Interim | Third Interim | Fourth Interim | Fifth Interim | Sixth Interim | TOTAL |
|---|---|---|---|---|---|---|---|
| Fees Requested: | $300,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $1,171,572.50 | $3,071,572.50 |
| Reduction by Firm: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Revised Requested Fees: | $300,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $1,171,572.50 | $3,071,572.50 |
| | | | | | | | |
| Expenses Requested: | $8,738.74 | $7,637.09 | $16,691.10 | $9,740.18 | $5,551.33 | $1,026.16 | $49,384.60 |
| Reduction by Firm: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Revised Requested Expenses: | $8,738.74 | $7,637.09 | $16,691.10 | $9,740.18 | $5,551.33 | $1,026.16 | $49,384.60 |
| | | | | | | | |
| Total Revised Fees and Expenses: | $308,738.74 | $407,637.09 | $416,691.10 | $409,740.18 | $405,551.33 | $1,172,598.66 | $3,120,957.10 |

*Stuart Maue*

## VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)
Alvarez & Marsal, LLC

### C.    Professional Fees

| | First Interim | | | Second Interim | | | Third Interim | | | Fourth Interim | | | Fifth Interim | | | Sixth Interim | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % |
| **Difference in Fees:** | | | | | | | | | | | | | | | | | | | | | |
| Discrepancy in Hours | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($18.80) | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($18.80) | * |
| Difference Between Fixed Fee Amount & Computation of Hours | -- | $7,857.50 | 3% | -- | $48,870.00 | 14% | -- | $0.00 | * | -- | $3.70 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $56,731.20 | 3% |
| Rounding | -- | $0.00 | * | -- | $0.00 | * | -- | $1.75 | * | -- | $0.00 | * | -- | ($0.18) | * | -- | $0.11 | * | -- | $1.68 | * |
| **Reductions in Fees Based on Response:** | | | | | | | | | | | | | | | | | | | | | |
| None | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| **Fee Categories:** | | | | | | | | | | | | | | | | | | | | | |
| Admin/Clerical Tasks by Professionals | 2.33 | $1,283.33 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 2.00 | $334.90 | * | 0.00 | $0.00 | * | 4.33 | $1,618.23 | * |
| Nonfirm Conferences[4] | 157.19 | $76,144.23 | 26% | 120.40 | $52,908.39 | 15% | 130.25 | $58,564.27 | 15% | 113.11 | $40,895.30 | 10% | 64.90 | $25,673.45 | 6% | 4.63 | $5,581.91 | 3% | 590.48 | $259,767.55 | 13% |
| Nonfirm Conferences - Multiple Attendees | 82.06 | $35,607.14 | 12% | 73.62 | $28,560.68 | 8% | 79.00 | $35,680.10 | 9% | 73.61 | $26,916.34 | 7% | 41.40 | $16,394.37 | 4% | 2.50 | $3,017.05 | 2% | 352.19 | $146,175.88 | 7% |
| Intraoffice Conferences[4] | 20.73 | $10,517.89 | 4% | 48.98 | $20,868.39 | 6% | 28.68 | $13,158.19 | 3% | 50.92 | $13,530.24 | 3% | 14.50 | $3,660.05 | * | 1.00 | $867.30 | * | 164.81 | $62,602.06 | 3% |
| Intraoffice Conferences - Multiple Attendees | 13.72 | $7,008.81 | 2% | 25.53 | $10,564.58 | 3% | 14.92 | $6,416.78 | 2% | 50.67 | $13,401.04 | 3% | 12.00 | $2,565.54 | * | 1.00 | $867.30 | * | 117.84 | $40,824.05 | 2% |
| Vaguely Described Conferences | 37.99 | $17,983.78 | 6% | 2.50 | $937.50 | * | 25.78 | $14,213.62 | 4% | 28.50 | $14,294.20 | 4% | 11.35 | $4,108.45 | 1% | 0.00 | $0.00 | * | 106.12 | $51,537.55 | 3% |
| Other Vaguely Described Activities | 60.96 | $32,380.21 | 11% | 81.93 | $41,537.71 | 12% | 28.15 | $11,540.84 | 3% | 20.21 | $12,883.77 | 3% | 57.80 | $12,087.75 | 3% | 7.08 | $8,379.07 | 5% | 256.13 | $118,809.35 | 6% |
| Blocked Entries | 314.04 | $151,154.23 | 52% | 579.72 | $241,064.52 | 69% | 481.75 | $242,976.69 | 61% | 253.21 | $129,777.88 | 32% | 89.15 | $34,530.19 | 9% | 1.92 | $2,313.23 | 1% | 1,719.79 | $801,816.74 | 40% |
| Personnel Who Billed 10.00 or Fewer Hours | 4.00 | $1,300.00 | * | 0.00 | $0.00 | * | 8.70 | $3,447.85 | * | 8.00 | $1,504.00 | * | 1.00 | $618.04 | * | 0.00 | $0.00 | * | 21.70 | $6,869.89 | * |
| Nonworking Travel | 2.50 | $812.50 | * | 2.50 | $812.50 | * | 4.00 | $1,390.32 | * | 31.60 | $5,940.80 | 1% | 0.00 | $0.00 | * | 4.50 | $3,902.85 | 2% | 45.10 | $12,858.97 | * |
| Days Billed in Excess of 12.00 Hours Per Day[4] | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 27.00 | $11,292.21 | 3% | 0.00 | $0.00 | * | 140.50 | $23,526.73 | 6% | 0.00 | $0.00 | * | 167.50 | $34,818.94 | 2% |
| **Summary of Fee Projects:** | | | | | | | | | | | | | | | | | | | | | |
| A&M Retention/ Compensation | 23.85 | $12,673.75 | 4% | 64.42 | $22,720.42 | 6% | 21.67 | $9,456.24 | 2% | 27.96 | $12,735.91 | 3% | 25.00 | $19,318.21 | 5% | 13.50 | $15,104.55 | 9% | 176.40 | $92,009.08 | 5% |
| Other Professionals Retention/Compensation | 41.86 | $22,287.71 | 8% | 4.80 | $2,326.88 | * | 0.00 | $0.00 | * | 5.50 | $2,842.40 | * | 3.50 | $586.08 | * | 0.00 | $0.00 | * | 55.66 | $28,043.07 | 1% |
| Response to Fee Examiner Report | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 9.50 | $4,909.60 | 1% | 0.00 | $0.00 | * | 2.50 | $3,017.25 | 2% | 12.00 | $7,926.85 | * |

---

[4] Fee categories not adjusted to eliminate overlap between categories.
* Less than 1%

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**
Alvarez & Marsal, LLC

D.    <u>Expenses</u>

| | First Interim | | Second Interim | | Third Interim | | Fourth Interim | | Fifth Interim | | Sixth Interim | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % |
| **Difference in Expenses:** | | | | | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | -- | $0.00 | * |
| **Expense Categories:** | | | | | | | | | | | | | | |
| Travel Expenses – Airfare | $4,848.99 | 55% | $4,020.54 | 53% | $3,402.86 | 20% | $7,059.00 | 72% | $1,086.60 | 20% | $618.60 | 60% | $21,036.59 | 43% |
| Travel Expenses – Lodging | $1,548.32 | 18% | $918.94 | 12% | $3,084.98 | 18% | $768.50 | 8% | $236.17 | 4% | $0.00 | * | $6,556.91 | 13% |
| Travel Expenses – Meals | $367.09 | 4% | $225.96 | 3% | $85.12 | * | $303.38 | 3% | $150.00 | 3% | $0.00 | * | $1,131.55 | 2% |
| Travel Expenses – Car Rental and Taxi Fares | $1,630.64 | 19% | $1,206.35 | 16% | $1,607.43 | 10% | $689.97 | 7% | $449.57 | 8% | $147.35 | 14% | $5,731.31 | 12% |
| Travel Expenses – Parking | $52.00 | * | $15.00 | * | $0.00 | * | $94.00 | * | $0.00 | * | $60.00 | 6% | $221.00 | * |
| Travel Expenses – Mileage | $0.00 | * | $0.00 | * | $0.00 | * | $18.69 | * | $0.00 | * | $0.00 | * | $18.69 | * |
| Other Travel Expenses | $22.98 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $22.98 | * |
| Facsimiles | $0.00 | * | $4.20 | * | $0.00 | * | $5.00 | * | $0.00 | * | $0.00 | * | $9.20 | * |
| Postage | $14.50 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $14.50 | * |
| Telephone Charges | $254.22 | 3% | $562.08 | 7% | $571.05 | 3% | $661.46 | 7% | $97.03 | 2% | $54.44 | 5% | $2,200.28 | 4% |
| Telecommunication Charges | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $518.12 | 9% | $145.77 | 14% | $663.89 | 1% |
| Internet Charge | $0.00 | * | $0.00 | * | $0.00 | * | $35.98 | * | $0.00 | * | $0.00 | * | $35.98 | * |
| Business Meals | $0.00 | * | $0.00 | * | $548.76 | 3% | $0.00 | * | $0.00 | * | $0.00 | * | $548.76 | 1% |
| Overtime Transportation | $0.00 | * | $0.00 | * | $40.00 | * | $9.00 | * | $108.00 | 2% | $0.00 | * | $157.00 | * |
| Overtime Meals | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $35.00 | * | $0.00 | * | $35.00 | * |
| Expenses - Multiple Attendance | $3,180.79 | 36% | $5,268.34 | 69% | $4,303.40 | 26% | $5,939.10 | 61% | $1,834.72 | 33% | $0.00 | * | $20,526.35 | 42% |
| Expenses - Multiple Attendance – Multiple Attendees | $0.00 | * | $3,503.74 | 46% | $3,341.21 | 20% | $3,102.42 | 32% | $1,759.24 | 32% | $0.00 | * | $11,706.61 | 24% |
| Expenses Associated With Postponed Retention Hearing | $0.00 | * | $486.85 | 6% | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $486.85 | * |
| Travel Expenses Not Associated With Billed Fees | $0.00 | * | $0.00 | * | $637.27 | 4% | $0.00 | * | $0.00 | * | $0.00 | * | $637.27 | 1% |
| F&D Reports | $0.00 | * | $0.00 | * | $7,500.00 | 45% | $0.00 | * | $0.00 | * | $0.00 | * | $7,500.00 | 15% |
| Charges Related to Business Plan Review | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $2,783.91 | 50% | $0.00 | * | $2,783.91 | 6% |

---

* Less than 1%

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**
Alvarez & Marsal, LLC

| | First Interim | | Second Interim | | Third Interim | | Fourth Interim | | Fifth Interim | | Sixth Interim | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % |
| **Expense  - Compliance/Reasonableness:[5]** | | | | | | | | | | | | * | | |
| Postage | $14.50 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $14.50 | * |
| Telephone Charges | $254.22 | 3% | $562.08 | 7% | $571.05 | 3% | $661.46 | 7% | $0.00 | * | $0.00 | * | $2,048.81 | 4% |
| Telecommunication Charges | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $518.12 | 9% | $145.77 | 14% | $663.89 | 1% |
| Internet Charge | $0.00 | * | $0.00 | * | $0.00 | * | $35.98 | * | $0.00 | * | $0.00 | * | $35.98 | * |
| Business Meals | $0.00 | * | $0.00 | * | $548.76 | 3% | $0.00 | * | $0.00 | * | $0.00 | * | $548.76 | 1% |
| Overtime Transportation | $0.00 | * | $0.00 | * | $40.00 | * | $9.00 | * | $108.00 | 2% | $0.00 | * | $157.00 | * |
| Overtime Meals | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $35.00 | * | $0.00 | * | $35.00 | * |
| Expenses - Multiple Attendance – Multiple Attendees | $0.00 | * | $3,503.74 | 46% | $3,341.21 | 20% | $3,102.42 | 32% | $1,759.24 | 32% | $0.00 | * | $11,706.61 | 24% |
| Travel Expenses Not Associated With Billed Fees | $0.00 | * | $0.00 | * | $637.27 | 4% | $0.00 | * | $0.00 | * | $0.00 | * | $637.27 | 1% |
| Expenses Associated With Postponed Retention Hearing | $0.00 | * | $486.85 | 6% | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $486.85 | * |
| F&D Reports | $0.00 | * | $0.00 | * | $7,500.00 | 45% | $0.00 | * | $0.00 | * | $0.00 | * | $7,500.00 | 15% |
| Charges Related to Business Plan Review | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $2,783.91 | 50% | $0.00 | * | $2,783.91 | 6% |
| **Reductions in Expenses Based on Response:** | | | | | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |

---

[5] These expenses are included in the "Expense Categories" Section above; however, the amounts in this section have been adjusted for overlap.
* Less than 1%

STUART MAUE

**EXHIBIT A**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**Alvarez & Marsal, LLC**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|----------|------|----------|--------------|--------------|----------------|---------------|-------------------|
| 1003 | Hede, Andrew | MANAG DIRECTOR | $867.30 | $1,206.90 | 63.00 | $64,658.10 | 36 |
| No. of Billers for Position: 1 | | Blended Rate for Position: | $1,026.32 | | 63.00 | $64,658.10 | |
| | | | | | % of Total: 36.35% | % of Total: 38.03% | |
| 1009 | Aulabaugh, Dirk | SENIOR DIRECTOR | $867.30 | $867.30 | 21.30 | $18,473.49 | 17 |
| No. of Billers for Position: 1 | | Blended Rate for Position: | $867.30 | | 21.30 | $18,473.49 | |
| | | | | | % of Total: 12.29% | % of Total: 10.87% | |
| 1007 | Gavejian, Matthew | SR. ASSOCIATE | $867.30 | $1,206.90 | 89.00 | $86,868.30 | 81 |
| No. of Billers for Position: 1 | | Blended Rate for Position: | $976.05 | | 89.00 | $86,868.30 | |
| | | | | | % of Total: 51.36% | % of Total: 51.10% | |
| Total No. of Billers: 3 | | Blended Rate for Report: | $980.96 | | 173.30 | $169,999.89 | |

EXHIBIT B
VAGUELY DESCRIBED ACTIVITIES
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Hede, A | 7.08 | 8,379.07 |
| | 7.08 | $8,379.07 |

EXHIBIT B
VAGUELY DESCRIBED ACTIVITIES
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 10/24/06 Tue | Hede, A 17/14 | 0.50 | 0.50 | 433.65 | | | F | 1 | PHONE CALL WITH J.SCHERER (HLHZ) |
| 11/06/06 Mon | Hede, A 18/25 | 1.00 | 1.00 | 1,206.90 | | | F | | DISCUSSION OF ALTERNATE BOARD CANDIDATES |
| 11/16/06 Thu | Hede, A 18/33 | 2.50 | 1.25 | 1,508.63 | C | | F | 1 | BOARD SUB-COMMITTEE CALL; |
| | | | | | C | | F | 2 | COMMITTEE CALL; |
| | | | | | C | | F | 3 | PH: P LYNCH; |
| | | | | | C | | F | 4 | PH: M BARR |
| 11/17/06 Fri | Hede, A 18/34 | 2.00 | 1.33 | 1,609.20 | C | | F | 1 | REVIEW OF BOARD CANDIDATES; |
| | | | | | C | | F | 2 | PH: M BARR; |
| | | | | | C | | F | 3 | EMAILS: P LYNCH |
| 11/20/06 Mon | Hede, A 18/35 | 3.00 | 3.00 | 3,620.70 | | | F | 1 | FEE APPLICATION |
| | | | 7.08 | $8,379.07 | | | | | |

Total
Number of Entries:   5

EXHIBIT B
VAGUELY DESCRIBED ACTIVITIES
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Hede, A | 4.50 | 5,261.25 | 4.50 | 5,431.05 | 9.00 | 10,692.30 | 2.58 | 3,117.82 | 7.08 | 8,379.07 |
| | 4.50 | $5,261.25 | 4.50 | $5,431.05 | 9.00 | $10,692.30 | 2.58 | $3,117.82 | 7.08 | $8,379.07 |

RANGE OF HOURS

RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT C
BLOCKED ENTRIES
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Hede, A | 4.50 | 5,431.05 |
|  | 4.50 | $5,431.05 |

EXHIBIT C  PAGE 1 of 3

EXHIBIT C
BLOCKED ENTRIES
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|---|-------------|
| | | | INFORMATIONAL | | | | | | |
| 11/16/06 | Hede, A | 2.50 | 2.50 | 3,017.25 | | | F | 1 | BOARD SUB-COMMITTEE CALL; |
| Thu | 18/33 | | | | | | F | 2 | COMMITTEE CALL; |
| | | | | | B | | F | 3 | PH: P LYNCH; |
| | | | | | B | | F | 4 | PH: M BARR |
| | | | | | | | | | |
| 11/17/06 | Hede, A | 2.00 | 2.00 | 2,413.80 | | | F | 1 | REVIEW OF BOARD CANDIDATES; |
| Fri | 18/34 | | | | B | | F | 2 | PH: M BARR; |
| | | | | | B | | F | 3 | EMAILS: P LYNCH |
| | | | 4.50 | $5,431.05 | | | | | |

Total
Number of Entries:      2

EXHIBIT C
BLOCKED ENTRIES
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Hede, A | 4.50 | 5,431.05 | 0.00 | 0.00 | 4.50 | 5,431.05 | 0.00 | 0.00 | 4.50 | 5,431.05 |
| | 4.50 | $5,431.05 | 0.00 | $0.00 | 4.50 | $5,431.05 | 0.00 | $0.00 | 4.50 | $5,431.05 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT C  PAGE 3 of 3

EXHIBIT D
INTRAOFFICE CONFERENCES
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Gavejian, M | 0.50 | 433.65 |
| Hede, A | 0.50 | 433.65 |
| | 1.00 | $867.30 |

EXHIBIT D
INTRAOFFICE CONFERENCES
Alvarez & Marsal, LLC

| | | ENTRY | INFORMATIONAL | | | | | | |
| | | | COMBINED | COMBINED | OTHER | TASK | | | |
| DATE | NAME | HOURS | HOURS | FEES | EXH. | HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 10/11/06 Wed | Gavejian, M 17/66 | 0.50 | 0.50 | 433.65 | | | F | 1 | MEETING WITH A.HEDE TO DISCUSS STATUS OF DEBTOR MOTIONS FILED |
| 10/11/06 Wed | Hede, A 17/6 | 0.50 | 0.50 | 433.65 | | | F | 1 | MEETING WITH M.GAVEJIAN TO DISCUSS STATUS OF DEBTOR MOTIONS FILED |
| | | | 1.00 | $867.30 | | | | | |

Total
Number of Entries:    2

~ See the last page of exhibit for explanation

EXHIBIT D  PAGE 2 of 3

EXHIBIT D
INTRAOFFICE CONFERENCES
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Gavejian, M | 0.50 | 433.65 | 0.00 | 0.00 | 0.50 | 433.65 | 0.00 | 0.00 | 0.50 | 433.65 |
| Hede, A | 0.50 | 433.65 | 0.00 | 0.00 | 0.50 | 433.65 | 0.00 | 0.00 | 0.50 | 433.65 |
| | 1.00 | $867.30 | 0.00 | $0.00 | 1.00 | $867.30 | 0.00 | $0.00 | 1.00 | $867.30 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

### NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Gavejian, M | 2.50 | 3,017.25 |
| Hede, A | 2.13 | 2,564.66 |
| | 4.63 | $5,581.91 |

### NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Gavejian, M | 2.50 | 3,017.25 |
| Hede, A | 0.00 | 0.00 |
| | 2.50 | $3,017.25 |

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 11/03/06 Fri | Gavejian, M 18/111 | 0.50 | 0.50 | 603.45 | | | F | & 1 | PARTICIPATED IN BOARD SUB-COMMITTEE CALL |
| 11/03/06 Fri | Hede, A 18/20 | 0.50 | 0.50 | 603.45 | | | F | 1 | BOARD SUB-COMMITTEE CALL TO DISCUSS POTENTIAL REPLACEMENT BOARD CANDIDATE |
| 11/09/06 Thu | Gavejian, M 18/117 | 1.00 | 1.00 | 1,206.90 | | | F | & 1 | CALL WITH THE COMMITTEE |
| 11/09/06 Thu | Hede, A 18/28 | 1.00 | 1.00 | 1,206.90 | | | F | 1 | COMMITTEE CALL |
| 11/16/06 Thu | Gavejian, M 18/125 | 1.00 | 1.00 | 1,206.90 | | | F | & 1 | CALL WITH THE COMMITTEE |
| 11/16/06 Thu | Hede, A 18/33 | 2.50 | 0.63 | 754.31 | C | | F | 1 | BOARD SUB-COMMITTEE CALL: |
| | | | | | C | | F | 2 | COMMITTEE CALL: |
| | | | | | C, B | | F | 3 | PH: P LYNCH: |
| | | | | | C, B | | F | 4 | PH: M BARR |

| | | | | |
|---|---|---|---|---|
| TOTAL OF ALL ENTRIES | | 4.63 | $5,581.91 | |
| TOTAL ENTRY COUNT: | 6 | | | |
| TOTAL TASK COUNT: | 6 | | | |
| TOTAL OF & ENTRIES | | 2.50 | $3,017.25 | |
| TOTAL ENTRY COUNT: | 3 | | | |
| TOTAL TASK COUNT: | 3 | | | |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Gavejian, M | 2.50 | 3,017.25 | 0.00 | 0.00 | 2.50 | 3,017.25 | 0.00 | 0.00 | 2.50 | 3,017.25 |
| Hede, A | 1.50 | 1,810.35 | 2.50 | 3,017.25 | 4.00 | 4,827.60 | 0.63 | 754.31 | 2.13 | 2,564.66 |
| | 4.00 | $4,827.60 | 2.50 | $3,017.25 | 6.50 | $7,844.85 | 0.63 | $754.31 | 4.63 | $5,581.91 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Gavejian, M | 2.50 | 3,017.25 | 0.00 | 0.00 | 2.50 | 3,017.25 | 0.00 | 0.00 | 2.50 | 3,017.25 |
| Hede, A | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 2.50 | $3,017.25 | 0.00 | $0.00 | 2.50 | $3,017.25 | 0.00 | $0.00 | 2.50 | $3,017.25 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL

EXHIBIT F
TRAVEL
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Hede, A | 4.50 | 3,902.85 |
| | 4.50 | $3,902.85 |

EXHIBIT F
TRAVEL
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 10/04/06 Wed | Hede, A 17/2 | 2.50 | 2.50 | 2,168.25 | | | F | 1 | TRAVEL TO JACKSONVILLE (@50%) |
| 10/06/06 Fri | Hede, A 17/4 | 2.00 | 2.00 | 1,734.60 | | | F | 1 | TRAVEL TO NEW YORK (@50%) |
| | | | 4.50 | $3,902.85 | | | | | |

Total
Number of Entries:    2

~  See the last page of exhibit for explanation

EXHIBIT F
TRAVEL
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Hede, A | 4.50 | 3,902.85 | 0.00 | 0.00 | 4.50 | 3,902.85 | 0.00 | 0.00 | 4.50 | 3,902.85 |
| | 4.50 | $3,902.85 | 0.00 | $0.00 | 4.50 | $3,902.85 | 0.00 | $0.00 | 4.50 | $3,902.85 |

——————— RANGE OF HOURS ———————

——————— RANGE OF FEES ———————

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL

EXHIBIT G-1
A&M RETENTION AND COMPENSATION
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Gavejian, M | 10.50 | 11,483.85 |
| Hede, A | 3.00 | 3,620.70 |
| | 13.50 | $15,104.55 |

EXHIBIT G-1
A&M RETENTION AND COMPENSATION
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 10/03/06 Tue | Gavejian, M 17/58 | 0.50 | 0.50 | 433.65 | | | F | 1 | COORDINATED WITH TAX PROFESSIONALS ON TIME REPORTING REQUIREMENTS AND INFORMATION TO BE INCLUDED IN SEPTEMBER INVOICE |
| 10/03/06 Tue | Gavejian, M 17/59 | 1.00 | 1.00 | 867.30 | | | F | 1 | INITIAL PREPARATION OF OCTOBER MONTHLY INVOICE |
| 10/10/06 Tue | Gavejian, M 17/63 | 2.00 | 2.00 | 1,734.60 | | | F | 1 | PREPARATION AND REVIEW OF OCTOBER 2006 MONTHLY INVOICE |
| 11/03/06 Fri | Gavejian, M 18/112 | 0.50 | 0.50 | 603.45 | | | F | 1 | REVIEW OF TIME AND EXPENSES FOR FIFTH INTERIM FEE APPLICATION |
| 11/15/06 Wed | Gavejian, M 18/123 | 0.50 | 0.50 | 603.45 | | | F | 1 | CORRESPONDENCE WITH K.LAMAINA (SKADDEN) REGARDING A&M'S FIFTH INTERIM FEE APPLICATION |
| 11/16/06 Thu | Gavejian, M 18/124 | 2.00 | 2.00 | 2,413.80 | | | F | 1 | PREPARATION OF FIFTH INTERIM FEE APPLICATION INCLUDING DRAFTING OF DOCUMENT, REVIEW OF TIME ENTRIES AND EXPENSE DESCRIPTIONS FOR THE PERIODS AND REVIEW OF PREVIOUS FEE APPLICATIONS |
| 11/17/06 Fri | Gavejian, M 18/131 | 1.00 | 1.00 | 1,206.90 | | | F | 1 | CONTINUED PREPARATION OF FIFTH INTERIM FEE APPLICATION, INCLUDING DETAILED DESCRIPTIONS OF SERVICES PERFORMED ON BEHALF OF THE COMMITTEE |
| 11/20/06 Mon | Gavejian, M 18/132 | 2.00 | 2.00 | 2,413.80 | | | F | 1 | QUALITY CHECK AND FINAL REVIEW OF FIFTH INTERIM FEE APPLICATION. COORDINATED FILING AND SERVICE OF NOTICE LIST WITH MILBANK |
| 11/20/06 Mon | Hede, A 18/35 | 3.00 | 3.00 | 3,620.70 | B | | F | 1 | FEE APPLICATION |
| 11/21/06 Tue | Gavejian, M 18/133 | 1.00 | 1.00 | 1,206.90 | | | F | 1 | REVIEWED FILED FIFTH INTERIM FEE APPLICATION AND REQUIRED COURT DOCUMENTS DISTRIBUTED BY SKADDEN |
| | | | 13.50 | $15,104.55 | | | | | |

Total
Number of Entries:    10

– See the last page of exhibit for explanation

EXHIBIT G-1  PAGE 2 of 3

EXHIBIT G-1

A&M RETENTION AND COMPENSATION

Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Gavejian, M | 10.50 | 11,483.85 | 0.00 | 0.00 | 10.50 | 11,483.85 | 0.00 | 0.00 | 10.50 | 11,483.85 |
| Hede, A | 3.00 | 3,620.70 | 0.00 | 0.00 | 3.00 | 3,620.70 | 0.00 | 0.00 | 3.00 | 3,620.70 |
| | 13.50 | $15,104.55 | 0.00 | $0.00 | 13.50 | $15,104.55 | 0.00 | $0.00 | 13.50 | $15,104.55 |

————— RANGE OF HOURS —————

————— RANGE OF FEES —————

(–) REASONS FOR TASK HOUR ASSIGNMENTS

F FINAL BILL

EXHIBIT G-2
RESPONSE TO FEE EXAMINER'S REPORT
Alvarez & Marsal, LLC

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Gavejian, M | 2.50 | 3,017.25 |
| | 2.50 | $3,017.25 |

EXHIBIT G-2
RESPONSE TO FEE EXAMINER'S REPORT
Alvarez & Marsal, LLC

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 11/14/06 Tue | Gavejian, M 18/119 | 1.00 | 1.00 | 1,206.90 | | | F | 1 | PREPARED INITIAL DRAFT OF A&M'S RESPONSE TO THE FEE EXAMINER'S REPORT ON A&M'S THIRD AND FOURTH INTERIM FEE APPLICATIONS |
| 11/15/06 Wed | Gavejian, M 18/122 | 1.50 | 1.50 | 1,810.35 | | | F | 1 | REVIEW, QUALITY CHECK, FINAL REVISIONS AND DISTRIBUTION OF A&M'S RESPONSE TO THE FEE EXAMINER |
| | | | 2.50 | $3,017.25 | | | | | |

Total
Number of Entries:      2

~ See the last page of exhibit for explanation

EXHIBIT G-2  PAGE 2 of 3

EXHIBIT G-2
RESPONSE TO FEE EXAMINER'S REPORT
Alvarez & Marsal, LLC

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Gavejian, M | 2.50 | 3,017.25 | 0.00 | 0.00 | 2.50 | 3,017.25 | 0.00 | 0.00 | 2.50 | 3,017.25 |
| | 2.50 | $3,017.25 | 0.00 | $0.00 | 2.50 | $3,017.25 | 0.00 | $0.00 | 2.50 | $3,017.25 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL

EXHIBIT H-1

Travel Expenses - Airfare

Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 10/04/06 | 1003 | 618.60 | | 618.60 | | TRANSPORTATION - ROUNDTRIP AIRFARE BETWEEN EWR AND JAX FOR BOARD TRAINING [HEDE,ANDREW] |
| | | $618.60 | | $618.60 | | |

EXHIBIT H-2
Travel Expenses - Car Rental
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/06/06 | 1003 | 147.35 | | 147.35 | | TRANSPORTATION - RENTAL CAR IN JACKSONVILLE [HEDE,ANDREW] |
| | | $147.35 | | $147.35 | | |

EXHIBIT H-3
Travel Expenses - Parking
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 10/06/06 | 1003 | 60.00 | | 60.00 | | TRANSPORTATION - PARKING AT EWR [HEDE,ANDREW] |
| | | $60.00 | | $60.00 | | |

EXHIBIT H-3  PAGE 1 of 1

EXHIBIT I
Telephone Charges
Alvarez & Marsal, LLC

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Telecommunications Charges - Allocated | | | | | | |
| 08/22/06 | 1003 | 22.41 | | 22.41 | | TELECOMMUNICATIONS ALLOCATION - 7/23/06 - 8/22/06 WIRELESS USAGE CHARGES [HEDE,ANDREW]<br>* Number of units: 1 |
| 08/22/06 | 1007 | 8.76 | | 8.76 | | TELECOMMUNICATIONS ALLOCATION - 7/23/06 - 8/22/06 WIRELESS USAGE CHARGES [GAVEJIAN,MATTHEW]<br>* Number of units: 1 |
| 08/22/06 | 1009 | 8.86 | | 8.86 | | TELECOMMUNICATIONS ALLOCATION - 7/23/06 - 8/22/06 WIRELESS USAGE CHARGES [AULABAUGH,DIRK]<br>* Number of units: 1 |
| 09/22/06 | 1003 | 6.51 | | 6.51 | | TELECOMMUNICATIONS ALLOCATION - 8/23/06 - 9/22/06 WIRELESS USAGE CHARGES [HEDE,ANDREW]<br>* Number of units: 1 |
| 09/22/06 | 1007 | 17.49 | | 17.49 | | TELECOMMUNICATIONS ALLOCATION - 8/23/06 - 9/22/06 WIRELESS USAGE CHARGES [GAVEJIAN,MATTHEW]<br>* Number of units: 1 |
| 09/22/06 | 1009 | 33.95 | | 33.95 | | TELECOMMUNICATIONS ALLOCATION - 8/23/06 - 9/22/06 WIRELESS USAGE CHARGES [AULABAUGH,DIRK]<br>* Number of units: 1 |
| 09/22/06 | | 6.41 | | 6.41 | | TELECOMMUNICATIONS ALLOCATION - 8/23/06 - 9/22/06 WIRELESS USAGE CHARGES [MILLS,DARREN]<br>* Number of units: 1 |
| 10/22/06 | 1003 | 7.81 | | 7.81 | | TELECOMMUNICATIONS ALLOCATION - 9/23/06 - 10/22/06 WIRELESS USAGE CHARGES [HEDE,ANDREW]<br>* Number of units: 1 |
| 10/22/06 | 1007 | 24.26 | | 24.26 | | TELECOMMUNICATIONS ALLOCATION - 9/23/06 - 10/22/06 WIRELESS USAGE CHARGES [GAVEJIAN,MATTHEW]<br>* Number of units: 1 |
| 10/22/06 | 1009 | 9.31 | | 9.31 | | TELECOMMUNICATIONS ALLOCATION - 9/23/06 - 10/22/06 WIRELESS USAGE CHARGES [AULABAUGH,DIRK]<br>* Number of units: 1 |
| | | 145.77 | | 145.77 | | |
| CATEGORY: Telephone | | | | | | |
| 10/19/06 | 1003 | 54.44 | | 54.44 | | TELECOMMUNICATIONS - BUSINESS TELEPHONE USAGE (9/20/06 - 10/19/06) [HEDE,ANDREW]<br>* Number of units: 1 |
| | | 54.44 | | 54.44 | | |
| | | $200.21 | | $200.21 | | |

EXHIBIT I  PAGE 1 of 1