UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>**WINN-DIXIE STORES, INC., <u>et al</u>.,**<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.   I am of legal age and I am not a party to this action.

2.   I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.   On or about July 20, 2007 I caused copies of:

•   the **Notice of Hearing on Debtor's Motion for Order Determining That Debtors Have Satisfied Allowed Cure Claims; Motion; Exhibit A and Proposed Order**

to be served by first class mail, postage pre-paid to those persons on the Service List attached hereto as Exhibit A.[2] A copy of the served document as listed above is attached hereto as Exhibit B.

Dated: July 25, 2007

_____
Kathleen M. Logan

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]      Only one copy of the pleading was served upon those attorneys representing multiple claimants.

Code: CD

EXHIBIT A
SERVICE LIST

SERVICE LIST

**Notice of Hearing on Debtor's Motion for Order Determining
That Debtors Have Satisfied Allowed Cure Claims;
Motion; Exhibit A and Proposed Order**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                  **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 558431-BK<br>A F I MANAGEMENT<br>NEW IBERIA ASSOCIATES<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | CREDITOR ID: 241477-12<br>ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447-9998 | CREDITOR ID: 558432-BK<br>ACORN ASSOC LTD<br>C/O GOREN BROTHERS<br>150 E 52ND ST 29TH FLR<br>NEW YORK NY 10022 |
| CREDITOR ID: 407791-15<br>ACORN ASSOCIATES, INC<br>ATTN EDWARD PEARLSTEIN, VP<br>140 GLENLAWN AVENUE<br>SEA CLIFF NY 11579 | CREDITOR ID: 452151-15<br>AIB DELTONA, INC<br>C/O WILCOX LAW FIRM<br>ATTN ROBERT D WILCOX, ESQ<br>6817 SOUTHPORT PARKWAY, SUITE 1302<br>JACKSONVILLE FL 32216 | CREDITOR ID: 452151-15<br>AIB DELTONA, INC<br>ATTN ANNELIE MENKE, ESQ<br>1980 POST OAK BLVD, SUITE 720<br>HOUSTON TX 77056 |
| CREDITOR ID: 558433-BK<br>AL BELLOTTO INC<br>ATTN AL BELLOTTO<br>2200 FAIRMOUNT AVENUE<br>LAKELAND FL 33803 | CREDITOR ID: 558434-BK<br>ALLIED CAPITAL REIT INC<br>ATTN JAMES SHEVLIN<br>PO BOX 630796<br>BALTIMORE MD 21263-0796 | CREDITOR ID: 558435-BK<br>AMERICAN FIRST FEDERAL INC<br>FEDI VENDOR<br>C/O US MORTGAGE LLC<br>PO BOX 232<br>LAKE OSWEGO OR 97034 |
| CREDITOR ID: 558436-BK<br>AMERICAN MORTGAGE & REALTY CORP<br>5643 COVENTRY LANE<br>FORT WAYNE IN 46804 | CREDITOR ID: 558437-BK<br>ARLINGTON PROPERTIES INC<br>2117 SECOND AVE<br>PO BOX 12767<br>BIRMINGHAM AL 35202-2767 | CREDITOR ID: 558438-BK<br>AZALEA SHOPPING CENTER<br>C/O SIZELER REAL ESTATE MGMT C<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 |
| CREDITOR ID: 558439-BK<br>BAYVIEW LOAN SERVICING LLC<br>4425 PONCE DE LEON BLVD, 5TH FL<br>CORAL GABLES FL 33146 | CREDITOR ID: 2069-07<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | CREDITOR ID: 243236-12<br>BEIL PROPERTIES INC<br>ATTN WALTER BEIL<br>247 OCEAN VIEW<br>NEWPORT BEACH CA 92663 |
| CREDITOR ID: 408349-15<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33601-1288 | CREDITOR ID: 558440-BK<br>BYARS & CO INC<br>PO BOX 530310<br>BIRMINGHAM AL 35253-0310 | CREDITOR ID: 558441-BK<br>CA NEW PLAN VENTURE FUND LLC<br>C/O NEW PLAN REALTY TRUST<br>3901 BELLAIRE BLVD<br>HOUSTON TX 77025 |
| CREDITOR ID: 558442-BK<br>CA NEW PLAN VENTURE FUND LOUISIANA LLC<br>LEASE 1514003<br>PO BOX 848407<br>DALLAS TX 75284-8407 | CREDITOR ID: 558443-BK<br>CAPITAL CROSSING BANK<br>ATTN COMMERCIAL LOAN<br>101 SUMMER STREET<br>BOSTON MA 02110 | CREDITOR ID: 244681-12<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>DEENA PLAIRE-HAAS<br>3199 PALMYRA ROAD<br>ALBANY GA 31707 |
| CREDITOR ID: 244681-12<br>CARR FARMS, LLP<br>C/O GARDNER, WILLIS,  ET AL<br>ATTN DEENA PLAIRE-HAAS, ESQ<br>2408 WESTGATE DRIVE<br>ALBANY GA 31707 | CREDITOR ID: 558444-BK<br>CC ALTAMONTE JOINT VENTURE<br>1670 PAYSHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 558445-BK<br>CDC PAYING AGENT LLC<br>PO BOX 26180<br>NEW YORK NY 10087-6180 |
| CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS, GA 31904 | CREDITOR ID: 244838-12<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 2131-99<br>CHESTER DIX CRAWFORDVILLE CORPORATI<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |

**SERVICE LIST**

Notice of Hearing on Debtor's Motion for Order Determining
That Debtors Have Satisfied Allowed Cure Claims;
Motion; Exhibit A and Proposed Order

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**

**CASE:   05-03817-3F1**

CREDITOR ID: 2131-99
CHESTER DIX CRAWFORDVILLE CORPORATI
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2132-99
CHESTER DIX CRESCENT CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2132-99
CHESTER DIX CRESCENT CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2136-99
CHESTER DIX LABELLE CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2136-99
CHESTER DIX LABELLE CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2139-99
CHESTER DIX WAUCHULA CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2139-99
CHESTER DIX WAUCHULA CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 2140-99
CHESTER DIX WILLISTON CORPORATION
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2140-99
CHESTER DIX WILLISTON CORPORATION
C/O LAWRENCE KADISH REAL ESTATE
ATTN LAWRENCE KADISH, PRESIDENT
PO BOX 40
WESTBURY NY 11590

CREDITOR ID: 558446-BK
COMMODORE REALTY INC
30 WEST MASHTA DRIVE, SUITE 400
KEY BISCAYNE FL 33149

CREDITOR ID: 423063-15
COMMONWEALTH FOREST EDGE, LLC
C/O SAUL EWING, LLP
ATTN JOYCE A KUHNS, ESQ
500 EAST PRATT STREET
BALTIMORE MD 21202

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
ATTN WILLKIE FARR & GALLAGHER
ATTN ALAN J LIPKIN, ESQ
787 SEVENTH AVENUE
NEW YORK NY 10019-6373

CREDITOR ID: 2163-07
CORPORATE PROPERTY ASSOCS 9, LP
C/O W P CAREY & CO, LLC
ATTN THOMAS LEWIS, VP
50 ROCKEFELLER PLAZA
NEW YORK NY 10020

CREDITOR ID: 407681-15
CROSSINGS OF ORLANDO, LTD
C/O BELL BOYD & LLOYD, LLC
ATTN C LONSTEIN & A SCHAEFFER, ESQS
70 W MADISON STREET, SUITE 3300
CHICAGO IL 60602

CREDITOR ID: 407681-15
CROSSINGS OF ORLANDO, LTD
C/O COURTELIS COMPANY
ATTN V STOSIK/W D PITTS, PRES
703 WATERFORD WAY, SUITE 800
MIAMI FL 33126

CREDITOR ID: 558447-BK
CW CAPITAL LLC
ONE CHARLES RIVER PLACE
63 KENDRICK STREET
NEEDHAM MA 02494

CREDITOR ID: 410600-15
DADE CITY LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410600-15
DADE CITY LAND TRUST, SUCCESSOR
DILORENZO PROPERTIES CO COMPANY
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10019-4107

CREDITOR ID: 2208-07
ECM DEVELOPMENT, INC
PO BOX 468
NORTHPORT AL 35476

CREDITOR ID: 2208-07
ECM DEVELOPMENT, INC
C/O DAVIDSON WIGGINS JONES & PARSON
ATTN W CAMERON PARSONS, ESQ
PO BOX 1939
TUSCALOOSA AL 35403

CREDITOR ID: 407752-99
EFESOS PROPERTIES NV INC &
ORION INVESTMENT & MNGMNT LTD CORP
C/O HINSHAW & CULBERTSON LLP
ATTN KENNETH G M MATHER, ESQ
100 SOUTH ASHLEY DR, STE 500
TAMPA FL 33602

CREDITOR ID: 410596-15
ENGLEWOOD LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ILAN D SCHARF, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017-2024

CREDITOR ID: 410596-15
ENGLEWOOD LAND TRUST, SUCCESSOR
DILORENZO PROPERTIES COMPANY
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FL
NEW YORK NY 10019-4107

CREDITOR ID: 410793-15
EQUITY ONE (MONUMENT) INC
C/O GREENBERG TRAURIG, PA
ATTN MARK BLOOM, ESQ
1221 BRICKELL AVENUE
MIAMI FL 33131

CREDITOR ID: 558448-BK
EQUITY ONE INC
PO BOX 01-9170
MIAMI FL 33101-9170

CREDITOR ID: 558449-BK
EQUITY ONE MONUMENT POINTE INC
C/O EQUITY ONE REALTY & MGMT INC
PO BOX 01-9170
MIAMI FL 33101-9170

CREDITOR ID: 2211-07
ERBS/ELLIS PROPERTIES
C/O COX CASTLE & NICHOLSON LLP
ATTN RANDALL W BLACK, ESQ
2049 CENTURY PARK EAST, SUITE 2800
LOS ANGELES CA 90067

SERVICE LIST

**Notice of Hearing on Debtor's Motion for Order Determining
That Debtors Have Satisfied Allowed Cure Claims;
Motion; Exhibit A and Proposed Order**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                   **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 2211-07<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | CREDITOR ID: 558450-BK<br>ESCROW SPECIALISTS<br>ATTN PAYMENTS PROCESSING DEPT<br>PO BOX 3287<br>OGDEN UT 84409 | CREDITOR ID: 558451-BK<br>EUFAULA FIELDS, LLC<br>ATTN STEVE FIELDS, MGR<br>5 VISTA LANE<br>BROOKVILLE NY 11545 |
| CREDITOR ID: 558452-BK<br>EUSTIS MORTGAGE CORPORATION<br>200 MARINERS PLAZA DRIVE, SUITE 105<br>MANDEVILLE LA 70448 | CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM AL 35209 | CREDITOR ID: 405884-99<br>FOLEY PARTNERS LLC<br>C/O HELD & ISRAEL<br>ATTN EDWIN W HELD JR, ESQ<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA, SC 29210 | CREDITOR ID: 1346-07<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O KAUFMAN & CANOLES<br>ATTN PAUL K. CAMPSEN, ESQ.<br>150 W MAIN STREET, SUITE 2100<br>NORFOLK VA 23510 | CREDITOR ID: 558453-BK<br>FOUNTAIN PARK STATION, INC<br>PO BOX 643596<br>CINCINNATI OH 45264-3596 |
| CREDITOR ID: 558454-BK<br>FRANK W GUILFORD JR, TRUSTEE<br>TRUST UNDER WILL OF VICTORIA FASCELL<br>400 UNIVERSITY DRIVE, SUITE 200<br>CORAL GABLES FL 33134 | CREDITOR ID: 558455-BK<br>GARDENS PARK PLAZA  219<br>505 S FLAGLER DRIVE, SUITE 1010<br>WEST PALM BEACH FL 33401-5923 | CREDITOR ID: 2251-07<br>GARDENS PARK PLAZA, LTD<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH, FL 33401 |
| CREDITOR ID: 381792-99<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY NY 11530 | CREDITOR ID: 558456-BK<br>GEHR DEVELOPMENT FLORIDA LLC<br>C/O SUNTRUST BANK<br>ACCT NO 10000023602187<br>PO BOX 918983<br>ORLANDO FL 32891-8983 | CREDITOR ID: 403199-99<br>GEHR FLORIDA DEVELOPMENT LLC<br>C/O HELD & ISRAEL<br>ATTN E W HELD JR/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 558409-W9<br>GEHR FLORIDA DEVELOPMENT LLC<br>ATTN: NORBERT GEHR<br>7400 EAST SLAUSON AVE<br>COMMERCE CA 90040 | CREDITOR ID: 2270-07<br>GREENGOLD CO,  LLC<br>ATTN LEONARD GOLD, PARTNER<br>3265 PERRY AVENUE<br>OCEANSIDE NY 11572 | CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>C/O ROBERT A HECKIN LAW OFFICE<br>ATTN ROBERT A HECKIN, ESQ<br>1 SLEIMAN PARKWAY, STE 280<br>JACKSONVILLE FL 32216 |
| CREDITOR ID: 2013-07<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204 | CREDITOR ID: 558457-BK<br>HIGH SPRINGS COMMERCIAL PROPERTIES LLC<br>ATTN RO SARMOEN<br>5801 CONGRESS AVENUE, SUITE 219<br>BOCA RATON FL 33487 | CREDITOR ID: 534811-15<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383 |
| CREDITOR ID: 558458-BK<br>ICOS, LLC<br>740 HARBOR DRIVE<br>KEY BISCAYNE FL 33149 | CREDITOR ID: 558228-W9<br>IRT PARTNERS L.P.<br>C/O EQUITY ONE<br>1600 NE MIAMI GARDENS DRIVE<br>NORTH MIAMI BEACH FL 33179 | CREDITOR ID: 410788-15<br>IRT PARTNERS LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 |
| CREDITOR ID: 558459-BK<br>ISRAM REALTY & MANAGEMNET INC<br>C/O ISRAM ESCROW/FOREST EDGE<br>506 SOUTH DIXIE HIGHWAY<br>HALLANDALE FL 33009 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420 | CREDITOR ID: 410448-15<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>C/O NEXSEN PRUET ADAMS KLEEMEIER<br>ATTN: BENJAMIN A KAHN, ESQ<br>701 GREEN VALLEY ROAD, SUITE 100<br>GREENSBORO NC 27408 |

**SERVICE LIST**

**Notice of Hearing on Debtor's Motion for Order Determining
That Debtors Have Satisfied Allowed Cure Claims;
Motion; Exhibit A and Proposed Order**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                         **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 417103-15<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | CREDITOR ID: 558460-BK<br>KITE REALTY GROUP LP<br>KRG WATERFORD LAKES LLC<br>1090 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 410736-15<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 |
| CREDITOR ID: 558462-BK<br>L J MELODY AND CO<br>LOAN NOS 01-0304325 AND 01-0304346<br>PO BOX 650220<br>DALLAS TX 75265-0220 | CREDITOR ID: 558461-BK<br>L J MELODY AND CO<br>C/O GEMSA LOAN SERVICES, LP<br>PO BOX 650220<br>DALLAS TX 75265-0220 | CREDITOR ID: 558463-BK<br>LAMAR ASSET MANAGEMENT AND REALTY, INC<br>C/O PELL CITY MARKET PLACE<br>365 SOUTH STREET<br>MORRISTOWN NJ 07960 |
| CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260 | CREDITOR ID: 2371-07<br>LASSITER PROPERTIES INC<br>C/O CHAMBERLAIN, HRDLICKA, ET AL<br>ATTN JAMES L PAUL, ESQ<br>191 PEACHTREE STREET NE, 9TH FL<br>ATLANTA GA 30303 | CREDITOR ID: 408334-15<br>LINDNER, RICHARD<br>C/O JEFFREY W LEASURE, PA<br>ATTN JEFFREY W LEASURE, ESQ<br>1342 COLONIAL BLVD, STE H57<br>PO BOX 61169<br>FORT MYERS FL 33906-1169 |
| CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503 | CREDITOR ID: 2388-07<br>LRS GENERAL PARTNERSHIP<br>WILLIAMS & ANDERSON PLC<br>ATTN JOHN KOOISTRA, III, ESQ<br>111 CENTER STREET, 22ND FLOOR<br>LITTLE ROCK  AR 72201 | CREDITOR ID: 410453-15<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH PA 15219 |
| CREDITOR ID: 410453-15<br>M&P LULING LP<br>C/O KIRKPATRICK & LOCKHART ET AL<br>ATTN JAMIE BISHOP<br>HENRY W OLIVER BUILDING<br>535 SMITHFIELD STREET<br>PITTSBURGH PA 15222-2312 | CREDITOR ID: 255180-12<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914 |
| CREDITOR ID: 264143-12<br>MADISON INVESTORS, LLC FKA<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 411255-15<br>MAGNOLIA PARK ASSOCIATES, LP<br>TALCOR COMMERCIAL REAL ESTATE SVCS<br>ATTN REBECCA ADAMS<br>MONTICELLO SQUARE, SUITE 200A<br>1018 THOMASVILLE ROAD<br>TALLAHASSEE FL 32303 | CREDITOR ID: 411254-15<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 |
| CREDITOR ID: 558464-BK<br>MAGNOLIA PARK SHOPPING CENTER<br>C/O TALCOR COMMERCIAL RL EST INC<br>1018 THOMASVILLE RD, SUITE A<br>TALLAHASSEE FL 32303 | CREDITOR ID: 410888-15<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | CREDITOR ID: 279443-99<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 |
| CREDITOR ID: 558465-BK<br>METROPOLITAN LIFE INSURANCE CO<br>C/O URBAN RETAIL PROPERTIES<br>TRAIL PLAZA\ 706 KIRKWOOD MALL<br>BISMARK ND 58504 | CREDITOR ID: 558466-BK<br>MIDLAND LOAN SERVICES INC<br>C/O PNC BANK PITTSBURGH<br>ATTN LOCKBOX PROCESSING<br>PO LOCKBOX 642303 LOAN 9214440<br>PITTSBURGH PA 15264-2303 | CREDITOR ID: 256520-12<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 |
| CREDITOR ID: 558467-BK<br>MODERN WOODMEN OF AMERICA<br>C/O INTERLACHEN COMPANY<br>PO BOX 1916<br>WINTER PARK FL 32790 | CREDITOR ID: 558468-BK<br>MORRIS SATNICK FORT PIERCE ASSOC., LLC<br>THE MORRIS COMPANIES/ACCT. DEPT<br>350 VETERANS BLVD<br>RUTHERFORD NJ 07070 | CREDITOR ID: 558469-BK<br>MOULTRIE SQUARE LLC<br>5801 CONGRESS AVENUE, SUITE 219<br>BOCA RATON FL 33487 |

SERVICE LIST

**Notice of Hearing on Debtor's Motion for Order Determining
That Debtors Have Satisfied Allowed Cure Claims;
Motion; Exhibit A and Proposed Order**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:   05-03817-3F1**

| | | |
|---|---|---|
| CREDITOR ID: 410457-15<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>C/O SLOTT, BARKER & NUSSBAUM<br>ATTN EARL M BARKER JR, ESQ<br>334 E DUVAL STREET<br>JACKSONVILLE FL 32202 | CREDITOR ID: 410457-15<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904 | CREDITOR ID: 558470-BK<br>MR E M ARNOVITZ & MR M PLASKER<br>LAKESHORE VILLAGE<br>5025 WINTERS CHAPEL ROAD<br>ATLANTA GA 30360 |
| CREDITOR ID: 558471-BK<br>MRPLP DBA ORLANDO, LLP<br>NW 5708<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-5708 | CREDITOR ID: 241335-07<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | CREDITOR ID: 411076-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARRERO SHOPPING CENTER, MARRERO LA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 |
| CREDITOR ID: 411075-15<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L. POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | CREDITOR ID: 558472-BK<br>NEWSEM TYRONE GARDENS<br>PO BOX 277706<br>ATLANTA GA 30384 | CREDITOR ID: 410881-15<br>NINE MILE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE, ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 |
| CREDITOR ID: 558473-BK<br>NOM PROPERTIES INC<br>1689 PAYSPHERE CIRCLE<br>CHICAGO IL 60674 | CREDITOR ID: 411080-15<br>O'BRIEN KIERNAN INVESTMENTS CO ETAL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 | CREDITOR ID: 2458-07<br>OCALA NORTH SHOPPING CENTER<br>C/O CHARLES WAYNE PROPERTIES, INC<br>ATTN LINDA WHEELER, SR PROP MGR<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 |
| CREDITOR ID: 411142-15<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | CREDITOR ID: 558474-BK<br>PLAZA WEST 15190117351<br>WACHOVIA BANK ACCT# 2151901173514<br>BANK BY MAIL DEPT<br>PO BOX 522817<br>MIAMI FL 33152-2817 | CREDITOR ID: 258311-12<br>PONTE VEDRA SQUARE, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE FL 32247-7050 |
| CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689 | CREDITOR ID: 2480-07<br>POPPS FERRY (MS) LLC<br>C/O ANDERS, BOYETT & BRADY, PC<br>ATTN DAVID A. BOYETT, III, ESQ<br>3800 AIRPORT BLVD, SUITE 203<br>MOBILE AL 36608 | CREDITOR ID: 558475-BK<br>POPPS FERRY MS DEV<br>PO BOX 81322<br>MOBILE AL 36689 |
| CREDITOR ID: 259749-12<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | CREDITOR ID: 539030-15<br>PRINCIPAL LIFE INSURANCE CO<br>ATTN ELAINE CONKEL, SR FIN ACCT<br>711 HIGH STREET<br>DES MOINES IA 50392 | CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>C/O DUANE MORRIS LLP<br>ATTN MARGERY N REED, ESQ<br>30 SOUTH 17TH STREET<br>PHILADELPHIA PA 19103 4196 |
| CREDITOR ID: 410511-15<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF, ASST MG DIR<br>801 GRAND AVENUE<br>DES MOINES IA 50392-1450 | CREDITOR ID: 558476-BK<br>PROTECTIVE LIFE INSURANCE CO<br>ATTN MORTAGAGE LOANS INVESTMENTS<br>2801 HIGHWAY 280 SOUTH<br>BIRMINGHAM AL 35223 | CREDITOR ID: 408263-99<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 |
| CREDITOR ID: 558477-BK<br>REGENCY SAVING BANK FSB<br>LOAN SERVICING DEPT<br>11 WEST MADISON<br>OAK PARK IL 60302 | CREDITOR ID: 558478-BK<br>RK ASSOCIATES<br>PO BOX 111<br>DEDHAM MA 02027-0111 | CREDITOR ID: 410968-15<br>RK HALLANDALE LP & 17070 COLLINS<br>AVE SHOPPING CENTER, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVE<br>NEW YORK NY 10178 |

SERVICE LIST

**Notice of Hearing on Debtor's Motion for Order Determining
That Debtors Have Satisfied Allowed Cure Claims;
Motion; Exhibit A and Proposed Order**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**                                          **CASE:   05-03817-3F1**

CREDITOR ID: 259785-12
ROBERT M BARRETT INC
ATTN ROBERT M BARRETT, PRES
PO BOX 31802
PALM BEACH GARDENS, FL 33420

CREDITOR ID: 260057-12
ROUSSE LAND INVESTMENT LLC
ATTN RYAN A ROUSSE
PO DRAWER 1550
LAROSE, LA 70373-1550

CREDITOR ID: 558479-BK
SCHILLECI MILLBROOK SC LLC
PO BOX 242942
MONTGOMERY AL 36124-2942

CREDITOR ID: 558480-BK
SHADES CREEK PARTNERS
C/O ENGEL REALTY
PO BOX 187
BIRMINGHAM AL 35201-0187

CREDITOR ID: 534666-15
SIMON PROPERTY GROUP
ATTN LEGAL COLL/BANKRUPTCY
225 WEST WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 558481-BK
SITUS SERVICING INC
LOAN NOS 3086039 & 3086036
PO BOX 201341
DALLAS TX 75320-1341

CREDITOR ID: 2561-07
SIZELER/LA SHOPPING CENTERS, LP
C/O SIZELER REAL ESTATE MGMT CO INC
ATTN TACEY T TARLETON, ESQ
2542 WILLIAMS BLVD
KENNER LA 70062

CREDITOR ID: 558482-BK
SKINNERS OF JACKSONVILLE INC
2970 HARTLEY ROAD, SUITE 320
JACKSONVILLE FL 32257

CREDITOR ID: 410868-15
SKINNERS OF POINT MEADOWS, INC
C/O ROGERS TOWERS, PA
ATTN BETSY C COX, ESQ
1301 RIVERPLACE BLVD, STE 1500
JACKSONVILLE FL 32207

CREDITOR ID: 558483-BK
SMITH BARNEY FBO WEINACKER'S
SHOPPING CTR LLC  ACCT#44413890
PO BOX 2926
MOBILE AL 36652-9987

CREDITOR ID: 405882-99
SOUTHBROOK PARTNERS LLC
C/O JOHNSTON CONWELL & DONOVAN LLC
ATTN WH DONOVAN III OR AM DAUGHERTY
813 SHADES CREED PKWY, STE 200
BIRMINGHAM AL 35209

CREDITOR ID: 405882-99
SOUTHBROOK PARTNERS LLC
C/O HELD & ISRAEL
ATTN EDWIN W HELD JR, ESQ
1301 RIVERPLACE BLVD, STE 1916
JACKSONVILLE FL 32207

CREDITOR ID: 2568-07
SOUTHEAST PARTNERS
C/O AFI MANAGEMENT
ATTN ANTHONY J LASALA
1410 VALLEY ROAD
WAYNE NJ 07470

CREDITOR ID: 558484-BK
SOUTHERN FARM BUREAU LIFE INS
ATTN CASHIERS (SFB#122)
PO BOX 78
JACKSON MS 39205

CREDITOR ID: 2586-07
SPIWACHEE, INC
C/O SIZELER REAL ESTATE MGMT CO INC
ATTN TRACEY T TARLETON, ESQ
2542 WILLIAMS BLVD
KENNER LA 70062-5596

CREDITOR ID: 410598-15
SPRING HILL LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410598-15
SPRING HILL LAND TRUST, SUCCESSOR
DOWN SOUTH, INC & DILORENZO PROP
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10019-4107

CREDITOR ID: 558485-BK
SUGARLAND SHOPPING CENTER
C/O SAMCO PROPERTIES INC
455 FAIRWAY DR SUITE 301
DEERFIELD BEACH FL 33441

CREDITOR ID: 410599-15
SUN CITY LAND TRUST, SUCCESSOR
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410599-15
SUN CITY LAND TRUST, SUCCESSOR
DOWN SOUTH, INC
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVENUE, 14TH FLOOR
NEW YORK NY 10017

CREDITOR ID: 2210-07
TERRY, EDMUND
C/O EDMUND TERRY & ASSOCIATES
211  ALEXANDER PALM ROAD
BOCA RATON FL 33432-7908

CREDITOR ID: 558486-BK
THE ORLANDO CROSSINGS INC
C/O COURTELIS COMPANY
703 WATERFORD WAY, SUITE 800
MIAMI FL 33126

CREDITOR ID: 423064-15
TRAFALGAR AT GREENACRES, LTD
C/O SAUL EWING, LLP
ATTN JOYCE A KUHNS, ESQ
500EAST PRATT STREET, SUITE 800
BALTIMORE MD 21202

CREDITOR ID: 263411-12
TRAIL PLAZA
C/O URBAN RETAIL PROPERTIES CO
706 KIRKWOOD MALL
BISMARK, ND 58504

CREDITOR ID: 423068-15
TRUST NO 201 BY MAX D PUYANIC, TTEE
C/O SAUL EWING, LLP
ATTN JOYCE A KUHNS, ESQ
500 PRATT STREET
BALTIMORE MD 21202

CREDITOR ID: 384404-47
TYRONE GARDENS LLC
SCOTT ROSS
1825 MAIN STREET SUITE 105
WESTON, FL 33326

CREDITOR ID: 558487-BK
VACHLIA INC
111 SECOND AVENUE NE, SUITE 702
ST PETERSBURG FL 33701

**SERVICE LIST**

**Notice of Hearing on Debtor's Motion for Order Determining
That Debtors Have Satisfied Allowed Cure Claims;
Motion; Exhibit A and Proposed Order**

**DEBTOR:    WINN-DIXIE STORES, INC., ET AL.**                                    **CASE:  05-03817-3F1**

CREDITOR ID: 403475-99
VALLEYDALE ASSOCIATES LTD
C/O SPAIN & GILLON LLC
ATTN WALTER F MCARDLE, ESQ
THE ZINSZER BLDG
217 SECOND AVENUE NORTH
BIRMINGHAM AL 35203

CREDITOR ID: 403475-99
VALLEYDALE ASSOCIATES LTD
C/O LAFLEUR LAW FIRM
ATTN: NINA LAFLEUR
PO BOX 861128
ST AUGUSTINE FL 32086

CREDITOR ID: 558488-BK
VICTORY INVESTMENTS INC
PO BOX 4767
COLUMBUS GA 31914

CREDITOR ID: 264146-12
VICTORY RIVER SQUARE, LLC
PO BOX 4767
COLUMBUS, GA 31904

CREDITOR ID: 264146-12
VICTORY RIVER SQUARE, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264148-12
VICTORY SAKS PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
506 MANCHESTER EXPRESSWAY, SUITE B5
COLUMBUS, GA 31904

CREDITOR ID: 264150-12
VICTORY THREE NOTCH PLAZA, LLC
C/O SLOTT, BARKER & NUSSBAUM
ATTN EARL M BARKER JR, ESQ
334 E DUVAL STREET
JACKSONVILLE FL 32202

CREDITOR ID: 1972-07
VIGOUROUX DEVELOPMENT CO, LLC
C/O FOSHEE REALTY COMPANY, INC
ATTN MARY A JORDAN, PROPERTY MGR
ROBERT TURNER JR, AUTH AGENT
51 TACON STREET, STE B
MOBILE, AL 36607

CREDITOR ID: 558489-BK
VIGOUROUX DEVELOPMENT LLC
C/O FOSHEE REALTY COMPANY, INC
51 TACON STREET, SUITE B
MOBILE AL 36607

CREDITOR ID: 416243-15
VILLAGE MARKETPLACE OF HAW RIVER
C/O KENNEDY COVINGTON LOBDELL ET AL
ATTN LAWRENCE E BEHNING, ESQ
214 N TRYON STREET, 47TH FLOOR
CHARLOTTE NC 28202

CREDITOR ID: 558490-BK
WD CORDOVA LLC
C/O JOHN T LOOS JR
1815 CORDOVA ROAD, SUITE 210
FT LAUDERDALE FL 33316

CREDITOR ID: 558491-BK
WEEKI WACHEE VILLAGE SHOP CNTR
C/O SIZELER PROPERTY INVESTORS
DEPOSITORY ACCOUNT
PO BOX 62799
NEW ORLEANS LA 70162

CREDITOR ID: 403489-15
WEINACKER'S SHOPPING CENTER LLC
ATTN BA FRIEDMAN / S G WEINACKER
3809 CLARIDGE ROAD NORTH
MOBILE AL 36608

CREDITOR ID: 407594-15
WEST TOWN CORNERS
C/O SIMON PROPERTY GROUP
LEGAL COLLECTIONS
ATTN PATTY SUMMERS (TROPEPE)
115 W WASHINGTON STREET
INDIANAPOLIS IN 46204

CREDITOR ID: 558492-BK
WESTWAY INC
15 W COLLEGE DRIVE
ARLINGTON HEIGHTS IL 60004

CREDITOR ID: 558493-BK
WESTWOOD SHOPPING CENTER
C/O MARRERO LAND & IMPROVE/ASSOC
PO BOX 52324
LAFAYETTE LA 70505

CREDITOR ID: 410885-15
WYE PARTNERS, LTD
C/O HARWELL HOWARD HYNE ET AL
ATTN DAVID P CANAS, ESQ
315 DEADERICK STREET, STE 1800
NASHVILLE TN 37238

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
PACHULSKI STANG ZIEHL ET AL
ATTN ROBERT J FEINSTEIN, ESQ
780 THIRD AVENUE, 36TH FLR
NEW YORK NY 10017

CREDITOR ID: 410597-15
ZEPHYR HILLS LAND TRUST
C/O DILORENZO PROPERTIES COMPANY
ATTN MARC DILORENZO, TRUSTEE
720 FIFTH AVE, 14TH FLOOR
NEW YORK NY 10019-4107

**Total:    183**

EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER DETERMINING**
**THAT DEBTORS HAVE SATISFIED ALLOWED CURE CLAIMS**

Please take notice that a hearing will be held on **August 9, 2007** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors' Motion for Order Determining that Debtors have Satisfied Allowed Cure Claims.

Only responses to these objections which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **July 31, 2007**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn:  Cynthia C. Jackson, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

cjackson@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  July 20, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By      *s/ D. J. Baker*
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for the Reorganized Debtors

SMITH HULSEY & BUSEY

By      *s/ Cynthia C. Jackson*
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson

Florida Bar Number  498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for the Reorganized Debtors

00564404

Hearing Date: August 9, 2007, 1:30 p.m.
Objection Deadline: July 31, 2007, 5:00 p.m

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

DEBTORS' MOTION FOR ORDER DETERMINING THAT
DEBTORS HAVE SATISFIED ALLOWED CURE CLAIMS

Winn-Dixie Stores, Inc. ("Winn-Dixie"), and its twenty-three subsidiaries and

affiliates, as reorganized debtors and debtors-in-possession (collectively, the "Debtors"), move

the Court for entry of an order (i) determining that the allowed cure claims listed on the attached

Exhibit A have been satisfied by the payments identified on Exhibit A, and (ii) authorizing

Logan & Company, Inc., the court-approved claims agent in these cases (the "Claims Agent"), to

mark such allowed claims as satisfied (the "Motion").  In support, the Debtors state:

**Background**

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary

petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11

U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code").

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

2.      The Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Plan") was confirmed by order of the Court entered on November 9, 2006 and became effective in accordance with its terms on November 21, 2006 (the "Effective Date").

3.      This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. Venue of this proceeding is proper pursuant to 28 U.S.C. § 1409. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

<u>**Relief Requested**</u>

4.      Prior to the Effective Date, the Debtors assumed over 500 real property leases pursuant to Section 365 of the Bankruptcy Code. With respect to most of the assumed leases, the Debtors were required to make payments under Section 365 to cure existing defaults. In many cases the amount of cure payments was included within proofs of claim filed by or on behalf of landlords.

5.      Most of the undisputed cure payments have now been made by the Debtors. Such payments were made to the landlord or the landlord's designee at the name and address reflected in the Debtors' lease records, which is the name and address to which the landlords instructed the Debtors to send lease payments in the ordinary course of business. In some cases those names and addresses are different from the names and addresses on the related proofs of claim, many of which were filed by attorneys, leasing agents or other parties on behalf of the landlords. Because the cure payments were for amounts due under assumed leases and not a distribution on any bankruptcy claim (like rejection damages), the Debtors determined that the names and addresses in their lease files were the correct names and addresses to be used for the cure payments.

6.      Attached as Exhibit A is a list of claimants whose proofs of claim included an allowed cure amount but who did not receive a cure payment because the proof of claim name and address was different from the lease file name and address.  For each claimant, the actual recipient of the cure payment (which is the name in Debtors' lease files), along with the payment date and check number, is also identified on Exhibit A.

7.      The Debtors request that the Court (a) determine that the allowed cure claims listed on Exhibit A have been satisfied by the payments identified on Exhibit A, and (b) authorize the Claims Agent to mark the allowed claims as satisfied.

8.      Each of the claimants and the payment recipients will receive a copy of the Motion and will have the opportunity to verify that the payment was made.  Any claimant who believes that it is entitled to receive the cure payment rather than the actual recipient of the payment must file an objection to the Motion on or before July 31, 2007.

9.      The Debtors desire finality as to their cure obligations.  The requested relief will provide that finality and, in the event of any objections, will provide the Debtors with the opportunity to resolve the issue with the claimant and the payment recipient while their respective business records are fresh.

WHEREFORE, based upon the foregoing, the Debtors respectfully request that the Court (i) enter the proposed order attached as Exhibit B (a) determining that the allowed cure claims listed on Exhibit A have been satisfied by the payments identified on Exhibit A, and (b) authorizing the Claims Agent to mark the allowed claims as satisfied; and (ii) granting such other relief as the Court deems just and proper.

Dated:  July 20, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By ___*s/ D. J. Baker*___                        By ___*s/ Cynthia C. Jackson*___
    D. J. Baker                                       Stephen D. Busey
    Sally McDonald Henry                             James H. Post
    Rosalie Walker Gray                              Cynthia C. Jackson (Bar # 498882)
Four Times Square                            225 Water Street, Suite 1800
New York, New York 10036                     Jacksonville, Florida  32202
(212) 735-3000                               (904) 359-7700
(212) 735-2000 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors           Co-Counsel for Reorganized Debtors
00572086

4

# Exhibit A

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 241477<br>ACADIAN MANAGEMENT<br>ATTN BARBARA KIZER, OWNER<br>PO BOX 1268<br>MADISONVILLE, LA 70447-9998 | 2100<br>**Debtor:** | $5,414.35<br>**WINN-DIXIE STORES, INC.** | $9,958.91 | ALLOWED AMOUNT PAID TO MIDLAND LOAN SERVICES INC. ON 11/21/06 BY CHECK NO. 008278882. |
| **Creditor Id:** 407791<br>ACORN ASSOCIATES, INC<br>ATTN EDWARD PEARLSTEIN, VP<br>140 GLENLAWN AVENUE<br>SEA CLIFF NY 11579 | 5654<br>**Debtor:** | $12,018.37<br>**WINN-DIXIE STORES, INC.** | $12,018.37 | ALLOWED AMOUNT PAID TO ACORN ASSOCIATES LTD ON 11/21/06 BY CHECK NO. 008278864. |
| **Creditor Id:** 452151<br>AIB DELTONA, INC<br>ATTN ANNELIE MENKE, ESQ<br>1980 POST OAK BLVD, SUITE 720<br>HOUSTON TX 77056<br><br>  Counsel: ATTN ROBERT D WILCOX, ESQ | 13265<br>**Debtor:** | $11,043.68<br>**WINN-DIXIE STORES, INC.** | $11,043.68 | ALLOWED AMOUNT PAID TO AMERICAN FIRST FEDERAL INC. ON 11/21/06 BY CHECK NO. 000052598. |
| **Creditor Id:** 2069<br>BED ALABAMA LLC<br>ATTN BYRAM DICKES, OWNER<br>1200 CENTRAL AVENUE, SUITE 306<br>WILMETTE IL 60091 | 1500<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $10,923.78 | ALLOWED AMOUNT PAID TO ALLIED CAPITAL REIT INC ON 11/21/06 BY CHECK NO. 008278893. |
| **Creditor Id:** 243236<br>BEIL PROPERTIES INC<br>ATTN WALTER BEIL<br>247 OCEAN VIEW<br>NEWPORT BEACH CA 92663 | 3835<br>**Debtor:** | $6,071.86<br>**WINN-DIXIE STORES, INC.** | $29,083.80 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279252. |
| **Creditor Id:** 408349<br>BELLOTTO PROPERTIES, LLC<br>C/O HOLLAND & KNIGHT, LLP<br>ATTN NOEL R BOEKE, ESQ<br>PO BOX 1288<br>TAMPA FL 33601-1288 | 7823<br>**Debtor:** | $10,310.00<br>**WINN-DIXIE STORES, INC.** | $12,773.49 | ALLOWED AMOUNT PAID TO AL BELOTTO INC. ON 11/21/06 BY CHECK NO. 008279106. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 244681<br>CARR FARMS, LLP<br>ATTN C H CARR AND BARRY D CARR<br>DEENA PLAIRE-HAAS<br>3199 PALMYRA ROAD<br>ALBANY  GA  31707<br><br>Counsel: ATTN DEENA PLAIRE-HAAS, ESQ | 13315<br>**Debtor:** | $57,025.66<br>**WINN-DIXIE STORES, INC.** | $57,025.66 | ALLOWED AMOUNT PAID TO MODERN WOODMAN OF AMERICA ON 11/21/06 BY CHECK NO. 008278984. |
| **Creditor Id:** 244838<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8708<br>**Debtor:** | $79,037.69<br>**WINN-DIXIE STORES, INC.** | $81,246.63 | ALLOWED AMOUNT PAID TO VICTORY INVESTMENTS INC. ON 11/21/06 BY CHECK NO. 008278944 ($79,037.69) AND ON 2/28/07 BY CHECK NO. 8317000 ($2,208.94). |
| **Creditor Id:** 2131<br>CHESTER DIX CRAWFORDVILLE CORPORATI<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7900<br>**Debtor:** | $45,167.20<br>**WINN-DIXIE STORES, INC.** | $9,319.88 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id:** 2132<br>CHESTER DIX CRESCENT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7899<br>**Debtor:** | $52,029.91<br>**WINN-DIXIE STORES, INC.** | $10,380.10 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id:** 2136<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7897<br>**Debtor:** | $53,397.59<br>**WINN-DIXIE STORES, INC.** | $14,564.91 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:  2139**<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7898<br>**Debtor:** | $51,777.75<br>**WINN-DIXIE STORES, INC.** | $8,894.84 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id:  2140**<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY  NY  11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7896<br>**Debtor:** | $50,020.15<br>**WINN-DIXIE STORES, INC.** | $8,293.87 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id:  423063**<br>COMMONWEALTH FOREST EDGE, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE  MD  21202 | 12966<br>**Debtor:** | $10,927.59<br>**WINN-DIXIE STORES, INC.** | $10,927.59 | ALLOWED AMOUNT PAID TO ISRAM REALTY MANAGEMENT INC. ON 11/21/06 BY CHECK NO. 008278998. |
| **Creditor Id:  2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK  NY  10020<br><br>Counsel: ATTN ALAN J LIPKIN, ESQ | 10136<br>**Debtor:** | $129,250.50<br>**WINN-DIXIE MONTGOMERY, INC.** | $1,597.17 | ALLOWED AMOUNT PAID TO CDC PAYING AGENT LLC ON 11/21/06 BY CHECK NO. 008278865. |
| **Creditor Id:  407681**<br>CROSSINGS OF ORLANDO, LTD<br>C/O COURTELIS COMPANY<br>ATTN V STOSIK/W D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI  FL  33126<br><br>Counsel: ATTN C LONSTEIN & A SCHAEFFER, ESQS | 4977<br>**Debtor:** | $23,566.93<br>**WINN-DIXIE STORES, INC.** | $23,566.93 | ALLOWED AMOUNT PAID TO THE ORLANDO CROSSING INC. ON 11/21/06 BY CHECK NO. 008279015. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 410600<br>DADE CITY LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES CO COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK  NY  10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9846<br>**Debtor:** | $68,784.74<br>**WINN-DIXIE STORES, INC.** | $79,083.11 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NOS. 008296669 ($10,298.37) AND 008279241 ($68,784.74). |
| **Creditor Id:** 2208<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT  AL  35476<br><br>Counsel: ATTN W CAMERON PARSONS, ESQ | 9626<br>**Debtor:** | $9,044.91<br>**WINN-DIXIE STORES, INC.** | $9,044.91 | ALLOWED AMOUNT PAID TO BYARS & CO INC. ON 11/21/06 BY CHECK NO. 008279128. |
| **Creditor Id:** 407752<br>EFESOS PROPERTIES NV INC &<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN KENNETH G M MATHER, ESQ<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA  FL  33602 | 9969<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $4,557.09 | ALLOWED AMOUNT PAID TO CAPITAL CROSSING BANK ON 11/21/06 BY CHECK NO. 008278821. |
| **Creditor Id:** 410596<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK  NY  10019-4107<br><br>Counsel: ATTN ILAN D SCHARF, ESQ | 9842<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $11,486.36 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279239. |
| **Creditor Id:** 410793<br>EQUITY ONE (MONUMENT) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI  FL  33131 | 10937<br>**Debtor:** | $8,526.63<br>**WINN-DIXIE STORES, INC.** | $20,056.19 | $19,966.63 PAID TO EQUITY ONE MONUMENT POINTE INC ON 11/21/06 BY CHECK NO. 008279010 AND $89.56 PAID TO EQUITY ONE COMMONWEALTH, INC. ON 3/30/07 BY CHECK NO. 8329602. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 2211<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES  CA  90024<br><br>Counsel: ATTN RANDALL W BLACK, ESQ | 4973<br>**Debtor:** | $593,224.52<br>**WINN-DIXIE STORES, INC.** | $6,109.11 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279238. |
| **Creditor Id:** 405884<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM  AL  35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2586<br>**Debtor:** | $9,915.91<br>**WINN-DIXIE MONTGOMERY, INC.** | $16,729.98 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008278830. |
| **Creditor Id:** 1346<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA,  SC  29210<br><br>Counsel: ATTN PAUL K. CAMPSEN, ESQ. | 8725<br>**Debtor:** | $26,185.38<br>**WINN-DIXIE STORES, INC.** | $26,185.38 | ALLOWED AMOUNT PAID TO FOUNTAIN PARK STATION, INC. ON 11/21/06 BY CHECK NO. 008279178. |
| **Creditor Id:** 2251<br>GARDENS PARK PLAZA, LTD<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH,  FL  33401 | 4968<br>**Debtor:** | $90,442.66<br>**WINN-DIXIE STORES, INC.** | $108,303.00 | $90,442.66 PAID 11/21/06 BY CHECK NUMBER 008279064, $5,202.44 PAID 12/11/06 BY CHECK NO. 8287025, AND $12,656.00 PAID 3/28/07 BY CHECK NO. 8327864 ALL TO GARDENS PARK PLAZA 219 . |
| **Creditor Id:** 381792<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 10249<br>**Debtor:** | $0.00<br>**WINN-DIXIE RALEIGH, INC.** | $15,008.95 | ALLOWED AMOUNT PAID TO SCHILLECI MILLBROOK SC LLC ON 11/21/06 BY CHECK NO. 008279142. |
| **Creditor Id:** 403199<br>GEHR FLORIDA DEVELOPMENT LLC<br>C/O HELD & ISRAEL<br>ATTN E W HELD JR/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 9397<br>**Debtor:** | $39,728.91<br>**WINN-DIXIE STORES, INC.** | $47,806.39 | $39,728.91 PAID 11/21/06 TO GEHR DEVELOPMENT FLORIDA, LLC BY CHECK NO. 008278991 AND $8,077.48 PAID 3/30/07 TO SAME PARTY BY CHECK NO. 8330552. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:  2270**<br>GREENGOLD CO,  LLC<br>ATTN LEONARD GOLD, PARTNER<br>3265 PERRY AVENUE<br>OCEANSIDE  NY  11572 | 12942<br>**Debtor:** | $12,598.35<br>**WINN-DIXIE STORES, INC.** | $11,040.66 | ALLOWED AMOUNT PAID TO CAPITAL CROSSING BANK ON 11/21/06 BY CHECK NO. 008278822. |
| **Creditor Id:  2013**<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE  FL  33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12904<br>**Debtor:** | $10,875.20<br>**WINN-DIXIE STORES, INC.** | $10,875.20 | ALLOWED AMOUNT PAID TO HIGH SPRINGS COMMERCIAL PROPERTIES LLC ON 11/21/06 BY CHECK NO. 008279086. |
| **Creditor Id:  534811**<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON  FL  33431-7383 | 13562<br>**Debtor:** | $69,204.18<br>**WINN-DIXIE STORES, INC.** | $21,875.89 | ALLOWED AMOUNT PAID TO SRA/ SUNRISE II LLC ON 11/21/06 BY CHECK NO. 000052599. |
| **Creditor Id:  410788**<br>IRT PARTNERS LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI  FL  33131 | 10931<br>**Debtor:** | $569.25<br>**WINN-DIXIE STORES, INC.** | $23,389.03 | $23,037.36 PAID TO EQUITY ONE INC 11/21/06 BY CHECK NUMBER 008279003 AND $351.67 PAID 3/21/07 TO SAME PARTY BY CHECK NO. 8325317. |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8584<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $57,903.72 | ALLOWED AMOUNT PAID TO SHADES CREEK PARTNERS ON 11/21/06 BY CHECK NO. 008279119. |
| **Creditor Id:  410448**<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO  NC  27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8596<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $15,559.39 | ALLOWED AMOUNT PAID TO WD CORDOVA LLC ON 11/21/06 BY CHECK NO. 008279057. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 417103<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12909<br>**Debtor:** | $56,899.13<br>**WINN-DIXIE STORES, INC.** | $54,673.45 | ALLOWED AMOUNT PAID TO MORRIS SATNICK FORT PIERCE ASSOC, LLC ON 11/21/06 BY CHECK NO. 008278846. |
| **Creditor Id:** 410736<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 | 9591<br>**Debtor:** | $111,632.48<br>**WINN-DIXIE STORES, INC.** | $109,576.00 | $95,576.30 PAID 11/21/06 TO KITE REALTY GROUP LP BY CHECK NO. 008279209 AND $14,000.00 PAID 5/17/07 TO KRG WATERFORD LAKES LLC BY CHECK NO. 8348354. |
| **Creditor Id:** 2371<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | 10896<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $6,324.95 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008278827. |
| **Creditor Id:** 408334<br>LINDNER, RICHARD<br>C/O JEFFREY W LEASURE, PA<br>ATTN JEFFREY W LEASURE, ESQ<br>1342 COLONIAL BLVD, STE H57<br>PO BOX 61169<br>FORT MYERS FL 33906-1169 | 7008<br>**Debtor:** | $2,970,000.00<br>**WINN-DIXIE STORES, INC.** | $10,791.50 | ALLOWED AMOUNT PAID TO LJ MELODY AND COMPANY ON 11/21/06 BY CHECK NO. 008279253. |
| **Creditor Id:** 2388<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503<br><br>Counsel: ATTN JOHN KOOISTRA, III, ESQ | 13211<br>**Debtor:** | $42,063.25<br>**WINN-DIXIE STORES, INC.** | $67,321.83 | ALLOWED AMOUNT PAID TO ESCROW SPECIALISTS ON 11/21/06 BY CHECK NO. 008279260. |
| **Creditor Id:** 410453<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH PA 15219<br><br>Counsel: ATTN JAMIE BISHOP | 8205<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $9,046.26 | ALLOWED AMOUNT PAID TO EUSTIS MORTGAGE CORPORATION ON 11/21/06 BY CHECK NO. 008279229. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 255180<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | 3324<br>**Debtor:** | $23,982.23<br>**WINN-DIXIE MONTGOMERY, INC.** | $27,906.00 | ALLOWED AMOUNT PAID TO MR E M ARNOVITZ AND MR M PLASKER ON 11/21/06 BY CHECK NOS. 008278921 ($23,982.23) AND 008282714 ($3,923.77). |
| **Creditor Id:** 264143<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8681<br>**Debtor:** | $54,140.94<br>**WINN-DIXIE STORES, INC.** | $55,020.71 | ALLOWED AMOUNT PAID TO VICTORY INVESTMENTS LLC ON 11/21/06 BY CHECK NO. 008278945 ($48,540.06) AND ON 2/28/07 BY CHECK NO. 8317000 ($6,480.65). |
| **Creditor Id:** 411254<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | 11547<br>**Debtor:** | $57,755.17<br>**WINN-DIXIE STORES, INC.** | $66,966.50 | ALLOWED AMOUNT PAID TO MAGNOLIA PARK SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008278974. |
| **Creditor Id:** 410888<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 10001<br>**Debtor:** | $80,634.77<br>**WINN-DIXIE MONTGOMERY, INC.** | $89,791.56 | $89,791.56 PAID TO NOM PROPERTIES INC ON 11/21/06 BY CHECK NO. 008279199. |
| **Creditor Id:** 279443<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | 13326<br>**Debtor:** | $73,466.28<br>**WINN-DIXIE STORES, INC.** | $73,466.28 | ALLOWED AMOUNT PAID TO WESTWOOD SHOPPING CENTER ON 11/21/06 BY CHECK NOS. 008279231 ($65,376.27) AND 008287948 ($8,090.01 ). |
| **Creditor Id:** 256520<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | 9448<br>**Debtor:** | $49,789.85<br>**WINN-DIXIE MONTGOMERY, INC.** | $49,789.85 | ALLOWED AMOUNT PAID TO PROTECTIVE LIFE INSURANCE CO ON 11/21/06 BY CHECK NO. 008279123. |

WINN-DIXIE STORES, INC., ET AL.

CURE CLAIMS TO BE DEEMED SATISFIED

EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 410457<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8679<br>Debtor: | $37,913.98<br>**WINN-DIXIE STORES, INC.** | $38,929.88 | ALLOWED AMOUNT PAID TO MOULTRIE SQUARE LLC ON 11/21/06 BY CHECK NO. 008279088 ($34,312.78) AND ON 2/28/07 BY CHECK NO. 8317002 ($4,617.10). |
| **Creditor Id:** 241335<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 13567<br>Debtor: | $74,270.41<br>**WINN-DIXIE STORES, INC.** | $59,532.43 | ALLOWED AMOUNT PAID TO AFI MANAGEMENT ON 11/21/06 BY CHECK NO. 008278847. |
| **Creditor Id:** 411076<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARRERO SHOPPING CENTER, MARRERO LA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10975<br>Debtor: | $118,325.11<br>**WINN-DIXIE STORES, INC.** | $114,579.02 | $105,363.60 PAID TO CA NEW PLAN VENTURE FUND LOUISIANA LLC ON 11/21/06 BY CHECK NO. 008279243 AND $9,215.42 PAID TO NEW PLAN REALTY TRUST, INC. 6/19/07 BY CHECK NO. 8361495. |
| **Creditor Id:** 411075<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L. POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 12200<br>Debtor: | $36,662.24<br>**WINN-DIXIE STORES, INC.** | $18,331.10 | ALLOWED AMOUNT PAID TO CA NEW PLAN VENTURE FUND 6/13/07 BY CHECK NO. 8359008. |
| **Creditor Id:** 410881<br>NINE MILE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE, ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 9995<br>Debtor: | $763.76<br>**WINN-DIXIE MONTGOMERY, INC.** | $5,273.65 | ALLOWED AMOUNT PAID TO NOM PROPERTIES INC ON 11/21/06 BY CHECK NO. 008279202. |
| **Creditor Id:** 411080<br>O'BRIEN KIERNAN INVESTMENTS CO ETAL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 | 10981<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | $6,334.28 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008278834. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 2458<br>OCALA NORTH SHOPPING CENTER<br>C/O CHARLES WAYNE PROPERTIES, INC<br>ATTN LINDA WHEELER, SR PROP MGR<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH  FL  32118 | 13179<br>Debtor: | $7,001.44<br>**WINN-DIXIE STORES, INC.** | $8,695.20 | PAID AMERICAN MORTGAGE & REALTY CORP $7,001.44 ON 11/21/06 BY CHECK NO. 008279180 IN FULL SATISFACTION OF AMOUNT DUE (ALL THAT IS OWED PER LANDLORD). |
| **Creditor Id:** 411142<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE  MD  21201 | 11145<br>Debtor: | $0.00<br>**WINN-DIXIE STORES, INC.** | $22,694.16 | ALLOWED AMOUNT PAID TO VACHLIA INC. ON 11/21/06 BY CHECK NO. 008279097. |
| **Creditor Id:** 258311<br>PONTE VEDRA SQUARE, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE  FL  32247-7050 | 6433<br>Debtor: | $29,463.85<br>**WINN-DIXIE STORES, INC.** | $29,463.85 | ALLOWED AMOUNT PAID TO SOUTHERN FARM BUREAU LIFE INS ON 11/21/06 BY CHECK NO. 008279168. |
| **Creditor Id:** 2480<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE,  AL  36689<br><br>  Counsel: ATTN DAVID A. BOYETT, III, ESQ | 1025<br>Debtor: | $7,159.54<br>**WINN-DIXIE MONTGOMERY, INC.** | $7,159.54 | ALLOWED AMOUNT PAID TO POPPS FERRY (MS) DEV ON 11/21/06 BY CHECK NO. 008279153. |
| **Creditor Id:** 259749<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA,  AL  36027 | 7542<br>Debtor: | $4,899,950.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $10,942.65 | ALLOWED AMOUNT PAID TO EUFAULA FIELDS, LLC ON 11/21/06 BY CHECK NO. 008278873. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 410511<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF, ASST MG DIR<br>801 GRAND AVENUE<br>DES MOINES  IA  50392-1450<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8810<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $17,105.25 | ALLOWED AMOUNT PAID TO FRANK W GUILFORD JR TRUSTEE ON 11/21/06 BY CHECK NO. 008279020. |
| **Creditor Id:** 408263<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCH/E W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 11059<br>**Debtor:** | $4,506.10<br>**WINN-DIXIE STORES, INC.** | $4,506.10 | ALLOWED AMOUNT PAID TO MRPLP DBA ORLANDO, LLP ON 11/21/06 BY CHECK NO. 008279189. |
| **Creditor Id:** 410968<br>RK HALLANDALE LP & 17070 COLLINS<br>AVE SHOPPING CENTER, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVE<br>NEW YORK  NY  10178 | 10324<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $15,700.59 | ALLOWED AMOUNT PAID TO RK ASSOCIATES ON 11/21/06 BY CHECK NO. 008278820. |
| **Creditor Id:** 259785<br>ROBERT M BARRETT INC<br>ATTN ROBERT M BARRETT, PRES<br>PO BOX 31802<br>PALM BEACH GARDENS,  FL  33420 | 6316<br>**Debtor:** | $68,530.00<br>**WINN-DIXIE SUPERMARKETS, INC.** | $9,689.43 | ALLOWED AMOUNT PAID TO WESTWAY INC. ON 11/21/06 BY CHECK NO. 008279191. |
| **Creditor Id:** 260057<br>ROUSSE LAND INVESTMENT LLC<br>ATTN RYAN A ROUSSE<br>PO DRAWER 1550<br>LAROSE,  LA  70373-1550 | 9547<br>**Debtor:** | $17,778.99<br>**WINN-DIXIE MONTGOMERY, INC.** | $17,778.99 | ALLOWED AMOUNT PAID TO SUGARLAND SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008279082. |
| **Creditor Id:** 2561<br>SIZELER/LA SHOPPING CENTERS, LP<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER  LA  70062 | 8840<br>**Debtor:** | $41,898.92<br>**WINN-DIXIE STORES, INC.** | $41,898.92 | ALLOWED AMOUNT PAID TO AZALEA SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008279222. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 410868<br>SKINNERS OF POINT MEADOWS, INC<br>C/O ROGERS TOWERS, PA<br>ATTN BETSY C COX, ESQ<br>1301 RIVERPLACE BLVD, STE 1500<br>JACKSONVILLE FL 32207 | 9950<br>**Debtor:** | $93,212.84<br>**WINN-DIXIE STORES, INC.** | $131,639.39 | $93,212.84 PAID ON 11/21/06 BY CHECK NO. 008278973, $11,645.27 PAID 12/5/06 BY CHECK NO. 8284416, AND $26,781.28 PAID ON 2/28/07 BY CHECK NO. 8314462 ALL TO SKINNERS OF JACKSONVILLE INC. |
| **Creditor Id:** 405882<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2585<br>**Debtor:** | $53,099.43<br>**WINN-DIXIE MONTGOMERY, INC.** | $47,985.52 | ALLOWED AMOUNT PAID TO LAMAR ASSET MANAGEMENT AND REALTY, INC. ON 11/21/06 BY CHECK NO. 008278857. |
| **Creditor Id:** 2568<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | 13568<br>**Debtor:** | $37,540.32<br>**WINN-DIXIE STORES, INC.** | $36,153.74 | ALLOWED AMOUNT PAID TO AFI MANAGEMENT ON 11/21/06 BY CHECK NO. 008278848. |
| **Creditor Id:** 2586<br>SPIWACHEE, INC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062-5596 | 8843<br>**Debtor:** | $26,531.54<br>**WINN-DIXIE STORES, INC.** | $26,531.54 | ALLOWED AMOUNT PAID TO WEEKI WACHEE VILLAGE SHOP CNTR ON 11/21/06 BY CHECK NO. 008279225. |
| **Creditor Id:** 410598<br>SPRING HILL LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC & DILORENZO PROP<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9844<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $10,173.43 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008296670. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 410599**<br>SUN CITY LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10017<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9845<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $18,765.82 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008296672. |
| **Creditor Id: 2210**<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 | 1288<br>**Debtor:** | $3,000.00<br>**WINN-DIXIE STORES, INC.** | $1,909.12 | ALLOWED AMOUNT PAID TO PLAZA WEST 15190117351 ON 11/21/06 BY CHECK NO. 008279036. |
| **Creditor Id: 423064**<br>TRAFALGAR AT GREENACRES, LTD<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500EAST PRATT STREET, SUITE 800<br>BALTIMORE MD 21202 | 12967<br>**Debtor:** | $34,793.94<br>**WINN-DIXIE STORES, INC.** | $52,542.79 | ALLOWED AMOUNT PAID TO COMMODORE REALTY INC. ON 11/21/06 BY CHECK NO. 008279035. |
| **Creditor Id: 263411**<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | 31758<br>**Debtor:** | $76,627.95<br>**WINN-DIXIE STORES, INC.** | $89,343.24 | ALLOWED AMOUNT PAID TO METROPOLITAN LIFE INS CO ON 11/21/06 BY CHECK NO. 008279190. |
| **Creditor Id: 423068**<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 PRATT STREET<br>BALTIMORE MD 21202 | 12971<br>**Debtor:** | $27,571.50<br>**WINN-DIXIE STORES, INC.** | $27,571.50 | ALLOWED AMOUNT PAID TO COMMODORE REALTY INC. ON 11/21/06 BY CHECK NO. 008279034. |
| **Creditor Id: 384404**<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | 32224<br>**Debtor:** | $11,200.00<br>**WINN-DIXIE STORES, INC.** | $9,901.78 | ALLOWED AMOUNT PAID TO NEWSEM TYRONE GARDENS ON 11/21/06 BY CHECK NO. 008278922. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 403475<br>VALLEYDALE ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN WALTER F MCARDLE, ESQ<br>THE ZINSZER BLDG<br>217 SECOND AVENUE NORTH<br>BIRMINGHAM  AL  35203<br><br>Counsel: ATTN: NINA LAFLEUR | 13177<br>**Debtor:** | $32,960.82<br>**WINN-DIXIE MONTGOMERY, INC.** | $13,278.57 | ALLOWED AMOUNT PAID TO ARLINGTON PROPERTIES INC. ON 11/21/06 BY CHECK NO. 008279121. |
| **Creditor Id:** 264146<br>VICTORY RIVER SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS,  GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8706<br>**Debtor:** | $58,678.45<br>**WINN-DIXIE MONTGOMERY, INC.** | $61,422.41 | $52,608.19 PAID 11/21/06 BY CHECK NO. 008279192 TO REGENCY SAVINGS BANK FSB AND $8,814.22 PAID 2/28/07 BY CHECK NO. 8316992 TO VICTORY RIVER SQUARE INC. |
| **Creditor Id:** 264148<br>VICTORY SAKS PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8691<br>**Debtor:** | $38,410.61<br>**WINN-DIXIE STORES, INC.** | $34,559.60 | $27,157.68 PAID ON 11/21/06 BY CHECK NO. 008279245 TO SITUS SERVICING INC AND $7,401.92 PAID ON 2/28/07 BY CHECK NO. 8316994 TO VICTORY SAKS PLAZA INC. |
| **Creditor Id:** 264150<br>VICTORY THREE NOTCH PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS,  GA  31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8684<br>**Debtor:** | $37,090.64<br>**WINN-DIXIE STORES, INC.** | $37,201.27 | $22,425.56 PAID ON 11/21/06 BY CHECK NO. 008279246 TO SITUS SERVICING INC. AND $14,775.71 PAID 2/28/07 BY CHECK NO. 8316993 TO VICTORY THREE NOTCH PLAZA INC. |
| **Creditor Id:** 1972<br>VIGOUROUX DEVELOPMENT CO, LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>ATTN MARY A JORDAN, PROPERTY MGR<br>ROBERT TURNER JR, AUTH AGENT<br>51 TACON STREET, STE B<br>MOBILE,  AL  36607 | 4432<br>**Debtor:** | $8,418.53<br>**WINN-DIXIE MONTGOMERY, INC.** | $8,418.53 | ALLOWED AMOUNT PAID TO VIGOUROUX DEVELOPMENT, LLC ON 11/21/06 BY CHECK NO. 008279146. |
| **Creditor Id:** 403489<br>WEINACKER'S SHOPPING CENTER LLC<br>ATTN BA FRIEDMAN / S G WEINACKER<br>3809 CLARIDGE ROAD NORTH<br>MOBILE  AL  36608 | 12949<br>**Debtor:** | $44,367.15<br>**WINN-DIXIE STORES, INC.** | $44,367.15 | ALLOWED AMOUNT PAID TO SMITH BARNEY FBO WEINACKER'S ON 11/21/06 BY CHECK NO. 008279150. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason for To Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 407594<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN PATTY SUMMERS (TROPEPE)<br>115 W WASHINGTON STREET<br>INDIANAPOLIS  IN  46204 | 4540<br>**Debtor:** | $80,444.59<br>**WINN-DIXIE SUPERMARKETS, INC.** | $106,807.23 | ALLOWED AMOUNT PAID TO CC ALTAMONTE JOINT VENTURE ON 11/21/06 BY CHECK NO. 008279208. |
| **Creditor Id:** 410885<br>WYE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE  TN  37238 | 9998<br>**Debtor:** | $18,048.86<br>**WINN-DIXIE MONTGOMERY, INC.** | $23,891.40 | ALLOWED AMOUNT PAID TO NOM PROPERTIES INC. ON 11/21/06 BY CHECK NO. 008279204. |
| **Creditor Id:**  410597<br>ZEPHYR HILLS LAND TRUST<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVE, 14TH FLOOR<br>NEW YORK  NY  10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9843<br>**Debtor:** | $52,549.71<br>**WINN-DIXIE STORES, INC.** | $60,110.44 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008296671. |

| | | |
|---|---|---|
| **Total Claims to be Deemed Satisfied:** | **82** | |
| **Total Amount to be Deemed Satisfied:** | **$11,135,295.19 Plus Unliquidated Amounts, If Any** | |
| **Total Satisfied Amount:** | **$2,688,498.37** | |

## Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**ORDER DEEMING CURE CLAIMS**
**ON EXHIBIT A TO BE SATISFIED AS PAID BY DEBTORS**

These cases came before the Court for hearing on August 9, 2007, upon the motion of

Winn-Dixie Stores, Inc. ("Winn-Dixie"), on behalf of itself and its subsidiaries and affiliates,

as reorganized debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an

order (i) deeming the cure claims listed on Exhibit A to be satisfied by the payments

identified on Exhibit A, (ii) authorizing Logan & Company, Inc., the court-approved claims

agent in these cases (the "Claims Agent"), to mark such claims as satisfied and (iii)

prohibiting the claimants from seeking to recover duplicate payments from the Debtors (the

"Motion").  Upon consideration and finding proper notice of the Motion has been given, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted.

2.      The allowed cure claims listed on Exhibit A have been satisfied by the

payments identified on Exhibit A.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling
Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy
Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc.,
Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie
Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-
Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

3.      The Claims Agent is authorized to mark the allowed cure claims listed on Exhibit A as satisfied.

4.      The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated _____, 2007 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties served
with a copy of the Motion.

2