**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **September 6, 2007, at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the following interim and final fee applications (collectively, the "Applications"):

1. **Akerman Senterfitt (Dkt. No. 14831)**
   *Co-counsel for the Creditors' Committee*
   - Interim Application (October 1, 2006 – November 21, 2006)
     Fees $31,550.00, Expenses $3,712.19
   - Final Application (April 22, 2005 – November 21, 2006)
     Fees $501,760.00, Expenses $36,713.28;

2. **Alvarez & Marsal, LLC  (Dkt. No. 14786)**
   *Operations and Real Estate Advisor for the Creditors' Committee*
   - Interim Application (October 1, 2006 – November 21, 2006)
     Fees $1,171,572.50, Expenses $1,026.16
   - Final Application (March 4, 2005 – November 21, 2006)
     Fees $3,071,572.50, Expenses $49,384.60;

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. **The Blackstone Group, L.P. (Dkt. No. 14810)**
   *Financial Advisor for the Debtors*
   - Interim Application (October 1, 2006 – November 21, 2006)
     Fees $2,783,285.71, Expenses $17,641.93
   - Final Application (February 21, 2005 – November 21, 2006)
     Fees $9,568,338.00, Expenses $260,630.69];

4. **Carlton Fields, P.A. (Dkt. No. 14830)**
   *Special Real Estate Litigation Counsel for the Debtors*
   - Interim Application (October 1, 2006 – November 21, 2006)
     Fees $211,556.00, Expenses $24,734.81
   - Final Application (February 21, 2005 – November 21, 2006)
     Fees $1,885,043.15, Expenses $126,333.24;

5. **Deloitte Consulting LLP (Dkt. No. 14806)**
   *Providers of Fresh Start Accounting for the Debtors*
   - Interim Application (October 1, 2006 – November 21, 2006)
     Fees $44,314.70, Expenses $5,930.01
   - Final Application (March 14, 2006 – November 21, 2006)
     Fees $275,324.10, Expenses $28,780.95;

6. **Deloitte Consulting LLP (Dkt. No. 14808)**
   *Operational Consultants for the Debtors*
   - Final Application (March 14, 2006 – November 21, 2006)
     Fees $3,375,000.00, Expenses $393,353.00;

7. **Deloitte Financial Advisory Services LLP (Dkt. No. 14811)**
   *Providers of Fresh Start Accounting Services for the Debtors*
   - Interim Application (October 1, 2006 – November 21, 2006)
     Fees $590,632.55, Expenses $33,266.70
   - Final Application (March 14, 2006 – November 21, 2006)
     Fees $1,107,267.25, Expenses $61,742.34;

8. **Deloitte Tax LLP (Dkt. No. 14807)**
   *Tax Consultants for Debtors*
   - Interim Application (October 1, 2006 – November 21, 2006)
     Fees $237,843.50, Expenses $13,051.53
   - Final Application (May 29, 2006 – November 21, 2006)
     Fees $753,595.20, Expenses $34,583.40;

9. **Deloitte & Touche, LLP (Dkt. No. 14809)**
   *Providers of Risk Assessment, Quality Assessment, and Journal Entry Testing Services for the Debtors*
   - Interim Application (October 1, 2006 – November 21, 2006)
     Fees $1,417.50, Expenses $0.00
   - Final Application (November 14, 2005 – November 21, 2006)

        Fees $153,449.75, Expenses $6,190.98;

10. **Houlihan Lokey Howard & Zukin Capital (Dkt. No. 14827)**
    *Financial Advisor for the Creditors' Committee*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $4,914,717.50, Expenses $3,001.65
    - <u>Final Application</u> (March 3, 2005 – November 21, 2006)
      Fees $6,808,265.89, Expenses $98,635.09;

11. **Jenner & Block LLP (Dkt. No. 14804)**
    *Special Insurance Litigation Counsel for the Debtors*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $59,091.50, Expenses $6,795.37
    - <u>Final Application</u> (May 9, 2005 – November 21, 2006)
      Fees $1,089,090.25, Expenses $87,341.46;

12. **King and Spalding LLP (Dkt. No. 14818)**
    *Special Corporate and Litigation Counsel for the Debtors*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $133,155.50, Expenses $539.49
    - <u>Final Application</u> (September 30, 2006 – November 21, 2006)
      Fees $3,226,782.75, Expenses $70,014.50;

13. **Kirschner & Legler, P.A. (Dkt. No. 14832)**
    *Special Corporate Finance Counsel*
    - <u>Final Application</u> (February 22, 2005 – November 21, 2006)
      Fees $290,049.00, Expenses $397.49;

14. **KPMG LLP (Dkt. No. 14821)**
    *Auditors, Accountants, and Tax Advisors for the Debtors*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $638,503.00, Expenses $5,488.57
    - <u>Final Application</u> (February 21, 2005 – November 21, 2006)
      Fees $9,576,744.74, Expenses $235,352.01;

15. **Milbank, Tweed, Hadley & McCloy LLP (Dkt. No. 14829)**
    *Counsel for the Creditors' Committee*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $291,181.72, Expenses $23,679.73
    - <u>Final Application</u> (March 1, 2005 – November 21, 2006)
      Fees $6,125,540.22, Expenses $473,461.66;

16. **PricewaterhouseCoopers LLP (Dkt. No. 14803)**
    *Accountants for the Debtors*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $9,738.00, Expenses $796.67
    - <u>Final Application</u> (February 22, 2005 – November 21, 2006)

        Fees $1,363,229.38, Expenses $131,271.18;

17. **Skadden, Arps, Slate, Meagher & Flom LLP (Dkt. No. 14828)**
    *Co-counsel for the Debtors*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $2,154,834.50, Expenses $41,352.70
    - <u>Final Application</u> (February 21, 2005 – November 2,1 2006)
      Fees $18,501,989.75, Expenses $486,975.98;

18. **Smith, Gambrell & Russell LLP (Dkt. No. 14726)**
    *Special Real Estate Counsel for the Debtors*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $534,412.00, Expenses $11,296.82;
    - <u>Final Application</u> (February 21, 2005 – November 21, 2006)
      Fees $3,750,929.50, Expenses $105,692.04

19. **Smith Hulsey & Busey (Dkt. No. 14817)**
    *Co-counsel for the Debtors*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $521,453.50, Expenses $22,157.41
    - <u>Final Application</u> (March 28, 2005 – November 21, 2006)
      Fees $5,645,516.50, Expenses $206,743.64;

20. **Stuart, Maue, Mitchell & James, Ltd. (Dkt. No. 14781)**
    *Fee Examiner*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $144,114.00, Expenses $1,590.70
    - <u>Final Application</u> (December 1, 2005 – November 21, 2006)
      Fees $1,541,562.00, Expenses $8,045.73;

21. **Togut, Segal & Segal (Dkt. No. 14819)**
    *Conflicts Counsel for the Debtors*
    - <u>Final Application</u> (February 28, 2005 – March 13, 2006)
      Fees $123,741.50, Expenses $1,882.81; and

22. **XRoads Solutions Group, LLC (Dkt. No. 14822)**
    *Financial Advisors and Operations Restructuring Consultants for the Debtors*
    - <u>Interim Application</u> (October 1, 2006 – November 21, 2006)
      Fees $736,057.50, Expenses $37,106.63
    - <u>Final Application</u> (February 21, 2005 – November 21, 2006)
      Fees $21,208,544.30, Expenses $1,375,403.38.

Only objections filed and served on (i) the respective applicant; (ii) Jay Castle at jaycastle@winn-dixie.com, Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL

32254-3699D; (iii) Elena Escamilla at elena.l.escamilla@usdoj.gov ; (iv) J. Baker at djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036; (v) Cynthia C. Jackson at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and (vi) Matthew S. Barr at mbarr@milbank.com and Michael E. Comerford at mcomerford@milbank.com, Milbank, Tweed, Hadley & McCloy LLP, One Chase Manhattan Plaza, New York, NY 10005, so as to be **received by August 23, 2007,** will be considered by the Bankruptcy Court at the hearing. The relief requested in the Applications may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pantsuit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: July 25, 2007

| SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By:   *s/ D.J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By:   *s/Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |

502450-Wilmington Server 1A - MSW