## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Sixth Interim and Final Fee Application of Houlihan Lokey Howard & Zukin Capital, Inc., Financial Advisor for the Official Committee of Unsecured Creditors for the sixth interim period from October 1, 2006, through November 21, 2006, and for the final period from March 3, 2005, through November 21, 2006.

Dated:  July 25, 2007.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By ___s/ D. J. Baker___<br>D. J. Baker<br>Sally McDonald Henry<br>Rosalie Gray | By ___s/ Cynthia C. Jackson___<br>Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson |
| Four Times Square<br>New York, NY  10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## Fee Examiner's Report for Sixth Interim and Final Fee Application of Houlihan Lokey Howard & Zukin Capital, Inc.

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Houlihan Lokey Howard & Zukin Capital, Inc., Sixth Interim Fee Application for the period from October 1, 2006, through November 21, 2006 and the Final Fee Application for the period from March 3, 2005, through November 21, 2006.

1.  On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.  Stuart Maue conducted a review and analysis of the fees and expenses for the Houlihan Lokey Howard & Zukin Capital, Inc. sixth interim period and prepared a written report including exhibits of that review which is attached and incorporated by reference.

-1-

3.      In addition to the report for the Houlihan Lokey Howard & Zukin Capital, Inc. Sixth Interim and Final Fee Application, Stuart Maue reviewed the fees and expenses requested in all interim fee applications previously filed by the firm and a written report for each interim fee application has been filed with the Court.

4.      Included with this report is a Summary of Findings for Final Period which displays the fees and expenses requested by Houlihan Lokey Howard & Zukin Capital, Inc. by interim period and by final period, the differences between the amounts requested by the firm and the amounts computed by Stuart Maue for each period, the categories of fees and expenses identified in each of the interim reports, and the reductions, if any, in the fees and expenses requested by the firm in its fee applications or in its responses to the initial Stuart Maue reports.

STUART MAUE

By _____
          Linda K. Cooper
          3840 McKelvey Road
          St. Louis, Missouri  63044
          314-291-3030
          314-291-6546 (facsimile)

          Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# Sixth Interim and Final Fee Application Submitted by

## HOULIHAN LOKEY HOWARD &
## ZUKIN CAPITAL, INC.
of
New York, New York

For the Interim Period

**October 1, 2006 Through November 21, 2006**

And

For the Final Period

**March 3, 2005 Through November 21, 2006**



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**April 13, 2007**

*Stuart Maue*

## HOULIHAN LOKEY HOWARD & ZUKIN CAPITAL, INC.

### SUMMARY OF FINDINGS FOR SIXTH INTERIM PERIOD

#### Sixth Interim Application (October 1, 2006 Through November 21, 2006)

#### A.    Amounts Requested and Computed

| | | |
|---|---|---|
| Monthly Fees Requested | $   170,000.00 | |
| Distribution Fee | 4,744,717.50 | |
| | | $4,914,717.50 |
| Expenses Requested | | 3,001.65 |
| | | |
| TOTAL FEES AND EXPENSES REQUESTED | | $4,917,719.15 |
| | | |
| Monthly Fees Computed | $   170,000.64 | |
| Distribution Fee | 4,744,717.50 | |
| | | $4,914,718.14 |
| Expenses Computed | | 3,001.65 |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $4,917,719.79 |
| | | |
| Discrepancies in Fees: | | |
|   Rounding Due to Calculation of Hourly Billing Rates | ($          0.64) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND REQUESTED FEES AND EXPENSES | | ($          0.64) |

#### B.    Amounts Requested – Based on Response

| | | |
|---|---|---|
| Monthly Fees Requested | $   170,000.00 | |
| Distribution Fee | 4,744,717.50 | |
| | | |
| REVISED FEES REQUESTED | | $4,914,717.50 |
| | | |
| Expenses Requested | $      3,001.65 | |
| *Voluntary reduction of overtime meal and transportation charges* | *($123.16)* | |
| | *(123.16)* | |
| REVISED EXPENSES REQUESTED | | 2,878.49 |
| | | |
| REVISED TOTAL FEES AND EXPENSES REQUESTED | | $4,917,595.99 |

*Stuart Maue*

**SUMMARY OF FINDINGS  (Continued)**

### C.    Professional Fees

#### 1.    Compliance With Billing Guidelines

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 9 | Vaguely Described Conferences | B-1 | 6.75 | $ 2,919.77 | 2% |
| 9 | Other Vaguely Described Activities | B-2 | 93.17 | 43,187.76 | 25% |
| 11 | Blocked Entries | C | 195.00 | 89,418.83 | 53% |
| 13 | Intraoffice Conferences | D | 42.53 | 19,540.02 | 11% |
| 13 | Intraoffice Conferences – Multiple Attendance | D | 33.75 | 15,418.02 | 9% |
| 14 | Nonfirm Conferences, Hearings, and Other Events | E | 52.50 | 24,565.72 | 14% |
| 14 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | E | 34.08 | 15,815.35 | 9% |

#### 2.    Fees to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 16 | Administrative/Clerical Activities by Professionals | G | 12.70 | $ 6,073.17 | 4% |
| 18 | Houlihan Lokey Retention and Compensation | H-1 | 26.05 | 11,612.25 | 7% |
| 18 | Response to Fee Examiner Report | H-2 | 22.03 | 10,907.60 | 6% |

### D.    Expenses

#### 1.    Compliance With Billing Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 21 | Travel Expenses - Airfare | I-1 | $1,391.20 |
| 21 | Travel Expenses – Lodging | I-2 | 268.94 |
| 22 | Travel Expenses - Meals | | 1.90 |
| 21 | Travel Expenses – Taxi | I-3 | 395.20 |
| 23 | Travel Expenses – Hotel Telephone | | 11.06 |
| 24 | Working Lunches | J | 288.15 |
| 25 | Overtime Meals | K-1 | 355.72 |
| 25 | Overtime Transportation | K-2 | 95.41 |
| 28 | Cellular Telephone Charges | L | 79.56 |

*Stuart Maue*

**SUMMARY OF FINDINGS  (Continued)**

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 28 | Expenses Associated With Multiple Attendance | M | $2,068.30 |
| 28 | Expenses Associated With Multiple Attendance – Multiple Attendees | M | 1,022.07 |

### 2.  Expenses to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 29 | Expenses Billed by Nontimekeepers | N | $69.10 |

## E.  Adjustment to Eliminate Overlap Between Categories

### 1.  Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 16 | Administrative/Clerical Activities by Professionals | 12.70 | $ 6,073.17 | 0.00 | $ 0.00 | 12.70 | $ 6,073.17 |
| 14 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | 34.08 | 15,815.35 | 0.00 | 0.00 | 34.08 | 15,815.35 |
| 13 | Intraoffice Conferences – Multiple Attendance | 33.75 | 15,418.02 | 0.00 | 0.00 | 33.75 | 15,418.02 |
| 9 | Vaguely Described Conferences | 6.75 | 2,919.77 | 0.00 | 0.00 | 6.75 | 2,919.77 |
| 9 | Other Vaguely Described Activities | 93.17 | 43,187.76 | 0.00 | 0.00 | 93.17 | 43,187.76 |
| 11 | Blocked Entries | 195.00 | 89,418.83 | 59.70 | 27,323.12 | 135.30 | 62,095.71 |

### 2.  Expenses

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 24 | Working Lunches | $ 288.15 | $ 0.00 | $ 288.15 |
| 25 | Overtime Meals | 355.72 | 0.00 | 355.72 |
| 25 | Overtime Transportation | 95.41 | 0.00 | 95.41 |
| 28 | Cellular Telephone Charges | 79.56 | 0.00 | 79.56 |
| 28 | Expenses Associated With Multiple Attendance – Multiple Attendees | 1,022.07 | 0.00 | 1,022.07 |
| 28 | Expenses Billed by Nontimekeepers | 69.10 | 69.10 | 0.00 |

*Stuart Maue*

## TABLE OF CONTENTS

**Page No.**

I.  INTRODUCTION ..................................................................................... 1

II. PROCEDURES AND METHODOLOGY ...................................................... 4
    A.  Appendix A ................................................................................... 4
    B.  Overlap Calculation ....................................................................... 4

III. RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD... 5

IV. REVIEW OF FEES FOR SIXTH INTERIM PERIOD ...................................... 7
    A.  Technical Billing Discrepancies ........................................................ 7
    B.  Compliance With Billing Guidelines ................................................... 7
        1.  Firm Staffing and Rates................................................................ 7
            a)  Timekeepers and Positions ............................................. 7
        2.  Time Increments ......................................................................... 9
        3.  Complete and Detailed Task Descriptions........................................ 9
            a)  Vaguely Described Conferences ....................................... 9
            b)  Other Vaguely Described Activities .................................10
        4.  Blocked Entries .........................................................................11
        5.  Multiple Professionals at Hearings and Conferences ........................12
            a)  Intraoffice Conferences .................................................13
            b)  Nonfirm Conferences, Hearings, and Other Events ...............14
    C.  Fees to Examine for Necessity, Relevance, and Reasonableness..................15
        1.  Personnel Who Billed 10.00 or Fewer Hours ...............................15
        2.  Long Billing Days ......................................................................15
        3.  Administrative/Clerical Activities ...............................................16
        4.  Legal Research .........................................................................18
        5.  Travel ....................................................................................18
        6.  Summary of Projects ..................................................................18

V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD ..............................20
    A.  Technical Billing Discrepancies .......................................................20
    B.  Compliance With Billing Guidelines ..................................................21
        1.  Complete and Detailed Itemization of Expenses ............................21
        2.  Travel Expenses........................................................................21
            a)  Airfare .....................................................................21
            b)  Lodging.....................................................................22
            c)  Out-of-Town Meals .....................................................22
            d)  Taxi Fares..................................................................23
            e)  Other Travel Expenses..................................................23
        3.  Overhead Expenses.....................................................................23

*Stuart Maue*

**TABLE OF CONTENTS (Continued)**

<u>**Page No.**</u>

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | a) | Working Lunches | 24 |
|  |  | b) | Overtime Meals and Overtime Transportation | 25 |
|  |  | c) | Telephone Charges | 28 |
|  | 4. |  | Expenses Associated With Multiple Attendance | 28 |
| C. |  |  | Expenses to Examine for Necessity, Relevance, and Reasonableness | 29 |
|  | 1. |  | Expenses Billed by Nontimekeepers | 29 |
| VI. |  |  | SUMMARY OF FINDINGS FOR FINAL PERIOD | 31 |
| A. |  |  | Total Fees and Expenses and Differences | 34 |
| B. |  |  | Reductions by Firm and Revised Requested Amounts | 34 |
| C. |  |  | Professional Fees | 35 |
| D. |  |  | Expenses | 36 |

*Stuart Maue*

# TABLE OF EXHIBITS

<u>Page No.</u>

A.      Summary of Hours and Fees by Timekeeper and Position ................................... 7

B-1.    Vaguely Described Conferences
B-2.    Other Vaguely Described Activities ................................................................ 9

C.      Blocked Entries.............................................................................................. 11

D.      Intraoffice Conferences ................................................................................. 13

E.      Nonfirm Conferences, Hearings, and Other Events ......................................... 14

F.      Daily Calendar............................................................................................... 15

G.      Administrative/Clerical Activities by Professionals.......................................... 16

H-1.    Houlihan Lokey Retention and Compensation
H-2.    Response to Fee Examiner Report .................................................................. 18

I-1.    Travel Expenses – Airfare
I-2.    Travel Expenses – Lodging
I-3.    Travel Expenses – Taxi ................................................................................. 21

J.      Working Lunches ........................................................................................... 24

K-1.    Overtime Meals
K-2.    Overtime Transportation................................................................................ 25

L.      Cellular Telephone Charges............................................................................ 28

M.      Expenses Associated With Multiple Attendance............................................... 28

N.      Expenses Billed by Nontimekeepers ............................................................... 29

*Stuart Maue*

# I.    <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "Sixth Interim and Final Application of Houlihan Lokey Howard & Zukin Capital, Inc. as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Interim Period October 1, 2006 through

*Stuart Maue*

**I. INTRODUCTION  (Continued)**

and including November 21, 2006 and Final Period March 3, 2005 through and including November 21, 2006" (the "Application").    Houlihan Lokey Howard & Zukin Capital, Inc. ("Houlihan Lokey") located in New York, New York, is financial advisor to the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. (the "Committee").

In an Order dated June 3, 2005, the Court approved the Committee's retention of Houlihan Lokey effective as of March 3, 2005, (the "Retention Order").    According to the Retention Order, Houlihan Lokey would be compensated a monthly fee equal to $100,000.00 for its services.    The Application requested the allowance and approval of interim compensation of fees and expenses incurred pursuant to the terms of a letter dated March 3, 2005, from Houlihan Lokey to the Committee (the "Engagement Letter") confirming that the firm would receive a fixed fee of $100,000.00 each month in compensation of its services rendered, together with all out-of-pocket expenses reasonably incurred, including "but not limited to, all reasonable travel expenses, duplicating charges, on-line service charges, messenger services, delivery services, meeting services, long distance telephone and facsimile charges."

The Retention Order also provided that Houlihan Lokey would be paid, as additional compensation, a "distribution fee" equal to 0.75% of the aggregate value received by the nonpriority unsecured creditors.    Further, the "distribution fee" would be reduced by one hundred percent (100%) of the monthly fees paid to Houlihan Lokey after the twelfth monthly

*Stuart Maue*

**I. INTRODUCTION  (Continued)**

fee that was timely paid, but in no event would the "distribution fee" be reduced to less than zero.

The Retention Order further provided that the "…UST shall retain the right to object to Houlihan Lokey's interim and final fee applications (including expense reimbursement) on all grounds, including but not limited to the reasonableness standards provided for in Section 330 of the Bankruptcy Code, provided, however, that while Houlihan Lokey's professionals shall not be required to keep detailed time records in one-tenth of an hour increments, Houlihan Lokey's professionals shall keep daily time records describing generally the services rendered, the name of the individuals rendering such services and the time such individuals expended each day in rendering such services in half-hour increments."

Stuart Maue used the same methodology to review the interim fee applications of Houlihan Lokey that is used to review the fee applications of other case professionals who did not have a fixed monthly fee billing arrangement.

Stuart Maue prepared an initial written report of the review and analysis of the Application and provided that report to Houlihan Lokey and the U.S. Trustee prior to completing a final written report. Houlihan Lokey submitted a written response ("Houlihan Lokey Response") to Stuart Maue. If the response provided information that indicated an error was made in the initial classification of a fee or expense entry, Stuart Maue revised the exhibit and removed the fee or expense entry. If the firm provided additional information that revised the text of any fee or expense entry in the Application, those revisions are referenced generally

*Stuart Maue*

I. INTRODUCTION (Continued)

in the final report, but the initial classification of those entries has not been changed and those entries remain on the exhibit. Stuart Maue bases its final report on the Application as filed with the Court and not on subsequent amended fee or expense entries that have not been filed.

In its response, Houlihan Lokey provided it was making certain reductions to the expenses requested in the Application. These reductions are discussed in the applicable sections of the final report and displayed in the Summary of Findings.

Upon completion of the review of the firm's response and reconsideration of the initial report, Stuart Maue prepared the final report of the review and analysis of the Houlihan Lokey Application.

II.  **PROCEDURES AND METHODOLOGY**

A.  **Appendix A**

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A attached to this report.

B.  **Overlap Calculation**

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit. For example, a task or entry may be classified as both blocked billing and intraoffice conference. When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories. In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue

*Stuart Maue*

**II.  PROCEDURES AND METHODOLOGY  (Continued)**

calculated the overlap.[1]   The overlap calculation is displayed in Section E of the

Summary of Findings and includes the totals for each category before and after the

calculation for overlap and the total dollar amount of the overlap in each category.

**III.  RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD**

In the Application, Houlihan Lokey requested the following professional fees and

expenses:

| | |
|---|---|
| Monthly Fees Requested: | $   170,000.00 |
| Distribution Fee Requested | 4,744,717.50 |
| Expense Reimbursement Requested: | 3,001.65 |
| Total Fees and Expenses: | $4,917,719.15 |

Houlihan Lokey requested fees for the sixth interim period that included $100,000.00

for October 2006 and $70,000.00 for November 2006.   The November fee was prorated

through November 21, 2006.   The firm also requested a distribution fee of $4,744,717.50.

The original amount of the distribution fee was $5,614,717.50; however, this amount was

reduced by $870,000.00, which represents the total monthly fee amount paid to Houlihan

Lokey after the twelfth month of the effective date of its retention.

The Application for the sixth interim period did not include hourly rates for the firm

timekeepers; however, the number of hours billed by each professional and the total number of

---

[1] The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES  (Continued)**

hours billed by the firm during this period were provided.  Using the fixed monthly fee, the total hours billed for the month and the hours billed by each timekeeper, Stuart Maue calculated a blended hourly rate for each timekeeper for each month.  These blended hourly rates were assigned to each timekeeper and used to calculate a fee for each entry.  The calculation of the blended hourly rate resulted in an insignificant discrepancy of $0.64 that is attributed to rounding.  The exhibits to this report reflect hours and fees that are based on this computation.

Stuart Maue recomputed the expenses and the recomputation revealed no difference between the amount requested for reimbursement and the amount computed.

*Stuart Maue*

## IV.    REVIEW OF FEES FOR SIXTH INTERIM PERIOD

### A.    Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions. No technical billing discrepancies were identified.

### B.    Compliance With Billing Guidelines

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines. The following discusses the firm's compliance with these guidelines:

#### 1.    Firm Staffing and Rates

**The following information should be provided in every fee application:    (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11.  U.S. Trustee Guidelines (b)(1)(iii)**

##### a)    Timekeepers and Positions

The Application provided the names and positions of the Houlihan Lokey professionals who billed time to this matter. During the sixth interim period, the firm staffed this matter with six timekeepers, including two managing directors, one director, one vice president, one associate, and one financial analyst. As discussed in Section III, above, the Application did not provide hourly rates for the firm's professionals.

-7-

*Stuart Maue*

### IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

Stuart Maue calculated a blended hourly rate for all timekeepers who billed time to this matter by dividing the total amount of fees billed each month by the total number of hours billed.

Houlihan Lokey billed a total of 368.00 hours during the sixth interim period.   The following table displays the hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Managing Director | 88.50 | 24% | $  41,281.01 | 24% |
| Director | 30.00 | 8% | 13,971.18 | 8% |
| Vice President | 57.50 | 16% | 26,668.06 | 16% |
| Associate | 64.00 | 17% | 29,299.00 | 17% |
| Financial Analyst | 128.00 | 35% | 58,781.40 | 35% |
| TOTAL | 368.00 | 100% | $170,000.65* | 100% |

\* Difference attributed to rounding.

Stuart Maue calculated the blended hourly rate for the Houlihan Lokey professionals for each month during the sixth interim period.  The blended rate for October 2006 was $495.05 and for November 2006 was $421.69.   The total hours and fees billed by each professional, the position of each professional, and their hourly billing rates are displayed on EXHIBIT A.

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

2.      **Time Increments**

**Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.  U.S. Trustee Guidelines (b)(4)(v)**

The Retention Order specifically provided that instead of keeping daily time records in increments of tenths of an hour, Houlihan Lokey was allowed to record its services in half-hour increments.  All the billing entries in the Application contain time allotments that were billed in half-hour or full-hour time increments.

3.      **Complete and Detailed Task Descriptions**

**Services should be noted in detail...  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference.  U.S. Trustee Guidelines (b)(4)(v)**

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary.

Some of the activity descriptions included in the Application were not sufficiently detailed.  The following vaguely described activities were identified:

a)      **Vaguely Described Conferences**

Activity descriptions for conferences and telephone calls should identify the participants and also the subject-matter or purpose of the communication.  Some of the Houlihan Lokey entries describing

*Stuart Maue*

**IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)**

conferences were not sufficiently detailed.  For example, the Application included entries that stated:  "Follow up call to discuss" and "Follow-up calls."   Conferences and meetings that either did not identify the participants and/or did not specify the subject-matter or purpose of the communication are identified as vaguely described conferences and appear on EXHIBIT B-1 and total 6.75 hours with $2,919.77 in associated fees.

> **Houlihan Lokey Response:**
>
> *Houlihan Lokey responded, "Houlihan Lokey's retention order is clear that (i) Houlihan Lokey's professionas [sic]* **shall not be required to keep detailed time records** *in 1/10 hour increments and (ii) Houlihan Lokey's professionals* **shall keep daily time records describing generally services rendered,** *names of individual rendering such services in ½ hour increments."*

b)      **Other Vaguely Described Activities**

Activity descriptions for the review of documents and correspondence should identify the person or party who prepared the document or correspondence and its subject-matter.  If the documents were not recently received or were previously reviewed, the description should also state the purpose of the review.   A description of correspondence should identify the correspondent and the subject of the

*Stuart Maue*

### IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

correspondence.  Similarly, a description for preparation of documents should identify the document drafted or revised.

Several Houlihan Lokey timekeepers billed identical entries that stated, "Unallocated time spent during the month on emails, phone calls, and other activities."  The time billed for each of these entries ranged from 5.00 hours to 12.00 hours.  With an entry of this type it is not possible to determine the discrete activities that were performed, the date the activities were performed, or the reasonableness of the work performed.  The entries identified as other vaguely described activities are displayed on EXHIBIT B-2 and total 93.17 hours with $43,187.76 in associated fees.

#### Houlihan Lokey Response:

*Houlihan Lokey responded, "Houlihan Lokey's retention order is clear that (i) Houlihan Lokey's professionas [sic] **shall not be required to keep detailed time records** in 1/10 hour increments and (ii) Houlihan Lokey's professionals **shall keep daily time records describing generally services rendered,** names of individual rendering such services in ½ hour increments."*

4.  #### Blocked Entries

**Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however,**

*Stuart Maue*

**IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)**

> **tasks performed in a project which total a de minimis amount of time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

Houlihan Lokey lumped or combined many of its activity descriptions into an entry with a single time increment.   The tasks that are identified as blocked entries are displayed on EXHIBIT C and total 195.00 hours with $89,418.83 in associated fees.

> **Houlihan Lokey Resposne:**

> *Houlihan Lokey stated in its response, "Houlihan Lokey's retention order is clear that (i) Houlihan Lokey's professionas [sic]* **shall not be required to keep detailed time records** *in 1/10 hour increments and (ii) Houlihan Lokey's professionals* **shall keep daily time records describing generally services rendered,** *names of individual rendering such services in ½ hour increments."*

**5.  Multiple Professionals at Hearings and Conferences**

> **If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees.  U.S. Trustee Guidelines (b)(4)(v)**

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees. Neither the Application nor the task descriptions explained the need for multiple attendees at conferences, hearings, or other events.

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

a)      **Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferring may indicate inappropriate levels of staffing, unnecessary conferencing, or the use of inexperienced personnel.  Stuart Maue identified 37 entries describing conferences between Houlihan Lokey personnel, which represents 11% of the total fees requested in the Application.  Two or more Houlihan Lokey timekeepers billed for attendance at most of the intraoffice conferences.

The entries describing intraoffice conferences are displayed on EXHIBIT D and total 42.53 hours with $19,540.02 in associated fees.  The intraoffice conferences for which more than one firm timekeeper billed total 33.75 hours with associated fees of $15,418.02 and are marked with an ampersand **[&]** on the exhibit.

**Houlihan Lokey Response:**

*The firm responded, "Houlihan Lokey has a number of professionals staffed on the advisory mandate for the Committee.  The staffing of a transaction is structured based on the roles and responsibilities required for this very active case.  The estate is not billed additional amounts for the number of internal conferences or the number of professionals participating in internal conferences."*

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

b)      <u>Nonfirm Conferences, Hearings, and Other Events</u>

On several occasions, more than one Houlihan Lokey timekeeper billed for attendance at a nonfirm conference, hearing, or other event. For example, on October 12, 2006, and on November 8, 2006, six timekeepers each billed between 1.00 and 2.00 hours to attend committee conference calls.

EXHIBIT E displays the entries where more than one Houlihan Lokey timekeeper billed for attendance at a nonfirm conference, hearing, or other event.   Those entries total 52.50 hours with $24,565.72 in associated fees.

The entries for all participants other than the timekeeper who appears to be the most responsible at the event (i.e., the one who bills the most fees and/or hours) are marked with an ampersand **[&]** on this exhibit and total 34.08 hours with associated fees of $15,815.35.

<u>Houlihan Lokey Response:</u>

*Houlihan Lokey responded, "As financial advisors to the Committee, Houlihan Lokey compiles information and reports to the Committee, negotiates and mediates on behalf of the Committee and provides other advisory in the context of Winn-Dixie's reorganization. The nature of the activities performed mandates the attendance of conferences and meetings, hearings and other events in connection with*

-14-

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

*Winn-Dixie's chapter 11 case.  In addition, as Houlihan Lokey's engagement is under a fixed monthly fee arrangement, Houlihan Lokey does not charge additional fee amounts for attending meetings."*

**C.**      **Fees to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and identified several billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

**1.**      **Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.  Houlihan Lokey did not have a professional that billed 10.00 or fewer hours during the sixth interim period.

**2.**      **Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.  Professionals may

*Stuart Maue*

## IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

periodically work extraordinarily long hours without many breaks because of the demands of the representation.  However, such long hours are generally associated with identifiable circumstances such as court deadlines, travel, or event attendance. The Application did not include any days on which a professional billed more than 12.00 hours.  EXHIBIT F displays a calendar that shows the total number of hours billed by each professional per day and per month.

### 3.    Administrative/Clerical Activities

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

The Application contained a few activities that appeared to be administrative or clerical in nature.  Examples include task descriptions such as "Reviewed hourly time sheet," and "Coordinated with team to collect time sheets," and "Performed news run and summarized."

Stuart Maue identified several entries that stated "Case Administration." It was not possible to determine the actual activities that were being performed so these entries were classified as vaguely described tasks and addressed in paragraph IV.B.3 (b) above.

Entries describing administrative and clerical activities by professionals are displayed on EXHIBIT G and total 12.70 hours with $6,073.17 in associated fees.

**Houlihan Lokey Response:**

*Houlihan Lokey responded, "Houlihan Lokey has a number of professionals staffed on the advisory mandate for Winn-Dixie's official committee of unsecured creditors.  The staffing of a transaction is structured based on the roles and responsibilities required for this very active case. Further, as Houlihan Lokey professionals frequently work overtime (oftentimes when support staff is not available), and depending on the urgency of situation, Houlihan Lokey timekeepers may need to perform 'administrative' work.  As Houlihan Lokey's retention is on fixed monthly fee terms, Houlihan Lokey does*

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

*not charge any more or any less fees associated with the various necessary activities performed."*

**4.      Legal Research**

There were no entries describing legal research by Houlihan Lokey professionals during this interim period.

**5.      Travel**

A review of entries for travel may allow a determination of whether the time billed for travel was reasonable and necessary.  Stuart Maue did not identify any entries describing travel in the sixth interim period.

**6.      Summary of Projects**

During the sixth interim period, Houlihan Lokey categorized its services into six billing projects that included Analysis of Financial Statements and Operational Performance of the Debtors; Constitution of Reorganized Winn-Dixie Board of Directors; Peter Lynch Retention; Analysis of Common Stock Reserve; Confirmation and Pot-Confirmation Issues; and Correspondence, Meetings, and Discussions with Parties-in-Interest.  The Application included a general summary of the tasks and hours by professional and a numeric key for each project category.  Numeric keys were assigned to each fee entry; however many of the firm's fee entries were blocked and assigned more than one numeric key.  For many of those blocked entries, Stuart Maue could not determine which numeric key was assigned to which task within the entry.

*Stuart Maue*

### IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

Therefore, Stuart Maue was unable to prepare a summary of the fees and hours for each of the firm's project categories.

For purposes of this report, Stuart Maue created project categories entitled "Houlihan Lokey Retention and Compensation" and "Response to Fee Examiner Report."  Stuart Maue identified the entries related to these projects and included them in the appropriate category.

Entries describing tasks related to the retention and compensation of Houlihan Lokey are displayed on EXHIBIT H-1 and total 26.05 hours with $11,612.25 in associated fees.

Entries describing tasks related to the response to the fee examiner's report are displayed on EXHIBIT H-2 and total 22.03 hours with $10,907.60 in associated fees.

#### Houlihan Lokey Response:

*In its response the firm stated, "As Houlihan Lokey's retention is based on fixed monthly fee terms, the estate is not billed additional amounts for these activities."*

*Stuart Maue*

## V.    REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD

In the Application for the sixth interim period, Houlihan Lokey requested reimbursement of expenses in the amount of $3,001.65.  Stuart Maue reviewed the expenses and divided them into categories based on the type of charge.  The following table summarizes the expenses as computed and categorized by Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| **Travel Expenses:** | | |
| Airfare | $1,391.20 | 46% |
| Taxi | 395.20 | 13% |
| Lodging | 268.94 | 9% |
| Hotel Telephone | 11.06 | * |
| Meals | 1.90 | * |
| **Overtime Meals** | 355.72 | 12% |
| **Working Lunches** | 288.15 | 10% |
| **Overtime Transportation** | 95.41 | 3% |
| **Cellular Telephone Charges** | 79.56 | 3% |
| **On-Line Services (Factiva)** | 68.92 | 2% |
| **Overnight Delivery** | 45.59 | 2% |
| **TOTAL** | $3,001.65 | 100% |

* Less than 1%

## A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double billing, wrong case billing, or missing expense descriptions.  No technical billing discrepancies were identified in the Application.

*Stuart Maue*

V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)

**B.**    **Compliance With Billing Guidelines**

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.**  U.S. Trustee Guidelines (b)(5)

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual and necessary expenses as set forth in the U.S. Trustee Guidelines.

**1.**    **Complete and Detailed Itemization of Expenses**

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.**  U.S. Trustee Guidelines (b)(5)(v)(iii)

Houlihan Lokey provided a detailed itemization for its expenses that included the category, the name of the professional incurring the charge, the date, the expense description, and the amount of the charge.    Supporting documentation for the expense charges was not included in the Application.

**2.**    **Travel Expenses**

**a)**    **Airfare**

Houlihan Lokey requested reimbursement for airfare in the amount of $1,391.20.  The Application stated that airfare was charged at "coach fare only."  The airfare charges were itemized and included the

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

date, the amount, the vendor (i.e., Continental Airlines), the name of the professional incurring the expense, the position of the professional, and a general description of the origination and destination of the travel.  The airfare charges are itemized on EXHIBIT I-1.

**b)      Lodging**

Houlihan Lokey requested reimbursement for lodging charges in the amount of $268.94.  These expenses were itemized and provided the date, the amount of the lodging charge, the name of the hotel, the name of the professional incurring the expense, and his or her position.  These expenses are itemized on EXHIBIT I-2.

**c)      Out-of-Town Meals**

The Application included a category identified as "Travel/Working Meals" that included requests for reimbursement of meal charges while traveling out-of-town and meals while working at the office location.   Stuart Maue separated the meal charges into three subcategories identified as "Out-of-town meals," "Working Lunches," and "Overtime Meals."   The "Out-of-town meals" are discussed in this section.   The meals identified as "Working Lunches" and "Overtime Meals" are discussed in Section V.B.3(a) and Section V.B.3(b) below.

Vice president Agnes K. Tang incurred one charge for a meal while traveling in the amount of $1.90.

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

**d)      Taxi Fares**

Houlihan Lokey requested reimbursement of travel-related taxi fare in the amount of $395.20.  The charges were itemized and included the amount, the vendor, an expense description, and the name of the professional incurring the charge.  The travel-related taxi expenses are itemized on EXHIBIT I-3.

**e)      Other Travel Expenses**

Houlihan Lokey requested reimbursement for two hotel telephone charges totaling $11.06.  Both of the charges were incurred by managing director David R. Hilty on October 12, 2006.

**3.      Overhead Expenses**

**Factors relevant to a determination that the expense is proper include the following:**

**Whether the expenses appear to be in the nature of nonreimbursable overheard.  Overhead includes, but is not limited to, word processing, proofreading, secretarial and other clerical services, rent, utilities, office equipment and furnishings, insurance, taxes, local telephones and monthly car phone charges, lighting, heating and cooling, and library and publication charges.  U.S. Trustee Guidelines (b)(5)(vii)**

Case professionals typically charge clients to obtain reimbursement for the actual cost of out-of-pocket expense items that are directly attributable to the representation and that are not part of office overhead.  These expenses include filing fees and court costs; long-distance telephone charges; photocopying costs;

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

travel, meal, and lodging expenses;  and court reporter fees.  Expenses such as supplies and postage are generally considered to be a part of office overhead and included in the hourly rate of professionals.

Stuart Maue identified the following expense items in the Application as potential overhead:

a)      **Working Lunches**

Houlihan Lokey requested reimbursement for "working lunches" totaling $288.15.  The Application stated that "Houlihan Lokey charged for overtime meals and other meals consumed during meetings with individuals regarding the Chapter 11 cases in order to expedite or facilitate working sessions...."   Stuart Maue identified 25 meals described as "working lunch."  All of the meals appeared to have only one professional in attendance.  A review of the working lunch expenses indicated that some professionals routinely billed the cost of their lunches to this matter.  The entries described as working lunches are itemized on EXHIBIT J.

**Houlihan Lokey Response:**

*Houlihan Lokey responded, "It is normal course for financial professionals and support staff (mailroom employees and administrative assistants) assisting in the case to be permitted to order lunch when*

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

*working through the lunch timeframe.  These are considered reasonable out-of-pocket expenses and these charges are appropriate in accordance with Houlihan Lokey's engagement letter."*

**b)**      <u>**Overtime Meals and Overtime Transportation**</u>

Houlihan Lokey requested reimbursement for overtime meals and overtime transportation.  Stuart Maue recognizes that it is the practice of some firms to reimburse employees for transportation costs or meals when working after regular business hours.  While the firm may reimburse its employees for commuting expenses and overtime meals, this type of expense is generally considered part of firm overhead.

A review of the fees of some timekeepers indicated that they billed no hours or relatively few hours to this matter on days for which they were reimbursed for overtime transportation and meals.  The following table displays the overtime transportation and meal charges requested on days where a timekeeper billed less than 4.00 hours to the Winn-Dixie matter:

*Stuart Maue*

### V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)

| Entry Date | Hours | Amount | Description |
|---|---|---|---|
| **Overtime Transportation** | | | |
| 10/16/06 Monday | 2.50 | $ 9.00 | TRANS - NY TAXI - OVERTIME TAXI FROM OFFICE TO HOME - GABE J LEWIS |
| 10/23/06 Monday | 2.50 | 12.00 | TRANS - NY TAXI - OVERTIME TAXI FROM OFFICE TO HOME - AGNES K TANG |
| 10/28/06 Saturday | 1.00 | 11.90 | TRANS - NY TAXI - OVERTIME TAXI FROM OFFICE TO HOME - GABE J LEWIS |
| 10/29/06 Sunday | 1.00 | 11.00 | TRANS - NY TAXI - OVERTIME TAXI FROM OFFICE TO HOME - GABE J LEWIS |
| **TOTAL – OVERTIME TRANSPORTATION** | | $43.90 | |
| **Overtime Meals** | | | |
| 10/01/06 Sunday | 1.50 | $20.30 | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/04/06 Wednesday | 1.50 | 19.74 | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/24/06 Tuesday | 1.50 | 18.72 | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/11/06 Wednesday | 0.00 | 20.50 | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| **TOTAL - OVERTIME MEALS** | | $79.26 | |

EXHIBIT K-1 displays the charges for overtime meals in the amount of $355.72 and EXHIBIT K-2 displays the charges for overtime transportation in the amount of $95.41.

### **Houlihan Lokey Response:**

*Overtime Meals - Houlihan Lokey responded, "Stuart Maue raises issues with these expenses when a person bills less than 4 hours on*

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

*days where working lunches, overtime meals and/or transportation are expenses.  If the Winn-Dixie case causes overtime or working through lunch or dinner situations, then the expenses are reasonable out-of-pockets in accordance to Houlihan Lokey's engagement letter."*

*The firm stated that, "With respect to Gabe Lewis' overtime dinners in the amounts of $20.30, $19.74, $20.50, and $18.72 where less than 4 hours were logged, these charges were applied in error and should be removed."*

*Overtime Transportation - Houlihan Lokey further responded, "Stuart Maue raises issues with these expenses when a person bills less than 4 hours on days where transportation are expenses.  If the Winn-Dixie case causes overtime or working late into the night, then the expenses are reasonable out-of-pockets in accordance to Houlihan Lokey's engagement letter."*

*The firm further stated that "With respect to Gabe Lewis' overtime transportation charges in the amounts of $9.00, $11.90, and $11.00 where less than 4 hours were logged, these charges were applied in error and should be removed.  With respect to Agnes Tang's overtime transportation charge in the amount of $12.00 where less than 4 hours were logged, this charge was applied in error and should be removed."*

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

The reduction for overtime meals in the amount of $79.26 and overtime transportation in the amount of $43.90 for a total of $123.16 is shown in the Summary of Findings for the sixth interim period as a voluntary reduction.

**c)      Telephone Charges**

Houlihan Lokey requested reimbursement for cellular telephone charges totaling $79.56.   According to the U.S. Trustee Guidelines, cellular telephone charges and local telephone charges are considered to be a part of the firm's overhead expenses.  These telephone charges are displayed on EXHIBIT L.

**Houlihan Lokey Response:**

*Houlihan Lokey responded, "Per our engagement letter, these are reasonable out-of-pocket expenses as these are incurred due to working on the case."*

**4.      Expenses Associated With Multiple Attendance**

Mr. Hilty and  Ms. Tang both attended  the confirmation  hearing on October 13, 2006.  Houlihan Lokey requested reimbursement of $1,022.07 for expenses associated with the attendance of Ms. Tang.   These expenses are identified with an ampersand **[&]** on EXHIBIT M.

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

**Houlihan Lokey Response:**

*Houlihan Lokey responded, "Houlihan Lokey has a number of professionals staffed on the advisory mandate for Winn-Dixie's official committee of unsecured creditors.  The staffing of a transaction is structured based on the roles and responsibilities required for this very active case and expenses associated with these events are reasonable out-of-pockets as per Houlihan Lokey's engagement letter.  In addition, both David Hilty and Agnes Tang were critical members of the Winn-Dixie deal team and if Houlihan Lokey was called to testify, both Mr. Hilty's and Ms. Tang's presence and knowledge of the Plan of Reorganization would have been necessary."*

**C.    Expenses to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and identified expenses to examine for necessity, relevance, and reasonableness.

**1.    Expenses Billed by Nontimekeepers**

Stuart Maue identified one charge for an overtime meal and one charge for overtime transportation that were incurred by timekeepers who were not identified as Houlihan Lokey professionals and who do not have any fee entries included in the Application.  Rene Delgado requested reimbursement for an overtime meal in the amount of $17.59 and Roland Sin requested reimbursement for overtime transportation in the amount of $51.51.  These expenses total $69.10 and are displayed on EXHIBIT N.

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

**Houlihan Lokey Response:**

*Houlihan Lokey responded, "In addition to the financial staff that keep time, Houlihan Lokey also utilizes non-financial staff such as mail room and word processing staff to make copies and produce and bind color presentations which at times require overtime commitment from the non-financial staff. Although their time spent on a particular case is not tracked, expenses incurred by non-timekeeping individuals in connection with a specific case are recorded to the appropriate client."*

*Stuart Maue*

## VI.   SUMMARY OF FINDINGS FOR FINAL PERIOD

The Summary of Findings for the Final Application displays the fees and expenses requested for each interim application and the totals for the Final Application.  The summary also includes any differences between the fees and expenses requested and the fees and expenses as computed by Stuart Maue for each interim period and the sum of the discrepancies for the Final Application.

In addition, the Summary of Findings displays the voluntary reductions, if any, the case professional included in the interim applications[2] and the reductions, if any, included in the case professional's responses to the fee examiner's reports for the interim and final applications.

The fee and expense categories identified by Stuart Maue in each interim report and the fees and expenses for each category are also displayed in the Summary of Findings for the Final Application.  The totals shown in each category have been adjusted for overlap unless otherwise noted.

Houlihan Lokey requested the following professional fees and expenses in its Final Application:

---

[2] Only those reductions that were from the fee and expense entries submitted in the interim applications are included in this voluntary reduction amount.  If the firm referenced a reduction in fees or expenses but the fee and expense entries that made up those reductions were not included in the application, those reductions are not included in the Summary of Findings for the final period.

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**

| | | |
|---|---|---|
| Professional Fees Requested: | $2,063,548.39 | |
| Distribution Fee Requested | 4,744,717.50 | |
| Subtotal | | $6,808,265.89 |
| Expense Reimbursement Requested: | | 98,635.09 |
| Total Fees and Expenses: | | $6,906,900.98 |
| Proposed Reductions Based on Response to Fifth Interim Initial Report: | | (271.22) |
| Proposed Reductions Based on Response to Sixth Interim Initial Report: | | (123.16) |
| Revised Fees and Expenses: | | $6,906,506.60 |

Stuart Maue compared the total fees and expenses requested in the Final Application with the fees and expenses requested in each of the six interim applications.  The comparison revealed that there is no difference between the amount requested in the Final Application and the total amounts requested in the interim applications, after the reductions for expenses in the first through fourth interim reports, which total $1,690.87.  The firm submitted its responses to the initial reports on the Fifth and Sixth Interim Applications to Stuart Maue after its Final Application was filed with the Court.  In these responses, the firm agreed to additional reductions in expenses in the amounts of $271.22 and $123.16, respectively.

For each interim application, Stuart Maue recomputed the fees and expenses and identified any discrepancies between the amounts requested and the amounts computed.  The recomputation of the Houlihan Lokey fees by interim period revealed an insignificant rounding difference of $3.34 between the amounts requested and the amounts computed.  There were no differences between the expenses requested and the expenses computed.

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**

In its responses to the first through sixth initial interim reports, Houlihan Lokey requested voluntary reductions for expenses in the amount of $2,085.25.  Those reductions are shown on the Summary of Findings.

The Summary of Findings for the final period for Houlihan Lokey is shown on the following pages:

[INTENTIONALLY LEFT BLANK]

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**
Houlihan Lokey Howard & Zukin Capital, Inc.

### A.    Total Fees and Expenses and Differences

| | First Interim 3/3/2005 – 5/31/2005 | Second Interim 6/1/2005 – 9/30/2005 | Third Interim 10/1/2005 – 1/31/2006 | Fourth Interim 2/1/2006 – 5/31/2006 | Fifth Interim 6/1/2006 – 9/30/2006 | Sixth Interim 10/1/2006 – 11/21/2006 | TOTAL 3/3/2005 – 11/21/2006 |
|---|---|---|---|---|---|---|---|
| Fees Requested: | $293,548.39 | $400,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $ 170,000.00 | $2,063,548.39 |
| Distribution Fee: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,744,717.50 | 4,744,717.50 |
| Expenses Requested: | 19,676.68 | 21,346.40 | 26,407.13 | 24,345.63 | 5,548.47 | 3,001.65 | 100,325.96 |
| Total Requested: | $313,225.07 | $421,346.40 | $426,407.13 | $424,345.63 | $405,548.47 | $4,917,719.15 | $6,908,591.85 |
| | | | | | | | |
| Fees Computed: | $293,547.12 | $399,999.04 | $399,999.79 | $400,000.37 | $399,998.09 | $ 170,000.64 | $2,063,545.05 |
| Distribution Fee: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,744,717.50 | 4,744,717.50 |
| Expenses Computed: | 19,676.68 | 21,346.40 | 26,407.13 | 24,345.63 | 5,548.47 | 3,001.65 | 100,325.96 |
| Total Computed: | $313,223.80 | $421,345.44 | $426,406.92 | $424,346.00 | $405,546.56 | $4,917,719.79 | $6,908,588.51 |
| | | | | | | | |
| Difference in Fees: | $1.27 | $0.96 | $0.21 | ($0.37) | $1.91 | ($0.64) | $3.34 |
| Difference in Expenses: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Difference: | $1.27 | $0.96 | $0.21 | ($0.37) | $1.91 | ($0.64) | $3.34 |

### B.    Reductions by Firm and Revised Requested Amounts

| | First Interim | Second Interim | Third Interim | Fourth Interim | Fifth Interim | Sixth Interim | TOTAL |
|---|---|---|---|---|---|---|---|
| Fees Requested: | $293,548.39 | $400,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $4,914,717.50 | $6,808,265.89 |
| Reduction by Firm: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Revised Requested Fees: | $293,548.39 | $400,000.00 | $400,000.00 | $400,000.00 | $400,000.00 | $4,914,717.50 | $6,808,265.89 |
| | | | | | | | |
| Expenses Requested: | $19,676.68 | $21,346.40 | $26,407.13 | $24,345.63 | $5,548.47 | $3,001.65 | $100,325.96 |
| Reduction by Firm: | (1,375.00) | (85.68) | (73.32) | (156.87) | (271.22) | (123.16) | (2,085.25) |
| Revised Requested Expenses: | $18,301.68 | $21,260.72 | $26,333.81 | $24,188.76 | $5,277.25 | $2,878.49 | $ 98,240.71 |
| | | | | | | | |
| Total Revised Fees and Expenses: | $311,850.07 | $421,260.72 | $426,333.81 | $424,188.76 | $405,277.25 | $4,917,595.99 | $6,906,506.60 |

*Stuart Maue*

## VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)
### Houlihan Lokey Howard & Zukin Capital, Inc.

## C.  Professional Fees

| | First Interim | | | Second Interim | | | Third Interim | | | Fourth Interim | | | Fifth Interim | | | Sixth Interim | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % |
| **Difference in Fees:** | | | | | | | | | | | | | | | | | | | | | |
| Rounding Due to Rate Calculation | -- | $1.27 | * | -- | $0.96 | * | -- | $0.21 | * | -- | ($0.37) | * | -- | $1.91 | * | -- | ($0.64) | * | -- | $3.34 | |
| **Reductions in Fees Based on Response:** | | | | | | | | | | | | | | | | | | | | | |
| None | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| **Fee Categories:** | | | | | | | | | | | | | | | | | | | | | |
| Missing Task Description | 1.00 | $273.13 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 1.00 | $273.13 | * |
| Admin/Clerical Tasks by Professionals | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 22.50 | $5,840.74 | 1% | 16.19 | $4,799.62 | 1% | 8.67 | $3,870.08 | * | 12.70 | $6,073.17 | 4% | 60.06 | $20,583.61 | * |
| Nonfirm Conferences[3] | 435.42 | $105,327.49 | 36% | 716.14 | $146,273.01 | 37% | 413.24 | $97,815.88 | 24% | 568.94 | $122,175.20 | 31% | 304.61 | $106,110.42 | 27% | 52.50 | $24,565.72 | 14% | 2,490.85 | $602,267.72 | 29% |
| Nonfirm Conferences - Multiple Attendees | 279.67 | $67,669.91 | 23% | 433.22 | $87,853.09 | 22% | 293.63 | $69,020.73 | 17% | 414.80 | $88,897.19 | 22% | 230.49 | $80,143.88 | 20% | 34.08 | $15,815.35 | 9% | 1,685.89 | $409,400.15 | 20% |
| Intraoffice Conferences[3] | 25.42 | $6,034.08 | 2% | 66.42 | $14,709.62 | 4% | 174.49 | $44,506.40 | 11% | 105.13 | $21,094.90 | 5% | 105.31 | $43,955.02 | 11% | 42.53 | $19,540.02 | 11% | 519.30 | $149,840.04 | 7% |
| Intraoffice Conferences - Multiple Attendees | 25.42 | $6,034.08 | 2% | 59.17 | $13,025.42 | 3% | 173.24 | $44,184.32 | 11% | 100.63 | $19,743.82 | 5% | 92.59 | $40,008.45 | 10% | 33.75 | $15,418.02 | 9% | 484.80 | $138,414.11 | 7% |
| Vaguely Described Conferences | 62.96 | $15,249.03 | 5% | 124.67 | $25,764.81 | 6% | 36.65 | $9,105.10 | 2% | 63.10 | $10,466.35 | 3% | 43.56 | $14,507.28 | 4% | 6.75 | $2,919.77 | 2% | 338.20 | $78,012.34 | 4% |
| Other Vaguely Described Activities | 80.42 | $19,238.72 | 7% | 192.64 | $43,360.12 | 11% | 53.73 | $13,414.95 | 3% | 150.41 | $28,579.84 | 7% | 68.77 | $25,653.16 | 6% | 93.17 | $43,187.76 | 25% | 639.14 | $173,434.55 | 8% |
| Blocked Entries | 380.54 | $92,671.77 | 32% | 781.30 | $170,796.36 | 43% | 688.14 | $173,433.15 | 43% | 622.68 | $134,430.65 | 34% | 428.43 | $158,313.40 | 40% | 135.30 | $62,095.71 | 37% | 3,036.39 | $791,741.04 | 38% |
| Travel | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 10.00 | $2,781.60 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 10.00 | $2,781.60 | * |
| Travel Billed Not Disclosed | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 18.50 | $2,197.99 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 18.50 | $2,197.99 | * |
| Days Billed in Excess of 12.00 Hours Per Day[3] | 80.50 | $19,088.05 | 7% | 26.00 | $4,454.32 | 1% | 75.00 | $16,032.75 | 4% | 164.00 | $19,484.84 | 5% | 38.00 | $14,809.53 | 4% | 0.00 | $0.00 | * | 383.50 | $73,869.49 | 4% |
| Duplicative Entries[3] | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 1,133.52 | $241,997.59 | 60% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 1,133.52 | $241,997.59 | 12% |
| **Summary of Fee Projects:** | | | | | | | | | | | | | | | | | | | | | |
| Houlihan Lokey Retention/Compensation | 40.92 | $10,335.41 | 4% | 48.92 | $11,328.43 | 3% | 14.33 | $3,649.02 | * | 15.69 | $4,742.27 | 1% | 34.15 | $14,847.71 | 4% | 26.05 | $11,612.25 | 7% | 180.06 | $56,515.09 | 3% |
| Other Professionals Retention/Compensation | 83.33 | $19,200.83 | 7% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 25.05 | $4,623.05 | 1% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 108.38 | $23,823.88 | 1% |
| Response to Fee Examiner Report | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 29.04 | $5,102.76 | 1% | 18.12 | $7,943.88 | 2% | 22.03 | $10,907.60 | 6% | 69.19 | $23,954.24 | 1% |

-35-

[3] Fee categories not adjusted to eliminate overlap between categories.
* Less than 1%

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**
Houlihan Lokey Howard & Zukin Capital, Inc.

D.  <u>Expenses</u>

| | First Interim | | Second Interim | | Third Interim | | Fourth Interim | | Fifth Interim | | Sixth Interim | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % |
| **Difference in Expenses:** | | | | | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |
| **Expense Categories:** | | | | | | | | | | | | | | |
| Travel Expenses – Airfare | $8,155.30 | 41% | $6,999.20 | 33% | $8,226.75 | 31% | $11,929.10 | 49% | $0.00 | * | $1,391.20 | 46% | $36,701.55 | 37% |
| Travel Expenses – Lodging | $1,309.56 | 7% | $1,172.36 | 5% | $1,915.87 | 7% | $697.21 | 3% | $236.17 | 4% | $268.94 | 9% | $5,600.11 | 6% |
| Travel Expenses – Meals | $342.83 | 2% | $577.79 | 3% | $335.34 | 1% | $320.66 | 1% | $0.00 | * | $1.90 | * | $1,578.52 | 2% |
| Travel Expenses – Car Rental/Taxi Fares | $1,127.64 | 6% | $1,301.95 | 6% | $1,102.19 | 4% | $1,338.10 | 5% | $302.43 | 5% | $395.20 | 13% | $5,567.51 | 6% |
| Travel Expenses – Parking | $40.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $40.00 | * |
| Other Travel Expenses | $1.50 | * | $96.34 | * | $45.22 | * | $28.08 | * | $0.00 | * | $11.06 | * | $182.20 | * |
| Messenger Services | $108.12 | * | $0.00 | * | $98.53 | * | $69.64 | * | $110.16 | 2% | $0.00 | * | $386.45 | * |
| Overnight Delivery | $0.00 | * | $0.00 | * | $0.00 | * | $105.55 | * | $160.42 | 3% | $0.00 | * | $265.97 | * |
| Photocopies | $831.25 | 4% | $488.25 | 2% | $0.00 | * | $859.95 | 4% | $268.45 | 5% | $0.00 | * | $2,447.90 | 2% |
| Local Transportation | $52.10 | * | $108.18 | * | $66.28 | * | $51.80 | * | $0.00 | * | $0.00 | * | $278.36 | * |
| Working Lunches/Dinners | $584.75 | 3% | $968.22 | 5% | $1,389.68 | 5% | $977.13 | 4% | $623.42 | 11% | $288.15 | 10% | $4,831.35 | 5% |
| Catered Meals for Meetings | $0.00 | * | $0.00 | * | $0.00 | * | $1,704.90 | 7% | $0.00 | * | $0.00 | * | $1,704.90 | 2% |
| Overtime Meals and Transportation | $2,141.61 | 11% | $2,768.83 | 13% | $3,659.03 | 14% | $3,148.81 | 9% | $2,349.73 | 42% | $451.13 | 15% | $14,519.14 | 14% |
| Local Meals/ Transportation Incurred Prior Period | $0.00 | * | $510.11 | 2% | $751.78 | 3% | $302.02 | 1% | $499.46 | 9% | $0.00 | * | $2,063.37 | 2% |
| Potentially Duplicative Overtime Transportation | $0.00 | * | $0.00 | * | $0.00 | * | $35.13 | * | $9.00 | * | $0.00 | * | $44.13 | * |
| Telephone/Cell Charges | $378.20 | 2% | $833.67 | 4% | $688.33 | 3% | $512.09 | 2% | $391.04 | 7% | $79.56 | 3% | $2,882.89 | 3% |
| Expenses - Multiple Attendance | $7,760.66 | 39% | $8,918.01 | 42% | $11,625.37 | 44% | $12,446.56 | 51% | $538.60 | 10% | $2,068.30 | 69% | $43,357.50 | 43% |
| Expenses - Multiple Attendance – Multiple Attendees | $4,888.98 | 25% | $6,183.37 | 29% | $9,147.77 | 35% | $8,046.84 | 33% | $113.73 | 2% | $1,022.07 | 34% | $29,402.76 | 29% |
| Travel Expenses With No Associated Fees | $1,134.91 | 6% | $122.82 | * | $0.00 | * | $959.03 | 4% | $0.00 | * | $0.00 | * | $2,216.76 | 2% |

---

[4] These expenses are included in the "Expense Categories" Section above; however, the amounts in this section have been adjusted for overlap.
* Less than 1%

*Stuart Maue*

## VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)
Houlihan Lokey Howard & Zukin Capital, Inc.

| | First Interim | | Second Interim | | Third Interim | | Fourth Interim | | Fifth Interim | | Sixth Interim | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % |
| Expenses Billed by Nontimekeepers | $240.75 | 1% | $852.24 | 4% | $288.57 | 1% | $644.39 | 3% | $893.53 | 16% | $69.10 | 2% | $2,988.58 | 3% |
| Video Conference Charge | $0.00 | * | $0.00 | * | $896.44 | 3% | $0.00 | * | $0.00 | * | $0.00 | * | $896.44 | * |
| **Expense  - Compliance/Reasonableness:[4]** | | | | | | | | | | | | | | |
| Local Transportation | $52.10 | * | $108.18 | * | $66.28 | * | $51.80 | * | $0.00 | * | $0.00 | * | $278.36 | * |
| Working Lunches/Dinners | $577.00 | 3% | $797.93 | 4% | $1,389.68 | 5% | $977.13 | 4% | $623.42 | 11% | $288.15 | 10% | $4,653.31 | 5% |
| Overtime Meals and Transportation | $1,908.61 | 10% | $2,137.37 | 10% | $3,659.03 | 14% | $3,148.81 | 9% | $2,349.73 | 42% | $451.13 | 15% | $13,654.68 | 14% |
| Telephone/Cell Charges | $378.20 | 2% | $833.67 | 4% | $688.33 | 3% | $512.09 | 2% | $391.04 | 7% | $79.56 | 3% | $2,882.89 | 3% |
| Expenses - Multiple Attendance – Multiple Attendees | $4,888.98 | 25% | $6,183.37 | 29% | $9,147.77 | 35% | $8,046.84 | 33% | $113.73 | 2% | $1,022.07 | 34% | $29,402.76 | 29% |
| Travel Expenses With No Associated Fees | $1,134.91 | 6% | $122.82 | * | $0.00 | * | $959.03 | 4% | $0.00 | * | $0.00 | * | $2,216.76 | 2% |
| Expenses Billed by NonTimekeepers | $240.75 | 1% | $852.24 | 4% | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $1,092.99 | 1% |
| **Reductions in Expenses Based on Response:** | | | | | | | | | | | | | | |
| Improperly Charged Taxi Expenses | ($63.40) | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | ($63.40) | * |
| Local Transportation Charges | $0.00 | * | ($70.58) | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | ($70.58) | * |
| Messenger Expenses | $0.00 | * | $0.00 | * | ($28.36) | * | ($52.02) | * | ($110.16) | * | $0.00 | * | ($190.54) | * |
| Overtime Meals and Transportation | ($289.20) | * | ($15.10) | * | ($44.96) | * | ($41.00) | * | ($152.06) | * | ($123.16) | * | ($665.48) | * |
| Duplicative Overtime Transportation | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | ($9.00) | * | $0.00 | * | ($9.00) | * |
| Telephone Charges | ($7.50) | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | ($7.50) | * |
| Travel Expenses With No Associated Fees | ($1,014.90) | * | $0.00 | * | $0.00 | * | ($63.85) | * | $0.00 | * | $0.00 | * | (1,078.75) | * |

[4] These expenses are included in the "Expense Categories" Section above; however, the amounts in this section have been adjusted for overlap.
* Less than 1%

**EXHIBIT A**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**Houlihan, Lokey, Howard & Zukin Capital**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|---|---|---|---|---|---|---|---|
| DRH | Hilty, David R. | MANAG DIRECTOR | $421.69 | $495.05 | 47.00 | $22,056.91 | 19 |
| SEB | Burian, Saul E. | MANAG DIRECTOR | $421.69 | $495.05 | 41.50 | $19,224.10 | 21 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $466.45 | | 88.50 | $41,281.01 | |
| | | | | % of Total: | 24.05% | % of Total: 24.28% | |
| JSS | Scherer, Joshua S. | DIRECTOR | $421.69 | $495.05 | 30.00 | $13,971.18 | 18 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $465.71 | | 30.00 | $13,971.18 | |
| | | | | % of Total: | 8.15% | % of Total: 8.22% | |
| AKT | Tang, Agnes K. | VICE PRESIDENT | $421.69 | $495.05 | 57.50 | $26,668.06 | 21 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $463.79 | | 57.50 | $26,668.06 | |
| | | | | % of Total: | 15.63% | % of Total: 15.69% | |
| YSS | Song, Yoon S. | ASSOCIATE | $421.69 | $495.05 | 64.00 | $29,299.00 | 23 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $457.80 | | 64.00 | $29,299.00 | |
| | | | | % of Total: | 17.39% | % of Total: 17.23% | |
| GJL | Lewis, Gabriel J. | FINCL ANALYST | $421.69 | $495.05 | 128.00 | $58,781.40 | 36 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $459.23 | | 128.00 | $58,781.40 | |
| | | | | % of Total: | 34.78% | % of Total: 34.58% | |
| | Total No. of Billers: 6 | Blended Rate for Report: | $461.96 | | 368.00 | $170,000.64 | |

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 1.67 | 702.82 |
| Hilty, D | 2.00 | 843.38 |
| Scherer, J | 1.25 | 527.11 |
| Song, Y | 0.83 | 351.41 |
| Tang, A | 1.00 | 495.05 |
| | 6.75 | $2,919.77 |

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|--|-----------|------------|---|--|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 10/10/06 Tue | Tang, A 1006/31 | 1.00 | 1.00 | 495.05 | | | | 1 | FOLLOW UP DISCUSSIONS ON INFORMATION TO BE INCLUDED IN THE PACK. [2] |
| 11/02/06 Thu | Burian, S 1106/82 | 2.00 | 0.67 | 281.13 | C C, D C | | | 1 2 3 | REVIEWED CURRENT INFO ON BOARD APPOINTMENTS. SPOKE WITH DRH. FOLLOW UP CALLS. [1] [2] |
| 11/03/06 Fri | Scherer, J 1106/86 | 2.50 | 1.25 | 527.11 | C C | | | 1 2 | CONFERENCE CALL AND FOLLOW-UP EMAILS ON ALTERNATE BOARD APPOINTMENT. REVIEWED CREDITORS' COMMITTEE PLAN SUPPLEMENT. [2] |
| 11/09/06 Thu | Burian, S 1106/103 | 2.00 | 1.00 | 421.69 | C C | | | 1 2 | FOLLOW UP CALLS ON INITIAL DISTRIBUTION DATE AND COMMON STOCK RESERVE. REVIEWED CHANGES MADE BY JUDGE FUNK ON CONFIRMATION ORDER. [1] [2] |
| 11/10/06 Fri | Hilty, D 1106/107 | 2.00 | 2.00 | 843.38 | | | | 1 | FOLLOW UP CALLS ON FINAL CONFIRMATION. [2] |
| 11/20/06 Mon | Song, Y 1106/131 | 2.50 | 0.83 | 351.41 | C C C | | | 1 2 3 | CAPRE HOLDINGS ANALYSIS, REVIEWED SECTION 4.6 ANALYSIS, CALL RE: SECTION 4.6 OF THE PLAN. [1] [2] |
| | | | 6.75 | $2,919.77 | | | | | |

Total
Number of Entries:      6

~ See the last page of exhibit for explanation

EXHIBIT B-1  PAGE 2 of 3

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Burian, S | 0.00 | 0.00 | 4.00 | 1,686.76 | 4.00 | 1,686.76 | 1.67 | 702.82 | 1.67 | 702.82 |
| Hilty, D | 2.00 | 843.38 | 0.00 | 0.00 | 2.00 | 843.38 | 0.00 | 0.00 | 2.00 | 843.38 |
| Scherer, J | 0.00 | 0.00 | 2.50 | 1,054.23 | 2.50 | 1,054.23 | 1.25 | 527.11 | 1.25 | 527.11 |
| Song, Y | 0.00 | 0.00 | 2.50 | 1,054.23 | 2.50 | 1,054.23 | 0.83 | 351.41 | 0.83 | 351.41 |
| Tang, A | 1.00 | 495.05 | 0.00 | 0.00 | 1.00 | 495.05 | 0.00 | 0.00 | 1.00 | 495.05 |
| | 3.00 | $1,338.43 | 9.00 | $3,795.21 | 12.00 | $5,133.64 | 3.75 | $1,581.34 | 6.75 | $2,919.77 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS

A     TIME ALLOCATED BY AUDITOR

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Houlihan, Lokey, Howard & Zukin Capital

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 19.00 | 8,819.07 |
| Hilty, D | 19.00 | 8,892.43 |
| Lewis, G | 10.42 | 4,569.89 |
| Scherer, J | 12.00 | 5,573.80 |
| Song, Y | 20.75 | 9,758.77 |
| Tang, A | 12.00 | 5,573.80 |
| | 93.17 | $43,187.76 |

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|------------------------------|-----------------------------|------------|------------|---|---|-------------|
| 10/01/06 Sun | Lewis, G 1006/1 | 1.50 | 0.75 | 371.29 | G, C C | | | 1 2 | MONITOR DOCKET AND OTHER CASE ADMIN [4] |
| 10/12/06 Thu | Lewis, G 1006/42 | 5.00 | 1.67 | 825.08 | C, E C C | | | 1 2 3 | COMMITTEE CALL, CASE ADMINISTRATION, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT. [2] [4] |
| 10/26/06 Thu | Song, Y 1006/65 | 3.00 | 1.00 | 495.05 | C C C | | | 1 2 3 | CASE ADMINISTRATION, REVIEW MILBANK AND A&M MEMOS, REVIEW COMMON STOCK RESERVE CLAUSE IN POR [2] [4] |
| 10/27/06 Fri | Song, Y 1006/68 | 1.50 | 0.75 | 371.29 | C C | | | 1 2 | MONITOR COURT DOCKET. ADMINISTRATIVE CASE ITEMS. [4] |
| 10/31/06 Tue | Burian, S 1006/74 | 11.00 | 11.00 | 5,445.55 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES. [1] [2] [4] |
| 10/31/06 Tue | Hilty, D 1006/73 | 12.00 | 12.00 | 5,940.60 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES. [1] [2] [4] |
| 10/31/06 Tue | Scherer, J 1006/75 | 7.00 | 7.00 | 3,465.35 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES. [1] [2] [4] |
| 10/31/06 Tue | Song, Y 1006/77 | 12.00 | 12.00 | 5,940.60 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES. [1] [2] [4] |
| 10/31/06 Tue | Tang, A 1006/76 | 7.00 | 7.00 | 3,465.35 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES. [1] [2] [4] |
| 11/17/06 Fri | Lewis, G 1106/126 | 1.00 | 1.00 | 421.69 | | | | 1 | CASE ADMINISTRATION [4] |
| 11/21/06 Tue | Burian, S 1106/134 | 8.00 | 8.00 | 3,373.52 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES [2] |
| 11/21/06 Tue | Hilty, D 1106/133 | 7.00 | 7.00 | 2,951.83 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES [2] |
| 11/21/06 Tue | Lewis, G 1106/138 | 7.00 | 7.00 | 2,951.83 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES [2] |
| 11/21/06 Tue | Scherer, J 1106/135 | 5.00 | 5.00 | 2,108.45 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES [2] |
| 11/21/06 Tue | Song, Y 1106/137 | 7.00 | 7.00 | 2,951.83 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES [2] |
| 11/21/06 Tue | Tang, A 1106/136 | 5.00 | 5.00 | 2,108.45 | | | | 1 | UNALLOCATED TIME SPENT DURING THE MONTH ON EMAILS, PHONE CALLS, AND OTHER ACTIVITIES [2] |

~  See the last page of exhibit for explanation

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 93.17 | $43,187.76 | | | | |

Total
Number of Entries:    16

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Houlihan, Lokey, Howard & Zukin Capital


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Burian, S | 19.00 | 8,819.07 | 0.00 | 0.00 | 19.00 | 8,819.07 | 0.00 | 0.00 | 19.00 | 8,819.07 |
| Hilty, D | 19.00 | 8,892.43 | 0.00 | 0.00 | 19.00 | 8,892.43 | 0.00 | 0.00 | 19.00 | 8,892.43 |
| Lewis, G | 8.00 | 3,373.52 | 6.50 | 3,217.83 | 14.50 | 6,591.35 | 2.42 | 1,196.37 | 10.42 | 4,569.89 |
| Scherer, J | 12.00 | 5,573.80 | 0.00 | 0.00 | 12.00 | 5,573.80 | 0.00 | 0.00 | 12.00 | 5,573.80 |
| Song, Y | 19.00 | 8,892.43 | 4.50 | 2,227.73 | 23.50 | 11,120.16 | 1.75 | 866.34 | 20.75 | 9,758.77 |
| Tang, A | 12.00 | 5,573.80 | 0.00 | 0.00 | 12.00 | 5,573.80 | 0.00 | 0.00 | 12.00 | 5,573.80 |
| | 89.00 | $41,125.05 | 11.00 | $5,445.55 | 100.00 | $46,570.60 | 4.17 | $2,062.71 | 93.17 | $43,187.76 |

RANGE OF HOURS

RANGE OF FEES


(-) REASONS FOR TASK HOUR ASSIGNMENTS

A    TIME ALLOCATED BY AUDITOR

EXHIBIT C
BLOCKED ENTRIES
Houlihan, Lokey, Howard & Zukin Capital

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 9.50 | 4,299.50 |
| Hilty, D | 16.50 | 7,874.89 |
| Lewis, G | 101.00 | 46,148.65 |
| Scherer, J | 7.00 | 3,281.95 |
| Song, Y | 31.00 | 14,246.15 |
| Tang, A | 30.00 | 13,567.70 |
| | 195.00 | $89,418.83 |

EXHIBIT C  PAGE 1 of 8

EXHIBIT C
BLOCKED ENTRIES
Houlihan, Lokey, Howard & Zukin Capital

|  |  |  | INFORMATIONAL | |  |  |  |  |
|  |  | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| DATE | NAME | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 10/01/06 Sun | Lewis, G 1006/1 | 1.50 | 1.50 | 742.58 | G B | | 1 2 | MONITOR DOCKET AND OTHER CASE ADMIN [4] |
| 10/02/06 Mon | Lewis, G 1006/4 | 4.00 | 4.00 | 1,980.20 | D | | 1 2 | MET WITH YSS TO DISCUSS SG&A ANALYSIS FOR FORTHCOMING CREDITOR CONFERENCE CALL. WORKED ON ANALYSIS [1] [2] |
| 10/03/06 Tue | Lewis, G 1006/10 | 6.50 | 6.50 | 3,217.83 | D | | 1 2 3 | DISCUSSED BLACKSTONE'S VARIANCE ANALYSIS WITHIN GROUP. EDITED THE SG&A ANALYSIS AND GAVE TO YOON. WD CALL IN AKT'S OFFICE WITH MILBANK REGARDING PL COMP. [1] [2] |
| 10/03/06 Tue | Song, Y 1006/9 | 4.00 | 4.00 | 1,980.20 | D | | 1 2 3 4 5 | REVIEW BLACKSTONE'S VARIANCE ANALYSIS, REVIEW PLAN SUPPLEMENT, DISCUSSED INTERNALLY. REVIEWED SG&A ANALYSIS DONE BY GJL AND SPOKE WITH BONDHOLDER. [1] [2] |
| 10/03/06 Tue | Tang, A 1006/8 | 5.00 | 5.00 | 2,475.25 | | | 1 2 3 4 | WD CALL WITH MILBANK REGARDING PL COMP. REVIEWED WD VARIANCE ANALYSIS SPREADSHEET. CALL WITH BLACKSTONE REGARDING FINANCIAL PERFORMANCE IN '07. UPDATED GROUP ON COMPANY PROJECTIONS FOR PERIODS 1-7. [4] |
| 10/04/06 Wed | Lewis, G 1006/15 | 1.50 | 1.50 | 742.58 | | | 1 2 | REVIEWED WD CASH GENERATION FOR FORTHCOMING ANALYSIS, COORDINATED WITH TEAM ON UPCOMING CREDITORS COMMITTEE MEETING [1] [4] |
| 10/04/06 Wed | Scherer, J 1006/13 | 1.50 | 1.50 | 742.58 | | | 1 2 | PROVIDED DIRECTIONS TO REVIEW WD CASH GENERATION AND WORKING CAPITAL. SPOKE WITH BONDHOLDER REGARDING RECENT FINANCIAL PERFORMANCE. [2] |
| 10/04/06 Wed | Tang, A 1006/14 | 2.00 | 2.00 | 990.10 | | | 1 2 3 | ANALYSIS ON RECENT WD CASH GENERATION. CORRESPONDED WITH GROUP ON MATERIALITY. READ BRIEFING ON EMPLOYEE OVERTIME COMPENSATION COMPLAINT. [1] [2] |
| 10/05/06 Thu | Hilty, D 1006/16 | 2.00 | 2.00 | 990.10 | | | 1 2 | WINN-DIXIE CREDITORS' COMMITTEE CALL. READ MEMO ON TAIL INSURANCE - FOLLOW UP CALL. [1] |
| 10/09/06 Mon | Burian, S 1006/26 | 2.00 | 2.00 | 990.10 | | | 1 2 | REVIEWED BLACKLINE OF COMMITTEES MEMORANDUM OF LAW IN SUPPORT OF THE DEBTORS PLAN. FOLLOW UP CALL WITH MILBANK. [1] [2] |

~ See the last page of exhibit for explanation

EXHIBIT C  PAGE 2 of 8

EXHIBIT C
BLOCKED ENTRIES
Houlihan, Lokey, Howard & Zukin Capital

| | | | INFORMATIONAL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
| 10/09/06 Mon | Lewis, G 1006/28 | 4.00 | 4.00 | 1,980.20 | D | | | 1 | MET WITH AKT TO DISCUSS INFO PACK. |
| | | | | | | | | 2 | PREPARED INTERNAL REVIEW MATERIAL FOR DAVE HILTY AND AGNES TANG FOR CONFIRMATION HEARING [2] [4] |
| 10/10/06 Tue | Lewis, G 1006/33 | 8.50 | 8.50 | 4,207.93 | | | | 1 | PREPARE INTERNAL REVIEW MATERIAL FOR DAVE HILTY AND AGNES TANG FOR CONFIRMATION HEARING, |
| | | | | | | | | 2 | WORKED ON THE RESPONSE TO THE FEE AUDITORS, |
| | | | | | | | | 3 | REVIEWED WD CREDITORS' COMMITTEE PLAN SUPPLEMENT [1] [2] [4] [5] |
| 10/10/06 Tue | Song, Y 1006/32 | 5.50 | 5.50 | 2,722.78 | | | | 1 | CATCH UP ON WINN DIXIE EMAILS AND DOCUMENTS CIRCULATED BY MILBANK, |
| | | | | | | | | 2 | PREPARE INTERNAL REVIEW MATERIAL FOR CONFIRMATION HEARING PREPARATION, |
| | | | | | G | | | 3 | CASE ADMINISTRATION (FEE AUDITORS RESPONSE) [1] [2] [4] [5] |
| 10/12/06 Thu | Burian, S 1006/38 | 2.00 | 2.00 | 990.10 | E | | | 1 | COMMITTEE CALL, |
| | | | | | | | | 2 | REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Hilty, D 1006/37 | 2.00 | 2.00 | 990.10 | | | | 1 | COMMITTEE CALL, |
| | | | | | | | | 2 | REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Lewis, G 1006/42 | 5.00 | 5.00 | 2,475.25 | E B | | | 1 | COMMITTEE CALL, |
| | | | | | | | | 2 | CASE ADMINISTRATION, |
| | | | | | | | | 3 | REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT. [2] [4] |
| 10/12/06 Thu | Scherer, J 1006/39 | 2.00 | 2.00 | 990.10 | E | | | 1 | COMMITTEE CALL, |
| | | | | | | | | 2 | REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Song, Y 1006/41 | 2.00 | 2.00 | 990.10 | E | | | 1 | COMMITTEE CALL, |
| | | | | | | | | 2 | REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Tang, A 1006/40 | 2.00 | 2.00 | 990.10 | E | | | 1 | COMMITTEE CALL, |
| | | | | | | | | 2 | REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/13/06 Fri | Hilty, D 1006/43 | 8.50 | 8.50 | 4,207.93 | D | 8.00 0.50 | A A | 1 2 | ATTENDED CONFIRMATION HEARING. CALL WITH JSS ON WD. [2] |
| 10/13/06 Fri | Scherer, J 1006/44 | 1.00 | 1.00 | 495.05 | D | | | 1 | REVIEWED BRIEFING ON DISCLOSURE HEARING. |
| | | | | | | | | 2 | CALL WITH DRH TO DISCUSS. [1] [2] |

~  See the last page of exhibit for explanation

EXHIBIT C  PAGE 3 of 8

EXHIBIT C
BLOCKED ENTRIES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|-------------|
| | | | INFORMATIONAL | | | | | |
| 10/23/06 Mon | Tang, A 1006/56 | 2.50 | 2.50 | 1,237.63 | | | | 1 CONFERENCE CALL WITH BS REGARDING SECTION 4.6 AND CAP ON BONDS. 2 UPDATED TEAM ON STATUS. [2] [4] |
| 10/24/06 Tue | Lewis, G 1006/60 | 1.50 | 1.50 | 742.58 | | | | 1 PROCESSED SEPTEMBER INVOICE 2 AND REVIEWED POST-CONFIRMATION BRIEF [1] |
| 10/25/06 Wed | Lewis, G 1006/63 | 5.50 | 5.50 | 2,722.78 | G G G | | | 1 PERFORMED ADMINISTRATIVE WORK ON WD CASE, 2 RESEARCHED NEWS ARTICLES ON WD, 3 WROTE INTERNAL MEMO ON RECENT NEWS. [4] |
| 10/26/06 Thu | Lewis, G 1006/66 | 6.00 | 6.00 | 2,970.30 | G D | | | 1 WORKED ON RESPONSE TO THE FEE EXAMINER'S REPORT, 2 COORDINATED WITH TEAM TO COLLECT TIMESHEETS. 3 UPDATED MONTHLY SPREADSHEET WITH SEPTEMBER MOR. 4 DISCUSSED WITH AKT. 5 REVIEWED EXPENSES FOR FEE APP. [1] [2] [4] |
| 10/26/06 Thu | Song, Y 1006/65 | 3.00 | 3.00 | 1,485.15 | B | | | 1 CASE ADMINISTRATION, 2 REVIEW MILBANK AND A&M MEMOS, 3 REVIEW COMMON STOCK RESERVE CLAUSE IN POR [2] [4] |
| 10/26/06 Thu | Tang, A 1006/64 | 1.00 | 1.00 | 495.05 | D G | | | 1 COORDINATED WITH GJL ON SPREADING SEPTEMBER MOR. 2 REVIEWED HOURLY TIMESHEET. [2] [4] |
| 10/27/06 Fri | Song, Y 1006/68 | 1.50 | 1.50 | 742.58 | B | | | 1 MONITOR COURT DOCKET. 2 ADMINISTRATIVE CASE ITEMS. [4] |
| 10/31/06 Tue | Lewis, G 1006/78 | 4.50 | 4.50 | 2,227.73 | | | | 1 MADE FINAL EDITS TO WD MOR. WORKED ON SEPT BILL. 2 SPOKE WITH BUY-SIDE ABOUT WD BONDS. [1] [2] [4] |
| 11/01/06 Wed | Lewis, G 1106/80 | 5.50 | 5.50 | 2,319.30 | G | | | 1 REVIEWED CLAIMS ANALYSIS PRIOR TO THURSDAY'S MEETING. 2 RESEARCHED PREVIOUS DEALS CLAIMS RESERVES. 3 PERFORMED NEWS RUN AND SUMMARIZED. [1] [4] |
| 11/02/06 Thu | Burian, S 1106/82 | 2.00 | 2.00 | 843.38 | D B | | | 1 REVIEWED CURRENT INFO ON BOARD APPOINTMENTS. 2 SPOKE WITH DRH. 3 FOLLOW UP CALLS. [1] [2] |

~ See the last page of exhibit for explanation

EXHIBIT C  PAGE 4 of 8

EXHIBIT C
BLOCKED ENTRIES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/02/06 Thu | Lewis, G 1106/85 | 5.00 | 5.00 | 2,108.45 | E | | | 1 ATTENDED WD MEETING AT SKADDEN OFFICE RE CLAIMS, 2 WROTE MEMO TO THE TEAM ON MEETING, 3 REVIEWED RECOVERY SUMMARY RESERVES [1] [2] [4] |
| 11/03/06 Fri | Lewis, G 1106/88 | 5.00 | 5.00 | 2,108.45 | | | | 1 DRAFTED INTERNAL MEMO ON BOARD APPOINTMENT. 2 MONITORED COURT DOCKET. 3 UPDATED WD 2-PAGER FINANCIAL SUMMARY. [1] [4] |
| 11/03/06 Fri | Scherer, J 1106/86 | 2.50 | 2.50 | 1,054.23 | B | | | 1 CONFERENCE CALL AND FOLLOW-UP EMAILS ON ALTERNATE BOARD APPOINTMENT. 2 REVIEWED CREDITORS' COMMITTEE PLAN SUPPLEMENT. [2] |
| 11/06/06 Mon | Lewis, G 1106/94 | 7.50 | 7.50 | 3,162.68 | D | | | 1 DRAFTED MEMO TO THE TEAM BASED ON CLAIMS ANALYSIS WITH YSS. 2 MET WITH AKT AND YSS TO DISCUSS REVISED RECOVERIES BASED ON COMMON STOCK RESERVE. 3 FOLLOW UP DISCUSSION WITH DRH. 4 WORKED ON SCENARIO ANALYSIS 4.6 WITH YOON. 5 WORKED ON BILLING INVOICE. [1] [2] [4] |
| 11/06/06 Mon | Song, Y 1106/93 | 3.50 | 3.50 | 1,475.92 | D | | | 1 COMMON STOCK RESERVE ANALYSIS, 2 CALL WITH COMERFORD, 3 INTERNAL DISCUSSIONS WITH AKT, GL AND DRH RE: COMMON STOCK RESERVE. [1] [2] |
| 11/06/06 Mon | Tang, A 1106/92 | 3.50 | 3.50 | 1,475.92 | D | | | 1 MET WITH YSS, DRH, GJL ON REVISED RECOVERIES BASED UPON STOCK RESERVES. 2 CALL WITH JAMIE FROM BS ON SECTION 4.6 ANALYSIS. [2] |
| 11/07/06 Tue | Lewis, G 1106/95 | 4.50 | 4.50 | 1,897.61 | | | | 1 FOLLOW UP WORK ON BILLING INVOICE AND COMMON STOCK RESERVE. 2 WORKED ON COMMON STOCK RESERVE MEMO. [1] [4] |
| 11/08/06 Wed | Lewis, G 1106/101 | 5.00 | 5.00 | 2,108.45 | E | | | 1 WINN-DIXIE CREDITORS' COMMITTEE CALL. 2 RESEARCHED CALL TOPICS. 3 PERFORMED STUDY ON POST-REORG EQUITY PRICING. [1] [2] [4] |
| 11/08/06 Wed | Song, Y 1106/100 | 4.00 | 4.00 | 1,686.76 | E | | | 1 WINN-DIXIE CREDITORS' COMMITTEE CALL. 2 WORKED WITH GJL ON CLAIMS RESERVE ANALYSIS. [1] [2] |
| 11/09/06 Thu | Burian, S 1106/103 | 2.00 | 2.00 | 843.38 | B | | | 1 FOLLOW UP CALLS ON INITIAL DISTRIBUTION DATE AND COMMON STOCK RESERVE. 2 REVIEWED CHANGES MADE BY JUDGE FUNK ON CONFIRMATION ORDER. [1] [2] |

~ See the last page of exhibit for explanation

EXHIBIT C  PAGE 5 of 8

EXHIBIT C
BLOCKED ENTRIES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|---|-------------|
| | | | INFORMATIONAL | | | | | | |
| 11/09/06 Thu | Song, Y 1106/105 | 2.00 | 2.00 | 843.38 | | | | 1 | COMMITTEE CALL. |
| | | | | | | | | 2 | REVIEWED ORDER CONFIRMING PLAN OF REORGANIZATION. [1] [2] |
| 11/09/06 Thu | Tang, A 1106/104 | 2.00 | 2.00 | 843.38 | | | | 1 | REVIEWED RECENT WD 10Q FILING. |
| | | | | | | | | 2 | REVIEWED ORDER CONFIRMING PLAN OF REORGANIZATION. [1] |
| 11/13/06 Mon | Lewis, G 1106/109 | 4.00 | 4.00 | 1,686.76 | | | | 1 | WORKED ON FEE APPLICATION. |
| | | | | | | | | 2 | RESEARCH FOR YSS ON DISCLOSURE STATEMENT FILINGS. [4] |
| 11/14/06 Tue | Lewis, G 1106/113 | 5.00 | 5.00 | 2,108.45 | | | | 1 | RESEARCHED PUBLIC INFO ON SAME STORE SALES INCREASES FOR TEAM. |
| | | | | | | | | 2 | RE-WORKED ANALYSIS ON CLAIMS RESERVE DONE FOR PREVIOUS COMMITTEE CALL. |
| | | | | | D | | | 3 | CALL WITH YSS REGARDING CLAIMS. [1] [2] [4] |
| 11/14/06 Tue | Song, Y 1106/112 | 3.00 | 3.00 | 1,265.07 | | | | 1 | REVIEW BLACKSTONE'S CLAIMS RESERVE AND SHARES OUTSTANDING ANALYSIS. |
| | | | | | D | | | 2 | CALL WITH GL. |
| | | | | | D | | | 3 | CALL WITH AKT. |
| | | | | | | | | 4 | EMAIL UPDATE REGARDING BLACKSTONE'S ANALYSIS [1] [2] |
| 11/14/06 Tue | Tang, A 1106/111 | 2.00 | 2.00 | 843.38 | | | | 1 | REVIEWED CLAIMS AND SHARE ANALYSIS. |
| | | | | | D | | | 2 | CALL WITH YSS REGARDING WD CASE. [1] [2] |
| 11/15/06 Wed | Tang, A 1106/115 | 5.00 | 5.00 | 2,108.45 | D | | | 1 | MET WITH YSS AND GJL ON CLAIMS AND SHARE ANALYSIS. |
| | | | | | | | | 2 | CALL WITH MILBANK AND BS ON INCREMENTAL VALUE DISCLOSURE AS PART OF THE CLOSING PROCESS - FOLLOWED UP WITH JSS. |
| | | | | | | | | 3 | COORDINATED WITH BS ON TRADE ADVISOR ISSUES. |
| | | | | | | | | 4 | REVIEWED WD FEE APP. [1] [2] [4] |
| 11/16/06 Thu | Hilty, D 1106/118 | 4.00 | 4.00 | 1,686.76 | | | | 1 | CREDITORS' COMMITTEE CALL. |
| | | | | | | | | 2 | REVIEWED MILBANK'S FINDINGS OF FACT AND CONCLUSIONS OF LAW MEMO. |
| | | | | | | | | 3 | FOLLOW UP CALL TO DISCUSS. |
| | | | | | | | | 4 | REVIEWED FEE STRUCTURE ANALYSIS PRIOR TO SUBMISSION. [1] [2] |
| 11/16/06 Thu | Lewis, G 1106/123 | 8.50 | 8.50 | 3,584.37 | E | | | 1 | CREDITORS' COMMITTEE CALL. |
| | | | | | D | | | 2 | MET WITH AKT TO DISCUSS RESEARCH ON AMENDMENT TO HLHZ FEE STRUCTURE. |
| | | | | | | | | 3 | PERFORMED FEE ANALYSIS. [1] [2] [4] |

~  See the last page of exhibit for explanation

EXHIBIT C  PAGE 6 of 8

EXHIBIT C
BLOCKED ENTRIES
Houlihan, Lokey, Howard & Zukin Capital

| | | | INFORMATIONAL | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
| 11/16/06 Thu | Tang, A 1106/121 | 5.00 | 5.00 | 2,108.45 | E D | | | 1 2 3 4 | COMMITTEE CALL. MET WITH GJL TO DISCUSS AMENDED HLHZ FEE STRUCTURE. REVIEWED AND EDITED AMENDED FEE ANALYSIS SPREADSHEET TO BE SUBMITTED TO MILBANK. 'REVIEWED MILBANK'S FINDINGS OF FACT AND CONCLUSIONS OF LAW MEMO. [1] [2] |
| 11/20/06 Mon | Burian, S 1106/128 | 1.50 | 1.50 | 632.54 | | | | 1 2 | SPOKE WITH MEMBERS OF THE NOMINATING SUB-COMMITTEE ON BOARD APPOINTMENT ISSUES. REVIEW CAPRE ANALYSIS. [1] [2] |
| 11/20/06 Mon | Lewis, G 1106/132 | 2.50 | 2.50 | 1,054.23 | G | | | 1 2 3 | WORKED ON 5 PERCENT HOLDER ANALYSIS WITH YSS. SCANNED AND SENT THE FEE APP TO MILBANK. DID RESEARCH ON WD PRE-PETITION TOTAL DEBT. [1] [4] |
| 11/20/06 Mon | Song, Y 1106/131 | 2.50 | 2.50 | 1,054.23 | B | | | 1 2 3 | CAPRE HOLDINGS ANALYSIS. REVIEWED SECTION 4.6 ANALYSIS, CALL RE: SECTION 4.6 OF THE PLAN. [1] [2] |
| | | | 195.00 | $89,418.83 | | | | | |

Total
Number of Entries:    54

~ See the last page of exhibit for explanation

EXHIBIT C  PAGE 7 of 8

EXHIBIT C
BLOCKED ENTRIES
Houlihan, Lokey, Howard & Zukin Capital


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Burian, S | 9.50 | 4,299.50 | 0.00 | 0.00 | 9.50 | 4,299.50 | 0.00 | 0.00 | 9.50 | 4,299.50 |
| Hilty, D | 16.50 | 7,874.89 | 0.00 | 0.00 | 16.50 | 7,874.89 | 0.00 | 0.00 | 16.50 | 7,874.89 |
| Lewis, G | 101.00 | 46,148.65 | 0.00 | 0.00 | 101.00 | 46,148.65 | 0.00 | 0.00 | 101.00 | 46,148.65 |
| Scherer, J | 7.00 | 3,281.95 | 0.00 | 0.00 | 7.00 | 3,281.95 | 0.00 | 0.00 | 7.00 | 3,281.95 |
| Song, Y | 31.00 | 14,246.15 | 0.00 | 0.00 | 31.00 | 14,246.15 | 0.00 | 0.00 | 31.00 | 14,246.15 |
| Tang, A | 30.00 | 13,567.70 | 0.00 | 0.00 | 30.00 | 13,567.70 | 0.00 | 0.00 | 30.00 | 13,567.70 |
| | 195.00 | $89,418.83 | 0.00 | $0.00 | 195.00 | $89,418.83 | 0.00 | $0.00 | 195.00 | $89,418.83 |

RANGE OF HOURS

RANGE OF FEES


(–) REASONS FOR TASK HOUR ASSIGNMENTS

A    TIME ALLOCATED BY AUDITOR

EXHIBIT C  PAGE 8 of 8

EXHIBIT D
INTRAOFFICE CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

## INTRAOFFICE CONFERENCES

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 3.17 | 1,518.75 |
| Hilty, D | 2.50 | 1,127.59 |
| Lewis, G | 20.15 | 9,363.92 |
| Scherer, J | 3.75 | 1,819.76 |
| Song, Y | 5.47 | 2,437.29 |
| Tang, A | 7.50 | 3,272.72 |
| | 42.53 | $19,540.02 |

## INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 1.67 | 776.18 |
| Hilty, D | 2.50 | 1,127.59 |
| Lewis, G | 15.87 | 7,414.63 |
| Scherer, J | 1.50 | 705.90 |
| Song, Y | 5.47 | 2,437.29 |
| Tang, A | 6.75 | 2,956.45 |
| | 33.75 | $15,418.02 |

EXHIBIT D
INTRAOFFICE CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|------------------|----------------|------------|------------|---|---|-------------|
| 10/02/06 Mon | Lewis, G 1006/4 | 4.00 | 2.00 | 990.10 | C C | | & | 1 2 | MET WITH YSS TO DISCUSS SG&A ANALYSIS FOR FORTHCOMING CREDITOR CONFERENCE CALL. WORKED ON ANALYSIS [1] [2] |
| 10/02/06 Mon | Song, Y 1006/3 | 1.00 | 1.00 | 495.05 | | | & | 1 | MET WITH GJL TO DISCUSS SG&A ANALYSIS FOR FORTHCOMING CREDITOR CONFERENCE CALL. [2] |
| 10/03/06 Tue | Lewis, G 1006/10 | 6.50 | 2.17 | 1,072.61 | C C C | | & | 1 2 3 | DISCUSSED BLACKSTONE'S VARIANCE ANALYSIS WITHIN GROUP. EDITED THE SG&A ANALYSIS AND GAVE TO YOON. WD CALL IN AKT'S OFFICE WITH MILBANK REGARDING PL COMP. [1] [2] |
| 10/03/06 Tue | Scherer, J 1006/7 | 0.50 | 0.50 | 247.53 | | | & | 1 | DISCUSSED VARIANCE ANALYSIS WITHIN GROUP. [2] |
| 10/03/06 Tue | Song, Y 1006/9 | 4.00 | 0.80 | 396.04 | C C C C C | | & | 1 2 3 4 5 | REVIEW BLACKSTONE'S VARIANCE ANALYSIS, REVIEW PLAN SUPPLEMENT, DISCUSSED INTERNALLY. REVIEWED SG&A ANALYSIS DONE BY GJL AND SPOKE WITH BONDHOLDER. [1] [2] |
| 10/04/06 Wed | Burian, S 1006/12 | 1.00 | 1.00 | 495.05 | | | | 1 | DISCUSSED ISSUE OF ADDITIONAL CASH WITH AKT. [2] |
| 10/04/06 Wed | Lewis, G 1006/15 | 1.50 | 0.75 | 371.29 | C C | | | 1 2 | REVIEWED WD CASH GENERATION FOR FORTHCOMING ANALYSIS, COORDINATED WITH TEAM ON UPCOMING CREDITORS COMMITTEE MEETING [1] [4] |
| 10/04/06 Wed | Scherer, J 1006/13 | 1.50 | 0.75 | 371.29 | C C | | | 1 2 | PROVIDED DIRECTIONS TO REVIEW WD CASH GENERATION AND WORKING CAPITAL. SPOKE WITH BONDHOLDER REGARDING RECENT FINANCIAL PERFORMANCE. [2] |
| 10/06/06 Fri | Burian, S 1006/22 | 0.50 | 0.50 | 247.53 | | | & | 1 | DISCUSS WITH GJL REGARDING PL CONTRACT. [2] |
| 10/06/06 Fri | Lewis, G 1006/24 | 2.50 | 2.50 | 1,237.63 | | | & | 1 | COORDINATED WITH SEB ON PL CONTRACT. [1] [4] |
| 10/06/06 Fri | Scherer, J 1006/23 | 1.50 | 1.50 | 742.58 | | | | 1 | PROVIDED DIRECTION REGARDING REVISED RECOVERIES BASED ON COMMON STOCK RESERVE. [1] [2] |
| 10/09/06 Mon | Lewis, G 1006/28 | 4.00 | 2.00 | 990.10 | C C | | & | 1 2 | MET WITH AKT TO DISCUSS INFO PACK. PREPARED INTERNAL REVIEW MATERIAL FOR DAVE HILTY AND AGNES TANG FOR CONFIRMATION HEARING [2] [4] |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|------------|----------------|---------------|-----------|------------|---|---|-------------|
| | | | INFORMATIONAL | | | | | | |
| 10/09/06 Mon | Tang, A 1006/27 | 1.00 | 1.00 | 495.05 | | | & | 1 | MET WITH GJL TO DISCUSS ASSEMBLAGE OF INFO PACK FOR CONFIRMATION HEARING.[2] |
| 10/10/06 Tue | Burian, S 1006/30 | 0.50 | 0.50 | 247.53 | | | | 1 | PROVIDED DIRECTION ON RESPONSE TO THE FEE EXAMINER. [4] |
| 10/11/06 Wed | Burian, S 1006/35 | 0.50 | 0.50 | 247.53 | | | & | 1 | SPOKE WITH DRH ABOUT PL CONTRACT. [2] |
| 10/11/06 Wed | Hilty, D 1006/34 | 0.50 | 0.50 | 247.53 | | | & | 1 | TOUCHED BASE WITH SEB ON ISSUES RELATING TO PL CONTRACT. [2] |
| 10/13/06 Fri | Hilty, D 1006/43 | 8.50 | 0.50 | 247.53 | C C | 8.00 0.50 | A A & | 1 2 | ATTENDED CONFIRMATION HEARING. CALL WITH JSS ON WD. [2] |
| 10/13/06 Fri | Scherer, J 1006/44 | 1.00 | 0.50 | 247.53 | C C | | & | 1 2 | REVIEWED BRIEFING ON DISCLOSURE HEARING. CALL WITH DRH TO DISCUSS. [1] [2] |
| 10/26/06 Thu | Lewis, G 1006/66 | 6.00 | 2.40 | 1,188.12 | C G, C C C C | | & | 1 2 3 4 5 | WORKED ON RESPONSE TO THE FEE EXAMINER'S REPORT, COORDINATED WITH TEAM TO COLLECT TIMESHEETS. UPDATED MONTHLY SPREADSHEET WITH SEPTEMBER MOR, DISCUSSED WITH AKT. REVIEWED EXPENSES FOR FEE APP. [1] [2] [4] |
| 10/26/06 Thu | Tang, A 1006/64 | 1.00 | 0.50 | 247.53 | C G, C | | & | 1 2 | COORDINATED WITH GJL ON SPREADING SEPTEMBER MOR. REVIEWED HOURLY TIMESHEET. [2] [4] |
| 11/02/06 Thu | Burian, S 1106/82 | 2.00 | 0.67 | 281.13 | C C C, B | | & | 1 2 3 | REVIEWED CURRENT INFO ON BOARD APPOINTMENTS. SPOKE WITH DRH. FOLLOW UP CALLS. [1] [2] |
| 11/02/06 Thu | Hilty, D 1106/81 | 0.50 | 0.50 | 210.85 | | | & | 1 | DISCUSS WITH SEB REGARDING POTENTIAL BOARD NOMINEES. [2] |
| 11/05/06 Sun | Tang, A 1106/89 | 0.50 | 0.25 | 105.42 | G | | | 1 2 | REVIEWED AND UPDATED HOURLY TIMESHEET. COORDINATED WITH GROUP ON INVOICES AND BILLING. [4] |
| 11/06/06 Mon | Hilty, D 1106/90 | 1.00 | 1.00 | 421.69 | | | & | 1 | MET WITH YSS, AKT, GJL ON REVISED RECOVERIES BASED UPON STOCK RESERVES. [2] |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|---------------|---------------|-----------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 11/06/06 Mon | Lewis, G 1106/94 | 7.50 | 3.00 | 1,265.07 | C C C C C | | & | 1 2 3 4 5 | DRAFTED MEMO TO THE TEAM BASED ON CLAIMS ANALYSIS WITH YSS. MET WITH AKT AND YSS TO DISCUSS REVISED RECOVERIES BASED ON COMMON STOCK RESERVE. FOLLOW UP DISCUSSION WITH DRH. WORKED ON SCENARIO ANALYSIS 4.6 WITH YOON. WORKED ON BILLING INVOICE. [1] [2] [4] |
| 11/06/06 Mon | Song, Y 1106/93 | 3.50 | 1.17 | 491.97 | C C C | | & | 1 2 3 | COMMON STOCK RESERVE ANALYSIS, CALL WITH COMERFORD, INTERNAL DISCUSSIONS WITH AKT, GL AND DRH RE: COMMON STOCK RESERVE. [1] [2] |
| 11/06/06 Mon | Tang, A 1106/92 | 3.50 | 1.75 | 737.96 | C C | | & | 1 2 | MET WITH YSS, DRH, GJL ON REVISED RECOVERIES BASED UPON STOCK RESERVES. CALL WITH JAMIE FROM BS ON SECTION 4.6 ANALYSIS. [2] |
| 11/14/06 Tue | Lewis, G 1106/113 | 5.00 | 1.67 | 702.82 | C C C | | & | 1 2 3 | RESEARCHED PUBLIC INFO ON SAME STORE SALES INCREASES FOR TEAM. RE-WORKED ANALYSIS ON CLAIMS RESERVE DONE FOR PREVIOUS COMMITTEE CALL. CALL WITH YSS REGARDING CLAIMS. [1] [2] [4] |
| 11/14/06 Tue | Song, Y 1106/112 | 3.00 | 1.50 | 632.54 | C C C C | | & & | 1 2 3 4 | REVIEW BLACKSTONE'S CLAIMS RESERVE AND SHARES OUTSTANDING ANALYSIS, CALL WITH GL, CALL WITH AKT, EMAIL UPDATE REGARDING BLACKSTONE'S ANALYSIS [1] [2] |
| 11/14/06 Tue | Tang, A 1106/111 | 2.00 | 1.00 | 421.69 | C C | | & | 1 2 | REVIEWED CLAIMS AND SHARE ANALYSIS, CALL WITH YSS REGARDING WD CASE. [1] [2] |
| 11/15/06 Wed | Scherer, J 1106/114 | 0.50 | 0.50 | 210.85 | | | & | 1 | DISCUSSED INCREMENTAL VALUE DISCLOSURE AT CLOSING W/ AKT. [2] |
| 11/15/06 Wed | Song, Y 1106/116 | 1.00 | 1.00 | 421.69 | | | & | 1 | MET WITH AKT AND GJL ON CLAIMS AND SHARE ANALYSIS [2] |
| 11/15/06 Wed | Tang, A 1106/115 | 5.00 | 1.25 | 527.11 | C C C C | | & | 1 2 3 4 | MET WITH YSS AND GJL ON CLAIMS AND SHARE ANALYSIS. CALL WITH MILBANK AND BS ON INCREMENTAL VALUE DISCLOSURE AS PART OF THE CLOSING PROCESS - FOLLOWED UP WITH JSS. COORDINATED WITH BS ON TRADE ADVISOR ISSUES. REVIEWED WD FEE APP. [1] [2] [4] |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|---------------|--|------------|-----------|---|--|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 11/16/06 | Lewis, G | 8.50 | 2.83 | 1,194.79 | C, E | | | 1 | CREDITORS' COMMITTEE CALL. |
| Thu | 1106/123 | | | | C | | & | 2 | MET WITH AKT TO DISCUSS RESEARCH ON AMENDMENT TO HLHZ FEE STRUCTURE. |
| | | | | | C | | | 3 | PERFORMED FEE ANALYSIS. [1] [2] [4] |
| 11/16/06 | Tang, A | 5.00 | 1.25 | 527.11 | C, E | | | 1 | COMMITTEE CALL. |
| Thu | 1106/121 | | | | C | | & | 2 | MET WITH GJL TO DISCUSS AMENDED HLHZ FEE STRUCTURE. |
| | | | | | C | | | 3 | REVIEWED AND EDITED AMENDED FEE ANALYSIS SPREADSHEET TO BE SUBMITTED TO MILBANK. |
| | | | | | C | | | 4 | 'REVIEWED MILBANK'S FINDINGS OF FACT AND CONCLUSIONS OF LAW MEMO. [1] [2] |
| 11/20/06 | Lewis, G | 2.50 | 0.83 | 351.41 | C | | | 1 | WORKED ON 5 PERCENT HOLDER ANALYSIS WITH YSS. |
| Mon | 1106/132 | | | | G, C | | | 2 | SCANNED AND SENT THE FEE APP TO MILBANK. |
| | | | | | C | | | 3 | DID RESEARCH ON WD PRE-PETITION TOTAL DEBT. [1] [4] |
| 11/20/06 | Tang, A | 0.50 | 0.50 | 210.85 | | | | 1 | COORDINATED WITH TEAM ON 5% HOLDERS ANALYSIS [2] |
| Mon | 1106/130 | | | | | | | | |

|  | | | | |
|--|--|--|--|--|
| TOTAL OF ALL ENTRIES | | 42.53 | $19,540.02 | |
| TOTAL ENTRY COUNT: | 37 | | | |
| TOTAL TASK COUNT: | 40 | | | |
| TOTAL OF & ENTRIES | | 33.75 | $15,418.02 | |
| TOTAL ENTRY COUNT: | 29 | | | |
| TOTAL TASK COUNT: | 30 | | | |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

SUMMARY OF HOURS AND FEES BY INDIVIDUAL
INTRAOFFICE CONFERENCES

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Burian, S | 2.50 | 1,237.63 | 2.00 | 843.38 | 4.50 | 2,081.01 | 0.67 | 281.13 | 3.17 | 1,518.75 |
| Hilty, D | 2.50 | 1,127.59 | 0.00 | 0.00 | 2.50 | 1,127.59 | 0.00 | 0.00 | 2.50 | 1,127.59 |
| Lewis, G | 2.50 | 1,237.63 | 45.50 | 20,800.82 | 48.00 | 22,038.44 | 17.65 | 8,126.30 | 20.15 | 9,363.92 |
| Scherer, J | 2.50 | 1,200.95 | 2.50 | 1,237.63 | 5.00 | 2,438.57 | 1.25 | 618.81 | 3.75 | 1,819.76 |
| Song, Y | 2.00 | 916.74 | 10.50 | 4,721.19 | 12.50 | 5,637.93 | 3.47 | 1,520.55 | 5.47 | 2,437.29 |
| Tang, A | 1.50 | 705.90 | 17.00 | 7,242.09 | 18.50 | 7,947.99 | 6.00 | 2,566.82 | 7.50 | 3,272.72 |
| | 13.50 | $6,426.42 | 77.50 | $34,845.10 | 91.00 | $41,271.51 | 29.03 | $13,113.61 | 42.53 | $19,540.02 |

—————————————— RANGE OF HOURS ——————————————

—————————————— RANGE OF FEES ——————————————

EXHIBIT D
INTRAOFFICE CONFERENCES
Houlihan, Lokey, Howard & Zukin Capital

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Burian, S | 1.00 | 495.05 | 2.00 | 843.38 | 3.00 | 1,338.43 | 0.67 | 281.13 | 1.67 | 776.18 |
| Hilty, D | 2.50 | 1,127.59 | 0.00 | 0.00 | 2.50 | 1,127.59 | 0.00 | 0.00 | 2.50 | 1,127.59 |
| Lewis, G | 2.50 | 1,237.63 | 41.50 | 19,004.02 | 44.00 | 20,241.64 | 13.37 | 6,177.01 | 15.87 | 7,414.63 |
| Scherer, J | 1.00 | 458.37 | 1.00 | 495.05 | 2.00 | 953.42 | 0.50 | 247.53 | 1.50 | 705.90 |
| Song, Y | 2.00 | 916.74 | 10.50 | 4,721.19 | 12.50 | 5,637.93 | 3.47 | 1,520.55 | 5.47 | 2,437.29 |
| Tang, A | 1.00 | 495.05 | 16.50 | 7,031.25 | 17.50 | 7,526.30 | 5.75 | 2,461.40 | 6.75 | 2,956.45 |
| | 10.00 | $4,730.42 | 71.50 | $32,094.88 | 81.50 | $36,825.30 | 23.75 | $10,687.60 | 33.75 | $15,418.02 |

RANGE OF HOURS

RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS

A    TIME ALLOCATED BY AUDITOR

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Houlihan, Lokey, Howard & Zukin Capital


NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 4.00 | 1,833.48 |
| Hilty, D | 12.00 | 5,793.88 |
| Lewis, G | 12.00 | 5,488.21 |
| Scherer, J | 4.00 | 1,833.48 |
| Song, Y | 7.00 | 3,098.55 |
| Tang, A | 13.50 | 6,518.12 |
| | 52.50 | $24,565.72 |


NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 4.00 | 1,833.48 |
| Hilty, D | 0.00 | 0.00 |
| Lewis, G | 9.83 | 4,415.61 |
| Scherer, J | 4.00 | 1,833.48 |
| Song, Y | 4.00 | 1,833.48 |
| Tang, A | 12.25 | 5,899.30 |
| | 34.08 | $15,815.35 |

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Houlihan, Lokey, Howard & Zukin Capital

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/03/06 Tue | Lewis, G 1006/10 | 6.50 | 2.17 | 1,072.61 | C, D<br>C<br>C | | | 1  DISCUSSED BLACKSTONE'S VARIANCE ANALYSIS WITHIN GROUP.<br>2  EDITED THE SG&A ANALYSIS AND GAVE TO YOON.<br>3  <u>WD CALL IN AKT'S OFFICE WITH MILBANK REGARDING PL COMP. [1] [2]</u> |
| 10/03/06 Tue | Tang, A 1006/8 | 5.00 | 1.25 | 618.81 | C<br>C<br>C<br>C | | | 1  <u>WD CALL WITH MILBANK REGARDING PL COMP.</u><br>2  REVIEWED WD VARIANCE ANALYSIS SPREADSHEET.<br>3  CALL WITH BLACKSTONE REGARDING FINANCIAL PERFORMANCE IN '07.<br>4  UPDATED GROUP ON COMPANY PROJECTIONS FOR PERIODS 1-7. [4] |
| 10/05/06 Thu | Burian, S 1006/17 | 1.00 | 1.00 | 495.05 | | | & | 1  <u>WINN-DIXIE CREDITORS' COMMITTEE CALL [2]</u> |
| 10/05/06 Thu | Hilty, D 1006/16 | 2.00 | 1.00 | 495.05 | C<br>C | | | 1  <u>WINN-DIXIE CREDITORS' COMMITTEE CALL.</u><br>2  READ MEMO ON TAIL INSURANCE - FOLLOW UP CALL. [1] |
| 10/05/06 Thu | Lewis, G 1006/21 | 2.00 | 2.00 | 990.10 | | | & | 1  <u>WINN-DIXIE CREDITORS' COMMITTEE CALL [2] [4]</u> |
| 10/05/06 Thu | Scherer, J 1006/18 | 1.00 | 1.00 | 495.05 | | | & | 1  <u>WINN-DIXIE CREDITORS' COMMITTEE CALL [2]</u> |
| 10/05/06 Thu | Song, Y 1006/20 | 1.00 | 1.00 | 495.05 | | | & | 1  <u>WINN-DIXIE CREDITORS' COMMITTEE CALL [2]</u> |
| 10/05/06 Thu | Tang, A 1006/19 | 1.00 | 1.00 | 495.05 | | | & | 1  <u>WINN-DIXIE CREDITORS' COMMITTEE CALL [2]</u> |
| 10/12/06 Thu | Burian, S 1006/38 | 2.00 | 1.00 | 495.05 | C<br>C | | & | 1  <u>COMMITTEE CALL.</u><br>2  REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Hilty, D 1006/37 | 2.00 | 1.00 | 495.05 | C<br>C | | | 1  <u>COMMITTEE CALL.</u><br>2  REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Lewis, G 1006/42 | 5.00 | 1.67 | 825.08 | C<br>C, B<br>C | | & | 1  <u>COMMITTEE CALL.</u><br>2  CASE ADMINISTRATION.<br>3  REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT. [2] [4] |
| 10/12/06 Thu | Scherer, J 1006/39 | 2.00 | 1.00 | 495.05 | C<br>C | | & | 1  <u>COMMITTEE CALL.</u><br>2  REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Houlihan, Lokey, Howard & Zukin Capital

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 10/12/06 Thu | Song, Y 1006/41 | 2.00 | 1.00 | 495.05 | C C | | & | 1 2 | COMMITTEE CALL, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Tang, A 1006/40 | 2.00 | 1.00 | 495.05 | C C | | & | 1 2 | COMMITTEE CALL, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/13/06 Fri | Hilty, D 1006/43 | 8.50 | 8.00 | 3,960.40 | C C, D | 8.00 0.50 | A A | 1 2 | ATTENDED CONFIRMATION HEARING. CALL WITH JSS ON WD. [2] |
| 10/13/06 Fri | Tang, A 1006/45 | 8.00 | 8.00 | 3,960.40 | | | & | 1 | ATTENDED CONFIRMATION HEARING [2] |
| 11/02/06 Thu | Lewis, G 1106/85 | 5.00 | 1.67 | 702.82 | C C C | | & | 1 2 3 | ATTENDED WD MEETING AT SKADDEN OFFICE RE CLAIMS, WROTE MEMO TO THE TEAM ON MEETING, REVIEWED RECOVERY SUMMARY RESERVES [1] [2] [4] |
| 11/02/06 Thu | Song, Y 1106/84 | 3.00 | 3.00 | 1,265.07 | | | | 1 | ATTENDED WD MEETINGS AT SKADEN OFFICE TO DISCUSS CLAIMS RESERVE, ETC. [2] |
| 11/08/06 Wed | Burian, S 1106/97 | 1.00 | 1.00 | 421.69 | | | & | 1 | WINN-DIXIE CREDITORS' COMMITTEE CALL [2] |
| 11/08/06 Wed | Hilty, D 1106/96 | 1.00 | 1.00 | 421.69 | | | | 1 | WINN-DIXIE CREDITORS' COMMITTEE CALL [2] |
| 11/08/06 Wed | Lewis, G 1106/101 | 5.00 | 1.67 | 702.82 | C C C | | & | 1 2 3 | WINN-DIXIE CREDITORS' COMMITTEE CALL. RESEARCHED CALL TOPICS. PERFORMED STUDY ON POST-REORG EQUITY PRICING. [1] [2] [4] |
| 11/08/06 Wed | Scherer, J 1106/98 | 1.00 | 1.00 | 421.69 | | | & | 1 | WINN-DIXIE CREDITORS' COMMITTEE CALL [2] |
| 11/08/06 Wed | Song, Y 1106/100 | 4.00 | 2.00 | 843.38 | C C | | & | 1 2 | WINN-DIXIE CREDITORS' COMMITTEE CALL. WORKED WITH GJL ON CLAIMS RESERVE ANALYSIS. [1] [2] |
| 11/08/06 Wed | Tang, A 1106/99 | 1.00 | 1.00 | 421.69 | | | & | 1 | WINN-DIXIE CREDITORS' COMMITTEE CALL [2] |
| 11/16/06 Thu | Burian, S 1106/119 | 1.00 | 1.00 | 421.69 | | | & | 1 | CREDITORS' COMMITTEE CALL. [2] |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Houlihan, Lokey, Howard & Zukin Capital

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 11/16/06 Thu | Hilty, D 1106/118 | 4.00 | 1.00 | 421.69 | C C C C | | | 1 CREDITORS' COMMITTEE CALL. <br> 2 REVIEWED MILBANK'S FINDINGS OF FACT AND CONCLUSIONS OF LAW MEMO, <br> 3 FOLLOW UP CALL TO DISCUSS. <br> 4 REVIEWED FEE STRUCTURE ANALYSIS PRIOR TO SUBMISSION. [1] [2] |
| 11/16/06 Thu | Lewis, G 1106/123 | 8.50 | 2.83 | 1,194.79 | C C, D C | | & | 1 CREDITORS' COMMITTEE CALL. <br> 2 MET WITH AKT TO DISCUSS RESEARCH ON AMENDMENT TO HLHZ FEE STRUCTURE. <br> 3 PERFORMED FEE ANALYSIS. [1] [2] [4] |
| 11/16/06 Thu | Scherer, J 1106/120 | 1.00 | 1.00 | 421.69 | | | & | 1 BONDHOLDER CONFERENCE CALL TO DISCUSS CURRENT PLAN. [1] |
| 11/16/06 Thu | Tang, A 1106/121 | 5.00 | 1.25 | 527.11 | C C, D C C | | & | 1 COMMITTEE CALL. <br> 2 MET WITH GJL TO DISCUSS AMENDED HLHZ FEE STRUCTURE. <br> 3 REVIEWED AND EDITED AMENDED FEE ANALYSIS SPREADSHEET TO BE SUBMITTED TO MILBANK. <br> 4 'REVIEWED MILBANK'S FINDINGS OF FACT AND CONCLUSIONS OF LAW MEMO. [1] [2] |

| | | | | |
|--|--|--|--|--|
| TOTAL OF ALL ENTRIES | | 52.50 | $24,565.72 | |
| TOTAL ENTRY COUNT: | 29 | | | |
| TOTAL TASK COUNT: | 29 | | | |
| TOTAL OF & ENTRIES | | 34.08 | $15,815.35 | |
| TOTAL ENTRY COUNT: | 21 | | | |
| TOTAL TASK COUNT: | 21 | | | |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Houlihan, Lokey, Howard & Zukin Capital

SUMMARY OF HOURS AND FEES BY INDIVIDUAL
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Burian, S | 3.00 | 1,338.43 | 2.00 | 990.10 | 5.00 | 2,328.53 | 1.00 | 495.05 | 4.00 | 1,833.48 |
| Hilty, D | 9.00 | 4,382.09 | 8.00 | 3,666.96 | 17.00 | 8,049.05 | 3.00 | 1,411.79 | 12.00 | 5,793.88 |
| Lewis, G | 2.00 | 990.10 | 30.00 | 13,494.34 | 32.00 | 14,484.44 | 10.00 | 4,498.11 | 12.00 | 5,488.21 |
| Scherer, J | 3.00 | 1,338.43 | 2.00 | 990.10 | 5.00 | 2,328.53 | 1.00 | 495.05 | 4.00 | 1,833.48 |
| Song, Y | 4.00 | 1,760.12 | 6.00 | 2,676.86 | 10.00 | 4,436.98 | 3.00 | 1,338.43 | 7.00 | 3,098.55 |
| Tang, A | 10.00 | 4,877.14 | 12.00 | 5,573.80 | 22.00 | 10,450.94 | 3.50 | 1,640.98 | 13.50 | 6,518.12 |
| | 31.00 | $14,686.31 | 60.00 | $27,392.16 | 91.00 | $42,078.47 | 21.50 | $9,879.41 | 52.50 | $24,565.72 |

RANGE OF HOURS
RANGE OF FEES

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Houlihan, Lokey, Howard & Zukin Capital


SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Burian, S | 3.00 | 1,338.43 | 2.00 | 990.10 | 5.00 | 2,328.53 | 1.00 | 495.05 | 4.00 | 1,833.48 |
| Hilty, D | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lewis, G | 2.00 | 990.10 | 23.50 | 10,276.52 | 25.50 | 11,266.62 | 7.83 | 3,425.51 | 9.83 | 4,415.61 |
| Scherer, J | 3.00 | 1,338.43 | 2.00 | 990.10 | 5.00 | 2,328.53 | 1.00 | 495.05 | 4.00 | 1,833.48 |
| Song, Y | 1.00 | 495.05 | 6.00 | 2,676.86 | 7.00 | 3,171.91 | 3.00 | 1,338.43 | 4.00 | 1,833.48 |
| Tang, A | 10.00 | 4,877.14 | 7.00 | 3,098.55 | 17.00 | 7,975.69 | 2.25 | 1,022.16 | 12.25 | 5,899.30 |
| | 19.00 | $9,039.15 | 40.50 | $18,032.13 | 59.50 | $27,071.28 | 15.08 | $6,776.20 | 34.08 | $15,815.35 |

RANGE OF HOURS

RANGE OF FEES


(-) REASONS FOR TASK HOUR ASSIGNMENTS

A    TIME ALLOCATED BY AUDITOR

*Stuart Maue*

**Exhibit F**
**Daily Hours Billed for October 2006**
**Houlihan, Lokey, Howard & Zukin Capital**

| | 01 Sun | 02 Mon | 03 Tue | 04 Wed | 05 Thu | 06 Fri | 07 Sat | 08 Sun | 09 Mon | 10 Tue | 11 Wed | 12 Thu | 13 Fri | 14 Sat | 15 Sun | 16 Mon | 17 Tue | 18 Wed | 19 Thu | 20 Fri | 21 Sat | 22 Sun | 23 Mon | 24 Tue | 25 Wed | 26 Thu | 27 Fri | 28 Sat | 29 Sun | 30 Mon | 31 Tue | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKT | | | 5.00 | 2.00 | 1.00 | | | | 1.00 | 1.00 | | 2.00 | 8.00 | | | 1.00 | | 1.50 | | | | | 2.50 | | | 1.00 | | | | | 7.00 | 33.00 |
| DRH | | | 0.50 | 1.00 | 2.00 | | | | 0.50 | 2.50 | 0.50 | 2.00 | 8.50 | | | | | | | | | | 0.50 | | 0.50 | | | | | | 12.00 | 30.50 |
| GJL | 1.50 | 4.00 | 6.50 | 1.50 | 2.00 | 2.50 | | | 4.00 | 8.50 | | 5.00 | | | | 2.50 | 1.00 | | 0.50 | | | | 0.50 | 1.50 | 5.50 | 6.00 | 1.00 | 1.00 | 1.00 | 5.00 | 4.50 | 65.50 |
| JSS | | | 0.50 | 1.50 | 1.00 | 1.50 | | | | | | 2.00 | 1.00 | | | 1.50 | | | 1.50 | | | | | | | | | | | | 7.00 | 18.00 |
| SEB | | 1.00 | 1.00 | 1.00 | 1.00 | 0.50 | | | 2.00 | 0.50 | 0.50 | 2.00 | | | | | | | 1.00 | | | | | 0.50 | | | 1.50 | | | | 11.00 | 23.50 |
| YSS | | 1.00 | 4.00 | | 1.00 | | | | | 5.50 | | 2.00 | | | | | 0.50 | | | | | | 1.00 | | | 3.00 | 1.50 | | | | 12.00 | 31.50 |
| Totals | 1.50 | 6.00 | 17.50 | 7.00 | 8.00 | 4.50 | 0.00 | 0.00 | 7.50 | 18.00 | 1.00 | 15.00 | 17.50 | 0.00 | 0.00 | 5.00 | 1.50 | 1.50 | 3.00 | 0.00 | 0.00 | 0.00 | 4.50 | 2.00 | 6.50 | 10.00 | 4.00 | 1.00 | 1.00 | 5.00 | 53.50 | 202.00 |

*Stuart Maue*

**Exhibit F**
**Daily Hours Billed for November 2006**
**Houlihan, Lokey, Howard & Zukin Capital**

| | 01 Wed | 02 Thu | 03 Fri | 04 Sat | 05 Sun | 06 Mon | 07 Tue | 08 Wed | 09 Thu | 10 Fri | 11 Sat | 12 Sun | 13 Mon | 14 Tue | 15 Wed | 16 Thu | 17 Fri | 18 Sat | 19 Sun | 20 Mon | 21 Tue | 22 Wed | 23 Thu | 24 Fri | 25 Sat | 26 Sun | 27 Mon | 28 Tue | 29 Wed | 30 Thu | | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AKT | | | | | 0.50 | 3.50 | | 1.00 | 2.00 | | | | | 2.00 | 5.00 | 5.00 | | | | 0.50 | 5.00 | | | | | | | | | | | 24.50 |
| DRH | | 0.50 | | | | 1.00 | | 1.00 | 0.50 | 2.00 | | | | | | 4.00 | | | | 0.50 | 7.00 | | | | | | | | | | | 16.50 |
| GJL | 5.50 | 5.00 | 5.00 | | | 7.50 | 4.50 | 5.00 | 1.00 | | | | 4.00 | 5.00 | 1.00 | 8.50 | 1.00 | | | 2.50 | 7.00 | | | | | | | | | | | 62.50 |
| JSS | | 0.50 | 2.50 | | | | | 1.00 | | | | | | 1.00 | 0.50 | 1.00 | | | | 0.50 | 5.00 | | | | | | | | | | | 12.00 |
| SEB | | 2.00 | | | | 1.50 | | 1.00 | 2.00 | | | | | | | 1.00 | 1.00 | | | 1.50 | 8.00 | | | | | | | | | | | 18.00 |
| YSS | 3.00 | 3.00 | 1.00 | | | 3.50 | | 4.00 | 2.00 | | | | 1.00 | 3.00 | 1.00 | 1.00 | 0.50 | | | 2.50 | 7.00 | | | | | | | | | | | 32.50 |
| Totals | 8.50 | 11.00 | 8.50 | 0.00 | 0.50 | 17.00 | 4.50 | 13.00 | 7.50 | 2.00 | 0.00 | 0.00 | 5.00 | 11.00 | 7.50 | 20.50 | 2.50 | 0.00 | 0.00 | 8.00 | 39.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 166.00 |

EXHIBIT G
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
Houlihan, Lokey, Howard & Zukin Capital

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Lewis, G | 10.12 | 4,812.63 |
| Song, Y | 1.83 | 907.59 |
| Tang, A | 0.75 | 352.95 |
| | 12.70 | $6,073.17 |

EXHIBIT G
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/01/06 Sun | Lewis, G 1006/1 | 1.50 | 0.75 | 371.29 | C C, B | | | 1 2 | MONITOR DOCKET AND OTHER CASE ADMIN [4] |
| 10/10/06 Tue | Song, Y 1006/32 | 5.50 | 1.83 | 907.59 | C C C | | | 1 2 3 | CATCH UP ON WINN DIXIE EMAILS AND DOCUMENTS CIRCULATED BY MILBANK, PREPARE INTERNAL REVIEW MATERIAL FOR CONFIRMATION HEARING PREPARATION, CASE ADMINISTRATION (FEE AUDITORS RESPONSE) [1] [2] [4] [5] |
| 10/25/06 Wed | Lewis, G 1006/63 | 5.50 | 5.50 | 2,722.78 | C C C | | | 1 2 3 | PERFORMED ADMINISTRATIVE WORK ON WD CASE, RESEARCHED NEWS ARTICLES ON WD, WROTE INTERNAL MEMO ON RECENT NEWS. [4] |
| 10/26/06 Thu | Lewis, G 1006/66 | 6.00 | 1.20 | 594.06 | C C C C, D C | | | 1 2 3 4 5 | WORKED ON RESPONSE TO THE FEE EXAMINER'S REPORT, COORDINATED WITH TEAM TO COLLECT TIMESHEETS. UPDATED MONTHLY SPREADSHEET WITH SEPTEMBER MOR, DISCUSSED WITH AKT. REVIEWED EXPENSES FOR FEE APP. [1] [2] [4] |
| 10/26/06 Thu | Tang, A 1006/64 | 1.00 | 0.50 | 247.53 | C, D C | | | 1 2 | COORDINATED WITH GJL ON SPREADING SEPTEMBER MOR. REVIEWED HOURLY TIMESHEET. [2] [4] |
| 11/01/06 Wed | Lewis, G 1106/80 | 5.50 | 1.83 | 773.10 | C C C | | | 1 2 3 | REVIEWED CLAIMS ANALYSIS PRIOR TO THURSDAY'S MEETING. RESEARCHED PREVIOUS DEALS CLAIMS RESERVES. PERFORMED NEWS RUN AND SUMMARIZED. [1] [4] |
| 11/05/06 Sun | Tang, A 1106/89 | 0.50 | 0.25 | 105.42 | | | | 1 2 | REVIEWED AND UPDATED HOURLY TIMESHEET. COORDINATED WITH GROUP ON INVOICES AND BILLING. [4] |
| 11/20/06 Mon | Lewis, G 1106/132 | 2.50 | 0.83 | 351.41 | C C C | | | 1 2 3 | WORKED ON 5 PERCENT HOLDER ANALYSIS WITH YSS. SCANNED AND SENT THE FEE APP TO MILBANK. DID RESEARCH ON WD PRE-PETITION TOTAL DEBT. [1] [4] |
| | | | 12.70 | $6,073.17 | | | | | |

Total
Number of Entries:    8

~  See the last page of exhibit for explanation

EXHIBIT G
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
Houlihan, Lokey, Howard & Zukin Capital

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Lewis, G | 5.50 | 2,722.78 | 15.50 | 7,086.40 | 21.00 | 9,809.17 | 4.62 | 2,089.85 | 10.12 | 4,812.63 |
| Song, Y | 0.00 | 0.00 | 5.50 | 2,722.78 | 5.50 | 2,722.78 | 1.83 | 907.59 | 1.83 | 907.59 |
| Tang, A | 0.00 | 0.00 | 1.50 | 705.90 | 1.50 | 705.90 | 0.75 | 352.95 | 0.75 | 352.95 |
| | 5.50 | $2,722.78 | 22.50 | $10,515.07 | 28.00 | $13,237.84 | 7.20 | $3,350.39 | 12.70 | $6,073.17 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
A        TIME ALLOCATED BY AUDITOR

EXHIBIT H-1
HOULIHAN LOKEY RETENTION AND COMPENSATION
Houlihan, Lokey, Howard & Zukin Capital

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 1.50 | 742.58 |
| Hilty, D | 2.00 | 843.38 |
| Lewis, G | 16.55 | 7,459.48 |
| Tang, A | 6.00 | 2,566.82 |
| | 26.05 | $11,612.25 |

EXHIBIT H-1
HOULIHAN LOKEY RETENTION AND COMPENSATION
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|-----------------|-------------|------------|------------|---|---|-------------|
| 10/24/06 Tue | Lewis, G 1006/60 | 1.50 | 0.75 | 371.29 | C C | | | 1 2 | PROCESSED SEPTEMBER INVOICE AND REVIEWED POST-CONFIRMATION BRIEF [1] |
| 10/26/06 Thu | Lewis, G 1006/66 | 6.00 | 4.80 | 2,376.24 | C G, C C C, D C | | | 1 2 3 4 5 | WORKED ON RESPONSE TO THE FEE EXAMINER'S REPORT, COORDINATED WITH TEAM TO COLLECT TIMESHEETS. UPDATED MONTHLY SPREADSHEET WITH SEPTEMBER MOR. DISCUSSED WITH AKT. REVIEWED EXPENSES FOR FEE APP. [1] [2] [4] |
| 10/26/06 Thu | Tang, A 1006/64 | 1.00 | 0.50 | 247.53 | C, D G, C | | | 1 2 | COORDINATED WITH GJL ON SPREADING SEPTEMBER MOR. REVIEWED HOURLY TIMESHEET. [2] [4] |
| 10/27/06 Fri | Burian, S 1006/67 | 1.50 | 1.50 | 742.58 | | | | 1 | REVIEWED THE FEE APPLICATION AND PROVIDED COMMENTS. [4] |
| 10/27/06 Fri | Lewis, G 1006/69 | 1.00 | 1.00 | 495.05 | | | | 1 | MADE CHANGES TO THE FEE APP BASED ON SEB COMMENTS. [4] |
| 11/05/06 Sun | Tang, A 1106/89 | 0.50 | 0.50 | 210.85 | G | | | 1 2 | REVIEWED AND UPDATED HOURLY TIMESHEET. COORDINATED WITH GROUP ON INVOICES AND BILLING. [4] |
| 11/06/06 Mon | Lewis, G 1106/94 | 7.50 | 1.50 | 632.54 | C C, D C C C | | | 1 2 3 4 5 | DRAFTED MEMO TO THE TEAM BASED ON CLAIMS ANALYSIS WITH YSS. MET WITH AKT AND YSS TO DISCUSS REVISED RECOVERIES BASED ON COMMON STOCK RESERVE. FOLLOW UP DISCUSSION WITH DRH. WORKED ON SCENARIO ANALYSIS 4.6 WITH YOON. WORKED ON BILLING INVOICE. [1] [2] [4] |
| 11/13/06 Mon | Lewis, G 1106/109 | 4.00 | 2.00 | 843.38 | C C | | | 1 2 | WORKED ON FEE APPLICATION. RESEARCH FOR YSS ON DISCLOSURE STATEMENT FILINGS. [4] |
| 11/15/06 Wed | Tang, A 1106/115 | 5.00 | 1.25 | 527.11 | C, D C C C | | | 1 2 3 4 | MET WITH YSS AND GJL ON CLAIMS AND SHARE ANALYSIS. CALL WITH MILBANK AND BS ON INCREMENTAL VALUE DISCLOSURE AS PART OF THE CLOSING PROCESS - FOLLOWED UP WITH JSS. COORDINATED WITH BS ON TRADE ADVISOR ISSUES. REVIEWED WD FEE APP. [1] [2] [4] |
| 11/16/06 Thu | Hilty, D 1106/118 | 4.00 | 2.00 | 843.38 | C C C C | | | 1 2 3 4 | CREDITORS' COMMITTEE CALL. REVIEWED MILBANK'S FINDINGS OF FACT AND CONCLUSIONS OF LAW MEMO. FOLLOW UP CALL TO DISCUSS. REVIEWED FEE STRUCTURE ANALYSIS PRIOR TO SUBMISSION. [1] [2] |

~ See the last page of exhibit for explanation

EXHIBIT H-1

HOULIHAN LOKEY RETENTION AND COMPENSATION

Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 11/16/06 Thu | Lewis, G 1106/123 | 8.50 | 5.67 | 2,389.58 | C, E | | 1 | CREDITORS' COMMITTEE CALL. |
| | | | | | C, D | | 2 | MET WITH AKT TO DISCUSS RESEARCH ON AMENDMENT TO HLHZ FEE STRUCTURE. |
| | | | | | C | | 3 | PERFORMED FEE ANALYSIS. [1] [2] [4] |
| 11/16/06 Thu | Tang, A 1106/121 | 5.00 | 3.75 | 1,581.34 | C, E | | 1 | COMMITTEE CALL. |
| | | | | | C, D | | 2 | MET WITH GJL TO DISCUSS AMENDED HLHZ FEE STRUCTURE. |
| | | | | | C | | 3 | REVIEWED AND EDITED AMENDED FEE ANALYSIS SPREADSHEET TO BE SUBMITTED TO MILBANK. |
| | | | | | C | | 4 | 'REVIEWED MILBANK'S FINDINGS OF FACT AND CONCLUSIONS OF LAW MEMO. [1] [2] |
| 11/20/06 Mon | Lewis, G 1106/132 | 2.50 | 0.83 | 351.41 | C | | 1 | WORKED ON 5 PERCENT HOLDER ANALYSIS WITH YSS. |
| | | | | | G, C | | 2 | SCANNED AND SENT THE FEE APP TO MILBANK. |
| | | | | | C | | 3 | DID RESEARCH ON WD PRE-PETITION TOTAL DEBT. [1] [4] |
| | | | 26.05 | $11,612.25 | | | | |

Total
Number of Entries:    13

~  See the last page of exhibit for explanation

EXHIBIT H-1

HOULIHAN LOKEY RETENTION AND COMPENSATION

Houlihan, Lokey, Howard & Zukin Capital

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Burian, S | 1.50 | 742.58 | 0.00 | 0.00 | 1.50 | 742.58 | 0.00 | 0.00 | 1.50 | 742.58 |
| Hilty, D | 0.00 | 0.00 | 4.00 | 1,686.76 | 4.00 | 1,686.76 | 2.00 | 843.38 | 2.00 | 843.38 |
| Lewis, G | 1.00 | 495.05 | 30.00 | 13,200.90 | 31.00 | 13,695.95 | 15.55 | 6,964.43 | 16.55 | 7,459.48 |
| Tang, A | 0.50 | 210.85 | 11.00 | 4,711.95 | 11.50 | 4,922.80 | 5.50 | 2,355.98 | 6.00 | 2,566.82 |
| | 3.00 | $1,448.47 | 45.00 | $19,599.61 | 48.00 | $21,048.08 | 23.05 | $10,163.78 | 26.05 | $11,612.25 |

└─────────────── RANGE OF HOURS ───────────────┘

└─────────────────── RANGE OF FEES ───────────────────┘

(–) REASONS FOR TASK HOUR ASSIGNMENTS

A    TIME ALLOCATED BY AUDITOR

EXHIBIT H-2
RESPONSE TO FEE EXAMINER REPORT
Houlihan, Lokey, Howard & Zukin Capital

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Burian, S | 1.50 | 742.58 |
| Hilty, D | 2.00 | 990.10 |
| Lewis, G | 9.20 | 4,554.46 |
| Scherer, J | 2.00 | 990.10 |
| Song, Y | 2.83 | 1,402.64 |
| Tang, A | 4.50 | 2,227.73 |
| | 22.03 | $10,907.60 |

EXHIBIT H-2
RESPONSE TO FEE EXAMINER REPORT
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | |
| 10/10/06 Tue | Burian, S 1006/30 | 0.50 | 0.50 | 247.53 | | | 1 | PROVIDED DIRECTION ON RESPONSE TO THE FEE EXAMINER. [4] |
| 10/10/06 Tue | Lewis, G 1006/33 | 8.50 | 2.83 | 1,402.64 | C C C | | 1 2 3 | PREPARE INTERNAL REVIEW MATERIAL FOR DAVE HILTY AND AGNES TANG FOR CONFIRMATION HEARING, WORKED ON THE RESPONSE TO THE FEE AUDITORS. REVIEWED WD CREDITORS' COMMITTEE PLAN SUPPLEMENT [1] [2] [4] [5] |
| 10/10/06 Tue | Song, Y 1006/32 | 5.50 | 1.83 | 907.59 | C C G, C | | 1 2 3 | CATCH UP ON WINN DIXIE EMAILS AND DOCUMENTS CIRCULATED BY MILBANK, PREPARE INTERNAL REVIEW MATERIAL FOR CONFIRMATION HEARING PREPARATION, CASE ADMINISTRATION (FEE AUDITORS RESPONSE) [1] [2] [4] [5] |
| 10/11/06 Wed | Lewis, G 1006/36 | 0.00 | 0.00 | 0.00 | | | 1 | WORKED ON RESPONSE TO THE FEE EXAMINER'S REPORT |
| 10/12/06 Thu | Burian, S 1006/38 | 2.00 | 1.00 | 495.05 | C, E C | | 1 2 | COMMITTEE CALL, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Hilty, D 1006/37 | 2.00 | 2.00 | 990.10 | C C | | 1 2 | COMMITTEE CALL, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Lewis, G 1006/42 | 5.00 | 1.67 | 825.08 | C, E C, B C | | 1 2 3 | COMMITTEE CALL, CASE ADMINISTRATION, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT. [2] [4] |
| 10/12/06 Thu | Scherer, J 1006/39 | 2.00 | 2.00 | 990.10 | C, E C | | 1 2 | COMMITTEE CALL, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Song, Y 1006/41 | 2.00 | 1.00 | 495.05 | C, E C | | 1 2 | COMMITTEE CALL, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/12/06 Thu | Tang, A 1006/40 | 2.00 | 2.00 | 990.10 | C, E C | | 1 2 | COMMITTEE CALL, REVIEWED SPECIFIC RESPONSES TO FEE EXAMINER STATEMENT [2] [4] |
| 10/16/06 Mon | Lewis, G 1006/48 | 2.50 | 2.50 | 1,237.63 | | | 1 | FINISHED UP THE RESPONSE TO THE FEE AUDITORS AND GAVE A COPY TO TEAM TO REVIEW. [4] |
| 10/16/06 Mon | Tang, A 1006/47 | 1.00 | 1.00 | 495.05 | | | 1 | READ BRIEFING ON RESPONSE TO THE FEE EXAMINER. [4] |
| 10/17/06 Tue | Lewis, G 1006/50 | 1.00 | 1.00 | 495.05 | | | 1 | MADE ADJUSTMENTS TO THE FEE AUDIT RESPONSE BASED ON COMMENTS. [4] |

~ See the last page of exhibit for explanation

EXHIBIT H-2
RESPONSE TO FEE EXAMINER REPORT
Houlihan, Lokey, Howard & Zukin Capital

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|------------------------------|-----------------------------|------------|------------|---|---|-------------|
| 10/18/06 Wed | Tang, A 1006/51 | 1.50 | 1.50 | 742.58 | | | | 1 | PROVIDED COMMENTS ON RESPONSE TO THE FEE EXAMINER. [4] |
| 10/26/06 Thu | Lewis, G 1006/66 | 6.00 | 1.20 | 594.06 | C G, C C C, D C | | | 1 2 3 4 5 | WORKED ON RESPONSE TO THE FEE EXAMINER'S REPORT, COORDINATED WITH TEAM TO COLLECT TIMESHEETS. UPDATED MONTHLY SPREADSHEET WITH SEPTEMBER MOR, DISCUSSED WITH AKT. REVIEWED EXPENSES FOR FEE APP. [1] [2] [4] |
| | | | 22.03 | $10,907.60 | | | | | |

Total
Number of Entries:     15

~ See the last page of exhibit for explanation

EXHIBIT H-2

RESPONSE TO FEE EXAMINER REPORT

Houlihan, Lokey, Howard & Zukin Capital

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Burian, S | 0.50 | 247.53 | 2.00 | 990.10 | 2.50 | 1,237.63 | 1.00 | 495.05 | 1.50 | 742.58 |
| Hilty, D | 2.00 | 990.10 | 0.00 | 0.00 | 2.00 | 990.10 | 0.00 | 0.00 | 2.00 | 990.10 |
| Lewis, G | 3.50 | 1,732.68 | 19.50 | 9,653.48 | 23.00 | 11,386.15 | 5.70 | 2,821.79 | 9.20 | 4,554.46 |
| Scherer, J | 2.00 | 990.10 | 0.00 | 0.00 | 2.00 | 990.10 | 0.00 | 0.00 | 2.00 | 990.10 |
| Song, Y | 0.00 | 0.00 | 7.50 | 3,712.88 | 7.50 | 3,712.88 | 2.83 | 1,402.64 | 2.83 | 1,402.64 |
| Tang, A | 4.50 | 2,227.73 | 0.00 | 0.00 | 4.50 | 2,227.73 | 0.00 | 0.00 | 4.50 | 2,227.73 |
| | 12.50 | $6,188.13 | 29.00 | $14,356.45 | 41.50 | $20,544.58 | 9.53 | $4,719.48 | 22.03 | $10,907.60 |

RANGE OF HOURS

RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS

A    TIME ALLOCATED BY AUDITOR

EXHIBIT H-2  PAGE 4 of 4

EXHIBIT I-1
Travel Expenses - Airfare
Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 10/12/06 | AKT | 645.60 | | 645.60 | M | AIR - CONTINENTAL AIRLINES - AIRFARE FOR WINN DIXIE MEETING - AGNES K TANG |
| 10/13/06 | DRH | 745.60 | | 745.60 | | AIR - CONTINENTAL AIRLINES - AIRFARE FOR WINN DIXIE MEETING - DAVID R HILTY |
| | | $1,391.20 | | $1,391.20 | | |

EXHIBIT I-1  PAGE 1 of 1

EXHIBIT I-2
Travel Expenses - Lodging
Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 10/12/06 | DRH | 134.47 | | 134.47 | | LODG - OMNI - LODGING FOR WINN DIXIE MEETING - DAVID R HILTY |
| 10/12/06 | AKT | 134.47 | | 134.47 | M | LODG - OMNI - LODGING FOR WINN DIXIE MEETING - AGNES K TANG |
| | | $268.94 | | $268.94 | | |

EXHIBIT I-2  PAGE 1 of 1

EXHIBIT I-3
Travel Expenses - Taxi
Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|---------------|-------------|
| 10/12/06 | AKT | 94.40 | | 94.40 | M | TRANS - PLATINUM TOUCH - CAR SERVICE FROM OFFICE TO AIRPORT - AGNES K TANG |
| 10/12/06 | AKT | 45.00 | | 45.00 | M | TRANS - GATOR CITY - TAXI WHILE TRAVELING - AGNES K TANG |
| 10/13/06 | DRH | 45.00 | | 45.00 | | TRANS - PRIME TRANSPORTATION - CAR SERVICE FROM AIRPORT TO HOME - DAVID R HILTY |
| 10/13/06 | DRH | 110.10 | | 110.10 | | TRANS - PLATINUM TOUCH - CAR SERVICE FROM OFFICE TO AIRPORT - DAVID R HILTY |
| 10/13/06 | AKT | 100.70 | | 100.70 | M | TRANS - PLATINUM TOUCH - CAR SERVICE FROM AIRPORT TO HOME - AGNES K TANG |
| | | $395.20 | | $395.20 | | |

EXHIBIT I-3  PAGE 1 of 1

EXHIBIT J
Working Lunches
Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 01/06/06 | GJL | 11.41 | | 11.41 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 09/15/06 | YSS | 6.40 | | 6.40 | | MEAL - MCDONALD'S - WORKING LUNCH - YOON SONG |
| 10/02/06 | GJL | 12.20 | | 12.20 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 10/05/06 | GJL | 12.13 | | 12.13 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 10/09/06 | GJL | 12.07 | | 12.07 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 10/10/06 | YSS | 10.94 | | 10.94 | | MEAL - SEAMLESS WEB - WORKING LUNCH - YOON SONG |
| 10/10/06 | GJL | 12.05 | | 12.05 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 10/12/06 | GJL | 12.19 | | 12.19 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 10/25/06 | GJL | 12.28 | | 12.28 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 10/26/06 | GJL | 12.07 | | 12.07 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 10/26/06 | YSS | 11.44 | | 11.44 | | MEAL - SEAMLESS WEB - WORKING LUNCH - YOON SONG |
| 10/27/06 | YSS | 8.98 | | 8.98 | | MEAL - CAFE METRO - WORKING LUNCH - YOON SONG |
| 10/29/06 | GJL | 11.85 | | 11.85 | | MEAL - NAM SON - WORKING LUNCH - GABE J LEWIS |
| 10/30/06 | GJL | 12.00 | | 12.00 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 10/31/06 | GJL | 12.20 | | 12.20 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 11/01/06 | YSS | 12.13 | | 12.13 | | MEAL - SEAMLESS WEB - WORKING LUNCH - YOON SONG |
| 11/01/06 | GJL | 12.30 | | 12.30 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 11/02/06 | YSS | 10.95 | | 10.95 | | MEAL - SEAMLESS WEB - WORKING LUNCH - YOON SONG |
| 11/02/06 | GJL | 12.30 | | 12.30 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 11/03/06 | GJL | 12.21 | | 12.21 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 11/03/06 | YSS | 10.46 | | 10.46 | | MEAL - SEAMLESS WEB - WORKING LUNCH - YOON SONG |
| 11/06/06 | YSS | 10.77 | | 10.77 | | MEAL - SEAMLESS WEB - WORKING LUNCH - YOON SONG |
| 11/07/06 | GJL | 12.30 | | 12.30 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 11/08/06 | GJL | 12.22 | | 12.22 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| 11/09/06 | GJL | 12.30 | | 12.30 | | MEAL - SEAMLESS WEB - WORKING LUNCH - GABE LEWIS |
| | | $288.15 | | $288.15 | | |

EXHIBIT K-1
Overtime Meals
Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 10/01/06 | GJL | 20.30 | | 20.30 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/02/06 | GJL | 15.97 | | 15.97 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/03/06 | GJL | 20.50 | | 20.50 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/04/06 | GJL | 19.74 | | 19.74 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/11/06 | GJL | 20.50 | | 20.50 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/12/06 | GJL | 20.32 | | 20.32 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/24/06 | GJL | 18.72 | | 18.72 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/25/06 | GJL | 19.63 | | 19.63 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/30/06 | GJL | 20.50 | | 20.50 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 10/31/06 | GJL | 20.50 | | 20.50 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 11/01/06 | GJL | 20.21 | | 20.21 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 11/02/06 | GJL | 20.50 | | 20.50 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 11/03/06 | GJL | 20.42 | | 20.42 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 11/06/06 | GJL | 19.42 | | 19.42 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 11/07/06 | GJL | 20.50 | | 20.50 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 11/08/06 | GJL | 20.03 | | 20.03 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - GABE LEWIS |
| 11/08/06 | YSS | 20.37 | | 20.37 | | MEAL - SEAMLESS WEB - OVERTIME DINNER - YOON SONG |
| 11/15/06 | | 17.59 | | 17.59 | N | MEAL - SEAMLESS WEB - OVERTIME DINNER - RENE DELGADO |
| | | $355.72 | | $355.72 | | |

EXHIBIT K-2

Overtime Transportation

Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 10/16/06 | GJL | 9.00 | | 9.00 | | TRANS - NY TAXI - OVERTIME TAXI FROM OFFICE TO HOME - GABE J LEWIS |
| 10/23/06 | AKT | 12.00 | | 12.00 | | TRANS - NY TAXI - OVERTIME TAXI FROM OFFICE TO HOME - AGNES K TANG |
| 10/28/06 | GJL | 11.90 | | 11.90 | | TRANS - NY TAXI - OVERTIME TAXI FROM OFFICE TO HOME - GABE J LEWIS |
| 10/29/06 | GJL | 11.00 | | 11.00 | | TRANS - NY TAXI - OVERTIME TAXI FROM OFFICE TO HOME - GABE J LEWIS |
| 11/21/06 | | 51.51 | | 51.51 | N | TRANS - PRIME TRANSPORTATION - OVERTIME CAR SERVICE FROM OFFICE TO HOME - ROLAND SIN |
| | | $95.41 | | $95.41 | | |

EXHIBIT L
Cellular Telephone Charges
Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|--------------|---------------|----------------|----------------|-------------|
| 09/15/06 | AKT | 24.56 | | 24.56 | | PHONE - VERIZON - BUSINESS CELL PHONE CALLS - AGNES K TANG |
| 09/23/06 | YSS | 16.31 | | 16.31 | | PHONE - T-MOBILE - BUSINESS CELL PHONE CALLS - YOON SONG |
| 10/15/06 | AKT | 26.46 | | 26.46 | | PHONE - VERIZON - BUSINESS CELL PHONE CALLS - AGNES K TANG |
| 10/23/06 | YSS | 12.23 | | 12.23 | | PHONE - T-MOBILE - BUSINESS CELL PHONE CALLS - YOON SONG |
| | | $79.56 | | $79.56 | | |

EXHIBIT L  PAGE 1 of 1

EXHIBIT M
Expenses Associated With Multiple Attendance
Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|--------------|---------------|----------------|----------------|-------------|
| 10/12/06 | DRH | 134.47 | | 134.47 | | LODG - OMNI - LODGING FOR WINN DIXIE MEETING - DAVID R HILTY |
| 10/12/06 | AKT | 134.47 | | 134.47 & | | LODG - OMNI - LODGING FOR WINN DIXIE MEETING - AGNES K TANG |
| 10/12/06 | AKT | 645.60 | | 645.60 & | | AIR - CONTINENTAL AIRLINES - AIRFARE FOR WINN DIXIE MEETING - AGNES K TANG |
| 10/12/06 | DRH | 9.62 | | 9.62 | | PHONE - OMNI - BUSINESS CALLS WHILE TRAVELING - DAVID R HILTY |
| 10/12/06 | AKT | 94.40 | | 94.40 & | | TRANS - PLATINUM TOUCH - CAR SERVICE FROM OFFICE TO AIRPORT - AGNES K TANG |
| 10/12/06 | AKT | 45.00 | | 45.00 & | | TRANS - GATOR CITY - TAXI WHILE TRAVELING - AGNES K TANG |
| 10/12/06 | DRH | 1.44 | | 1.44 | | PHONE - OMNI - BUSINESS CALLS WHILE TRAVELING - DAVID R HILTY |
| 10/13/06 | AKT | 1.90 | | 1.90 & | | MEAL - PARADIES SHOP - MEAL WHILE TRAVELING - AGNES K TANG |
| 10/13/06 | DRH | 45.00 | | 45.00 | | TRANS - PRIME TRANSPORTATION - CAR SERVICE FROM AIRPORT TO HOME - DAVID R HILTY |
| 10/13/06 | AKT | 100.70 | | 100.70 & | | TRANS - PLATINUM TOUCH - CAR SERVICE FROM AIRPORT TO HOME - AGNES K TANG |
| 10/13/06 | DRH | 110.10 | | 110.10 | | TRANS - PLATINUM TOUCH - CAR SERVICE FROM OFFICE TO AIRPORT - DAVID R HILTY |
| 10/13/06 | DRH | 745.60 | | 745.60 | | AIR - CONTINENTAL AIRLINES - AIRFARE FOR WINN DIXIE MEETING - DAVID R HILTY |
| | | $2,068.30 | | $2,068.30 | | |

EXHIBIT N

Expenses Billed by Nontimekeepers

Houlihan, Lokey, Howard & Zukin Capital

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 11/15/06 | | 17.59 | | 17.59 | K | MEAL - SEAMLESS WEB - OVERTIME DINNER - RENE DELGADO |
| 11/21/06 | | 51.51 | | 51.51 | K | TRANS - PRIME TRANSPORTATION - OVERTIME CAR SERVICE FROM OFFICE TO HOME - ROLAND SIN |
| | | $69.10 | | $69.10 | | |