**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF FILING</u>

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Third Interim and Final Fee Application of Jenner & Block LLP, as Special Counsel to the Debtors, for the third interim period from October 1, 2006, through and including November 21, 2006, and for the final period from May 9, 2005, through and including November 21, 2006.

Dated:  July 25, 2007.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By    _s/ D. J. Baker_
        D. J. Baker
        Sally McDonald Henry
        Rosalie Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com


Co-Counsel for Debtors

SMITH HULSEY & BUSEY


By    _s/ Cynthia C. Jackson_
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Co-Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## Fee Examiner's Report for Third Interim and Final Fee Application of Jenner & Block LLP

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Jenner & Block LLP, Third Interim Fee Application for the period from October 1, 2006, through November 21, 2006, and the Final Fee Application for the period from May 9, 2005, through November 21, 2006.

1.  On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.  Stuart Maue conducted a review and analysis of the fees and expenses requested by Jenner & Block LLP for the third interim period and prepared a written report including exhibits of that review, which is attached and incorporated by reference.

3.    In addition, Stuart Maue reviewed the fees and expenses requested by Jenner & Block LLP in all prior interim periods and filed a written report for each interim fee application with the Court.

4.    The attached report includes a Summary of Findings for Final Period, which displays the fees and expenses requested by Jenner & Block LLP by interim and final periods. Also displayed are differences, if any, between the amounts requested by the firm and the amounts computed by Stuart Maue and any reductions in the fees and expenses taken by the firm in its fee applications or in its responses to the initial Stuart Maue reports. In addition, the fees and expenses identified by category from each interim report along with a total for the final period are shown in this summary.

STUART MAUE

By  _____
    Linda K. Cooper
    3840 McKelvey Road
    St. Louis, Missouri  63044
    314-291-3030
    314-291-6546 (facsimile)

    Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# Third Interim and Final Fee Application Submitted by

## JENNER & BLOCK LLP
of
Chicago, Illinois

For the Interim Period

**October 1, 2006 Through November 21, 2006**

And

For the Final Period

**May 9, 2005 Through November 21, 2006**



In the Matter Entitled

### *In re: Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**April 9, 2007**

*Stuart Maue*

## JENNER & BLOCK LLP

### SUMMARY OF FINDINGS FOR THIRD INTERIM PERIOD

#### Third Interim Application (October 1, 2006 Through November 21, 2006)

#### A.      Amounts Requested and Computed

| | |
|---|---|
| Fees Requested | $59,091.50 |
| Expenses Requested | 6,795.37 |
| TOTAL FEES AND EXPENSES REQUESTED | $65,886.87 |
| Fees Computed | $59,091.50 |
| Expenses Computed | 6,795.37 |
| TOTAL FEES AND EXPENSES COMPUTED | $65,886.87 |

#### B.      Amounts Requested – Based on Response

| | |
|---|---|
| Fees Requested | $59,091.50 |
| REVISED FEES REQUESTED | $59,091.50 |
| Expenses Requested | 6,795.37 |
| REVISED EXPENSES REQUESTED | 6,795.37 |
| REVISED TOTAL FEES AND EXPENSES REQUESTED | $65,886.87 |

#### C.      Professional Fees

##### 1.      Compliance With Billing Guidelines

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 5 | Fees Attributable to Hourly Rate Increases | B-2 | | $1,020.00 | 2% |
| 8 | Vaguely Described Activities | C | 12.40 | 6,122.00 | 10% |
| 10 | Blocked Entries | D | 3.50 | 1,297.50 | 2% |

*Stuart Maue*

**SUMMARY OF FINDINGS FOR THIRD INTERIM PERIOD** **(Continued)**

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 11 | Intraoffice Conferences | E | 5.57 | $2,231.50 | 4% |
| 11 | Intraoffice Conferences – Multiple Attendance | E | 2.37 | 929.50 | 2% |

## 2. Fees to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 13 | Personnel Who Billed 10.00 or Fewer Hours | F | 30.30 | $7,264.50 | 12% |
| 15 | Administrative/Clerical Activities by Paraprofessionals | G | 24.90 | 3,278.50 | 6% |
| 16 | Legal Research | H | 2.77 | 872.50 | 1% |
| 17 | Jenner & Block Retention and Compensation | | 0.30 | 145.50 | * |

## D. Expenses

### 1. Compliance With Billing Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 19 | Out-of-Town Travel Expenses | I | $3,209.53 |
| 19 | Valet Parking | | 96.00 |
| 20 | Photocopies | J | 1,716.28 |
| 21 | Computer-Assisted Legal Research | K | 654.22 |

### 2. Expenses to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 21 | Court Reporter and Videographer Charges | L | $702.62 |

---

* Less than 1%

*Stuart Maue*

**SUMMARY OF FINDINGS FOR THIRD INTERIM PERIOD  (Continued)**

### E.   Adjustment to Eliminate Overlap Between Categories

#### 1.   Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 15 | Administrative/Clerical Activities by Paraprofessionals | 24.90 | $3,278.50 | 0.00 | $    0.00 | 24.90 | $3,278.50 |
| 11 | Intraoffice Conferences – Multiple Attendance | 2.37 | 929.50 | 0.00 | 0.00 | 2.37 | 929.50 |
| 8 | Vaguely Described Activities | 12.40 | 6,122.00 | 0.00 | 0.00 | 12.40 | 6,122.00 |
| 10 | Blocked Entries | 3.50 | 1,297.50 | 0.67 | 190.00 | 2.83 | 1,107.50 |
| 13 | Personnel Who Billed 10.00 or Fewer Hours | 30.30 | 7,264.50 | 21.10 | 3,073.50 | 9.20 | 4,191.00 |
| 16 | Legal Research | 2.77 | 872.50 | 0.67 | 190.00 | 2.10 | 682.50 |

#### 2.   Expenses

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 19 | Valet Parking | $96.00 | $0.00 | $96.00 |

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.   INTRODUCTION ............................................................... 1

II.  PROCEDURES AND METHODOLOGY ..................................... 2
     A.   Appendix A ......................................................... 2
     B.   Overlap Calculation ............................................... 2

III. RECOMPUTATION OF FEES AND EXPENSES FOR THIRD INTERIM PERIOD .. 3

IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD ........................ 5
     A.   Technical Billing Discrepancies .................................. 5
     B.   Compliance With Billing Guidelines ............................... 5
          1.   Firm Staffing and Rates ..................................... 5
               a)   Timekeepers and Positions ............................. 5
               b)   Hourly Rate Increases ................................. 6
          2.   Time Increments ............................................ 8
          3.   Complete and Detailed Task Descriptions .................... 8
          4.   Blocked Entries ........................................... 10
          5.   Multiple Professionals at Hearings and Conferences ........ 10
               a)   Intraoffice Conferences .............................. 11
               b)   Nonfirm Conferences, Hearings, and Other Events ...... 13
     C.   Fees to Examine for Necessity, Relevance, and Reasonableness .. 13
          1.   Personnel Who Billed 10.00 or Fewer Hours ................. 13
          2.   Long Billing Days ......................................... 14
          3.   Administrative/Clerical Activities ........................ 15
          4.   Legal Research ............................................ 16
          5.   Travel .................................................... 16
          6.   Summary of Projects ....................................... 17

V.   REVIEW OF EXPENSES FOR THIRD INTERIM PERIOD .................... 18
     A.   Technical Billing Discrepancies ................................. 18
     B.   Compliance With Billing Guidelines .............................. 19
          1.   Complete and Detailed Itemization of Expenses ............. 19
          2.   Travel Expenses ........................................... 19
          3.   Photocopies ............................................... 20
          4.   Computer-Assisted Legal Research .......................... 21
     C.   Expenses to Examine for Necessity, Relevance, and Reasonableness .. 21
          1.   Court Reporter and Videographer Charges ................... 21

*Stuart Maue*

**TABLE OF CONTENTS (Continued)**

<u>**Page No.**</u>

VI.   SUMMARY OF FINDINGS FOR FINAL PERIOD........................................22
    A.   Total Fees and Expenses and Differences ..............................................24
    B.   Reductions by Firm and Revised Requested Amounts ..............................24
    C.   Professional Fees...........................................................................25
    D.   Expenses.....................................................................................26

*Stuart Maue*

## TABLE OF EXHIBITS

**Page No.**

A.    EXHIBIT REMOVED BASED ON RESPONSE

B-1.   Summary of Hours and Fees by Timekeeper and Position
B-2.   Schedule of Fees Attributable to Hourly Rate Increases ....................................... 5

C.    Vaguely Described Activities ........................................................................ 8

D.    Blocked Entries......................................................................................... 10

E.    Intraoffice Conferences ............................................................................. 11

F.    Personnel Who Billed 10.00 or Fewer Hours................................................. 13

G.    Administrative/Clerical Activities by Paraprofessionals ................................... 15

H.    Legal Research ....................................................................................... 16

I.    Out-of-Town Travel Expenses.................................................................... 19

J.    Photocopies ........................................................................................... 20

K.    Computer-Assisted Legal Research ............................................................ 21

L.    Court Reporter and Videographer Charges................................................... 21

*Stuart Maue*

## I.   <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.   The order authorized and directed Stuart Maue to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "Combined Third Interim and Final Fee Application of Jenner & Block LLP, as Special Counsel to the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses Advanced" (the "Application").

*Stuart Maue*

**I.  INTRODUCTION  (Continued)**

Jenner & Block LLP ("Jenner & Block"), located in Chicago, Illinois, is special insurance litigation counsel for Winn-Dixie Stores, Inc. and its subsidiaries and affiliates.

The initial report for the third interim period includes the review and analysis of the fees and expenses, the exhibits displaying the categorized fees and expenses, and the summary of findings for this period.

Also included in this report is the Summary of Findings for the final period, which displays the totals for the fee and expense categories by interim periods and by final period. This Summary of Findings also displays the fee and/or expense discrepancies identified in the interim reports and voluntary reductions included in the fee applications or reductions as a result of responses to the interim audit reports.

## II.    PROCEDURES AND METHODOLOGY

### A.    Appendix A

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A.

### B.    Overlap Calculation

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or entry may be classified as both blocked billing and intraoffice conference.  When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.  In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue

*Stuart Maue*

**II.  PROCEDURES AND METHODOLOGY  (Continued)**

calculated the overlap.[1]   The overlap calculation is displayed in Section E of the

Summary of Findings and includes the totals for each category before and after the

calculation for overlap and the total dollar amount of the overlap in each category.

**III.   RECOMPUTATION OF FEES AND EXPENSES FOR THIRD INTERIM PERIOD**

Jenner & Block requested the following professional fees and expenses in the

Application for its third interim period:

| | |
|---|---|
| Professional Fees Requested: | $59,091.50 |
| Expense Reimbursement Requested: | 6,795.37 |
| Total Fees and Expenses: | $65,886.87 |

Stuart Maue computed the total fees and expenses and compared this to the fees and

expenses requested in the Application for the third interim period.   The hours billed by each

professional or paraprofessional were totaled, and these amounts were multiplied by the

individual hourly rates.   The recomputation of fees revealed that the requested amount was

$1,732.50 more than the computed amount.   The discrepancy is the result of task hours within

two entries that did not equal the time billed for the entry as a whole.

The recomputation of expenses revealed no difference between the requested amount

and the computed amount.   This initial report and the attached exhibits are based on the fees

and expenses computed by Stuart Maue.

---

[1] The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES FOR THIRD INTERIM PERIOD  (Continued)**

<u>**Jenner & Block Response:**</u>

*Jenner & Block responded, "The Report (p.3) identifies a discrepancy of $1,732.50 resulting from task hours in two entries that did not equal the time billed as a whole.  Upon review, this appears to have been due to clerical errors in identifying the task-hour division of the total time billed in those two entries.  The total time billed in each entry is correct…"*

Jenner & Block provided a table with the correct task-hour division.  Stuart Maue revised the task hours accordingly which resulted in revisions to the amount computed by Stuart Maue and the hours and fees in several categories shown in the initial report.

*Stuart Maue*

## IV.   REVIEW OF FEES FOR THIRD INTERIM PERIOD

### A.   Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.   There were no technical billing discrepancies identified in the Application for the third interim period.

### B.   Compliance With Billing Guidelines

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines.   The following discusses the firm's compliance with these guidelines:

#### 1.   Firm Staffing and Rates

**The following information should be provided in every fee application:   (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11.   U.S. Trustee Guidelines (b)(1)(iii)**

##### a)   Timekeepers and Positions

The Application provided the names, positions, and hourly rates of the firm's professionals and paraprofessionals who billed time to this matter during the third interim period.   Jenner & Block staffed this matter with 11 timekeepers, including 4 partners, 2 associates, 1 paralegal, 3 project assistants, and 1 applied technical analyst.

*Stuart Maue*

### IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)

Jenner & Block billed a total of 154.10 hours during the third interim period.  The following table displays hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Job Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 90.40 | 58% | $44,607.50 | 75% |
| Associate | 29.10 | 19% | 9,377.50 | 16% |
| Paralegal | 13.40 | 9% | 2,144.00 | 4% |
| Project Assistant | 18.50 | 12% | 2,220.00 | 4% |
| Applied Technical Analyst | 2.70 | 2% | 742.50 | 1% |
| TOTAL | 154.10 | 100% | $59,091.50 | 100% |

The blended hourly rate for the Jenner & Block professionals was $451.76 and the blended hourly rate for professionals and paraprofessionals was $383.46.

The total hours and fees billed by each timekeeper, the position of each timekeeper, and their hourly billing rates are displayed on EXHIBIT B-1.

### b)      Hourly Rate Increases

Jenner & Block did not increase the hourly rates of any timekeepers during the third interim period.  The hourly rates of timekeepers were increased during the first interim period and those rate increases resulted in $1,020.00 in additional fees billed during this

*Stuart Maue*

**IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)**

interim period.   The hourly rates for those timekeepers whose rates changed during the prior interim period and the fees associated with those rate increases are displayed on EXHIBIT B-2.

**Jenner Block Response:**

*Jenner & Block responded that its "…management evaluates and revises the firm's fee schedules annually at each January 1 to reflect its assessment of the current market value of the services offered by firm professionals in light of their experience and skill levels; and inflationary pressures impacting the overhead required to provide these legal services.  Winn-Dixie received advance notification of this practice at the outset of the engagement, by way of Jenner & Block's July 13, 2004 engagement letter, which stated:*

> *[Jenner & Block's] charges will be based substantially upon the rates for our lawyers and staff in effect at the time the services are rendered.  [Jenner & Block's] billing rates are subject to adjustment on January 1 of each succeeding year."*

*Jenner & Block further responded that its "…hourly rates, both before and after the January 1, 2006 rate increases, were well within the range of reasonableness for the substantial level of experience, expertise and resources the firm makes available to its clients…and were at or below rates charged by comparable firms in the fiercely competitive*

*Stuart Maue*

IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)

*nationwide market for specialized legal services in which Jenner & Block operates."*

2.    **Time Increments**

**Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.**  U.S. Trustee Guidelines (b)(4)(v)

All of the billing entries in the Application contained time allotments and were billed in tenths-of-an-hour increments.

3.    **Complete and Detailed Task Descriptions**

**Services should be noted in detail...  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference.**  U.S. Trustee Guidelines (b)(4)(v)

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary.

Activity descriptions for conferences and telephone calls should identify the participants and the subject-matter or purpose of the communication. Activity descriptions for the review of documents and correspondence should identify the person or party who prepared the document or correspondence and its subject-matter.  If the documents were not recently received or were previously reviewed, the description should also state the purpose of the review.

*Stuart Maue*

IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)

Activity descriptions for legal research should include the issues researched and the purpose of the research.  The activity description must be sufficiently detailed to allow a determination of whether the research is case-related, whether the research is presumably familiar to experienced professionals, or whether the research is performed by a professional with an appropriate experience level.

Activity descriptions that use the phrase "work on" generally do not provide sufficient detail to determine the actual activity that is being performed (e.g., conference, review, research, etc.).  In a few instances, Jenner Block used this phrase and those entries were identified as vaguely described activities.  The entries are displayed on EXHIBIT C and total 12.40 hours with $6,122.00 in associated fees.

**Jenner & Block Response:**

*Jenner & Block responded "… that its fee statements supply ample basis for meaningful review of its services, particularly when the individual time entries identified by Stuart Maue are considered in the context of the matters the firm was handling, the entire narrative entries Stuart Maue identified, as well as other time entries."*

*In addition, Jenner & Block provided revised activity descriptions for the entries identified as vaguely described activities.  Most of these revised fee*

*Stuart Maue*

**IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)**

*entries would no longer be considered vaguely described; however, as previously stated, Stuart Maue bases its final report on the Application as filed with the Court and not on subsequent amended fee entries that have not been filed.*

4.      **Blocked Entries**

> **Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however, tasks performed in a project which total a de minimis amount of time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

Jenner & Block did not combine or "lump" most of its activity descriptions.   There were only two entries that combined tasks into an entry with a single time increment and those entries are displayed on EXHIBIT D and total 3.50 hours with $1,297.50 in associated fees.

> **Jenner & Block Response:**

*Jenner & Block provided revised time entries for the tasks identified as blocked entries.  Most of the entries as revised would no longer be blocked; however, as previously stated, Stuart Maue bases its final report on the Application as filed with the Court and not on subsequent amended fee entries that have not been filed.*

5.      **Multiple Professionals at Hearings and Conferences**

> **If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees.  U.S. Trustee Guidelines (b)(4)(v)**

*Stuart Maue*

IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees. Neither the Application nor the task descriptions explained the need for multiple attendees at conferences, hearings, or other events.

a)    **Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferring may indicate inappropriate levels of staffing, unnecessary conferencing, or the use of inexperienced personnel.  Stuart Maue identified some entries describing conferences between Jenner & Block personnel in the Application for the third interim period.  The entries describing intraoffice conferences are displayed on EXHIBIT E and total 5.57 hours with $2,231.50 in associated fees.

On occasion, more than one Jenner & Block timekeeper billed for attending the same intraoffice conference.  Those intraoffice conferences are marked with an ampersand **[&]** on the exhibit and total 2.37 hours with $929.50 in associated fees.

**Jenner & Block Response:**

*Jenner & Block responded that the "Representation of parties in complex commercial litigation such as the XL/Marsh Litigation cannot*

*Stuart Maue*

**IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)**

*possibly be handled by a single attorney, and clients understand and expect that a team of professionals and paraprofessionals is necessary to provide responsible representation.  As the Application states, the Jenner & Block teams for the XL/Marsh Litigation and the Insurance Advice matter were each comprised of an appropriately limited number of attorneys selected for their substantial experience and expertise in insurance litigation and analysis, assisted where appropriate by similarly-qualified paraprofessionals.  The Jenner & Block professionals and paraprofessionals who were members of those teams conferred with one another to properly coordinate their services and to ensure there was no unnecessary duplication of effort."  The firm further submitted that "…its fee statements amply establish (a) the necessity of its intraoffice conferences, particularly when the individual time entries identified by Stuart Maue are considered in the context of the matters the firm was handling, as well as other time entries; and (b) the fact that 'multiple attendance' at such conferences was appropriately limited to circumstances which in the professionals' judgment required coordination among the participants."*

*Stuart Maue*

      **b)**    **Nonfirm Conferences, Hearings, and Other Events**

Jenner Block billed did not bill for more than one professional or paraprofessional to attend the same nonfirm conference, hearing or other event.

**C.**    **Fees to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and identified several billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

      **1.**    **Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.  Seven of the fourteen Jenner & Block timekeepers billed 10.00 or fewer hours during this interim period.  The entries for those timekeepers are displayed on EXHIBIT F and total 30.30 hours with associated fees of $7,264.50.

      **Jenner & Block Response:**

*Jenner & Block responded that "The Report (p. 10) identifies seven timekeepers who billed 10 or fewer hours... None of these timekeepers required*

*Stuart Maue*

IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)

*orientation or 'getting up to speed' on the details of the case, and all of them contributed meaningfully to advancement of the matters they worked on.  One of the timekeepers is a specialist in litigation applications of computer technology, who was involved in preparation and processing of email and other electronic documents for purposes of production in discovery and for trial -- work which required his specialized technical skills, but did not require any detailed knowledge of the case.  The comparatively limited number of hours spent on these matters by the remaining timekeepers...was commensurate with the level of activity in the matters during the period of this Application."  The firm further submitted that "...the associated fees were reasonably and necessarily incurred..." and that "...nothing in the bankruptcy rules or the Trustee's guidelines authorizes penalizing counsel for working too few hours."*

2.    **Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.   Professionals may periodically work extraordinarily long hours without many breaks because of the demands of the representation.  However, such long hours are generally related to  identifiable  circumstances  such  as  court  deadlines,  travel,  or  event

*Stuart Maue*

IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)

attendance.  No Jenner Block professional or paraprofessional billed more than 12.00 hours in a single day to this matter during the third interim period.

3.      **Administrative/Clerical Activities**

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

Entries describing administrative or clerical activities by paraprofessionals are displayed on EXHIBIT G and total 24.90 hours with $3,278.50 in associated fees.  Stuart Maue did not identify any administrative or clerical activities performed by professionals.

*Stuart Maue*

IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)

**Jenner & Block Response:**

*Jenner & Block responded "...that these activities require the exercise of paraprofessional judgment, see In re Busy Beaver Bldg Centers, Inc., 19 F.3d 833 (3d Cir. 1994), and were properly performed by paraprofessionals who have specialized skills and experience for which secretaries and other clerical staff are not trained."  The firm also stated that the "...use of paraprofessionals for these activities is fully consistent with the firm's practice with its other clients, as well as with market practice generally."  In addition the firm stated that its "...fees were necessarily and reasonably incurred."*

**4.      Legal Research**

Stuart Maue identified the activities describing legal research so that a determination may be made of whether the issues researched should be familiar to experienced attorneys, whether the research is performed by attorneys with the appropriate level of experience, and whether the fees billed for research are otherwise reasonable, necessary, and relevant.

All entries describing legal research are displayed on EXHIBIT H and total 2.77 hours with $872.50 in associated fees.

**5.      Travel**

A review of entries describing travel allows a determination of whether the time billed for travel was reasonable and necessary.  Stuart Maue did not identify any travel entries in the Application.

*Stuart Maue*

IV.  REVIEW OF FEES FOR THIRD INTERIM PERIOD  (Continued)

6.    **Summary of Projects**

Jenner & Block categorized its services into two billing projects, XL/Marsh Litigation and Insurance Advice.  During the review, Stuart Maue identified only one billing entry that related to the firm's fee application and that entry totaled only 0.30 hour with associated fees of $145.50.  An exhibit of this entry has not been prepared.

The following table displays the firm's project categories, the associated hours and fees, and the project's percentage of the total fees requested by the firm.  An exhibit of each of these projects displaying a summary of hours and fees by individual and an exhibit of each project displaying the full text of each entry is available upon request to Stuart Maue.

| Project | Hours | Fees | Percentage |
|---------|-------|------|------------|
| Insurance Advice | 51.40 | $25,004.00 | 42% |
| XL/Marsh Litigation | 102.40 | $33,942.00 | 57% |

*Stuart Maue*

## V.    REVIEW OF EXPENSES FOR THIRD INTERIM PERIOD

In the Application, Jenner requested reimbursement of expenses in the amount of $6,795.37 for the third interim period.  Stuart Maue reviewed the expenses and divided them into categories based on the type of charge.  The following table summarizes the expenses as categorized by Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| **Out-of-Town Travel Expenses** | $3,209.53 | 47% |
| **Photocopying:** | | |
| Document-Related Expenses – Scanning, Color Copying, Bates Labeling, etc. | 1,529.19 | 22% |
| Internal Photocopying | 153.99 | 2% |
| Outside Photocopying | 33.10 | * |
| **Court Reporter and Videographer Charges** | 702.62 | 10% |
| **Computer-Assisted Legal Research** | 654.22 | 10% |
| **Overnight Delivery** | 460.99 | 7% |
| **Long-Distance Telephone** | 44.60 | * |
| **Special Messenger Service** | 6.50 | * |
| **Postage** | 0.63 | * |
| **TOTAL** | $6,795.37 | 100% |

* Less than 1%

## A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double-billing, wrong case billing, or missing expense descriptions.  No technical billing discrepancies were identified.

*Stuart Maue*

V.  REVIEW OF EXPENSES FOR THIRD INTERIM PERIOD  (Continued)

B.      **Compliance With Billing Guidelines**

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.**  U.S. Trustee Guidelines (b)(5)

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual, necessary expenses set forth in the U.S. Trustee Guidelines.

1.      **Complete and Detailed Itemization of Expenses**

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.**  U.S. Trustee Guidelines (b)(5)(iii)

Jenner & Block provided a detailed itemization for most of its expenses that included the category, the name of the timekeeper incurring the charge, the date, the description, and the amount of the charge.  In addition, supporting documentation for the travel expense charges was included in the Application for the third interim period.

2.      **Travel Expenses**

Jenner & Block requested reimbursement for out-of-town travel expenses totaling $3,209.53, which are categorized as follows:

*Stuart Maue*

## V.  REVIEW OF EXPENSES FOR THIRD INTERIM PERIOD  (Continued)

| Category | Amount |
|---|---|
| Lodging | $1,598.44 |
| Airfare | 1,406.09 |
| Taxi Fare | 109.00 |
| Airport Parking (Valet Facility) | 96.00 |
| **TOTAL** | $3,209.53 |

The Application for the third interim period included supporting documentation for the travel expenses, which were incurred by partners John H. Mathias, Jr. and Christopher C. Dickinson.

Stuart Maue notes that partner John H. Mathias, Jr. requested reimbursement for an airport parking charge in the amount of $96.00 for valet parking at O'Hare International Airport from September 25 to 27, 2006.

The out-of-town travel expenses are displayed on EXHIBIT I.

### 3.    **Photocopies**

The Application for the third interim period included a request for reimbursement of internal photocopy charges that totaled $153.99 and stated that the requested rate for $139.59 of these photocopies was $0.09 per page and the remaining $14.40 were requested at a rate of $0.16 per page.  Jenner & Block also requested reimbursement of $1,529.19 for document-related expenses "…including scanning, color copying, binding, Bates-labeling, etc." and $33.10 for outside photocopying.

-20-

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR THIRD INTERIM PERIOD  (Continued)**

All of the photocopy charges, totaling $1,716.28, are displayed on EXHIBIT J.

### 4.  Computer-Assisted Legal Research

Jenner & Block requested reimbursement for computer-assisted legal research in the amount of $654.22.  The Application stated that computer-assisted legal research was "...billed at cost, using rates Jenner & Block customarily charges its other clients."  These expenses are displayed on EXHIBIT K.

## C.  Expenses to Examine for Necessity, Relevance, and Reasonableness

Stuart Maue reviewed the Application and has identified expenses to examine for necessity, relevance, and reasonableness.

### 1.  Court Reporter and Videographer Charges

The Application included a request for reimbursement of expenses for a videotaped deposition in the amount of $702.62.  This charge is displayed on EXHIBIT L.

*Stuart Maue*

## VI.   SUMMARY OF FINDINGS FOR FINAL PERIOD

Stuart Maue prepared a Summary of Findings for the final period that displays the fees and expenses requested for each interim period and the totals for the final period.   The summary also includes the differences between the fees and expenses requested and the fees and expenses as recomputed by Stuart Maue for each interim period and the sum of the discrepancies for the final period.

The Summary of Findings also displays the voluntary reductions, if any, the case professional included in the interim applications[2] and the reductions, if any, included in the case professional's responses to the fee examiner's reports for the interim and final applications.

The fee and expense categories identified by Stuart Maue in each interim report and the fees and expenses for each category are also displayed in the Summary of Findings for the final period.   The totals shown in each category have been adjusted for overlap unless otherwise noted.

Jenner &  Block requested the following professional fees and expenses in the Application for the final period:

---

[2] Only those reductions that were from the fee and expense entries submitted in the interim applications are included in this voluntary reduction amount.  If the firm referenced a reduction in fees or expenses but the fee and expense entries that made up those reductions were not included in the application, those reductions are not included in the Summary of Findings for the final period.

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**

|  |  |
|---|---|
| Professional Fees Requested: | $1,089,090.25 |
| Expense Reimbursement Requested: | 87,341.46 |
| Total Fees and Expenses: | $1,176,431.71 |

Stuart Maue compared these total amounts to the fees and expenses requested in each application submitted for the first, second, and third applications.  The comparison revealed that there is no difference between the amounts requested in this Application for the final period and the total amounts requested in the interim applications.  Stuart Maue notes that the first interim application was adjusted by $36,135.00 in fees and $1,154.80 in expenses due to previously paid amounts.

For each interim application, Stuart Maue computed the fees and expenses and identified any discrepancies between the amounts requested and the amounts computed.  The discrepancies for each interim period and the total discrepancy for the final period are displayed in the Summary of Findings for the final period.  The computation of fees for the final period shows that the total requested amount is $80.00 more than the computed amount. The computation of expenses for the final period revealed no difference between the amounts requested for reimbursement and the computed amounts.

In its responses to the first and second interim reports, Jenner & Block requested reductions for fees in the amount of $3,035.00 and expenses in the amount of $35.00.  Those reductions are shown on the Summary of Findings.

The Summary of Findings for the final period is displayed on the following pages:

*Stuart Maue*

### VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)
Jenner & Block LLP

**A.**   **Total Fees and Expenses and Differences**

| | First Interim<br>5/9/2005 – 5/31/2006 | Second Interim<br>6/1/2006 – 9/30/2006 | Third Interim<br>10/1/2006 – 11/21/2006 | TOTAL<br>5/9/2005 – 11/21/2006 |
|---|---|---|---|---|
| Fees Requested: | $642,554.25 | $426,614.50 | $59,091.50 | $1,128,260.25 |
| Expenses Requested: | 54,311.46 | 27,424.43 | 6,795.37 | 88,531.26 |
| Total Requested: | $696,865.71 | $454,038.93 | $65,886.87 | $1,216,791.51 |
| | | | | |
| Fees Computed: | $642,554.25 | $426,534.50 | $59,091.50 | $1,128,180.25 |
| Expenses Computed: | 54,311.46 | 27,424.43 | 6,795.37 | 88,531.26 |
| Total Computed: | $696,865.71 | $453,958.93 | $65,886.87 | $1,216,711.51 |
| | | | | |
| Difference in Fees: | $0.00 | $80.00 | $0.00 | $80.00 |
| Difference in Expenses: | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Difference: | $0.00 | $80.00 | $0.00 | $80.00 |

**B.**   **Reductions by Firm and Revised Requested Amounts**

| | First Interim | Second Interim | Third Interim | TOTAL |
|---|---|---|---|---|
| Fees Requested: | $642,554.25 | $426,614.50 | $59,091.50 | $1,128,260.25 |
| Reduction by Firm: | (1,434.50) | (1,600.50) | 0.00 | (3,035.00) |
| Revised Requested Fees: | $641,119.75 | $425,014.00 | $59,091.50 | $1,125,225.25 |
| | | | | |
| Expenses Requested: | $54,311.46 | $27,424.43 | $6,795.37 | $88,531.26 |
| Reduction by Firm: | (35.00) | 0.00 | 0.00 | (35.00) |
| Revised Requested Expenses: | $54,276.46 | $27,424.43 | $6,795.37 | $88,496.26 |
| | | | | |
| Subtotal Revised Fees and Expenses: | $695,396.21 | $452,438.43 | $65,886.87 | $1,213,721.51 |
| Less Previously Paid Amount:  Fees | (36,135.00) | 0.00 | 0.00 | (36,135.00) |
| Less Previously Paid Amount:  Expenses | (1,154.80) | 0.00 | 0.00 | (1,154.80) |
| | | | | |
| Total Revised Fees and Expenses | $658,106.41[3] | $452,438.43 | $65,886.87 | $1,176,431.71 |

[3] The Application stated that the amount requested for fees and expenses was $606,419.25 and $53,156.66, respectively.  The firm indicated in a telephone discussion with Stuart Maue that it received a partial payment; therefore, requested only the amount owed.

*Stuart Maue*

## VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)
Jenner & Block LLP

### C.    Professional Fees

| | First Interim | | | Second Interim | | | Third Interim | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % |
| **Difference in Fees:** | | | | | | | | | | | | |
| Task Hours Not Equal to Entry Hours | -- | $0.00 | * | -- | $80.00 | * | -- | $0.00 | * | -- | $80.00 | * |
| **Reductions in Fees Based on Response:** | | | | | | | | | | | | |
| Double Billing | -- | ($82.50) | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($82.50) | * |
| Jenner & Block Retention/Compensation | -- | ($1,352.00) | * | -- | ($1,600.50) | * | -- | $0.00 | * | | ($2,952.50) | * |
| **Fee Categories:** | | | | | | | | | | | | |
| Potential Double Billing | 0.30 | $82.50 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.30 | $82.50 | * |
| Admin/Clerical Tasks by Paraprofessionals | 179.45 | $28,445.50 | 4% | 166.28 | $25,055.83 | 6% | 24.90 | $3,278.50 | 6% | 370.63 | $56,779.83 | 5% |
| Admin/Clerical Tasks by Professionals | 5.93 | $2,354.33 | * | 14.38 | $5,482.92 | 1% | 0.00 | $0.00 | * | 20.31 | $7,837.25 | * |
| Nonfirm Conferences[5] | 25.40 | $11,742.00 | 2% | 49.70 | $28,091.50 | 7% | 0.00 | $0.00 | * | 75.10 | $39,833.50 | 4% |
| Nonfirm Conferences - Multiple Attendees | 15.40 | $8,025.00 | 1% | 26.00 | $15,940.00 | 4% | 0.00 | $0.00 | * | 41.40 | $23,965.00 | 2% |
| Intraoffice Conferences[5] | 91.85 | $37,219.00 | 6% | 53.50 | $18,788.17 | 4% | 5.57 | $2,231.50 | 4% | 150.92 | $58,238.67 | 5% |
| Intraoffice Conferences - Multiple Attendees | 44.10 | $18,535.50 | 3% | 20.55 | $8,290.50 | 2% | 2.37 | $929.50 | 2% | 67.02 | $27,755.50 | 2% |
| Vaguely Described Conferences | 1.10 | $462.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 1.10 | $462.00 | * |
| Other Vaguely Described Activities | 50.00 | $16,129.00 | 3% | 42.68 | $19,276.92 | 5% | 12.40 | $6,122.00 | 10% | 105.08 | $41,527.92 | 4% |
| Blocked Entries | 11.20 | $3,196.00 | * | 69.90 | $28,009.83 | 7% | 2.83 | $1,107.50 | 2% | 83.93 | $32,313.33 | 3% |
| Personnel Who Billed 10.00 or Fewer Hours | 1.70 | $357.00 | * | 0.00 | $0.00 | * | 9.20 | $4,191.00 | 7% | 10.90 | $4,548.00 | * |
| Legal Research | 124.20 | $35,675.00 | 6% | 72.80 | $24,485.00 | 6% | 2.10 | $682.50 | 1% | 199.10 | $60,842.50 | 5% |
| Working Travel | 21.50 | $10,427.50 | 2% | 4.50 | $3,015.00 | * | 0.00 | $0.00 | * | 26.00 | $13,442.50 | 1% |
| Nonworking Travel | 22.00 | $10,670.00 | 2% | 8.20 | $3,444.00 | * | 0.00 | $0.00 | * | 30.20 | $14,114.00 | 1% |
| Fees Attributable to Hourly Rate Increases[5] | -- | $38,985.00 | 6% | -- | $5,097.50 | 1% | -- | $1,020.00 | 2% | -- | $45,102.50 | 4% |
| Days Billed in Excess of 12.00 Hours Per Day[5] | 78.70 | $34,265.50 | 5% | 105.40 | $37,874.50 | 9% | 0.00 | $0.00 | * | 184.10 | $72,140.00 | 6% |
| **Summary of Fee Projects:** | | | | | | | | | | | | |
| Jenner & Block Retention/Compensation | 2.80 | $1,352.00 | * | 3.30 | $1,600.50 | * | 0.30 | $145.50 | * | 6.40 | $3,098.00 | * |
| Other Professionals Retention/Compensation | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| Response to Fee Examiner Report | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |

-25-

[5] Fee categories not adjusted to eliminate overlap between categories.
* Less than 1%

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**
Jenner & Block LLP

D.   Expenses

| | First Interim | | Second Interim | | Third Interim | | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | Expenses | % | Expenses | % | Expenses | % | Expenses | % |
| **Difference in Expenses:** | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |
| **Expense Categories:** | | | | | | | | |
| Out-of-Town Travel Expenses | $7,894.89 | 15% | $2,754.68 | 10% | $3,209.53 | 47% | $13,859.10 | 16% |
| Valet Parking | $0.00 | * | $0.00 | * | $96.00 | 1% | $96.00 | * |
| Potential Clerical Error | $35.00 | * | $0.00 | * | $0.00 | * | $35.00 | * |
| Hotel Mini Bar Charge | $38.49 | * | $0.00 | * | $0.00 | * | $38.49 | * |
| Photocopies | $11,819.42 | 22% | $4,432.83 | 16% | $1,716.28 | 25% | $17,968.53 | 20% |
| Computer-Assisted Legal Research | $5,523.85 | 10% | $13,722.92 | 50% | $654.22 | 10% | $19,900.99 | 22% |
| Business Meals (Local) | $62.79 | * | $24.80 | * | $0.00 | * | $87.59 | * |
| Postage | $0.00 | * | $47.46 | * | $0.00 | * | $47.46 | * |
| Expert Witness Fees & Expenses | $12,625.00 | 23% | $0.00 | * | $0.00 | * | $12,625.00 | 14% |
| Court Reporter and Videographer Charges | $9,581.55 | 18% | $5,394.50 | 20% | $702.62 | 10% | $15,678.67 | 18% |
| Charges Related to Document Production | $5,269.47 | 10% | $241.53 | * | $0.00 | * | $5,511.00 | 6% |
| Court Appearance Fee | $0.00 | * | 150.00 | * | $0.00 | * | $150.00 | * |
| **Expense  - Compliance/Reasonableness:[6]** | | | | | | | | |
| Valet Parking | $0.00 | * | $0.00 | * | $96.00 | 1% | $96.00 | * |
| Potential Clerical Error | $35.00 | * | $0.00 | * | $0.00 | * | $35.00 | * |
| Hotel Mini Bar Charge | $38.49 | * | $0.00 | * | $0.00 | * | $38.49 | * |
| Business Meals (Local) | $62.79 | * | $24.80 | * | $0.00 | * | $87.59 | * |
| Postage | $0.00 | * | $47.46 | * | $0.00 | * | $47.46 | * |
| **Reductions in Expenses Based on Response:** | | | | | | | | |
| Travel Expenses | ($35.00) | * | $0.00 | * | $0.00 | * | ($35.00) | * |

---
[6] These expenses are included in the "Expense Categories" Section above; however, the amounts in this section have been adjusted for overlap.
* Less than 1%

STUART MAUE

**EXHIBIT B-1**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**Jenner & Block**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|---|---|---|---|---|---|---|---|
| 1664 | Masters, Lorelie S. | PARTNER | $495.00 | $495.00 | 47.50 | $23,512.50 | 28 |
| 0646 | Dickinson, Christopher C. | PARTNER | $485.00 | $485.00 | 35.80 | $17,363.00 | 66 |
| 0442 | Mathias Jr., John H. | PARTNER | $670.00 | $670.00 | 3.00 | $2,010.00 | 13 |
| 1429 | Wolfsmith, John P. | PARTNER | $420.00 | $420.00 | 4.10 | $1,722.00 | 10 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $493.45 | | 90.40 | $44,607.50 | |
| | | | % of Total: | | 58.66% | % of Total: 75.49% | |
| 2002 | Trujillo, Elsa Y. | ASSOCIATE | $325.00 | $325.00 | 27.10 | $8,807.50 | 29 |
| 1781 | Dmitrieva, Irina Y. | ASSOCIATE | $285.00 | $285.00 | 2.00 | $570.00 | 1 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $322.25 | | 29.10 | $9,377.50 | |
| | | | % of Total: | | 18.88% | % of Total: 15.87% | |
| 8364 | Miller, Rebecca L. | PARALEGAL | $160.00 | $160.00 | 13.40 | $2,144.00 | 11 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $160.00 | | 13.40 | $2,144.00 | |
| | | | % of Total: | | 8.70% | % of Total: 3.63% | |
| 6737 | Cortazar, Richard A. | PROJECT ASST | $120.00 | $120.00 | 6.50 | $780.00 | 3 |
| 6734 | Covarrubias, Cristina | PROJECT ASST | $120.00 | $120.00 | 6.50 | $780.00 | 2 |
| 6752 | Giannakopoulos, Eleni | PROJECT ASST | $120.00 | $120.00 | 5.50 | $660.00 | 2 |
| | No. of Billers for Position: 3 | Blended Rate for Position: | $120.00 | | 18.50 | $2,220.00 | |
| | | | % of Total: | | 12.01% | % of Total: 3.76% | |
| 9942 | Love, Brian R. | APPL TECH ANALY | $275.00 | $275.00 | 2.70 | $742.50 | 3 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $275.00 | | 2.70 | $742.50 | |
| | | | % of Total: | | 1.75% | % of Total: 1.26% | |
| | Total No. of Billers: 11 | Blended Rate for Report: | $383.46 | | 154.10 | $59,091.50 | |

**STUART MAUE**

**EXHIBIT B-2**
**SCHEDULE OF FEES ATTRIBUTABLE TO HOURLY RATE INCREASES**

**Jenner & Block**

| Name | Position | Minimum Rate | Maximum Rate | % Increase in Rate | Hours Computed | Fees Computed | Fees at Minimum Rate | Fees Attributable to Rate Increases | % of Total Fees Computed |
|---|---|---|---|---|---|---|---|---|---|
| Dickinson, Christopher C. | Partner | $465.00 | $485.00 | 4% | 35.80 | $ 17,363.00 | $ 16,647.00 | $ 716.00 | 4% |
| Miller, Rebecca L. | Paralegal | $150.00 | $160.00 | 7% | 13.40 | 2,144.00 | 2,010.00 | 134.00 | 6% |
| Mathias Jr., John H. | Partner | $635.00 | $670.00 | 6% | 3.00 | 2,010.00 | 1,905.00 | 105.00 | 5% |
| Cortazar, Richard A. | Project Assistant | $110.00 | $120.00 | 9% | 6.50 | 780.00 | 715.00 | 65.00 | 8% |
| Timekeepers Without Rate Increases | | | | | 95.40 | 36,794.50 | 36,794.50 | - | |
| | | | | | **154.10** | **$ 59,091.50** | **$ 58,071.50** | **$ 1,020.00** | **2%** |

EXHIBIT C
VAGUELY DESCRIBED ACTIVITIES
Jenner & Block

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Dickinson, C | 1.60 | 776.00 |
| Masters, L | 10.80 | 5,346.00 |
| | 12.40 | $6,122.00 |

EXHIBIT C  PAGE 1 of 3

EXHIBIT C
VAGUELY DESCRIBED ACTIVITIES
Jenner & Block

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|--------------------|------------------|------------|------------|---|---|-------------|
|      |      |             | COMBINED HOURS | COMBINED FEES |            |            |   |   |             |
| 10/02/06 Mon | Masters, L 9044476/4 | 6.00 | 5.00 | 2,475.00 | | | | | **MATTER:INSURANCE ADVICE** |
| | | | | | | 0.50 | F | 1 | PREPARE FOR CONFERENCE CALL WITH D. BITTER AND PARTICIPATE IN SAME (.5); |
| | | | | | | 0.50 | F | 2 | EMAIL TO D. BITTER RE ISSUES IN WINN-DIXIE'S CURRENT D&O POLICY THAT SHOULD BE CONSIDERED IN CONVERTING THE POLICY TO A SIX-YEAR "TAIL" POLICY FOR FORMER DIRECTORS AND OFFICERS (.5); |
| | | | | | | 5.00 | F | 3 | WORK RE OPINION MEMO ON APPLICABILITY OF RETENTION UNDER D&O "TAIL" COVERAGE (.5). |
| 10/05/06 Thu | Dickinson, C 9044477/36 | 0.30 | 0.30 | 145.50 | | | | | **MATTER:XL/MARSH LITIGATION** |
| | | | | | | | F | 1 | WORK ON CASE PLANNING. |
| 10/06/06 Fri | Dickinson, C 9044476/3 | 0.50 | 0.50 | 242.50 | | | | | **MATTER:INSURANCE ADVICE** |
| | | | | | | | F | 1 | WORK ON MATTERS RELATING TO REQUESTED ANALYSIS OF D&O, EPL, FIDUCIARY AND CRIME COVERAGES. |
| 10/11/06 Wed | Masters, L 9044476/30 | 3.00 | 3.00 | 1,485.00 | | | | | **MATTER:INSURANCE ADVICE** |
| | | | | | | | F | 1 | WORK RE D&O "TAIL" POLICY ISSUES. |
| 10/18/06 Wed | Masters, L 9044476/28 | 1.30 | 1.30 | 643.50 | | | | | **MATTER:INSURANCE ADVICE** |
| | | | | | | | F | 1 | WORK RE 1997-1998 GENERAL LIABILITY POLICIES. |
| 10/31/06 Tue | Masters, L 9044476/23 | 1.50 | 1.50 | 742.50 | | | | | **MATTER:INSURANCE ADVICE** |
| | | | | | | | F | 1 | WORK RE BATCH ISSUE RAISED BY LISTERIA CLAIMS. |
| 11/03/06 Fri | Dickinson, C 9049905/139 | 0.80 | 0.80 | 388.00 | | | | | **MATTER:XL/MARSH LITIGATION** |
| | | | | | | | F | 1 | WORK ON SETTLEMENT DOCUMENTATION. |
| | | | 12.40 | $6,122.00 | | | | | |

Total
Number of Entries:       7

~  See the last page of exhibit for explanation

EXHIBIT C  PAGE 2 of 3

EXHIBIT C
VAGUELY DESCRIBED ACTIVITIES
Jenner & Block

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Dickinson, C | 1.60 | 776.00 | 0.00 | 0.00 | 1.60 | 776.00 | 0.00 | 0.00 | 1.60 | 776.00 |
| Masters, L | 10.80 | 5,346.00 | 0.00 | 0.00 | 10.80 | 5,346.00 | 0.00 | 0.00 | 10.80 | 5,346.00 |
| | 12.40 | $6,122.00 | 0.00 | $0.00 | 12.40 | $6,122.00 | 0.00 | $0.00 | 12.40 | $6,122.00 |

RANGE OF HOURS

RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| INSURANCE ADVICE | 11.30 | 5,588.50 | 0.00 | 0.00 | 11.30 | 5,588.50 | 0.00 | 0.00 | 11.30 | 5,588.50 |
| XL/MARSH LITIGATION | 1.10 | 533.50 | 0.00 | 0.00 | 1.10 | 533.50 | 0.00 | 0.00 | 1.10 | 533.50 |
| | 12.40 | $6,122.00 | 0.00 | $0.00 | 12.40 | $6,122.00 | 0.00 | $0.00 | 12.40 | $6,122.00 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL
A    ALLOCATED BY AUDITOR

EXHIBIT C  PAGE 3 of 3

EXHIBIT D
BLOCKED ENTRIES
Jenner & Block

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
| --- | --- | --- |
| Dickinson, C | 1.50 | 727.50 |
| Dmitrieva, I | 2.00 | 570.00 |
| | 3.50 | $1,297.50 |

EXHIBIT D
BLOCKED ENTRIES
Jenner & Block

| | | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| DATE | NAME | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:INSURANCE ADVICE |
| 11/02/06 | Dmitrieva, I | 2.00 | 2.00 | 570.00 | F, H | | F | 1 | RESEARCH CASE LAW RE "BATCH" CLAUSES; |
| Thu | 9049904/128 | | | | F | | F | 2 | ANALYZE THE POLICY AT ISSUE; |
| | | | | | E, F | | F | 3 | TELEPHONE CONFERENCE WITH L. MASTERS. |
| | | | | | | | | | |
| | | | | | | | | | MATTER:XL/MARSH LITIGATION |
| 11/03/06 | Dickinson, C | 1.50 | 1.50 | 727.50 | | | | 1 | WORK ON MATTERS RELATING TO BANKRUPTCY COURT APPROVAL OF SETTLEMENT, |
| Fri | 9049905/137 | | | | | | | 2 | INCLUDING REVIEW OF MOTION PAPERS AND EMAIL, |
| | | | | | | | | 3 | AND TELEPHONE CONFERENCES WITH COUNSEL RE SAME. |
| | | | 3.50 | $1,297.50 | | | | | |

Total
Number of Entries:        2

EXHIBIT D
BLOCKED ENTRIES
Jenner & Block

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Dickinson, C | 1.50 | 727.50 | 0.00 | 0.00 | 1.50 | 727.50 | 0.00 | 0.00 | 1.50 | 727.50 |
| Dmitrieva, I | 2.00 | 570.00 | 0.00 | 0.00 | 2.00 | 570.00 | 0.00 | 0.00 | 2.00 | 570.00 |
| | 3.50 | $1,297.50 | 0.00 | $0.00 | 3.50 | $1,297.50 | 0.00 | $0.00 | 3.50 | $1,297.50 |

RANGE OF HOURS
RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| INSURANCE ADVICE | 2.00 | 570.00 | 0.00 | 0.00 | 2.00 | 570.00 | 0.00 | 0.00 | 2.00 | 570.00 |
| XL/MARSH LITIGATION | 1.50 | 727.50 | 0.00 | 0.00 | 1.50 | 727.50 | 0.00 | 0.00 | 1.50 | 727.50 |
| | 3.50 | $1,297.50 | 0.00 | $0.00 | 3.50 | $1,297.50 | 0.00 | $0.00 | 3.50 | $1,297.50 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL
A      ALLOCATED BY AUDITOR

EXHIBIT E
INTRAOFFICE CONFERENCES
Jenner & Block

INTRAOFFICE CONFERENCES

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Dickinson, C | 2.00 | 970.00 |
| Dmitrieva, I | 0.67 | 190.00 |
| Love, B | 0.20 | 55.00 |
| Masters, L | 0.50 | 247.50 |
| Mathias Jr., J | 0.30 | 201.00 |
| Miller, R | 0.30 | 48.00 |
| Trujillo, E | 1.60 | 520.00 |
| | 5.57 | $2,231.50 |

INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Dickinson, C | 0.30 | 145.50 |
| Dmitrieva, I | 0.67 | 190.00 |
| Love, B | 0.00 | 0.00 |
| Masters, L | 0.50 | 247.50 |
| Mathias Jr., J | 0.30 | 201.00 |
| Miller, R | 0.30 | 48.00 |
| Trujillo, E | 0.30 | 97.50 |
| | 2.37 | $929.50 |

EXHIBIT E
INTRAOFFICE CONFERENCES
Jenner & Block

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|---------|--------|-------|-------|---|---|-------------|
| 10/02/06 Mon | Trujillo, E 904447731 | 0.10 | 0.10 | 32.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH J. WOLFSMITH RE REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE STEMPEL. |
| 10/04/06 Wed | Trujillo, E 904447737 | 0.20 | 0.20 | 65.00 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH J. WOLFSMITH RE REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE STEMPEL'S EXPERT REPORT AND TESTIMONY. |
| 10/05/06 Thu | Dickinson, C 90444772 | 0.30 | 0.30 | 145.50 | | | F | 1 | MATTER:*INSURANCE ADVICE* CONFER WITH L. MASTERS RE D&O PROGRAM ANALYSIS. |
| 10/05/06 Thu | Dickinson, C 904447735 | 0.30 | 0.30 | 145.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH J. WOLFSMITH RE CASE STATUS AND PLANNING. |
| 10/11/06 Wed | Dickinson, C 904447743 | 0.30 | 0.30 | 145.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* OFFICE CONFERENCE WITH J. WOLFSMITH RE CASE PLANNING AND PROJECT STATUS. |
| 10/11/06 Wed | Love, B 9044477115 | 0.50 | 0.20 | 55.00 | F G, F | 0.20 0.30 | F F | 1 2 | MATTER:*XL/MARSH LITIGATION* TELEPHONE CONFERENCE WITH R. MILLER RE ADDITIONAL DOCUMENTS FOR ATTORNEY REVIEW (.20); RAN UPDATES ON DOCUMENT COLLECTIONS IN PREPARATION FOR ATTORNEY DOCUMENT REVIEW (.30). |
| 10/11/06 Wed | Miller, R 904447744 | 0.30 | 0.30 | 48.00 | | | F & | 1 | MATTER:*XL/MARSH LITIGATION* MEET WITH E. TRUJILLO RE PREPARATION OF TRIAL EXHIBIT DATABASE. |
| 10/11/06 Wed | Trujillo, E 904447750 | 0.40 | 0.40 | 130.00 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH J. WOLFSMITH RE PRE-TRIAL ORDER (EXHIBIT LIST AND WITNESS LIST). |
| 10/11/06 Wed | Trujillo, E 904447751 | 0.30 | 0.30 | 97.50 | | | F & | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH PARALEGAL RE EXHIBIT LIST DATABASE FOR PRE-TRIAL ORDER. |
| 10/12/06 Thu | Trujillo, E 904447754 | 0.10 | 0.10 | 32.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH PARALEGAL RE PREPARATION OF PRE-TRIAL ORDER. |
| 10/16/06 Mon | Dickinson, C 904447761 | 0.30 | 0.30 | 145.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* OFFICE CONFERENCES WITH J. WOLFSMITH AND J. MATHIAS RE SETTLEMENT STATUS. |
| 10/17/06 Tue | Trujillo, E 904447774 | 0.30 | 0.30 | 97.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH J. WOLFSMITH RE PREPARATION OF PRE-TRIAL ORDER. |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT E
INTRAOFFICE CONFERENCES
Jenner & Block

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|----------------|---------------|------------|------------|---|---|-------------|
| | | | | | INFORMATIONAL | | | | |
| 10/17/06 Tue | Trujillo, E 9044477/75 | 0.10 | 0.10 | 32.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH PARALEGAL RE TRIAL EXHIBIT DATABASE FOR PRE-TRIAL ORDER. |
| 10/19/06 Thu | Dickinson, C 9044477/70 | 0.20 | 0.20 | 97.00 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH J. MATHIAS RE ISSUES RELATING TO SETTLEMENT NEGOTIATION. |
| 10/23/06 Mon | Trujillo, E 9044477/98 | 0.10 | 0.10 | 32.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* CONFER WITH PARALEGAL RE DATABASE FOR EXHIBITS TO BE USED IN PRE-TRIAL ORDER. |
| 10/25/06 Wed | Dickinson, C 9044477/89 | 0.30 | 0.30 | 145.50 | | | F & | 1 | MATTER:*XL/MARSH LITIGATION* OFFICE CONFERENCE WITH J. MATHIAS RE SETTLEMENT, IMPLICATIONS OF SAME, AND NEXT STEPS TO IMPLEMENTATION. |
| 10/25/06 Wed | Mathias Jr., J 9044477/103 | 0.50 | 0.30 | 201.00 | F F | 0.20 0.30 | A A & | 1 2 | MATTER:*XL/MARSH LITIGATION* REVIEW CORRESPONDENCE RE PROPOSED SETTLEMENT AGREEMENT AND CONFERRED WITH C. DICKINSON RE SAME (.5). |
| 11/02/06 Thu | Dmitrieva, I 9049904/128 | 2.00 | 0.67 | 190.00 | D, F, H D, F D, F | | F F F & | 1 2 3 | MATTER:*INSURANCE ADVICE* RESEARCH CASE LAW RE "BATCH" CLAUSES; ANALYZE THE POLICY AT ISSUE; TELEPHONE CONFERENCE WITH L. MASTERS. |
| 11/02/06 Thu | Masters, L 9049904/130 | 0.50 | 0.50 | 247.50 | | | F & | 1 | MATTER:*INSURANCE ADVICE* WORK RE BATCH ISSUE, INCLUDING TELEPHONE CALL WITH I. DMITRIEVA RE RESEARCH ON BATCH ISSUE UNDER 1997-1998 POLICY YEAR. |
| 11/21/06 Tue | Dickinson, C 9049905/163 | 0.30 | 0.30 | 145.50 | | | F | 1 | MATTER:*XL/MARSH LITIGATION* OFFICE CONFERENCES WITH J. MATHIAS RE TRANSFER OF REMAINING TASKS TO J. CASTLE. |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT E
INTRAOFFICE CONFERENCES
Jenner & Block

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|-----------|-------------|----------------|----------------|-----------|-----------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | TOTAL OF ALL ENTRIES | | 5.57 | $2,231.50 | | | | |
| | TOTAL ENTRY COUNT: | 20 | | | | | | |
| | TOTAL TASK COUNT: | 20 | | | | | | |
| | TOTAL OF & ENTRIES | | 2.37 | $929.50 | | | | |
| | TOTAL ENTRY COUNT: | 6 | | | | | | |
| | TOTAL TASK COUNT: | 6 | | | | | | |

EXHIBIT E
INTRAOFFICE CONFERENCES
Jenner & Block

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
INTRAOFFICE CONFERENCES

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Dickinson, C | 2.00 | 970.00 | 0.00 | 0.00 | 2.00 | 970.00 | 0.00 | 0.00 | 2.00 | 970.00 |
| Dmitrieva, I | 0.00 | 0.00 | 2.00 | 570.00 | 2.00 | 570.00 | 0.67 | 190.00 | 0.67 | 190.00 |
| Love, B | 0.20 | 55.00 | 0.00 | 0.00 | 0.20 | 55.00 | 0.00 | 0.00 | 0.20 | 55.00 |
| Masters, L | 0.50 | 247.50 | 0.00 | 0.00 | 0.50 | 247.50 | 0.00 | 0.00 | 0.50 | 247.50 |
| Mathias Jr., J | 0.30 | 201.00 | 0.00 | 0.00 | 0.30 | 201.00 | 0.00 | 0.00 | 0.30 | 201.00 |
| Miller, R | 0.30 | 48.00 | 0.00 | 0.00 | 0.30 | 48.00 | 0.00 | 0.00 | 0.30 | 48.00 |
| Trujillo, E | 1.60 | 520.00 | 0.00 | 0.00 | 1.60 | 520.00 | 0.00 | 0.00 | 1.60 | 520.00 |
| | 4.90 | $2,041.50 | 2.00 | $570.00 | 6.90 | $2,611.50 | 0.67 | $190.00 | 5.57 | $2,231.50 |

RANGE OF HOURS
RANGE OF FEES

EXHIBIT E
INTRAOFFICE CONFERENCES
Jenner & Block

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Dickinson, C | 0.30 | 145.50 | 0.00 | 0.00 | 0.30 | 145.50 | 0.00 | 0.00 | 0.30 | 145.50 |
| Dmitrieva, I | 0.00 | 0.00 | 2.00 | 570.00 | 2.00 | 570.00 | 0.67 | 190.00 | 0.67 | 190.00 |
| Love, B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Masters, L | 0.50 | 247.50 | 0.00 | 0.00 | 0.50 | 247.50 | 0.00 | 0.00 | 0.50 | 247.50 |
| Mathias Jr., J | 0.30 | 201.00 | 0.00 | 0.00 | 0.30 | 201.00 | 0.00 | 0.00 | 0.30 | 201.00 |
| Miller, R | 0.30 | 48.00 | 0.00 | 0.00 | 0.30 | 48.00 | 0.00 | 0.00 | 0.30 | 48.00 |
| Trujillo, E | 0.30 | 97.50 | 0.00 | 0.00 | 0.30 | 97.50 | 0.00 | 0.00 | 0.30 | 97.50 |
| | 1.70 | $739.50 | 2.00 | $570.00 | 3.70 | $1,309.50 | 0.67 | $190.00 | 2.37 | $929.50 |

RANGE OF HOURS

RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL
A        ALLOCATED BY AUDITOR

EXHIBIT E
INTRAOFFICE CONFERENCES
Jenner & Block

SUMMARY OF HOURS AND FEES BY MATTER FOR
INTRAOFFICE CONFERENCES

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| INSURANCE ADVICE | 0.80 | 393.00 | 2.00 | 570.00 | 2.80 | 963.00 | 0.67 | 190.00 | 1.47 | 583.00 |
| XL/MARSH LITIGATION | 4.10 | 1,648.50 | 0.00 | 0.00 | 4.10 | 1,648.50 | 0.00 | 0.00 | 4.10 | 1,648.50 |
| | 4.90 | $2,041.50 | 2.00 | $570.00 | 6.90 | $2,611.50 | 0.67 | $190.00 | 5.57 | $2,231.50 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER FOR
INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| INSURANCE ADVICE | 0.50 | 247.50 | 2.00 | 570.00 | 2.50 | 817.50 | 0.67 | 190.00 | 1.17 | 437.50 |
| XL/MARSH LITIGATION | 1.20 | 492.00 | 0.00 | 0.00 | 1.20 | 492.00 | 0.00 | 0.00 | 1.20 | 492.00 |
| | 1.70 | $739.50 | 2.00 | $570.00 | 3.70 | $1,309.50 | 0.67 | $190.00 | 2.37 | $929.50 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F     FINAL BILL
A     ALLOCATED BY AUDITOR

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jenner & Block

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cortazar, R | 6.50 | 780.00 |
| Covarrubias, C | 6.50 | 780.00 |
| Dmitrieva, I | 2.00 | 570.00 |
| Giannakopoulos, E | 5.50 | 660.00 |
| Love, B | 2.70 | 742.50 |
| Mathias Jr., J | 3.00 | 2,010.00 |
| Wolfsmith, J | 4.10 | 1,722.00 |
| | 30.30 | $7,264.50 |

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jenner & Block

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| Cortazar, R | 10/13/06 Fri  9044477/ 62 | 5.50 | 5.50 | 660.00 | G | | F 1 | MATTER: *XL/MARSH LITIGATION* CODE IMAGED DOCUMENTS PER R. MILLER. |
| | 10/31/06 Tue  9044477/ 117 | 0.50 | 0.50 | 60.00 | G | | F 1 | MATTER: *XL/MARSH LITIGATION* ORGANIZE CASE FILES PER R. MILLER. |
| | 11/10/06 Fri  9049905/ 160 | 0.50 | 0.50 | 60.00 | G | | F 1 | MATTER: *XL/MARSH LITIGATION* GATHERED WORKING FILES FROM C. DICKINSON PER R. MILLER. |
| | | | 6.50 | 780.00 | | | | |
| | NUMBER OF ENTRIES: | 3 | | | | | | |
| Covarrubias, C | 10/13/06 Fri  9044477/ 64 | 4.50 | 4.50 | 540.00 | G | | F 1 | MATTER: *XL/MARSH LITIGATION* WORK ON CODING DOCUMENTS IN CONCORDANCE DATABASE. |
| | 11/03/06 Fri  9049905/ 161 | 2.00 | 2.00 | 240.00 | G G | | F 1 F 2 | MATTER: *XL/MARSH LITIGATION* WORK ON ORGANIZING DUPLICATES OF COURT DOCUMENTS; CREATE SUBJECT FILES. |
| | | | 6.50 | 780.00 | | | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | |
| Dmitrieva, I | 11/02/06 Thu  9044904/ 128 | 2.00 | 2.00 | 570.00 | D, H D D, E | | F 1 F 2 F 3 | MATTER: *INSURANCE ADVICE* RESEARCH CASE LAW RE "BATCH" CLAUSES; ANALYZE THE POLICY AT ISSUE; TELEPHONE CONFERENCE WITH L. MASTERS. |
| | | | 2.00 | 570.00 | | | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Giannakopoulos, E | 10/13/06 Fri  9044477/ 63 | 5.00 | 5.00 | 600.00 | G | | F 1 | MATTER: *XL/MARSH LITIGATION* CODE TRIAL EXHIBITS IN DATABASE PER R. MILLER. |

~ See the last page of exhibit for explanation

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jenner & Block

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Giannakopoulos, E | 11/09/06 | 0.50 | 0.50 | 60.00 | G | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>GATHERED CCD WORKING FILES AND PREPARED SAME FOR EVENTUAL STORAGE PER R. MILLER. |
| | Thu    9049905/ 162 | | | | | | | |
| | | | 5.50 | 660.00 | | | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | |
| | | | | | | | | |
| Love, B | 10/11/06 | 0.50 | 0.50 | 137.50 | | 0.20 | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>TELEPHONE CONFERENCE WITH R. MILLER RE ADDITIONAL DOCUMENTS FOR ATTORNEY REVIEW (.20); |
| | Wed    9044477/ 115 | | | | G | 0.30 | F | 2 | RAN UPDATES ON DOCUMENT COLLECTIONS IN PREPARATION FOR ATTORNEY DOCUMENT REVIEW (.30). |
| | 10/13/06 | 1.20 | 1.20 | 330.00 | | 1.00 | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>PREPARE TRIAL EXHIBITS DATABASE (1.0); |
| | Fri    9044477/ 116 | | | | | 0.20 | F | 2 | REVIEWED WITH R. MILLER AND RAN ADDITIONAL UPDATES (2.0). |
| | 10/24/06 | 1.00 | 1.00 | 275.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW DATA AND IMAGES FROM VENDOR, RAN UPDATES AS REQUIRED, IMPORTED DATA, REGISTERED IMAGES TO THEIR RESPECTIVE RECORDS, RAN QUALITY CONTROL CHECKS, IN PREPARATION FOR ATTORNEY DOCUMENT REVIEW. |
| | Tue    9044477/ 120 | | | | | | | |
| | | | 2.70 | 742.50 | | | | |
| | NUMBER OF ENTRIES: | 3 | | | | | | |
| | | | | | | | | |
| Mathias Jr., J | 10/02/06 | 0.10 | 0.10 | 67.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE FROM D. BITTER RE INTEREST RATE. |
| | Mon    9044477/ 33 | | | | | | | |
| | 10/03/06 | 0.30 | 0.30 | 201.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW AND RESPOND TO CORRESPONDENCE RE STATUS OF SETTLEMENT NEGOTIATIONS. |
| | Tue    9044477/ 39 | | | | | | | |
| | 10/09/06 | 0.20 | 0.20 | 134.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE RE STATUS OF SETTLEMENT NEGOTIATIONS (.2). |
| | Mon    9044477/ 58 | | | | | | | |
| | 10/16/06 | 0.20 | 0.20 | 134.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW AND RESPOND TO MEMO FROM C. DICKINSON RE STATUS OF SETTLEMENT NEGOTIATIONS. |
| | Mon    9044477/ 67 | | | | | | | |
| | 10/24/06 | 0.30 | 0.30 | 201.00 | | 0.20 | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE FROM MEDIATOR RE STATUS OF NEGOTIATIONS (.2); |
| | Tue    9044477/ 102 | | | | | 0.10 | F | 2 | REVIEW CORRESPONDENCE FROM C. DICKINSON RE SAME (.1). |

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jenner & Block

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| Mathias Jr., J | 10/25/06 | 0.50 | 0.50 | 335.00 | | 0.20 | A | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE RE PROPOSED SETTLEMENT AGREEMENT |
| | Wed   9044477/ 103 | | | | E | 0.30 | A | 2 | AND CONFERRED WITH C. DICKINSON RE SAME (.5). |
| | 10/26/06 | 0.20 | 0.20 | 134.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE RE DOCUMENTATION OF SETTLEMENT (.2). |
| | Thu   9044477/ 104 | | | | | | | | |
| | 10/27/06 | 0.20 | 0.20 | 134.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE RE PROPOSED SETTLEMENT AGREEMENT (.2). |
| | Fri   9044477/ 119 | | | | | | | | |
| | 10/30/06 | 0.10 | 0.10 | 67.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE RE XL ENGAGEMENT OF EXPERT WITNESS (.1). |
| | Mon   9044477/ 118 | | | | | | | | |
| | 11/01/06 | 0.10 | 0.10 | 67.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE RE XL ENGAGEMENT OF EXPERT BRANDYBERRY (.1). |
| | Wed   9049905/ 145 | | | | | | | | |
| | 11/03/06 | 0.30 | 0.30 | 201.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW SERIES OF CORRESPONDENCE RE STATUS OF SETTLEMENT NEGOTIATIONS AND BANKRUPTCY COURT APPROVAL ISSUES (.3). |
| | Fri   9049905/ 146 | | | | | | | | |
| | 11/07/06 | 0.30 | 0.30 | 201.00 | | 0.20 | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE RE FINALIZATION OF SETTLEMENT AND OBTAINING COURT APPROVAL FOR SAME (.2); |
| | Tue   9049905/ 147 | | | | | 0.10 | F | 2 | REVIEW D. BITTER CORRESPONDENCE RE STATUS (.1). |
| | 11/08/06 | 0.20 | 0.20 | 134.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW CORRESPONDENCE RE SETTLEMENT DOCUMENTATION (.2). |
| | Wed   9049905/ 159 | | | | | | | | |
| | | | 3.00 | 2,010.00 | | | | | |
| | NUMBER OF ENTRIES: | 13 | | | | | | | |
| Wolfsmith, J | 10/03/06 | 0.20 | 0.20 | 84.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW UPDATE FROM C. DICKINSON RE STATUS OF CASE. |
| | Tue   9044477/ 124 | | | | | | | | |
| | 10/03/06 | 0.60 | 0.60 | 252.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW RESPONSE BRIEF BY MARSH TO MOTION TO STRIKE PORTIONS OF TESTIMONY OF J. STEMPEL AND PREPARE COMMENTS FOR PREPARATION OF REPLY. |
| | Tue   9044477/ 125 | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jenner & Block

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|------------------|-----------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| Wolfsmith, J | 10/04/06 | 0.30 | 0.30 | 126.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>FORWARD COMMENTS ON REPLY BRIEF TO E. TRUJILLO. |
| | Wed 9044477/ 126 | | | | | | | | |
| | 10/06/06 | 2.00 | 2.00 | 840.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVISE REPLY BRIEF RE MOTION TO STRIKE PORTIONS OF TESTIMONY OF J. STEMPEL, INCLUDING REVIEW OF DEPOSITION TESTIMONY AND CASE LAW. |
| | Fri 9044477/ 127 | | | | | | | | |
| | 10/19/06 | 0.10 | 0.10 | 42.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW NOTE FROM MEDIATOR RE SETTLEMENT. |
| | Thu 9044477/ 121 | | | | | | | | |
| | 10/27/06 | 0.20 | 0.20 | 84.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW SETTLEMENT AGREEMENT. |
| | Fri 9044477/ 122 | | | | | | | | |
| | 10/27/06 | 0.30 | 0.30 | 126.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>CONFERENCE CALL WITH C. BRANDYBERRY RE SETTLEMENT AND RE ARBITRATION BETWEEN XL AND MARSH. |
| | Fri 9044477/ 123 | | | | | | | | |
| | 11/03/06 | 0.10 | 0.10 | 42.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>PREPARED EMAIL TO C. BRANDYBERRY RE DISPUTE BETWEEN XL AND MARSH. |
| | Fri 9049905/ 166 | | | | | | | | |
| | 11/08/06 | 0.10 | 0.10 | 42.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW AND COMMENT ON LANGUAGE FOR SUBMISSION OF SETTLEMENT TO BANKRUPTCY COURT. |
| | Wed 9049905/ 167 | | | | | | | | |
| | 11/14/06 | 0.20 | 0.20 | 84.00 | | | F | 1 | MATTER: *XL/MARSH LITIGATION*<br>REVIEW INVOICE FROM C. BRANDYBERRY AND FORWARD SAME TO M. RICHARD. |
| | Tue 9049905/ 168 | | | | | | | | |
| | | | 4.10 | 1,722.00 | | | | | |

NUMBER OF ENTRIES:   10

|  | 30.30 | $7,264.50 |
|--|-------|-----------|

Total
Number of Entries:   34

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Jenner & Block

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cortazar, R | 6.50 | 780.00 | 0.00 | 0.00 | 6.50 | 780.00 | 0.00 | 0.00 | 6.50 | 780.00 |
| Covarrubias, C | 6.50 | 780.00 | 0.00 | 0.00 | 6.50 | 780.00 | 0.00 | 0.00 | 6.50 | 780.00 |
| Dmitrieva, I | 2.00 | 570.00 | 0.00 | 0.00 | 2.00 | 570.00 | 0.00 | 0.00 | 2.00 | 570.00 |
| Giannakopoulos, E | 5.50 | 660.00 | 0.00 | 0.00 | 5.50 | 660.00 | 0.00 | 0.00 | 5.50 | 660.00 |
| Love, B | 2.70 | 742.50 | 0.00 | 0.00 | 2.70 | 742.50 | 0.00 | 0.00 | 2.70 | 742.50 |
| Mathias Jr., J | 3.00 | 2,010.00 | 0.00 | 0.00 | 3.00 | 2,010.00 | 0.00 | 0.00 | 3.00 | 2,010.00 |
| Wolfsmith, J | 4.10 | 1,722.00 | 0.00 | 0.00 | 4.10 | 1,722.00 | 0.00 | 0.00 | 4.10 | 1,722.00 |
| | 30.30 | $7,264.50 | 0.00 | $0.00 | 30.30 | $7,264.50 | 0.00 | $0.00 | 30.30 | $7,264.50 |

RANGE OF HOURS

RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| INSURANCE ADVICE | 2.00 | 570.00 | 0.00 | 0.00 | 2.00 | 570.00 | 0.00 | 0.00 | 2.00 | 570.00 |
| XL/MARSH LITIGATION | 28.30 | 6,694.50 | 0.00 | 0.00 | 28.30 | 6,694.50 | 0.00 | 0.00 | 28.30 | 6,694.50 |
| | 30.30 | $7,264.50 | 0.00 | $0.00 | 30.30 | $7,264.50 | 0.00 | $0.00 | 30.30 | $7,264.50 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL
A        ALLOCATED BY AUDITOR

EXHIBIT G

ADMINISTRATIVE/CLERICAL ACTIVITIES BY PARAPROFESSIONALS

Jenner & Block

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cortazar, R | 6.50 | 780.00 |
| Covarrubias, C | 6.50 | 780.00 |
| Giannakopoulos, E | 5.50 | 660.00 |
| Love, B | 0.30 | 82.50 |
| Miller, R | 6.10 | 976.00 |
| | 24.90 | $3,278.50 |

EXHIBIT G
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PARAPROFESSIONALS
Jenner & Block

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|------------------|----------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 10/11/06 Wed | Love, B 9044477/115 | 0.50 | 0.30 | 82.50 | F | 0.20 0.30 | F F | 1 2 | MATTER: XL/MARSH LITIGATION TELEPHONE CONFERENCE WITH R. MILLER RE ADDITIONAL DOCUMENTS FOR ATTORNEY REVIEW (.20); RAN UPDATES ON DOCUMENT COLLECTIONS IN PREPARATION FOR ATTORNEY DOCUMENT REVIEW (.30). |
| 10/11/06 Wed | Miller, R 9044477/46 | 0.80 | 0.80 | 128.00 | | | F | 1 | MATTER: XL/MARSH LITIGATION PREPARE AND ORGANIZE DEPOSITION EXHIBITS TO BE SENT TO VENDOR FOR SCANNING RE PREPARATION OF TRIAL EXHIBIT DATABASE. |
| 10/13/06 Fri | Cortazar, R 9044477/62 | 5.50 | 5.50 | 660.00 | F | | F | 1 | MATTER: XL/MARSH LITIGATION CODE IMAGED DOCUMENTS PER R. MILLER. |
| 10/13/06 Fri | Covarrubias, C 9044477/64 | 4.50 | 4.50 | 540.00 | F | | F | 1 | MATTER: XL/MARSH LITIGATION WORK ON CODING DOCUMENTS IN CONCORDANCE DATABASE. |
| 10/13/06 Fri | Giannakopoulos, E 9044477/63 | 5.00 | 5.00 | 600.00 | F | | F | 1 | MATTER: XL/MARSH LITIGATION CODE TRIAL EXHIBITS IN DATABASE PER R. MILLER. |
| 10/13/06 Fri | Miller, R 9044477/65 | 0.50 | 0.50 | 80.00 | | | F | 1 | MATTER: XL/MARSH LITIGATION CREATE AND ORGANIZE TRIAL EXHIBIT DATABASE. |
| 10/13/06 Fri | Miller, R 9044477/66 | 0.80 | 0.80 | 128.00 | | | F | 1 | MATTER: XL/MARSH LITIGATION COORDINATE UPDATING OF TRIAL EXHIBIT DATABASE WITH R. CORTAZAR, E. GIANNAKOPOULOS, AND C. COVARRUBIAS. |
| 10/20/06 Fri | Miller, R 9044477/109 | 0.50 | 0.50 | 80.00 | | | F | 1 | MATTER: XL/MARSH LITIGATION UPDATE AND ORGANIZE DEPOSITION EXHIBIT BINDERS. |
| 10/31/06 Tue | Cortazar, R 9044477/117 | 0.50 | 0.50 | 60.00 | F | | F | 1 | MATTER: XL/MARSH LITIGATION ORGANIZE CASE FILES PER R. MILLER. |
| 11/01/06 Wed | Miller, R 9049905/143 | 1.00 | 1.00 | 160.00 | | | F | 1 | MATTER: XL/MARSH LITIGATION REVIEW AND ORGANIZE COURT PLEADINGS FOR FILING. |
| 11/03/06 Fri | Covarrubias, C 9049905/161 | 2.00 | 2.00 | 240.00 | F F | | F F | 1 2 | MATTER: XL/MARSH LITIGATION WORK ON ORGANIZING DUPLICATES OF COURT DOCUMENTS; CREATE SUBJECT FILES. |

~ See the last page of exhibit for explanation

EXHIBIT G
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PARAPROFESSIONALS
Jenner & Block

|  |  |  | INFORMATIONAL | | | | |  |
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | MATTER:XL/MARSH LITIGATION |
| 11/06/06 Mon | Miller, R 9049905/144 | 2.50 | 2.50 | 400.00 |  |  | F 1 | REVIEW AND ORGANIZE COURT PLEADINGS; |
|  |  |  |  |  |  |  | F 2 | UPDATED COURT FILE AND DATABASE. |
|  |  |  |  |  |  |  |  | MATTER:XL/MARSH LITIGATION |
| 11/09/06 Thu | Giannakopoulos, E 9049905/162 | 0.50 | 0.50 | 60.00 | F |  | F 1 | GATHERED CCD WORKING FILES AND PREPARED SAME FOR EVENTUAL STORAGE PER R. MILLER. |
|  |  |  |  |  |  |  |  | MATTER:XL/MARSH LITIGATION |
| 11/10/06 Fri | Cortazar, R 9049905/160 | 0.50 | 0.50 | 60.00 | F |  | F 1 | GATHERED WORKING FILES FROM C. DICKINSON PER R. MILLER. |
|  |  |  | 24.90 | $3,278.50 |  |  |  |  |

Total
Number of Entries:      14

EXHIBIT G
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PARAPROFESSIONALS
Jenner & Block

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cortazar, R | 6.50 | 780.00 | 0.00 | 0.00 | 6.50 | 780.00 | 0.00 | 0.00 | 6.50 | 780.00 |
| Covarrubias, C | 6.50 | 780.00 | 0.00 | 0.00 | 6.50 | 780.00 | 0.00 | 0.00 | 6.50 | 780.00 |
| Giannakopoulos, E | 5.50 | 660.00 | 0.00 | 0.00 | 5.50 | 660.00 | 0.00 | 0.00 | 5.50 | 660.00 |
| Love, B | 0.30 | 82.50 | 0.00 | 0.00 | 0.30 | 82.50 | 0.00 | 0.00 | 0.30 | 82.50 |
| Miller, R | 6.10 | 976.00 | 0.00 | 0.00 | 6.10 | 976.00 | 0.00 | 0.00 | 6.10 | 976.00 |
| | 24.90 | $3,278.50 | 0.00 | $0.00 | 24.90 | $3,278.50 | 0.00 | $0.00 | 24.90 | $3,278.50 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| XL/MARSH LITIGATION | 24.90 | 3,278.50 | 0.00 | 0.00 | 24.90 | 3,278.50 | 0.00 | 0.00 | 24.90 | 3,278.50 |
| | 24.90 | $3,278.50 | 0.00 | $0.00 | 24.90 | $3,278.50 | 0.00 | $0.00 | 24.90 | $3,278.50 |

RANGE OF HOURS

RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL
A    ALLOCATED BY AUDITOR

EXHIBIT H
LEGAL RESEARCH
Jenner & Block

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Dmitrieva, I | 0.67 | 190.00 |
| Trujillo, E | 2.10 | 682.50 |
| | 2.77 | $872.50 |

EXHIBIT H
LEGAL RESEARCH
Jenner & Block

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 10/17/06 Tue | Trujillo, E 904447776 | 1.50 | 1.50 | 487.50 | | | F | 1 | MATTER:XL/MARSH LITIGATION RESEARCH RE JURY INSTRUCTIONS FOR PRE-TRIAL ORDER. |
| 10/17/06 Tue | Trujillo, E 904447777 | 0.60 | 0.60 | 195.00 | | | F | 1 | MATTER:XL/MARSH LITIGATION COMMENCE RESEARCHING ISSUE OF WHOSE TESTIMONY MAY BE PRESENTED VIA DEPOSITION AT TRIAL. |
| 11/02/06 Thu | Dmitrieva, I 9049904/128 | 2.00 | 0.67 | 190.00 | D, F D, F D, E, F | | F F F | 1 2 3 | MATTER:INSURANCE ADVICE RESEARCH CASE LAW RE "BATCH" CLAUSES; ANALYZE THE POLICY AT ISSUE; TELEPHONE CONFERENCE WITH L. MASTERS. |
| | | | 2.77 | $872.50 | | | | | |

Total
Number of Entries:      3

~ See the last page of exhibit for explanation

EXHIBIT H
LEGAL RESEARCH
Jenner & Block

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Dmitrieva, I | 0.00 | 0.00 | 2.00 | 570.00 | 2.00 | 570.00 | 0.67 | 190.00 | 0.67 | 190.00 |
| Trujillo, E | 2.10 | 682.50 | 0.00 | 0.00 | 2.10 | 682.50 | 0.00 | 0.00 | 2.10 | 682.50 |
| | 2.10 | $682.50 | 2.00 | $570.00 | 4.10 | $1,252.50 | 0.67 | $190.00 | 2.77 | $872.50 |

RANGE OF HOURS

RANGE OF FEES

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| INSURANCE ADVICE | 0.00 | 0.00 | 2.00 | 570.00 | 2.00 | 570.00 | 0.67 | 190.00 | 0.67 | 190.00 |
| XL/MARSH LITIGATION | 2.10 | 682.50 | 0.00 | 0.00 | 2.10 | 682.50 | 0.00 | 0.00 | 2.10 | 682.50 |
| | 2.10 | $682.50 | 2.00 | $570.00 | 4.10 | $1,252.50 | 0.67 | $190.00 | 2.77 | $872.50 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL
A    ALLOCATED BY AUDITOR

EXHIBIT I
Out-of-Town Travel Expenses
Jenner & Block

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 09/25/06 | 0442 | 1,666.92 | | 1,666.92 | | OUT OF TOWN TRAVEL FOR JHM ON 9/25-27/06 TO WASHINGTON, DC - MEDIATION. (LODGING-$799.22: AIR TRANSPORTATION-$761.70: LOCAL TRANSPORATION-$10.00: PARKING $96.00).[1 @ 1666.92 - FIRM ATTORNEY] |
| | | | 721.70 | | 1 | 9/25/06 AIRFARE FROM CHICAGO TO WASH DC, ECONOMY: 9/27/06 AIRFARE FROM WASH DC TO CHICAGO, ECONOMY |
| | | | 40.00 | | 2 | AIRFARE - SERVICE FEE |
| | | | 799.22 | | 3 | MARRIOTT: 9/25-27/06: ROOM AND TAX |
| | | | 96.00 | | 4 | O'HARE AIRPORT PARKING: 9/25-27/06 |
| | | | 10.00 | | 5 | 9/26/06: TAXI TO DINNER |
| 09/25/06 | 0646 | 1,542.61 | | 1,542.61 | | OUT OF TOWN TRAVEL FOR CCD ON 9/25-27/06 TO WASHINGTON, DC - MEDIATION. (LODGING-$799.22: AIR TRANSPORTATION-$644.39: LOCAL TRANSPORTATION-$99.00).[1 @ 1542.61 - FIRM ATTORNEY] |
| | | | 201.30 | | 1 | 9/25/06 AIRFARE FROM CHICAGO TO WASH DC [11:20AM-2:10PM], ECONOMY: 9/27/06 AIRFARE FROM WASH DC TO CHICAGO [5:15PM-6:15PM], ECONOMY |
| | | | 42.25 | | 2 | AIRFARE - SERVICE FEE |
| | | | 721.70 | | 3 | 9/25/06 AIRFARE FROM CHICAGO TO WASH DC [11:20AM-2:10PM], FIRST: 9/27/06 AIRFARE FROM WASH DC TO CHICAGO [6:45PM-7:50PM], ECONOMY |
| | | | 40.00 | | 4 | AIRFARE - SERVICE FEE |
| | | | -360.86 | | 5 | REFUND - UNUSED ORIGINAL TICKET |
| | | | 799.22 | | 6 | MARRIOTT: 9/25-27/06: ROOM AND TAX |
| | | | 40.00 | | 7 | 9/25/06: TAXI TO O'HARE |
| | | | 19.00 | | 8 | 9/25/06: TAXI FROM DCA TO MARRIOTT |
| | | | 40.00 | | 9 | 9/27/06: TAXI FROM ORD |
| | | $3,209.53 | | $3,209.53 | | |

EXHIBIT I  PAGE 1 of 1

EXHIBIT J
Photocopies
Jenner & Block

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Document-Related Expenses - Scanning, Color Copying, Bate | | | | | | |
| 08/09/06 | | 887.50 | | 887.50 | | PHOTOCOPY EXPENSE[1 @ 887.5 - FIRM ATTORNEY] |
| | | | | | | *  100Number of units: 1 |
| 10/23/06 | | 641.69 | | 641.69 | | OTHER - COST OF SCANNING DOCUMENTS FOR TRIAL EXHIBIT DATABASE[1 @ 641.69 - FIRM ATTORNEY] |
| | | | | | | *  40Number of units: 1 |
| | | 1,529.19 | | 1,529.19 | | |
| | | | | | | |
| CATEGORY: Internal Photocopying and Printing ($0.09 per page) | | | | | | |
| 09/21/06 | | 17.55 | | 17.55 | | PHOTOCOPY-NQUE[195 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  53Number of units: 195 |
| 09/26/06 | | 22.68 | | 22.68 | | PHOTOCOPY-NQUE[252 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  54Number of units: 252 |
| 09/27/06 | | 14.49 | | 14.49 | | PHOTOCOPY-NQUE[161 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  55Number of units: 161 |
| 09/29/06 | | 25.56 | | 25.56 | | PHOTOCOPY-NQUE[284 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  56Number of units: 284 |
| 10/03/06 | | 0.63 | | 0.63 | | PHOTOCOPY-NQUE[7 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  51Number of units: 7 |
| 10/06/06 | | 0.18 | | 0.18 | | PHOTOCOPY-NQUE[2 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  104Number of units: 2 |
| 10/13/06 | | 7.56 | | 7.56 | | PHOTOCOPY-NQUE[84 @ 0.09 - WASHINGTON DISBURSEMENTS] |
| | | | | | | *  42Number of units: 84 |
| 10/16/06 | | 2.16 | | 2.16 | | PHOTOCOPY-NQUE[24 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  131Number of units: 24 |
| 10/17/06 | | 5.04 | | 5.04 | | PHOTOCOPY-NQUE[56 @ 0.09 - WASHINGTON DISBURSEMENTS] |
| | | | | | | *  44Number of units: 56 |
| 10/24/06 | | 4.77 | | 4.77 | | PHOTOCOPY-NQUE[53 @ 0.09 - WASHINGTON DISBURSEMENTS] |
| | | | | | | *  48Number of units: 53 |
| 10/25/06 | | 2.34 | | 2.34 | | PHOTOCOPY-NQUE[26 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  135Number of units: 26 |
| 10/26/06 | | 25.92 | | 25.92 | | NETWORK PRINTING[288 @ 0.09 - WASHINGTON DISBURSEMENTS] |
| | | | | | | *  49Number of units: 288 |
| 10/31/06 | | 1.17 | | 1.17 | | PHOTOCOPY-NQUE[13 @ 0.09 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  52Number of units: 13 |
| 11/17/06 | | 9.54 | | 9.54 | | PHOTOCOPY-NQUE[106 @ 0.09 - WASHINGTON DISBURSEMENTS] |
| | | | | | | *  9Number of units: 106 |
| | | 139.59 | | 139.59 | | |

EXHIBIT J
Photocopies
Jenner & Block

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Internal Photocopying and Printing ($0.16 per page) | | | | | | |
| 10/24/06 | | 14.40 | | 14.40 | | PHOTOCOPY & RELATED EXPENSES[90 @ 0.16 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  134Number of units: 90 |
| | | 14.40 | | 14.40 | | |
| | | | | | | |
| CATEGORY: Outside Photocopying | | | | | | |
| 11/03/06 | | 33.10 | | 33.10 | | PHOTOCOPY & RELATED EXPENSES[1 @ 33.1 - CHICAGO DISBURSEMENTS] |
| | | | | | | *  49Number of units: 1 |
| | | 33.10 | | 33.10 | | |
| | | $1,716.28 | | $1,716.28 | | |

EXHIBIT K
Computer-Assisted Legal Research
Jenner & Block

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| 10/31/06 | | 302.89 | | 302.89 | | LEXIS RESEARCH[1 @ 302.89 - CHICAGO DISBURSEMENTS] |
| 10/31/06 | | 351.33 | | 351.33 | | LEXIS RESEARCH[1 @ 351.33 - CHICAGO DISBURSEMENTS] |
| | | $654.22 | | $654.22 | | |

EXHIBIT L
Court Reporter and Videographer Charges
Jenner & Block

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| 09/29/06 | | 702.62 | | 702.62 | | COURT REPORTER CHARGE - 6/30/06 VIDEOTAPED DEPOSITION OF NEAL CASON[1 @ 702.62 - FIRM ATTORNEY] |
| | | $702.62 | | $702.62 | | |

EXHIBIT L  PAGE 1 of 1