## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Final Fee Application of Kirschner & Legler, P.A., special corporate counsel, for the final period from February 22, 2005, through and including May 31, 2006.

Dated: July 25, 2007.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By  *s/ D. J. Baker*  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Gray | By  *s/ Cynthia C. Jackson*  <br> Stephen D. Busey <br> James H. Post <br> Cynthia C. Jackson |
| Four Times Square <br> New York, NY  10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, FL  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Debtors | Co-Counsel for Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | | Chapter 11 |
| Debtors. ) | | Jointly Administered |

**Fee Examiner's Report for Final Fee Application of
Kirschner & Legler, P.A.**

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Kirschner & Legler, P.A., Final Fee Application for the period from February 22, 2005, through May 31, 2006.

1. On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2. Stuart Maue conducted a review and analysis of the fees and expenses requested by Kirschner & Legler, P.A. for the final period and prepared a written report including exhibits of that review, which is attached and incorporated by reference.

3. In addition, Stuart Maue reviewed the fees and expenses requested by Kirschner & Legler, P.A. in all prior interim periods and filed a written report for each interim fee application with the Court.

-1-

-2-

4. The attached report includes a Summary of Findings for Final Period, which displays the fees and expenses requested by Kirschner & Legler, P.A. by interim and final periods. Also displayed are differences, if any, between the amounts requested by the firm and the amounts computed by Stuart Maue and any reductions in the fees and expenses taken by the firm in its fee applications or in its responses to the initial Stuart Maue reports. In addition, the fees and expenses identified by category from each interim report along with a total for the final period are shown in this summary.

STUART MAUE

By /s/ Linda K. Cooper
Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri 63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

ATTACHMENT 1

# Final Report of the Review and Analysis of

# Final Fee Application Submitted by

KIRSCHNER & LEGLER, P.A.
of
Jacksonville, Florida

For the Final Period

**February 22, 2005 Through May 31, 2006**



In the Matter Entitled

*In re: Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**April 11, 2007**

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I. INTRODUCTION ………………………………………………………………………… 1

II. PROCEDURES AND METHODOLOGY …………………………………………… 2
    A.    Appendix A ………………………………………………………………… 2
    B.    Overlap Calculation ………………………………………………………… 3

III. SUMMARY OF FINDINGS FOR FINAL PERIOD……………………………………… 4
    A.    Total Fees and Expenses and Differences …………………………………… 6
    B.    Reductions by Firm and Revised Requested Amounts ……………………… 6
    C.    Professional Fees…………………………………………………………… 7
    D.    Expenses…………………………………………………………………… 7

*Stuart Maue*

## I. INTRODUCTION

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled: *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1. The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "Final Application of Kirschner & Legler, P.A. for Allowance of Compensation and Reimbursement of Expenses" (the "Final Application"). Kirschner & Legler, P.A. ("Kirschner & Legler"), located in Jacksonville, Florida, represents Winn-Dixie Stores, Inc., as special corporate counsel.

*Stuart Maue*

## I. INTRODUCTION (Continued)

Kirschner & Legler filed four interim fee applications during the period from February 22, 2005, through May 31, 2006. Those interim applications were submitted to Stuart Maue, and reports regarding the review and analysis of the first, second, and third applications were prepared and filed with the Court. Stuart Maue reviewed the firm's Fourth Interim Application and recomputed the fees and expenses but did not prepare a report for that period because the fees and expenses were only $1,888.97. It was determined that the fees and expenses requested in the Fourth Interim Application would be included in the report for the final period. The Final Application filed by Kirschner & Legler did not include any additional fees or expenses outside those included in the four previously filed interim applications.

This report includes the Summary of Findings for the final period, which displays the totals for the fee and expense categories by interim period and by final period. The Summary of Findings also displays the fee and expense discrepancies identified in the interim reports and voluntary reductions included in the fee applications. The firm did not provide to Stuart Maue responses to the initial reports.

## II.  PROCEDURES AND METHODOLOGY

### A.  Appendix A

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A previously provided.

## II. PROCEDURES AND METHODOLOGY  (Continued)

### B. Overlap Calculation

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or entry may be classified as both blocked billing and intraoffice conference.  When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.  In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue calculated the overlap.[1]

---

[1] The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category. A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

### III.    SUMMARY OF FINDINGS FOR FINAL PERIOD

The Summary of Findings for the Final Application displays the fees and expenses requested for each interim application and the totals for the Final Application. The summary also includes any differences between the fees and expenses requested and the fees and expenses computed by Stuart Maue for each interim period and the sum of the discrepancies for the Final Application.

The Summary of Findings also displays the voluntary reductions, if any, the case professional included in the interim applications[2] and the reductions, if any, included in the case professional's responses to the fee examiner's reports for the interim and final applications.

The fee and expense categories identified by Stuart Maue in each interim report and the fees and expenses for each category are also displayed in the Summary of Findings for the Final Application. The totals shown in each category have been adjusted for overlap unless otherwise noted.

Kirschner & Legler requested the following professional fees and expenses in its Final Application:

---

[2] Only those reductions that were from the fee and expense entries submitted in the interim applications are included in this voluntary reduction amount. If the firm referenced a reduction in fees or expenses but the fee and expense entries that made up those reductions were not included in the application, those reductions are not included in the Summary of Findings for the final period.

-4-

*Stuart Maue*

### III.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)

|  |  |
|---|---|
| Professional Fees Requested: | $290,049.00 |
| Expense Reimbursement Requested: | 397.49 |
| Total Fees and Expenses: | $290,446.49 |

Stuart Maue compared the total fees and expenses requested in the Final Application with the fees and expenses requested in each of the four interim applications.  The comparison revealed that there is no difference between the amount requested in the Final Application and the total amounts requested in the interim applications.

For each interim application, Stuart Maue recomputed the fees and expenses and identified any discrepancies between the amounts requested and the amounts computed.  The recomputation of fees for the final period shows that the total requested amount is $1,165.50 more than the computed amount.  The discrepancies are the result of task hours within some entries that did not equal the time billed for the entry as a whole.  The recomputation of expenses for the final period revealed there is no difference between the amount requested and the amount computed.

The Summary of Findings for the final period for Kirschner & Legler is shown on the following pages:

*Stuart Maue*

**V. SUMMARY OF FEES AND EXPENSES FOR FINAL PERIOD  (Continued)**

Kirschner & Legler, P.A.

### A.  Total Fees and Expenses and Differences

|  | First Interim 2/22/2005 – 5/31/2005 | Second Interim 6/1/2005 – 9/30/2005 | Third Interim 10/1/2005 – 1/31/2006 | Fourth Interim 2/1/2006 – 5/31/2006 | TOTAL 2/22/2005 – 5/31/2006 |
|---|---|---|---|---|---|
| **Fees Requested:** | $93,264.00 | $145,710.00 | $49,230.00 | $1,845.00 | $290,049.00 |
| **Expenses Requested:** | 130.26 | 121.57 | 101.69 | 43.97 | 397.49 |
| **Total Requested:** | $93,394.26 | $145,831.57 | $49,331.69 | $1,888.97 | $290,446.49 |
| **Fees Computed:** | $93,133.50 | $145,080.00 | $48,825.00 | $1,845.00 | $288,883.50 |
| **Expenses Computed:** | 130.26 | 121.57 | 101.69 | 43.97 | 397.49 |
| **Total Computed:** | $93,263.76 | $145,201.57 | $48,926.69 | $1,888.97 | $289,280.99 |
| **Difference in Fees:** | $130.50 | $630.00 | $405.00 | $0.00 | $1,165.50 |
| **Difference in Expenses:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total Difference:** | $130.50 | $630.00 | $405.00 | $0.00 | $1,165.50 |

### B.  Reductions by Firm and Revised Requested Amounts

|  | First Interim | Second Interim | Third Interim | Fourth Interim | TOTAL |
|---|---|---|---|---|---|
| **Fees Requested:** | $93,264.00 | $145,710.00 | $49,230.00 | $1,845.00 | $290,049.00 |
| **Reduction by Firm:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revised Requested Fees:** | $93,264.00 | $145,710.00 | $49,230.00 | $1,845.00 | $290,049.00 |
| **Expenses Requested:** | $130.26 | $121.57 | $101.69 | $43.97 | $397.49 |
| **Reduction by Firm:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revised Requested Expenses:** | $130.26 | $121.57 | $101.69 | $43.97 | $397.49 |
| **Total Revised Fees and Expenses:** | $93,394.26 | $145,831.57 | $49,331.69 | $1,888.97 | $290,446.49 |

*Stuart Maue*

**V. SUMMARY OF FEES AND EXPENSES FOR FINAL PERIOD (Continued)**
Kirschner & Legler, P.A.

**C.   Professional Fees**

|  | First Interim | | | Second Interim | | | Third Interim | | | Fourth Interim | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % |
| **Difference in Fees:** | | | | | | | | | | | | | | | |
| Task Hour Discrepancy | -- | $130.50 | * | -- | $630.00 | * | -- | $405.00 | * | -- | $0.00 | * | -- | $1,165.50 | * |
| **Reductions in Fees Based on Response:** | | | | | | | | | | | | | | | |
| None | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| **Fee Categories:** | | | | | | | | | | | | | | | |
| Legal Research | 0.70 | $304.50 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.70 | $304.50 | * |
| Fees Attributable to Hourly Rate Increases[3] | -- | $0.00 | * | -- | $4,836.00 | 3% | -- | $1,627.50 | 3% | -- | $61.50 | 3% | -- | $6,525.00 | 2% |
| **Summary of Fee Projects:** | | | | | | | | | | | | | | | |
| Kirschner & Legler Retention/Compensation | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| Other Professionals Retention/Compensation | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| Response to Fee Examiner Report | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |

**D.   Expenses**

|  | First Interim | | Second Interim | | Third Interim | | Fourth Interim | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % |
| **Difference in Expenses:** | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |
| **Expense Categories:** | | | | | | | | | | |
| Delivery Services | $130.26 | 100% | $121.57 | 100% | $101.69 | 100% | $43.97 | 100% | $397.49 | 100% |
| **Expense - Compliance/Reasonableness:[4]** | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |
| **Reductions in Expenses Based on Response:** | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |

-7-

---

[3] Fee categories not adjusted to eliminate overlap between categories.
[4] These expenses are included in the "Expense Categories" Section above; however, the amounts in this section have been adjusted for overlap.
* Less than 1%