UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                        CASE NO.: 3:05-bk-03817-JAF
                                                              Chapter 11
WINN-DIXIE STORES, INC. et al.,                               Jointly Administered

      Debtors.
_____/

## NOTICE OF REQUEST TO STOP ELECTRONIC NOTICE

TO ALL PARTIES:

      PLEASE TAKE NOTICE that the undersigned counsel hereby requests to be removed from the Court's Electronic Service List as counsel for Wells Fargo Bank, N.A., f/k/a Wells Fargo Bank Minnesota, N.A., as successor in interest to Norwest Bank Minnesota, National Association, as Trustee, on behalf of and in trust for the registered holders of First Union National Bank – Chase Manhattan Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 1999-C2.

Dated:      July 25, 2007
              Miami, Florida

      SHUTTS & BOWEN LLP
      Attorneys for Wells Fargo Bank, as Trustee
      1500 Miami Center
      201 South Biscayne Boulevard
      Miami, FL 33131
      Telephone: (305) 358-6300
      Facsimile: (305) 381-9982

      By: *s/ Adrian J. Villaraos*
           Adrian J. Villaraos
           Florida Bar No. 688789
           avillaraos@shutts-law.com

MIADOCS 2235641 1