**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## <u>NOTICE OF FILING</u>

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Sixth Interim and Final Fee Application of PricewaterhouseCoopers LLP, accountants supporting internal audit functions for the debtors-in-possession for the sixth interim period from October 1, 2006, through November 21, 2006, and for the final period from February 22, 2005, through November 21, 2006.

Dated:  July 25, 2007.

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By    *s/ D. J. Baker*
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com


Co-Counsel for Debtors

SMITH HULSEY & BUSEY


By    *s/ Cynthia C. Jackson*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Co-Counsel for Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## Fee Examiner's Report for Sixth Interim and Final Fee Application of PricewaterhouseCoopers, LLP

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the PricewaterhouseCoopers, LLP, Sixth Interim Fee Application for the period from October 1, 2006, through November 21, 2006 and the Final Fee Application for the period from February 22, 2005, through November 21, 2006.

1.      On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.      Stuart Maue conducted a review and analysis of the fees and expenses for the PricewaterhouseCoopers, LLP sixth interim period and prepared a written report including exhibits of that review which is attached and incorporated by reference.

-1-

3.    In addition to the report for the PricewaterhouseCoopers, LLP Sixth Interim and Final Fee Application, Stuart Maue reviewed the fees and expenses requested in all interim fee applications previously filed by the firm and a written report for each interim fee application has been filed with the Court.

4.    Included with this report is a Summary of Findings for Final Period which displays the fees and expenses requested by PricewaterhouseCoopers, LLP by interim period and by final period, the differences between the amounts requested by the firm and the amounts computed by Stuart Maue for each period, the categories of fees and expenses identified in each of the interim reports, and the reductions, if any, in the fees and expenses requested by the firm in its fee applications or in its responses to the initial Stuart Maue reports.

STUART MAUE

By _____
Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
314-291-3030
314-291-6546 (facsimile)
Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# Sixth Interim and Final Application Submitted by

PRICEWATERHOUSECOOPERS LLP
of
Minneapolis, Minnesota

For the Interim Period

**October 1, 2006 Through November 21, 2006**

And

For the Final Period

**February 22, 2005 Through November 21, 2006**



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**

Issued

**May 22, 2007**

*Stuart Maue*

## PRICEWATERHOUSECOOPERS LLP

### SUMMARY OF FINDINGS FOR SIXTH INTERIM PERIOD

#### Sixth Interim Application (October 1, 2006 Through November 21, 2006)

##### A.    Amounts Requested and Computed

| | | | |
|---|---|---|---|
| Fees Requested | $12,045.00 | | |
| Fee Adjustment[1] | (2,307.00) | | |
| | | $9,738.00 | |
| Expenses Requested | | 796.67 | |
| TOTAL FEES AND EXPENSES REQUESTED | | | $10,534.67 |
| | | | |
| Fees Computed | $12,045.00 | | |
| Fee Adjustment[1] | (2,307.00) | | |
| | | $9,738.00 | |
| Expenses Computed | | 796.67 | |
| TOTAL FEES AND EXPENSES COMPUTED | | | $10,534.67 |

##### B.    Professional Fees

###### 1.    Compliance With Billing Guidelines

| Page No. | | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| 8 | Intraoffice Conferences | 0.70 | $129.50 | 1% |

---

[1] In the Sixth and Final Fee Application, PricewaterhouseCoopers stated "PricewaterhouseCoopers has reviewed and responded to the Initial Fee Reports provided by Stuart, Maue, Mitchell & James, Ltd. (the "Fee Examiner") associated with the Fourth Interim Period.  PricewaterhouseCoopers will reduce its Proposed Order by these voluntary reductions of fees and credit the Debtors cash payments during the Sixth Interim Fee Application."  A table was provided showing that $2,169.50 of this reduction related to the First Interim Period and $137.50 related to the Fourth Interim Period.

*Stuart Maue*

**SUMMARY OF FINDINGS FOR SIXTH INTERIM PERIOD (Continued)**

### 2. Fees to Examine for Necessity, Relevance, and Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 10 | Administrative/Clerical Activities by Professionals | B | 4.50 | $1,125.00 | 9% |
| 11 | PricewaterhouseCoopers Retention and Compensation | C | 4.50 | 1,125.00 | 9% |

### C. Expenses

### 1. Compliance With Billing Guidelines

| Page No. | | Exhibit | Amount |
|---|---|---|---|
| 12 | Travel Expenses - Airfare | D | $473.60 |
| 12 | Travel Expenses - Lodging | D | 193.23 |
| 12 | Travel Expenses - Meals | D | 8.37 |
| 12 | Travel Expenses - Car Rental | D | 61.88 |
| 12 | Travel Expenses - Parking | D | 14.00 |
| 12 | Travel Expenses - Mileage | D | 35.60 |
| 12 | Travel Expenses - Internet Connection (Hotel Room) | D | 9.99 |

### D. Adjustment to Eliminate Overlap Between Categories

### 1. Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 10 | Administrative/Clerical Activities - Professionals | 4.50 | $1,125.00 | 0.00 | $ 0.00 | 4.50 | $1,125.00 |

*Stuart Maue*

## TABLE OF CONTENTS

**Page No.**

I.      INTRODUCTION ........................................................................ 1

II.     PROCEDURES AND METHODOLOGY ..................................................... 2
    A.      Appendix A ................................................................... 2
    B.      Overlap Calculation .......................................................... 3

III.    RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD... 3

IV.     REVIEW OF FEES FOR SIXTH INTERIM PERIOD ....................................... 5
    A.      Technical Billing Discrepancies ............................................. 5
    B.      Compliance With Billing Guidelines ........................................ 5
        1.      Firm Staffing and Rates.................................................. 5
            a)      Timekeepers and Positions ........................................... 5
            b)      Hourly Rate Increases................................................. 6
        2.      Time Increments ....................................................... 6
        3.      Complete and Detailed Task Descriptions.................................. 7
        4.      Blocked Entries ....................................................... 7
        5.      Multiple Professionals at Hearings and Conferences ....................... 8
            a)      Intraoffice Conferences ............................................... 8
            b)      Nonfirm Conferences, Hearings, and Other Events ............... 8
    C.      Fees to Examine for Necessity, Relevance, and Reasonableness.................. 9
        1.      Personnel Who Billed 10.00 or Fewer Hours .............................. 9
        2.      Long Billing Days ..................................................... 9
        3.      Administrative/Clerical Activities ..........................................10
        4.      Legal Research ........................................................10
        5.      Travel ...............................................................11
        6.      Summary of Projects ...................................................11

V.      REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD ...............................12
    A.      Technical Billing Discrepancies .............................................12
    B.      Compliance With Billing Guidelines ........................................12
        1.      Complete and Detailed Itemization of Expenses ...........................13
        2.      Travel Expenses.......................................................13
            a)      Airfare ..............................................................13
            b)      Lodging...............................................................14
            c)      Meals................................................................14
            d)      Car Rental............................................................14
            e)      Parking ..............................................................14
            f)      Mileage ..............................................................14

*Stuart Maue*

**TABLE OF CONTENTS (Continued)**

**Page No.**

      g)      Other Travel Expenses ................................................... 15

VI.    SUMMARY OF FINDINGS FOR FINAL PERIOD ....................................... 16
    A.    Total Fees and Expenses and Differences ............................................. 18
    B.    Reductions by Firm and Revised Requested Amounts ............................. 18
    C.    Professional Fees ............................................................................. 19
    D.    Expenses ....................................................................................... 21

*Stuart Maue*

## TABLE OF EXHIBITS

<u>**Page No.**</u>

A.   Summary of Hours and Fees by Timekeeper and Position ……………………………… 6

B.   Administrative/Clerical Activities by Professionals……………………………………10

C.   PricewaterhouseCoopers Retention and Compensation…………………………………11

D.   Expenses by Category……………………………………………………………………12

*Stuart Maue*

## I.    <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly administered cases entitled *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.   The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the "Sixth and Final Fee Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2006 through November 21, 2006 and for the Final Period February 22, 2005 through November 21, 2006"

-1-

*Stuart Maue*

**I. INTRODUCTION  (Continued)**

(the "Application").   PricewaterhouseCoopers LLP ("PricewaterhouseCoopers"), located in Minneapolis, Minnesota, are accountants supporting internal audit functions for the debtors-in-possession.

The report for the sixth interim period includes the review and analysis of the fees and expenses, the exhibits displaying the categorized fees and expenses, and the summary of findings for this period.  Also included in the report is the Summary of Findings for the final period, which displays the totals for the fee and expense categories by interim periods and by final period.   In addition, this Summary of Findings displays the fee and/or expense discrepancies identified in the interim reports and voluntary reductions included in the fee applications or reductions as a result of responses to the interim audit reports.

Stuart Maue prepared an initial written report of the review and analysis of the Application and provided it to PricewaterhouseCoopers and the U.S. Trustee for review prior to completing the final written report.  Stuart Maue did not receive a response to the initial report from PricewaterhouseCoopers.

**II.    PROCEDURES AND METHODOLOGY**

**A.    Appendix A**

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A provided with this report.

*Stuart Maue*

**B.**     <u>Overlap Calculation</u>

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or entry may be classified as both blocked billing and intraoffice conference.  When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.  In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue calculated the overlap.[2]  The overlap calculation is displayed in Section D of the Summary of Findings and includes the totals for each category before and after the calculation for overlap and the total dollar amount of the overlap in each category.

**III.**    **<u>RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD</u>**

PricewaterhouseCoopers requested the following professional fees and expenses in the Application for the sixth interim period:

|  |  |
|---|---|
| Professional Fees Requested: | $  9,738.00 |
| Expense Reimbursement Requested: | 796.67 |
| Total Fees and Expenses: | $10,534.67 |

---

[2] The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

Stuart Maue recomputed the total fees and expenses and compared this to the fees and expenses requested in the Application.  The recomputation of fees and expenses revealed no difference between the requested and computed amounts.

The fee entries included in the Application for the sixth interim period totaled $12,045.00; however, PricewaterhouseCoopers reduced its fee request by $2,037.00. PricewaterhouseCoopers stated in the Application, "PricewaterhouseCoopers has reviewed and responded to the Initial Fee Reports provided by Stuart, Maue, Mitchell & James, Ltd. (the "Fee Examiner") associated with the Fourth Interim Period.  PricewaterhouseCoopers will reduce its Proposed Order by these voluntary reductions of fees and credit the Debtors cash payments during the Sixth Interim Fee Application."  A table was provided showing that $2,169.50 of this reduction related to the First Interim Period and $137.50 related to the Fourth Interim Period.  Because the reduction is not reflected in the fee entries submitted by the firm, the fees summarized in this final report and the attached exhibits are based on the unreduced fees included in the Application.

*Stuart Maue*

## IV.   REVIEW OF FEES FOR SIXTH INTERIM PERIOD

### A.   Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.   There were no technical billing discrepancies identified.

### B.   Compliance With Billing Guidelines

Stuart Maue reviewed and analyzed the fees and billing entries for compliance with the standards for compensation as set forth in the U.S. Trustee Guidelines.   The following discusses the firm's compliance with these guidelines:

#### 1.   Firm Staffing and Rates

**The following information should be provided in every fee application:   (iii) Names and hourly rates of all applicant's professionals and paraprofessionals who billed time, explanation of any changes in hourly rates from those previously charged, and statement of whether the compensation is based on the customary compensation charged by comparably skilled practitioners in cases other than under title 11.  U.S. Trustee Guidelines (b)(1)(iii)**

##### a)   Timekeepers and Positions

The Application provided the names, positions, and hourly rates of the firm's professionals who billed time to this matter. PricewaterhouseCoopers staffed this matter with four timekeepers, including one partner, one director, one manager, and one senior associate.

*Stuart Maue*

### IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

PricewaterhouseCoopers billed a total of 36.50 hours during the sixth interim period.  The following table displays hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Partner | 4.00 | 11% | $ 1,940.00 | 16% |
| Director | 20.00 | 55% | 7,500.00 | 62% |
| Manager | 4.50 | 12% | 1,125.00 | 10% |
| Senior Associate | 8.00 | 22% | 1,480.00 | 12% |
| TOTAL | 36.50 | 100% | $12,045.00 | 100% |

The blended hourly rate for the PricewaterhouseCoopers professionals was $330.00.

The total hours and fees billed by each timekeeper, the position of each timekeeper, their hourly billing rates, and a computation of the blended hourly rate for each position are displayed on EXHIBIT A.

**b)**     **Hourly Rate Increases**

During this interim period, PricewaterhouseCoopers did not increase the hourly rate of any professional.  No professional whose rate increased during a prior interim period billed during this interim period.

**2.**     **Time Increments**

**Time entries should be kept contemporaneously with the services rendered in time periods of tenths of an hour.   U.S. Trustee Guidelines (b)(4)(v)**

-6-

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

The Order appointing PricewaterhouseCoopers provided that "Notwithstanding the requirements of the Final Order Approving Interim Compensation Procedures for Professionals dated March 15, 2005, the professionals and employees of PwC shall be required to maintain time entries in half hour increments." All fee entries in the Application contained time allotments and were billed in either tenth-of-an-hour or half-hour increments.

3.      **Complete and Detailed Task Descriptions**

**Services should be noted in detail...  Time entries for telephone calls, letters, and other communications should give sufficient detail to identify the parties to and the nature of the communication.  Time entries for court hearings and conferences should identify the subject of the hearing or conference.  U.S. Trustee Guidelines (b)(4)(v)**

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary. The PricewaterhouseCoopers' activity descriptions were sufficiently detailed.

4.      **Blocked Entries**

**Services should be noted in detail and not combined or "lumped" together, with each service showing a separate time entry; however, tasks performed in a project which total a de minimis amount of time can be combined or lumped together if they do not exceed .5 hours on a daily aggregate.  U.S. Trustee Guidelines (b)(4)(v)**

PricewaterhouseCoopers did not lump or combine its activity descriptions into an entry with a single time increment.

-7-

*Stuart Maue*

**5.**    **Multiple Professionals at Hearings and Conferences**

**If more than one professional from the applicant firm attends a hearing or conference, the applicant should explain the need for multiple attendees.**  U.S. Trustee Guidelines (b)(4)(v)

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees.

**a)**    **Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferring may indicate inappropriate levels of staffing, unnecessary conferencing, or the use of inexperienced personnel.  Stuart Maue identified only one entry as an intraoffice conference and only one professional billed for that meeting.   On October 5, 2006, senior associate James Bryan Rapp billed 0.70 hour for a conference with director Selwyn Sturisky regarding an internal team update.

**b)**    **Nonfirm Conferences, Hearings, and Other Events**

The Application for the sixth interim period did not include any entries describing nonfirm conferences, hearings, or other events that were attended by more than one PricewaterhouseCoopers' professional or paraprofessional.

-8-

*Stuart Maue*

IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

C.    **Fees to Examine for Necessity, Relevance, and Reasonableness**

Stuart Maue reviewed the Application and has identified several billing practices to examine for necessity, relevance, and reasonableness under the standards of Section 330 of the Bankruptcy Code.

1.    **Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.   All but one of the PricewaterhouseCoopers' timekeepers billed 10.00 or fewer hours during this shortened interim period.

2.    **Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.   Professionals may periodically work extraordinarily long hours without many breaks because of the demands of the representation.   However, such long hours are generally related to identifiable circumstances such as court deadlines, travel, or event

-9-

*Stuart Maue*

### IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)

attendance.    Stuart  Maue  did  not  identify  any  PricewaterhouseCoopers
timekeepers who billed 12.00 or more hours on any one day.

### 3.    Administrative/Clerical Activities

Activities  associated  with  the  day-to-day  operations  of  the  professional
firm are considered to be administrative in nature and, as such, are reflected in
the hourly rates charged by the firm.

Clerical  activities  include  tasks  that  may  be  effectively  performed  by
administrative assistants, secretaries, or support personnel.  The performance of
clerical  or  secretarial  tasks  by  attorneys,  accountants,  paralegals,  and  other
paraprofessionals generally constitutes nonbillable time and should be delegated
to  nonbilling  staff  members.    Courts  have  held  that  time  spent  performing
administrative or clerical activities such as filing, organizing and updating files,
retrieving and distributing documents, checking the docket, calendaring events,
photocopying,  scanning  documents,  training,  and  assignment  of  tasks  to  staff
members, or "supervising" any of the foregoing is not compensable.

Entries describing administrative and clerical activities by professionals
are displayed on EXHIBIT B and total 4.50 hours with $1,125.00 in associated
fees.

### 4.    Legal Research

Stuart  Maue  did  not  identify  any  PricewaterhouseCoopers  activities
describing legal research.

*Stuart Maue*

**IV.  REVIEW OF FEES FOR SIXTH INTERIM PERIOD  (Continued)**

5.     <u>Travel</u>

There were no entries describing travel in the Application for the sixth interim period.

6.     <u>Summary of Projects</u>

PricewaterhouseCoopers categorized its services into two billing projects, including "Case Administration-Monthly, Interim" and "Final Fee Applications."  For purposes of this report, Stuart Maue renamed this project category "PricewaterhouseCoopers Retention and Compensation."

Entries describing tasks related to the retention and compensation of PricewaterhouseCoopers are displayed on EXHIBIT C and total 4.50 hours with $1,125.00 in associated fees.

The following table displays the remaining project category, the associated hours and fees, and the project's percentage of the total fees requested by the firm.

| Project | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|
| 2006 IT Security Strategy Assessment | 32.00 | $10,920.00 | 91% |

-11-

*Stuart Maue*

## V.    REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD

In the Application for the sixth interim period, PricewaterhouseCoopers requested reimbursement of expenses in the amount of $796.67. Stuart Maue reviewed the expenses and divided them into categories based on the type of charge. The following table summarizes the expenses as computed and categorized by Stuart Maue:

| Category | Amount Computed | Percentage of Total Expenses |
|---|---|---|
| **Travel Expenses:** | | |
| Airfare | $473.60 | 59% |
| Lodging | 193.23 | 24% |
| Car Rental | 61.88 | 8% |
| Mileage | 35.60 | 5% |
| Parking | 14.00 | 2% |
| Internet Connection (Hotel Room) | 9.99 | 1% |
| Meals | 8.37 | 1% |
| **TOTAL** | $796.67 | 100% |

These expenses are displayed by category on EXHIBIT D.

### A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double billing, wrong case billing, or missing expense descriptions. No technical billing discrepancies were identified in the Application.

### B.    Compliance With Billing Guidelines

**Any expense for which reimbursement is sought must be actual and necessary and supported by documentation as appropriate.** U.S. Trustee Guidelines (b)(5)

-12-

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

Stuart Maue reviewed and analyzed the expenses for compliance with the standards for reimbursement of actual, necessary expenses as set forth in the U.S. Trustee Guidelines.

1.  **Complete and Detailed Itemization of Expenses**

**Factors relevant to a determination that the expense is proper include the following:  Whether applicant has provided a detailed itemization of all expenses including the date incurred, description of expense (e.g., type of travel, type of fare, rate destination), method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense.  Itemized expenses should be identified by their nature (e.g., long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred.  U.S. Trustee Guidelines (b)(5)(v)(iii)**

PricewaterhouseCoopers provided a detailed itemization of its expenses including the expense category, the date, the name of the timekeeper incurring the charge, the description, and the amount of the charge.  All of the charges related to travel and were incurred by director Selwyn Sturisky.  Supporting documentation for the expense charges was not included in the Application.

2.  **Travel Expenses**

a)  **Airfare**

PricewaterhouseCoopers requested reimbursement for airfare in the amount of $473.60.  The two fares are consistent with coach class travel; however, it does appear that both of the charges were for purchase of one-way tickets, which may have resulted in increased fares.

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

**b)**      **Lodging**

PricewaterhouseCoopers requested reimbursement for one lodging charge in the amount of $193.23.  The description did not state whether the requested amount included expenses other than the nightly room charges.

**c)**      **Meals**

PricewaterhouseCoopers requested reimbursement for one meal charge in the amount of $8.37.

**d)**      **Car Rental**

PricewaterhouseCoopers requested reimbursement for one car rental charge in the amount of $61.88.

**e)**      **Parking**

PricewaterhouseCoopers requested reimbursement for parking in the amount of $14.00.

**f)**      **Mileage**

PricewaterhouseCoopers requested reimbursement for mileage in the amount of $35.60.  The descriptions did not state the number of miles traveled, the mileage rate, or the dates of travel.  The descriptions state that these charges relate to mileage to and from the airport and are "in excess of normal mileage commute."

*Stuart Maue*

**V.  REVIEW OF EXPENSES FOR SIXTH INTERIM PERIOD  (Continued)**

**g)**      **Other Travel Expenses**

PricewaterhouseCoopers requested reimbursement for internet connection charges incurred at the Marriott Hotel to "work from room" totaling $9.99.

*Stuart Maue*

## VI.    SUMMARY OF FINDINGS FOR FINAL PERIOD

Stuart Maue prepared a Summary of Findings for the final period that displays the fees and expenses requested for each interim period and the totals for the final period.    The summary also includes the differences between the fees and expenses requested and the fees and expenses computed by Stuart Maue for each interim period and the sum of the discrepancies for the final period.

In addition, the Summary of Findings displays the voluntary reductions, if any, the case professional included in the interim applications[3] and the reductions, if any, included in the case professional's responses to the fee examiner's reports for the interim and final applications.

The fee and expense categories identified by Stuart Maue in each interim report and the fees and expenses for each category are also displayed in the Summary of Findings for the final period.    The totals shown in each category have been adjusted for overlap unless otherwise noted.

PricewaterhouseCoopers requested the following professional fees and expenses in the Application for the final period:

---

[3] Only those reductions that were from the fee and expense entries submitted in the interim applications are included in this voluntary reduction amount.  If the firm referenced a reduction in fees or expenses but the fee and expense entries that made up those reductions were not included in the application, those reductions are not included in the Summary of Findings for the final period.

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**

| | |
|---|---|
| Professional Fees Requested: | $1,363,229.38 |
| Expense Reimbursement Requested: | 131,271.18 |
| Total Fees and Expenses: | $1,494,500.56 |

Stuart Maue compared the total fees and expenses requested in the Application for the final period with the fees and expenses requested in each interim application.  The comparison revealed that there was no difference between the amount requested for the final period and the total amounts requested in the interim applications.

For each interim application, Stuart Maue recomputed the fees and expenses and identified any discrepancies between the amounts requested and the amounts computed.  The recomputation of the PricewaterhouseCoopers fees and expenses by interim period revealed there were no differences between the amounts requested and the amounts computed.

In response to the initial Stuart Maue reports, PricewaterhouseCoopers agreed to a reduction of fees, which totaled $25,564.25.  Those reductions are displayed in the Summary of Findings for the final period which is shown on the following pages:

### VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)
PricewaterhouseCoopers LLP

## A.  Total Fees and Expenses and Differences

| | First Interim 2/22/2005 – 5/31/2005 | Second Interim 6/1/2005 – 9/30/2005 | Third Interim 10/1/2005 – 1/31/2006 | Fourth Interim 2/1/2006 – 5/31/2006 | Fifth Interim 6/1/2006 – 9/30/2006 | Sixth Interim* 10/1/2006 – 11/21/2006 | TOTAL 2/22/2005 – 11/21/2006 |
|---|---|---|---|---|---|---|---|
| Fees Requested: | $859,171.00 | $193,312.00 | $19,486.63 | $68,417.50 | $236,361.50 | $12,045.00 | $1,388,793.63 |
| Expenses Requested: | 76,598.88 | 19,609.03 | 1,888.88 | 3,126.39 | 29,251.33 | 796.67 | 131,271.18 |
| Total Requested: | $935,769.88 | $212,921.03 | $21,375.51 | $71,543.89 | $265,612.83 | $12,841.67 | $1,520,064.81 |
| Fees Computed: | $859,171.00 | $193,312.00 | $19,486.63 | $68,417.50 | $236,361.50 | $12,045.00 | $1,388,793.63 |
| Expenses Computed: | 76,598.88 | 19,609.03 | 1,888.88 | 3,126.39 | 29,251.33 | 796.67 | 131,271.18 |
| Total Computed: | $935,769.88 | $212,921.03 | $21,375.51 | $71,543.89 | $265,612.83 | $12,841.67 | $1,520,064.81 |
| Difference in Fees: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Difference in Expenses: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Difference: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Based on Stuart Maue's initial report.

## B.  Reductions by Firm and Revised Requested Amounts[4]

| | First Interim | Second Interim | Third Interim | Fourth Interim | Fifth Interim | Sixth Interim | TOTAL |
|---|---|---|---|---|---|---|---|
| Fees Requested: | $859,171.00 | $193,312.00 | $19,486.63 | $68,417.50 | $236,361.50 | $12,045.00 | $1,388,793.63 |
| Reduction by Firm: | (15,461.50) | (9,792.75) | (172.50) | (137.50) | 0.00 | 0.00 | (25,564.25) |
| Revised Requested Fees: | $843,709.50 | $183,519.25 | $19,314.13 | $68,280.00 | $236,361.50 | $12,045.00 | $1,363,229.38 |
| Expenses Requested: | $76,598.88 | $19,609.03 | $1,888.88 | $3,126.39 | $29,251.33 | $796.67 | $131,271.18 |
| Reduction by Firm: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Revised Requested Expenses: | $76,598.88 | $19,609.03 | $1,888.88 | $3,126.39 | $29,251.33 | $796.67 | $131,271.18 |
| Total Revised Fees and Expenses: | $920,308.38 | $203,128.28 | $21,203.01 | $71,406.39 | $265,612.83 | $12,841.67 | $1,494,500.56 |

---

[4]In their Fourth and Sixth Interim Fee Applications, PricewaterhouseCoopers agreed to reductions to the fees requested in the First, Second, Third, and Fourth Interim Applications.  On this schedule, these reductions are shown in the column for the interim period to which the reduction relates.

*Stuart Maue*

## VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)

PricewaterhouseCoopers LLP

## C.    Professional Fees

| | First Interim | | | Second Interim | | | Third Interim | | | Fourth Interim | | | Fifth Interim | | | Sixth Interim | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % |
| **Difference in Fees:** | | | | | | | | | | | | | | | | | | | | | |
| None | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * |
| **Reductions in Fees Based on Response:** | | | | | | | | | | | | | | | | | | | | | |
| Missing Task Descriptions/Date | -- | $0.00 | * | -- | ($1,452.50) | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($1,452.50) | * |
| Double Billing | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($112.50) | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($112.50) | * |
| Personnel Who Billed 10.00 or Fewer Hours | -- | $0.00 | * | -- | ($814.00) | * | -- | ($172.50) | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($986.50) | * |
| Vaguely Described Activities | -- | ($2,454.00) | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($2,454.00) | * |
| Admin/Clerical Tasks by Paraprofessionals | -- | ($517.50) | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($517.50) | * |
| Admin/Clerical Tasks by Professionals | -- | $0.00 | * | -- | ($195.00) | * | -- | $0.00 | * | -- | ($25.00) | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($220.00) | * |
| Travel | -- | ($12,490.00) | * | -- | ($7,331.25) | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | $0.00 | * | -- | ($19,821.25) | * |
| **Fee Categories:** | | | | | | | | | | | | | | | | | | | | | |
| Potential Double Billing | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 2.00 | $450.00 | * | 12.80 | $3,740.00 | 2% | 0.00 | $0.00 | * | 14.80 | $4,190.00 | * |
| Missing Task Description/Date | 0.00 | $0.00 | * | 7.50 | $1,452.50 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 7.50 | $1,452.50 | * |
| Admin/Clerical Tasks by Paraprofessionals | 48.20 | $5,543.00 | * | 7.00 | $805.00 | * | 3.00 | $345.00 | 2% | 0.00 | $0.00 | * | 1.30 | $156.00 | * | 0.00 | $0.00 | * | 59.50 | $6,849.00 | * |
| Admin/Clerical Tasks by Professionals | 135.70 | $28,127.50 | 3% | 4.50 | $917.50 | * | 0.00 | $0.00 | * | 2.80 | $590.00 | * | 12.70 | $3,045.00 | 1% | 4.50 | $1,125.00 | 9% | 160.20 | $33,805.00 | 2% |
| Nonfirm Conferences[5] | 396.50 | $82,732.50 | 10% | 36.00 | $10,802.05 | 6% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 68.30 | $21,805.50 | 9% | 0.00 | $0.00 | * | 500.80 | $115,340.05 | 8% |
| Nonfirm Conferences - Multiple Attendees | 252.00 | $50,485.00 | 6% | 18.00 | $4,867.50 | 3% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 40.80 | $11,423.00 | 5% | 0.00 | $0.00 | * | 310.80 | $66,775.50 | 5% |
| Intraoffice Conferences[5] | 482.67 | $104,615.00 | 12% | 81.08 | $18,968.20 | 10% | 2.77 | $700.00 | 4% | 6.70 | $1,571.00 | 2% | 153.10 | $45,753.50 | 19% | 0.70 | $129.50 | 1% | 727.02 | $171,737.20 | 12% |
| Intraoffice Conferences - Multiple Attendees | 452.00 | $97,070.00 | 11% | 45.83 | $10,946.30 | 6% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 94.10 | $27,148.50 | 11% | 0.00 | $0.00 | * | 591.93 | $135,164.80 | 10% |
| Vaguely Described Conferences | 221.00 | $50,257.50 | 6% | 9.50 | $1,897.50 | * | 0.00 | $0.00 | * | 11.10 | $2,407.50 | 4% | 11.50 | $4,362.50 | 2% | 0.00 | $0.00 | * | 253.10 | $58,925.00 | 4% |
| Other Vaguely Described Activities | 1,600.70 | $326,840.50 | 38% | 81.50 | $17,928.15 | 9% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 18.00 | $5,060.00 | 2% | 0.00 | $0.00 | * | 1,700.20 | $349,828.65 | 25% |
| Blocked Entries | 44.10 | $12,227.50 | 1% | 16.67 | $4,637.50 | 2% | 4.70 | $1,200.00 | 6% | 6.90 | $1,640.00 | 2% | 8.80 | $3,022.50 | 1% | 0.00 | $0.00 | * | 81.17 | $22,727.50 | 2% |
| Personnel Who Billed 10.00 or Fewer Hours | 4.50 | $1,250.00 | * | 14.10 | $3,486.50 | 2% | 2.50 | $1,214.13 | 6% | 17.00 | $6,150.00 | 9% | 3.30 | $660.00 | * | 0.00 | $0.00 | * | 41.40 | $12,760.63 | * |

---

[5] Fee categories not adjusted to eliminate overlap between categories.

* Less than 1%

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**

PricewaterhouseCoopers LLP

| | First Interim | | | Second Interim | | | Third Interim | | | Fourth Interim | | | Fifth Interim | | | Sixth Interim | | | TOTAL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % | Hours | Fees | % |
| Travel – Half Travel Time | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 12.30 | $4,216.50 | 2% | 0.00 | $0.00 | * | 12.30 | $4,216.50 | * |
| Travel – Full Travel Time | 21.50 | $4,192.50 | * | 56.00 | $10,950.00 | 6% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 77.50 | $15,142.50 | 1% |
| Fees Attributable to Hourly Rate Increases[5] | -- | $1,962.50 | * | -- | $2,717.50 | 1% | -- | $0.00 | * | -- | $0.00 | * | -- | $7,200.00 | 3% | -- | $0.00 | * | -- | $11,880.00 | * |
| Days Billed in Excess of 12.00 Hours Per Day[5] | 228.50 | $49,070.00 | 6% | 46.50 | $9,382.50 | 5% | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 275.00 | $58,452.50 | 4% |
| **Summary of Fee Projects:** | | | | | | | | | | | | | | | | | | | | | |
| PricewaterhouseCoopers Retention/Compensation | 196.20 | $40,344.00 | 5% | 28.50 | $6,345.00 | 3% | 32.20 | $7,645.00 | 39% | 11.80 | $2,987.50 | 4% | 21.30 | $5,156.00 | 2% | 4.50 | $1,125.00 | 9% | 294.50 | $63,602.50 | 5% |
| Other Professionals Retention/Compensation | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * |
| Response to Fee Examiner Report | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 0.00 | $0.00 | * | 57.60 | $13,165.00 | 19% | 18.60 | $4,485.00 | 2% | 0.00 | $0.00 | * | 76.20 | $17,650.00 | 1% |

---

[5] Fee categories not adjusted to eliminate overlap between categories.
* Less than 1%

*Stuart Maue*

**VI.  SUMMARY OF FINDINGS FOR FINAL PERIOD  (Continued)**
PricewaterhouseCoopers LLP

### D.    Expenses

| | First Interim | | Second Interim | | Third Interim | | Fourth Interim | | Fifth Interim | | Sixth Interim | | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % | Expenses | % |
| **Difference in Expenses:** | | | | | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |
| **Expense Categories:** | | | | | | | | | | | | | | |
| Travel Expenses - Airfare | $12,899.20 | 17% | $3,585.31 | 18% | $1,260.53 | 67% | $1,491.54 | 48% | $13,292.21 | 45% | $473.60 | 59% | $33,002.39 | 25% |
| Travel Expenses – Lodging | $35,321.68 | 46% | $9,083.60 | 46% | $223.74 | 12% | $641.70 | 21% | $10,128.79 | 35% | $193.23 | 24% | $55,592.74 | 42% |
| Travel Expenses – Meals | $11,168.05 | 15% | $2,770.43 | 14% | $120.71 | 6% | $411.05 | 13% | $1,881.22 | 6% | $8.37 | 1% | $16,359.83 | 12% |
| Travel Expenses – Car Rental/Taxi Fares | $7,947.71 | 10% | $2,332.48 | 12% | $182.76 | 10% | $582.10 | 19% | $2,770.50 | 9% | $61.88 | 8% | $13,877.43 | 11% |
| Travel Expenses – Parking | $1,659.15 | 2% | $254.00 | 1% | $80.52 | 4% | $0.00 | * | $795.00 | 3% | $14.00 | 2% | $2,802.67 | 2% |
| Travel Expenses – Mileage | $4,788.66 | 6% | $1,516.83 | 8% | $12.62 | * | $0.00 | * | $293.70 | 1% | $35.60 | 5% | $6,647.41 | 5% |
| Travel Expenses – Internet Connection | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $89.91 | * | $9.99 | 1% | $99.90 | * |
| Other Travel Expenses | $2,814.43 | 4% | $66.38 | * | $8.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $2,888.81 | 2% |
| **Expense - Compliance/Reasonableness:[6]** | | | | | | | | | | | | | | |
| Travel Expenses – Meals | $321.01 | * | $777.57 | 4% | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $1,098.58 | * |
| Dry Cleaning/Laundry | $140.50 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $140.50 | * |
| Other Travel Expenses | $0.00 | * | $25.39 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $25.39 | * |
| **Reductions in Expenses Based on Response:** | | | | | | | | | | | | | | |
| None | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * | $0.00 | * |

---

[6] These expenses are included in the "Expense Categories" Section above; however, the amounts in this section have been adjusted for overlap.
* Less than 1%

**EXHIBIT A**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**PricewaterhouseCoopers**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|---|---|---|---|---|---|---|---|
| 3349 | Campbell, Kevin W. | PARTNER | $485.00 | $485.00 | 4.00 | $1,940.00 | 2 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $485.00 | | 4.00 | $1,940.00 | |
| | | | | % of Total: | 10.96% | % of Total: 16.11% | |
| 9327 | Sturisky, Selwyn | DIRECTOR | $375.00 | $375.00 | 20.00 | $7,500.00 | 10 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $375.00 | | 20.00 | $7,500.00 | |
| | | | | % of Total: | 54.79% | % of Total: 62.27% | |
| 3961 | Smith, Andrea Clark | MANAGER | $250.00 | $250.00 | 4.50 | $1,125.00 | 5 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $250.00 | | 4.50 | $1,125.00 | |
| | | | | % of Total: | 12.33% | % of Total: 9.34% | |
| 1405 | Rapp, James Bryan | SR. ASSOCIATE | $185.00 | $185.00 | 8.00 | $1,480.00 | 4 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $185.00 | | 8.00 | $1,480.00 | |
| | | | | % of Total: | 21.92% | % of Total: 12.29% | |
| | Total No. of Billers: 4 | Blended Rate for Report: | $330.00 | | 36.50 | $12,045.00 | |

EXHIBIT B
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
PricewaterhouseCoopers

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Smith, A | 4.50 | 1,125.00 |
| | 4.50 | $1,125.00 |

EXHIBIT B
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
PricewaterhouseCoopers

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/27/06 Fri | Smith, A 10/10 | 1.80 | 1.80 | 450.00 | | | 1 | MATTER:Case Admin. - Monthly, Interim and Final Fee Appl<br>REVIEW AND MODIFY THE JULY 2006 BANKRUPTCY INVOICE AND RECONCILE THE TIME AND EXPENSES WITH THE INTERNAL BILLING REPORTS PROVIDED BY SUBASHI STENDAHL (PWC). |
| 10/27/06 Fri | Smith, A 10/20 | 1.30 | 1.30 | 325.00 | | | 1 | MATTER:Case Admin. - Monthly, Interim and Final Fee Appl<br>REVIEW AND MODIFY THE AUGUST 2006 BANKRUPTCY INVOICE AND RECONCILE THE TIME AND EXPENSES WITH THE INTERNAL BILLING REPORTS PROVIDED BY SUBASHI STENDAHL (PWC). |
| 10/27/06 Fri | Smith, A 10/30 | 0.40 | 0.40 | 100.00 | | | 1 | MATTER:Case Admin. - Monthly, Interim and Final Fee Appl<br>REVIEW THE GFS INVOICES FOR THE JULY AND AUGUST 2006 INVOICES. |
| 10/27/06 Fri | Smith, A 10/40 | 0.20 | 0.20 | 50.00 | | | 1 | MATTER:Case Admin. - Monthly, Interim and Final Fee Appl<br>REVIEW AND MODIFY THE SEPTEMBER 2006 BANKRUPTCY INVOICE AND RECONCILE THE TIME AND EXPENSES WITH THE INTERNAL BILLING REPORTS PROVIDED BY SUBASHI STENDAHL (PWC). |
| 10/27/06 Fri | Smith, A 10/50 | 0.80 | 0.80 | 200.00 | | | 1 | MATTER:Case Admin. - Monthly, Interim and Final Fee Appl<br>CONTINUE - REVIEW AND MODIFY THE SEPTEMBER 2006 BANKRUPTCY INVOICE AND RECONCILE THE TIME AND EXPENSES WITH THE INTERNAL BILLING REPORTS PROVIDED BY SUBASHI STENDAHL (PWC). |
| | | | 4.50 | $1,125.00 | | | | |

Total
Number of Entries:        5

~ See the last page of exhibit for explanation

EXHIBIT B
ADMINISTRATIVE/CLERICAL ACTIVITIES BY PROFESSIONALS
PricewaterhouseCoopers

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Smith, A | 4.50 | 1,125.00 | 0.00 | 0.00 | 4.50 | 1,125.00 | 0.00 | 0.00 | 4.50 | 1,125.00 |
| | 4.50 | $1,125.00 | 0.00 | $0.00 | 4.50 | $1,125.00 | 0.00 | $0.00 | 4.50 | $1,125.00 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Case Admin. - Monthly, Interim and Final Fee Appl | 4.50 | 1,125.00 | 0.00 | 0.00 | 4.50 | 1,125.00 | 0.00 | 0.00 | 4.50 | 1,125.00 |
| | 4.50 | $1,125.00 | 0.00 | $0.00 | 4.50 | $1,125.00 | 0.00 | $0.00 | 4.50 | $1,125.00 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT C
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Smith, A | 4.50 | 1,125.00 |
| | 4.50 | $1,125.00 |

EXHIBIT C  PAGE 1 of 3

EXHIBIT C
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 10/27/06 Fri | Smith, A 10'10 | 1.80 | 1.80 | 450.00 | B | | 1 | MATTER: Case Admin. - Monthly, Interim and Final Fee Appl<br>REVIEW AND MODIFY THE JULY 2006 BANKRUPTCY INVOICE AND RECONCILE THE TIME AND EXPENSES WITH THE INTERNAL BILLING REPORTS PROVIDED BY SUBASHI STENDAHL (PWC). |
| 10/27/06 Fri | Smith, A 10'20 | 1.30 | 1.30 | 325.00 | B | | 1 | MATTER: Case Admin. - Monthly, Interim and Final Fee Appl<br>REVIEW AND MODIFY THE AUGUST 2006 BANKRUPTCY INVOICE AND RECONCILE THE TIME AND EXPENSES WITH THE INTERNAL BILLING REPORTS PROVIDED BY SUBASHI STENDAHL (PWC). |
| 10/27/06 Fri | Smith, A 10'30 | 0.40 | 0.40 | 100.00 | B | | 1 | MATTER: Case Admin. - Monthly, Interim and Final Fee Appl<br>REVIEW THE GFS INVOICES FOR THE JULY AND AUGUST 2006 INVOICES. |
| 10/27/06 Fri | Smith, A 10'40 | 0.20 | 0.20 | 50.00 | B | | 1 | MATTER: Case Admin. - Monthly, Interim and Final Fee Appl<br>REVIEW AND MODIFY THE SEPTEMBER 2006 BANKRUPTCY INVOICE AND RECONCILE THE TIME AND EXPENSES WITH THE INTERNAL BILLING REPORTS PROVIDED BY SUBASHI STENDAHL (PWC). |
| 10/27/06 Fri | Smith, A 10'50 | 0.80 | 0.80 | 200.00 | B | | 1 | MATTER: Case Admin. - Monthly, Interim and Final Fee Appl<br>CONTINUE - REVIEW AND MODIFY THE SEPTEMBER 2006 BANKRUPTCY INVOICE AND RECONCILE THE TIME AND EXPENSES WITH THE INTERNAL BILLING REPORTS PROVIDED BY SUBASHI STENDAHL (PWC). |
| | | | 4.50 | $1,125.00 | | | | |

Total
Number of Entries:    5

~ See the last page of exhibit for explanation

EXHIBIT C  PAGE 2 of 3

EXHIBIT C
PRICEWATERHOUSECOOPERS RETENTION AND COMPENSATION
PricewaterhouseCoopers

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Smith, A | 4.50 | 1,125.00 | 0.00 | 0.00 | 4.50 | 1,125.00 | 0.00 | 0.00 | 4.50 | 1,125.00 |
|  | 4.50 | $1,125.00 | 0.00 | $0.00 | 4.50 | $1,125.00 | 0.00 | $0.00 | 4.50 | $1,125.00 |

RANGE OF HOURS

RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Admin. - Monthly, Interim and Final Fee Appl | 4.50 | 1,125.00 | 0.00 | 0.00 | 4.50 | 1,125.00 | 0.00 | 0.00 | 4.50 | 1,125.00 |
|  | 4.50 | $1,125.00 | 0.00 | $0.00 | 4.50 | $1,125.00 | 0.00 | $0.00 | 4.50 | $1,125.00 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT C  PAGE 3 of 3

EXHIBIT D

Expenses By Category

PricewaterhouseCoopers

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|----------------|-------------|
| CATEGORY: Travel Expenses - Airfare | | | | | | |
| 09/22/06 | 9327 | 274.30 | | 274.30 | | AIRFARE - SELWYN HOWARD STURISKY - AIRTRAN AIRWAYS ATLANTA GA |
| 09/22/06 | 9327 | 249.30 | | 249.30 | | AIRFARE - SELWYN HOWARD STURISKY - AIRTRAN AIRWAYS ATLANTA GA |
| 09/24/06 | 9327 | -50.00 | | -50.00 | | AIRFARE - SELWYN HOWARD STURISKY - AMERICAN EXPRESS TRS U.S.A. |
| | | 473.60 | | 473.60 | | |
| CATEGORY: Travel Expenses - Car Rental | | | | | | |
| 09/25/06 | 9327 | 61.88 | | 61.88 | | RENTAL CAR - SELWYN HOWARD STURISKY - HERTZ CAR RENTAL JACKSONVILLE FL |
| | | 61.88 | | 61.88 | | |
| CATEGORY: Travel Expenses - Internet Connection (Hotel Room) | | | | | | |
| 09/26/06 | 9327 | 9.99 | | 9.99 | | SUNDRY, TELECOMMUNICATIONS - SELWYN HOWARD STURISKY - INTERNET CONNECTION AT MARRIOTT HOTEL TO WORK FROM ROOM. |
| | | 9.99 | | 9.99 | | |
| CATEGORY: Travel Expenses - Lodging | | | | | | |
| 09/26/06 | 9327 | 193.23 | | 193.23 | | LODGING - SELWYN HOWARD STURISKY - MARRIOTT HOTEL JACKSONVILLE FL |
| | | 193.23 | | 193.23 | | |
| CATEGORY: Travel Expenses - Meals | | | | | | |
| 09/24/06 | 9327 | 8.37 | | 8.37 | | MEALS - SELWYN HOWARD STURISKY - MOE'S SOUTHWEST GRILL ATLANTA GA |
| | | 8.37 | | 8.37 | | |
| CATEGORY: Travel Expenses - Mileage | | | | | | |
| 09/24/06 | 9327 | 17.80 | | 17.80 | | MILEAGE - SELWYN HOWARD STURISKY - MILEAGE TO/FROM AIRPORT - IN EXCESS OF NORMAL MILEAGE COMMUTE |
| 09/26/06 | 9327 | 17.80 | | 17.80 | | MILEAGE - SELWYN HOWARD STURISKY - MILEAGE TO/FROM AIRPORT - IN EXCESS OF NORMAL MILEAGE COMMUTE |
| | | 35.60 | | 35.60 | | |
| CATEGORY: Travel Expenses - Parking | | | | | | |
| 09/25/06 | 9327 | 14.00 | | 14.00 | | PARKING - SELWYN HOWARD STURISKY - PARKING CO OF AMERICA ATLANTA GA |
| | | 14.00 | | 14.00 | | |

EXHIBIT D
Expenses By Category
PricewaterhouseCoopers

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|------|----------|---------------|---------------|----------------|---------------|-------------|
|      |          | $796.67       |               | $796.67        |               |             |