**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF CASE MANAGEMENT CONFERENCE

Please take notice that a case management conference on the Application for Allowance of Administrative Expense and Request for Notice filed by American Star Plastics, Inc. (the "Application") (Docket No.14348) is scheduled for **August 9, 2007 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Application for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the case.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  July 25, 2007


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP

By    /s/ D. J. Baker
     D. J. Baker
     Sally McDonald Henry
     Rosalie Walker Gray


Four Times Square
New York, New York 10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-Counsel for the Reorganized Debtors

SMITH HULSEY & BUSEY

By    /s/ Leanne McKnight Prendergast
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Co-Counsel for the Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to Robert D. Wilcox, Esq. and Brett A. Mearkle, Esq., Wilcox Law Firm, 6817 Southpoint Parkway, Suite 1200, Jacksonville, Florida, 32216, this 25th day of July, 2007.

*s/ Leanne McKnight Prendergast*
Attorney

00573916