**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, Inc., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Monthly Statements of Rogers Towers, P.A., for the First Billing Period from April 18, 2005, through and including November 30, 2005.

Dated:  July 25, 2007.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By ____s/ D. J. Baker_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com

Co-counsel for Debtors

SMITH HULSEY & BUSEY

By ____s/ Cynthia C. Jackson_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-counsel for Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, Inc., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**Fee Examiner's Report for the Monthly Statements of**
**Rogers Towers, P.A. for First Billing Period from**
**April 18, 2005, through and including November 30, 2005**

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Monthly Statements of Rogers Towers, P.A., for First Billing Period from April 18, 2005, through and including November 30, 2005.

1.      On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the monthly statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.    Stuart Maue conducted a review and analysis of the Rogers Towers P.A. Monthly Statements for First Billing Period and submits the Final Report which is attached, marked as Attachment 1, and incorporated by reference.

Respectfully Submitted,

STUART MAUE

By _____
Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri 63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# Monthly Statements Submitted by

## ROGERS TOWERS, P.A.
of
Jacksonville, Florida

For the First Billing Period

**April 18, 2005 Through November 30, 2005**



In the Matter Entitled

### *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**April 24, 2007**

*Stuart Maue*

## ROGERS TOWERS, P.A.

### SUMMARY OF FINDINGS

#### Monthly Statements (First Billing Period - April 18, 2005 Through November 30, 2005)

##### A.      Amounts Billed and Computed

| | | |
|---|---|---|
| Fees Billed | $157,123.50 | |
| Expenses Billed | 1,446.31 | |
| | | |
| TOTAL FEES AND EXPENSES BILLED | | $158,569.81 |
| | | |
| Fees Computed | $157,123.50 | |
| Expenses Computed | 1,446.31 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $158,569.81 |

##### B.      Amounts Billed – Revised Based on Firm's Response

| | | |
|---|---|---|
| Fees Billed | $157,123.50 | |
| | | |
| REVISED FEES BILLED | | $157,123.50 |
| | | |
| Expenses Billed | $1,446.31 | |
| | | |
| REVISED EXPENSES BILLED | | 1,446.31 |
| | | |
| REVISED TOTAL FEES AND EXPENSES BILLED | | $158,569.81 |

##### C.      Professional Fees

###### Fees to Examine for Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 8 | Vaguely Described Conferences | B-1 | 6.27 | $ 1,911.33 | 1% |
| 8 | Other Vaguely Described Activities | B-2 | 11.30 | 3,359.33 | 2% |
| 12 | Intraoffice Conferences | C | 46.20 | 11,985.32 | 8% |
| 12 | Intraoffice Conferences – Multiple Attendance | C | 31.36 | 7,883.37 | 5% |

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 13 | Nonfirm Conferences, Hearings, and Other Events | D | 12.15 | $ 3,641.09 | 2% |
| 13 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | D | 6.23 | 1,896.17 | 1% |
| 15 | Personnel Who Billed 10.00 or Fewer Hours | E | 15.60 | 2,686.50 | 2% |
| 15 | Legal Research | F | 49.75 | 11,378.15 | 7% |
| 15 | Other Case Professionals Retention and Compensation | G | 84.25 | 23,084.37 | 15% |

## D.    Expenses

### Expenses to Examine for Necessity and Reasonableness

| Page No. | | Amount |
|---|---|---|
| 19 | Postage | $15.14 |

## E.    Adjustment to Eliminate Overlap Between Categories

### 1.    Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 13 | Nonfirm Conferences, Hearings, and Other Events – Multiple Attendance | 6.23 | $ 1,896.17 | 0.00 | $    0.00 | 6.23 | $ 1,896.17 |
| 12 | Intraoffice Conferences – Multiple Attendance | 31.36 | 7,883.37 | 0.00 | 0.00 | 31.36 | 7,883.37 |
| 8 | Vaguely Described Conferences | 6.27 | 1,911.33 | 0.00 | 0.00 | 6.27 | 1,911.33 |
| 8 | Other Vaguely Described Activities | 11.30 | 3,359.33 | 0.00 | 0.00 | 11.30 | 3,359.33 |
| 15 | Personnel Who Billed 10.00 or Fewer Hours | 15.60 | 2,686.50 | 1.00 | 295.00 | 14.60 | 2,391.50 |
| 15 | Legal Research | 49.75 | 11,378.15 | 5.80 | 1,242.00 | 43.95 | 10,136.15 |

### 2.    Expenses

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 19 | Postage | $15.14 | $0.00 | $15.14 |

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.  INTRODUCTION ..................................................................................... 1

II.  PROCEDURES AND METHODOLOGY ...................................................... 4
   A.  Appendix A ................................................................................. 4
   B.  Overlap Calculation .................................................................... 4

III.  RECOMPUTATION OF FEES AND EXPENSES ........................................... 4

IV.  REVIEW OF FEES ................................................................................ 6
   A.  Technical Billing Discrepancies ..................................................... 6
   B.  Fees to Examine for Reasonableness .............................................. 6
      1.  Firm Staffing and Rates.......................................................... 6
         a)  Timekeepers and Positions ............................................ 6
         b)  Hourly Rate Increases................................................... 7
      2.  Time Increments .................................................................. 7
      3.  Complete and Detailed Task Descriptions.................................. 7
         a)  Vaguely Described Conferences ...................................... 8
         b)  Other Vaguely Described Activities ................................. 8
      4.  Blocked Entries ................................................................. 10
      5.  Multiple Professionals at Hearings and Conferences ..................... 11
         a)  Intraoffice Conferences ............................................... 11
         b)  Nonfirm Conferences, Hearings, and Other Events .............. 12
      6.  Personnel Who Billed 10.00 or Fewer Hours .............................. 13
      7.  Long Billing Days ............................................................... 13
      8.  Administrative/Clerical Activities ........................................... 14
      9.  Legal Research ................................................................... 15
      10.  Travel ............................................................................. 15
      11.  Summary of Projects ........................................................... 15

V.  REVIEW OF EXPENSES......................................................................... 17
   A.  Technical Billing Discrepancies .................................................... 17
   B.  Expenses to Examine for Reasonableness ........................................ 17

*Stuart Maue*

## TABLE OF EXHIBITS

**Page No.**

A.    Summary of Hours and Fees by Timekeeper and Position .................................. 6

B-1.  Vaguely Described Conferences
B-2.  Other Vaguely Described Activities ............................................................ 8

C.    Intraoffice Conferences ............................................................................ 12

D.    Nonfirm Conferences, Hearings, and Other Events ......................................... 13

E.    Personnel Who Billed 10.00 or Fewer Hours.................................................. 15

F.    Legal Research ....................................................................................... 15

G.    Other Case Professionals Retention and Compensation ..................................... 15

*Stuart Maue*

## I.    <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly-administered cases entitled:    *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the Monthly Statements of Rogers Towers, P.A., co-counsel to Wachovia Bank, N.A. for services rendered and expenses incurred from April 18, 2005, through November 30, 2005 (the "First Billing Period").

*Stuart Maue*

**I. INTRODUCTION (Continued)**

Rogers Towers, P.A. ("Rogers Towers"), located in Jacksonville, Florida, represents Wachovia Bank, N.A.

The order directing the review of the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent"), was entered on December 1, 2005. The professionals for the Agent did not anticipate that the fees and expenses incurred on behalf of the Agent would be subject to the fee examiner process. At the time the order was entered, the firms for the Agent had submitted Monthly Statements to the debtors for the periods from February 21, 2005, through December 1, 2005, in the same format as submitted to their client. Many of the Rogers Towers fee entries had been billed in a blocked format.

Prior to the submission of the Monthly Statements, the firms for the Agents discussed the blocked billed format of the fee entries with Stuart Maue. It was decided that, rather than modifying the billing entries already submitted to the debtors, the statements and billing entries would be submitted to Stuart Maue in their original format and that the audit report would reflect that decision. The firm also advised that beginning with the Third Billing Period, it would minimize the use of blocked billing.

Stuart Maue prepared an initial written report of the review and analysis of the Monthly Statements for the First Billing Period and provided that report to Rogers Towers and the U.S. Trustee for review prior to completing a final, written report. Rogers Towers discussed the initial report with Stuart Maue and submitted a written response ("Rogers Towers Response")

*Stuart Maue*

**I.  INTRODUCTION (Continued)**

to Stuart Maue.  Stuart Maue reviewed the response and in some instances revised or removed exhibits based on those responses.  If the response provided information that indicated an error was made in the initial classification of a fee or expense entry, Stuart Maue revised the exhibit and removed the fee or expense entry.  If the firm provided additional information that revised the text of any fee or expense entry in the Monthly Statements, those revisions are referenced generally in the final report but the initial classification of those entries has not been changed and those entries remain on the exhibit.

**Rogers Towers Response:**

*The firm responded, "Since Rogers Towers was engaged by Wachovia in April, 2005, each of the monthly statements submitted by Rogers Towers for fees and expenses has been reviewed and approved by authorized representatives of each Wachovia and the Debtors and paid by the Debtors in full.  The statements were submitted directly to Wachovia at the same time that Otterbourg's statements were submitted to Wachovia.  After Wachovia's representatives reviewed and approved the statements, Wachovia submitted them directly to the Debtors whose representatives in turn reviewed and approved the statements and had the Debtors pay them.  This process confirms that Wachovia and the Debtors considered that the services rendered and expenses incurred by Rogers Towers during the Examined Periods were reasonable and customary for debtor-in-possession loan transactions of the type, size and nature as the Debtors' post-petition credit facility with Wachovia."*

*Stuart Maue*

## II.    PROCEDURES AND METHODOLOGY

### A.    Appendix A

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A attached to this report.

### B.    Overlap Calculation

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or entry may be classified as both blocked billing and intraoffice conference.  When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.  In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue calculated the overlap.[1]  The overlap calculation is displayed in Section E of the Summary of Findings and includes the totals for each category before and after the calculation for overlap and the total dollar amount of the overlap in each category.

## III.    RECOMPUTATION OF FEES AND EXPENSES

Rogers Towers billed the following professional fees and expenses in its Monthly Statements for the First Billing Period:

---

[1]The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours.  Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES  (Continued)**

| | |
|---|---|
| Professional Fees Billed: | $157,123.50 |
| Expense Reimbursement Billed: | 1,446.31 |
| Total Fees and Expenses: | $158,569.81 |

Stuart Maue recomputed the total fees and expenses and compared this to the fees and expenses billed in the Monthly Statements.  The hours billed by each professional or paraprofessional were totaled, and these amounts were multiplied by the individual hourly rates.  The recomputation of fees and expenses revealed that there was no difference between the billed amounts and the computed amounts.

*Stuart Maue*

IV.    **REVIEW OF FEES**

A.    **Technical Billing Discrepancies**

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.   There were no technical billing discrepancies identified.

B.    **Fees to Examine for Reasonableness**

Stuart Maue reviewed and analyzed the fees and billing entries submitted in the Monthly Statements and the following discusses the results of that analysis.

1.    **Firm Staffing and Rates**

a)    **Timekeepers and Positions**

The Billing Summary included with the Monthly Statements provided the names, positions, and hourly rates of the firm's professionals and paraprofessionals who billed time to this matter. Rogers Towers staffed this matter with seven timekeepers, including four shareholders, two associates, and one paralegal.

Rogers Towers billed a total of 557.90 hours during the First Billing Period.  The following table displays hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Shareholder | 465.40 | 83% | $138,421.00 | 88% |
| Associate | 84.00 | 15% | 17,640.00 | 11% |
| Paralegal | 8.50 | 2% | 1,062.50 | 1% |
| **TOTAL** | 557.90 | 100% | $157,123.50 | 100% |

The blended hourly rate for the Rogers Towers professionals is $284.06 and the blended hourly rate for professionals and paraprofessionals is $281.63.  The total hours and fees billed by each timekeeper, the position of each timekeeper, and their hourly billing rates are displayed on EXHIBIT A.

**b)      Hourly Rate Increases**

Rogers Towers did not increase the hourly rates of any timekeepers during the First Billing Period.

**2.      Time Increments**

All the billing entries in the Monthly Statements contained a time allotment and were billed in tenth-of-an-hour increments.

**3.      Complete and Detailed Task Descriptions**

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary.

*Stuart Maue*

**IV.  REVIEW OF FEES**  (Continued)

Many of the activity descriptions included in the Monthly Statements were not sufficiently detailed and those entries were identified as either vaguely described conferences or other vaguely described activities as follows:

a)      **Vaguely Described Conferences**

Activity descriptions for conferences and telephone calls should identify the participants and also the subject-matter or purpose of the communication.   Conferences and meetings that either did not identify the participants or did not specify the subject-matter or purpose of the communication are identified as vaguely described conferences and appear on EXHIBIT B-1 and total 6.27 hours with $1,911.33 in associated fees.

b)      **Other Vaguely Described Activities**

Activity descriptions for the review of documents and correspondence should identify the person or party who prepared the document or correspondence and its subject-matter.   If the documents were not recently received or were previously reviewed, the description should also state the purpose of the review.

Activity descriptions should also sufficiently describe the preparation of work product.   A description of correspondence should identify the correspondent and the subject of the correspondence.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

Similarly, a description for preparation of pleadings should identify the pleading drafted or revised.

Activity descriptions for legal research should include the issues researched and the purpose of the research.  The activity description should be sufficiently detailed to allow a determination of whether the research is case-related, whether the research is presumably familiar to experienced professionals, or whether the research is performed by a professional with an appropriate experience level.

Examples of descriptions that have been classified as vaguely described are "review correspondence," "review selected pleadings," and "examine further emails on motion."  These entries fail to specify the tasks performed with sufficient clarity to allow for a determination of the exact nature of the activities performed.

The entries identified as other vaguely described activities are displayed on EXHIBIT B-2 and total 11.30 hours with $3,359.33 in associated fees.

**Rogers Towers Response:**

*The firm responded, "Rogers Towers disagrees with Stuart Maue's categorization of these activities and believes that the entries are*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*sufficiently descriptive to determine the reasonableness of the services*
*provided."*

**4.     Blocked Entries**

Professional services should be noted in detail and not combined or "lumped" together.  The time for each activity should be separately billed and assigned a single time increment.

Prior to the submission of the Monthly Statements for the First Billing Period for review, Rogers Towers discussed the format of its statements and billing entries with Stuart Maue and advised that its entries were block billed.  It was decided that, rather than modifying the format of the Monthly Statements and the billing entries already submitted to the debtors, the Monthly Statements would be submitted to Stuart Maue in the original format and that the report would reflect that decision.  Stuart Maue identified the entries in the Monthly Statements that were block billed; however, an exhibit of those entries is not included in this report.

**Rogers Towers Response:**

*The firm responded that because it did not expect to be included in the*
*fee examiner review process, it submitted its Monthly Statements to the debtors*
*in the same format as submitted to its client prior to the bankruptcy filing.*
*Further, the firm responded that it discussed the format of the billing entries*

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

*with Stuart Maue prior to submitting its Monthly Statements for review and it was acknowledged that the Monthly Statements included fee entries that were blocked billed.  The firm also responded that it would be nearly impossible to "unblock" the entries and accurately assign time increments to each activity for entries that had already been billed.  The firm further responded that in the future the firm would minimize the use of blocked billing.*

**5.    Multiple Professionals at Hearings and Conferences**

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees. Neither the Monthly Statements nor the task descriptions explained the need for multiple attendees at conferences, hearings, or other events.

**a)    Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferences may indicate inappropriate levels of staffing, unnecessary conferencing, or the use of inexperienced personnel.   Stuart Maue identified 57 entries describing conferences between Rogers Towers personnel, which represents 8% of the total fees requested in the Monthly Statements.   On many occasions, more than one Rogers Towers timekeeper billed for attending the same intraoffice conference.   These entries are displayed on EXHIBIT C and total

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

46.20 hours with $11,985.32 in associated fees.   Those intraoffice conferences for which more than one firm timekeeper billed are marked with an ampersand **[&]** on the exhibit and total 31.36 hours with associated fees of $7,883.37.

**Rogers Towers Response:**

*The firm responded, "…Rogers Towers believes that the level of intraoffice conferences during the First Examined Period was appropriate, reasonable and necessary.  The amount of time, however, that Stuart Maue has allocated to intraoffice conferences is substantially more than was actually spent on such conferences.  That result has occurred due to Stuart Maue's methodology discussed above of apportioning equal amounts of time to each task described in a blocked entry.  If an intraoffice  conference was one of several activities included in a timekeeper's entry for a particular day, Stuart Maue pro-rated the time equally between the conference and the other activities.  Allocating time in this matter in most instances resulted in too much time being allocated to these conferences."*

**b)      Nonfirm Conferences, Hearings, and Other Events**

Stuart Maue identified those instances where two or more Rogers Towers' professionals or paraprofessionals attended the same hearing,

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

nonfirm conference or other event.  Those entries are displayed on EXHIBIT D and total 12.15 hours with $3,641.09 in associated fees. The entries for all participants other than the timekeeper who appeared to be the most responsible at the event (i.e., the one who billed the most fees and/or hours) are marked with an ampersand **[&]** on the exhibit and total 6.23 hours with associated fees of $1,896.17.

6.      **Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.

Four Rogers Towers' timekeepers billed 10.00 or fewer hours during this billing period.  The entries for those timekeepers are displayed on EXHIBIT E and total 15.60 hours with associated fees of $2,686.50.

7.      **Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

matters, such as training or supervision of others.   Professionals may periodically work extraordinarily long hours without many breaks because of the demands of the representation.   However, such long hours are generally related to identifiable circumstances such as court deadlines, travel, or event attendance.

Stuart Maue did not identify any Rogers Towers timekeepers who billed more than 12.00 hours in a single day.

### 8.    Administrative/Clerical Activities

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.   Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

Stuart Maue did not identify any administrative/clerical activities by paraprofessional or professional.

**9.    Legal Research**

Stuart Maue has identified the activities describing legal research so that a determination may be made of whether the issues researched should be familiar to experienced attorneys, whether the research is performed by attorneys with the appropriate level of experience, and whether the fees billed for research are otherwise reasonable and necessary.  All entries describing legal research are displayed on EXHIBIT F and total 49.75 hours with $11,378.15 in associated fees.

**10.    Travel**

Stuart Maue did not identify any entries in the Monthly Statements describing travel time.

**11.    Summary of Projects**

Rogers Towers did not categorize its services into billing projects.  For purposes of this report, Stuart Maue created one billing project entitled "Other Case Professionals Retention and Compensation."

Entries related to the retention and compensation of "Other Case Professionals" are displayed on EXHIBIT G and total 84.25 hours with $23,084.37 in associated fees.  Stuart Maue did not identify any entries describing tasks related to the compensation of Rogers Towers.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

**Rogers Towers Response:**

*Rogers Towers responded, "Under the category of 'Summary of Projects', Stuart Maue created a billing project entitled 'Rogers Towers Retention and Compensation' and allocated a total of 19.91 hours with $4,15.53 [sic] in associated fees to this project.  None of Rogers Towers' time, however, related to this project and it should be deleted in its entirety.  ...Instead, all of the entries identified by Stuart Maue for this project relate to issues with the standards applied in Florida and the Eleventh Circuit for awarding attorneys' fees and expenses to Court appointed professionals and to the retention of a fee examiner to review such professionals' fees and expenses."*

Stuart Maue reviewed the firm's response and the entries in this project category and agreed that the category initially identified as Rogers Towers Retention and Compensation should not be included in the final report.  That exhibit has been removed.

*Stuart Maue*

## V.    REVIEW OF EXPENSES

### A.    Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double billing, wrong case billing, or missing expense descriptions.   No technical billing discrepancies were identified.

### B.    Expenses to Examine for Reasonableness

In the Monthly Statements for the First Billing Period, Rogers Towers requested reimbursement of expenses in the amount of $1,446.31.   Stuart Maue reviewed the expenses and divided them into categories based on the type of charge.   The following table displays the expenses as computed and categorized by Stuart Maue:

| Entry Date | Description | Amount | Percentage of Total |
|---|---|---|---|
| 06/30/05 | Westlaw Research (billed at actual cost) | $  315.03 | |
| 07/31/05 | Westlaw Research (billed at actual cost) | 506.40 | |
| 08/31/05 | Westlaw Research (actual cost billed) | 179.55 | |
| 09/30/05 | Westlaw Research (billed at actual cost) | 43.21 | |
| | **Westlaw Research** | **$1,044.19** | **72%** |
| 08/31/05 | PACER Charges | $139.00 | |
| | **PACER Charges** | **$139.00** | **10%** |
| 09/30/05 | Court Reporter (Transcript of hearing on September 8, 2005) | $107.38 | |
| | **Court Reporter** | **$107.38** | **7%** |
| 05/31/05 | Photocopies (118 pages at $.15 per page) | $17.70 | |
| 06/30/05 | Photocopies (82 pages at $.15 per page) | 12.30 | |
| 07/31/05 | Photocopies (81 pages at $.15 per page) | 12.15 | |
| 08/31/05 | Photocopies (93 pages @ $ .15 each) | 13.95 | |

*Stuart Maue*

## V.  REVIEW OF EXPENSES  (Continued)

| Entry Date | Description | Amount | Percentage of Total |
|---|---|---|---|
| 09/30/05 | Photocopies (27 pages at $.15 per page) | 4.05 | |
| 11/30/05 | Photocopies (61 pages at $.15 per page) | 9.15 | |
| | **Internal Photocopying** | **$69.30** | **5%** |
| 08/31/05 | Travel/Mileage - Two trips to/from Jacksonville Airport for Jon Helfat | $36.00 | |
| | **Travel/Mileage** | **$36.00** | **2%** |
| 05/31/05 | Long Distance Charges (billed at actual cost) | $14.50 | |
| 06/30/05 | Long Distance Charges (billed at actual cost) | 4.50 | |
| 10/31/05 | Long Distance Charges (billed at actual cost) | 1.30 | |
| 11/30/05 | Long Distance Charges (billed at actual cost) | 5.00 | |
| | **Long-Distance Charges** | **$25.30** | **2%** |
| 08/31/05 | Postage | $12.00 | |
| 10/31/05 | Postage | 3.14 | |
| | **Postage** | **$15.14** | **1%** |
| 06/30/05 | Parking for Hearings | $ 1.00 | |
| 08/31/05 | Parking for Hearings | 6.50 | |
| 10/31/05 | Parking for Hearings | 2.50 | |
| | **Parking** | **$10.00** | **\*** |
| | **TOTAL EXPENSES** | **$1,446.31** | **100%** |

\* Less than 1%

Stuart Maue reviewed each of the expenses for which reimbursement is sought by Rogers Towers.  It is noted that the photocopies were billed at $0.15 per page, that the Westlaw research was billed at actual cost, that long-distance charges were billed at actual cost and that the parking expense incurred was for the purpose of attendance at court hearings.  The firm also requested reimbursement for PACER charges.  While it

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

did not indicate that PACER was billed at actual cost, there was nothing in the Monthly

Statements to indicate otherwise.

      The Monthly Statements also requested reimbursement for mileage.   The

number of miles and the rate of reimbursement were not disclosed in the Monthly

Statements; however, the expense description stated that the mileage was for trips to

and from the Jacksonville Airport.

      Stuart Maue notes that the firm also requested reimbursement for postage

which, absent extraordinary circumstances, is often considered part of a firm's

overhead.

# Appendix A

# Procedures and Methodology for Review and Analysis of

Fee Applications Submitted by

## VARIOUS CASE PROFESSIONALS



In the Matter Entitled

## *In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**February 21, 2006**

*Stuart Maue*

# TABLE OF CONTENTS

<u>Page No.</u>

I.    REVIEW PROCEDURES AND METHODOLOGY ....................................... 1
    A.    Reconciliation of Fees and Expenses ..................................................... 1
    B.    Review and Analysis of Fees and Expenses............................................ 1
    C.    Exhibits to the Report ............................................................................ 2
        1.    Embedded Time/Assigned Task Hours ....................................... 3
        2.    Calculation of Hours and Fees on Exhibits................................. 3
            a)    Ranges of Hours and Fees .............................................. 4
            b)    Proportional Hours and Fees .......................................... 5
            c)    Combined Hours and Fees ............................................. 6
        3.    Overlapping Categories ........................................................ 7

*Stuart Maue*

## I.    REVIEW PROCEDURES AND METHODOLOGY

Stuart Maue reviewed and analyzed the fees and expenses in each case professional's fee application using the following methodology:

- Reconciliation of hours, fees, and expenses (i.e., recalculation of the bills).
- Review and analysis of activities and projects, and the expenses in the fee applications.

A written report of the review and analysis was prepared for the Court, the case professionals, and the United States Trustee.

### A.    Reconciliation of Fees and Expenses

Stuart Maue ascertained the arithmetic accuracy of the fee applications through manual and computer recomputation of fees and expenses.  Using the hourly rates provided by the firms, the total hours and fees submitted on the fee applications were recomputed.  If there were discrepancies between the amounts billed and the amounts computed, they were reconciled whenever possible, and discrepancies that could not be reconciled were itemized.  Similarly, expense amounts were also recomputed and any discrepancies itemized.

### B.    Review and Analysis of Fees and Expenses

The review and analysis of the fees were pursuant to the applicable standards of 11. U.S.C. §§ 330 and 331, the Federal Rules the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines").  The statements submitted by the professionals retained by the Agent were reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328, and the Bankruptcy Rules.

C.   **Exhibits to the Report**

The billing entries for particular activities and projects identified by Stuart Maue were grouped into categories and are displayed in exhibits attached to the written report.

The exhibits of technical billing discrepancies, compliance with the U.S. Trustee billing guidelines, and fees examined for reasonableness contain the identified activity within each entry's full text even when other activities in the entry are unrelated to the category.  The categorized activity on the exhibit is underlined.  The exhibits also include a summary of hours and fees by individual and by matter.  Additionally, the hours and fees displayed on the exhibits are summarized into the following groups: isolated hours and fees, blocked hours and fees, maximum hours and fees, proportional hours and fees, and combined hours and fees.

In the fee applications, the firms categorized their activities into projects which generally were not modified by Stuart Maue during its review and analysis.  In a few cases, fees related to the retention and compensation of the firm and other case professionals may have been recategorized by Stuart Maue and identified by a new project name.  If recategorization of firm projects occurred, the report for that case

-2-

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

professional discusses the categories that were modified and identifies the new project. The full text of each entry in the firms' project categories is not included in these exhibits, but is available upon request.

    **1.**    <u>Embedded Time/Assigned Task Hours</u>

        The time assigned by the firms to a billing entry as a whole is the "entry hours" and the time assigned by the firms to a single task within the whole entry is referred to as "task hours."  Time increments assigned to tasks within a larger entry are referred to as "embedded time."  When a firm has assigned a time increment to a single entry containing only one task, then entry hours and task hours are equivalent.  Sometimes a firm's billing entries contain multiple tasks with a specific time increment assigned to each task.  Portions of such an entry may be "blocked" or "lumped" when two or more tasks are combined and assigned a single time increment.  An entry is not blocked when each task of the entry has its own assigned task hours.  If an entry contains some tasks with task hours and some without task hours, the difference between the sum of the task hours and the entry hours are apportioned among the remaining tasks.  See "Proportional Hours and Fees" below.

    **2.**    <u>Calculation of Hours and Fees on Exhibits</u>

        Although billing standards generally prohibit the use of blocked billing entries, professionals occasionally group billing entries together and assign a

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

single time increment to the entry.  Stuart Maue employs several methods to clarify such entries.  Those methods are as follows:

a)        **Ranges of Hours and Fees**

One method utilized by Stuart Maue identifies and displays a range of hours and fees on summary exhibits.  When a firm has assigned a discrete time increment to a task, such tasks are "isolated."  To calculate a range of hours, all isolated entries for a particular category are identified and the total hours associated with these entries is the "minimum," because this is the very least number of hours associated with the category.  When a firm has not assigned a discrete time increment to each task in an entry, such entries are blocked.  All blocked entries containing tasks related to the category are also identified, and the total hours associated with these entries is added to the minimum.  The resulting total or "maximum" represents the most number of hours associated with the category.  The timekeepers' hourly rates are applied to each entry to determine the minimum and maximum hours and to calculate the minimum and maximum fees.  Neither the minimum nor maximum of hours and associated fees in a particular category is intended to be an exact representation of the hours or fees billed for that category.  The precise number of hours billed for a category generally falls somewhere within the minimum/maximum range.

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

**b)**       <u>**Proportional Hours and Fees**</u>

Another method utilized by Stuart Maue apportions equal amounts of time to each task described in a blocked entry.  For example, an entry with 1.40 hours assigned might read:

> Telephone call with CAB re 2004 examination (0.20); telephone call with DEF re XYZ's motion for relief from stay; telephone call with ABC regarding DIP financing (0.60); review the XYZ relief from stay motion; telephone call with John Smith re same; telephone call with Robert Short re same.

This example contains two sets of blocked entries:  first, the telephone call with DEF and the telephone call with ABC and, second, the review of the XYZ motion for relief from stay and the telephone call with Mr. John Smith and the telephone call with Mr. Robert Short.  The 0.20 hour for the telephone call to CAB remains as initially assigned by the firm to that task.  In the first set of blocked tasks, the task hour of 0.60 is apportioned equally, and 0.30 hour is assigned to the telephone call with DEF and 0.30 hour is assigned to the telephone call with ABC. The difference between the entry hours of 1.40 and the 0.80 hour of the first three tasks is 0.60 hour.  This task hour of 0.60 is then apportioned equally among the remaining set of blocked tasks (0.20 hour to the review and 0.20 hour to each of the telephone calls to Mr. John Smith and Robert Short).  The hours and fees assigned to tasks in a blocked

*Stuart Maue*

entry using this method are shown as the "proportional" hours and fees in the summary exhibits to the report.

c)      **Combined Hours and Fees**

Another method for analyzing blocked billing entries calculates total hours for a category by combining the hours for all isolated entries (i.e., the "minimum" hours) with the apportioned hours for all blocked entries (i.e., the "proportional" hours).  The sum is the "combined" hours for the category which is shown on the summary exhibits to the report.  If some or all of the tasks associated with a category have proportional time assigned, the hours and fees are "combined."

Combined fees are calculated by applying the timekeepers' hourly rates to the isolated and proportional hours.  The combined hours and fees for a category may not reflect the actual hours and fees billed for the category.  However, combined hours and fees may be useful in assessing the reasonableness and necessity of the fees billed when considered with the range of hours and fees.

The written review and analysis refers to hours and fees associated with various categories.  These are either the isolated hours and fees or the combined hours and fees, as defined above.  Please refer to the summary exhibit to the report for each category to determine

*Stuart Maue*

**I.  REVIEW PROCEDURES AND METHODOLOGY (Continued)**

whether the hours and fees associated with the category are isolated or combined.

**3.**      **Overlapping Categories**

When a billing entry appears on more than one exhibit, "overlap" occurs among the hour and fee calculations for those categories.  Each exhibit refers to all other exhibits on which the entry appears.  Upon request, Stuart Maue will calculate overlap among categories to ensure that a task or entry is not counted more than once in any reduction of fees.

STUART MAUE

**EXHIBIT A**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**Rogers Towers, P.A.**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|---|---|---|---|---|---|---|---|
| BCC | Cox, Betsy C. | SHAREHOLDER | $295.00 | $295.00 | 350.70 | $103,456.50 | 166 |
| RTH | Hyde Jr., Robert T. | SHAREHOLDER | $305.00 | $305.00 | 113.10 | $34,495.50 | 127 |
| AAA | Anderson, Anthony A. | SHAREHOLDER | $295.00 | $295.00 | 1.00 | $295.00 | 1 |
| EAH | Hieb Jr., E. Allen | SHAREHOLDER | $290.00 | $290.00 | 0.60 | $174.00 | 1 |
| | No. of Billers for Position: 4 | Blended Rate for Position: | $297.42 | | 465.40 | $138,421.00 | |
| | | | | % of Total: | 83.42% | % of Total: 88.10% | |
| JES | Summers Jr., J. Ellsworth | ASSOCIATE | $210.00 | $210.00 | 78.50 | $16,485.00 | 17 |
| CMR | Russell, Cristine M. | ASSOCIATE | $210.00 | $210.00 | 5.50 | $1,155.00 | 2 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $210.00 | | 84.00 | $17,640.00 | |
| | | | | % of Total: | 15.06% | % of Total: 11.23% | |
| JKF | Farrar, Jim K. | PARALEGAL | $125.00 | $125.00 | 8.50 | $1,062.50 | 2 |
| | No. of Billers for Position: 1 | Blended Rate for Position: | $125.00 | | 8.50 | $1,062.50 | |
| | | | | % of Total: | 1.52% | % of Total: 0.68% | |
| | Total No. of Billers: 7 | Blended Rate for Report: | $281.63 | | 557.90 | $157,123.50 | |

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Hyde Jr., R | 6.27 | 1,911.33 |
| | 6.27 | $1,911.33 |

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 04/19/05 Tue | Hyde Jr., R 42005/3 | 0.40 | 0.20 | 61.00 | B | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  INTRAOFFICE CONFERENCE RE FINALIZING REPRESENTATION WITH WACHOVIA; 2  REVIEW CORRRESPONDENCE; |
| 04/20/05 Wed | Hyde Jr., R 42005/5 | 0.50 | 0.50 | 152.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  INTRAOFFICE CONFERENCE RE STATUS OF CASE, STATUS CONFERENCE, AREAS OF ASSISTANCE TO PRINCIPAL COUNSEL AND RELATED MATTERS; |
| 04/22/05 Fri | Hyde Jr., R 42005/8 | 0.80 | 0.40 | 122.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  INTRAOFFICE CONFERENCE RE REPRESENTATION, STATUS CONFERENCE FOR APRIL 25 AND RELATED MATTERS; 2  PARTIAL REVIEW OF DOCKET; |
| 04/29/05 Fri | Hyde Jr., R 42005/16 | 0.60 | 0.30 | 91.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  PARTIAL REVIEW OF DOCKET; 2  INTRAOFFICE CONFERENCE RE CURRENT STATUS, UPCOMING HEARING AND RELATED MATTERS; |
| 05/09/05 Mon | Hyde Jr., R 52005/23 | 0.30 | 0.30 | 91.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  INTRAOFFICE CONFERENCE RE MAY 6 HEARING AND CURRENT DEVELOPMENTS AND PLANNING; |
| 05/31/05 Tue | Hyde Jr., R 52005/44 | 0.30 | 0.30 | 91.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  INTRAOFFICE CONFERENCE RE STATUS OF CASE AND UPCOMING HEARING; |
| 06/07/05 Tue | Hyde Jr., R 62005/50 | 0.40 | 0.20 | 61.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  TELEPHONE CONFERENCE WITH BANKRUPTCY COURT RE DOCKET; 2  INTRAOFFICE CONFERENCE RE CURRENT STATUS; |
| 06/16/05 Thu | Hyde Jr., R 62005/65 | 0.80 | 0.20 | 61.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  REVIEW DEBTORS' NOTICE REGARDING COMPROMISE ON MOTION FOR SEVERANCE AND EMPLOYEE RETIREMENT PLANS AND MOTION FOR IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM; 2  REVIEW DOCKET; 3  REVIEW AGENDA; 4  INTRAOFFICE CONFERENCE RE STATUS; |
| 06/22/05 Wed | Hyde Jr., R 62005/75 | 1.00 | 0.25 | 76.25 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy 1  REVIEW DOCKET; 2  INTRAOFFICE CONFERENCE RE ISSUES PERTAINING TO COMPENSATION OF PROFESSIONALS; 3  REVIEW MONTHLY OPERATING REPORT AND ACCOMPANYING AFFIDAVIT; 4  PARTIAL REVIEW OF ORDER APPROVING BID PROCEDURES; |

~ See the last page of exhibit for explanation

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|-----------------|-----------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 07/05/05 Tue | Hyde Jr., R 72005/97 | 0.90 | 0.45 | 137.25 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 SCAN DEBTORS' MOTIONS TO SELL ASSETS FREE AND CLEAR AND TO SELL PHARMACY PRESCRIPTIONS AND INVENTORY, STATEMENT OF CREDITORS COMMITTEE IN SUPPORT OF DEBTORS' MOTION FOR ORDER APPROVING STIPULATION RE RECLAMATION AND MOTION FOR ORDER AUTHORIZING DEBTORS TO RETAIN LIQUIDATING AGENT;<br>2 INTRAOFFICE CONFERENCE RE CURRENT DEVELOPMENTS AND STATUS; |
| 07/19/05 Tue | Hyde Jr., R 72005/120 | 1.10 | 0.55 | 167.75 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW STATEMENT OF RECLAMATION CLAIM, OBJECTIONS TO SALE AND CURE AMOUNTS, AFFIDAVIT IN SUPPORT OF MOTION TO ALLOW LIQUIDATING AGENT, AND MOTION FOR COMPENSATION;<br>2 INTRAOFFICE CONFERENCE RE STATUS OF AUCTION SALE AND HEARING FOR APPROVAL OF SAME AND RELATED MATTERS; |
| 07/20/05 Wed | Hyde Jr., R 72005/122 | 3.20 | 1.60 | 488.00 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW OBJECTIONS TO DEBTORS' ASSUMPTION CLAIMS, MULTIPLE ASSET PURCHASE AGREEMENTS, AND LEASE TERMINATION AGREEMENTS;<br>2 INTRAOFFICE CONFERENCE RE STATUS OF SALES; |
| 08/03/05 Wed | Hyde Jr., R 82005/150 | 1.50 | 0.75 | 228.75 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW INDEX AND SELECTED PLEADINGS, INCLUDING RE-CORRECTED ORDER CONCERNING STIPULATION ON RECLAMATION;<br>2 INTRAOFFICE CONFERENCE RE CURRENT DEVELOPMENTS, INCLUDING MOTION TO APPOINT FEE EXAMINER AND STRATEGIES FOR AUGUST 4 HEARING ON SAME; |
| 08/25/05 Thu | Hyde Jr., R 82005/175 | 0.80 | 0.27 | 81.33 | B | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 REVIEW SELECTED PLEADINGS;<br>3 INTRAOFFICE CONFERENCE RE STATUS; |
| | | | 6.27 | $1,911.33 | | | | |

Total
Number of Entries:     14

~ See the last page of exhibit for explanation

EXHIBIT B-1
VAGUELY DESCRIBED CONFERENCES
Rogers Towers, P.A.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Hyde Jr., R | 1.10 | 335.50 | 11.50 | 3,507.50 | 12.60 | 3,843.00 | 5.17 | 1,575.83 | 6.27 | 1,911.33 |
| | 1.10 | $335.50 | 11.50 | $3,507.50 | 12.60 | $3,843.00 | 5.17 | $1,575.83 | 6.27 | $1,911.33 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Chapter 11 Bankruptcy | 1.10 | 335.50 | 11.50 | 3,507.50 | 12.60 | 3,843.00 | 5.17 | 1,575.83 | 6.27 | 1,911.33 |
| | 1.10 | $335.50 | 11.50 | $3,507.50 | 12.60 | $3,843.00 | 5.17 | $1,575.83 | 6.27 | $1,911.33 |

RANGE OF HOURS
RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---:|---:|
| Cox, B | 8.85 | 2,612.08 |
| Hyde Jr., R | 2.45 | 747.25 |
| | 11.30 | $3,359.33 |

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 04/19/05 Tue | Hyde Jr., R 42005/3 | 0.40 | 0.20 | 61.00 | B | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  INTRAOFFICE CONFERENCE RE FINALIZING REPRESENTATION WITH WACHOVIA;<br>2  REVIEW CORRRESPONDENCE; |
| 05/03/05 Tue | Cox, B 52005/18 | 2.30 | 2.30 | 678.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW PERTINENT MOTIONS AND ORDERS; |
| 05/05/05 Thu | Cox, B 52005/20 | 0.40 | 0.20 | 59.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE AGENDA FOR MAY 6 HEARINGS AND COMMUNICATIONS ON CASH MANAGEMENT ORDER;<br>2  TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS SAME; |
| 07/06/05 Wed | Cox, B 72005/98 | 1.80 | 0.60 | 177.00 | F | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE COMMUNICATIONS AND PROPOSED REVISIONS TO GOING OUT OF BUSINESS SALE MOTION AND ORDER;<br>2  EXAMINE ORDER AND FINDINGS AND CONCLUSIONS DENYING RETIREES' MOTION TO FORM COMMITTEE;<br>3  EXAMINE RECENT CASES OUTSIDE OF FLORIDA ON RECLAMATION ISSUES; |
| 07/22/05 Fri | Cox, B 72005/127 | 3.60 | 0.60 | 177.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  TELEPHONE CONFERENCES WITH CYNDI JACKSON, ELENA ESCAMILLA AND EDDIE HELD ON ISSUES WITH PENDING MOTIONS;<br>2  TELEPHONE CONFERENCE WITH JON HELFAT ON SAME;<br>3  EXAMINE REVISED SALE MOTION ON SECOND PHASE SALES, TELEPHONE CONFERENCE WITH DAN FIORILLO ON SAME AND PREPARE E-MAIL TO CYNDI JACKSON ON ADDITIONAL COMMENTS ON SAME;<br>4  EXAMINE FURTHER E-MAILS ON MOTION;<br>5  EXAMINE PRELIMINARY AGENDAS FOR JULY 28TH AND 29TH;<br>6  EXAMINE NUMEROUS NOTICES OF SALES; |
| 07/26/05 Tue | Cox, B 72005/134 | 7.50 | 0.75 | 221.25 | C | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  FURTHER ANALYZE ISSUE WITH PROPERTY TAXES AND SUPERIORITY OF LIEN FOR SAME;<br>2  SEVERAL TELEPHONE CONFERENCES WITH JON HELFAT CONCERNING WACHOVIA'S POSITION ON GOB ORDER, RECLAMATION STIPULATION, LANDLORDS' OBJECTIONS AND HEARINGS ON 7/27;<br>3  CONFERENCE CALL WITH STEVE BUSEY ON GOB ORDER;<br>4  TELEPHONE CONFERENCE WITH CYNDI JACKSON ON HEARINGS AND OBJECTIONS TO DEBTORS' MOTION;<br>5  CONFERENCE WITH BOB HYDE ON STATUS AND MOTION RE PHARMACEUTICAL SALES;<br>6  EXAMINE FINAL AGENDAS FOR HEARINGS;<br>7  ANALYZE AND ORGANIZE FOR HEARING MOTIONS AND OBJECTIONS;<br>8  TRANSMIT OBJECTIONS TO MR. HELFAT;<br>9  CONFERENCE CALL WITH COUNSEL FOR DEBTORS, RECLAMATION VENDORS AND CREDITORS' COMMITTEE ON TERMS OF RECLAMATION STIPULATION;<br>10  EXAMINE COMMUNICATIONS ON REVISIONS TO GOB ORDER; |

–  See the last page of exhibit for explanation

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/27/05 Wed | Cox, B 72005/136 | 7.00 | 0.88 | 258.13 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS LATEST DEVELOPMENTS WITH GOING OUT OF BUSINESS ORDER AND LETTER OF CREDIT FOR INDEMNIFICATION;<br>2 PREPARE FOR AND ATTEND MORNING AND AFTERNOON HEARINGS ON GOING OUT OF BUSINESS MOTION AND INITIAL SALES;<br>3 CONFERENCES WITH ATTORNEYS FOR DEBTORS, CREDITORS COMMITTEE, FLORIDA TAX COLLECTORS, LIQUIDATING AGENT, LANDLORDS AND U.S. TRUSTEE ON SAME;<br>4 TELEPHONE CONFERENCES WITH JON HELFAT AND DAN FIORILLO ON HEARINGS AND ISSUE WITH LETTER OF CREDIT;<br>5 CONFERENCE CALL WITH GARY DIXON [REDACTED];<br>6 EXAMINE JULY 15 LETTER AGREEMENT ON INDEMNIFICATION;<br>7 EXAMINE ORDER FOR GOING OUT OF BUSINESS SALES AND TRANSMIT TO MR. HELFAT;<br>8 EXAMINE NEWLY FILED OBJECTIONS BY LANDLORDS TO SALES; |
| 08/09/05 Tue | Cox, B 82005/156 | 2.00 | 0.25 | 73.75 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE VARIOUS MOTIONS FILED BY LANDLORDS;<br>2 EXAMINE DEBTORS' MONTHLY OPERATING REPORT;<br>3 REVISE FEE EXAMINER ORDER, PREPARE E-MAIL ON SAME AND REVIEW RESPONSES;<br>4 TELEPHONE CONFERENCES WITH JON HELFAT ON SAME AND AUCTION;<br>5 TELEPHONE CONFERENCE WITH ELENA ESCAMILLA ON APPOINTMENT OF FEE EXAMINER AND GENERAL STATUS;<br>6 FURTHER REVISE AND CIRCULATE FEE EXAMINER ORDER;<br>7 EXAMINE ORDERS AND PREPARE E-MAILS TO JON HELFAT ON VARIOUS ORDERS ENTERED ON SALES AND SALE MATTERS;<br>8 TELEPHONE CONFERENCE WITH EDDIE HELD ON AUCTION; |
| 08/22/05 Mon | Hyde Jr., R 82005/169 | 0.80 | 0.27 | 81.33 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 REVIEW NOTICE APPOINTING EQUITY COMMITTEE;<br>3 REVIEW SELECTED PLEADINGS AND MOTIONS; |
| 08/24/05 Wed | Hyde Jr., R 82005/173 | 1.00 | 0.33 | 101.67 | C | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 REVIEW SELECTED PLEADINGS, MOTIONS AND NOTICES;<br>3 INTRAOFFICE CONFERENCE RE ISSUES PERTAINING TO LEASEHOLD MORTGAGES AND CURRENT DEVELOPMENTS IN THE CASE; |
| 08/25/05 Thu | Hyde Jr., R 82005/175 | 0.80 | 0.27 | 81.33 | B | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 REVIEW SELECTED PLEADINGS;<br>3 INTRAOFFICE CONFERENCE RE STATUS; |

– See the last page of exhibit for explanation

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 08/29/05 Mon | Cox, B 82005/178 | 4.50 | 0.64 | 189.64 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS HEARING ON 8/26 AND LEASEHOLD MORTGAGE ISSUE;<br>2  TELEPHONE CONFERENCES WITH DAN FIORILLO TO DISCUSS DETAILS OF APPROVALS OF SALES AND LEASE TERMINATIONS AND COMPUTER LEASING SYSTEMS ISSUE AND ADDITIONAL INFORMATION OBTAINED;<br>3  TELEPHONE CONFERENCE WITH CYNDI JACKSON TO OBTAIN INFORMATION ON VARIOUS LEASE ISSUES;<br>4  EXAMINE E-MAILS ON APPROVAL OF SALE OF ADDITIONAL PHARMACEUTICAL INVENTORY AND MOTIONS ON SAME;<br>5  EXAMINE PRELIMINARY AGENDA FOR 9/1 HEARING AND MOTIONS AND OBJECTIONS NOTICED FOR HEARING;<br>6  EXAMINE VARIOUS ORDERS ENTERED AND ADDITIONAL MOTIONS FILED;<br>7  ANALYZE FLORIDA AND GENERAL LAW ON LEASEHOLD MORTGAGE ISSUE; |
| 08/30/05 Tue | Hyde Jr., R 82005/182 | 2.20 | 0.73 | 223.67 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET;<br>2  REVIEW SELECTED ITEMS FROM DOCKET;<br>3  REVIEW MONTHLY FINANCIAL REPORTS AND RELATED AFFIDAVIT AND COMPARE WITH LAST MONTH'S REPORTS; |
| 09/01/05 Thu | Hyde Jr., R 92005/188 | 0.70 | 0.35 | 106.75 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET;<br>2  REVIEW SELECTED MOTIONS AND ORDERS; |
| 09/13/05 Tue | Cox, B 92005/207 | 2.00 | 0.50 | 147.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE VARIOUS ORDERS ENTERED SUBSEQUENT TO SEPTEMBER 8TH HEARING;<br>2  EXAMINE DEPOSITION NOTICE FOR D.D.I. INC. AND ORDER ON PROCEDURES WITH MOTION TO DISBAND EQUITY COMMITTEE AND PREPARE E-MAIL TO OTTERBOURG ATTORNEYS ON SAME;<br>3  TELEPHONE CONFERENCE WITH JON HELFAT ON STATUS AND ISSUE RAISED BY CREDITORS COMMITTEE REGARDING CASH MANAGEMENT ORDER;<br>4  EXAMINE LETTER, ORDER AND RELATED DOCUMENTS REGARDING SAME; |
| 09/28/05 Wed | Hyde Jr., R 92005/229 | 0.40 | 0.20 | 61.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET;<br>2  REVIEW SELECTED NOTICES AND OBJECTIONS; |
| 10/12/05 Wed | Cox, B 102005/248 | 0.80 | 0.27 | 78.67 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  RECEIVE AND EXAMINE U.S. TRUSTEE'S OBJECTIONS TO MOTION TO DISBAND EQUITY COMMITTEE;<br>2  EXAMINE E-MAILS EXCHANGED ON ENGAGEMENT OF FEE EXAMINER;<br>3  EXAMINE NOTICE AND APPLICATION FILED BY CREDITORS; |
| 10/19/05 Wed | Hyde Jr., R 102005/260 | 0.20 | 0.10 | 30.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET;<br>2  REVIEW SELECTED MOTIONS; |

~ See the last page of exhibit for explanation

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 10/27/05 Thu | Cox, B 102005/271 | 1.50 | 0.25 | 73.75 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET:<br>2  TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS ENGAGEMENT LETTER AND TERMS FOR FEE EXAMINER:<br>3  PREPARE E-MAIL AND TELEPHONE CONFERENCE WITH JAY CASTLE ON SAME AND WACHOVIA'S POSITION:<br>4  EXAMINE E-MAIL FROM CYNDI JACKSON AND PROPOSED AMENDMENT TO AGENCY AGREEMENT:<br>5  EXAMINE JUDGE FUNK'S ORDER ON MOTION FOR CLARIFICATION AND TRANSMIT TO OTTERBOURG ATTORNEYS:<br>6  EXAMINE E-MAIL REGARDING CONFERENCE CALL ON SCOPE OF DISCOVERY: |
| 10/28/05 Fri | Cox, B 102005/273 | 1.50 | 0.25 | 73.75 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  TELEPHONE CONFERENCE WITH JON HELFAT ON EQUITY COMMITTEE CONFERENCE CALL AND ISSUES WITH FEE EXAMINER:<br>2  CONFERENCE WITH U.S. TRUSTEE ON HER POSITION REGARDING EQUITY COMMITTEE ISSUES:<br>3  REVIEW AND EXCHANGE COMMUNICATIONS ON CONFERENCE CALL ON DISCOVERY MATTERS REGARDING EQUITY COMMITTEE MOTION:<br>4  EXAMINE DEBTORS' MOTIONS AND PROPOSED ORDERS REGARDING AFCO PREMIUM CREDIT AND SETTLEMENT WITH PROPERTY INSURERS:<br>5  EXAMINE AGREED ORDERS FOR RESOLUTION OF LITIGATION CLAIMS:<br>6  EXAMINE VARIOUS LANDLORDS' LEASE OBJECTION CLAIMS AND MOTION TO EXTEND TIME FOR FILING SAME: |
| 11/02/05 Wed | Cox, B 112005/278 | 1.50 | 0.30 | 88.50 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE ADDITIONAL MOTION FOR PROTECTIVE ORDER AND NOTICES OF HEARING:<br>2  EXAMINE SEVERAL E-MAILS CONCERNING ABATEMENT OF MOTION TO DISBAND:<br>3  TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS SAME AND GENERAL STATUS:<br>4  EXAMINE CREDITORS COMMITTEE'S MOTION TO ABATE:<br>5  REVIEW DOCKET AND VARIOUS FILINGS BY CREDITORS: |
| 11/03/05 Thu | Cox, B 112005/280 | 1.80 | 0.45 | 132.75 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE VARIOUS E-MAILS REGARDING MOTION TO ABATE, PROPOSED ORDER AND U.S. TRUSTEE'S LETTER TO DEBTORS REQUESTING DOCUMENTS:<br>2  EXAMINE VARIOUS MOTIONS, APPLICATIONS AND NOTICES FILED BY DEBTORS AND CREDITORS: |
| | | | | | C | | | 3  TELEPHONE CONFERENCE WITH JON HELFAT ON STATUS AND HEARINGS:<br>4  CONFERENCE WITH BOB HYDE ON LATEST DEVELOPMENTS AND WACHOVIA'S POSITION: |
| 11/28/05 Mon | Cox, B 112005/311 | 3.10 | 0.62 | 182.90 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE E-MAILS AND PROPOSED CHANGES TO ORDER ON RETENTION OF JEFFERIES:<br>2  REVIEW AND ORGANIZE NUMEROUS MOTIONS, NOTICES, AND ORDERS FILED RECENTLY IN THE CASE:<br>3  EXAMINE E-MAIL FROM STEVE EICHEL AND PROPOSED CHANGES TO TERMS OF FEE EXAMINER'S RETENTION: |
| | | | | | C | | | 4  CONFERENCE WITH BOB HYDE TO DISCUSS LATEST DEVELOPMENTS AND GENERAL STATUS:<br>5  TELEPHONE CONFERENCES WITH MR. EICHEL AND JON HELFAT CONCERNING ADDITIONAL ISSUE WITH FEE EXAMINER, EXAMINE CHANGES NEEDED TO FEE EXAMINER PAPERS IN LIGHT OF ISSUE AND PREPARE E-MAIL TO MR. HELFAT ON SAME: |

– See the last page of exhibit for explanation

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | 11.30 | $3,359.33 | | | | |

Total
Number of Entries:     23

EXHIBIT B-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

|  | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cox, B | 2.30 | 678.50 | 39.00 | 11,505.00 | 41.30 | 12,183.50 | 6.55 | 1,933.58 | 8.85 | 2,612.08 |
| Hyde Jr., R | 0.00 | 0.00 | 6.50 | 1,982.50 | 6.50 | 1,982.50 | 2.45 | 747.25 | 2.45 | 747.25 |
|  | 2.30 | $678.50 | 45.50 | $13,487.50 | 47.80 | $14,166.00 | 9.00 | $2,680.83 | 11.30 | $3,359.33 |

RANGE OF HOURS
RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

|  | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 2.30 | 678.50 | 45.50 | 13,487.50 | 47.80 | 14,166.00 | 9.00 | 2,680.83 | 11.30 | 3,359.33 |
|  | 2.30 | $678.50 | 45.50 | $13,487.50 | 47.80 | $14,166.00 | 9.00 | $2,680.83 | 11.30 | $3,359.33 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

INTRAOFFICE CONFERENCES

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Anderson, A | 0.50 | 147.50 |
| Cox, B | 14.26 | 4,207.40 |
| Hieb Jr., E | 0.30 | 87.00 |
| Hyde Jr., R | 10.58 | 3,227.92 |
| Summers Jr., J | 20.55 | 4,315.50 |
| | 46.20 | $11,985.32 |

INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Anderson, A | 0.50 | 147.50 |
| Cox, B | 9.94 | 2,933.28 |
| Hieb Jr., E | 0.00 | 0.00 |
| Hyde Jr., R | 4.32 | 1,316.58 |
| Summers Jr., J | 16.60 | 3,486.00 |
| | 31.36 | $7,883.37 |

Exhibit C   Page 1 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 04/19/05 Tue | Hyde Jr., R 42005/3 | 0.40 | 0.20 | 61.00 | B B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* <br> 1 INTRAOFFICE CONFERENCE RE FINALIZING REPRESENTATION WITH WACHOVIA; <br> 2 REVIEW CORRRESPONDENCE; |
| 04/20/05 Wed | Hyde Jr., R 42005/5 | 0.50 | 0.50 | 152.50 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* <br> 1 INTRAOFFICE CONFERENCE RE STATUS OF CASE, STATUS CONFERENCE, AREAS OF ASSISTANCE TO PRINCIPAL COUNSEL AND RELATED MATTERS; |
| 04/22/05 Fri | Hyde Jr., R 42005/8 | 0.80 | 0.40 | 122.00 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* <br> 1 INTRAOFFICE CONFERENCE RE REPRESENTATION, STATUS CONFERENCE FOR APRIL 25 AND RELATED MATTERS; <br> 2 PARTIAL REVIEW OF DOCKET; |
| 04/29/05 Fri | Hyde Jr., R 42005/16 | 0.60 | 0.30 | 91.50 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* <br> 1 PARTIAL REVIEW OF DOCKET; <br> 2 INTRAOFFICE CONFERENCE RE CURRENT STATUS, UPCOMING HEARING AND RELATED MATTERS; |
| 05/09/05 Mon | Hyde Jr., R 52005/23 | 0.30 | 0.30 | 91.50 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* <br> 1 INTRAOFFICE CONFERENCE RE MAY 6 HEARING AND CURRENT DEVELOPMENTS AND PLANNING; |
| 05/17/05 Tue | Cox, B 52005/31 | 2.30 | 0.58 | 169.63 | | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* <br> 1 COMPARE INITIAL CASH MANAGEMENT ORDER TO PROPOSED FINAL ORDER; <br> 2 CONFERENCE WITH BOB HYDE ON ISSUES WITH SAME AND GENERAL STATUS; <br> 3 CONFERENCE WITH JON HELFAT AND DEBTORS' COUNSEL ON CREDITORS' COMMITTEE'S POSITION AND POTENTIAL RESOLUTION OF FINAL ORDERS; <br> 4 EXAMINE PRELIMINARY AGENDA FOR MAY 19 HEARINGS; |
| 05/17/05 Tue | Hyde Jr., R 52005/32 | 2.80 | 0.93 | 284.67 | D | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* <br> 1 REVIEW ORIGINAL CASH MANAGEMENT ORDER AND PROPOSED FINAL ORDER; <br> 2 INTRAOFFICE CONFERENCE RE STATUS; <br> 3 TELEPHONE CONFERENCE WITH COUNSEL FOR DEBTORS AND LEAD COUNSEL FOR WACHOVIA RE TENTATIVE RESOLUTION OF FINAL CASH MANAGEMENT ORDER AND OTHER MATTERS BEFORE THE COURT AT THE MAY 19 HEARING; |
| 05/23/05 Mon | Cox, B 52005/36 | 0.50 | 0.25 | 73.75 | | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* <br> 1 CONFERENCE WITH BOB HYDE ON MAY 19 HEARINGS; <br> 2 EXAMINE NEW ORDERS ENTERED AND NOTICES FILED IN THE BANKRUPTCY CASES; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C   Page 2 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 05/23/05 Mon | Hyde Jr., R 52005/37 | 0.60 | 0.30 | 91.50 | | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* 1 REVIEW RECENT FILINGS IN THE CASE; 2 INTRAOFFICE CONFERENCE RE RECENT HEARING AND UPCOMING MATTERS OF INTEREST TO WACHOVIA; |
| 05/24/05 Tue | Cox, B 52005/38 | 0.70 | 0.35 | 103.25 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* 1 EXAMINE ORDERS ENTERED ON MOTIONS HEARD ON MAY 19TH; 2 CONFERENCE WITH BOB HYDE ON SAME AND CURRENT STATUS; |
| 05/25/05 Wed | Cox, B 52005/40 | 0.40 | 0.20 | 59.00 | | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* 1 EXAMINE LATEST OBJECTIONS AND NOTICES FILED IN THE BANKRUPTCY CASES; 2 CONFERENCE WITH BOB HYDE ON STATUS; |
| 05/25/05 Wed | Hyde Jr., R 52005/41 | 0.20 | 0.20 | 61.00 | | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* 1 INTRAOFFICE CONFERENCE RE STATUS OF CASE AND CURRENT MATTERS OF CONCERN; |
| 05/31/05 Tue | Hyde Jr., R 52005/44 | 0.30 | 0.30 | 91.50 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* 1 INTRAOFFICE CONFERENCE RE STATUS OF CASE AND UPCOMING HEARING; |
| 06/07/05 Tue | Hyde Jr., R 62005/50 | 0.40 | 0.20 | 61.00 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* 1 TELEPHONE CONFERENCE WITH BANKRUPTCY COURT RE DOCKET; 2 INTRAOFFICE CONFERENCE RE CURRENT STATUS; |
| 06/16/05 Thu | Hyde Jr., R 62005/65 | 0.80 | 0.20 | 61.00 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* 1 REVIEW DEBTORS' NOTICE REGARDING COMPROMISE ON MOTION FOR SEVERANCE AND EMPLOYEE RETIREMENT PLANS AND MOTION FOR IMMEDIATE PAYMENT OF ADMINISTRATIVE CLAIM; 2 REVIEW DOCKET; 3 REVIEW AGENDA; 4 INTRAOFFICE CONFERENCE RE STATUS; |
| 06/22/05 Wed | Hyde Jr., R 62005/75 | 1.00 | 0.25 | 76.25 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* 1 REVIEW DOCKET; 2 INTRAOFFICE CONFERENCE RE ISSUES PERTAINING TO COMPENSATION OF PROFESSIONALS; 3 REVIEW MONTHLY OPERATING REPORT AND ACCOMPANYING AFFIDAVIT; 4 PARTIAL REVIEW OF ORDER APPROVING BID PROCEDURES; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C  Page 3 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|-----------------|----------------|-----------|-----------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 06/23/05 Thu | Cox, B 62005/77 | 0.40 | 0.20 | 59.00 | | | & | 1<br>2 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>EXAMINE LATEST FILINGS BY VARIOUS CREDITORS;<br>CONFERENCE WITH BOB HYDE ON GENERAL STATUS; |
| 06/23/05 Thu | Hyde Jr., R 62005/78 | 0.60 | 0.20 | 61.00 | | | & | 1<br>2<br><br>3 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>REVIEW DOCKET;<br>REVIEW AGREED ORDER OVERRULING OBJECTION TO DEBTORS' MOTION TO EXTEND TIME TO ASSUME AND REJECT AND APPLICATION FOR AWARD OF ADMINISTRATIVE EXPENSE;<br>INTRAOFFICE CONFERENCE RE CURRENT MATTERS AND JULY AUCTION SALE; |
| 06/30/05 Thu | Cox, B 62005/88 | 2.90 | 0.58 | 171.10 | | | <br><br><br><br>& | 1<br>2<br>3<br><br>4<br>5 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>REVIEW PERTINENT MOTIONS AND ATTEND OMNIBUS HEARING;<br>CONFERENCE WITH DEBTORS' ATTORNEYS AND CREDITORS' COMMITTEE COUNSEL;<br>EXAMINE DRAFT MOTIONS ON PROCEDURES WITH PHARMACEUTICAL SALES AND GOING OUT OF BUSINESS SALES AND REVISED SALES MOTION;<br>TELEPHONE CONFERENCE WITH JON HELFAT ON SAME AND RECLAMATION MOTION;<br>CONFERENCE WITH ELLSWORTH SUMMERS ON ELEVENTH CIRCUIT AND MIDDLE DISTRICT DECISIONS ON ALLOWABLE ATTORNEYS' FEES AND COSTS AND RESEARCH NEEDED ON RECLAMATION ISSUES; |
| 06/30/05 Thu | Summers Jr., J 62005/90 | 0.30 | 0.30 | 63.00 | | | &<br>& | 1<br>2 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>CONFERENCE WITH BETSY COX REGARDING RESULTS OF RESEARCH ON ALLOWABLE FEES AND EXPENSES;<br>CONFERENCE WITH BETSY COX REGARDING RECLAMATION RESEARCH; |
| 07/05/05 Tue | Hyde Jr., R 72005/97 | 0.90 | 0.45 | 137.25 | B | | | 1<br><br><br><br>2 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>SCAN DEBTORS' MOTIONS TO SELL ASSETS FREE AND CLEAR AND TO SELL PHARMACY PRESCRIPTIONS AND INVENTORY, STATEMENT OF CREDITORS COMMITTEE IN SUPPORT OF DEBTORS' MOTION FOR ORDER APPROVING STIPULATION RE RECLAMATION AND MOTION FOR ORDER AUTHORIZING DEBTORS TO RETAIN LIQUIDATING AGENT;<br>INTRAOFFICE CONFERENCE RE CURRENT DEVELOPMENTS AND STATUS; |
| 07/06/05 Wed | Summers Jr., J 72005/100 | 7.90 | 3.95 | 829.50 | | | | 1<br>2 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>CONFERENCE WITH BETSY COX REGARDING RECLAMATION MEMORANDUM;<br>DRAFT SAME; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C   Page 4 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|-----------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 07/07/05 Thu | Cox, B 72005/101 | 2.50 | 0.83 | 245.83 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | & 1 | EXAMINE INITIAL DRAFT OF MEMORANDUM ON RECLAMATION AND CONFERENCES WITH ELLSWORTH SUMMERS ON REVISIONS TO MAKE TO SAME; |
| | | | | | | | & 2 | CONFERENCE WITH BOB HYDE ON RECLAMATION ISSUES; |
| | | | | | | | 3 | EXAMINE FURTHER REVISED GOING OUT OF BUSINESS SALE ORDER; |
| | | | | | | | 4 | EXAMINE VARIOUS NOTICES AND OBJECTIONS FILED BY DEBTORS; |
| | | | | | | | 5 | TELEPHONE CONFERENCE WITH JON HELFAT AND DAN FIORILLO ON GENERAL STATUS AND WACHOVIA'S POSITION; |
| | | | | | | | 6 | EXAMINE PROPOSED REVISIONS AND ADDITIONS TO RECLAMATION STIPULATION; |
| 07/07/05 Thu | Hyde Jr., R 72005/102 | 0.60 | 0.20 | 61.00 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | REVIEW FINDINGS OF FACT AND CONCLUSIONS OF LAW RE MOTION FOR APPOINTMENT OF SEPARATE COMMITTEE FOR PLAN PARTICIPANTS AND HEARING SCHEDULE; |
| | | | | | | | 2 | REVIEW NOTICE OF HEARING; |
| | | | | | | | & 3 | INTRAOFFICE CONFERENCE RE ANALYSIS OF BANKRUPTCY COURT'S LIKELY RESPONSE TO DEBTORS' MOTION TO APPROVE STIPULATION WITH MAJOR RECLAIMING CREDITORS; |
| 07/07/05 Thu | Summers Jr., J 72005/103 | 8.50 | 4.25 | 892.50 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | REVIEW AND REVISE RECLAMATION MEMORANDUM; |
| | | | | | | | & 2 | CONFERENCE WITH BETSY COX REGARDING SAME AND SUPPLEMENTING OF SAME; |
| 07/13/05 Wed | Cox, B 72005/110 | 1.00 | 0.33 | 98.33 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | EXAMINE REVISIONS TO LIQUIDATOR'S ORDER; |
| | | | | | | | 2 | EXAMINE VARIOUS LANDLORDS' OBJECTIONS; |
| | | | | | | | & 3 | CONFERENCE WITH BOB HYDE ON GENERAL STATUS AND LATEST DEVELOPMENTS; |
| 07/13/05 Wed | Hyde Jr., R 72005/111 | 0.90 | 0.30 | 91.50 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | REVIEW DOCKET; |
| | | | | | | | 2 | REVIEW ORDER STRIKING AMENDED SCHEDULES, OBJECTIONS TO CURE AMOUNTS, LANDLORD'S RESPONSE TO MOTION FOR ORDER AUTHORIZING SALE; |
| | | | | | | | & 3 | INTRAOFFICE CONFERENCE RE CURRENT STATUS AND ANALYSIS OF WACHOVIA'S POSITION WITH REGARD TO RECLAMATION CLAIMS AND IMPENDING SALES; |
| 07/19/05 Tue | Hyde Jr., R 72005/120 | 1.10 | 0.55 | 167.75 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | REVIEW STATEMENT OF RECLAMATION CLAIM, OBJECTIONS TO SALE AND CURE AMOUNTS, AFFIDAVIT IN SUPPORT OF MOTION TO ALLOW LIQUIDATING AGENT, AND MOTION FOR COMPENSATION; |
| | | | | | | | 2 | INTRAOFFICE CONFERENCE RE STATUS OF AUCTION SALE AND HEARING FOR APPROVAL OF SAME AND RELATED MATTERS; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
– See the last page of exhibit for explanation

Exhibit C  Page 5 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|----------------|---------------|------------|-----------|---|---|-------------|
| | | | INFORMATIONAL | | | | | | |
| 07/20/05 Wed | Cox, B 72005/121 | 1.20 | 0.60 | 177.00 | | | & | 1 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* CONFERENCE WITH ELLSWORTH SUMMERS ON RESEARCH ON LEASE DEFAULT ISSUES; |
| | | | | | | | | 2 | EXAMINE NUMEROUS MOTIONS TO APPROVE SALES AND ADDITIONAL APPLICATIONS FOR PROFESSIONALS' FEES AND COSTS; |
| 07/20/05 Wed | Hyde Jr., R 72005/122 | 3.20 | 1.60 | 488.00 | B | | | 1 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* REVIEW OBJECTIONS TO DEBTORS' ASSUMPTION CLAIMS, MULTIPLE ASSET PURCHASE AGREEMENTS, AND LEASE TERMINATION AGREEMENTS; |
| | | | | | | | | 2 | INTRAOFFICE CONFERENCE RE STATUS OF SALES; |
| 07/20/05 Wed | Summers Jr., J 72005/123 | 7.70 | 3.85 | 808.50 | F | | & | 1 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* CONFERENCE WITH BETSY COX REGARDING RESEARCH REGARDING CURE OF NON-MONETARY DEFAULTS AND ATTORNEYS' FEES RELATING TO CURE AMOUNTS REGARDING ASSUMPTION OF LEASE; |
| | | | | | | | | 2 | RESEARCH SAME; |
| 07/21/05 Thu | Cox, B 72005/124 | 2.50 | 0.63 | 184.38 | | | & | 1 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* CONFERENCE WITH ELLSWORTH SUMMERS AND EXAMINE CASE LAW ON CURE OF NON-MONETARY DEFAULTS AND ATTORNEYS' FEES FOR ENFORCING LEASES; |
| | | | | | | | | 2 | TELEPHONE CONFERENCE WITH JON HELFAT ON SAME, OTHER ISSUES TO ADDRESS AND GENERAL STATUS; |
| | | | | | | | | 3 | EXAMINE PROPOSED PHASE TWO SALE MOTION; |
| | | | | | | | | 4 | EXAMINE ADDITIONAL OBJECTIONS TO SALES AND LIQUIDATION OF STORES AND DEBTORS' NOTICES OF SALES; |
| 07/21/05 Thu | Summers Jr., J 72005/126 | 3.40 | 1.70 | 357.00 | | | & | 1 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* CONFERENCE WITH BETSY COX REGARDING RESEARCH ON ATTORNEYS' FEES AND NON-MONETARY DEFAULTS INCLUDED IN CURE AMOUNT FOR ASSUMPTION OF LEASES; |
| | | | | | | | | 2 | DRAFT MEMORANDUM REGARDING ATTORNEYS' FEES INCLUDED IN CURE AMOUNT FOR ASSUMPTION OF LEASES; |
| 07/25/05 Mon | Cox, B 72005/132 | 8.20 | 1.17 | 345.57 | F | | | 1 | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* ANALYZE PROPOSED REVISIONS TO RECLAMATION STIPULATION, GOING OUT OF BUSINESS SALES ORDER, PHASE TWO SALES ORDER AND OBJECTIONS TO GOING OUT OF BUSINESS SALES MOTION; |
| | | | | | | | | 2 | SEVERAL TELEPHONE CONFERENCES WITH JON HELFAT ON SAME AND WACHOVIA'S POSITION AND MOTIONS SET FOR HEARING ON JULY 27-29; |
| | | | | | | | | 3 | CONFERENCE WITH BOB HYDE ON LATEST DEVELOPMENTS AND GENERAL STATUS; |
| | | | | | | | | 4 | TELEPHONE CALLS TO DEBTORS' ATTORNEYS ON HEARINGS; |
| | | | | | | | | 5 | EXAMINE ADDITIONAL FILINGS BY CREDITORS COMMITTEE AND OBJECTIONS OF CREDITORS TO MOTIONS SET FOR HEARING LATER IN WEEK; |
| | | | | | | | | 6 | EXAMINE DEBTORS' AMENDMENTS TO SCHEDULES AND EXECUTORY CONTRACTS; |
| | | | | | | | | 7 | EXAMINE FLORIDA STATUTORY AND CASE LAW ON ISSUE WITH TAX LIENS; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C   Page 6 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|---------------|---|-----------|-----------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 07/26/05 Tue | Cox, B 72005/134 | 7.50 | 0.75 | 221.25 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | FURTHER ANALYZE ISSUE WITH PROPERTY TAXES AND SUPERIORITY OF LIEN FOR SAME; |
| | | | | | | | 2 | SEVERAL TELEPHONE CONFERENCES WITH JON HELFAT CONCERNING WACHOVIA'S POSITION ON GOB ORDER, RECLAMATION STIPULATION, LANDLORDS' OBJECTIONS AND HEARINGS ON 7/27; |
| | | | | | | | 3 | CONFERENCE CALL WITH STEVE BUSEY ON GOB ORDER; |
| | | | | | | | 4 | TELEPHONE CONFERENCE WITH CYNDI JACKSON ON HEARINGS AND OBJECTIONS TO DEBTORS' MOTION; |
| | | | | | & | | 5 | CONFERENCE WITH BOB HYDE ON STATUS AND MOTION RE PHARMACEUTICAL SALES; |
| | | | | | | | 6 | EXAMINE FINAL AGENDAS FOR HEARINGS; |
| | | | | | | | 7 | ANALYZE AND ORGANIZE FOR HEARING MOTIONS AND OBJECTIONS; |
| | | | | | | | 8 | TRANSMIT OBJECTIONS TO MR. HELFAT; |
| | | | | | | | 9 | CONFERENCE CALL WITH COUNSEL FOR DEBTORS, RECLAMATION VENDORS AND CREDITORS' COMMITTEE ON TERMS OF RECLAMATION STIPULATION; |
| | | | | | B | | 10 | EXAMINE COMMUNICATIONS ON REVISIONS TO GOB ORDER; |
| 07/26/05 Tue | Hyde Jr., R 72005/135 | 1.10 | 0.37 | 111.83 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | REVIEW DOCKET; |
| | | | | | | | 2 | REVIEW VARIOUS OBJECTIONS TO SALE, CREDITORS' COMMITTEE'S STATEMENT IN RESPONSE TO DEBTORS' MOTION FOR SALE PHARMACEUTICALS, ETC; |
| | | | | | & | | 3 | INTEROFFICE CONFERENCE REGARDING HEARINGS SCHEDULED BEGINNING JULY 27, 2005, FOCUSING ON MATTERS OF INTEREST TO DIP LENDERS AND RELATED MATTERS; |
| 07/29/05 Fri | Cox, B 72005/140 | 7.70 | 1.28 | 378.58 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | PREPARE FOR HEARINGS, MEET WITH JON HELFAT AND ATTEND HEARINGS ON APPROVAL OF RECLAMATION STIPULATION AND ADDITIONAL SALES OF STORES; |
| | | | | | | | 2 | EXAMINE ADDITIONAL ORDERS ON SALES; |
| | | | | | | | 3 | TELEPHONE CONFERENCE WITH ELENA ESCAMILLA ON FEE EXAMINER AND HEARINGS; |
| | | | | | | | 4 | ATTEND AFTERNOON HEARINGS ON SALE MOTIONS AND CONFERENCES WITH CREDITORS' ATTORNEYS AND DEBTORS' ATTORNEYS ON POSSIBLE FEE EXAMINER; |
| | | | | | | | 5 | CONFERENCES AND TELEPHONE CONFERENCES WITH MR. HELFAT ON MOTION TO PREPARE RE FEE EXAMINER; |
| | | | | | | | 6 | CONFERENCE WITH CRISTY RUSSELL ON RESEARCH NEEDED ON SAME; |
| 08/03/05 Wed | Hyde Jr., R 82005/150 | 1.50 | 0.75 | 228.75 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | REVIEW INDEX AND SELECTED PLEADINGS, INCLUDING RE-CORRECTED ORDER CONCERNING STIPULATION ON RECLAMATION; |
| | | | | | | | 2 | INTRAOFFICE CONFERENCE RE CURRENT DEVELOPMENTS, INCLUDING MOTION TO APPOINT FEE EXAMINER AND STRATEGIES FOR AUGUST 4 HEARING ON SAME; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C   Page 7 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------------|-------------|---------------|-------------|-----------|------------|---|-------------|
| 08/24/05 Wed | Cox, B 82005/172 | 2.20 | 0.28 | 81.13 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1 EXAMINE UPDATED DOCKET AND LATEST FILINGS PERTAINING TO 8/26 HEARING;<br>2 TELEPHONE CONFERENCES WITH DAN FIORILLO AND MELISSA HAGER ON MOTION OF DANNON AND OTHER PENDING MATTERS;<br>3 EXAMINE DANNON MOTION AND OBJECTION TO CLAIMS PROCEDURE AND TELEPHONE CONFERENCE WITH JIM POST ON SAME;<br>4 ANALYZE ISSUES WITH ENFORCEABILITY OF LEASEHOLD MORTGAGES IN FLORIDA;<br>& 5 CONFERENCE WITH BOB HYDE ON SAME;<br>6 EXAMINE PRELIMINARY AGENDA;<br>7 TELEPHONE CONFERENCE WITH EDDIE HELD ON LANDLORDS' OBJECTIONS;<br>8 EXAMINE E-MAILS BETWEEN JON HELFAT AND JAY CASTLE ON FEE EXAMINER; |
| 08/24/05 Wed | Hyde Jr., R 82005/173 | 1.00 | 0.33 | 101.67 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1 REVIEW DOCKET;<br>2 REVIEW SELECTED PLEADINGS, MOTIONS AND NOTICES;<br>& 3 INTRAOFFICE CONFERENCE RE ISSUES PERTAINING TO LEASEHOLD MORTGAGES AND CURRENT DEVELOPMENTS IN THE CASE; |
| 08/25/05 Thu | Hyde Jr., R 82005/175 | 0.80 | 0.27 | 81.33 | B<br>B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1 REVIEW DOCKET;<br>2 REVIEW SELECTED PLEADINGS;<br>3 INTRAOFFICE CONFERENCE RE STATUS; |
| 08/30/05 Tue | Cox, B 82005/180 | 3.70 | 0.93 | 272.88 | | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1 FURTHER ANALYZE FLORIDA LAW ON LEASEHOLD MORTGAGE AND ANTI-ASSIGNMENT ISSUE AND CONFERENCE WITH ELLSWORTH SUMMERS ON ADDITIONAL RESEARCH NEEDED;<br>2 EXAMINE NEW SALES ORDERS AND EXCHANGE E-MAILS WITH CYNDI JACKSON ON PARTICULAR SALE;<br>3 EXAMINE ADDITIONAL MOTIONS AND NOTICES FILED AND CHANGES TO 9/1 HEARING SCHEDULE;<br>4 TELEPHONE CONFERENCES WITH DAN FIORILLO TO DISCUSS ISSUE WITH FLORIDA DOCUMENTARY STAMP AND INTANGIBLE TAXES WITH CONFIRMED PLAN, CONFERENCES WITH ALLEN HIEB AND JOE O'SHIELDS ON SAME AND PREPARE MEMO TO MR. FIORILLO; |
| 08/30/05 Tue | Hieb Jr., E 82005/181 | 0.60 | 0.30 | 87.00 | E<br><br>E, F | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1 INTEROFFICE CONFERENCE WITH BETSY COX REGARDING DOCUMENTARY STAMP TAX ISSUES RELATED TO NOTES AND MORTGAGES EXECUTED IN CONNECTION WITH CONFIRMED BANKRUPTCY PLAN;<br>2 RESEARCH REGARDING SAME; |
| 08/30/05 Tue | Summers Jr., J 82005/183 | 6.10 | 3.05 | 640.50 | F | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1 CONFERENCE WITH BETSY COX REGARDING RESEARCH NEEDED ON LEASEHOLD MORTGAGE ISSUES IN FLORIDA;<br>2 RESEARCH ON SAME; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C   Page 8 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|----------------|---------------|-----------|------------|---|-------------|
| | | | INFORMATIONAL | | | | | |
| 08/31/05 Wed | Cox, B 82005/184 | 4.00 | 0.67 | 196.67 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 EXAMINE NEW FILINGS IN CASE AND LATEST ORDERS; |
| | | | | | | | | 2 REVIEW MATTERS SET FOR HEARING ON 9/1; |
| | | | | | | | & | 3 FURTHER ANALYZE LEASEHOLD MORTGAGE AND ANTI-ASSIGNMENT ISSUES AND CONFERENCES WITH ELLSWORTH SUMMERS ON SAME; |
| | | | | | | | | 4 CONFERENCE CALL WITH JON HELFAT AND DAN FIORILLO TO DISCUSS FLORIDA LAW ON ISSUES AND MATTERS SET FOR HEARING ON 9/1; |
| | | | | | | | | 5 TELEPHONE CONFERENCE WITH JOHN MACDONALD ON CREDITORS COMMITTEE'S POSITION ON CLAIMS PROCEDURES MOTION, EQUITY COMMITTEE AND PRE-PETITION LIEN ISSUE; |
| | | | | | | | | 6 TELEPHONE CONFERENCE WITH JIM POST RE CLAIMS PROCEDURES MOTION; |
| 08/31/05 Wed | Summers Jr., J 82005/186 | 6.90 | 3.45 | 724.50 | F | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 SEVERAL CONFERENCES WITH BETSY COX REGARDING RESEARCH ON LEASEHOLD MORTGAGES IN FLORIDA; |
| | | | | | | | | 2 CONTINUE RESEARCH REGARDING SAME; |
| 09/01/05 Thu | Cox, B 92005/187 | 5.50 | 0.79 | 231.79 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 TELEPHONE CONFERENCE WITH JON HELFAT ON LEASEHOLD MORTGAGE ISSUES; |
| | | | | | | | | 2 FURTHER ANALYZE SAME AND CONFERENCES WITH ELLSWORTH SUMMERS ON MEMORANDUM TO PREPARE ON FLORIDA LAW; |
| | | | | | | | | 3 EXAMINE REVISED ORDER APPROVING CLAIMS RESOLUTION PROCEDURES AND E-MAIL FROM JIM POST ON SAME; |
| | | | | | | | | 4 ATTEND OMNIBUS HEARINGS AND CONFERENCES WITH OTHER COUNSEL ON VARIOUS MATTERS; |
| | | | | | | | | 5 EXAMINE ORDERS ENTERED ON MOTIONS CONSIDERED AT HEARING; |
| | | | | | | | | 6 TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS HEARING; |
| | | | | | | | | 7 EXAMINE DRAFT MEMORANDUM ON LEASEHOLD MORTGAGE ISSUES AND CONSIDER ADDITIONAL AREAS TO ADDRESS; |
| 09/02/05 Fri | Anderson, A 92005/190 | 1.00 | 0.50 | 147.50 | E  D, E | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 OFFICE CONFERENCE WITH BETSY COX RE LEASEHOLD MORTGAGES AND PRIORITY ISSUES RELATING TO SAME; |
| | | | | | | | | 2 CONFERENCE WITH BETSY COX AND DAN FIORILLO AND DAN GREENSTEIN RE SAME; |
| 09/02/05 Fri | Cox, B 92005/191 | 9.30 | 1.86 | 548.70 | | | & | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 TELEPHONE CONFERENCE WITH DAN FIORILLO ON ADDITIONAL QUESTIONS WITH LEASEHOLD MORTGAGES AND ANALYZE SAME; |
| | | | | | | | | 2 CONFERENCE WITH TONY ANDERSON ON PARTICULAR ISSUES WITH LEASEHOLD MORTGAGES |
| | | | | | | | | 3 AND CONFERENCE CALL WITH DAN FIORILLO AND DAN GREENSTEIN TO DISCUSS SAME; |
| | | | | | | | | 4 EXTENSIVE WORK IN PREPARING ADDITIONS AND REVISIONS TO MEMORANDUM ON LEASEHOLD MORTGAGE ISSUES AND TRANSMIT SAME AND PERTINENT CASES TO JON HELFAT AND DAN FIORILLO; |
| | | | | | | | | 5 EXAMINE NOTES AND DRAFT MEMORANDUM TO DAN FIORILLO ON EVIDENTIARY HEARINGS ON REYNOLDS/PIGGLY WIGGLY ASSIGNMENT MOTIONS; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C   Page 9 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|-------------|------------|-----------|-----------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 09/12/05 Mon | Cox, B 92005/205 | 0.60 | 0.20 | 59.00 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  EXAMINE RECENT ARTICLES ON WINN-DIXIE CASE AND TRANSMIT PARTICULAR ARTICLE TO JON HELFAT;<br>2  REVIEW DOCKET;<br>& 3  CONFERENCE WITH BOB HYDE ON RECENT DEVELOPMENTS; |
| 09/12/05 Mon | Hyde Jr., R 92005/206 | 1.00 | 0.33 | 101.67 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  REVIEW DOCKET;<br>2  REVIEW SELECTED PROCEEDING MEMORANDA AND SELECTED ORDERS;<br>& 3  INTRAOFFICE CONFERENCE RE STATUS OF THE CASE, CURRENT DEVELOPMENTS OF CONCERN TO WACHOVIA AND TASKING; |
| 10/14/05 Fri | Cox, B 102005/252 | 3.40 | 0.49 | 143.29 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  EXAMINE REVISIONS TO MOTION TO SELL MIAMI RECLAMATION CENTER, PURCHASE AND SALE AGREEMENT, PROPOSED ORDER AND SEVERAL E-MAILS FROM CYNDI JACKSON ON SAME;<br>2  ATTEND OMNIBUS HEARINGS;<br>3  EXAMINE MOTION FOR SALE OF JACKSONVILLE DISTRIBUTION CENTER;<br>4  CONFERENCE WITH BOB HYDE ON LATEST DEVELOPMENTS IN CASE;<br>5  TELEPHONE CONFERENCE WITH JON HELFAT AND DAN FIORILLO ON HEARING AND NEW SALE MOTIONS;<br>6  COMMUNICATE WITH JUDGE FUNK'S LAW CLERK ON RULING ON EQUITY COMMITTEE ISSUE, EXAMINE LETTER FROM COURT AND COMMUNICATE WITH OTTERBOURG ATTORNEYS ON SAME;<br>7  EXAMINE ORDER AND PREPARE STATUS REPORT ON HEARING; |
| 10/25/05 Tue | Cox, B 102005/267 | 1.70 | 0.24 | 71.64 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  EXAMINE ADDITIONAL NOTICES OF DEPOSITIONS;<br>2  TELEPHONE CONFERENCE WITH JOHN MACDONALD ON 10/24 HEARING AND ISSUE WITH SCOPE OF DISCOVERY RE EQUITY COMMITTEE;<br>3  PREPARE MEMO TO OTTERBOURG ATTORNEYS ON SAME;<br>4  EXAMINE AMENDED DEPOSITION NOTICE AND CROSS-NOTICE OF DEPOSITION;<br>5  CALENDAR DEPOSITIONS;<br>6  STATUS CONFERENCE WITH BOB HYDE;<br>7  REVIEW DOCKET; |
| 11/03/05 Thu | Cox, B 112005/280 | 1.80 | 0.45 | 132.75 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  EXAMINE VARIOUS E-MAILS REGARDING MOTION TO ABATE, PROPOSED ORDER AND U.S. TRUSTEE'S LETTER TO DEBTORS REQUESTING DOCUMENTS;<br>2  EXAMINE VARIOUS MOTIONS, APPLICATIONS AND NOTICES FILED BY DEBTORS AND CREDITORS;<br>3  TELEPHONE CONFERENCE WITH JON HELFAT ON STATUS AND HEARINGS;<br>& 4  CONFERENCE WITH BOB HYDE ON LATEST DEVELOPMENTS AND WACHOVIA'S POSITION; |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C   Page 10 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|---------------|-----|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 11/03/05 Thu | Hyde Jr., R 112005/281 | 1.20 | 0.60 | 183.00 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | REVIEW DOCKET, VARIOUS NOTICES IN CONNECTION WITH DDI'S MOTION TO QUASH AND RELATED RELIEF, FLORIDA TAX COLLECTORS' SECOND MOTION TO EXTEND CLAIMS BAR DATE, CREDITORS' COMMITTEE MOTION TO ABATE DISCOVERY RE MOTION TO DISBAND EQUITY COMMITTEE AND TO ADJOURN HEARING: |
| | | | | | | | & 2 | INTRAOFFICE CONFERENCE RE CURRENT DEVELOPMENTS AND ASSESSMENT OF DEBTORS' CAPABILITY OF FORMULATING SUCCESSFUL BUSINESS PLAN AND SUCCESSFULLY NEGOTIATING CHAPTER 11 REORGANIZATION PLAN AND RELATED ISSUES: |
| 11/28/05 Mon | Cox, B 112005/311 | 3.10 | 0.62 | 182.90 | B | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | EXAMINE E-MAILS AND PROPOSED CHANGES TO ORDER ON RETENTION OF JEFFERIES: |
| | | | | | | | 2 | REVIEW AND ORGANIZE NUMEROUS MOTIONS, NOTICES, AND ORDERS FILED RECENTLY IN THE CASE: |
| | | | | | | | 3 | EXAMINE E-MAIL FROM STEVE EICHEL AND PROPOSED CHANGES TO TERMS OF FEE EXAMINER'S RETENTION: |
| | | | | | | | & 4 | CONFERENCE WITH BOB HYDE TO DISCUSS LATEST DEVELOPMENTS AND GENERAL STATUS: |
| | | | | | | | 5 | TELEPHONE CONFERENCES WITH MR. EICHEL AND JON HELFAT CONCERNING ADDITIONAL ISSUE WITH FEE EXAMINER, EXAMINE CHANGES NEEDED TO FEE EXAMINER PAPERS IN LIGHT OF ISSUE AND PREPARE E-MAIL TO MR. HELFAT ON SAME: |
| 11/28/05 Mon | Hyde Jr., R 112005/312 | 1.10 | 0.55 | 167.75 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | 1 | REVIEW DOCKET, DEBTORS' THIRD MOTION TO EXTEND EXCLUSIVE PERIOD FOR FILING PLAN AND SOLICITING ACCEPTANCES, DEBTORS' THIRD MOTION TO EXTEND TIME TO ASSUME OR REJECT UNEXPIRED LEASES, MOTION BY CREDITOR TO ALLOW CLAIMS, AND DEBTORS' MOTION TO AUTHORIZE SALE OF ASSETS (MIAMI DAIRY): |
| | | | | | | | & 2 | INTRAOFFICE CONFERENCE RE CURRENT DEVELOPMENTS AND PENDING MATTERS: |

| | | | | |
|--|--|--|--|--|
| TOTAL OF ALL ENTRIES | | 46.20 | $11,985.32 | |
| TOTAL ENTRY COUNT: | 57 | | | |
| TOTAL TASK COUNT: | 59 | | | |
| TOTAL OF & ENTRIES | | 31.36 | $7,883.37 | |
| TOTAL ENTRY COUNT: | 35 | | | |
| TOTAL TASK COUNT: | 37 | | | |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

Exhibit C   Page 11 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
INTRAOFFICE CONFERENCES

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Anderson, A | 0.00 | 0.00 | 1.00 | 295.00 | 1.00 | 295.00 | 0.50 | 147.50 | 0.50 | 147.50 |
| Cox, B | 0.00 | 0.00 | 73.10 | 21,564.50 | 73.10 | 21,564.50 | 14.26 | 4,207.40 | 14.26 | 4,207.40 |
| Hieb Jr., E | 0.00 | 0.00 | 0.60 | 174.00 | 0.60 | 174.00 | 0.30 | 87.00 | 0.30 | 87.00 |
| Hyde Jr., R | 1.30 | 396.50 | 22.40 | 6,832.00 | 23.70 | 7,228.50 | 9.28 | 2,831.42 | 10.58 | 3,227.92 |
| Summers Jr., J | 0.30 | 63.00 | 40.50 | 8,505.00 | 40.80 | 8,568.00 | 20.25 | 4,252.50 | 20.55 | 4,315.50 |
| | 1.60 | $459.50 | 137.60 | $37,370.50 | 139.20 | $37,830.00 | 44.60 | $11,525.82 | 46.20 | $11,985.32 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Anderson, A | 0.00 | 0.00 | 1.00 | 295.00 | 1.00 | 295.00 | 0.50 | 147.50 | 0.50 | 147.50 |
| Cox, B | 0.00 | 0.00 | 45.90 | 13,540.50 | 45.90 | 13,540.50 | 9.94 | 2,933.28 | 9.94 | 2,933.28 |
| Hieb Jr., E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hyde Jr., R | 0.20 | 61.00 | 10.90 | 3,324.50 | 11.10 | 3,385.50 | 4.12 | 1,255.58 | 4.32 | 1,316.58 |
| Summers Jr., J | 0.30 | 63.00 | 32.60 | 6,846.00 | 32.90 | 6,909.00 | 16.30 | 3,423.00 | 16.60 | 3,486.00 |
| | 0.50 | $124.00 | 90.40 | $24,006.00 | 90.90 | $24,130.00 | 30.86 | $7,759.37 | 31.36 | $7,883.37 |

RANGE OF HOURS
RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS

Exhibit C   Page 12 of 13

EXHIBIT C
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

SUMMARY OF HOURS AND FEES BY MATTER FOR
INTRAOFFICE CONFERENCES

| MATTER NAME | ISOLATED HOURS | FEES | BLOCKED HOURS | FEES | MAXIMUM HOURS | FEES | PROPORTIONAL HOURS | FEES | COMBINED HOURS | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Chapter 11 Bankruptcy | 1.60 | 459.50 | 137.60 | 37,370.50 | 139.20 | 37,830.00 | 44.60 | 11,525.82 | 46.20 | 11,985.32 |
| | 1.60 | $459.50 | 137.60 | $37,370.50 | 139.20 | $37,830.00 | 44.60 | $11,525.82 | 46.20 | $11,985.32 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER FOR
INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| MATTER NAME | ISOLATED HOURS | FEES | BLOCKED HOURS | FEES | MAXIMUM HOURS | FEES | PROPORTIONAL HOURS | FEES | COMBINED HOURS | FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Chapter 11 Bankruptcy | 0.50 | 124.00 | 90.40 | 24,006.00 | 90.90 | 24,130.00 | 30.86 | 7,759.37 | 31.36 | 7,883.37 |
| | 0.50 | $124.00 | 90.40 | $24,006.00 | 90.90 | $24,130.00 | 30.86 | $7,759.37 | 31.36 | $7,883.37 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

Exhibit C   Page 13 of 13

EXHIBIT D
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Rogers Towers, P.A.

NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Anderson, A | 0.50 | 147.50 |
| Cox, B | 5.92 | 1,744.93 |
| Hyde Jr., R | 5.73 | 1,748.67 |
| | 12.15 | $3,641.09 |

NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Anderson, A | 0.50 | 147.50 |
| Cox, B | 0.00 | 0.00 |
| Hyde Jr., R | 5.73 | 1,748.67 |
| | 6.23 | $1,896.17 |

EXHIBIT D
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|-----------|-------------|------------------|--------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 04/25/05 Mon | Cox, B  42005/10 | 5.80 | 3.48 | 1,026.60 | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  EXAMINE VARIOUS MOTIONS AND ORDERS IN THE BANKRUPTCY CASES;<br>2  MEET WITH JON HELFAT AND ATTEND CASE MANAGEMENT CONFERENCE;<br>3  MEET WITH ATTORNEYS FOR DEBTORS, CREDITORS' COMMITTEE AND ASSISTANT U.S. TRUSTEE;<br>4  FURTHER CONFERENCES WITH JON HELFAT ON BANKRUPTCY ISSUES;<br>5  EXAMINE NOTICES OF HEARINGS AND NEW MOTIONS FILED IN CASES; |
| 04/25/05 Mon | Hyde Jr., R  42005/11 | 4.80 | 4.80 | 1,464.00 | | | &<br>&<br>& | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  CONFERENCE WITH PRINCIPAL COUNSEL JON HELFAT RE STATUS OF CASE;<br>2  ATTEND STATUS CONFERENCE AT BANKRUPTCY COURT;<br>3  ATTEND MEETING AT DEBTORS' COUNSEL'S OFFICE WITH U.S. TRUSTEE AND COUNSEL FOR CREDITORS COMMITTEE; |
| 05/17/05 Tue | Cox, B  52005/31 | 2.30 | 0.58 | 169.63 | C | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  COMPARE INITIAL CASH MANAGEMENT ORDER TO PROPOSED FINAL ORDER;<br>2  CONFERENCE WITH BOB HYDE ON ISSUES WITH SAME AND GENERAL STATUS;<br>3  CONFERENCE WITH JON HELFAT AND DEBTORS' COUNSEL ON CREDITORS' COMMITTEE'S POSITION AND POTENTIAL RESOLUTION OF FINAL ORDERS;<br>4  EXAMINE PRELIMINARY AGENDA FOR MAY 19 HEARINGS; |
| 05/17/05 Tue | Hyde Jr., R  52005/32 | 2.80 | 0.93 | 284.67 | C | | &  | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  REVIEW ORIGINAL CASH MANAGEMENT ORDER AND PROPOSED FINAL ORDER;<br>2  INTRAOFFICE CONFERENCE RE STATUS;<br>3  TELEPHONE CONFERENCE WITH COUNSEL FOR DEBTORS AND LEAD COUNSEL FOR WACHOVIA RE TENTATIVE RESOLUTION OF FINAL CASH MANAGEMENT ORDER AND OTHER MATTERS BEFORE THE COURT AT THE MAY 19 HEARING; |
| 09/02/05 Fri | Anderson, A  92005/190 | 1.00 | 0.50 | 147.50 | C, E<br>E | | &  | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  OFFICE CONFERENCE WITH BETSY COX RE LEASEHOLD MORTGAGES AND PRIORITY ISSUES RELATING TO SAME;<br>2  TELEPHONE CONFERENCE WITH BETSY COX AND DAN FIORILLO AND DAN GREENSTEIN RE SAME; |
| 09/02/05 Fri | Cox, B  92005/191 | 9.30 | 1.86 | 548.70 | C | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy*<br>1  TELEPHONE CONFERENCE WITH DAN FIORILLO ON ADDITIONAL QUESTIONS WITH LEASEHOLD MORTGAGES AND ANALYZE SAME;<br>2  CONFERENCE WITH TONY ANDERSON ON PARTICULAR ISSUES WITH LEASEHOLD MORTGAGES<br>3  AND CONFERENCE CALL WITH DAN FIORILLO AND DAN GREENSTEIN TO DISCUSS SAME;<br>4  EXTENSIVE WORK IN PREPARING ADDITIONS AND REVISIONS TO MEMORANDUM ON LEASEHOLD MORTGAGE ISSUES AND TRANSMIT SAME AND PERTINENT CASES TO JON HELFAT AND DAN FIORILLO;<br>5  EXAMINE NOTES AND DRAFT MEMORANDUM TO DAN FIORILLO ON EVIDENTIARY HEARINGS ON REYNOLDS/PIGGLY WIGGLY ASSIGNMENT MOTIONS; |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

EXHIBIT D
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|-----------|-------------|---------------|---|-----------|-----------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | TOTAL OF ALL ENTRIES | | 12.15 | $3,641.09 | | | | |
| | TOTAL ENTRY COUNT: | 6 | | | | | | |
| | TOTAL TASK COUNT: | 10 | | | | | | |
| | TOTAL OF & ENTRIES | | 6.23 | $1,896.17 | | | | |
| | TOTAL ENTRY COUNT: | 3 | | | | | | |
| | TOTAL TASK COUNT: | 5 | | | | | | |

EXHIBIT D
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Rogers Towers, P.A.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Anderson, A | 0.00 | 0.00 | 1.00 | 295.00 | 1.00 | 295.00 | 0.50 | 147.50 | 0.50 | 147.50 |
| Cox, B | 0.00 | 0.00 | 17.40 | 5,133.00 | 17.40 | 5,133.00 | 5.92 | 1,744.93 | 5.92 | 1,744.93 |
| Hyde Jr., R | 4.80 | 1,464.00 | 2.80 | 854.00 | 7.60 | 2,318.00 | 0.93 | 284.67 | 5.73 | 1,748.67 |
| | 4.80 | $1,464.00 | 21.20 | $6,282.00 | 26.00 | $7,746.00 | 7.35 | $2,177.09 | 12.15 | $3,641.09 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Anderson, A | 0.00 | 0.00 | 1.00 | 295.00 | 1.00 | 295.00 | 0.50 | 147.50 | 0.50 | 147.50 |
| Cox, B | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Hyde Jr., R | 4.80 | 1,464.00 | 2.80 | 854.00 | 7.60 | 2,318.00 | 0.93 | 284.67 | 5.73 | 1,748.67 |
| | 4.80 | $1,464.00 | 3.80 | $1,149.00 | 8.60 | $2,613.00 | 1.43 | $432.17 | 6.23 | $1,896.17 |

RANGE OF HOURS

RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT D
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Rogers Towers, P.A.

SUMMARY OF HOURS AND FEES BY MATTER FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 4.80 | 1,464.00 | 21.20 | 6,282.00 | 26.00 | 7,746.00 | 7.35 | 2,177.09 | 12.15 | 3,641.09 |
| | 4.80 | $1,464.00 | 21.20 | $6,282.00 | 26.00 | $7,746.00 | 7.35 | $2,177.09 | 12.15 | $3,641.09 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER FOR
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 4.80 | 1,464.00 | 3.80 | 1,149.00 | 8.60 | 2,613.00 | 1.43 | 432.17 | 6.23 | 1,896.17 |
| | 4.80 | $1,464.00 | 3.80 | $1,149.00 | 8.60 | $2,613.00 | 1.43 | $432.17 | 6.23 | $1,896.17 |

RANGE OF HOURS

RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT E
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Anderson, A | 1.00 | 295.00 |
| Farrar, J | 8.50 | 1,062.50 |
| Hieb Jr., E | 0.60 | 174.00 |
| Russell, C | 5.50 | 1,155.00 |
| | 15.60 | $2,686.50 |

EXHIBIT E
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Rogers Towers, P.A.

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---------------|-----------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| Anderson, A | 09/02/05 | 1.00 | 1.00 | 295.00 | C | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 OFFICE CONFERENCE WITH BETSY COX RE LEASEHOLD MORTGAGES AND PRIORITY ISSUES RELATING TO SAME: |
| | Fri | 92005 / 190 | | | D | | | 2 TELEPHONE CONFERENCE WITH BETSY COX AND DAN FIORILLO AND DAN GREENSTEIN RE SAME: |
| | | | 1.00 | 295.00 | | | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Farrar, J | 11/17/05 | 4.70 | 4.70 | 587.50 | | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 REVIEW PROFESSIONALS' INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES AND DRAFT TABLE OF INTERIM FEES AND EXPENSES: |
| | Thu | 112005 / 301 | | | | | | |
| | 11/18/05 | 3.80 | 3.80 | 475.00 | | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 CONTINUE REVIEWING PROFESSIONALS' INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES: |
| | Fri | 112005 / 304 | | | | | | 2 REVIEW ORDERS APPROVING FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES AND REVISE TABLE OF INTERIM FEES AND EXPENSES: |
| | | | 8.50 | 1,062.50 | | | | |
| | NUMBER OF ENTRIES: | 2 | | | | | | |
| Hieb Jr., E | 08/30/05 | 0.60 | 0.60 | 174.00 | | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 INTEROFFICE CONFERENCE WITH BETSY COX REGARDING DOCUMENTARY STAMP TAX ISSUES RELATED TO NOTES AND MORTGAGES EXECUTED IN CONNECTION WITH CONFIRMED BANKRUPTCY PLAN: |
| | Tue | 82005 / 181 | | | F | | | 2 RESEARCH REGARDING SAME: |
| | | | 0.60 | 174.00 | | | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Russell, C | 07/29/05 | 3.20 | 3.20 | 672.00 | F | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 RESEARCH REGARDING AUTHORITY AND PROCEDURE IN ELEVENTH CIRCUIT FOR APPOINTMENT OF FEE EXAMINER: |
| | Fri | 72005 / 142 | | | | | | |
| | 07/30/05 | 2.30 | 2.30 | 483.00 | F | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | | | 1 CONTINUE RESEARCH REGARDING APPOINTMENT OF FEE EXAMINER: |
| | Sat | 72005 / 143 | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT E
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Rogers Towers, P.A.

| NAME | DATE | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | - | DESCRIPTION |
|------|------|-------------|------------------|----------------|-----------|-----------|---|-------------|
| Russell, C | | | 5.50 | 1,155.00 | | | | |
| NUMBER OF ENTRIES: | | 2 | | | | | | |
| | | | 15.60 | $2,686.50 | | | | |
| Total Number of Entries: | 6 | | | | | | | |

EXHIBIT E
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Rogers Towers, P.A.

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Anderson, A | 1.00 | 295.00 | 0.00 | 0.00 | 1.00 | 295.00 | 0.00 | 0.00 | 1.00 | 295.00 |
| Farrar, J | 8.50 | 1,062.50 | 0.00 | 0.00 | 8.50 | 1,062.50 | 0.00 | 0.00 | 8.50 | 1,062.50 |
| Hieb Jr., E | 0.60 | 174.00 | 0.00 | 0.00 | 0.60 | 174.00 | 0.00 | 0.00 | 0.60 | 174.00 |
| Russell, C | 5.50 | 1,155.00 | 0.00 | 0.00 | 5.50 | 1,155.00 | 0.00 | 0.00 | 5.50 | 1,155.00 |
| | 15.60 | $2,686.50 | 0.00 | $0.00 | 15.60 | $2,686.50 | 0.00 | $0.00 | 15.60 | $2,686.50 |

RANGE OF HOURS
RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Chapter 11 Bankruptcy | 15.60 | 2,686.50 | 0.00 | 0.00 | 15.60 | 2,686.50 | 0.00 | 0.00 | 15.60 | 2,686.50 |
| | 15.60 | $2,686.50 | 0.00 | $0.00 | 15.60 | $2,686.50 | 0.00 | $0.00 | 15.60 | $2,686.50 |

RANGE OF HOURS
RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT F

LEGAL RESEARCH

Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cox, B | 10.65 | 3,143.15 |
| Hieb Jr., E | 0.30 | 87.00 |
| Russell, C | 5.50 | 1,155.00 |
| Summers Jr., J | 33.30 | 6,993.00 |
| | 49.75 | $11,378.15 |

EXHIBIT F
LEGAL RESEARCH
Rogers Towers, P.A.

| | | | INFORMATIONAL | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| 06/16/05 Thu | Summers Jr., J 62005/66 | 3.50 | 3.50 | 735.00 | | | 1 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>RESEARCH REGARDING FEE ALLOWANCE IN ELEVENTH CIRCUIT AND MIDDLE DISTRICT OF FLORIDA; |
| 06/20/05 Mon | Summers Jr., J 62005/70 | 3.10 | 3.10 | 651.00 | | | 1 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>CONTINUE RESEARCH REGARDING FEE ALLOWANCE CASES IN 11TH CIRCUIT AND MIDDLE DISTRICT OF FLORIDA; |
| 06/21/05 Tue | Summers Jr., J 62005/73 | 1.70 | 1.70 | 357.00 | | | 1 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>CONTINUE RESEARCH REGARDING FEE ALLOWANCE CASES IN 11TH CIRCUIT AND MIDDLE DISTRICT OF FLORIDA; |
| 06/22/05 Wed | Summers Jr., J 62005/76 | 3.30 | 3.30 | 693.00 | | | 1 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>CONTINUE RESEARCH REGARDING ISSUES WITH PAYMENT OF FEES AND EXPENSES IN 11TH CIRCUIT AND MIDDLE DISTRICT OF FLORIDA BANKRUPTCY CASES; |
| 06/23/05 Thu | Summers Jr., J 62005/79 | 1.90 | 1.90 | 399.00 | | | 1 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>CONTINUE RESEARCH REGARDING FEE AND EXPENSE APPLICATIONS AND DRAFT LIST OF CASES; |
| 07/01/05 Fri | Summers Jr., J 72005/93 | 4.70 | 4.70 | 987.00 | | | 1<br>2 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>RESEARCH ISSUE OF REMEDY/TREATMENT FOR RECLAMATION CLAIMANTS IN 11TH CIRCUIT AND MIDDLE DISTRICT OF FLORIDA;<br>FOLLOW-UP RESEARCH REGARDING ALLOWABLE FEES AND EXPENSES IN 11TH CIRCUIT AND MIDDLE DISTRICT OF FLORIDA; |
| 07/02/05 Sat | Cox, B 72005/94 | 1.90 | 0.95 | 280.25 | | | 1<br>2 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>EXAMINE CASES IN FLORIDA ON RECLAMATION ISSUES;<br>REVIEW DOCKET; |
| 07/04/05 Mon | Cox, B 72005/95 | 1.50 | 1.50 | 442.50 | | | 1 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>CONTINUE REVIEW OF CASES ON RECLAMATION ISSUES AND NOTE ISSUES RAISED BY PROPOSED STIPULATION; |
| 07/05/05 Tue | Cox, B 72005/96 | 3.00 | 1.00 | 295.00 | | | 1<br>2<br>3 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>FURTHER EXAMINE CASE LAW AND FILINGS ON RECLAMATION ISSUES;<br>TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS SAME, ISSUES WITH AGENCY AGREEMENT AND GENERAL STATUS;<br>EXAMINE DEBTORS' MOTIONS TO SELL ASSETS AND PHARMACY PRESCRIPTIONS; |
| 07/06/05 Wed | Cox, B 72005/98 | 1.80 | 0.60 | 177.00 | B | | 1<br>2<br>3 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>EXAMINE COMMUNICATIONS AND PROPOSED REVISIONS TO GOING OUT OF BUSINESS SALE MOTION AND ORDER;<br>EXAMINE ORDER AND FINDINGS AND CONCLUSIONS DENYING RETIREES' MOTION TO FORM COMMITTEE;<br>EXAMINE RECENT CASES OUTSIDE OF FLORIDA ON RECLAMATION ISSUES; |

~ See the last page of exhibit for explanation

EXHIBIT F
LEGAL RESEARCH
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/20/05 Wed | Summers Jr., J 72005/123 | 7.70 | 3.85 | 808.50 | C | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 CONFERENCE WITH BETSY COX REGARDING RESEARCH REGARDING CURE OF NON-MONETARY DEFAULTS AND ATTORNEYS' FEES RELATING TO CURE AMOUNTS REGARDING ASSUMPTION OF LEASE;<br>2 RESEARCH SAME; |
| 07/25/05 Mon | Cox, B 72005/132 | 8.20 | 1.17 | 345.57 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 ANALYZE PROPOSED REVISIONS TO RECLAMATION STIPULATION, GOING OUT OF BUSINESS SALES ORDER, PHASE TWO SALES ORDER AND OBJECTIONS TO GOING OUT OF BUSINESS SALES MOTION;<br>2 SEVERAL TELEPHONE CONFERENCES WITH JON HELFAT ON SAME AND WACHOVIA'S POSITION AND MOTIONS SET FOR HEARING ON JULY 27-29;<br>3 CONFERENCE WITH BOB HYDE ON LATEST DEVELOPMENTS AND GENERAL STATUS;<br>4 TELEPHONE CALLS TO DEBTORS' ATTORNEYS ON HEARINGS;<br>5 EXAMINE ADDITIONAL FILINGS BY CREDITORS COMMITTEE AND OBJECTIONS OF CREDITORS TO MOTIONS SET FOR HEARING LATER IN WEEK;<br>6 EXAMINE DEBTORS' AMENDMENTS TO SCHEDULES AND EXECUTORY CONTRACTS;<br>7 EXAMINE FLORIDA STATUTORY AND CASE LAW ON ISSUE WITH TAX LIENS; |
| 07/29/05 Fri | Russell, C 72005/142 | 3.20 | 3.20 | 672.00 | E | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 RESEARCH REGARDING AUTHORITY AND PROCEDURE IN ELEVENTH CIRCUIT FOR APPOINTMENT OF FEE EXAMINER; |
| 07/30/05 Sat | Russell, C 72005/143 | 2.30 | 2.30 | 483.00 | E | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 CONTINUE RESEARCH REGARDING APPOINTMENT OF FEE EXAMINER; |
| 07/31/05 Sun | Cox, B 72005/144 | 3.50 | 2.33 | 688.33 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE CASES RE FEE EXAMINER OR FEE CONSULTANT;<br>2 EXAMINE U.S. TRUSTEE'S GUIDELINES FOR FEES AND COSTS AND CASES ON SAME;<br>3 PREPARE REPORT TO JON HELFAT ON ASSET SALES AND PHARMACEUTICAL SALES; |
| 08/30/05 Tue | Hieb Jr., E 82005/181 | 0.60 | 0.30 | 87.00 | E<br><br>E | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 INTEROFFICE CONFERENCE WITH BETSY COX REGARDING DOCUMENTARY STAMP TAX ISSUES RELATED TO NOTES AND MORTGAGES EXECUTED IN CONNECTION WITH CONFIRMED BANKRUPTCY PLAN;<br>2 RESEARCH REGARDING SAME; |
| 08/30/05 Tue | Summers Jr., J 82005/183 | 6.10 | 3.05 | 640.50 | C | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 CONFERENCE WITH BETSY COX REGARDING RESEARCH NEEDED ON LEASEHOLD MORTGAGE ISSUES IN FLORIDA;<br>2 RESEARCH ON SAME; |
| 08/31/05 Wed | Summers Jr., J 82005/186 | 6.90 | 3.45 | 724.50 | C | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 SEVERAL CONFERENCES WITH BETSY COX REGARDING RESEARCH ON LEASEHOLD MORTGAGES IN FLORIDA;<br>2 CONTINUE RESEARCH REGARDING SAME; |

~ See the last page of exhibit for explanation

EXHIBIT F

LEGAL RESEARCH

Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL |  | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|-------------|
|      |      |             | COMBINED HOURS | COMBINED FEES |  |  |  |  |
| 09/01/05 Thu | Summers Jr., J 92005/189 | 9.50 | 4.75 | 997.50 |  |  |  | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  FINALIZE RESEARCH REGARDING LEASEHOLD MORTGAGE AND BREACH OF LEASE ISSUES;<br>2  DRAFT MEMORANDUM REGARDING LEASEHOLD MORTGAGE ISSUES; |
| 09/05/05 Mon | Cox, B 92005/195 | 3.10 | 3.10 | 914.50 |  |  |  | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  ANALYZE DRAFT MEMORANDUM FROM DAN FIORILLO ON LEASEHOLD FINANCING ISSUES, MAKE NOTES ON SAME, VERIFY CERTAIN INFORMATION, EXAMINE PERTINENT CASES, AND EXCHANGE E-MAILS WITH MR. FIORILLO; |
|  |  |  | 49.75 | $11,378.15 |  |  |  |  |

Total
Number of Entries:    20

EXHIBIT F
LEGAL RESEARCH
Rogers Towers, P.A.


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cox, B | 4.60 | 1,357.00 | 18.40 | 5,428.00 | 23.00 | 6,785.00 | 6.05 | 1,786.15 | 10.65 | 3,143.15 |
| Hieb Jr., E | 0.00 | 0.00 | 0.60 | 174.00 | 0.60 | 174.00 | 0.30 | 87.00 | 0.30 | 87.00 |
| Russell, C | 5.50 | 1,155.00 | 0.00 | 0.00 | 5.50 | 1,155.00 | 0.00 | 0.00 | 5.50 | 1,155.00 |
| Summers Jr., J | 18.20 | 3,822.00 | 30.20 | 6,342.00 | 48.40 | 10,164.00 | 15.10 | 3,171.00 | 33.30 | 6,993.00 |
| | 28.30 | $6,334.00 | 49.20 | $11,944.00 | 77.50 | $18,278.00 | 21.45 | $5,044.15 | 49.75 | $11,378.15 |

RANGE OF HOURS

RANGE OF FEES


SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 28.30 | 6,334.00 | 49.20 | 11,944.00 | 77.50 | 18,278.00 | 21.45 | 5,044.15 | 49.75 | 11,378.15 |
| | 28.30 | $6,334.00 | 49.20 | $11,944.00 | 77.50 | $18,278.00 | 21.45 | $5,044.15 | 49.75 | $11,378.15 |

RANGE OF HOURS

RANGE OF FEES


(--) REASONS FOR TASK HOUR ASSIGNMENTS

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cox, B | 55.92 | 16,495.21 |
| Farrar, J | 8.50 | 1,062.50 |
| Hyde Jr., R | 14.33 | 4,371.67 |
| Russell, C | 5.50 | 1,155.00 |
| | 84.25 | $23,084.37 |

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|------------------|-----------------|------------|-------------|---|-------------|
|      |      |             | COMBINED HOURS | COMBINED FEES |            |             |   |             |
| 05/10/05 Tue | Cox, B 52005/24 | 0.50 | 0.50 | 147.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE VARIOUS NOTICES AND OBJECTIONS TO HIRING OF PROFESSIONALS FILED BY U.S. TRUSTEE; |
| 06/02/05 Thu | Cox, B 62005/47 | 5.20 | 1.04 | 306.80 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW OBJECTIONS TO MOTIONS SET FOR HEARING;<br>2 EXAMINE ORDERS APPOINTING PROFESSIONALS AND APPROVING INTERIM COMPENSATION PROCEDURES AND PREPARE E-MAIL TO JON HELFAT ON SAME;<br>3 ATTEND OMNIBUS HEARING;<br>4 CONFERENCE WITH ASSISTANT U.S. TRUSTEE REGARDING PROFESSIONALS' FEES;<br>5 TELEPHONE CONFERENCE WITH JON HELFAT ON SAME AND TO DISCUSS HEARING; |
| 06/03/05 Fri | Cox, B 62005/48 | 1.20 | 0.60 | 177.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE ORDERS ENTERED ON MOTIONS RULED UPON AT JUNE 2 HEARINGS;<br>2 EXAMINE MILBANK, TWEED'S MONTHLY STATEMENT FOR FEES AND COSTS; |
| 07/15/05 Fri | Cox, B 72005/114 | 4.20 | 0.84 | 247.80 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE OTTERBOURG, STEINDLER'S COMMENTS AND ADDITIONS TO PROPOSED STIPULATION ON RECLAMATION CLAIMS;<br>2 FURTHER PREPARATION AND REVISION OF MEMORANDUM ON RECLAMATION CASE LAW IN FLORIDA;<br>3 REVIEW CASES CITED IN MEMORANDUM;<br>4 TRANSMIT MEMORANDUM AND CASES TO JON HELFAT;<br>5 EXAMINE PORTIONS OF FEE APPLICATIONS AND ADDITIONAL SALE OBJECTIONS; |
| 07/15/05 Fri | Hyde Jr., R 72005/115 | 3.70 | 1.85 | 564.25 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW NUMEROUS OBJECTIONS TO MOTION REGARDING SALE OF ASSETS AND CONCURRENT ASSUMPTION AND ASSIGNMENT OF LEASES, MOTION TO APPROVE STIPULATION REGARDING LEASE TERMINATION AND FIXING CLAIM, OBJECTION TO MOTION FOR ORDER AUTHORIZING DEBTORS TO RETAIN LIQUIDATING AGENT, ORDER ENLARGING TIME TO COMMENCE PRE-PETITION LIEN ACTIONS, ORDER REGARDING ADEQUATE ASSURANCE FOR UTILITIES, NOTICE OF AUCTION AND<br>2 APPLICATION FOR COMPENSATION BY SPECIAL COUNSEL TO DEBTORS; |
| 07/17/05 Sun | Cox, B 72005/116 | 1.50 | 0.75 | 221.25 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE NUMEROUS OBJECTIONS BY LANDLORDS TO SALE MOTION;<br>2 BRIEFLY EXAMINE FEE APPLICATIONS; |
| 07/19/05 Tue | Cox, B 72005/119 | 1.00 | 0.50 | 147.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW APPLICATIONS OF VARIOUS PROFESSIONALS FOR FEES AND COSTS;<br>2 EXAMINE VARIOUS NOTICES OF SALE FILED BY DEBTOR; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| | | | INFORMATIONAL | | | | | |
|---|---|---|---|---|---|---|---|---|
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| 07/20/05 Wed | Cox, B 72005/121 | 1.20 | 0.60 | 177.00 | C | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 CONFERENCE WITH ELLSWORTH SUMMERS ON RESEARCH ON LEASE DEFAULT ISSUES;<br>2 EXAMINE NUMEROUS MOTIONS TO APPROVE SALES AND ADDITIONAL APPLICATIONS FOR PROFESSIONALS' FEES AND COSTS; |
| 07/21/05 Thu | Hyde Jr., R 72005/125 | 1.70 | 0.57 | 172.83 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW NUMEROUS OBJECTIONS TO SALE;<br>2 REVIEW APPLICATIONS FOR COMPENSATION;<br>3 REVIEW OBJECTIONS TO AGENCY AGREEMENT; |
| 07/24/05 Sun | Cox, B 72005/131 | 2.80 | 1.40 | 413.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW NOTICES OF SALES AND NUMEROUS OBJECTIONS TO SAME AND GOB MOTION AND OBJECTIONS TO SAME;<br>2 REVIEW ADDITIONAL FEE APPLICATIONS; |
| 07/28/05 Thu | Cox, B 72005/138 | 8.10 | 4.63 | 1,365.43 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 SEVERAL TELEPHONE CONFERENCES WITH JON HELFAT ON FEE EXAMINER ISSUE, REVISED RECLAMATION STIPULATION AND JUNIOR SECURITY AGREEMENT;<br>2 EXAMINE REVISED AGREEMENTS AND CHART ON FEES;<br>3 ATTEND MORNING AND AFTERNOON HEARINGS ON SALES OF PHARMACEUTICAL ASSETS AND STORES;<br>4 EXAMINE ORDERS ENTERED BY COURT ON SALES AND TRANSMIT TO MR. HELFAT;<br>5 TELEPHONE CONFERENCE WITH ELENA ESCAMILLA ON FEE APPLICATIONS AND POSSIBILITY OF FEE EXAMINER;<br>6 FURTHER EXAMINE CERTAIN FEE APPLICATIONS;<br>7 EXAMINE ADDITIONAL OBJECTIONS BY LANDLORDS; |
| 07/29/05 Fri | Cox, B 72005/140 | 7.70 | 3.85 | 1,135.75 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 PREPARE FOR HEARINGS, MEET WITH JON HELFAT AND ATTEND HEARINGS ON APPROVAL OF RECLAMATION STIPULATION AND ADDITIONAL SALES OF STORES;<br>2 EXAMINE ADDITIONAL ORDERS ON SALES;<br>3 TELEPHONE CONFERENCE WITH ELENA ESCAMILLA ON FEE EXAMINER AND HEARINGS;<br>4 ATTEND AFTERNOON HEARINGS ON SALE MOTIONS AND CONFERENCES WITH CREDITORS' ATTORNEYS AND DEBTORS' ATTORNEYS ON POSSIBLE FEE EXAMINER;<br>5 CONFERENCES AND TELEPHONE CONFERENCES WITH MR. HELFAT ON MOTION TO PREPARE RE FEE EXAMINER;<br>6 CONFERENCE WITH CRISTY RUSSELL ON RESEARCH NEEDED ON SAME; |
| 07/29/05 Fri | Russell, C 72005/142 | 3.20 | 3.20 | 672.00 | E, F | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 RESEARCH REGARDING AUTHORITY AND PROCEDURE IN ELEVENTH CIRCUIT FOR APPOINTMENT OF FEE EXAMINER; |
| 07/30/05 Sat | Russell, C 72005/143 | 2.30 | 2.30 | 483.00 | E, F | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 CONTINUE RESEARCH REGARDING APPOINTMENT OF FEE EXAMINER; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/31/05<br>Sun | Cox, B<br>72005/144 | 3.50 | 1.17 | 344.17 | F<br>F | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE CASES RE FEE EXAMINER OR FEE CONSULTANT;<br>2  EXAMINE U.S. TRUSTEE'S GUIDELINES FOR FEES AND COSTS AND CASES ON SAME;<br>3  PREPARE REPORT TO JON HELFAT ON ASSET SALES AND PHARMACEUTICAL SALES; |
| 08/01/05<br>Mon | Cox, B<br>82005/145 | 7.30 | 3.65 | 1,076.75 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXTENSIVE WORK CONCERNING MOTION FOR APPOINTMENT OF FEE EXAMINER, INCLUDING ANALYSIS OF APPLICABLE LAW AND OTHER CASES IN WHICH EXAMINERS HAVE BEEN APPOINTED, TELEPHONE CONFERENCES WITH JON HELFAT, ELENA ESCAMILLA, JUDGE FUNK'S LAW AND SCHEDULING CLERKS, CYNDI JACKSON AND EDDIE HELD, PREPARATION OF NOTICE OF HEARING, REVISIONS TO AND FILING OF MOTION AND HEARING NOTICE AND COORDINATION OF SERVICE OF SAME;<br>2  EXAMINE LATEST FILINGS BY DEBTORS; |
| 08/02/05<br>Tue | Cox, B<br>82005/147 | 4.10 | 2.34 | 691.14 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  COORDINATE WITH SMITH HULSEY AND PREPARE AND FILE SUPPLEMENTAL CERTIFICATE OF SERVICE FOR MOTION TO APPOINT FEE EXAMINER;<br>2  TRANSMIT MOTION TO WACHOVIA OFFICERS;<br>3  TELEPHONE CONFERENCE WITH ELENA ESCAMILLA AND KEN MEEKER ON FEE EXAMINER MOTION AND ISSUES WITH FEE APPLICATIONS;<br>4  TELEPHONE CONFERENCE WITH JON HELFAT ON SAME AND POSITIONS OF VARIOUS INTERESTED PARTIES;<br>5  REVIEW CERTAIN FEE APPLICATIONS;<br>6  EXAMINE PRELIMINARY AGENDA FOR 8/4 HEARING AND OTHER FILINGS AND ORDERS;<br>7  COMMUNICATE WITH CYNDI JACKSON ON PROPOSED ORDERS ON FEE APPLICATIONS; |
| 08/02/05<br>Tue | Hyde Jr., R<br>82005/148 | 0.50 | 0.50 | 152.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW ORDER APPROVING STIPULATION PERTAINING TO RECLAMATION AND APPLICATION FOR AWARD OF ADMINISTRATIVE EXPENSE, DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO SELL LEASEHOLD INTERESTS, AND MOTION FOR APPOINTMENT OF FEE EXAMINER; |
| 08/03/05<br>Wed | Cox, B<br>82005/149 | 5.20 | 3.25 | 958.75 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE ADDITIONAL SALES ORDERS ENTERED BY COURT AND TRANSMIT TO JON HELFAT;<br>2  TELEPHONE CONFERENCES WITH MR. HELFAT ON ISSUES WITH FEE EXAMINER MOTION AND VARIOUS FEE APPLICATIONS;<br>3  TELEPHONE CONFERENCES WITH ELENA ESCAMILLA, STEVE BUSEY AND CYNDI JACKSON ON PARTIES' POSITIONS ON SAME;<br>4  EXAMINE FINAL AGENDA FOR OMNIBUS HEARING;<br>5  EXAMINE PROPOSED SAMPLE ORDER ON FEE APPLICATIONS;<br>6  ANALYZE DIFFERENT ISSUES WITH FEES FOR FINANCIAL ADVISORS;<br>7  WORK ON PROPOSED ORDER APPOINTING FEE EXAMINER;<br>8  REVIEW MOTIONS AND APPLICATIONS SET FOR HEARING ON 8/4; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 08/03/05 Wed | Hyde Jr., R 82005/150 | 1.50 | 0.75 | 228.75 | B | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW INDEX AND SELECTED PLEADINGS, INCLUDING RE-CORRECTED ORDER CONCERNING STIPULATION ON RECLAMATION;<br>2 INTRAOFFICE CONFERENCE RE CURRENT DEVELOPMENTS, INCLUDING MOTION TO APPOINT FEE EXAMINER AND STRATEGIES FOR AUGUST 4 HEARING ON SAME; |
| 08/04/05 Thu | Cox, B 82005/151 | 7.00 | 4.67 | 1,376.67 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 WORK ON FEE EXAMINER ISSUES, INCLUDING PREPARATION OF PROPOSED ORDER APPOINTING FEE EXAMINER, PREPARATION FOR HEARING, CONFERENCES WITH JON HELFAT, DEBTORS' ATTORNEYS AND ELENA ESCAMILLA ON SAME AND ORDERS AWARDING FEES TO PROFESSIONALS;<br>2 ATTEND OMNIBUS HEARING;<br>3 FURTHER CONFERENCES WITH MR. HELFAT AND ATTORNEYS FOR INTERESTED PARTIES ON ROLE OF FEE EXAMINER AND PROPOSED ORDER; |
| 08/05/05 Fri | Cox, B 82005/153 | 1.80 | 0.90 | 265.50 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 TELEPHONE CONFERENCES AND E-MAILS WITH JON HELFAT AND MELISSA HAGER ON PREPARATION OF BRIEF ORDER ON FEE EXAMINER, PREPARE ORDER AND TRANSMIT TO DEBTORS' ATTORNEYS, COMMITTEE ATTORNEYS AND U.S. TRUSTEE WITH EXPLANATORY NOTE;<br>2 EXAMINE NUMEROUS ORDERS ENTERED AND VARIOUS NOTICES FILED IN THE CASE; |
| 08/08/05 Mon | Cox, B 82005/155 | 1.50 | 1.50 | 442.50 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE E-MAILS FROM MILBANK ATTORNEYS AND DEBTORS' ATTORNEYS ON FEE EXAMINER ORDER;<br>2 TELEPHONE CONFERENCES WITH JON HELFAT, MELISSA HAGER AND SALLY HENRY ON COMMENTS RECEIVED ON FEE EXAMINER ORDER AND CONSIDER CHANGES TO SAME;<br>3 EXAMINE SALE ORDERS, CORRECTED ORDERS AND ORDERS ON PROFESSIONALS' FEES; |
| 08/09/05 Tue | Cox, B 82005/156 | 2.00 | 0.75 | 221.25 | B | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE VARIOUS MOTIONS FILED BY LANDLORDS;<br>2 EXAMINE DEBTORS' MONTHLY OPERATING REPORT;<br>3 REVISE FEE EXAMINER ORDER, PREPARE E-MAIL ON SAME AND REVIEW RESPONSES;<br>4 TELEPHONE CONFERENCES WITH JON HELFAT ON SAME AND AUCTION;<br>5 TELEPHONE CONFERENCE WITH ELENA ESCAMILLA ON APPOINTMENT OF FEE EXAMINER AND GENERAL STATUS;<br>6 FURTHER REVISE AND CIRCULATE FEE EXAMINER ORDER;<br>7 EXAMINE ORDERS AND PREPARE E-MAILS TO JON HELFAT ON VARIOUS ORDERS ENTERED ON SALES AND SALE MATTERS;<br>8 TELEPHONE CONFERENCE WITH EDDIE HELD ON AUCTION; |
| 08/10/05 Wed | Cox, B 82005/157 | 0.30 | 0.15 | 44.25 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE NOTICE LETTER FROM JOHN MACDONALD;<br>2 EXAMINE ORDER APPOINTING FEE EXAMINER AND OTHER FILINGS IN THE CASE; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 08/11/05 Thu | Cox, B 82005/159 | 0.50 | 0.25 | 73.75 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 TELEPHONE CONFERENCE WITH MELISSA HAGER ON LOCAL PRACTICE WITH HEARINGS AND OBJECTIONS TO MOTIONS;<br>2 REVIEW AND TRANSMIT ORDERS ON FEE APPLICATIONS TO JON HELFAT WITH NOTE ON SAME; |
| 08/12/05 Fri | Cox, B 82005/160 | 1.10 | 0.28 | 81.13 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE NEW MOTIONS, NOTICES AND RESPONSES FILED BY DEBTORS;<br>2 EXAMINE PRELIMINARY AGENDA FOR 8/18 OMNIBUS HEARINGS;<br>3 TELEPHONE CONFERENCE WITH DAVID BUTLER ON FEE EXAMINER MATTER AND HIS INTEREST IN POSITION;<br>4 TELEPHONE CALL TO JON HELFAT ON STATUS; |
| 08/15/05 Mon | Cox, B 82005/161 | 0.50 | 0.25 | 73.75 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 TELEPHONE CONFERENCE WITH JON HELFAT AND DAN FIORILLO TO DISCUSS STATUS AND AGENDA FOR 8/18 HEARING;<br>2 EXCHANGE E-MAILS WITH KIM WARD ON SERVICE OF FEE EXAMINER ORDER AND DIRECT SAME; |
| 08/16/05 Tue | Cox, B 82005/162 | 1.30 | 0.33 | 95.88 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW RECENT MOTIONS AND ORDERS;<br>2 EXAMINE UPDATED PRELIMINARY AGENDA FOR 8/18 HEARING;<br>3 EXAMINE DRAFT MOTION AND ORDER ON APPOINTMENT OF LIQUIDATING AGENT FOR SALES AT DISTRIBUTION CENTERS, E-MAILS ON SAME AND MOTION AND HEARING NOTICE FILED BY DEBTORS;<br>4 TELEPHONE CONFERENCE WITH DAN FIORILLO ON SAME AND FEE EXAMINER SELECTION; |
| 08/16/05 Tue | Hyde Jr., R 82005/163 | 1.80 | 0.90 | 274.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 REVIEW SELECTED FILE DOCUMENTS, INCLUDING MOTION TO REJECT UNEXPIRED LEASES, MOTION CONCERNING OMNIBUS CLAIMS PROCEDURES, DEBTORS' MOTION TO EXTEND EXCLUSIVE PERIOD, DEBTORS' MOTION TO EXTEND TIME FOR ASSUMPTION AND REJECTION OF LEASES AND EXECUTORY CONTRACTS, ORDER APPROVING STIPULATION REGARDING REJECTION OF LEASE AND ORDER AUTHORIZING REJECTION OF LEASE, ORDER APPROVING SALE OF ASSETS, AND ORDER GRANTING MOTION FOR APPOINTMENT OF FEE EXAMINER; |
| 08/17/05 Wed | Cox, B 82005/164 | 1.20 | 0.80 | 236.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE ADDITIONAL SALE ORDERS, APPOINTMENT OF EQUITY COMMITTEE, NOTICES OF ADDITIONAL SALES, AND VARIOUS MOTIONS FILED;<br>2 EXAMINE E-MAIL FROM JAY CASTLE CONCERNING FEE EXAMINER AND FORWARD TO OTTERBOURG ATTORNEYS;<br>3 TELEPHONE CONFERENCE WITH DAN FIORILLO AND MELISSA HAGER TO DISCUSS ISSUES WITH EQUITY COMMITTEE AND FEE EXAMINER; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 08/18/05 Thu | Cox, B 82005/166 | 2.80 | 0.93 | 275.33 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| | | | | | | | | 1 EXCHANGE E-MAILS WITH DAN FIORILLO ON SELECTION OF FEE EXAMINER; |
| | | | | | | | | 2 EXAMINE MEMORANDA ON DETERMINATION OF PACA CLAIM AND OTHER MOTIONS AND RESPONSES FOR HEARING; |
| | | | | | | | | 3 ATTEND OMNIBUS HEARINGS; |
| | | | | | | | | 4 CONFERENCES WITH ELENA ESCAMILLA AND JAY CASTLE RE FEE EXAMINER; |
| | | | | | | | | 5 TWO TELEPHONE CONFERENCES WITH DAN FIORILLO AND MELISSA HAGER TO DISCUSS RESULTS OF HEARING; |
| | | | | | | | | 6 EXAMINE OBJECTIONS FILED BY VARIOUS LANDLORDS; |
| 08/22/05 Mon | Cox, B 82005/168 | 1.70 | 0.68 | 200.60 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| | | | | | | | | 1 ANALYZE CONSIDERATIONS WITH SELECTION OF FEE EXAMINER AND TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS SAME AND COURT'S RULING ON PACA CLAIM; |
| | | | | | | | | 2 FURTHER EXAMINE MEMORANDA ON SAME AND DIRECT ORDERING OF HEARING TRANSCRIPT; |
| | | | | | | | | 3 TELEPHONE CALL TO JAY CASTLE RE FEE EXAMINER (LEAVE MESSAGE); |
| | | | | | | | | 4 CHECK SERVICE LIST IN RESPONSE TO REQUEST FROM DAN FIORILLO; |
| | | | | | | | | 5 REVIEW NUMEROUS OBJECTIONS BY LANDLORDS TO PHASE TWO SALE MOTION AND OTHER FILINGS IN CASE; |
| 08/23/05 Tue | Cox, B 82005/170 | 2.70 | 0.54 | 159.30 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| | | | | | | | | 1 EXAMINE UPDATED DOCKET; |
| | | | | | | | | 2 EXAMINE ADDITIONAL OBJECTIONS BY LANDLORDS TO MOTION AND NOTICES SET FOR HEARING ON 8/26 AND OBJECTIONS TO CLAIMS PROCEDURE MOTION; |
| | | | | | | | | 3 TELEPHONE CONFERENCES WITH JON HELFAT TO DISCUSS ISSUES WITH LEASEHOLD MORTGAGES ON FLORIDA PROPERTIES GIVEN TO DIP LENDER BY DEBTORS; |
| | | | | | | | | 4 BEGIN ANALYSIS OF ISSUES AND EXAMINATION OF PERTINENT CASES; |
| | | | | | | | | 5 EXCHANGE E-MAILS WITH JAY CASTLE ON FEE EXAMINER ISSUE; |
| 08/24/05 Wed | Cox, B 82005/172 | 2.20 | 0.28 | 81.13 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| | | | | | | | | 1 EXAMINE UPDATED DOCKET AND LATEST FILINGS PERTAINING TO 8/26 HEARING; |
| | | | | | | | | 2 TELEPHONE CONFERENCES WITH DAN FIORILLO AND MELISSA HAGER ON MOTION OF DANNON AND OTHER PENDING MATTERS; |
| | | | | | | | | 3 EXAMINE DANNON MOTION AND OBJECTION TO CLAIMS PROCEDURE AND TELEPHONE CONFERENCE WITH JIM POST ON SAME; |
| | | | | | | | | 4 ANALYZE ISSUES WITH ENFORCEABILITY OF LEASEHOLD MORTGAGES IN FLORIDA; |
| | | | | | C | | | 5 CONFERENCE WITH BOB HYDE ON SAME; |
| | | | | | | | | 6 EXAMINE PRELIMINARY AGENDA; |
| | | | | | | | | 7 TELEPHONE CONFERENCE WITH EDDIE HELD ON LANDLORDS' OBJECTIONS; |
| | | | | | | | | 8 EXAMINE E-MAILS BETWEEN JON HELFAT AND JAY CASTLE ON FEE EXAMINER; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|--------------|-----------|------------|---|-------------|
| 08/25/05 Thu | Cox, B  82005/174 | 3.90 | 1.11 | 328.71 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE REVISED MOTION AND ORDER FOR SALE OF ASSETS AT ASTOR AND FITZGERALD FACILITIES AND COMMENTS ON SAME;<br>2  PREPARE E-MAIL TO JAY CASTLE ON FEE EXAMINER PROSPECTS;<br>3  EXAMINE VARIOUS OBJECTIONS, NOTICES AND STATEMENTS FILED;<br>4  TELEPHONE CONFERENCES WITH JON HELFAT ON 8/26 HEARING AND GENERAL STATUS AND CONFERENCE CALL WITH MR. HELFAT AND JAY CASTLE TO DISCUSS FEE EXAMINER SELECTION PROCESS;<br>5  EXAMINE FINAL AGENDA AND MATTERS TO BE HEARD;<br>6  TELEPHONE CONFERENCE WITH MELISSA HAGER TO DISCUSS SAME AND INFORMATION ON VARIOUS STORES TO BE SOLD AND LEASEHOLDS TO BE TERMINATED;<br>7  EXAMINE CHARTS PROVIDED BY MS. HAGER; |
| 09/07/05 Wed | Cox, B  92005/198 | 2.40 | 0.60 | 177.00 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE FURTHER REVISED MEMORANDUM FROM DAN FIORILLO AND PREPARE AND TRANSMIT COMMENTS ON SAME;<br>2  EXAMINE APPLICATION AND AFFIDAVIT FOR EQUITY COMMITTEE COUNSEL;<br>3  EXAMINE PROPOSED ORDER ON REJECTION PROCEDURES;<br>4  EXAMINE REVISED AGENDA, REVIEW MATTERS SET FOR HEARING ON SEPTEMBER 8TH AND TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS SAME AND GENERAL STATUS; |
| 09/08/05 Thu | Cox, B  92005/200 | 5.50 | 0.92 | 270.42 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE REVISIONS TO ORDER ON LEASE REJECTION PROCEDURES;<br>2  EXAMINE ADDITIONAL FILINGS IN CASE;<br>3  ATTEND OMNIBUS HEARINGS AND CONFERENCES WITH ATTORNEYS FOR CREDITORS COMMITTEE, EDDIE HELD AND JAY CASTLE;<br>4  TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS HEARINGS;<br>5  PREPARE DETAILED REPORT OF SEPTEMBER 1 HEARINGS AND TRANSMIT TO OTTERBOURG ATTORNEYS;<br>6  PREPARE E-MAIL TO JAY CASTLE REGARDING FEE EXAMINER; |
| 09/09/05 Fri | Cox, B  92005/202 | 2.90 | 0.97 | 285.17 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  DRAFT DETAILED REPORT OF HEARINGS ON SEPTEMBER 8TH;<br>2  EXAMINE ORDERS RELATING TO SAME AND APPEAL OF PACA DECISION;<br>3  CONFERENCE CALL WITH JON HELFAT AND JAY CASTLE TO DISCUSS CONSIDERATIONS IN SELECTION OF FEE EXAMINER AND TRANSMIT DRAFT ORDER ON FEE EXAMINER TO JAY CASTLE; |
| 09/30/05 Fri | Cox, B  92005/232 | 0.80 | 0.80 | 236.00 | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE DEBTORS' MOTION REGARDING RECLAMATION CLAIMS, EQUITY COMMITTEE'S APPLICATION REGARDING FINANCIAL ADVISOR, AND OBJECTIONS TO LEASE PROPOSALS; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| | | | INFORMATIONAL | | | | |
| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|-------------|
| 10/03/05 Mon | Hyde Jr., R 102005/235 | 1.60 | 0.40 | 122.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 REVIEW OBJECTIONS TO DEBTORS' NOTICE OF INTENTION TO ABANDON;<br>3 REVIEW EQUITY SECURITY COMMITTEE'S APPLICATION TO EMPLOY FINANCIAL ADVISOR;<br>4 REVIEW DEBTORS' MOTION FOR RESOLUTION OF UNRESOLVED RECLAMATION CLAIMS; |
| 10/04/05 Tue | Cox, B 102005/236 | 1.20 | 0.30 | 88.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE VARIOUS NEW FILINGS;<br>2 FURTHER EXAMINE PLEADINGS RELATING TO EQUITY COMMITTEE AND MOTION TO DISBAND;<br>3 PREPARE E-MAILS TO CYNDI JACKSON AND CHAD BOWEN ON NEED FOR THEIR SUMMARY JUDGMENT PLEADINGS;<br>4 PREPARE E-MAIL TO JAY CASTLE REGARDING FEE EXAMINER SELECTION; |
| 10/05/05 Wed | Hyde Jr., R 102005/239 | 0.50 | 0.17 | 50.83 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 SCAN VARIOUS NOTICES RE CLOSING STORES;<br>3 REVIEW EQUITY SECURITY COMMITTEE RESPONSE TO COMMITTEE OF UNSECURED CREDITORS' OBJECTION TO MOTION TO RETAIN COUNSEL; |
| 10/11/05 Tue | Cox, B 102005/246 | 0.30 | 0.15 | 44.25 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE E-MAIL FROM JAY CASTLE ON SELECTION OF FEE EXAMINER;<br>2 EXAMINE STATEMENTS FILED BY DEBTORS AND CHECK DOCKET FOR ADDITIONAL FILINGS; |
| 10/12/05 Wed | Cox, B 102005/248 | 0.80 | 0.27 | 78.67 | B | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 RECEIVE AND EXAMINE U.S. TRUSTEE'S OBJECTIONS TO MOTION TO DISBAND EQUITY COMMITTEE;<br>2 EXAMINE E-MAILS EXCHANGED ON ENGAGEMENT OF FEE EXAMINER;<br>3 EXAMINE NOTICE AND APPLICATION FILED BY CREDITORS; |
| 10/14/05 Fri | Hyde Jr., R 102005/253 | 0.80 | 0.20 | 61.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 REVIEW APPLICATION TO EMPLOY LOCAL COUNSEL BY EQUITY SECURITY COMMITTEE;<br>3 REVIEW MOTION FOR RETROACTIVE REJECTION OF LEASE OF DISTRIBUTION CENTER PROPERTY AND ASSOCIATED ABANDONMENT;<br>4 OBTAIN REPORT ON OMNIBUS HEARINGS; |
| 10/18/05 Tue | Hyde Jr., R 102005/258 | 0.30 | 0.15 | 45.75 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET;<br>2 REVIEW OBJECTION BY AD HOC RETIREES' COMMITTEE TO EQUITY COMMITTEE MOTION TO RETAIN COUNSEL; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|------------------------------|---------------|------------|------------|---|-------------|
| 10/24/05 Mon | Cox, B 102005/265 | 3.80 | 0.54 | 160.14 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE LATEST MOTIONS AND APPLICATIONS:<br>2 EXAMINE FILINGS RELATING TO CREDITORS COMMITTEE'S MOTION FOR CLARIFICATION AND ATTEND HEARING ON SAME:<br>3 TELEPHONE CONFERENCES WITH JON HELFAT BEFORE AND AFTER HEARING ON SAME AND GENERAL STATUS:<br>4 CONFERENCE WITH JAY CASTLE ON FEE EXAMINER APPOINTMENT:<br>5 TELEPHONE CALL TO AND CONFERENCE WITH JERRETT MCCONNELL RE OBTAINING SEALED PLEADINGS FROM RETIREE COMMITTEE:<br>6 EXAMINE EQUITY COMMITTEE'S DEPOSITION NOTICE:<br>7 PREPARE DETAILED REPORT ON HEARING: |
| 10/24/05 Mon | Hyde Jr., R 102005/266 | 0.70 | 0.35 | 106.75 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET:<br>2 REVIEW OBJECTION TO EQUITY SECURITY COMMITTEE'S APPLICATION TO RETAIN COUNSEL, DEBTORS' MOTION TO SELL MIAMI RECLAMATION CENTER AND APPLICATIONS FOR AWARD OF ADMINISTRATIVE EXPENSES: |
| 10/26/05 Wed | Cox, B 102005/269 | 1.40 | 0.47 | 137.67 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 TELEPHONE CONFERENCE WITH SEC ATTORNEY SUSAN SHERRILL REGARDING ISSUES WITH EQUITY COMMITTEE:<br>2 EXAMINE LETTERS TO JUDGE FUNK REGARDING ORDER ON MOTION FOR CLARIFICATION AND SCOPE OF DISCOVERY:<br>3 EXAMINE E-MAIL AND ANALYZE PROPOSED ENGAGEMENT LETTER AND PROCEDURES FROM JAY CASTLE REGARDING FEE EXAMINER AND NOTE QUESTIONS WITH SAME: |
| 10/27/05 Thu | Cox, B 102005/271 | 1.50 | 0.25 | 73.75 | B | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET:<br>2 TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS ENGAGEMENT LETTER AND TERMS FOR FEE EXAMINER:<br>3 PREPARE E-MAIL AND TELEPHONE CONFERENCE WITH JAY CASTLE ON SAME AND WACHOVIA'S POSITION:<br>4 EXAMINE E-MAIL FROM CYNDI JACKSON AND PROPOSED AMENDMENT TO AGENCY AGREEMENT:<br>5 EXAMINE JUDGE FUNK'S ORDER ON MOTION FOR CLARIFICATION AND TRANSMIT TO OTTERBOURG ATTORNEYS:<br>6 EXAMINE E-MAIL REGARDING CONFERENCE CALL ON SCOPE OF DISCOVERY: |
| 10/28/05 Fri | Cox, B 102005/273 | 1.50 | 0.25 | 73.75 | B | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 TELEPHONE CONFERENCE WITH JON HELFAT ON EQUITY COMMITTEE CONFERENCE CALL AND ISSUES WITH FEE EXAMINER:<br>2 CONFERENCE WITH U.S. TRUSTEE ON HER POSITION REGARDING EQUITY COMMITTEE ISSUES:<br>3 REVIEW AND EXCHANGE COMMUNICATIONS ON CONFERENCE CALL ON DISCOVERY MATTERS REGARDING EQUITY COMMITTEE MOTION:<br>4 EXAMINE DEBTORS' MOTIONS AND PROPOSED ORDERS REGARDING AFCO PREMIUM CREDIT AND SETTLEMENT WITH PROPERTY INSURERS:<br>5 EXAMINE AGREED ORDERS FOR RESOLUTION OF LITIGATION CLAIMS:<br>6 EXAMINE VARIOUS LANDLORDS' LEASE OBJECTION CLAIMS AND MOTION TO EXTEND TIME FOR FILING SAME: |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| | | | INFORMATIONAL | | | | | |

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | DESCRIPTION |
|---|---|---|---|---|---|
| 10/31/05 Mon | Cox, B 102005/274 | 1.80 | 0.45 | 132.75 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 TELEPHONE CONFERENCE WITH JON HELFAT ON LATEST DEVELOPMENTS;<br>2 EXAMINE E-MAILS, REVIEW DISCOVERY REQUESTS AND ATTEND CONFERENCE CALL WITH ATTORNEYS FOR LIMITED RECIPIENTS ON DISCOVERY ISSUES;<br>3 EXAMINE PRELIMINARY AGENDA FOR NOV. 4 HEARING, DDI'S MOTION TO QUASH SUBPOENA, COMMITTEE'S OBJECTION TO EQUITY COMMITTEE COUNSEL AND OTHER MISCELLANEOUS FILINGS;<br>4 EXAMINE E-MAIL FROM ELENA ESCAMILLA ON DISCOVERY ISSUES; |
| 11/01/05 Tue | Hyde Jr., R 112005/277 | 1.00 | 1.00 | 305.00 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DOCKET, MOTIONS FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSES, OBJECTION OF CREDITORS' COMMITTEE TO EQUITY COMMITTEE'S APPLICATION TO HIRE LOCAL COUNSEL, MOTION OF DDI TO QUASH SUBPOENA AND RELATED RELIEF, AND MOTION TO EXTEND TIME TO FILE REJECTION DAMAGES; |
| 11/04/05 Fri | Cox, B 112005/282 | 3.20 | 0.53 | 157.33 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE PORTIONS OF WINN-DIXIE'S LATEST FORM 10-K;<br>2 EXAMINE REVISED PROPOSED ORDER AND ATTEND HEARING ON MOTION TO ABATE AND PREPARE E-MAIL TO OTTERBOURG ATTORNEYS ON SAME;<br>3 EXAMINE VARIOUS ORDERS ON CLAIMS AND MISCELLANEOUS FILINGS;<br>4 REVIEW MOTIONS AND ATTEND OMNIBUS HEARING;<br>5 CONFERENCE WITH JAY CASTLE ON STATUS OF FEE EXAMINER APPLICATION;<br>6 TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS SAME AND HEARING; |
| 11/06/05 Sun | Cox, B 112005/284 | 0.40 | 0.40 | 118.00 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE DRAFT OF STUART MAUE RETENTION PAPERS FROM STEVE EICHEL; |
| 11/07/05 Mon | Cox, B 112005/285 | 1.70 | 0.57 | 167.17 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE ORDERS ENTERED AND PREPARE DETAILED REPORT ON 11/4 HEARING AND TRANSMIT TO OTTERBOURG ATTORNEYS;<br>2 FURTHER REVIEW FEE EXAMINER RETENTION PAPERS DRAFTED BY DEBTORS;<br>3 REVIEW VARIOUS APPLICATIONS FOR PAYMENT OF ADMINISTRATIVE EXPENSES; |
| 11/09/05 Wed | Cox, B 112005/289 | 1.90 | 0.95 | 280.25 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 EXAMINE LETTER AND ENCLOSURES FROM SEC ATTORNEY TO U. S. TRUSTEE CONCERNING EQUITY COMMITTEE;<br>2 EXAMINE AGREED ORDERS ON LITIGATION CLAIMS;<br>3 REVIEW SKADDEN'S PROPOSED REVISIONS TO FEE EXAMINER FILINGS, OUTLINE CONCERNS AND TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS SAME;<br>4 TELEPHONE CONFERENCE WITH STEVE EICHEL ON FEE EXAMINER ISSUES AND CONFERENCE CALL WITH LINDA COOPER AT STUART MAUE ON SAME; |
| 11/10/05 Thu | Cox, B 112005/291 | 0.20 | 0.20 | 59.00 | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1 REVIEW DEBTORS' FILINGS ON FEE EXAMINER APPOINTMENT; |

~ See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| 11/11/05 Fri | Hyde Jr., R 112005/293 | 1.50 | 1.50 | 457.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET, AGREED ORDERS CONCERNING RESOLUTION OF CLAIMS, MOTION TO APPROVE RETENTION OF DELOITTE & TOUCHE, APPLICATION TO APPOINT FEE EXAMINER, EQUITY COMMITTEE'S OBJECTION TO DEBTORS' MOTION FOR ORDER ALLOWING POST-PETITION PREMIUM FINANCING, AND EQUITY COMMITTEE'S OBJECTION TO DEBTOR'S MOTION TO APPROVE SETTLEMENT AMOUNT; |
| 11/14/05 Mon | Hyde Jr., R 112005/294 | 2.30 | 2.30 | 701.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET AND SCAN NUMEROUS APPLICATIONS FOR COMPENSATION, MOTION FOR ORDER AUTHORIZING REJECTION OF LEASES AND SUBLEASES, AND MOTION AUTHORIZING SALE OF DALLAS, GEORGIA OUTPARCELS; |
| 11/15/05 Tue | Cox, B 112005/295 | 2.50 | 0.83 | 245.83 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE NUMEROUS FEE APPLICATIONS BY PROFESSIONALS AND NOTICE OF HEARING ON SAME;<br>2  EXAMINE AGENDA FOR 11/17 HEARINGS;<br>3  EXAMINE RECENT MOTIONS FILED BY DEBTORS AND CREDITORS; |
| 11/16/05 Wed | Cox, B 112005/297 | 1.80 | 0.36 | 106.20 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE ORDER ON REJECTION OF JACKSONVILLE WAREHOUSE LEASE;<br>2  EXAMINE FINDINGS OF FACT AND CONCLUSIONS OF LAW ON DENIAL OF TRANSAMERICA'S APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES;<br>3  TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS CURRENT ISSUES AND 11/17 HEARING;<br>4  TELEPHONE CONFERENCE WITH EDDIE HELD TO DISCUSS ISSUES WITH LANDLORDS AND LEASE TERMINATION AGREEMENTS;<br>5  SCAN ADDITIONAL PROFESSIONALS' APPLICATIONS FOR FEES AND EXPENSES; |
| 11/16/05 Wed | Hyde Jr., R 112005/298 | 1.70 | 1.70 | 518.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET, NOTICES OF HEARING, INTERIM APPLICATIONS FOR COMPENSATION OF PROFESSIONALS BY DEBTORS' COUNSEL, DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN EQUITY CLAIMS AND DUPLICATE LIABILITY NOTE CLAIMS AND ORDER AUTHORIZING REJECTION OF JACKSONVILLE WAREHOUSE LEASE; |
| 11/17/05 Thu | Cox, B 112005/299 | 2.30 | 1.15 | 339.25 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW MOTIONS SET FOR HEARING AND ATTEND OMNIBUS HEARINGS;<br>2  EXAMINE ARTICLE ON WINN-DIXIE'S BUSINESS PLAN AND TRANSMIT TO OTTERBOURG ATTORNEYS;<br>3  EXAMINE OBJECTIONS TO EMPLOYMENT OF EQUITY COMMITTEE COUNSEL;<br>4  FURTHER REVIEW FEE APPLICATIONS AND COMMUNICATE WITH PARALEGAL ON CHART TO PREPARE; |
| 11/17/05 Thu | Farrar, J 112005/301 | 4.70 | 4.70 | 587.50 | E | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW PROFESSIONALS' INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES AND DRAFT TABLE OF INTERIM FEES AND EXPENSES; |

~  See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 11/18/05 Fri | Cox, B 112005/302 | 5.40 | 1.80 | 531.00 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS HEARING, DEBTORS' BUSINESS PLAN AND PROFESSIONALS' FEE APPLICATIONS;<br>2  EXAMINE CERTAIN APPLICATIONS AND REVISE CHART OF APPROVED AND REQUESTED FEES AND EXPENSES;<br>3  TRANSMIT CHART TO MR. HELFAT;<br>4  EXAMINE LATEST MOTIONS AND ORDERS;<br>5  RECEIVE AND EXAMINE DEBTORS' CONFIDENTIAL BUSINESS PLAN;<br>6  PREPARE SUMMARY OF 11/17 HEARING AND TRANSMIT TO OTTERBOURG ATTORNEYS; |
| 11/18/05 Fri | Farrar, J 112005/304 | 3.80 | 3.80 | 475.00 | E<br><br>E | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  CONTINUE REVIEWING PROFESSIONALS' INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES;<br>2  REVIEW ORDERS APPROVING FIRST INTERIM APPLICATIONS FOR ALLOWANCE OF FEES AND EXPENSES AND REVISE TABLE OF INTERIM FEES AND EXPENSES; |
| 11/18/05 Fri | Hyde Jr., R 112005/303 | 1.70 | 1.70 | 518.50 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  REVIEW DOCKET, OBJECTION OF AD HOC COMMITTEE OF RETIREES TO MOTIONS OF EQUITY SECURITY COMMITTEE TO RETAIN COUNSEL AND FINANCIAL ADVISORS, PROCEEDING MEMORANDA, ORDER APPROVING POST-PETITION PREMIUM FINANCING ARRANGEMENTS, ORDER APPROVING SETTLEMENT AGREEMENT, ORDER APPROVING APPLICATION FOR AWARD OF ADMINISTRATIVE EXPENSE, AND MOTION TO COMPEL ASSUMPTION OR REJECTION; |
| 11/23/05 Wed | Cox, B 112005/309 | 3.80 | 0.95 | 280.25 | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  ANALYZE TIMING ISSUES FOR FEE EXAMINER'S REPORTS AND CURRENT TERMS OF APPENDIX TO ENGAGEMENT LETTER;<br>2  TELEPHONE CONFERENCE WITH STEVE EICHEL TO DISCUSS SAME AND PROPOSAL FOR CHANGES;<br>3  TELEPHONE CONFERENCE WITH JON HELFAT ON SAME;<br>4  REVISE APPENDIX AND PREPARE DETAILED E-MAIL TO MR. EICHEL ON PROPOSAL;<br>5  EXAMINE DEBTORS' MOTIONS TO EXTEND LEASE ASSUMPTION OR REJECTION DEADLINE AND EXCLUSIVITY PERIOD;<br>6  EXAMINE ADDITIONAL FILINGS;<br>7  PREPARE E-MAILS AND TELEPHONE CONFERENCE WITH ELENA ESCAMILLA ON FEE EXAMINER PROPOSAL AND PROFESSIONALS' FEE APPLICATIONS;<br>8  TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS SAME AND NEW MOTIONS; |
| 11/28/05 Mon | Cox, B 112005/311 | 3.10 | 1.86 | 548.70 | B<br><br><br>C | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy<br>1  EXAMINE E-MAILS AND PROPOSED CHANGES TO ORDER ON RETENTION OF JEFFERIES;<br>2  REVIEW AND ORGANIZE NUMEROUS MOTIONS, NOTICES, AND ORDERS FILED RECENTLY IN THE CASE;<br>3  EXAMINE E-MAIL FROM STEVE EICHEL AND PROPOSED CHANGES TO TERMS OF FEE EXAMINER'S RETENTION;<br>4  CONFERENCE WITH BOB HYDE TO DISCUSS LATEST DEVELOPMENTS AND GENERAL STATUS;<br>5  TELEPHONE CONFERENCES WITH MR. EICHEL AND JON HELFAT CONCERNING ADDITIONAL ISSUE WITH FEE EXAMINER, EXAMINE CHANGES NEEDED TO FEE EXAMINER PAPERS IN LIGHT OF ISSUE AND PREPARE E-MAIL TO MR. HELFAT ON SAME; |

~  See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|------|------|------|------|------|------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 11/29/05 Tue | Cox, B  112005/313 | 2.30 | 0.99 | 290.79 | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| | | | | | | | | 1 | TELEPHONE CONFERENCES WITH JON HELFAT ON ISSUES WITH FEE EXAMINER AND WACHOVIA'S REQUEST FOR INFORMATION ON BONDHOLDERS; |
| | | | | | | | | 2 | EXAMINE FILINGS AND AVAILABLE INFORMATION ON BONDHOLDERS AND THEIR CLAIMS; |
| | | | | | | | | 3 | EXAMINE AGENDA FOR DECEMBER 1 HEARING AND CONTESTED MATTERS; |
| | | | | | | | | 4 | EXAMINE DEBTORS' OBJECTION TO JEFFERIES' RETENTION; |
| | | | | | | | | 5 | REVIEW UPDATED DOCKET; |
| | | | | | | | | 6 | TELEPHONE CONFERENCE WITH STEVE EICHEL RE FEE EXAMINER ISSUE AND FEE APPLICATIONS; |
| | | | | | | | | 7 | EXCHANGE E-MAILS WITH CYNDI JACKSON ON ORDER ON FEE APPLICATION; |
| 11/30/05 Wed | Cox, B  112005/315 | 2.10 | 0.84 | 247.80 | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| | | | | | | | | 1 | TELEPHONE CONFERENCE WITH JON HELFAT ON ISSUES WITH EQUITY COMMITTEE'S PROFESSIONALS, FEE EXAMINER AND HEARING ON DECEMBER 1; |
| | | | | | | | | 2 | EXAMINE E-MAILS RE FEE EXAMINER ISSUE AND TELEPHONE CONFERENCE WITH STEVE EICHEL ON SAME; |
| | | | | | | | | 3 | TELEPHONE CONFERENCE WITH CYNDI JACKSON ON ISSUES WITH EQUITY COMMITTEE'S PROFESSIONALS; |
| | | | | | | | | 4 | EXAMINE OBJECTIONS ON SAME; |
| | | | | | | | | 5 | EXAMINE UPDATED DOCKET; |
| 11/30/05 Wed | Hyde Jr., R  112005/316 | 0.30 | 0.30 | 91.50 | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| | | | | | | | | 1 | REVIEW DOCKET AND DEBTORS' OBJECTION TO RETENTION OF FINANCIAL ADVISOR; |
| | | | 84.25 | $23,084.37 | | | | | |

Total
Number of Entries:    74

~  See the last page of exhibit for explanation

EXHIBIT G
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Cox, B | 3.40 | 1,003.00 | 135.20 | 39,884.00 | 138.60 | 40,887.00 | 52.52 | 15,492.21 | 55.92 | 16,495.21 |
| Farrar, J | 8.50 | 1,062.50 | 0.00 | 0.00 | 8.50 | 1,062.50 | 0.00 | 0.00 | 8.50 | 1,062.50 |
| Hyde Jr., R | 9.00 | 2,745.00 | 12.60 | 3,843.00 | 21.60 | 6,588.00 | 5.33 | 1,626.67 | 14.33 | 4,371.67 |
| Russell, C | 5.50 | 1,155.00 | 0.00 | 0.00 | 5.50 | 1,155.00 | 0.00 | 0.00 | 5.50 | 1,155.00 |
| | 26.40 | $5,965.50 | 147.80 | $43,727.00 | 174.20 | $49,692.50 | 57.85 | $17,118.87 | 84.25 | $23,084.37 |

RANGE OF HOURS

RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Chapter 11 Bankruptcy | 26.40 | 5,965.50 | 147.80 | 43,727.00 | 174.20 | 49,692.50 | 57.85 | 17,118.87 | 84.25 | 23,084.37 |
| | 26.40 | $5,965.50 | 147.80 | $43,727.00 | 174.20 | $49,692.50 | 57.85 | $17,118.87 | 84.25 | $23,084.37 |

RANGE OF HOURS

RANGE OF FEES

(~) REASONS FOR TASK HOUR ASSIGNMENTS