### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, Inc., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

---

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing of the attached Final Report of the Review and Analysis prepared by Stuart Maue, Fee Examiner, of the Monthly Statements of Rogers Towers, P.A., for the Second Billing Period from December 1, 2005, through and including April 30, 2006.

Dated:  July 25, 2007.


SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP


By     *s/ D. J. Baker*     
     D. J. Baker
     Sally McDonald Henry
     Rosalie Gray

Four Times Square
New York, NY  10036
(212) 735-3000
(917) 777-2150 (facsimile)
djbaker@skadden.com


Co-counsel for Debtors


SMITH HULSEY & BUSEY


By     *s/ Cynthia C. Jackson*     
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, FL  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Co-counsel for Debtors

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, Inc., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**Fee Examiner's Report for the Monthly Statements of
Rogers Towers, P.A. for Second Billing Period from
December 1, 2005, through and including April 30, 2006**

Stuart Maue, acting in its capacity as fee examiner in the above-captioned proceeding, submits the final written report of its review and analysis of the Monthly Statements of Rogers Towers, P.A., for Second Billing Period from December 1, 2005, through and including April 30, 2006.

1.    On December 14, 2005, the Court entered an order effective December 1, 2005, authorizing the employment and retention of Stuart Maue to serve as fee examiner and to review all fee applications filed with the Court and the monthly statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

2.    Stuart Maue conducted a review and analysis of the Rogers Towers, P.A. Monthly Statements for Second Billing Period and submits the Final Report which is attached, marked as Attachment 1, and incorporated by reference.

Respectfully Submitted,

STUART MAUE

By _____
Linda K. Cooper
3840 McKelvey Road
St. Louis, Missouri  63044
314-291-3030
314-291-6546 (facsimile)

Fee Examiner

**ATTACHMENT 1**

# Final Report of the
# Review and Analysis of

# Monthly Statements Submitted by

## ROGERS TOWERS, P.A.
of
Jacksonville, Florida

For the Second Billing Period

**December 1, 2005 Through April 30, 2006**



In the Matter Entitled

*In re:  Winn-Dixie Stores, Inc., et al.*

**United States Bankruptcy Court
Middle District of Florida
Jacksonville Division**

**Case No. 05-03817-3F1**



Issued

**April 24, 2007**

*Stuart Maue*

## ROGERS TOWERS, P.A.

## SUMMARY OF FINDINGS

### Monthly Statements (Second Billing Period - December 1, 2005 Through April 30, 2006)

#### A.    Amounts Billed and Computed

| | | |
|---|---:|---:|
| Fees Billed | $91,261.50 | |
| Expenses Billed | 365.95 | |
| | | |
| TOTAL FEES AND EXPENSES BILLED | | $91,627.45 |
| | | |
| Fees Computed | $91,676.00 | |
| Expenses Computed | 365.95 | |
| | | |
| TOTAL FEES AND EXPENSES COMPUTED | | $92,041.95 |
| | | |
| Discrepancies in Fees: | | |
| Task Hours Not Equal to Entry Hours | ($414.50) | |
| | | |
| TOTAL DIFFERENCE BETWEEN COMPUTED AND BILLED FEES AND EXPENSES | | ($    414.50) |

#### B.    Amounts Billed – Revised Based on Firm's Response

| | | |
|---|---:|---:|
| Fees Billed | $91,261.50 | |
| | | |
| REVISED FEES BILLED | $91,261.50 | |
| | | |
| Expenses Billed | $365.95 | |
| | | |
| REVISED EXPENSES BILLED | 365.95 | |
| | | |
| REVISED TOTAL FEES AND EXPENSES BILLED | | $91,627.45 |

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

## C.  Professional Fees

### 1.  Fees to Examine for Reasonableness

| Page No. | | Exhibit | Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|---|
| 8 | Fees Attributable to Hourly Rate Increases | | | $4,221.50 | 5% |
| 9 | Vaguely Described Conferences | C-1 | 0.70 | 224.00 | * |
| 9 | Other Vaguely Described Activities | C-2 | 0.60 | 189.50 | * |
| 13 | Intraoffice Conferences | D | 5.80 | 1,788.50 | 2% |
| 13 | Intraoffice Conferences – Multiple Attendance | D | 3.70 | 1,129.50 | 1% |
| 15 | Personnel Who Billed 10.00 or Fewer Hours | E | 8.50 | 1,101.00 | 1% |
| 15 | Legal Research | F | 1.70 | 531.50 | * |
| 15 | Rogers Towers Compensation | G-1 | 9.10 | 2,866.50 | 3% |
| 15 | Other Case Professionals Retention and Compensation | G-2 | 34.80 | 9,554.00 | 10% |

## D.  Expenses

### 1.  Expenses to Examine for Necessity and Reasonableness

| Page No. | | Amount |
|---|---|---|
| 17 | Postage | $6.51 |

## E.  Adjustment to Eliminate Overlap Between Categories

### 1.  Fees

| Page No. | | Before Adjustment for Overlap | | Overlap | | After Adjustment for Overlap | |
|---|---|---|---|---|---|---|---|
| | | Hours | Fees | Hours | Fees | Hours | Fees |
| 13 | Intraoffice Conferences – Multiple Attendance | 3.70 | $1,129.50 | 0.00 | $0.00 | 3.70 | $1,129.50 |
| 9 | Vaguely Described Conferences | 0.70 | 224.00 | 0.00 | 0.00 | 0.70 | 224.00 |
| 9 | Other Vaguely Described Activities | 0.60 | 189.50 | 0.00 | 0.00 | 0.60 | 189.50 |
| 15 | Personnel Who Billed 10.00 or Fewer Hours | 8.50 | 1,101.00 | 0.00 | 0.00 | 8.50 | 1,101.00 |
| 15 | Legal Research | 1.70 | 531.50 | 0.00 | 0.00 | 1.70 | 531.50 |

---

* Less than 1%

*Stuart Maue*

**SUMMARY OF FINDINGS (Continued)**

2.      **Expenses**

| Page No. | | Before Adjustment for Overlap | Overlap Amount | After Adjustment for Overlap Amount |
|---|---|---|---|---|
| 17 | Postage | $6.51 | $0.00 | $6.51 |

*Stuart Maue*

# TABLE OF CONTENTS

**Page No.**

I.    INTRODUCTION ................................................................................. 1

II.   PROCEDURES AND METHODOLOGY ...................................................... 3
      A.    Appendix A .................................................................................. 3
      B.    Overlap Calculation ....................................................................... 3

III.  RECOMPUTATION OF FEES AND EXPENSES ........................................... 4

IV.   REVIEW OF FEES .............................................................................. 7
      A.    Technical Billing Discrepancies ........................................................ 7
      B.    Fees to Examine for Reasonableness .................................................. 7
            1.    Firm Staffing and Rates.......................................................... 7
                  a)    Timekeepers and Positions ............................................. 7
                  b)    Hourly Rate Increases.................................................... 8
            2.    Time Increments ................................................................. 9
            3.    Complete and Detailed Task Descriptions.................................... 9
                  a)    Vaguely Described Conferences ....................................... 9
                  b)    Other Vaguely Described Activities ................................. 10
            4.    Blocked Entries ................................................................. 11
            5.    Multiple Professionals at Hearings and Conferences ...................... 12
                  a)    Intraoffice Conferences ................................................ 12
                  b)    Nonfirm Conferences, Hearings, and Other Events .............. 13
            6.    Personnel Who Billed 10.00 or Fewer Hours .............................. 13
            7.    Long Billing Days .............................................................. 13
            8.    Administrative/Clerical Activities ........................................... 14
            9.    Legal Research .................................................................. 15
            10.   Travel ............................................................................ 15
            11.   Summary of Projects ........................................................... 15

V.    REVIEW OF EXPENSES........................................................................ 16
      A.    Technical Billing Discrepancies ....................................................... 16
      B.    Expenses to Examine for Reasonableness ........................................... 16

*Stuart Maue*

## TABLE OF EXHIBITS

<u>**Page No.**</u>

A.    Discrepancy Schedule ............................................................................ 4

B.    Summary of Hours and Fees by Timekeeper and Position ................................... 7

C-1.  Vaguely Described Conferences
C-2.  Other Vaguely Described Activities ............................................................. 9

D.    Intraoffice Conferences ........................................................................... 12

E.    Personnel Who Billed 10.00 or Fewer Hours.................................................. 13

F.    Legal Research ...................................................................................... 15

G-1.  Rogers Towers Compensation
G-2.  Other Case Professionals Retention and Compensation ...................................... 15

*Stuart Maue*

## I.    <u>INTRODUCTION</u>

The United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, entered an order effective December 1, 2005, authorizing the employment and retention of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") to serve as fee examiner in the jointly-administered cases entitled:    *In re: Winn-Dixie Stores, Inc., et al.,* Case No. 05-03817-3F1.    The order authorized and directed Stuart Maue to review all fee applications filed with the Court and to review the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent").

The review and analysis of the professionals' fee applications are pursuant to the applicable standards of 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the local rules of this Court (the "Local Rules"), and the United States Trustee Guidelines for Reviewing Applications for the Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 (the "U.S. Trustee Guidelines"). The statements submitted by the professionals retained by the Agent are reviewed and analyzed pursuant to a reasonableness standard as referenced in 11 U.S.C. § 328 and the Bankruptcy Rules.

Stuart Maue conducted a review and analysis of the Monthly Statements of Rogers Towers, P.A., co-counsel to Wachovia Bank, N.A. for services rendered and expenses incurred from December 1, 2005, through April 30, 2006 (the "Second Billing Period").

*Stuart Maue*

**I. INTRODUCTION  (Continued)**

Rogers Towers, P.A. ("Rogers Towers"), located in Jacksonville, Florida, represents Wachovia Bank, N.A.

The order directing the review of the statements submitted by professionals retained by Wachovia Bank, N.A. in its capacity as agent for itself and other postpetition lenders (the "Agent"), was entered on December 1, 2005.

The professionals for the Agent did not anticipate that the fees and expenses incurred on behalf of the Agent would be subject to the fee examiner process.  At the time the order was entered, the firms for the Agent had submitted Monthly Statements to the debtors for the periods from February 21, 2005, through December 1, 2005, in the same format as submitted to their client.   Many of the Rogers Towers fee entries had been billed in a blocked format.

Prior to the submission of the Monthly Statements, the firms for the Agents discussed the blocked billed format of the fee entries with Stuart Maue.  It was decided that, rather than modifying the billing entries already submitted to the debtors, the statements and billing entries would be submitted to Stuart Maue in their original format and that the audit report would reflect that decision.  The firm also advised that beginning with the Third Billing Period, it would minimize the use of blocked billing.

Stuart Maue prepared an initial written report of the review and analysis of the Monthly Statements for the Second Billing Period and provided that report to Rogers Towers and the U.S. Trustee for review prior to completing a final, written report.  Rogers Towers discussed the initial report with Stuart Maue and submitted a written response ("Rogers Towers

*Stuart Maue*

Response") to Stuart Maue.  Stuart Maue reviewed the response and in some instances revised or removed exhibits based on those responses.  If the response provided information that indicated an error was made in the initial classification of a fee or expense entry, Stuart Maue revised the exhibit and removed the fee or expense entry.  If the firm provided additional information that revised the text of any fee or expense entry in the Monthly Statements, those revisions are referenced generally in the final report but the initial classification of those entries has not been changed and those entries remain on the exhibit.

## II.  PROCEDURES AND METHODOLOGY

### A.  Appendix A

Stuart Maue's procedures and methodology for reviewing fees and expenses and for information regarding the exhibits are presented in Appendix A previously provided.

### B.  Overlap Calculation

During Stuart Maue's review and analysis, a task or entry may be included in more than one category and appear on more than one exhibit.  For example, a task or entry may be classified as both blocked billing and intraoffice conference.  When a task or entry is included in more than one category, "overlap" occurs among the hour and fee calculations for those categories.  In order to ensure that the hours and fees for a task or entry are not "counted" more than once in any reduction of fees, Stuart Maue

*Stuart Maue*

**II.  PROCEDURES AND METHODOLOGY  (Continued)**

calculated the overlap.[1]   The overlap calculation is displayed in Section E of the

Summary of Findings and includes the totals for each category before and after the

calculation for overlap and the total dollar amount of the overlap in each category.

There were no tasks or entries included in more than one fee or expense category;

therefore, no overlap occurred among the hour and fee calculations.

**III.    RECOMPUTATION OF FEES AND EXPENSES**

Rogers Towers billed the following professional fees and expenses in its Monthly

Statements for the Second Billing Period:

|  |  |
|---|---|
| Professional Fees Billed: | $91,261.50 |
| Expense Reimbursement Billed: | 365.95 |
| Total Fees and Expenses: | $91,627.45 |

Stuart Maue recomputed the total fees and expenses and compared this to the fees and

expenses billed in the Monthly Statements.   The hours billed by each professional or

paraprofessional were totaled, and these amounts were multiplied by the individual hourly

rates.   The recomputation of fees revealed that the billed amount was $414.50 less than the

computed amount.   The discrepancy is the result of task hours within some entries that did not

equal the time billed for the entry as a whole.   The discrepancy is displayed on EXHIBIT A.

---

[1]The overlap calculation does not include the categories for hourly rate increases or days billed in excess of 12.00 hours.  The classification of these categories is based on the total hours and fees billed for the category and not on individual entries within the category.  A review of these two categories allows a determination of the reasonableness of the total fees attributable to hourly rate increases and the time billed in excess of 12.00 hours. Overlap calculations for hourly rate increases and long billing days are available upon request to Stuart Maue.

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES  (Continued)**

The recomputation of expenses revealed that there was no difference between the billed amount and the computed amount.

**Rogers Towers Response:**

*The firm responded "...our review of this discrepancy indicates that the billed amount was $414.50 less than the computed amount, instead of Stuart Maue's figure of the billed amount being $698.00 less than the computed amount.  The difference occurs on February 14, 2006 for Betsy Cox's time which should have been a total of .7 hour instead of the 1.6 hours identified by Stuart Maue.  Rogers Towers will add an additional $414.50 to its fees billed to Wachovia in its next monthly statement."*

Stuart Maue notes that the total time billed by Betsy Cox on February 14, 2006, for the entry in question was 0.50 hour.  The entry included one task with a task hour of 1.00 hour which caused the sum of the tasks within the entry to total 1.60 hours.  The following displays the tasks in this entry:

1    Review docket (.1);
2    Examine hearing proceeding memorandum re Sarria Enterprises motion for stay relief (.1);
3    Review several notices of hearing and Debtors' filing re supplement concerning ordinary course professionals and completed questionnaire (.2);
**4    Review several notices of agreed orders on claim resolutions (1);**
5    Conference with Bob Hyde on plan and other current issues (.2);

In its response, the firm indicated that the sum of the task hours should have been 0.70 hour.  Based on this response, Stuart Maue assigned 0.10 hour to the fourth task so that the sum of the task hours would total 0.70 hour.  Stuart Maue revised EXHIBIT A to reflect

*Stuart Maue*

**III.  RECOMPUTATION OF FEES AND EXPENSES  (Continued)**

the adjusted task hour.   However, even with the revised time for the one task, there remains a discrepancy for the entry.   The sum of the task hours is 0.70 and the time increment assigned to the entry as a whole is 0.50 hour.

*Stuart Maue*

## IV.   REVIEW OF FEES

### A.   Technical Billing Discrepancies

Stuart Maue examined the billing entries for apparent irregularities such as double billing, wrong case billings, and missing task descriptions.  There were no technical billing discrepancies identified.

### B.   Fees to Examine for Reasonableness

Stuart Maue reviewed and analyzed the fees and billing entries submitted in the Monthly Statements and the following discusses the results of that analysis.

#### 1.   Firm Staffing and Rates

##### a)   Timekeepers and Positions

The Billing Summary included with the Monthly Statements provided the names, positions, and hourly rates of the firm's professionals and paraprofessionals who billed time to this matter. Rogers Towers staffed this matter with four timekeepers, including two shareholders and two paralegals.

Rogers Towers billed a total of 298.30 hours during the Second Billing Period.  The following table displays hours and fees computed by timekeeper position and the percentage of total hours and fees for each position:

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

| Position | Hours | Percentage of Total Hours | Fees | Percentage of Total Fees |
|---|---|---|---|---|
| Shareholder | 289.80 | 97% | $90,575.00 | 99% |
| Paralegal | 8.50 | 3% | 1,101.00 | 1% |
| **TOTAL** | 298.30 | 100% | $91,676.00 | 100% |

The blended hourly rate for the Rogers Towers' professionals is $312.54, and the blended hourly rate for professionals and paraprofessionals is $307.33.  The total hours and fees billed by each timekeeper, the position of each timekeeper, and their hourly billing rates are displayed on EXHIBIT B.

### b)  Hourly Rate Increases

Rogers Towers increased the hourly rates of three timekeepers during the Second Billing Period.  The increases ranged from $5.00 to $20.00 per hour and appear to have become effective on January 1, 2006.  The hourly rates for those timekeepers whose rate changed during the Second Billing Period and the fees associated with those rate increases are displayed in the following table:

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

| Name | Position | Minimum Rate | Maximum Rate | Percentage of Rate Increase | Hours Computed | Fees Computed | Fees at Minimum Rate | Fees Attributable to Rate Increase |
|------|----------|--------------|--------------|------------------------------|----------------|---------------|----------------------|------------------------------------|
| Cox, Betsy C. | Shareholder | $295.00 | $315.00 | 7% | 199.50 | $61,944.50 | $58,852.50 | $3,092.00 |
| Hyde Jr., Robert T. | Shareholder | $305.00 | $320.00 | 5% | 90.30 | $28,630.50 | $27,541.50 | 1,089.00 |
| Farrar, Jim K. | Paralegal | $125.00 | $130.00 | 4% | 8.10 | $1,053.00 | $1,012.50 | 40.50 |
| | | | | | | | **TOTAL** | $4,221.50 |

**2.      Time Increments**

All the billing entries in the Monthly Statements contained a time allotment and were billed in tenth-of-an-hour increments.

**3.      Complete and Detailed Task Descriptions**

Activity descriptions should identify each service separately and sufficiently so that the benefit derived from such service may be ascertained, and it may be determined that the time expended was reasonable and necessary.

A few of the activity descriptions included in the Monthly Statements were not sufficiently detailed and those entries were identified as either vaguely described conferences or other vaguely described activities as follows:

**a)      Vaguely Described Conferences**

Activity descriptions for conferences and telephone calls should identify the participants and also the subject-matter or purpose of the communication.  Conferences and meetings that either did not identify the participants or did not specify the subject-matter or purpose of the

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

communication are identified as vaguely described conferences and appear on EXHIBIT C-1 and total 0.70 hour with $224.00 in associated fees.

**b)**      **Other Vaguely Described Activities**

Activity descriptions for the review of documents and correspondence should identify the person or party who prepared the document or correspondence and its subject-matter.  If the documents were not recently received or were previously reviewed, the description should also state the purpose of the review.  A description of correspondence should identify the correspondent and the subject of the correspondence.  Similarly, a description for preparation of pleadings should identify the pleading drafted or revised.

Activity descriptions for legal research should include the issues researched and the purpose of the research.  The activity description must be sufficiently detailed to allow a determination of whether the research is case-related, whether the research is presumably familiar to experienced professionals, or whether the research is performed by a professional with an appropriate experience level.

The entries identified as other vaguely described activities are displayed on  EXHIBIT C-2 and total  0.60 hour  with  $189.50  in associated fees.

*Stuart Maue*

**IV.  REVIEW OF FEES  (Continued)**

> **Rogers Towers Response:**
>
> *The response stated, "Rogers Towers disagrees with Stuart Maue's analysis and believes that each entry is sufficiently descriptive to determine the reasonableness of the services provided.  Further, all of the intraoffice conferences recorded by Bob Hyde that Stuart Maue identified as 'vaguely described' took place with Betsy Cox."*

**4.    Blocked Entries**

Professionals' services should be noted in detail and not combined or "lumped" together.  The time for each activity should be separately billed and assigned a single time increment.

Prior to the submission of the Monthly Statements for the Second Billing Period for review, Rogers Towers discussed the format of its statements and billing entries with Stuart Maue and advised that its entries were block billed.  It was decided that, rather than modifying the format of the Monthly Statements and the billing entries already submitted to the debtors, the Monthly Statements would be submitted to Stuart Maue in the original format and that the report would reflect that decision.  Stuart Maue identified the entries in the Monthly Statements that were block billed; however, an exhibit of those entries is not included in this report.

*Stuart Maue*

IV.  REVIEW OF FEES  (Continued)

5.   **Multiple Professionals at Hearings and Conferences**

When two or more firm timekeepers bill to attend a meeting, hearing, or other event, the task descriptions should identify and explain the role of each timekeeper who billed for that attendance and the need for multiple attendees. Neither the Monthly Statements nor the task descriptions explained the need for multiple attendees at conferences, hearings, or other events.

a)   **Intraoffice Conferences**

Intraoffice conferences are necessary and appropriate; however, frequent internal conferences may indicate inappropriate levels of staffing, unnecessary conferencing, or the use of inexperienced personnel.   Stuart Maue identified 17 entries describing conferences between Rogers Towers personnel, which represents 2% of the total fees requested in the Statements.   On some occasions, more than one Rogers Towers timekeeper billed for attending the same intraoffice conference. These entries are displayed on EXHIBIT D and total 5.80 hours with $1,788.50 in associated fees.   Those intraoffice conferences, for which more than one firm timekeeper billed, are marked with an ampersand **[&]** on the exhibit and total 3.70 hours with associated fees of $1,129.50.

*Stuart Maue*

IV.  REVIEW OF FEES  (Continued)

b)      **Nonfirm Conferences, Hearings, and Other Events**

Stuart Maue did not identify any instances where two or more Rogers Towers' professionals or paraprofessionals attended the same hearing, nonfirm conference, or other event.

6.      **Personnel Who Billed 10.00 or Fewer Hours**

A review of the fee entries of timekeepers who bill relatively few hours to a matter allows a determination of whether these timekeepers are duplicating the work of others, whether the use of these timekeepers increases the cost to the estate because of orientation or the "getting up-to-speed" that may be required, or whether the small amount of time billed contributed to the advancement of the case.

Two Rogers Towers timekeepers billed 10.00 or fewer hours during this billing period.  The entries for those timekeepers are displayed on EXHIBIT E and total 8.50 hours with associated fees of $1,101.00.

7.      **Long Billing Days**

Courts have generally held that billable time for professional services should include only those tasks that relate directly to work for the client. Professionals necessarily must spend some portion of each day on personal matters, such as meals and breaks, and frequently spend time on administrative matters, such as training or supervision of others.  Professionals may periodically work extraordinarily long hours without many breaks because of the

-13-

*Stuart Maue*

### IV.  REVIEW OF FEES  (Continued)

demands of the representation.  However, such long hours are generally related to identifiable circumstances such as court deadlines, travel, or event attendance.

Stuart Maue did not identify any Rogers Towers timekeepers who billed more than 12.00 hours in a single day.

### 8.    **Administrative/Clerical Activities**

Activities associated with the day-to-day operations of the professional firm are considered to be administrative in nature and, as such, are reflected in the hourly rates charged by the firm.

Clerical activities include tasks that may be effectively performed by administrative assistants, secretaries, or support personnel.  The performance of clerical or secretarial tasks by attorneys, accountants, paralegals, and other paraprofessionals generally constitutes nonbillable time and should be delegated to nonbilling staff members.  Courts have held that time spent performing administrative or clerical activities such as filing, organizing and updating files, retrieving and distributing documents, checking the docket, calendaring events, photocopying, scanning documents, training and assignment of tasks to staff members, or "supervising" any of the foregoing is not compensable.

Stuart Maue did not identify any entries describing administrative/clerical activities by Rogers Towers' professionals or paraprofessionals.

*Stuart Maue*

IV.  REVIEW OF FEES  (Continued)

9.    **Legal Research**

Stuart Maue identified activities describing legal research so that a determination may be made of whether the issues researched should be familiar to experienced attorneys, whether the research is performed by attorneys with the appropriate level of experience, and whether the fees billed for research are otherwise reasonable, necessary, and relevant.  The entries describing legal research are displayed on EXHIBIT F and total 1.70 hours with $531.50 in associated fees.

10.   **Travel**

Stuart Maue did not identify any entries in the Monthly Statement describing travel time.

11.   **Summary of Projects**

Rogers Towers did not categorize its services into billing projects.  For purposes of this report, Stuart Maue created two billing projects entitled "Rogers Towers Compensation" and "Other Case Professionals Retention and Compensation."

Entries describing tasks related to the compensation of Rogers Towers are displayed on EXHIBIT G-1 and total 9.10 hours with $2,866.50 in associated fees.  Entries related to the retention and compensation of "Other Case Professionals" are displayed on EXHIBIT G-2 and total 34.80 hours with $9,554.00 in associated fees.

*Stuart Maue*

## V. REVIEW OF EXPENSES

### A. Technical Billing Discrepancies

Stuart Maue reviewed the expense items for apparent irregularities such as double billing, wrong case billing, or missing expense descriptions. No technical billing discrepancies were identified.

### B. Expenses to Examine for Reasonableness

In the Monthly Statements for the Second Billing Period, Rogers Towers requested reimbursement of expenses in the amount of $365.95. Stuart Maue reviewed the expenses and divided them into categories based on the type of charge. The following table displays the expenses as computed and categorized by Stuart Maue:

| Entry Date | Description | Amount | Percentage of Total |
|---|---|---|---|
| 12/31/05 | Photocopies (99 pages at $.15 per page) | $ 14.85 | |
| 01/31/06 | Photocopies (436 pages at $.15 per page) | 65.40 | |
| 02/28/06 | Photocopies (179 pages at $.15 per page) | 26.85 | |
| 03/31/06 | Photocopies (32 pages at $.15 per page ) | 4.80 | |
| 04/30/06 | Photocopies (18 pages at $.15 per page) | 2.70 | |
| | **Internal Photocopying** | **$114.60** | **31%** |
| 12/31/05 | Long-Distance Charges (billed at actual cost) | $17.80 | |
| 01/31/06 | Long-Distance Charges (billed at actual costs) | 31.60 | |
| 02/28/06 | Long-Distance Charges (billed at actual cost) | 15.10 | |
| 03/31/06 | Long-Distance Charges (billed at actual cost) | 4.70 | |
| 04/30/06 | Long-Distance Charges (billed at actual cost) | 4.40 | |
| | **Long-Distance Charges** | **$73.60** | **20%** |
| 02/28/06 | Express Mail (January 26, 2006) | $54.95 | |
| | **Express Mail** | **$54.95** | **15%** |

*Stuart Maue*

### V.  REVIEW OF EXPENSES  (Continued)

| Entry Date | Description | Amount | Percentage of Total |
|---|---|---|---|
| 01/31/06 | Messenger (3 hand deliveries) | $42.00 | |
| | **Messenger Services** | **$42.00** | **12%** |
| 01/31/06 | Westlaw Research (billed at actual cost) | $34.05 | |
| | **Westlaw Research** | **$34.05** | **9%** |
| 12/31/05 | Parking for Hearings | $15.00 | |
| 02/28/06 | Parking for Hearings in January and February | 9.50 | |
| 04/30/06 | Parking for Hearings | 1.50 | |
| | **Parking** | **$26.00** | **7%** |
| 02/28/06 | Travel/Mileage to and from airport for Steve Soll, Esq. | $14.24 | |
| | **Travel/Mileage** | **$14.24** | **4%** |
| 12/31/05 | Postage | $5.40 | |
| 02/28/06 | Postage | 1.11 | |
| | **Postage** | **$6.51** | **2%** |
| | **TOTAL EXPENSES** | **$365.95** | **100%** |

Stuart Maue reviewed each of the expenses for which reimbursement is sought by Rogers Towers.  It is noted that the photocopies were billed at $0.15 per page, that the Westlaw research was billed at actual cost, that long-distance charges were billed at actual cost, and that the parking expenses incurred were for the purpose of attendance at court hearings.

The Monthly Statements also requested reimbursement for mileage.  The number of miles and the rate of reimbursement were not disclosed in the Monthly Statements; however, the expense description stated that the mileage was to and from the airport.

*Stuart Maue*

**V.  REVIEW OF EXPENSES  (Continued)**

Stuart Maue notes that the firm also requested reimbursement for postage which, absent extraordinary circumstances, is often considered part of a firm's overhead.

**STUART MAUE**

**EXHIBIT A**
**Discrepancy Schedule**

**Rogers Towers, P.A.**

| Invoice Number | Entry Number | Entry Date | Entry Hours | Sum of Task Hours | Timekeeper ID | Timekeeper | Rate | Hour Difference | Fee Difference |
|---|---|---|---|---|---|---|---|---|---|
| 122005 | 28 | 12/19/05 | 1.60 | 1.70 | RTH | Hyde Jr. | $305.00 | (0.10) | $ (30.50) |
| 122005 | 32 | 12/21/05 | 1.20 | 0.80 | RTH | Hyde Jr. | $305.00 | 0.40 | 122.00 |
| 22006 | 108 | 02/14/06 | 0.50 | 0.70 | BCC | Cox | $315.00 | (0.20) | (63.00) |
| 22006 | 122 | 02/23/06 | 2.10 | 2.70 | BCC | Cox | $315.00 | (0.60) | (189.00) |
| 22006 | 126 | 02/27/06 | 1.70 | 1.60 | RTH | Hyde Jr. | $320.00 | 0.10 | 32.00 |
| 32006 | 130 | 03/01/06 | 2.30 | 2.70 | RTH | Hyde Jr. | $320.00 | (0.40) | (128.00) |
| 32006 | 152 | 03/16/06 | 0.80 | 1.20 | BCC | Cox | $315.00 | (0.40) | (126.00) |
| 32006 | 159 | 03/21/06 | 0.60 | 0.70 | RTH | Hyde Jr. | $320.00 | (0.10) | (32.00) |
| | | | | | | **TOTAL FEE DISCREPANCY** | | **(1.30)** | **$ (414.50)** |

STUART MAUE

**EXHIBIT B**
**SUMMARY OF HOURS AND FEES BY POSITION AND INDIVIDUAL**
**COMPUTED AT STANDARD RATES**
**Rogers Towers, P.A.**

| INITIALS | NAME | POSITION | MINUMUM RATE | MAXIMUM RATE | HOURS COMPUTED | FEES COMPUTED | NUMBER OF ENTRIES |
|----------|------|----------|--------------|--------------|----------------|---------------|-------------------|
| BCC | Cox, Betsy C. | SHAREHOLDER | $295.00 | $315.00 | 199.50 | $61,944.50 | 109 |
| RTH | Hyde Jr., Robert T. | SHAREHOLDER | $305.00 | $320.00 | 90.30 | $28,630.50 | 99 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $312.54 | | 289.80 | $90,575.00 | |
| | | | | % of Total: | 97.15% | % of Total: 98.80% | |
| JKF | Farrar, Jim K. | PARALEGAL | $130.00 | $130.00 | 8.10 | $1,053.00 | 5 |
| SKC | Cregger, Susan K. | PARALEGAL | $120.00 | $120.00 | 0.40 | $48.00 | 1 |
| | No. of Billers for Position: 2 | Blended Rate for Position: | $129.53 | | 8.50 | $1,101.00 | |
| | | | | % of Total: | 2.85% | % of Total: 1.20% | |
| | Total No. of Billers: 4 | Blended Rate for Report: | $307.33 | | 298.30 | $91,676.00 | |

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Hyde Jr., R | 0.70 | 224.00 |
| | 0.70 | $224.00 |

EXHIBIT C-1  PAGE 1 of 4

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/07/06 | Hyde Jr., R | 0.50 | 0.20 | 64.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Tue | 22006/98 | | | | | 0.20 | F | 2 | REVIEW OBJECTION OF AD HOC COMMITTEE TO DEBTORS' AMENDED MOTION FOR CEO RETENTION INCENTIVE (.2); |
| | | | | | | 0.20 | F | 3 | INTRAOFFICE CONFERENCE RE ORDER DENYING RECENT MOTIONS BY DISBANDED EQUITY COMMITTEE AND POSSIBLE OUTCOMES OF SAME (.2); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/06/06 | Hyde Jr., R | 1.90 | 0.20 | 64.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Mon | 32006/137 | | | | | 0.10 | F | 2 | REVIEW MOTION FOR RELIEF FROM STAY (MOHUNDRO) (.1); |
| | | | | | | 0.10 | F | 3 | REVIEW AGREED ORDER ON NISM MOTION TO ALLOW CLAIM AS AMENDED CLAIM (.1); |
| | | | | | | 0.50 | F | 4 | REVIEW DEBTORS' MOTION FOR ORDER APPROVING ASSUMPTION AND MODIFICATION OF EQUIPMENT LEASE WITH ACCOMPANYING STIPULATION AND NOTICE OF HEARING (.5); |
| | | | | | | 0.30 | F | 5 | REVIEW JOINDER OF WILMINGTON TRUST CO. IN DEBTORS' MOTION FOR EXTENSION OF EXCLUSIVE PERIODS (.3); |
| | | | | | | 0.20 | F | 6 | REVIEW CREDITORS COMMITTEE'S STATEMENT IN CONNECTION WITH EQUITY COMMITTEE'S COUNSEL'S MOTIONS TO WITHDRAW (.2); |
| | | | | | | 0.40 | F | 7 | STUDY COMPARISON OF TWO MOST RECENT FINANCIAL REPORTS (.4); |
| | | | | | | 0.20 | F | 8 | INTRAOFFICE CONFERENCE RE STATUS OF CASE AND SUBSTANTIVE CONSOLIDATION ISSUE (.2); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/10/06 | Hyde Jr., R | 0.80 | 0.10 | 32.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Fri | 32006/145 | | | | | 0.20 | F | 2 | REVIEW DEBTORS' MOTION TO SHORTEN NOTICE FOR HEARING ON DEBTORS' MOTION TO RETAIN LIQUIDATING AGENT (.2); |
| | | | | | | 0.10 | F | 3 | REVIEW PROCEEDING MEMORANDUM FROM MARCH 9 (.1); |
| | | | | | | 0.20 | F | 4 | REVIEW ORDER RECLASSIFYING MISCLASSIFIED CLAIMS (.2); |
| | | | | | | 0.10 | F | 5 | REVIEW ORDER GRANTING, IN PART, ALLIED PRINTING'S MOTION TO REQUIRE PAYMENT OF POST-PETITION OBLIGATIONS (.1); |
| | | | | | | 0.10 | F | 6 | INTRAOFFICE CONFERENCE ON MARCH 9 HEARINGS (.1); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/12/06 | Hyde Jr., R | 1.40 | 0.20 | 64.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Wed | 42006/192 | | | | | 0.10 | F | 2 | REVIEW PROCEEDING MEMORANDA (.1); |
| | | | | | | 0.20 | F | 3 | REVIEW ORDERS ON MOTIONS FOR RELIEF FROM AUTOMATIC STAY (.2); |
| | | | | | | 0.20 | F | 4 | REVIEW STATEMENT OF PAYMENTS OR ORDINARY COURSE PROFESSIONALS (.2); |
| | | | | | | 0.20 | F | 5 | REVIEW OBJECTION TO DEBTORS' MOTION TO MODIFY CLAIMS RESOLUTION PROCEDURE (.2); |
| | | | | | | 0.40 | F | 6 | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING SALE OF ADDITIONAL STORES AND ACCOMPANYING NOTICE OF HEARING (.4); |
| | | | | | | 0.20 | F | 7 | INTRAOFFICE CONFERENCE RE STATUS AND CURRENT DEVELOPMENTS (.2); |

~  See the last page of exhibit for explanation

EXHIBIT C-1  PAGE 2 of 4

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | | | 0.70 | $224.00 | | | | |

Total
Number of Entries:        4

EXHIBIT C-1  PAGE 3 of 4

EXHIBIT C-1
VAGUELY DESCRIBED CONFERENCES
Rogers Towers, P.A.


SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Hyde Jr., R | 0.70 | 224.00 | 0.00 | 0.00 | 0.70 | 224.00 | 0.00 | 0.00 | 0.70 | 224.00 |
| | 0.70 | $224.00 | 0.00 | $0.00 | 0.70 | $224.00 | 0.00 | $0.00 | 0.70 | $224.00 |

RANGE OF HOURS

RANGE OF FEES


SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 0.70 | 224.00 | 0.00 | 0.00 | 0.70 | 224.00 | 0.00 | 0.00 | 0.70 | 224.00 |
| | 0.70 | $224.00 | 0.00 | $0.00 | 0.70 | $224.00 | 0.00 | $0.00 | 0.70 | $224.00 |

RANGE OF HOURS

RANGE OF FEES


(~) REASONS FOR TASK HOUR ASSIGNMENTS
F     FINAL BILL
A     ALLOCATED BY AUDITOR

EXHIBIT C-1  PAGE 4 of 4

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cox, B | 0.50 | 157.50 |
| Hyde Jr., R | 0.10 | 32.00 |
| | 0.60 | $189.50 |

EXHIBIT C-2  PAGE 1 of 3

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|-----------------|-----------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 01/23/06 | Cox, B | 2.40 | 0.30 | 94.50 | | 0.60 | F | 1 | EXAMINE EQUITY COMMITTEE'S RESPONSE TO JOINT MOTION FOR STATUS CONFERENCE AND OTHER PLEADINGS PERTAINING TO EQUITY COMMITTEE'S MOTION (.6); |
| Mon | 12006/71 | | | | | 0.60 | F | 2 | ATTEND TELEPHONIC STATUS CONFERENCE (.6); |
| | | | | | | 0.30 | F | 3 | TELEPHONE CONFERENCES WITH STEVE SOLL RE SAME (.3); |
| | | | | | | 0.30 | F | 4 | EXAMINE E-MAILS AND CORRESPONDENCE RE RESULTS OF STATUS CONFERENCE AND 1/30 HEARING (.3); |
| | | | | | | 0.20 | F | 5 | REVIEW DOCKET (.2); |
| | | | | | | 0.10 | F | 6 | EXAMINE DEPOSITION NOTICES BY LINPRO INVESTMENTS (.1); |
| | | | | | | 0.30 | F | 7 | EXAMINE ORDERS ENTERED ON MOTIONS HEARD ON JANUARY 19 (.3); |
| | | | | | | | | | |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 01/23/06 | Hyde Jr., R | 1.40 | 0.10 | 32.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Mon | 12006/72 | | | | | 0.20 | F | 2 | REVIEW DEBTORS' RESPONSE TO SARRIA INDUSTRIES MOTION FOR RELIEF FROM STAY (.2); |
| | | | | | | 0.10 | F | 3 | REVIEW NOTICE OF TELEPHONE STATUS CONFERENCE (.1); |
| | | | | | | 0.10 | F | 4 | REVIEW LETTER OPPOSITION TO REJECTION OF LEASE BY SUBTENANT (.1); |
| | | | | | | 0.20 | F | 5 | REVIEW DEBTOR MOTION FOR AUTHORIZATION TO RETROACTIVELY REJECT LEASE AND NOTICE OF HEARING (.2); |
| | | | | | | 0.20 | F | 6 | REVIEW MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES (.2); |
| | | | | | | 0.20 | F | 7 | REVIEW MOTION TO SELL OVEIDO PROPERTY (.2); |
| | | | | | | 0.10 | F | 8 | REVIEW DOCKET (1/22) (.1); |
| | | | | | | 0.20 | F | 9 | REVIEW AGREED ORDER RE DANNON COMPANIES MOTION FOR RELIEF FROM STAY (.2); |
| | | | | | | | | | |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 02/09/06 | Cox, B | 2.90 | 0.20 | 63.00 | | 0.20 | F | 1 | REVIEW DOCKET (.2); |
| Thu | 22006/101 | | | | | 0.20 | F | 2 | EXAMINE E-MAILS CONCERNING RECLAMATION STIPULATION WITH HP HOOD AND RESPOND TO SAME (.2); |
| | | | | | | 1.05 | A | 3 | REVIEW MOTIONS, RESPONSES AND OBJECTIONS TO SAME |
| | | | | | | 1.05 | A | 4 | AND ATTEND OMNIBUS HEARINGS AND CONFERENCES WITH DEBTORS' AND CREDITORS' COMMITTEE'S ATTORNEYS ON CURRENT ISSUES (2.1); |
| | | | | | | 0.40 | F | 5 | PREPARE MEMO TO OTTERBOURG ATTORNEYS ON HIGHLIGHTS OF HEARING (.4); |

|  | COMBINED HOURS | COMBINED FEES |
|--|----------------|---------------|
|  | 0.60 | $189.50 |

Total
Number of Entries:      3

~  See the last page of exhibit for explanation

EXHIBIT C-2  PAGE 2 of 3

EXHIBIT C-2
OTHER VAGUELY DESCRIBED ACTIVITIES
Rogers Towers, P.A.

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cox, B | 0.50 | 157.50 | 0.00 | 0.00 | 0.50 | 157.50 | 0.00 | 0.00 | 0.50 | 157.50 |
| Hyde Jr., R | 0.10 | 32.00 | 0.00 | 0.00 | 0.10 | 32.00 | 0.00 | 0.00 | 0.10 | 32.00 |
| | 0.60 | $189.50 | 0.00 | $0.00 | 0.60 | $189.50 | 0.00 | $0.00 | 0.60 | $189.50 |

RANGE OF HOURS
RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 0.60 | 189.50 | 0.00 | 0.00 | 0.60 | 189.50 | 0.00 | 0.00 | 0.60 | 189.50 |
| | 0.60 | $189.50 | 0.00 | $0.00 | 0.60 | $189.50 | 0.00 | $0.00 | 0.60 | $189.50 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F     FINAL BILL
A     ALLOCATED BY AUDITOR

EXHIBIT C-2  PAGE 3 of 3

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

### INTRAOFFICE CONFERENCES

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cox, B | 3.40 | 1,037.00 |
| Hyde Jr., R | 2.40 | 751.50 |
| | 5.80 | $1,788.50 |

### INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cox, B | 2.00 | 602.00 |
| Hyde Jr., R | 1.70 | 527.50 |
| | 3.70 | $1,129.50 |

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | COMBINED HOURS | COMBINED FEES | | | | | | |
| | | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 12/01/05 Thu | Cox, B 122005/1 | 5.20 | 0.60 | 177.00 | | 0.50 | F | | 1 | MULTIPLE TELEPHONE CONFERENCES BEFORE HEARING WITH JON HELFAT AND STEVE EICHEL CONCERNING APPOINTMENT OF FEE EXAMINER AND EXAMINATION OF INVOICES OF COUNSEL FOR BANK (.5): |
| | | | | | | 0.40 | F | | 2 | TELEPHONE CONFERENCES WITH VARIOUS COUNSEL FOR CREDITORS COMMITTEE ON SAME (.4): |
| | | | | | | 2.50 | F | | 3 | REVIEW MOTIONS AND OBJECTIONS SET FOR HEARING AND ATTEND HEARING (2.5): |
| | | | | | | 0.60 | F | & | 4 | CONFERENCE BEFORE AND AFTER HEARING WITH BOB HYDE CONCERNING ISSUES WITH APPOINTMENT OF FEE EXAMINER AND AGREEMENT ON SAME (.6): |
| | | | | | | 0.50 | F | | 5 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS CURRENT ISSUES (.5): |
| | | | | | | 0.10 | F | | 6 | EXAMINE E-MAIL FROM MR. EICHEL ON 12/2 CONFERENCE CALL (.1): |
| | | | | | | 0.20 | F | | 7 | CONFERENCE CALL WITH MR. EICHEL AND LINDA COOPER RE REVIEW OF FEES OF DIP LENDER'S COUNSEL AND CHANGES NECESSARY TO ORDER (.2): |
| | | | | | | 0.20 | F | | 8 | FURTHER TELEPHONE CONFERENCE WITH MR. EICHEL ON TERMS OF ORDER AND ENGAGEMENT LETTER FOR STUART MAUE (.2): |
| | | | | | | 0.20 | F | | 9 | TELEPHONE CONFERENCE WITH MR. HELFAT ON HEARING (.2): |
| | | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 12/01/05 Thu | Hyde Jr., R 122005/2 | 1.00 | 0.40 | 122.00 | | 0.40 | F | | 1 | REVIEW DOCKET, INCLUDING ORDER GRANTING DEBTORS' MOTION TO APPROVE COMPROMISE WITH CLC, MOTION TO ENLARGE TIME FOR FILING PROOF OF CLAIM AND AGENDA FOR DECEMBER 1, 2005 HEARING (.4): |
| | | | | | | 0.40 | F | & | 2 | INTRAOFFICE CONFERENCE RE MOTION TO APPROVE APPOINTMENT OF EXAMINER AND TERMS FOR EXAMINER'S ENGAGEMENT (.4): |
| | | | | | | 0.20 | F | | 3 | POST-HEARING CONFERENCE RE AGREEMENT CONCERNING ORDER ON APPOINTMENT OF EXAMINER AND RELATED MATTERS (.2): |
| | | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 12/05/05 Mon | Cox, B 122005/6 | 2.30 | 0.50 | 147.50 | | 0.50 | F | & | 1 | ANALYZE CONSIDERATIONS WITH PRESENTING FEES AND EXPENSES OF BANK'S COUNSEL TO FEE EXAMINER AND CONFERENCE WITH BOB HYDE ON SAME (.5): |
| | | | | | | 0.30 | F | | 2 | FURTHER REVISE APPENDIX B TO ENGAGEMENT LETTER (.3): |
| | | | | | | 0.20 | F | | 3 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS ISSUES WITH FEE EXAMINER AND STATUS (.2): |
| | | | | | | 0.20 | F | | 4 | EXAMINE REVISED RETENTION ORDER FROM STEVE EICHEL AND TELEPHONE CONFERENCE WITH MR. EICHEL ON SAME AND REVISIONS TO STUART MAUE'S ENGAGEMENT LETTER AND APPENDIX B (.2): |
| | | | | | | 0.20 | F | | 5 | TRANSMIT REVISIONS TO MR. EICHEL AND LINDA COOPER WITH EXPLANATORY NOTE (.2): |
| | | | | | | 0.30 | F | | 6 | EXAMINE LETTER TO KEN MEEKER FROM KAROL DENNISTON (.3): |
| | | | | | | 0.40 | F | | 7 | TELEPHONE CONFERENCES WITH JON HELFAT TO DISCUSS SAME AND FEE EXAMINER MATTERS (.4): |
| | | | | | | 0.20 | F | | 8 | EXAMINE NEW DOCKET ENTRIES (.2): |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | | DESCRIPTION |
|------|-----------|-------------|---------------|---|------------|-----------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| 12/05/05 | Hyde Jr., R | 1.80 | 0.10 | 30.50 | | 0.20 | F | 1 | REVIEW ORDER AUTHORIZING DEBTORS TO RETAIN DELOITTE TOUCHE FOR RISK ASSESSMENT (.2); |
| Mon | 122005/7 | | | | | 0.10 | F | 2 | REVIEW ORDER AUTHORIZING EMPLOYMENT OF LOCAL COUNSEL FOR EQUITY SECURITY COMMITTEE (.1); |
| | | | | | | 0.30 | F | 3 | REVIEW PROCEEDING MEMORANDA FOR HEARINGS HELD ON DECEMBER 1, 2005 CONCERNING INTERIM COMPENSATION FOR FINANCIAL ADVISORS, ACCOUNTANTS, AND ATTORNEYS (.3); |
| | | | | | | 0.10 | F | 4 | ORDER AUTHORIZING REJECTION OF LEASES AND ABANDONMENT OF RELATED PERSONAL PROPERTY (.1) |
| | | | | | | 0.10 | F | 5 | AND AMENDED ORDER AUTHORIZING SALE OF OUTPARCEL (.1); |
| | | | | | | 0.20 | F | 6 | REVIEW ORDER AUTHORIZING SALE OF OUTPARCELS (.2); |
| | | | | | | 0.30 | F | 7 | REVIEW PROCEEDING MEMORANDA ON HEARINGS ON MOTION FOR ORDER AUTHORIZING AND APPROVING REJECTION OF REAL PROPERTY LEASES AND OBJECTION BY LITHLAND, PROCEEDING MEMORANDA CONCERNING RETENTION OF COUNSEL AND FINANCIAL ADVISOR TO EQUITY SECURITY COMMITTEE, SECOND APPLICATION FOR COMPENSATION BY DEBTOR'S COUNSEL SMITH HULSEY & BUSEY AND SKADDEN ARPS (.3); |
| | | | | | | 0.10 | F | 8 | REVIEW ORDER AUTHORIZING NUNC PRO TUNC RETENTION OF COUNSEL TO EQUITY SECURITY COMMITTEE (.1); |
| | | | | | | 0.10 | F | 9 | REVIEW ORDER AUTHORIZING REJECTION OF LEASE (.1); |
| | | | | | | 0.20 | F | 10 | REVIEW ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS (.2); |
| | | | | | | 0.10 | F & | 11 | INTRAOFFICE CONFERENCE RE STATUS OF ORDER CONCERNING DEVELOPMENT OF GUIDELINES BY FEE EXAMINER FOR REVIEW OF STATEMENTS FROM DEBTORS' LENDER'S COUNSEL (.1); |
| | | | | | | | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| 12/08/05 | Cox, B | 3.10 | 0.30 | 88.50 | | 0.40 | F | 1 | EXAMINE E-MAILS FROM STEVE EICHEL AND LINDA COOPER AND TELEPHONE CONFERENCE WITH MR. EICHEL TO DISCUSS MILBANK ATTORNEYS' OBJECTIONS TO PARTICULAR LANGUAGE IN STUART MAUE RETENTION ORDER AND ENGAGEMENT LETTER (.4); |
| Thu | 122005/12 | | | | | 0.30 | F & | 2 | CONFERENCE WITH BOB HYDE ON SAME (.3); |
| | | | | | | 0.80 | F | 3 | REVIEW APPLICABLE LAW ON REASONABLENESS STANDARD TO APPLY TO POST-PETITION SECURED FEES (.8); |
| | | | | | | 0.70 | F | 4 | REVIEW APPLICABLE TERMS OF DIP FINANCING ORDER AND CREDIT AGREEMENT (.7); |
| | | | | | | 0.20 | F | 5 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS SAME (.2); |
| | | | | | | 0.20 | F | 6 | EXAMINE DEBTORS' MOTION TO REJECT GROUND AND AIRPORT LEASES (.2); |
| | | | | | | 0.50 | F | 7 | EXAMINE VARIOUS OBJECTIONS BY THREE LANDLORDS TO THIRD EXTENSION OF TIME TO ASSUME OR REJECT LEASES AND PINES-CARTER'S MOTION TO COMPEL (.5); |
| | | | | | | | | | MATTER: *Winn-Dixie Chapter 11 Bankruptcy* |
| 12/08/05 | Hyde Jr., R | 0.70 | 0.60 | 183.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Thu | 122005/13 | | | | | 0.60 | F & | 2 | REVIEW PROPOSED ORDER CONCERNING SUBMISSION OF FEES TO FEE EXAMINER, CONCURRENT REVIEW OF APPLICABLE BANKRUPTCY SECTIONS AND INTRAOFFICE CONFERENCE REGARDING SAME (.6); |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|---------------|--|------------|-----------|---|--|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| 12/21/05 Wed | Cox, B 122005/31 | 1.30 | 0.30 | 88.50 | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | 0.30 | F | 1 | CONFERENCE WITH BOB HYDE ON LATEST DEVELOPMENTS AND BANK'S POSITION (.3): |
| | | | | | | 0.30 | F | 2 | EXAMINE VARIOUS E-MAILS RE ORDER ON JEFFERIES' RETENTION (.3): |
| | | | | | | 0.20 | F | 3 | EXAMINE EQUITY COMMITTEE'S REQUEST FOR SCHEDULING CONFERENCE (.2): |
| | | | | | | 0.30 | F | 4 | EXAMINE DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (.3): |
| | | | | | | 0.20 | F | 5 | REVIEW DOCKET (.2): |
| 01/17/06 Tue | Cox, B 12006/62 | 2.10 | 0.40 | 126.00 | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | 0.20 | F | 1 | EXAMINE JEA'S NOTICE OF POSTPONED DEPOSITION AND TELEPHONE CONFERENCE WITH CYNDI JACKSON ON SAME (.2): |
| | | | | | | 0.20 | F | 2 | REVIEW QUARTERLY REPORT OF SETTLED CLAIMS (.2): |
| | | | | | | 0.20 | F | 3 | EXAMINE AMENDED NOTICES OF DEPOSITIONS BY PINES-CARTER (.2): |
| | | | | | | 1.00 | F | 4 | EXAMINE EQUITY COMMITTEE'S MOTION AND OBJECTION TO UST'S NOTICE OF DISBANDMENT AND MOTION FOR APPOINTMENT AND TWO CERTIFICATES OF NECESSITY FOR EMERGENCY HEARINGS (1.0): |
| | | | | | | 0.10 | F | 5 | EXAMINE PRELIMINARY AGENDA FOR JANUARY 19 HEARINGS (.1): |
| | | | | | | 0.40 | F & | 6 | CONFERENCE WITH BOB HYDE TO DISCUSS LATEST DEVELOPMENTS AND WACHOVIA'S POSITION ON SAME (.4): |
| 01/17/06 Tue | Hyde Jr., R 12006/63 | 0.70 | 0.40 | 128.00 | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| | | | | | | 0.10 | F | 2 | REVIEW JEA NOTICE OF RESCHEDULED DEPOSITION (.1): |
| | | | | | | 0.10 | F | 3 | REVIEW QUARTERLY REPORT OF SETTLED CLAIMS (.1): |
| | | | | | | 0.40 | F & | 4 | INTRAOFFICE CONFERENCE RE STATUS OF MOTION TO APPOINT EXAMINER, RESCHEDULED DEPOSITION OF DEBTOR BY JEA, STATUS OF DEVELOPMENT OF DEBTORS' CHAPTER 11 PLAN, AND RELATED MATTERS (.4): |
| 02/07/06 Tue | Hyde Jr., R 22006/98 | 0.50 | 0.20 | 64.00 | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| | | | | | | 0.20 | F | 2 | REVIEW OBJECTION OF AD HOC COMMITTEE TO DEBTORS' AMENDED MOTION FOR CEO RETENTION INCENTIVE (.2): |
| | | | | | C | 0.20 | F | 3 | INTRAOFFICE CONFERENCE RE ORDER DENYING RECENT MOTIONS BY DISBANDED EQUITY COMMITTEE AND POSSIBLE OUTCOMES OF SAME (.2): |
| 02/14/06 Tue | Cox, B 22006/108 | 0.50 | 0.20 | 63.00 | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| | | | | | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| | | | | | | 0.10 | F | 2 | EXAMINE HEARING PROCEEDING MEMORANDUM RE SARRIA ENTERPRISES MOTION FOR STAY RELIEF (.1): |
| | | | | | | 0.20 | F | 3 | REVIEW SEVERAL NOTICES OF HEARING AND DEBTORS' FILING RE SUPPLEMENT CONCERNING ORDINARY COURSE PROFESSIONALS AND COMPLETED QUESTIONNAIRE (.2): |
| | | | | | | 0.10 | F | 4 | REVIEW SEVERAL NOTICES OF AGREED ORDERS ON CLAIM RESOLUTIONS (1): |
| | | | | | | 0.20 | F & | 5 | CONFERENCE WITH BOB HYDE ON PLAN AND OTHER CURRENT ISSUES (.2): |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | | DESCRIPTION |
|------|-----------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 02/14/06 | Hyde Jr., R | 0.80 | 0.20 | 64.00 | | 0.10 | F | 1 | REVIEW DOCKET OF 2/13 (.1); |
| Tue | 22006/109 | | | | | 0.20 | F | 2 | REVIEW RESPONSE OF CATALINA ROCKINGHAM LLC TO DEBTORS' THIRD OMNIBUS OBJECTION (.2); |
| | | | | | | 0.10 | F | 3 | REVIEW RESPONSE OF CAPSTONE ADVISORS, INC. TO DEBTORS' THIRD OMNIBUS OBJECTION (.1); |
| | | | | | | 0.10 | F | 4 | REVIEW RESPONSE OF VICTORY REAL ESTATE INVESTORS TO DEBTORS' THIRD OMNIBUS OBJECTION (.1); |
| | | | | | | 0.10 | F | 5 | REVIEW OBJECTION OF CREDIT SUISSE FIRST BOSTON LLC TO DEBTORS' THIRD OMNIBUS OBJECTION (.1); |
| | | | | | | 0.20 | F & | 6 | INTRAOFFICE CONFERENCE RE CURRENT STATUS OF THE CASE, DEVELOPMENT OF THE CHAPTER 11 PLAN, SUBSTANTIVE CONSOLIDATION ISSUES AND RELATED MATTERS (.2); |
| | | | | | | | | | |
| | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 03/06/06 | Hyde Jr., R | 1.90 | 0.20 | 64.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Mon | 32006/137 | | | | | 0.10 | F | 2 | REVIEW MOTION FOR RELIEF FROM STAY (MOHUNDRO) (.1); |
| | | | | | | 0.10 | F | 3 | REVIEW AGREED ORDER ON NISM MOTION TO ALLOW CLAIM AS AMENDED CLAIM (.1); |
| | | | | | | 0.50 | F | 4 | REVIEW DEBTORS' MOTION FOR ORDER APPROVING ASSUMPTION AND MODIFICATION OF EQUIPMENT LEASE WITH ACCOMPANYING STIPULATION AND NOTICE OF HEARING (.5); |
| | | | | | | 0.30 | F | 5 | REVIEW JOINDER OF WILMINGTON TRUST CO. IN DEBTORS' MOTION FOR EXTENSION OF EXCLUSIVE PERIODS (.3); |
| | | | | | | 0.20 | F | 6 | REVIEW CREDITORS COMMITTEE'S STATEMENT IN CONNECTION WITH EQUITY COMMITTEE'S COUNSEL'S MOTIONS TO WITHDRAW (.2); |
| | | | | | | 0.40 | F | 7 | STUDY COMPARISON OF TWO MOST RECENT FINANCIAL REPORTS (.4); |
| | | | | | C | 0.20 | F | 8 | INTRAOFFICE CONFERENCE RE STATUS OF CASE AND SUBSTANTIVE CONSOLIDATION ISSUE (.2); |
| | | | | | | | | | |
| | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 03/10/06 | Hyde Jr., R | 0.80 | 0.10 | 32.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Fri | 32006/145 | | | | | 0.20 | F | 2 | REVIEW DEBTORS' MOTION TO SHORTEN NOTICE FOR HEARING ON DEBTORS' MOTION TO RETAIN LIQUIDATING AGENT (.2); |
| | | | | | | 0.10 | F | 3 | REVIEW PROCEEDING MEMORANDUM FROM MARCH 9 (.1); |
| | | | | | | 0.20 | F | 4 | REVIEW ORDER RECLASSIFYING MISCLASSIFIED CLAIMS (.2); |
| | | | | | | 0.10 | F | 5 | REVIEW ORDER GRANTING, IN PART, ALLIED PRINTING'S MOTION TO REQUIRE PAYMENT OF POST-PETITION OBLIGATIONS (.1); |
| | | | | | C | 0.10 | F | 6 | INTRAOFFICE CONFERENCE ON MARCH 9 HEARINGS (.1); |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|-----------|-------------|---------------|---------------|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 03/21/06 | Cox, B | 2.10 | 0.50 | 157.50 | | 0.50 | A | 1 | REVIEW THIRD INTERIM FEE APPLICATIONS |
| Tue | 32006/158 | | | | | 0.50 | A | 2 | AND COORDINATE WITH JIM FARRAR ON PREPARATION OF CHART DETAILING SAME AND PAYMENTS MADE TO DATE (1.0); |
| | | | | | | 0.20 | F | 3 | EXAMINE DEBTORS' SEVENTH OBJECTION TO OVERSTATED CLAIMS (.2); |
| | | | | | | 0.20 | F | 4 | REVIEW NUMEROUS ORDERS ON AGREED LITIGATION CLAIMS AND STRIKING IMPROPER FILINGS (.2); |
| | | | | | | 0.10 | F | 5 | EXAMINE WESTFORK TOWER LLC'S FILINGS RE RENT (.1); |
| | | | | | | 0.10 | F | 6 | EXAMINE E-MAIL ON CHANGE IN HEARING TIME (.1); |
| | | | | | | 0.20 | F | 7 | CONSIDER QUESTIONS WITH DISBURSEMENTS AND SHOWING REDACTED MATTERS WITH FEE AND EXPENSE INVOICES (.2); |
| | | | | | | 0.30 | F | 8 | TELEPHONE CONFERENCE WITH LINDA COOPER TO DISCUSS SAME (.3); |
| | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 03/27/06 | Cox, B | 1.50 | 0.60 | 189.00 | | 0.60 | F | 1 | REVIEW REVISED SPREADSHEET AND COMMUNICATE WITH PARALEGAL ON SAME (.6); |
| Mon | 32006/169 | | | | | 0.20 | F | 2 | PREPARE E-MAIL TO OTTERBOURG ATTORNEYS ON SAME (.2); |
| | | | | | | 0.10 | F | 3 | EXAMINE NOTICE RE NEW MEMBER OF CREDITORS' COMMITTEE (.1); |
| | | | | | | 0.10 | F | 4 | EXAMINE SUPPLEMENTAL AFFIDAVIT OF JOHN MACDONALD (.1); |
| | | | | | | 0.40 | F | 5 | WORK ON STATEMENT OF FEBRUARY FEES AND EXPENSES FOR FEE EXAMINER (.4); |
| | | | | | | 0.10 | F | 6 | TELEPHONE CONFERENCE WITH ATTORNEY EDDIE HELD ON SALES INFORMATION (.1); |
| | | | | | | | | | MATTER:*Winn-Dixie Chapter 11 Bankruptcy* |
| 04/12/06 | Hyde Jr., R | 1.40 | 0.20 | 64.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Wed | 42006/192 | | | | | 0.10 | F | 2 | REVIEW PROCEEDING MEMORANDA (.1); |
| | | | | | | 0.20 | F | 3 | REVIEW ORDERS ON MOTIONS FOR RELIEF FROM AUTOMATIC STAY (.2); |
| | | | | | | 0.20 | F | 4 | REVIEW STATEMENT OF PAYMENTS OR ORDINARY COURSE PROFESSIONALS (.2); |
| | | | | | | 0.20 | F | 5 | REVIEW OBJECTION TO DEBTORS' MOTION TO MODIFY CLAIMS RESOLUTION PROCEDURE (.2); |
| | | | | | | 0.40 | F | 6 | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING SALE OF ADDITIONAL STORES AND ACCOMPANYING NOTICE OF HEARING (.4); |
| | | | | | C | 0.20 | F | 7 | INTRAOFFICE CONFERENCE RE STATUS AND CURRENT DEVELOPMENTS (.2); |

& INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE
~ See the last page of exhibit for explanation

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|-----------|-------------|-----------------|-----------------|------------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | TOTAL OF ALL ENTRIES | | 5.80 | $1,788.50 | | | | |
| | TOTAL ENTRY COUNT: | 17 | | | | | | |
| | TOTAL TASK COUNT: | 17 | | | | | | |
| | TOTAL OF & ENTRIES | | 3.70 | $1,129.50 | | | | |
| | TOTAL ENTRY COUNT: | 10 | | | | | | |
| | TOTAL TASK COUNT: | 10 | | | | | | |

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.


SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
INTRAOFFICE CONFERENCES

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cox, B | 3.40 | 1,037.00 | 0.00 | 0.00 | 3.40 | 1,037.00 | 0.00 | 0.00 | 3.40 | 1,037.00 |
| Hyde Jr., R | 2.40 | 751.50 | 0.00 | 0.00 | 2.40 | 751.50 | 0.00 | 0.00 | 2.40 | 751.50 |
| | 5.80 | $1,788.50 | 0.00 | $0.00 | 5.80 | $1,788.50 | 0.00 | $0.00 | 5.80 | $1,788.50 |

RANGE OF HOURS
RANGE OF FEES


SUMMARY OF HOURS AND FEES BY INDIVIDUAL FOR
INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cox, B | 2.00 | 602.00 | 0.00 | 0.00 | 2.00 | 602.00 | 0.00 | 0.00 | 2.00 | 602.00 |
| Hyde Jr., R | 1.70 | 527.50 | 0.00 | 0.00 | 1.70 | 527.50 | 0.00 | 0.00 | 1.70 | 527.50 |
| | 3.70 | $1,129.50 | 0.00 | $0.00 | 3.70 | $1,129.50 | 0.00 | $0.00 | 3.70 | $1,129.50 |

RANGE OF HOURS
RANGE OF FEES


(--) REASONS FOR TASK HOUR ASSIGNMENTS
F       FINAL BILL
A       ALLOCATED BY AUDITOR

EXHIBIT D
INTRAOFFICE CONFERENCES
Rogers Towers, P.A.

SUMMARY OF HOURS AND FEES BY MATTER FOR
INTRAOFFICE CONFERENCES

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 5.80 | 1,788.50 | 0.00 | 0.00 | 5.80 | 1,788.50 | 0.00 | 0.00 | 5.80 | 1,788.50 |
| | 5.80 | $1,788.50 | 0.00 | $0.00 | 5.80 | $1,788.50 | 0.00 | $0.00 | 5.80 | $1,788.50 |

RANGE OF HOURS
RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER FOR
INTRAOFFICE CONFERENCES - MULTIPLE ATTENDANCE

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 3.70 | 1,129.50 | 0.00 | 0.00 | 3.70 | 1,129.50 | 0.00 | 0.00 | 3.70 | 1,129.50 |
| | 3.70 | $1,129.50 | 0.00 | $0.00 | 3.70 | $1,129.50 | 0.00 | $0.00 | 3.70 | $1,129.50 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F        FINAL BILL
A        ALLOCATED BY AUDITOR

EXHIBIT E
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cregger, S | 0.40 | 48.00 |
| Farrar, J | 8.10 | 1,053.00 |
| | 8.50 | $1,101.00 |

EXHIBIT E
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Rogers Towers, P.A.

| NAME | DATE | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
| | | | COMBINED HOURS | COMBINED FEES | | | | |
|---|---|---|---|---|---|---|---|---|
| Cregger, S | 03/23/06 | 0.40 | 0.40 | 48.00 | | 0.40 | F | 1 | MATTER: *Winn-Dixie Chapter 11 Bankruptcy*<br>OBTAIN COPIES OF BANKRUPTCY COURT DOCUMENTS (.4): |
| | Thu | 32006 / 165 | | | | | | |
| | | | 0.40 | 48.00 | | | | |
| | NUMBER OF ENTRIES: | 1 | | | | | | |
| Farrar, J | 01/05/06 | 0.30 | 0.30 | 39.00 | | | 1 | MATTER: *Winn-Dixie Chapter 11 Bankruptcy*<br>RESEARCH REGARDING MAJOR B. HARDING: |
| | Thu | 12006 / 47 | | | | | | |
| | 01/27/06 | 0.50 | 0.50 | 65.00 | | 0.50 | F | 1 | MATTER: *Winn-Dixie Chapter 11 Bankruptcy*<br>ASSEMBLE AND ORGANIZE EXHIBITS REGARDING EQUITY COMMITTEE'S REQUEST FOR JUDICIAL NOTICE (.5): |
| | Fri | 12006 / 81 | | | | | | |
| | 03/20/06 | 1.80 | 1.80 | 234.00 | | 1.80 | F | 1 | MATTER: *Winn-Dixie Chapter 11 Bankruptcy*<br>DRAFT SUMMARY OF THIRD INTERIM PROFESSIONAL FEE APPLICATIONS (1.8): |
| | Mon | 32006 / 157 | | | | | | |
| | 03/21/06 | 3.10 | 3.10 | 403.00 | | 3.10 | F | 1 | MATTER: *Winn-Dixie Chapter 11 Bankruptcy*<br>CONTINUE DRAFTING SUMMARY OF THIRD INTERIM PROFESSIONAL FEE APPLICATIONS (3.10): |
| | Tue | 32006 / 160 | | | | | | |
| | 03/27/06 | 2.40 | 2.40 | 312.00 | | 2.40 | F | 1 | MATTER: *Winn-Dixie Chapter 11 Bankruptcy*<br>REVISE DEBTORS/CREDITORS COMMITTEE PROFESSIONAL FEE SPREADSHEET (2.4): |
| | Mon | 32006 / 171 | | | | | | |
| | | | 8.10 | 1,053.00 | | | | |
| | NUMBER OF ENTRIES: | 5 | | | | | | |
| | | | 8.50 | $1,101.00 | | | | |
| Total Number of Entries: | 6 | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT E
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Rogers Towers, P.A.

### SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Cregger, S | 0.40 | 48.00 | 0.00 | 0.00 | 0.40 | 48.00 | 0.00 | 0.00 | 0.40 | 48.00 |
| Farrar, J | 8.10 | 1,053.00 | 0.00 | 0.00 | 8.10 | 1,053.00 | 0.00 | 0.00 | 8.10 | 1,053.00 |
| | 8.50 | $1,101.00 | 0.00 | $0.00 | 8.50 | $1,101.00 | 0.00 | $0.00 | 8.50 | $1,101.00 |

RANGE OF HOURS
RANGE OF FEES

### SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Chapter 11 Bankruptcy | 8.50 | 1,101.00 | 0.00 | 0.00 | 8.50 | 1,101.00 | 0.00 | 0.00 | 8.50 | 1,101.00 |
| | 8.50 | $1,101.00 | 0.00 | $0.00 | 8.50 | $1,101.00 | 0.00 | $0.00 | 8.50 | $1,101.00 |

RANGE OF HOURS
RANGE OF FEES

(--) REASONS FOR TASK HOUR ASSIGNMENTS
F      FINAL BILL
A      ALLOCATED BY AUDITOR

EXHIBIT F

LEGAL RESEARCH

Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cox, B | 1.70 | 531.50 |
| | 1.70 | $531.50 |

EXHIBIT F

LEGAL RESEARCH

Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|--|------------|------------|---|--|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 12/19/05 | Cox, B | 2.90 | 0.20 | 59.00 | | 0.60 | A | 1 | ANALYZE PROPOSED CHANGES TO ORDER ON RETENTION OF JEFFERIES BY EQUITY COMMITTEE, NOTE ADDITIONAL CHANGES |
| Mon | 122005/27 | | | | | 0.60 | A | 2 | AND TELEPHONE CONFERENCE WITH JOHN MACDONALD TO DISCUSS SAME (1.2): |
| | | | | | | 0.30 | F | 3 | REVIEW ADDITIONAL CHANGES PROPOSED BY JOHN MACDONALD AND E-MAILS FROM OTHER ATTORNEYS ON SAME (.3): |
| | | | | | | 0.20 | F | 4 | COMMUNICATE WITH JON HELFAT ON SAME (.2): |
| | | | | | | 0.40 | F | 5 | REVIEW LOCAL RULES CONCERNING ANY REQUIREMENTS WITH APPOINTMENT OF EXAMINER AND RESPOND TO MR. HELFAT'S INQUIRY ON SAME (.4): |
| | | | | | | 0.30 | F | 6 | FINALIZE REPORT OF DECEMBER 1 HEARINGS AND TRANSMIT TO OTTERBOURG ATTORNEYS(.3): |
| | | | | | | 0.30 | F | 7 | EXAMINE VARIOUS ORDERS ENTERED ON MOTIONS HEARD ON DECEMBER 15 (.3): |
| | | | | | | 0.20 | F | 8 | REVIEW NUMEROUS AGREED ORDERS ON RESOLUTION OF LITIGATION CLAIMS (.2): |
| | | | | | | | | | |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 01/25/06 | Cox, B | 3.00 | 1.50 | 472.50 | | 0.10 | F | 1 | EXAMINE E-MAIL FROM JOHN MACDONALD ON ADDITIONAL TIME TO RESPOND TO EQUITY COMMITTEE MOTION (.1): |
| Wed | 12006/75 | | | | | 0.50 | F | 2 | REVIEW DRAFT OF WACHOVIA'S OBJECTION TO EQUITY COMMITTEE MOTION |
| | | | | | | 0.50 | F | 3 | AND TELEPHONE CONFERENCES WITH STEVE SOLL TO DISCUSS SAME (1.0): |
| | | | | | | 1.50 | F | 4 | REVIEW PERTINENT CASES (1.5): |
| | | | | | | 0.20 | F | 5 | EXAMINE E-MAILS FROM STEVE SOLL ON POSITIONS OF DEBTORS AND CREDITORS COMMITTEE RE EQUITY COMMITTEE MOTION (.2): |
| | | | | | | 0.10 | F | 6 | EXAMINE DEBTORS' STATEMENT OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS (.1): |
| | | | | | | 0.10 | F | 7 | EXAMINE NOTICES RELATING TO DEPOSITION CANCELLATIONS (.1): |
| | | | | 1.70 | $531.50 | | | | | |

Total
Number of Entries:        2

~ See the last page of exhibit for explanation

EXHIBIT F
LEGAL RESEARCH
Rogers Towers, P.A.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cox, B | 1.70 | 531.50 | 0.00 | 0.00 | 1.70 | 531.50 | 0.00 | 0.00 | 1.70 | 531.50 |
| | 1.70 | $531.50 | 0.00 | $0.00 | 1.70 | $531.50 | 0.00 | $0.00 | 1.70 | $531.50 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 1.70 | 531.50 | 0.00 | 0.00 | 1.70 | 531.50 | 0.00 | 0.00 | 1.70 | 531.50 |
| | 1.70 | $531.50 | 0.00 | $0.00 | 1.70 | $531.50 | 0.00 | $0.00 | 1.70 | $531.50 |

RANGE OF HOURS

RANGE OF FEES

(~) REASONS FOR TASK HOUR ASSIGNMENTS
F       FINAL BILL
A       ALLOCATED BY AUDITOR

EXHIBIT G-1
ROGERS TOWERS COMPENSATION
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cox, B | 9.10 | 2,866.50 |
| | 9.10 | $2,866.50 |

EXHIBIT G-1

ROGERS TOWERS COMPENSATION

Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|---|-------------|
| | | | INFORMATIONAL | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/04/06 | Cox, B | 1.20 | 0.20 | 63.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Wed | 12006/43 | | | | | 0.30 | F | 2 | CONFERENCE CALL WITH JON HELFAT AND DAN FIORILLO TO DISCUSS EXAMINER MOTION AND POSSIBLE CANDIDATE (.3); |
| | | | | | | 0.30 | F | 3 | CONSIDER ISSUES PRESENTED WITH EXAMINER (.3); |
| | | | | | | 0.20 | F | 4 | TELEPHONE CONFERENCE WITH MR. FIORILLO TO DISCUSS INVOICES TO SUBMIT TO FEE EXAMINER AND CONFIDENTIALITY ISSUES (.2); |
| | | | | | | 0.20 | F | 5 | CONSIDER RECOMMENDATIONS TO MAKE TO FEE EXAMINER (.2); |
| | | | | | | 0.10 | F | 6 | EXAMINE ORDER ON STAY RELIEF FOR CAPITAL CROSSING BANK (.1); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/09/06 | Cox, B | 1.50 | 0.40 | 126.00 | | 0.40 | F | 1 | REVIEW INFORMATION TO PROVIDE TO FEE EXAMINER (.4); |
| Mon | 12006/50 | | | | | 0.30 | F | 2 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS SAME AND GENERAL STATUS OF CASE(.3); |
| | | | | | | 0.30 | F | 3 | EXAMINE CREDITORS' COMMITTEE'S RESPONSE TO REQUEST FOR SCHEDULING CONFERENCE (.3); |
| | | | | | | 0.20 | F | 4 | EXAMINE VARIOUS CREDITORS' RESPONSES TO DEBTORS' CLAIM OBJECTIONS ( .2); |
| | | | | | | 0.30 | F | 5 | EXAMINE DEBTORS' OBJECTION AND CREDITORS COMMITTEE'S JOINDER IN OBJECTION TO ALLOW LATE FILED CLAIM (.3); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/31/06 | Cox, B | 1.20 | 0.50 | 157.50 | | 0.50 | F | 1 | WORK ON INFORMATION TO SUBMIT TO FEE EXAMINER (.5); |
| Tue | 12006/87 | | | | | 0.10 | F | 2 | REVIEW DOCKET (.1); |
| | | | | | | 0.30 | F | 3 | TELEPHONE CONFERENCE WITH DAN FIORILLO ON CURRENT ISSUES AND WACHOVIA'S POSITION (.3); |
| | | | | | | 0.30 | F | 4 | EXAMINE LETTER AND FIRM BROCHURE FROM BERGER EPSTEIN RE ITS INTEREST IN BEING APPOINTED EXAMINER (.3); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/01/06 | Cox, B | 1.90 | 0.40 | 126.00 | | 0.70 | F | 1 | REVIEW DOCKET, RECENT FILINGS AND MATTERS SET FOR HEARING IN FEBRUARY (.7); |
| Wed | 22006/89 | | | | | 0.40 | F | 2 | REVIEW ISSUES WITH ATTORNEYS' FEES AND TELEPHONE CONFERENCE WITH LINDA COOPER TO DISCUSS PRELIMINARY REVIEW OF INVOICES OF BANK'S COUNSEL (.4); |
| | | | | | | 0.40 | F | 3 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS SAME AND E-MAIL RE CONFERENCE CALL ON 2/2 (.4); |
| | | | | | | 0.30 | F | 4 | EXAMINE DEBTORS' AMENDED MOTION RE INCENTIVE FOR PETER LYNCH AND PREPARE MEMO ON QUESTIONS WITH SAME TO OTTERBOURG ATTORNEYS (.3); |
| | | | | | | 0.10 | F | 5 | PREPARE E-MAIL TO LINDA COOPER ON CONFERENCE CALL (.1); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/12/06 | Cox, B | 2.50 | 0.50 | 157.50 | | 1.90 | F | 1 | REVIEW ORDERS ENTERED ON MATTERS HEARD AT 2/9 HEARINGS AND PREPARE DETAILED REPORT ON HEARINGS FOR OTTERBOURG ATTORNEYS (1.9); |
| Sun | 22006/105 | | | | | 0.10 | F | 2 | EXAMINE E-MAILS BETWEEN DAN FIORILLO AND LINDA COOPER RE OTTERBOURG INVOICES (.1); |
| | | | | | | 0.50 | F | 3 | WORK ON INVOICES FOR SUBMITTAL TO FEE EXAMINER (.5); |

~  See the last page of exhibit for explanation

EXHIBIT G-1
ROGERS TOWERS COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/17/06 | Cox, B | 3.50 | 0.90 | 283.50 | | 0.20 | F | 1 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS QUESTIONS WITH INVOICES TO SUBMIT TO STUART MAUE (.2): |
| Fri | 22006/113 | | | | | 0.70 | F | 2 | SCAN REPORTS PREPARED BY STUART MAUE IN TWO CALIFORNIA BANKRUPTCY CASES (.7): |
| | | | | | | 0.10 | F | 3 | EXCHANGE E-MAILS WITH KIM LAMANA RE FEE EXAMINER REPORTS (.1): |
| | | | | | | 1.40 | F | 4 | PARTICIPATE IN LENGTHY CONFERENCE CALL WITH LINDA COOPER, STEVE EICHEL AND MIKE COMERFORD CONCERNING FORMAT FOR FEE EXAMINER'S REPORTS AND QUESTIONS CONCERNING SAME (1.4): |
| | | | | | | 0.20 | F | 5 | EXAMINE DEBTORS' MOTION FOR FOURTH EXTENSION TO REJECT LEASES (.2): |
| | | | | | | 0.30 | F | 6 | EXAMINE DEBTORS' MOTION FOR SALE OF MIRAMAR OUTPARCEL (.3): |
| | | | | | | 0.20 | F | 7 | EXAMINE DEBTORS' MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES (.2): |
| | | | | | | 0.10 | F | 8 | EXAMINE DEBTORS' OBJECTION TO FLORIDA TAX COLLECTOR'S MOTION (.1): |
| | | | | | | 0.10 | F | 9 | EXAMINE WILMINGTON TRUST'S OBJECTION TO DEBTORS' MOTION TO APPROVE SETTLEMENT (.1): |
| | | | | | | 0.10 | F | 10 | EXAMINE FOUR NOTICES OF HEARING (.1): |
| | | | | | | 0.10 | F | 11 | EXAMINE MARKETPLACE PORT ST. LUCIE'S APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM (.1): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/21/06 | Cox, B | 1.10 | 0.80 | 252.00 | | 0.10 | F | 1 | EXAMINE PRELIMINARY AGENDA FOR 2/23 HEARINGS (.1): |
| Tue | 22006/118 | | | | | 0.20 | F | 2 | REVIEW DOCKET FOR LATEST ENTRIES (.2): |
| | | | | | | 0.80 | F | 3 | REVIEW INVOICES TO PROVIDE TO FEE EXAMINER (.8): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/22/06 | Cox, B | 1.30 | 0.80 | 252.00 | | 0.20 | F | 1 | REVIEW DOCKET (.2): |
| Wed | 22006/120 | | | | | 0.30 | F | 2 | REVIEW DEBTORS' FOURTH MOTION FOR EXTENSION OF EXCLUSIVE PERIODS (.3): |
| | | | | | | 0.30 | F | 3 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS SUBMITTAL OF FEES AND EXPENSE STATEMENTS TO FEE EXAMINER AND CONFERENCE CALL ON 2/17 (.3): |
| | | | | | | 0.50 | F | 4 | WORK ON FORMAT OF INVOICES TO SUBMIT TO FEE EXAMINER (.5): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/24/06 | Cox, B | 1.00 | 0.50 | 157.50 | | 0.20 | F | 1 | EXCHANGE E-MAILS WITH DAN FIORILLO ON QUESTIONS WITH INFORMATION TO SUBMIT TO FEE EXAMINER (.2): |
| Fri | 22006/124 | | | | | 0.20 | F | 2 | EXAMINE DEBTORS' NOTICE OF INTENT TO COMPROMISE WITH STATE STREET CROSSING (.2): |
| | | | | | | 0.30 | F | 3 | EXAMINE PAUL HASTINGS AND JENNIS BOWEN'S MOTIONS TO WITHDRAW AS COUNSEL FOR EQUITY COMMITTEE AND PROPOSED ORDERS ON SAME (.3): |
| | | | | | | 0.30 | F | 4 | BRIEFLY EXAMINE OTTERBOURG FIRM'S SAMPLE INVOICE TO SUBMIT TO FEE EXAMINER (.3): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/13/06 | Cox, B | 1.50 | 0.50 | 157.50 | | 0.50 | A | 1 | EXAMINE DRAFTS FROM DEBTORS OF MOTION RELATING TO GOING OUT OF BUSINESS SALES FOR 35 STORES |
| Mon | 32006/146 | | | | | 0.50 | A | 2 | AND COMMUNICATE WITH CYNDI JACKSON, JON HELFAT AND DAN FIORILLO ON SAME (1.0): |
| | | | | | | 0.50 | F | 2 | WORK ON STATEMENTS TO SUBMIT TO FEE EXAMINER (.5): |

EXHIBIT G-1

ROGERS TOWERS COMPENSATION

Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---|-----------|-----------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/27/06 | Cox, B | 1.50 | 0.40 | 126.00 | | 0.60 | F | 1 | REVIEW REVISED SPREADSHEET AND COMMUNICATE WITH PARALEGAL ON SAME (.6); |
| Mon | 32006/169 | | | | | 0.20 | F | 2 | PREPARE E-MAIL TO OTTERBOURG ATTORNEYS ON SAME (.2); |
| | | | | | | 0.10 | F | 3 | EXAMINE NOTICE RE NEW MEMBER OF CREDITORS' COMMITTEE (.1); |
| | | | | | | 0.10 | F | 4 | EXAMINE SUPPLEMENTAL AFFIDAVIT OF JOHN MACDONALD (.1); |
| | | | | | | 0.40 | F | 5 | WORK ON STATEMENT OF FEBRUARY FEES AND EXPENSES FOR FEE EXAMINER (.4); |
| | | | | | | 0.10 | F | 6 | TELEPHONE CONFERENCE WITH ATTORNEY EDDIE HELD ON SALES INFORMATION (.1); |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/29/06 | Cox, B | 0.50 | 0.30 | 94.50 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Wed | 32006/174 | | | | | 0.10 | F | 2 | EXAMINE HEALTHCARE CONSULTANTS' RESPONSE TO DEBTORS' CLAIM OBJECTION (.1); |
| | | | | | | 0.30 | F | 3 | REVIEW STATEMENT FOR FEBRUARY TIME AND INFORMATION ON EXPENSES TO PROVIDE TO FEE EXAMINER (.3); |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/10/06 | Cox, B | 2.50 | 0.50 | 157.50 | | 0.40 | F | 1 | ANALYZE DRAFT EXHIBITS TO MOTION FOR SALE OF 35 STORES (.4); |
| Mon | 42006/187 | | | | | 1.10 | F | 2 | ANALYZE DEBTORS' FURTHER REVISED DRAFT MOTION TO SELL 35 STORES AND COMPARE WITH MOTION TO SELL STORES IN 2005 AND EXCHANGE COMMUNICATIONS WITH CYNDI JACKSON ON SAME (1.1); |
| | | | | | | 0.40 | F | 3 | EXAMINE FOUR CREDITORS' RESPONSES TO DEBTORS' CLAIM OBJECTIONS (.4); |
| | | | | | | 0.50 | F | 4 | FURTHER WORK ON INVOICES TO PROVIDE TO FEE EXAMINER (.5); |
| | | | | | | 0.10 | F | 5 | EXAMINE ORDERS ON THREE STAY RELIEF MOTIONS (.1); |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/26/06 | Cox, B | 3.20 | 2.40 | 756.00 | | 2.40 | F | 1 | REVIEW AND REVISE MONTHLY INVOICES FOR SUBMITTAL TO FEE EXAMINER (2.4); |
| Wed | 42006/210 | | | | | 0.10 | F | 2 | EXAMINE RESPONSE OF HENRICO COUNTY TO CLAIM OBJECTION (.1); |
| | | | | | | 0.40 | F | 3 | EXAMINE AD HOC TRADE COMMITTEE'S APPLICATION FOR 2004 EXAMINATIONS (.4); |
| | | | | | | 0.30 | F | 4 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS 2004 APPLICATION AND OTHER RECENT DEVELOPMENTS (.3); |
| | | | 9.10 | $2,866.50 | | | | | |

Total
Number of Entries:    14

~  See the last page of exhibit for explanation

EXHIBIT G-1
ROGERS TOWERS COMPENSATION
Rogers Towers, P.A.

## SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| TIMEKEEPER | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Cox, B | 9.10 | 2,866.50 | 0.00 | 0.00 | 9.10 | 2,866.50 | 0.00 | 0.00 | 9.10 | 2,866.50 |
| | 9.10 | $2,866.50 | 0.00 | $0.00 | 9.10 | $2,866.50 | 0.00 | $0.00 | 9.10 | $2,866.50 |

RANGE OF HOURS

RANGE OF FEES

## SUMMARY OF HOURS AND FEES BY MATTER

| MATTER NAME | ISOLATED HOURS | ISOLATED FEES | BLOCKED HOURS | BLOCKED FEES | MAXIMUM HOURS | MAXIMUM FEES | PROPORTIONAL HOURS | PROPORTIONAL FEES | COMBINED HOURS | COMBINED FEES |
|---|---|---|---|---|---|---|---|---|---|---|
| Winn-Dixie Chapter 11 Bankruptcy | 9.10 | 2,866.50 | 0.00 | 0.00 | 9.10 | 2,866.50 | 0.00 | 0.00 | 9.10 | 2,866.50 |
| | 9.10 | $2,866.50 | 0.00 | $0.00 | 9.10 | $2,866.50 | 0.00 | $0.00 | 9.10 | $2,866.50 |

RANGE OF HOURS

RANGE OF FEES

(-) REASONS FOR TASK HOUR ASSIGNMENTS
F    FINAL BILL
A    ALLOCATED BY AUDITOR

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Cox, B | 17.70 | 5,509.50 |
| Farrar, J | 7.30 | 949.00 |
| Hyde Jr., R | 9.80 | 3,095.50 |
| | 34.80 | $9,554.00 |

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|---|-------------|
| | | | INFORMATIONAL | | | | | | |

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | # | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|---|-------------|
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/02/05 | Hyde Jr., R | 0.70 | 0.60 | 183.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| Fri | 122005/4 | | | | | 0.60 | F | 2 | REVIEW APPLICATIONS FOR RETENTION OF PROFESSIONALS (.6): |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/05/05 | Hyde Jr., R | 1.80 | 0.90 | 274.50 | | 0.20 | F | 1 | REVIEW ORDER AUTHORIZING DEBTORS TO RETAIN DELOITTE TOUCHE FOR RISK ASSESSMENT (.2): |
| Mon | 122005/7 | | | | | 0.10 | F | 2 | REVIEW ORDER AUTHORIZING EMPLOYMENT OF LOCAL COUNSEL FOR EQUITY SECURITY COMMITTEE (.1): |
| | | | | | | 0.30 | F | 3 | REVIEW PROCEEDING MEMORANDA FOR HEARINGS HELD ON DECEMBER 1, 2005 CONCERNING INTERIM COMPENSATION FOR FINANCIAL ADVISORS, ACCOUNTANTS, AND ATTORNEYS (.3). |
| | | | | | | 0.10 | F | 4 | ORDER AUTHORIZING REJECTION OF LEASES AND ABANDONMENT OF RELATED PERSONAL PROPERTY (.1) |
| | | | | | | 0.10 | F | 5 | AND AMENDED ORDER AUTHORIZING SALE OF OUTPARCEL (.1): |
| | | | | | | 0.20 | F | 6 | REVIEW ORDER AUTHORIZING SALE OF OUTPARCELS (.2): |
| | | | | | | 0.30 | F | 7 | REVIEW PROCEEDING MEMORANDA ON HEARINGS ON MOTION FOR ORDER AUTHORIZING AND APPROVING REJECTION OF REAL PROPERTY LEASES AND OBJECTION BY LITHLAND, PROCEEDING MEMORANDA CONCERNING RETENTION OF COUNSEL AND FINANCIAL ADVISOR TO EQUITY SECURITY COMMITTEE, SECOND APPLICATION FOR COMPENSATION BY DEBTOR'S COUNSEL SMITH HULSEY & BUSEY AND SKADDEN ARPS (.3): |
| | | | | | | 0.10 | F | 8 | REVIEW ORDER AUTHORIZING NUNC PRO TUNC RETENTION OF COUNSEL TO EQUITY SECURITY COMMITTEE (.1): |
| | | | | | | 0.10 | F | 9 | REVIEW ORDER AUTHORIZING REJECTION OF LEASE (.1): |
| | | | | | | 0.20 | F | 10 | REVIEW ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS (.2): |
| | | | | | D | 0.10 | F | 11 | INTRAOFFICE CONFERENCE RE STATUS OF ORDER CONCERNING DEVELOPMENT OF GUIDELINES BY FEE EXAMINER FOR REVIEW OF STATEMENTS FROM DEBTORS' LENDER'S COUNSEL (.1): |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/16/05 | Cox, B | 2.40 | 0.20 | 59.00 | | 0.20 | F | 1 | REVIEW TWO NEWSPAPER ARTICLES AND TRANSMIT TO OTTERBOURG ATTORNEYS (.2): |
| Fri | 122005/25 | | | | | 0.30 | F | 2 | EXAMINE VARIOUS ORDERS ENTERED ON DECEMBER 1 HEARINGS (.3): |
| | | | | | | 0.20 | F | 3 | SCAN AKERMAN SENTERFITT'S INVOICE FOR NOVEMBER TIME (.2): |
| | | | | | | 1.70 | F | 4 | PREPARE DETAILED REPORT TO OTTERBOURG ATTORNEYS ON DECEMBER 1 OMNIBUS HEARINGS (1.7): |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/19/05 | Cox, B | 2.90 | 1.70 | 501.50 | | 0.60 | A | 1 | ANALYZE PROPOSED CHANGES TO ORDER ON RETENTION OF JEFFERIES BY EQUITY COMMITTEE, NOTE ADDITIONAL CHANGES |
| Mon | 122005/27 | | | | | 0.60 | A | 2 | AND TELEPHONE CONFERENCE WITH JOHN MACDONALD TO DISCUSS SAME (1.2): |
| | | | | | | 0.30 | F | 3 | REVIEW ADDITIONAL CHANGES PROPOSED BY JOHN MACDONALD AND E-MAILS FROM OTHER ATTORNEYS ON SAME (.3): |
| | | | | | F | 0.20 | F | 4 | COMMUNICATE WITH JON HELFAT ON SAME (.2): |
| | | | | | | 0.40 | F | 5 | REVIEW LOCAL RULES CONCERNING ANY REQUIREMENTS WITH APPOINTMENT OF EXAMINER AND RESPOND TO MR. HELFAT'S INQUIRY ON SAME (.4): |
| | | | | | | 0.30 | F | 6 | FINALIZE REPORT OF DECEMBER 1 HEARINGS AND TRANSMIT TO OTTERBOURG ATTORNEYS(.3): |
| | | | | | | 0.30 | F | 7 | EXAMINE VARIOUS ORDERS ENTERED ON MOTIONS HEARD ON DECEMBER 15 (.3): |
| | | | | | | 0.20 | F | 8 | REVIEW NUMEROUS AGREED ORDERS ON RESOLUTION OF LITIGATION CLAIMS (.2): |

~ See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|----------------|--------------|------------|------------|---|----|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/19/05 | Hyde Jr., R | 1.60 | 0.10 | 30.50 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Mon | 122005/'28 | | | | | 0.10 | F | 2 | REVIEW PROCEEDING MEMORANDA ON LATE FILED CLAIM (.1), |
| | | | | | | 0.10 | F | 3 | MOTION TO DEEM CLAIM OF CREDIT SUISSE TIMELY FILED (.1), |
| | | | | | | 0.10 | F | 4 | MOTION FOR ORDER AUTHORIZING REJECTION OF LEASES, SUBLEASES, (.1), |
| | | | | | | 0.10 | F | 5 | MOTION TO REJECT GROUND LEASES (.1), |
| | | | | | | 0.10 | F | 6 | MOTION TO COMPEL ASSUMPTION OR REJECTION-CARTER (.1), |
| | | | | | | 0.10 | F | 7 | ORDER ON FIRST OMNIBUS OBJECTION TO CLAIMS (.1); |
| | | | | | | 0.10 | F | 8 | EQUITY COMMITTEE APPLICATION TO HIRE JEFFERIES AND FINANCIAL ADVISORS (.1), |
| | | | | | | 0.10 | F | 9 | MOTION FOR ORDER AUTHORIZING SALE FREE AND CLEAR (.1), |
| | | | | | | 0.10 | F | 10 | MOTION FOR THIRD EXTENSION FOR DEBTORS TO ASSUME OR REJECT UNEXPIRED LEASES (.1), |
| | | | | | | 0.10 | F | 11 | MOTION FOR THIRD EXTENSION OF DEBTORS' EXCLUSIVE PERIODS (.1), |
| | | | | | | 0.10 | F | 12 | MOTION TO IMPLEMENT ORDER ON PENMAN LIMITED'S MOTION TO COMPEL (.1), |
| | | | | | | 0.10 | F | 13 | MOTION TO COMPEL DEBTORS TO ASSUME OR REJECT BYPASS LEASE (.1); |
| | | | | | | 0.20 | F | 14 | REVIEW ORDERS AUTHORIZING DEBTORS TO REJECT LEASES (.2); |
| | | | | | | 0.20 | F | 15 | REVIEW ORDER DISALLOWING AND EXPUNGING CLAIMS (.2); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/20/05 | Cox, B | 1.20 | 0.80 | 236.00 | | 0.20 | F | 1 | EXAMINE NOTES FROM HEARINGS AND CONFERENCE WITH JON HELFAT TO DISCUSS ISSUES WITH RETENTION OF JEFFERIES (.2); |
| Tue | 122005/'29 | | | | | 0.20 | F | 2 | EXAMINE AND RESPOND TO E-MAILS CONCERNING PROPOSED CHANGES TO ORDER ON RETENTION OF JEFFERIES (.2); |
| | | | | | | 0.30 | F | 3 | CONFERENCE CALL WITH CYNDI JACKSON AND ROSALIE GRAY TO DISCUSS SAME (.3); |
| | | | | | | 0.10 | F | 4 | TELEPHONE CALL AND E-MAIL TO CYNDI JACKSON RE FEE EXAMINER MATTER (.1); |
| | | | | | | 0.40 | F | 5 | REVIEW DOCKET AND VARIOUS ORDERS ON CLAIMS AND ADDITIONAL ORDERS ON MOTIONS HEARD ON 12/15 (.4); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/21/05 | Cox, B | 1.30 | 0.30 | 88.50 | | 0.30 | F | 1 | CONFERENCE WITH BOB HYDE ON LATEST DEVELOPMENTS AND BANK'S POSITION (.3); |
| Wed | 122005/'31 | | | | | 0.30 | F | 2 | EXAMINE VARIOUS E-MAILS RE ORDER ON JEFFERIES' RETENTION (.3); |
| | | | | | | 0.20 | F | 3 | EXAMINE EQUITY COMMITTEE'S REQUEST FOR SCHEDULING CONFERENCE (.2); |
| | | | | | | 0.30 | F | 4 | EXAMINE DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (.3); |
| | | | | | | 0.20 | F | 5 | REVIEW DOCKET (.2); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/22/05 | Cox, B | 0.90 | 0.20 | 59.00 | | 0.20 | F | 1 | EXAMINE ADDITIONAL E-MAILS RE FINAL CHANGES TO ORDER ON JEFFERIES' RETENTION AND RESPOND TO SAME (.2); |
| Thu | 122005/'33 | | | | | 0.20 | F | 2 | EXAMINE NOTICE OF HEARING ON JEA'S MOTION AND REVIEW MOTION (.2); |
| | | | | | | 0.10 | F | 3 | EXAMINE DEBTORS' MOTION TO AMEND ORDER ON LEASE REJECTION (.1); |
| | | | | | | 0.40 | F | 4 | TELEPHONE CONFERENCE WITH EDDIE HELD CONCERNING ARTICLE ON PETER LYNCH, EXAMINE ARTICLE AND TELEPHONE CONFERENCE WITH JON HELFAT ON SAME AND GENERAL STATUS (.4); |

~ See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/28/05 | Cox, B | 0.60 | 0.10 | 29.50 | | 0.30 | F | 1 | EXAMINE ORDER APPROVING SALE OF MIAMI DAIRY ASSETS (.3): |
| Wed | 122005/35 | | | | | 0.20 | F | 2 | EXAMINE DEBTORS' MOTION TO ASSUME LEASE AND FILINGS BY CERTAIN CREDITORS (.2): |
| | | | | | | 0.10 | F | 3 | EXCHANGE E-MAILS WITH CYNDI JACKSON ON ISSUE WITH PROFESSIONALS' FEES AND COSTS (.1): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/28/05 | Hyde Jr., R | 1.90 | 0.80 | 244.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| Wed | 122005/36 | | | | | 0.20 | F | 2 | REVIEW REQUEST FOR SCHEDULING CONFERENCE CONCERNING MOTION BY EQUITY COMMITTEE FOR THE APPOINTMENT OF AN EXAMINER (.2): |
| | | | | | | 0.10 | F | 3 | REVIEW DEBTORS' MOTION TO AMEND ORDER REGARDING REJECTION OF LEASES (.1): |
| | | | | | | 0.10 | F | 4 | REVIEW NOTICE OF HEARING ON JEA'S MOTION FOR ADEQUATE INSURANCE OF FUTURE PAYMENTS (.1): |
| | | | | | | 0.10 | F | 5 | REVIEW TRANSFER OF CLAIM TO LASALLE BANK N.A. AS TRUSTEE FOR MORGAN STANLEY (.1): |
| | | | | | | 0.10 | F | 6 | REVIEW MOTION FOR RELIEF FROM STAY (RIVERS) (.1): |
| | | | | | | 0.10 | F | 7 | RENEW AGREED ORDERS ON VARIOUS LITIGATION RESOLUTIONS (.1): |
| | | | | | | 0.30 | F | 8 | REVIEW ORDER APPROVING DEBTORS' SALE OF MIAMI DAIRY ASSETS FREE AND CLEAR, ASSUMPTION AND ASSIGNMENT OF LEASES AND RELATED RELIEF (.3): |
| | | | | | | 0.20 | F | 9 | REVIEW STIPULATION REGARDING DANNON'S MOTION FOR RELIEF FROM STAY (.2): |
| | | | | | | 0.60 | F | 10 | REVIEW STATUTORY PROVISIONS CONCERNING APPOINTMENT OF EXAMINER AND BACKGROUND MATERIALS PERTAINING TO SAME (.6): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 12/29/05 | Hyde Jr., R | 0.70 | 0.30 | 91.50 | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| Thu | 122005/38 | | | | | 0.10 | F | 2 | REVIEW MOTION TO ALLOW LATE FILED CLAIM (.1): |
| | | | | | | 0.10 | F | 3 | REVIEW RESPONSE TO DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS (.1): |
| | | | | | | 0.10 | F | 4 | REVIEW MOTION TO ASSUME LEASE (.1): |
| | | | | | | 0.30 | F | 5 | REVIEW ORDER APPROVING RETENTION OF JEFFERIES & COMPANY AS FINANCIAL ADVISOR TO EQUITY COMMITTEE (.3): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/03/06 | Cox, B | 2.20 | 0.20 | 63.00 | | 1.00 | F | 1 | CONTINUE PREPARATION OF DETAILED REPORT TO OTTERBOURG ATTORNEYS ON DECEMBER 15 HEARING (1.0): |
| Tue | 12006/41 | | | | | 0.80 | F | 2 | ANALYZE DEBTORS' LATEST MONTHLY OPERATING REPORT AND SUPPORTING AFFIDAVIT AND COMPARE TO PRIOR MONTHS (.8): |
| | | | | | | 0.20 | F | 3 | SCAN PAUL HASTINGS' INVOICE FOR NOVEMBER TIME (.2): |
| | | | | | | 0.20 | F | 4 | TELEPHONE CONFERENCE WITH JON HELFAT ON EXAMINER ISSUES (.2): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/03/06 | Hyde Jr., R | 0.90 | 0.20 | 64.00 | | 0.20 | F | 1 | REVIEW DOCKETS (.2): |
| Tue | 12006/42 | | | | | 0.30 | F | 2 | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING DEBTORS TO SETTLE OR LIQUIDATE ADDITIONAL LITIGATION CLAIMS (.3): |
| | | | | | | 0.10 | F | 3 | REVIEW NOTICES OF TAKING DEPOSITIONS DUCES TECUM (PINES-CARTER) (.1): |
| | | | | | | 0.10 | F | 4 | REVIEW EMERGENCY MOTION FOR RELIEF FROM AUTOMATIC STAY (RIVERS) (.1): |
| | | | | | | 0.20 | F | 5 | REVIEW ORDER APPROVING RETENTION OF JEFFERIES & COMPANY AS FINANCIAL ADVISOR TO EQUITY COMMITTEE (.2): |

~  See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---|------------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/05/06 | Cox, B | 2.20 | 0.90 | 283.50 | | 0.60 | A | 1 | CONFER WITH OTHER ATTORNEYS, |
| Thu | | | | | | 0.60 | A | 2 | OBTAIN AND REVIEW INFORMATION ON MAJOR HARDING AS POSSIBLE EXAMINER, AND PREPARE REPORT TO OTTERBOURG ATTORNEYS ON SAME (1.2); |
| | 12006/45 | | | | | 0.30 | F | 3 | TELEPHONE CONFERENCE WITH LINDA COOPER TO DISCUSS SUBMISSION OF INVOICES OF LENDER'S COUNSEL TO FEE EXAMINER AND SPECIAL CONSIDERATIONS WITH SAME: (.3); |
| | | | | | | 0.40 | F | 4 | TELEPHONE CONFERENCE WITH DAN FIROILLO TO DISCUSS SAME AND EXAMINER ISSUE (.4); |
| | | | | | | 0.30 | F | 5 | EXAMINE DEBTORS' RESPONSE TO EQUITY COMMITTEE'S MOTION TO APPOINT EXAMINER (.3); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/09/06 | Cox, B | 1.50 | 0.30 | 94.50 | | 0.40 | F | 1 | REVIEW INFORMATION TO PROVIDE TO FEE EXAMINER (.4); |
| Mon | | | | | | 0.30 | F | 2 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS SAME AND GENERAL STATUS OF CASE(.3); |
| | 12006/50 | | | | | 0.30 | F | 3 | EXAMINE CREDITORS' COMMITTEE'S RESPONSE TO REQUEST FOR SCHEDULING CONFERENCE (.3); |
| | | | | | | 0.20 | F | 4 | EXAMINE VARIOUS CREDITORS' RESPONSES TO DEBTORS' CLAIM OBJECTIONS ( .2); |
| | | | | | | 0.30 | F | 5 | EXAMINE DEBTORS' OBJECTION AND CREDITORS COMMITTEE'S JOINDER IN OBJECTION TO ALLOW LATE FILED CLAIM (.3); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/10/06 | Cox, B | 3.10 | 0.10 | 31.50 | | 0.10 | F | 1 | TELEPHONE CONFERENCE WITH ELENA ESCAMILLA ON EXAMINER MOTION AND STATUS OF DECISION REGARDING EQUITY COMMITTEE (.1); |
| Tue | | | | | | 0.10 | F | 2 | TELEPHONE CONFERENCE WITH CYNDI JACKSON ON 1/12 HEARING AND SCHEDULING CONFERENCE AND MOTION TO APPOINT EXAMINER ( .1); |
| | 12006/52 | | | | | 0.80 | F | 3 | MULTIPLE E-MAILS AND TELEPHONE CONFERENCES WITH STEVE SOLL CONCERNING WACHOVIA'S RESPONSE TO EQUITY COMMITTEE'S MOTION TO APPOINT EXAMINER AND HEARING ON 1/12 (.8); |
| | | | | | | 1.90 | F | 4 | REVIEW, REVISE, FINALIZE AND FILE WACHOVIA BANK'S RESPONSE TO EQUITY COMMITTEE'S MOTION (1.9); |
| | | | | | | 0.20 | F | 5 | EXAMINE JEA'S MOTION TO COMPEL AND HEARING NOTICES (.2); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 01/16/06 | Cox, B | 1.50 | 0.50 | 157.50 | | 0.20 | F | 1 | EXAMINE DEPOSITION NOTICE OF COMPANY BY JEA AND COMMUNICATE WITH CYNDI JACKSON ON SAME (.2); |
| Mon | | | | | | 0.20 | F | 2 | TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS SAME AND GENERAL STATUS (.2); |
| | 12006/61 | | | | | 0.50 | F | 3 | FURTHER REVIEW INVOICES OF OTTERBOURG STEINDLER AND ROGERS TOWERS FOR OCTOBER TIME AND PREPARE E-MAIL MEMO TO LINDA COOPER AT STUART MAUE ON SAME (.5); |
| | | | | | | 0.60 | F | 4 | TELEPHONE CONFERENCE WITH CREDITOR'S ATTORNEY ON ISSUES WITH DEBTORS' SECOND OMNIBUS OBJECTION TO CLAIMS AND REVIEW OBJECTION (.6); |

~ See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|-------------|
| | | | INFORMATIONAL | | | | | |
| 01/20/06 Fri | Cox, B 12006/68 | 2.80 | 0.30 | 94.50 | | 0.90 | F 1 | MULTIPLE TELEPHONE CONFERENCES AND E-MAILS WITH STEVE SOLL TO DISCUSS EXAMINER AND EQUITY COMMITTEE ISSUES (.9); |
| | | | | | | 0.60 | F 2 | TWO TELEPHONE CONFERENCES WITH ELENA ESCAMILLA RE UST'S POSITION ON EQUITY COMMITTEE'S MOTION, EXAMINER AND GUIDANCE TO PROVIDE TO FEE EXAMINER (.6); |
| | | | | | | 0.50 | F 3 | PREPARE E-MAIL TO JAY CASTLE AND TELEPHONE CONFERENCE WITH MR. CASTLE TO DISCUSS INVESTIGATION OF OFFICERS AND DIRECTORS AND ROLE OF EXAMINER (.5); |
| | | | | | | 0.20 | F 4 | EXCHANGE E-MAILS WITH JOHN MACDONALD AND HIS OFFICE CONCERNING TELEPHONIC STATUS CONFERENCE AND TELEPHONE CONFERENCE WITH MR. MACDONALD ON SAME (.2); |
| | | | | | | 0.30 | F 5 | REVIEW ORDER APPOINTING FEE EXAMINER AND TIMING REQUIREMENTS FOR EXAMINER REPORTS (.3); |
| | | | | | | 0.30 | F 6 | EXAMINE DEBTORS' MOTIONS FOR REJECTION OF INGHAM ASSOCIATES LEASE AND FOR REJECTION OF EXECUTORY CONTRACTS (.3); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/01/06 Wed | Cox, B 22006/89 | 1.90 | 0.50 | 157.50 | | 0.70 | F 1 | REVIEW DOCKET, RECENT FILINGS AND MATTERS SET FOR HEARING IN FEBRUARY (.7); |
| | | | | | | 0.40 | F 2 | REVIEW ISSUES WITH ATTORNEYS' FEES AND TELEPHONE CONFERENCE WITH LINDA COOPER TO DISCUSS PRELIMINARY REVIEW OF INVOICES OF BANK'S COUNSEL (.4); |
| | | | | | | 0.40 | F 3 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS SAME AND E-MAIL RE CONFERENCE CALL ON 2/2 (.4); |
| | | | | | | 0.30 | F 4 | EXAMINE DEBTORS' AMENDED MOTION RE INCENTIVE FOR PETER LYNCH AND PREPARE MEMO ON QUESTIONS WITH SAME TO OTTERBOURG ATTORNEYS (.3); |
| | | | | | | 0.10 | F 5 | PREPARE E-MAIL TO LINDA COOPER ON CONFERENCE CALL (.1); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/06/06 Thu | Cox, B 22006/91 | 0.70 | 0.40 | 126.00 | | 0.40 | F 1 | TELEPHONE CALL TO LINDA COOPER AND CONFERENCE CALL WITH MS. COOPER AND DAN FIORILLO TO DISCUSS PROCEDURES AND FORMAT FOR FEES AND COSTS FOR WACHOVIA BANK'S COUNSEL (.4); |
| | | | | | | 0.20 | F 2 | EXAMINE NOTICE RE LEASE TERMINATION AGREEMENT WITH VALRICO PARTNERS AND OTHER ITEMS FILED PER THE DOCKET (.2); |
| | | | | | | 0.10 | F 3 | EXCHANGE E-MAILS WITH STEVE SOLL ON CEO RETENTION INCENTIVE (.1); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 02/12/06 Sun | Cox, B 22006/105 | 2.50 | 0.10 | 31.50 | | 1.90 | F 1 | REVIEW ORDERS ENTERED ON MATTERS HEARD AT 2/9 HEARINGS AND PREPARE DETAILED REPORT ON HEARINGS FOR OTTERBOURG ATTORNEYS (1.9); |
| | | | | | | 0.10 | F 2 | EXAMINE E-MAILS BETWEEN DAN FIORILLO AND LINDA COOPER RE OTTERBOURG INVOICES (.1); |
| | | | | | | 0.50 | F 3 | WORK ON INVOICES FOR SUBMITTAL TO FEE EXAMINER (.5); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/14/06 Tue | Cox, B 32006/148 | 0.20 | 0.20 | 63.00 | | 0.20 | F 1 | SCAN AKERMAN SENTERFITT'S INVOICES FOR FEBRUARY FEES AND EXPENSES (.2); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/15/06 Wed | Cox, B 32006/150 | 0.80 | 0.50 | 157.50 | | 0.50 | F 1 | SCAN THIRD INTERIM FEE APPLICATIONS OF CERTAIN OF DEBTORS' PROFESSIONALS (.5); |
| | | | | | | 0.10 | F 2 | TELEPHONE CALL TO JON HELFAT ON STATUS (.1); |
| | | | | | | 0.20 | F 3 | TELEPHONE CONFERENCE WITH EDDIE HELD ON LANDLORD AND PLAN ISSUES (.2); |

~ See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|--|-----------|-----------|---|--|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 03/16/06 | Cox, B | 0.80 | 0.40 | 126.00 | | 0.20 | F | 1 | REVIEW NOTES ON PREVIOUS CONVERSATIONS ON ISSUES WITH FEE EXAMINER (.2); |
| Thu | 32006/152 | | | | | 0.60 | F | 2 | CONFERENCE CALL WITH LINDA COOPER AND ATTORNEYS FOR THE U.S. TRUSTEE, DEBTORS AND CREDITORS' COMMITTEE TO DISCUSS QUESTIONS WITH FEE EXAMINER REPORTS, RESPONSES TO SAME AND HEARINGS WITH COURT (.6); |
| | | | | | | 0.40 | F | 3 | SCAN ADDITIONAL APPLICATIONS FOR COMPENSATION FILED BY DEBTORS' PROFESSIONALS (.4); |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 03/17/06 | Cox, B | 1.70 | 0.70 | 220.50 | | 0.50 | F | 1 | SCAN APPLICATIONS FOR COMPENSATION FILED BY CREDITORS' COMMITTEE'S PROFESSIONALS AND SMITH HULSEY (.5); |
| Fri | 32006/153 | | | | | 0.40 | F | 2 | EXAMINE 4 COMPLAINTS FILED BY DEBTORS CONCERNING SEDGWICK CLAIMS MANAGEMENT SERVICES (.4); |
| | | | | | | 0.20 | F | 3 | EXAMINE DEBTORS' MOTION TO ASSUME MODIFIED AGREEMENT WITH AT&T (.2); |
| | | | | | | 0.20 | F | 4 | EXAMINE AMENDED MOTION TO RETAIN LIQUIDATING AGENT (.2); |
| | | | | | | 0.20 | F | 5 | TELEPHONE CONFERENCE WITH DAN FIORILLO TO DISCUSS STATUS AND QUESTIONS WITH PROVIDING INFORMATION TO FEE EXAMINER (.2); |
| | | | | | | 0.20 | F | 6 | TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS LATEST DEVELOPMENTS IN CASE (.2); |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 03/17/06 | Hyde Jr., R | 1.00 | 0.60 | 192.00 | | 0.20 | F | 1 | REVIEW DOCKETS (.2); |
| Fri | 32006/154 | | | | | 0.20 | F | 2 | REVIEW NOTICE ESTABLISHING SPECIAL BAR DATE (.2); |
| | | | | | | 0.20 | F | 3 | REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION (CARLTON FIELDS) (.2); |
| | | | | | | 0.40 | F | 4 | REVIEW XROADS APPLICATION FOR COMPENSATION (.4); |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 03/20/06 | Farrar, J | 1.80 | 1.80 | 234.00 | E | 1.80 | F | 1 | DRAFT SUMMARY OF THIRD INTERIM PROFESSIONAL FEE APPLICATIONS (1.8); |
| Mon | 32006/157 | | | | | | | | |

~ See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|------|------|-------------|---------------|--|-----------|------------|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/20/06 | Hyde Jr., R | 2.90 | 2.40 | 768.00 | | 0.10 | F | 1 REVIEW DOCKET (.1); |
| Mon | 32006/156 | | | | | 0.20 | F | 2 REVIEW MOTION TO ASSUME MODIFIED AGREEMENTS WITH AT&T (.2); |
| | | | | | | 0.10 | F | 3 REVIEW DEBTORS' AMENDED MOTION FOR APPOINTMENT OF LIQUIDATING AGENT (.1); |
| | | | | | | 0.10 | F | 4 REVIEW RESPONSE OF FLORIDA TAX COLLECTORS TO DEBTORS' MOTION TO AUTHORIZE RETENTION OF LIQUIDATING AGENT (.1); |
| | | | | | | 0.20 | F | 5 REVIEW THIRD APPLICATION FOR COMPENSATION BY KIRSCHNER, LEGLER (.2); |
| | | | | | | 0.20 | F | 6 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION BY BLACKSTONE GROUP (.2); |
| | | | | | | 0.20 | F | 7 REVIEW FIRST INTERIM APPLICATION FOR COMPENSATION BY DELOITTE & TOUCHE (.2); |
| | | | | | | 0.20 | F | 8 REVIEW THIRD INTERIM APPLICATION BY DELOITTE CONSULTING, LLP (.2); |
| | | | | | | 0.20 | F | 9 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION BY PRICEWATERHOUSE COOPERS LLP (.2); |
| | | | | | | 0.20 | F | 10 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION BY SMITH GAMBRELL, (.2); |
| | | | | | | 0.10 | F | 11 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION BY KPMG LLP (.1); |
| | | | | | | 0.20 | F | 12 REVIEW THIRD INTERIM APPLICATION OF HOULIHAN LOKEY (.2); |
| | | | | | | 0.20 | F | 13 REVIEW SECOND INTERIM APPLICATION FOR COMPENSATION BY AKERMAN SENTERFITT (.2); |
| | | | | | | 0.20 | F | 14 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION BY KING & SPALDING (.2); |
| | | | | | | 0.20 | F | 15 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION BY ALVAREZ AND MARSHALL, LLC (.2); |
| | | | | | | 0.30 | F | 16 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION BY SMITH HULSEY & BUSEY (.3); |
| | | | | | | | | |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/21/06 | Cox, B | 2.10 | 0.50 | 157.50 | | 0.50 | A | 1 REVIEW THIRD INTERIM FEE APPLICATIONS |
| Tue | 32006/158 | | | | | 0.50 | A | 2 AND COORDINATE WITH JIM FARRAR ON PREPARATION OF CHART DETAILING SAME AND PAYMENTS MADE TO DATE (1.0); |
| | | | | | | 0.20 | F | 3 EXAMINE DEBTORS' SEVENTH OBJECTION TO OVERSTATED CLAIMS (.2); |
| | | | | | | 0.20 | F | 4 REVIEW NUMEROUS ORDERS ON AGREED LITIGATION CLAIMS AND STRIKING IMPROPER FILINGS (.2); |
| | | | | | | 0.10 | F | 5 EXAMINE WESTFORK TOWER LLC'S FILINGS RE RENT (.1); |
| | | | | | | 0.10 | F | 6 EXAMINE E-MAIL ON CHANGE IN HEARING TIME (.1); |
| | | | | | | 0.20 | F | 7 CONSIDER QUESTIONS WITH DISBURSEMENTS AND SHOWING REDACTED MATTERS WITH FEE AND EXPENSE INVOICES (.2); |
| | | | | | | 0.30 | F | 8 TELEPHONE CONFERENCE WITH LINDA COOPER TO DISCUSS SAME (.3); |
| | | | | | | | | |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/21/06 | Farrar, J | 3.10 | 3.10 | 403.00 | E | 3.10 | F | 1 CONTINUE DRAFTING SUMMARY OF THIRD INTERIM PROFESSIONAL FEE APPLICATIONS (3.10); |
| Tue | 32006/160 | | | | | | | |
| | | | | | | | | |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/21/06 | Hyde Jr., R | 0.60 | 0.40 | 128.00 | | 0.10 | F | 1 REVIEW DOCKET (.1); |
| Tue | 32006/159 | | | | | 0.20 | F | 2 REVIEW OBJECTION OF VARIOUS LANDLORDS TO DEBTORS' PROPOSAL TO RETAIN LIQUIDATING AGENT (.2); |
| | | | | | | 0.40 | F | 3 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION OF MILBANK (.4); |

~ See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | INFORMATIONAL COMBINED FEES | OTHER EXH. | TASK HOURS | – | DESCRIPTION |
|------|------|-------------|-------------|-------------|-------------|-------------|---|-------------|
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/22/06 | Hyde Jr., R | 0.90 | 0.60 | 192.00 | | 0.10 | F | 1 REVIEW DOCKET (.1); |
| Wed | 32006/162 | | | | | 0.50 | F | 2 REVIEW THIRD INTERIM APPLICATION FOR COMPENSATION BY SKADDEN ARPS (.5); |
| | | | | | | 0.10 | F | 3 REVIEW NOTICE OF HEARING ON INTERIM APPLICATIONS FOR COMPENSATION (.1); |
| | | | | | | 0.20 | F | 4 REVIEW DEBTORS' SEVENTH OMNIBUS OBJECTION TO RESTATED CLAIMS (.2); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/24/06 | Cox, B | 1.60 | 0.90 | 283.50 | | 0.90 | F | 1 REVIEW DRAFT SPREADSHEET PREPARED ON THIRD INTERIM APPLICATIONS FOR FEES AND EXPENSES (.9); |
| Fri | 32006/166 | | | | | 0.40 | F | 2 REVIEW FOUR ORDERS ON SALE OF PHARMACEUTICAL ASSETS AND ORDER AUTHORIZING LIQUIDATING AGENT (.4); |
| | | | | | | 0.30 | F | 3 TELEPHONE CONFERENCE WITH JON HELFAT TO DISCUSS HEARINGS ON 3/23 AND STATUS OF PLAN (.3); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/26/06 | Cox, B | 3.50 | 3.50 | 1,102.50 | | 2.30 | F | 1 FURTHER REVIEW THIRD INTERIM FEE APPLICATIONS FOR DEBTORS' AND CREDITORS' COMMITTEE'S PROFESSIONALS AND FIRST INTERIM APPLICATION FOR DELOITTE AND TOUCHE (2.3); |
| Sun | 32006/168 | | | | | 1.20 | F | 2 PREPARE REVISIONS AND ADDITIONS TO SPREADSHEET ON FIRST, SECOND AND THIRD INTERIM APPLICATIONS AND PAYMENTS TO DATE TO PROVIDE TO WACHOVIA (1.2); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/27/06 | Cox, B | 1.50 | 0.80 | 252.00 | | 0.60 | F | 1 REVIEW REVISED SPREADSHEET AND COMMUNICATE WITH PARALEGAL ON SAME (.6); |
| Mon | 32006/169 | | | | | 0.20 | F | 2 PREPARE E-MAIL TO OTTERBOURG ATTORNEYS ON SAME (.2); |
| | | | | | | 0.10 | F | 3 EXAMINE NOTICE RE NEW MEMBER OF CREDITORS' COMMITTEE (.1); |
| | | | | | | 0.10 | F | 4 EXAMINE SUPPLEMENTAL AFFIDAVIT OF JOHN MACDONALD (.1); |
| | | | | | | 0.40 | F | 5 WORK ON STATEMENT OF FEBRUARY FEES AND EXPENSES FOR FEE EXAMINER (.4); |
| | | | | | | 0.10 | F | 6 TELEPHONE CONFERENCE WITH ATTORNEY EDDIE HELD ON SALES INFORMATION (.1); |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/27/06 | Farrar, J | 2.40 | 2.40 | 312.00 | E | 2.40 | F | 1 REVISE DEBTORS/CREDITORS COMMITTEE PROFESSIONAL FEE SPREADSHEET (2.4); |
| Mon | 32006/171 | | | | | | | |
| | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 03/28/06 | Cox, B | 1.30 | 0.10 | 31.50 | | 1.00 | F | 1 ANALYZE MONTHLY OPERATING REPORT ENDING WITH MARCH 8, 2006 AND SUPPORTING AFFIDAVIT AND COMPARE TO PREVIOUS MONTHS' REPORTS (1.0); |
| Tue | 32006/172 | | | | | 0.20 | F | 2 EXAMINE VARIOUS NOTICES CONCERNING RESCHEDULED HEARINGS AND STAY RELIEF MOTIONS (.2); |
| | | | | | | 0.10 | F | 3 EXCHANGE E-MAILS WITH DAN FIORILLO ON INFORMATION TO PROVIDE TO FEE EXAMINER (.1); |

–  See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------------|---------------|--------------|-----------|-----------|---|---|-------------|
| | | | INFORMATIONAL | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/03/06 | Hyde Jr., R | 2.20 | 0.30 | 96.00 | | 0.20 | F | 1 | REVIEW DOCKET (.2); |
| Mon | 42006/181 | | | | | 0.40 | F | 2 | REVIEW DEBTORS' MOTION FOR ORDER MODIFYING CLAIMS RESOLUTION PROCEDURE (.4); |
| | | | | | | 0.40 | F | 3 | REVIEW DEBTORS' MOTION FOR ORDER AUTHORIZING WINN-DIXIE STORES TO EXERCISE ITS CONSENT OF SALE OF STOCK OF BAHAMAS OPERATION (.4); |
| | | | | | | 0.20 | F | 4 | REVIEW NOTICE OF SALE OF COMMON STOCK OF BAHAMAS SUPERMARKETS, LTD. (.2); |
| | | | | | | 0.30 | F | 5 | REVIEW DEBTORS' SUPPLEMENTAL APPLICATION TO RETAIN BLACKSTONE (.3); |
| | | | | | | 0.20 | F | 6 | REVIEW MOTION FOR ORDER AUTHORIZING REJECTION OF LEASE (.2); |
| | | | | | | 0.20 | F | 7 | REVIEW DEBTORS' MOTION FOR BRIDGE ORDER EXTENDING EXCLUSIVE PLAN FILING AND SOLICITATION PERIODS (.2); |
| | | | | | | 0.30 | F | 8 | REVIEW DEBTORS' MOTION FOR ORDER GRANTING FIFTH EXTENSION OF EXCLUSIVE PERIODS FOR FILING CHAPTER 11 PLANS (.3); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/04/06 | Cox, B | 0.60 | 0.30 | 94.50 | | 0.30 | F | 1 | EXAMINE DEBTORS' EIGHTH OMNIBUS OBJECTIONS TO OVERSTATED CLAIMS (.3); |
| Tue | 42006/182 | | | | | 0.30 | F | 2 | COMMUNICATE WITH BEN BEDELL ON INVOICES TO SUBMIT TO FEE EXAMINER AND LATEST DEVELOPMENTS IN CASE (.3); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/05/06 | Cox, B | 1.10 | 0.50 | 157.50 | | 0.30 | F | 1 | REVIEW DRAFT OF DEBTORS' MOTION TO SELL 35 STORES (.3); |
| Wed | 42006/184 | | | | | 0.10 | F | 2 | EXAMINE CREDITORS' COMMITTEE'S STATEMENT IN SUPPORT OF EXTENSION OF EXCLUSIVITY PERIODS (.1) |
| | | | | | | 0.10 | F | 3 | EXAMINE VARIOUS CREDITORS' LETTERS CONCERNING CLAIM OBJECTIONS (.1); |
| | | | | | | 0.50 | F | 4 | REVIEW OTTERBOURG'S SAMPLE BILL TO SUBMIT TO FEE EXAMINER AND PREPARE E-MAIL TO BEN BEDELL ON QUESTIONS WITH SAME (.5); |
| | | | | | | 0.10 | F | 5 | EXAMINE AGENDA FOR 4/6 HEARINGS (.1); |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/06/06 | Cox, B | 4.00 | 0.30 | 94.50 | | 0.30 | F | 1 | EXAMINE TWO MOTIONS FOR 2004 EXAMINATIONS OF DEBTORS (.3); |
| Thu | 42006/185 | | | | | 0.30 | F | 2 | COMMUNICATE WITH CYNDI JACKSON ON PROPOSED ORDER ON THIRD INTERIM FEE APPLICATIONS AND REVIEW SAME (.3); |
| | | | | | | 0.10 | F | 3 | TELEPHONE CONFERENCE WITH LINDA COOPER ON HEARING ON FEE APPLICATIONS (.1); |
| | | | | | | 2.10 | F | 4 | REVIEW MOTIONS AND OBJECTIONS AND ATTEND OMNIBUS HEARINGS (2.1); |
| | | | | | | 0.10 | F | 5 | CONFERENCE WITH JAY CASTLE ON ISSUE WITH JENNER AND BLOCK'S FEES IN INSURANCE RELATED LITIGATION (.1); |
| | | | | | | 0.20 | F | 6 | EXAMINE VARIOUS CREDITORS' RESPONSES TO CLAIM OBJECTIONS (.2); |
| | | | | | | 0.20 | F | 7 | EXAMINE DEBTORS' MOTION TO REJECT LEASE (.2); |
| | | | | | | 0.70 | F | 8 | REVIEW DEBTORS' REVISED MOTION TO SELL POMPANO BEACH FACILITY AND COMMUNICATE WITH CYNDI JACKSON AND OTTERBOURG ATTORNEYS ON SAME AND MOTION TO SELL 35 STORES (.7); |

~  See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|------|------|------|------|------|------|------|------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/10/06 | Hyde Jr., R | 3.10 | 0.20 | 64.00 | | 0.40 | F | 1 | REVIEW DOCKETS (4 DAYS) (.4): |
| Mon | 42006/188 | | | | | 0.20 | F | 2 | REVIEW EIGHTH OMNIBUS OBJECTION TO OVERSTATED CLAIMS (.2): |
| | | | | | | 0.20 | F | 3 | REVIEW CREDITORS COMMITTEE STATEMENT RE DEBTORS' MOTION TO EXTEND EXCLUSIVE PERIODS (.2): |
| | | | | | | 0.20 | F | 4 | REVIEW AGENDA (4/6) (.2): |
| | | | | | | 0.20 | F | 5 | REVIEW CREDITORS' MOTION FOR RULE 2004 EXAM AND ASSOCIATED NOTICE OF HEARING (.2): |
| | | | | | | 0.20 | F | 6 | REVIEW RETIREES' MOTION FOR RULE 2004 EXAM AND ASSOCIATED NOTICE OF HEARING (.2): |
| | | | | | | 0.20 | F | 7 | REVIEW TRANSCRIPT OF 11/1/05 HEARING (.2): |
| | | | | | | 0.20 | F | 8 | REVIEW MOTION TO REJECT LEASES (JIM SEDER, LLC) (.2): |
| | | | | | | 0.20 | F | 9 | REVIEW MOTION FOR ORDER MODIFYING CLAIMS RESOLUTION PROCEDURES (.2): |
| | | | | | | 0.20 | F | 10 | REVIEW PROCEEDING MEMORANDA (.2): |
| | | | | | | 0.30 | F | 11 | REVIEW MOTION TO SELL POMPANO BEACH DISTRIBUTION CENTER (.3): |
| | | | | | | 0.10 | F | 12 | REVIEW ORDER APPROVING ASSUMPTION OF MODIFIED AGREEMENTS WITH AT&T (.1): |
| | | | | | | 0.10 | F | 13 | REVIEW ORDER GRANTING MOTION TO EXTEND EXCLUSIVE PERIODS (.1): |
| | | | | | | 0.20 | F | 14 | REVIEW ORDER GRANTING EXTENSION OF TIME TO ASSUME OR REJECT UNEXPIRED LEASES WITH SPECIFIED LANDLORDS (.2): |
| | | | | | | 0.20 | F | 15 | REVIEW ORDER ALLOWING COMPENSATION AND REIMBURSEMENT OF PROFESSIONALS (.2): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/12/06 | Cox, B | 1.30 | 1.00 | 315.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| Wed | 42006/191 | | | | | 0.10 | F | 2 | EXAMINE STATEMENTS OF PAYMENTS TO ORDINARY COURSE PROFESSIONALS (.1): |
| | | | | | | 1.00 | F | 3 | EXAMINE PAUL HASTINGS' FINAL APPLICATION FOR COMPENSATION (1.0): |
| | | | | | | 0.10 | F | 4 | EXAMINE RESPONSE OF AD HOC TRADE COMMITTEE TO DEBTORS' MOTION TO EXTEND EXCLUSIVE PERIODS (.1): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/13/06 | Hyde Jr., R | 1.60 | 1.30 | 416.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| Thu | 42006/194 | | | | | 1.30 | F | 2 | REVIEW APPLICATION FOR COMPENSATION OF PAUL HASTINGS (1.3): |
| | | | | | | 0.20 | F | 3 | REVIEW RESPONSE OF AD HOC TRADE COMMITTEE TO DEBTORS' MOTION FOR FIFTH EXTENSION OF EXCLUSIVE PERIODS (.2): |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/14/06 | Cox, B | 1.00 | 0.70 | 220.50 | | 0.10 | F | 1 | REVIEW DOCKET (.1): |
| Fri | 42006/195 | | | | | 0.20 | F | 2 | EXAMINE VARIOUS CREDITORS' OBJECTIONS TO DEBTORS' CLAIM OBJECTIONS (.2): |
| | | | | | | 0.40 | F | 3 | EXAMINE DEBTORS' APPLICATION TO RETAIN JENNER & BLOCK AS SPECIAL LITIGATION COUNSEL (.4): |
| | | | | | | 0.30 | F | 4 | REVIEW JEFFERIES AND COMPANY'S APPLICATION FOR COMPENSATION (.3): |

~  See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|----------------|---------------|------------|------------|---|---|-------------|
| | | | INFORMATIONAL | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/17/06 | Cox, B | 0.80 | 0.10 | 31.50 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Mon | | | | | | 0.20 | F | 2 | EXAMINE DEBTORS' OBJECTIONS TO RETIREES TWO MOTIONS FOR 2004 EXAMINATIONS OF DEBTORS: (.2); |
| | 42006/196 | | | | | 0.20 | F | 3 | REVIEW STAY RELIEF MOTIONS FILED BY THREE PLAINTIFFS (.2); |
| | | | | | | 0.20 | F | 4 | REVIEW FOUR CREDITORS' RESPONSES TO DEBTORS' CLAIMS OBJECTION (.2); |
| | | | | | | 0.10 | F | 5 | REVIEW SHOW CAUSE ORDER RE FILING OF PAUL HASTINGS' FEE APPLICATION UNDER SEAL (.1); |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/17/06 | Hyde Jr., R | 1.40 | 0.40 | 128.00 | | 0.20 | F | 1 | REVIEW DOCKETS (.2); |
| Mon | | | | | | 0.10 | F | 2 | REVIEW TAX COLLECTOR OF BROWARD COUNTY, FLORIDA RESPONSE TO MOTION TO AUTHORIZE SALE (.1); |
| | 42006/197 | | | | | 0.20 | F | 3 | REVIEW JOINDER OF WILMINGTON TRUST COMPANY IN DEBTORS' MOTION FOR FIFTH EXTENSION OF EXCLUSIVE PERIODS (.2); |
| | | | | | | 0.20 | F | 4 | REVIEW DEBTORS' MOTION TO REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES (.2); |
| | | | | | | 0.20 | F | 5 | REVIEW OPPOSITION OF PERSONAL INJURY CLAIMANT LESEMAN TO MOTION TO MODIFY CLAIMS PROCEDURE (.2); |
| | | | | | | 0.20 | F | 6 | REVIEW FIRST APPLICATION OF JEFFERIES & COMPANY FOR COMPENSATION (.2); |
| | | | | | | 0.10 | F | 7 | REVIEW RESPONSE OF SPCP GROUP TO SEVENTH OMNIBUS OBJECTIONS TO CLAIMS (.1); |
| | | | | | | 0.20 | F | 8 | REVIEW APPLICATION FOR AUTHORITY TO RETAIN JENNER & BLOCK AS SPECIAL INSURANCE LITIGATION COUNSEL (.2); |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/18/06 | Cox, B | 1.20 | 0.40 | 126.00 | | 0.20 | F | 1 | EXAMINE APPLICATION TO SUPPLEMENT DEBTORS' RETENTION OF PRICEWATERHOUSE (.2); |
| Tue | | | | | | 0.10 | F | 2 | EXAMINE MEMBERS OF EQUITY COMMITTEE'S APPLICATION FOR ADMINISTRATIVE EXPENSES (.1); |
| | 42006/198 | | | | | 0.20 | F | 3 | EXAMINE APPLICATION TO RETAIN DELOITTE FINANCIAL TO PROVIDE FRESH START ACCOUNTING SERVICES (.2); |
| | | | | | | 0.30 | F | 4 | EXAMINE DEBTORS' NINTH OMNIBUS OBJECTIONS TO CLAIMS (.3); |
| | | | | | | 0.20 | F | 5 | EXAMINE DEBTORS' MOTION TO APPROVE ASSUMPTION OF MODIFIED AGREEMENTS WITH JEA (.2); |
| | | | | | | 0.20 | F | 6 | EXAMINE DEBTORS' OMNIBUS OBJECTION TO TAX CLAIMS (.2); |
| | | | | | | | | | |
| | | | | | | | | | MATTER:Winn-Dixie Chapter 11 Bankruptcy |
| 04/19/06 | Cox, B | 1.10 | 0.20 | 63.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Wed | | | | | | 0.10 | F | 2 | EXAMINE DEBTORS' NOTICE RE SECOND QUARTERLY REPORT OF CASH SETTLEMENTS (.1); |
| | 42006/200 | | | | | 0.20 | F | 3 | SCAN AKERMAN'S INVOICE FOR MARCH (.2); |
| | | | | | | 0.10 | F | 4 | EXAMINE CONVERGINT'S MOTION FOR STAY RELIEF (.1); |
| | | | | | | 0.50 | F | 5 | REVIEW AGENDA FOR 4/20 OMNIBUS HEARING AND LOCATE MOTIONS TO BE HEARD (.5); |
| | | | | | | 0.10 | F | 6 | TELEPHONE CALL TO JON HELFAT ON HEARING (.1); |

~  See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

| DATE | NAME | ENTRY HOURS | INFORMATIONAL | | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|------|------|-------------|---------------|---------------|-----------|------------|---|---|-------------|
| | | | COMBINED HOURS | COMBINED FEES | | | | | |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 04/19/06 | Hyde Jr., R | 1.70 | 0.60 | 192.00 | | 0.10 | F | 1 | REVIEW DOCKET (.1); |
| Wed | 42006/201 | | | | | 0.10 | F | 2 | REVIEW APPLICATION OF EQUITY COMMITTEE FOR ADMINISTRATIVE EXPENSE (.1); |
| | | | | | | 0.20 | F | 3 | REVIEW SHOW CAUSE ORDER RE FILING UNDER SEAL OF PAUL HASTINGS' APPLICATION FOR COMPENSATION (.2); |
| | | | | | | 0.20 | F | 4 | REVIEW APPLICATION FOR APPROVAL OF DEBTORS' RETENTION OF PRICEWATERHOUSE COOPERS (.2); |
| | | | | | | 0.20 | F | 5 | REVIEW APPLICATION FOR AUTHORITY TO RETAIN DELOITTE FINANCIAL ADVISORY SERVICES FOR FRESH START ACCOUNTING SERVICES (.2); |
| | | | | | | 0.40 | F | 6 | REVIEW DEBTORS' NINTH OMNIBUS OBJECTION TO NO LIABILITY CLAIMS (.4); |
| | | | | | | 0.20 | F | 7 | REVIEW MOTION FOR ORDER APPROVING ASSUMPTION OF MODIFIED ELECTRIC AGREEMENTS (JEA) (.2); |
| | | | | | | 0.30 | F | 8 | REVIEW OMNIBUS OBJECTION TO TAX CLAIMS (.3); |
| | | | | | | | | | |
| | | | | | | | | | MATTER: Winn-Dixie Chapter 11 Bankruptcy |
| 04/24/06 | Hyde Jr., R | 2.40 | 0.10 | 32.00 | | 0.20 | F | 1 | REVIEW DOCKETS (.2); |
| Mon | 42006/207 | | | | | 0.10 | F | 2 | REVIEW JOSEPH ENTERPRISES, INC. RESPONSE TO DEBTORS' FIFTH OMNIBUS OBJECTION (.1); |
| | | | | | | 0.60 | F | 3 | REVIEW PROCEEDING MEMORANDA (.6); |
| | | | | | | 0.10 | F | 4 | REVIEW ORDER AUTHORIZING REJECTION OF LEASE (.1); |
| | | | | | | 0.20 | F | 5 | REVIEW ORDER AUTHORIZING REJECTION OF LEASE TERMINATION AGREEMENTS (.2); |
| | | | | | | 0.10 | F | 6 | REVIEW ORDER APPROVING SUPPLEMENT TO DEBTORS' RETENTION OF BLACKSTONE GROUP (.1); |
| | | | | | | 0.10 | F | 7 | REVIEW ORDER GRANTING FIFTH EXTENSION OF EXCLUSIVE PERIODS (.1); |
| | | | | | | 0.20 | F | 8 | REVIEW ORDER MODIFYING CLAIMS RESOLUTION PROCEDURES (.2); |
| | | | | | | 0.20 | F | 9 | REVIEW ORDER REDUCING OVERSTATED CLAIMS (SEVENTH OMNIBUS OBJECTION) (.2); |
| | | | | | | 0.10 | F | 10 | REVIEW ORDER GRANTING MOTION TO RETAIN LIQUIDATING AGENT (.1); |
| | | | | | | 0.20 | F | 11 | REVIEW OBJECTION OF LANDLORD ISKS PROPERTIES, LLC TO CURE AMOUNT (STORE 659) (.2); |
| | | | | | | 0.20 | F | 12 | REVIEW DEBTORS' MOTION TO ASSUME AND ASSIGN NORTH CAROLINA GROUND LEASE TO FOOD LION (.2); |
| | | | | | | 0.10 | F | 13 | REVIEW LANDLORD'S OBJECTION TO CURE AMOUNT (.1); |
| | | | 34.80 | $9,554.00 | | | | | |

Total
Number of Entries:    51

~  See the last page of exhibit for explanation

EXHIBIT G-2
OTHER CASE PROFESSIONALS RETENTION AND COMPENSATION
Rogers Towers, P.A.

SUMMARY OF HOURS AND FEES BY INDIVIDUAL

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Cox, B | 17.70 | 5,509.50 | 0.00 | 0.00 | 17.70 | 5,509.50 | 0.00 | 0.00 | 17.70 | 5,509.50 |
| Farrar, J | 7.30 | 949.00 | 0.00 | 0.00 | 7.30 | 949.00 | 0.00 | 0.00 | 7.30 | 949.00 |
| Hyde Jr., R | 9.80 | 3,095.50 | 0.00 | 0.00 | 9.80 | 3,095.50 | 0.00 | 0.00 | 9.80 | 3,095.50 |
| | 34.80 | $9,554.00 | 0.00 | $0.00 | 34.80 | $9,554.00 | 0.00 | $0.00 | 34.80 | $9,554.00 |

RANGE OF HOURS

RANGE OF FEES

SUMMARY OF HOURS AND FEES BY MATTER

| | ISOLATED | | BLOCKED | | MAXIMUM | | PROPORTIONAL | | COMBINED | |
|---|---|---|---|---|---|---|---|---|---|---|
| MATTER NAME | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES | HOURS | FEES |
| Winn-Dixie Chapter 11 Bankruptcy | 34.80 | 9,554.00 | 0.00 | 0.00 | 34.80 | 9,554.00 | 0.00 | 0.00 | 34.80 | 9,554.00 |
| | 34.80 | $9,554.00 | 0.00 | $0.00 | 34.80 | $9,554.00 | 0.00 | $0.00 | 34.80 | $9,554.00 |

RANGE OF HOURS

RANGE OF FEES

(–) REASONS FOR TASK HOUR ASSIGNMENTS
F       FINAL BILL
A       ALLOCATED BY AUDITOR