# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | ) Case No. 05-03817 |
| | ) (Jointly Administered) |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) |
| | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Wendy M. Simkulak, Esquire, hereby certify that true and correct copies of: (i) the Notice of Withdrawal of Appearance and Removal from 2002 Service List; and (ii) the within Certificate of Service were served, by first class mail, postage prepaid on the parties listed below on July 26, 2007.

>Sarah Robinson Borders, Esquire
>King & Spalding LLP
>1180 Peachtree Street, NE
>Suite 1700
>Atlanta, GA 30309-7525

>*/s/ Wendy M. Simkulak*
>Wendy M. Simkulak

DM3\544536.1