UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving Claim Number 8176 filed by Samual Oschin, Trustee Barbara Oschin Primicerio Trust (Store No. 1419) (Docket No. 17447) was furnished electronically on July 26, 2007 to David S. Kupetz, Counsel for Samuel Oschin, Trustee Barbara Oschin Primicerio Trust.

Dated: July 26, 2007

SMITH HULSEY & BUSEY

By     *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors