UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al.,     ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors.       ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order on (i) Debtors' Omnibus Objection and Motion for Order Determining Tax Liabilities and (ii) Debtors' Objection to Late Filed and Disputed Ad Valorem Claims and Motion to Allow Remaining Claims Subject to Setoff (Norfolk) (Docket No. 17446) was furnished electronically on July 26, 2007 to Charles S. Prentace, Deputy City Attorney, City of Norfolk.

Dated: July 26, 2007

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors