UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  CASE NO. 05-03817-3F1

**WINN DIXIE STORES, INC., et al,**                        Chapter 11

         Debtors.                                                           Jointly Administered
_____/

## MOTION BY SEAN LEON TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

COMES NOW, the Applicant, **SEAN LEON** by and through her undersigned attorney, and, pursuant to Bankruptcy Rule 9006(b) moves the court for an order enlarging the time to file this application for administrative expense and would show:

1. The Debtor filed Chapter 11 bankruptcy on February 21, 2005.

2. On or about November 7, 2006, Applicant was injured in Winn-Dixie store number 207 located in Pompano Beach, Florida..

3. Applicant never filed a claim, nor was he required to file a claim, because his injury occurred after the Debtor filed this bankruptcy.

4. Applicant retained the law offices of Carner & Barzakay to represent him. Carner & Barzakay sent a notice of claim to Sedgwick Claim Management Service, Inc (Sedgwick) and received a response on November 29, 2006 disclosing the self insurance limits of $2,000,000.00.

5. On or about December 6, 2006, a notice was filed with the court notifying interested parities of the deadline to file Application for Administrative Expense.

6. This notice was not sent to the attorney for Applicant or Applicant.

7. By letter from Sedgwick dated June 22, 2007, Applicant was notified, for the first time, that there was a January 5, 2007 deadline to file an application for administrative expense,

10. Because the Debtor, through Sedgwick, was aware of Applicant's claim prior to the deadline, the Debtor will suffer no prejudice by the granting of this Motion for Extension of Time.

12. The Affidavit of Alon Barzakay is attached hereto and incorporated herein.

1

12.  Simultaneous with filing of this motion, Applicant has filed an Application for Administrative Expense for Post-Petition Personal Injury.

WHEREFORE, the Applicant prays the Court to enter an order extending the time for her to file an Application for Administrative Expense for her personal injury claim until the time said application was actually filed, that is until July 30, 2007.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to all interested parties listed below on this the  **30th**  day of July, 2007.

      /s/ Edward P. Jackson
EDWARD P. JACKSON
Attorney for Debtors
255 N. Liberty Street, First Floor
Jacksonville, FL 32202
(904) 358-1952 VOICE
(904) 358-1288 FAX
Florida Bar #286648

James H. Post, Esq.
225 Water St., Suite 1800
Jacksonville, FL 32202

Kenneth C. Meeker, U.S. Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Matthew Barr, Esq.
One Chase Manhattan Plaza
New York, NY 10005