[3902a] [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                      Case No. 3:05−bk−03817−JAF
                                                            Chapter 11

Winn−Dixie Stores, Inc

_____    Debtor(s)    _____/

## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN that a hearing (Final) on Motion for Relief from Stay filed by SES Group Miami Springs, Ltd is rescheduled to October 22, 2007 at 1:30 p.m. in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville Florida.

Dated July 31, 2007 .

                              Lee Ann Bennett, Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202

Copies furnished to:
Debtors
Attorney for Debtors
Bradley R. Markey, Attorney for Movant
U.S. Trustee
Counsel for Official Committee of Unsecured Creditors