UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER ON DEBTORS' OMNIBUS OBJECTION AND
MOTION FOR ORDER DETERMINING TAX LIABILITIES (CHESTERFIELD)**

This matter came before the Court on the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7267). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 1537 filed by the County of Chesterfield Treasurer ("Chesterfield"), is allowed as a secured claim in the amount of $11,409.56.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Chesterfield in these Chapter 11 cases and (ii) all other pre-effective date claims Chesterfield has or may arise related to the Objection or related tax liabilities against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 30 day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this order on all parties in interest.

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | COUNTY OF CHESTERFIELD |
| By___*s/ Cynthia C. Jackson*___<br>Cynthia C. Jackson,<br>F.B.N. 498882 | By___*s/ \* Michael S. J. Cherneau*___<br>Michael S. J. Cherneau |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | Sr. Assistant County Attorney<br>Roanoke County Attorney's Office<br>P.O. Box 40<br>Chesterfield, Virginia 23832<br>(804)748-1491<br>(804)717-6297 fax<br>ChernauM@chesterfield.gov |
| Counsel for Reorganized Debtors | Attorney for County Chesterfield |

\* Mr. Chernau has authorized his electronic signature.