UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*Jacksonville Division*

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC, et al., ) | |
| ) | Chapter 11 |
| Debtors. ) | (Jointly Administered) |
| ) | |
| _____) | |

**REQUEST TO DISCONTINUE SERVICE OF NOTICES
AND REMOVAL FROM SERVICE LIST**

Please take notice that the City of Norfolk ('City"), with the assistance of counsel, requests to be removed from the daily Summary of ECF Activity and all service lists by e-mail or otherwise in this cause, and to receive no further notices, pleadings, motions, orders and other filings in these proceeding, unless the City is designated a party in interest in subsequent filings.

All claims filed herein by the City have been approved by Order of this Court and payment has been received.

This 31st day of July 2007.

Respectfully submitted,

**CITY OF NORFOLK**
By: /s/ Charles Stanley Prentace

**Charles Stanley Prentace**
Deputy City Attorney, (VSB#15201)
900 City Hall Building
Norfolk, VA 23510
Telephone: (757) 664-4529
Telefax: (757) 664-4201