**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.¹ | ) | Jointly Administered |

**DEBTORS' OBJECTION TO CLAIM
FILED BY RALPH BURCHETT (CLAIM NO. 13817)**

The Debtors object to the allowance of Claim No. 13817 filed in Case No. 05-03817-3F1 by Ralph Burchett upon the grounds specified below. In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claim.

2. The Debtors dispute the amount of the debt alleged in the Claim.

3. The claimant failed to attach documentation to the Claim as required by Rule 3001(a), Federal Rules of Bankruptcy Procedure.

---

¹ In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

4. This Claim has been released pursuant to an Agreed Order (Docket No. 17139).

Dated: July 31, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

### Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to Ralph Burchett c/o Eric M. Lamb, Esquire, P.O. Box 34275, Louisville, Kentucky 40232-4275 this 31st day of July, 2007.



    *s/ James H. Post*
    Attorney

00574079