UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                   )       Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,         )       Chapter 11

       Reorganized Debtors.              )       Jointly Administered

_____)

### AGREED ORDER RESOLVING THE ADMINISTRATIVE CLAIMS FILED BY LINDA KNIGHTS AND ROBERT KNIGHTS

This case is before the Court upon the objection of Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors") to the administrative claims (the "Claims") filed by Linda Knights and Robert Knights (the "Claimants") (Docket Nos. 13875 and 14243). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Claim of Linda Knights is allowed as an administrative claim in the amount of $20,000.00 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

2. The Claim of Robert Knights is disallowed in it's entirety.

2. Distributions will be made on the allowed Claim pursuant to Sections 4.1 and 9.2 of the Plan to the Claimants in care of the person and at the address as set forth in the consent to this Agreed Order.

3. This Agreed Order resolves (i) all liabilities and obligations related to the Claim and (ii) all other prepetition or post-petition claims the Claimants has or may have against the Reorganized Debtors and any of their Chapter 11 estates,

00573176

officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

4. The Claimants will dismiss with prejudice any legal proceeding commenced by Claimants against the Reorganized Debtors in this Court or in any other forum.

5. The Reorganized Debtors do not, by this Agreed Order, acknowledge the validity of any claim or make any admission of liability. The Claimants, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 31 day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00573176

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _____
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Reorganized Debtors

GLANTZ & GLANTZ, P.A.

By _____
David M. Hammer

7951 S.W. 6th Street, Suite 200
Plantation, Florida 33324

Attorneys for Linda Knights and Robert Knights

00573176