UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY HOBE SOUND S C COMPANY, LTD. (STORE NO. 305)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Debtors' Second Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the objection to the Debtors' Second Omnibus Motion filed by Hobe Sound S C Company, Ltd. ("Hobe Sound") with respect to Store No. 305 (the "Cure Objection") (Docket No. 9467). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is resolved.

2. The cure amount for Store No. 305 is fixed at $14,256.24, $9,256.24 of which the Reorganized Debtors have paid to Hobe Sound. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Hobe Sound $5,000.00 in full satisfaction of any right to cure Hobe Sound has or may have

under 11 U.S.C. § 365 or otherwise with respect to Store No. 305.

3. This Agreed Order resolves all liabilities and obligations related to all proofs of claim and administrative expense claims filed by Hobe Sound in these Chapter 11 cases, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms, ordinary course practices, and under applicable law.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 31 day of July, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00572717

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **RICE PUGATCH ROBINSON & SCHILLER, P.A.** | **SMITH HULSEY & BUSEY** |
| By  *s/ Craig A. Pugatch* * <br> Craig A. Pugatch, F.B.N. 653381 | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 101 Northeast Third Avenue, Suite 1800 <br> Fort Lauderdale, Florida 33301 <br> (954) 462-8000 <br> (954) 462-4300 (facsimile) <br> capugatch@rprslaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Hobe Sound S C Company, Ltd. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00572717