## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and its affiliated debtors, give notice of filing the attached

Notice of Withdrawal of Application for Administrative Claim filed by Pinson Valley,

Ltd. (Docket No. 14018).

Dated:  August 2, 2007

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

00574780

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                      )          Case No. 05-03817-3F1
                                            )
WINN-DIXIE STORES, INC., et al.,            )          Chapter 11
                                            )
Reorganized Debtors.                        )          Jointly Administered
                                            )

### NOTICE OF WITHDRAWAL OF APPLICATION FOR ADMINISTRATIVE CLAIM FILED BY PINSON VALLEY, LTD. (STORE NO. 416)

Applicant, Pinson Valley, Ltd., hereby withdraws its Application for Allowance of Administrative Expense and Request for Notice (Docket No. 14018) and any other administrative claim they may have against the Reorganized Debtors or their estates.

Dated:
Aug. 1, 2007

PINSON VALLEY, LTD.
By: Ray Scott Outdoors Inc. its
    General Partner

By _____
    [name] By: Ray W. Scott Jr.
             President

Pinson Valley, Ltd.
c/o Moore Company Realty
121 Coosa Street, Suite 250
Montgomery, AL 36104
(334) 262-1958
(334) 262-1960 (facsimile)

00572496

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing document was furnished by facsimile and mail to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708, this __1st__ day of ~~July~~ Aug., 2007.

Moore Property Management, LLC, as Agent

By: _Elizabeth Dunn, V.P._

V.P. President Property Mgnt.

00572496