UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al, | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SECOND SUPPLEMENT TO OBJECTION BY LANDLORDS, WESTFORK TOWER, LLC, CONCORD-FUND IV RETAIL, L.P., TA CRESTHAVEN, LLC, AND ELSTON/LEETSDALE, LLC, BY AND THROUGH THEIR PROPERTY MANAGER, TERRANOVA CORP., TO DEBTORS' ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES AND TO PROPOSED CURE AMOUNTS (DOCKET NO. 7966)

Landlords, WESTFORK TOWER, LLC (Store No. 278), CONCORD-FUND IV RETAIL, LP (Store No. 254), TA CRESTHAVEN, LLC (Store No. 221), and ELSTON/LEETSDALE, LLC (Store No. 209), by and through its Property Manager and Agent, TERRANOVA CORP., (collectively the "Terranova Landlords") file this Second Supplement to their June 30, 2006 Objection [Docket No. 7966] and November 20, 2006 Supplement to Objection [Docket No. 12717] to Winn Dixie Stores Inc. and twenty-three of its subsidiaries and affiliates (collectively , the "Debtors") Amended Omnibus Motion to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Terranova Objection") seeking to assume certain leases of real property (each a "Lease" and collectively "Leases") and proposing cure amounts [Docket No. 8921](the "Objection").

## **BACKGROUND**

The Debtors, who are now reorganized Chapter 11 debtors, operate Winn Dixie store nos. 278 (Westfork Plaza), 254 (Concord Plaza), 221 (Cresthaven Plaza) and 209 (Palm Johnson Plaza) on the Terranova Landlords' properties located in South Florida (collectively, the "Stores").  Prior to confirmation of the Debtors' Chapter 11 plan of reorganization, this Court entered an Order authorizing the Debtors to assume the leases of the Terranova Landlords on August 18, 2006 and retained jurisdiction to determine the cure amounts for the assumed leases (Docket No. 10384).  The only remaining issue as to the Stores is the amount of the cure to be paid by the Debtors as to each lease being assumed.  Since the Terranova Landlords filed their initial Objection 13 months ago, the Debtors, Terranova and their counsel have had  negotiations and exchanges of information that resulted in the Debtors paying Terranova the following previously disputed cure amounts:

| | | | |
|---|---|---|---|
| a. | Balance of 2005 real estate taxes for all stores but Concord Plaza | | $29,015.09 |
| b. | Debtor's unpaid share total cost of re-sealing and re-striping Concord Plaza parking lot | | $12,500.00 |
| c. | Debtor's unpaid share total cost of repainting Debtor's building in Concord Plaza | | $33,000.00 |
| d. | Charges incurred for false fire alarms | | $2,478.00 |

As a consequence of the Debtors paying Terranova previously disputed cure amounts, the Terranova Landlords are able to reduce the remaining cure claims which consist mostly of

attorneys' fees and expenses[1] and have summarized and updated the amount of the cure claims as to each store below.

### CONCORD-FUND IV RETAIL - LP Store No. 254 at Concord Plaza

2.    The cure amount on this lease as of the date of the instant Second Supplement is:

|   |   |   |
|---|---|---|
| a. | The Debtors' share of expenses (77.18%) incurred for purchase of lighting fixtures in November 2003 in the amount  of $18,457.50, for Debtors' parking lot lighting upgrade (see attached Exhibit "1") | $14,245.50 |
| b. | Legal fees and costs, Held & Israel (see Composite Exhibit "5") | $20,605.01 |
| c. | Legal fees and costs, Tew Cardenas, LLP (through 5/31/07) (see Composite Exhibit "3") | $57,194.79 |
| d. | Legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07) (see Composite Exhibit "4") | $ 7,162.69 |
| e. | The Debtors' unpaid share of prorated 2005 real estate taxes from 1/105 through the petition date | $ 7,230.63 |

### WESTFORK TOWER, LLC - Store No. 278 at Westfork Plaza

3.    The cure amount on this lease as of the date of the instant Second Supplement is:

|   |   |   |
|---|---|---|
| a. | Attorneys fees and costs, Tew Cardenas, through 5/31/07 (see Composite Exhibit "3") | $17,720.74 |
| b. | August 2004 Building repairs ($990); March 2004 miscellaneous charge ($100) | $ 1,090.00 |
| c. | Legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07) (see Composite Exhibit "4") | $ 2 ,840.98 |
| d. | Common Area Maintenance | $ 3,379.85 |

---

[1]  The Concord Plaza, Westfork Plaza and Palm Johnson Plaza leases contain attorneys' fees provisions entitling the Landlord to recover its attorneys' fees in connection with enforcing its lease.  In connection with this supplement, the Terranova Landlords will file a separate application for payment of attorneys' fees and expenses with the Court.

### TA CRESTHAVEN, LLC - Store No. 221 at Cresthaven Plaza

4.      The cure amount on this lease as of the date of the instant Second Supplement is:

(Terranova Landlords do not claim entitlement to attorneys' fees as part of the cure for this

store):

| | | |
|---|---|---|
| a. | Repair costs for Hurricane Wilma damages done to Debtors' parking lot sign (see invoices and e-mail correspondence attached as Exhibit "2"), repaired at request of Debtor | $ 3,454.86 |

### ELSTON/LEETSDALE, LLC - Store No. 209 at Palm Johnson Plaza

5.      The cure amount on this lease as of the date of the instant Second Supplement is:

| | | |
|---|---|---|
| a. | Tew Cardenas LLP attorneys fees and costs through 5/31/07 (see Composite Exhibit "3") | $ 8,732.33 |
| b. | Legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07) (see Composite Exhibit "4") | $ 2,945.98 |
| c. | Legal fees and costs, Held & Israel (see Composite Exhibit "5") | $ 5,064.58 |

### ARGUMENT

6.      The Terranova Landlords have updated the amount of attorneys' fees and

expenses owed through May 31, 2007 in connection with the enforcement of their respective

leases for the Stores in the amounts set forth above and on the Terranova Landlord's Application

for Payment of Attorneys' Fees and Expenses.  The Terranova Landlords reserve the right to

further supplement the amount of attorneys' fees and expenses the Debtors must pay to cure the

Leases for the Stores.

7.      Terranova Landlords do not waive any currently pending notices of default served

on the Debtors nor do they waive any continuing and/or additional post-confirmation defaults.

8.     All of Terranova Landlords' claims are plus interest on unpaid rent pursuant to Florida Statute §83.06(2) accruing at the rate provided in Florida Statute 55.03.

## CONCLUSION

For the foregoing reasons, the Landlords respectfully requests that this Court (i) sustain their objections to the Debtors' proposed cure amounts; and (ii) enter an order setting the cure amounts as listed in the Landlords Objection and this Supplement, updated through the effective date of any assumptions; and (iii) grant the Landlords such other relief as is appropriate.

Dated: August 3, 2007

Respectfully submitted,

SCRUGGS & CARMICHAEL, P.A.


/s/ Karen K. Specie
/s/ Karen K. Specie, Esquire
KAREN K. SPECIE, ESQUIRE
Post Office Box 23109
Gainesville, FL 32602
Telephone: 352-376-5242
Facsimile: 352-375-0690
Florida Bar No. 260746
Attorney for Terranova Corp.


TEW CARDENAS LLP


/s/ Thomas R. Lehman
/s/ Thomas R. Lehman, P.A.
THOMAS R. LEHMAN, P.A.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone:  305-536-1112
Facsimile:  305-536-1116
Florida Bar No. 351318
Attorneys for Terranova Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Second Supplement to Objection by Landlords, Westfork Tower, LLC, Concord-Fund IV Retail, L.P., TA Cresthaven, LLC, and Elston/Leetsdale, LLC, by and through their Property Manager, Terranova Corp., to Debtors' Assumption of Non-Residential Real Property Leases and to Proposed Cure Amounts (Docket No. 7966) was electronically filed with the US Bankruptcy Court on this  3rd  day of August 2007, and that a copy of this document was furnished by electronic transmission to: Rosalie Walker Gray, rgray@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036; Adam Ravin, aravin@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036; D. J. Baker, djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; Cynthia C. Jackson, Esquire, cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL  32201, Fax: (904)359-7708; Official Committee of Unsecured Creditors, c/o Dennis F. Dunne, Esquire, ddunne@milbank.com, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY  10005; Matthew Barr, Esquire, mbarr@milbank.com, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; John B. Macdonald, Esq., john.macdonald@akerman.com, Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL  32202; John Longmire, Esq., jlongmire@willkie.com, Willkie Farr & Gallagher, LLP, 787 Seventh Avenue, New York, NY 10019-6099; and Elena L. Escamilla, Esquire, Elena.l.escamilla@usdoj.gov, Office of United States Trustee B JAX, 135 W. Central Blvd., Suite 620, Orlando, FL  32801 and to all other parties entitled to service via the Court's CM/ECF system.

_/s/ Karen K. Specie_____
/s/ Karen K. Specie, Esq.

487250v1