# EXHIBIT "1"

**Elsa S. Fresco - RE: Winn-Dixie Concord Plaza Store # 354**

| | |
|---|---|
| **From:** | Thomas Lehman |
| **To:** | Ibold, Catherine |
| **Date:** | 1/19/2007 6:12 PM |
| **Subject:** | RE: Winn-Dixie Concord Plaza Store # 354 |

We have the light fixtures and are sending the specs to you. Therefore, reimbursement for the light fixtures is still part of Terranova's disputed cure amount.

The contact person at Equity One is Barbara Miller, its property mgr. Equity One is located down here. Do you need its number or are you a tenant on its other properties?

Thomas R. Lehman
Tew Cardenas LLP
(305) 536-1112
www.tewlaw.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone 1-888 536-1112 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

>>> Catherine Ibold <CatherineIbold@winn-dixie.com> 1/19/2007 11:46 AM >>>
Tom,

Thank you for the information -- do you have conatact information for the new owner? Will you be representing them as well? Will Terranova be handling the management of the property?

Did the old owner convey the lights to the new owner or did they keep them? I need to know whether this is an issue any longer. Thank you.

Have a nice weekend.

Catherine

---

**From:** Thomas Lehman [mailto:trl@tewlaw.com]
**Sent:** Friday, January 19, 2007 11:13 AM
**To:** Catherine Ibold
**Cc:** specie@scruggs-carmichael.com; Cynthia Jackson; sbittel@terranovacorp.com; Trish Blasi
**Subject:** Winn-Dixie Concord Plaza Store # 354

Catherine,

The Concord Plaza Shopping Center was sold last week to an entity in which Equity One has an interest. The new owner will be contacting Winn-Dixie.

It is now the new owner's responsibility to review and approve Winn-Dixie's lighting upgrade plan. Therefore, I suggest that Winn-Dixie submit its plan to the new owner.

The old owner of Concord Plaza still has responsibility for the recovery of disputed cure amounts other than the cure amounts related to the lighting upgrade. Therefore, Terranova continues to maintain that has a right to receive payment of the Concord cure amounts other than the cost of lighting upgrade listed in its most recent

**Elsa S. Fresco - Fwd: FW: Specs on Concord**

| | |
|---|---|
| **From:** | Thomas Lehman |
| **To:** | Catherine Ibold |
| **Date:** | 1/22/2007 5:31 PM |
| **Subject:** | Fwd: FW: Specs on Concord |
| **CC:** | specie@scruggs-carmichael.com |
| **Attachments:** | specie@scruggs-carmichael.com |

Catherine,

Attached is information on the light fixture specs. Let me know if you have questions.

Tom

Thomas R. Lehman
Tew Cardenas LLP
(305) 536-1112
www.tewlaw.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone 1 -888 536-1112 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

Elsa S. Fresco - FW: Specs

| | |
|---|---|
| From: | "Troy Waugh" |
| To: | |
| Date: | 1/22/2007 3:09 PM |
| Subject: | FW: Specs |
| CC: | "Trish Blasi" , "Stephen Bittel" , "Troy Waugh" |
| Attachments: | "Trish Blasi" , "Stephen Bittel" , "Troy Waugh" |

-----Original Message-----
**From:** Troy Waugh
**Sent:** Monday, October 16, 2006 3:55 PM
**To:** 'victor@enviro-steel.com'; 'trl@tewlaw.com'
**Cc:** Margery Golant; Troy Waugh
**Subject:** FW: Specs

Victor,

Here is some cut sheets that came out of the light fixture boxes that we have in storage. Several years ago, 25 fixtures were purchased for the Winn Dixie tract "A".

Light numbers that were given to me are:     Gardco Fixtures
                G181-4x-750 MH

Unit costs are $690 each
$690 x 25 Fixtures = $17,250 + 7% tax = $18,457.50
This is the cost the electrician needs for his estimate for he will buy the fixtures from us that were ordered.

If you have any questions, just give me a call.

Troy Waugh


-----Original Message-----
**From:** Neliarosa Orbay
**Sent:** Monday, October 16, 2006 3:13 PM
**To:** Troy Waugh
**Subject:** Specs


<<g18 page 1-2.pdf>> <<g18 page 3-4.pdf>>
Neliarosa Orbay
Construction Administrator for Troy Waugh
Terranova Corporation
801 Arthur Godfrey Road, Suite 600
Miami Beach, Florida 33140
Phone- 305-695-8700 Ext. 184
Fax- 305- 672-7800

# INSTALLATION INSTRUCTIONS
## G18 LUMINAIRE ON A SQ. POLE

**4. Feed luminaire wires** into pole. Make electrical connections and secure supply wires using the wire tie anchor mounted to the bolster plate.(Fig 4)  Where more than one luminaire is mounted to the pole, make electrical connections after all luminaires are mounted.

5. **Install pole top cap.**

6. **Aiming arrow** on reflector must match aiming direction on site plan. If **reflector rotation** is required, loosen the (4) screws holding the optical system to the housing. Loosen the (2) thumb screws and slide latches to disengage.(Fig.5) Remove optical system, reposition as desired and retighten (4) screws and (2) thumb screws previously loosened.

8. **To install lamp,** loosen lamp stabilizer screw and slide stabilizer away from lamp socket. If lamp does not clear the stabilizer, loosen the screw until the stabilizer can be pulled out far enough to rotate out of the way of the lamp. (Fig.6) After installing the lamp, hold the three prong end of the stabilizer against the lamp and tighten the stabilizer screw.

9. **Re-install door** by engaging the hinge end with the door in the almost closed position. Swing door open and lock the hinge clamp by returning the hinge clamp lock to it's original position.Re-install the safety cable. (Fig.7)

10. **Close door** making sure latch is fully engaged.


Fig. 4


Fig. 5


Fig. 6


Fig. 7


**GARDCO LIGHTING**
2661 Alvarado St.
San Leandro, Ca. 94577     © COPYRIGHT 1996 GARDCO LIGHTING

Part No. A815482
2/18/97


C&I OUTDOOR DIVISION
**THOMAS**
LIGHTING

# In Case Of Electrical Difficulty
## Subject: H.I.D Luminaires

This luminaire has been thoroughly tested at the factory prior to shipping. First the unit was subjected to a high potential test which subjects all electrical components to an AC voltage exceeding 1000 volts between live parts and dead metal parts. Any weak insulation or "shorts to ground" is detected by the test.

The luminaire was then connected to the rated input voltage and correct lamp load and subjected to a performance test to determine if the ballast is operating the lamp within the correct parameters. Should difficulties be encountered, please go through the following check list as this luminaire was in working order upon leaving our factory.

A. Problem: *LAMP WILL NOT START.*
1. Is power applied to luminaire?
2. Is lamp seated in socket properly? (See paragraph #2 under item C).
3. Is lamp of correct wattage and type?
4. Is lamp defective? Try lamp known to be in operating condition.
5. Check lamp markings and determine if lamp is intended for burning in the position in which it is being used. i.e., vertical or horizontal.
6. Is photocontrol functioning properly (if used)?
7. Does voltage measured at socket agree with the minimum required indicated in chart?
8. If no voltage appears at the lamp socket, check supply wire connections.
9. Check voltage at supply connections. Is it within +/- 10% of rated fixture voltage?
10. Open luminaire and determine if all connections are secure.

B. Problem: *IRREGULAR or DIFFICULT LAMP STARTING.*
1. Numerous causes could exist here. We suggest that under A above, items 2,3,4,5,7,9 and 10 be checked. Ballast are designed to start lamps at temperatures down to minus 20 °F. In some rare instances, outside temperatures could be a problem in certain areas.

C. Problem: *LAMP CYCLES.*
This condition is evidenced by the lamp repeatedly warming up, then extinguishing, then warming up again.
1. Check under A above, Items 2,3,4,5,6,7, and especially 9.
2. If 175 watt or 400 watt Super Metalarc lamps are used (Horizontal lamps luminaires only) it is imperative that the arc tube be positioned so that the arc points vertically upward (see illustration) with the luminaire in the installed position. Should the arc tube be over 4 deg. in either direction, lamp cycling will very likely result. This lamp is provided with a stop-pin located on the screw shell which engages a notch on the screw shell of the specially constructed lamp socket provided. This notch will be on the left side (9 o'clock position) when standing looking into the mouth of the socket with the luminaire in its position and viewer standing erect on a ladder or support.

Should the luminaire still not operate correctly after checking the above items, report the problem to the distributor through which the luminaire was sold.



SUPER METAL ARC LAMP

**MINIMUM OPEN CIRCUIT VOLTAGE FOR VARIOUS H.I.D. LAMPS**

| LAMP TYPE | WATTAGE | MINIMUM SOCKET VOLTAGE |
|---|---|---|
| METAL HALIDE | 1000 | 410 |
| | 400 | 295 |
| | 250 | 280 |
| | 175 | 295 |
| | 100 | 275 |
| | 70 | 230 |
| | 50 | 230 |
| HIGH PRESSURE SODIUM | 1000 | 456 |
| | 400 | 195 |
| | 360* | 225 |
| | 310 | 190 |
| | 250 | 195 |
| | 200 | 195 |
| | 150/55V | 110 |
| | 150/100V | 195 |
| | 150** | 225 |
| | 100 | 110 |
| | 70 | 110 |
| | 50 | 110 |
| MERCURY VAPOR | 1000 | 375 |
| | 400 | 225 |
| | 250 | 225 |
| | 175 | 225 |
| | 100 | 225 |

*360 Unalux® designed to operate on 400W Mercury Vapor Lag Type Ballast only

**150W Unalux® or E-ZLUX® designed to operate on 175W Mercury Vapor Lag Type Ballast only

## CAUTION
USE CLEAR LAMP ONLY
FOR OPTIMUM
PHOTOMETRIC PERFORMANCE

# INSTALLATION INSTRUCTIONS
## G18 LUMINAIRE ON A SQ. POLE

***IMPORTANT:*** READ ALL INSTRUCTIONS BEFORE PERFORMING ANY WORK. BE SURE ALL **POWER IS OFF** PRIOR TO INSTALLING LUMINAIRES.
***WARNING:*** FIXTURE MUST BE GROUNDED IN ACCORDANCE WITH APPROPRIATE CODES. FAILURE TO DO SO MAY RESULT IN SERIOUS INJURY.

**NOTE:** FOR INSTALLATION TO OTHER THAN A SQUARE POLE, FOLLOW INSTRUCTIONS PROVIDED WITH THE ADAPTOR KIT.

1. ***Place luminaire*** with lens facing up on a non-scratching surface.

2. ***Unlatch door*** and slowly open as far as safety cable will allow. Disengage safety cable from door. Open door further until hinge clamp lock is accessible. Rotate hinge clamp lock to free hinge clamp.(Fig.1) Pull hinge clamp away from hinge. Carefully rotate door toward the closed position until hinge disengages.

3. ***Place luminaire mounting*** surface against square pole so that mounting holes align. Note: for 3 7/8" to 4" square poles where luminaires are mounted 90 deg. apart, place supplied spacer between pole and luminaire.(Fig. 2) With an assistant holding the luminaire, insert the bolster plate into the inside of the pole with the tapped hole toward the base. Using (1) 3/8-16 bolt, washer and lock washer, secure the luminaire to the tapped hole of the bolster plate. Using the other bolt, washer, lock washer and hex nut, secure the luminaire to the untapped hole of the bolster plate.(Fig.3) Tighten bolts to 20ft. lbs.


Fig 1


Fig 2


Fig 3


**GARDCO** LIGHTING
2661 Alvarado St.
San Leandro, Ca. 94577    © COPYRIGHT 1998 GARDCO LIGHTING


Part No. A815482
2/18/97


C&I OUTDOOR DIVISION
**THOMAS**
LIGHTING

# AIMING INSTRUCTIONS
## G18 LUMINAIRE WITH OPTIONAL PHOTOCONTROL (PC)

1. Loosen (3) #8-32 screws.
2. Aim "North" arrow on the photocontrol receptacle as desired.
3. Tighten (3) #8-32 screws.
4. Install the photocontrol.





Gardco Lighting

Part No. A817316
4/9/02
Page 1 of 2

**Gardco**
OUTDOOR LIGHTING
2661 ALVARADO ST.
SAN LEANDRO, CA 94577

# INSTALLATION INSTRUCTIONS
## G18 LUMINAIRE ON A SQ. POLE

***IMPORTANT:*** READ ALL INSTRUCTIONS BEFORE PERFORMING ANY WORK.
BE SURE ALL **POWER IS OFF** PRIOR TO INSTALLING LUMINAIRES.
***WARNING:*** FIXTURE MUST BE GROUNDED IN ACCORDANCE WITH APPROPRIATE CODES. FAILURE TO DO SO MAY RESULT IN SERIOUS INJURY.

**NOTE:** FOR INSTALLATION TO OTHER THAN A SQUARE POLE, FOLLOW INSTRUCTIONS PROVIDED WITH THE ADAPTOR KIT.

1. ***Place luminaire*** with lens facing up on a non-scratching surface.

2. ***Unlatch door*** and slowly open as far as safety cable will allow. Disengage safety cable from door. Open door further until hinge clamp lock is accessible. Rotate hinge clamp lock to free hinge clamp.(Fig.1) Pull hinge clamp away from hinge. Carefully rotate door toward the closed position until hinge disengages.

3. ***Place luminaire mounting*** surface against square pole so that mounting holes align. Note: for 3 7/8" to 4" square poles where luminaires are mounted 90 deg. apart, place supplied spacer between pole and luminaire.(Fig. 2) With an assistant holding the luminaire, insert the bolster plate into the inside of the pole with the tapped hole toward the base. Using (1) 3/8-16 bolt, washer and lock washer, secure the luminaire to the tapped hole of the bolster plate. Using the other bolt, washer, lock washer and hex nut, secure the luminaire to the untapped hole of the bolster plate.(Fig.3) Tighten bolts to 20ft. lbs.



Fig 1



Fig 2



Fig 3

 **GARDCO** LIGHTING
2661 Alvarado St.
San Leandro, Ca. 94577    © COPYRIGHT 1996 GARDCO LIGHTING

Part No. A815482
2/18/97

 C&I OUTDOOR DIVISION
**THOMAS**
LIGHTING

# AIMING INSTRUCTIONS
## G18 LUMINAIRE WITH OPTIONAL PHOTOCONTROL (PC)

1. Loosen (3) #8-32 screws.
2. Aim "North" arrow on the photocontrol receptacle as desired.
3. Tighten (3) #8-32 screws.
4. Install the photocontrol.





**Gardco Lighting**

Part No. A817316
4/9/02
Page 1 of 2

**Gardco**
OUTDOOR LIGHTING
2661 ALVARADO ST.
SAN LEANDRO, CA 94577