# EXHIBIT "2"

## Adjustment

Date Prepared: 8/30/2006
Prepared By: Chris Taylor
Property: Cresthaven
Billing Adjustment: [ X ]
Workout: [ ]
Write-offs: [ ]

Period: _____
Effective Date: _____
Approved By: Chris Taylor
Tenant: Winn Dixie
Unit Ref. No. _____

Reason for Adjustment: Tenant's sign vendor damaged retainers on pylon sign while installing WD's face. New retainers were fabricated and installed.

| Charge Code | Charge Description | Date | Beginning Balance | Adjustment | Ending Balance |
|---|---|---|---|---|---|
|  | Pylon Sign Repair | 8/4/2006 | $ - | $ 3,545.86 | $ 3,545.86 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  | $ - | $ - | $ - |

Has tenant ever had workout before (if yes date and exend of workout): _____

Detail of Workout to be made: _____

Date entered into Yardi: _____   Entered By: _____
Copy to Accounting: _____   Copy of Property Mgt./Lease File _____
If Workout confirm that workout agreement has been fully Executed: _____
What type of agreement: Letter Agreement or Lease Modification

# Art Sign Co.

*Business Identification Systems Since 1947*

835 N.W. 6 Ave., Ft. Lauderdale, FL 33311
(954) 763-4410 • Fax (954) 763-2736

**Page # 1**

# INVOICE

| INVOICE # | 06-1146C |
|---|---|
| DATE | 8/4/06 |

**BILL TO:**
Terranova Corporation
801 ARTHUR GODFREY ROAD
SUITE 600
MIAMI BEACH, FL 33140

TELEPHONE # (305) 695-8700

**SHIP TO:**
CRESTHAVEN
2601 S MILITARY TRAIL
West Palm Beach, FL

TELEPHONE # ADRIENNE KELLY, ACCTG

| PURCHASE ORDER # | SALES REP | DUE DATE | PAYMENT TERMS |
|---|---|---|---|
| CHRIS TAYLOR | CK/BRAD | 8/4/06 | Net Due |

| QUANTITY | CODE # | DESCRIPTION | T | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 05 | | *WINN DIXIE FACES INSTALLED BY OTHERS, FACES WERE SCREWED TO RETAINERS. NUMEROUS HOLES WERE CREATED & NEW RETAINERS HAD TO BE FABRICATED & INSTALLED | | | |
| | 18 | FABRICATE & INSTALL 80' OF NEW RETAINERS | | | 600.00 |
| 05 | | REMOVE FACES, REMOVE OLD RETAINERS. FABRICATE & INSTALL NEW RETAINERS, REINSTALL FACES —LABOR | | | 2,644.00 |
| | TH | THANK YOU, WE APPRECIATE YOUR BUSINESS! | | | |

PROP NO /820    SPLIT PROP Y OR N
SEP CK Y OR N    TOTAL $3,454 86
DESCR _____ — Bill to WD for damage
G/L ACCT 5252-0000    AMT _____
G/L ACCT _____    AMT _____
G/L ACCT _____    AMT _____
RETURN TO MANAGER    Y OR N
BILL CM FEE _____    Y OR N
AUTH BY _____    DATE 8/14/06

| | |
|---|---|
| Subtotal | 3,244.00 |
| Sales Tax | 210.86 |
| Total Invoice Amount | 3,454.86 |
| Payment Received | 0.00 |
| TOTAL | 3,454.86 |

**Chris Taylor**

**From:** Jane Dewitte [JaneDewitte@winn-dixie.com]
**Sent:** Tuesday, May 09, 2006 9:59 AM
**To:** Chris Taylor
**Subject:** FW: Store 221 Pylon Retro

Chris, as you can see our panels are ready for installation and should be installed no later than the 23rd of this month. They are red letters with white background. It is too late to change it.

Jane DeWitte
Area Property Manager
(904) 783-5065
Fax (904) 370-6055
Cell (904) 626-5846
email janedewitte@winn-dixie.com

---

**From:** Keith Cherry
**Sent:** Tuesday, May 09, 2006 9:50 AM
**To:** Jane Dewitte
**Cc:** J.D. Connor
**Subject:** RE: Store 221 Pylon Retro

Jane, we ordered the panels for our sign cabinet several months ago but the supplier failed to properly process the order. Regardless, the sign panels have been manufactured and will be installed no later than the 23rd of this month. The panels are white with red letters.

*Keith Cherry*

Vice President

Design and Construction

904/370-6456

---

**From:** Jane Dewitte
**Sent:** Monday, May 08, 2006 9:29 AM
**To:** J.D. Connor; Keith Cherry
**Subject:** FW: Store 221 Pylon Retro

5/9/2006

Please let me have your comments and/or direction on attached.

Jane DeWitte
Area Property Manager
(904) 783-5065
Fax (904) 370-6055
Cell (904) 626-5846
email janedewitte@winn-dixie.com

---

**From:** Chris Taylor [mailto:ctaylor@terranovacorp.com]
**Sent:** Friday, May 05, 2006 2:27 PM
**To:** janedewitte@winn-dixie.com
**Cc:** Chris Taylor
**Subject:** Store 221 Pylon Retro

Jane,

Per my message earlier we are modifying the current pylon sign at the shopping center. Your sign face has not been repaired since Hurricane Wilma. This is okay because we are now insisting that all tenants on the pylon install pan embossed faces that utilize reverse colors (example: white letters and red background).

I have included a proposal from our sign vendor to replace you face. We are willing to have the panel repaired by our vendor but would ultimately have to bill Winn Dixie this amount.

Please advise if this proposal is acceptable. If not please advise us on a time frame for when you expect the face to be replaced.

Again, the landlord is insisting on Pan embossed faces with reverse color.

Sincerely,

Chris Taylor
Terranova Corporation
Property Manager
801 Arthur Godfrey Rd. Suite 600
Miami Beach, FL 33140

P: 305-695-8700
C: 305-970-0413
F: 305-672-7800

-----Original Message-----
**From:** Brad Shanes [mailto:brad@artsignfl.com]
**Sent:** Thursday, April 20, 2006 2:53 PM
**To:** Chris Taylor
**Subject:** Cresthaven2601_4_3.pdf

Chris,
   Attached is the latest drawing along with prices, disregard everything you have.
Sincerely
Brad

5/9/2006

## Chris Taylor

**From:** Chris Taylor
**Sent:** Friday, May 05, 2006 2:27 PM
**To:** janedewitte@winn-dixie.com
**Cc:** Chris Taylor
**Subject:** Store 221 Pylon Retro

Jane,

Per my message earlier we are modifying the current pylon sign at the shopping center. Your sign face has not been repaired since Hurricane Wilma. This is okay because we are now insisting that all tenants on the pylon install pan embossed faces that utilize reverse colors (example: white letters and red background).

I have included a proposal from our sign vendor to replace you face. We are willing to have the panel repaired by our vendor but would ultimately have to bill Winn Dixie this amount.

Please advise if this proposal is acceptable. If not please advise us on a time frame for when you expect the face to be replaced.

Again, the landlord is insisting on Pan embossed faces with reverse color.

Sincerely,

Chris Taylor
Terranova Corporation
Property Manager
801 Arthur Godfrey Rd. Suite 600
Miami Beach, FL 33140

P: 305-695-8700
C: 305-970-0413
F: 305-672-7800

-----Original Message-----
**From:** Brad Shanes [mailto:brad@artsignfl.com]
**Sent:** Thursday, April 20, 2006 2:53 PM
**To:** Chris Taylor
**Subject:** Cresthaven2601_4_3.pdf

Chris,
   Attached is the latest drawing along with prices, disregard everything you have.
Sincerely
Brad

5/5/2006



# SIGN COMPANY, INC.

**BUSINESS IDENTIFICATION SYSTEMS SINCE 1947**

Palm Beach # U-10433
Dade # 0000-17900
Broward CC # 84-CESM-65-X

DATE 3/28/2006

835 N.W. 8 Ave., Ft. Lauderdale, FL 33311 • Phone (954)763-4410 • Fax (964)763-2736

| CUSTOMER NAME | JOB |
|---|---|
| Terranova | Cresthaven |
| STREET ADDRESS | JOB STREET ADDRESS |
|  | 2601 S. Military Tr |
| CITY | CITY |
|  | Palm Bch FL |
| 305 695 8700 | Palm Bch |
| CONTACT | SALESMAN |
| Chris Taylor | Brad Shanes |

Fabricate and install (4) pan embossed "Winn Dixie" faces
Size, color and copy per approved drawing                    $6,780.00

| | |
|---|---|
| SUB-TOTAL | $6,780.00 |
| SALES TAX | 6% |
| TOTAL | |
| DEPOSIT | |
| BALANCE | Upon Completion |

**CONDITIONAL SALES AGREEMENT**