COMPOSITE EXHIBIT "3"

# TEW CARDENAS LLP INVOICES

### General Matters Statements
### Tab A

| | |
|---|---|
| January 2006 through May 31, 2007 (Total) | $ 45,986.50 |

### Concord-Fund IV Retail, LP
### Tab B

| | | |
|---|---|---|
| January 2006 through May 2006 | General Matters Statements (1/6*) | $ 2,218.22 |
| June 2006 through May 2007 | General Matters Statements (1/5**) | 6,535.43 |
| January 2006 through May 2007 | Concord Specific Matters | 59,658.49 |
| Total | | $ 68,412.14 |

### Elston/Leetsdale, LLC
### Tab C

| | | |
|---|---|---|
| January 2006 through May 2006 | General Matters Statements (1/6*) | $ 2,218.22 |
| June 2006 through May 2007 | General Matters Statements (1/5**) | 6,535.43 |
| January 2006 through May 2007 | Elston/Leetsdale Specific Matters | 600.00 |
| Total | | $ 9,353.65 |

### Westfork Tower, LLC
### Tab D

| | | |
|---|---|---|
| January 2006 through May 2006 | General Matters Statements (1/6*) | $ 2,218.22 |
| June 2006 through May 2007 | General Matters Statements (1/5**) | 6,535.43 |
| January 2006 through May 2007 | Westfork Specific Matters | 9,708.41 |
| Total | | $ 18,462.06 |

\*  General matters for all six Terranova Stores.
\*\* General matters for all five Terranova Stores after #217 was assigned to Wal-Mart in June 2006.

@PFDesktop\::ODMA/MHODMA/DMS_NT;Miami;487548;1

**A**

# TEW · CARDENAS LLP

### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

*1/6 15 Concord = $*

Four Seasons Tower. 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

January 1, 2006
Bill # 17803
71107.002

MATTER:     General

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 12/13/05 TRL | Review case background with Stephen Bittel and Pam Pearce and review John Kozyak memo on property status. | 0.50 | 200.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 0.50 | 200.00 |
| **Total Fees** | **0.50** | **$200.00** |

## Costs

| Description | Amount |
|-------------|--------|
| Postage thru 12/31/05 | 5.81 |
| In House Duplicating thru 12/31/05 | 54.40 |
| L/D Phone Calls thru 12/31/05 | 1.26 |
| **Total Costs** | **$61.47** |

**CURRENT BILL TOTAL AMOUNT DUE**                                      261.47

# TEW · CARDENAS LLP

### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

February 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

*1/6 is Concord =*

Re:    **General**
       **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 1,597.50 |
| Disbursements: | | 1,867.32 |
| Total Invoice | $ | 3,464.82 |
| Prior Balance: | | 261.47 |
| Total Amount Due: | $ | 3,726.29 |

Thank you.

# TEW·CARDENAS LLP

### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

February 1, 2006
Bill # 18301
71107.002

MATTER:    General

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 01/05/06 TRL | Review docket sheet in Winn Dixie case for recent filings. | 0.30 | 120.00 |
| 01/06/06 JSJ | Reviewed Pacer docket; downloaded pertinent documents for review. | 1.20 | 162.00 |
| 01/08/06 TRL | Review recent court filings: Equity Committee's motion for appointment of examiner; Debtor's 20 Omnibus objections to claims and form objections to claims. | 0.50 | 200.00 |
| 01/09/06 JSJ | Reviewed PACER docket for specific documents; downloaded same; office conference with Thomas Lehman regarding same. | 0.80 | 108.00 |
| 01/10/06 TRL | Review correspondence from client on real estate tax reimbursements from W-D and respond to same, and on impact on client's administrative claims in case and legal issues. | 0.50 | 200.00 |
| 01/13/06 TRL | Review Order extending exclusive period to file plan; Order authorizing rejection of leases; Order establishing notice procedures and Debtor's Motion for approval of claims liquidation and settlement procedure. | 0.30 | 120.00 |
| 01/20/06 CP | Research regarding breach of lease and conference call regarding same. | 2.50 | 500.00 |
| 01/23/06 JSJ | Review Pacer docket and and downloaded specific documents. | 0.20 | 27.00 |
| 01/23/06 TRL | Review Winn-Dixie rejection motions for various stores to determine whether client's leases included; review docket of recent filings. | 0.30 | 120.00 |
| 01/31/06 JSJ | Reviewed PACER docket and download specific documents. | 0.30 | 40.50 |

Matter:    002 - General

February 1, 2006<br>Page 2

## Fee Summary

| Name | Hours | Amount |
|------|------:|-------:|
| Thomas R. Lehman | 1.90 | 760.00 |
| Casandra Perez | 2.50 | 500.00 |
| Jean St. John | 2.50 | 337.50 |
| **Total Fees** | **6.90** | **$1,597.50** |

## Costs

| Description | Amount |
|-------------|-------:|
| 3 sets of site pictures - TRL - Elsa Fresco | 9.28 |
| Postage thru 01/31/06 | 4.54 |
| In House Duplicating thru 01/31/06 | 82.00 |
| L/D Phone Calls thru 01/31/06 | 1.89 |
| Overnight Delivery Serv. thru 01/31/06 | 49.12 |
| Outside Duplicating thru 01/31/06 | 1,720.49 |
| **Total Costs** | **$1,867.32** |

| | |
|---|---:|
| **CURRENT BILL TOTAL AMOUNT DUE** | 3,464.82 |
| Past Due Balance | 261.47 |
| **TOTAL AMOUNT DUE** | **$3,726.29** |

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

March 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

*1/6  IS  Concord = $*

**Re:    General
71107.002**

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 2,267.00 |
| Disbursements: | | 32.65 |
| Total Invoice | $ | 2,299.65 |
| Prior Balance: | | 3,726.29 |
| Total Amount Due: | $ | 6,025.94 |

Thank you.

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

March 1, 2006
Bill # 18879
71107.002

MATTER:    General

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 02/07/06 JSJ | Reviewed PACER docket and obtained copy of specific court papers for Thomas R. Lehman. | 0.20 | 27.00 |
| 02/21/06 TRL | Review co-counsel's comments to motion regarding February and March sent and review lease and accounting and revise motion accordingly for filing; call from Pam Pearce on status of motion to compell rent payments. | 1.00 | 400.00 |
| 02/22/06 TRL | Review Winn Dixie motion to extend deadline to assume or reject leases and write client on same and strategy for opposition to motion. | 0.50 | 200.00 |
| 02/24/06 CP | Research case law and draft summary regarding denial of motions for extension of time to assume or reject leases and Section 365(d)(4) (3.6). | 3.60 | 720.00 |
| 02/27/06 CP | Finalize research and summary regarding Section 365(d)(4)on extension of assumption and rejection deadline. | 1.20 | 240.00 |
| 02/27/06 TRL | Review client's messages on lease rejection list and write Committee counsel on same and discuss with client. | 0.50 | 200.00 |
| 02/28/06 TRL | Review memo and cases on Section 364 to prepare objection to extension regarding Perfectlite, Deane Communications, Theatre Holdings and Wedtech cases; review with co-counsel preparation of objection to extend assumption/rejection period. | 1.20 | 480.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 3.20 | 1,280.00 |
| Casandra Perez | 4.80 | 960.00 |

March 1, 2006
Page 2

Matter:        002 - General

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Jean St. John | 0.20 | 27.00 |
| **Total Fees** | **8.20** | **$2,267.00** |

## Costs

| Description | Amount |
|-------------|--------|
| L/D Phone Calls thru 02/28/06 | 4.05 |
| Overnight Delivery Serv. thru 02/28/06 | 28.60 |
| **Total Costs** | **$32.65** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | 2,299.65 |
| Past Due Balance | 3,726.29 |
| **TOTAL AMOUNT DUE** | **$6,025.94** |

# TEW · CARDENAS LLP
## A T T O R N E Y S A T L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

April 1, 2006

*1/6 is Concord = $*

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:     **General**
        **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 5,028.00 |
| Disbursements: | | 204.61 |
| Total Invoice | $ | 5,232.61 |
| Total Amount Due: | $ | 5,232.61 |

Thank you.

# TEW · CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

April 1, 2006
Bill # 19473
71107.002

MATTER:    General

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 03/01/06 TRL | Prepare objection to Debtor's motion to extend deadline for assumption/rejection of leases. | 2.70 | 1,080.00 |
| 03/02/06 TRL | Finalize objections to Winn Dixie's motion for extension of time for Winn Dixie to assume or reject leases with local counsel. | 1.20 | 480.00 |
| 03/06/06 TRL | Call from local counsel on settlement proposal from Winn Dixie regarding May 19 drop dead on assumption or rejection of leases and confirm agreed order terms. | 0.30 | 120.00 |
| 03/08/06 TRL | Review proposed order for motion to extend deadline for assumption or rejection and prepare response to same regarding edits to order; review court's agenda for March 9 hearing and discuss client's position at hearing with local counsel. | 1.20 | 480.00 |
| 03/09/06 TRL | Confer with client and local counsel on resolving agreed order and rollover of objection and review issues with client and finalize clients' position for March 9 hearing. | 1.20 | 480.00 |
| 03/16/06 JSJ | Reviewed PACER docket; downloaded specific court documents. | 0.20 | 27.00 |
| 03/16/06 TRL | Review notices of court papers filed in Winn Dixie case; review order on 4th motion to extend deadline for assumption and rejection and write client on March 23 hearing in Jacksonville. | 1.00 | 400.00 |

Matter:    002 - General

### Professional Fees Continued...

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/21/06 | TRL | Prepare for March 23 hearing on assumption and rejection extension and call from Debtor's counsel and local counsel on settlement of dispute over extension of time; review Debtor's amended motion to retain liquidating agent (Hilco/Gordon Brothers) and compare with earlier motion; prepare for March 23 hearing on clients' objection to lease assumption/rejection extension. | 1.70 | 680.00 |
| 03/22/06 | JSJ | Reviewed PACER docket and downloaded specific documents. | 0.20 | 27.00 |
| 03/22/06 | TRL | Negotiations with Winn Dixie Counsel and client to resolve clients' objections to motion to extend time to assume or reject leases. | 2.20 | 880.00 |
| 03/23/06 | JSJ | Reviewed PACER docket and downloaded specific documents. | 0.40 | 54.00 |
| 03/30/06 | TRL | Call from Winn Dixie attorney on assumption/rejected extension and preparation for April 6 hearing on same. | 0.30 | 120.00 |
| 03/31/06 | TRL | Review proposed order on extension of time to assume or reject and respond to Winn Dixie's attorney and write client on legal strategy for settlement and April 6 hearing. | 0.50 | 200.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 12.30 | 4,920.00 |
| Jean St. John | 0.80 | 108.00 |
| **Total Fees** | **13.10** | **$5,028.00** |

### Costs

| Description | Amount |
|---|---|
| 2 sets of reprints of pictures - Elsa Fresco | 7.80 |
| Postage thru 03/31/06 | 4.59 |
| In House Duplicating thru 03/31/06 | 58.80 |
| L/D Phone Calls thru 03/31/06 | 8.37 |
| Messenger - Outside thru 03/31/06 | 30.50 |
| Outside Duplicating thru 03/31/06 | 30.00 |
| Court Reporter Expense thru 03/31/06 | 64.55 |
| **Total Costs** | **$204.61** |

**CURRENT BILL TOTAL AMOUNT DUE**                     5,232.61

# TEW · CARDENAS LLP

### A T T O R N E Y S   A T   L A W

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

May 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

*1/6  ⋯  Concord = $*

Re:    **General
71107.002**

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2006.
A detailed accounting is attached:

| | | |
|---|---|---:|
| Attorneys' Fees: | $ | 1,362.50 |
| Disbursements: | | 577.11 |
| Total Invoice | $ | 1,939.61 |
| Total Amount Due: | $ | 1,939.61 |

Thank you.

# TEW CARDENAS LLP
## ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.                                    May 1, 2006
801 Arthur Godfrey Road                            Bill # 20102
Suite 600                                          71107.002
Miami Beach, Florida 33140

          MATTER:      General

### Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 04/03/06 TRL | Settlement negotiations with Winn Dixie counsel on order extending assumption/rejection deadline. | 0.30 | 120.00 |
| 04/04/06 TRL | Review latest revisions to rejection/assumption extension order accepted by Commodore and write client on same and confirm acceptance of agreed order. | 0.80 | 320.00 |
| 04/05/06 TRL | Respond to clients' inquiry on settlement strategy on eviction case and regarding standstill agreement. | 0.40 | 160.00 |
| 04/13/06 JSJ | Reviewed PACER docket for specific documents and downloaded same; e-mail to Pam Pearce forwarding specific motion. | 0.30 | 40.50 |
| 04/14/06 JSJ | Reviewed PACER docket for specific documents and downloaded same. | 0.20 | 27.00 |
| 04/14/06 TRL | Review Ad Hoc Trade Committee filing on substantive consolidation and write client on same. | 0.30 | 120.00 |
| 04/19/06 TRL | Review April 20th hearings on plan deadline and liquidation sale matters with client and co-counsel. | 0.20 | 80.00 |
| 04/23/06 TRL | Review statements from local counsel and write client on same. | 0.30 | 120.00 |
| 04/26/06 TRL | Review recent court filings by Winn Dixie and objections to claims and confirm not targeted against client. | 0.30 | 120.00 |
| 04/26/06 JSJ | Downloaded specific documents from PACER; reviewed claims objections to determine whether certain lessees were listed. | 1.00 | 135.00 |

May 1, 2006
Page 2

Matter:        002 - General

## Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 04/28/06 TRL | Review Specie waiver of conflict of interest letter regarding Vogel & Vogel and respond to same and write client regarding same. | 0.30 | 120.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 2.90 | 1,160.00 |
| Jean St. John | 1.50 | 202.50 |
| **Total Fees** | **4.40** | **$1,362.50** |

## Costs

| Description | Amount |
|---|---|
| Postage thru 04/30/06 | 1.17 |
| In House Duplicating thru 04/30/06 | 49.40 |
| L/D Phone Calls thru 04/30/06 | 0.99 |
| Facsimiles Out thru 04/30/06 | 0.50 |
| Messenger – Outside thru 04/30/06 | 30.50 |
| Overnight Delivery Serv. thru 04/30/06 | 64.73 |
| Westlaw Research thru 04/30/06 | 388.06 |
| Searches thru 04/30/06 | 41.76 |
| **Total Costs** | **$577.11** |

**CURRENT BILL TOTAL AMOUNT DUE**                               1,939.61

# TEW·CARDENAS LLP
### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

June 1, 2006

*16 IS Concord = #*

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **General**
       **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 108.00 |
| Disbursements: | | 3.18 |
| Total Invoice | $ | 111.18 |
| Total Amount Due: | $ | 111.18 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

---

Terranova Corp.                                    June 1, 2006
801 Arthur Godfrey Road                            Bill # 20510
Suite 600                                          71107.002
Miami Beach, Florida 33140

MATTER:     General

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/01/06 JSJ | Reviewed PACER docket and downloaded specific documents. | 0.40 | 54.00 |
| 05/05/06 JSJ | Reviewed PACER docket and downloaded objections to claims; compared to list of clients' stores to determine whether included in objections. | 0.40 | 54.00 |
| 05/14/06 TRL | Review co-counsel's April statements and write client on same. | 0.20 | N/C |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 0.20 | 0.00 |
| Jean St. John | 0.80 | 108.00 |
| **Total Fees** | **1.00** | **$108.00** |

## Costs

| Description | Amount |
|-------------|--------|
| Postage thru 05/31/06 | 0.78 |
| In House Duplicating thru 05/31/06 | 2.40 |
| **Total Costs** | **$3.18** |

**CURRENT BILL TOTAL AMOUNT DUE**                   111.18

# TEW · CARDENAS LLP

### A T T O R N E Y S   A T   L A W

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

July 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:     **General**
        **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2006.
A detailed accounting is attached:

| | | |
|---|---|---:|
| Attorneys' Fees: | $ | 8,057.00 |
| Disbursements: | | 8.11 |
| Total Invoice | $ | 8,065.11 |
| Prior Balance: | | 111.18 |
| Total Amount Due: | $ | 8,176.29 |

Thank you.

# TEW·CARDENAS LLP

### A T T O R N E Y S   A T   L A W

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

---

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

July 1, 2006
Bill # 21097
71107.002

MATTER:    General

### Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 06/02/06 TRL | Review Winn Dixie motion for assumption of leases and compare with April 6 order on Terranova/Commodore leases and write client on same. | 0.90 | 360.00 |
| 06/07/06 JSJ | Reviewed PACER docket for motion to assume/reject leases; downloaded pertinent documents; office conference with Thomas Lehman regarding same. | 1.60 | 216.00 |
| 06/07/06 TRL | Review Winn Dixie's amended motion to assume Terranova leases and write client on legal strategy for same. | 0.60 | 240.00 |
| 06/08/06 JSJ | Reviewed twelfth objections to claims to determine whether Terranova stores included. | 0.30 | 40.50 |
| 06/09/06 TRL | Respond to M. Golant's inquiry on payment of CAM and other obligations owed on stores and review cure amounts due on all stores regarding motion to assume lease. | 0.60 | 240.00 |
| 06/15/06 CP | Research regarding extensions of time for lease assumption and discuss same with T. Lehman. | 1.20 | 240.00 |
| 06/16/06 CP | Research regarding extensions of time to assume and reject contracts. | 3.00 | 600.00 |
| 06/20/06 JSJ | Reviewed PACER docket in Winn-Dixie bankruptcy and downloaded pertinent documents for review. | 0.50 | 67.50 |
| 06/25/06 TRL | Review Southern Motel Associations, Hante Cuisine, Woodson Hays, Avery Arnold, Kelly Lyn Franchise, McNarr and Bonaventure cases to prepare objection to Winn Dixie's motion to assume remaining leases. | 2.60 | 1,040.00 |
| 06/26/06 JSJ | Reviewed PACER docket and downloaded pertinent document regarding unresolved claims. | 0.40 | 54.00 |

Matter:    002 – General

## Professional Fees Continued...

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/26/06 | TRL | Work with Casandra Perez to prepare objection to Winn Dixie motion to assume leases of remaining stores and response to cure amounts proposed by Winn Dixie. | 0.80 | 320.00 |
| 06/27/06 | JSJ | Reviewed PACER docket to determine whether Winn-Dixie's motions concerning leases refer to client's leases; assisted Thomas Lehman and Casandra Perez in compiling cure amounts for leases. | 2.30 | 310.50 |
| 06/27/06 | TRL | Revise cure amount calculations and tabulations for same and objection to cure, assumption and assignment for all leases. | 1.00 | 400.00 |
| 06/27/06 | CP | Review ledgers from Terranova and attorneys' fees and calculate cure costs; perform research regarding extensions of deadlines. | 2.20 | 440.00 |
| 06/28/06 | JSJ | Assisted Casandra Perez with calculation of cure amounts for leases. | 0.80 | 108.00 |
| 06/28/06 | TRL | Revise objection to assumption of leases and cure amounts. | 0.80 | 320.00 |
| 06/28/06 | CP | Drafting of the objection. | 4.00 | 800.00 |
| 06/29/06 | JSJ | Reviewed motion on disallowance of claims to determine whether Terranova properties were included. | 0.30 | 40.50 |
| 06/29/06 | CP | Drafting of objection. | 4.00 | 800.00 |
| 06/29/06 | CP | Telephone conference regarding Objection and revisions and emails regarding same. | 1.50 | 300.00 |
| 06/29/06 | TRL | Revise and finalize objection to assignment of leases. | 1.20 | 480.00 |
| 06/30/06 | CP | Revise Objection and send emails and perform cure amount calculations regarding same. | 3.20 | 640.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 8.50 | 3,400.00 |
| Casandra Perez | 19.10 | 3,820.00 |
| Jean St. John | 6.20 | 837.00 |
| **Total Fees** | **33.80** | **$8,057.00** |

### Costs

| Description | Amount |
|---|---|

July 1, 2006
Page 3

Matter:        002 - General

## Costs

| Description | Amount |
|---|---|
| In House Duplicating thru 06/30/06 | 6.00 |
| L/D Phone Calls thru 06/30/06 | 1.71 |
| Facsimiles Out thru 06/30/06 | 0.40 |
| **Total Costs** | **$8.11** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | **8,065.11** |
| Past Due Balance | 111.18 |
| **TOTAL AMOUNT DUE** | **$8,176.29** |

# TEW·CARDENAS LLP

### A T T O R N E Y S   A T   L A W

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

August 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

*⅕ to Concord = $*

Re:    **General**
       **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 6,926.00 |
| Disbursements: | | 638.05 |
| Total Invoice | $ | 7,564.05 |
| Prior Balance: | | 8,176.29 |
| Total Amount Due: | $ | 15,740.34 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

August 1, 2006
Bill # 21822
71107.002

MATTER:    General

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 07/05/06 TRL | Conference call with client and local counsel on final cure amounts for objection to assumption of leases and write client on back up for cure amounts. | 0.50 | 200.00 |
| 07/05/06 CP | Review fees for Tew Cardenas and telephone call with T. Lehman regarding revisions to objection to assumption of leases. | 1.40 | 280.00 |
| 07/06/06 JSJ | Reviewed PACER docket; downloaded motion to determine whether Terranova leases included. | 0.50 | 67.50 |
| 07/09/06 TRL | Review and analysis of Winn Dixie's Disclosure Statement and treatment of client's claims under plan of reorganization. | 2.10 | 840.00 |
| 07/10/06 TRL | Conference call with Lior and Margery Golant to finalize cure amounts to prepare supplement to objection to assumption. | 0.60 | 240.00 |
| 07/16/06 TRL | Complete review and analysis of Winn Dixie plan and disclosure statement and annotate same. | 1.00 | 400.00 |
| 07/17/06 RJB | Analyzed with Tom Lehman, research regarding objections to disclosure statement based on inadequate information and began researching 11th Circuit case-law accordingly. | 1.60 | 520.00 |
| 07/18/06 RJB | Began reviewing case-law within the 11th Circuit regarding parameters for objections to disclosure statements based on inadequacy of information generally and as regards assumption of lease and cure detail. | 1.90 | 617.50 |

|  |  | August 1, 2006 |
|---|---|---|
| Matter: | 002 - General | Page 2 |

### Professional Fees Continued...

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 07/19/06 RJB | Continued reviewing case-law within the 11th Circuit regarding sufficiency of information required in disclosure statements generally and as regards assumption of lease and cure detail, shepardized case-law found, drafted memo to Tom Lehman regarding research results and analyzed same with him. | 2.10 | 682.50 |
| 07/20/06 RJB | Analyzed with Tom Lehman, standing to object to disclosure statements, researched and reviewed cases regarding same, shepardized case-law found and drafted memo to Tom regarding research results. | 2.50 | 812.50 |
| 07/20/06 JSJ | Reviewed PACER docket and downloaded motion for order determining dates for ballot and plan procedures. | 0.20 | 27.00 |
| 07/20/06 TRL | Prepare objection to disclosure statement and review with local counsel dividing up tasks for drafting sections of objection to disclosure statement for all Terranova landlords. | 2.80 | 1,120.00 |
| 07/21/06 RJB | Analyzed with Tom Lehman, research results regarding standing and inclusion of argument in filing. | 0.20 | 65.00 |
| 07/21/06 TRL | Review local counsel's additions to objection to disclosure statement and finalize same and write client issues on objection to disclosure statement; review client's inquiry on substantive consolidation issues and prepare response to same. | 2.20 | 880.00 |
| 07/26/06 JSJ | Reviewed PACER docket and downloaded claims objections to determine whether Terranova stores are included; advised Thomas Lehman results of review. | 0.40 | 54.00 |
| 07/26/06 TRL | Call from landlord on joinder with Terranova objection and write client on same. | 0.30 | 120.00 |

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Robin J. Baikovitz Rubens | 8.30 | 2,697.50 |
| Thomas R. Lehman | 9.50 | 3,800.00 |
| Casandra Perez | 1.40 | 280.00 |
| Jean St. John | 1.10 | 148.50 |
| **Total Fees** | **20.30** | **$6,926.00** |

### Costs

| Description | Amount |
|-------------|--------|

Matter:    002 - General

August 1, 2006<br>Page 3

## Costs

| Description | Amount |
| --- | ---: |
| Postage thru 07/31/06 | 1.74 |
| In House Duplicating thru 07/31/06 | 15.00 |
| L/D Phone Calls thru 07/31/06 | 6.48 |
| Searches thru 07/31/06 | 614.83 |
| **Total Costs** | **$638.05** |

| | |
| --- | ---: |
| **CURRENT BILL TOTAL AMOUNT DUE** | 7,564.05 |
| Past Due Balance | 8,176.29 |
| **TOTAL AMOUNT DUE** | **$15,740.34** |

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

September 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

*1/5 = $1,566.49*

**Re:     General
71107.002**

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 6,931.50 |
| Disbursements: | | 900.97 |
| Total Invoice | $ | 7,832.47 |
| Total Amount Due: | $ | 7,832.47 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

September 1, 2006
Bill # 22220
71107.002

### MATTER:    General

### Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/03/06 | TRL | Review revised Winn Dixie disclosure statement in response to objections by Terranova and conference call with co-counsel to prepare for August 4 hearing on disclosure statement. | 1.70 | 680.00 |
| 08/04/06 | TRL | Negotiations with co-counsel and Winn Dixie counsel on revisions to disclosure statement and discuss results of disclosure statement hearing with counsel and write client on same and preparation for August 10 hearing on motion to assume five Terranova leases; review all Terranova leases regarding attorney's fees provisions and write client on same and prepare for August 10 hearing on motion to assume and objection to same regarding exhibits for cure amounts; write client on same. | 2.80 | 1,120.00 |
| 08/05/06 | TRL | Prepare for August 10 objection hearing arguments regarding amended motion validity and related issues. | 0.50 | 200.00 |
| 08/07/06 | AQ | Conference with T. Lehman and research/memo on the Federal Rule 15 treatment of the relation back doctrine when adding or substituting parties, in addition to authority for filing motion late in violation of court order. | 3.80 | 703.00 |
| 08/07/06 | TRL | Prepare for August 10 hearing on objection to motion to assume leases regarding legal argument and evidence for trial; conference call with T. Blasi and M. Golant on witnesses and testimony at August 10 hearing; meeting with A. Quirke on results of Rule 15(c) research; negotiations with opposing counsel on issues for argument at August 10 hearing; review support for cure amounts with Lior. | 3.60 | 1,440.00 |
| 08/08/06 | TRL | Review with co-counsel exhibits for August 10 hearing and preparation of same for legal issue argument on Concord and related assumption issues. | 1.30 | 520.00 |

Matter:      002 - General

September 1, 2006
Page 2

### Professional Fees Continued...

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/09/06 | TRL | Prepare for August 10 hearing on objection to assumption; review evidence and issues with Winn Dixie counsel and position on objection; review court papers and prepare for August 10 hearing argument on objection to Winn Dixie assumption. | 1.50 | 600.00 |
| 08/14/06 | JSJ | Downloaded PACER docket to determine whether specific objections refer to Terranova properties; reviewed documents regarding same. | 0.70 | 94.50 |
| 08/15/06 | TRL | Prepare supplement to Terranova's objection to Winn Dixie cure motion; speak to Lior on sublease revenue issues; prepare exhibits to supplement to objection to motion to assume. | 1.80 | 720.00 |
| 08/18/06 | TRL | Negotiations with Winn Dixie counsel on form or order on motion to assume and neither proposed order and discuss same with Winn Dixie counsel regarding preservation of cure objection fir Concord. | 1.10 | 440.00 |
| 08/29/06 | JSJ | Reviewed PACER docket and downloaded specific objection documents; reviewed same to determine whether Terranova stores are included. | 0.40 | 54.00 |
| 08/31/06 | TRL | Review Winn Dixie Plan and Disclosure Statement regarding Winn Dixie reserving right to "late" reject assumed leases and begin to prepare objection to plan based on contrary representations to court at August 10 hearing. | 0.90 | 360.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 15.20 | 6,080.00 |
| Amanda Quirke | 3.80 | 703.00 |
| Jean St. John | 1.10 | 148.50 |
| **Total Fees** | **20.10** | **$6,931.50** |

### Costs

| Description | Amount |
|---|---|
| Postage thru 08/31/06 | 2.04 |
| In House Duplicating thru 08/31/06 | 40.40 |
| L/D Phone Calls thru 08/31/06 | 11.52 |
| Parking - Outside thru 08/31/06 | 24.00 |
| Court Reporter Expense thru 08/31/06 | 547.95 |
| Westlaw Research thru 08/31/06 | 275.06 |
| **Total Costs** | **$900.97** |

Matter:    002 - General

September 1, 2006
Page 3

**CURRENT BILL TOTAL AMOUNT DUE**    7,832.47

# TEW·CARDENAS LLP

### A T T O R N E Y S A T L A W

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

October 1, 2006
Bill # 22645
71107.002

MATTER:      General

### Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 09/01/06 JSJ | Prepared spreadsheet of invoice breakdown between Concord and General accounts. | 0.50 | 67.50 |
| 09/05/06 JSJ | Reviewed PACER docket and downloaded specific documents to determine whether Terranova stores are included. | 0.40 | 54.00 |
| 09/05/06 TRL | Analysis of order governing confirmation and deadlines with respect to plan and objection issues; review transcript of August 10, 2006 hearing on representations of Winn Dixie counsel on post-confirmation rejection of leases subject to assumption motions; prepare supplement to Terranova's objections to cures, regarding additional fees and August 15 Terranova demand letter to Store 254 and subleases at Store 254; prepare objection to Plan as inconsistent with Debtors' representations on post confirmation rejection at August 10 hearing. | 2.50 | 1,000.00 |
| 09/06/06 TRL | Review August 18 order and finalize objection to Winn Dixie Plan of Reorganization. | 0.80 | 320.00 |
| 09/06/06 JSJ | Reviewed PACER docket; downloaded and reviewed specific documents to determine whether Terranova stores are included. | 0.50 | 67.50 |
| 09/07/06 TRL | Write client on objection to Winn Dixie Plan and reasons for same. | 0.30 | 120.00 |
| 09/08/06 JSJ | Revised billing breakdown spreadsheet. | 0.20 | 27.00 |
| 09/12/06 TRL | Finalize objection to confirmation of plan with co-counsel and file same. | 0.40 | 160.00 |

October 1, 2006
Page 2

Matter:      002 - General

### Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 09/14/06 JSJ | Reviewed PACER docket and downloaded specific documents to determine whether Terranova properties are included. | 0.50 | 67.50 |
| 09/20/06 JSJ | Reviewed PACER docket and downloaded documents to determine whether Terranova stores are involved. | 0.60 | 81.00 |
| 09/20/06 TRL | Review filing in Winn Dixie case for application to client's interests regarding settlement to cure amounts hearings on October 25. | 0.30 | 120.00 |
| 09/21/06 JSJ | Reviewed PACER docket for pertinent notices of hearing; downloaded specific documents and reviewed to determine whether Terranova stores are included. | 1.30 | 175.50 |
| 09/22/06 JSJ | Reviewed PACER docket and downloaded specific documents to determine whether Terranova stores are included. | 0.80 | 108.00 |
| 09/22/06 TRL | Confer with co-counsel on preparation for October 13 confirmation issues and responses to Winn Dixie requests for ballots. | 0.30 | 120.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 4.60 | 1,840.00 |
| Jean St. John | 4.80 | 648.00 |
| **Total Fees** | **9.40** | **$2,488.00** |

### Costs

| Description | Amount |
|---|---|
| Postage thru 09/30/06 | 6.06 |
| In House Duplicating thru 09/30/06 | 107.40 |
| L/D Phone Calls thru 09/30/06 | 5.40 |
| Overnight Delivery Serv. thru 09/30/06 | 225.45 |
| **Total Costs** | **$344.31** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | 2,832.31 |
| Past Due Balance | 3,132.99 |
| **TOTAL AMOUNT DUE** | **$5,965.30** |

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

November 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **General**
       **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 1,335.00 |
| Disbursements: | | 215.84 |
| Total Invoice | $ | 1,550.84 |
| Prior Balance: | | 2,832.31 |
| Total Amount Due: | $ | 4,383.15 |

Thank you.

# TEW·CARDENAS LLP

### A T T O R N E Y S   A T   L A W

**MIAMI · TALLAHASSEE · WASHINGTON D.C.**

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

November 1, 2006
Bill # 23280
71107.002

**MATTER:**    General

### Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 10/04/06 TRL | Call from W-D counsel for settlement negotiations to resolve Terranova's objections to confirmation and write client on same. | 0.80 | 320.00 |
| 10/06/06 TRL | Review Winn Dixie's proposed terms for confirmation order to satisfy Terranova's objection to confirmation and respond to same. | 0.60 | 240.00 |
| 10/10/06 YLG | Review court docket for pleadings associated with client. | 0.50 | 67.50 |
| 10/11/06 TRL | Review Winn Dixie's proposed confirmation order terms for resolving Terranova's objection to confirmation and instruct K. Specie on agreement to be read into record at October 13 confirmation hearing. | 0.80 | 320.00 |
| 10/15/06 TRL | Review all filings in case during October for application to client's stores and confirmation. | 0.30 | 120.00 |
| 10/16/06 JSJ | Reviewed PACER docket for specific documents and downloaded copies of same. | 0.30 | 40.50 |
| 10/23/06 TRL | Revise and finalize supplement to objection to cure amounts for all five remaining stores. | 0.50 | 200.00 |
| 10/24/06 JSJ | Reviewed PACER docket; downloaded specific documents to determine whether Terranova stores are included. | 0.20 | 27.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Yohami L. Guerra | 0.50 | 67.50 |
| Thomas R. Lehman | 3.00 | 1,200.00 |
| Jean St. John | 0.50 | 67.50 |

November 1, 2006

**Matter:**    002 - General                                                    Page 2

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| **Total Fees** | **4.00** | **$1,335.00** |

## Costs

| Description | Amount |
|-------------|--------|
| Postage thru 10/31/06 | 0.78 |
| In House Duplicating thru 10/31/06 | 4.80 |
| L/D Phone Calls thru 10/31/06 | 3.60 |
| Overnight Delivery Serv. thru 10/31/06 | 128.36 |
| Searches thru 10/31/06 | 78.30 |
| **Total Costs** | **$215.84** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | 1,550.84 |
| Past Due Balance | 2,832.31 |
| **TOTAL AMOUNT DUE** | **$4,383.15** |

# TEW · CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

December 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **General**
       **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 1,124.50 |
| Disbursements: | | 37.09 |
| Total Invoice | $ | 1,161.59 |
| Retainer Applied: | | -687.00 |
| Total Amount Due: | $ | 474.59 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

---

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

December 1, 2006
Bill # 24094
71107.002

MATTER:    General

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 11/01/06 JSJ | Reviewed PACER docket; downloaded and reviewed specific documents to determine whether Terranova stores are affected. | 0.40 | 54.00 |
| 11/06/06 JSJ | Reviewed PACER and downloaded specific documents; reviewed to determine whether Terranova properties are involved; office conference with Thomas Lehman regarding plan confirmation | 0.80 | 108.00 |
| 11/07/06 JSJ | Reviewed PACER docket; downloaded and reviewed document to determine whether Terranova properties are affected. | 0.40 | 54.00 |
| 11/07/06 TRL | Review Winn Dixie's objection to claims filed by client for its six stores. | 0.20 | 80.00 |
| 11/13/06 JSJ | Reviewed PACER docket; downloaded confirmation order and other documents; reviewed and notated confirmation order; e-mails to Thomas Lehman regarding same. | 1.10 | 148.50 |
| 11/13/06 TRL | Review Winn Dixie confirmation order to ensure it conforms with settlement and determine when stay is lifted to sue to evict Winn Dixie from Concord. | 0.40 | 160.00 |
| 11/20/06 TRL | Finalize supplement to objections to cure amounts to include recent defaults and review Winn Dixie's 26th objections to claims and prepare response regarding store number 217. | 0.80 | 320.00 |
| 11/21/06 TRL | Review Winn-Dixie's objection to claims and prepare limited response to objection to preserve right to sales proceeds held in escrow for Store 217. | 0.50 | 200.00 |

December 1, 2006

Matter:     002 - General

Page 2

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 1.90 | 760.00 |
| Jean St. John | 2.70 | 364.50 |
| **Total Fees** | **4.60** | **$1,124.50** |

### Costs

| Description | Amount |
|-------------|--------|
| In House Duplicating thru 11/30/06 | 19.20 |
| L/D Phone Calls thru 11/30/06 | 2.88 |
| Overnight Delivery Serv. thru 11/30/06 | 15.01 |
| **Total Costs** | **$37.09** |

| | Amount |
|---|--------|
| SUB TOTAL | $1,161.59 |
| Prepaid Funds Applied | -687.00 |
| **CURRENT BILL TOTAL AMOUNT DUE** | **474.59** |

# TEW · CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

January 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

> **Re:**  **General**
>  **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 229.50 |
| Disbursements: | | 125.23 |
| Total Invoice | $ | 354.73 |
| Prior Balance: | | 474.59 |
| Total Amount Due: | $ | 829.32 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

**MIAMI · TALLAHASSEE · WASHINGTON D.C.**

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

---

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

January 1, 2007
Bill # 24122
71107.002

**MATTER:** General

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 12/18/06 JSJ | Reviewed W-D objections to claims filed in court to determine whether Terranova leases are affected. | 0.30 | 40.50 |
| 12/20/06 JSJ | Reviewed PACER document for treatment of claim of Westfork Plaza Association; office conference with Thomas Lehman regarding same. | 0.60 | 81.00 |
| 12/21/06 JSJ | Reviewed PACER docket and downloaded specific documents regarding W-D objections to claims; reviewed same; conferences with Thomas Lehman regarding same. | 0.80 | 108.00 |

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Jean St. John | 1.70 | 229.50 |
| **Total Fees** | **1.70** | **$229.50** |

### Costs

| Description | Amount |
|-------------|--------|
| Postage thru 12/31/06 | 47.60 |
| In House Duplicating thru 12/31/06 | 24.40 |
| Overnight Delivery Serv. thru 12/31/06 | 53.23 |
| **Total Costs** | **$125.23** |

Matter:        002 - General

January 1, 2007<br>Page 2

**CURRENT BILL TOTAL AMOUNT DUE**                                    354.73

Past Due Balance                                                    474.59

**TOTAL AMOUNT DUE**                                               **$829.32**

# TEW·CARDENAS LLP

### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

February 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:     **General**
        **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2007.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 54.00 |
| Disbursements: | | 19.25 |
| Total Invoice | $ | 73.25 |
| Total Amount Due: | $ | 73.25 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

#### MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

February 1, 2007
Bill # 24768
71107.002

MATTER:    General

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/02/07 | JSJ | Downloaded PACER document and reviewed to determine whether Terranova stores are included. | 0.20 | 27.00 |
| 01/22/07 | JSJ | Reviewed PACER docket and downloaded pertinent document regarding landlord claim. | 0.20 | 27.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Jean St. John | 0.40 | 54.00 |
| **Total Fees** | **0.40** | **$54.00** |

## Costs

| Description | Amount |
|---|---|
| Postage thru 01/31/07 | 0.39 |
| In House Duplicating thru 01/31/07 | 14.40 |
| L/D Phone Calls thru 01/31/07 | 1.26 |
| Facsimiles Out thru 01/31/07 | 3.20 |
| **Total Costs** | **$19.25** |

**CURRENT BILL TOTAL AMOUNT DUE**          73.25

# TEW · CARDENAS LLP

## ATTORNEYS AT LAW

**MIAMI · TALLAHASSEE · WASHINGTON D.C.**

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

March 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    General
71107.002

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2007.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 524.00 |
| Disbursements: | | 122.37 |
| Total Invoice | $ | 646.37 |
| Total Amount Due: | $ | 646.37 |

Thank you.

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

March 1, 2007
Bill # 25298
71107.002

MATTER:    General

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/06/07 | JSJ | Downloaded and reviewed documents from PACER to determine whether Terranova stores are included. | 1.10 | 148.50 |
| 02/06/07 | TRL | Review Winn-Dixie's attorneys' fee applications to compare with client's fee request in preparation for contested cure amount hearing. | 0.50 | 200.00 |
| 02/07/07 | JSJ | Reviewed PACER docket and downloaded specific documents; reviewed same. | 1.30 | 175.50 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 0.50 | 200.00 |
| Jean St. John | 2.40 | 324.00 |
| **Total Fees** | **2.90** | **$524.00** |

## Costs

| Description | Amount |
|---|---|
| L/D Phone Calls thru 02/28/07 | 2.07 |
| Overnight Delivery Serv. thru 02/28/07 | 85.86 |
| Searches thru 02/28/07 | 34.44 |
| **Total Costs** | **$122.37** |

**CURRENT BILL TOTAL AMOUNT DUE**                    646.37

# TEW·CARDENAS LLP

## A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

April 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **General**
       **71107.002**

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2007.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 869.00 |
| Disbursements: | | 2.25 |
| Total Invoice | $ | 871.25 |
| Prior Balance: | | 484.78 |
| Total Amount Due: | $ | 1,356.03 |

Thank you.

# TEW · CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

April 1, 2007
Bill # 25799
71107.002

MATTER:      General

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 03/14/07 TRL | Review Winn-Dixie motion for final decree in subsidiary cases and review confirmation order to determine whether single purpose real estate entity owning leases is affected by final decree for subsidiaries; write K. Specie on response to Winn-Dixie motion. | 1.00 | 400.00 |
| 03/15/07 JSJ | Reviewed PACER docket to determine status of allowance of certain landlord claims objected to; downloaded pertinent agreed orders; e-mail to Karen Specie and Thomas Lehman transmitting same. | 1.10 | 148.50 |
| 03/21/07 TRL | Review Travelers' Casualty Supreme Court case on creditor's right to attorneys' fees in bankruptcy case and write client and K. Specie on same and impact in Winn Dixie case. | 0.70 | 280.00 |
| 03/23/07 JSJ | Reviewed PACER docket for list of twenty largest creditors; prepared service list for motion for stay relief. | 0.30 | 40.50 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 1.70 | 680.00 |
| Jean St. John | 1.40 | 189.00 |
| **Total Fees** | **3.10** | **$869.00** |

## Costs

| Description | Amount |
|---|---|
| L/D Phone Calls thru 03/31/07 | 2.25 |
| **Total Costs** | **$2.25** |

April 1, 2007
Page 2

Matter:    002 - General

**CURRENT BILL TOTAL AMOUNT DUE**                                    **871.25**

Past Due Balance                                                      484.78

**TOTAL AMOUNT DUE**                                              **$1,356.03**

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

June 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    General
       71107.002

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2007.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 1,641.00 |
| Disbursements: | | 84.19 |
| Total Invoice | $ | 1,725.19 |
| Total Amount Due: | $ | 1,725.19 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S   A T   L A W
#### MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

June 1, 2007
Bill # 27034
71107.002

MATTER:    General

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 04/13/07 JSJ | Reviewed PACER docket for information on objections to cure amounts. | 0.20 | 27.00 |
| 04/30/07 JSJ | Downloaded specific documents from PACER; e-mail to Thomas Lehman regarding same. | 0.40 | 54.00 |
| 05/04/07 TRL | Review proposed order on Store #353 cure amounts from Winn-Dixie and respond regarding cures of other stores and attorneys fees. | 0.50 | 200.00 |
| 05/17/07 TRL | Review updated statements and prepare correspondence to Winn Dixie counsel for fees in Concord, from October 2006 through March 2007; respond to Winn Dixie counsel on agreed order on Store 353; call Liore at Terranova on updating cure amounts and eliminating paid amounts. | 1.00 | 400.00 |
| 05/23/07 TRL | Call Lior on amounts owed by Winn Dixie and write Lior on Elena Estevez's confirmation of zero balance on Store No. 353. | 0.30 | 120.00 |
| 05/24/07 TRL | Respond to Winn Dixie's inquiries on back-up on fees; prepare support for fees on Stores 209 and 278; confer with Lior on account balances; respond to client's inquiry (Johanna Anduyar) on Concord eviction; prepare further responses to Winn Dixie's request for expense back-up; discuss same with Lior A. | 2.10 | 840.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 3.90 | 1,560.00 |
| Jean St. John | 0.60 | 81.00 |
| **Total Fees** | **4.50** | **$1,641.00** |

Matter:     002 - General

June 1, 2007
Page 2

## Costs

| Description | Amount |
|---|---|
| Postage thru 05/31/07 | 0.92 |
| In House Duplicating thru 05/31/07 | 57.80 |
| L/D Phone Calls thru 05/31/07 | 0.27 |
| Searches thru 05/31/07 | 25.20 |
| **Total Costs** | **$84.19** |

**CURRENT BILL TOTAL AMOUNT DUE**                    1,725.19

B

# TEW·CARDENAS LLP

### A T T O R N E Y S   A T   L A W

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

January 1, 2006
Bill # 17804
71107.004

MATTER:    Concord-Fund IV Retail, LP

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 12/15/05 TRL | Review Concord file on code violation, repairs needed and cost, motion for stay relief, lease and J. Kozyak correspondence and prepare for stay relief hearing. | 1.40 | 560.00 |
| 12/16/05 TRL | Call from Eddie Held on case background and stay relief motion; review file and prepare outline of events between County, Winn Dixie and client at site re: code violations. | 1.20 | 480.00 |
| 12/19/05 TRL | Finish phone call with E. Held on case background and preparation for 2/15/06 hearing; review permit repair background at site with P. Pearce; call to John McDade of Phoenix Electric on permitting issues and background of lighting upgrade, admissions by W-D, conditions at W-D site and permit violation issues; write P. Pearce and S. Bittel on results and status. | 1.80 | 720.00 |
| 12/21/05 TRL | Review of Concord lease, amendments and assignments. | 0.90 | 360.00 |
| 12/22/05 TRL | Meet with Pam Pearce to review client's Concord files and review results with Ms. Pearce; interview Sayeed Ismael of Phoenix Electric on testimony. | 2.30 | 920.00 |
| 12/22/05 CP | Research and meeting re section 365(d)(3) and performance of lease obligations. | 1.00 | 200.00 |
| 12/23/05 CP | Research re performance of lease obligations pursuant to 365(d)(3) and cure of hazardous conditions. | 5.10 | 1,020.00 |
| 12/24/05 TRL | Review and analysis of J. Fink's Winn Dixie 365 case and National Refractory, Treesource, Bon Ton, Spirit Holding, Vitanza and related cases in preparation for 2/8/06 hearing. | 2.60 | 1,040.00 |

| Matter: | 004 - Concord-Fund IV Retail, LP | | January 1, 2006 |
|---------|----------------------------------|--|-----------------|
| | | | Page 2 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 10.20 | 4,080.00 |
| Casandra Perez | 6.10 | 1,220.00 |
| **Total Fees** | **16.30** | **$5,300.00** |

## Costs

| Description | Amount |
|-------------|--------|
| L/D Phone Calls thru 12/31/05 | 2.34 |
| **Total Costs** | **$2.34** |

**CURRENT BILL TOTAL AMOUNT DUE**  5,302.34

## TEW·CARDENAS LLP

A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

February 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **Concord-Fund IV Retail, LP**
       **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 9,950.00 |
| Disbursements: | | 214.97 |
| Total Invoice | $ | 10,164.97 |
| Prior Balance: | | 5,302.34 |
| Total Amount Due: | $ | 15,467.31 |

Thank you.

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

February 1, 2006
Bill # 18302
71107.004

MATTER:    Concord-Fund IV Retail, LP

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 01/03/06 TRL | Review Handy Andy and Montgomery Ward decisions of 7th and 3rd circuits on scope of landlord's administrative claims; write client on impact of recent Judge Funk decision adopting 7th Circuit decision. | 1.10 | 440.00 |
| 01/04/06 TRL | Call from Jock McDade of Phoenix Electric on witness testimony on February 8. | 0.30 | 120.00 |
| 01/05/06 IGS | Conference with Tom Lehman regarding violation on the property located at 11241 SW 40 Street; telephone conference with Miami-Dade County regarding initiation of violation and status of same. | 2.00 | 280.00 |
| 01/06/06 TRL | Review results of Irma G. Spoto's inquiry with Miami-Dade County on payoff of permit lien and advise client of same. | 0.30 | 120.00 |
| 01/08/06 TRL | Prepare exhibits for 2/8 stay relief trial and outline of undisputed facts for court; write opposing counsel on witnesses and exhibits for 2/8 trial. | 1.60 | 640.00 |
| 01/09/06 TRL | Review permitting issues with Irma G. Spoto regarding negotiations with Miami-Dade County to waive lien for unclosed permits; review permitting, lien and evidence issues for 2-8 with P. Pearce; review client's email on County citations and respond to same and regarding strategy for 2-8 hearing. | 1.40 | 560.00 |
| 01/10/06 IGS | several telephone conferences with Miami-Dade County regarding the lien to be filed on the property and regarding the resolution of the open permit; several telephone conferences with Luis Hernandez, Inspector with Team Metro regarding the violations on the property for parking lot lighting and for the store front signs and the main sign; conference with Tom Lehman regarding status. | 3.00 | 420.00 |

Matter:        004 - Concord-Fund IV Retail, LP

### Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 01/10/06 IGS | Telephone conference with Gema Guadamuz from the Miami-Dade County Building department regarding the lien to be placed on the property; letter to Mr. Luis Hernandez, Team Metro inspector; letter to Gema Guadamuz, Miami-Dade County Building Department; conference with Tom Lehman. | 2.00 | 280.00 |
| 01/10/06 TRL | Review results of negotiations with County on delaying filing of $10,000 lien and discuss with P. Pearce; review Section 7 of lease regarding tenant's obligations to pay taxes or obtain separate assessment; revise Irma G. Spoto letter to County on delaying lien recordings; confer with client on legal strategy for same. | 1.40 | 560.00 |
| 01/17/06 TRL | Call to Jock McDade on testimony for February 8 on electrical work needed to be done to remedy Winn-Dixie parcel; transmit documents on same to J. McDade for his testimony. | 0.50 | 200.00 |
| 01/18/06 TRL | Call from Jock McDade on dangerous conditions that exist at Concord Plaza Parcel A and testimony for February 8; conference with Pam Pearce and Chris Taylor on Phoenix work to estimate cost of repair and prepare letter to McDade on work to be performed. | 1.10 | 440.00 |
| 01/19/06 IGS | Telephone conference with Gema Guadamuz from the Building & Zoning Department regarding certified copies of the open permits; telephone conference with Microfilm from the Building & Zoning regarding the certified copies of the open permits; conference with Tom Lehman regarding upcoming meeting with the county. | 0.50 | 70.00 |
| 01/19/06 CP | Research regarding stay relief for breach of lease and hazardous conditions; meeting with Thomas R. Lehman regarding same. | 5.60 | 1,120.00 |
| 01/19/06 TRL | Prepare for conference call with Winn-Dixie and client; review hazardous conditions cases. | 0.90 | 360.00 |
| 01/20/06 TRL | Call with Jock McDade of Phoenix Electric on condition of Winn-Dixie parking lot; conference call with client and Winn-Dixie on settlement of stay relief claim and call to J. McDade on inspection and scope of work; discuss preparing inventory of purchased materials for Winn-Dixie work at Concord Plaza with Chris Taylor. | 1.80 | 720.00 |
| 01/22/06 TRL | Review McCrory, National Refractory and Wall Tube cases on application of 28 U.S.C. § 959 in bankruptcy cases to determine administrative expense priorities of compliance with building code. | 1.30 | 520.00 |

February 1, 2006
Page 3

Matter:    004 - Concord-Fund IV Retail, LP

## Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 01/23/06 IGS | Meeting at Miami-Dade County Building & Zoning Department to discuss the open permits on the property; review site plans for work performed and not closed-out; meeting with the open permit supervisor regarding the electrical permits outstanding. | 3.00 | 420.00 |
| 01/24/06 IGS | Conference with Tom Lehman regarding open permits; telephone conference with Tom Lehman and with Pam Pearce; | 2.00 | 280.00 |
| 01/24/06 TRL | Review photos and report of Phoenix Electric for site visit at Winn-Dixie Concord Plaza store and discuss with J. McDade regarding report of condition of Winn-Dixie parking lot; conference call with P. Pearce on results of meeting with Miami-Dade County Building Department and supplies in storage; write J. McDade on repair estimate and comparing with storage list from client. | 1.40 | 560.00 |
| 01/25/06 IGS | Several telephone conferences with Miami-Dade Building & Zoning Certificate of Occupancy department regarding the certificate issued for Winn Dixie; property appraiser's search under two different folio numbers for Winn Dixie; conference with Tom Lehman. | 2.00 | 280.00 |
| 01/25/06 TRL | Review materials forwarded by Phoenix Electric on site visit and memo from Irma Spoto on results of meeting with Committee and prepare letter to Winn-Dixie on hazardous condition at parking lot and status of open permits. | 1.40 | 560.00 |
| 01/26/06 TRL | Review Phoenix expert report with Jock McDade and revise letter to Winn-Dixie on same; review with J. McDade his testimony at 2-8 hearing and preparation of same. | 1.30 | 520.00 |
| 01/30/06 TRL | Review Midlantic & Smith Douglas cases to prepare trial memo of law for 2/8 hearing; prepare letter to Winn Dixie's attorney on photos of parking lot to be used as evidence of 2/8 hearing; prepare exhibits for trial. | 1.20 | 480.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 17.00 | 6,800.00 |
| Casandra Perez | 5.60 | 1,120.00 |
| Irma G. Spoto | 14.50 | 2,030.00 |
| **Total Fees** | **37.10** | **$9,950.00** |

## Costs

| Description | Amount |
|---|---|
| Certified Copies of Permits - igs - Irma Spoto | 210.00 |

February 1, 2006
Page 4

Matter:    004 - Concord-Fund IV Retail, LP

### Costs

| Description | Amount |
|---|---|
| In House Duplicating thru 01/31/06 | 2.00 |
| L/D Phone Calls thru 01/31/06 | 2.97 |
| Facsimiles Out thru 01/31/06 | 0.00 |
| **Total Costs** | **$214.97** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | **10,164.97** |
| Past Due Balance | 5,302.34 |
| **TOTAL AMOUNT DUE** | **$15,467.31** |

# TEW·CARDENAS LLP

### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

March 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

**Re:    Concord-Fund IV Retail, LP
71107.004**

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 6,640.00 |
| Disbursements: | | 123.76 |
| Total Invoice | $ | 6,763.76 |
| Prior Balance: | | 15,467.31 |
| Total Amount Due: | $ | 22,231.07 |

Thank you.

# TEW·CARDENAS LLP

### A T T O R N E Y S  A T  L A W

**MIAMI · TALLAHASSEE · WASHINGTON D.C.**

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.                                          March 1, 2006
801 Arthur Godfrey Road                                  Bill # 18880
Suite 600                                                71107.004
Miami Beach, Florida 33140

MATTER:        Concord-Fund IV Retail, LP

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 02/01/06 TRL | Research stay relief cases in preparation of memo of law in support of stay relief for 2/8 hearing and begin preparing trial memo of law; review e-mail from Winn Dixie counsel agreeing to stay relief and discuss Concord Plaza meeting with Chris Taylor and respond to e-mail of Winn Dixie counsel. | 1.30 | 520.00 |
| 02/02/06 TRL | Confer with Pam Pearce on Winn Dixie agreement on Store 254 and issue of payment of Store 278; prepare prosed agreed order granting stay relief; conference call with Phoenix Electric (Jock McDade) and Chris Taylor on meeting at Winn Dixie Store 254 for scope of work inspection and write Winn Dixie counsel on same. | 1.80 | 720.00 |
| 02/03/06 TRL | Confer with Cynthia Jackson, Winn Dixie attorney's on February 8, 2006 meeting of electricians and managers and terms of agreed order; brief local counsel of case background and February 8 meeting. | 1.10 | 440.00 |
| 02/06/06 TRL | Prepare letter to local counsel describing issues in preparation for obtaining entry of agreed order on stay relief; call from Chris Taylor on agenda for February 8 meeting and discuss February 8 hearing with local counsel; prepare agenda for February 8 site meeting; calls from Jock McDade of Phoenix on payment issues and write client on same; prepare transmittal letter to Winn Dixie counsel on February 8 meeting agenda and repair issues. | 2.40 | 960.00 |

Matter:        004 - Concord-Fund IV Retail, LP

March 1, 2006
Page 2

### Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 02/07/06 TRL | Call with Jock McDade of Phoenix on agenda for February 8 meeting with Winn Dixie personnel; review same with Chris Taylor; settlement negotiations with Winn Dixie counsel on form of stay relief order and revise and formalize order on stay relief and conference calls with opposing attorneys on same and presentation to Judge on February 8; write Chris Taylor on objectives for site visit regarding scope of work and permit issues. | 2.60 | 1,040.00 |
| 02/08/06 TRL | Call from local counsel on results of hearing and creditors' committee's objections to agreed order; review Committee's edits to proposed order and conference calls to negotiate and resolve same and finalize text of order and write client on same and review results of site meeting with Chris Taylor. | 2.40 | 960.00 |
| 02/13/06 IGS | Conference with Tom Lehman; review bankruptcy court order; prepare letter to Miami-Dade County Building & Zoning enclosing order; prepare letter to Team Metro enclosing order. | 0.50 | 70.00 |
| 02/15/06 TRL | Review chapter 83 on eviction proceeding and use of summary proceedings for eviction. | 0.70 | 280.00 |
| 02/17/06 TRL | Review Lease and write client on ███████████ | 1.20 | 480.00 |
| 02/23/06 IGS | Telephone conference calls with Team Metro and with Building & Zoning regarding the expired permit and the violations; letter to Building & Zoning and letter to Team Metro confirming W-D's failure to reopen permit. | 1.00 | 140.00 |
| 02/24/06 TRL | Review Concord electric work permit status with Irma G. Spoto and additional fines and obtaining written confirmation of same from County Building Department; prepare for objection to Winn Dixie's motion to extend regarding hearing transcript and site visit. | 1.10 | 440.00 |
| 02/24/06 TRL | Review status of work at Concord Plaza and respond to Pam Pearce on Kenny's business record memo for trial. | 0.30 | 120.00 |
| 02/26/06 TRL | Review lease and correspondence and prepare notice of termination of lease and write client on notice recipients. | 1.00 | 400.00 |
| 02/27/06 IGS | Telephone conference with Alex Morera from Team Metro regarding the violations on the property and whether any have been addressed; review email from Mr. Morera. | 0.50 | 70.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|

March 1, 2006
Page 3

Matter:    004 - Concord-Fund IV Retail, LP

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 15.90 | 6,360.00 |
| Irma G. Spoto | 2.00 | 280.00 |
| **Total Fees** | **17.90** | **$6,640.00** |

## Costs

| Description | Amount |
|-------------|--------|
| Postage thru 02/28/06 | 1.17 |
| In House Duplicating thru 02/28/06 | 114.60 |
| L/D Phone Calls thru 02/28/06 | 5.49 |
| Facsimiles Out thru 02/28/06 | 2.50 |
| **Total Costs** | **$123.76** |

**CURRENT BILL TOTAL AMOUNT DUE**        6,763.76

Past Due Balance        15,467.31

**TOTAL AMOUNT DUE**        **$22,231.07**

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

April 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **Concord-Fund IV Retail, LP
          71107.004**

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 3,700.00 |
| Disbursements: | | 1,083.00 |
| Total Invoice | $ | 4,783.00 |
| Total Amount Due: | $ | 4,783.00 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

April 1, 2006
Bill # 19475
71107.004

MATTER:    Concord-Fund IV Retail, LP

### Professional Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/01/06 | TRL | Prepare letter to Winn Dixie counsel on receipt of rent and reservation of rights and letter to client on same and advise client on same. | 0.50 | 200.00 |
| 03/12/06 | TRL | Review files and prepare complaint for possession and tenant eviction and write client on preparation for suit. | 1.60 | 640.00 |
| 03/13/06 | TRL | Review lease and finalize eviction complaint. | 0.30 | 120.00 |
| 03/16/06 | TRL | Review correspondence from Winn Dixie counsel on stay relief hearing 3-20 and review case cited, East Hampton Gravel and respond to Winn Dixie counsel. | 1.20 | 480.00 |
| 03/17/06 | TRL | Review file and prepare response to Winn Dixie's attorney's letter demanding that client cease eviction and alleged violation of automatic stay. | 1.30 | 520.00 |
| 03/20/06 | TRL | Confer with C. Taylor on 2/8/06 meeting with Winn Dixie and call Kenny Perez on site visits and testimony in eviction finalize complaint to file in state court. | 0.90 | 360.00 |
| 03/22/06 | TRL | Review rent return issues with client in light of eviction and write client on same; write Winn Dixie's attorney on filing suit and service of process. | 0.70 | 280.00 |
| 03/23/06 | IGS | Telephone conference with Team Metro and with Miami-Dade County Building regarding the open permit and the open violations; conference with Tom Lehman; prepare memorandum for Tom Lehman regarding status of open issues. | 1.00 | 140.00 |
| 03/23/06 | TRL | Meet with Irma G. Spoto on recent update from County on status of summons and lien for no close out of electrical permit and memo to client on same. | 0.30 | 120.00 |

April 1, 2006

Matter:        004 - Concord-Fund IV Retail, LP                              Page 2

### Professional Fees Continued...

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/23/06 | TRL | Review Pam Pearce witness availability for Rule 30(b)(6) deposition and write Winn Dixie counsel on same; call from Winn Dixie attorney on deposition and discovery for April 20 hearing. | 0.60 | 240.00 |
| 03/29/06 | TRL | Call from Winn Dixie's eviction attorney on filing answer and factual issues in case. | 0.40 | 160.00 |
| 03/30/06 | TRL | Review Irma G. Spoto's memo on County Building and Zoning Department's cancellation of summons and admission of error on County's part and write client on same; discuss status of eviction with client. | 0.50 | 200.00 |
| 03/31/06 | TRL | Review Winn Dixie letter on lighting repair work in their parking lot at Concord Plaza and discuss with Pam Pearce and write client on strategy for pursuing repair. | 0.60 | 240.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 8.90 | 3,560.00 |
| Irma G. Spoto | 1.00 | 140.00 |
| **Total Fees** | **9.90** | **$3,700.00** |

### Costs

| Description | Amount |
|---|---|
| Postage thru 03/31/06 | 13.20 |
| In House Duplicating thru 03/31/06 | 215.00 |
| L/D Phone Calls thru 03/31/06 | 1.62 |
| Overnight Delivery Serv. thru 03/31/06 | 22.18 |
| Westlaw Research thru 03/31/06 | 831.00 |
| **Total Costs** | **$1,083.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                    4,783.00

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

May 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **Concord-Fund IV Retail, LP**
       **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through April 30, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 3,640.00 |
| Disbursements: | | 476.58 |
| Total Invoice | $ | 4,116.58 |
| Total Amount Due: | $ | 4,116.58 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

May 1, 2006
Bill # 20104
71107.004

MATTER:   Concord-Fund IV Retail, LP

### Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 04/03/06 TRL | Call from Winn Dixie's local counsel on eviction case and related issues regarding stay of proceedings to complete electrical contracting work and prepare letter on same; review documents provided by Phoenix on supplies in storage. | 0.50 | 200.00 |
| 04/04/06 TRL | Confer with Chris Taylor on results of February 8 site visit and prepare response to Catherine Ibold March 31 letter; confer with Kenny Perez on February 8 site visit facts and conference call with Winn Dixie counsel and Kenny Perez on examination of fixtures in storage at Terranova by Winn Dixie subcontractor and use of light plan by contractor. | 1.60 | 640.00 |
| 04/06/06 TRL | Prepare stipulation for stay of proceedings and write client on same. | 1.10 | 440.00 |
| 04/10/06 TRL | Confer with Pam Pearce regarding her comments to stipulation for settlement and finalize same and write Winn Dixie's attorney on same. | 0.90 | 360.00 |
| 04/11/06 TRL | Call to Jock McDade of Phoenix on outstanding amounts owed on Winn Dixie parking lot and discuss indemnification with Winn Dixie counsel and revise settlement accordingly; review letter from Winn Dixie counsel on terms for settlement and discuss with counsel. | 1.10 | 440.00 |
| 04/12/06 TRL | Call from Winn Dixie counsel on edits to settlement and write client on responses of Winn Dixie to stipulation; review options with client regarding settlement or litigate and correspondence with client on same; prepare letter agreemetn with Phoenix Electric confirming no outstanding amounts owed for work at Concord Plaza. | 1.20 | 480.00 |

May 1, 2006
Page 2

Matter:     004 - Concord-Fund IV Retail, LP

### Professional Fees Continued...

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 04/13/06 TRL | Confer with Kenny Perez on results of inspection of fixtures with Winn Dixie; prepare letter to Winn Dixie on rejection of Winn Dixie changes to stipulation. | 0.40 | 160.00 |
| 04/17/06 TRL | Call from defendant's attorney on filing answer to eviction complaint and response to impasse in settlement discussions. | 0.40 | 160.00 |
| 04/19/06 TRL | Review Winn Dixie's answer and affirmative defenses and write client on same. | 0.30 | 120.00 |
| 04/21/06 TRL | Review settlement proposal from Winn Dixie and write client on same and review client's response regarding counteroffer. | 0.30 | 120.00 |
| 04/28/06 TRL | Prepare Plaintiff's reply to Winn Dixie's affirmative defenses and write client on same. | 1.30 | 520.00 |

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 9.10 | 3,640.00 |
| **Total Fees** | **9.10** | **$3,640.00** |

### Costs

| Description | Amount |
|-------------|--------|
| Postage thru 04/30/06 | 5.27 |
| In House Duplicating thru 04/30/06 | 0.60 |
| L/D Phone Calls thru 04/30/06 | 1.89 |
| Facsimiles Out thru 04/30/06 | 8.00 |
| Messenger - Outside thru 04/30/06 | 28.50 |
| Overnight Delivery Serv. thru 04/30/06 | 8.75 |
| Service of Process thru 04/30/06 | 155.00 |
| Westlaw Research thru 04/30/06 | 265.96 |
| Searches thru 04/30/06 | 2.61 |
| **Total Costs** | **$476.58** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | **4,116.58** |

# ·TEW·CARDENAS LLP
### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

June 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

**Re:**    **Concord-Fund IV Retail, LP**
           **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 440.00 |
| Disbursements: | | 605.06 |
| Total Invoice | $ | 1,045.06 |
| Total Amount Due: | $ | 1,045.06 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S  A T  L A W
##### MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

June 1, 2006
Bill # 20512
71107.004

MATTER:      Concord-Fund IV Retail, LP

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 05/01/06 TRL | Call Chris Taylor to Winn Dixie's fifth affirmative defense and allegations of what transpired at February 8 site meeting and write client on same. | 1.10 | 440.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 1.10 | 440.00 |
| **Total Fees** | **1.10** | **$440.00** |

## Costs

| Description | Amount |
|---|---|
| In House Duplicating thru 05/31/06 | 5.20 |
| Staff Overtime thru 05/31/06 | 38.55 |
| Messenger - Outside thru 05/31/06 | 26.00 |
| Westlaw Research thru 05/31/06 | 535.31 |
| **Total Costs** | **$605.06** |

**CURRENT BILL TOTAL AMOUNT DUE**                                     1,045.06

# TEW·CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

July 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

**Re:    Concord-Fund IV Retail, LP
71107.004**

FOR PROFESSIONAL SERVICES RENDERED through June 30, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 680.00 |
| Disbursements: | | 85.49 |
| Total Invoice | $ | 765.49 |
| Total Amount Due: | $ | 765.49 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C..

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

---

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

July 1, 2006
Bill # 21099
71107.004

MATTER:    Concord-Fund IV Retail, LP

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 06/06/06 TRL | Settlement negotiations with Winn Dixie's eviction counsel and prepare counteroffer in revised stipulation and transmittal letter. | 1.10 | 440.00 |
| 06/13/06 TRL | Write client on preparing for depositions in eviction case and discovery. | 0.30 | 120.00 |
| 06/21/06 TRL | Write defendant's attorney on depositions and scheduling discovery. | 0.30 | 120.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 1.70 | 680.00 |
| **Total Fees** | **1.70** | **$680.00** |

## Costs

| Description | Amount |
|-------------|--------|
| In House Duplicating thru 06/30/06 | 80.20 |
| L/D Phone Calls thru 06/30/06 | 0.09 |
| Facsimiles Out thru 06/30/06 | 5.20 |
| **Total Costs** | **$85.49** |

**CURRENT BILL TOTAL AMOUNT DUE** 765.49

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

August 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:     **Concord-Fund IV Retail, LP**
        **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through July 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 3,457.50 |
| Disbursements: | | 159.98 |
| Total Invoice | $ | 3,617.48 |
| Prior Balance: | | 765.49 |
| Total Amount Due: | $ | 4,382.97 |

Thank you.

# TEW·CARDENAS LLP

### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

August 1, 2006
Bill # 21824
71107.004

**MATTER:**    Concord-Fund IV Retail, LP

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 07/05/06 TRL | Settlement negotiations with Winn Dixie eviction counsel and respond to client inquiry on same. | 0.40 | 160.00 |
| 07/07/06 JL | Review and analyze the following pleadings: complaint; answer; and reply, the correspondence between the parties to date, and all of the documents produced by Terranova thus far, in order to begin crafting discovery to be propounded on Winn Dixie; draft outline of information to be requested during discovery; research Judge Mercedes Bach's procedures for setting a matter for trial. | 2.80 | 630.00 |
| 07/11/06 TRL | Negotiations with client, Defendant's attorney and H. Stettin on selection of eviction case mediator. | 0.80 | 320.00 |
| 07/17/06 JL | Telephone conference with Mr. Lehman and Mr. Mclachlan to discuss making special request to Judge Bach for a trial soon after the October 5, 2006 mediation date selected by the parties; draft First Request for Production to Winn Dixie; revise this draft several times; edit and finalize this draft. | 1.70 | 382.50 |
| 07/18/06 TRL | Confer with Herb Stettin on earlier mediation date and negotiate same with Winn Dixie counsel; revise document production request in eviction suit; confer with Jock McDade of Phoenix Electric on affidavit of dangerous condition of parking lot; write client on discovery, partial summary judgment, setting case for trial and mediation. | 2.70 | 1,080.00 |

| Matter: | 004 - Concord-Fund IV Retail, LP | August 1, 2006 |
|---|---|---|
| | | Page 2 |

## Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 07/18/06 JL | Draft memorandum to Mr. Lehman setting forth the special procedures that Judge Bach requires for trials on evictions based upon non-monetary defaults which will take longer than one hour to try; edit this memorandum several times; finalize this memorandum; draft Notice of Scheduling Mediation and Proposed Order Setting Mediation Date; edit and finalize this draft; draft letter to Judge Bach requesting a trial date as soon after the October 5, 2006 mediation date as possible; revise this draft several times; edit and finalize this draft. | 1.80 | 405.00 |
| 07/18/06 JL | Revise the Notice of Scheduling Mediation and Proposed Order Setting Mediation Date based upon Mr. Lehman's comments; discuss Florida Statutes Section 51.011(2) with Mr. Lehman and its potential impact on the discovery in this case; draft correspondence to opposing counsel, Mr. Niall McLachlan regarding the Notice of Scheduling Mediation and Proposed Order Setting Mediation Date, and the potential impact of Florida Statutes Section 51.011(2) on discovery in this case; edit and finalize this correspondence. | 0.60 | 135.00 |
| 07/21/06 JL | Telephone conference with Mr. Niall McLachlan and Mr. Lehman regarding Mr. McLachlan's comments to the draft letter to Judge Bach; review correspondence from Mr. McLachlan regarding this letter; revise and finalize this letter based upon Mr. McLachlan's comments; finalize the exhibits to this letter. | 0.30 | 67.50 |
| 07/21/06 BMS | Finalize first document request and prepare for serving. | 0.50 | 67.50 |
| 07/23/06 TRL | Write client on discovery and progress of obtaining expert witness affidavit from J. McDade in eviction action. | 0.30 | 120.00 |
| 07/26/06 JL | Begin to draft first set of interrogatories to Winn Dixie. | 0.40 | 90.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 4.20 | 1,680.00 |
| Jezabel Llorente | 7.60 | 1,710.00 |
| Bonnie M. Satarsky | 0.50 | 67.50 |
| **Total Fees** | **12.30** | **$3,457.50** |

### Costs

| Description | Amount |
|---|---|
| Postage thru 07/31/06 | 7.02 |
| In House Duplicating thru 07/31/06 | 151.40 |
| L/D Phone Calls thru 07/31/06 | 0.36 |
| Facsimiles Out thru 07/31/06 | 1.20 |

Matter:          004 - Concord-Fund IV Retail, LP

August 1, 2006<br>Page 3

## Costs

| Description | Amount |
|---|---|
| **Total Costs** | **$159.98** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | 3,617.48 |
| Past Due Balance | 765.49 |
| **TOTAL AMOUNT DUE** | **$4,382.97** |

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

September 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **Concord-Fund IV Retail, LP**
       **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through August 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 8,976.50 |
| Disbursements: | | 96.62 |
| Total Invoice | $ | 9,073.12 |
| Total Amount Due: | $ | 9,073.12 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

September 1, 2006
Bill # 22221
71107.004

MATTER:    Concord-Fund IV Retail, LP

### Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 08/02/06 TRL | Prepare additional interrogatories for service on Winn Dixie in eviction suit. | 1.00 | 400.00 |
| 08/04/06 JL | Review and provide comments to the additional interrogatory questions prepared by Mr. Lehman; finalize these interrogatories; draft, edit, proofread, and finalize Plaintiff's Notice of Filing First Set of Interrogatories to Defendant. | 0.50 | 112.50 |
| 08/07/06 BMS | Telephone calls to Judge Schwartz's judicial assistant; Revision to letter to the judge and Joint Motion and Order Appointing Mediator; Draft Motion for Nonjury Trial; Finalize all and prepare for filing; serving and courtesy copies for judge. | 3.20 | 432.00 |
| 08/08/06 JSJ | Reviewed PACER docket and downloaded new Winn Dixie motion to assume sub-leases; Reviewed motion to determine whether Terranova leases included. | 0.40 | 54.00 |
| 08/08/06 TRL | Call from defendant's attorney on permitting for lighting; review correspondence on same and write client; review motion to assume subleases at Store 254 and write client on five subleases and issues regarding objection to motion to preserve termination litigation; review lease on sublease authority of Winn Dixie. | 1.40 | 560.00 |
| 08/09/06 TRL | Review client's procedures for pulling permits and prepare response to defendant's attorney on consent to permitting; write clients on approval of permitting letter to defendant; review client's edits and finalize response to defendant; review Winn Dixie's motion on sublease assumption and prepare response regarding enforcement of Section 19 of lease on obtaining copies and reserving rights on eviction action. | 2.70 | 1,080.00 |

Matter:    004 - Concord-Fund IV Retail, LP

September 1, 2006<br>Page 2

### Professional Fees Continued...

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/10/06 | TRL | Prepare for and argue objection to Winn Dixie assuming Store No. 254 lease in Jacksonville bankruptcy court; settlement negotiations with Winn Dixie general counsel; review settlement negotiations with client. | 6.00 | 2,400.00 |
| 08/14/06 | TRL | Review percentage rent provisions of lease and NOI provisions of First Amendment to Lease regarding Landlord's share of sublease revenue and reporting and revise limited response to motion to assume subleases and write client to confirm revenue and reporting defaults and write client to confirm same. | 1.40 | 560.00 |
| 08/15/06 | JL | Meeting with Mr. Lehman to discuss Defendant's First Request for Production to Plaintiff. | 0.50 | 112.50 |
| 08/15/06 | TRL | Review document production request from Winn Dixie in eviction case and coordinate retainer for expert witness and call defendant's attorney to get copy of document described in request for production #23; meet with J. Llorente on responses to defendant's discovery requests. | 1.40 | 560.00 |
| 08/16/06 | JSJ | Reviewed PACER docket regarding motion to assume sub-leases; downloaded and reviewed same to determine whether Terranova leases are included. | 0.30 | 40.50 |
| 08/16/06 | TRL | Correspond with H. Torre on progress on review of W-D's contractor's permitting documents and call call Defendant's attorney on same; prepare settlement proposal per client's instruction and exhibits to same. | 1.60 | 640.00 |
| 08/17/06 | TRL | Review Judge Funk's order overruling Concord objection with Co-counsel and call client on same and write client on same; review settlement proposal with Winn Dixie local counsel and mediation conference issues. | 1.20 | 480.00 |
| 08/18/06 | TRL | Correspond with client and Defendant's attorney on delivery of plans and timing of review of same. | 0.50 | 200.00 |
| 08/23/06 | TRL | Review discovery requests from Defendant in eviction case and call Defendant's attorney on discovery and mediation. | 0.40 | 160.00 |
| 08/23/06 | JL | Conference with Mr. Lehman to discuss the First Set of Interrogatories received from Winn-Dixie and our strategy with respect to the eviction matter still pending in Miami County Court; telephone conference with Mr. McLachlan to discuss Winn-Dixie's outstanding discovery; draft correspondence to be sent to Terranova regarding responses to be prepared and documents to be produced in response to Winn-Dixie's First Request for Production and First Set of Interrogatories to Plaintiff. | 1.00 | 225.00 |

September 1, 2006
Page 3

Matter:    004 - Concord-Fund IV Retail, LP

## Professional Fees Continued...

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/24/06 | TRL | Review Winn Dixie interrogatories; revise letter to client on discovery responses and terms for retention of Phoenix Electric as expert witness. | 0.50 | 200.00 |
| 08/29/06 | TRL | Meet with Winn Dixie counsel, Winn Dixie bankruptcy counsel and client for cure settlement negotiations and review with client response to same; call Winn Dixie local counsel on responses due in discovery and status of eviction suit. | 0.70 | 280.00 |
| 08/30/06 | TRL | Settlement negotiations with Winn Dixie bankruptcy counsel and local counsel on cure issue and legal fees issues and automatic stay of the eviction case and write client on same and review confirmation by Winn Dixie local counsel. | 0.70 | 280.00 |
| 08/31/06 | TRL | Review evidence of fees and expenses for cure dispute negotiations with Winn Dixie, redact same, and prepare letter to Winn Dixie's counsel on same and instruct J. St. John on preparation of summary materials to transmit to Winn Dixie counsel. | 0.50 | 200.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 20.00 | 8,000.00 |
| Jezabel Llorente | 2.00 | 450.00 |
| Bonnie M. Satarsky | 3.20 | 432.00 |
| Jean St. John | 0.70 | 94.50 |
| **Total Fees** | **25.90** | **$8,976.50** |

## Costs

| Description | Amount |
|---|---|
| Postage thru 08/31/06 | 3.93 |
| In House Duplicating thru 08/31/06 | 48.60 |
| L/D Phone Calls thru 08/31/06 | 0.09 |
| Facsimiles Out thru 08/31/06 | 4.00 |
| Messenger - Outside thru 08/31/06 | 40.00 |
| **Total Costs** | **$96.62** |

**CURRENT BILL TOTAL AMOUNT DUE**          9,073.12

# TEW·CARDENAS LLP
## A T T O R N E Y S  A T  L A W
### MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.                                         October 1, 2006
801 Arthur Godfrey Road                                   Bill # 22647
Suite 600                                                  71107.004
Miami Beach, Florida 33140

MATTER:        Concord-Fund IV Retail, LP

## Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 09/05/06 TRL | Review and redact co-counsel's statements for Concord work regarding settlement of cure dispute and prepare transmittal for same. | 0.70 | 280.00 |
| 09/08/06 JL | Telephone conference with Mr. Niall McLachlan's office to follow up on status of discovery and pending settlement agreement; draft brief memo to file regarding this conference call. | 0.30 | 67.50 |
| 09/08/06 TRL | Review and edit co-counsel's fee statements for August for production to Winn Dixie on cure dispute negotiations; prepare own firm's fee evidence and write Winn Dixie counsel on same; review held bills for production to Winn Dixie for settlement of Concord cure dispute and write client on additional Held statements. | 1.60 | 640.00 |
| 09/11/06 TRL | Call Winn Dixie in-house counsel on non-monetary issues for cure. | 0.30 | 120.00 |
| 09/18/06 TRL | Response to client's e-mail on open case issues and confirm trial cure dispute and write opposing counsel, counsel on open cure issues; continue negotiations with Winn Dixie counsel on cure amount issues. | 1.20 | 480.00 |
| 09/20/06 TRL | Review materials forwarded by client to prepare for settlement conference call with client's staff and participate in conference call meeting with client's staff to review cure items for action with Winn Dixie regarding lighting upgrades. | 1.50 | 600.00 |
| 09/21/06 TRL | Write Winn Dixie in-house and Bank's counsel on resolution of open issues for cure dispute and prepare transmittal materials; call to Winn Dixie counsel on setting evidentiary hearing on cure dispute. | 1.60 | 640.00 |

October 1, 2006

Matter:    004 - Concord-Fund IV Retail, LP                                Page 2

### Professional Fees Continued...

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 09/27/06 TRL | Review lease and amendment and prepare notice of monetary default and serve on Winn Dixie regarding failure to remit sublease revenue. | 0.70 | 280.00 |
| 09/29/06 TRL | Review Winn Dixie response on default and call H. Torre on same and prepare response on Winn Dixie lack of progress and write Winn Dixie on same regarding open items for Concord repairs. | 1.00 | 400.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 8.60 | 3,440.00 |
| Jezabel Llorente | 0.30 | 67.50 |
| **Total Fees** | **8.90** | **$3,507.50** |

### Costs

| Description | Amount |
|---|---|
| Postage thru 09/30/06 | 0.78 |
| In House Duplicating thru 09/30/06 | 65.20 |
| L/D Phone Calls thru 09/30/06 | 0.09 |
| Facsimiles Out thru 09/30/06 | 0.60 |
| Messenger - Outside thru 09/30/06 | 362.65 |
| Overnight Delivery Serv. thru 09/30/06 | 145.46 |
| **Total Costs** | **$574.78** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | **4,082.28** |
| Past Due Balance | 9,073.12 |
| **TOTAL AMOUNT DUE** | **$13,155.40** |

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

November 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    Concord-Fund IV Retail, LP
       71107.004

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 2,320.00 |
| Disbursements: | | 22.21 |
| Total Invoice | $ | 2,342.21 |
| Prior Balance: | | 4,082.28 |
| Total Amount Due: | $ | 6,424.49 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

November 1, 2006
Bill # 23281
71107.004

MATTER:    Concord-Fund IV Retail, LP

### Professional Fees

| Atty | Description | Hours | Amount |
|---|---|---|---|
| 10/03/06 TRL | Call from W-D local counsel on status of repairs to Concord Center and eviction action and review and forward information on status of negotiations. | 1.10 | 440.00 |
| 10/03/06 YLG | Draft email to Neil McClahlan regarding correspondence to Catherine Ibold. | 0.20 | N/C |
| 10/07/06 TRL | Review Concord lease and amendments on uniformity issues and respond to Troy Waugh on whether Terranova may require Winn Dixie to install metal light poles. | 1.20 | 480.00 |
| 10/10/06 TRL | Correspondence with client on Concord painting and resealing issues and light fixtures cost being Winn Dixie's responsibility. | 0.50 | 200.00 |
| 10/11/06 TRL | Review client's correspondence to Winn Dixie consulting engineer and respond regarding use of Terranova's light fixtures. | 0.40 | 160.00 |
| 10/16/06 TRL | Review client's correspondence on specifications for parking lot and respond to same. | 0.30 | 120.00 |
| 10/17/06 TRL | Review Winn Dixie transmittal of sublease revenue for Concord and analysis of same and write client on same; respond to Winn Dixie correspondence on support for fees. | 0.50 | 200.00 |
| 10/20/06 TRL | Review correspondence from client on problems with lighting plan and sublease revenue accounting; call from T. Blasi on issues regarding uniformity of lighting plan and advise her regarding correspondence with Winn Dixie on lease provisions requiring uniformity and forward e-mail on lease terms to T. Blasi. | 0.50 | 200.00 |
| 10/23/06 TRL | Prepare fee analysis for Winn Dixie counsel in connection with settlement negotiation. | 0.30 | 120.00 |

November 1, 2006

Matter:      004 - Concord-Fund IV Retail, LP      Page 2

### Professional Fees Continued...

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 10/25/06 | TRL | Call from T. Blasi on Winn Dixie's demand for cut sheets and prepare response to Winn Dixie's subcontractor for T. Blasi to send. | 1.00 | 400.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Yohami L. Guerra | 0.20 | 0.00 |
| Thomas R. Lehman | 5.80 | 2,320.00 |
| **Total Fees** | **6.00** | **$2,320.00** |

### Costs

| Description | Amount |
|---|---|
| In House Duplicating thru 10/31/06 | 9.60 |
| Overnight Delivery Serv. thru 10/31/06 | 12.61 |
| **Total Costs** | **$22.21** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | **2,342.21** |
| Past Due Balance | 4,082.28 |
| **TOTAL AMOUNT DUE** | **$6,424.49** |

# TEW · CARDENAS LLP
### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

December 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **Concord-Fund IV Retail, LP**
       **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through November 30, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 4,075.00 |
| Disbursements: | | 30.88 |
| Total Invoice | $ | 4,105.88 |
| Total Amount Due: | $ | 4,105.88 |

Thank you.

# TEW · CARDENAS LLP

### A T T O R N E Y S  A T  L A W

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

December 1, 2006
Bill # 24095
71107.004

**MATTER:**    Concord-Fund IV Retail, LP

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 11/03/06 TRL | Review lease and correspondence and confirm status of lighting upgrade with T. Blasi, T. Waugh and H. Torre and prepare notice of non-monetary default and serve on Winn Dixie. | 1.10 | 440.00 |
| 11/14/06 TRL | Review Winn Dixie letter on payment of sublease net income and write client on same and review lease amendment on sublease revenue and respond to client's inquiry on same and impact of order of confirmation and occurrence of effective date. | 0.80 | 320.00 |
| 11/15/06 TRL | Call from Winn-Dixie counsel on Concord parking lot light poles, stripping and sealing and repainting building and call T. Blasi on same and write client on status regarding parking lot poles and fixtures and proof of other upgrades and discuss with S. Bittel. | 1.20 | 480.00 |
| 11/16/06 TRL | Confer with T. Blasi on cut sheets, sublease revenue, and expenses that are Winn-Dixie's share of Parcel "A"; review photos and information from client and write Winn-Dixie counsel on same and lease obligations. | 1.40 | 560.00 |
| 11/16/06 TRL | Review with S. Rohrbach sublease revenue accounting and review Winn-Dixie accounting and prepare response to Winn-Dixie on sublease accounting and monthly payments on sublease revenue. | 1.20 | 480.00 |
| 11/20/06 DAS | online research and contact county courts to obtain any violations. | 1.00 | 75.00 |
| 11/20/06 TRL | Prepare memo to Terranova on status of Winn-Dixie default issues; call from R. Windler on Winn-Dixie estoppel certificate and review estoppel request for same; review inquiries from T. Blasi on notices of violation at property and investigate and respond to same. | 2.40 | 960.00 |

December 1, 2006

Matter:       004 - Concord-Fund IV Retail, LP                              Page 2

### Professional Fees Continued...

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/21/06 | TRL | Call from T. Blasi on calculation of Winn-Dixie's share of restripping and resealing cost; call from Winn-Dixie in-house counsel on engineering work on lighting upgrade and prepare response to counsel. | 0.80 | 320.00 |
| 11/29/06 | TRL | Conference call with client and Equity One general counsel on Winn-Dixie bankruptcy status and its cure obligations under the lease and forward bankruptcy court orders on same to client. | 0.30 | 120.00 |
| 11/30/06 | TRL | Conference call with Winn Dixie's in-house counsel on lighting plan and settlement negotiations; write client on lease Section 8 and Winn Dixie proposal to settle disputed cure claim and analysis of same. | 0.80 | 320.00 |

### Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 10.00 | 4,000.00 |
| David A. Serna | 1.00 | 75.00 |
| **Total Fees** | **11.00** | **$4,075.00** |

### Costs

| Description | Amount |
|---|---|
| Postage thru 11/30/06 | 28.08 |
| In House Duplicating thru 11/30/06 | 2.80 |
| **Total Costs** | **$30.88** |

**CURRENT BILL TOTAL AMOUNT DUE**                                        4,105.88

# TEW · CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

January 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

  **Re:**  **Concord-Fund IV Retail, LP**
     **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 2,680.00 |
| Disbursements: | | 16.14 |
| Total Invoice | $ | 2,696.14 |
| Prior Balance: | | 4,105.88 |
| Total Amount Due: | $ | 6,802.02 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

**MIAMI · TALLAHASSEE · WASHINGTON D.C.**

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

January 1, 2007
Bill # 24124
71107.004

**MATTER:    Concord-Fund IV Retail, LP**

### Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 12/04/06 BT | Review lease and issues relating to common area improvements regarding uniformity requirements of lease. | 0.80 | 320.00 |
| 12/04/06 TRL | Analysis of Section 8 of lease regarding response to Winn-Dixie settlement offer. | 0.50 | 200.00 |
| 12/05/06 TRL | Analysis of lease Section 8 and client's position on same and prepare response to Winn-Dixie settlement offer and send to Winn-Dixie. | 1.20 | 480.00 |
| 12/14/06 TRL | Review with K. Specie client's sublease revenue settlement with Winn-Dixie for December 14th hearing. | 0.20 | 80.00 |
| 12/19/06 TRL | Review correspondence and lease provisions, prior notices of default, Winn-Dixie plan and confirmation order and prepare notice of default and right to terminate; confirm with H. Torre no delivery of updated lighting plan from Winn-Dixie. | 1.30 | 520.00 |
| 12/20/06 TRL | Confer with Trish Blasi on status of lighting upgrade and strategy on terminating lease in eviction action and issue of Chapter 11 plan injunction and discharge, and write client on service of notice to Winn-Dixie and legal issues on proceeding with eviction action. | 1.10 | 440.00 |
| 12/21/06 TRL | Respond to client's inquiry on monetary default and prepare notice of monetary default to Winn-Dixie for failing to reimburse for restripping and resealing and repainting. | 0.80 | 320.00 |
| 12/26/06 TRL | Review letter from Winn-Dixie counsel responding to Terranova default notice on lighting upgrade and settlement proposal and write client on same; respond to Winn-Dixie area manager's inquiry on restripping and resealing invoice. | 0.80 | 320.00 |

January 1, 2007
Page 2

Matter:    004 - Concord-Fund IV Retail, LP

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 5.90 | 2,360.00 |
| Brian Tague | 0.80 | 320.00 |
| **Total Fees** | **6.70** | **$2,680.00** |

## Costs

| Description | Amount |
|-------------|--------|
| In House Duplicating thru 12/31/06 | 12.00 |
| L/D Phone Calls thru 12/31/06 | 4.14 |
| **Total Costs** | **$16.14** |

| | |
|---|---|
| **CURRENT BILL TOTAL AMOUNT DUE** | **2,696.14** |
| Past Due Balance | 4,105.88 |
| **TOTAL AMOUNT DUE** | **$6,802.02** |

# TEW·CARDENAS LLP

### A T T O R N E Y S   A T   L A W
#### MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

February 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **Concord-Fund IV Retail, LP**
       **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2007.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 520.00 |
| Disbursements: | | 0.18 |
| Total Invoice | $ | 520.18 |
| Total Amount Due: | $ | 520.18 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

#### MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

February 1, 2007
Bill # 24770
71107.004

MATTER:   Concord-Fund IV Retail, LP

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/14/07 | TRL | Respond to T. Blasi on reimbursements from Winn-Dixie. | 0.30 | 120.00 |
| 01/19/07 | TRL | Write Winn-Dixie on sale to Equity One and remaining cure amount dispute and respond to inquiries on fixtures and remaining issues regarding light fixtures and fees. | 1.00 | 400.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Thomas R. Lehman | 1.30 | 520.00 |
| **Total Fees** | **1.30** | **$520.00** |

## Costs

| Description | Amount |
|---|---|
| L/D Phone Calls thru 01/31/07 | 0.18 |
| **Total Costs** | **$0.18** |

| **CURRENT BILL TOTAL AMOUNT DUE** | **520.18** |
|---|---|

# TEW · CARDENAS LLP
## A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

June 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **Concord-Fund IV Retail, LP**
       **71107.004**

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2007.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 280.00 |
| Disbursements: | | 0.00 |
| Total Invoice | $ | 280.00 |
| Total Amount Due: | $ | 280.00 |

Thank you.

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.                                         June 1, 2007
801 Arthur Godfrey Road                                 Bill # 27035
Suite 600                                               71107.004
Miami Beach, Florida 33140

   MATTER:     Concord-Fund IV Retail, LP

### Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/31/07 TRL | Review amounts owed by W-D with Cynthia Stewart and providing back-up to W-D; compare with November, 2006 supplement lease provisions on same regarding requirement to provide W-D with back up; review lease on expense audit procedures. | 0.70 | 280.00 |

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 0.70 | 280.00 |
| **Total Fees** | **0.70** | **$280.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                        280.00

C

# TEW·CARDENAS LLP
### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

November 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:     **Elston/Leetsdale, LLC
71107.007**

FOR PROFESSIONAL SERVICES RENDERED through October 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 320.00 |
| Disbursements: | | 0.00 |
| Total Invoice | $ | 320.00 |
| Total Amount Due: | $ | 320.00 |

Thank you.

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

November 1, 2006
Bill # 23459
71107.007

MATTER:    Elston/Leetsdale, LLC

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 10/03/06 TRL | Prepare supplement to cure objection and discuss finalizing same with co-counsel. | 0.80 | 320.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 0.80 | 320.00 |
| **Total Fees** | **0.80** | **$320.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                              320.00

# TEW · CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

June 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:   **Elston/Leetsdale, LLC**
      **71107.007**

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2007.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 280.00 |
| Disbursements: | | 0.00 |
| Total Invoice | $ | 280.00 |
| Total Amount Due: | $ | 280.00 |

Thank you.

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
#### MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

---

Terranova Corp.                                    June 1, 2007
801 Arthur Godfrey Road                            Bill # 27036
Suite 600                                          71107.007
Miami Beach, Florida 33140

        MATTER:      Elston/Leetsdale, LLC

### Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/31/07 TRL | Review amounts owed by W-D with Cynthia Stewart and providing back-up to W-D; compare with November, 2006 supplement lease provisions on same regarding requirement to provide W-D with back up; review lease on expense audit procedures. | 0.70 | 280.00 |

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 0.70 | 280.00 |
| **Total Fees** | **0.70** | **$280.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                          280.00

**D**

# TEW·CARDENAS LLP
### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

February 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

**Re:    Westfork Tower, LLC
71107.008**

FOR PROFESSIONAL SERVICES RENDERED through January 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 160.00 |
| Disbursements: | | 0.00 |
| Total Invoice | $ | 160.00 |
| Total Amount Due: | $ | 160.00 |

Thank you.

# TEW · CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

February 1, 2006
Bill # 18303
71107.008

MATTER:    Westfork Tower, LLC

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 01/25/06 TRL | Prepare demand on Winn-Dixie for payment of rent for Store 278 and discuss with Pam Pearce to confirm status. | 0.40 | 160.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 0.40 | 160.00 |
| **Total Fees** | **0.40** | **$160.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                160.00

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

March 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:    **Westfork Tower, LLC**
       **71107.008**

FOR PROFESSIONAL SERVICES RENDERED through February 28, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 5,940.00 |
| Disbursements: | | 0.63 |
| Total Invoice | $ | 5,940.63 |
| Prior Balance: | | 160.00 |
| Total Amount Due: | $ | 6,100.63 |

Thank you.

# TEW · CARDENAS LLP
### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

March 1, 2006
Bill # 18881
71107.008

MATTER:    Westfork Tower, LLC

## Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 02/14/06 CP | Research and draft memorandum regarding Section 365 and remedies for noncompliance and non payment of rent and discuss same with Thomas R. Lehman. | 6.10 | 1,220.00 |
| 02/15/06 TRL | Review cases on Section 365 issues for motion to compell payment of rent or terminate lease; review lease issues with Pam Pearce. | 0.60 | 240.00 |
| 02/15/06 CP | Draft Motion regarding compelling rent payments and finalize research regarding same. (5.8). | 5.80 | 1,160.00 |
| 02/16/06 CP | Revise motion to compel rent payments and discuss same with T. Lehman and review case law regarding same (2.5). | 2.50 | 500.00 |
| 02/16/06 TRL | Review Kirsch, Pacific & Atlantic, CAF, Bendery and Genotex cases and revise motion for payment of administrative rent or stay relief of Westfork store and confirm filing of motion with local counsel. | 2.30 | 920.00 |
| 02/21/06 CP | Review edits to motion to compel rent payments and discuss with T. Lehman (.3). | 0.30 | 60.00 |
| 02/23/06 TRL | Confer with local counsel on adding request to compel assumption on rejection in light of Winn Dixie's recent motions to extend time for assumption or rejection; review finalized motions for stay and to compel payment and write client on filing of same. | 1.00 | 400.00 |
| 02/24/06 CP | Research case law and draft summary regarding denial of motions for extension of time to assume or reject leases and Section 365(d)(4) (3.6). | 3.60 | 720.00 |
| 02/24/06 TRL | Call from Winn Dixie's bankruptcy attorney on rent payment and prepare response regarding fees and notify Pam Pearce of status. | 1.20 | 480.00 |

Matter:     008 - Westfork Tower, LLC

March 1, 2006<br>Page 2

## Professional Fees Continued...

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 02/28/06 CP | Research regarding section 365 and termination of lease and review of Judge Funk case regarding extension of time to assume or reject. (1.2). | 1.20 | 240.00 |

## Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 5.10 | 2,040.00 |
| Casandra Perez | 19.50 | 3,900.00 |
| **Total Fees** | **24.60** | **$5,940.00** |

## Costs

| Description | Amount |
|-------------|--------|
| L/D Phone Calls thru 02/28/06 | 0.63 |
| **Total Costs** | **$0.63** |

**CURRENT BILL TOTAL AMOUNT DUE**                      5,940.63

Past Due Balance                                                          160.00

**TOTAL AMOUNT DUE**                                         **$6,100.63**

# TEW·CARDENAS LLP

### ATTORNEYS AT LAW

MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

April 1, 2006

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

Re:   **Westfork Tower, LLC**
      **71107.008**

FOR PROFESSIONAL SERVICES RENDERED through March 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 2,840.00 |
| Disbursements: | | 271.12 |
| Total Invoice | $ | 3,111.12 |
| Total Amount Due: | $ | 3,111.12 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S  A T  L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

April 1, 2006
Bill # 19476
71107.008

MATTER:    Westfork Tower, LLC

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/02/06 | TRL | Review client's rent payment analysis and prepare further demand to Winn Dixie's attorney regarding past due CAM and taxes. | 0.60 | 240.00 |
| 03/14/06 | TRL | Call from local counsel on preparation for 3/20 and 3/23 hearings and review time records and write Winn Dixie counsel on fees issues whether it require live testimony at 3/20 hearing. | 0.70 | 280.00 |
| 03/16/06 | TRL | Review correspondence from Winn Dixie counsel on lease termination and review of cases cited in letter i.e. Stolz, Computer Communications and 48th Street cases on lease and contract termination to prepare response to Winn Dixie demand for withdrawal of notice of termination. | 1.90 | 760.00 |
| 03/17/06 | TRL | Prepare with local counsel for 3/20 stay relief hearing; review with client state of March rent payment for Westfork; review legal issues for 3/20 hearing and respond to Winn Dixie's position on stay relief and payment of client's attorney's fees. | 1.30 | 520.00 |
| 03/22/06 | CP | Research regarding service of eviction complaint (2.4). | 2.40 | N/C |
| 03/24/06 | TRL | Review Sarria Enterprises decision by Judge Funk and call Winn Dixie counsel on same regarding stay relief April 20 hearing; write client on Sarria decision by Judge Funk, withdrawal of stay relief motion and abatement of motion to compell payment of administrative rent and review client's resposnes and write Winn Dixie counsel on withdrawal and abatement. | 2.60 | 1,040.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|

Matter:        008 - Westfork Tower, LLC

April 1, 2006
Page 2

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 7.10 | 2,840.00 |
| Casandra Perez | 2.40 | 0.00 |
| **Total Fees** | **9.50** | **$2,840.00** |

### Costs

| Description | Amount |
|-------------|--------|
| In House Duplicating thru 03/31/06 | 187.80 |
| L/D Phone Calls thru 03/31/06 | 0.72 |
| Filing Fee thru 03/31/06 | 80.00 |
| Westlaw Research thru 03/31/06 | 2.60 |
| **Total Costs** | **$271.12** |

**CURRENT BILL TOTAL AMOUNT DUE**                3,111.12

# TEW·CARDENAS LLP
### A T T O R N E Y S   A T   L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

January 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

**Re:    Westfork Tower, LLC**
**71107.008**

FOR PROFESSIONAL SERVICES RENDERED through December 31, 2006.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 0.00 |
| Disbursements: | | 96.66 |
| Total Invoice | $ | 96.66 |
| Total Amount Due: | $ | 96.66 |

Thank you.

# TEW·CARDENAS LLP
### A T T O R N E Y S   A T   L A W
#### MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

---

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

January 1, 2007
Bill # 24125
71107.008

MATTER:    Westfork Tower, LLC

## Costs

| Description | Amount |
|---|---|
| Messenger - Outside thru 12/31/06 | 96.66 |
| **Total Costs** | **$96.66** |

**CURRENT BILL TOTAL AMOUNT DUE**                    96.66

# TEW·CARDENAS LLP
### ATTORNEYS AT LAW
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

June 1, 2007

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

**Re:    Westfork Tower, LLC
         71107.008**

FOR PROFESSIONAL SERVICES RENDERED through May 31, 2007.
A detailed accounting is attached:

| | | |
|---|---|---|
| Attorneys' Fees: | $ | 400.00 |
| Disbursements: | | 0.00 |
| Total Invoice | $ | 400.00 |
| Total Amount Due: | $ | 400.00 |

Thank you.

# TEW·CARDENAS LLP

### A T T O R N E Y S A T L A W
MIAMI · TALLAHASSEE · WASHINGTON D.C.

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami. FL 33131
T 305.536.1112
F 305.536.1116
www.tewlaw.com

Tax I.D. 65-0186047

Terranova Corp.
801 Arthur Godfrey Road
Suite 600
Miami Beach, Florida 33140

June 1, 2007
Bill # 27037
71107.008

**MATTER:**    Westfork Tower, LLC

### Professional Fees

| Atty | Description | Hours | Amount |
|------|-------------|-------|--------|
| 05/29/07 TRL | Review accounting from client on amounts due on Westfork Store and write Winn-Dixie counsel on same; review client's analysis of accounts/receivables. | 0.30 | 120.00 |
| 05/31/07 TRL | Review amounts owed by W-D with Cynthia Stewart and providing back-up to W-D; compare with November, 2006 supplement lease provisions on same regarding requirement to provide W-D with back up; review lease on expense audit procedures. | 0.70 | 280.00 |

### Fee Summary

| Name | Hours | Amount |
|------|-------|--------|
| Thomas R. Lehman | 1.00 | 400.00 |
| **Total Fees** | **1.00** | **$400.00** |

**CURRENT BILL TOTAL AMOUNT DUE**                    400.00