# COMPOSITE EXHIBIT "4"

Cynthia C. Jackson, Esquire
May 22, 2007
Page 2 of 2

## BILLING ALLOCATION – STORE # 254 (CONCORD-FUND IV) (004):

| Invoice Date | Concord invoices (004) | Concord allocation of General 002 |
|---|---|---|
| December 7, 2006 (for period 10/1/06 – 11/30/06) | $2,291.71 | $1,821.15 |
| February 8, 2007 (for period 12/1/06 – 1/31/07) | $2,135.00 | $343.00 |
| May 21, 2007 (for period 2/1/07 – 3/31/07) | $0.00 | $571.83 |
| | $4,426.71 | $2,735.98 |
| Concord total:  $7,162.69 | | |

## BILLING ALLOCATION – STORE # 209 (ELSTON/LEETSDALE) (007):

| Invoice Date | Elston/Leetsdale invoices (007) | Elston/Leetsdale allocation of General (002) |
|---|---|---|
| December 7, 2006 (for period 10/1/06 – 11/30/06) | $210.00 | $1,821.15 |
| February 8, 2007 (for period 12/1/06 – 1/31/07) | $0.00 | $343.00 |
| May 21, 2007 (for period 2/1/07 – 03/31/07) | $0.00 | $571.83 |
| | $ 210.00 | $2,735.98 |
| Elston/Leetsdale total: $2,945.98 | | |

## BILLING ALLOCATION – STORE #278 (WESTFORK TOWER, LLC) (008):

| Invoice Date | Westfork Tower invoices (008) | Westfork Tower allocation of General (002) |
|---|---|---|
| December 7, 2006 (for period 10/1/06 – 11/30/06) | $105.00 | $1,821.15 |
| February 8, 2007 (for period 12/1/06 – 1/31/07) | $0.00 | $343.00 |
| May 21, 2007 (for period 2/1/07 – 3/31/07) | $0.00 | $571.83 |
| | $105.00 | $2,735.98 |
| Westfork Tower total: $2,840.98 | | |

**A**

## Scruggs & Carmichael, P.A.

1 S.E. 1st Avenue
Gainesville, FL 32601
Telephone: 352/376-5242
Fax: 352/375-0690

*1821.14 each*

December 7, 2006
Invoice No. 95456

Terranova Corporation
801 Arthur Godfrey Road
Suite 600
Miami Beach, FL 33140
USA

Client Number: 11704  Terranova Corporation
Matter Number: 06-009-002  Terranova (Winn-Dixie Stores, Inc.) - General 002
**For Services Rendered Through 11/30/2006.**

### Fees

| Date | Tmkpr | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 09/29/2006 | KKS | Review of file, review of billing statements to be provided to Cyndi Jackson and/or alleged in Terranova's supplement to its objection to cure amounts; draft status memo to S. Bittell and Tom Lehman. | 0.30 | $105.00 |
| 10/02/2006 | KKS | Receipt and review of most recent CM/ECF pleadings in WD Chapter 11 to determine whether any have impact on Terranova landlords; including but not limited to brief review of multiple objections to confirmation of debtors' joint chapter 11 plan, applications for administrative claims and objections to debtors' claims classifications | 1.10 | $385.00 |
| 10/03/2006 | KKS | Receipt and review of most recent CM/ECF pleadings | 0.20 | $70.00 |
| 10/04/2006 | KKS | Telephone conferences with Tom Lehman regarding ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.20 | $70.00 |
| 10/05/2006 | KKS | Review all prior correspondence to Cyndi Jackson regarding amounts due on cure amounts for various stores; review prior billings and instructions from Tom Lehman | 0.90 | $315.00 |
| 10/05/2006 | KKS | Draft status letter to T. Lehman and proposed letter to C. Jackson regarding cure amounts on all stores at issue | 0.30 | $105.00 |
| 10/05/2006 | KKS | Receipt and review of agenda for omnibus WD hearings for today and draft memo to T. Lehman regarding ▇▇▇▇▇▇▇▇▇▇▇ | 0.30 | $105.00 |

**Continued On Next Page**

Client Number:    11704                                                      12/07/2006
Matter Number:    06-009-002                                                 Page:  2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/05/2006 | KKS | Review of Tom Lehman's memo re conversation with Debtor's cousel regarding our objection to confirmation and inserting language into Confirmation order to clarify the plan; draft brief reply memo to Tom | 0.20 | $70.00 |
| 10/06/2006 | KKS | Receipt and review of memo from Adam Ravin with proposed language to insert into Plan dealing with Terranova's objection to confirmation; draft memo to T. Lehman regarding ▮▮▮▮▮ ▮▮▮▮▮▮ | 0.30 | $105.00 |
| 10/10/2006 | KKS | Telephone conf. with Tom Lehman's office.  Receipt and review of most recent pleadings filed in WD cases by Ad Hoc Trade Committee in response to the UST objection to confirmation. Review attachments to response and draft memo to Tom Lehman regarding ▮▮▮▮▮▮▮▮ | 0.60 | $210.00 |
| 10/10/2006 | KKS | Receipt and review of most recent CM/ECF pleadings filed in WD | 0.40 | $140.00 |
| 10/11/2006 | KKS | Receipt and review of memo from Adam Ravin, Debtor's NY counsel, requesting us to approve the proposed confirmation order and w/draw our objection to confirmation; brief review of memo of law filed by WD and  proposed confirmation order; telephone conf. with Tom Lehman regarding ▮▮▮▮▮▮▮▮▮▮▮▮ | 0.60 | $210.00 |
| 10/12/2006 | KKS | Receipt and review of additional memo from Adam Ravin; review proposed confirmation order; ensure it contains the language that we agreed to and that the order governs any discrepancy between the order and the plan.  Draft memo to Adam Ravin regarding Terranova will withdraw the objection to confirmation orally at the hearing in the morning. | 1.30 | $455.00 |
| 10/12/2006 | KKS | Receipt and review of another memo from Adam Ravin and draft memo to Tom Lehman regarding ▮▮▮▮▮ | 0.20 | $70.00 |
| 10/13/2006 | KKS | Travel to and from Jacksonville for confirmation hearing | 3.20 | $1,120.00 |
| 10/13/2006 | KKS | Attend confirmation hearing and announce settlement of Terranova landlord objection to confirmation | 5.90 | $2,065.00 |
| 10/13/2006 | KKS | Telephone conf. with Tom Lehman regarding ▮▮▮▮▮ | 0.20 | $70.00 |
| 10/16/2006 | KKS | Receipt and review of most recent CM/ECF pleadings filed and draft memo to S. Bittell and M. Golant regarding ▮▮▮▮▮▮▮▮ | 0.60 | $210.00 |
| 10/17/2006 | KKS | Review of most recent CM/ECF pleadings | 0.20 | $70.00 |

Continued On Next Page

Client Number:    11704
Matter Number:    06-009-002

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/17/2006 | KKS | Review of CM/ECF pleadings of Monday, Oct. 16, and draft memo to T. Lehman, S. Bittell and M. Golant re ▮▮▮▮▮ ▮▮▮▮▮ | 0.20 | $70.00 |
| 10/18/2006 | KKS | Finalize draft of Supplement to Cure amounts and draft memo to T. Lehman ▮▮▮▮▮ | 1.60 | $560.00 |
| 10/18/2006 | KKS | Receipt and review of CM/ECF pleadings filed in WD as of 10/17/06 | 0.20 | $70.00 |
| 10/18/2006 | KKS | Telephone conf. with Tom Lehman regarding ▮▮▮▮▮ ▮▮▮▮▮ | 0.20 | $70.00 |
| 10/19/2006 | KKS | Receipt and review of CM/ECF pleadings filed in WD on 10/18/06 | 0.20 | $70.00 |
| 11/02/2006 | PL | Telephone call from Elsa at Tom Lehman's office re final figures needed for supplement to cure amounts; figured cure amounts and e-mailed to Elsa | 0.50 | $22.50 |
| 11/06/2006 | KKS | Receipt and review of most recent CM/ECF pleadings filed, including objection to claims of landlords whose leases have been assumed | 0.60 | $210.00 |
| 11/09/2006 | KKS | Final review, revisions to and approval of supplement to objection to cure amounts; draft memo to T. Lehman ▮▮▮▮▮ ▮▮▮▮▮ | 0.70 | $245.00 |
| 11/09/2006 | KKS | Receipt and review of most recent CM/ECF filings | 0.20 | $70.00 |
| 11/14/2006 | KKS | Receipt and review of memo from Tom Lehman and compare exhibit 1, listing attorneys fees, with Supplement to Cure amount; draft memo to Tom Lehmand and make corrections to Supplement to match Exhibit 1 amounts | 0.50 | $175.00 |
| 11/14/2006 | KKS | Receipt and review of most recent CM/ECF filings | 0.20 | $70.00 |
| 11/15/2006 | KKS | Receipt and review of proposed agenda for omnibus hearings on Nov. 16 and memo to file re no need to attend because none pertain to Terranova. | 0.20 | $70.00 |
| 11/16/2006 | KKS | Review of objection to new claims of landlords and others | 0.40 | $140.00 |
| 11/20/2006 | KKS | Receipt and review of additional new CM/ECF pleadings, including three notices of appeal of confirmation order and three additional objections to WD's objection to claims of landlords whose leases have been assumed | 0.60 | $210.00 |
| 11/20/2006 | KKS | Review of deadline to reply to WD pleading no. 12274, 25th Objection to Claims, including claims of some landlords; review objection; memo to file ▮▮▮▮▮ | 0.50 | $175.00 |

Continued On Next Page

Client Number:    11704
Matter Number:    06-009-002

12/07/2006
Page:    4

| | | | | |
|---|---|---|---|---|
| 11/20/2006 | KKS | Telephone conf. with T. Lehman regarding ████████ ████████████████ finalize changes and sign and file Supplement | 0.40 | $140.00 |
| 11/20/2006 | KKS | Review most recent CM/ECF filings | 0.50 | $175.00 |
| 11/20/2006 | KKS | Review of deadline to reply to WD pleading no. 12281, 27th Objection to Claims of some landlords whose leases have been assumed; telephone call to T. Lehman regarding ██████ | 0.20 | $70.00 |
| 11/20/2006 | KKS | Receipt and review of most recent CM/ECF docket of pleadings filed | 0.20 | $70.00 |
| 11/27/2006 | KKS | Receipt and review of memo from Cyndi Jackson regarding WD agrees to continue hearing on cure amounts and objection to assumed lease claims in order to see if amounts can be agreed upon; instructions to staff to verify that this hearing is not on agenda, or is on agenda as being continued | 0.30 | $105.00 |
| 11/27/2006 | KKS | Receipt of memo from T. Lehman; draft status memo to S. Bittell; receipt and review of notice of filing fee application for debtor's New York counsel for $4 million | 0.30 | $105.00 |
| 11/27/2006 | KKS | Receipt and review of most recent CM/ECF pleadings filed, including notice of Effective Date, various fee applications totaling over $7 million, and additional objections to Debtor's 26th Omnibus Objection to Claims | 0.30 | $105.00 |
| 11/29/2006 | KKS | Receipt and review of most recent CM/ECF pleadings filed | 0.20 | $70.00 |

|  | | |
|---|---|---|
| Billable Hours / Fees: | 26.20 | $9,017.50 |

## Timekeeper Summary

Timekeeper KKS worked 25.70 hours at $350.00 per hour, totaling $8,995.00.
Timekeeper PL worked 0.50 hours at $45.00 per hour, totaling $22.50.

## Cost Summary

| Description | Amount |
|---|---|
| RECORD SEARCH | $7.52 |
| FEDERAL EXPRESS | 12.71 |
| PARKING & TOLLS | 8.00 |
| Total Costs | $28.23 |

Continued On Next Page

Client Number:    11704

Matter Number:    06-009-002

12/07/2006

Page:    5

|                        |              |
|------------------------|-------------:|
| Prior Balance:         | $10,333.22   |
| Payments Received:     | ($10,273.22) |
| Current Fees:          | $9,017.50    |
| Advanced Costs:        | $28.23       |
| **TOTAL AMOUNT DUE:**  | **$9,105.73** |

Last Payment: 11/07/2006

PLEASE MAKE CHECKS PAYABLE TO:  SCRUGGS & CARMICHAEL, P.A.

## Scruggs & Carmichael, P.A.

1 S.E. 1st Avenue
Gainesville, FL 32601
Telephone: 352/376-5242
Fax: 352/375-0690

February 8, 2007
Invoice No. 96846

Terranova Corporation
801 Arthur Godfrey Road
Suite 600
Miami Beach, FL 33140
USA

Client Number: 11704  Terranova Corporation
Matter Number:  06-009-002  Terranova (Winn-Dixie Stores, Inc.) - General 002
**For Services Rendered Through 1/31/2007.**

### Fees

| Date | Tmkpr | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/04/2006 | KKS | Receipt and review of most recent CM/ECF filings | 0.30 | $105.00 |
| 12/07/2006 | KKS | Draft status letter to Terranova | 0.30 | $105.00 |
| 12/07/2006 | KKS | Receipt and review of CM/ECF pleadings filed in WD chapter 11 case | 0.20 | $70.00 |
| 12/21/2006 | KKS | Receipt and review of most recent CM/ECF pleadings for Dec. 14-20 | 0.50 | $175.00 |
| 12/26/2006 | KKS | Receipt and review of most recent CM/ECF pleadings filed – 12/21, 12/22, 12/26, 12/27, | 0.50 | $175.00 |
| 12/26/2006 | KKS | Receipt and review of most recent CM/ECF pleadings filed | 0.20 | $70.00 |
| 01/05/2007 | KKS | Receipt and review of most recent CM/ECF pleadings filed | 0.30 | $105.00 |
| 01/09/2007 | KKS | Review of CM/ECF from 01/08/07 to view new pleadings filed in WD case | 0.20 | $70.00 |
| 01/09/2007 | KKS | CM/ECF review from 01/07/07 | 0.30 | $105.00 |
| 01/17/2007 | KKS | Discussion with T. Lehman of ▮▮▮▮▮▮ | 0.20 | $70.00 |
| 01/18/2007 | KKS | Review CM/ECF from 01/17/2007 | 0.20 | $70.00 |
| 01/18/2007 | KKS | Review CM/ECF from 01/13 & 01/14/07 | 0.20 | $70.00 |

**Continued On Next Page**

# Scruggs & Carmichael, P.A.

1 S.E. 1st Avenue
Gainesville, FL 32601
Telephone: 352/376-5242
Fax: 352/375-0690

May 22, 2007
Invoice No. 99375

Terranova Corporation
801 Arthur Godfrey Road
Suite 600
Miami Beach, FL 33140
USA

Client Number: 11704 Terranova Corporation
Matter Number: 06-009-002 Terranova (Winn-Dixie Stores, Inc.) - General 002
**For Services Rendered Through 3/31/2007.**

## Fees

| Date | Tmkpr | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 02/05/2007 | KKS | Receipt and review of most recent CM/ECF pleadings filed | 0.20 | $70.00 |
| 02/08/2007 | KKS | Review of most recent CM/ECF pleadings filed; review of T. Lehman and C. Jackson memos regarding possible settlement of cure claims; review supplement to cure claim objections, filed by Terranova in Nov. 2006; draft status letter to S. Bittell | 0.70 | $245.00 |
| 02/08/2007 | KKS | Telephone call to Tom Lehman to discuss ▮▮▮▮▮▮▮▮▮ | 0.20 | $70.00 |
| 02/12/2007 | KKS | Receipt and review of most recent CM/ECF pleadings filed and messages from Tom Lehman | 0.20 | $70.00 |
| 02/12/2007 | KKS | Telephone call to T. Lehman | 0.10 | $35.00 |
| 02/14/2007 | KKS | Telephone calls to T. Lehman; left detailed message | 0.20 | $70.00 |
| 02/20/2007 | KKS | Receipt and review of most recent CM/ECF pleadings filed | 0.20 | $70.00 |
| 02/21/2007 | KKS | Review of CM/ECF from Feb. 20, 2007; draft memo to Debtor's counsel requesting an agenda for tomorrow's omnibus hearings | 0.20 | $70.00 |
| 02/22/2007 | KKS | Receipt and review of CM/ECF pleadings filed Feb. 21, 2007 | 0.20 | $70.00 |
| 02/22/2007 | KKS | Receipt and reivew of Agenda for omnibus hearings today at 1:30; draft memo to T. Lehman regarding no need to attend | 0.20 | $70.00 |
| 02/22/2007 | KKS | Telephone call to C. Jackson re either settle cure claims of Terranova or set for hearing | 0.10 | $35.00 |

**Continued On Next Page**

| | | | | |
|---|---|---|---|---|
| 02/26/2007 | KKS | Review Terranova's supplement to debtor's objection to cure claims and instructions to paralegal to update claims for attorneys' fees and costs | 0.30 | $105.00 |
| 02/26/2007 | PL | Update letter to Cyndi Jackson with cure amounts through February 28, 2007 regarding Concord, Elston/Leetsdale and Westfork Tower | 3.00 | $195.00 |
| 02/27/2007 | PL | Download from CM/ECF Agreed Orders on Cure Claims | 0.30 | $19.50 |
| 03/01/2007 | PL | Download from CM/ECF Agreed Orders on Cure Claims | 0.20 | $13.00 |
| 03/05/2007 | KKS | Receipt and review of most recent CM/ECF pleadings filed | 0.20 | $70.00 |
| 03/05/2007 | PL | Download from CM/ECF  Agreed Orders re cure amounts. | 0.10 | $6.50 |
| 03/07/2007 | KKS | Receipt and review of most recent CM/ECF pleadings; review of Debtor's motion for final decree in subsidiary cases; draft memo to Tom Lehman regarding ▮▮▮▮▮▮▮▮▮▮▮; telephone conf. with two paralegals at Cyndi Jackson's firm and draft memo to Megan Harper regarding Terranova cure claims | 0.70 | $245.00 |
| 03/12/2007 | KKS | Receipt and review of most recent CM/ECF pleadings filed | 0.30 | $105.00 |
| 03/13/2007 | KKS | Telephone conf. with Nina LaFleur regarding other landlord claims, cure claims and hearing on one landlord's cure claim on March 22; telephone call to T. Lehman regarding same; also regarding debtor's motion for final decree in subsidiary cases | 0.30 | $105.00 |
| 03/13/2007 | KKS | Telephone conference with Tom Lehman re status of and strategy for finalizing cure claims | 0.40 | $140.00 |
| 03/14/2007 | KKS | Telephone conf. with T. Lehman re WD motion to close other cases | 0.20 | $70.00 |
| 03/19/2007 | KKS | Receipt and review of most recent CM/ECF, including several orders resolving cure claims; receipt and review of memo from Jean St. John and memo from N. LaFleur, attorney for another cure claimant; draft reply memos | 0.60 | $210.00 |
| 03/21/2007 | KKS | Review various landlords' cure objections and make telephone calls to those landlords' attorneys regarding cure objections including claims for attorneys' fees; telephone call to paralegal Meghan at Smith Hulsey and draft email to paralegal Kim Ward requesting copy of proposed agenda for tomorrow's omnibus hearings. | 0.80 | $280.00 |
| 03/21/2007 | KKS | Receipt and review of agenda for tomorrow's hearings; forward to T. Lehman with message regarding ▮▮▮▮▮▮▮▮▮▮▮▮; telephone conf. with another attorney for another landlord; exchange memos with landlord attorney N. LaFleur | 0.60 | $210.00 |

**Continued On Next Page**

| Client Number: | 11704 | | | 05/22/2007 |
| Matter Number: | 06-009-002 | | | Page: 3 |

| 03/30/2007 | KKS | Review CM/ECF pleadings filed through March 29 cure objections, orders on same and matters of significance to Terranova | 0.40 | $140.00 |
| 03/30/2007 | KKS | Receipt and review of memo from T. Lehman regarding cure claims including attorneys fees and US Sup. Ct. ruling; draft memo to Tom regarding ████████████ ████████ | 0.20 | $70.00 |

|  | **Billable Hours / Fees:** | **11.10** | **$2,859.00** |

## Timekeeper Summary

Timekeeper KKS worked 7.50 hours at $350.00 per hour, totaling $2,625.00.
Timekeeper PL worked 3.60 hours at $65.00 per hour, totaling $234.00.

## Cost Summary

| Description | Amount |
| --- | --- |
| RECORD SEARCH | $0.16 |
| **Total Costs** | **$0.16** |

| Prior Balance: | $1,715.00 | **Last Payment: 03/07/2007** |
| Payments Received: | ($1,715.00) | |
| Current Fees: | $2,859.00 | |
| Advanced Costs: | $0.16 | |
| **TOTAL AMOUNT DUE:** | **$2,859.16** | |

## PLEASE MAKE CHECKS PAYABLE TO:  SCRUGGS & CARMICHAEL, P.A.

**B**

**Scruggs & Carmichael, P.A.**
1 S.E. 1st Avenue
Gainesville, FL 32601
Telephone: 352/376-5242
Fax: 352/375-0690

*Pd*
*1-9-07*

December 7, 2006
Invoice No. 95458

Terranova Corporation
801 Arthur Godfrey Road
Suite 600
Miami Beach, FL 33140
USA

Client Number: 11704  Terranova Corporation
Matter Number: 06-009-004  Terranova (Store #254 - Concord-Fund IV) Cl 004
**For Services Rendered Through 11/30/2006.**

## Fees

| Date | Tmkpr | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 09/29/2006 | KKS | Review of file and draft status letter to Terranova | 0.20 | $70.00 |
| 10/02/2006 | KKS | Receipt and review of memos and letters to and from Tom Lehman, Catherine Ibold, S. Bittell and others regarding cure claims, regarding painting, repaving and re-striping, and draft memo to Tom  Lehman regarding ▓▓▓▓▓▓ | 0.30 | $105.00 |
| 10/03/2006 | KKS | Telephone conf. with Tom Lehman regarding ▓▓▓▓▓▓▓ | 0.40 | $140.00 |
| 10/10/2006 | KKS | Receipt and review of various email memos to and from Tom Lehman, S. Bittell and others regarding painting, light poles and fixtures, property boundaries, etc. regarding this store and the cure amounts | 0.30 | $105.00 |
| 10/13/2006 | KKS | Telephone conf. with Tom Lehman ▓▓▓▓▓▓ | 0.20 | $70.00 |
| 10/16/2006 | KKS | Receipt and review of memo from Tom Lehman and S. Bittell regarding ▓▓▓▓▓▓▓; memo re update supplement to claim objection/cure claims | 0.20 | $70.00 |
| 10/18/2006 | KKS | Continue working on supplement to cure amounts as to Concord. | 2.60 | $910.00 |

**Continued On Next Page**

Client Number:   11704
Matter Number:   06-009-004

12/07/2006
Page:   2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/19/2006 | KKS | Finalize supplement to cure amount as to Concord; review most recent memos regarding money sent by WD from subleases; telephone conf. with T. Lehman | 0.60 | $210.00 |
| 11/07/2006 | KKS | Receipt and review of T. Lehman's letters to C. Jackson regarding continuing and/or additional defaults; review of new objection filed by WD; draft memo to T. Lehman | 0.40 | $140.00 |
| 11/16/2006 | KKS | Receipt and review of memo from Tom Lehman and review most recent letters regarding additional defaults under the Concord lease to verify that Terranova reserved its rights; draft memo to Tom Lehman regading ████████ | 0.80 | $280.00 |
| 11/20/2006 | KKS | Discussion with Tom Lehman regarding ████████ ████████████████████████ | 0.20 | $70.00 |
| 11/21/2006 | KKS | Receipt and review of most recent letters re defaults and income from rents on subleases | 0.30 | $105.00 |

|  |  | Billable Hours / Fees: | 6.50 | $2,275.00 |

## Timekeeper Summary

Timekeeper KKS worked 6.50 hours at $350.00 per hour, totaling $2,275.00.

## Cost Summary

| Description | Amount |
|---|---|
| FEDERAL EXPRESS | $16.71 |
| Total Costs | $16.71 |

| | | |
|---|---|---|
| Prior Balance: | $6,137.67 | Last Payment: 11/30/2006 |
| Payments Received: | ($6,137.67) | |
| Current Fees: | $2,275.00 | |
| Advanced Costs: | $16.71 | |
| TOTAL AMOUNT DUE: | $2,291.71 | |

PLEASE MAKE CHECKS PAYABLE TO:  SCRUGGS & CARMICHAEL. P.A.

**Scruggs & Carmichael, P.A.**
1 S.E. 1st Avenue
Gainesville, FL 32601
Telephone: 352/376-5242
Fax: 352/375-0690

February 8, 2007
Invoice No. 96848

Terranova Corporation
801 Arthur Godfrey Road
Suite 600
Miami Beach, FL 33140
USA

Client Number:  11704  Terranova Corporation
Matter Number:  06-009-004  Terranova (Store #254 - Concord-Fund IV) Cl 004
**For Services Rendered Through 1/31/2007.**

### Fees

| Date | Tmkpr | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 12/04/2006 | KKS | Telephone conf. with Tom Lehman and review portions of lease regarding light fixtures and poles in parking lot and issues pertaining to requirement for them to be similar or identical to existing improvements | 0.70 | $245.00 |
| 12/07/2006 | KKS | Receipt and review of memos to and from T. Lehman and C. Ibold; draft status letter to Terranova | 0.30 | $105.00 |
| 12/14/2006 | KKS | Receipt and review of agenda for today's omnibus hearings;  notice of listing of contested hearing on Terranova objection to assumption of subleases | 0.30 | $105.00 |
| 12/14/2006 | KKS | Review of bankruptcy court docket to view exact motions and objection by Terranova on for hearing today; telephone call to Tom Lehman to determine need to attend | 0.80 | $280.00 |
| 12/14/2006 | KKS | Review of correspondence between T. Lehman, WD and Terranova regarding issues of subleases and whether all matters have been resolved | 0.60 | $210.00 |
| 12/14/2006 | KKS | Telephone conf. with Tom Lehman █████████████ | 0.30 | $105.00 |

**Continued On Next Page**

Client Number:  11704
Matter Number:  06-009-004

02/08/2007
Page:   2

| 12/14/2006 | KKS | Draft memo to Cyndi Jackson and attorneys for unsecured creditors committee regarding Terranova did not receive notice of hearing on its objection to Debtor's motion to assume subleases; request continuance or resolution of all issues pertaining to subleases | 0.30 | $105.00 |
|---|---|---|---|---|
| 12/14/2006 | KKS | Telephone conf. with Cyndi Jackson regarding resolving issues for hearing and no requirement for Terranova to attend; also agreement to provide to Terranova copies of all subleases and certification of amounts due and paid on same | 0.30 | $105.00 |
| 12/14/2006 | KKS | Receipt and review of various memos to and from S. Bittell and T. Lehman regarding ▇▇▇▇▇▇▇▇▇▇▇▇ | 0.30 | $105.00 |
| 12/14/2006 | KKS | Draft memo to Cyndi Jackson confirming agreement; draft memos to T. Lehman and S. Bittell ▇▇▇▇▇ | 0.40 | $140.00 |
| 12/21/2006 | KKS | Receipt and review of pleadings re Concord subleases and Concord cure items | 0.30 | $105.00 |
| 12/26/2006 | KKS | Receipt and review of T. Lehman's default letter to WD regarding parking lot lighting issues; receipt and review of Catherine Ibold's letter in response; receipt and review of memos to and from Tom Lehman and Steve Bittell and C. Ibold; draft memo to T. Lehman ▇▇▇▇▇▇▇▇▇ | 0.80 | $280.00 |
| 01/05/2007 | KKS | Telephone calls to Tom Lehman regarding status and scheduling a hearing as to cure amount | 0.20 | $70.00 |
| 01/17/2007 | KKS | Telephone conf. with Tom Lehman ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.30 | $105.00 |
| 01/19/2007 | KKS | Receipt and review of memos to and from T. Lehman and Catherine Ibold regarding Terranova's sale of shopping center, lighting issues going with buyer and attorneys' fee and other cure amounts | 0.20 | $70.00 |

|  | | Billable Hours / Fees: | 6.10 | $2,135.00 |
|---|---|---|---|---|

### Timekeeper Summary

Timekeeper KKS worked 6.10 hours at $350.00 per hour, totaling $2,135.00.

Continued On Next Page

Client Number:    11704
Matter Number:    06-009-004

02/08/2007
Page:   3

| | | |
|---|---|---|
| Prior Balance: | $2,291.71 | Last Payment: 01/11/2007 |
| Payments Received: | ($2,291.71) | |
| Current Fees: | $2,135.00 | |
| Advanced Costs: | $0.00 | |
| **TOTAL AMOUNT DUE:** | **$2,135.00** | |

PLEASE MAKE CHECKS PAYABLE TO:  SCRUGGS & CARMICHAEL, P.A.

C

*Pd in full*

## Scruggs & Carmichael, P.A.

1 S.E. 1st Avenue
Gainesville, FL  32601
Telephone: 352/376-5242
Fax: 352/375-0690

December 7, 2006
Invoice No. 95460

Terranova Corporation
801 Arthur Godfrey Road
Suite 600
Miami Beach, FL  33140
USA

Client Number:  11704  Terranova Corporation
Matter Number:  06-009-007  Terranova (Store #209 - Elston/Leetsdale) - Cl 007
**For Services Rendered Through 11/30/2006.**

### Fees

| Date | Tmkpr | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 09/29/2006 | KKS | Review of file and prepare status report to Terranova; review billing statements for submission to WD counsel. | 0.30 | $105.00 |
| | | **Billable Hours / Fees:** | **0.30** | **$105.00** |

### Timekeeper Summary

Timekeeper KKS worked 0.30 hours at $350.00 per hour, totaling $105.00.

| | | |
|---|---|---|
| **Prior Balance:** | $210.00 | **Last Payment: 11/09/2006** |
| **Payments Received:** | ($140.00) | |
| **Current Fees:** | $105.00 | |
| **Advanced Costs:** | $0.00 | |
| **TOTAL AMOUNT DUE:** | **$175.00** | |

PLEASE MAKE CHECKS PAYABLE TO:  SCRUGGS & CARMICHAEL, P.A.

**D**

## Scruggs & Carmichael, P.A.

1 S.E. 1st Avenue
Gainesville, FL 32601
Telephone: 352/376-5242
Fax: 352/375-0690

December 7, 2006
Invoice No. 95461

Terranova Corporation
801 Arthur Godfrey Road
Suite 600
Miami Beach, FL 33140
USA

Client Number: 11704 Terranova Corporation
Matter Number: 06-009-008 Terranova (Store # 278 - Westfork) - Cl 008
**For Services Rendered Through 11/30/2006.**

### Fees

| Date | Tmkpr | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 09/29/2006 | KKS | Review of file and draft status report to Terranova; review billing statements to present to WD for purposes of cure negotiations | 0.30 | $105.00 |
| | | **Billable Hours / Fees:** | **0.30** | **$105.00** |

### Timekeeper Summary

Timekeeper KKS worked 0.30 hours at $350.00 per hour, totaling $105.00.

| | |
|---|---|
| **Prior Balance:** | $0.00 |
| **Payments Received:** | $0.00 |
| **Current Fees:** | $105.00 |
| **Advanced Costs:** | $0.00 |
| **TOTAL AMOUNT DUE:** | $105.00 |

Pd 1-4-07

## PLEASE MAKE CHECKS PAYABLE TO: SCRUGGS & CARMICHAEL, P.A.