UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                         )          Chapter 11
                   Reorganized Debtors.       )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ginance Auguste (Claim No. 8929) [Docket No. 17580] was furnished by mail on August 6, 2007 to Ginance Auguste c/o Jennifer Muier, Esq., Todd E. Copeland & Associates, P.A., 338 North Magnolia Avenue, Suite B, Orlando, Florida 32801.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By ____s/ James H. Post____
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151