UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )
                                                  )
WINN-DIXIE STORES, INC., et al.,                  )     Case No. 05-03817-3F1
                                                  )     Chapter 11
            Reorganized Debtors.                  )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Fortuna Doss (Claim No. 6209) [Docket No. 17579] was furnished by mail on August 6, 2007 to Fortuna Doss c/o J. Scott Nooney, The Law Offices of J. Scott Nooney & Associates, 3535 Hendricks Avenue, Jacksonville, FL 32207-3303.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151