UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )     Case No. 05-03817-3F1
                                                 Chapter 11
        Reorganized Debtors.               )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Margo Eardley (Claim No. 2982) [Docket No. 17563] was furnished by mail on August 6, 2007 to Margo Eardley c/o Samantha Nelson, Esq., Epps & Nelson, 230 West Whitner Street, Post Office Box 2167, Anderson, South Carolina 29622.

Dated: August 6, 2007

                                        SMITH HULSEY & BUSEY


                                        By      s/ James H. Post
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151