UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
            Reorganized Debtors.               )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Mildred English (Claim No. 24) [Docket No. 17588] was furnished by mail on August 6,

2007 to Mildred English c/o Patrick P. Hughes, Esq., P. O. Box 2627, Anniston, Alabama

36202.

Dated:  August 6, 2007

                              SMITH HULSEY & BUSEY


                              By _____ s/ James H. Post _____
                                      Stephen D. Busey
                                      James H. Post (FBN 175460)
                                      Cynthia C. Jackson

                                 225 Water Street, Suite 1800
                                 Jacksonville, Florida  32202
                                 (904) 359-7700
                                 (904) 359-7708 (facsimile)
                                 jpost@smithhulsey.com

                                 Counsel for Reorganized Debtors

00520151