UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )    Case No. 05-03817-3F1
                                               )    Chapter 11
            Reorganized Debtors.               )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Martha Leonard (Claim No. 11986) [Docket No. 17589] was furnished by mail on August 6, 2007 to Martha Leonard c/o Tiernan W. Luck, III, Esq., 207 Montgomery Street, Suite 425, Montgomery, Alabama 36104.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151