UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,       )         Case No. 05-03817-3F1
                                                         )         Chapter 11
            Reorganized Debtors.           )         Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lumisha McDaniel (Claim No. 2823) [Docket No. 17591] was furnished by mail on August 6, 2007 to Lumisha McDaniel c/o Michael W. Patrick, Esq., P. O. Box 16848, Chapel Hill, North Carolina 37516.

Dated: August 6, 2007

SMITH HULSEY & BUSEY


By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151