UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
        Reorganized Debtors.             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maria Machado (Claim No. 3328) [Docket No. 17577] was furnished by mail on August 6, 2007 to Maria Machado c/o Raul A. Montaner, Esq., AAA Legal Services, Inc., 13780 S.W. 56th Street, Suite 100, Miami, Florida 33175.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By   s/ James H. Post
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151