UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )     Case No. 05-03817-3F1
                                                  Chapter 11
       Reorganized Debtors.             )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Brenda Mack (Claim No. 6085 and 6102) [Docket No. 17576] was furnished by mail on August 6, 2007 to Brenda Mack c/o John D. Malkowski, Esq., Kennedy Law Group, 5100 West Kennedy Blvd., Suite 100, Tampa, Florida 33609.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151