UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                    Chapter 11
      Reorganized Debtors.           )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elvis Mulet (Claim No. 3722) [Docket No. 17529] was furnished by mail on August 6, 2007 to Elvis Mulet c/o Jamy Magro, Esq., Magro Law Firm, P.A., 1920 Dr. Martin Luther King Street, North, Suite D, Saint Petersburg, Florida 33704.

Dated: August 6, 2007

                            SMITH HULSEY & BUSEY

                            By    s/ James H. Post
                                Stephen D. Busey
                                James H. Post (FBN 175460)
                                Cynthia C. Jackson

                            225 Water Street, Suite 1800
                            Jacksonville, Florida 32202
                            (904) 359-7700
                            (904) 359-7708 (facsimile)
                            jpost@smithhulsey.com

                            Counsel for Reorganized Debtors

00520151