UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBERS 5580 AND 5581 FILED BY TRANSAMERICA LIFE INSURANCE CO. (STORE NO. 1908)

This cause came before the Court on the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (the "Twenty-Sixth Omnibus Objection") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 12281). On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order and continuing the hearing on the Twenty-Sixth Omnibus Objection as to claim numbers 5580 and 5581 and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of claim number 5580 filed by Transamerica with respect to Store No. 1908 is allowed as an unsecured non-priority claim in the amount of $76,222.25.

2. Proof of claim number 5581 filed by Transamerica with respect to Store No.

1908 is disallowed in its entirety.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 1908 filed by Transamerica in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 1908 that Transamerica has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of August, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00573719.2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| C. TIMOTHY CORCORAN, III, P.A. | SMITH HULSEY & BUSEY |
| By  s/ C. Timothy Corcoran, III*<br>C. Timothy Corcoran, III | By  s/ Cynthia C. Jackson<br>Cynthia C. Jackson, F.B.N. 498882 |
| 400 North Ashley Drive, Suite 2540<br>Tampa, Florida 33602<br>(813) 769-5020<br>(813) 769-5030 (facsimile)<br>ctcorcoran@mindspring.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Transamerica Life Insurance Co. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00573719.2