**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER SCHEDULING TRIAL ON HYECHA B. MARSHALL
AND LINC MARSHALL'S MOTION TO ENLARGE TIME TO
FILE AN ADMINISTRATIVE CLAIM REQUEST**

This matter came before the Court at a status conference on July 12, 2007 regarding the Motion to Enlarge Time to File Administrative Claim Request filed by Hyecha B. Marshall and Linc Marshall (Docket No. 15141) (the "Motion"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     The trial on Motion is scheduled for October 25, 2007, at 1:30 p.m. in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

2.     Responsive Pleadings, Motions, and Objections:

a.     Unless otherwise ordered by this Court, any outstanding answers or responsive pleadings shall be filed within ten (10) days of this order.

b.     Any and all motions are to be filed not less that ten (10) days prior to trial.

c.     All properly filed objections and motions, not ruled on previously, shall be heard at trial unless otherwise ordered by the Court.

d.   Five (5) days prior to trial, parties shall file with the Court photocopies of any legal authority relied on by counsel to support their respective positions.

e.   The procedure for filing motions is as follows:

i.   All motions shall include or be accompanied by a legal memorandum or brief containing argument and citations of authorities.

ii.   No later that fifteen (15) days from the date of service of each motion, each party opposing the motion shall file and serve a legal memorandum or brief containing argument and citations of authorities in opposition to the relief requested. In the event no such response is filed, the court may deem the motion as unopposed and thereby consented. The parties should not expect the Court to conduct a hearing prior to ruling on any pending motions.

iii.   No later than five (5) days from the date of service of the opposing legal memorandum, the movant may file and serve a reply legal memorandum or brief, if desired.

iv.   Upon the completion of this schedule, the Motion will be at issue, under advisement, and ready for decision by the Court.

v.    Motions of any emergency nature may be considered and

determined by the Court at any time in its discretion.

3.    Exhibits and Witnesses:

a.    The party's shall exchange initial exhibit lists and witness

lists within thirty (30) days from the date of this Order.

b.    Each party's exhibit list and witness list are to be filed with the

Court and served ten (10) days prior to trial.

c.    Counsel are responsible for the timely supplementation of their

respective exhibit lists and witness lists with any additional exhibits and witnesses

prior to the trial.

d.    Exhibits not objected to in writing within ten (10) days prior to

the trial are deemed admitted for the purpose of authenticity.  The Court will resolve

any objections at the trial.

e.    All exhibits to be used at the trial must be pre-marked and listed

in accordance with Rule 9070-1 of the <u>Local Rules of Practice and Procedure for the</u>

<u>United States Bankruptcy Court for the Middle District of Florida</u>.  Counsel may

obtain from the clerk copies of the blank form exhibit lists and exhibit identification

tags that are to be used in complying with the requirements of this paragraph and the

local rule.

f.    Each party shall compile and tab their exhibits and provide

duplicate sets at the trial for the judge, clerk, witness stand, and all counsel.

4.    Discovery:

All discovery is to be completed by October 10, 2007.  Conduct of any

discovery that would require a later due date shall be permitted only on the order of

the court or by filed stipulation of the parties, and only in proceedings that will not be

delayed as a result.

5.    Trial Memorandum

The Trial Memorandum shall be filed ten (10) days prior to the trial and

shall contain:

**FOR THE DEBTORS:**

A.    A list of all the pleadings and pending motions.

B.    A brief statement of the theory of each claim including legal

authority for same.

C.    A brief summary of debtors' contentions of facts in support of

each claim, the evidence relied upon to establish each of the facts contended.

**FOR THE CLAIMANT:**

A.    A brief statement of the theory of claimant's defenses or

counterclaims.

B.    A brief summary of contentions of facts in support of the legal

theories and the evidence to be relied upon to establish each of the facts contended.

**FOR ALL PARTIES:**

A.    A statement of all admitted or uncontested facts.

B.    A brief state of contested facts.

C.    A statement of contested legal issues.

D.    A list by each party identifying the portions (by line and page numbers) of the depositions it may use at trial for the purpose of original evidence. (This paragraph does not apply to deposition testimony to be used for the purpose of impeachment.

E.    Any legal authority that the parties desire the Court to consider.

F.    A statement that this is a core or non-core proceeding and that the party does or does not consent to the jurisdiction and entry of final orders or judgments by the Bankruptcy Judge of this Court.

G.    A statement that counsel has conferred with opposing counsel and has made a good faith endeavor to settle.

6.    Settlement:

Counsel for all parties shall confer fifteen (15) days prior to the trial and seek in good faith to settle the matter.  Any settled matters should be reported immediately to the Court.  In the event that a written stipulation is not complete, the provisions of the settlement shall be read into the record on the morning of the trial.

Dated this ___6___ day of August, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    IURILLO & ASSOCIATES, P.A.


By _s/James H. Post_____            By _s/Camille J. Iurillo*_____
       James H. Post                               Camille J. Iurillo

Florida Bar Number 175460             Florida Bar Number 902225
225 Water Street, Suite 1800          600 First Ave. North, Suite 308
Jacksonville, Florida  32202          St. Petersburg, Florida 33701
(904) 359-7700                        (727) 895-8050
(904) 359-7708 (facsimile)            (727) 895-8070 (facsimile)

Attorneys for the Reorganized Debtors   Attorneys for Hyecha B. Marshall and
                                                Linc Marshall


* Counsel has authorized her electronic signature.

00572481