UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
        Reorganized Debtors.             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Geraldine Newman (Claim No. 5408) [Docket No. 17600] was furnished by mail on August 6, 2007 to Geraldine Newman c/o Michael W. Slocumb, Esq., Slocumb Law Firm, LLC, 2006 Executive Park Drive, Suite A., Opelika, Alabama 36801.

Dated: August 6, 2007

                                        SMITH HULSEY & BUSEY


                                        By      s/ James H. Post
                                             Stephen D. Busey
                                             James H. Post (FBN 175460)
                                             Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151