UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
Chapter 11
Reorganized Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Rose Richardson (Claim No. 9402) [Docket No. 17537] was furnished by mail on August 6, 2007 to Rose Richardson c/o Donald W. Buckler, Esq., Morgan & Morgan, 101 East Kennedy Blvd., #1790, Tampa, Florida 33602.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151