UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )     Case No. 05-03817-3F1
                                                 Chapter 11
            Reorganized Debtors.           )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Nathan Surface (Claim No. 7797) [Docket No. 17538] was furnished by mail on August 6, 2007 to Nathan Surface c/o Howard J. Stiller, Esq., P. O. Box 71742, Albany, Georgia 31708-1742.

Dated: August 6, 2007

                                    SMITH HULSEY & BUSEY


                                    By    s/ James H. Post
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151