UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Wilna Trigg (Claim No. 1679) [Docket No. 17539] was furnished by mail on August 6, 2007 to Wilna Trigg c/o Ralph Bohanan, Jr., Esq., Bohanan & Knight, PC, One Perimeter Park South, Suite 318 North, Birmingham, Alabama 35243.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By   s/ James H. Post
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151