UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )    Case No. 05-03817-3F1
                                                     Chapter 11
         Reorganized Debtors.                   )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Amanda Vititoe (Claim No. 1670) [Docket No. 15439] was furnished by mail on August 6, 2007 to Amanda Vititoe c/o Jeff Walker, Esq., 783 West Kings Street, Boone, North Carolina 28607.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151