UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )         Case No. 05-03817-3F1
                                                         Chapter 11
        Reorganized Debtors.                   )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Janice Williamson (Claim No. 10539) [Docket No. 17540] was furnished by mail on August 6, 2007 to Janice Williamson c/o Thomas B. Albritton, Esq., P. O. Box 880, Andalusia, Alabama 36420.

Dated: August 6, 2007

                                    SMITH HULSEY & BUSEY


                                    By    s/ James H. Post
                                        Stephen D. Busey
                                        James H. Post (FBN 175460)
                                        Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151