UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,    )       Case No. 05-03817-3F1
                                                )       Chapter 11
      Reorganized Debtors.             )       Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Maria Bracamonte [Docket No. 17544] was furnished by mail on August 6, 2007 to Maria Bracamonte c/o Adam Scher, Esq., Terry M. Rosenblum and Associates, P.A., 3900 Hollywood Blvd., Suite 201, Hollywood, Florida 33021.

Dated: August 6, 2007

                                        SMITH HULSEY & BUSEY


                                        By  *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      jpost@smithhulsey.com

                                      Counsel for Reorganized Debtors

00569785