UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Marie Dadaille [Docket No. 17602] was furnished by mail on August 6, 2007 to Marie Dadaille c/o Robert Rubenstein, Esq., Law Offices of Robert Rubenstein, 9350 S. Dixie Highway, Suite 1110, Miami, Florida 33156.

Dated: August 6, 2007

                                            SMITH HULSEY & BUSEY

                                            By   s/ James H. Post
                                                   Stephen D. Busey
                                                   James H. Post (FBN 175460)
                                                   Cynthia C. Jackson

                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida 32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com

                                          Counsel for Reorganized Debtors

00569785