UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Sindy Deisen [Docket No. 17603] was furnished by mail on August 6, 2007 to Sindy Deisen c/o Brett K. Findler, Esq., Findler & Findler, 3 Harvard Circle, Suite 300, West Palm Beach, Florida 33409.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
 Stephen D. Busey
 James H. Post (FBN 175460)
 Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785