UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                         Chapter 11
        Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ruth Dyle [Docket No. 17531] was furnished by mail on August 6, 2007 to Ruth Dyle c/o Daniel M. Soloway, Esq., Soloway Firm, 901 Scenic Highway, Pensacola, Florida 32503.

Dated: August 6, 2007

                                                        SMITH HULSEY & BUSEY


                                                        By    s/ James H. Post
                                                            Stephen D. Busey
                                                            James H. Post (FBN 175460)
                                                            Cynthia C. Jackson

                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida 32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        jpost@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00569785