UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Barbara Evans [Docket No. 17604] was furnished by mail on August 6, 2007 to Barbara Evans c/o Michael K. Roberts, Esq., J. Scott Nooney & Associates, P.A., 3535 Hendricks Ave., Jacksonville, Florida 32207-3303.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785