UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                          Chapter 11
      Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Maria M. Sarria Gonzalez [Docket No. 17532] was furnished by mail on August 6, 2007 to Maria M. Sarria Gonzalez c/o Laurence Edward Zieper, Esq., 1506 Northeast 162nd Street, North Miami Beach, Florida 33162.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785