UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,    )          Case No. 05-03817-3F1
                                                      Chapter 11
        Reorganized Debtors.              )          Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Roseline Guillaume [Docket No. 17605] was furnished by mail on August 6, 2007 to Roseline Guillaume c/o Mark M. Spatz, Esq., Simons and Spatz, P.A., 122 SE 3rd Avenue, Fort Lauderdale, Florida 33316.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785