UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                   )      Chapter 11
         Reorganized Debtors.            )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ynes Herrera and Juan Quintana [Docket No. 17533] was furnished by mail on August 6, 2007 to Ynes Herrera and Juan Quintana c/o David F. Baron, Esq., One Datran Center, Suite 1704, 9100 South Dadeland Blvd., Miami, Florida 33156.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*___
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785