UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )
                                                 )
WINN-DIXIE STORES, INC., et al.,                 )    Case No. 05-03817-3F1
                                                 )    Chapter 11
            Reorganized Debtors.                 )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Sibyl Hester [Docket No. 17606] was furnished by mail on August 6, 2007 to Sibyl Hester c/o Eaton G. Barnard, Esq., Eaton Barnard and Associates, 1904 Dauphin Island Parkway, Mobile, Alabama 36605.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By  _s/ James H. Post_
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785