UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                              Chapter 11
       Reorganized Debtors.               )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Chidi Ibeabuchi [Docket No. 17583] was furnished by mail on August 6, 2007 to Chidi Ibeabuchi c/o John Foy, Esq., Foy & Associates, PC, 3343 Peachtree Street, N.E., Suite 350, Atlanta, Georgia 30326.

Dated: August 6, 2007

                                              SMITH HULSEY & BUSEY

                                              By    s/ James H. Post
                                                  Stephen D. Busey
                                                  James H. Post (FBN 175460)
                                                  Cynthia C. Jackson

                                             225 Water Street, Suite 1800
                                             Jacksonville, Florida 32202
                                             (904) 359-7700
                                             (904) 359-7708 (facsimile)
                                             jpost@smithhulsey.com

                                             Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Shakkara Shyneice Dinkins [Docket No. 17582] was furnished by mail on August 6, 2007 to Shakkara Shyneice Dinkins c/o H. Warren Cobb, Jr., Esq., 206 North Lena Street, Post Office Box 6346, Dothan, Alabama 36302-6346.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785