UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )
                                                   )
WINN-DIXIE STORES, INC., et al.,                   )      Case No. 05-03817-3F1
                                                   )      Chapter 11
         Reorganized Debtors.                      )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Linda Knights and Robert Knights [Docket No. 17607] was furnished by mail on August 6, 2007 to Linda Knights and Robert Knights c/o David M. Hammer, Esq., Glantz & Glantz, P.A., 7951 S.W. 6th Street, Suite 200, Plantation, Florida 33324.

Dated: August 6, 2007

                                   SMITH HULSEY & BUSEY


                                   By    s/ James H. Post
                                        Stephen D. Busey
                                        James H. Post (FBN 175460)
                                        Cynthia C. Jackson

                                   225 Water Street, Suite 1800
                                   Jacksonville, Florida 32202
                                   (904) 359-7700
                                   (904) 359-7708 (facsimile)
                                   jpost@smithhulsey.com

                                   Counsel for Reorganized Debtors

00569785