UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                              )

WINN-DIXIE STORES, INC., et al.,   )      Case No. 05-03817-3F1
                                          Chapter 11
    Reorganized Debtors.           )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Latoya Mitchell [Docket No. 17525] was furnished by mail on August 6, 2007 to Latoya Mitchell, 887 Franklin Street, Apt. C1-30, Jacksonville, Florida 32206.

Dated: August 6, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785