UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )   Case No. 05-03817-3F1
                                               )   Chapter 11
       Reorganized Debtors.                    )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Anita Phillips [Docket No. 17526] was furnished by mail on August 6, 2007 to Anita Phillips, 11060 SW 196th Street, Apt. #601, Miami, Florida 33157.

Dated: August 6, 2007

                                SMITH HULSEY & BUSEY


                                By     s/ James H. Post
                                    Stephen D. Busey
                                    James H. Post (FBN 175460)
                                    Cynthia C. Jackson

                                225 Water Street, Suite 1800
                                Jacksonville, Florida 32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                jpost@smithhulsey.com

                                Counsel for Reorganized Debtors

00569785