UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 10828 FILED BY
PELL CITY MARKETPLACE PARTNERS, LLC (STORE NO. 410)**

This cause came before the Court for hearing upon the Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") (Docket No. 8116) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively the "Reorganized Debtors") to the proofs of claim listed on the exhibits to the Objection. On June 29, 2006, the Court entered an Order (A) Reducing Overstated Claims, (B) Reducing and Reclassifying Overstated Misclassified Claims and (C) Disallowing No Liability Misclassified Claims as Set Forth in the Debtors' Twelfth Omnibus Claims Objection (Docket No. 8902) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to claim number 10828 filed by Pell City Marketplace Partners, LLC ("Pell City") and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.   Claim number 10828 filed by Pell City with respect to Store No. 410 is

allowed as an administrative claim in the amount of $2,995.40, which the Reorganized Debtors have paid in full.

2. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims, including and not limited to the claims asserted in Docket No. 14445, pertaining to Store No. 410 filed by Pell City in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 410 Pell City has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ____ day of August, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00567128

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By   *s/ Charles W. Perry, Jr.* \*         By   *s/ Cynthia C. Jackson*
    Charles W. Perry, Jr.                    Cynthia C. Jackson, F.B.N. 498882

Pell City Marketplace Partners            225 Water Street, Suite 1800
c/o SP Pell City Marketplace Partners     Jacksonville, Florida 32202
2935 Balmoral Road                        (904) 359-7700
Mountain Brook, Alabama 35223             (904) 359-7708 (facsimile)
(205) 877-0621                            cjackson@smithhulsey.com
(205) 879-5628 (facsimile)
cwperry@perryinvestco.com

General Partner of Pell City Marketplace    Co-Counsel for Reorganized Debtors
Partners, LLC

\*Pro-se party has authorized his electronic signature.

00567128