UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING CLAIM NUMBER 449**
**FILED BY CARNEGIE COMPANIES, INC. (STORE NO. 544)**

This cause came before the Court on the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (the "Twenty-Sixth Omnibus Objection") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 12281). Included among the several proofs of claim listed on Exhibit B of the Twenty-Sixth Omnibus Objection is claim number 449 filed by Carnegie Companies, Inc. ("Carnegie").

On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order and reclassifying claim number 449 to administrative priority in an amount to be determined by subsequent order. The inclusion of claim number 449 in the order was in error. Based upon the consent of the parties

appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of claim number 449 filed by Carnegie with respect to Store No. 544 is allowed as an unsecured non-priority claim in the amount of $18,200.00.

2. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 544 filed by Carnegie in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 544 that Carnegie has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 7 day of August, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00572169

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| JAVITCH BLOCK & RATHBONE LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  _s/ Mark A. Melamed*_<br>       Mark A. Melamed | By  _s/ Cynthia C. Jackson_<br>       Cynthia C. Jackson, F.B.N. 498882 |
| 1300 East Ninth Street, 14th Floor<br>Cleveland, Ohio 44114<br>(216) 623-0000<br>(216) 623-0190 (facsimile)<br>Mmelamed@jbandr.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Carnegie Companies, Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00572169