UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817-3F1

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING MOTION FOR ADMINISTRATIVE EXPENSE CLAIM

The Court finds that the Motion for Administrative Expense Claim filed by Edward S. Donini, on behalf of Ann and Domenic A. Albanese on August 6, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion for Administrative Expense Claim filed by Edward S. Donini on behalf of Ann and Domenic A. Albanese on August 6, 2007, is stricken from the record.

**DATED August 7, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Edward S. Donini, P.O. Box 605, New Smyrna Beach, FL 32170