UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON AUGUST 9, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on August 9, 2007 at 1:30 p.m.:

**A.** **Uncontested Matters**

 1. *Debtors' Objection to Claim No. 13794 filed by the County of Sullivan (Docket No. 16030)*

 Objection Deadline: Expired.

 Objections: None.

 Status: The Reorganized Debtors will proceed with the hearing on the Objection.

 2. *Debtors' Objection to Claim No. 13800 filed by Supermarket Environment (Docket No. 16031)*

 Objection Deadline: Expired.

 Objections: None.

 Status: The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Twenty-Third Omnibus Objection to (a) Indemnification Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims, (g) Misclassified Claims and (h) Amended and Superseded Claims (Docket No. 11324)*

*Hearing on No Liability Claims to Be Disallowed (Docket No. 17293)*

*County of Clark, IN Treasurer (Claim No. 7486)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors and Clark County have agreed to continue the hearing on the Objection to October 6, 2007.

4. *Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities (Docket No. 7267)*

*Hearing on Objections to Tax Claims (Docket No. 17295)*

(a) *County of Mecklenburg (Claim No. 1068); and*

(b) *County of James City (Claim No. 2237).*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Second Omnibus Objection to Administrative Claims Which Have Been Settled (Docket No. 17315)*

Response Deadline: July 30, 2007.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

B. **Contested Matters**

    *6.  Case Management Conference on the Application for Allowance of Administrative Expense and Request for Notice filed by American Star Plastics, Inc. (Docket No. 14348)*

Response Deadline: Non-applicable.

Status: The Reorganized Debtors will proceed with the conference.

    *7.  Debtors' Motion for Order Determining that Debtors have Satisfied Allowed Cure Claims (Docket No. 17417)*

Response Deadline: July 31, 2007.

Responses: AIB Deltona (Docket No. 17596)

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

    *8.  Case Management Conference on the Objection to Debtors' Assumption of Non-Residential Real Property Leases and to Proposed Cure Amounts Filed by Landlords, Westfork Tower, LLC, Concord-Fund IV Retail, L.P., TA Cresthaven, LLC, and Flagler Retail Associates, Ltd by and through their property manager, Terranova Corp., Store Nos. 254, 278, 221 and 209 (Docket Nos. 8921, 10302 and 12717)*

Response Deadline: Non-applicable.

Status: The Reorganized Debtors will proceed with the conference.

Dated: August 8, 2007.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*  <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>   Stephen D. Busey <br>   James H. Post <br>   Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

571691