

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 9, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

**Objection to Claim No. 13794 filed by the County of Sullivan filed by Debtors (16030)**

APPEARANCES:
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:               JOHN B. MACDONALD/PATRICK PATANGAN
                           MATTHEW S. BARR
COUNTY OF SULLIVAN:

RULING: Sustained
Ord/Signed