UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re:  Winn-Dixie Stores, Inc., et.al., ) | Case No. 05-03817-3F1 |
| ) | |
| Reorganized Debtors.              ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |

### NOTICE OF WITHDRAWAL OF APPLICATION FOR PAYMENT OF CLAIM AND/OR MOTION THAT THE CLAIM INVOLVING PERSONAL INJURY BE TRIED IN THE SOUTHERN DISTRICT OF FLORIDA

Sarah Saparito, by and through undersigned counsel, respectfully withdraws her Application for Payment of Claim and/or Motion that the Claim Involving Personal Injury be Tried in the Southern District, filed on December 22, 2006, at Docket No. 13392, respectively.

Respectfully submitted this 9th day of August, 2007

/s/F. Shields McManus
F. Shields McManus
Florida Bar No. 148176
Gary, Williams, Parenti, Finney,
Lewis, McManus, Watson & Sperando
221 East Osceola St.
Stuart, Florida 34994
Telephone: 772/283-8260
Facsimile:  772/219-3365
fsm@williegary.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent either by U.S. Mail on the 9th day of August 2007, or via electronic mail on the date set forth on the Court's docket as the date of electronic service and/or facsimile: James Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800 , Jacksonville, FL  32202, Fax: (904) 359-7708, jpost@smithhulsey.com; Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Fax:  (212) 822-5194, mbarr@milbank.com; and Francisco Ramos, Jr., Spencer H. Silverglate, Clarke, Silverglate & Campbell, P.A., 799 Brickell Plaza, Suite 900, Miami, FL  33131, Fax: 305/377-3001, framos@csclawfirm.com

By: /s/F. Shields McManus
F. Shields McManus