UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Reorganized Debtors.

)
)
)
)
)
)
)

Case No. 05-03817-3F1

*Chapter 11*

Jointly Administered

### ORDER DISALLOWING CLAIM NO. 13794
### FILED BY COUNTY OF SULLIVAN

These cases came before the Court upon the objection of Winn-Dixie Stores, Inc.

and twenty-three of its subsidiaries and affiliates to Claim No. 13794 filed by the County of

Sullivan (the "Objection"). Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The Objection is sustained.

2.     Claim No. 13794 is disallowed in its entirety.

Dated this 9 day of August, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to serve
a copy of this Order on all parties who
received copies of the Objection.

1227202-New York Server 7A - MSW