UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: Winn-Dixie Stores, Inc., et.al., ) | Case No. 05-03817-3F1 |
| ) | |
| Reorganized Debtors. ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |

### REQUEST TO BE REMOVED FROM RECEIVING ECF NOTICES

PLEASE TAKE NOTICE that the Law firm of Gary, Williams, Parenti, Finney, Lewis, McManus, Watson & Sperando, hereby requests removal from receipt of ECF notices in the above styled case.

Respectfully submitted this 9th day of August, 2007

/s/F. Shields McManus
F. Shields McManus
Florida Bar No. 148176
Gary, Williams, Parenti, Finney,
Lewis, McManus, Watson & Sperando
221 East Osceola St.
Stuart, Florida 34994
Telephone: 772/283-8260
Facsimile: 772/219-3365
fsm@williegary.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent either by U.S. Mail on the 9th day of August 2007, or via electronic mail on the date set forth on the Court's docket as the date of electronic service and/or facsimile: James Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Fax: (904) 359-7708, jpost@smithhulsey.com; Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Fax: (212) 822-5194, mbarr@milbank.com; and Francisco Ramos, Jr., Spencer H. Silverglate, Clarke, Silverglate & Campbell, P.A., 799 Brickell Plaza, Suite 900, Miami, FL 33131, Fax: 305/377-3001, framos@csclawfirm.com

By: /s/F. Shields McManus
F. Shields McManus