

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**August 9 , 2007**
**1:30 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post**

Debtors' Twenty-Third Omnibus Objection to (a) Indemnification Claims, (b) No Liability Claims ( c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims (g) Misclassified Claims and (h) Amended and Superseded Claims (11324)

Hearing on No Liability Claims to Be Disallowed (17293)

County of Clark, IN Treasurer (Claim No. 7486)

**The Reorganized Debtors and Clark County have agreed to continue the hearing on the Objection to October 6, 2007.**

APPEARANCES:

US TRUSTEE:                 **ELENA ESCAMILLA**

UNSEC. CRED:               **JOHN B. MACDONALD/PATRICK PATANGAN**

**MATTHEW S. BARR**

COUNTY OF CLARK, IN TREASURER:

RULING: Cont'd. to 10/4 @ 1:30 ADCNFN