

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 9, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Values and Tax Liabilities (7267)

Hearing on Objections to Tax Claims (17295)

(a) County of Mecklenburg (1068)

(b) County of James City (2237)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR
COUNTY OF MECKLENBURG: EARL BARKER
COUNTY OF JAMES CITY:

RULING:  Sustained
Ord / Jackson