UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: ) Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*, ) Chapter 11

      Reorganized Debtors. ) Jointly Administered

**ORDER ON DEBTORS' SECOND OMNIBUS
OBJECTION TO ADMINISTRATIVE
CLAIMS WHICH HAVE BEEN SETTLED**

This matter came before the Court for hearing on August 9, 2007, upon the Debtors' Second Omnibus Objection to Administrative Claims Which Have Been Settled (the "Objection") (Docket No. 17315) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates to the administrative claims identified on Exhibit A to the Objection. No responses to the Objection were filed. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The claims identified on Exhibit A are disallowed.

Dated this 9 day of August, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00563872.2

WINN-DIXIE STORES, INC.
EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Country Garden Silks, Inc.<br>c/o Wendell Finner, Esq.<br>234 9th Avenue South<br>Jacksonville Beach, FL 32250-6537 | 14261 | Settled |
| CSX Transportation, Inc.<br>c/o Michael T. Fackler, Esq.<br>Bank of America Tower<br>50 North Laura Street, Suite 3300<br>Jacksonville, FL 32202-3661 | 13943 | Settled |
| Dawn Food Products, Inc.<br>Barnes & Thornburg LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204 | 14451 | Settled |
| Lynn Roberts & Associates, Inc.<br>c/o Bob Sundmacher<br>1769 Blount Road, #109<br>Pompano Beach, FL 33069-5120 | 11913 | Settled |

00571700