UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Filed in Open Court

AUG 0 9 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:                                  ) Case No. 05-03817-3F1
                                        )
WINN-DIXIE STORES, INC., et al.,        ) Chapter 11
                                        )
Reorganized Debtors.                    ) Jointly Administered
                                        )

### NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND REQUEST FOR NOTICE

(AMERICAN STAR PLASTICS, INC.)

Comes now, American Star Plastics, Inc. and WITHDRAWS its Application for Allowance of Administrative Expense and Request for Notice filed on January 5, 2007 (Docket No. 14348) with prejudice.

Dated: ~~June~~ August ___, 2007

AMERICAN STAR PLASTICS, INC.

By: _____
Claudia Carbonnel

440 West 20th Street
Hialeah, Florida 33010
(305) 887-0158
(305) 887-0186