

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
**August 9, 2007**
**1:30 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post


**Debtors' Motion for Order Determining that Debtors have Satisfied Allowed Cure Claims (17417)**


**Response filed by AIB Deltona (17596)** ~ *Cont'd. to 10/4 AOCNFN*


APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA

UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

AIB DELTONA:

RULING: *Granted Ord/Jackson*