

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 9, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

    Case Management Conference on the Objection to Debtors' Assumption of Non-Residential Real Property Leases and to Proposed Cure Amounts filed by Landlords, Westfork Tower, LLC, Concord-Fund IV Retail, L.P., TA Cresthaven, LLC, and Flagler Retail Associates, Ltd by and through their property manager, Terranova Corp., Store Nos. 254, 278, 221 and 209 Filed by Debtors (Docket Nos. 8921, 10302 and 12717)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD/PATRICK PATANGAN
                               MATTHEW S. BARR

Terranova: K. Specie-P

RULING:

4-5 hrs. > 11/1
Oral Sched. trial

Set 5 hr. trial
after Nov. 1: Trial set for
Nov. 30 @ 9:00 - Long Order 183