UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,       )     Case No. 05-03817-3F1
                                                      Chapter 11
        Reorganized Debtors.            )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Debra S. Gardner [Docket No. 17662] was furnished by mail on August 10, 2007 to Debra S. Gardner, 101 South Elm Street, Suite 170, Greensboro, North Carolina 27401.

Dated: August 10, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785