UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                               )   Chapter 11
        Reorganized Debtors.          )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sara Aparicio (Claim No. 5165) [Docket No. 17655] was furnished by mail on August 10, 2007 to Sara Aparicio, 1900 S.W. 82nd Avenue, Miami, Florida 33155.

Dated: August 10, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151