UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,              )     Case No. 05-03817-3F1
                                                    Chapter 11
       Reorganized Debtors.              )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Dianne Stanton Booher (Claim No. 2296) [Docket No. 17656] was furnished by mail on August 10, 2007 to Dianne Stanton Booher c/o William Chanfrau, Esq., Chanfrau & Chanfrau, 701 North Peninsula Drive, Daytona Beach, Florida 32118.

Dated: August 10, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151