UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )
                                                   )
WINN-DIXIE STORES, INC., et al.,                   )     Case No. 05-03817-3F1
                                                   )     Chapter 11
         Reorganized Debtors.                      )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Thomas Irwin (Claim No. 3708, 10072 and 10272) [Docket No. 17639] was furnished by mail on August 10, 2007 to Thomas Irwin c/o Clement Hyland, Esq., Morgan & Morgan, P. O. Box 4979, Orlando, Florida 32802.

Dated: August 10, 2007

                                    SMITH HULSEY & BUSEY


                                    By      s/ James H. Post
                                         Stephen D. Busey
                                         James H. Post (FBN 175460)
                                         Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151