UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,   )         Case No. 05-03817-3F1
                                                   )         Chapter 11
        Reorganized Debtors.           )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Tausha Jones (Claim No. 13401) [Docket No. 17659] was furnished by mail on August 10, 2007 to Tausha Jones c/o Fred R. DeFrancesch, Esq., P. O. Box 1566, LaPlace, Louisiana 70069.

Dated: August 10, 2007

                                                SMITH HULSEY & BUSEY


                                                By      s/ James H. Post
                                                    Stephen D. Busey
                                                    James H. Post (FBN 175460)
                                                    Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151