UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )    Case No. 05-03817-3F1
                                               )    Chapter 11
            Reorganized Debtors.               )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Le June Leamon (Claim No. 5519) [Docket No. 17678] was furnished by mail on August 10, 2007 to Le June Leamon c/o David J. Maloney, Esq., Maloney Strohmeyer, LLP, 601 Church Street, Mobile, Alabama 36602.

Dated: August 10, 2007

                                SMITH HULSEY & BUSEY


                                By    s/ James H. Post
                                    Stephen D. Busey
                                    James H. Post (FBN 175460)
                                    Cynthia C. Jackson

                                225 Water Street, Suite 1800
                                Jacksonville, Florida 32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                jpost@smithhulsey.com

                                Counsel for Reorganized Debtors

00520151