UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,   )    Case No. 05-03817-3F1
                                                  )    Chapter 11
    Reorganized Debtors.           )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Reva Stamper (Claim No. 12427) [Docket No. 17660] was furnished by mail on August 10, 2007 to Reva Stamper c/o Richard H. Nash, Jr., Esq., 235 South Fifth Street, Louisville, Kentucky 40202-3255.

Dated: August 10, 2007

                                                SMITH HULSEY & BUSEY

                                                By      *s/ James H. Post*
                                                      Stephen D. Busey
                                                      James H. Post (FBN 175460)
                                                      Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151