UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., et al.,　　　　　　　CASE NO. 05-03817-JAF
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　　Debtors.　　　　　　　　　　　　　　Jointly Administered

＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＼

**NOTICE OF WITHDRAWAL OF CREDITOR,
SPRING PLAZA LIMITED PARTNERSHIP'S AMENDED REQUEST
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE**

Creditor, Spring Plaza Limited Partnership ("SPLP"), by and through its undersigned counsel, hereby withdraws its previously-filed Amended Request for Allowance and Payment of Administrative Expense (Docket No.: 15940).

Respectfully submitted this 13th day of August, 2007.

　　　　　　　　　　　　　　　　**VOLPE, BAJALIA, WICKES,
　　　　　　　　　　　　　　　　ROGERSON & WACHS**

　　　　　　　　　　　　　　By: */s/ John T. Rogerson, III*
　　　　　　　　　　　　　　　　John T. Rogerson, III
　　　　　　　　　　　　　　　　Florida Bar No. 832839
　　　　　　　　　　　　　　　　501 Riverside Avenue, 7th Floor
　　　　　　　　　　　　　　　　EverBank Plaza
　　　　　　　　　　　　　　　　Jacksonville, FL 32202
　　　　　　　　　　　　　　　　(904) 355-1700
　　　　　　　　　　　　　　　　(904) 355-1797 (fax)

　　　　　　　　　　　　　　　　Attorneys for Spring Plaza Limited Partnership

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Creditor, Spring Plaza Limited Partnership's Amended Request for Allowance and Payment of Administrative Expense was provided electronically or by first class U.S. Mail, postage prepaid, to Stephen D. Busey, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and D.J. Baker, Esq., Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, on this 13th day of August, 2007.

*/s/ John T. Rogerson, III*
Attorney