UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 05-03817-JAF |
| | ) | |
| Winn-Dixie Stores, Inc., | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### REQUEST TO BE REMOVED FROM RECEIVING ECF NOTICES

Please take notice that the law firm of Nelson Mullins Riley & Scarborough, L.L.P., does hereby request removal from receipt of ECF notices in the above styled case.

Respectively submitted this 13 day of August, 2007.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
George B. Cauthen
Florida Bar No. 193615
Meridian Building, 17th Floor
1320 Main Street
Post Office Box 11070 (29211)
Columbia, SC 29201
(803) 799-2000
(803) 255-9644 (fax)
george.cauthen@nelsonmullins.com

Attorneys for Southeast-Atlantic Beverage Corporation

Columbia, South Carolina
August 13, 2007

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 06-04893 |
| | ) | |
| Renaissance Park Hotel, LLC | ) | CHAPTER 11 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, of the Law Offices of Nelson Mullins Riley & Scarborough LLP, attorneys for Southeast-Atlantic Beverage Corporation, do hereby certify that I have served all necessary parties in this action with a copy of the pleading(s) hereinbelow by mailing a copy of the same by United States Mail, postage prepaid, to the parties at the following address(es):

**Pleadings:**   **REQUEST TO BE REMOVED FROM RECEIVING ECF NOTICES**

**Parties Served:**   Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Allan E. Wulbern
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Beau Bowin
Smith Hulsey & Busey
225 Water St Ste 1800
Jacksonville, FL 32202-5182

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32201

David L Gay
Smith Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202

James H. Post
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast
Smith Hulsey & Busey
225 Water Street Suite 1800
Jacksonville, Fl 32202

Stephen D. Busey
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Elena L Escamilla
135 W Central Blvd., Suite 620
Orlando, FL 32806

Kenneth C Meeker
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202

Patrick P. Patangan
Holland & Knight LLP
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202-3622

/s/ Mary Wilkinson-Cutler
Mary Wilkinson-Cutler
Administrative Assistant to
George B. Cauthen, ID No. 81
Nelson Mullins Riley & Scarborough, LLP
Post Office Box 11070
Columbia, SC 29211
(803) 799-2000

Columbia, South Carolina

August 13, 2007