UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Cynthia Alley (Claim No. 533 and 1739) [Docket No. 17768] was furnished by mail on August 13, 2007 to Cynthia Alley c/o Dean Burnetti, Esq., 211 South Florida Avenue, Lakeland, Florida 33801-4261.

Dated:  August 13, 2007

                                                  SMITH HULSEY & BUSEY

                                                  By    *s/ James H. Post*
                                                        Stephen D. Busey
                                                        James H. Post (FBN 175460)
                                                        Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151