UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,       )       Case No. 05-03817-3F1
                                                       Chapter 11
       Reorganized Debtors.         )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Danisleidys Medina (Claim No. 9389) [Docket No. 17769] was furnished by mail on August 13, 2007 to Danisleidys Medina, 185 Normandy Drive, Tavenier, Florida 33070.

Dated:  August 13, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151