UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 37158**
**FILED BY TEACHERS RETIREMENT SYSTEM (STORE NO. 664)**

This cause originally came before the Court on the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 12281) (the "Objection"). The Court entered an Order correcting the Docket No. 12908 Order (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the Orders. Included among the several proofs of claim listed on Exhibit A of the Order is claim number 37158 scheduled on behalf of Teachers Retirement System ("Teachers") with respect to Store No. 664.

The Order reclassified claim number 37158 to administrative priority in the amount of $47,157.99, as determined by the October 4, 2006 Assumption Order (Docket No. 11613) (the "Assumption Order") and the October 25, 2006 Order (Docket No. 12183) correcting the Assumption Order. On July 24, 2007, the Court entered a Third

Order (Docket No. 17535) correcting the October 4, 2006 Assumption Order to amend Exhibit D of the Assumption Order to reflect that the correct cure amount for Store No. 664 is $9,968.66. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 37158 scheduled on behalf of Teachers with respect to Store No. 664 is allowed as an administrative claim in the amount of $9,968.66, which the Reorganized Debtors have paid in full.

2. As claim number 37158 was previously allowed and paid as an administrative claim in the amount of $47,157.99 and later reduced to reflect the correct cure amount of $9,968.66, the Reorganized Debtors shall offset against future rent for Store No. 664 the amount of $37,189.33, beginning with the September 2007 rent.

3. This Agreed Order resolves all liabilities and obligations related to (i) all claims scheduled on behalf of Teachers with respect to Store No. 664, (ii) all proofs of claim and administrative expense claims pertaining to Store No. 664 filed by Teachers in these Chapter 11 cases and (iii) all other pre-petition or pre-effective date claims pertaining to Store No. 664 that Teachers has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 13 day of August, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00574090

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **WYATT, TARRANT & COMBS, LLP** | **SMITH HULSEY & BUSEY** |
| By  *s/ John P. Brice*\*  <br>     John P. Brice | By  *s/ Cynthia C. Jackson*  <br>     Cynthia C. Jackson, F.B.N. 498882 |
| 250 West Main Street, Suite 1600<br>Lexington, Kentucky 40507<br>(859) 288-7462<br>(859) 259-0649 (facsimile)<br>jbrice@wyattfirm.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Teachers Retirement System | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00574090