**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 ) |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) *Chapter 11* ) |
| Reorganized Debtors.[1] | ) Jointly Administered ) |

## NOTICE OF CASE MANAGEMENT CONFERENCE

Please take notice that a case management conference on the Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities with respect to claim number 12624 filed by Hamilton County, Ohio (the "Objection and Motion") (Docket No. 7852 and 8205) is scheduled for **October 4, 2007 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Objection and Motion for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the case.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: August 14, 2007.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  /s/ D. J. Baker  <br> D. J. Baker <br> Sally McDonald Henry <br> Rosalie Walker Gray | By  /s/ Cynthia C. Jackson  <br> Stephen D. Busey <br> Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (917) 777-2150 (facsimile) <br> djbaker@skadden.com | Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for the Reorganized Debtors | Co-Counsel for the Reorganized Debtors |

3

## Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail to James S. Ginocchio, Assistant Prosecuting Attorney, Hamilton County, Ohio, 230 E. Ninth Street, Suite 4000, Cincinnati, Ohio 45202 on this 14th day of August, 2007.

                                                  *s/ Cynthia C. Jackson*
                                                    Attorney

00576303