## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

## ORDER DETERMINING CURE CLAIMS
## ON EXHIBIT A HAVE BEEN SATISFIED BY DEBTORS

These cases came before the Court for hearing on August 9, 2007, upon the motion of

Winn-Dixie Stores, Inc. ("Winn-Dixie"), on behalf of itself and its subsidiaries and affiliates, as

reorganized debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order

(i) deeming the cure claims listed on Exhibit A to be satisfied by the payments identified on

Exhibit A, and (ii) authorizing Logan & Company, Inc., the court-approved claims agent in these

cases (the "Claims Agent"), to mark such claims as satisfied (Docket No. 17417) (the "Motion").

An objection to the Motion was filed by AIB Deltona, Ltd. ("AIB"), as a result of which the

Debtors have agreed to continue the Motion with respect to AIB's cure claim which has been

removed from Exhibit A.  Upon consideration and finding proper notice of the Motion has been

given, it is

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

ORDERED AND ADJUDGED THAT:

1.     The Motion is granted.

2.     The allowed cure claims listed on Exhibit A have been satisfied by the payments identified on Exhibit A.

3.     The Claims Agent is authorized to mark the allowed cure claims listed on Exhibit A as satisfied.

4.     The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated   August  14 , 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties served
with a copy of the Motion.

00576259.DOC

# EXHIBIT A

**WINN-DIXIE STORES, INC, ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 241477** ACADIAN MANAGEMENT ATTN BARBARA KIZER, OWNER PO BOX 1268 MADISONVILLE, LA 70447-9998 | 2100 Debtor: WINN-DIXIE STORES, INC. | $5,414.35 | $9,958.91 | ALLOWED AMOUNT PAID TO MIDLAND LOAN SERVICES INC. ON 11/21/06 BY CHECK NO. 008278882. |
| **Creditor Id: 407791** ACORN ASSOCIATES, INC ATTN EDWARD PEARLSTEIN, VP 140 GLENLAWN AVENUE SEA CLIFF NY 11579 | 5654 Debtor: WINN-DIXIE STORES, INC. | $12,018.37 | $12,018.37 | ALLOWED AMOUNT PAID TO ACORN ASSOCIATES LTD ON 11/21/06 BY CHECK NO. 008278864. |
| **Creditor Id: 2069** BED ALABAMA LLC ATTN BYRAM DICKES, OWNER 1200 CENTRAL AVENUE, SUITE 306 WILMETTE IL 60091 | 1500 Debtor: WINN-DIXIE MONTGOMERY, INC. | $0.00 | $10,923.78 | ALLOWED AMOUNT PAID TO ALLIED CAPITAL REIT INC ON 11/21/06 BY CHECK NO. 008278893. |
| **Creditor Id: 243236** BEIL PROPERTIES INC ATTN WALTER BEIL 247 OCEAN VIEW NEWPORT BEACH CA 92663 | 3835 Debtor: WINN-DIXIE STORES, INC. | $6,071.86 | $29,083.80 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279252. |
| **Creditor Id: 408349** BELLOTTO PROPERTIES, LLC C/O HOLLAND & KNIGHT, LLP ATTN NOEL R BOEKE, ESQ PO BOX 1288 TAMPA FL 33601-1288 | 7823 Debtor: WINN-DIXIE STORES, INC. | $10,310.00 | $12,773.49 | ALLOWED AMOUNT PAID TO AL BELOTTO INC. ON 11/21/06 BY CHECK NO. 008279106. |
| **Creditor Id: 244681** CARR FARMS, LLP ATTN C H CARR AND BARRY D CARR DEENA PLAIRE-HAAS 3199 PALMYRA ROAD ALBANY GA 31707 Counsel: ATTN DEENA PLAIRE-HAAS, ESQ | 13315 Debtor: WINN-DIXIE STORES, INC. | $57,025.66 | $57,025.66 | ALLOWED AMOUNT PAID TO MODERN WOODMAN OF AMERICA ON 11/21/06 BY CHECK NO. 008278884. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 244838**<br>CEDAR HILLS CONSOLIDATED, LLC<br>C/O VICTORY COMMERCIAL REAL ESTATE<br>506 45TH STREET, SUITE B-5<br>COLUMBUS, GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8708<br>**Debtor:** | $79,037.69<br>**WINN-DIXIE STORES, INC.** | $81,246.63 | ALLOWED AMOUNT PAID TO VICTORY INVESTMENTS INC. ON 11/21/06 BY CHECK NO. 008278944 ($79,037.69) AND ON 2/28/07 BY CHECK NO. 8317000 ($2,208.94). |
| **Creditor Id: 2131**<br>CHESTER DIX CRAWFORDVILLE CORPORATI<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7900<br>**Debtor:** | $45,167.20<br>**WINN-DIXIE STORES, INC.** | $9,319.88 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id: 2132**<br>CHESTER DIX CRESCENT CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7899<br>**Debtor:** | $52,029.91<br>**WINN-DIXIE STORES, INC.** | $10,380.10 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id: 2136**<br>CHESTER DIX LABELLE CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7897<br>**Debtor:** | $53,397.59<br>**WINN-DIXIE STORES, INC.** | $14,564.91 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| **Creditor Id: 2139**<br>CHESTER DIX WAUCHULA CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 7898<br>**Debtor:** | $51,777.75<br>**WINN-DIXIE STORES, INC.** | $8,894.84 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

Page: 3 of 15
Date: 08/09/2007

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 2140**<br>CHESTER DIX WILLISTON CORPORATION<br>C/O LAWRENCE KADISH REAL ESTATE<br>ATTN LAWRENCE KADISH, PRESIDENT<br>PO BOX 40<br>WESTBURY NY 11590 | 7896<br>**Debtor:** | $50,020.15<br>WINN-DIXIE STORES, INC. | $8,293.87 | ALLOWED AMOUNT PAID TO BAYVIEW LOAN SERVICING LLC ON 12/7/06 BY CHECK NO. 008285703. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id: 423063**<br>COMMONWEALTH FOREST EDGE, LLC<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET<br>BALTIMORE MD 21202 | 12966<br>**Debtor:** | $10,927.59<br>WINN-DIXIE STORES, INC. | $10,927.59 | ALLOWED AMOUNT PAID TO ISRAM REALTY MANAGEMENT INC. ON 11/21/06 BY CHECK NO. 008278998. |
| Counsel: ATTN ALAN J LIPKIN, ESQ | | | | |
| **Creditor Id: 2163**<br>CORPORATE PROPERTY ASSOCS 9, LP<br>C/O W P CAREY & CO, LLC<br>ATTN THOMAS LEWIS, VP<br>50 ROCKEFELLER PLAZA<br>NEW YORK NY 10020 | 10136<br>**Debtor:** | $129,250.50<br>WINN-DIXIE MONTGOMERY, INC. | $1,597.17 | ALLOWED AMOUNT PAID TO CDC PAYING AGENT LLC ON 11/21/06 BY CHECK NO. 008278665. |
| Counsel: ATTN ALAN J LIPKIN, ESQ | | | | |
| **Creditor Id: 407681**<br>CROSSINGS OF ORLANDO, LTD<br>C/O COURTELIS COMPANY<br>ATTN V STOSIKW D PITTS, PRES<br>703 WATERFORD WAY, SUITE 800<br>MIAMI FL 33126 | 4977<br>**Debtor:** | $23,566.93<br>WINN-DIXIE STORES, INC. | $23,566.93 | ALLOWED AMOUNT PAID TO THE ORLANDO CROSSING INC. ON 11/21/06 BY CHECK NO. 008279015. |
| Counsel: ATTN C LONSTEIN & A SCHAEFFER, ESQS | | | | |
| **Creditor Id: 410600**<br>DADE CITY LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES CO COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019-4107 | 9846<br>**Debtor:** | $68,784.74<br>WINN-DIXIE STORES, INC. | $79,083.11 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NOS. 008296669 ($10,298.37) AND 008279241 ($68,784.74). |
| Counsel: ATTN ROBERT J FEINSTEIN, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 2208**<br>ECM DEVELOPMENT, INC<br>PO BOX 468<br>NORTHPORT AL 35476 | 9626<br>Debtor: | $9,044.91<br>WINN-DIXIE STORES, INC. | $9,044.91 | ALLOWED AMOUNT PAID TO BYARS & CO INC. ON 11/21/06 BY CHECK NO. 008279128. |
| Counsel: ATTN W CAMERON PARSONS, ESQ | | | | |
| **Creditor Id: 407752**<br>EFESOS PROPERTIES NV INC &<br>ORION INVESTMENT & MNGMNT LTD CORP<br>C/O HINSHAW & CULBERTSON LLP<br>ATTN KENNETH G M MATHER, ESQ<br>100 SOUTH ASHLEY DR, STE 500<br>TAMPA FL 33602 | 9969<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $4,557.09 | ALLOWED AMOUNT PAID TO CAPITAL CROSSING BANK ON 11/21/06 BY CHECK NO. 008278821. |
| **Creditor Id: 410596**<br>ENGLEWOOD LAND TRUST, SUCCESSOR<br>DILORENZO PROPERTIES COMPANY<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FL<br>NEW YORK NY 10019-4107 | 9842<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $11,486.36 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279239. |
| Counsel: ATTN ILAN D SCHARF, ESQ | | | | |
| **Creditor Id: 410793**<br>EQUITY ONE (MONUMENT) INC<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10937<br>Debtor: | $8,526.63<br>WINN-DIXIE STORES, INC. | $20,056.19 | $19,966.63 PAID TO EQUITY ONE MONUMENT POINTE INC ON 11/21/06 BY CHECK NO. 008279010 AND $89.56 PAID TO EQUITY ONE COMMONWEALTH, INC. ON 3/30/07 BY CHECK NO. 8329602. |
| **Creditor Id: 2211**<br>ERBS/ELLIS PROPERTIES<br>ATTN EDWARD C ELLIS<br>709 DEVON AVENUE<br>LOS ANGELES CA 90024 | 4973<br>Debtor: | $593,224.52<br>WINN-DIXIE STORES, INC. | $6,109.11 | ALLOWED AMOUNT PAID TO LJ MELODY AND CO ON 11/21/06 BY CHECK NO. 008279238. |
| Counsel: ATTN RANDALL W BLACK, ESQ | | | | |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:  405884**<br>FOLEY PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III & AM DAUGHERTY<br>813 SHADES CREEK PKWY, STE 200<br>BIRMINGHAM  AL  35209 | 2586<br>**Debtor:** | $9,915.91<br>**WINN-DIXIE MONTGOMERY, INC.** | $16,729.98 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 0008278830. |
| Counsel: ATTN EDWIN W HELD JR, ESQ | | | | |
| **Creditor Id:  1346**<br>FOUNTAIN COLUMBUS ASSOCS LLC<br>C/O HARBOR GROUP MGMT<br>121 EXECUTIVE CENTER DRIVE, STE 129<br>COLUMBIA  SC  29210 | 8725<br>**Debtor:** | $26,185.38<br>**WINN-DIXIE STORES, INC.** | $26,185.38 | ALLOWED AMOUNT PAID TO FOUNTAIN PARK STATION, INC. ON 11/21/06 BY CHECK NO. 0008279178. |
| Counsel: ATTN PAUL K. CAMPSEN, ESQ. | | | | |
| **Creditor Id:  2251**<br>GARDENS PARK PLAZA LTD<br>C/O ELK BANKIER CHRISTU & BAKST LLP<br>ATTN MICHAEL R BAKST, ESQ<br>222 LAKEVIEW AVENUE, SUITE 1330<br>WEST PALM BEACH, FL  33401 | 4968<br>**Debtor:** | $90,442.66<br>**WINN-DIXIE STORES, INC.** | $108,303.00 | $90,442.66 PAID 11/21/06 BY CHECK NUMBER 008279064, $5,202.44 PAID 12/11/06 BY CHECK NO. 8287025, AND $12,656.00 PAID 3/28/07 BY CHECK NO. 8327864 ALL TO GARDENS PARK PLAZA 219 . |
| **Creditor Id:  381792**<br>GE COMMERCIAL FIN BUS PROP CORP FKA<br>GE CAPITAL BUS ASSET FUNDING CORP<br>C/O MORITT HOCK HAMROFF ET AL<br>ATTN MARC HAMROFF/LESLIE BERKOFF<br>400 GARDEN CITY PLAZA<br>GARDEN CITY  NY  11530 | 10249<br>**Debtor:** | $0.00<br>**WINN-DIXIE RALEIGH, INC.** | $15,008.95 | ALLOWED AMOUNT PAID TO SCHILLECI MILLBROOK SC LLC ON 11/21/06 BY CHECK NO. 008279142. |
| **Creditor Id:  403199**<br>GEHR FLORIDA DEVELOPMENT LLC<br>C/O HELD & ISRAEL<br>ATTN E W HELD JR/A FRISCH, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE  FL  32207 | 9397<br>**Debtor:** | $39,728.91<br>**WINN-DIXIE STORES, INC.** | $47,806.39 | $39,728.91 PAID 11/21/06 TO GEHR DEVELOPMENT FLORIDA, LLC BY CHECK NO. 008278991 AND $8,077.48 PAID 3/3007 TO SAME PARTY BY CHECK NO. 8330552. |
| **Creditor Id:  2270**<br>GREENGOLD CO., LLC<br>ATTN LEONARD GOLD, PARTNER<br>3265 PERRY AVENUE<br>OCEANSIDE  NY  11572 | 12942<br>**Debtor:** | $12,598.35<br>**WINN-DIXIE STORES, INC.** | $11,040.66 | ALLOWED AMOUNT PAID TO CAPITAL CROSSING BANK ON 11/21/06 BY CHECK NO. 008278822. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 2013<br>HALL, WILLIAM H<br>2358 RIVERSIDE AVE<br>SUITE 701<br>JACKSONVILLE FL 33204<br><br>Counsel: ATTN ROBERT A HECKIN, ESQ | 12904<br>**Debtor:** | $10,875.20<br>**WINN-DIXIE STORES, INC.** | $10,875.20 | ALLOWED AMOUNT PAID TO HIGH SPRINGS COMMERCIAL PROPERTIES LLC ON 11/21/06 BY CHECK NO. 008279086. |
| **Creditor Id:** 534811<br>ICOS, LLC<br>C/O FURR & COHEN, PA<br>ATTN ROBERT C FURR, ESQ<br>2255 GLADES ROAD, SUITE 337W<br>BOCA RATON FL 33431-7383 | 13562<br>**Debtor:** | $69,204.18<br>**WINN-DIXIE STORES, INC.** | $21,875.89 | ALLOWED AMOUNT PAID TO SRAJ SUNRISE II LLC ON 11/21/06 BY CHECK NO. 000052599. |
| **Creditor Id:** 410788<br>IRT PARTNERS LP<br>C/O GREENBERG TRAURIG, PA<br>ATTN MARK BLOOM, ESQ<br>1221 BRICKELL AVENUE<br>MIAMI FL 33131 | 10931<br>**Debtor:** | $569.25<br>**WINN-DIXIE STORES, INC.** | $23,389.03 | $23,037.36 PAID TO EQUITY ONE INC 11/21/06 BY CHECK NUMBER 008279003 AND $351.67 PAID 3/21/07 TO SAME PARTY BY CHECK NO. 8325317. |
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8584<br>**Debtor:** | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $57,903.72 | ALLOWED AMOUNT PAID TO SHADES CREEK PARTNERS ON 11/21/06 BY CHECK NO. 008279119. |
| **Creditor Id:** 410448<br>JEFFERSON-PILOT LIFE INSURANCE CO<br>ATTN DIANA R PALECEK, ESQ<br>CHRISTINE L MYATT, ESQ<br>PO BOX 21008<br>GREENSBORO NC 27420<br><br>Counsel: ATTN: BENJAMIN A KAHN, ESQ | 8596<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $15,559.39 | ALLOWED AMOUNT PAID TO WD CORDOVA LLC ON 11/21/06 BY CHECK NO. 008279057. |
| **Creditor Id:** 417103<br>KIMCO UNIVERSITY LTD & KIMCO DE INC<br>C/O MORGAN LEWIS & BOCKIUS LLP<br>ATTN NEIL E HERMAN<br>101 PARK AVENUE<br>NEW YORK NY 10178 | 12909<br>**Debtor:** | $56,899.13<br>**WINN-DIXIE STORES, INC.** | $54,673.45 | ALLOWED AMOUNT PAID TO MORRIS SATNICK FORT PIERCE ASSOC, LLC ON 11/21/06 BY CHECK NO. 008278846. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 410736**<br>KRG WATERFORD LAKES, LLC<br>C/O ICE MILLER<br>ATTN MARK A BOGDANOWICZ, ESQ<br>ONE AMERICAN SQUARE, BOX 82001<br>INDIANAPOLIS IN 46282-020 | **9591**<br>Debtor: | $111,632.48<br>**WINN-DIXIE STORES, INC.** | $109,576.00 | $95,576.30 PAID 11/21/06 TO KITE REALTY GROUP LP BY CHECK NO. 008279209 AND $14,000.00 PAID 5/17/07 TO KRG WATERFORD LAKES LLC BY CHECK NO. 8348354. |
| **Creditor Id: 2371**<br>LASSITER PROPERTIES INC<br>ATTN HERMAN KOOYMANS, CFO<br>3000 CORPORATE CENTER DR, SUITE 300<br>MORROW GA 30260<br><br>Counsel: ATTN JAMES L PAUL, ESQ | **10896**<br>Debtor: | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $6,324.95 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008278827. |
| **Creditor Id: 408334**<br>LINDNER, RICHARD<br>C/O JEFFREY W LEASURE, PA<br>ATTN JEFFREY W LEASURE, ESQ<br>1342 COLONIAL BLVD, STE H57<br>PO BOX 61169<br>FORT MYERS FL 33906-1169 | **7008**<br>Debtor: | $2,970,000.00<br>**WINN-DIXIE STORES, INC.** | $10,791.50 | ALLOWED AMOUNT PAID TO LJ MELODY AND COMPANY ON 11/21/06 BY CHECK NO. 008279253. |
| **Creditor Id: 2388**<br>LRS GENERAL PARTNERSHIP<br>PO BOX A<br>BATESVILLE, AR 72503<br><br>Counsel: ATTN JOHN KOOISTRA, III, ESQ | **13211**<br>Debtor: | $42,063.25<br>**WINN-DIXIE STORES, INC.** | $67,321.83 | ALLOWED AMOUNT PAID TO ESCROW SPECIALISTS ON 11/21/06 BY CHECK NO. 008279260. |
| **Creditor Id: 410453**<br>M&P LULING LP<br>ATTN IRA M MORGAN, PRESIDENT<br>1230 GRANT BUILDING<br>PITTSBURGH PA 15219<br><br>Counsel: ATTN JAMIE BISHOP | **8205**<br>Debtor: | $0.00<br>**WINN-DIXIE MONTGOMERY, INC.** | $9,046.26 | ALLOWED AMOUNT PAID TO EUSTIS MORTGAGE CORPORATION ON 11/21/06 BY CHECK NO. 008279229. |
| **Creditor Id: 255180**<br>M&P SHOPPING CENTER<br>LAKE SHORE VILLAGE<br>ATTN MICHAEL PLASKER, GP<br>5025 WINTERS CHAPEL RD<br>ATLANTA, GA 30360-1700 | **3324**<br>Debtor: | $23,982.23<br>**WINN-DIXIE MONTGOMERY, INC.** | $27,906.00 | ALLOWED AMOUNT PAID TO MR E M ARNOVITZ AND MR M PLASKER ON 11/21/06 BY CHECK NOS. 008278921 ($23,982.23) AND 008282714 ($3,923.77). |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id:** 264143<br>MADISON INVESTORS, LLC FKA<br>VICTORY MADISON, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31914<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8681<br>**Debtor:** | $54,140.94<br>**WINN-DIXIE STORES, INC.** | $55,020.71 | ALLOWED AMOUNT PAID TO VICTORY INVESTMENTS LLC ON 11/21/06 BY CHECK NO. 008278945 ($48,540.06) AND ON 2/28/07 BY CHECK NO. 8317000 ($6,480.65). |
| **Creditor Id:** 411254<br>MAGNOLIA PARK ASSOCIATES, LP<br>C/O ECKSTEIN PROPERTIES LLC<br>ATTN SHIMON ECKSTEIN, MGR MEMBER<br>60 BROAD STREET, SUITE 3503<br>NEW YORK NY 10004 | 11547<br>**Debtor:** | $57,755.17<br>**WINN-DIXIE STORES, INC.** | $66,966.50 | ALLOWED AMOUNT PAID TO MAGNOLIA PARK SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008278974. |
| **Creditor Id:** 410888<br>MANDEVILLE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 10001<br>**Debtor:** | $80,634.77<br>**WINN-DIXIE MONTGOMERY, INC.** | $89,791.56 | $89,791.56 PAID TO NOM PROPERTIES INC ON 11/21/06 BY CHECK NO. 008279199. |
| **Creditor Id:** 279443<br>MARRERO LAND & IMPROVEMENT ASSN LTD<br>ATTN VINCENT A VASTOLA, DIR<br>5201 WESTBANK EXPRESSWAY, SUITE 400<br>MARRERO LA 70072 | 13326<br>**Debtor:** | $73,466.28<br>**WINN-DIXIE STORES, INC.** | $73,466.28 | ALLOWED AMOUNT PAID TO WESTWOOD SHOPPING CENTER ON 11/21/06 BY CHECK NOS. 008279231 ($65,376.27) AND 008287948 ($8,090.01 ). |
| **Creditor Id:** 256520<br>MITCHELL CO, THE<br>ATTN ALAN G RESTER<br>PO BOX 160306<br>MOBILE, AL 36616-1306 | 9448<br>**Debtor:** | $49,789.85<br>**WINN-DIXIE MONTGOMERY, INC.** | $49,789.85 | ALLOWED AMOUNT PAID TO PROTECTIVE LIFE INSURANCE CO ON 11/21/06 BY CHECK NO. 008279123. |
| **Creditor Id:** 410457<br>MOULTRIE SQUARE NEW ORLEANS, LLC<br>506 MANCHESTER EXPRESSWAY, STE B-5<br>COLUMBUS GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8679<br>**Debtor:** | $37,913.98<br>**WINN-DIXIE STORES, INC.** | $38,929.88 | ALLOWED AMOUNT PAID TO MOULTRIE SQUARE LLC ON 11/21/06 BY CHECK NO. 008279088 ($34,312.78) AND ON 2/28/07 BY CHECK NO. 8317002 ($4,617.10). |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 241335**<br>NEW IBERIA ASSOCIATES<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE, NJ 07470 | 13567<br>**Debtor:** | $74,270.41<br>WINN-DIXIE STORES, INC. | $59,532.43 | ALLOWED AMOUNT PAID TO AFI MANAGEMENT ON 11/21/06 BY CHECK NO. 008278847. |
| **Creditor Id: 411076**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>MARRERO SHOPPING CENTER, MARRERO LA<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK, ESQ<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 10975<br>**Debtor:** | $118,325.11<br>WINN-DIXIE STORES, INC. | $114,579.02 | $105,363.60 PAID TO CA NEW PLAN VENTURE FUND LOUISIANA LLC ON 11/21/06 BY CHECK NO. 008279243 AND $9,215.42 PAID TO NEW PLAN REALTY TRUST, INC. 6/19/07 BY CHECK NO. 8361495. |
| **Creditor Id: 411075**<br>NEW PLAN EXCEL REALTY TRUST INC TA<br>CLINTON CROSSING, CLINTON MS<br>C/O BALLARD SPAHR ANDREWS ET AL<br>ATTN DAVID L POLLACK<br>1735 MARKET STREET, 51ST FLOOR<br>PHILADELPHIA PA 19103 | 12200<br>**Debtor:** | $36,662.24<br>WINN-DIXIE STORES, INC. | $18,331.10 | ALLOWED AMOUNT PAID TO CA NEW PLAN VENTURE FUND 6/13/07 BY CHECK NO. 8359008. |
| **Creditor Id: 410881**<br>NINE MILE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE, ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 9995<br>**Debtor:** | $763.76<br>WINN-DIXIE MONTGOMERY, INC. | $5,273.65 | ALLOWED AMOUNT PAID TO NOM PROPERTIES INC ON 11/21/06 BY CHECK NO. 008279202. |
| **Creditor Id: 411080**<br>O'BRIEN KIERNAN INVESTMENTS CO ET AL<br>C/O RAY QUINNEY & NEBEKER<br>ATTN STEVEN T WATERMAN, ESQ.<br>36 S STATE ST., STE 1400<br>PO BOX 45385<br>SALT LAKE CITY UT 84145-0385 | 10981<br>**Debtor:** | $0.00<br>WINN-DIXIE STORES, INC. | $6,334.28 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008278834. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 2458**<br>OCALA NORTH SHOPPING CENTER<br>C/O CHARLES WAYNE PROPERTIES, INC<br>ATTN LINDA WHEELER, SR PROP MGR<br>444 SEABREEZE BLVD, STE 1000<br>DAYTONA BEACH FL 32118 | 13179<br>Debtor: | $7,001.44<br>WINN-DIXIE STORES, INC. | $8,695.20 | PAID AMERICAN MORTGAGE & REALTY CORP $7,001.44 ON 11/21/06 BY CHECK NO. 008279180 IN FULL SATISFACTION OF AMOUNT DUE (ALL THAT IS OWED PER LANDLORD). |
| **Creditor Id: 411142**<br>ORIX CAPITAL MKTS, SERIES 1999-1<br>HOLDERS OF NATIONSLINK FUNDING CORP<br>C/O VENABLE LLP<br>ATTN G CROSS/H FOLEY, ESQS<br>TWO HOPKINS PLAZA, STE 1800<br>BALTIMORE MD 21201 | 11145<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $22,694.16 | ALLOWED AMOUNT PAID TO VACHLIA INC. ON 11/21/06 BY CHECK NO. 008279097. |
| **Creditor Id: 258311**<br>PONTE VEDRA SQUARE, LLC, SUCCESSOR<br>PENTAGON PROPERTIES<br>ATTN J C DEMETREE JR, MGR<br>3740 BEACH BLVD, SUITE 300<br>PO DRAWER 47050<br>JACKSONVILLE FL 32247-7050 | 6433<br>Debtor: | $29,463.85<br>WINN-DIXIE STORES, INC. | $29,463.85 | ALLOWED AMOUNT PAID TO SOUTHERN FARM BUREAU LIFE INS ON 11/21/06 BY CHECK NO. 008279168. |
| **Creditor Id: 2480**<br>POPPS FERRY (MS) LLC<br>C/O L W CAVE REAL ESTATE INC<br>PO BOX 81322<br>MOBILE, AL 36689<br><br>Counsel: ATTN DAVID A. BOYETT, III, ESQ | 1025<br>Debtor: | $7,159.54<br>WINN-DIXIE MONTGOMERY, INC. | $7,159.54 | ALLOWED AMOUNT PAID TO POPPS FERRY (MS) DEV ON 11/21/06 BY CHECK NO. 008279153. |
| **Creditor Id: 259749**<br>POWERS, ROBERT D<br>PO BOX 788<br>202 E BROAD STREET<br>EUFAULA, AL 36027 | 7542<br>Debtor: | $4,899,950.00<br>WINN-DIXIE MONTGOMERY, INC. | $10,942.65 | ALLOWED AMOUNT PAID TO EUFAULA FIELDS, LLC ON 11/21/06 BY CHECK NO. 008278873. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 410511**<br>PRINCIPAL LIFE INSURANCE CO FKA<br>PRINCIPAL MUTUAL LIFE INSURANCE CO<br>C/O PRINCIPAL REAL ESTATE INVESTORS<br>ATTN DARIN BENNIGSDORF, ASST MG DIR<br>801 GRAND AVENUE<br>DES MOINES IA 50392-1450<br><br>Counsel: ATTN MARGERY N REED, ESQ | 8810<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $17,105.25 | ALLOWED AMOUNT PAID TO FRANK W GUILFORD JR TRUSTEE ON 11/21/06 BY CHECK NO. 008279020. |
| **Creditor Id: 408263**<br>REGENCY CENTERS, LP<br>C/O HELD & ISRAEL<br>ATTN A FRISCHE W HELD, JR, ESQS<br>1301 RIVERPLACE BLVD, STE 1916<br>JACKSONVILLE FL 32207 | 11059<br>Debtor: | $4,506.10<br>WINN-DIXIE STORES, INC. | $4,506.10 | ALLOWED AMOUNT PAID TO MRPLP DBA ORLANDO, LLP ON 11/21/06 BY CHECK NO. 008279189. |
| **Creditor Id: 410968**<br>RK HALLANDALE LP & 17070 COLLINS<br>AVE SHOPPING CENTER, LP<br>C/O MORGAN LEWIS & BOCKIUS, LLP<br>ATTN NEIL E HERMAN, ESQ<br>101 PARK AVE<br>NEW YORK NY 10178 | 10324<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $15,700.59 | ALLOWED AMOUNT PAID TO RK ASSOCIATES ON 11/21/06 BY CHECK NO. 008278820. |
| **Creditor Id: 259785**<br>ROBERT M BARRETT INC<br>ATTN ROBERT M BARRETT, PRES<br>PO BOX 31802<br>PALM BEACH GARDENS, FL 33420 | 6316<br>Debtor: | $68,530.00<br>WINN-DIXIE SUPERMARKETS, INC. | $9,689.43 | ALLOWED AMOUNT PAID TO WESTWAY INC. ON 11/21/06 BY CHECK NO. 008279191. |
| **Creditor Id: 260057**<br>ROUSSE LAND INVESTMENT LLC<br>ATTN RYAN A ROUSSE<br>PO DRAWER 1550<br>LAROSE, LA 70373-1550 | 9547<br>Debtor: | $17,778.99<br>WINN-DIXIE MONTGOMERY, INC. | $17,778.99 | ALLOWED AMOUNT PAID TO SUGARLAND SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008279082. |
| **Creditor Id: 2561**<br>SIZELER/LA SHOPPING CENTERS, LP<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062 | 8840<br>Debtor: | $41,898.92<br>WINN-DIXIE STORES, INC. | $41,898.92 | ALLOWED AMOUNT PAID TO AZALEA SHOPPING CENTER ON 11/21/06 BY CHECK NO. 008279222. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 410868**<br>SKINNERS OF POINT MEADOWS, INC<br>C/O ROGERS TOWERS, PA<br>ATTN BETSY C COX, ESQ<br>1301 RIVERPLACE BLVD, STE 1500<br>JACKSONVILLE FL 32207 | 9950<br>Debtor: | $93,212.84<br>WINN-DIXIE STORES, INC. | $131,639.39 | $93,212.84 PAID ON 11/21/06 BY CHECK NO. 008278973, $11,645.27 PAID 12/5/06 BY CHECK NO. 8284416, AND $26,781.28 PAID ON 2/28/07 BY CHECK NO. 8314462 ALL TO SKINNERS OF JACKSONVILLE INC. |
| **Creditor Id: 405882**<br>SOUTHBROOK PARTNERS LLC<br>C/O JOHNSTON CONWELL & DONOVAN LLC<br>ATTN WH DONOVAN III OR AM DAUGHERTY<br>813 SHADES CREED PKWY, STE 200<br>BIRMINGHAM AL 35209<br><br>Counsel: ATTN EDWIN W HELD JR, ESQ | 2585<br>Debtor: | $53,099.43<br>WINN-DIXIE MONTGOMERY, INC. | $47,985.52 | ALLOWED AMOUNT PAID TO LAMAR ASSET MANAGEMENT AND REALTY, INC. ON 11/21/06 BY CHECK NO 008278857. |
| **Creditor Id: 2568**<br>SOUTHEAST PARTNERS<br>C/O AFI MANAGEMENT<br>ATTN ANTHONY J LASALA<br>1410 VALLEY ROAD<br>WAYNE NJ 07470 | 13568<br>Debtor: | $37,540.32<br>WINN-DIXIE STORES, INC. | $36,153.74 | ALLOWED AMOUNT PAID TO AFI MANAGEMENT ON 11/21/06 BY CHECK NO. 008278848. |
| **Creditor Id: 2586**<br>SPIWACHEE, INC<br>C/O SIZELER REAL ESTATE MGMT CO INC<br>ATTN TRACEY T TARLETON, ESQ<br>2542 WILLIAMS BLVD<br>KENNER LA 70062-5596 | 8843<br>Debtor: | $26,531.54<br>WINN-DIXIE STORES, INC. | $26,531.54 | ALLOWED AMOUNT PAID TO WEEKI WACHEE VILLAGE SHOP CNTR ON 11/21/06 BY CHECK NO. 008279225. |
| **Creditor Id: 410598**<br>SPRING HILL LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC & DILORENZO PROP<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10019-4107<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9844<br>Debtor: | $0.00<br>WINN-DIXIE STORES, INC. | $10,173.43 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008296670. |

**WINN-DIXIE STORES, INC., ET AL.**
**CURE CLAIMS TO BE DEEMED SATISFIED**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 410599**<br>SUN CITY LAND TRUST, SUCCESSOR<br>DOWN SOUTH, INC<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVENUE, 14TH FLOOR<br>NEW YORK NY 10017<br><br>Counsel: ATTN ROBERT J FEINSTEIN, ESQ | 9845<br>**Debtor:** | $0.00<br>**WINN-DIXIE STORES, INC.** | $18,765.82 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 0082966672. |
| **Creditor Id: 2210**<br>TERRY, EDMUND<br>C/O EDMUND TERRY & ASSOCIATES<br>211 ALEXANDER PALM ROAD<br>BOCA RATON FL 33432-7908 | 1288<br>**Debtor:** | $3,000.00<br>**WINN-DIXIE STORES, INC.** | $1,909.12 | ALLOWED AMOUNT PAID TO PLAZA WEST 15190117351 ON 11/21/06 BY CHECK NO. 0008278036. |
| **Creditor Id: 423064**<br>TRAFALGAR AT GREENACRES, LTD<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 EAST PRATT STREET, SUITE 800<br>BALTIMORE MD 21202 | 12967<br>**Debtor:** | $34,793.94<br>**WINN-DIXIE STORES, INC.** | $52,542.79 | ALLOWED AMOUNT PAID TO COMMODORE REALTY INC. ON 11/21/06 BY CHECK NO. 0008279035. |
| **Creditor Id: 263411**<br>TRAIL PLAZA<br>C/O URBAN RETAIL PROPERTIES CO<br>706 KIRKWOOD MALL<br>BISMARK, ND 58504 | 31758<br>**Debtor:** | $76,627.95<br>**WINN-DIXIE STORES, INC.** | $89,343.24 | ALLOWED AMOUNT PAID TO METROPOLITAN LIFE INS CO ON 11/21/06 BY CHECK NO. 0008279190. |
| **Creditor Id: 423068**<br>TRUST NO 201 BY MAX D PUYANIC, TTEE<br>C/O SAUL EWING, LLP<br>ATTN JOYCE A KUHNS, ESQ<br>500 PRATT STREET<br>BALTIMORE MD 21202 | 12971<br>**Debtor:** | $27,571.50<br>**WINN-DIXIE STORES, INC.** | $27,571.50 | ALLOWED AMOUNT PAID TO COMMODORE REALTY INC. ON 11/21/06 BY CHECK NO. 0008279034. |
| **Creditor Id: 384404**<br>TYRONE GARDENS LLC<br>SCOTT ROSS<br>1825 MAIN STREET SUITE 105<br>WESTON, FL 33326 | 32224<br>**Debtor:** | $11,200.00<br>**WINN-DIXIE STORES, INC.** | $9,901.78 | ALLOWED AMOUNT PAID TO NEWSEM TYRONE GARDENS ON 11/21/06 BY CHECK NO. 0008278922. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| **Creditor Id: 403475**<br>VALLEYDALE ASSOCIATES LTD<br>C/O SPAIN & GILLON LLC<br>ATTN WALTER F MCARDLE, ESQ<br>THE ZINSZER BLDG<br>217 SECOND AVENUE NORTH<br>BIRMINGHAM AL 35203<br><br>Counsel: ATTN: NINA LAFLEUR | 13177<br>Debtor: | $32,960.82<br>**WINN-DIXIE MONTGOMERY, INC.** | $13,278.57 | ALLOWED AMOUNT PAID TO ARLINGTON PROPERTIES INC. ON 11/21/06 BY CHECK NO. 008279121. |
| **Creditor Id: 264146**<br>VICTORY RIVER SQUARE, LLC<br>PO BOX 4767<br>COLUMBUS, GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8706<br>Debtor: | $58,678.45<br>**WINN-DIXIE MONTGOMERY, INC.** | $61,422.41 | $52,608.19 PAID 11/21/06 BY CHECK NO. 008279192 TO REGENCY SAVINGS BANK FSB AND $8,814.22 PAID 2/28/07 BY CHECK NO. 8316992 TO VICTORY RIVER SQUARE INC. |
| **Creditor Id: 264148**<br>VICTORY SAKS PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8691<br>Debtor: | $38,410.61<br>**WINN-DIXIE STORES, INC.** | $34,559.60 | $27,157.68 PAID ON 11/21/06 BY CHECK NO. 008279245 TO SITUS SERVICING INC. AND $7,401.92 PAID ON 2/28/07 BY CHECK NO. 8316994 TO VICTORY SAKS PLAZA INC. |
| **Creditor Id: 264150**<br>VICTORY THREE NOTCH PLAZA, LLC<br>506 MANCHESTER EXPRESSWAY, SUITE B5<br>COLUMBUS, GA 31904<br><br>Counsel: ATTN EARL M BARKER JR, ESQ | 8684<br>Debtor: | $37,090.64<br>**WINN-DIXIE STORES, INC.** | $37,201.27 | $22,425.56 PAID ON 11/21/06 BY CHECK NO. 008279246 TO SITUS SERVICING INC. AND $14,775.71 PAID 2/28/07 BY CHECK NO. 8316993 TO VICTORY THREE NOTCH PLAZA INC. |
| **Creditor Id: 1972**<br>VIGOUROUX DEVELOPMENT CO, LLC<br>C/O FOSHEE REALTY COMPANY, INC<br>ATTN MARY A JORDAN, PROPERTY MGR<br>ROBERT TURNER JR, AUTH AGENT<br>51 TACON STREET, STE B<br>MOBILE, AL 36607 | 4432<br>Debtor: | $8,418.53<br>**WINN-DIXIE MONTGOMERY, INC.** | $8,418.53 | ALLOWED AMOUNT PAID TO VIGOUROUX DEVELOPMENT, LLC ON 11/21/06 BY CHECK NO. 008279146. |
| **Creditor Id: 403489**<br>WEINACKER'S SHOPPING CENTER LLC<br>ATTN BA FRIEDMAN / S G WEINACKER<br>3809 CLARIDGE ROAD NORTH<br>MOBILE AL 36608 | 12949<br>Debtor: | $44,367.15<br>**WINN-DIXIE STORES, INC.** | $44,367.15 | ALLOWED AMOUNT PAID TO SMITH BARNEY FBO WEINACKER'S ON 11/21/06 BY CHECK NO. 008279150. |

WINN-DIXIE STORES, INC., ET AL.
CURE CLAIMS TO BE DEEMED SATISFIED
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Allowed Claim Amount | Reason to Deem Claim Satisfied |
|---|---|---|---|---|
| Creditor Id: 407594<br>WEST TOWN CORNERS<br>C/O SIMON PROPERTY GROUP<br>LEGAL COLLECTIONS<br>ATTN PATTY SUMMERS (TROPEPE)<br>115 W WASHINGTON STREET<br>INDIANAPOLIS IN 46204 | 4540<br>Debtor: | $80,444.59<br>WINN-DIXIE SUPERMARKETS, INC. | $106,807.23 | ALLOWED AMOUNT PAID TO CC ALTAMONTE JOINT VENTURE ON 11/21/06 BY CHECK NO. 008279208. |
| Creditor Id: 410885<br>WYE PARTNERS, LTD<br>C/O HARWELL HOWARD HYNE ET AL<br>ATTN DAVID P CANAS, ESQ<br>315 DEADERICK STREET, STE 1800<br>NASHVILLE TN 37238 | 9998<br>Debtor: | $18,048.86<br>WINN-DIXIE MONTGOMERY, INC. | $23,891.40 | ALLOWED AMOUNT PAID TO NOM PROPERTIES INC. ON 11/21/06 BY CHECK NO. 008279204. |
| Creditor Id: 410597<br>ZEPHYR HILLS LAND TRUST<br>C/O DILORENZO PROPERTIES COMPANY<br>ATTN MARC DILORENZO, TRUSTEE<br>720 FIFTH AVE, 14TH FLOOR<br>NEW YORK NY 10019-4107 | 9843<br>Debtor: | $52,549.71<br>WINN-DIXIE STORES, INC. | $60,110.44 | ALLOWED AMOUNT PAID TO CW CAPITAL LLC ON 11/21/06 BY CHECK NO. 008296671. |

Counsel: ATTN ROBERT J FEINSTEIN, ESQ

Total Claims to be Deemed Satisfied: 81

Total Amount to be Deemed Satisfied: $11,124,251.51 Plus Unliquidated Amounts, If Any

Total Satisfied Amount: $2,677,454.69

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In Re:                                    )    CASE NO.  05-03817-JAF
                                          )
Winn-Dixie Stores, Inc.,                  )    CHAPTER  11
                                          )
                       Debtor.            )
                                          )

## REQUEST TO BE REMOVED FROM RECEIVING ECF NOTICES

Please take notice that the law firm of Nelson Mullins Riley & Scarborough, L.L.P.,

does hereby request removal from receipt of ECF notices in the above styled case.

Respectively submitted this 13 day of August, 2007.

NELSON MULLINS RILEY & SCARBOROUGH, L.L.P.

By: /s/ George B. Cauthen
    George B. Cauthen
    Florida Bar No. 193615
    Meridian Building, 17th Floor
    1320 Main Street
    Post Office Box 11070 (29211)
    Columbia, SC  29201
    (803) 799-2000
    (803) 255-9644 (fax)
    george.cauthen@nelsonmullins.com

Attorneys for Southeast-Atlantic Beverage Corporation

Columbia, South Carolina
August 13 , 2007