**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIMS OF
KONICA MINOLTA PHOTO IMAGING U.S.A., INC.
(CLAIM NO. 13213 AND DOCKET NO. 12940)**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com and (ii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors"), pursuant to Local Rule 2002-4, give notice of the proposed entry of the attached Agreed

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Order Resolving Claim Number 13213 and Administrative Claim (Doc. No. 12940) of Konica Minolta Photo Imaging U.S.A., Inc.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated:   August 15, 2007.

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br>    Adam S. Ravin | By   *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson<br><br>Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 15th day of August, 2007.



*s/ Cynthia C. Jackson*
Attorney

00576318

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 13213
AND ADMINISTRATIVE CLAIM (DOCKET NO. 12940)
FILED BY KONICA MINOLTA PHOTO IMAGING U.S.A., INC.**

This cause came before the Court on the Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims, (C) No Liability Claims, (D) Amended and Superseded Claim, (E) Unliquidated Claims, (F) Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claims (the "Omnibus Objection") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 12532). Claim number 13213[1] filed by Konica Minolta Photo Imaging U.S.A., Inc. ("Konica Minolta") is listed as the only claim on Exhibit G of the Omnibus Objection. Konica Minolta filed a response to the Omnibus Objection and a Cross-Motion for Payment of Administrative Claim (Docket No. 12940). On December 14, 2006, the Court entered an order (Docket No. 13173) sustaining the Omnibus Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Omnibus Objection as to claim

---

[1] Konica Minolta also filed claim numbers 8469 and 13212 which Konica Minolta has transferred to third parties (collectively, the "Transferred Claims"). These Transferred Claims were reduced and allowed by the Court's order (A) Disallowing Duplicate Liability Claims, (B) Disallowing Amended and Superseded Claims, (C) Disallowing No Liability Claims, (D) Disallowing No Liability Misclassified Claims, (E) Reducing Overstated Claims (F) Reducing and Reclassifying Overstated Misclassified Claims, (G) Fixing Unliquidated Claims, (H) Fixing and Reclassifying Unliquidated Misclassified Claims, (I) Reclassifying Executory Contract Claims and (J) Disallowing Late Claims, as set forth in the Debtors' Twenty Fifth Omnibus Claims Objection (Docket No. 12902).

number 13213 and other unresolved claims. Based upon the consent of the parties appearing below, it is

      ORDERED AND ADJUDGED:

      1.    Claim number 13213 filed by Konica Minolta is allowed as a non-priority unsecured claim (Class 14) in the amount of $1,424,869.00.

      2.    Distributions will be made on allowed claim number 13213 pursuant to Section 9.2 of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified, to Konica Minolta Photo Imaging U.S.A., Inc., Attention: Brian J. Cupka at 101 Williams Drive, Ramsey, New Jersey 07446.

      3.    This Agreed Order resolves all liabilities and obligations related to (i) Claim Number 13213 and all administrative expense claims, including and not limited to the claims asserted in Docket No. 12940, filed by Konica Minolta in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims that Konica Minolta has or may have against the Reorganized Debtors and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

      4.    Notwithstanding the foregoing, this Order does not resolve or otherwise affect the Transferred Claims.

      5.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _____ day of August, 2007, in Jacksonville, Florida.

                                          Jerry A. Funk
                                          United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this order on all parties in interest.

2

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| STICHTER REIDEL BLAIN & PROSSER, PA | SMITH HULSEY & BUSEY |
| By  *s/Harley E. Riedel*<br>       Harvey R. Riedel | By  *s/ Cynthia C. Jackson*<br>       Cynthia C. Jackson |
| Florida Bar Number 183628<br>110 East Madison Street, Suite 200<br>Tampa, Florida 33602<br>(813) 229-0144<br>(813) 229-1811 (facsimile)<br>hriedel@srbp.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-counsel for Konica Minolta Photo Imaging U.S.A., Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00574790.2

3