**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 3:05-bk-03817-JAF

    Debtors.   Chapter 11

    Jointly Administered

_____/

**NOTICE OF FILING**

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Final Response of Milbank, Tweed, Hadley & McCloy LLP, to Fee Examiner's Final Report of Review and Analysis of Sixth Interim and Final Application of Milbank, Tweed, Hadley & McCloy LLP for Interim Period October 1, 2006 through and including November 21, 2006 and Final Period March 1, 2005 through and including November 21, 2006.

Dated: August 15, 2007.

    AKERMAN SENTERFITT

    By: _/s/ John B. Macdonald_
        John B. Macdonald
        Florida Bar No.: 230340
        E-mail: john.macdonald@akerman.com
        50 North Laura St., Suite 2500
        Jacksonville, FL 32202
        Telephone: (904) 798-3700
        Facsimile: (904) 798-3730

    Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA335777;1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email and Federal Express overnight delivery, this 15th day of August, 2007 to:

Kenneth C. Meeker, Esq.
Elena L. Escamilla, Esq.
Office of the United States Trustee
135 West Central Boulevard, Room 620
Orlando, Florida 32801
Email: ken.meeker@usdoj.gov
Email: Elena.L.Escamilla@usdoj.gov

Stuart, Maue, Mitchell & James Ltd.
Attn.: Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
Email: l.cooper@smmj.com

                                                  */s/ John B. Macdonald*
                                                  Attorney

{JA335777;1}