# EXHIBIT A

# EXHIBIT A

## [Report Exhibit C – Vaguely Described Activities]

| Name | Date | Description |
|---|---|---|
| Barr, M. | 10/03/06 | Respond to correspondence in connection with filing of plan supplement documents (1.4) |
| Price, S. | 10/06/06 | Conf. w/P. Lynch's counsel in connection with P. Lynch employment contract (.2) |
| Comerford, M. | 10/18/06 | Tele. conf. w/ creditor re status of ch. 11 cases (.1) |
| Dunne, D. | 10/25/06 | Review issues regarding Debtors' post-confirmation submissions (.8) |
| Barr, M. | 11/02/06 | Review issues regarding claims reserve in connection with plan of reorganization (.4) |
| Comerford, M. | 11/02/06 | Review issues regarding disputed claims reserve in connection with the plan of reorganization (.5) |
| Barr, M. | 11/09/06 | Review issues in connection with telephonic conference with the Committee (.1) |
| Comerford, M. | 11/09/06 | Review issues in connection with caselaw re: Florida tax collectors and plan of reorganization (.7) |
| Barr, M. | 11/10/06 | Review correspondence in connection with exit facility issues (.1) |
| Comerford, M. | 11/10/06 | Review issues in connection with exit facility (.8) |
| Comerford, M. | 11/15/06 | Review issues regarding plan and claim distributions (.1) |
| Barr, M. | 11/16/06 | Review issues in connection with payment re: financial advisors (.4) |
| Comerford, M. | 11/16/06 | Review issues re: exit facility (.2) |
| Comerford, M. | 11/17/06 | Review issues re: board member selection (.6) |
| Kaye, A. | 11/17/06 | Review correspondence in connection with finalization of bylaws in connection with the plan of reorganization (.2) |
| Kaye, A. | 11/20/06 | Review and respond to correspondence in connection with draft amended director designation and bylaws (.1) |
| Kaye, A. | 11/20/06 | Correspondence regarding amended director designation (.1) |
| Kaye, A. | 11/20/06 | Review correspondence in connection with Capre Holdings in connection with execution rights agreement (.1) |
| Barr, M. | 11/21/06 | Review open issues re: consummation of Debtors' |

|  |  | plan of reorganization (1.5) |
|---|---|---|
| Barr, M. | 11/21/06 | Telephonic conference w/ R. Gray (Skadden), S. Busey (Smith Hulsey), title company and exit lenders re: closing conditions in connection with the plan of reorganization (1.8) |

STUART MAUE

EXHIBIT C
VAGUELY DESCRIBED ACTIVITIES
Milbank, Tweed, Hadley & McCloy

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Barr, M | 5.70 | 3,847.50 |
| Comerford, M | 3.00 | 1,425.00 |
| Dunne, D | 0.80 | 680.00 |
| Kaye, A | 0.50 | 380.00 |
| Price, S | 0.20 | 128.00 |
| | 10.20 | $6,460.50 |

EXHIBIT C PAGE 1 of 6

STUART MAUE

EXHIBIT C
VAGUELY DESCRIBED ACTIVITIES
Milbank, Tweed, Hadley & McCloy

INFORMATIONAL

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/03/06 Tue | Barr, M 260774-03/176 | 5.00 | 1.40 | 945.00 | | | | MATTER: Reorganization Plan |
| | | | | | | 1.90 | F | 1 REVIEW PLAN SUPP ISSUES (1.9); |
| | | | | | | 0.20 | F | 2 T/C W/A. KAYE RE PLAN SUPP DOCS (.2); |
| | | | | | | 0.30 | F | 3 MEETING W/R. KESTENBAUM RE PLAN SUPP DOCS (.3); |
| | | | | | D | 0.10 | F | 4 MEETING W/M. COMERFORD RE SAME (.1); |
| | | | | | | 0.40 | F | 5 MEETING W/M. COMERFORD RE LYNCH CONTRACT ISSUES (.4); |
| | | | | | | 1.40 | F | 6 ATTEND TO CORRESP RE PLAN SUPP DOCS AND FILING (1.4); |
| | | | | | | 0.40 | F | 7 MEETING W/M. COMERFORD RE PLAN SUPP DOCS (.4); |
| | | | | | | 0.10 | F | 8 T/C W/S. PRICE RE LYNCH CONTRACT (.1); |
| | | | | | | 0.20 | F | 9 T/C W/S. MCCLELLAND RE BYLAWS AND CHARTER (.2). |
| 10/06/06 Fri | Price, S 260774-014/290 | 1.00 | 0.20 | 128.00 | | | | MATTER: Employee Issues |
| | | | | | | 0.20 | F | 1 DISCUSSIONS RE PETER LYNCH CONTRACT (.2); |
| | | | | | | 0.80 | F | 2 REVIEW OF P. LYNCH CONTRACT (.8). |
| 10/18/06 Wed | Comerford, M 260774-022/361 | 0.40 | 0.10 | 47.50 | | | | MATTER: General Communications with Creditors |
| | | | | | | 0.20 | F | 1 T/C WITH J. HOROWITZ RE: CASE STATUS INQUIRY (.2); |
| | | | | | | 0.10 | F | 2 T/C FROM B. CURRY RE: CASE STATUS (.1); |
| | | | | | | 0.10 | F | 3 OTHER GENERAL CASE STATUS PHONE CALLS (.1). |
| 10/25/06 Wed | Dunne, D 260774-03/214 | 2.40 | 0.80 | 680.00 | | | | MATTER: Reorganization Plan |
| | | | | | | 0.30 | F | 1 REVIEW TRADE CREDITORS POST-CONFIRMATION BRIEF (0.3); |
| | | | | | | 0.80 | F | 2 REVIEW CERTAIN CASES RE RESPONSE TO DISSENTING LANDLORD'S BRIEF (0.8); |
| | | | | | | 0.50 | F | 3 REVIEW AND REVISE DEBTOR'S POST-CONF. SUBMISSION (0.5); |
| | | | | | | 0.80 | F | 4 REVIEW ISSUES RE: SAME (0.8). |
| 11/02/06 Thu | Barr, M 260886-03/1 | 5.00 | 0.40 | 270.00 | | | | MATTER: Reorganization Plan |
| | | | | | | 1.70 | F | 1 MEETING AT SKADDEN WITH R. GRAY (SKADDEN), S. KAROL (XROADS), J. O'CONNEL (BLACKSTONE), J. CASTLE (WD), M. COMERFORD, Y. SONG (HLHZ) AND M. GAVEJIAN (A&M) RE CLAIMS RESERVE (1.7); |
| | | | | | | 0.40 | F | 2 REVIEW FOLLOW UP ISSUES RE SAME (.4); |
| | | | | | | 1.90 | F | 3 REVIEW BOARD REPLACEMENT ISSUES (1.9); |
| | | | | | | 0.50 | F | 4 MULTIPLE CALLS W/ COMMITTEE MEMBERS RE SAME (.5); |
| | | | | | | 0.30 | F | 5 T/C W/ R. BARUSH (SKADDEN) AND R. GRAY RE BOARD ISSUES (.3); |
| | | | | | | 0.20 | F | 6 T/C W/A. KAYE RE CLOSING ISSUES (.2). |

STUART MAUE

EXHIBIT C
VAGUELY DESCRIBED ACTIVITIES
Milbank, Tweed, Hadley & McCloy

INFORMATIONAL

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/02/06 Thu | Comerford, M 260886-0398 | 4.30 | 0.50 | 237.50 | E | | | MATTER: Reorganization Plan |
| | | | | | | 0.30 | F | 1 PREPARE FOR (.3); |
| | | | | | | 1.70 | F | 2 MEETING AT SKADDEN WITH R. GRAY (SKADDEN), S. KAROL (XROADS), J. O'CONNEL (BLACKSTONE), J. CASTLE (WD), M. BARR, Y. SONG (HHZ) AND M. GAVEJIAN (A&M) RE: DISPUTED CLAIMS RESERVE ISSUES (1.7); |
| | | | | | | 0.50 | F | 3 REVIEW ISSUES RE: SAME (.5); |
| | | | | | | 0.40 | F | 4 REVIEW MATTERS RE: POST-EFFECTIVE DATE CLAIMS COMMITTEE (.4); |
| | | | | | | 1.00 | F | 5 REVIEW MATTERS RE: BOARD OF DIRECTORS (1.0); |
| | | | | | | 0.40 | F | 6 CORRESPOND TO SUB-COMMITTEE RE: SAME (.4). |
| 11/09/06 Thu | Barr, M 260886-00837 | 1.80 | 0.10 | 67.50 | D | | | MATTER: Committee Meetings |
| | | | | | | 0.80 | F | 1 PREPARE FOR COMMITTEE CALL (.8); |
| | | | | | | 0.20 | F | 2 MEETING W/ M. COMERFORD RE SAME (.2); |
| | | | | | | 0.50 | F | 3 COMMITTEE CALL (.5); |
| | | | | | | 0.10 | F | 4 REVIEW FOLLOW-UP ISSUES FROM CALL (.1); |
| | | | | | | 0.20 | F | 5 T/C W/ A. HEDE (A&M) RE SAME (.2). |
| 11/09/06 Thu | Comerford, M 260886-0392 | 4.80 | 0.70 | 332.50 | | | | MATTER: Reorganization Plan |
| | | | | | | 0.20 | F | 1 REVIEW NEW CASELAW RE: FLORIDA TAX COLLECTORS' ISSUES IN CONNECTION WITH PLAN (.2); |
| | | | | | | 0.70 | F | 2 REVIEWING ISSUES RE: SAME (.7); |
| | | | | | | 2.20 | F | 3 REVIEWING CONFIRMATION ORDER ENTERED BY COURT (2.2); |
| | | | | | | 1.70 | F | 4 DRAFT SUMMARY OF SAME FOR COMMITTEE (1.7). |
| 11/10/06 Fri | Barr, M 260886-01238 | 1.80 | 0.10 | 67.50 | | | | MATTER: DIP and Exit Financing |
| | | | | | | 1.00 | F | 1 REVIEW EXIT FACILITY ISSUES (1.0); |
| | | | | | | 0.40 | F | 2 CORRESP W/OTTERBOURG RE SAME (.4); |
| | | | | | | 0.20 | F | 3 T/C W/ M. COMERFORD RE SAME (.2); |
| | | | | | | 0.10 | F | 4 T/C W/ M. COMERFORD RE FOLLOW-UP RE SAME (.1); |
| | | | | | | 0.10 | F | 5 REVIEW CORRESP RE SAME (.1). |
| 11/10/06 Fri | Comerford, M 260886-01218 | 3.00 | 0.80 | 380.00 | D | | | MATTER: DIP and Exit Financing |
| | | | | | | 0.70 | F | 1 REVIEW ISSUES RE: REVISIONS TO EXIT FACILITY CREDIT AGREEMENT (.7); |
| | | | | | | 0.30 | F | 2 /C'S W/ M. BARR RE: SAME ISSUES (.3); |
| | | | | | | 0.40 | F | 3 T/C WITH S. SOLL (OTTERBOURG) RE: SAME (.4); |
| | | | | | | 0.60 | F | 4 T/C WITH J. LANGE (SKADDEN) RE: SAME ISSUES (.6); |
| | | | | | | 0.20 | F | 5 EMAIL T. BOYDELL (SKADDEN) RE: SAME MATTERS (.2); |
| | | | | | | 0.80 | F | 6 REVIEW SAME ISSUES (.8). |

~ See the last page of exhibit for explanation

EXHIBIT C PAGE 3 of 6

STUART MAUE

EXHIBIT C
VAGUELY DESCRIBED ACTIVITIES
Milbank, Tweed, Hadley & McCloy

| DATE | NAME | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/15/06 Wed | Comerford, M 260886-03/17 | 3.10 | 0.10 | 47.50 | | | | MATTER: Reorganization Plan |
| | | | | | | 0.60 | F | 1 REVIEWING TAX WITHHOLDING DOCUMENTS IN CONNECTION WITH DISTRIBUTIONS (.6); |
| | | | | | | 0.50 | F | 2 REVIEWING DISBURSING AGREEMENT RE: DISPUTED CLAIMS RESERVE DISTRIBUTIONS (.5); |
| | | | | | | 0.30 | F | 3 REVIEWING CLAIMS ANALYSIS FOR DISPUTED CLAIMS RESERVE (.3); |
| | | | | | | 0.20 | F | 4 REVIEW ISSUES RELATING TO REPLACING BOARD MEMBER (.2); |
| | | | | | | 0.10 | F | 5 PREPARE FOR (.1); |
| | | | | | D | 0.20 | F | 6 O/C WITH R. KESTENBAUM RE: TAX ISSUES ON DISTRIBUTIONS (.2); |
| | | | | | E | 0.10 | F | 7 T/C WITH J CLARK (WELLS FARGO) AND M. BARR RE: DISBURSING AGREEMENT (.1); |
| | | | | | | 0.20 | F | 8 REVIEW SUB-COMMITTEE MATTERS RE: BOARD SELECTION (.2); |
| | | | | | E | 0.30 | F | 9 CONFERENCE CALL WITH A. TANG (HLHZ), J. O'CONNEL (BLACKSTONE), M BARR AND R. GRAY (SKADDEN) RE: PLAN AND CLAIMS DISTRIBUTIONS (.3); |
| | | | | | | 0.10 | F | 10 REVIEW ISSUES RE: SAME (.1); |
| | | | | | | 0.50 | F | 11 CONFERENCE CALL WITH SKADDEN, R. KESTENBAUM AND KING AND SPALDING RE: TAX DISBURSEMENT ISSUES (.5). |
| 11/16/06 Thu | Barr, M 260886-02/112 | 0.50 | 0.40 | 270.00 | | | | MATTER: Fee Applications - Other Professionals |
| | | | | | | 0.40 | F | 1 ATTEND TO ISSUES RE FA PAYMENT ISSUES (.4); |
| | | | | | | 0.10 | F | 2 CORRESP W/D. DREBSKY (NIXON PEABODY) RE SAME (.1). |
| 11/16/06 Thu | Comerford, M 260886-012/126 | 0.40 | 0.20 | 95.00 | | | | MATTER: DIP and Exit Financing |
| | | | | | | 0.20 | F | 1 T/C WITH T. BOYDELL (SKADDEN) RE: ISSUES RELATING TO EXIT FACILITY (.2); |
| | | | | | | 0.20 | F | 2 REVIEW SAME ISSUES (.2). |
| 11/17/06 Fri | Comerford, M 260886-03/11 | 3.80 | 0.60 | 285.00 | | | | MATTER: Reorganization Plan |
| | | | | | | 0.70 | F | 1 REVIEWING CORRESPONDENCE FROM SKADDEN RE: REGISTRATION RIGHTS AGREEMENT AND BYLAWS IN CONNECTION WITH EFFECTIVE DATE OF PLAN (.7); |
| | | | | | | 0.40 | F | 2 REVIEWING UNDERLYING AGREEMENTS (.4); |
| | | | | | | 0.50 | F | 3 REVIEW MULTIPLE CORRESPONDENCES FROM SKADDEN AND COMPANY RE: SELECTION OF NINTH BOARD MEMBER (.5); |
| | | | | | | 0.60 | F | 4 REVIEWING ISSUES RE: SAME (.6); |
| | | | | | | 0.40 | F | 5 CORRESPOND WITH M. BARR IN CONNECTION WITH SAME ISSUES (.4); |
| | | | | | | 0.40 | F | 6 CORRESPOND TO COMMITTEE RE: NOTICE OF APPEAL TO PLAN (.4); |
| | | | | | | 0.20 | F | 7 CONFERENCE CALL WITH SUBCOMMITTEE RE: NINTH BOARD MEMBER (.2); |
| | | | | | | 0.30 | F | 8 T/C WITH A. HEDE (A&M) RE: RESOLVING BOARD ISSUE (.3); |
| | | | | | | 0.30 | F | 9 T/C WITH L. APPEL (WD) RE: SAME ISSUES (.3). |
| 11/17/06 Fri | Kaye, A 260886-03/100 | 0.70 | 0.20 | 152.00 | | | | MATTER: Reorganization Plan |
| | | | | | | 0.20 | F | 1 REVIEW CORRESP RE: FINALIZATION OF BYLAWS (.20) |
| | | | | | | 0.50 | F | 2 REVIEW OF CLOSING DOCUMENTATION AND CLOSING ISSUES (.50). |

~ See the last page of exhibit for explanation

EXHIBIT C PAGE 4 of 6

STUART MAUE

EXHIBIT C
VAGUELY DESCRIBED ACTIVITIES
Milbank, Tweed, Hadley & McCloy

| DATE | NAME | | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | | TASK HOURS | — | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | --- INFORMATIONAL --- | | | | | | |
| 11/20/06 Mon | Kaye, A | 260886-0320 | 2.90 | 0.30 | 228.00 | | | | | MATTER: Reorganization Plan |
| | | | | | | | 1 | 0.20 | F | REVIEW LATEST DRAFT OF BYLAWS (.20); |
| | | | | | | | 2 | 0.10 | F | REVIEW CORRESP. RE: NUMBER OF BOARD MEMBERS (.10); |
| | | | | | | | 3 | 0.20 | F | REVIEW PARENT BOARD RESOLUTIONS (.20); |
| | | | | | | | 4 | 0.10 | F | CORRESP. TO M. BARR RE: SAME (.10); |
| | | | | | | | 5 | 0.10 | F | REVIEW DRAFT AMENDED DIRECTOR DESIGNATION (.10); |
| | | | | | | | 6 | 0.10 | F | REVIEW CORRESP. RE: SAME AND RESPONDED TO SAME (.10); |
| | | | | | | | 7 | 0.10 | F | T/C W/M. BARR RE: SAME (.10); |
| | | | | | | | 8 | 0.10 | F | REVIEW FURTHER REVISED AMENDED DIRECTOR DESIGNATION (.10); |
| | | | | | | | 9 | 0.10 | F | CORRESP. RE: SAME (.10); |
| | | | | | | | 10 | 0.30 | F | REVIEW OTHER CORP. CLOSING DOCS (.30); |
| | | | | | | E | 11 | 0.30 | F | C/C W/M. COMERFORD, M. BARR AND R. BARUSCH (SKADDEN) RE: ORG DOCUMENTATION AND REGISTRATION RIGHTS (.30); |
| | | | | | | | 12 | 0.10 | F | REVIEW REVISED DESIGNATION PROVISION (.10); |
| | | | | | | | 13 | 0.30 | F | C/C W/FL COUNSEL, M. BARR AND S. MCCLELLAND RE: SAME (.30); |
| | | | | | | | 14 | 0.10 | F | REVIEW T. SALDANA (SKADDEN) REVISIONS TO BYLAWS (.10); |
| | | | | | | | 15 | 0.40 | F | O/C W/S. MCCLELLAND RE: FINAL OPEN ISSUES IN BYLAWS AND REGISTRATION RIGHTS (.40); |
| | | | | | | | 16 | 0.10 | F | REVIEW REVISED REGISTRATION RIGHT AGREEMENT (.10); |
| | | | | | | | 17 | 0.10 | F | REVIEW S. MCCLELLAND QUESTION RE: BYLAWS AND RESPOND TO SAME (.10); |
| | | | | | | | 18 | 0.10 | F | REVIEW CORRESP. RE: CAPRE HOLDINGS (.10); |
| 11/21/06 Tue | Barr, M | 260886-0039 | 4.00 | 3.30 | 2,227.50 | | | | | MATTER: Reorganization Plan |
| | | | | | | | 1 | 1.50 | F | REVIEW ISSUES RE CLOSING (1.5); |
| | | | | | | | 2 | 1.80 | F | CALL RE CLOSING CONDITIONS/CLOSING (1.8); |
| | | | | | | | 3 | 0.20 | F | TELE CONF WITH T. CALIFANO (PIPER) RE SECTION 4.6 OF PLAN (0.2); |
| | | | | | | | 4 | 0.10 | F | CALL WITH R. GRAY (SKADDEN) RE SAME (0.1); |
| | | | | | | | 5 | 0.10 | F | TELE CONF W/ D. HILTY (HLHZ) RE SAME (0.1); |
| | | | | | | | 6 | 0.30 | F | CORRESP. W/ M. COMERFORD RE SAME (0.3) |

Total                10.20    $6,460.50
Number of Entries:    17

~ See the last page of exhibit for explanation

EXHIBIT C PAGE 5 of 6