# EXHIBIT C

# EXHIBIT C

## [Report Exhibit E – Nonfirm Conferences, Hearings, and Other Events]

1. Mr. Comerford, an associate, assisted Mr. Price, of counsel, in a telephone conference with A. Bernstein (Lynch's Counsel) and Skadden regarding terms of P. Lynch's contract.

2. Mr. Comerford, an associate, assisted Mr. Dunne, a senior partner, and Mr. Barr, a junior partner, and Ms. Mandel, a senior attorney, in a telephone conference with committee re pending items in case.

3. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with R. Gray (Skadden) re 3018 motions and objections by debtors to same and other plan issues.

4. [INTENTIONALLY OMITTED]

5. Mr. Comerford, an associate, assisted A. Herr, a senior associate, in a conference call re exit facility with Skadden, Otterbourg, and Wachovia.

6. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, and Ms. Mandel, a senior attorney, in a conference call with S. Henry (Skadden), re plan objections.

7. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, on meetings and the confirmation hearing.

8. Mr. Comerford, an associate, assisted Mr. Price, of counsel, in a telephone conference with A. Bernstein (Lynch's Counsel) and M. Shaw (Skadden) re open issues on Lynch's contract.

9. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner on committee call re open issues and confirmation hearing.

10. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, at meeting at Smith Husley & Busey with Smith Hulsey and Skadden re plan confirmation.

11. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with A. Barrage (MOFO), M. Kelley (LL Attorney), and J. MacDonald (Ackerman) re landlord objection to plan.

12. Mr. Comerford, an associate, assisted Mr. Dunne, a senior partner, and Mr. Barr, a junior partner, at the confirmation hearing for Winn-Dixie.

13. Mr. Comerford, an associate, and Mr. Barr, a junior partner traveled from Jacksonville to Charlotte to New York at the conclusion of the confirmation hearing.

14. Mr. Comerford, an associate, assisted Mr. Dunne, a senior partner, in a telephone conference with K. Meeker (UST) re A&M/Houlihan amended motions for retention applications.

15. Mr. McClelland, an associate assisted A Kaye, a senior partner, in a telephone conference with T. Saldana (Skadden) re reviewing indemnification provision in indemnification agreement in connection with plan.

16. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, on a meeting at Skadden with R. Gray (Skadden), S. Karol (XRoads), J. O'Connell (Blackstone), J. Castle (WD), Y. Song (HLHZ) and M. Gavejian (A&M) re disputed claims reserve issues.

17. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with M. Gavejian (A&M) and A. Tang (HLHZ) re claims reserves in connection with plan.

18. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference committee call re pending issues in the WD cases.

19. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with M. Friedman (Ad Hoc Trade Counsel) re fee application process under confirmation order.

20. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with J Castle (WD) re fresh start accounting and plan closing issues.

21. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with J. Clark (Wells Fargo) re proposed agency agreement.

22. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with A. Tang (HLHZ), J. O'Connell (Blackstone), and R. Gray (Skadden) re plan and claims distribution.

23. Mr. Comerford, an associate, assisted Mr. Kestenbaum, a senior associate, in a telephone conference with Skadden, and King & Spaulding re tax disbursement issues.

24. Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with Committee subcommittee re board selection.

25.  Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with R. Minkoff (LSI) re appeal of conf. order and WD status.

26.  Mr. Comerford and Mr. McClelland, associates, assisted Mr. Barr, a junior partner, and Mr. Kaye, a senior partner in a telephone conference with R. Bausch (Skadden), L. Appel (WD), and J. Baker (Skadden) re registration rights agreements and issues.

27.  Mr. Comerford and Mr. McClelland, associates, assisted Mr. Barr, a junior partner, and Mr. Kaye, a senior partner in a telephone conference re registration rights agreements and issues.

28.  Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with Skadden, Smith Hulsey, Title Company, and Otterbourg re effective date of plan.

29.  Mr. Comerford, an associate, assisted Mr. Barr, a junior partner, in a telephone conference with T. Califano re section 4.6 of reorganization plan.

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

### NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Barr, M | 35.60 | 24,030.00 |
| Comerford, M | 39.80 | 18,905.00 |
| Dunne, D | 10.90 | 9,265.00 |
| Herr, A | 1.30 | 695.50 |
| Kaye, A | 1.70 | 1,292.00 |
| Kestenbaum, R | 0.50 | 262.50 |
| Mandel, L | 1.50 | 825.00 |
| McClelland, S | 0.40 | 176.00 |
| Price, S | 1.00 | 640.00 |
| | 92.70 | $56,091.00 |

### NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANCE

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Barr, M | 0.00 | 0.00 |
| Comerford, M | 37.00 | 17,575.00 |
| Dunne, D | 10.90 | 9,265.00 |
| Herr, A | 1.30 | 695.50 |
| Kaye, A | 1.20 | 912.00 |
| Kestenbaum, R | 0.50 | 262.50 |
| Mandel, L | 1.50 | 825.00 |
| McClelland, S | 0.40 | 176.00 |
| Price, S | 1.00 | 640.00 |
| | 53.80 | $30,351.00 |

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/03/06 Tue | Comerford, M 260774-014/213 | 2.40 | 0.50 | 237.50 | | | | **MATTER:** *Employee Issues* |
| | | | | | | 0.50 | F | 1 CONFERENCE CALL WITH S. PRICE, A. BERNSTEIN (LYNCH'S COUNSEL) AND SKADDEN RE: TERMS OF CONTRACT (.5); |
| | | | | | | 0.10 | F | 2 FOLLOW-UP CALL WITH S. BURIAN (HLHZ) AND J. BAKER (SKADDEN) RE: SAME ISSUES (.1); |
| | | | | | | 0.30 | F | 3 CORRESPOND TO M. BARR RE: SAME ISSUES (.3); |
| | | | | | | 0.50 | F | 4 T/C WITH A. TANG (HLHZ) RE: CONTRACT FOR P. LYNCH AND TAX ISSUES (.5); |
| | | | | | | 0.80 | F | 5 REVIEW TAX ISSUES AND OTHER CONTRACT MATTERS (.8); |
| | | | | | | 0.20 | F | 6 CORRESPOND WITH S. PRICE RE: OPEN CONTRACT ISSUES (.2). |
| 10/03/06 Tue | Price, S 260774-014/264 | 1.30 | 0.50 | 320.00 | | | | **MATTER:** *Employee Issues* |
| | | | | | | 0.30 | F | 1 EDITING P. LYNCH CONTRACT (.3); |
| | | | | | | 0.50 | F | 2 REVIEW DRAFTS OF EQUITY GRANT DOCUMENTS IN CONNECTION WITH SAME (.5); |
| | | | | | | 0.50 | F & | 3 CONF. CALL W. M. COMERFORD, A. BERNSTEIN (P. LYNCH COUNSEL) AND SKADDEN RE: OPEN ISSUES (.5). |
| 10/05/06 Thu | Barr, M 260774-008/275 | 1.20 | 0.70 | 472.50 | | | | **MATTER:** *Committee Meetings* |
| | | | | | | 0.50 | F | 1 PREPARE FOR COMMITTEE CALL (.5); |
| | | | | | | 0.70 | F | 2 ATTEND COMMITTEE CALL (.7). |
| 10/05/06 Thu | Barr, M 260774-03/194 | 3.10 | 0.30 | 202.50 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.30 | F | 1 T/C W/S. REISMAN (CURTIS MALLET) RE IND. TRUSTEE FEE ISSUES (.3); |
| | | | | | | 0.30 | F | 2 T/C W/M. COMERFORD AND R. GRAY (SKADDEN) RE PLAN ISSUES (.3); |
| | | | | | | 0.20 | F | 3 CORRESPOND W/M. COMERFORD RE HEARING RE PLAN ISSUES (.2); |
| | | | | | | 0.10 | F | 4 T/C W/V. TANDON (LONESTAR) RE PLAN PROCESS (.1); |
| | | | | | | 0.20 | F | 5 T/C W/J. BAKER (SKADDEN) RE CONFIRMATION PROCESS (.2); |
| | | | | | | 0.20 | F | 6 T/C W/T. SALDANO (SKADDEN) RE DISBURSING AGENT UNDER PLAN (.2); |
| | | | | | | 1.80 | F | 7 REVIEW DRAFT CONFIRMATION ORDER (1.8). |
| 10/05/06 Thu | Comerford, M 260774-008/318 | 0.70 | 0.70 | 332.50 | | | | **MATTER:** *Committee Meetings* |
| | | | | | | | F & | 1 CONFERENCE CALL WITH COMMITTEE RE: PENDING ITEMS IN CASES. |
| 10/05/06 Thu | Comerford, M 260774-03/349 | 0.50 | 0.30 | 142.50 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.20 | F | 1 PREPARE FOR (.2); |
| | | | | | | 0.30 | F & | 2 T/C WITH M. BARR AND R. GRAY (SKADDEN) RE: 3018 MOTIONS AND OBJECTION BY DEBTORS TO SAME (.3). |
| 10/05/06 Thu | Dunne, D 260774-008/357 | 0.40 | 0.40 | 340.00 | | | | **MATTER:** *Committee Meetings* |
| | | | | | | | F & | 1 ATTEND PORTION OF COMMITTEE MEETING. |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN(
~ See the last page of exhibit for explanation

Exhibit E Page 2 of 16

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/05/06 Thu | Mandel, L 260774-008317 | 0.70 | 0.70 | 385.00 | | | | **MATTER:** *Committee Meetings* |
| | | | | | | 0.80 | F & | 1 ATTEND TELEPHONIC COMMITTEE MEETING. — 2 |
| 10/06/06 Fri | Barr, M 260774-03220 | 2.20 | 0.80 | 540.00 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.80 | F | 1 CALL WITH S. HENRY (SKADDEN), S. BUSEY (SMITH HULSEY) AND MILBANK RE CONFIRMATION PROCESS (.8); |
| | | | | | D | 0.40 | F | 2 MEETING W/L. MANDEL AND M. COMERFORD RE SAME (.4); |
| | | | | | | 0.10 | F | 3 T/C W/R. GRAY RE DISBURSING AGENT (.1); |
| | | | | | | 0.20 | F | 4 T/C W/R. GRAY RE PLAN MODIFICATION (.2); |
| | | | | | D | 0.10 | F | 5 T/C W/A. KAYE RE PLAN SUPP ISSUES (.1); |
| | | | | | | 0.60 | F | 6 REVIEW PLAN MODIFICATION DOCUMENTS (.6). |
| 10/06/06 Fri | Comerford, M 260774-012262 | 1.30 | 1.30 | 617.50 | | | | **MATTER:** *DIP and Exit Financing* |
| | | | | | | 1.30 | F | 1 PARTICIPATE IN CONFERENCE CALL RE: EXIT FACILITY WITH SKADDEN, OTTERBOURG, WACHOVIA AND A. HERR (1.3). |
| 10/06/06 Fri | Comerford, M 260774-03190 | 3.40 | 0.80 | 380.00 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.80 | F & | 1 CONFERENCE CALL WITH S. HENRY (SKADDEN), L. MANDEL AND M. BARR RE: PLAN OBJECTIONS (.8); |
| | | | | | D | 0.40 | F | 2 MEETING WITH L. MANDEL AND M. BARR RE: SAME (.4); |
| | | | | | | 0.60 | F | 3 REVIEWING PLAN AMENDMENT/MODIFICATION BY DEBTORS (.6); |
| | | | | | | 1.30 | F | 4 REVIEWING DRAFT CONFIRMATION RIDER FOR WD PLAN (1.3); |
| | | | | | | 0.30 | F | 5 REVIEWING PROPOSALS RE: BROKERAGE ACCOUNT ADMINISTRATORS IN CONNECTION W/ PLAN DISTRIBUTIONS (.3). |
| 10/06/06 Fri | Herr, A 260774-012218 | 2.20 | 1.30 | 695.50 | F | | | **MATTER:** *DIP and Exit Financing* |
| | | | | | F | 0.10 | F | 1 REVIEW CORRESP. FROM P. NECKLES AT SKADDEN RE: CREDIT FACILITY (.1); |
| | | | | | F | 0.80 | A | 2 REVIEW COMPOSITE CREDIT AGREEMENT MARKUP; |
| | | | | | | 1.30 | F & | 3 PARTICIPATE IN CONF CALL W/ M. COMERFORD, SKADDEN, OTTERBOURG AND WACHOVIA (1.3). — 5 |
| 10/06/06 Fri | Mandel, L 260774-03167 | 7.50 | 0.80 | 440.00 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.80 | F & | 1 TELEPHONE CONFERENCE WITH S. HENRY (SKADDEN) RE RESPONDING TO VARIOUS CONFIRMATION OBJECTIONS (.8); — 6 |
| | | | | | D | 0.40 | F | 2 CONFERENCE WITH M. BARR AND M. COMERFORD RE CONF. OBJ. ISSUES (.4); |
| | | | | | | 3.80 | F | 3 FURTHER LEGAL RESEARCH RE SAME (3.8); |
| | | | | | | 2.50 | F | 4 DRAFT PORTION OF COMMITTEE'S BRIEF IN SUPPORT OF CONFIRMATION (2.5). |
| 10/11/06 Wed | Barr, M 260774-038183 | 4.30 | 4.30 | 2,902.50 | J | | | **MATTER:** *Travel Time* |
| | | | | | | 4.30 | F | 1 TRAVEL TO JACKSONVILLE, FL -- NOT OTHERWISE WORKING (4.3). — 7 |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN(
~ See the last page of exhibit for explanation

Exhibit E Page 3 of 16

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/11/06 Wed | Comerford, M 260774-014308 | 0.80 | 0.50 | 237.50 | | 0.30 0.50 | F F & | **MATTER:** *Employee Issues*<br>1 REVIEWING REMAINING PENDING OPEN ISSUES FOR LYNCH CONTRACT NEGOTIATIONS (.3);<br>2 CONFERENCE CALL WITH S. PRICE, A. BERNSTEIN (COUNSEL TO LYNCH) AND M. SHAW (SKADDEN) RE: OPEN ISSUES CONCERNING LYNCH CONTRACT (.5). |
| 10/11/06 Wed | Comerford, M 260774-038173 | 6.00 | 6.00 | 2,850.00 | J | 6.00 | F & | **MATTER:** *Travel Time*<br>1 TRAVEL FROM NEW YORK TO JACKSONVILLE FOR MEETINGS AND CONFIRMATION HEARING (6.0) (NON-WORKING). |
| 10/11/06 Wed | Price, S 260774-014202 | 2.80 | 0.50 | 320.00 | | 2.30 0.50 | F F & | **MATTER:** *Employee Issues*<br>1 FINALIZING EQUITY DOCS AND EMPLOYMENT AGREEMENT FOR P. LYNCH (2.3);<br>2 CONF. CALL W/ M. COMERFORD, M. SHAW (SKADDEN) AND A. BERNSTEIN (LYNCH COUNSEL) RE: FINALIZING CONTRACT FOR P. LYNCH (.5). |
| 10/12/06 Thu | Barr, M 260774-009307 | 0.80 | 0.50 | 337.50 | | 0.20 0.50 0.10 | F F F | **MATTER:** *Committee Meetings*<br>1 PREPARE FOR COMMITTEE CALL (.2);<br>2 COMMITTEE CALL (.5);<br>3 FOLLOW-UP W/ D. DREBSKY (NIXON PEABODY) RE SAME (.1). |
| 10/12/06 Thu | Barr, M 260774-03159 | 12.40 | 7.90 | 5,332.50 | | 4.50 2.90 3.90 0.50 0.60 | F F F F F | **MATTER:** *Reorganization Plan*<br>1 MEETING AT SMITH HULSEY & BUSEY RE PLAN CONFIRMATION HEARING (4.5);<br>2 CONTINUED MEETINGS (2.9);<br>3 PREPARE FOR HEARING (3.9);<br>4 CALLS W/LANDLORDS AND J. MACDONALD AND M. COMERFORD RE HEARING (.5);<br>5 MEETING W/M. COMERFORD RE CONFIRMATION HEARING (.6). |
| 10/12/06 Thu | Comerford, M 260774-009344 | 0.50 | 0.50 | 237.50 | D | 0.50 | F & | **MATTER:** *Committee Meetings*<br>1 ATTEND TELEPHONIC COMMITTEE CALL RE: OPEN ISSUES AND CONFIRMATION HEARING (.5). |
| 10/12/06 Thu | Comerford, M 260774-03165 | 8.50 | 7.20 | 3,420.00 | D | 6.70 0.60 0.30 0.20 0.50 0.20 | F F F & F & F F | **MATTER:** *Reorganization Plan*<br>1 ATTEND MEETING AT SMITH HULSEY WITH SMITH HULSEY, SKADDEN AND M. BARR RE: PREPARATION FOR CONFIRMATION HEARING (6.7);<br>2 MEETING W/M. BARR RE: CONF. HEARING (.6);<br>3 T/C TO A. BARRAGE (MOFO) WITH M. BARR RE: LANDLORD OBJECTION TO PLAN (.3);<br>4 T/C TO M. KELLEY (LL ATTORNEY) WITH M. BARR, AND J. MACDONALD (AKERMAN) RE: OBJECTION TO PLAN (.2);<br>5 REVIEWING PROPOSED CONFIRMATION ORDER FOR CONFIRMATION HEARING (.5);<br>6 PROVIDE COMMENTS TO SAME (.2). |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/13/06 Fri | Barr, M 260774-009164 | 8.50 | 8.00 | 5,400.00 | | 0.50 8.00 | F F | **MATTER:Court Hearings**<br>1 PREPARATION MEETING AT SMITH HULSEY & BUSEY FOR CONFIRMATION HEARING (.5);<br>2 ATTEND CONFIRMATION HEARING (8.0). — 12 |
| 10/13/06 Fri | Barr, M 260774-038169 | 6.80 | 6.80 | 4,590.00 | J | 6.80 | F | **MATTER:Travel Time**<br>1 TRAVEL BACK TO NEW YORK -- NOT OTHERWISE WORKING (6.8). — 13 |
| 10/13/06 Fri | Comerford, M 260774-009163 | 8.50 | 8.00 | 3,800.00 | | 0.50 8.00 | F F & | **MATTER:Court Hearings**<br>1 PREPARE FOR CONFIRMATION HEARING (.5);<br>2 ATTEND CONFIRMATION HEARING FOR WINN-DIXIE (8.0). — 12 |
| 10/13/06 Fri | Comerford, M 260774-038168 | 6.80 | 6.80 | 3,230.00 | J | | F & | **MATTER:Travel Time**<br>1 NON-WORKING TRAVEL FROM JACKSONVILLE TO CHARLOTTE TO NEW YORK AT CONCLUSION OF CONFIRMATION HEARING FOR WINN-DIXIE. — 13 |
| 10/13/06 Fri | Dunne, D 260774-009166 | 7.70 | 6.20 | 5,270.00 | | 1.50 6.20 | F F & | **MATTER:Court Hearings**<br>1 PREPARE FOR (1.5);<br>2 AND ATTEND PORTION OF CONFIRMATION HEARING (6.2). — 12 |
| 10/13/06 Fri | Dunne, D 260774-038182 | 4.30 | 4.30 | 3,655.00 | J | | F & | **MATTER:Travel Time**<br>1 TRAVEL TO NY FROM JAX AFTER CONF. HEARING. — 13 |
| 10/20/06 Fri | Barr, M 260774-032398 | 0.20 | 0.20 | 135.00 | | 0.20 | F | **MATTER:Retention of Professionals**<br>1 T/C W/K. MEEKER (UST) AND M. COMERFORD RE A&M/HOULIHAN AMENDED MOTIONS (.2). — 14 |
| 10/20/06 Fri | Comerford, M 260774-032355 | 0.50 | 0.20 | 95.00 | | 0.10 0.20 0.20 | F F F | **MATTER:Retention of Professionals**<br>1 PREPARE FOR (.1);<br>2 T/C WITH M. BARR AND K. MEEKER (UST) RE: RETENTION APPLICATIONS FOR HOULIHAN AND A&M (.2);<br>3 REVIEW FOLLOW-UP ISSUES RE: SAME (.2). — 14 |
| 10/20/06 Fri | Kaye, A 260774-03354 | 0.50 | 0.20 | 152.00 | D | 0.20 0.20 0.10 | F F F | **MATTER:Reorganization Plan**<br>1 T/C W/S. MCCLELLAND RE: INDEMNIFICATION AGREEMENT (.20);<br>2 C/C W/A. SALDANA (SKADDEN) AND S. MCCLELLAND RE: SAME (.20);<br>3 REVIEW INDEMNITY AGREEMENT ISSUES (.10). — 15 |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

Exhibit E   Page 5 of 16

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 10/20/06 Fri | McClelland, S 260774-03324 | 0.70 | 0.20 | 88.00 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.30 | F | 1 REVIEW INDEMNIFICATION PROVISION IN INDEMNIFICATION AGREEMENT IN CONNECTION W/PLAN (.3). |
| | | | | | | 0.20 | F | 2 T/C'S W/ A. KAYE (MILBANK) RE: THE SAME (.2). |
| | | | | | D | 0.20 | F & | 3 T/C W/ A. KAYE (MILBANK) AND T SALDANA (SKADDEN) RE: THE SAME (.2). |
| 11/02/06 Thu | Barr, M 260886-031 | 5.00 | 1.70 | 1,147.50 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 1.70 | F | 1 MEETING AT SKADDEN WITH R. GRAY (SKADDEN), S. KAROL (XROADS), J. O'CONNEL (BLACKSTONE), J. CASTLE (MD), M.COMERFORD, Y. SONG (HLHZ) AND M. GAVEJIAN (A&M) RE CLAIMS RESERVE (1.7). |
| | | | | | C | 0.40 | F | 2 REVIEW FOLLOW UP ISSUES RE SAME (.4); |
| | | | | | | 1.90 | F | 3 REVIEW BOARD REPLACEMENT ISSUES (1.9). |
| | | | | | | 0.50 | F | 4 MULTIPLE CALLS W/ COMMITTEE MEMBERS RE SAME (.5); |
| | | | | | | 0.30 | F | 5 T/C W/ R. BARUSH (SKADDEN) AND R. GRAY RE BOARD ISSUES (.3); |
| | | | | | | 0.20 | F | 6 T/C W/A. KAYE RE CLOSING ISSUES (.2). |
| 11/02/06 Thu | Comerford, M 260886-038 | 4.30 | 1.70 | 807.50 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.30 | F | 1 PREPARE FOR (.3); |
| | | | | | | 1.70 | F & | 2 MEETING AT SKADDEN WITH R. GRAY (SKADDEN), S. KAROL (XROADS), J. O'CONNEL (BLACKSTONE), J. CASTLE (MD), M. BARR, Y. SONG (HLHZ) AND M. GAVEJIAN (A&M) RE: DISPUTED CLAIMS RESERVE ISSUES (1.7); |
| | | | | | C | 0.50 | F | 3 REVIEW ISSUES RE: SAME (.5); |
| | | | | | | 0.40 | F | 4 REVIEW MATTERS RE: POST-EFFECTIVE DATE CLAIMS COMMITTEE (.4); |
| | | | | | | 1.00 | F | 5 REVIEW MATTERS RE: BOARD OF DIRECTORS (1.0); |
| | | | | | | 0.40 | F | 6 CORRESPOND TO SUB-COMMITTEE RE: SAME (.4). |
| 11/08/06 Wed | Barr, M 260886-0347 | 1.60 | 0.30 | 202.50 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.40 | F | 1 REVIEW HOULIHAN RESERVE ANALYSIS (.4); |
| | | | | | | 0.20 | F | 2 CORRESP WITH D. HILTY AT HOULIHAN RE SAME (.2); |
| | | | | | | 0.30 | F | 3 T/C WITH M. COMERFORD, A. TANG (HOULIHAN) AND M. GAVEJIAN (A&M) RE ISSUES FOR COMMITTEE CALL (.3); |
| | | | | | | 0.20 | F | 4 MEETING WITH M. COMERFORD RE T. ROWE/SRP MOTION (.2); |
| | | | | | | 0.50 | F | 5 REVIEW SAME (.5). |
| 11/08/06 Wed | Comerford, M 260886-0348 | 1.60 | 0.30 | 142.50 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.10 | F | 1 T/C TO T. SNYDER (SPENCER STUART) RE: BOARD CANDIDATE PROCESS (.1); |
| | | | | | | 0.30 | F | 2 PREPARE FOR (.3); |
| | | | | | | 0.30 | F & | 3 T/C WITH M. BARR, M. GAVEJIAN (A&M) AND A. TANG (HLHZ) RE: CLAIMS RESERVES IN CONNECTION WITH PLAN (.3); |
| | | | | | | 0.60 | F | 4 REVIEWING MEMO FROM HOULIHAN RE: DISPUTED CLAIMS RE SERVES (.6); |
| | | | | | | 0.30 | F | 5 PROVIDE COMMENTS TO SAME (.3). |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDANT
~ See the last page of exhibit for explanation

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | COMBINED HOURS (INFORMATIONAL) | COMBINED FEES (INFORMATIONAL) | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/09/06 Thu | Barr, M 260886-00837 | 1.80 | 0.50 | 337.50 | | | | **MATTER:** *Committee Meetings* |
| | | | | | | 0.80 | F | 1 PREPARE FOR COMMITTEE CALL (.8); |
| | | | | | D | 0.20 | F | 2 MEETING W/ M. COMERFORD RE SAME (.2); |
| | | | | | | 0.50 | F | 3 COMMITTEE CALL (.5);  18 |
| | | | | | C | 0.10 | F | 4 REVIEW FOLLOW-UP ISSUES FROM CALL (.1); |
| | | | | | | 0.20 | F | 5 T/C W/ A. HEDE (A&M) RE SAME (.2). |
| 11/09/06 Thu | Comerford, M 260886-00877 | 1.00 | 0.50 | 237.50 | | | | **MATTER:** *Committee Meetings* |
| | | | | | | 0.30 | F | 1 PREPARE FOR COMMITTEE CALL (.3); |
| | | | | | D | 0.20 | F | 2 O/C W/ M. BARR RE: SAME CALL (.2); |
| | | | | | | 0.50 | F & | 3 ATTEND COMMITTEE CALL RE: PENDING ISSUES IN WD CASES (.5).  18 |
| 11/13/06 Mon | Barr, M 260886-03789 | 0.90 | 0.40 | 270.00 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.40 | F | 1 PREPARE FOR WD CALL W/ T. CALIFANO (PIPER RUDNICH) AND M. FRIEDMAN (PIPER RUDNICH) RE CONFIRMATION ORDER (.4); |
| | | | | | D | 0.10 | F | 2 MEETING W/ M. COMERFORD RE SAME (.1); |
| | | | | | | 0.20 | F | 3 T/C W/ M. COMERFORD AND M. FRIEDMAN (PIPER RUDNICH) RE CONFIRMATION ORDER (.2);  19 |
| | | | | | | 0.20 | F | 4 T/C W/ J. CASTLE (WD) AND M. COMERFORD RE CLOSING ISSUES (.2).  20 |
| 11/13/06 Mon | Comerford, M 260886-03119 | 0.50 | 0.40 | 190.00 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | D | 0.10 | F | 1 O/C WITH M. BARR RE: CALL (.1); |
| | | | | | | 0.20 | F & | 2 WITH M. FRIEDMAN (AD HOC TRADE COUNSEL) AND M. BARR RE: FEE APPLICATION PROCESS UNDER CONFIRMATION ORDER (.2);  19 |
| | | | | | | 0.20 | F & | 3 T/C WITH M. BARR AND J. CASTLE (WD) RE: FRESH START ACCOUNTING AND PLAN (.2).  20 |
| 11/15/06 Wed | Barr, M 260886-03118 | 0.50 | 0.40 | 270.00 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.10 | F | 1 T/C W/ J. CLARK (WF) AND M. COMERFORD RE PROPOSED AGENCY AGREEMENT (.1);  21 |
| | | | | | | 0.30 | F | 2 T/C WITH BLACKSTONE, SKADDEN, HOULIHAN AND M. COMERFORD RE CLAIM AND SHARE COUNT SUMMARY (.3);  22 |
| | | | | | | 0.10 | F | 3 T/C W/ R. GRAY (SKADDEN) RE SAME (.1). |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/15/06 Wed | Comerford, M 260886-03'17 | 3.10 | 0.90 | 427.50 | | | | MATTER: *Reorganization Plan* |
| | | | | | | 0.60 | F | 1 REVIEWING TAX WITHHOLDING DOCUMENTS IN CONNECTION WITH DISTRIBUTIONS (.6); |
| | | | | | | 0.50 | F | 2 REVIEWING DISBURSING AGREEMENT RE: DISPUTED CLAIMS RESERVE DISTRIBUTIONS (.5); |
| | | | | | | 0.30 | F | 3 REVIEWING CLAIMS ANALYSIS FOR DISPUTED CLAIMS RESERVE (.3); |
| | | | | | | 0.20 | F | 4 REVIEW ISSUES RELATING TO REPLACING BOARD MEMBER (.2); |
| | | | | | | 0.10 | F | 5 PREPARE FOR (.1); |
| | | | | | D | 0.20 | F | 6 O/C WITH R. KESTENBAUM RE: TAX ISSUES ON DISTRIBUTIONS (.2); |
| | | | | | | 0.10 | F & | 7 T/C WITH J. CLARK (WELLS FARGO) AND M. BARR RE: DISBURSING AGREEMENT (.1); — 21 |
| | | | | | | 0.20 | F | 8 REVIEW SUB-COMMITTEE MATTERS RE: BOARD SELECTION (.2); |
| | | | | | | 0.30 | F & | 9 CONFERENCE CALL WITH A. TANG (HLHZ), J. O'CONNEL (BLACKSTONE), M BARR AND R. GRAY (SKADDEN) RE: PLAN AND CLAIMS DISTRIBUTIONS (.3); |
| | | | | | C | 0.10 | F | 10 REVIEW ISSUES RE: SAME (.1); |
| | | | | | | 0.50 | F | 11 CONFERENCE CALL WITH SKADDEN, R. KESTENBAUM AND KING AND SPALDING RE: TAX DISBURSEMENT ISSUES (.5). — 23 |
| 11/15/06 Wed | Kestenbaum, R 260886-03'40 | 1.80 | 0.50 | 262.50 | F | | | MATTER: *Reorganization Plan* |
| | | | | | F | 1.10 | F | 1 REVIEW MATERIALS RE: WITHHOLDING ON DISTRIBUTIONS TO FORMER EMPLOYEES (1.1), |
| | | | | | D, F | 0.20 | F | 2 DISCUSS SAME WITH M. COMERFORD (.2), |
| | | | | | F | 0.50 | F & | 3 C/C WITH SKADDEN AND M. COMERFORD RE: SAME (.5). — 23 |
| 11/16/06 Thu | Barr, M 260886-008/124 | 0.40 | 0.40 | 270.00 | | | | MATTER: *Committee Meetings* |
| | | | | | | | F | 1 SUBCOMMITTEE CALL RE BOARD — 24 |
| 11/16/06 Thu | Barr, M 260886-02'/155 | 0.10 | 0.10 | 67.50 | | | | MATTER: *General Communications with Creditors* |
| | | | | | | | F | 1 T/C WITH R. MINKOFF (LSI) AND M. COMERFORD RE WD STATUS. — 25 |
| 11/16/06 Thu | Comerford, M 260886-00'32 | 2.10 | 0.40 | 190.00 | | | | MATTER: *Committee Meetings* |
| | | | | | | 0.90 | F | 1 PREPARE FOR SUB-COMMITTEE CALL RE: REPLACEMENT BOARD SELECTION (.9); |
| | | | | | | 0.40 | F & | 2 ATTEND SUB-COMMITTEE CALL RE: SAME (.4); — 24 |
| | | | | | | 0.70 | F | 3 ATTEND COMMITTEE CALL RE: BOARD ISSUES AND CASE ISSUES (.7); |
| | | | | | | 0.10 | F | 4 T/C WITH D. HILTY (HLHZ) RE: SAME ISSUES (.1). |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

Exhibit E Page 8 of 16

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/16/06 Thu | Comerford, M 260886-0373 | 4.80 | 0.20 | 95.00 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.20 | F & | 1  T/C WITH R. MINKOFF OF LIQUIDITY SOLUTIONS RE: APPEAL OF CONF. ORDER (.2); — 25 |
| | | | | | | 1.00 | F | 2  REVIEW CLOSING ISSUES FOR WINN-DIXIE PLAN (1.0); |
| | | | | | | 0.30 | F | 3  REVIEWING ISSUES RE: SELECTION OF REPLACEMENT BOARD MEMBER (.3); |
| | | | | | | 0.20 | F | 4  T/C WITH A. HEDE (A&M) RE: SAME (.2); |
| | | | | | | 0.10 | F | 5  T/C TO T. SALDANA (SKADDEN) RE: REG RIGHTS AGREEMENT (.1); |
| | | | | | | 1.30 | F | 6  REVIEWING FINDINGS OF FACT AND CONCLUSIONS OF LAW ENTERED BY COURT IN CONNECTION WITH CONFIRMATION (1.3); |
| | | | | | | 0.60 | F | 7  DRAFTING EMAIL TO COMMITTEE RE: SAME (.6); |
| | | | | | | 0.40 | F | 8  CORRESPOND TO COMMITTEE RE: FA FEES AND AMENDED RETENTION (.4); |
| | | | | | | 0.20 | F | 9  REVIEWING REG RIGHTS AGREEMENT (.2); |
| | | | | | | 0.20 | F | 10  T/C WITH T. SNYDER (SPENCER STUART) RE: BOARD ISSUES (.2); |
| | | | | | | 0.10 | F | 11  O/C WITH M. BARR RE: SAME (.1); |
| | | | | | | 0.20 | F | 12  REVIEWING CLAIMS RESERVE ISSUES (.2). |
| 11/20/06 Mon | Barr, M 260886-0313 | 3.50 | 0.30 | 202.50 | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.30 | F | 1  CORRESP W/ L. APPEL (WD)RE BOARD ISSUE (0.3); |
| | | | | | | 0.30 | F | 2  CORRESP WITH A. KAYE RE BYLAWS (0.3); |
| | | | | | | 0.20 | F | 3  REVIEW DESIGNATION OF BOARD (0.2); |
| | | | | | | 0.20 | F | 4  REVIEW EMAIL TO COMMITTEE RE SAME (0.2); |
| | | | | | | 0.20 | F | 5  CALL WITH J. BAKER (SKADDEN) RE BOARD ISSUES (0.2); |
| | | | | | | 0.10 | F | 6  CORRESP WITH D. HILTY (HLHZ) RE PAYMENT IN ACCORDANCE WITH PLAN (0.1); |
| | | | | | | 0.10 | F | 7  CORRESP W/ A. HEDE (A&M)RE SAME (0.1); |
| | | | | | | 0.10 | F | 8  DRAFT CORRESP TO COMMITTEE RE SAME (0.1); |
| | | | | | | 0.20 | F | 9  MTG WITH M. COMERFORD RE APPEALS (0.2); |
| | | | | | | 0.30 | F | 10  REVIEW REVISED BOARD DESIGNATION (0.3); |
| | | | | | | 0.20 | F | 11  CORRESP W/ A. KAYE RE SAME (0.2); |
| | | | | | | 0.10 | F | 12  CORRESP W/ A. RAVIN (SKADDEN) AND J. BAKER (SKADDEN) RE SAME (0.1); |
| | | | | | | 0.30 | F | 13  CALL W/ SKADDEN, WD, M. COMERFORD AND A. KAYE RE SAME (0.3); — 26 |
| | | | | | | 0.20 | F | 14  CORRESP W/ J. BAKER RE SAME (0.2); |
| | | | | | | 0.40 | F | 15  FOLLOW-UP W/ A. KAYE AND B. FRIEDMAN OF AKERMAN RE SAME (0.4). |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|---|
| 11/20/06 Mon | Comerford, M 260886-0/35 | 4.50 | 0.60 | 285.00 | | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.50 | F | | 1 REVIEW PLAN RE: COMMITTEE CONSENT RIGHTS IN CONNECTION WITH EFFECTIVE DATE (.5); |
| | | | | | | 1.20 | F | | 2 REVIEW MATTERS RE: EXECUTION OF REG RIGHTS AGREEMENT (1.2); |
| | | | | | | 0.70 | F | | 3 REVIEW CONTINUING ISSUES RE: BOARD OF DIRECTORS FOR WD (.7); |
| | | | | | | 0.10 | F | | 4 REVIEWING CHARTER FOR WD RE: BOARD ISSUES (.1); |
| | | | | | | 0.50 | F | | 5 CORRESPOND TO COMMITTEE RE: BOARD DESIGNEES (.5); |
| | | | | | | 0.20 | F | | 6 CORRESPOND TO COMMITTEE RE: HOULIHAN AND A&M AMENDED ENGAGEMENT MATTERS (.2); |
| | | | | | | 0.70 | F | | 7 REVIEWING OPEN ISSUES RE: BOARD MEMBER REPLACEMENT (.7); |
| | | | | | | 0.30 | F | & | 8 CONFERENCE CALL WITH R. BARUSCH (SKADDEN), A. KAYE, S. MCCLELLAND, L. APPEL (WD), J. BAKER (SKADDEN) AND M. BARR RE: CHARTER AND REG RIGHTS AGREEMENT ISSUES (.3); |
| | | | | | | 0.30 | F | & | 9 T/C WITH M. BARR, A. KAYE, S. MCCLELLAND AND B. FRIEDMAN (AKERMAN) RE: SAME AGREEMENTS AND ISSUES THEREIN (.3). |
| 11/20/06 Mon | Kaye, A 260886-0/320 | 2.90 | 0.60 | 456.00 | | | | | **MATTER:** *Reorganization Plan* |
| | | | | | | 0.20 | F | | 1 REVIEW LATEST DRAFT OF BYLAWS (.20); |
| | | | | | | 0.10 | F | | 2 REVIEW CORRESP. RE: NUMBER OF BOARD MEMBERS (.10); |
| | | | | | | 0.20 | F | | 3 REVIEW PARENT BOARD RESOLUTIONS (.20); |
| | | | | | | 0.10 | F | | 4 CORRESP. TO M. BARR RE: SAME (.10); |
| | | | | | | 0.10 | F | | 5 REVIEW DRAFT AMENDED DIRECTOR DESIGNATION (.10); |
| | | | | | | 0.10 | F | | 6 REVIEW CORRESP. RE: SAME AND RESPONDED TO SAME (.10); |
| | | | | | | 0.10 | F | | 7 T/C WM. BARR RE: SAME (.10); |
| | | | | | | 0.10 | F | | 8 REVIEW FURTHER REVISED AMENDED DIRECTOR DESIGNATION (.10); |
| | | | | | C | 0.10 | F | | 9 CORRESP. RE: SAME (.10); |
| | | | | | | 0.30 | F | | 10 REVIEW OTHER CORP. CLOSING DOCS (.30); |
| | | | | | | 0.30 | F | & | 11 C/C W/M. COMERFORD, M. BARR AND R. BARUSCH (SKADDEN) RE: ORG DOCUMENTATION AND REGISTRATION RIGHTS (.30); |
| | | | | | | 0.10 | F | | 12 REVIEW REVISED DESIGNATION PROVISION (.10); |
| | | | | | | 0.30 | F | | 13 C/C W/FL COUNSEL, M. BARR AND S. MCCLELLAND RE: SAME (.30); |
| | | | | | | 0.10 | F | | 14 REVIEW T. SALDANA (SKADDEN) REVISIONS TO BYLAWS (.10); |
| | | | | | | 0.40 | F | | 15 O/C W/S. MCCLELLAND RE: FINAL OPEN ISSUES IN BYLAWS AND REGISTRATION RIGHTS (.40); |
| | | | | | | 0.10 | F | | 16 REVIEW REVISED REGISTRATION RIGHT AGREEMENT (.10); |
| | | | | | | 0.10 | F | | 17 REVIEW S. MCCLELLAND QUESTION RE: BYLAWS AND RESPOND TO SAME (.10); |
| | | | | | C | 0.10 | F | | 18 REVIEW CORRESP. RE: CAPRE HOLDINGS (.10). |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

STUART MAUE

EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| 11/20/06 Mon | McClelland, S 260886-0341 | 1.80 | 0.20 | 88.00 | | | | **MATTER:Reorganization Plan** |
| | | | | | | 0.10 | F | 1 O/C W/ A. KAYE (MILBANK) RE: DIRECTOR APPOINTMENT ISSUES (.1). |
| | | | | | | 0.20 | F & | 2 T/C W/ FL COUNSEL RE: THE SAME (.2); —27 |
| | | | | | | 1.10 | F | 3 REVIEW BYLAWS, ARTICLES AND RESOLUTIONS TO DETERMINE WHETHER CONSISTENT WITH 8 DIRECTORS AND PROCEDURE FOR PICKING 9TH (1.1). |
| | | | | | | 0.40 | F | 4 EMAIL TO/FROM M. COMERFORD (MILBANK) RE: REG RIGHTS AGREEMENT AND WHETHER NEED TO BE 5% HOLDER TO SIGN DOCUMENT (.4). |
| 11/21/06 Tue | Barr, M 260886-039 | 4.00 | 2.00 | 1,350.00 | | | | **MATTER:Reorganization Plan** |
| | | | | | C | 1.50 | F | 1 REVIEW ISSUES RE CLOSING (1.5); |
| | | | | C | 1.80 | F | 2 CALL RE CLOSING CONDITIONS/CLOSING (1.8); —28 |
| | | | | | | 0.20 | F | 3 TELE CONF WITH T. CALIFANO (PIPER) RE SECTION 4.6 OF PLAN (0.2); —29 |
| | | | | | | 0.10 | F | 4 CALL WITH R. GRAY (SKADDEN) RE SAME (0.1); |
| | | | | | | 0.10 | F | 5 TELE CONF W/ D. HILTY (HLHZ) RE SAME (0.1); |
| | | | | | | 0.30 | F | 6 CORRESP. W/ M. COMERFORD RE SAME (0.3) |
| 11/21/06 Tue | Comerford, M 260886-0323 | 2.80 | 2.00 | 950.00 | | | | **MATTER:Reorganization Plan** |
| | | | | | | 0.30 | F | 1 PREPARE FOR (.3); |
| | | | | | | 1.80 | F & | 2 CLOSING CALL WITH SKADDEN, SMITH HULSEY, TITLE COMPANY, OTTERBOURG AND M. BARR RE: EFFECTIVE DATE OF PLAN (1.8); |
| | | | | | | 0.10 | F | 3 PREPARE FOR (.1); |
| | | | | D | 0.20 | F | 4 T/C WITH S. MCCLELLAND RE: REG RIGHTS AGREEMENT AND ADD'L INFO NEEDED FOR EXECUTION (.2); |
| | | | | | | 0.20 | F & | 5 T/C/ WITH T. CALIFANO RE: SECTION 4.6 OF PLAN (.2); —29 |
| | | | | | | 0.20 | F | 6 CORRESPOND TO COMMITTEE RE: EFFECTIVE DATE OCCURRENCE (.2). |
| 11/21/06 Tue | Kaye, A 260886-0365 | 1.20 | 0.90 | 684.00 | | | | **MATTER:Reorganization Plan** |
| | | | | | | 0.20 | F | 1 REVIEW OPEN REGISTRATION RIGHTS ISSUES (.20); |
| | | | | | | 0.90 | F & | 2 PARTICIPATE IN PORTION OF CLOSING CONFERENCE CALL W/SKADDEN, M. COMERFORD AND M. BARR RE: CONFIRMATION OF EFFECTIVE DATE (PARTIAL ATTENDANCE) (.90); |
| | | | | | | 0.10 | F | 3 REVIEW REG RIGHTS AGREEMENT ISSUE (.10). |

& NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS - MULTIPLE ATTENDAN
~ See the last page of exhibit for explanation

STUART MAUE
EXHIBIT E
NONFIRM CONFERENCES, HEARINGS, AND OTHER EVENTS
Milbank, Tweed, Hadley & McCloy

| DATE | TIMEKEEPER | ENTRY HOURS | INFORMATIONAL COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| | TOTAL OF ALL ENTRIES | 53 | 92.70 | $56,091.00 | | | |
| | TOTAL ENTRY COUNT: | 53 | | | | | |
| | TOTAL TASK COUNT: | 66 | | | | | |
| | TOTAL OF & ENTRIES | | 53.80 | $30,351.00 | | | |
| | TOTAL ENTRY COUNT: | 31 | | | | | |
| | TOTAL TASK COUNT: | 37 | | | | | |