# EXHIBIT D

# EXHIBIT D

## [Report Exhibit F – Personnel Who Billed 10.00 or Fewer Hours]

1. A. Herr – Associate, reviewed specific issues regarding the Debtors' exit facility and related documents.

2. R. Kestenbaum – Associate, reviewed and provided comments to articles of incorporation and reviewed tax issues in connection with plan of reorganization.

3. M. Klein – Associate, researched appeal and post-effective date issues in connection with plan of reorganization.

4. E. Law – Paralegal, reviewed and drafted exhibits for response to fee examiner's report.

STUART MAUE

EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Milbank, Tweed, Hadley & McCloy

| TIMEKEEPER | COMBINED HOURS | COMBINED FEES |
|---|---|---|
| Herr, A | 9.30 | 4,975.50 |
| Kestenbaum, R | 6.20 | 3,255.00 |
| Klein, M | 6.30 | 1,417.50 |
| Law, E | 2.20 | 297.00 |
| | 24.00 | $9,945.00 |

STUART MAUE
EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Milbank, Tweed, Hadley & McCloy

| NAME | DATE | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | ~ | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Herr, A | | | | | | | | |
| | 10/03/06 Tue 260774-012/ 371 | 0.30 | 0.30 | 160.50 | | 0.30 | F | 1 | MATTER: *DIP and Exit Financing*<br>REVIEW CORRESP. FROM P. NECKLES AT SKADDEN RE: DRAFT EXIT FACILITY (.3). |
| | 10/04/06 Wed 260774-012/ 195 | 3.00 | 3.00 | 1,605.00 | | 0.40<br>1.70<br>0.10<br>0.50<br>0.20<br>0.10 | F<br>F<br>F<br>F<br>F<br>F | 1<br>2<br>3<br>4<br>5<br>6 | MATTER: *DIP and Exit Financing*<br>REVIEW PLAN SUPPLEMENT (.4);<br>REVIEW REVISED CREDIT AGREEMENT (1.7);<br>EMAIL TO P. NECKLES RE CREDIT AGREEMENT (.1);<br>PREPARE MARKUP OF CREDIT AGREEMENT (.5);<br>DISCUSSION WITH SKADDEN ASSOCIATE (TIFFANY BOYDELL) RE: CREDIT AGREEMENT (.2);<br>PROVIDED CREDIT AGREEMENT MARKUP TO M. COMERFORD (.1). |
| | 10/06/06 Fri 260774-012/ 218 | 2.20 | 2.20 | 1,177.00 | | 0.10<br>0.80<br>1.30 | F<br>A<br>F | 1<br>2<br>3 | MATTER: *DIP and Exit Financing*<br>REVIEW CORRESP. FROM P. NECKLES AT SKADDEN RE: CREDIT FACILITY (.1)<br>REVIEW COMPOSITE CREDIT AGREEMENT MARKUP;<br>PARTICIPATE IN CONF CALL W/ M. COMERFORD, SKADDEN, OTTERBOURG AND WACHOVIA (1.3). |
| | 10/09/06 Mon 260774-012/ 372 | 0.30 | 0.30 | 160.50 | D | 0.10<br>0.20 | F<br>F | 1<br>2 | MATTER: *DIP and Exit Financing*<br>REVIEW CORRESP. RE: PLAN SUPP (.1);<br>DISCUSSION WITH S. MCCLELLAND RE PLAN SUPP. DOCS (.2). |
| | 10/14/06 Sat 260774-012/ 399 | 0.10 | 0.10 | 53.50 | | | F | 1 | MATTER: *DIP and Exit Financing*<br>REVIEW EMAIL FROM M. COMERFORD RE: EXIT FACILITY ISSUES. |
| | 10/16/06 Mon 260774-012/ 256 | 1.40 | 1.40 | 749.00 | | 0.10<br>1.10<br>0.20 | F<br>F<br>F | 1<br>2<br>3 | MATTER: *DIP and Exit Financing*<br>DRAFTING EMAIL TO M. COMERFORD RE: CREDIT FACILITY ISSUES (.1);<br>REVIEWED BLACKLINED EXIT FACILITY AGREEMENT (1.1);<br>T/C WITH M. COMERFORD RE TWO OUTSTANDING POINTS (.2). |
| | 10/17/06 Tue 260774-012/ 385 | 0.20 | 0.20 | 107.00 | | | F | 1 | MATTER: *DIP and Exit Financing*<br>CORRESPOND TO M. COMERFORD RE TWO OPEN EXIT FACILITY AGREEMENT POINTS. |
| | 10/23/06 Mon 260774-012/ 386 | 0.20 | 0.20 | 107.00 | | | F | 1 | MATTER: *DIP and Exit Financing*<br>REVIEW BANK LENDER SYNDICATE'S PROPOSED CREDIT AGREEMENT REVISIONS |
| | 10/24/06 Tue 260774-012/ 288 | 1.00 | 1.00 | 535.00 | | 0.90<br>0.10 | F<br>F | 1<br>2 | MATTER: *DIP and Exit Financing*<br>REVIEW OF BANK LENDERS SYNDICATE'S PROPOSED CREDIT AGREEMENT CHANGE (.9);<br>EMAILS TO M. COMERFORD RE: SAME (.1) |

~ See the last page of exhibit for explanation

STUART MAUE
EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Milbank, Tweed, Hadley & McCloy

INFORMATIONAL

| NAME | DATE | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH. | TASK HOURS | | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Herr, A | | | | | | | | |
| | 10/25/06 Wed 260774-012/ 329 | 0.60 | 0.60 | 321.00 | | 0.50 0.10 | F F | MATTER: *DIP and Exit Financing* 1 REVIEW SKADDEN MARKUP OF PROPOSED CHANGED PAGES TO CREDIT AGREEMENT (.5); 2 EMAIL TO M. COMERFORD RE: CHANGES TO FACILITY (.1) |
| Kestenbaum, R | | | | | | | | |
| | 10/03/06 Tue 260774-03/ 259 | 1.40 | 1.40 | 735.00 | D | 0.40 0.10 0.20 0.30 0.40 | F F F F F | MATTER: *Reorganization Plan* 1 REVIEW REVISED ARTICLES OF INCORPORATION (.4); 2 P/C WITH M. COMERFORD RE: SAME (.1); 3 P/C WITH K. BRISTOR (SKADDEN) RE: SAME (.2); 4 DISCUSS ISSUES WITH ART. OF INC. WITH M. BARR (.3); 5 COMMENT ON TRANSFER RESTRICTIONS IN ARTICLES OF INC. (.4). |
| | 10/11/06 Wed 260774-03/ 405 | 0.10 | 0.10 | 52.50 | | 0.10 | F | MATTER: *Reorganization Plan* 1 REVIEW REVISED TRANSFER RESTRICTIONS IN WD CHARTER (.1). |
| | 10/16/06 Mon 260774-006/ 287 | 1.00 | 1.00 | 525.00 | D | 0.80 0.20 | F F | MATTER: *Claims Analysis and Estimation* 1 REVIEW OBJECTION RE: SRP AND MSP CLAIMS AMOUNTS (.8); 2 P/C WITH M. COMERFORD RE: SAME (.2) |
| | 11/06/06 Mon 260886-03/ 75 | 1.10 | 1.10 | 577.50 | D | 0.90 0.20 | F F | MATTER: *Reorganization Plan* 1 REVIEW LETTER TO MSP AND SRP HOLDERS (.9); 2 DISCUSS SAME WITH M. COMERFORD (.2) |
| | 11/07/06 Tue 260886-03/ 95 | 0.80 | 0.80 | 420.00 | | 0.80 | F | MATTER: *Reorganization Plan* 1 RESEARCH ISSUES RELATING TO WITHHOLDING ON BENEFITS IN CONNECTION WITH PLAN DISTRIBUTION (.8). |
| | 11/15/06 Wed 260886-03/ 40 | 1.80 | 1.80 | 945.00 | E | 1.10 0.20 0.50 | F F F | MATTER: *Reorganization Plan* 1 REVIEW MATERIALS RE: WITHHOLDING ON DISTRIBUTIONS TO FORMER EMPLOYEES (1.1); 2 DISCUSS SAME WITH M. COMERFORD (.2); 3 C/C WITH SKADDEN AND M. COMERFORD RE: SAME (.5). |
| | NUMBER OF ENTRIES: | 10 | 9.30 | 4,975.50 | | | | |
| | NUMBER OF ENTRIES: | 6 | 6.20 | 3,255.00 | | | | |

~ See the last page of exhibit for explanation

STUART MAUE
EXHIBIT F
PERSONNEL WHO BILLED 10.00 OR FEWER HOURS
Milbank, Tweed, Hadley & McCloy

| NAME | DATE | ENTRY HOURS | COMBINED HOURS | COMBINED FEES | OTHER EXH | TASK HOURS | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| Klein, M | | | | | | | |
| | 11/15/06 Wed 260886-03/22 | 2.80 | 2.80 | 630.00 | | F | MATTER: *Reorganization Plan*<br>RESEARCH APPEAL ISSUES IN CONNECTION CONFIRMATION ORDER. |
| | 11/16/06 Thu 260886-03/117 | 0.50 | 0.50 | 112.50 | | F | MATTER: *Reorganization Plan*<br>RESEARCH CONF. ISSUES IN RELATION TO CONFIRMATION ORDER. |
| | 11/20/06 Mon 260886-03/19 | 3.00 | 3.00 | 675.00 | | F | MATTER: *Reorganization Plan*<br>RESEARCH POST-EFFECTIVE DATE ISSUES IN CONNECTION WITH PLAN. |
| | NUMBER OF ENTRIES: | 3 | 6.30 | 1,417.50 | | | |
| Law, E | | | | | | | |
| | 11/17/06 Fri 260886-045/30 | 2.20 | 2.20 | 297.00 | | F | MATTER: *Fee Examiner Matters*<br>CREATE CHART RE FINAL RESPONSE FOR MILBANK'S 4TH FEE APPLICATION. |
| | NUMBER OF ENTRIES: | 1 | 2.20 | 297.00 | | | |

Total
Number of Entries: 20

24.00   $9,945.00

~ See the last page of exhibit for explanation