# EXHIBIT E

**EXHIBIT E**

**[Report Exhibits L, O and P– Out of Town Travel Expenses/ Expenses Associated with Multiple Attendance/ Travel Expenses Not Associated With Billed Fees]**

**[See numbered attachment]**

1. Meal expenses for M. Comerford - receipts totaling $16.89 (for breakfast and dinner).

   Travel expenses for M. Comerford - receipts totaling $1,066.16, including the amounts listed below, corresponding to the attached receipts and trip details:

   $54.11- Car service from 1 Chase Manhattan Plaza to LaGuardia airport
   $548.60- Roundtrip airfare, LaGuardia to Jacksonville, FL
   $44.00- Travel agency booking fee
   $50.00- Taxi from JAX airport to Omni Hotel
   $40.00- Taxi from Omni Hotel to JAX airport
   $98.99- Car service from LGA to personal residence

2. Meal expenses for M. Barr - receipts totaling $56.47 (breakfast two days with M. Comerford).

   Travel expenses for M. Barr - receipts totaling $2,136.71, including the amounts listed below, corresponding to the attached receipts and trip details:

   $116.59- Car service from personal residence to Newark airport
   $1,320.40- Roundtrip airfare, Newark to Jacksonville, FL
   $88.00- Travel agency booking fees
   $461.04- Lodging (2 nights)
   $150.68- Car service from LaGuardia airport to personal residence (New Jersey)

   **The travel expenses detailed above were reduced by $1,011.10.

3. Meal expenses for M. Comerford – receipts totaling $146.77 for lunch ($7.14), dinner with M. Barr ($99.63) and dinner ($40.00).

   Travel expenses for M. Comerford - receipts totaling $2,022.62 corresponding to the attached receipts and the trip details:

   $1,320.40- Airfare, Newark to Jacksonville, FL/ Jacksonville, FL to LaGuardia airport
   $88.00- Travel agency booking fees
   $50.00- Taxi from airport to hotel
   $417.14- Lodging (2 nights)
   $1.25- Copies for hearing

$50.00-    Taxi from hotel to airport
$95.83-    Car Service from LaGuardia airport to personal residence

**The travel expenses detailed above were reduced by $1,055.10.

4.  Meal expenses for D. Dunne - receipts totaling, $31.29.

    Travel expenses for D. Dunne - receipts totaling $1,226.12 corresponding to the
    attached receipts and the trip details:

    $84.71-    Car service from Milbank (downtown Manhattan) to Newark airport
    $668.60-   Roundtrip airfare from Newark to Jacksonville, FL
    $44.00-    Travel agency booking fee
    $25.00-    Taxi from Jacksonville airport (JAX) to hotel
    $213.57-   Lodging (1 night)
    $25.00-    Taxi from hotel to JAX
    $165.24-   Car service from Newark airport to personal residence

5.  Meal expenses for M. Barr - receipts totaling $740.50 for dinner with M. Comerford
    and the Committee's financial advisors (D. Hilty, A. Tang, T. Foudy, S. Reisman, D.
    Drebsky).

STUART MAUE

EXHIBIT L
Out-of-Town Travel Expenses
Milbank, Tweed, Hadley & McCloy

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| 10/04/06 | 9591 | 54.11 | | 54.11 | | CAB-LOTUS:06416044/588768/2104 - 10/04/06 4:45PM FROM:M,1 CHASE MANHATTAN PLZ TO:LAG, [COMERFORD, MICHAEL E.] * 25771876Number of units: 1 |
| 10/04/06 | 9591 | 16.89 | | 16.89 | | MEALS-WINN DIXIE HEARING [COMERFORD, MICHAEL E.] * 25726870Number of units: 1 |
| 10/04/06 | 9591 | 896.17 | | 896.17 | | TRAVEL-WINN DIXIE HEARING [COMERFORD, MICHAEL E.] * 25726871Number of units: 1 |
| 10/05/06 | 9591 | 98.89 | | 98.89 | | CAB-LOTUS:06416044/595750/2189 - 10/05/06 9:09PM FROM:LAG, 5584 DELTA TO:LI, GARDEN C [COMERFORD, MICHAEL E.] * 25771859Number of units: 1 |
| 10/09/06 | 8697 | 165.55 | | 165.55 | P | CAB-LOTUS:06416044/561338/2144 - 10/09/06 8:47AM FROM:WE, SCARSDAL TO:NWK, [DUNNE, DENNIS F.] * 25772133Number of units: 1 |
| 10/10/06 | 8697 | 161.82 | | 161.82 | P | CAB-LOTUS:06426044/592930/2088 - 10/10/06 6:22PM FROM:NWK, 539 CONTINENTAL TO:WE, SCARSDAL [DUNNE, DENNIS F.] * 25766338Number of units: 1 |
| 10/11/06 | 8972 | 116.59 | | 116.59 | | CAB-DIAL:1027405/819108/037C - 10/11/06 14:25 FROM: SHORT HILL TO:NWK AP [BARR, MATTHEW S.] * 25773729Number of units: 1 |
| 10/11/06 | 9591 | 146.77 | | 146.77 | O | MEALS-WINN DIXIE HEARING [COMERFORD, MICHAEL E.] * 25726872Number of units: 1 |
| 10/11/06 | 8972 | 1,869.44 | | 1,869.44 | | TRAVEL-BUSINESS TRIP TO JACKSONVILLE, FL TO MEET WITH C [BARR, MATTHEW S.] * 25726868Number of units: 1 |
| 10/11/06 | 9591 | 1,926.79 | | 1,926.79 | O | TRAVEL-WINN DIXIE HEARING [COMERFORD, MICHAEL E.] * 25726873Number of units: 1 |
| 10/11/06 | 8972 | 56.47 | | 56.47 | | MEALS-BUSINESS TRIP TO JACKSONVILLE, FL TO MEET WITH C [BARR, MATTHEW S.] * 25726867Number of units: 1 |
| 10/12/06 | 8697 | 84.71 | | 84.71 | O | CAB-LOTUS:06436053/592784/2187 - 10/12/06 6:51PM FROM:M,1 CHASE MANHATTAN PLZ TO:NWK, [DUNNE, DENNIS F.] * 25794359Number of units: 1 |
| 10/12/06 | 8697 | 976.17 | | 976.17 | O | TRAVEL-CONFIRMATION HEARING. [DUNNE, DENNIS F.] * 25726865Number of units: 1 |
| 10/12/06 | 8697 | 31.29 | | 31.29 | O | MEALS-CONFIRMATION HEARING. [DUNNE, DENNIS F.] * 25726864Number of units: 1 |
| 10/13/06 | 8697 | 165.24 | | 165.24 | O | CAB-LOTUS:06426044/589988/2039 - 10/13/06 7:41PM FROM:NWK, 604 CONTINENTAL TO:WE, SCARSDALE [DUNNE, DENNIS F.] * 25766290Number of units: 1 |
| 10/13/06 | 9591 | 95.83 | | 95.83 | O | CAB-LOTUS:06426044/586169/2125 - 10/13/06 11:56PM FROM:LAG, 1548 US AIR TO:LI, GARDEN C [COMERFORD, MICHAEL E.] * 25766140Number of units: 1 |
| 10/13/06 | 8972 | 150.68 | | 150.68 | | CAB-DIAL:1027405/671161/269B - 10/13/06 23:59 FROM:LAG MEET GREET AP LAG M TO: SHORT HILL [BARR, MATTHEW S.] * 25773686Number of units: 1 |
| 10/24/06 | 8697 | 173.40 | | 173.40 | P | CAB-LOTUS:06446050/591756/2002 - 10/24/06 6:30AM FROM:WE, SCARSDALE TO:NWK, [DUNNE, DENNIS F.] * 25829658Number of units: 1 |
| 10/24/06 | 8972 | 740.50 | | 740.50 | | MEALS-MEALS & ENTERTAINMENT - - VENDOR: MATTHEW BARR DINNER MEETING ON 10/12/06 [BARR, MATTHEW S.] * FEE APPLICATION INCLUDED THE DESCRIPTION "MEAL -- M. BARR: DINNER WITH COMMITTEE AND HOULIHAN, LOKEY IN CONNECTION WITH CONFIRMATION HEARING" |
| 10/25/06 | 8697 | 163.25 | | 163.25 | P | CAB-LOTUS:06456048/279046/1234 - 10/25/06 9:55AM FROM:NWK, TO:WE, SCARSDALE [DUNNE, DENNIS F.] |

STUART MAUE

EXHIBIT L

Out-of-Town Travel Expenses

Milbank, Tweed, Hadley & McCloy

| DATE | INITIALS | AMOUNT BILLED | DETAIL AMOUNT | EXHIBIT AMOUNT | OTHER EXHIBITS | DESCRIPTION |
|---|---|---|---|---|---|---|
| | | | | | | * 25835058Number of units: 1 |
| | | $8,090.56 | | $8,090.56 | | |

1

Voucher #588768

(1)

| ACCOUNT NO. [illegible] | DEPT/EMPLOYEE NO. 01511 | CAR NO. | JOB NO. 899 | A 588768 |
|---|---|---|---|---|

NAME OF COMPANY: [illegible]

DATE: 10 4 06

NAME OF PASSENGER: Crawford

FROM: [illegible]

TO FINAL DESTINATION: [illegible]

REMARKS: 101-04333

TOTAL: [illegible]

LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

16-Oct-06
11:33 AM

Milbank, Tweed, Hadley & McCloy LLP

**Travel Expense Voucher**

**Departure Date:** 10/4/200 **Return Date:** 10/5/2006

*Page 1*
SL1016110330
**Michael Comerford**
Employee ID: 09591

**Expense Type:** Client Chargeable
**Matter:** 38522.03000
**Short Title:** WINN DIXIE CREDITORS' COMMITTEE-REORGANIZATION

**Business Reason:**
Winn Dixie Hearing

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 10/4/2006 | - Transportation<br>*Airfaire=$548.60+Travel Dept. Service Fee=$44=592.60* | | | $592.60 |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | 213.57 |
| | - Lodging | | | ~~$168.19~~ |
| | **Hotel:** *Omni Hotels* | **City:** *Jacksonville* | **Days:** *1* | |
| | - Taxis,Baggage,Tolls etc.<br>*From Hotel to Airport* | | | $50.00 |
| | | | **Total Day:** | **$807.79** |
| 10/5/2006 | - Meals<br>*Dinner* | | | $4.48 |
| | - Meals<br>*10/5 - Breakfast* | | | $12.41 |
| | - Taxis,Baggage,Tolls etc.<br>*From Airport to Hotel* | | | $40.00 |
| | | | **Total Day:** | **$56.89** |

| | |
|---|---|
| **Total Voucher:** | ~~$864.68~~ ~~#26.6~~ |
| **Cash Advances:** | $0.00 |
| **Due Individual:** | ~~$864.68~~ 913.06 |
| **Due Firm:** | $0.00 |

Make check payable to: Comerford, Michael **Petty Cash No:**
Return check to: Comerford, Michael/Room: 5654
Special instructions:
Requestor Signature/Date:
Final Approval Signature/Date:

**Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005**

**212/530.5700
212/530.8905 Fax**

OVATION
TRAVEL GROUP

**THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS**

**Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922**

**Sabre Access Code**

SALES PERSON: S3 ITINERARY/INVOICE NO. 0005583 DATE: 04 OCT 06
CUSTOMER NBR: PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATTN SOPHIE LAOUTARIS 56TH/16-A

FOR: COMERFORD/MICHAEL REF.

---

```
        CANCEL HTL BY 12 NOON DAY OF ARRIVAL
        LOCAL PROPERTY TIME
        AS OF 9-26-06 - LIQUIDS PURCHASED IN SECURE AREAS ARE ALLOWED
        ON BOARD.  TRAVELERS ARE ALLOWED TO CARRY ON TOILETRIES UP TO
        3 OUNCES THAT FIT COMFORTABLY IN ONE QUART SIZED CLEAR PLASTIC BAG
        FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
        MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.
04 OCT 06  -  WEDNESDAY
   AIR  DELTA AIR LINES INC  FLT:5441   COACH
        NEW YORK LGA-JACKSONVILLE  FL OPERATED BY COMAIR INC
        LV NEW YORK LGA               630P        EQP: CANADAIR REG JET
        DEPART: DELTA TERMINAL                    02HR 35MIN
        AR JACKSONVILLE    FL         905P        NON-STOP
                                                  REF: PJ0BES
        COMERFORD/MICHA   SEAT-12A
  HOTEL JACKSONVILLE    FL            OUT-05OCT   CORP ID-
        OMNI HOTELS                   1 NIGHT
        OMNI JACKSONVILLE HOTEL       1 ROOM      DELUXE ROOM REQUEST  1 KIN
        245 WATER STREET              COMPLIMENTARY WIRELESS INTERNE
        JACKSONVILLE FL 32202         RATE-189.00USD PER NIGHT
        FONE 1-904-355-6664           CANCEL BY 12P DAY OF ARRIVAL
        FAX  1-904-791-4812
        GUARANTEED LATE ARRIVAL
        CONFIRMATION 2007622285
        RQSTS NON SMOKIN G KING RM

05 OCT 06  -  THURSDAY
   AIR  DELTA AIR LINES INC  FLT:5584   COACH
        JACKSONVILLE   FL-NEW YORK LGA OPERATED BY COMAIR INC
        LV JACKSONVILLE   FL          630P        EQP: CANADAIR REG JET
                                                  02HR 30MIN
        AR NEW YORK LGA               900P        NON-STOP
        ARRIVE: DELTA TERMINAL                    REF: PJ0BES
        COMERFORD/MICHA   SEAT-10D

03 APR 07  -  TUESDAY
  OTHER INFORMATION
        HAVE A GREAT TRIP

                        BILLED TO                              44.00*
```

CONTINUED ON PAGE 2

# OMNI HOTELS

OMNI JACKSONVILLE HOTEL
245 WATER STREET
JACKSONVILLE FL 32202
Tele- 904-355-6664 Fax- 904-791-4812

COMERFORD, MICHAEL

Room Number: 1221
Daily Rate: 189
Room Type: KNR
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 10/04/06 | 10/05/06 | | WIN | CONS | 11500620490 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 10/04/06 | 1221 | ROOM CHARGE | #1221 COMERFORD, MICHAEL | $189.00 |
| 10/04/06 | 1221 | OCCUPANCY TAX | OCCUPANCY TAX | $24.57 |
| 10/05/06 | 1221 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($213.57) |
| 10/05/06 | 1221 | ROOM SERVICE (breakfast) | 1221/1210/07:03/ROOM SERVICE | $12.41 |
| 10/05/06 | 1221 | ~~HONOR BAR~~ | ~~HONOR BAR~~ | ~~$9.50~~ |
| 10/05/06 | 1221 | ~~HONOR BAR SERVICE CHARGE~~ | ~~HONOR BAR SERVICE CHARGE~~ | ~~$1.90~~ |
| 10/05/06 | 1221 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($23.81) |

TOTAL DUE: $0.00

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3 ITINERARY/INVOICE NO. 0005583 DATE: 04 OCT 06
CUSTOMER NBR: PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATTN SOPHIE LAOUTARIS 56TH/16-A

FOR: COMERFORD/MICHAEL REF:

---

AIR TICKET DL7785464141 COMERFORD MICHAEL
ELEC TKT BILLED TO 548.60*

| | |
|---|---|
| TOTAL BASE | 535.16 |
| TOTAL TAX | 57.44 |
| NET CC BILLING | 592.60* |
| TOTAL AMOUNT DUE | 0.00 |

GC 06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
09591-38522-00900
424370 AS3
PASSENGER RECEIPT
NOT TRANSFERABLE
ETKT
A·R·C
DELTA AIR LINES INC XXXXX
AGENT CODE A33527454
NAME OF PASSENGER COMERFORD/MICHAEL
LAWYERS TRAVEL NEW YORK NY US04OCT06
COMERFORD/MICHAEL DHXXRD/AA MULTI 6 0011/
LGA
JAX DL5441 K 04OCTK0NBV
LGA DL5584 H 05OCTH0NBV
**NOT VALID FOR** THIS IS YOUR RECEIPT
ISSUING AGENT ID 8N69AS3
**TRANSPORTATION*
NONREFUNDABLE/CHANGE FEE MAY APPLY
186305 /FCNYC DL JAX21
3.02K0NBV DL NYC278.14H0NBV 491.16 END ZPLGAJAX XT5
.00AY9.00XFLGA4.5JAX4.5

FARE XT 14.00
USD 491.16
US 36.84
ZP 6.60
TOTAL USD 548.60

STOCK CONTROL NO 38543013714
DOCUMENT NUMBER 0 006 7785464141 3
NOT VALID FOR TRAVEL
0 006 7785464141 3
AA33527454

A·R·C PASSENGER RECEIPT
ISSUED BY AIRLINES REPORTING CRP
AGENT CODE A33527454
NAME OF PASSENGER MISCELLANEOUS CHARGES ORDER
LAWYERS TRAVEL NEW YORK NYUS04OCT06
COMERFORD/MICHAEL 7 0011/
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE
/ 141405
NOT VALID FOR TRAVEL

FARE USD 44.00
TAX/FEE/CHARGE 0.00
STOCK CONTROL NO 38543013740
DOCUMENT NUMBER 890 8132012364 0

DOCUMENT IS HEAT SENSITIVE
Do not expose to prolonged periods of excessive heat or light
COPYRIGHT AIRLINES REPORTING CORP



**PRIME TRANSPORT**

**Customer's Receipt**

*A Reliable Sedan & Shuttle Service*

Tel: (904) 868-0948/(904) 622-7477

P.O. Box 8232

Jacksonville, Florida 32239

10/5

Name M. Comfort

From Omni Hotel Jax

To Jax Airport

Fare $ 40.00

Driver's Name Harold

"We value your business"

**GATOR CITY TAXI**

Jacksonville, Florida

Taxi - 355-8294

Beach - 249-6289

**Yellow Cab**

260-1111

**CITICAB**

425-2222

**EXPRESS Shuttle**

353-8880

Name M. Comfort

From Jax Airport

To Omni Hotel, Jax

Fare $50

Date 10/4 Unit# ____

Driver's Name ____

Driver's ID ____

HMS HOST STARBUCK #3
JACKSONVILLE AIRPORT

8 Guerline

41 OCT 05 06 5:47PM

| | |
|---|---|
| Cranberry Scone | 2.39 |
| 2 Tall DRIP CR | 1.79 |
| Subtotal | 4.18 |
| Tax | 0.30 |
| Amt Paid | 4.48 |
| Cash | 10.00 |
| Change Due | 5.52 |

DID WE SHINE FOR YOU?
COMPLIMENTS OR COMPLAINTS
CALL 904-741-0040 EXT 1

Voucher #595750 Page 1 of 1

(1)

| ACCOUNT NO. | DEPT./EMPLOYEE NO. 09591 | CAR NO. | JOB NO. 0018 | A 595750 |
|---|---|---|---|---|

| NAME OF COMPANY Milbank Tweed | | | DATE 10/5/06 | DISPATCH TIME 815 | TIME OF P/U 910 AM | REL TIME 945 AM | ORIGINAL COPY OFFICE USE ONLY |
|---|---|---|---|---|---|---|---|
| NAME OF PASSENGER Michael Comfort | | | VIP NO. / Passenger Initials | CLIENT NO. 38527 | MATTER NO. 00400 | | FLAT RATE 75 |
| FROM ☐ OTHER Laguardia | Zip Code | Zone 333 | Orig W/T 10M | PROJECT CODE | | | STOP CHARGE |
| Check if not enroute ☐ 1 | Zip Code | Zone | W/T | SHORT TITLE | | | TOTAL W/T CHARGE 6 |
| Check if not enroute ☐ 2 | Zip Code | Zone | W/T | REMARKS | | | TOLLS |
| Check if not enroute ☐ 3 | Zip Code | Zone | W/T | | | | PARKING 6 |
| | | | | | | | TIPS |
| | | | | | | | PHONE |
| TO FINAL DESTINATION Garden City L.I. | Zip Code - | Zone 520 | TOTAL W/T 10M | Telephone Time | Initials | | OTHER 12 |
| | | | | Authorized Signature | | | NYS SS SURCH |
| | | | | Passenger Signature | | | TOTAL 99 |

LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

http://www.citicar.us/rb/webcharge/asp/vimage.asp?confirmation_no=0600140018&vouch... 3/27/2007

2

(3)

17-Oct-06
11:36 AM

Page 1
DG1016114247
**Matthew Barr**
Employee ID: 08972

# Milbank, Tweed, Hadley & McCloy LLP

## Travel Expense Voucher

**Departure Date:** 10/11/20 **Return Date:** 10/13/2006

**Expense Type:** Client Chargeable
**Matter:** 38522.03000
**Short Title:** WINN DIXIE CREDITORS' COMMITTEE-REORGANIZATION

**Business Reason:**
Business trip to Jacksonville, FL to meet with clients and attend hearings in Winn Dixie.

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 10/11/2006 | - Transportation<br>*Miscellaneous Travel Agency Fee*<br>**Mode:** *Air* | **From:** *Jacksonville FL* | **To:** *LaGuardia NY* | $44.00 |
| | - Transportation<br>*$1,023.60 minus $714.30 = $309.30 (one way to Jacksonville FL)*<br>**Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville FL* | $309.30 |
| | - Lodging<br>**Hotel:** *Omni Jacksonville Hotel* | **City:** *Jacksonville* | **Days:** 2 | ~~$461.04~~ |
| | | | **Total Day:** | $814.34 |
| 10/12/2006 | - Meals<br>*Breakfast with Michael Comerford (receipt on Omni Jacksonville Hotel bill)* | | | $26.47 |
| | | | **Total Day:** | $26.47 |
| 10/13/2006 | - Transportation<br>*Miscellanous Travel Agency Fee*<br>**Mode:** *Air* | **From:** *Newark NJ* | **To:** *Jacksonville FL* | $44.00 |
| | - Transportation<br>*Return Trip*<br>**Mode:** *Air* | **From:** *Jacksonville FL* | **To:** *LaGuardia NY* | $1,011.10 |
| | - Meals<br>*Breakfast with Michael Comerford (no receipt)* | | | $30.00 |
| | | | **Total Day:** | $1,085.10 |

| | |
|---|---|
| **Total Voucher:** | $1,925.91 |
| **Cash Advances:** | $0.00 |
| **Due Individual:** | $1,925.91 |
| **Due Firm:** | $0.00 |

Make check payable to: Barr, Matthew
Petty Cash No:
Return check to: Barr, Matthew
Special instructions:
Requestor Signature/Date: Matthew Barr
Final Approval Signature/Date: ................................

5647

③

Job #:190877 On Date:10/11/06 00:00:00 Car:37C Ticket:A1819108

**LA 1819108**

*For Office Use Only*

AUTH. BY→ [signature]

FARE # 1 9 0 8 7 7

(NAME OF COMPANY) [signature]

(NAME OF PASSENGER) M S Bar

FROM

TO NWK Airport

| Client No. | Matter No. | Employee No. |
|---|---|---|
| RK1112 | 1/190 | 89172 |

☐ Personal ☐ Overtime ☐ Temporary ☐ Package

**DIAL CAR**
www.dialcar.com
2104 AVENUE X, BROOKLYN, NY 11235
(718) 743-8200
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 743

ACCOUNT NO. | DEPT. NO. | J566 - NWK

CAR NO: 37

PICK-UP TIME 2:26 A.M. P.M.

DATE 10/11/06

ACTUAL PICK-UP TIME 2:26

INT ☐

STOPS
1
2 Res
3 037
4
5 045
6

OVER ☐

| | |
|---|---|
| PRICE | |
| S.C. | |
| A.S. | |
| Orig. W.T. | 16 min |
| STOPS W.T. | |
| PHONE CALLS | |
| TOLLS | 8.00 |
| MISC. | |
| GRATUITY | |
| TOTAL | |





Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

OVATION
TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3 ITINERARY/INVOICE NO. 0005668 DATE: 10 OCT 06
CUSTOMER NBR: GWBXIM PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENISE GARGANO 56-15D

FOR: BARR/MATTHEW REF:

---

AS OF 9-26-06 - LIQUIDS PURCHASED IN SECURE AREAS ARE ALLOWED ON BOARD. TRAVELERS ARE ALLOWED TO CARRY ON TOILETRIES UP TO 3 OUNCES THAT FIT COMFORTABLY IN ONE QUART SIZED CLEAR PLASTIC BAG FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.
THIS TICKET HAS BEEN ISSUED ELECTRONICALLY
CONTINENTAL AIRLINES CONFIRMATION NO IS

11 OCT 06 - WEDNESDAY

AIR CONTINENTAL AIRLINES FLT:505 COACH
LV NEWARK 340P EQP: BOEING 737 500
DEPART: TERMINAL C 02HR 40MIN
AR JACKSONVILLE FL 620P NON-STOP
REF: ALYMXZ
BARR/MATTHEW SEAT-18F VEGETARIAN
SEATING RESTRICTED TO AIRPORT CHECK IN
NO AISLE SEATING AVAILABLE FOR ASSIGNMENT AT THIS TIME

HOTEL JACKSONVILLE FL OUT-13OCT CORP
OMNI HOTELS 2 NIGHTS
OMNI JACKSONVILLE HOTEL 1 ROOM DELUXE ROOM REQUEST 1 KIN
245 WATER STREET COMPLIMENTARY WIRELESS INTERNE
JACKSONVILLE FL 32202 RATE-219.00USD PER NIGHT
FONE 1-904-355-6664 CANCEL BY 12P DAY OF ARRIVAL
FAX 1-904-791-4812
GUARANTEED LATE ARRIVAL
CONFIRMATION
RQSTS NON SMOKING KING RM

13 OCT 06 - FRIDAY

AIR DELTA AIR LINES INC FLT:5584 COACH
JACKSONVILLE FL-NEW YORK LGA OPERATED BY COMAIR INC
LV JACKSONVILLE FL 630P EQP: CANADAIR REG JET
02HR 30MIN
AR NEW YORK LGA 900P NON-STOP
ARRIVE: DELTA TERMINAL REF:
BARR/MATTHEW SEAT-1C VEGETARIAN

11 APR 07 - WEDNESDAY

OTHER INFORMATION
HAVE A GREAT TRIP

CONTINUED ON PAGE 2

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION
TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: S3 ITINERARY/INVOICE NO. 0005668 DATE: 10 OCT 06
CUSTOMER NBR: PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENISE GARGANO 56-15D

FOR: BARR/MATTHEW REF: 0

| | | |
|---|---|---|
| | BILLED TO | 44.00* |
| AIR TICKET<br>ELEC TKT | BARR MATTHEW<br>BILLED TO | 1,023.60* |
| | TOTAL BASE | 977.02 |
| | TOTAL TAX | 90.58 |
| | NET CC BILLING | 1,067.60* |
| | TOTAL AMOUNT DUE | 0.00 |

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE. TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS 8N69
AN 18.00 FEE WILL BE CHARGED FOR CALLS TO THE
TRAVEL HELPLINE.
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE
FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR
CHANGES TO THIS ITINERARY WILL RESULT IN 100
PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES
IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.
THANK YOU FOR CHOOSING
THE LAWYERS TRAVEL SERVICE FOR YOUR TRAVEL NEEDS.
PLEASE VISIT OUR ONLINE SURVEY AT
WWW.LAWYERSTRAVEL.COM/SURVEY
AFTER TICKET HAS BEEN ISSUED ANY CHANGES THAT INCUR
ADDITIONAL COST WILL BE THE RESPONSIBILITY OF TRAVELLER

CONTINUED ON PAGE 3

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

**OVATION**
**TRAVEL GROUP**

**THE LAWYERS' TRAVEL SERVICE**
**OVATION CORPORATE TRAVEL**
**OVATION VACATIONS**

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: G0 ITINERARY/INVOICE NO. 0005736 DATE: 13 OCT 06
CUSTOMER NBR: PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENISE GARGANO 56-15D

FOR: BARR/MATTHEW REF:

---

13 OCT 06 - FRIDAY

| | | | | |
|---|---|---|---|---|
| AIR | US AIRWAYS | FLT:1782 | FIRST CLASS | |
| | LV JACKSONVILLE FL | | 740P | EQP: BOEING 737 400 |
| | | | | 01HR 14MIN |
| | AR CHARLOTTE | | 854P | NON-STOP |
| | | | | REF: |
| AIR | US AIRWAYS | FLT:1548 | FIRST CLASS | |
| | LV CHARLOTTE | | 950P | EQP: AIRBUS A321 |
| | | | | 01HR 39MIN |
| | AR NEW YORK LGA | | 1129P | NON-STOP |
| | ARRIVE: USAIRWAYS LA GUARDIA TERM | | | REF: |

| | | |
|---|---|---|
| | BILLED TO | 44.00* |
| AIR TICKET | BARR MATTHEW | |
| ELEC TKT | BILLED TO | 1,011.10* |
| | TOTAL BASE | 966.79 |
| | TOTAL TAX | 88.31 |
| | NET CC BILLING | 1,055.10* |
| | TOTAL AMOUNT DUE | 0.00 |

CONTINUED ON PAGE 2

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

OVATION TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: G0 ITINERARY/INVOICE NO. 0005736 DATE: 13 OCT 06
CUSTOMER NBR: PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENISE GARGANO 56-15D

FOR: BARR/MATTHEW REF:

---

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE. TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS 8N69
AN 18.00 FEE WILL BE CHARGED FOR CALLS TO THE
TRAVEL HELPLINE.
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE
FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR
CHANGES TO THIS ITINERARY WILL RESULT IN 100
PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES
IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED
IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.
THANK YOU FOR CHOOSING
THE LAWYERS TRAVEL SERVICE FOR YOUR TRAVEL NEEDS.
PLEASE VISIT OUR ONLINE SURVEY AT
WWW.LAWYERSTRAVEL.COM/SURVEY

HU*

# OMNI JACKSONVILLE HOTEL

OMNI JACKSONVILLE HOTEL
245 WATER STREET
JACKSONVILLE FL 32202
**Tele-** 904-355-6664 **Fax-** 904-791-4812

BARR, MATTHEW

**Room Number:** 1214
**Daily Rate:** 189
**Room Type:** DDN
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 10/11/06 | 10/13/06 | | WOOD | CONS | |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 10/11/06 | 1214 | ROOM CHARGE | #1214 BARR, MATTHEW | $219.00 |
| 10/11/06 | 1214 | OCCUPANCY TAX | OCCUPANCY TAX | $28.47 |
| 10/12/06 | 1214 | JULIETTE'S RESTAURANT | 1214/9177/09:48/JULIETTE'S RESTAURANT | $26.47 |
| 10/12/06 | 1214 | ROOM CHARGE | #1214 BARR, MATTHEW | $189.00 |
| 10/12/06 | 1214 | OCCUPANCY TAX | OCCUPANCY TAX | $24.57 |
| 10/13/06 | 1214 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($487.51) |

**TOTAL DUE:** $0.00



PASSENGER TICKET AND BAGGAGE CHECK
08972-38522-03000
PASSENGER RECEIPT
A24370 0005736 AG0
ETKT
A·R·C
US AIRWAYS XXXXX A33527454 BARR/MATTHEW
LAWYERS TRAVEL NEW YORK NY US13OCT06 JAX
BARR/MATTHEW LNKPRB/AA YUP6 6 0011/ XCLT US1782 F 13OCTYUP6
**NOT VALID FOR** THIS IS YOUR RECEIPT 13OCT13OCT LGA US1548 F 13OCTYUP6
**TRANSPORTATION* 8N69AG0
109784 /FCJAX US X/CLT
US NYC922.79YUP6 922.79 END ZPJAXCLT XT5.00AY7.50X
FJAX4.5CLT3
XT 12.50
USD 922.79
US 69.21
ZP 6.60
USD 1011.10
38543019255 0 037 7789786283 0
NOT VALID FOR TRAVEL
0 037 7789786283 0
AA33527454

PASSENGER TICKET AND BAGGAGE CHECK
08972-38522-03000
PASSENGER RECEIPT
A24370 0005668 AS3
ETKT
A·R·C
CONTINENTAL AIRLINES XXXXX A33527454 BARR/MATTHEW
LAWYERS TRAVEL NEW YORK NY US10OCT06 EWR
BARR/MATTHEW GWBXIM/AA MULTI 6 0011/ OJAX CO505 Y 11OCTYB
**NOT VALID FOR** THIS IS YOUR RECEIPT LGA DL5584 Y 13OCTY0BV
**TRANSPORTATION* 8N69AS3
/-REFUNDABLE-/
163496 /FCEWR CO JAX27
3.14YB DL NYC654.88Y0BV 933.02 END ZPEWRJAX XT5
.00AY9.00XFEWR4.5JAX4.5
XT 14.00
USD 933.02
US 69.98
ZP 6.60
USD 1023.60
38543016794 0 005 7785464217 5
NOT VALID FOR TRAVEL
0 005 7785464217 5
AA33527454

Continental Airlines
Name: BARR/MATTHEW
Date: WED 11 OCT 2006
112
OnePass
Mileage: 831 Miles
Flight: CO 505 Y
Added to First Class standby l
Gate: C70 Gate May Change: Check Before Departure
Exit Row Seat: 12E
Access
eTicket

Continental Airlines
Access
Name: BARR/MATTHEW
WED 11 OCT 2006
112
OnePass
Mileage: 831 Miles
Flight: CO 505 Y
Gate: C70
Exit Row Seat: 12E
Depart: Newark Liberty Intl 3:40 PM
Arrive: Jacksonville 6:20 PM
Board Time: 3:05 PM

US AIRWAYS

*E-TICKET* LOV /JAX
BARR/MATTHEW

CHARLOTTE
NEW YORK LGA
US AIRWAYS

US 1548F 13OCT 950P

C12 920P 6D NO

ZONE 1

2 037 7789786283 6
CONNECTION

US AIRWAYS

*E-TICKET* LOV /JAX
BARR/MATTHEW

JACKSONVILLE FL
CHARLOTTE
US AIRWAYS

US 1782F 13OCT 740P

B8 710P 2D NO

ZONE 1

1 037 7789786283 3

(3)

Fare:$35.89 SC:$3.00 AS:$.00 Wait:$3.00
Tolls:$4.50 Misc:$3.00 Phone:$.00 Total:$50.38

Job #:197227 On Date:10/13/06 00:00:00 Car:269B Ticket:A1671161

**LA 1671161**

*For Office Use Only*

FARE # 1 1 9 7 2 2 7

CAR NO: 269

PICK-UP TIME 11:24 A.M. / P.M.

DATE 10-13

AUTH. BY: [signature]

(NAME OF COMPANY)

(NAME OF PASSENGER)

FROM LGA Airport

TO Short Hills NJ

ACTUAL PICK-UP TIME 23:59

INT

STOPS

| Client No. | Matter No. | Employee No. |
|---|---|---|
| 121815 | 11100 | 8972 |

☐ Personal ☐ Overtime ☐ Temporary ☐ Package

269 6

357

2324 Reze

**DIAL CAR**
www.dialcar.com
2104 AVENUE X, BROOKLYN, NY 11235
(718) 743-8200
WHEN OUT OF TOWN OR AT AIRPORT CALL 1-800-DIAL 743

| PRICE | |
|---|---|
| S.C. | |
| A.S. | |
| Orig. W.T. | 25 Min |
| STOPS W.T. | |
| PHONE CALLS | |
| TOLLS | 6.00 |
| MISC | PK 6.00 |
| GRATUITY | |
| TOTAL | |

ACCOUNT NO. DEPT. NO.

LAG – NJ566

OVER ☐

Fare:$105.73 SC:$15.00 AS:$.00 Wait:$12.00 NYSSC:$2.95
Tolls:$12.00 Misc:$3.00 Phone:$.00 Total:$150.68

3

17-Oct-06
9:59 AM

Milbank, Tweed, Hadley & McCloy LLP

**Travel Expense Voucher**

**Departure Date:** 10/11/20 **Return Date:** 10/13/2006

Page 1
SL1017094539
**Michael Comerford**
Employee ID: 09591

**Expense Type:** Client Chargeable
**Matter:** 38522.03000
**Short Title:** WINN DIXIE CREDITORS' COMMITTEE-REORGANIZATION

**Business Reason:** Winn Dixie Hearing

| Receipt Date | Receipt Type | | | Receipt Amount |
|---|---|---|---|---|
| 10/11/2006 | - Transportation<br>*Airfare=$309.30 + Service Fee=$44=353.30*<br>**Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | $353.30 |
| | - Meals<br>*Dinner* | | | $7.14 |
| | - Meals<br>*Dinner with Matt Barr* | | | $99.63 |
| | - Taxis,Baggage,Tolls etc.<br>*Taxi from Airport to Hotel* | | | $50.00 |
| | | | **Total Day:** | $510.07 |
| 10/13/2006 | - Transportation<br>*Airfare=$1011.10 + Service Fee=$44.00=$1,055.10*<br>**Mode:** *Air* | **From:** *Jacksonville* | **To:** *LGA* | $1,055.10 |
| | - Lodging<br>**Hotel:** *Omni Jacksonville Hotel* | **City:** *Jacksonville* | **Days:** 2 | $417.14 |
| | - Meals<br>*Dinner* | | | $40.00 |
| | - Taxis,Baggage,Tolls etc.<br>*Taxi from Hotel to Airport* | | | $50.00 |
| | - Miscellaneous<br>*Photocopies for WD Hearing* | | | $1.25 |
| | | | **Total Day:** | $1,563.49 |

Make check payable to: Comerford, Michael
Petty Cash No:
Return check to: Comerford, Michael/Room: 5654
Special instructions:
Requestor Signature/Date:
Final Approval Signature/Date:

| | |
|---|---|
| **Total Voucher:** | $2,073.56 |
| **Cash Advances:** | $0.00 |
| **Due Individual:** | $2,073.56 |
| **Due Firm:** | $0.00 |

Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

SALES PERSON: S3 ITINERARY/INVOICE NO. 0005669 DATE: 10 OCT 06
CUSTOMER NBR: PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATTN SOPHIE LAOUTARIS 56TH/16-A

FOR: COMERFORD/MICHAEL REF:

AIR TICKET
ELEC TKT

| | | |
|---|---|---|
| COMERFORD MICHAEL | | $304.30 |
| BILLED TO | 1,023.60* | CREDIT |
| TOTAL BASE | 977.02 | |
| TOTAL TAX | 90.58 | $714.30 |
| NET CC BILLING | 1,067.60* | |
| TOTAL AMOUNT DUE | 0.00 | |

used 1 ticket
cancelled 2ND TICKET

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO DEPARTURE. TO ASSURE PROPER FREQUENT TRAVELER MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL 800-876-4922 YOUR MEMBERSHIP ID IS 8N69
AN 18.00 FEE WILL BE CHARGED FOR CALLS TO THE TRAVEL HELPLINE.
THIS NON REFUNDABLE TICKET IS VALID ONLY FOR THE FLIGHTS AND DATES ON THE TICKET. CANCELLATION OR CHANGES TO THIS ITINERARY WILL RESULT IN 100 PERCENT PENALTY AND DEEM THE TICKET INVALID.
CHECK WITH YOUR AGENT TO VERIFY STAND-BY PENALTIES IF APPLICABLE.
PLEASE NOTE...CAR RENTAL INSURANCE IS NOT COVERED IF USING CORPORATE AMERICAN EXPRESS CARD TO PAY BILL.
INSURANCE COVERAGE IS AVAILABLE IF USING CORPORATE

06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE
ETKT

09591-38522-03000 424370 0005669 AS3

PASSENGER RECEIPT

XXXXXXXXX BOARDING PASS

A·R·C XXXX

ISSUED BY CONTINENTAL AIRLINES XXXXX
LAWYERS TRAVEL NEW YORK NY US10OCT06
COMERFORD/MICHAEL CHWZBX/AA MULTI 6 0011 /
**NOT VALID FOR** THIS IS YOUR RECEIPT
**TRANSPORTATION* 8N69AS3
/-REFUNDABLE-/

AGENT CODE A33527454

NAME OF PASSENGER COMERFORD/MICHAEL
EWR
JAX C0505 Y 11OCTYB
LGA DL5584 Y 13OCTY0BV

160702 /FCEWR CO JAX27
8.14YB DL NYC654.88Y0BV 933.02 END ZPEWRJAX XT5
.00AY9.00XFEWR4.5JAX4.5

FARE XT 14.00
USD 933.02
US 69.98

***********

NOT VALID FOR TRAVEL



06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK
09591-38522-03000
PASSENGER RECEIPT
A24370 0005737 AG0

ETKT
A·R·C
XXXXX
ISSUED BY US AIRWAYS
LAWYERS TRAVEL
COMERFORD/MICHAEL
**NOT VALID FOR**
**TRANSPORTATION*
NEW YORK NY US13OCT06
AGENT CODE A33527454
EGLKEQ/AA YUP6
6 0011/
THIS IS YOUR RECEIPT 13OCT13OCT
8N69AG0

NAME OF PASSENGER COMERFORD/MICHAEL
JAX
XCLT US1782 F 13OCTYUP6
LGA US1548 F 13OCTYUP6

152165 /FCJAX US X/CLT
US NYC922.79YUP6 922.79 END ZPJAXCLT XT5.00AY7.50X
FJAX4.5CLT3

FARE XT 12.50
USD 922.79
US 69.21
ZP 6.60
TOTAL USD 1011.10

STOCK CONTROL NO 38543019292
DOCUMENT NUMBER 0 037 7789786284 1

NOT VALID FOR TRAVE
0 037 7789786284 1
AA33527454

DOCUMENT IS HEAT SENSITIVE
Do not expose to prolonged periods of excessive heat or light

06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK
09591-38522-03000
XXXXXXXXXXXXXXXXXX
MISCELLANEOUS CHARGES ORDER
A·R·C PASSENGER RECEIPT
A24370 0005737 AG0

ISSUED BY AIRLINES REPORTING CRP
LAWYERS TRAVEL
COMERFORD/MICHAEL
AIRLINES REPORTING CORP
TRAVEL RELATED SERVICE FEE
NEW YORK NYUS13OCT06
AGENT CODE A33527454
EGLKEQ/AA
7 0011/
8N69AG0

NAME OF PASSENGER MISCELLANEOUS CHARGES ORDER
NOT VALID FOR TRAVEL

FARE USD 44.00
TAX/FEE/CHARGE 0.00
TOTAL USD 44.00

STOCK CONTROL NO 38543019325
DOCUMENT NUMBER 890 8133361121 1

8901 AA33527454

DOCUMENT IS HEAT SENSITIVE
Do not expose to prolonged periods of excessive heat or light

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

SALES PERSON: G0 ITINERARY/INVOICE NO. 0005737 DATE: 13 OCT 06
CUSTOMER NBR: PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
ATTN SOPHIE LAOUTARIS 56TH/16-A

FOR: COMERFORD/MICHAEL REF:

---

ITINERARY BELOW ISSUED AS AN ELECTRONIC TICKET.
USAIR CONFIRMATION CODE IS
SEATING UNDER AIRPORT CONTROL

13 OCT 06 - FRIDAY

| | | | | |
|---|---|---|---|---|
| AIR | US AIRWAYS | FLT:1782 | FIRST CLASS | |
| | LV JACKSONVILLE FL | | 740P | EQP: BOEING 737 400<br>01HR 14MIN |
| | AR CHARLOTTE | | 854P | NON-STOP<br>REF: |
| AIR | US AIRWAYS | FLT:1548 | FIRST CLASS | |
| | LV CHARLOTTE | | 950P | EQP: AIRBUS A321<br>01HR 39MIN |
| | AR NEW YORK LGA<br>ARRIVE: USAIRWAYS LA GUARDIA TERM | | 1129P | NON-STOP<br>REF: |

| | | |
|---|---|---|
| MCO | | 44.00* |
| AIR TICKET<br>ELEC TKT | COMERFORD MICHAEL<br>BILLED TO | 1,011.10* |
| | TOTAL BASE | 966.79 |
| | TOTAL TAX | 88.31 |
| | NET CC BILLING | 1,055.10* |
| | TOTAL AMOUNT DUE | 0.00 |

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE. TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS 8N69
AN 18.00 FEE WILL BE CHARGED FOR CALLS TO THE
TRAVEL HELPLINE.

HU*

# OMNI JACKSONVILLE HOTEL

OMNI JACKSONVILLE HOTEL
245 WATER STREET
JACKSONVILLE FL 32202
**Tele-** 904-355-6664 **Fax-** 904-791-4812

**Room Number:** 1213
**Daily Rate:** 189
**Room Type:** DDN
**No. of Guests:** 1 / 0

COMERFORD, MICHAEL

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 10/11/06 | 10/13/06 | | WOOD | CONS | |

| DATE | ROOM NO | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 10/11/06 | 1213 | JULIETTE'S RESTAURANT | 1213/9122/21:19/JULIETTE'S RESTAURANT | ~~$89.63~~ – M. |
| 10/11/06 | 1213 | ROOM CHARGE | #1213 COMERFORD, MICHAEL | $189.00 |
| 10/11/06 | 1213 | OCCUPANCY TAX | OCCUPANCY TAX | $24.57 |
| 10/12/06 | 1213 | ROOM CHARGE | #1213 COMERFORD, MICHAEL | $189.00 |
| 10/12/06 | 1213 | OCCUPANCY TAX | OCCUPANCY TAX | $24.57 |
| 10/13/06 | 1213 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($516.77) |

**TOTAL DUE:** $0.00

Guest Receipt
GBCblue Self-Service Copier/Fax

---

Transaction Number:
Oct 13, 2006 7:10 AM

Result Code: 200

---

6 Black/White Copy @ $0.10 = $0.60

---

Subtotal = $1.25
Tax = $0.00

Total = $1.25

Photocopies for WD hearing

Thank you for using GBCblue Guest-Use Self-Service business center.
There is a $1.25 minimum fee for this service. Support: 1-888-422-2583
For billing inquiries, please call 1-503-416-7817

Voucher #586169

(4)

ACCOUNT NO.

DEPT./EMPLOYEE NO. 09591

CAR NO.

JOB NO. 4303

A 586169

NAME OF COMPANY

DATE 10/13/06

DISPATCH TIME

TIME OF P/U 11:54 AM PM

FREE TIME AM PM

ORIGINAL COPY

OFFICE USE ONLY

NAME OF PASSENGER

VIP NO.

Passenger Initials

CLIENT NO. 38522

MATTER NO. 00900

FLAT RATE 75.00

FROM OTHER

Zip Code

Zone 333

Orig W/T 10

PROJECT CODE

STOPS CHARGE

TOT. W/T CHARGE 6.00

Check if not enroute

Zip Code

Zone

W/T

SHORT TITLE

TOLLS

1

Check if not enroute

Zip Code

Zone

W/T

REMARKS

PARKING 3.00

2

TIPS

Check if not enroute

Zip Code

Zone

W/T

PHONE

3

TO FINAL DESTINATION

Zip Code

Zone 670

TOTAL W/T

Telephone Time

Initials

OTHER 12.00

NYS TAX SURCHG.

Authorized Signature

LOTUS RIDE (718) 707-5000

Preferred Service (reservation only) (718) 707-5190

Limousines, Vans & Buses (718) 707-0100

Passenger Signature

TOTAL

ONLINE RESERVATIONS — www.lotusride.com

OUT OF TOWN CALL: (800) 573-5342

4

Voucher #592784

(5)

A 592784

| ACCOUNT NO. | DEPT./EMPLOYEE NO. 8697 | CAR NO. | JOB NO. |
|---|---|---|---|
| NAME OF COMPANY Milbank | DATE | DISPATCH TIME | TIME OF P/U | REAL TIME |
| NAME OF PASSENGER D Dunne | VIP NO. | CLIENT NO. 35722 | MATTER NO. |
| FROM One Chase | Zip Code | Zone | Orig W/T | PROJECT CODE |
| 1 Check if not enroute | Zip Code | Zone | W/T | SHORT TITLE |
| 2 Check if not enroute | Zip Code | Zone | W/T | REMARKS 101-77701 |
| 3 Check if not enroute | Zip Code | Zone | W/T | Telephone Time / Initials |
| TO FINAL DESTINATION Newark | Zip Code | Zone | TOTAL W/T | Authorized Signature |

ORIGINAL COPY — OFFICE USE ONLY: FLAT RATE; STOPS CHARGE; WAITING CHARGE; TOLLS; PARKING; TIPS; PHONE; OTHER; NYS SALES TAX/SURCHARGE; TOTAL 83.00

LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

OUT OF TOWN CALL: [illegible]



16-Oct-06
11:16 AM

Milbank, Tweed, Hadley & McCloy LLP

**Travel Expense Voucher**

**Departure Date:** 10/12/20 **Return Date:** 10/13/2006

Page 1
TB1016105751
**Dennis Dunne**
**Employee ID:** 08697

**Expense Type:** Client Chargeable
**Matter:** 38522.03000
**Short Title:** WINN DIXIE CREDITORS' COMMITTEE-REORGANIZATION

**Business Reason:**
Confirmation hearing.

| Receipt Date | Receipt Type | | | | Receipt Amount |
|---|---|---|---|---|---|
| 10/12/2006 | - Transportation<br>*Travel agent fee.* | | | | $44.00 |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | | 31.2 |
| | - Transportation<br>*Round trip Continental flight from Newark to Jacksonville, Florida.* | | | | $668.60 ✓ |
| | **Mode:** *Air* | **From:** *Newark* | **To:** *Jacksonville* | | 31.29-100 |
| | - Lodging | | | | $244.86 213.57-02 |
| | **Hotel:** *Omni Jacksonville Hotel* | **City:** *Jacksonville, Florida* | **Days:** *1* | | |
| | - Taxis,Baggage,Tolls etc.<br>*Taxi from airport to hotel and taxi from hotel to airport. $25.00 each way.* | | | | $50.00 ✓ |
| | | | | **Total Day:** | $1,007.46 |

| | |
|---|---|
| **Total Voucher:** | $1,007.46 |
| **Cash Advances:** | $0.00 |
| **Due Individual:** | $1,007.46 |
| **Due Firm:** | $0.00 |

Make check payable to: Dunne, Dennis    **Petty Cash No:**

Return check to: Dunne, Dennis /Room 5645

Special instructions:

Requestor Signature/Date: ..............................

Final Approval Signature/Date: ..............................

OMNI JACKSONVILLE HOTEL
245 WATER STREET
JACKSONVILLE FL 32202
**Tele-** 904-355-6664 **Fax-** 904-791-4812

DUNNE, DENNIS F

613
189
DDN
1 / 0

10/12/06 10/13/06 WIN CONS 11500621132

| | | | | |
|---|---|---|---|---|
| 10/12/06 | 613 | ROOM CHARGE | #613 DUNNE, DENNIS F | $189.00 |
| 10/12/06 | 613 | OCCUPANCY TAX | OCCUPANCY TAX | $24.57 |
| 10/13/06 | 613 | ROOM SERVICE | 613/1787/08:22/ROOM SERVICE | $31.29 |
| 10/13/06 | 613 | AMERICAN EXPRESS | #613 DUNNE, DENNIS F | ($244.86) |

**CREDIT DUE:** ($0.00)

  **eTicket Itinerary and Receipt**

| Day | Date | Flight | Depart | Time | Arrive | Time | Equip | Meal |
|---|---|---|---|---|---|---|---|---|
| Thu | 12OCT06 | CO2615Y | Newark-Liberty Intl | 8:35 PM | Jacksonville | 11:13 PM | ERJ 145 | |
| | | | Operated by ExpressJet Airlines doing business as Continental Express | | | | | |
| Fri | 13OCT06 | CO604A | Jacksonville | 5:10 PM | Newark-Liberty Intl | 7:41 PM | 737-500 | Dinner |

**DUNNE/DENNISF** **Confirmation Number: BWFSVK**

| Party Of 1 | Seats | Ticket Number | Frequent Flyer |
|---|---|---|---|
| DUNNE/DENNISF | 6B/— | | |

Fare: 602.79 Tax: 65.81 Per Person: 668.60 eTicket Total: 668.60 Issue Date: October 11, 2006
Method of Payment:American Express
Fare Rules:Additional charges may apply for changes in addition to any fare rules listed. This ticket shall expire one year from date of issue.

GATOR CITY TAXI
*Jacksonville, Florida*
Taxi - 355-8294
Beach - 249-6289
Yellow Cab
260-1111
CITICAB
425-2222
EXPRESS Shuttle
353-8880

Name
From
To 25-00
Fare
Date Unit#
Driver's Name
Driver's ID

COOL SHUTTLE CUSTOMER RECEIPT

FROM
TO 25-00
DATE
FARE
DRIVER

Milbank Tweed Hadley & McCloy LLP
One Chase Manhattan Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

# OVATION TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code

SALES PERSON: G0 ITINERARY/INVOICE NO. 0005706 DATE: 12 OCT 06
CUSTOMER NBR: PAGE: 01

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F REF:

AS OF 9-26-06 - LIQUIDS PURCHASED IN SECURE AREAS ARE ALLOWED
ON BOARD. TRAVELERS ARE ALLOWED TO CARRY ON TOILETRIES UP TO
3 OUNCES THAT FIT COMFORTABLY IN ONE QUART SIZED CLEAR PLASTIC BAG
FOR A COMPLETE LIST OF RESTRICTIONS GO TO WWW.TSA.GOV
MOST ITEMS ARE STILL ALLOWED IN CHECKED BAGGAGE.
CANCEL HOTEL BY 12N DAY OF ARRIVAL
TO AVOID PENALTY
************************************************
ITINERARY BELOW ISSUED AS AN ELECTRONIC TICKET.
CONTINENTAL CONFIRMATION CODE IS BWFSVK
************************************************

12 OCT 06 - THURSDAY

AIR CONTINENTAL AIRLINES FLT:2615 COACH
OPERATED BY EXPRESSJET AIRLINES INC DBA CO EXPRESS
LV NEWARK 835P EQP: EMBRAER 145 JET
DEPART: TERMINAL C 02HR 38MIN
AR JACKSONVILLE FL 1113P NON-STOP
REF:

DUNNE/DENNIS F SEAT-6B CO-

HOTEL JACKSONVILLE FL OUT-13OCT CORP ID-
OMNI HOTELS 1 NIGHT
OMNI JACKSONVILLE HOTEL 1 ROOM DELUXE ROOM REQUEST 1 KIN
245 WATER STREET COMPLIMENTARY WIRELESS INTERNE
JACKSONVILLE FL 32202 RATE-189.00USD PER NIGHT
FONE 1-904-355-6664 CANCEL BY 12P DAY OF ARRIVAL
FAX 1-904-791-4812
GUARANTEED LATE ARRIVAL
CONFIRMATION

06 3426 1746
PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT
NOT TRANSFERABLE
08697-38522-03000 A24370 0005706 AG0

ETKT PASSENGER RECEIPT XXXXXXXXX

A·R·C

ISSUED BY: CONTINENTAL AIRLINES XXXXX
AGENT CODE: A33527454
NAME OF PASSENGER: DUNNE/DENNIS F
LAWYERS TRAVEL NEW YORK NY US12OCT06
FROM: EWR
DUNNE/DENNIS F CCVDXF/AA MULTI 6 0011/
JAX C02615 Y 12OCTYB
**NOT VALID FOR** THIS IS YOUR RECEIPT
EWR C0604 A 13OCTAB
**TRANSPORTATION*
ISSUING AGENT ID: 8N69AS3
/-REFUNDABLE-/
FP 171612 /FCEWR CO JAX27
8.14YB CO EWR324.65AB 602.79 END ZPEWR JAX XT5.00AY
9.00XFEWR4.5JAX4.5

FARE XT 14.00
USD 602.79
US 45.21
ZP 6.60

STOCK CONTROL NO: 38543018113
DOCUMENT NUMBER: 0 005 7789786254 4

NOT VALID FOR TRAVEL
0 005 7789786254 4

Milbank Tweed
Hadley & McCloy LLP
One Chase Manhattan
Plaza
47th Floor
New York, NY 10005

212/530.5700
212/530.8905 Fax

OVATION
TRAVEL GROUP

THE LAWYERS' TRAVEL SERVICE
OVATION CORPORATE TRAVEL
OVATION VACATIONS

Emergency Travel Assistance
Monday-Friday/830am-900pm
800.431.1112
After Hours Service
800.876.4922

Sabre Access Code
8N69

SALES PERSON: G0  ITINERARY/INVOICE NO. 0005706  DATE: 12 OCT 06
CUSTOMER NBR: A24370  CCVDXF  PAGE: 02

TO: MILBANK TWEED HADLEY MCCLOY
ONE CHASE MANHATTAN PLAZA
NEW YORK, NY 10005
DENNIS DUNNE 5645

FOR: DUNNE/DENNIS F  REF:

---

11 APR 07 - WEDNESDAY
OTHER INFORMATION
HAVE A GREAT TRIP

| | | |
|---|---|---|
| MCO | BILLED TO | 44.00* |
| AIR TICKET<br>ELEC TKT | DUNNE DENNIS F<br>BILLED TO | 668.60* |
| | TOTAL BASE | 646.79 |
| | TOTAL TAX | 65.81 |
| | NET CC BILLING | 712.60* |
| | TOTAL AMOUNT DUE | 0.00 |

GOVERNMENT ISSUED PHOTO ID IS REQD FOR ALL FLIGHTS
PLEASE NOTE GATE AND TERMINAL INFORMATION IS SUBJECT
TO CHANGE, PLEASE RECONFIRM WITH AIRLINE PRIOR TO
DEPARTURE. TO ASSURE PROPER FREQUENT TRAVELER
MILEAGE CREDIT ALWAYS VERIFY YOUR NUMBER AT CHECK IN
MILBANK TRAVEL OFFICE HOURS ARE 830A-830P MON-FRI
DURING OFFICE HRS WE CAN BE REACHED AT 212-530-5700
FOR AFTER HOURS TRAVEL HELPLINE ASSISTANCE CALL
800-876-4922 YOUR MEMBERSHIP ID IS 8N69
AN 18.00 FEE WILL BE CHARGED FOR CALLS TO THE
TRAVEL HELPLINE.
DINERS CLUB OR PERSONAL CREDIT CARDS ONLY.
THANK YOU FOR CHOOSING
THE LAWYERS TRAVEL SERVICE FOR YOUR TRAVEL NEEDS.
PLEASE VISIT OUR ONLINE SURVEY AT
WWW.LAWYERSTRAVEL.COM/SURVEY

HU*

Voucher #589988

(5)

A 589988

ACCOUNT NO.

DEPT./EMPLOYEE NO. 5687

CAR NO.

JOB NO. 4436

NAME OF COMPANY Mr. [illegible]

DATE 10/13/06

DISPATCH TIME

TIME OF P/U

REQ. TIME

ORIGINAL COPY

NAME OF PASSENGER D. Dunne

VIP NO.

Passenger Initials

CLIENT NO. 38522

MATTER NO. 008[illegible]

FROM ☐ OTHER Newark

Zip Code

Zone

PROJECT CODE

Check if not enroute ☐ Zip Code Zone W/T

SHORT TITLE

1

Check if not enroute ☐ Zip Code Zone W/T

REMARKS

2

Check if not enroute ☐ Zip Code Zone W/T

3

TO FINAL DESTINATION Scarsdale

Zip Code Zone TOTAL W/T

Telephone Time Initials

Authorized Signature

Passenger Signature

LOTUS RIDE (718) 707-5000
Preferred Service (reservation only) (718) 707-5190
Limousines, Vans & Buses (718) 707-9100

ONLINE RESERVATIONS — www.lotusride.com

● OUT OF TOWN CALL: [illegible]

FLAT RATE 145

STOPS CHARGE

TIPS

PHONE

OTHER

TOTAL 16[illegible]

5

16
53
In Dix

# MILBANK, TWEED, HADLEY & McCLOY LLP
## ENTERTAINMENT EXPENSE VOUCHER
(Use separate voucher for each entertainment)

Name: Matthew Barr Card Key #: 8972

**Interviewing and Recruiting**
Check one box only:
- ☐ Legal Personnel - Permanent Associates
- ☐ Legal Personnel - Summer Associates
- ☐ Non-Legal Personnel

**If Client Chargeable**
Short title: Winn Dixie
File #: 38522-03000

**Non-Client Business Meetings**
Check one box only:
- ☐ Department meetings
- ☐ Business meetings with individuals outside the firm
- ☐ Other (please describe)

**Client Entertainment**
- ☐ New Business Dev. -- existing client
- ☐ New Business Dev. -- prospective client
- ☐ Other (please describe)

**Individuals Present:** (Name, title and relationship of each)
D. Hilty D. Drebsky
A. Tang M. Comerford
T. Foudy M. Barr
S. Reisman

**Place:** (Name, address, or location)
Morton's-The Steakhouse
1510 Riverplace Boulevard
Jacksonville, FL 32207

**Business Purpose and Discussions:** (include date of entertainment)
Dinner meeting on October 12, 2006 to discuss Winn Dixie case.

**List Type of Expense** (Meals, Taxes, Tips, etc.) **and Amount:**
(Attach receipt for each expenditure of $25.00 or more)

| | Amount |
|---|---|
| | $ 620.50 |
| tip | $ 120.00 |
| **Total:** | $ 740.50 |

Signature: [signature] 10/16/06
DATE
If not a partner, show name of authorizing partner here Matt Barr 5615

**Posting Reference #:**

Note: If the information on this form is to be included on a Travel Voucher, do not fill out the sections below.

**Cash Reimbursement**
Cash Received:
Cashier: Date:

**Check Reimbursement**
Make check payable to: Matt Barr
Return check to: 56 Team 16
Special Instructions

D. H[illegible]
A Tang
T. Fodow
S. Reisman
D [illegible]
M. [illegible]
M. Barr

Morton's
The Steakhouse
1510 Riverplace Boulevard
Jacksonville, FL 32207
(904)399-3933

Server: Fabian
09:52 PM
Table 111/1

DOB: 10/12/2006
10/12/2006
2/20015

Amex
Card
Mag[illegible] card present: BARR MATTHEW

Amount: [illegible]

+ Tip: 120.00

= Total: 740.50

Guest Copy