UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### ORDER ON DEBTORS' OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (JAMES CITY AND MECKLENBURG)

This matter came before the Court on August 9, 2007 upon the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7267) with respect to County of James City, Virginia ("James City") and County of Mecklenburg, Virginia Treasurer ("Mecklenburg"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 2237 filed by James City is disallowed.

2. Proof of Claim numbers 1067 and 1068 filed by Mecklenburg is disallowed.

3. This Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by James City and Mecklenburg in these Chapter 11 cases and (ii) all other pre-effective date claims James City and Mecklenburg have or may have against Winn-Dixie Stores, Inc, and its affiliated Debtors and any of their Chapter 11 estates, all of which are forever waived, discharged and released.

4. This Order is without prejudice to the Debtors' right to object to any proofs of claim filed by James City and Mecklenburg in these Chapter 11 cases on any further or separate grounds.

5. This Court retains jurisdiction over the Debtors, James City and Mecklenburg with respect to any matters related to or arising from implementation of this Order.

Dated this 15 day of August, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this order on all parties in interest.

576298