# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLAIM NUMBER 3940 FILED BY CUSTARD INSURANCE ADJUSTERS, INC., AS SET FORTH IN THE DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS (DOCKET NO. 8702)

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases, withdraw without prejudice the objection to claim number 3940 filed by Custard Insurance Adjusters, Inc., as set forth in the Debtors' Omnibus Objection to Unresolved Litigation Claims (Docket No. 8702).

Dated: August 17, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D.J. Baker* | By  *s/ James H. Post* |
|     D.J. Baker |     Stephen D. Busey |
|     Sally McDonald Henry |     James H. Post, F.B.N. 175460 |
|     Rosalie Walker Gray |     Cynthia C. Jackson |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida 32202 |
| (212) 735-3000 | (904) 359-7700 |
| (212) 735-2000 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

<u>Certificate of Service</u>

I certify that a copy of this document has been furnished by mail to Custard Insurance Adjusters, Inc., Attn: Tammy R. Deibel, Collection Manager, Post Office Box 921329, Norcross, Georgia 30010, this 17th day of August, 2007.

*s/ James H. Post*
Attorney