UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                                        Chapter 11
       Reorganized Debtors.            )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Omnibus Objection and Motion for Order Determining Tax Liabilities (James City and Mecklenburg) (Docket No. 17807) as furnished by mail on August 17, 2007 to (i) County of James City, Treasurers Office, Attn: Dallas Parker, P.O. Box 8701, Williamsburg, Virginia 23187-8701, and (ii) County of Mecklenberg, Treasurer, Property Tax, Attn: Robert Gregory, P.O. Box 250, Boydton, Virginia 23917-0250.

Dated: August 17, 2007

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors