# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NUMBERS 8559 AND 9507 FILED BY BRACH'S CONFECTIONS, INC., AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claim

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

Numbers 8559 and 9507 Filed by Brach's Confections, Inc., as Set Forth in the Debtors' Twelfth Omnibus Claims Objection.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated: August 17, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*  <br>    D. J. Baker  <br>    Sally McDonald Henry  <br>    Rosalie Walker Gray | By   *s/ James H. Post*  <br>    Stephen D. Busey  <br>    James H. Post (FBN 175460)  <br>    Cynthia C. Jackson |
| Four Times Square  <br>New York, New York 10036  <br>(212) 735-3000  <br>(917) 777-2150 (facsimile)  <br>djbaker@skadden.com | 225 Water Street, Suite 1800  <br>Jacksonville, Florida  32202  <br>(904) 359-7700  <br>(904) 359-7708 (facsimile)  <br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[2] | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBERS 8559 AND 9507 FILED BY BRACH'S CONFECTIONS, INC., AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION**

These cases came before the Court for hearing on June 29, 2006, upon the Twelfth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[3] which objection included among the several claims subject to dispute the claims of Brach's Confections, Inc. filed as claim numbers 8559 and 9507. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 8559 filed by Brach's Confections, Inc. (and ultimately assigned to QVT Fund LP, the current record holder of claim number 8559) is allowed as an unsecured non-priority claim (plan class 14) in the amount of

---

[2] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

$546,058.23, and distributions with respect to such allowed claim will be made to QVT Fund LP in accordance with the terms of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006 (as modified) (the "Plan"). The remaining amount of claim number 8559 is disallowed.

2. Claim number 9507 filed by Brach's Confections, Inc. is allowed as an unsecured non-priority claim (plan class 14) in the amount of $7,125.98, and distributions with respect to such allowed claim will be made to Brach's Confections, Inc. in accordance with the terms of the Plan. The secured status asserted in claim number 9507 is denied and the remaining amount of claim number 9507 is disallowed, without prejudice, however, to Brach's Confections, Inc.'s previously allowed and paid net reclamation claim in the Debtors' bankruptcy cases in the amount of $60,392.63.

3. The disposition of claim numbers 8559 and 9507 pursuant to this Order resolves any and all issues, claims and causes of action that might exist between the parties (whether known or unknown, contingent or current) as to amounts owed by the Debtors and/or Reorganized Debtors to Brach's Confections, Inc. and amounts owed to the Debtors and/or Reorganized Debtors by Brach's Confections, Inc. with respect to the period ending on December 31, 2006.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of _____, 2007 in Jacksonville, Florida.

                                        Jerry A. Funk
                                        United States Bankruptcy Judge

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | WILCOX LAW FIRM |
| By /s/ *James H. Post* | By /s/ *Robert Wilcox*             * |
| James H. Post (FBN 175460) | Robert Drake Wilcox (FBN 755168) |
| 225 Water Street, Suite 1800 | 6817 Southpoint Parkway, Suite 1302 |
| Jacksonville, Florida 32202 | Jacksonville, Florida 32216 |
| (904) 359-7700 | (904) 281-0700 |
| (904) 359-7708 (facsimile) | (904) 513-9201 (facsimile) |
| Email: jpost@smithhulsey.com | Email: rwilcox@wilcoxlawfirm.com |
| -and- | -and- |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | GARDERE WYNNE SEWELL, LLP |
| D. J. Baker | Paula K. Tucker |
| Rosalie Walker Gray | Marcus A. Helt |
| Four Times Square | 3000 Thanksgiving Tower |
| New York, New York 10036 | 1601 Elm Street |
| (212) 735-3000 | Dallas, Texas 75201 |
| (212) 735-2000 (facsimile) | (214) 999-4961 |
| Email: rgray@skadden.com | (214) 999-4667 |
| | Email: ptucker@gardere.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Brach's Confections, Inc. |

*Mr. Wilcox has authorized his electronic signature

-and-

QVT Fund LP
By: QVT Associates GP LLC, Its General Partner

By /s/ *Nicholas Brumm*             *
Nicholas Brumm, Managing Member

By /s/ *Yi Cen*             *
Yi Cen, Authorized Signatory

c/o QVT Financial LP
1177 Avenue of the Americas, 9th Floor
New York, New York 10036
(212) 705-8800
Email: nick.brumm@qvt.com; yi.cen@qvt.com

*Mr. Brumm and Mr. Cen have authorized their electronic signatures

3

**Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, to email addresses mbarr@milbank.com and mcomerford@milbank.com, and to facsimile numbers 212-822-5194 and 212-822-5318, this 17th day of August, 2007.

                                              *Rosalie Walker Gray*
                                                    Attorney