

# Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787, Jacksonville, FL 32241-4787
Telephone (888)784-3470 Facsimile (904)419-5365

July 18, 2006

James M Adams P.A.
2708 West Kennedy Blvd
Tampa Fl 33609

RE:  Claimant:      Janice Shank
     Date of Injury: 06/04/2006
     Location:        Winn Dixie #
                     2525 E. Hillsborough Ave.
                     Tampa, FL 33610
     Division:
     Claim Number: A611205013-0001-01

Dear Sir or Madam:

Sedgwick Claims Management Services, Inc., is the third-party administrator for Winn-Dixie Stores, Inc. Winn-Dixie Stores, Inc. is self-insured for Liability with a $2,000,000.00 retention. There is no medical payments coverage.

I am the examiner handling this claim. Please provide a status as to Janice Shank's treatment and medical progress with medical records and bills to date. I will need your client to complete the enclosed Medical and/or Wage Authorization form and return it to me. Winn Dixie requires that I obtain your client's recorded statement before we make any decisions determining liability. Please contact the undersigned to arrange a convenient date and time to secure this information. If your client has already provided us with a recorded statement please disregard. Should you fail to provide this information our liability decisions will be based solely upon the limited information available to us.

Thank you for your assistance and prompt attention to this matter. If you have any questions feel free to contact me directly at (904)419-5311.

Sincerely,

Felicia Holland
GL Claims Examiner II

Encl.

Obtaining the medical & wage information is for the purpose of evaluating your claim and does not assume liability on Winn-Dixie or Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.

(Esta carta es en referencia al incidente que ocurio en Winn-Dixie. Por favor ponga un Interprete en contacto con migo.)

                                                        Exhibit "A"