

# Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787,  Jacksonville,FL 32241-4787
Telephone: (888)784-3470 Facsimile: (904)419-5365

March 27, 2007

James M. Adams
3128 West Kennedy Blvd
Tampa FL 33609

**RE:  Claimant: Janice Shank**
      **Claim Number: A611205013-0001-01**
      **Date of Injury:  06/04/2006**
      **Location:        Tampa,FL 33610**     Winn Dixie #:

Dear James M. Adams:

This will acknowledge receipt of your March 15, 2007.

Winn-Dixie emerged from bankruptcy on 11/21/06. All claims that Winn-Dixie Stores, Inc. were aware of that occurred between 02/22/05 and 11/21/06 were mailed a notice. Some specific groups of claimants were excluded, for example, third party claims where Winn-Dixie is indemnified or has no liability.

This notice stated that all requests for payment of an Administrative Claim or any Claim arising against the Debtors in this period must file an application with the Bankruptcy Court no later than January 5, 2007. Winn-Dixie also put advertisements in national and regional newspapers to notify claimants who had yet to notify us of their claim.

The deadline for filing your administrative expense claim has expired so we are unable to consider this claim. If you have any questions, please consult with a bankruptcy attorney.

Sincerely,

Sincerely

Felicia Crooms
Claims Examiner II

Exhibit "B"