# James M. Adams, Jr., P.A.
**Attorney at Law**

2708 West Kennedy Blvd.
Tampa, Florida   33609
Ph.   (813) 874-9116
Fax   (813) 873-7641

January 18, 2007

**CERTIFIED MAIL #70042890000475442217**
**RETURN RECEIPT REQUESTED**

Winn-Dixie Stores, Inc.
Attn: Ms. Felicia Holland
P.O. Box B
Jacksonville, Florida 32203-0297

> RE:   Our Client:   Janice Shank
>        Claim No:   A611205013
>        Date of Loss:   06/04/06
>        Location of incident: #2659

Dear Ms. Holland:

On the above-referenced date, my client, Janice Shank, was a customer of a Winn-Dixie Stores, Inc., located at 2525 E. Hillsborough Avenue, Tampa, Hillsborough County, Florida. Ms. Shank was in the produce section of the supermarket, selecting corn, when she was struck from behind, on the left side of her back, by a forklift. Ms. Shank immediately reported the incident to a store manager, and a report was taken.

As a result of this incident, Ms. Shank began to experience pain in her back. She received medical treatment from Bay Area Injury Rehab Specialists, and later Dr. Fred Turner performed back surgery. Ms. Shank reports that she continues to experience back pain.

As a result of this accident, Ms. Shank incurred bills for medical services rendered and prescribed medications, all of which remain unpaid.

Enclosed for your review, and to assist you in evaluating this claim, are copies of Ms. Shank's treatment and surgical records, along with copies of bills for medical services rendered.

Exhibit "E"

Winn-Dixie Stores, Inc.
January 18, 2007
Page Two

Based on the circumstances surrounding this incident, I have recommended to Ms. Shank that a reasonable settlement amount would be One Hundred Seventy-Five Thousand ($175,000.00) and 00/100 Dollars, in full and final settlement of her claim.

Ms. Shank hereby demands the sum of $175,000.00. In exchange she is prepared to sign a Release of All Claims and dismiss her claim against your insured, Winn-Dixie Stores, Inc.

Please be advised that our law firm maintains a strict policy with respect time frames. As the attorney with primary responsibility for this file, I expect to either settle this matter or file suit within Thirty (30) days from the date of this submission.

I would therefore request that you contact me upon your receipt and review of these materials so that we may attempt to bring this matter to a prompt and cooperative resolution.

Sincerely,

James M. Adams, Jr.

JMA/mnc
Enclosures as stated



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ □ Agent □ Ad<br>B. Received by (Printed Name)  C. Date of<br>PARKER  1-22 |
| 1. Article Addressed to:<br><br>WINN-DIXIE STORES, INC<br>ATTN: MS. FELICIA HOLLAND<br>P.O. BOX B<br>JACKSONVILLE, FL 32203-0297 | D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br>JAN 2.2 2007<br><br>3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered  □ Return Receipt for Merc<br>□ Insured Mail  □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2890 0004 7544 2217 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-C