UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Chapter 11

WINN-DIXIE STORES, INC., et al.,                    Case No. 05-03817-3F1
                                                    Jointly Administered
      Reorganized Debtors.
_____/

## APPLICATION FOR ALLOWANCE AND
## PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

Janice Shank ("Ms. Shank"), by and through her undersigned counsel, hereby files her Application for Allowance and Payment of Administrative Expense Claim (the "Application") and seeks the entry of an order allowing her administrative expense claim and directing the Debtors to pay her administrative expense claim pursuant to the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors. In support of her Application, Ms. Shank represents as follows:

### Jurisdiction and Venue

1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

2.    This is a core proceeding pursuant to 28 U.S.C. §157.

3.    Venue of the Debtors' Chapter 11 cases and this Application in this Court is proper pursuant to 28 U.S.C. §§1408 and 1409.

**Exhibit "F"**

4. The statutory predicate for the relief sought herein is Section 503(b) of the United States Bankruptcy Code (the "Bankruptcy Code").

## Background

5. The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005.

6. On February 22, 2005, this Court entered an order jointly administering the Debtors' Chapter 11 cases under Case No. 05-03817-3F1.

7. Janice Shank ("Ms. Shank") has an administrative expense claim against the Debtors in connection with extensive injuries she sustained to her back on June 4, 2006 when she was hit from behind with a forklift inside the Winn-Dixie store located at 2525 E. Hillsborough Avenue, Tampa, Florida (the "Store").

8. Immediately following the accident, an employee of the Debtors filled out an incident report and took down Ms. Shank's information, including her address as listed on her driver's license.

9. Ms. Shank followed-up with her doctor for treatment and eventually underwent surgery to repair back.

10. After the surgery, Ms. Shank continued to receive physical therapy for her injuries.

11. Ms. Shank has incurred substantial medical bills in connection with the surgery and follow-up physical therapy.

12. After the accident, Ms. Shank moved to 3007 E. Chelsea, Tampa, Florida 33610. At the time of her move, Ms. Shank made a written request to the U.S. Postal Service to forward, for a period of one year, Ms. Shank's mail from 3008 E. Chelsea.

### Relief Requested and Grounds Therefor

13. By this Motion, Ms. Shank seeks the entry of an order allowing her administrative expense claim and directing the Debtors to pay her administrative expense claim pursuant to the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors.

14. Section 503(b) of the Bankruptcy Code provides for the allowance and payment of administrative expenses ". . . including the actual, necessary costs and expenses of preserving the estate . . ."

15. Injuries sustained from a post-petition tort committed by a debtor are entitled to administrative expense priority. *See Reading Co. v. Brown*, 391 U.S. 471 (1968). *See also, In re Piper Aircraft Corp.*, 169 B.R. 766 (Bankr. S.D. Fla. 1994).

16. Since Ms. Shank's injuries occurred on June 4, 2006, sixteen (16) months after the Petition Date, but prior to confirmation of the Debtors' plan, Ms. Shank's claim is entitled to administrative expense priority.

WHEREFORE, Janice Shank respectfully requests the entry of an order:

A. approving the Application;

B. allowing her administrative expense claim;

  C.  directing the Debtors to pay her administrative expense claim; and

  D.  providing such other and further relief as is just and proper.

Dated August 20th, 2007

            /s/ Amy Denton Harris
            Amy Denton Harris
            Florida Bar No. 0634506
            Stichter, Riedel, Blain & Prosser, P.A.
            110 E. Madison Street, Suite 200
            Tampa, Florida 33602
            Telephone: (813) 229-0144
            Facsimile: (813) 229-1811
            Email: aharris@srbp.com
            Attorneys for Janice Shank

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the following either electronically via the Court's CM/ECF system or by U.S. Mail on this 20th day of August, 2007, to:

Stephen D. Busey, Esquire
James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL   32202
Facsimile: (904) 359-7708

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY   10005
Facsimile: (212) 822-5194

Elena L. Escamilla, Esquire
Office of the United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL   32801

/s/ Amy Denton Harris
Amy Denton Harris
Florida Bar No. 0634506