# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and its affiliated debtors, give notice of filing the attached Notice of Withdrawal of Application for Payment of Administrative Expenses filed by Palm Coast Corners Associates, L.P. (Docket No. 14554).

Dated: August 20, 2007

SMITH HULSEY & BUSEY

By  *s/ Cynthia C. Jackson*
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

00577264

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPLICATION FOR
PAYMENT OF ADMINISTRATIVE EXPENSES FILED BY
PALM COAST CORNERS ASSOCIATES, L.P. (STORE NO. 2247)**

Applicant, Palm Coast Corners Associates, L.P., hereby withdraws its Application for Payment of Administrative Expenses (Docket No. 14554) and any other administrative claim they may have against the Reorganized Debtors or their estates.

Dated: August 20, 2007.

PALM COAST CORNERS ASSOCIATES, LP

By: *Julian S. Betts Jr.*
Julian S. Betts, Jr.

525 Pharr Road
Atlanta, Georgia 30305
(404) 231-0579
(404) 266-3654 (facsimile)
jay525pharr@msn.com

President of U C Development, Inc., as General Partner of Palm Coast Corners Associates, L.P.

00577218

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing document was furnished by facsimile and mail to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708, this 20th day of August, 2007.

By: _____
Julian S. Betts, Jr.

00577218

2