UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

AGREED ORDER RESOLVING
CLAIM NUMBER 34759 SCHEDULED FOR DEL LABORATORIES, INC.,
AS SET FORTH IN DEBTORS' OMNIBUS OBJECTION TO (A)
RECLAMATION CLAIMS AND (B) UNSECURED NON-PRIORITY
CLAIMS HELD BY RECLAMATION CLAIMANTS

These cases came before the Court for hearing on July 27, 2006, upon the Debtors' Omnibus Objection to (a) Reclamation Claims and (b) Unsecured Non-Priority Claims Held by Reclamation Claimants (Docket No. 8784),[2] which objection included among the claims subject to dispute the claim scheduled for Del Laboratories, Inc. as claim number 34759. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

1. Claim number 34759 scheduled for Del Laboratories, Inc. was superseded by claim number 5642 filed by Del Laboratories, Inc. Claim number 34759 is disallowed in full on that basis.

2. Claim number 5642 filed by Del Laboratories, Inc. has been separately resolved pursuant to the Agreed Order Resolving Claim Number 5642 of Del Laboratories, Inc. as Set Forth in Debtors' Omnibus Objection to (a) Reclamation Claims and (b) Unsecured Non-Priority Claims Held by Reclamation Claimants entered on July 30, 2007.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 20 day of August, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

2

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | DEL LABORATORIES, INC. |
| By /s/ James H. Post<br>    James H. Post (FBN 175460) | By /s/ Joseph Sinicropi            *<br>    Joseph Sinicropi, V.P. CFO |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>Email: jpost@smithhulsey.com | By /s/ Peter Lombardo            *<br>    Peter Lombardo, V.P. Controller<br><br>726 RexCorp Plaza<br>P.O. Box 9357<br>Uniondale, New York 11753<br>Attention: Anne Addabbo<br>(516) 577-3318<br>(516) 577-3319 (facsimile)<br>Email: aaddabbo@dellabs.com |
| -and-<br><br>SKADDEN, ARPS, SLATE,<br>MEAGHER & FLOM LLP | * Mr. Sinicropi and Mr. Lombardo have authorized use of their electronic signatures on this Order |
| D. J. Baker<br>Rosalie Walker Gray<br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br><br>Co-Counsel for Reorganized Debtors | |

636371-New York Server 6A - MSW