UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | CASE NO. 3:05-bk-03817-JAF |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| _____ | ) | |

### NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE APPLICATION DOCUMENT NO. 13729

**COMES NOW,** TAYLON, LLC, by and through its undersigned attorney, and hereby files this Notice of Withdrawal of its Administrative Expense Application Document No.:13729, filed in the above-styles case.

**I HEREBY CERTIFY** that on this 21 day of August, 2007, a true and correct copy of the foregoing has been furnished by CM/ECF Electronic Mail to:

**JAMES POST, ESQ.,** Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 ;

**MATTHEW BARR, ESQ.,** Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005: and

**CYNTHIA C. JACKSON, ESQ.,** Smith ,Hulsey & Busey, Suite 1800, 225 Water Street, Jacksonville, Florida 32202(and via email: cjackson@smithhulsey.com).

Respectfully submitted,

  (s) Dennis J. Stilger
Dennis J. Stilger
KY 68110
6000 Brownsboro Park Boulevard, Suite H
Louisville, KY 40207
(502) 893-8557
Facsimile: (502) 894-9503
djstilger@insightbb.com
Counsel for Taylon, LLC