UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Dejah Lux (Claim No. 9337 and 9340) [Docket No. 17800] was furnished by mail on August 22, 2007 to Dejah Lux c/o Robin Khanal, Esq., Quintairos, Preito, Wood & Boyer, P.A., 255 South Orange Avenue, Suite 900, Orlando, Florida 32801.

Dated: August 22, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151