UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Jennifer Annette [Docket No. 17765] was furnished by mail on August 22, 2007 to Jennifer Annette c/o David Perkins, Esq., Hoffman, Larin & Agenetti, P.A., 909 N. Miami Beach Blvd., Suite 201, Miami, Florida 33162.

Dated: August 22, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785