UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,    )     Case No. 05-03817-3F1
                                              )     Chapter 11
         Reorganized Debtors.         )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Sharon Bagley [Docket No. 17794] was furnished by mail on August 22, 2007 to Sharon Bagley c/o Richard G. Sunner, Esq., Sunner & Sunner, Post Office Box 520771, Longwood, Florida 32752-0771.

Dated: August 22, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785