UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                               Chapter 11
            Reorganized Debtors.    )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Peggy Crawford [Docket No. 17795] was furnished by mail on August 22, 2007 to Peggy Crawford c/o Delbert G. Talley, Esq., Post Office Box 2608, Covington, Louisiana 70434.

Dated: August 22, 2007

SMITH HULSEY & BUSEY

By      s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785