UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                             Chapter 11
            Reorganized Debtors.              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Darlene Donahue [Docket No. 17796] was furnished by mail on August 22, 2007 to Darlene Donahue c/o Allison Gillman, Esq., Gilman & Associates, P.A., 400 Southeast 9th St., Fort Lauderdale, Florida 33316.

Dated: August 22, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785