UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Lillie Haddock [Docket No. 17787] was furnished by mail on August 22, 2007 to Lillie Haddock c/o Cedric B. Davis, Esq., Adams, Jordan & Treadwell, P.C., Post Office Box 1370, Milledgeville, Georgia 31059-1370.

Dated: August 22, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785