UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                     )
                                     )    Chapter 11
          Debtors.                   )    Jointly Administered
                                     )
_____/

## CERTIFICATE OF MAILING

I CERTIFY that on the 22nd day of August, 2007, I caused to be served Carlton Fields' Memorandum of Law In Support Of Final Fee Application and Response to Stuart Maue Final Report, as Special Real Estate Litigation Counsel for the Debtors, by having a true and correct copy sent via U. S. Mail to the parties listed below:

Elena L. Escamilla
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida  32801
Telephone:  407-648-6465
Facsimile:   407-648-6323
Elena.L.Escamilla@usdoj.gov

Kenneth C. Meeker
Assistant U.S. Trustee
Office of the United States Trustee
135 West Central Blvd., Room 620
Orlando, Florida  32801
Telephone:  407-648-6301
Facsimile:   407-648-6323
ken.meeker@usdoj.gov

Winn-Dixie Stores, Inc.
Attention:  Laurence B. Appel
5050 Edgewood Court
Jacksonville, Florida  32254-3699
Telephone:  904-783-5000
Facsimile:   904-783-5059
LarryAppel@winn-dixie.com

Skadden, Arps, Slate, Meagher & Flom LLP
Attention:  D.J. Baker
Four Times Square
New York, New York  10036
Telephone:  212-735-2150
Facsimile:  917-777-2150
djbaker@skadden.com

Otterbourg, Steindler, Houston & Rosen, P.C.
Attention:  Jonathan N. Helfat
230 Park Avenue, 29th Floor
New York, New York  10169
Telephone:  212-661-9100
Facsimile:  212-682-6104
Jhelfat@oshr.com

Milbank, Tweed, Hadley & McCloy LLP
Attention:  Matthew Barr
1 Chase Manhattan Plaza
New York, New York  10005
Telephone:  212-530-5000
Facsimile:  212-530-5219
Mbarr@milbank.com

King & Spalding, LLP
Attention:  Sarah Robinson Borders
191 Peachtree Street
Atlanta, Georgia  30303
Telephone:  404-572-4600
Facsimile:  404-572-5149
sborders@kslaw.com

Stuart, Maue, Mitchell & James, Ltd.
Attn:  Linda K. Cooper
3840 McKelvey Road
St. Louis, MO 63044
Telephone:  314-291-3030
Facsimile:  314-291-6546
l.cooper@smmj.com

Case No. 05-03817-3F1

Respectfully submitted,

CARLTON FIELDS, P.A.
Special Counsel for Debtors
100 SE 2nd Street, Suite 4000
Miami, Florida 33131
Telephone:     (305) 530-0050
Facsimile:      (305) 530-0055
dsmith@carltonfields.com


By:___/s  David James Smith__
         DAVID JAMES SMITH
         Florida Bar Number 876119
         HYWEL  LEONARD
         Florida Bar Number 296376

3
**C A R L T O N  F I E L D S ,  P . A .**
**4000 International Place  - 100 S.E. Second Street – Miami - Florida 33131-9101**

MIA#2625470.1