UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) ) | Chapter 11 |
| Reorganized Debtors. | ) ) | Jointly Administered |
| | ) | |

## AGREED ORDER RESOLVING CURE OBJECTION FILED BY WD GREEN COVE TRUST (STORE NO. 138)

This cause came before the Court on (i) the Amended Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 7966), (ii) the Objection to Proposed Cure Amount Listed in Debtors' Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by WD Green Cove Trust with respect to Store No. 138 (the "Cure Objection") (Docket No. 8757) and (iii) the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by the Reorganized Debtors (the "Twenty-Sixth Omnibus Objection") (Docket No. 12281).

On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order and sustaining the Twenty-Sixth Omnibus Objection as to the

proofs of claims listed on the exhibits to the order. Included among the several proofs of claim listed on Exhibit B of the order is claim number 13023 filed by WD Green Cove Trust with respect to Store No. 138. The Order reclassified claim number 13023 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 13023 filed by WD Green Cove Trust with respect to Store No. 138 is allowed as an administrative claim in the amount of $10,267.81, $6,267.81 of which the Reorganized Debtors have paid to Bayview Loan Servicing, as lender to WD Green Cove Trust. Within fourteen (14) business days of entry of this agreed order, the Reorganized Debtors will pay Edwin W. Held, P.A.[1] $4,000.00 in full satisfaction of any right to cure that WD Green Cove Trust has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 138.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 138 filed by WD Green Cove Trust in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 138 that WD Green Cove Trust has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties

---

[1] The Reorganized Debtors will remit the $4,000.00 payment to Edwin W. Held, P.A., in care of Held & Israel, at 1301 Riverplace Blvd., Suite 1916, Jacksonville, Florida 32207. Held & Israel is WD Green Cove Trust's counsel for the enforcement and collection of lease delinquencies.

2

in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 22 day of August, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554733

3

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| HELD & ISRAEL | SMITH HULSEY & BUSEY |
|---|---|
| By___*s/ Adam N. Frisch*\*___<br>Adam N. Frisch, F.B.N. 635308 | By___*s/ Cynthia C. Jackson*___<br>Cynthia C. Jackson, F.B.N. 498882 |
| 1301 Riverplace Boulevard, Suite 1916<br>Jacksonville, Florida 32207<br>(904) 398-7038<br>(904) 398-4283 (facsimile)<br>afrisch@hilawfirm.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for WD Green Cove Trust | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00554733