Hearing Date: October 4, 2007, 1:30 p.m.
Response Deadline: September 24, 2007

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## <u>JACKSONVILLE DIVISION</u>

In re:                                            )
                                                  )   Case No. 05-03817-3F1
WINN-DIXIE STORES, INC.,         )
                                                  )   *Chapter 11*
           Reorganized Debtor.    )
                                                  )   Jointly Administered
_____)

## OMNIBUS OBJECTION TO
## ADMINISTRATIVE TAX CLAIMS

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the administrative claims (the "Objection") filed by (i) Hamilton County, Tennessee (the "Hamilton Claim") (Doc. No. 14044), (ii) the Tax Collector for Westwego, Louisiana (the "Westwego Claim") (Doc. No. 14509), (iii) Jefferson County, Alabama (the "Jefferson Claims") (Doc. Nos. 9918, 13530, 14371 and 14354), and (iv) Escambia County (the "Escambia Claim") (Doc. No. 14281) (collectively, the "Administrative Tax Claims") and in support state:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2. By order dated November 9, 2006 (the "Confirmation Order"), the Court confirmed the Debtors' joint plan of reorganization (the "Plan"), which became effective on November 21, 2006 (the "Effective Date").

3. Since the Petition Date, the Debtors have filed six omnibus objections to tax claims and motions for order determining tax values and liabilities (collectively, the "Tax Claims Objections"). By the Tax Claims Objections, in addition to requesting a reduction in amounts, the Debtors seek authority to offset overpayments made to the relevant taxing authorities in prior years against present liabilities. In the event a taxing authority filed a response to any of the Tax Claims Objections, the Debtors have continued the hearing on the objection and the response. To date, the Court has entered orders disallowing all tax claims objected to by the Tax Claims Objections to the extent the respective taxing authorities did not file a response, and authorizing the Debtors to offset against such claims and liabilities overpayments made by the Debtors in prior years.

4. With the exception of Docket No. 9918, each of the liabilities asserted by the Westwego Claim and the Jefferson Claims has been resolved by the Court's order on the Debtors' (i) Fourth Omnibus Objection to Tax Claims and (ii) Motion Requesting Determination of Tax Values and Liabilities (Doc. No. 10162) and has now been satisfied. The liability asserted by Docket No. 9918 was resolved by the Court's Order on Debtors' (i) Third Omnibus Objection and Tax Claims and (ii) Motion Requesting Determination of Tax Values and Liabilities (Doc. No. 9618).

5. Each of the liabilities asserted by the Hamilton Claim is being addressed by the Debtors Omnibus Objection to Tax Claims and Motion for Order Determining Tax

Values and Liabilities (Doc. No. 7267) and will be resolved by the Court when set for hearing.

6.  Each of the liabilities asserted by the Escambia claims is being addressed by the Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 10046).

7.  Each of the Administrative Tax Claims and the Debtors' objections asserted to these claims constitutes a separately contested matter as contemplated by Bankruptcy Rule 9014.

8.  The Debtors reserve the right to amend, modify or supplement the Objection and to file additional objections to the Administrative Tax Claims, or any other claims which may be asserted against the Debtor.

9.  To contest the Objection, a claimant must file a written response (a "Response") with the Court via the Court's electronic filing procedures no later than September 24, 2007, and serve a copy on Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708 (facsimile), cjackson@smithhulsey.com.

10. If a Response is properly and timely filed and served, a hearing is scheduled to adjudicate the Objection on October 4, 2007, unless resolved or adjourned by the Debtor.

11. If a claimant whose claim is subject to the Objection fails to file or serve a timely response, the Debtors will present an appropriate order at the October 4, 2007 hearing, disallowing the claim without further notice.

Conclusion

WHEREFORE, for the foregoing reasons, the Debtors asked the Court to enter the attached order disallowing the Administrative Tax Claims.

Dated: August 23, 2007

> SMITH HULSEY & BUSEY
>
> By   *s/ Cynthia C. Jackson*
>      Stephen D. Busey
>      James H. Post
>      Cynthia C. Jackson, F.B.N. 498882
>
> 225 Water Street, Suite 1800
> Jacksonville, Florida 32202
> (904) 359-7700
> (904) 359-7708 (facsimile)
> cjackson@smithhulsey.com
>
> Counsel for the Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished electronically and/or by mail this 23rd day of August, 2007, to:

Hamilton County, Tennessee
c/o Scott N. Brown, Jr., Esq.
Spears, Moore, Rebman & Williams, P.C.
801 Broad Street, Sixth Floor
P.O. Box 1749
Chattanooga, Tennessee  37401-1749

Janet Holley
Escambia County Tax Collector
213 Palafox Place
P.O. Box 1312
Pensacola, Florida  32591

Teresa Brakefield
Senior Accountant
Jefferson County Tax Collector
716 Richard Arrington Jr. Blvd. N.
Room 160 Courthouse
Birmingham, Alabama  35203

Office of Tax Collector, City of Westwego, Louisiana
c/o Rudy Cerone, Esq.
McGlinchey Stafford
643 Magazine Street
New Orleans, Louisiana  70130
rcerone@mcglinchey.com

Office of Tax Collector, City of Westwego, Louisiana
c/o Dennis J. Levine, Esq.
P.O. Box 707
Tampa, Florida  33601-0707

Grover Dunn
Assistant Tax Collector
Bessemer Division
P.O. Box 1190
Bessemer, Alabama  35021-1290

        *s/ Cynthia C. Jackson*
        Attorney

00576202