UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## RESPONSE TO DEBTORS' MOTION TO MODIFY THE AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIM OF DIGNA GONZALEZ

Digna Gonzalez, moves the Court to deny Reorganized Debtors' Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Digna Gonzalez Pursuant to her Claim Reduction Election, and says:

1. The subsequent negotiated settlement for $14,500.00 should be deemed the final resolution.

2. Winn Dixie has failed to honor or satisfy the terms of resolution as provided in the Claims Reduction form executed on 09/21/06. As such, Digna Gonzalez considered the Claim Resolution to be null and void.

3. Prior to Winn Dixie going into Bankruptcy, settlement had been reached with Winn Dixie for the sum of $14,500.00 (see attached Exhibit "1").

4. Winn Dixie's subsequent re-negotiation of this matter should be binding on Winn Dixie as there was never any prior satisfaction of its obligations to Digna Gonzalez.

Based on the foregoing, Digna Gonzalez respectfully requests that the Court enter an Order denying Reorganized Debtors' Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Digna Gonzalez.

## Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing was furnished electronically or by mail on August 16, 2007 to Leanne McKnight Prendergast, Esquire and James H. Post, Esquire, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

**NUELL & POLSKY**

By: /s/ Robert L.F. Polsky, Esquire

Florida Bar Number 282758
782 N.W. 42nd Avenue, Suite 345
Miami, Florida 33126
(305) 441-1122 Telephone
(305) 441-2696 Fax

Attorneys for Digna Gonzalez