UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 13213
AND ADMINISTRATIVE CLAIM (DOCKET NO. 12940)
FILED BY KONICA MINOLTA PHOTO IMAGING U.S.A., INC.**

This cause came before the Court on the Twenty-Seventh Omnibus Objection to (A) Equity Claims, (B) Equity Damage Claims, (C) No Liability Claims, (D) Amended and Superseded Claim, (E) Unliquidated Claims, (F) Overstated Claims, (G) No Liability Misclassified Claim and (H) Misclassified Claims (the "Omnibus Objection") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 12532). Claim number 13213[1] filed by Konica Minolta Photo Imaging U.S.A., Inc. ("Konica Minolta") is listed as the only claim on Exhibit G of the Omnibus Objection. Konica Minolta filed a response to the Omnibus Objection and a Cross-Motion for Payment of Administrative Claim (Docket No. 12940). On December 14, 2006, the Court entered an order (Docket No. 13173) sustaining the Omnibus Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Omnibus Objection as to claim

---

[1] Konica Minolta also filed claim numbers 8469 and 13212 which Konica Minolta has transferred to third parties (collectively, the "Transferred Claims"). These Transferred Claims were reduced and allowed by the Court's order (A) Disallowing Duplicate Liability Claims, (B) Disallowing Amended and Superseded Claims, (C) Disallowing No Liability Claims, (D) Disallowing No Liability Misclassified Claims, (E) Reducing Overstated Claims (F) Reducing and Reclassifying Overstated Misclassified Claims, (G) Fixing Unliquidated Claims, (H) Fixing and Reclassifying Unliquidated Misclassified Claims, (I) Reclassifying Executory Contract Claims and (J) Disallowing Late Claims, as set forth in the Debtors' Twenty Fifth Omnibus Claims Objection (Docket No. 12902).

number 13213 and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 13213 filed by Konica Minolta is allowed as a non-priority unsecured claim (Class 14) in the amount of $1,424,869.00.

2. Distributions will be made on allowed claim number 13213 pursuant to Section 9.2 of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified, to Konica Minolta Photo Imaging U.S.A., Inc., Attention: Brian J. Cupka at 101 Williams Drive, Ramsey, New Jersey 07446.

3. This Agreed Order resolves all liabilities and obligations related to (i) Claim Number 13213 and all administrative expense claims, including and not limited to the claims asserted in Docket No. 12940, filed by Konica Minolta in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims that Konica Minolta has or may have against the Reorganized Debtors and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Notwithstanding the foregoing, this Order does not resolve or otherwise affect the Transferred Claims.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 27 day of August, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this order on all parties in interest.

2

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| STICHTER REIDEL BLAIN & PROSSER, PA | SMITH HULSEY & BUSEY |
| By  s/Harley E. Riedel<br>     Harvey R. Riedel | By  s/ Cynthia C. Jackson<br>     Cynthia C. Jackson |
| Florida Bar Number 183628<br>110 East Madison Street, Suite 200<br>Tampa, Florida 33602<br>(813) 229-0144<br>(813) 229-1811 (facsimile)<br>hriedel@srbp.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-counsel for Konica Minolta Photo Imaging U.S.A., Inc. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00574790.2