## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors.[2] | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBERS 8559 AND 9507 FILED BY BRACH'S CONFECTIONS, INC., AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 29, 2006, upon the Twelfth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[3] which objection included among the several claims subject to dispute the claims of Brach's Confections, Inc. filed as claim numbers 8559 and 9507. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 8559 filed by Brach's Confections, Inc. (and ultimately assigned to QVT Fund LP, the current record holder of claim number 8559) is allowed as an unsecured non-priority claim (plan class 14) in the amount of

---

[2] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

$546,058.23, and distributions with respect to such allowed claim will be made to QVT Fund LP in accordance with the terms of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006 (as modified) (the "Plan"). The remaining amount of claim number 8559 is disallowed.

2.  Claim number 9507 filed by Brach's Confections, Inc. is allowed as an unsecured non-priority claim (plan class 14) in the amount of $7,125.98, and distributions with respect to such allowed claim will be made to Brach's Confections, Inc. in accordance with the terms of the Plan. The secured status asserted in claim number 9507 is denied and the remaining amount of claim number 9507 is disallowed, without prejudice, however, to Brach's Confections, Inc.'s previously allowed and paid net reclamation claim in the Debtors' bankruptcy cases in the amount of $60,392.63.

3.  The disposition of claim numbers 8559 and 9507 pursuant to this Order resolves any and all issues, claims and causes of action that might exist between the parties (whether known or unknown, contingent or current) as to amounts owed by the Debtors and/or Reorganized Debtors to Brach's Confections, Inc. and amounts owed to the Debtors and/or Reorganized Debtors by Brach's Confections, Inc. with respect to the period ending on December 31, 2006.

4.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 27 day of August, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post (FBN 175460)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Email: jpost@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
Email: rgray@skadden.com

Co-Counsel for Reorganized Debtors

WILCOX LAW FIRM

By /s/ Robert Wilcox *
Robert Drake Wilcox (FBN 755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, Florida 32216
(904) 281-0700
(904) 513-9201 (facsimile)
Email: rwilcox@wilcoxlawfirm.com

-and-

GARDERE WYNNE SEWELL, LLP
Paula K. Tucker
Marcus A. Helt
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
(214) 999-4961
(214) 999-4667
Email: ptucker@gardere.com

Co-Counsel for Brach's Confections, Inc.

*Mr. Wilcox has authorized his electronic signature

-and-

QVT Fund LP
By: QVT Associates GP LLC, Its General Partner

By /s/ Nicholas Brumm *
Nicholas Brumm, Managing Member

By /s/ Yi Cen *
Yi Cen, Authorized Signatory

c/o QVT Financial LP
1177 Avenue of the Americas, 9th Floor
New York, New York 10036
(212) 705-8800
Email: nick.brumm@qvt.com; yi.cen@qvt.com

*Mr. Brumm and Mr. Cen have authorized *their* electronic signatures

3