UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 4362
FILED BY WESTWOOD SQUARE, LTD. (STORE NO. 2626)**

This cause came before the Court on the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 12281) (the "Omnibus Objection"). Included among the several proofs of claim listed on Exhibit A of the Omnibus Objection is claim number 4362 filed by Westwood Square, Ltd. ("Westwood") with respect to Store No. 2626.

On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Omnibus Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order and reclassifying claim number 4362 to administrative priority in the amount of $16,577.11. The allowance of claim number 4362 in the amount of $16,577.11 was in error. Based upon the consent of the parties

1

appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of claim number 4362 filed by Westwood with respect to Store No. 2626 is allowed as an administrative claim in the amount of $10,978.75, which the Reorganized Debtors have paid to Westwood in full satisfaction of any right to cure that Westwood has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 2626.

2. This Agreed Order resolves all liabilities and obligations related to (i) claim number 4362 and all other proofs of claim and administrative expense claims pertaining to Store No. 2626 filed by Westwood in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 2626 that Westwood has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 27 day of August, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By____*s/ Thena Gunn*\*____          By____*s/ Cynthia C. Jackson*____
       Thena Gunn                           Cynthia C. Jackson, F.B.N. 498882

P.O. Box 1248                         225 Water Street, Suite 1800
Jackson, Mississippi 39215-1248       Jacksonville, Florida 32202
(601) 355-9244                        (904) 359-7700
(601) 366-1627 (facsimile)            (904) 359-7708 (facsimile)
thenagunn@comnast.net                 cjackson@smithhulsey.com

General Manager of Westwood Square,   Co-Counsel for Reorganized Debtors
Ltd.

\*Pro-se party has authorized her electronic signature.

00574959