IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | * | |
| | * | CASE NUMBER: |
| WINN-DIXIE STORES, INC., et al | * | 05-03817-3F1 |
| | * | |
| Debtors, | * | |
| | * | |

**PETITIONER'S REQUEST TO DISCONTINUE SERVICE OF NOTICES
AND REMOVAL FROM SERVICE LIST**

Comes now your Petitioner, SIBYL E. HESTER, by and through the undersigned counsel, and represents unto this Court that the Petitioner's claims have been approved by this Court and payment has been received by your Petitioner. Therefore, your Petitioner and her counsel respectfully request this Honorable Court to be removed from all service lists associated with this proceeding, including ECF activity notification, since your Petitioner's claims have been resolved.

EATON G. BARNARD & ASSOCIATES, P.C.
Attorney for Petitioner, SIBYL E. HESTER

s/ *Eaton G. Barnard*
EATON G. BARNARD
1904 Dauphin Island Parkway
Mobile, Alabama  36605
(251) 478-6899
(251) 478-7198 - Fax
eaton@ebarnardlaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have on this the 28th day of August, 2007 served a copy of the foregoing pleading via facsimile transmission and by mailing a copy of same by United States mail, with first class postage pre-paid, to the following:

James H. Post, Esq.
SMITH HULSEY & BUSEY
225 Water Street - Suite 1800
Jacksonville, Florida 32202

Matthew Barr, Esq.
MILBANK, TWEED HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, New York 10005

s/ *Eaton G. Barnard*
EATON G. BARNARD
EATON G. BARNARD & ASSOCIATES, P.C.
Attorney for Petitioner, SIBYL E. HESTER