UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Valeria Jones [Docket No. 17871] was furnished by mail on August 27, 2007 to Valeria Jones c/o Aaron J. Luck, Esq., McPhillips Shinbaum, L.L.P., 516 South Perry Street, Montgomery, Alabama 36104.

Dated: August 28, 2007

SMITH HULSEY & BUSEY

By _____s/ James H. Post_____
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785