UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,   )        Case No. 05-03817-3F1
                                             Chapter 11
       Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Cynthia Rhoden [Docket No. 17874] was furnished by mail on August 27, 2007 to Cynthia Rhoden c/o Brian Allison, Esq., The Allison Law Firm, 2105 3rd Ave. North, Birmingham, Alabama 35203.

Dated: August 28, 2007

                                SMITH HULSEY & BUSEY

                                By   s/ James H. Post
                                    Stephen D. Busey
                                    James H. Post (FBN 175460)
                                    Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00569785