UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )   Case No. 05-03817-3F1
                                               Chapter 11
      Reorganized Debtors.               )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ella Bullard (Claim No. 10350) [Docket No. 17862] was furnished by mail on August 27, 2007 to Ella Bullard c/o Yancey N. Burnett, Esq., 576 Azalea Road, Suite 101, Mobile, Alabama 36609.

Dated: August 28, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151