UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,             )          Case No. 05-03817-3F1
                                                        Chapter 11
                Reorganized Debtors.         )          Jointly Administered

---

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Carlos Ceruto-Figueroa (Claim No. 6809) [Docket No. 17864] was furnished by mail on August 27, 2007 to Carlos Ceruto-Figueroa, 2914 Fox Squirrel Drive, Kissimmee, Florida 34741.

Dated:  August 28, 2007

SMITH HULSEY & BUSEY


By      s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00520151