UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
               Reorganized Debtors.      )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Demaire Worthington (Claim No. 4860) [Docket No. 17859] was furnished by mail on

August 27, 2007 to Demaire Worthington c/o Dorothy Worthington, 127 N.E. 2nd Street,

Satellite Beach, Florida 32937.

Dated:   August 28, 2007

                                SMITH HULSEY & BUSEY


                                By _____ s/ James H. Post _____
                                     Stephen D. Busey
                                     James H. Post (FBN 175460)
                                     Cynthia C. Jackson

                                225 Water Street, Suite 1800
                                Jacksonville, Florida 32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                jpost@smithhulsey.com

                                Counsel for Reorganized Debtors

00520151