UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817-3F1
                                                          Chapter 11
                    Reorganized Debtors.       )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Helen Ziglar (Claim No. 3554) [Docket No. 17860] was furnished by mail on August 27,

2007 to Helen Ziglar, 18485 Belvedere Road, Orlando, Florida 32820.

Dated:  August 28, 2007

SMITH HULSEY & BUSEY


By      _s/ James H. Post_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151