UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3Fl |
| | ) | |
| WINN-DIXIE STORES, INC., et al. | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF WITHDRAWAL OF APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM FILED BY CRAWFORD LEWIS, P.L.L.C.

Applicant, **CRAWFORD LEWIS, P.L.L.C.**, hereby withdraws its Application for Allowance of Administrative Expense and Request for Notice (Docket No. 14158) and any other administrative claim they may have against the Reorganized Debtors or their estates.

Dated: August 28, 2007.

                 **CRAWFORD LEWIS, P.L.L.C.**

                By: _/s/ John M. Delgado_
                   MARY G. ERLINGSON (#19562)
                   JOHN M. DELGADO (#26624)
                   450 Laurel Street, Suite 1600
                   Post Office Box 3656
                   Baton Rouge, Louisiana  70821-3656
                   Telephone: (225) 343-5290
                   Facsimile: (225) 383-5508
                   **ATTORNEYS FOR MOVANT**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was furnished by U.S. Mail and facsimile to Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708, and by electronic transmitting using the CM/ECF system which will send a notice of electronic filing to all known counsel of record this 28th day of August, 2007.

/s/ John M. Delgado