UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    : Case No. 05-03817-3F1
                                          :
Winn-Dixie Stores, Inc., et al.,          : Chapter 11
                                          :
Reorganized Debtors.                      : Jointly Administered
                                          :
_____   :

FILED
JACKSONVILLE, FLORIDA
AUG 27 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF WITHDRAWAL OF EXPENSE CLAIM

Creditor, **HASSELL, MOORHEAD & CARROLL**, hereby serves this notice of the withdrawal of its expense claim which was filed under Notice 14454, for a total amount of **SIX THOUSAND FIVE HUNDRED SEVENTY-NINE DOLLARS AND FORTY-THREE CENTS ($6,579.43),** as the bills corresponding to this amount have been paid by the Debtor in February of 2007.

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to:

**JAMES H. POST, ESQUIRE,** *Smith, Hulsey and Bussey,* 225 Water Street, Suite 1800, Jacksonville, Florida 32202 this 24th day of August, 2007.

**M. JENNIFER MOORHEAD, ESQUIRE**
Florida Bar No.: 0768730
*Hassell, Moorhead & Carroll*
Post Office Box 2229
Daytona Beach, FL 32115

Tel: (386)238-1357
Fax: (386) 258-7406