## UNUNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

         Debtors.

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

## MOTION OF PHYLLIS BURROWS TO DEEM APPLICATION FOR ADMINISTRATIVE EXPENSE TIMELY FILED

Now Comes Phyllis Burrows (the "Ms. Burrows"), by and through undersigned counsel, to file this, her motion for the entry of an order (the "Motion") deeming the Application for Administrative Expense Status (attached as hereto as Exhibit A) (the "Application") timely filed and in accordance with the Court's Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Doc. 12440), which, *inter alia*, established an administrative claims bar date of January 5, 2007 ("Administrative Claims Bar Date").

### BACKGROUND

1.     On or about December 23, 2005, Ms. Burrows sustained personal injuries due to a slip and fall incident (the "Incident") at the Winn-Dixie Store # 443 operated by Winn-Dixie Stores, Inc. (one of the Affiliated Debtors), located Columbus, Georgia ("Winn-Dixie").

2.     Shortly thereafter, Ms. Burrows contacted Sedgwick Claims Management Services, Inc., Winn-Dixie's third party claims administrator ("Sedgwick"), in an effort to submit her claim for medical treatment as a result of the Incident.

3.     Shortly thereafter, and at the behest of Sedgwick, Ms. Burrows completed and executed an "Authorization for Release of Information" (the "Medical Release") in favor of

Sedgwick, which authorized Sedgwick to obtain Ms. Burrows' medical records. A copy of the Medical Release is attached hereto as Exhibit B.

4.  On April 21, 2006, Rebecca Peters, Claims Examiner for Sedgwick, sent correspondence to Ms. Burrows acknowledging receipt of certain medical bills (which is makes up Ms. Burrows' Administrative Expense Claim"). A copy of this correspondence is attached as Exhibit C. On August 9, 2006, Ms. Peters sent correspondence to Quantum Physical Therapy, Inc., Ms. Burrows' physical therapy provider, a requested Ms. Burrows' medical records. A copy of this correspondence is attached as Exhibit D. By information and belief, Sedgwick sent similar correspondence to each of the three "medical providers" who treated Ms. Burrows for the injuries sustained as a result of the Incident.

5.  Ms. Burrows is a resident of Dayton, Ohio. The Incident occurred while she was visiting her grandchildren in Columbus, Georgia. Ms. Burrows travels often to Columbus, Georgia during the winter months; and stays with her family during the Christmas holidays.

6.  Ms. Burrows executed all documents necessary for Sedgwick to evaluate her claims. As of April 21, 2006, Sedgwick knew the amount of Ms. Burrows' claim – but requested supporting medical documentation. By information and belief, Sedgwick was in possession of all records pertaining to Ms. Burrows' claims prior to the Administrative Claims Bar Date.

7.  Ms. Burrows was not offered a settlement. Ms. Burrows contacted Roxanne Gray Daniel, Esq., an attorney and former Georgia state judge in Muscogee County, Georgia, to aid in the negotiations with Sedgwick. Ms. Daniel was never retained by Ms. Burrows, and had not represented to Sedgwick she was Ms. Burrows' representative.

9.  Ms. Burrows did not receive any notice of the Administrative Claims Bar Date. *See* Affidavit of Ms. Burrows, a copy of which is attached as Exhibit E. Indeed, Ms. Burrows

was not in Dayton, Ohio during the 2006 Charismas holiday season; as she was visiting her family in Columbus, Georgia and did not return to Dayton, Ohio until after the Administrative Claims Bar Date had passed.    As a result, she could not have filed an application for administrative expense status prior to the Administrative Claims Bar Date even if the notice was actually sent (assuming she would have understood what the notice was intended to convey).[1]

## MEMORANDUM OF LAW

It is well established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471, 485 (1968) (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.,* 169 B.R. 766 (Bankr.S.D.Fla. 1994).    Moreover, the Bankruptcy Code provides that "(a)n entity may timely file a request for payment of an administrative expense, or may tardily file such request if permitted by the court for cause." 11 U.S.C. § 503(a).    In the case of a post-petition claim filed after a bar date, bankruptcy courts have used the "excusable neglect" standard of Fed. R. Bankr. P. 9006(b)(1) in the context of a Section 503(a) application for administrative expense. *See, In re: Bicoastal Corp.,* 147 B.R. 258 (MD. Fla. 1992); *In re: Reams Broad. Corp.,* 153 B.R. 520, 522 (Bankr. N.D. Ohio 1993).    In essence, the court is permitted to exercise its discretion "to accept late filings caused by inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the movant's control." *Pioneer Inv. Servs. Co. v. Brunswick Assoc., Ltd. P'ship.,* 507 U.S. 380 (1993)

---

[1]    Rule 2002-1(f) of the Local Rules of Bankruptcy Procedure for the Middle District of Florida ("Local Rules") provides the Debtors should have served the notice informing of the Claims Bar Date within three days after it was directed to do so by the Court.    The Confirmation Order was entered on November 9, 2006.    By information and belief, Logan & Company, the Debtors' claims agent, did not send the notice until more than a month after the Conrimation Order was entered -- the result of which may cause prejudice to Ms Burrows in the event the Court does not grant the Motion.

In *Pioneer*, the United States Supreme Court explicitly rejected a narrow interpretation of the term "excusable neglect" under Rule 9006(b)(1). *Id.* at 388 ("Congress plainly contemplated that the courts would be permitted, where appropriate, to accept late filings caused by inadvertence, mistake, or carelessness, as well as by intervening circumstances beyond the party's control"). A post-petition claim filed after a bar date will be deemed timely-filed if the claimant can demonstrate that the late filing was the result of "excusable neglect." *See, Banco Lation International v. Lopez (In re: Banco Latino International)*, 404 F.3d 1295, 1296 (11th Cir. 2005) (*citing Pioneer*); *See also In re: Pappalardo*, 210 B.R. 634 (Bankr. S.D. Fla. 1997).

As noted previously by this Court, *Pioneer* mandates a "balancing test" of four considerations. *See In re: Harrell*, 325 B.R. 643, 646 (Bankr. M.D. Fla. 2005). Those considerations include: (a) the reason for the delay and whether it was in control of the claimant; (b) the length of delay and potential impact on judicial proceedings; (c) the danger of prejudice to debtor; and (d) whether the claimant acted in good faith. *Id. at 646.*

### Movant's Failure to File Administrative Claim was Excusable Neglect

a. <u>**Delay was Outside the Control of the Movants.**</u>

Ms. Burrows did not receive actual notice of the Administrative Claims Bar Date. *See In re Anchor Class Container Corporation*, 325 B.R. 892, 895 (Bankr.M.D.Fla. 2005); *In re Hillsborough Holdings Corporation*, 172 B.R. 108, 111 (Bankr.M.D.Fla. 1994); *In re Charter Co.*, 113 B.R. 725 (M.D. Fla. 1992). As set forth above, Ms. Burrows was away from her Dayton, Ohio address during the time after the bar date notice was forwarded to Logan & Company for service all creditors. Even if the notice was sent to Ms. Burrows' Dayton, Ohio address (which it was not), she could not have responded prior to the Administrative Claims Bar Date because she was not "at home" whenever such notice would have arrived. By contrast,

4

Winn-Dixie and Sedgwick both had actual notice of the Ms. Burrows' claims well in advance of the Administrative Claims Bar Date, requested informed consent to obtaining her medical records, and knew the extent of Ms. Burrows damages on or before April 21, 2006.

**b.**    **Length of Delay and Potential Impact on Judicial Proceedings**

Ms. Burrows' claim will not impact any judicial proceedings for the Reorganized Debtors. Winn-Dixie had full knowledge of the extent of Ms. Burrows claim by virtue of the "emergency room bills and bills received from Dr. Robert M. Frank, PT, Inc. concerning [Ms. Burrows'] therapy"[2] well before the Debtors' filed its Plan of Reorganization, which provides treatment for Ms. Burrows' claim. As such, the length of the delay does not affect the Debtors' Reorganization and will not affect judicial proceedings.

**c.**    **Prejudice to the Debtors**

There can be little, if any, prejudice to Winn-Dixie if the Application is deemed timely filed. Winn-Dixie had actual notice of Ms. Burrows' personal injury claims prior to the Administrative Claims Bar Date. Indeed, Winn-Dixie, through Sedgwick, obtained Ms. Burrows' medical records, and evaluated the claim prior to the Administrative Claims Bar Date and has had an opportunity to independently evaluate the evidence relevant to the claim. Winn-Dixie knew the extent of any potential monetary exposure Ms. Burrows claims presented prior to filing its Joint Plan of Reorganization, which provided for treatment of Ms. Burrows' claims.

Moreover, allowing the Application will not deprive the Winn-Dixie of its ability to defend against Ms. Burrows' claims on the merits; on the other hand, _not_ allowing the Application will deprive Ms. Burrows of any and all recourse for their claims.

---

[2]      _See_ Exhibit C.

**d.**     **The Movants' Application is Filed in Good Faith**

Ms. Burrows' actions in this case were, without question, undertaken in good faith. At no point have Ms. Burrows delayed the reorganization process or otherwise "sat on her rights", and there is and can be no suggestion that she has acted improperly in any fashion.

## Conclusion

Each of the foregoing equitable considerations weighs heavily in favor of the granting of the relief sought in this Motion. The treatment of the Ms. Burrows' Application as timely filed will permit her claims to be resolved on its merits. Such relief will in no way prejudice Winn-Dixie, Inc. or its Affiliated Debtors, and will serve to protect Ms. Burrows' rights to recover her damages, and is consistent with the letter and policy of the United States Bankruptcy Code.

**Wherefore,** Ms. Burrows request that the Court enter an order:

(A)   deeming the Application attached as Exhibit "A" timely filed;

(B)   granting Ms. Burrows any such other and further relief to which they may be entitled.

Dated: August 28, 2007.

**WILCOX LAW FIRM**

/s/Brett A. Mearkle
Brett A. Mearkle
Fla. Bar. No. 644706
6817 Southpoint Parkway
Suite 1202
Jacksonville, Florida 32216

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007 I filed this **MOTION OF PHYLLIS BURROWS TO DEEM APPLICATION FOR ADMINISTRATIVE EXPENSE TIMELY FILED** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/Brett A. Mearkle

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.: 3-05-bk-3817 (JAF)

        Debtors.                                            Chapter 11

Jointly Administered

**APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE**
**EXPENSE STATUS**

Now Comes Phyllis Burrows (the "Applicant"), and seeks administrative expense status for her post-petition claim against one or more of the Debtors pursuant to 11 U.S.C. § 503(b). Specifically, Applicant request the entry of an order allowing the administrative expense described below and directing payment of such amount pursuant to the Order Confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Doc.12440) and the provisions of the Debtors Joint Plan of Reorganization as confirmed. In support of her Application, the Applicant says:

**JURISDICTION AND VENUE**

1.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 157(b)(2).

**FACTUAL BACKGROUND**

2.     Winn-Dixie Stores, Inc. and its affiliated companies (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3.     On or about December 23, 2005, Applicant sustained personal injuries as a result of an incident that occurred at Winn-Dixie Store # 443 in Columbus, Georgia (the

"Winn-Dixie Store"), which is operated by Winn-Dixie Stores, Inc. (one of the Affiliated Debtors).

The Applicant has incurred $20,000.00 in damages, of which include medical bills and pain and suffering. A copy of the Applicant's medical bills is attached hereto as Composite Exhibit 1. The Applicant can support through medical records and other evidence the damages she has sustained.

## APPLICANT'S CLAIMS ARE ENTITLED TO ADMINISTRATIVE EXPENSE STATUS

4.      It is well established that personal injury claims arising from a post-petition tort committed by the debtor are entitled to administrative expense status. *See, Reading Co. v. Brown,* 391 U.S. 471, 485 (1968) (post-petition fire damages resulting from trustee's negligence were entitled to administrative expense status); *In re Piper Aircraft Corp.*, 169 B.R. 766 (Bankr.S.D.Fla. 1994).

5.      In this instance, the Applicant's claims arose from the business operations of Winn-Dixie after the Petition Date but prior to the Confirmation Order. As such, Applicant's claims are entitled to status as an administrative expense under 11 U.S.C. § 503(b), and the Applicant seek the entry of an order granting administrative status for the Applicant's claims, as described herein.

**Wherefore,** based upon the foregoing, Applicant respectfully requests that the Court enter an order granting administrative status for the claim represented by this Application, and order payment in the amount of $20,000.00 pursuant to the Court's November 9, 2006 Order Confirming the Debtors' Plan of Reorganization, and all other relief the Court may deem appropriate.

Respectfully Submitted,

**Wilcox Law Firm**

/s/ Brett A. Mearkle
Brett A. Mearkle
Fla. Bar. No.644706
6817 Southpoint Parkway
Suite 1202
Jacksonville, Florida 32216

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2007 I filed this **APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ Brett A. Mearkle

COMPOSITE EXHIBIT 1

# 1 OF 3

MEDICAL BILLS FROM QUANTUM PHYSICAL THERAPY, INC.

TOTAL AMOUNT $10,640.50

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. | | Page # |
|---|---|---|
| 0000002945 | | 1 |

PHYLLIS BURROWS


| Date |
|---|
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 03/01/2006 | PHYLLIS | PT EVALUATION | 35099 | 120.00 | |
| 03/01/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35099 | 60.00 | |
| 03/01/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35099 | 60.00 | |
| 03/03/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35114 | 60.00 | |
| 03/03/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35114 | 60.00 | |
| 03/06/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35131 | 60.00 | |
| 03/06/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35131 | 60.00 | |
| 03/06/2006 | PHYLLIS | ULTRASOUND THERAPY | 35131 | 70.00 | |
| 03/06/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35131 | 60.00 | |
| 03/08/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35155 | 60.00 | |
| 03/08/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35155 | 60.00 | |
| 03/08/2006 | PHYLLIS | ULTRASOUND THERAPY | 35155 | 70.00 | |
| 03/08/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35155 | 60.00 | |
| 03/10/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35190 | 60.00 | |
| 03/10/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35190 | 60.00 | |
| 03/10/2006 | PHYLLIS | ULTRASOUND THERAPY | 35190 | 70.00 | |
| 03/10/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35190 | 60.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---|---|---|---|---|---|---|
| | | | | | | |

# Notes

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. | Page # |
|---|---|
| 0000002945 | 2 |

PHYLLIS BURROWS


| Date |
|---|
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 03/13/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35213 | 60.00 | |
| 03/13/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35213 | 60.00 | |
| 03/13/2006 | PHYLLIS | ULTRASOUND THERAPY | 35213 | 70.00 | |
| 03/13/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35213 | 60.00 | |
| 03/17/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35275 | 60.00 | |
| 03/17/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35275 | 60.00 | |
| 03/17/2006 | PHYLLIS | ULTRASOUND THERAPY | 35275 | 70.00 | |
| 03/17/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35275 | 60.00 | |
| 03/20/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35300 | 60.00 | |
| 03/20/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35300 | 60.00 | |
| 03/20/2006 | PHYLLIS | ULTRASOUND THERAPY | 35300 | 70.00 | |
| 03/20/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35300 | 90.00 | |
| 03/22/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35328 | 60.00 | |
| 03/22/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35328 | 60.00 | |
| 03/22/2006 | PHYLLIS | ULTRASOUND THERAPY | 35328 | 70.00 | |
| 03/22/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35328 | 90.00 | |
| 03/24/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35363 | 60.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---|---|---|---|---|---|---|
| | | | | | | |

# Notes

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. | | Page # |
|---|---|---|
| 0000002945 | | 3 |

PHYLLIS BURROWS


| Date |
|---|
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 03/24/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35363 | 60.00 | |
| 03/24/2006 | PHYLLIS | ULTRASOUND THERAPY | 35363 | 70.00 | |
| 03/24/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35363 | 90.00 | |
| 03/27/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35399 | 60.00 | |
| 03/27/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35399 | 60.00 | |
| 03/27/2006 | PHYLLIS | ULTRASOUND THERAPY | 35399 | 70.00 | |
| 03/27/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35399 | 90.00 | |
| 04/03/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35476 | 60.00 | |
| 04/03/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35476 | 60.00 | |
| 04/03/2006 | PHYLLIS | ULTRASOUND THERAPY | 35476 | 70.00 | |
| 04/03/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35476 | 90.00 | |
| 04/05/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35503 | 60.00 | |
| 04/05/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35503 | 60.00 | |
| 04/05/2006 | PHYLLIS | ULTRASOUND THERAPY | 35503 | 70.00 | |
| 04/05/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35503 | 90.00 | |
| 04/07/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35531 | 60.00 | |
| 04/07/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35531 | 60.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---|---|---|---|---|---|---|
| | | | | | | |

# Notes

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. | Page # |
|---|---|
| 0000002945 | 4 |

PHYLLIS BURROWS

| Date |
|---|
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 04/07/2006 | PHYLLIS | ULTRASOUND THERAPY | 35531 | 70.00 | |
| 04/07/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35531 | 120.00 | |
| 04/12/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35581 | 60.00 | |
| 04/12/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35581 | 60.00 | |
| 04/12/2006 | PHYLLIS | ULTRASOUND THERAPY | 35581 | 70.00 | |
| 04/12/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35581 | 120.00 | |
| 04/19/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35642 | 60.00 | |
| 04/19/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35642 | 60.00 | |
| 04/19/2006 | PHYLLIS | ULTRASOUND THERAPY | 35642 | 70.00 | |
| 04/19/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35642 | 120.00 | |
| 04/21/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35665 | 60.00 | |
| 04/21/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35665 | 60.00 | |
| 04/21/2006 | PHYLLIS | ULTRASOUND THERAPY | 35665 | 70.00 | |
| 04/21/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35665 | 120.00 | |
| 04/24/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35684 | 60.00 | |
| 04/24/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35684 | 60.00 | |
| 04/24/2006 | PHYLLIS | ULTRASOUND THERAPY | 35684 | 70.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---|---|---|---|---|---|---|
| | | | | | | |

# Notes

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. |
| --- |
| 0000002945 |

| Page # |
| --- |
| 5 |

PHYLLIS BURROWS


| Date |
| --- |
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
| --- | --- | --- | --- | --- | --- |
| 04/24/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35684 | 120.00 | |
| 04/26/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35713 | 60.00 | |
| 04/26/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35713 | 60.00 | |
| 04/26/2006 | PHYLLIS | ULTRASOUND THERAPY | 35713 | 70.00 | |
| 04/26/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35713 | 120.00 | |
| 04/28/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35735 | 60.00 | |
| 04/28/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35735 | 60.00 | |
| 04/28/2006 | PHYLLIS | ULTRASOUND THERAPY | 35735 | 70.00 | |
| 04/28/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35735 | 120.00 | |
| 05/03/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35780 | 60.00 | |
| 05/03/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35780 | 60.00 | |
| 05/03/2006 | PHYLLIS | ULTRASOUND THERAPY | 35780 | 70.00 | |
| 05/03/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35780 | 120.00 | |
| 05/08/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35827 | 60.00 | |
| 05/08/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35827 | 60.00 | |
| 05/08/2006 | PHYLLIS | ULTRASOUND THERAPY | 35827 | 70.00 | |
| 05/08/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35827 | 120.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

# Notes

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. | Page # |
|---|---|
| 0000002945 | 6 |

PHYLLIS BURROWS


| Date |
|---|
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 05/19/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 35947 | 60.00 | |
| 05/19/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 35947 | 60.00 | |
| 05/19/2006 | PHYLLIS | ULTRASOUND THERAPY | 35947 | 70.00 | |
| 05/19/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 35947 | 120.00 | |
| 05/24/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36002 | 60.00 | |
| 05/24/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36002 | 60.00 | |
| 05/24/2006 | PHYLLIS | ULTRASOUND THERAPY | 36002 | 70.00 | |
| 05/24/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 36002 | 120.00 | |
| 06/02/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36050 | 60.00 | |
| 06/02/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36050 | 60.00 | |
| 06/02/2006 | PHYLLIS | ULTRASOUND THERAPY | 36050 | 70.00 | |
| 06/02/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 36050 | 120.00 | |
| 06/05/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36070 | 60.00 | |
| 06/05/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36070 | 60.00 | |
| 06/05/2006 | PHYLLIS | ULTRASOUND THERAPY | 36070 | 70.00 | |
| 06/05/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 36070 | 120.00 | |
| 06/26/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36242 | 60.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---|---|---|---|---|---|---|
| | | | | | | |

# Notes

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. |
| --- |
| 0000002945 |

| Page # |
| --- |
| 7 |

PHYLLIS BURROWS

| Date |
| --- |
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
| --- | --- | --- | --- | --- | --- |
| 06/26/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36242 | 60.00 | |
| 06/26/2006 | PHYLLIS | ULTRASOUND THERAPY | 36242 | 70.00 | |
| 09/06/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36834 | 60.00 | |
| 09/06/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36834 | 60.00 | |
| 09/06/2006 | PHYLLIS | ULTRASOUND THERAPY | 36834 | 70.00 | |
| 09/06/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 36834 | 120.00 | |
| 09/08/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36853 | 60.00 | |
| 09/08/2006 | PHYLLIS | ULTRASOUND THERAPY | 36853 | 70.00 | |
| 09/08/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36853 | 60.00 | |
| 09/08/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 36853 | 120.00 | |
| 09/13/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36888 | 60.00 | |
| 09/13/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36888 | 60.00 | |
| 09/13/2006 | PHYLLIS | ULTRASOUND THERAPY | 36888 | 70.00 | |
| 09/13/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 36888 | 120.00 | |
| 09/18/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36921 | 60.00 | |
| 09/18/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36921 | 60.00 | |
| 09/18/2006 | PHYLLIS | ULTRASOUND THERAPY | 36921 | 70.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

# Notes

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. | Page # |
|---|---|
| 0000002945 | 8 |

PHYLLIS BURROWS



| Date |
|---|
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
|---|---|---|---|---|---|
| 09/18/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 36921 | 120.00 | |
| 09/22/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 36967 | 60.00 | |
| 09/22/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 36967 | 60.00 | |
| 09/22/2006 | PHYLLIS | ULTRASOUND THERAPY | 36967 | 70.00 | |
| 09/22/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 36967 | 120.00 | |
| 10/02/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 37028 | 60.00 | |
| 10/02/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 37028 | 60.00 | |
| 10/02/2006 | PHYLLIS | ULTRASOUND THERAPY | 37028 | 70.00 | |
| 10/02/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 37028 | 120.00 | |
| 10/16/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 37123 | 60.00 | |
| 10/16/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 37123 | 60.00 | |
| 10/16/2006 | PHYLLIS | ULTRASOUND THERAPY | 37123 | 70.00 | |
| 10/16/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 37123 | 120.00 | |
| 10/18/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 37142 | 60.00 | |
| 10/18/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 37142 | 60.00 | |
| 10/18/2006 | PHYLLIS | ULTRASOUND THERAPY | 37142 | 70.00 | |
| 10/18/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 37142 | 120.00 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
|---|---|---|---|---|---|---|
| | | | | | | |

# Notes

# Statement of Account

Quantum Physical Therapy, Inc.
7271 N. MAIN ST.
STE 6
DAYTON, OH 45415

| Account No. |
| --- |
| 0000002945 |

| Page # |
| --- |
| 9 |

PHYLLIS BURROWS


| Date |
| --- |
| 03/07/2007 |

| Date | For | Description | Ref | Charges | Credits |
| --- | --- | --- | --- | --- | --- |
| 10/23/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 37153 | 60.00 | |
| 10/23/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 37153 | 60.00 | |
| 10/23/2006 | PHYLLIS | ULTRASOUND THERAPY | 37153 | 70.00 | |
| 10/23/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 37153 | 120.00 | |
| 10/25/2006 | PHYLLIS | Electrical Stim Unattended (Medicare | 37166 | 60.00 | |
| 10/25/2006 | PHYLLIS | HOT OR COLD PACKS THERAPY | 37166 | 60.00 | |
| 10/25/2006 | PHYLLIS | ULTRASOUND THERAPY | 37166 | 70.00 | |
| 10/25/2006 | PHYLLIS | THERAPEUTIC EXERCISES | 37166 | 120.00 | |
| 11/15/2006 | PHYLLIS | MEDICAL RECORD CHARGE | 38004 | 30.50 | |

| 0 - 30 Days Current | 31 - 60 Days Past Due | 61 - 90 Days Past Due | 91 - 120 Days Past Due | > 120 Days Past Due | | Balance Due |
| --- | --- | --- | --- | --- | --- | --- |
| $3130.50 | $0.00 | $0.00 | $0.00 | $7510.00 | | $10640.50 |

# Notes

# 2 OF 3

MEDICAL BILLS FROM THE MEDICAL CENTER, INC. IN COLUMBUS, GEORGIA

TOTAL AMOUNT $3,191.40

# The Medical Center, Inc.

**COLUMBUS REGIONAL** *Medical Center*

710 CENTER STREET
P.O. BOX 1040
COLUMBUS, GA. 31902-1040

**BURROWS ,PHYLLIS**
Service Date:          12/23/05
Service End:
Last Statement Date:  06/25/07
Account No:   706828498

For Account Information, Please Call 706-571-1300

## Statement of Account   07/25/07

| Transaction Date | Description | Amount |
|---|---|---|
| | PREVIOUS BALANCE | 3,191.40 |

| Estimated Insurance Due: | .00 | Total Patient Credits: | | Account Balance: | 3,191.40 |
|---|---|---|---|---|---|

FINAL NOTICE. PLEASE SEND YOUR PAYMENT IN FULL TODAY TO
AVOID FURTHER COLLECTION ACTIVITY.

---

Please detach and return with your payment

THE MEDICAL CENTER, INC.
710 CENTER STREET
P.O. BOX 1040
COLUMBUS, GA. 31902-1040

ADDRESS SERVICE REQUESTED

☐ Check box if your address or insurance information
has changed.  Please make changes on back.

| For Hospital Use Only | Account Number:<br>**706828498** | | Please Pay This Amount:<br>**3,191.40** |
|---|---|---|---|
| | Patient Name:<br>**BURROWS ,PHYLLIS** | | Due By:<br>**08/09/07** |
| | ☐ VISA  ☐ MasterCard  ☐ DISCOVER  ☐ AMERICAN EXPRESS | | |
| | Card Number: | CVV2 No:* | Exp. Date: |
| | Signature: | | Amount Paid: |

Make Check Payable To THE MEDICAL CENTER, INC.
* The CVV2 Number is the last 3 digits on the back of your credit card, by your signature

00001380   01          001

PHYLLIS MAE BURROWS


THE MEDICAL CENTER CLIENT #502
P.O. BOX 1058
COLUMBUS, GA
31902-1058

TMC BURROWS, PHYLLIS Encounter 43807-9...   Itemized Bills OP 12/29/2005 pg 1 IMS_REPO

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | | | |
|---|---|---|---|---|---|---|---|
| CYCLE INS. | 12/28/05 | | | | | | |

THE MEDICAL CENTER, INC.
P.O. BOX 1040
COLUMBUS, GA
706 571-1300

31902

PAGE NO.
1

BIRTH-DATE   HOSP.NO.
000105

| G   E   PATIENT   NAME | PATIENT   NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|
| BURROWS ,PHYLLIS | 706828498 | F | 69 | 12/23/05 | | | OUT PATIENT |

GUARANTOR NAME AND ADDRESS

*Phyllis M. Burrows*

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | I99 | | 401486113 |
| | MCCANTS, NICOLE DO | | |

AMOUNT OF PAYMENT   $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 12/23 | 001FOREARM | 4215309 | 111.00 | 111.00 | | | | |
| 12/23 | 001SHOULDER MIN 2 | 4218303 | 111.00 | 111.00 | | | | |
| 12/23 | 001MORPHINE INJ 1 | 4305638 | 15.00 | 15.00 | | | | |
| 12/23 | 001ADAPTER IV CLA | 4750129 | 5.00 | 5.00 | | | | |
| 12/23 | 001CATH IV AUTOGU | 4752076 | 7.00 | 7.00 | | | | |
| 12/23 | 001CATH IV AUTOGU | 4752077 | 7.00 | 7.00 | | | | |
| 12/23 | 001COLLAR PHILADE | 4758746 | 78.00 | 78.00 | | | | |
| 12/23 | 001COLLAR PHILADE | 4758746 | 78.00 | 78.00- | | | | |
| 12/23 | 001COLLAR PHILADE | 4758749 | 78.00 | 78.00 | | | | |
| 12/23 | 001DRSG TEG 2 3/8 | 4759937 | 5.00 | 5.00 | | | | |
| 12/23 | 001EMERG LEVEL II | 4780514 | 347.00 | 347.00 | | | | |
| 12/23 | 001CT-CERV SPINE | 4260003 | 1208.00 | 1208.00 | | | | |
| 12/23 | 001CT-HEAD/BRAIN | 4267613 | 1050.00 | 1050.00 | | | | |
| 12/23 | 001CT-MRI 3-D REC | 4267637 | 234.00 | 234.00 | | | | |
| 12/23 | 001METOCLOPRAM 10 | 4301511 | 13.40 | 13.40 | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | DX X-RAY | | 222.00 | 222.00 | | | | |
| | PHARMACY | | 28.40 | 28.40 | | | | |
| | MED SURG SUPPLIES | | 102.00 | 102.00 | | | | |
| | EMERG ROOM | | 347.00 | 347.00 | | | | |
| | CT SCAN/BODY | | 1208.00 | 1208.00 | | | | |
| | CT SCAN/BODY | | 1284.00 | 1284.00 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 3191.40 | 3191.40 | | | | |
| | DIAGNOSIS: | 920 | | | | | | |
| | | 920 | | | | | | |

| T O T A L S | | | 3191.40 | 3191.40 | | | | |
|---|---|---|---|---|---|---|---|---|

PATIENT NUMBER
706828498

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

THE MEDICAL CENTER, INC.
COLUMBUS, GA

# 3 of 3

MEDICAL BILLS FROM DR. BRIAN J. FORNADEL, M.D.

TOTAL AMOUNT: $906.00

Account: 109377
BURROWS, PHYLLIS M

Group: 8                    Page: 1
PREMIER INTEGRATED MEDICAL AS
PO BOX 711858
COLUMBUS, OH 43271-1858

IRS #:
Phone:

riveralo

| Typ | Doc | Loc | Patient | Code | Desc | Date | Ct | T | Amount | Balance | Control |
|-----|-----|-----|---------|------|------|------|----|----|--------|---------|---------|
| 20 | 482 | 8 | | | #018929 | 120605 | 1 | A | .00 | .00 | 19135048 |
| 20 | 486 | 8 | 1 PHYLLIS | G0009 | ADMIN P | 010906 | 1 | C | 19.00 | .00 | 19522045 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | | Diag: 250.00 | 401.1 | 272.0 | | V03.82 | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 013006 | 1 | P | 16.97- | .00 | 19721571 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 013006 | 1 | A | 2.03- | .00 | 19721572 |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 041106 | 1 | P | .80- | .00 | 20523345 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 041106 | 1 | A | .80 | .00 | 20523346 |
| 20 | 486 | 8 | 1 PHYLLIS | 90732 | PNEUMOC | 010906 | 1 | C | 42.00 | .00 | 19522046 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | | Diag: 250.00 | 401.1 | 272.0 | | V03.82 | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 013006 | 1 | P | 24.57- | .00 | 19721573 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 013006 | 1 | A | 17.43- | .00 | 19721574 |
| 20 | 486 | 8 | 1 PHYLLIS | 36415 | DRAWING | 010906 | 1 | C | 14.00 | .00 | 19522047 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | | Diag: 250.00 | 401.1 | 272.0 | | V03.82 | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 013006 | 1 | P | 3.00- | .00 | 19721575 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 013006 | 1 | A | 11.00- | .00 | 19721576 |
| 20 | 486 | 8 | | | #019522 | 020606 | 1 | A | .00 | .00 | 19721570 |
| 20 | 486 | 8 | | | #019899 | 032206 | 1 | A | .00 | .00 | 20123186 |
| 20 | 486 | 8 | 1 PHYLLIS | 36415 | DRAWING | 042606 | 1 | C | 14.00 | .00 | 20443317 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | | Diag: 250.02 | 401.1 | 272.0 | | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 051706 | 1 | P | 3.00- | .00 | 20835295 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 051706 | 1 | A | 11.00- | .00 | 20835296 |
| 20 | 486 | 8 | | | #020443 | 060206 | 1 | A | .00 | .00 | 20835294 |
| 20 | 487 | 8 | | | #021137 | 072706 | 1 | A | .00 | .00 | 21331097 |
| 20 | 486 | 8 | | | #021983 | 102706 | 1 | A | .00 | .00 | 22184238 |
| 20 | 486 | 8 | | | #022008 | 110106 | 1 | A | .00 | .00 | 22216084 |
| 20 | 486 | 8 | 1 PHYLLIS | G0008 | ADMIN I | 111006 | 1 | C | 19.00 | .00 | 22378914 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | | Diag: V04.81 | | | | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 120106 | 1 | P | 17.77- | .00 | 22600873 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 120106 | 1 | A | 1.23- | .00 | 22600874 |
| 20 | 486 | 8 | 1 PHYLLIS | 90658 | INFLUEN | 111006 | 1 | C | 32.00 | .00 | 22378915 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | | Diag: V04.81 | | | | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 120106 | 1 | P | 12.62- | .00 | 22600875 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 120106 | 1 | A | 19.38- | .00 | 22600876 |
| 20 | 486 | 8 | | | #024319 | 060507 | 1 | A | .00 | .00 | 24476157 |
| 20 | 486 | 8 | 1 PHYLLIS | 99214 | OFFICE/ | 081707 | 1 | C | 99.00 | 99.00 | 25246690 |
| 20 | 486 | 8 | 1 PHYLLIS | 36415 | DRAWING | 081707 | 1 | C | 14.00 | 14.00 | 25246691 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | | Diag: 250.62 | 357.2 | 401.1 | | | | | |

BT: 20  MEDICARE              Ending Balance----> 113.00

--Current----30 days----60 days----90 days----120 days---150 days---180 days----
    113.00          .00         .00         .00         .00         .00         .00
------------------------------------------------------------------------------------
                        Report Balance---> 113.00

Account: 109377
BURROWS, PHYLLIS M

Group: 8                    Page: 1
PREMIER INTEGRATED MEDICAL AS
PO BOX 711858
COLUMBUS, OH 43271-1858

riveralo    08/28/07

| Typ | Doc | Loc | Patient | Code | Desc | Date | Ct | T | Amount | Balance | Control |
|-----|-----|-----|---------|------|------|------|----|----|--------|---------|---------|
| 280 | 486 | 8 | 1 PHYLLIS | 99214 | OFFICE/ | 010906 | 1 | C | 99.00 | .00 | 19522044 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | Diag: 250.00 | | 401.1      272.0 | | V03.82 | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 013006 | 1 | A | 22.67- | .00 | 19721568 |
| 20 | 486 | 8 | 1 PHYLLIS | 06020 | TRANS F | 013006 | 1 | A | .00 | .00 | 19721569 |
| 280 | 486 | 8 | 1 PHYLLIS | 02280 | PYMT AN | 033006 | 1 | P | 76.33- | .00 | 20240558 |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 041106 | 1 | P | 2.90- | .00 | 20523342 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 041106 | 1 | A | 3.63 | .00 | 20523343 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 041106 | 1 | A | .73- | .00 | 20523344 |
| 280 | 486 | 8 | 1 PHYLLIS | 99214 | OFFICE/ | 022206 | 1 | C | 99.00 | .00 | 19899194 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | Diag: 787.2 | | 723.1      729.5 | | | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 031706 | 1 | A | 25.83- | .00 | 20123183 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 031706 | 1 | A | 19.04- | .00 | 20123184 |
| 20 | 486 | 8 | 1 PHYLLIS | 06020 | TRANS F | 031706 | 1 | A | .00 | .00 | 20123185 |
| 280 | 486 | 8 | 1 PHYLLIS | 02280 | PYMT AN | 050406 | 1 | P | 54.13- | .00 | 20627707 |
| 280 | 486 | 8 | 1 PHYLLIS | 99214 | OFFICE/ | 042606 | 1 | C | 99.00 | .00 | 20443316 |
| | Ref Ph: | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| | Case: | | Diag: 250.02 | | 401.1      272.0 | | | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 051706 | 1 | P | 63.97- | .00 | 20835291 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 051706 | 1 | A | 19.04- | .00 | 20835292 |
| 20 | 486 | 8 | 1 PHYLLIS | 06020 | TRANS F | 051706 | 1 | A | .00 | .00 | 20835293 |
| 280 | 486 | 8 | 1 PHYLLIS | 02280 | PYMT AN | 062906 | 1 | P | 15.99- | .00 | 21119304 |
| 280 | 487 | 8 | | | #021137 | 082206 | 1 | A | .00 | .00 | 21539348 |

BT: 280 ANTHEM                    Ending Balance---->        .00

--Current----30 days----60 days----90 days----120 days---150 days---180 days----
      .00           .00           .00           .00           .00           .00           .00

Report Balance--->        .00

Account: 109377
BURROWS, PHYLLIS M

Group: 9                     Page: 1
PREMIER INTEGRATED MEDICAL AS
PO BOX 711858
COLUMBUS, OH 43271-1858

riveralo    08/28/07

| Typ | Doc | Loc | Patient | Code | Desc | Date | Ct | T | Amount | Balance | Control |
|-----|-----|-----|---------|------|------|------|-----|---|--------|---------|---------|
| 20 | 943 | 90 | 1 PHYLLIS | 80053 | COMP. M | 010906 | 1 | C | 53.00 | .00 | 19548640 |
| Ref Ph: FORNADEL, BRIAN J MD | | | | | Hosp: PRIMED LAB | | | | | | |
| Case: | | | Diag: 401.1 | | 272.0 | | | | | | |
| 20 | 943 | 90 | 1 PHYLLIS | 02020 | PYMT ME | 020306 | 1 | P | 11.29- | .00 | 19742943 |
| 20 | 943 | 90 | 1 PHYLLIS | 03020 | ADJ MED | 020306 | 1 | A | 41.71- | .00 | 19742944 |
| 20 | 943 | 90 | 1 PHYLLIS | 80061 | LIPID P | 010906 | 1 | C | 70.00 | .00 | 19548641 |
| Ref Ph: FORNADEL, BRIAN J MD | | | | | Hosp: PRIMED LAB | | | | | | |
| Case: | | | Diag: 401.1 | | 272.0 | | | | | | |
| 20 | 943 | 90 | 1 PHYLLIS | 02020 | PYMT ME | 020306 | 1 | P | 14.92- | .00 | 19742945 |
| 20 | 943 | 90 | 1 PHYLLIS | 03020 | ADJ MED | 020306 | 1 | A | 55.08- | .00 | 19742946 |
| 20 | 943 | 90 | 1 PHYLLIS | 80053 | COMP. M | 042606 | 1 | C | 53.00 | .00 | 20452485 |
| Ref Ph: FORNADEL, BRIAN J MD | | | | | Hosp: PRIMED LAB | | | | | | |
| Case: | | | Diag: 401.1 | | 272.0  250.02 | | | | | | |
| 20 | 943 | 90 | 1 PHYLLIS | 02020 | PYMT ME | 051806 | 1 | P | 11.29- | .00 | 20832038 |
| 20 | 943 | 90 | 1 PHYLLIS | 03020 | ADJ MED | 051806 | 1 | A | 41.71- | .00 | 20832039 |
| 20 | 943 | 90 | 1 PHYLLIS | 80061 | LIPID P | 042606 | 1 | C | 70.00 | .00 | 20452486 |
| Ref Ph: FORNADEL, BRIAN J MD | | | | | Hosp: PRIMED LAB | | | | | | |
| Case: | | | Diag: 401.1 | | 272.0  250.02 | | | | | | |
| 20 | 943 | 90 | 1 PHYLLIS | 02020 | PYMT ME | 051806 | 1 | P | 14.92- | .00 | 20832040 |
| 20 | 943 | 90 | 1 PHYLLIS | 03020 | ADJ MED | 051806 | 1 | A | 55.08- | .00 | 20832041 |
| 20 | 943 | 90 | 1 PHYLLIS | 83036 | GLYCOSY | 042606 | 1 | C | 50.00 | .00 | 20452487 |
| Ref Ph: FORNADEL, BRIAN J MD | | | | | Hosp: PRIMED LAB | | | | | | |
| Case: | | | Diag: 401.1 | | 272.0  250.02 | | | | | | |
| 20 | 943 | 90 | 1 PHYLLIS | 02020 | PYMT ME | 051806 | 1 | P | 13.56- | .00 | 20832042 |
| 20 | 943 | 90 | 1 PHYLLIS | 03020 | ADJ MED | 051806 | 1 | A | 36.44- | .00 | 20832043 |

BT: 20  MEDICARE                    Ending Balance---->      .00

| --Current---- | 30 days---- | 60 days---- | 90 days--- | ---120 days--- | 150 days--- | 180 days---- |
|---------------|-------------|-------------|------------|----------------|-------------|--------------|
| .00 | .00 | .00 | .00 | .00 | .00 | .00 |

Report Balance---->      .00

Account: 109377                                    Group: 70                    Page: 1
BURROWS, PHYLLIS M                                 PREMIER INTEGRATED MEDICAL AS
                                                   PO BOX 711858
                                                   COLUMBUS, OH 43271-1858

                          riveralo    08/28/07

| Typ | Doc | Loc | Patient | Code | Desc | Date | Ct | T | Amount | Balance | Control |
|-----|-----|-----|---------|------|------|------|----|----|--------|---------|---------|
| 280 | 181 | 35 | 1 | PHYLLIS | 9920325 | OFFICE/ | 031406 | 1 | C | 115.00 | .00 | 20078051 |
| Ref Ph: | | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: | | | Diag: 215.3 | | 838.01 | 715.97 | | | | | |
| 20 | 181 | 35 | 1 | PHYLLIS | 02020 | PYMT ME | 033106 | 1 | P | 75.26- | .00 | 20314819 |
| 20 | 181 | 35 | 1 | PHYLLIS | 03020 | ADJ MED | 033106 | 1 | A | 20.93- | .00 | 20314820 |
| 20 | 181 | 35 | 1 | PHYLLIS | 07013 | CO INSU | 033106 | 1 | A | .00 | .00 | 20314821 |
| 280 | 181 | 35 | 1 | PHYLLIS | 02280 | PYMT AN | 042706 | 1 | P | 18.81- | .00 | 20495314 |
| 280 | 181 | 35 | 1 | PHYLLIS | 20600 | ARTHROC | 031406 | 1 | C | 94.00 | .00 | 20078052 |
| Ref Ph: | | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: | | | Diag: 215.3 | | 838.01 | 715.97 | | | | | |
| 20 | 181 | 35 | 1 | PHYLLIS | 02020 | PYMT ME | 033106 | 1 | P | 40.76- | .00 | 20314823 |
| 20 | 181 | 35 | 1 | PHYLLIS | 03020 | ADJ MED | 033106 | 1 | A | 43.05- | .00 | 20314824 |
| 20 | 181 | 35 | 1 | PHYLLIS | 07013 | CO INSU | 033106 | 1 | A | .00 | .00 | 20314825 |
| 280 | 181 | 35 | 1 | PHYLLIS | 02280 | PYMT AN | 042706 | 1 | P | 10.19- | .00 | 20495313 |
| 280 | 181 | 35 | 1 | PHYLLIS | 99213 | OFFICE/ | 041806 | 1 | C | 66.00 | .00 | 20392343 |
| Ref Ph: | | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: | | | Diag: 110.1 | | 215.3 | 838.01 | | | | | |
| 20 | 181 | 35 | 1 | PHYLLIS | 02020 | PYMT ME | 050406 | 1 | P | 40.72- | .00 | 20657727 |
| 20 | 181 | 35 | 1 | PHYLLIS | 03020 | ADJ MED | 050406 | 1 | A | 15.10- | .00 | 20657728 |
| 20 | 181 | 35 | 1 | PHYLLIS | 07013 | CO INSU | 050406 | 1 | A | .00 | .00 | 20657729 |
| 280 | 181 | 35 | 1 | PHYLLIS | 02280 | PYMT AN | 060806 | 1 | P | 10.18- | .00 | 20939458 |
| 280 | 181 | 35 | 1 | PHYLLIS | 11730T5 | NAIL RE | 042806 | 1 | C | 137.00 | .00 | 20457692 |
| Ref Ph: | | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: | | | Diag: 110.1 | | 703.9 | | | | | | |
| 20 | 181 | 35 | 1 | PHYLLIS | 02020 | PYMT ME | 051506 | 1 | P | 67.54- | .00 | 20832034 |
| 20 | 181 | 35 | 1 | PHYLLIS | 03020 | ADJ MED | 051506 | 1 | A | 52.58- | .00 | 20832035 |
| 20 | 181 | 35 | 1 | PHYLLIS | 06020 | TRANS F | 051506 | 1 | A | .00 | .00 | 20832036 |
| 280 | 181 | 35 | 1 | PHYLLIS | 02280 | PYMT AN | 062906 | 1 | P | 16.88- | .00 | 21119305 |
| 280 | 181 | 35 | 1 | PHYLLIS | 11730TA | NAIL RE | 051606 | 1 | C | 137.00 | .00 | 20661282 |
| Ref Ph: | | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: | | | Diag: 703.0 | | 681.11 | | | | | | |
| 20 | 181 | 35 | 1 | PHYLLIS | 02020 | PYMT ME | 060106 | 1 | P | 67.54- | .00 | 20942619 |
| 20 | 181 | 35 | 1 | PHYLLIS | 03020 | ADJ MED | 060106 | 1 | A | 52.58- | .00 | 20942620 |
| 20 | 181 | 35 | 1 | PHYLLIS | 07013 | CO INSU | 060106 | 1 | A | .00 | .00 | 20942621 |
| 280 | 181 | 35 | 1 | PHYLLIS | 02280 | PYMT AN | 071306 | 1 | P | 16.88- | .00 | 21222169 |
| 280 | 181 | 35 | | | | #020193 | 062306 | 1 | A | .00 | .00 | 21023539 |

BT: 280 ANTHEM                         Ending Balance---->        .00

--Current----30 days----60 days----90 days----120 days---150 days---180 days----
        .00          .00          .00          .00          .00         .00          .00
                                   Report Balance--->        .00

Account: 109377
BURROWS, PHYLLIS M

Group: 70                    Page: 1
PREMIER INTEGRATED MEDICAL AS
PO BOX 711858
COLUMBUS, OH 43271-1858

riveralo    08/28/07

| Typ | Doc | Loc | Patient | Code | Desc | Date | Ct | T | Amount | Balance | Control |
|-----|-----|-----|---------|------|------|------|----|----|--------|---------|---------|
| 280 | 181 | 35 | 1 | PHYLLIS | 11100 | BIOPSY | 032806 | 1 | C | 141.00 | .00 | 20193403 |
| Ref Ph: | | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: | | | | Diag: 215.3 | | | | | | | | |
| 20 | 181 | 35 | 1 | PHYLLIS | 02020 | PYMT ME | 041306 | 1 | P | 60.80- | .00 | 20529844 |
| 20 | 181 | 35 | 1 | PHYLLIS | 03020 | ADJ MED | 041306 | 1 | A | 65.00- | .00 | 20529845 |
| 20 | 181 | 35 | 1 | PHYLLIS | 07013 | CO INSU | 041306 | 1 | A | .00 | .00 | 20529846 |
| 10 | 181 | 35 | 1 | PHYLLIS | 07013 | CO INSU | 062206 | 1 | A | .00 | .00 | 21023538 |
| 10 | 181 | 35 | 1 | PHYLLIS | 02011 | PAYMENT | 032607 | 1 | P | 15.20- | .00 | 23763892 |
| 25 | 181 | 8 | 1 | PHYLLIS | L3010RT | ORTHOTI | 032806 | 1 | C | 175.00 | 100.00 | 23310354 |
| Ref Ph: FORNADEL, BRIAN J MD | | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: L 01/09/06 Diag: 715.97 | | | | | | | | | | | | |
| 25 | 181 | 8 | 1 | PHYLLIS | 070H5 | SVC NOT | 022007 | 1 | A | .00 | .00 | 23501451 |
| 10 | 181 | 8 | 1 | PHYLLIS | 02011 | PAYMENT | 032607 | 1 | P | 25.00- | .00 | 23782639 |
| 10 | 181 | 8 | 1 | PHYLLIS | 02011 | PAYMENT | 051807 | 1 | P | 25.00- | .00 | 24334090 |
| 10 | 181 | 8 | 1 | PHYLLIS | 02011 | PAYMENT | 051807 | 1 | P | 25.00- | .00 | 24334216 |
| 25 | 181 | 8 | 1 | PHYLLIS | L3010LT | ORTHOTI | 032806 | 1 | C | 175.00 | 175.00 | 23310355 |
| Ref Ph: FORNADEL, BRIAN J MD | | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: L 01/09/06 Diag: 715.97 | | | | | | | | | | | | |
| 25 | 181 | 8 | 1 | PHYLLIS | 070H5 | SVC NOT | 022007 | 1 | A | .00 | .00 | 23501453 |

BT: 10   SELF PAY                    Ending Balance---->     275.00

--Current----30 days----60 days----90 days----120 days---150 days---180 days----
      .00         .00         .00         .00      275.00         .00         .00
-------------------------------------------------------------------------------
                         Report Balance--->     275.00

Account: 109377                              Group: 1                    Page: 1
BURROWS, PHYLLIS M                           PREMIER INTEGRATED MEDICAL AS
                                             PO BOX 711858
                                             COLUMBUS, OH 43271-1858

                         riveralo    08/28/07

| Typ | Doc | Loc | Patient | Code | Desc | Date | Ct | T | Amount | Balance | Control |
|-----|-----|-----|---------|------|------|------|----|----|--------|---------|---------|
| 20 | 182 | 35 | 1  PHYLLIS | 99213 | OFFICE/ | 082506 | 1 | C | 66.00 | .00 | 21987493 |
| Ref Ph: FORNADEL, BRIAN J MD | | | | | Hosp: PRIMED NORTH SPECIAL | | | | | | |
| Case: | | | | Diag: 726.90 | 726.70    845.12 | | | | | | |
| 20 | 182 | 35 | 1  PHYLLIS | 02020 | PYMT ME | 122006 | 1 | P | 40.72- | .00 | 22809345 |
| 20 | 182 | 35 | 1  PHYLLIS | 03020 | ADJ MED | 122006 | 1 | A | 15.10- | .00 | 22809346 |
| 20 | 182 | 35 | 1  PHYLLIS | 07013 | CO INSU | 122006 | 1 | A | .00 | .00 | 22809347 |
| 10 | 182 | 35 | 1  PHYLLIS | 02011 | PAYMENT | 032607 | 1 | P | 10.18- | .00 | 23763891 |

BT: 10   SELF PAY                     Ending Balance---->        .00

--Current----30 days----60 days----90 days----120 days---150 days---180 days----
        .00         .00         .00         .00         .00         .00         .00

                         Report Balance--->        .00

Account: 109377                                    Group: 1                    Page: 1
BURROWS, PHYLLIS M                                 PREMIER INTEGRATED MEDICAL AS
                                                   PO BOX 711858
                                                   COLUMBUS, OH 43271-1858

                          riveralo   08/28/07
-------------------------------------------------------------------------------------
Typ Doc  Loc Patient     Code    Desc      Date  Ct T   Amount   Balance  Control
20  182  35  1  PHYLLIS  99213   OFFICE/ 082506 1   C    66.00      .00   21630371
20  182  35  1  PHYLLIS  99213   MEDICAR 082506 1   C    66.00-     .00   21987490
  Ref Ph: FORNADEL, BRIAN J MD   Hosp: PRIMED NORTH SPECIAL
  Case:                 Diag: 726.90   726.70  845.12
20  182  35                      #021987 122306 1   A     .00       .00   22809348
                                                       -----------
BT: 20  MEDICARE                 Ending Balance---->      .00

--Current----30 days----60 days----90 days----120 days---150 days---180 days----
     .00          .00         .00         .00        .00        .00         .00
-------------------------------------------------------------------------------------
                                 Report Balance--->      .00

Account: 109377
BURROWS PHYLLIS M

Group: 8                              Page: 1
PREMIER INTEGRATED MEDICAL AS
PO BOX 711858
COLUMBUS, OH 43271-1858

996     riveralo     08/28/07

| Typ | Doc | Loc | Patient | Code | Desc | Date | Ct | T | Amount | Balance | Control |
|-----|-----|-----|---------|------|------|------|----|----|--------|---------|---------|
| 280 | 487 | 8 | 1 PHYLLIS | 99214 | OFFICE/ | 070306 | 1 | C | 99.00 | .00 | 21137187 |
| Ref Ph: | | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| Case: | | | Diag: 735.9 | | 250.00 | 401.9 | | | | | |
| 20 | 487 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 072706 | 1 | P | 63.97- | .00 | 21331094 |
| 20 | 487 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 072706 | 1 | A | 19.04- | .00 | 21331095 |
| 20 | 487 | 8 | 1 PHYLLIS | 06020 | TRANS F | 072706 | 1 | A | .00 | .00 | 21331096 |
| 280 | 487 | 8 | 1 PHYLLIS | 07004 | NOT ENR | 081706 | 1 | A | .00 | .00 | 21539347 |
| 10 | 487 | 8 | 1 PHYLLIS | 02010 | PAYMENT | 051707 | 1 | P | 15.99- | .00 | 24320525 |
| 20 | 486 | 8 | 1 PHYLLIS | 99214 | OFFICE/ | 081806 | 1 | C | 99.00 | .00 | 22008978 |
| Ref Ph: | | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| Case: | | | Diag: 250.02 | | 401.1 | 723.1 | | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 103006 | 1 | P | 63.97- | .00 | 22216081 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 103006 | 1 | A | 19.04- | .00 | 22216082 |
| 20 | 486 | 8 | 1 PHYLLIS | 07013 | CO INSU | 103006 | 1 | A | .00 | .00 | 22216083 |
| 10 | 486 | 8 | 1 PHYLLIS | 02010 | PAYMENT | 051707 | 1 | P | 14.01- | .00 | 24320526 |
| 10 | 486 | 8 | 1 PHYLLIS | 02012 | PAYMENT | 081807 | 1 | P | 1.98- | .00 | 25247818 |
| 20 | 486 | 8 | 1 PHYLLIS | 99214 | OFFICE/ | 100706 | 1 | C | 99.00 | .00 | 21983555 |
| Ref Ph: | | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| Case: | | | Diag: 729.5 | | 998.89 | | | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 02020 | PYMT ME | 102706 | 1 | P | 63.97- | .00 | 22184235 |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 102706 | 1 | A | 19.04- | .00 | 22184236 |
| 20 | 486 | 8 | 1 PHYLLIS | 07013 | CO INSU | 102706 | 1 | A | .00 | .00 | 22184237 |
| 10 | 486 | 8 | 1 PHYLLIS | 02012 | PAYMENT | 081807 | 1 | P | 15.99- | .00 | 25247819 |
| 20 | 486 | 8 | 1 PHYLLIS | 99214 | OFFICE/ | 051707 | 1 | C | 99.00 | .00 | 24319560 |
| Ref Ph: | | | | | Hosp: WOODBURY FAMILY PRAC | | | | | | |
| Case: | | | Diag: 250.02 | | 401.1 | 272.0 | | | | | |
| 20 | 486 | 8 | 1 PHYLLIS | 03020 | ADJ MED | 052907 | 1 | A | 11.51- | .00 | 24476155 |
| 20 | 486 | 8 | 1 PHYLLIS | 07001 | APPLIED | 052907 | 1 | A | .00 | .00 | 24476156 |
| 10 | 486 | 8 | 1 PHYLLIS | 02012 | PAYMENT | 081807 | 1 | P | 87.49- | | 25247820 |

BT: 10    SELF PAY                    Ending Balance----> .00

| --Current---- | 30 days---- | 60 days---- | 90 days---- | 120 days--- | 150 days--- | 180 days---- |
|---------------|-------------|-------------|-------------|-------------|-------------|--------------|
| .00 | .00 | .00 | .00 | .00 | .00 | .00 |

Report Balance---> .00

Account: 109377
BURROWS, PHYLLIS M

Group: 8                         Page: 1
PREMIER INTEGRATED MEDICAL AS
PO BOX 711858
COLUMBUS, OH 43271-1858

riveralo    08/28/07

| Typ | Doc | Loc | Patient | Code | Desc | Date | Ct | T | Amount | Balance | Control |
|-----|-----|-----|---------|------|------|------|----|----|--------|---------|---------|
| 520 | 486 | 8 | 1 PHYLLIS | 04001 | CHG MED | 111006 | 1 | C | 15.40 | .00 | 22359441 |
| 520 | 486 | 8 | 1 PHYLLIS | 02002 | PYMT ME | 111006 | 1 | P | 15.40- | .00 | 22370963 |

BT: 520 MEDICAL RECORD FEES          Ending Balance---->        .00

| --Current-- | --30 days-- | --60 days-- | --90 days-- | --120 days-- | --150 days-- | --180 days-- |
|-------------|-------------|-------------|-------------|--------------|--------------|--------------|
| .00 | .00 | .00 | .00 | .00 | .00 | .00 |

                              Report Balance--->        .00

# EXHIBIT B

# AUTHORIZATION FOR RELEASE OF INFORMATION

I authorize the use or disclosure of my individually identifiable health information, as described below, for purposes of administering my claim or request for reasonable accommodation. I understand that the information I authorize to be used or disclosed possibly may be redisclosed in accordance with the terms of this Authorization by the recipient and may no longer be protected by federal privacy regulations.

1. **What Information is covered by this Authorization.** This authorization applies to all medical, psychological, and/or psychiatric information, records and reports, including information regarding pre-existing conditions (a) that are in existence while this authorization is valid (see Item 3) and (b) that are related to the following, **Please check all that apply:**

   [X] my request for reasonable accommodation;          [X] my claim for bodily injury; *P.B.*
   [ ] my workers' compensation claim;                   [ ] my claim for personal injury; or *PB*
   [ ] my claim for disability benefits;                 [ ] my claim for dental benefits.

   My claim or request for reasonable accommodation involves the following condition: _Pain + Suffering from fall-inconvenience of time spent going to therapy + doctor - medications_

   Information to be disclosed may include, but is not limited to, medical history, chart notes, prescriptions, diagnostic test results, x-ray reports, and records received from other health providers. If directly related to my claimed condition, this information may include the following, **Please check yes or no and initial:**

   | | | | | |
   |---|---|---|---|---|
   | HIV test results, HIV or AIDS information. | YES [ ] | NO [X] | Initial here | _____ |
   | Psychiatric information. | YES [ ] | NO [X] | Initial here | _____ |
   | Information related to drug or alcohol abuse. | YES [ ] | NO [X] | Initial here | _____ |

   *none apply*

2. **Who is covered by this Authorization.**

   A. Any person or facility that attends, treats or examines me, including but not limited to _Dr. Furnadel Quantam P.T.   Columbus Reg. Hosp._ (specific name, if needed) is to make this information available to Sedgwick Claims Management Services, Inc. ("Sedgwick CMS") or its representative; and

   B. When relevant to my claim, Sedgwick CMS may re-disclose (without further authorization) this information to any of the following, (a) Any person or facility that attends, treats or examines me; (b) Any person or facility that impacts determination of my claim or that coordinates my benefits, including without limitation the employer to the extent permitted by state or federal law; or (c) The Social Security Administration or a social security or vocational rehabilitation vendor.

3. **How Long this Authorization is Valid.** This authorization is valid during the pendency of my claim, unless a different period is required under state law **(Release in connection with a claim for benefits for health insurance may not remain valid longer than the term of coverage of the policy; or for the duration of the claim for all other insurance claims).**

4. **Revocation of this Authorization.** Unless otherwise provided by state law, I understand that I may revoke this authorization at any time by notifying, in writing, Sedgwick Claims Management Services, Inc. at P.O. Box 24787 Jacksonville, FL 32241-4787. I also understand that the revocation will not have any effect on any actions taken before they received the revocation.

5. **Refusal To Sign.** This Authorization is necessary for the processing of my claim or request for reasonable accommodation. Failure to sign this Authorization may impair or impede the processing of my claim or request for reasonable accommodation. I understand my treatment provider will not condition treatment, payment, enrollment or eligibility on the refusal to sign this authorization.

I understand that I have the right to request and receive a copy of this authorization. I understand that I have the right to inspect the disclosed information at any time. A photocopy of this authorization shall be valid and is to be accepted with the same effect as the original.

| | | |
|---|---|---|
| Phyllis Burrows | _Phyllis Burrows_ | _12.23.05_ |
| Name of Patient | Signature of Patient or Patient's Representative* | Date |
| 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 | 5291 N. Dixie Drive, Daton, Oh. 45414 | |
| Patient's Social Security Number | Patient's Address | First Day Absent |
| *Please complete if signed by the patient's representative: | Printed name of Patient's Representative | Relationship to Patient |

Sedgwick CMS 06/26/03                                          ©Sedgwick Claims Management Services, Inc.

EXHIBIT C



## Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787,  Jacksonville,FL 32241-4787
Telephone: (888)784-3470 Facsimile: (904)419-5365

April 21, 2006

Phyllis Burrows
5291 N. Dixie Drive
Dayton, OH 45414

RE:    **Claimant:     Phyllis Burrows**
          **Date of Injury:     12/23/2005**
          **Claim Number:     A511215393-0001-01**
          **Location:     Columbus,GA 31904     Winn Dixie #:443**

Dear Ms. Burrows:

This letter is in response to your accident at the Winn Dixie store 12/23/2005.

We are in receipt of the emergency room bills.  We also received bills from Dr. Robert M. Frank, PT, Inc. concerning your therapy.

My records indicate a medical authorization and a medical provider list was sent to your address in December. We need the attached documents completed in order for us to request medical records from the physicians and hospitals that treated you for your injury.

I left a message on your recorder to call me.  I am also trying to determine if you have been released from medical care.  If you are released, I need the attachments completed and returned as soon as possible. Once the medical records and all the billing is received we will became evaluating your claim for settlement.

I can be reached on my toll free number during the day, from 8am to 5pm Eastern Standard Time, Monday through Friday.  My toll free number is 1-888-784-3470, ext. 5356.  I look forward to hearing from you.

Sincerely,

Rebecca Peters
Claims Examiner II

EXHIBIT D



## Sedgwick

**Sedgwick Claims Management Services Inc**
P.O. Box 24787,   Jacksonville,FL 32241-4787
Telephone: (888)784-3470  Facsimile: (904)419-5365

August 09, 2006

Quantum Physical Therapy Inc.
7271 North Main Street Ste. 6
Dayton, Ohio  45415

Re:    **Claimant:**          **Phyllis Burrows**
       **Social Security #:**  **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**
       **Date of Injury:**     **12/23/2005**
       **Claim Number:**       **A511215393-0001-01**

Dear Sirs or Madam:

We have been advised that you treated or are treating Phyllis Burrows for injuries she received December 23, 2005.

Enclosed please find a signed medical authorization.

Please send me:
1.  Copy of therapy prescription provided by physician who referred patient to your office.
2.  Copies of reports and the chart notes relating to this accident.
3.  If this patient has been discharged from your care please let me know.
4.  If you are still treating this patient, please let me know your prognosis and the anticipated length of treatment.

If there is a charge for this information, please send that bill (which includes your **Federal Tax I.D. #**) along with the above and we will promptly remit.  Thank you for your assistance in this matter.

Sincerely,

Rebecca Peters
Claims Examiner II

Encl.    Medical authorization

**Obtaining medical and/or wage information is for the purpose of evaluating your claim and does not infer liability on Winn Dixie or obligate Winn Dixie/Sedgwick Claims Management Services, Inc. to pay or reimburse any expenses incurred as a result of this incident.**

AFFIDAVIT OF PHYLLIS M. BURROWS

Before me the undersigned authority personally appeared PHYLLIS BURROWS, being duly sworn did depose and say as follows:

1.      My name is Phyllis M. Burrows.  I am over the age of eighteen (18), I have personal knowledge of the following facts and I am competent to testify.  I am an Ohio resident.

2.      On or about December 23, 2005, I was shopping at the Winn-Dixie Store # 443 in Columbus, Georgia when I slipped on rotisserie chicken grease on the tile floor in front of the rotisserie chicken counter.  Immediately after the fall, I blacked out.  Upon awakening, I felt pain in the left side of my body, sore, dizzy.

3.      Shortly thereafter, I was in contact with Sedgwick Claims Management Services, Inc., who represented to me they were the company that would evaluate my personal injuries and offer settlement.

4.      Sedgwick has sent me correspondence stating that once Sedgwick received my medical records, they would evaluate my claims for settlement.

5.      As per Sedgwick's request, I sent Sedgwick authorizations for release of my medical records so that Sedgwick may evaluate my injuries for settlement. Sedgwick has not offered to settle my claims.

6.      Prior to December 2006, I contacted Roxann Gray Daniel, Esq. (the "Law Firm") to help negotiate a settlement on my behalf.


[THIS SPACE INTENTIONALLY LEFT BLANK]

7.    I did not receive a notice from the bankruptcy court advising of an administrative claims bar date.

Every statement contained in the above and foregoing affidavit is true and correct to the best of my knowledge as of this _15th_ day of August, 2007.


_Phyllis Burrows_
Phyllis Burrows

Sworn and subscribed before me on this the _15th_ day of August, 2007.


My Commission Expires:  _Jan 27, 2008_


_Dennis W. Notek_
Notary Public

DENNIS W. NOTEK, Notary Public
in and for the State of Ohio
My Commission Expires: Jan. 27, 2008