UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re:                                                                    Chapter 11

WINN-DIXIE STORES, INC., et al.,
                                                                             Case No. 05-11063 (RDD)
                    Debtors.                                         (Jointly Administered)
_____

**NOTICE OF REMOVAL FROM SERVICE LIST**
**[Docket No. 184]**

      PLEASE TAKE NOTICE that the undersigned represents Developers Diversified Realty Corp. in the above referenced bankruptcy matter. It is hereby requested that the following be removed from the Service List:

      Eric C. Cotton, Esq.
      Developers Diversified Realty Corporation
      3300 Enterprise Parkway
      P.O. Box 227042
      Beachwood, Ohio 44122
      Tel: 212-755-5500
      e-mail: ecotton@ddrc.com

Dated:  New York, New York
           August 29, 2007

      KELLEY DRYE & WARREN LLP

      By: */s/ Robert L. LeHane*
          James S. Carr (JC 1603)
          Robert R. LeHane  (RL 9422)
      101 Park Avenue
      New York, New York 10178
      Tel: (212) 808-7800
      Fax: (212) 808-7897

      ATTORNEYS FOR DEVELOPERS
      DIVERSIFIED REALTY CORP.