UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                               CASE NO.: 3-05-bk-3817 (JAF)

WINN-DIXIE STORES, INC., et al.,          Chapter 11

                                                     Jointly Administered

**NOTICE OF DISMISSAL OF APPLICATION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM**

Kelley,Kelley, Kronenberg,Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A.Kelley,

throughthrough the  through the undersignedthrough the undersigned through the undersign

ofof administrative expense status for post-petition claim filedof administrative expense statu

as document 14081, and states thatas document 14081, and states that full payment has b

inin satisfactionin satisfaction of thein satisfaction of the legal services fees and costs owed to

between October 3, 2006 and November 21, 2006.

Respectfully Submitted,

                                       Law Offices of Clinton D. Flagg, P.A.


                                       /s/ John R. Buchholz
                                       John R. Buchholz
                                       Fla. Bar No. 606472
                                       Law Offices of Clinton D. Flagg, P.A.
                                       1320 South Dixie Highway
                                       Suite 1180
                                       Coral Gables, Florida 33146
                                       Tel:    (305) 669-0506
                                       Fax:   (305) 669-8980
                                       jb_flagg@bellsouth.net

## CERTIFICATE OF SERVICE

II HEREBY CERTIFY that on <u>AugAugust 29, August 29, 2007</u> I filed this **Notic**

**DismissalDismissal fo Application for Allowance of Administrative Expense Status for**

**Post-PetitionPost-Petition Claim** through the CM/ECF filing system, which through the CM

toto to be served to be served on James H. Post, Esq., Counsel for the Reorganized D

MatthewMatthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective

DateDate Committee, Elena L. EscDate Committee, Elena L. Escamilla, EsDate Committee

StatesStates Trustee and all other parties participating in the CM/ECF System, all

served electronically.

/s/ John R. Buchholz