UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,       )         Case No. 05-03817-3F1
                                                           )         Chapter 11
         Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Patricia Urquhart [Docket No. 17875] was furnished by mail on August 27, 2007 to Patricia Urquhart c/o John S. Fagan, Esq., 1063 Park Avenue, Orange Park, Florida 32073.

Dated: August 29, 2007

                                                           SMITH HULSEY & BUSEY


                                                           By      *s/ James H. Post*
                                                                Stephen D. Busey
                                                                James H. Post (FBN 175460)
                                                                Cynthia C. Jackson

                                                           225 Water Street, Suite 1800
                                                           Jacksonville, Florida  32202
                                                           (904) 359-7700
                                                           (904) 359-7708 (facsimile)
                                                           jpost@smithhulsey.com

                                                           Counsel for Reorganized Debtors

00569785