UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Agreed Order Resolving Claim Number 13213 and Administrative Claim (Docket No. 12940) filed by Konica Minolta Photo Imaging U.S.A., Inc. (Docket No. 17894) was furnished by mail on August 29, 2007 to Harley E. Riedel, Esq., Stichter, Reidel, Blain & Prosser, P.A., 110 East Madison Street, Suite 200, Tampa, Florida 33602.

Dated:  August 29, 2007

SMITH HULSEY & BUSEY


By     *s/ Cynthia C. Jackson*
         Stephen D. Busey
         James H. Post
         Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors