UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                              Chapter 11
                  Reorganized Debtors.       )          Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of Agreed Order on Debtors' Third Omnibus Objection and Motion for Order Determining Tax Liabilities (Morgan) (Docket No. 17896) was furnished by mail on August 29, 2007 to Amanda G. Scott, CPA, Morgan County Revenue Commissioner, 302 Lee Street, N.E., Decatur, Alabama 35602.

Dated:  August 29, 2007

                                        SMITH HULSEY & BUSEY


                                        By      *s/ Cynthia C. Jackson*
                                                Stephen D. Busey
                                                James H. Post
                                                Cynthia C. Jackson (FBN 498882)

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        cjackson@smithhulsey.com

                                        Counsel for Reorganized Debtors