# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| WINN-DIXIE STORES, INC., *et al.*, | ) CASE NO. 05-03817-3F1 |
| | ) |
| Debtors. | ) CHAPTER 11 |
| | ) JOINTLY ADMINISTERED |
| | ) |

**WITHDRAWAL OF OBJECTION OF ARONOV PROPERTY MANAGEMENT TO DEBTORS' MOTION FOR ORDER (A) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS AND EXEMPT FROM TAXES, (B) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF LEASES AND CONTRACTS AND (C) GRANTING RELATED RELIEF (CURE OBJECTION)**

TO THE HONORABLE, JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE:

ARONOV PROPERTY MANAGEMENT ("Aronov") by it's undersigned attorneys, files this Withdrawal of It's Cure Objection to Debtors' Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Motion") and in support thereof avers:

1. Aronov previously filed a certain Cure Objection (See Docket #2146) in conjunction with the anticipated assumption and assignment of its former lease with Debtors at the Talladega Shopping Center. Aronov also filed a separate Objection to the proposed assumption and assignment of the said lease (See Docket #2523) incorporating therein the previously filed Cure Objection.

2. All issues regarding the Cure Objection have been resolved as between Aronov and the Debtors.

3. Accordingly, insofar as the previously filed objection, identified above, pertained to the cure amounts alleged to be due from Debtors, Aronov hereby withdraws said Objections.

4. Aronov believes that all other objections to the proposed assumption and assignment were previously resolved, withdrawn and/or overruled. The assumption and assignment to the proposed assignee has been completed.

**BALLARD SPAHR ANDREWS & INGERSOLL, LLP**

**BY:   /s/ David L. Pollack**
**DAVID L. POLLACK**
**JEFFREY MEYERS**
**DEAN WALDT**
**Attorneys for Aronov Property Management**
**51st Floor - Mellon Bank Center**
**1735 Market Street**
**Philadelphia, Pennsylvania  19103**
**(215) 864-8325**

LOCAL COUNSEL:

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street
Suite 3900
Jacksonville, FL 32202
(904) 798-5459 [telephone]
(904) 358-1872 [facsimile]
Alan.Weiss@HKLaw.com

## CERTIFICATE OF SERVICE

I certify that service of the foregoing was made on August 29, 2007 via ECF Noticing and telecopier upon the parties listed below.

                                              /s/ David L. Pollack

| | |
|---|---|
| D.J. Baker<br>Sally McDonald Henry<br>Rosalie W. Gray<br>Eric M. Davis<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>rgray@skadden.com<br>Fax: 212-735-2000 | Stephen D. Busey<br>James H. Post<br>Cynthia C. Jackson<br>Megan R. Harper<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202<br>mharper@smithhulsey.com<br>Fax: 904-359-7708 |
| Elena L. Escamilla<br>U.S. Trustee<br>135 W. Central Boulevard<br>Room 620<br>Orlando, FL 32801<br>Elena.L.Escamilla@usdoj.gov<br>Fax: 407-648-6323 | Winn-Dixie Stores, Inc.<br>Attn: Laurence B. Appel<br>5050 Edgewood Court<br>Jacksonville, FL 32801<br>larryappel@winn-dixie.com<br>Fax: 904-783-5059 |
| John B. Macdonald, Esquire<br>Akerman Senterfitt<br>50 North Laura Street<br>Suite 2500<br>Jacksonville, FL 32202<br>johnmacdonald@akerman.com<br>Fax: 904-798-3730 | |