UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

AGREED ORDER RESOLVING CURE OBJECTION
FILED BY DANIEL G. KAMIN MANDEVILLE, LLC (STORE NO. 1500)

This cause came before the Court on (i) the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief ("Debtors' Second Omnibus Motion to Assume") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941), (ii) the Limited Objection to Debtors' Second Omnibus Motion to Assume filed by WD Hilliard, LLC ("WD Hilliard"), WD Miami, LLC ("WD Miami"), WD Montgomery, LLC ("WD Montgomery") and Daniel G. Kamin Mandeville, LLC ("Kamin Mandeville") with respect to Store Nos. 142, 235, 531 and 1500 (the "Cure Objection") (Docket No. 9742) and (iii) the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (the "Twenty-Sixth Omnibus Objection") (Docket No. 12281).

On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the

exhibits to the order. On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order. Included among the several proofs of claim listed on Exhibit B of the order is claim number 9640 filed by Kamin Mandeville. The Order reclassified claim number 9640 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 1500.[1]

2. Proof of claim number 9640 filed by Kamin Mandeville with respect to Store No. 1500 is allowed as an administrative claim in the amount of $5,846.83, which the Reorganized Debtors have paid in full to Capmark Services, Inc., as a lender to Kamin Mandeville.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 1500 filed by Kamin Mandeville in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 1500 that Kamin Mandeville has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

---

[1] This Agreed Order only resolves the Cure Objection as to Store No. 1500 and claim number 9640 filed by Daniel G. Kamin Mandeville, LLC (the landlord for Store No. 1500). This Agreed Order does not resolve the Cure Objection as to Store Nos. 142, 235 and 531 or the proofs of claim filed by WD Hilliard, LLC, WD Miami, LLC and WD Montgomery, LLC (the landlords for Store Nos. 142, 235 and 531).

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 29 day of August, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this Order on all
parties in interest.

00577547

3

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SEYFARTH SHAW LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Sara E. Lorber\** <br> Sara E. Lorber | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 55 East Monroe Street, Suite 4200 <br> Chicago, Illinois 60603 <br> (312) 346-8000 <br> (312) 269-8869 (facsimile) <br> slorber@seyfarth.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Daniel G. Kamin Mandeville, LLC | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized her electronic signature.

00577547