UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtor.
_____/

Chapter 11

Case No. 8:05-bk-3817-3F1

**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**

PLEASE TAKE NOTICE that Scott A. Stichter should be removed from all service lists.

DATED:  August 30, 2007

/s/ Scott A. Stichter
Scott A. Stichter
Florida Bar No. 0710679
STICHTER, RIEDEL, BLAIN
 & PROSSER, P.A.
110 Madison Street - Suite 200
Tampa, Florida 33602
(813) 229-0144
(813) 229-1811 FAX
ATTORNEYS FOR DEBTOR
sstichter@srbp.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST has been furnished by the Court's CM/ECF system or U.S. MAIL on the **30th** day of **August, 2007** to:

James H. Post, Esquire
SMITH HULSEY & BUSEY
225 Water Street – Suite 1800
Jacksonville, Florida 32202

/s/ Scott A. Stichter
Scott A. Stichter
Florida Bar No. 0710679