UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY PRB INVESTMENTS, L.L.C. (STORE NO. 1434)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Opposition to Debtors' Second Omnibus Motion for Authority to Assume Non-Residential Real Property Leases, to Cure Amounts and Grant Related Relief filed by PRB Investments, L.L.C. ("PRB") (Docket No. 9745) with respect to Store No. 1434 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as moot.

2. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 30 day of August, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00577797

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| KOZYAK TROPIN & THROCKMORTON P.A. | SMITH HULSEY & BUSEY |
| By  *s/Charles W. Throckmorton* * <br> Charles W. Throckmorton | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 2525 Ponce de Leon Boulevard, 9th Floor <br> Coral Gables, Florida 33134 <br> (305) 377-0655 <br> (305) 372-3508 (facsimile) <br> cwt@kttlaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for PRB Investments, L.L.C. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00577797