**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:,

WINN-DIXIE STORES, INC., et al.,                CASE NO.: 05-03817-3f1

Debtors,                                                           Chapter 11
                                                                          Jointly Administered

_____/

## NOTICE OF WITHDRAWAL OF APPLICATION OF FOWLER WHITE BOGGS BANKER P.A. SEEKING ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Fowler White Boggs Banker P.A., hereby serves this Notice of Withdrawal of Application of Fowler White Boggs Banker P.A. Seeking Allowance of Administrative Expense Claim (Docket No. 13492), for a total amount of **SIXTEEN THOUSAND SEVEN HUNDRED TWENTY-FIVE AND EIGHTY-FOUR CENTS ($16,725.84)**.

**FOWLER WHITE BOGGS BANKER P.A.**

By:   _/s/ Keith T. Appleby_
        Keith T. Appleby
        Florida Bar No. 0011028
        E-mail: kappleby@fowlerwhite.com
        501 East Kennedy Boulevard
        Tampa, FL 33602
        Tel:   (813) 228-7411
        Fax:   (813) 229-8313

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 30, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Post, Esq., SMITH HULSEY & BUSEY, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

                                                                                      /s/ Keith T. Appleby
                                                                                      Attorney

2682349v1