# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:,

WINN-DIXIE STORES, INC., et al.,

Debtors,

_____/

CASE NO.: 05-03817-3f1

Chapter 11
Jointly Administered

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that Keith T. Appleby should be removed from all service lists.

DATED: August 31, 2007

**FOWLER WHITE BOGGS BANKER P.A.**

By:  /s/ Keith T. Appleby
    Keith T. Appleby
    Florida Bar No. 0011028
    E-mail: kappleby@fowlerwhite.com
    501 East Kennedy Boulevard
    Tampa, FL 33602
    Tel:    (813) 228-7411
    Fax:   (813) 229-8313

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: James Post, Esq., SMITH HULSEY & BUSEY, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

 /s/ Keith T. Appleby
Attorney

2682515v1