# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## AGREED ORDER RESOLVING CLAIM NUMBERS 581 AND 5499 FILED ON BEHALF OF DIGITAL 1 STOP

This matter is before the Court upon (i) the Debtors' Ninth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims, as it relates to Claim Number 5499 filed by Digital 1 Stop (Docket No. 7263), (ii) the Response of Digital 1 Stop to Debtors' Ninth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (Docket No. 7690), (iii) the Debtors' Tenth Omnibus Objection to (A) Duplicate Claims and (B) Amended and Superseded Claims, as it pertains to Claim No. 581 filed by Coface of North America, Inc., as agent for Digital 1 Stop

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

(Docket No. 8034).  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim No. 581 filed by Coface of North America, Inc., as agent for Digital 1 Stop is reduced and allowed as a prepetition, non-priority claim in the total amount of $30,000 against Winn-Dixie Stores, Inc., and the remainder of Claim Number 581 is disallowed.

2.    Claim No. 581 will be treated in accordance with plan class 14, and distribution on account of Claim No. 581 shall be made (i) in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization and (ii) to the entity and address set forth in Claim No. 581.

3.    Claim No. 5499 filed by Digital 1 Stop is disallowed in its entirety.

4.    This Order resolves (i) all liabilities and obligations related to Claim Nos. 581 and 5499 and (ii) all other prepetition or administrative claims the claimants have or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

5.    Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

6.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __31__ day of August, 2007, in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Leanne McKnight Prendergast, Esq.

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.


HELD & ISRAEL

Coface North America, as agent for Digital 1 Stop

By ___s/ Adam N. Frisch*_____

By _____

Its : _Asst. Vice President_

Florida Bar Number 635308
1301 Riverplace Boulevard, Suite 1916
Jacksonville, Florida 32207
(904) 398-7038
(904) 398-4283 (facsimile)
afrisch@hilawfirm.com
Counsel for Digital 1 Stop

* Counsel has authorized the use of his electronic signature


SMITH HULSEY & BUSEY


By ___s/ Leanne McKnight Prendergast___
       Stephen D. Busey
       James H. Post
       Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com
Counsel for Reorganized Debtors
00575897