**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING**

Please take notice that a hearing will be held on **October 4, 2007** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors' Omnibus Objection to Administrative Tax Claims.

Only responses filed and served on Cynthia C. Jackson, Esq. at cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, so as to be received by September 24, 2007 at 4:00 p.m. (Eastern Time), will be considered by the Bankruptcy Court at the hearing. The relief requested in the objection may be granted without a hearing if no response is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: August 31, 2007

                                                                 SMITH HULSEY & BUSEY

                                                      By  *s/ Cynthia C. Jackson*
                                                             Stephen D. Busey
                                                             James H. Post
                                                             Cynthia C. Jackson

                                                    Florida Bar Number 498882
                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida 32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    cjackson@smithhulsey.com

                                                    Counsel for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and/or by mail this 29th day of August, 2007, to:

Hamilton County, Tennessee
c/o Scott N. Brown, Jr., Esq.
Spears, Moore, Rebman & Williams, P.C.
801 Broad Street, Sixth Floor
P.O. Box 1749
Chattanooga, Tennessee  37401-1749

Janet Holley
Escambia County Tax Collector
213 Palafox Place
P.O. Box 1312
Pensacola, Florida  32591

Teresa Brakefield
Senior Accountant
Jefferson County Tax Collector
716 Richard Arrington Jr. Blvd. N.
Room 160 Courthouse
Birmingham, Alabama  35203

Office of Tax Collector, City of Westwego, Louisiana
c/o Rudy Cerone, Esq.
McGlinchey Stafford
643 Magazine Street
New Orleans, Louisiana  70130
rcerone@mcglinchey.com

Office of Tax Collector, City of Westwego, Louisiana
c/o Dennis J. Levine, Esq.
P.O. Box 707
Tampa, Florida  33601-0707

Grover Dunn
Assistant Tax Collector
Bessemer Division
P.O. Box 1190
Bessemer, Alabama  35021-1290

                                                                *s/ Cynthia C. Jackson*
                                                                         Attorney

00578433