UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. | Jointly Administered |

NOTICE OF DISMISSAL

COMES NOW, Samson & Powers, PLLC, and withdraws and/or dismisses its Application for Payment of Administrative Claims/Professional Fee Claims filed on or about January 3, 2007, with prejudice.

RESPECTFULLY SUBMITTED, this the 31st day of August, 2007.

SAMSON & POWERS, PLLC

BY:  *s/Roland F. Samson, III*
MS BAR NO. 8764

SAMSON & POWERS, PLLC
Attorneys at Law
Post Office Box 1417
Gulfport, Mississippi 39502
Telephone: 228/822-1109
Facsimile: 228/822-2317

CERTIFICATE OF SERVICE

I, ROLAND F. SAMSON, III, do hereby certify that I have this day mailed, by United States Mail, postage prepaid, a true and correct copy of the above and foregoing Application to the following:

James Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
jpost@smithhulsey.com
    Counsel for the Reorganized Debtors

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhatten Plaza
New York, NY 10005
mbarr@milbank.com
    Counsel for the Post-Effective Date Committee

THIS, the 31st day of August, 2007.

BY:   *s/Roland F. Samson, III*
      MS BAR NO. 8764

SAMSON & POWERS, PLLC
2408 - 14th Street
Post Office Box 1417
Gulfport, Mississippi 39502-1417
Telephone: 228/822-1109
Facsimile: 228/822-2317