UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Chapter 11

WINN-DIXIE STORES, INC., et al.,                 Case No. 8:05-bk-3817-3F1

Debtor.
_____/

### NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

      PLEASE TAKE NOTICE that Toni Walker Terrett should be removed from all service lists.

      DATED: August 31, 2007

      /s/ Toni Walker Terrett
      Attorney for Debtor

Toni Walker Terrett
Attorney at Law
P.O. Box 821583
Vicksburg, MS 39182
Phone: (601) 636-1109
Fax: (601) 636-8554
Terrett2@juno.com
MS Bar No. 102153

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST has been furnished by the Court's CM/ECF system or U.S. Mail on the 31st day of August, 2007 to:

James H. Post, Esquire
SMITH HULSEY & BUSEY
225 Water Street – Suite 1800
Jacksonville, Florida 32202

/s/ Toni Walker Terrett
MS Bar No. 102153