## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )

                                          )          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )
                                          )          *Chapter 11*
          Reorganized Debtors.[1]         )
                                          )          Jointly Administered
_____           )

## REORGANIZED DEBTORS' MOTION FOR RECONSIDERATION
## AND DISALLOWANCE OF CLAIM NO. 13401 FILED BY TAUSHA JONES

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors" or "Reorganized Debtors") move the Court, pursuant to 11 U.S.C. § 502(j) and Rule 3008, Federal Rules of Bankruptcy Procedure, to reconsider Claim No. 13401 filed by Tausha Jones and enter an order denying it pursuant to this Court's Order Sustaining the Debtors' Objection to Claim No. 13401 filed by Tausha Jones (Docket No. 15864), and say:

1.      Tausha Jones filed Claim No. 13401 in these cases on or about August 7, 2006, over a year after the August 1, 2005 claims bar date established by the Court in these cases (the "Claim").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2.    On November 30, 2006, the Debtors filed Debtors' Objection to Claim filed by Tausha Jones (Claim No. 13401), objecting to the Claim on several grounds, including the late filing of Claim (Docket No. 12868) (the "Objection").

3.    On March 5, 2007, the Debtors served a notice of hearing on the Objection to Tausha Jones, setting the hearing for April 5, 2007 and providing a response deadline of March 26, 2007.  Copies of the Notice of hearing and the Certificate of Service for the Notice of Hearing are attached as Composite Exhibit A.

4.    Ms. Jones neither served a response in opposition to the Objection nor appeared at the hearing.

5.    On April 5, 2007, this Court entered the Order Sustaining the Debtors' Objection to Claim No. 13401 filed by Tausha Jones (Docket No. 15864). A copy of the Order is attached as Exhibit B.

6.    In subsequent communications with claims examiners employed by the Reorganized Debtors to adjust general liability claims in these cases, Ms. Jones failed to reveal to the examiners that her Claim had been disallowed.  As a result, the examiners mistakenly agreed to allow the Claim, and a proposed agreed order to that effect was submitted to the Court.  The Court entered the Order on August 6, 2007 (Docket No. 17659). A copy of that Order is attached as Exhibit C.

7.    Based upon the foregoing, the Reorganized Debtors respectfully request that the Court reconsider Claim No. 13401 and enter an order in the form attached as Exhibit D, by which, upon reconsideration, Claim No. 13401 is disallowed.

SMITH HULSEY & BUSEY


By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for the Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the foregoing was furnished electronically or by mail on September 4, 2007 to Tausha Jones, c/o Fred R. Defrancesch, Esq., Fred R. Defrancesch Law Offices, 2810 W. Airline Hwy., P.O. Box 1566, Laplace, LA 70069.

*s/ Leanne McKnight Prendergast*
Attorney

00576176

## Composite Exhibit A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

NOTICE OF HEARING ON DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON
INSUFFICIENT DOCUMENTATION OR LATE FILED PROOFS OF CLAIM

Please take notice that a hearing is scheduled for **April 5, 2007** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) Debtors' Omnibus Objection to Unresolved Litigation Claims and (ii) Debtors' individual objections as to those claims listed on the attached Exhibit A on the grounds that such claims lack sufficient documentation or were not filed on or before the applicable proof of claim bar date.

Only objections filed with the Court so as to be received by **March 26, 2007** at 4:00 p.m. (E.T.) and served on David L. Gay at dgay@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, will be considered by the Bankruptcy Court at the hearing.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: March 5, 2007

SMITH HULSEY & BUSEY


By    /s/ David L. Gay
        Stephen D. Busey
        James H. Post
        David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
dgay@smithhulsey.com

Co-Counsel for Reorganized Debtors

00554101

- 2 -

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| JONES, TAUSHA | 13401 | $4,440.00 | LATE CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| JOSEPH-EL, ELLEN | 1893 | $150,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| KEEL, LORETTA | 3828 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| KUYKENDALE, DALE | 6211 | $30,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| LAWSON, ARIALE D | 5470 | $15,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| LEE, DANA E | 8784 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| LEWIS, MARIA | 2851 | $500,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| LOPEZ, KIMBERLY D | 7068 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MIZELLE, MICHAEL | 10658 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MOLINE, PHYLLIS & EMILE | 9630 | $50,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MOORE, MARGARET DELORES | 7218 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MORENO, ANA ARVELO | 2438 | $25,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MORTON, NASUA K | 9528 | $200,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| NEWMAN, JIM | 10156 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| NOBLES, MILTON | 10748 | $0.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| ODOM, KEIOSHA | 4180 | $250,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| PARRIS, MAURICE | 9809 | $500,000.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| PFLEDDERER, GAILE M | 13368 | $1,220.00 | INSUFFICIENT PROOF OF CLAIM DOCUMENTATION, LATE CLAIM |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |

## UNITED STATES BANKRUPTY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **WINN-DIXIE STORES, INC., et al.,** | **Case No. 05-03817-3F1** |
| **Debtors.**[1] | **(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about March 5, 2007 I caused copies of:

- the **Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Insufficient Documentation or Late Filed Proofs of Claim**

    to be served by first class, postage pre-paid and pre-addressed envelopes and delivered to U.S. Postal Service for delivery to those persons on the Service List attached hereto as Exhibit A. A copy of the served notice as listed above is attached hereto as Exhibit B.

Dated: March 9, 2007

_____
Kathleen M. Logan

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Code: LB

# EXHIBIT A
# SERVICE LIST

SERVICE LIST

**Notice of Hearing on Debtors' Omnibus Objection
to Unresolved Litigation Claims Based on Insufficient
Documentation or Late Filed Proofs of Claim**

**DEBTOR:   WINN-DIXIE STORES, INC., ET AL.**

**CASE:  05-03817-3F1**

CREDITOR ID: 391089-55
FRENCH, DONNA
4928 AVENUE D
ST AUGUSTINE FL 32084

CREDITOR ID: 416057-L1
GOMEZ, MARINA
C/O PEDRO J FUENTES-CID LAW OFFICES
ATTN PEDRO J FUENTES-CID, ESQ
2650 BISCAYNE BLVD
MIAMI FL 33137

CREDITOR ID: 394743-57
GREEN, DIAMOND (MINOR)
C/O JOSEPH M MAUS, PA
ATTN JOSEPH M MAUS, ESQ
750 E SAMPLE ROAD, SUITE 2-102
POMPANO BEACH FL 33064

CREDITOR ID: 390814-55
GUISE, CATHERINE
C/O BYRD, GIBBS & MARTIN, PLLC
ATTN ISAAC BYRD JR, ESQ
PO BOX 19
JACKSON MS 39205

CREDITOR ID: 391019-55
HERNANDEZ, RUBY
C/O ERNESTO S MEDINA ESQ
ATTN ERNESTO S MEDINA, ESQ
525 NW 27 AVENUE STE 100
MIAMI FL 33125

CREDITOR ID: 385867-54
HUNTER, TERESA
20158 NW 35TH AVENUE
OPA-LOCKA, FL 33056

CREDITOR ID: 534684-B1
JACKSON, LARRY
RAMON WALLS PALANCA JR, ESQ
3355 LENOX RD, STE 600
ATLANTA GA 30326

CREDITOR ID: 399398-15
JOHNSON, CHRISTINE
C/O SHERRY D WALKER PA
ATTN SHERRY D WALKER, ESQ
1637 METROPOLITAN BLVD
TALLAHASSEE FL 32308

CREDITOR ID: 410516-15
JONES, JOSEPH D JR
C/O HARRIS GUIDI ROSNER ET AL
ATTN ROBERT M HARRIS, ESQ
1837 HENDRICKS AVENUE
JACKSONVILLE FL 32207

CREDITOR ID: 391003-55
GASPER, CHESTER J
C/O WILLIAMS, WILLIAMS & MONTGOMERY
ATTN L O'NEAL WILLIAMS, JR, ESQ
PO BOX 113
POPLARVILLE MS 39470

CREDITOR ID: 417334-B3
GONZALEZ, PHILLIP (MINOR)
C/O IRVIN A ORIHUELA, LLC
ATTN IVAN A ORIHUELA, ESQ
650 POYDRAS STREET, SUITE 2517
NEW ORLEANS LA 70130

CREDITOR ID: 416517-L2
GREGORY, BERTHA
1741 ST MATTHEWS RD HILLCREST
ORANGEBURG SC 29115

CREDITOR ID: 393044-55
HARDEN, ANNIE
C/O THE COCHRAN FIRM - MIAMI
ATTN JAMES S ROBERTSON, III, ESQ
100 SE SECOND ST, SUITE 3350
MIAMI FL 33131-2151

CREDITOR ID: 405972-15
HOLTON, SONYA DENISE
C/O SHERRY D WALKER PA
ATTN SHERRY D WALKER, ESQ
1637 METROPOLITAN BLVD, STE B
TALLAHASSEE FL 32308

CREDITOR ID: 391893-55
IGLESIAS, MARTHA
C/O THEODORE Z DEUTSCH, PA
ATTN THEODORE Z DEUTSCH, ESQ
WESTLAND EXECUTIVE OFFICE PARK
1790 W 49TH STREET, SUITE 304
HIALEAH FL 33012

CREDITOR ID: 391086-55
JAMES, DESIREE
C/O STEVEN STAVRAKIS, ESQ
29 N PINELLAS AVENUE
TARPON SPRINGS FL 34689

CREDITOR ID: 393005-55
JOHNSON, JAMIE D
C/O ROTSTEIN & SHIFFMAN, LLP
ATTN MICHAEL A SHIFFMAN, ESQ
309 OAKRIDGE BLVD, SUITE B
DAYTONA BEACH FL 32118

CREDITOR ID: 390863-55
JONES, TAUSHA
C/O FRED R DEFRANCESCH LAW OFFICES
ATTN FRED R DEFRANCESCH, ESQ
2810 W AIRLINE HWY
PO BOX 1566
LAPLACE LA 70069

CREDITOR ID: 400528-88
GENOVESE, BETTY
C/O MUMPHREY LAW FIRM, LLC
ATTN WAYNE B MUMPHREY, ESQ
PO BOX 90
CHALMETTE LA 70044-0090

CREDITOR ID: 385926-54
GRANT, ANTHONY
13400 SW 265TH TERRACE
HOMESTEAD FL 33032

CREDITOR ID: 411288-15
GREGORY, BERTHA
C/O TOWNSEND LAW FIRM
ATTN ZACK E TOWNSEND, ESQ
1351 AMELIA STREET
ORANGEBURG SC 29115

CREDITOR ID: 390969-55
HERNANDEZ, KAREN S
C/O BOGIN, MUNNS & MUNNS
ATTN MICHAEL H TRUAX, ESQ
2801 TECHOLOGY DRIVE
ORLANDO FL 32804

CREDITOR ID: 391047-55
HOWARD, DENISE
C/O JOSEPHS, JACK & MIRANDA, PA
ATTN TODD ROSEN, ESQ
2950 SW 27TH AVE, STE 100
MIAMI FL 33133

CREDITOR ID: 411221-15
JACKSON, LARRY
C/O RAMON WALLS PALANCA JR, ESQ
3017 PIEDMONT RD NE, STE 100
ATLANTA GA 30305

CREDITOR ID: 385316-54
JANITELLI, LOUIS
2130 NW 91ST WAY
SUNRISE, FL 33322

CREDITOR ID: 385926-54
JONES, JANET
910 DIVISION STREET
FERNANDINA BEACH, FL 32034

CREDITOR ID: 390918-55
JOSEPH-EL, ELLEN
C/O WILLIAM C RUGGIERO LAW OFFICE
ATTN WILLIAM C RUGGIERO, ESQ
200 E BROWARD BLVD, SUITE 100
FT LAUDERDALE FL 33301

**Exhibit B**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | |
| | | *Chapter 11* |
| Reorganized Debtors. | ) | |
| | | Jointly Administered |
| _____ | ) | |

### ORDER SUSTAINING THE DEBTORS' OBJECTION
### TO CLAIM NUMBER 13401 FILED BY TAUSHA JONES

This case came before the Court upon the Debtors' Objection to Claim Filed by

Tausha Jones (Claim No. 13401). Upon consideration, it is

**ORDERED:**

The Debtors' Objection to Claim Filed by Tausha Jones (Claim No. 13401) is

sustained and the claim is disallowed.

**DATED** this _5_ day of April, 2007 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

James H. Post is directed to serve a
copy of this Order on all parties who
received copies of the Objection.

562555

**Exhibit C**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

### AGREED ORDER OF RESOLUTION OF THE LITIGATION
### CLAIM OF TAUSHA JONES (CLAIM NO. 13401)

These cases are before the Court upon the motion of Winn-Dixie Stores,

Inc. and of its affiliates (collectively, the "Reorganized Debtors") and claimant, Tausha

Jones (the "Claimant"), in accordance with the Order Approving Claims Resolution

Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims

(Docket No. 3326). Based upon the consent of the parties appearing below, and it

appearing to the Court that the proposed Agreed Order is for an agreed amount less than

the $250,000 notice threshold established in the Claims Resolution Procedure and the

Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as

modified (the "Plan"), it is

ORDERED AND ADJUDGED:

1.    Claim No. 13401 filed by Claimant is allowed in the amount of $4,440.00

as a Class 16 Other Unsecured Claim under the Plan, to be paid in stock regardless of any

prior instructions.

2.    This Agreed Order resolves (i) all liabilities and obligations related to

Claim No. 13401 and (ii) all other claims the Claimant has or may have against the

Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents,

00573089

successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3.    Pursuant to the Plan, distribution will be made on the allowed Claim (i) to the person and address as set forth in the proof of claim form filed on behalf of the Claimant and (ii) at such time as required by the Plan.

4.    The Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Reorganized Debtors in this Court or in any other forum and pay all applicable court costs, if any.

5.    The Reorganized Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability.   The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.  This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement, except those Medicare liens or claims released by the United States Department of Health and Human Services pursuant to the Agreed Order entered by this Court on March 9, 2007 (Docket No. 15439).

6.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __6__ day of __August__, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
James H. Post
[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

00573089

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _____
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Reorganized Debtors


By _____
     Fred R. DeFrancesch

P.O. Box 1566
LaPlace, Louisiana 70069

Attorney for the Claimant

00573089

**Exhibit D**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                          )

                                                     Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al.*,
                                                )    *Chapter 11*

                    Reorganized Debtors.             Jointly Administered

                                                )

_____ )

## ORDER RECONSIDERING AND DISALLOWING
## CLAIM NUMBER 13401 FILED BY TAUSHA JONES

This case came before the Court upon the Reorganized Debtors' Motion for

Reconsideration and Disallowance of Claim No. 13401 Filed by Tausha Jones

(Docket No. ____) (the Motion"). A hearing was held on the Motion on October 4,

2007. Upon consideration of the record in these cases, including this Court's Order

Sustaining the Debtors' Objection to Claim No. 13401 filed by Tausha Jones (Docket

No. 15864), it is

ORDERED and ADJUDGED:

1.      The Motion is granted.

2.      Claim No. 13041 Filed by Tausha Jones is disallowed.

3.      The Agreed Order of Resolution of the Litigation Claim of Tausha

Jones (Claim No. 13401) (Docket No. 17659) is vacated.

DATED this _____ day of October, 2007 in Jacksonville, Florida.

_____
JERRY A. FUNK
United States Bankruptcy Judge

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00576325

2