UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| Winn Dixie Stores, Inc., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**

Please take notice that J. Randal Wallace, Jr., of the law firm of Boyd & Akin PLLC and counsel for administrative expense claimant Marissa Stampley, should be removed from all service lists.

Dated:  September 4, 2007.

Respectfully Submitted:

By:     /s/ J. Randal Wallace, Jr.
        J. Randal Wallace, Jr. (MS Bar 99889)
        Boyd & Akin PLLC
        Post Office Box 1297
        Clinton, MS  39060
        Telephone:    (601) 925-5511
        Facsimile:    (601) 925-5533
        Email:        randywallace@boydakin.com
              Attorney for Marissa Stampley

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 4, 2007, I filed the foregoing Notice of Request for Removal From Electronic Service List through the CM/ECF filing system, which will cause a copy to be served on all parties participating in the CM/ECF System including:

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, FL  32202
      Counsel for the Reorganized Debtors

        /s/ J. Randal Wallace, Jr.
      J. Randal Wallace, Jr.