**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE FLORIDA**

In re:

WINN-DIXIE STORES, INC., et al.                    CASE NO. 05-03817-3fl

Debtors,                                            Chapter 11
                                                    Jointly Administered
_____/

**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**

    PLEASE TAKE NOTICE that Michael A. Kaufman, Esq. should be removed from all service lists.

    DATED: September 5, 2007

                                    Respectfully Submitted:

                                    MICHAEL A. KAUFMAN P.A.

                                    By__/s/ Michael A. Kaufman_____
                                        Michael A. Kaufman
                                        Florida Bar No. 0628042
                                        1601 Forum Place, Suite 404
                                        West Palm Beach, FL 33401
                                        561-478-2878 Telephone
                                        561-584-5555  Facsimile

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 5, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:  James Post, Esq., SMITH HULSEY & BUSEY, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

                                    By__/s/ Michael A. Kaufman_____
                                        Michel A. Kaufman, Esq.
                                        Florida Bar # 0628042