UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 | |
| WINN-DIXIE STORES, INC., et al. ) | Chapter 11 | |
| Reorganized Debtors. ) | Jointly Administered | |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON SEPTEMBER 6, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on September 6, 2007 at 1:30 p.m.:

**A.    Uncontested Matters**

*1.    Fifth Interim and Final Application of Akerman Senterfitt, Co-Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from October 1, 2006 through and Including November 21, 2006, and Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses incurred During Period from April 22, 2005 through and including November 21, 2006  (Docket No. 14831)*

Objection Deadline:   Expired.

Objections:             No objections have been filed.

Status:                The Debtors have been informed that Akerman Senterfitt will proceed with the Application.

2. *Sixth Interim and Final Application of Alvarez & Marsal, LLC, Operations and Real Estate Advisor to Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During Period from March 4, 2005 through and including November 21, 2006 (Docket No. 14786)*

Objection Deadline:   Expired.

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Alvarez & Marsal will proceed with the Application.

3. *Sixth Interim and Final Application of The Blackstone Group L.P. as Financial Advisor to the Debtors for Final Allowance of Compensation for Actual and Necessary Services Rendered and Reimbursement of Actual and Necessary Out-of-Pocket Expenses Incurred During the Period of February 21, 2005 Through November 21, 2006 (Docket No. 14810)*

Objection Deadline:   Expired.

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Blackstone will proceed with the Application.

4. *Sixth Interim and Final Application of Carlton Fields, P.A. as Special Counsel for the Debtors, for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from February 21, 2005 through November 21, 2006 (Docket No. 14830)*

Objection Deadline:   Expired.

Objections:          No objections have been filed.

Status:              The Debtors have been informed that Carlton Fields will proceed with the Application.

5. *Third Interim and Final Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 through November 21, 2006 (Docket No. 14806)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:              The Debtors have been informed that Deloitte Consulting will proceed with the Application.

6. *Final Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP as Operational Consultants to the Debtors for the Period from May 16, 2005 through January 31, 2006 (Docket No. 14808)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:              The Debtors have been informed that Deloitte Consulting will proceed with the Application.

7. *Third Interim and Final Fee Application for Allowance of Fees and Expenses of Deloitte Financial Advisory Services LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 through November 21, 2006 (Docket No. 14811)*

Objection Deadline:   Expired.

Objections:              No objections have been filed.

Status:              The Debtors have been informed that Deloitte Financial will proceed with the Application.

8. *Second Interim and Final Application for Allowance of Deloitte Tax LLP, Tax Service Provider for the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 29, 2006 through November 21, 2006 (Docket No. 14807)*

Objection Deadline:   Expired.

Objections:               No objections have been filed.

Status:                      The Debtors have been informed that Deloitte Tax will proceed with the Application.

9. *Fourth Interim and Final Fee Application of Deloitte & Touche LLP to Provide Risk Assessment, Quality Assessment, and Journal Entry Testing Services to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from November 14, 2005 through November 21, 2006 (Docket No. 14809)*

Objection Deadline:   Expired.

Objections:               No objections have been filed.

Status:                      The Debtors have been informed that Deloitte & Touche will proceed with the Application.

10. *Sixth Interim and Final Application of Houlihan Lokey Howard & Zukin Capital as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Interim Period October 1, 2006 through and including November 21, 2006 and Final Period March 3, 2005 through and including November 21, 2006 (Docket No. 14827)*

Objection Deadline:   Expired.

Objections:               No objections have been filed.

Status:                      The Debtors have been informed that Houlihan Lokey will proceed with the Application.

11. *Third Interim and Final Fee Application of Jenner & Block LLP as Special Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses Advanced for the Period of May 9, 2005 through November 21, 2006 (Docket No. 14804)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that Jenner & Block will proceed with the Application.

12. *Sixth Interim and Final Application for Allowance of Attorneys Fees and Reimbursement of Expenses Incurred by King & Spalding LLP, Special Corporate and Litigation Counsel to the Debtors for the Period September 30, 2006 through November 31, 2006 (Docket No. 14818)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that King & Spalding will proceed with the Application.

13. *Final Application of Kirschner & Legler, P.A. as Special Corporate Financial Counsel for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Costs Advanced for the Period of February 22, 2005 through November 21, 2006 (Docket No. 14832)*

Objection Deadline:   Expired.

Objections:   No objections have been filed.

Status:   The Debtors have been informed that Kirschner & Legler will proceed with the Application.

14. *Final Fee Application of KPMG LLP for the Period of February 21, 2005 through November 21, 2006, pursuant to Order Establishing Final Compensation Procedures (Docket No. 14821)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that KPMG will proceed with the Application.

15. *Sixth Interim and Final Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors, for Compensation for Professional Services Rendered and for Reimbursement of Expenses during the Period from March 1, 2005 through and including November 21, 2006 (Docket No. 14829)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that Milbank, Tweed will proceed with the Application.

16. *Sixth and Final Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses incurred for the Period from October 1, 2006 through November 21, 2006 and for the Final Period February 22, 2005 through November 21, 2006 (Docket No. 14803)*

Objection Deadline:  Expired.

Objections:  No objections have been filed.

Status:  The Debtors have been informed that PricewaterhouseCoopers will proceed with the Application.

17. *Sixth Interim Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses incurred for the Period from October 1, 2006 through November 21, 2006 and Final Application of Skadden, Arps, Slate, Meagher & Flom LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses incurred for the Period from February 21, 2005 through November 21, 2006 (Docket No. 14828)*

Objection Deadline:   Expired.

Objections:    No objections have been filed.

Status:    The Debtors have been informed that Skadden, Arps will proceed with the Application.

18. *Sixth Interim and Final Application of Smith, Gambrell & Russell, LLP for Compensation and Reimbursement of Expenses as Special Real Estate Counsel to the Debtors for the Period from February 21, 2005 through November 21, 2006 (Docket No. 14726)*

Objection Deadline:   Expired.

Objections:    No objections have been filed.

Status:    The Debtors have been informed that Smith, Gambrell will proceed with the Application.

19. *Sixth Interim and Final Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Costs Advanced for Period from March 28, 2005 through November 21, 2006 (Docket No. 14817)*

Objection Deadline:   Expired.

Objections:    No objections have been filed.

Status:    The Debtors have been informed that Smith Hulsey will proceed with the Application.

20. *Third Interim and Final Application of Stuart, Maue, Mitchell & James, Fee Examiner, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses for the Period From December 1, 2005 through November 21, 2006(Docket No. 14781)*

Objection Deadline:  Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Stuart, Maue will proceed with the Application.

21. *Third Interim and Final Application of Togut, Segal & Segal LLP for Services Rendered as Conflicts Counsel for the Debtors and for Reimbursement of Expenses for the Period from February 28, 2005 through March 13, 2006 (Docket No. 14819)*

Objection Deadline:  Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that Togut Segal will proceed with the Application.

22. *Sixth Interim and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of XRoads Solutions Group, LLC, as Financial and Operations Restructuring Consultants for the Period October 1, 2006 to November 21, 2006 and Final Approval of Compensation and Reimbursement of Expenses for the Period February 21, 2005 through and including November 21, 2006 (Docket No. 14822)*

Objection Deadline:  Expired.

Objections:            No objections have been filed.

Status:                The Debtors have been informed that XRoads will proceed with the Application.

23. *Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Maxine Brown pursuant to her Claim Reduction Election (Docket No. 17719)*

Objection Deadline: Expired.

Objections: None.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

24. *Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Robert Zimmerman pursuant to his Claim Reduction Election (Docket No. 17720)*

Objection Deadline: Expired.

Objections: None.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

25. *Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Jamesha Cisrow pursuant to her Claim Reduction Election (Docket No. 17722)*

Objection Deadline: Expired.

Objections: None.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

26. *Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of April Terrell pursuant to her Claim Reduction Election (Docket No. 17723)*

Objection Deadline: Expired.

Objections: None.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

27. *Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Chantai Davis McDonald pursuant to her Claim Reduction Election (Docket No. 17724)*

Objection Deadline: Expired.

Objections: None.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

B. **Contested Matters**

28. *Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Digna Gonzalez pursuant to her Claim Reduction Election (Docket No. 17721)*

Objection Deadline: Expired.

Response: Digna Gonzalez (Docket No. 17891).

Status: The Reorganized Debtors and Ms. Gonzalez have agreed to continue the hearing on the Motion until further notice.

29. *Case Management Conference on the Motion to Enlarge Time for Denise Sydnor to File an Application for an Administrative Expense Claim (Docket No. 16469)*

Status: The Reorganized Debtors will proceed with the conference.

30. *Case Management Conference on Debtors' Ninth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (as it relates to Claim No. 10926 filed by Naturopathic Laboratories Int'l)(Docket No. 7263)*

Status: The Reorganized Debtors will proceed with the conference.

Dated: September 5, 2007.

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*<br>     D. J. Baker<br>     Sally McDonald Henry<br>     Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>     Stephen D. Busey<br>     James H. Post<br>     Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00578470