## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | Chapter 11 |
| *et al.,* | ) | |
| | ) | |
| Reorganized debtors | ) | Jointly Administered |
| | ) | |

## MOVANTS, HYECHA B. MARSHALL AND LINC MARSHALL'S INITIAL WITNESS AND EXHIBIT LIST

Movants, HYECHA B. MARSHALL AND LINC MARSHALL'S, by and

through Camille J. Iurillo, Esquire, hereby submit their Initial Witness and Exhibit List

per the Agreed Order Scheduling Trial on Hyecha B. Marshall and Linc Marshall's

Motion to Enlarge Time to File an Administrative Claim Request and in support state as

follows:

I.    **Witnesses**

 a. Frank F. Fernandez, III
   The Fernandez Firm
   1922 East 4th Avenue
   Tampa, Florida 33605

 b. Any and all witnesses identified by the Debtors in any of their Witness

   and Exhibit Lists.

 c. Any and all witnesses identified through the discovery process.

II.    **Exhibits**

 a. Any and all pleadings of record in this main bankruptcy case Winn-

   Dixie Stores, Inc., et al, 05-03817-3F1, Chapter 11 case jointly

   administered.

b.  November 29, 2005 written notice of Mr. and Mrs. Marshall's claim, certified mail return receipt requested #7004 2890 0004 3479 6474, and all other proof of mailing and receipt of same.

c.  Any and all copies of Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan and (C) Bar Date of Filing Claims arising before Effective Date and Other Administrative Claims, including but not limited to court copies and copies retained in The Fernandez Firm Office.

d.  Any and all copies of The Fernandez Firm's Application and Request for Payment of Claim, whether or not such copy was filed electronically.

e.  Any and all correspondence between The Fernandez Firm and Winn Dixie's claims representatives or any and all other authorized representatives of Winn Dixie.

f.  Any and all documents identified by the Debtors in any of their Witness and Exhibit Lists.

**Movants, HYECHA B. MARSHALL AND LINC MARSHALL, reserve the right to amend their Initial Witness and Exhibit List at any time prior to trial.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _5_ day of September, 2007, I served a true and correct copy of **MOVANTS, HYECHA B. MARSHALL AND LINC MARSHALL'S INITIAL WITNESS AND EXHIBIT LIST** by U.S. Mail and/or electronic notice upon **Stephen D. Busey, Esquire,** and **James H. Post, Esquire,** Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and

**Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan

Plaza, New York, New York 10005.

IURILLO & ASSOCIATES, P.A.


_/s/ Camille J. Iurillo_
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciruillo@iurillolaw.com
Counsel for the Fernandez Firm