UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

NOTICE OF WITHDRAWAL OF
APPLICATION FOR ADMINISTRATIVE CLAIM

Applicant, Gaunt, Pratt, Radford, Methe & Rockenbach, P.A., hereby withdraws its Application for Payment of Administrative Expense (Docket No. 14016) and any other administrative claim it may have against the Debtors or their estates.

Dated:   September 6, 2007.

GAUNT, PRATT, RADFORD,
METHE & ROCKENBACH, P.A.

By /s/ Stephen F. Radford, Jr.
   Stephen F. Radford, Jr.

1401 Forum Way, Suite 500
West Palm Beach, FL  33401
Telephone:  (561) 640-0330
Facsimile:  (561) 471-4240

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was furnished by facsimile and mail on September 6, 2007, to James H. Post, Esq., Smith Husley & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, (904) 359-7708.

_____
Stephen F. Radford, Jr.   0331465
Gaunt, Pratt, Radford, Methe & Rockenbach, P.A.
1401 Forum Way, Suite 500
West Palm Beach, FL 33401
Telephone: (561) 640-0330
Facsimile: (561) 471-4240