# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### DEBTORS' INITIAL WITNESS AND EXHIBIT LIST
### PURSUANT TO ORDER SCHEDULING TRIAL ON HYECHA
### B. MARSHALL AND LINC MARSHALL'S MOTION TO
### ENLARGE TIME TO FILE AN ADMINISTRATIVE CLAIM REQUEST

The Debtors serve this initial Witness List and Exhibit List pursuant to the Order Scheduling Trial on Hyecha B. Marshall and Linc Marshall's Motion to Enlarge Time to File Administrative Claim Request entered by the Court on August 6, 2007.

### Witnesses

1. Noticing Agent
   Logan and Company
   546 Valley Rd.
   Upper Montclair, NJ 07043

2. Debtors' Representative
   Winn-Dixie Stores, Inc.
   5050 Edgewood Court
   Jacksonville, Florida 32254

3. Claims Examiner
   Sedgwick Claims Management Service, Inc.
   8649 Baypine Road
   Building 7, Suite 300
   Jacksonville, Florida 32256

4.     Frank Fernandez
   The Fernandez Firm
   1922 East 4th Ave.
   Tampa, Florida 33605

5.     The "secretary opening the mail at the Fernandez Firm" who, according to paragraph 28 of the Marshall's Amended Application and Request for Payment of Claim (Docket No. 15045), placed the notice directly in the file instead of providing a copy to the attorney, Frank Fernandez

6.     Hyecha Marshall
   10103 Tucker Jones Rd.
   Riverview, Florida 33569

7.     Linc Marshall
   10103 Tucker Jones Rd.
   Riverview, Florida 33569

8.     Any and all witnesses identified by the Hyecha and Linc Marshall in any of their Witness lists and Exhibit lists.

9.     Any and all witnesses identified through the discovery process.

## **Exhibits**

1.     Pleadings and other matters of record in theses cases, including but not limited to:

   (i)     Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurance of Effective Date of Plan, and (C) Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims;

   (ii)     Service List for Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurance of Effective Date of Plan, and (C) Bar Administrative Claims;

   (iii)     Certificate of Service for Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurance of Effective Date of Plan, and (C) Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims.

2. Any and all correspondence between (i) Hyecha and Linc Marshall or their counsel or representatives and (ii) the Debtors or their counsel or representatives.

3. Any and all documents identified by Hyecha and Linc Marshall in any of their Witness lists and Exhibit lists.

4. Any and all documents identified through the discovery process.

5. The affidavit of the Noticing Agent of Logan and Company, Inc.

The Debtors reserve the right to amend this initial witness and exhibit list as additional information regarding this matter becomes known to them.

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
James H. Post
Leanne McKnight Prendergast

Florida Bar Number  59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the foregoing was furnished electronically or by mail on September 6, 2007 to Camille J. Iurillo, Esq., Iurillo & Associates, P.A., 600 First Ave. North, Suite 308, St. Petersburg, Florida, 33701.

                                                 <u>s/ Leanne McKnight Prendergast</u>
                                                           Attorney

00579503