# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| <u>Reorganized Debtors.</u> | ) | Jointly Administered |

## AGREED ORDER RESOLVING CURE OBJECTION FILED BY INLAND SOUTHEAST COUNTRYSIDE LIMITED PARTNERSHIP (STORE NO. 738)

This cause came before the Court on (i) the Motion for Order (A) Authorizing the Sale of Additional Stores and Related Equipment Free and Clear of Liens, Claims and Interests (B) Authorizing the Assumption and Assignment or Alternatively, the Rejection of Leases and Establishing a Claims Bar Date and (C) Granting Related Relief (the "Sale Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 7092), (ii) the Objection to the Cure Amount Proposed in Connection with the Sale Motion filed by Inland Southeast Countryside Limited Partnership ("Inland Countryside") with respect to Store No. 738 (the "Cure Objection") (Docket No. 7409) and (iii) the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by the Reorganized Debtors (the "Twenty-Sixth Omnibus Objection") (Docket No. 12281).

On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order and continuing the hearing on the Twenty-Sixth Omnibus Objection as to claim number 11030 filed by Inland Countryside and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    The Cure Objection is overruled.

2.    Proof of claim number 11030 filed by Inland Countryside with respect to Store No. 738 is allowed as an administrative claim in the amount of $44,213.35, $41,713.35 of which the Reorganized Debtors have paid to Inland Countryside. Within fourteen (14) business days of entry of this agreed order, the Reorganized Debtors will pay DDRM Countryside LLC[1] $2,500.00 in full satisfaction of any right to cure that DDRM Countryside LLC and Inland Countryside have or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 738.

3.    This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 738 filed by DDRM Countryside LLC and Inland Countryside in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 738 that DDRM Countryside LLC and Inland Countryside have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived,

---

[1] As indicated in the correspondence attached as Exhibit A, on June 8, 2007, Inland Countryside assigned its interest as the landlord of Store No. 738 to DDRM Countryside LLC. As indicated by the documentation attached as Exhibit B, Inland Countryside then requested dissolution and was dissolved by the Florida Secretary of State on August 1, 2007. The Reorganized Debtors will remit the $2,500.00 payment to DDRM Countryside LLC, in care of Developers Diversified Realty Corporation, attention Heidi Smith, 3300 Enterprise Parkway, Beachwood, Ohio 44122.

discharged and released.

4.    Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___6___ day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00578286

3

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

CONNOLLY BOVE LODGE & HUTZ
LLP

SMITH HULSEY & BUSEY


By___*s/ Christina M. Thompson\**___
     Christina M. Thompson

By___*s/ Cynthia C. Jackson*_____
     Cynthia C. Jackson, F.B.N. 498882

1007 North Orange Street
Wilmington, Delaware 19899
(302) 658-9141
(302) 658-0380 (facsimile)
cthompson@cblh.com

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Counsel for DDRM Countryside LLC, as
successor in interest to Inland Southeast
Countryside Limited Partnership

Co-Counsel for Reorganized Debtors


\*Counsel has authorized her electronic signature.

00578286

4

**EXHIBIT A**

Inland Southeast Countryside Limited Partnership
Developers Diversified Realty Corporation
3300 Enterprise Parkway
Beachwood, Ohio 44122

June 13, 2007

WINN-DIXIE STORES, LLC
5050 EDGEWOOD COURT
JACKSONVILLE, FL 32254
Attn: Real Estate Legal Department

Re: Notice to Tenants of Countryside, Naples, FL (the "Premises"); WINN-DIXIE STORES

Dear Tenant:

Please be advised that on June 8, 2007, the Premises was conveyed, and your lease (the "Lease") was assigned by Inland Southeast Countryside Limited Partnership to DDRM Countryside LLC ("New Owner"), an affiliate of Developers Diversified Realty Corporation. A copy of the Assignment and Assumption of Leases and transferring Deed, along with a form W-9 for New Owner, are enclosed for your reference. The property will be managed by Developers Diversified Realty Corporation. The purpose of this letter is to inform you of the acquisition and the impact on your lease and to facilitate ongoing communication. Until otherwise directed, communications with New Owner with respect to the following matters should be directed as follows:

I.    Rent.    All rents, additional rents and other charges under the Lease for periods from and after June 8, 2007 are to be made payable to DDRM Countryside LLC at the following address:

DDRM Countryside LLC
Dept. 105660 21226 31609
P.O. Box 534461
Atlanta, GA 30353 - 4461

The tax identification number for DDRM Countryside LLC is 20-8907622.
Monthly rent is due and payable pursuant to the lease without benefit of an invoice or monthly statement.

II.    Notices and Correspondence.    All notices and correspondence (other than insurance certificates and sales reports) should be sent to New Owner at the following address:

DDRM Countryside LLC
c/o Developers Diversified Realty Corporation
3300 Enterprise Parkway
Beachwood, Ohio 44122
Attn: Executive Vice President - Leasing

With a copy to:                    DDRM Countryside LLC
c/o Developers Diversified Realty Corporation
3300 Enterprise Parkway
Beachwood, Ohio 44122
Attn: General Counsel

III.     Insurance.    You are hereby requested to have the insurance policies required under the Lease amended to add DDRM Countryside LLC and Developers Diversified Realty Corporation as additional insureds thereunder and have a certificate of insurance indicating such amendment forwarded to DDRM Countryside LLC.

All certificates of insurance should be addressed to:

DDRM Countryside LLC
Insurance Compliance
P.O. Box 12010-DD
Hemet, CA 92546-8010

IV.     Sales Reports.  All Sales reports should be addressed to:

DDRM Countryside LLC
c/o Developers Diversified Realty Corporation
3300 Enterprise Parkway
Beachwood, Ohio 44122
Attn: Lease Accounting Department

V.     Personnel.  Finally, if you have specific questions, please feel free to contact any of the following Persons:

The contact person with respect to the property management is:

Sally Harper

Phone: 941-371- 5301
Fax:     941-371-5302
E-mail: sharper@ddr.com

The contact person for leasing is:

James Bold

Phone: 813-975-7499
Fax:     813-975-7498
E-mail: jbold@ddr.com

The contact person for Lease Accounting is:

Shawn Cloud

Phone: 216-755-6455
E-mail: Property Accounting-Retail@ddrc.com

We appreciate your patience and cooperation during this transition.

Inland Southeast Countryside Limited Partnership
a(n) a Florida limited partnership
  By Inland Countryside GP, L.L.C.
  Its General Partner
    By DDR Retail Real Estate Limited Partnership
    Its Sole Member
      By DDR IRR Acquisition LLC
      Its General Partner

DDRM Countryside LLC
a(n) a Delaware limited liability company

By: _____

David E. Weiss, Senior Vice President

By: _____

   Joan U. Allgood, Executive Vice President
   Corporate Transactions and Governance
   105660  21226  31609

*# 2/226*

# BILL OF SALE AND ASSIGNMENT OF LEASES, CONTRACTS AND PERMITS

## Countryside

This Bill of Sale and Assignment of Leases, Contracts and Permits is executed and delivered as of the _6th_ day of _June_ , 2007 pursuant to that certain Purchase and Sale Agreement (the "Purchase Agreement"), dated as of the date hereof, by and between Developers Diversified Realty Corporation, an Ohio corporation, and DDR Manatee Master LP, a Delaware limited partnership, covering, among other things, the sale of the real property and related improvements located in the City of Naples, Florida (the "Real Property").

1.     Sale of Personalty. For good and valuable consideration, Inland Southeast Countryside Limited Partnership, a Florida limited partnership ("Assignor") does hereby convey, assign, transfer, sell, deliver and set over unto to DDRM Countryside LLC, a Delaware limited liability company ("Assignee") the following (the "Personal Property"):

(a)     Tangible Personalty. All of Assignor's right, title and interest in and to all fixtures, furniture, equipment, and other tangible personal property, if any, owned by Assignor presently located on the Real Property, but excluding any items of personal property owned by tenants, free from all liens, security interests and encumbrances.

(b)     Intangible Personalty. All of Assignor's right, title and interest, if any, in and to all of the following items, to the extent assignable and, except as provided herein, free from all liens, security interests and encumbrances: (i) licenses, and permits relating to the operation of the Real Property, (ii) the right to use the name of the Real Property (if any) in connection with the Real Property, (iii) if still in effect, covenants, representations, indemnifications, guaranties and warranties received by Assignor from any seller, contractor, manufacturer or other person in connection with the acquisition, construction or operation of the Real Property including, without limitation, all of the foregoing items described in any agreement or contract for the acquisition of the Real Property by Assignor (the "Guaranties") and (iv) if any of the Guaranties are unassignable, the beneficial interest of Assignor in such Guaranties, to the extent the assignment of such beneficial interest does not void any such Guaranties. If any of Guaranties are unassignable, Assignor agrees, at its sole cost and expense, to use commercially reasonable efforts to enforce such Guaranties. The Intangible Personal Property does not include any tradenames and trademarks of Assignor or any Affiliate (as defined in the Purchase Agreement) of Assignor.

2.     Assignment of Leases and Contracts. For good and valuable consideration, Assignor hereby assigns, transfers, sets over and conveys to Assignee, and Assignee hereby accepts such assignment of, the following (the "Assigned Property"):

(a)     Leases. All of Assignor's right, title and interest, as landlord, in and to all executed leases and all amendments thereto (the "Leases") covering all or a portion of the Real Property and all cash and non-cash security deposits, and Assignee hereby assumes all of Assignor's obligations under the Leases arising from and after the Closing Date (as

101732634.1

355

defined in the Purchase Agreement) including obligations relating to all cash and non-cash security deposits.

(b) . Service Contracts. All of Assignor's right, title and interest in and to the service contracts relating to or used in connection with the operation of the Real Property (the "Service Contracts").

3.      Assumption. Assignee hereby assumes the obligations of Assignor under the Leases and Service Contracts first arising from and after the Closing Date (as defined in the Purchase Agreement) and shall defend, indemnify and hold harmless Assignor from and against any liability, damages, causes of action, expenses, and attorneys' fees incurred by Assignor by reason of the failure of Assignee to fulfill, perform, discharge, and observe its obligations with respect to the Leases or the Service Contracts arising on and after the Closing Date. Assignor shall defend, indemnify and hold harmless Assignee from and against any liability, damages, causes of action, expenses, and attorneys' fees incurred by Assignee by reason of the failure of Assignor to fulfill, perform, discharge, and observe its obligations with respect to the Leases or the Service Contracts arising before the Closing Date.

4.      Purchase Agreement Applies. The covenants, agreements, representations, warranties, indemnities and limitations provided in the Purchase Agreement with respect to the property conveyed hereunder (including, without limitation, the limitations of liability provided in the Purchase Agreement), are hereby incorporated herein by this reference as if herein set out in full and shall inure to the benefit of and shall be binding upon Assignee and Assignor and their respective successors and assigns.

5.      Disclaimer. Except as set forth in the Purchase Agreement, which provisions are hereby incorporated by this reference as if herein set out in full, the Personal Property and Assigned Property are conveyed by Assignor and accepted by Assignee, AS IS, WHERE IS, AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF WHATSOEVER NATURE, EXPRESS OR IMPLIED, IT BEING THE INTENTION OF THE REGENCY PARTY AND THE FUND EXPRESSLY TO NEGATE AND EXCLUDE ALL WARRANTIES, INCLUDING WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PARTICULAR PURPOSE, WARRANTIES CREATED BY ANY AFFIRMATION OF FACT OR PROMISE OR BY ANY DESCRIPTION OF THE PROPERTY CONVEYED HEREUNDER, AND ALL OTHER REPRESENTATIONS AND WARRANTIES WHATSOEVER CONTAINED IN OR CREATED BY THE UNIFORM COMMERCIAL CODE OF THE STATE WHERE THE REAL PROPERTY IS LOCATED.

6.      Limitation of Liability. Notice is hereby given that all persons dealing with Assignor shall look to the assets of Assignor for the enforcement of any claim against Assignor, as none of the officers, employees and or equity holders of Assignor assume any personal liability for obligations entered into by or on behalf of Assignor.

101732634.1

IN WITNESS WHEREOF, the undersigned have caused this Bill of Sale and Assignment of Leases, Contracts and Permits to be executed as of the date written above.

**ASSIGNOR**

**Inland Southeast Countryside Limited Partnership**

**By: DDR Countryside GP, L.L.C., its general partner**

By: _____
David E. Weiss, Senior Vice President, General
Counsel and Assistant Secretary

**ASSIGNEE**

**DDRM Countryside LLC**

By: _____
David E. Weiss, Senior Vice President, General
Counsel and Assistant Secretary

101732634.1

355

eOta    rrn⬛⬛⬛⬛⬛

# SPECIAL WARRANTY DEED

The name of each person who executed, witnessed, or notarized this document must legibly be printed, typewritten or stamped immediately beneath the signature of such person.

SPECIAL WARRANTY DEED MADE ___8th___ day of ___June___ , 2007, from:

### INLAND SOUTHEAST COUNTRYSIDE LIMITED PARTNERSHIP,
### a Florida limited partnership

| | |
|---|---|
| Whose mailing address is: | c/o Developers Diversified Realty, Co.,<br>3300 Enterprise Parkway<br>Beachwood, OH 44122 |
| Party of the first part to: | DDRM COUNTRYSIDE LLC,<br>a Delaware limited liability company - |
| Whose mailing address is: | 3300 Enterprise Parkway<br>Beachwood, OH 44122 |

Party of the second part,

WITNESSETH, that the said party of the first part, for and in consideration of the sum of $10.00 and other valuable consideration in hand paid by the said party of the second part, the receipt whereof is hereby acknowledged, has remised, released, conveyed and granted unto the said party of the second part, with limited warranty covenants, all the right, title, interest, claim and demand, which the said party of the first part has in and to the following described land, situate in the County of Collier, State of Florida, to wit:

*See Schedule "A" attached hereto and by this reference made a part hereof.*

PARCEL IDENTIFICATION NUMBER(S): _____

TO HAVE AND TO HOLD the same, together with all and singular the appurtenances thereunto belonging or in anywise appertaining, and all the estate, right, title, interest and claim whatsoever of the said party of the first part, either in law or equity, to the only proper use, benefit and behalf of the said party of the second part. The foregoing limited warranty covenants are subject to taxes for the current year, all dedications, easements, reservations, covenants and restrictions of record, local, state and federal laws, ordinances or government regulations, including but not limited to building and zoning laws, ordinances and regulations now or hereafter in effect relating to the property.

355

**TOGETHER WITH** all the tenements, hereditaments, and appurtenances belonging or in any way appertaining to the Property.

And Grantor hereby covenants with Grantee that Grantor is lawfully seized of the Property in fee simple; that Grantor has good right and lawful authority to sell and convey the Property; and that Grantor does hereby specially warrant the title to the Property and will defend the same against lawful claims of all persons claiming by, through or under the Grantor but against none other.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

**IN WITNESS WHEREOF,** the said party of the first part has hereunto set his hand and seal the day and year first above written.

*Signed and Sealed in Our Presence:*

INLAND SOUTHEAST COUNTRYSIDE
LIMITED PARTNERSHIP,
A Florida limited partnership,

By:  DDR Countryside GP, L.L.C., formerly known as
     Inland Countryside GP, L.L.C., its General Partner

By:  DDR Retail Real Estate Limited Partnership,
     formerly known as Inland Retail Real Estate
     Limited Partnership, its Sole Member

By:     DDR IRR Acquisition LLC,
        Its General Partner

Witness:

*Betty L Wirt*
witness signature

BETTY L. WIRT
type or print witness name

*Diane F. Goodrich*
witness signature

Diane F. Goodrich
type or print witness name

By:  *Joan Allgood*
     JOAN U. ALLGOOD

(Corporate Seal)

State of Ohio
County of Cuyahoga

The foregoing instrument was acknowledged before me this 5 th day of JUNE , 2007, by Inland Southeast Countryside Limited Partnership, a Florida limited partnership, by DDR Countryside GP, L.L.C., formerly known as Inland Countryside GP, L.L.C., its general partner, by DDR Retail Real Estate Limited Partnership, formerly known as Inland Retail Real Estate Limited Partnership, its sole member, by DDR IRR Acquisition, LLC, its general partner, by JOAN U. ALLGOOD , its EXE. VICE PRESIDENT , on behalf of the limited partnership. S/He is personally known to me and did not take an oath.

*Catherine B Kletecka*
Signature of Person taking acknowledgement

CATHERINE B. KLETECKA
Notary Public, State of Ohio
My Commission Expires Feb. 7, 2012
Type or print name of officer taking acknowledgement

NOTARY PUBLIC
TITLE OR RANK

Serial number, if any

NOTARY EXPIRATION: 2-7-2012

NOTARY SEAL

355

"Schedule A "

PARCEL I: FEE

ALL THAT TRACT 11 OF COUNTRYSIDE AT BERKSHIRE LAKES SECTION THREE ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 14, PAGES 78-80, PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA;

LESS AND EXCEPTING THEREFROM

ALL THAT PART OF TRACT 11, COUNTRYSIDE AT BERKSHIRE LAKES SECTION THREE, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 14, PAGES 78-80 PARTICULARLY DESCRIBED AS FOLLOWS;
COMMENCING AT THE NORTHEAST CORNER OF SECTION 5, TOWNSHIP 50 SOUTH, RANGE 26 EAST, COLLIER COUNTY, FLORIDA;
THENCE ALONG THE NORTH LINE OF SAID SECTION 5 AND THE CENTERLINE OF RADIO ROAD NORTH 89° 35' 47" WEST 100.03 FEET;
THENCE LEAVING SAID LINE, SOUTH 1° 02' 39" EAST 75.03 FEET TO THE NORTHEAST CORNER OF SAID TRACT 11 AND THE POINT OF BEGINNING OF THE PARCEL HEREIN EXCEPTED;
THENCE ALONG THE EAST LINE OF SAID TRACT 11, SOUTH 1° 02' 39" EAST 180.00 FEET;
THENCE LEAVING SAID LINE, NORTH 89° 35' 47" WEST 160.00 FEET;
THENCE NORTH 1° 02' 39" WEST 180.00 FEET TO THE NORTH LINE OF SAID TRACT 11;
THENCE ALONG SAID NORTH LINE, SOUTH 89° 35' 47" EAST 160.00 FEET TO THE POINT OF BEGINNING OF THE PARCEL HEREIN EXCEPTED;
BEARINGS ARE ASSUMED BASED ON THE NORTH LINE OF SAID SECTION 5;

ALSO LESS AND EXCEPTING

ALL THAT PART OF TRACT 11, ACCORDING TO THE PLAT OF COUNTRYSIDE AT BERKSHIRE LAKES SECTION THREE, PLAT BOOK 14, PAGES 78-80 BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCING AT THE NORTHEAST CORNER OF SAID TRACT 11,
THENCE ALONG THE EAST LINE OF SAID TRACT 11 SAID LINE ALSO BEING THE WEST RIGHT-OF-WAY LINE OF SANTA BARBARA BLVD. (200' RIGHT-OF-WAY) SOUTH 01° 02' 39" EAST 180.00 FEET TO THE POINT OF BEGINNING;
THENCE CONTINUE ALONG SAID EAST LINE SOUTH 01° 02' 39" EAST 148.11 FEET;
THENCE LEAVING SAID EAST LINE SOUTH 88° 57' 21" WEST 20.00 FEET;
THENCE WESTERLY 70.07 FEET ALONG THE ARC OF A CIRCULAR CURVE CONCAVE NORTHERLY HAVING A RADIUS OF 146.00 FEET THROUGH A CENTRAL ANGLE OF 27° 29' 55" AND BEING SUBTENDED BY A CHORD WHICH BEARS NORTH 77° 17' 41" WEST 69.40 FEET TO A POINT OF REVERSE CURVATURE;
THENCE WESTERLY 37.06 FEET ALONG THE ARC OF A CIRCULAR CURVE CONCAVE SOUTHERLY HAVING A RADIUS OF 204.00 FEET THROUGH A CENTRAL ANGLE OF 10° 24' 32" AND BEING SUBTENDED BY A CHORD WHICH BEARS NORTH 68° 45' 00" WEST 37.01 FEET; TO A POINT OF REVERSE CURVATURE;
THENCE NORTHWESTERLY 11.53 FEET ALONG THE ARC OF A CIRCULAR CURVE CONCAVE NORTHEASTERLY HAVING A RADIUS OF 10.00 FEET THROUGH A CENTRAL ANGLE OF 66° 03' 36" AND BEING SUBTENDED BY A CHORD WHICH BEARS NORTH 40° 55' 28" WEST 10.90 FEET TO A POINT OF REVERSE CURVATURE;
THENCE NORTHERLY 64.42 FEET ALONG THE ARC OF A CIRCULAR CURVE CONCAVE WESTERLY HAVING A RADIUS OF 179.00 FEET THROUGH A CENTRAL ANGLE OF 20° 37' 07" AND BEING SUBTENDED BY A CHORD WHICH BEARS NORTH 18° 12' 13" WEST 64.07 FEET, TO A POINT OF REVERSE CURVATURE;
THENCE NORTHERLY 52.74 FEET ALONG THE ARC OF A CIRCULAR CURVE CONCAVE EASTERLY HAVING A RADIUS OF 110.00 FEET THROUGH A CENTRAL ANGLE OF 27° 28' 08" AND BEING SUBTENDED BY A CHORD WHICH BEARS NORTH 14° 46' 43" WEST 52.23 FEET;

355

THENCE NORTH 01° 02' 39" WEST 1.30 FEET;
THENCE SOUTH 89° 35' 47" EAST 160.00 FEET TO THE POINT OF BEGINNING;
BEARINGS ARE BASED ON SAID EAST LINE OF TRACT 11 BEING SOUTH 01° 02' 39" EAST;

PARCEL II: FEE

DESCRIPTION OF PART OF TRACT 9, ACCORDING TO THE PLAT OF COUNTRYSIDE AT BERKSHIRE
LAKES, SECTION THREE, PLAT BOOK 14, PAGES 78-80, COLLIER COUNTY, FLORIDA.

ALL THAT PART OF TRACT 9, ACCORDING TO THE PLAT OF COUNTRYSIDE AT BERKSHIRE LAKES,
SECTION THREE, AS RECORDED IN PLAT BOOK 14, PAGES 78-80, COLLIER COUNTY PUBLIC RECORDS,
COLLIER COUNTY, FLORIDA AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE NORTHEAST CORNER OF SAID TRACT 9,
THENCE ALONG THE WESTERLY RIGHT-OF-WAY LINE OF SANTA BARBARA BOULEVARD SOUTH 1° 02'
39" EAST 75.00 FEET;
THENCE LEAVING SAID LINE SOUTH 88° 57' 21" WEST 60.00 FEET;
THENCE NORTH 87° 35' 46" WEST 759.04 FEET;
THENCE NORTH 0° 24' 13" EAST 50.00 FEET TO A POINT ON THE NORTH LINE OF SAID TRACT 9;
THENCE ALONG SAID LINE, SOUTH 89° 35' 47" EAST 816.66 FEET TO THE POINT OF BEGINNING;
BEARINGS ARE BASED ON SAID P.B. 14, PAGES 78-80
BEARINGS ARE BASED ON THE NORTH LINE OF TRACT 11, BEING NORTH 89° 35' 47" WEST;

LESS AND EXCEPTING

THOSE LANDS DESCRIBED IN THAT CERTAIN ORDER OF TAKING, RECORDED JULY 20, 2006 IN O.R.
BOOK 4075, PAGE 572, OF THE PUBLIC RECORDS OF COLLIER COUNTY, FLORIDA.

PARCEL III: EASEMENT

EASEMENT RIGHTS FOR THE BENEFIT OF PARCELS I AND II TO THAT CERTAIN RECIPROCAL
EASEMENT AGREEMENT, RECORDED IN O.R. BOOK 2214, PAGE 1658.

PARCEL IV: EASEMENT

EASEMENT RIGHTS FOR THE BENEFIT OF PARCELS I AND II TO THAT CERTAIN RECIPROCAL
EASEMENT AGREEMENT, RECORDED IN O.R. BOOK 2214, PAGE 1671.

Form **W-9**
(Rev. November 2005)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give form to the
requester. Do not
send to the IRS.

Name (as shown on your income tax return)
**DDRM Countryside LLC**

Business name, if different from above
**Countryside**

Check appropriate box:  ☐ Individual/Sole proprietor  ☐ Corporation  ☐ Partnership  ☑ Other ▶ **Ltd Liab Co.**    ☐ Exempt from backup withholding

Address (number, street, and apt. or suite no.)
**PO Box 534461**

Requester's name and address (optional)

City, state, and ZIP code
**Atlanta, GA 30353-4461**

List account number(s) here (optional)
**21226**

*(margin)* Print or type  See Specific Instructions on page 2.

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

| | | | | | | | |

**or**

Employer identification number

| 2 | 0 | 8 | 9 | 0 | 7 | 6 | 2 | 2 |

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and

3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here | Signature of U.S. person ▶  | Date ▶ June 8, 2007

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

In 3 above, if applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

For federal tax purposes, you are considered a person if you are:

- An individual who is a citizen or resident of the United States,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States, or
- Any estate (other than a foreign estate) or trust. See Regulations sections 301.7701-6(a) and 7(a) for additional information.

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,

Cat. No. 10231X

Form **W-9** (Rev. 11-2005)

**<u>EXHIBIT B</u>**



Division of Corporations

## Florida Department of State
### Division of Corporations
Public Access System

### Electronic Filing Cover Sheet

Note: Please print this page and use it as a cover sheet. Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H07000195160 3)))

H07000195603ABC3

Note: DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

```
To:
     Division of Corporations
     Fax Number      : (850) 205-0383

From:
     Account Name    : C T CORPORATION SYSTEM
     Account Number  : FCA000000023
     Phone           : (850) 222-1092
     Fax Number      : (850) 878-5926
```

## LLC DISS/WITH OR REV DISS

### INLAND COUNTRYSIDE G.P., L.L.C.

| | |
|---|---|
| Certificate of Status | 0 |
| Certified Copy | 0 |
| Page Count | 02 |
| Estimated Charge | $25.00 |

Electronic Filing Menu     Corporate Filing Menu     Help

**CERTIFICATE OF DISSOLUTION**
**FOR**

## Inland Southeast Countryside Limited Partnership

(Name of Florida Limited Partnership or Limited Liability Limited Partnership)

Pursuant to the provisions of section 620.1203, Florida Statutes, this Florida limited partnership or limited liability limited partnership, whose certificate was filed with the Florida Department of State on 03/26/1996 _____, hereby submits this Certificate of Dissolution.

**FIRST:** Reason for dissolution: (State why partnership is submitting dissolution)

## Submitted by consent of the general partner.

_____

_____

_____

**SECOND:** ☐  A Notice of Dissolution is attached.
(Check box if attached.)

**THIRD:** Effective date, if other than the date of filing: _____

(Effective date cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State.)

Signatures of each general partner or the person appointed pursuant to s. 620.1803(3) or (4) F.S.:
By:   Inland Countryside GP, L.L.C.
Its General Partner

By:   DDR Retail Real Estate Limited Partnership
Its Sole TRF Acquisition LLC
Its General Partner

By:   David E. Weiss, Senior Vice President

| | |
|---|---|
| Filing Fee: | $52.50 |
| Certified Copy (optional): | $52.50 |
| Certificate of Status (optional): | $8.75 |