

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**September 6, 2007**
**1:30 P.M.**

**PRO MEMO**

**CASE NO. 05-3817-3F1**   **WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fifth Interim and Final Application of Akerman Senterfitt, Co-Counsel to Official Committee of Unsecured Creditors, for Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred during Period from October 1, 2006 through and including November 21, 2006 and Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses incurred during Period from April 22, 2005 through and including November 21, 2006 (14831)

Fee - $501,760.00
Expenses - $36,713.28

APPEARANCES:
US TRUSTEE:               **ELENA ESCAMILLA**
UNSEC. CRED:              **JOHN B. MACDONALD/PATRICK PATANGAN**
                          **MATTHEW S. BARR**

AKERMAN SENTERFITT:       **JOHN MACDONALD**

RULING: *Approved*
*Ord / Signed*