

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth Interim and Final Application of The Blackstone Group, L.P. as Financial Advisor to the Debtors for Final Allowance of Compensation for Actual and Necessary Services Rendered and Reimbursement of Actual and Necessary Out-of-Pocket Expenses Incurred During the Period of February 21, 2005 through November 21, 2006 (14810)

Fee - $9,568,338.00

Expenses - $260,630.69

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

THE BLACKSTONE GROUP, L.P.:

RULING: _Approved_
_One / Signed_