

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth Interim and Final Application of Carlton Fields, P.A. as Special Counsel for the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses for the Period from February 21, 2005 through November 21, 2006 (14830)

Fee - $1,885,043.15

Expenses - $126,333.24

APPEARANCES:
US TRUSTEE: ELENA ESCAMILLA
UNSEC. CRED: JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

CARLTON FIELDS, P.A.:

RULING: *[handwritten signature]*