

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Third Interim and Final Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 through November 21, 2006 (14806)

Fee - $275,324.10

Expenses - $28,780.95

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD/PATRICK PATANGAN
                                     MATTHEW S. BARR
DELOITTE CONSULTING LLP:

RULING: Approved
One/Denied