

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Final Fee Application for Allowance of Fees and Expenses of Deloitte Consulting LLP as Operational Consultants to the Debtors for the Period of May 16, 2005 through January 31, 2006 (14808)

Fee - $3,375,000.00

Expenses - $393,353.00

APPEARANCES:

US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
DELOITTE CONSULTING, LLP:

RULING: *Approval*
*Order/Signed*