

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Third Interim and Final Fee Application for Allowance of Fees and Expenses of Deloitte Financial Advisory Services, LLP to Provide Fresh-Start Accounting Services to the Debtors for the Period from March 14, 2006 through November 21, 2006 (14811)

Fee - $1,107,267.25

Expenses - $61,742.34

APPEARANCES:
US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD/PATRICK PATANGAN
                        MATTHEW S. BARR

DELOITTE FINANCIAL
  ADVISORY SERVICES, LLP:

RULING: Approved
Order Signed