

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Second Interim and Final Application for Allowance of Deloitte Tax LLP, Tax Service Provider for the Debtors and Debtors-in-Possession, for Allowance of Compensation and Reimbursement of Expenses for the Period from May 29, 2006 through November 21, 2006 (14807)

Fee - $753,595.20

Expenses - $34,583.40

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD/PATRICK PATANGAN
                       MATTHEW S. BARR

DELOITTE TAX, LLP:

RULING: *Approved*
*Ord/Signed*