

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Fourth Interim and Final Fee Application of Deloitte & Touche, LLP to Provide Risk Assessment, Quality Assessment, and Journal Entry Testing Services to the Debtors for Allowance of Compensation and Reimbursement of Expenses for thePeriod from November 14, 2005 through November 21, 2006 (14809)

Fee - $153,449.75

Expenses - $6,190.98

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD/PATRICK PATANGAN
                      MATTHEW S. BARR
DELOITTE & TOUCHE, LLP:

RULING: *Approved*