

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth Interim and Final Application of Houlihan Lokey Howard & Zukin Capital as Financial Advisor for the Official Committee of Unsecured Creditors for Allowance of Compensation for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Interim Period October 1, 2006 through and including November 21, 2006 and Final Period March 3, 2005 through and including November 21, 2006 (14827)

Fee - $6,808,265.89

Expenses - $98,635.09

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR
HOULIHAN LOKEY ET AL:

RULING: Approved
Ord/Signed