

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Third Interim and Final Fee Application of Jenner & Block LLP, as Special Counsel to the Debtors for Allowance and Payment of Compensation and Reimbursement of Expenses Advanced for the Period of May 9, 2005 through November 21, 2006 (14804)

Fee - $1,089,090.25

Expenses - $87,341.46

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR
JENNER & BLOCK, LLP:

RULING: Approved
Ord/Signed