

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth Interim and Final Application for Allowance of Attorneys Fees and Reimbursement of Expenses Incurred by King & Spalding LLP, Special Corporate and Litigation Counsel to the Debtors for the Period September 30, 2006 through November 31, 2006 (14818)

Fee - $3,359,938.25

Expenses - $70,553.99

**APPEARANCES:**
US TRUSTEE:    ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD/PATRICK PATANGAN
               MATTHEW S. BARR

KING & SPALDING LLP:

RULING: *Approved* / *Signed*