

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Final Application of Kirschner & Legler, P.A. as Special Corporate Financial Counsel for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Costs Advanced for the Period of February 22, 2005 through November 21, 2006 (14832)

Fee - $290,049.00

Expenses - $397.49

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD/PATRICK PATANGAN
                         MATTHEW S. BARR
KIRSCHNER & LEGLER, P.A.:

RULING: Approved