

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Final Fee Application of KPMG LLP for the Period of February 21, 2005 through November 21, 2006, pursuant to Order Establishing Final Compensation Procedures (14821)

Fee - $9,576,744.74

Expenses - $235,352.01

APPEARANCES:
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD/PATRICK PATANGAN
                  MATTHEW S. BARR
KPMG LLP:

RULING: *[signature]*