

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth Interim and Final Fee Application of Milbank, Tweed, Hadley & McCloy LLP, Counsel for Official Committee of Unsecured Creditors for Compensation for Professional Services Rendered and for Reimbursement of Expenses during the Period from March 1, 2005 through and including November 21, 2006 (14829)

Fee - $6,125,540.22

Expenses - $473,461.66

APPEARANCES:
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:               JOHN B. MACDONALD/PATRICK PATANGAN
                           MATTHEW S. BARR
MILBANK, TWEED, HADLEY ET AL:

RULING: Approved / Signed