

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth and Final Application of PricewaterhouseCoopers LLP for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses incurred for the Period from October 1, 2006 through November 21, 2006 and for the Final Period February 22, 2005 through November 21, 2006 (14803)

Fee - $1,363,229.38

Expenses - $132,067.85

APPEARANCES:
US TRUSTEE:                           ELENA ESCAMILLA
UNSEC. CRED:                          JOHN B. MACDONALD/PATRICK PATANGAN
                                      MATTHEW S. BARR

PRICEWATERHOUSECOOPERS LLP:

RULING: Approved / Signed