

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth Interim and Final Application of Smith, Gambrell & Russell, LLP for Compensation and Reimbursement of Expenses as Special Real Estate Counsel to the Debtors for the Period from February 21, 2005 through November 21, 2006 (14726)

Fee - $3,750,929.50

Expense - $105,692.04

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD/PATRICK PATANGAN
                    MATTHEW S. BARR
SMITH GAMBRELL & RUSSELL, LLP:

RULING: Approved
/s/ Signed