

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth Interim and Final Application of Smith Hulsey & Busey for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Costs Advanced for Period from March 28, 2005 through November 21, 2006 (14817)

Fee - $5,645,516.50

Expenses - $206,743,64

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

SMITH HULSEY & BUSEY:

RULING: *Approved* /s/ *[signature]*