

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Third Interim and Final Application of Stuart, Maue, Mitchell & James, Fee Examiner for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses for the Period from December 1, 2005 through November 21, 2006 (14781)

Fee - $1,541,562.00

Expenses - $8,045.73

APPEARANCES:
US TRUSTEE:                         ELENA ESCAMILLA
UNSEC. CRED:                        JOHN B. MACDONALD/PATRICK PATANGAN
                                    MATTHEW S. BARR
STUART, MAUE MITCHELL, ET AL:

RULING: Approved
        Order Signed