

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post/Leanne Prendergast

Third Interim and Final Application of Togut, Segal & Segal, LLP for Services Rendered as Conflicts Counsel for the Debtors and for Reimbursement of Expenses for the Period from February 28, 2005 through March 13, 2006 (14819)

Fee - $123,741.50

Expenses - $2,152.81

APPEARANCES:
US TRUSTEE:
UNSEC. CRED:

ELENA ESCAMILLA
JOHN B. MACDONALD/PATRICK PATANGAN
MATTHEW S. BARR

TOGUT, SEGAL & SEGAL, LLP:

RULING: *[signature] Approved [signature] Neil Segal*