

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**September 6, 2007**
**1:30 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Sixth Interim and Final Fee Application for Allowance and Payment of Compensation and Reimbursement of Expenses of Xroads Solutions Group, LLC, as Financial and Operations Restructuring Consultants for the Period October 1, 2006 to November 21, 2006 and Final Approval of Compensation and Reimbursement of Expenses for the Period February 21, 2005 through and including November 21, 2006 (14822)

Fee - $21,137,458.94

Expenses - $1,375,403.38

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD/PATRICK PATANGAN
                     MATTHEW S. BARR

XROADS SOLUTIONS GROUP, LLC:

RULING: Approved
Ord/Sep'd