UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### ORDER ON REORGANIZED DEBTORS' SECOND AMENDED MOTION TO MODIFY AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIM OF ROBERT ZIMMERMAN (CLAIM NO. 9195)

These cases are before the Court on September 6, 2007 upon the Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Robert Zimmerman (the "Motion"). Upon consideration of the record in these cases, including the Claim Reduction Form executed by Robert Zimmerman, it is

ORDERED:

1. The Motion is Granted.

2. The Agreed Order of Resolution of the Litigation Claim of Robert Zimmerman (Claim No. 9195) (Docket No. 16863) is modified to provide that Claim No. 9195 filed by Robert Zimmerman is reduced to the amount of $3,000, for which a discounted cash distribution of $2,010 will be made pursuant to Section 4.3(j)(ii) of the Plan, in accordance with Mr. Zimmerman's Claim Reduction Election.

3. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___ day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to: James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

2