

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Reorganized Debtors Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of April Terrell pursuant to her Claim Reduction Election (17723)

APPEARANCES:
US TRUSTEE:   ELENA ESCAMILLA
UNSEC. CRED:  JOHN B. MACDONALD/PATRICK PATANGAN
              MATTHEW S. BARR

APRIL TERRELL:

RULING: Granted
Ord/Signed