

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 6, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Digna Gonzalez Pursuant to her Claim Reduction Election (17721)

The Reorganized Debtors and Ms. Gonzalez have agreed to continue the hearing on the Motion until further notice.

APPEARANCES:
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:               JOHN B. MACDONALD/PATRICK PATANGAN
                           MATTHEW S. BARR

DIGNA GONZALEZ:

RULING: Cont'd. until further ntc. - if any party