

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 6, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/J. Post

Case Management Conference on the Motion to Enlarge Time for Denise Sydnor to File an Application for an Administrative Expense Claim (16469)

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD/PATRICK PATANGAN
                   MATTHEW S. BARR

DENISE SYDNOR:

RULING: *hrg. after 120 days*