**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors.[1] | ) | |
| | ) | |

**NOTICE OF DEPOSITION**

Please take notice that beginning at 1:30 p.m. on October 9, 2007, Debtors will take the deposition of Linc Marshall at the offices of Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, before an officer authorized by law to take depositions. This deposition is being taken for discovery purposes, for use at hearing or trial, or both, in connection with the Motion to Enlarge Time to File Administrative Claim Request filed by Hyecha B. Marshall and Linc Marshall

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

(Docket No. 15141), and shall continue from day to day until completed.

Dated: September 7, 2007

                SMITH HULSEY & BUSEY

                By  *s/ Leanne McKnight Prendergast*
                    James H. Post
                    Leanne McKnight Prendergast

                Florida Bar Number 59544
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                lprendergast@smithhulsey.com

                Counsel for Debtors

Certificate of Service

I certify that a copy of this document has been furnished electronically through the Court's cm/ecf system and by mail to Camille J. Iurillo, Esq., Iurillo & Associates, P.A., 600 First Ave. North, Suite 308, St. Petersburg, Florida, 33701, this 7th day of September, 2007.

                                                *s/ Leanne McKnight Prendergast*
                                                           Attorney

00579794.3