UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* | Jointly Administered |
| Debtors. | |

## PRAECIPE TO TERMINATE REQUEST FOR NOTICE

**TO THE CLERK AND ALL INTERESTED PARTIES:**

Please terminate the Request for Notices of Buist Moore Smythe McGee P.A. and Charles P. Summerall, Esq. to receive notices on behalf of Invesco, LP (Creditor Id: WDX-1467-B1-RJ), a creditor in the bankruptcy case of *Winn-Dixie Raleigh, Inc.* (Case No. 05-03839-3F1, which case is jointly administered with the above-referenced case).

BUIST MOORE SMYTHE McGEE P.A.

September 7, 2007

By: /s/Charles P. Summerall, IV
S.C. State Bar No. 5433
Dist. of South Carolina, Fed. I.D. No. 4385
P.O. Box 999
Charleston, South Carolina 29402
Telephone: (843) 722-3400
Facsimile: (843) 723-7398
**E-mail: csummerall@bmsmlaw.com**
ATTORNEYS FOR INVESCO, LP

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on September 7, 2007, I electronically filed the **PRAECIPE TO TERMINATE REQUEST FOR NOTICES** with the clerk of this court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants in this case.

>By: /s/Pamela K. Marfizo
>BUIST MOORE SMYTHE McGEE P.A.
>P.O. Box 999
>Charleston, South Carolina 29402