UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY INLAND SOUTHEAST BRIDGEWATER LIMITED PARTNERSHIP (STORE NO. 2269)**

This cause came before the Court on (i) the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941), (ii) the Objection to the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Inland Southeast Bridgewater Limited Partnership (Docket No. 9684) with respect to Store No. 2269 (the "Cure Objection") and (iii) the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by the Reorganized Debtors (the "Twenty-Sixth Omnibus Objection") (Docket No. 12281).

On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order and sustaining the Twenty-Sixth Omnibus Objection as to the

proofs of claims listed on the exhibits to the order. Included among the several proofs of claim listed on Exhibit B of the order is claim number 11033 filed by Inland Southeast Bridgewater, LLC ("Inland Bridgewater") with respect to Store No. 2269. The Order reclassified claim number 11033 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 11033 filed by Inland Bridgewater with respect to Store No. 2269 is allowed as an administrative claim in the amount of $12,155.41, $9,655.41 of which the Reorganized Debtors have paid to Inland Southeast Property Management.[1] Within fourteen (14) business days of entry of this agreed order, the Reorganized Debtors will pay Inland Bridgewater[2] $2,500.00 in full satisfaction of any right to cure that Inland Bridgewater has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 2269.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 2269 filed by Inland Bridgewater in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 2269 that Inland Bridgewater has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

---

[1] Inland Southeast Property Management was the former property management company for Inland Southeast Bridgewater Limited Partnership (the landlord for Store No. 2269).
[2] The Reorganized Debtors will remit the $2,500 payment to Inland Southeast Bridgewater, LLC, in care of Developers Diversified Realty Corporation, attention Heidi Smith, 3300 Enterprise Parkway, Beachwood, Ohio 44122.

2

4. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __7__ day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00578289

3

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| CONNOLLY BOVE LODGE & HUTZ LLP | SMITH HULSEY & BUSEY |
| By  *s/ Christina M. Thompson\** <br>       Christina M. Thompson | By  *s/ Cynthia C. Jackson* <br>       Cynthia C. Jackson, F.B.N. 498882 |
| 1007 North Orange Street <br> Wilmington, Delaware 19899 <br> (302) 658-9141 <br> (302) 658-0380 (facsimile) <br> cthompson@cblh.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Inland Southeast Bridgewater, LLC and Inland Southeast Bridgewater Limited Partnership | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized her electronic signature.

00578289