UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Jointly Administered |
| Reorganized Debtors. | |

_____/

**NOTICE OF REQUEST FOR REMOVAL**
**FROM ELECTRONIC SERVICE LIST**

PLEASE TAKE NOTICE that as of April 20, 2007, Patrick P. Patangan is no longer associated with the law firm Akerman Senterfitt, co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al., and therefore should be removed from all service lists.

Dated: September 11, 2007

HOLLAND & KNIGHT LLP

By: ___/s/ Patrick P. Patangan_____
Patrick P. Patangan
Florida Bar No. 0348340
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872
patrick.patangan@hklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: James H. Post, Esq., SMITH HULSEY & BUSEY, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and John B. Macdonald, AKERMAN SENTERFITT, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202.

/s/ Patrick P. Patangan_____
Attorney

# 4779913_v1