```
                                              F I L E D
                                            JACKSONVILLE, FLORIDA
    UNITED STATES BANKRUPTCY COURT              SEP 1 2 2007
       MIDDLE DISTRICT OF FLORIDA
          JACKSONVILLE DIVISION             CLERK, U.S. BANKRUPTCY COURT
                                             MIDDLE DISTRICT OF FLORIDA
```

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ————————————————) | |

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

Please take notice that Tabrica C. Rentz of the Richmond City Attorney's Office and counsel for the City of Richmond, Virginia should be removed from all service lists.

Dated: September 10, 2007

Respectfully Submitted:

By: /s/ Tabrica C. Rentz
Tabrica C. Rentz (VSB No. 47705)
Assistant City Attorney
City of Richmond
Office of the City Attorney
900 East Broad Street, Suite 300
Richmond, Virginia 23219
TEL   (804) 646-7940
FAX   (804) 646-7939
Email:
tabrica.rentz@richmondgov.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST has been furnished by U.S. Mail on the __10th__ day of September, 2007 to:

James H. Post, Esquire
SMITH HULSEY & BUSEY
225 Water Street – Suite 1800
Jacksonville, Florida 32202

*Tabrica C. Rentz*
Tabrica C. Rentz
VSB No. 47705

2