**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE**
**OBJECTIONS FILED BY F.R.O., LLC VIII (STORE NO. 596)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Debtors' Second Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to Proposed Cure Amount in the Debtors' Second Omnibus Motion (Docket No. 9484) and the Supplement to Objection to Proposed Cure Amount in Debtors' Second Omnibus Motion (Docket No. 11147) filed by F.R.O., LLC VIII ("F.R.O.") with respect to Store No. 596 (the "Cure Objections"). Based upon the consent of the parties appearing below, it is

ORDERED ~~AND ADJUDGED~~:

1. The Cure Objections are resolved as set forth below.

2. The cure amount for Store No. 596 is fixed at $10,000. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay F.R.O. $10,000 in full satisfaction of any right to cure F.R.O. has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 596.

3. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms, ordinary course practices, and under applicable law.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 12 day of September, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00575530

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| ARENT FOX PLLC | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Mary Joanne Dowd*\*  <br>Mary Joanne Dowd, F.B.N. 368970 | By  *s/ Cynthia C. Jackson*  <br>Cynthia C. Jackson, F.B.N. 498882 |
| 1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 857-6059<br>(202) 857-6395 (facsimile)<br>dowd.mary@arentfox.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for F.R.O., LLC VIII | Counsel for Reorganized Debtors |

\*Counsel has authorized her electronic signature.

00575530