UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )    Case No. 05-03817-3F1
                                              Chapter 11
        Reorganized Debtors.             )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Henry Adair [Docket No. 17941] was furnished by mail on September 12, 2007 to Henry Adair c/o Scott M. McPherson, Esq., 5723 Main Street, New Port Richey, Florida 34652.

Dated:   September 13, 2007

                                         SMITH HULSEY & BUSEY


                                         By    s/ James H. Post
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                         225 Water Street, Suite 1800
                                         Jacksonville, Florida 32202
                                         (904) 359-7700
                                         (904) 359-7708 (facsimile)
                                         jpost@smithhulsey.com

                                         Counsel for Reorganized Debtors

00569785