UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )
                                           )
WINN-DIXIE STORES, INC., et al.,           )     Case No. 05-03817-3F1
                                           )     Chapter 11
        Reorganized Debtors.               )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Tanisha Coachman [Docket No. 17943] was furnished by mail on September 12, 2007 to Tanisha Coachman c/o Dwayne L. Brown, Esq., 4150 Carmichael Road, Suite A, Montgomery, Alabama 36106.

Dated: September 13, 2007

                                    SMITH HULSEY & BUSEY


                                    By     s/ James H. Post
                                         Stephen D. Busey
                                         James H. Post (FBN 175460)
                                         Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00569785