UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817-3F1
                                                          Chapter 11
            Reorganized Debtors.               )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Susan Ann Miranda [Docket No. 17872] was furnished by mail on September 12,

2007 to Susan Ann Miranda c/o Jeffery R. Davis, Esq., 10800 Biscayne Blvd., Suite 700,

Miami, Florida 33161.

Dated:   September 13, 2007

                                    SMITH HULSEY & BUSEY


                                    By _____s/ James H. Post_____
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00569785