UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )
                                                   )
WINN-DIXIE STORES, INC., et al.,                   )   Case No. 05-03817-3F1
                                                   )   Chapter 11
        Reorganized Debtors.                       )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Grace Morrison [Docket No. 17949] was furnished by mail on September 12, 2007 to Grace Morrison c/o Jay Koretsky, Esq., 21489 Northwest 2nd Avenue, Miami, Florida 33169.

Dated:   September 13, 2007

                                        SMITH HULSEY & BUSEY


                                        By   *s/ James H. Post*
                                             Stephen D. Busey
                                             James H. Post (FBN 175460)
                                             Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00569785