UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )
                                           )
WINN-DIXIE STORES, INC., et al.,           )   Case No. 05-03817-3F1
                                           )   Chapter 11
        Reorganized Debtors.               )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Odalys Rodriguez [Docket No. 17953] was furnished by mail on September 12, 2007 to Odalys Rodriguez c/o Joseph M. Rodriguez, Esq., Ruiz & Rodriguez, 75 Valencia, 4th Floor, Coral Gables, Florida 33134.

Dated:   September 13, 2007

                                    SMITH HULSEY & BUSEY


                                    By      s/ James H. Post
                                         Stephen D. Busey
                                         James H. Post (FBN 175460)
                                         Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00569785