UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ruth Romero [Docket No. 17950] was furnished by mail on September 12, 2007 to Ruth Romero c/o Alex Izquierdo, Esq., 102 E. 49th Street, Miami, Florida 33013.

Dated:   September 13, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785