UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )
                                                   )
WINN-DIXIE STORES, INC., et al.,                   )      Case No. 05-03817-3F1
                                                   )      Chapter 11
            Reorganized Debtors.                   )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Jeazinette Valdeus [Docket No. 17954] was furnished by mail on September 12, 2007 to Jeazinette Valdeus c/o Brett K. Findler, Findler & Findler, 3 Harvard Circle, Suite 100, West Palm Beach, Florida 33409.

Dated:    September 13, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785