UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                               )    Chapter 11
            Reorganized Debtors.        )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ana Arvelo Moreno (Claim No. 2438) [Docket No. 17967] was furnished by mail on September 12, 2007 to Ana Arvelo Moreno c/o Edmund Gonzalez, Esq., Gonzalez & Henley, PL, 324 Datura Street, Suite 200, West Palm Beach, Florida 33401.

Dated:   September 13, 2007

                                    SMITH HULSEY & BUSEY


                                    By    *s/ James H. Post*
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151