UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )
                                                  )
WINN-DIXIE STORES, INC., et al.,                  )    Case No. 05-03817-3F1
                                                  )    Chapter 11
         Reorganized Debtors.                     )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Cassandra Carey (Claim No. 9196 and 11305) [Docket No. 17879] was furnished by mail on September 12, 2007 to Cassandra Carey c/o Jason G. Barnett, Esq., 1132 S.E. 2nd Avenue, Fort Lauderdale, Florida 33316-1008.

Dated:  September 13, 2007

                                        SMITH HULSEY & BUSEY


                                        By      *s/ James H. Post*
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151