UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                   Chapter 11
            Reorganized Debtors.        )          Jointly Administered

_____

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lucille Desouza (Claim No. 9412) [Docket No. 17966] was furnished by mail on September 12, 2007 to Lucille Desouza c/o Jeffrey A. Miller, Esq., Seifert Miller, LLC, 401 West Colonial Drive, Suite 6, Orlando, Florida 32802.

Dated:    September 13, 2007

                              SMITH HULSEY & BUSEY


                              By _____*s/ James H. Post*_____
                                     Stephen D. Busey
                                     James H. Post (FBN 175460)
                                     Cynthia C. Jackson

                                     225 Water Street, Suite 1800
                                     Jacksonville, Florida 32202
                                     (904) 359-7700
                                     (904) 359-7708 (facsimile)
                                     jpost@smithhulsey.com

                                     Counsel for Reorganized Debtors

00520151