UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Rondy Ellis (Claim No. 6428) [Docket No. 17971] was furnished by mail on September 12, 2007 to Rondy Ellis c/o Alex Simanovsky, Esq., Simanovsky & Associates, 2300 Henderson Mill Road, Suite 300, Atlanta, Georgia 30345.

Dated:   September 13, 2007

SMITH HULSEY & BUSEY


By     s/ James H. Post
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151