UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         )          Chapter 11
                Reorganized Debtors.            )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Teresa Fleming (Claim No. 5839) [Docket No. 17881] was furnished by mail on September 12, 2007 to Teresa Fleming, 2244 Raymond Avenue, Ramona, California 95065.

Dated:    September 13, 2007

                                        SMITH HULSEY & BUSEY


                                        By _____ s/ James H. Post _____
                                                 Stephen D. Busey
                                                 James H. Post (FBN 175460)
                                                 Cynthia C. Jackson

                                                 225 Water Street, Suite 1800
                                                 Jacksonville, Florida  32202
                                                 (904) 359-7700
                                                 (904) 359-7708 (facsimile)
                                                 jpost@smithhulsey.com

                                                 Counsel for Reorganized Debtors

00520151