UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
  Chapter 11
      Reorganized Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ronald Gorney, Jr. (Claim No. 12727) [Docket No. 17882] was furnished by mail on September 12, 2007 to Ronald Gorney, Jr. c/o S. Perry Penland, Jr., Esq., 610 Blackstone Building, 233 East Bay Street, Jacksonville, Florida 32202.

Dated: September 13, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151