UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
  Chapter 11
      Reorganized Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Claudia Glover (Claim No. 3579) [Docket No. 17984] was furnished by mail on September 12, 2007 to Claudia Glover c/o Richard W. Reno, Esq., Post Office Box 368, Crawfordville, Florida 32326-0368.

Dated:   September 13, 2007

                                  SMITH HULSEY & BUSEY

                                  By      *s/ James H. Post*
                                       Stephen D. Busey
                                       James H. Post (FBN 175460)
                                       Cynthia C. Jackson

                                225 Water Street, Suite 1800
                                Jacksonville, Florida  32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                jpost@smithhulsey.com

                                Counsel for Reorganized Debtors

00520151