UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Marissa Hancock (Claim No. 4054 and 5156) [Docket No. 17883] was furnished by mail on September 12, 2007 to Marissa Hancock c/o Timothy F. Prugh, Esq., Prugh, Holliday, Deem & Karatinos, PL, 1009 West Platt Street, Tampa, Florida 33606.

Dated: September 13, 2007

SMITH HULSEY & BUSEY

By ___s/ James H. Post___
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151