UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Anna Hernandez (Claim No. 8442) [Docket No. 17959] was furnished by mail on September 12, 2007 to Anna Hernandez c/o Scott W. Zirkle, Esq., Bogin, Munns & Munns, P. O. Box 2807, Orlando, Florida 32802.

Dated: September 13, 2007

SMITH HULSEY & BUSEY

By _____s/ James H. Post_____
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151