UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Patty Holt (Claim No. 9199 and 11306) [Docket No. 17885] was furnished by mail on September 12, 2007 to Patty Holt c/o Jason G. Barnett, Esq., 1132 S.E. 2nd Avenue, Ft. Lauderdale, Florida 33316-1008.

Dated: September 13, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151