UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,            )            Case No. 05-03817-3F1
                                                                   )            Chapter 11
            Reorganized Debtors.                   )            Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Evelyn Martin (Claim No. 3498) [Docket No. 17960] was furnished by mail on September 12, 2007 to Evelyn Martin c/o Robin Cromer, Esq., Cromer Law Firm, LLC, 1305 North Boulevard, Anderson, South Carolina 29621.

Dated:    September 13, 2007

                                                                    SMITH HULSEY & BUSEY


                                                                    By      s/ James H. Post
                                                                            Stephen D. Busey
                                                                            James H. Post (FBN 175460)
                                                                            Cynthia C. Jackson

                                                                    225 Water Street, Suite 1800
                                                                    Jacksonville, Florida 32202
                                                                    (904) 359-7700
                                                                    (904) 359-7708 (facsimile)
                                                                    jpost@smithhulsey.com

                                                                    Counsel for Reorganized Debtors

00520151