UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )
                                              )
WINN-DIXIE STORES, INC., et al.,              )     Case No. 05-03817-3F1
                                              )     Chapter 11
        Reorganized Debtors.                  )     Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Rolando Quintero (Claim No. 7073) [Docket No. 17972] was furnished by mail on September 12, 2007 to Rolando Quintero c/o Alan Ginsberg, Esq., 13899 Biscayne Blvd., Suite 401, Miami, Florida 33010.

Dated: September 13, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151