UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                       )

WINN-DIXIE STORES, INC., et al.,    )     Case No. 05-03817-3F1
                                 Chapter 11
        Reorganized Debtors.    )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Jan Sien (Claim No. 10982) [Docket No. 17940] was furnished by mail on September 12,

2007 to Jan Sien, c/o Kevin S. Doty, Esq., Hatch & Doty, P.A., P. O. Box 643760, Vero

Beach, Florida 32964-3760.

Dated:  September 13, 2007

                                 SMITH HULSEY & BUSEY

                                 By     *s/ James H. Post*
                                     Stephen D. Busey
                                     James H. Post (FBN 175460)
                                     Cynthia C. Jackson

                                 225 Water Street, Suite 1800
                               Jacksonville, Florida  32202
                               (904) 359-7700
                               (904) 359-7708 (facsimile)
                               jpost@smithhulsey.com

                               Counsel for Reorganized Debtors

00520151