UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )           Case No. 05-03817-3F1
                                                         Chapter 11
                  Reorganized Debtors.       )           Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Reorganized Debtors' Second Amended Motion to Modify Agreed Order of Resolution of the Litigation Claim of Maxine Brown (Claim No. 11077) (Docket No. 18048) was furnished by mail on September 15, 2007 to Maxine Brown c/o Robert P. Eshelman, Esq., Farah & Farah, P.A., 4640 Blanding Blvd., Jacksonville, Florida 32210

Dated:  September 15, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7783
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00535529