UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,                   )        Case No. 05-03817-3F1
                                                            Chapter 11
       Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Reorganized Debtors' Second Amended Motion to Modify Agreed Order of Resolution of the Litigation Claim of April Terrell (Claim No. 10812) (Docket No. 18054) was furnished by mail on September 15, 2007 to April Terrell c/o Stephen H. McElwee, Esq., Scott and Wells, 347 West Hancock Avenue, Post Office Box 1232, Athens, Georgia 30603.

Dated:  September 15, 2007

                            SMITH HULSEY & BUSEY

                            By    *s/ James H. Post*
                                Stephen D. Busey
                                James H. Post (FBN 175460)
                                Cynthia C. Jackson

                            225 Water Street, Suite 1800
                            Jacksonville, Florida  32202
                            (904) 359-7783
                            (904) 359-7708 (facsimile)
                            jpost@smithhulsey.com

                            Counsel for Reorganized Debtors

00535529