UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER ON DEBTORS' THIRD OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (COLUMBIA)**

This matter came before the Court on the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 8772). Based upon the consent of the parties appearing below, it is

ORDERED ~~AND ADJUDGED~~:

1. Proof of Claim number 10992 filed by the County of Columbia Tax Commissioner ("Columbia") is allowed as a secured claim in the amount of $16,000.00.

2. Winn-Dixie Stores, Inc. will make distributions in satisfaction of the allowed secured claim within twenty (20) days of entry of this Agreed Order.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Columbia in these Chapter 11 cases and (ii) all other claims Columbia has or may have against the Debtors and any of their Chapter 11 estates or affiliates for any and all ad valorem personal property taxes, interest, and penalties relating to

any period that began and ended prior to 2007, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __12__ day of September, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **Held & Israel** |
| By _s/ Cynthia C. Jackson_<br>　　Cynthia C. Jackson<br>　　F.B.N. 498882 | By _s/ Adam N. Frisch_*<br>　　Adam N. Frisch |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | 1301 Riverplace Blvd., Ste. 1916<br>Jacksonville, FL  32207-9024<br>904) 398-7038<br>(904) 398-4283 (facsimile)<br>afrisch@hilawfirm.com |
| Counsel for Reorganized Debtors | Attorney for County of Columbia,<br>Tax Commissioner |

\* Mr. Frisch has authorized his electronic signature.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: pcathy            Page 1 of 1           Date Rcvd: Sep 13, 2007
Case: 05-03817              Form ID: pdfdoc2        Total Served: 1

The following entities were served by first class mail on Sep 15, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**          Signature:  *Joseph Speetjens*