UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER RESOLVING CURE
OBJECTIONS FILED BY F.R.O., LLC VIII (STORE NO. 596)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Debtors' Second Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to Proposed Cure Amount in the Debtors' Second Omnibus Motion (Docket No. 9484) and the Supplement to Objection to Proposed Cure Amount in Debtors' Second Omnibus Motion (Docket No. 11147) filed by F.R.O., LLC VIII ("F.R.O.") with respect to Store No. 596 (the "Cure Objections"). Based upon the consent of the parties appearing below, it is

ORDERED ~~AND ADJUDGED~~:

1. The Cure Objections are resolved as set forth below.

2. The cure amount for Store No. 596 is fixed at $10,000. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay F.R.O. $10,000 in full satisfaction of any right to cure F.R.O. has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 596.

GENBUS/506601.1

3. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms, ordinary course practices, and under applicable law.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 12 day of September, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00575530

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| ARENT FOX PLLC | SMITH HULSEY & BUSEY |
| By  *s/ Mary Joanne Dowd**  <br>        Mary Joanne Dowd, F.B.N. 368970 | By  *s/ Cynthia C. Jackson*  <br>        Cynthia C. Jackson, F.B.N. 498882 |
| 1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>(202) 857-6059<br>(202) 857-6395 (facsimile)<br>dowd.mary@arentfox.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for F.R.O., LLC VIII | Counsel for Reorganized Debtors |

*Counsel has authorized her electronic signature.

00575530

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Reorganized Debtors.

_____/

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that as of April 20, 2007, Patrick P. Patangan is no longer associated with the law firm Akerman Senterfitt, co-counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc. et al., and therefore should be removed from all service lists.

Dated: September 11, 2007

**HOLLAND & KNIGHT LLP**

By: __/s/ Patrick P. Patangan__
Patrick P. Patangan
Florida Bar No. 0348340
50 N. Laura Street, Suite 3900
Jacksonville, FL 32202
Telephone: (904) 353-2000
Facsimile: (904) 358-1872
patrick.patangan@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: James H. Post, Esq., SMITH HULSEY & BUSEY, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and John B. Macdonald, AKERMAN SENTERFITT, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202.

/s/ Patrick P. Patangan
Attorney

# 4779913_v1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: pcathy              Page 1 of 1              Date Rcvd: Sep 13, 2007
Case: 05-03817               Form ID: pdfdocLR         Total Served: 1

The following entities were served by first class mail on Sep 15, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 15, 2007**                    Signature:    _Joseph Speetjens_