**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

### AGREED ORDER ON (I) DEBTORS' THIRD OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES AND CLAIMANT'S (II) APPLICATION FOR PAYMENT OF POST-PETITION ADMINISTRATIVE EXPENSE (TUSCALOOSA)

This matter came before the Court on the (I) Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 8772) and (II) Claimant's (A) Request for Payment of Administrative Expenses (Doc. No. 13075) and (B) Application for Payment of Post-Petition Administrative Expense (collectively, the "Administrative Claim") (Doc. No. 13428). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 263 filed by the County of Tuscaloosa, Alabama Tax Collector ("Tuscaloosa") is allowed as a secured claim in the amount of $18,500.00.

2. The Administrative Claim is allowed as an administrative priority claim in the amount of $18,500.00.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by Tuscaloosa in

these Chapter 11 cases and (ii) all other claims Tuscaloosa has or may have against the Debtors and any of their Chapter 11 estates or affiliates for any and all ad valorem personal property taxes, interest, and penalties relating to any period that began and ended prior to 2006, all of which are forever waived, discharged and released.

4. The Debtors will make distributions in satisfaction of the allowed secured claim and the allowed administrative priority claim in care of the person and at the address set forth for Tuscaloosa below within twenty one (21) days of entry of this Agreed Order.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 17 day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | COUNTY OF TUSCALOOSA, ALABAMA TAX COLLECTOR |
| By _s/ Cynthia C. Jackson_<br>    Cynthia C. Jackson<br>    F.B.N. 498882 | By s/ *_Kris Sodergren_<br>    Kris Sodergren |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | 808 Lurleen Wallace Blvd., North<br>Tuscaloosa, Alabama 35403<br>(205) 345-6789<br>ksodergren@hsmbb.com |
| Counsel for Reorganized Debtors | Attorney for County of Tuscaloosa, Alabama Tax Collector |

* Mr. Sodergren has authorized his electronic signature.