UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY PRUDENTIAL INSURANCE COMPANY OF AMERICA (STORE NOS. 2, 81, 250 AND 258)**

This cause came before the Court on (i) the Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Debtors' First Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 7966), (ii) the objection to the Debtors' First Omnibus Motion filed by Prudential Insurance Company of America ("Prudential") with respect to Store Nos. 2, 81, 250 and Liquor Store No. 258 (the "Cure Objection") (Docket No. 8920), (iii) the Debtors' Thirteenth Omnibus Objection to (A) No Liability Claims, (B) Overstated Claims, (C) Unliquidated Claims and (D) Amended and Superseded Claims (the "Thirteenth Omnibus Objection") (Docket No. 8425) and (iv) the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by the Reorganized Debtors (the "Twenty-Sixth Omnibus Objection") (Docket No. 12281).

On July 13, 2006, the Court entered an order (Docket No. 9190) sustaining the Thirteenth Omnibus Objection as to the proofs of claims listed on the exhibits to the order and

continuing the hearing on the Thirteenth Omnibus Objection as to claim number 7388 filed by Prudential Co. – Lake City Shopping Center Investment LP ("Prudential Lake City") (predecessor-in-interest to Lake City Shopping Center Investment Limited Partnership) and other unresolved claims.

On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order. Included among the several proofs of claim listed on Exhibit B of the Docket No. 13344 order are claim numbers 7397 and 7398. Claim number 7397 indicates that it was filed by Prudential Co. – Stiles Corporation ("Prudential Stiles") (predecessor-in-interest to St. John's Owners Corp.) with respect to Store No. 250 and Liquor Store No. 258, and claim number 7398 indicates that it was filed by Prudential Co. – St. John's Commons, Ltd. ("Prudential St. John's") (predecessor-in-interest to Park View Square Owners Corp.) with respect to Store No. 2.[1] The Docket No. 13344 order reclassified claim numbers 7397 and 7398 to administrative priority in amounts to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 7398 filed by Prudential St. John's with respect to Store No. 2 is allowed as an administrative claim in the amount of $38,690.19. The Reorganized Debtors previously have paid $33,690.19 of the $38,690.19 to St. John's Owners Corp., and Prudential and Prudential St. John's confirm and acknowledge such payment as having partially satisfied claim number 7398. Within fourteen (14) business days of entry of this

---

[1] Prudential Lake City, Prudential Stiles and Prudential St. John's are not legal entities but indicate the actions of Prudential in connection with the respective stores subject to claim numbers 7388, 7393 and 7398.

2

Agreed Order, the Reorganized Debtors will pay St. John's Owners Corp.[2] $5,000.00 in full satisfaction of any right to cure that Prudential, Prudential St. John's and St. John's Owners Corp. have or may have under 11 U.S.C. §365 or otherwise with respect to Store No. 2.

3. Proof of claim number 7388 filed by Prudential Lake City with respect to Store No. 81 is allowed as an administrative claim in the amount of $15,230.14. The Reorganized Debtors previously have paid $10,230.14 of the $15,230.14 to American United Life Insurance Company, as assignee of rents and lender to Lake City Shopping Center Investment Limited Partnership ("Lake City Shopping Center"), building landlord of Store No. 81. Prudential and Prudential Lake City confirm and acknowledge such payment as having partially satisfied claim number 7388. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Lake City Shopping Center[3] $5,000.00 in full satisfaction of any right to cure that Prudential, Prudential Lake City and Lake City Shopping Center have or may have under 11 U.S.C. §365 or otherwise with respect to Store No. 81.

4. Proof of claim number 7397 filed by Prudential Stiles with respect to Store No. 250 and Liquor Store No. 258 is allowed as an administrative claim in the amount of $22,813.00. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Park View Square Owners Corp.[4] $22,813.00 in full satisfaction of any right to cure that Prudential, Prudential Stiles and Park View Square Owners Corp. have or may have under 11 U.S.C. §365 or otherwise with respect to Store No. 250 and Liquor Store No. 258.

---

[2] The Reorganized Debtors will remit the $5,000.00 payment to St. John's Owners Corp. in care of Katten Muchin Rosenman, LLP, attention Carole R. Levine, at 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

[3] The Reorganized Debtors will remit the $5,000.00 payment to Lake City Shopping Center Investment Limited Partnership, in care of Katten Muchin Rosenman, LLP, attention Carole R. Levine, at 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

[4] The Reorganized Debtors will remit the $22,813.00 payment to Park View Square Owner Corp., in care of Katten Muchin Rosenman, LLP, attention Carole R. Levine, at 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

5. This Agreed Order resolves all liabilities and obligations related to (i) any and all proofs of claim and administrative expense claims pertaining to Store Nos. 2, 81 and 250 and Liquor Store No. 258 filed by Prudential, Prudential St. John's, Prudential Lake City, and Prudential Stiles in these Chapter 11 cases and (ii) any and all other pre-petition or pre-effective date claims pertaining to Store Nos. 2, 81 and 250 and Liquor Store No. 258 that Prudential, Prudential St. John's, St. John's Owners Corp., Prudential Lake City, Lake City Shopping Center, Prudential Stiles and Park View Square Owner Corp. have or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

6. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

7. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 17 day of September, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00580298

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **KATTEN MUCHIN ROSENMAN, LLP** | **SMITH HULSEY & BUSEY** |
| By  *s/ Dustin P. Branch *  <br>    Dustin P. Branch | By   *s/ Cynthia C. Jackson*  <br>    Cynthia C. Jackson, F.B.N. 498882 |
| 2029 Century Park East, Suite 2600<br>Los Angeles, California 90067<br>(310) 788-4400<br>(310) 788-4471 (facsimile)<br>dustin.branch@kattenlaw.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Prudential Insurance Company of America, as agent for St. John's Owners Corp. (Store No. 2), Lake City Shopping Center Investment Limited Partnership (Store No. 81), and Park View Square Owners Corp. (Store No. 250) | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00580298