FILED
JACKSONVILLE, FLORIDA

SEP 1 4 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                    Chapter 11

WINN-DIXIE STORES, INC., et al                Case No. 8:05-bk-03817-3F1

Debtor.
_____/

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that Roy L. Glass should be removed from all service lists.

Dated: September ____, 2007.

LAW OFFICES OF ROY L. GLASS, P.A.

Roy L. Glass, Esquire
5501 Central Avenue
St. Petersburg, FL 33710
(727) 384-8888
(727) 345-3008 fax
Attorney for Creditor
FBN: 210781

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to James H. Post, Esquire, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, this ____ day of September, 2007.

Roy L. Glass