**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmb.uscourts.gov

| | |
|---|---|
| In Re: | Case No. 3:05-bk-03817-JAF |
| Winn Dixie Stores, Inc., et al, | Chapter 11 |
| _____Debtors._____/ | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

COMES NOW, James Schwitalla, Esquire, attorney for Claimant, Susan Miranda, and gives notice that his representation of Ms. Miranda has concluded in this matter, and that he requests removal from any and all service lists via electronic mail or otherwise in this proceeding and he receive no further notices, pleadings, motions, orders or any other documents filed in this case.

Respectfully Submitted,

/s/ James Schwitalla_____
James Schwitalla, Esq.
F.B.N. 911488
Attorney for Susan Miranda
Park Place II
12954 S.W. 133 Court
Miami, Florida 33186
Office (305) 278-0811
Fax (305) 278-0812