**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |

**JOINT MOTION TO CONTINUE**
**TRIAL SCHEDULED FOR NOVEMBER 30, 2007**

Winn-Dixie Stores, Inc. and its affiliates ("Winn-Dixie") and Terranova Corp. ("Terranova") move the Court for entry of an order continuing the trial on the Objection to Debtors' Assumption of Non-Residential Real Property Leases and to Proposed Cure Amounts (the "Objection to Lease Assumption") (Doc. No. 8921) filed by Terranova,[1] currently scheduled for November 30, 2007 at 9:30 a.m., and in support state:

1. On May 20, 2006, Winn-Dixie filed an omnibus motion to assume non-residential real property leases (the "Motion to Assume"), including the lease for store numbers 209, 221, 254, 278 and 353 (the "Leases").

2. On June 30, 2006, Terranova, on behalf of the landlords under the Leases (the "Landlords"), filed the Objection, asserting lease cure amounts greater than those asserted by Winn-Dixie in its Motion to Assume.

3. On November 20, 2006, Terranova filed a supplement to the Objection to Lease Assumption, detailing the amounts allegedly owed by Winn-Dixie to cure its defaults under the Leases (Doc. No. 12717).

---

[1] Terranova is the property manager for, and filed the Objection on behalf of, the following landlords: Elston/Leetsdale, LLC (Store No. 209), TA Cresthaven, LLC (Store No. 221), Concord-Fund IV Retail, LP, (Store No. 254), Westfork Tower, LLC (Store No. 278), and Flagler Retail Associates, LTD (Store No. 353).

4. On August 3, 2007 Terranova filed its Second Supplement to the Objection to Lease Assumption (Docket No. 17642). Terranova reserves the right to file additional supplements.

5. On August 13, 2007, the Court entered an order scheduling a trial on the Objection to Lease Assumption for November 30, 2007.

6. Terranova's principal, Steven Bittel, will be a witness to be called at the trial of this matter. Mr. Bittel will be unavailable on November 30, 2007 because of his wife's 50th birthday celebration. Both Winn-Dixie and Terranova prefer that Mr. Bittel's testimony be live rather than through deposition. Therefore, the parties request a continuance of the trial for a period of not less than 45 days.

WHEREFORE, Winn-Dixie and Terranova request an order from this Court continuing the trial on the Objection to Lease Assumption for a period not less than 45 days from November 30, 2007

September 18, 2007.

| TEW CARDENAS LLP | SMITH HULSEY & BUSEY |
|---|---|
| By: _/s/ Thomas R. Lehman*_<br>Thomas R. Lehman, P.A.<br>Casandra Perez, Esquire | By _/s/ Cynthia C. Jackson_<br>Cynthia C. Jackson<br>Beau Bowin |
| Florida Bar No. 351318<br>Four Seasons Tower, 15th Floor<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>(305) 536-1112<br>(305) 536-1116 (facsimile) | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Terranova Corp. | Counsel for the Reorganized Debtors |

*Counsel has authorized his electronic signature.