UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                       Chapter 11
    Reorganized Debtors.            )    Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of Agreed Order on Debtors' Omnibus Objection and Motion for Order Determining Tax Liabilities (Vinton) (Docket No. 18098) was furnished by mail and/or electronically on September 13, 2007 to Elizabeth K. Dillon, Guynn, Memmer & Dillon, PC, P.O. Box 20788, Roanoke, Virginia 24018.

Dated: September 18, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    Cynthia C. Jackson (FBN 498882) |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00580883