## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors | ) | Jointly Administered |

## MOTION TO WITHDRAW

COMES NOW counsel for Claimant, Valeria Jones, hereby moves this Honorable Court to allow said counsel for Claimant to withdraw. In support of this motion counsel for Valeria Jones shows the following:

1. The Court has approved settlement of this matter.

WHEREFORE, premises considered, counsel for Claimant respectfully requests that this Honorable Court allow Aaron J. Luck and McPhillips Shinbaum to withdraw from this matter.

Respectfully submitted this <u>18th</u> day of September, 2007.

/s/ Aaron J. Luck
Aaron J. Luck (LUC014)

OF COUNSEL:
McPhillips Shinbaum, L.L.P.
516 S. Perry Street  (36104)
P.O. Box 64
Montgomery, AL  36101-0064
Phone 334/262-1911
Facsimile 334/263-2321

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via U.S. Mail, postage prepaid, upon the following, on September 18, 2007:

James H. Post, Esquire
225 Water Street, Suite 1800
Jacksonville, FL 32202

      /s/ Aaron J. Luck
      OF COUNSEL