**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM NUMBER 12846
FILED BY DON F. BRADFORD AND WENDY L. BRADFORD, AS SET
FORTH IN THE DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper. If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and fax on (i) Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida 32254, JayCastle@winn-dixie.com, (ii) James H. Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com and (iii) Rosalie Gray, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, rgray@skadden.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (the "Debtors") give notice of the proposed entry of the attached Agreed Order Resolving Claim

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

Number 12846 Filed by Don F. Bradford and Wendy L. Bradford, as Set Forth in the Debtors' Eleventh Omnibus Claims Objection.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Agreed Order without further notice or hearing.

Dated:   September 19, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D.J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post (FBN 175460)<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[2] | ) Jointly Administered |
| | ) |

### AGREED ORDER RESOLVING CLAIM NUMBER 12846 FILED BY DON F. BRADFORD AND WENDY L. BRADFORD, AS SET FORTH IN THE DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[3] which objection included among the several claims subject to dispute the claim of Don F. Bradford and Wendy L. Bradford filed as claim number 12846. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 12846 filed by Don F. Bradford and Wendy L. Bradford is allowed as an unsecured non-priority claim (plan class 16) in the amount of $1,011,435.64. The remaining amount of claim number 12846 is disallowed.

---

[2] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[3] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.	The distribution to be made on account of the allowed portion of claim number 12846 shall be made in the name of Don F. Bradford and mailed to the address contained in such claim.  The claims agent, the disbursing agent and the stock transfer agent are directed to modify their records to list only Don F. Bradford as the holder of claim number 12846.

3.	The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of _____, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | BEARFIELD & BLACKBURN |
| By */s/ James H. Post* | By */s/ Rick J. Bearfield*           * |
| James H. Post (FBN 175460) | Rick J. Bearfield |
| 225 Water Street, Suite 1800 | Wesley Plaza, Suite 1 |
| Jacksonville, Florida 32202 | 2513 Wesley Street |
| (904) 359-7700 | P.O. Box 4210 |
| (904) 359-7708 (facsimile) | Johnson City, Tennessee 37602 |
| Email: jpost@smithhulsey.com | (423) 282-1006 |
| | (423) 282-3081 (facsimile) |
| -and- | Email: rjbearfield@bearmc.com |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | Counsel for Don F. Bradford and Wendy L. Bradford |
| D. J. Baker | |
| Rosalie Walker Gray | *Mr. Bearfield has authorized his electronic signature |
| Four Times Square | |
| New York, New York 10036 | |
| (212) 735-3000 | |
| (212) 735-2000 (facsimile) | |
| Email: rgray@skadden.com | |
| Co-Counsel for Reorganized Debtors | |

3

**Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to the Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, to email addresses mbarr@milbank.com and mcomerford@milbank.com, and to facsimile numbers 212-822-5194 and 212-822-5318, this 19th day of September, 2007.

                                              *Rosalie Walker Gray*
                                                     Attorney