# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### AGREED ORDER APPROVING STIPULATION WITH KENNETH TODD TO MODIFY PERMANENT INJUNCTION

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with Kenneth Todd for modification of the permanent injunction. Based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Kenneth Todd to prosecute through final judgment his civil action in the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana, Case No. 501,674 against Debtors Winn-Dixie Logistics, Inc. to liquidate Claim Numbers 7818, 10357 and 10494 filed by Kenneth Todd. Mr. Todd shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3.  Mr. Todd shall notify the State Court that Mr. Todd's action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4.  This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 18 day of September 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| ANDERSON FIRM, LLC | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/John C. Anderson*\* <br>      John C. Anderson | By    *s/ Leanne McKnight Prendergast* <br>      Stephen D. Busey <br>      James H. Post <br>      Leanne McKnight Prendergast |
| Louisiana Bar Number 02467 <br> 1024 Leycester Drive <br> Baton Rouge, Louisiana, 70808 <br> (225) 766-2923 <br> (225) 766-9086 (facsimile) <br> jcabridge@yahoo.com | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Attorneys for Kenneth Todd | Counsel for the Reorganized Debtors |

\* Counsel has authorized the use of his electronic signature

00576118