UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

AGREED ORDER OVERRULING CURE OBJECTION FILED BY
CAPSTONE ADVISORS, INC. AND RESOLVING ADMINISTRATIVE
EXPENSE CLAIM FILED BY KNIGHTSDALE CROSSING, LLC (STORE NO. 890)

This cause came before the Court on (i) the Objection to Proposed Cure Amounts Due under the Unexpired Lease of Real Property at Store No. 890 filed by Capstone Advisors, Inc. ("Capstone") (Docket No. 2140) and (ii) the Request for Allowance and Payment of Administrative Expense Claim filed by Knightsdale Crossing, LLC ("Knightsdale") with respect to Store No. 890 (the "Administrative Expense Application") (Docket No. 12753). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as moot.[1]

2. The Administrative Expense Application filed by Knightsdale with respect to Store No. 890 is allowed as an administrative expense claim in the amount of $26,350.11, which the Reorganized Debtors have paid in full to Knightsdale.

---

[1] The Cure Objection is overruled as moot as the Reorganized Debtors did not assume the lease for Store No. 890.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 18 day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00577687.2

2

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

KATTEN MUCHIN ROSENMAN, LLP    SMITH HULSEY & BUSEY

By  *s/ Dustin P. Branch* *            By  *s/ Cynthia C. Jackson*
      Dustin P. Branch                          Cynthia C. Jackson, F.B.N. 498882

2029 Century Park East, Suite 2600    225 Water Street, Suite 1800
Los Angeles, California 90067          Jacksonville, Florida 32202
(310) 788-4400                             (904) 359-7700
(310) 788-4471 (facsimile)             (904) 359-7708 (facsimile)
dustin.branch@kattenlaw.com           cjackson@smithhulsey.com

Counsel for Capstone Advisors, Inc. and    Co-Counsel for Reorganized Debtors
Knightsdale Crossing, LLC

*Counsel has authorized his electronic signature.

00577687.2

3