UNITED STATES BANKRUPTCY COURT, MIDDLE DISTRICT OR FLORIDA

CASE NO.: 3-05-BK-3817

IN RE:

WINN DIXIE STORES, INC.,

    Debtor,

_____/

F I L E D

JACKSONVILLE, FLORIDA

SEP 18 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF FILING MEDICAL RECORDS AND BILLS (CLAIM #13802)

Claimant, ANA CORDOBA, Claim # 13802, by and through undersigned counsel and pursuant to Rule 3001 (a), Federal Rules of Bankruptcy Procedure, hereby files all medical records, medical bills and demand letter dated November 1, 2004, which are the subject matter to the captioned claim.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed this _____ day of September 2007 to, **D.J. Baker, Esq.**, Skadden Arps, Slate, Meagher & Flom, LLP, (*Co-Counsel for Reorganized Debtors*) Four Times Square, New York, NY 10036; **James H. Post, Esq.**, Smith, Hulsey & Busey, (*Co-Counsel for Reorganized Debtors*) 225 Water Street, Suite 1800, Jacksonville, Florida 32202; **Andrew Drucker, Esq.**, (*Co-Counsel for Claimant*) 1570 Madruga Avenue, Suite 216, Coral Gables, Florida 33146; **Brian M. Davis, Esq.**, Law Office of Brian Davis, Esq., (*Counsel for Winn Dixie Stores, Inc.*) 95 Merrick Way, Suite 100, Coral Gables, Florida 33134; and **United States Trustee**, 135 West Central Boulevard, Room 620, Orlando, Florida 32801.

FREUD & SCHWARTZ
Co-Counsel for Claimant
999 Brickell Avenue, #1000
Miami, Florida 33131
Telephone (305) 371-9191
Facsimile (305) 371-9197
MSchwartz@lawfas.com

By: _____
MICHAEL J. SCHWARTZ
FLA BAR NO.: 336459

MJS:tw
71200-759

# DOCUMENTATION

# FORWARDED TO CLAIMS

# ADJUSTER