**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

------------------------------------------------------x
In re                                                            :         Case No. 3:05-bk-03817-JAF
                                                                    :
WINN-DIXIE STORES, INC., *et al.*,          :         Chapter 11
                                                                    :
                                       Debtors.          :
------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPLICATION FOR ADMINISTRATIVE CLAIM AND REQUEST TO STOP ELECTRONIC NOTICE

**NOW COMES**, Ostendorf, Tate, Barnett and Wells, LLP ("Applicant"), through undersigned counsel, and hereby gives notice that it withdraws its *Application for Allowance and Payment of Administrative Expense for Post Petition Legal Fees* [P-14142] and any other administrative claim Applicant may have against any of the debtors or their estates in the above captioned matter.

In light of the foregoing, Applicant requests that its name and the names of its attorneys, Tristan Manthey, Troy Majoue, and Heller, Draper, Hayden, Patrick & Horn, L.L.C. ("Applicant's Attorneys") be removed from any and all service lists via electronic mail or otherwise in this proceeding and that Applicant and Applicant's Attorneys receive no further notices, pleadings, motions, orders or any other documents filed in this case.

**[Signature on next page]**

Respectfully Submitted

**HELLER, DRAPER, HAYDEN, PATRICK & HORN, L.L.C.**

By: /s/ Troy Majoue
Tristan Manthey (Bar No. 24539)
Troy Majoue (Bar No. 29963)
650 Poydras Street, Suite 2500
New Orleans, LA 70170
Telephone: 504.568.1888
Facsimile: 504.522.0949
*Counsel for Applicant,*
*Ostendorf, Tate, Barnett and Wells, LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Withdrawal of Application For Administrative Claim And Request To Stop Electronic Notice* was furnished by ELECTRONIC FILING through the Court's electronic filing system and by standard mail to the parties listed below on this 20th day of September 2007.

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254-36991 | Matthew Barr, Esq.<br>Milbank, Tweed, et al<br>Chase Manhattan Plaza<br>New York, NY 10005 |
| James H. Post, Esq.<br>Smith, Hulsey & Busey<br>225 Water St., Suite 1800<br>Jacksonville, FL 32202 | |