# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### AGREED ORDER APPROVING STIPULATION WITH KENNETH TODD TO MODIFY PERMANENT INJUNCTION

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with Kenneth Todd for modification of the permanent injunction. Based upon the consent of the parties appearing below, it is

ORDERED:

1.  The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Kenneth Todd to prosecute through final judgment his civil action in the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana, Case No. 501,674 against Debtors Winn-Dixie Logistics, Inc. to liquidate Claim Numbers 7818, 10357 and 10494 filed by Kenneth Todd. Mr. Todd shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2.  Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3. Mr. Todd shall notify the State Court that Mr. Todd's action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this **18** day of September 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| ANDERSON FIRM, LLC | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/John C. Anderson*\* <br>      John C. Anderson | By    *s/ Leanne McKnight Prendergast* <br>      Stephen D. Busey <br>      James H. Post <br>      Leanne McKnight Prendergast |
| Louisiana Bar Number 02467 <br> 1024 Leycester Drive <br> Baton Rouge, Louisiana, 70808 <br> (225) 766-2923 <br> (225) 766-9086 (facsimile) <br> jcabridge@yahoo.com | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Attorneys for Kenneth Todd | Counsel for the Reorganized Debtors |

\* Counsel has authorized the use of his electronic signature

00576118

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1           Date Rcvd: Sep 19, 2007
Case: 05-03817                Form ID: pdfdocLR         Total Served: 1
```

The following entities were served by first class mail on Sep 21, 2007.
aty          +Leanne McKnight Prendergast,   Smith Hulsey & Busey,   225 Water Street Suite 1800,
              Jacksonville, Fl 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2007**                        **Signature:**        _Joseph Speetjens_