UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER OVERRULING CURE OBJECTION FILED BY
CAPSTONE ADVISORS, INC. AND RESOLVING ADMINISTRATIVE
EXPENSE CLAIM FILED BY KNIGHTSDALE CROSSING, LLC (STORE NO. 890)**

This cause came before the Court on (i) the Objection to Proposed Cure Amounts Due under the Unexpired Lease of Real Property at Store No. 890 filed by Capstone Advisors, Inc. ("Capstone") (Docket No. 2140) and (ii) the Request for Allowance and Payment of Administrative Expense Claim filed by Knightsdale Crossing, LLC ("Knightsdale") with respect to Store No. 890 (the "Administrative Expense Application") (Docket No. 12753). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as moot.[1]

2. The Administrative Expense Application filed by Knightsdale with respect to Store No. 890 is allowed as an administrative expense claim in the amount of $26,350.11, which the Reorganized Debtors have paid in full to Knightsdale.

---

[1] The Cure Objection is overruled as moot as the Reorganized Debtors did not assume the lease for Store No. 890.

3.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 18 day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00577687.2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

KATTEN MUCHIN ROSENMAN, LLP        SMITH HULSEY & BUSEY

By  *s/ Dustin P. Branch* *                    By  *s/ Cynthia C. Jackson*
    Dustin P. Branch                                Cynthia C. Jackson, F.B.N. 498882

2029 Century Park East, Suite 2600        225 Water Street, Suite 1800
Los Angeles, California 90067             Jacksonville, Florida 32202
(310) 788-4400                            (904) 359-7700
(310) 788-4471 (facsimile)                (904) 359-7708 (facsimile)
dustin.branch@kattenlaw.com               cjackson@smithhulsey.com


Counsel for Capstone Advisors, Inc. and    Co-Counsel for Reorganized Debtors
Knightsdale Crossing, LLC

*Counsel has authorized his electronic signature.


00577687.2

3

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: pcathy            Page 1 of 1         Date Rcvd: Sep 19, 2007
Case: 05-03817              Form ID: pdfdocLR       Total Served: 1
```

The following entities were served by first class mail on Sep 21, 2007.
aty        +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
            Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 21, 2007**                    **Signature:**   _Joseph Speetjens_