UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NOS. 9961 AND 10878 FILED BY FOOD LION, LLC

This matter is before the Court upon the Debtors' Objection to Claims Filed by Food Lion, LLC (Claim Nos. 9961 and 10878) (Docket No. 12654). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim No. 9961 filed by Food Lion, LLC is reduced and allowed as a prepetition, non-priority claim in the total amount of $197,000 against Winn-Dixie Stores, Inc., and the remainder of Claim Number 9961 is disallowed.

2.    Claim No. 9961 will be treated in accordance with plan class 16, and distribution on account of Claim No. 9961 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3.    Claim No. 10878 is disallowed in its entirety.

4.    This Order resolves (i) all liabilities and obligations related to Claim Nos. Nos. 9961 and 10878, (ii) all other prepetition or administrative claims Food Lion, LLC has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, (collectively, the "Chapter 11 Estates") and (iii) all claims that the Debtors or the Chapter 11 Estates may have against Food Lion, LLC, its officers, employees, agents, successors or assigns relating to the transactions underlying Claim Nos. 9961 and 10878, all of which are forever waived, discharged, and released.

5.    Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

6.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 24 day of September, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.


SMITH HULSEY & BUSEY                  AKIN GUMP STRAUSS HAUER
                                      & FELD LLP


By    *s/ Leanne McKnight Prendergast*      By    *s/ Drake D. Foster* *
        Stephen D. Busey                          Drake D. Foster
        James H. Post
        Leanne McKnight Prendergast

Florida Bar Number 0059544            2029 Century Park East
225 Water Street, Suite 1800          Suite 2400
Jacksonville, Florida 32202           Los Angeles, California 90067
(904) 359-7700                        (310) 552-6450
(904) 359-7708 (facsimile)            (310) 229-1001 (facsimile)
lprendergast@smithhulsey.com          dfoster@akingump.com

Counsel for Reorganized Debtors       Attorneys for Food Lion, LLC


*Counsel has authorized the use of his electronic signature.

00580336