# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## AGREED ORDER RESOLVING LEASE DISPUTES
## WITH SES GROUP MIAMI SPRINGS, LTD. (STORE NO. 726)

This cause came before the Court on (i) the Motion to Compel Debtor to Pay

Past Due Rent and Ongoing Rent Payment for Store No. 726 and to Assume or Reject

Lease as Executory Contract (the "Motion to Compel") filed by SES Group Miami

Springs, Ltd. ("SES Group") (Docket No. 6188), (ii) the Motion for Relief from

Automatic Stay to Evict Debtor Winn-Dixie Stores, Inc. from Store No. 726 or, in the

Alternative, for Adequate Protection (the "Stay Motion") filed by SES Group (Docket

No. 6189), (iii) the Second Omnibus Motion for Authority to (I) Assume Non-

Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related

Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the

"Reorganized Debtors") (Docket No. 8941), (iv) the Objection to Proposed Cure

Amount for Store No. 726 (the "Cure Objection") filed by SES Group (Docket No.

9602) and (v) the Application for Allowance of Administrative Expense and Request

for Payment (the "Administrative Claim") filed by SES Group with respect to Store

No. 726 (Docket No. 14495).  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    The Motion to Compel and the Stay Motion are denied.

2.    The Cure Objection is overruled.

3.    The Administrative Claim is disallowed.

4.    The cure amount for Store No. 726 is fixed at $1,800.00, which the Reorganized Debtors have paid to Pine Island Shopping Center[1] in full satisfaction of any right to cure that SES Group has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 726.

5.    SES Group, for itself and its successors, affiliates or subsidiaries, waives any and all rights to collect from the Reorganized Debtors any other amounts or to apply any amounts already paid by the Reorganized Debtors towards SES Group's unpaid rent claim for the period of October 2005 through February 2006.

6.    The Reorganized Debtors, for themselves and their successors, affiliates and subsidiaries, waive any and all rights to any setoff, or any other claim seeking reimbursement or credit for any amounts paid toward hurricane repairs or expenses related to Store No. 726, including, and not limited to, any claim for any share of any insurance proceeds due to SES Group under policies covering damages to Store No. 726.

---

[1] Pine Island Shopping Center is an affiliate of SES Group Miami Springs, Ltd.

7.    This Agreed Order resolves all liabilities and obligations of the Reorganized Debtors and SES Group with respect to all hurricane damages that have occurred as of the date of this Agreed Order with respect to Store No. 726, all of which are forever waived, discharged and released. This Agreed Order also resolves all proofs of claim and administrative expense claims filed in these cases by the SES Group, including, and not limited to, the claims asserted in Docket No. 14495 and any claims for repairs or reimbursement.

8.    Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms, ordinary course practices, and under applicable law.

9.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _2H_ day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00575540

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

STUTSMAN THAMES & MARKEY, P.A.     SMITH HULSEY & BUSEY

By___*s/ Bradley R. Markey*_____        By___*s/ Cynthia C. Jackson*_____
     Bradley R. Markey                          Cynthia C. Jackson, F.B.N. 498882

50 North Laura Street, Suite 1600          225 Water Street, Suite 1800
Jacksonville, Florida 32202                Jacksonville, Florida 32202
(904) 358-4000                             (904) 359-7700
(904) 358-4001 (facsimile)                 (904) 359-7708 (facsimile)
BRM@stmlaw.net                             cjackson@smithhulsey.com

Counsel for SES Group Miami Springs, Ltd.   Co-Counsel for Reorganized Debtors

*Counsel has authorized his electronic signature.

00575540

4