UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### AGREED ORDER ON (I) DEBTORS' FIFTH OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES AND (II) DEBTORS' OBJECTION TO CLAIMS FILED BY THE SHERIFF OF TANGIPAHOA PARISH

This matter came before the Court on the Debtors' Fifth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 9471) and Debtors' Objection to Claims Filed by the Sheriff of Tangipahoa Parish (Doc. No. 14931). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proofs of claims filed by the Sheriff of the Parish of Tangipahoa, State of Louisiana ("Sheriff") are hereby reduced and allowed as secured claims in the following amounts.

| Claim No. | | Allowed Amt. |
|---|---|---|
| 13625 | $ | 4,033.28 |
| 13626 | $ | 105,250.87 |
| 13627 | $ | 4,669.58 |
| 13628 | $ | 3,772.64 |
| 13629 | $ | 208,716.50 |
| 13630 | $ | 7,948.67 |

2. Winn-Dixie Stores, Inc. will make distributions in satisfaction of the allowed secured claim within fifteen (15) days of entry of this Agreed Order.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims filed by the Sheriff in these Chapter 11 cases and (ii) all other ad valorem business real and personal property tax claims the Sheriff has or may have against the Debtors and any of their Chapter 11 estates or affiliates for any and all ad valorem business real and personal property taxes, interest and penalties relating to any period that began and ended prior to December 31, 2006, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 24 day of September, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **STEFFES, VINGIELLO & MCKENZIE** |
| By *s/ Cynthia C. Jackson* | By s/ * *Michael H. Piper* |
| Cynthia C. Jackson | Michael H. Piper |
| F.B.N. 498882 | La. Bar No. 10550 |
| | |
| 225 Water Street, Suite 1800 | 13702 Coursey Blvd., Bldg. 3 |
| Jacksonville, Florida 32202 | Baton Rouge, LA 70817 |
| (904) 359-7700 | (225) 751-1751 |
| (904) 359-7708 (facsimile) | Email: mpiper@steffeslaw.com |
| cjackson@smithhulsey.com | |
| | Attorney for Sheriff of the Parish of |
| Counsel for Reorganized Debtors | Tangipahoa, State of Louisiana |

\* Mr. Piper has authorized his electronic signature.