**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER ON DEBTORS' FIFTH OMNIBUS OBJECTION AND**
**MOTION FOR ORDER DETERMINING TAX LIABILITIES (HAMMOND)**

This matter came before the Court on the Debtors' Fifth Omnibus Objection to Tax

Claims and Motion for Order Determining Tax Liabilities (Doc. No. 9471). Based upon

the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.  Proof of Claim number 13285 filed by the City of Hammond, State of

    Louisiana ("Hammond") is allowed as a secured claim in the amount of

    $98,635.64.

2.  Winn-Dixie Stores, Inc. will make distributions in satisfaction of the allowed

    secured claim within fifteen (15) days of entry of this Agreed Order.

3.  This Agreed Order resolves all liabilities and obligations related to (i) all

    proofs of claim and administrative expense claims filed by Hammond in

    these Chapter 11 cases and (ii) all other ad valorem business real and

    personal property tax  claims Hammond has or may have against the

    Debtors and any of their Chapter 11 estates or affiliates for any and all ad

    valorem business real and personal property taxes, interest and penalties

relating to any period that began and ended prior to December 31, 2006, all

of which are forever waived, discharged and released.

4.      This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this __₂ 4__ day of September, 2007, in Jacksonville, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | STEFFES, VINGIELLO & MCKENZIE |

| | |
|---|---|
| By *s/ Cynthia C. Jackson* | By s/ * *Michael H. Piper* |
| Cynthia C. Jackson | Michael H. Piper |
| F.B.N. 498882 | La. Bar No. 10550 |
| | |
| 225 Water Street, Suite 1800 | 13702 Coursey Blvd., Bldg. 3 |
| Jacksonville, Florida 32202 | Baton Rouge, LA 70817 |
| (904) 359-7700 | (225) 751-1751 |
| (904) 359-7708 (facsimile) | mpiper@steffeslaw.com |
| cjackson@smithhulsey.com | |
| | Attorney for City of Hammond, |
| Counsel for Reorganized Debtors | State of Louisiana |

* Mr. Piper has authorized his electronic signature.