UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                        )        Case No.  05-03817-3F1
                                              )
WINN-DIXIE STORES, INC., et al.,              )        Chapter 11
                                              )
Reorganized Debtors, *et al.*,                )        Jointly Administered

ORDER CONTINUING HEARING SCHEDULED FOR NOVEMBER 30, 2007

This case is before the Court upon the joint motion of Winn-Dixie and its affiliates

("Winn-Dixie") and Terranova Corp. ("Terranova") to continue the trial on the Objection

to Debtors' Assumption of Non-Residential Real Property Leases and to Proposed Cure

Amounts filed by Terranova currently scheduled for November 30, 2007 at 9:30 a.m.  It

is,

ORDERED:

1.    The motion is granted.

2.    The trial on this matter currently scheduled for November 30, 2007 is

continued until JANUARY 4, 2008 AT 9:30 A.M.

Dated this 24 day of Sept , 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.

00580358