UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### AGREED ORDER APPROVING STIPULATION WITH THE HUNT CLAIMANTS TO MODIFY THE PERMANENT INJUNCTION

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with (i) Tammy Hunt, (ii) Michael Hunt, Sr. and (iii) Tammy Hunt on behalf of minors Brandon Hunt, Chandler Hunt and Michael Hunt, Jr. (collectively, the "Hunt Claimants"), for modification of the permanent injunction. Based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing the Hunt Claimants to prosecute through final judgment their civil action pending in the Circuit Court, 15th Judicial Circuit, in and for Palm Beach County, Florida, Case No. 50-2004-CA-004736-XXXX-MB against the Debtors (the "State Court Action") to liquidate Claim Number 969 filed by Tammy Hunt, Claim Number 971 filed by Michael Hunt, Sr., Claim Number 970 filed by Chandler Hunt, Claim Number 972 filed by Brandon Hunt, and Claim Number 973 filed by Michael Hunt, Jr. Such prosecution may include the filing of an amended complaint in the State Court Action to allege the claims asserted in Claim Number 971 filed by Michael Hunt,

Sr., Claim Number 970 filed by Chandler Hunt, Claim Number 972 filed by Brandon Hunt, and Claim Number 973 filed by Michael Hunt, Jr. to the extent permissible under state law. However, the Hunt Claimants shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3. The Hunt Claimants shall notify the State Court that the State Court Action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 25 day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| EDWARD P. JACKSON, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Edward P. Jackson\** <br> Edward P. Jackson | By  *s/ Leanne McKnight Prendergast* <br> Stephen D. Busey <br> James H. Post <br> Leanne McKnight Prendergast |
| Florida Bar Number 286648 <br> 255 N. Liberty Street, First Floor <br> Jacksonville, FL 32202 <br> (904) 358-1952 <br> (904) 358-1288 (Facsimile) <br> edward@edwardpjackson.com | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Attorney for Tammy Hunt and Michael Hunt, Sr. | Counsel for the Reorganized Debtors |

*\*counsel has authorized the use of his electronic signature.*

00581272