UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Reorganized Debtors.[1] | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NUMBER 12846 FILED BY DON F. BRADFORD AND WENDY L. BRADFORD, AS SET FORTH IN THE DEBTORS' ELEVENTH OMNIBUS CLAIMS OBJECTION

These cases came before the Court for hearing on June 15, 2006, upon the Eleventh Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[2] which objection included among the several claims subject to dispute the claim of Don F. Bradford and Wendy L. Bradford filed as claim number 12846. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 12846 filed by Don F. Bradford and Wendy L. Bradford is allowed as an unsecured non-priority claim (plan class 16) in the amount of $1,011,435.64. The remaining amount of claim number 12846 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

[2] All capitalized terms not otherwise defined in this Order shall have the meaning ascribed to them in the Objection.

2.  The distribution to be made on account of the allowed portion of claim number 12846 shall be made in the name of Don F. Bradford and mailed to the address contained in such claim. The claims agent, the disbursing agent and the stock transfer agent are directed to modify their records to list only Don F. Bradford as the holder of claim number 12846.

3.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 26 day of September, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ James H. Post
    James H. Post (FBN 175460)
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
Email: jpost@smithhulsey.com

-and-

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
D. J. Baker
Rosalie Walker Gray
Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
Email: rgray@skadden.com

Co-Counsel for Reorganized Debtors

BEARFIELD & BLACKBURN

By /s/ Rick J. Bearfield                    *
    Rick J. Bearfield
Wesley Plaza, Suite 1
2513 Wesley Street
P.O. Box 4210
Johnson City, Tennessee 37602
(423) 282-1006
(423) 282-3081 (facsimile)
Email: rjbearfield@bearmc.com

Counsel for Don F. Bradford and Wendy L. Bradford

*Mr. Bearfield has authorized his electronic signature