**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NUMBER 30025 FILED BY**
**2525 EAST HILLSBOROUGH AVENUE, LLC (STORE NO. 2659)**

This cause originally came before the Court on the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (Docket No. 12281) (the "Objection"). On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order correcting the Docket No. 12908 order (Docket No. 13344). Included among the several proofs of claim listed on Exhibit A of the Docket No. 13344 order is claim number 30025 scheduled on behalf of 2525 East Hillsborough Avenue, LLC ("Hillsborough") with respect to Store No. 2659.

The Docket No. 13344 order reclassified claim number 30025 to administrative priority in the amount of $6,599.75, as determined by the October 4, 2006 Assumption Order (Docket No. 11613) (the "Assumption Order") and the October 25, 2006 Order (Docket No. 12183) correcting the Assumption Order. On June 26, 2007, the Court entered a Second Order (Docket No. 17087) correcting the October 4, 2006 Assumption Order to amend

Exhibit D of the Assumption Order to reflect that the correct cure amount for Store No.

2659 is $0.00.  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim number 30025 scheduled on behalf of Hillsborough with respect to

Store No. 2659 is disallowed in its entirety.

2.    This Court retains jurisdiction to resolve any disputes arising from this Agreed

Order.

Dated this _26_ day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00570182

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

POWELL GOLDSTEIN, LLP

By____s/ John A. Moore*_____
        John A. Moore

1201 W. Peachtree Street, N.W., 14th Floor
Atlanta, Georgia 30309
(404) 572-6600
(404) 572-6999 (facsimile)
jmoore@pogolaw.com


Counsel for 2525 E. Hillsborough Avenue,
LLC

SMITH HULSEY & BUSEY

By____s/ Cynthia C. Jackson_____
        Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com


Co-Counsel for Reorganized Debtors

*Counsel has authorized his electronic signature.


00570182

3