UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
SELMA HIGHWAY 80 VENTURE II JOINT VENTURE (STORE NO. 520)**

This cause came before the Court on (i) the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (the "Debtors' Second Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941), (ii) the objection to the Debtors' Second Omnibus Motion filed by Selma Highway 80 Venture II Joint Venture ("Selma") with respect to Store No. 520 (Docket No. 9270) (the "Cure Objection"), (iii) the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by the Reorganized Debtors (Docket No. 12281) (the "Twenty-Sixth Omnibus Objection") and (iv) the response to the Twenty-Sixth Omnibus Objection filed by Selma (Docket No. 12788).

On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order correcting the Docket No. 12908 order (Docket No. 13344) and continuing the hearing on the Twenty-Sixth Omnibus Objection as to claim number 7309 filed by Selma[1] with respect to Store No. 520. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of claim number 7309 filed by Selma with respect to Store No. 520 is allowed as an administrative claim in the amount of $9,758.66, $5,758.66 of which the Reorganized Debtors have paid to Arlington Properties, Inc. ("Arlington"), as agent for Selma. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Selma[2] $4,000.00 in full satisfaction of any right to cure that Arlington or Selma have or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 520.

3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 520 filed by Selma in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 520 that Arlington or Selma have or may have against

---

[1] Proof of claim number 7309 was filed under the entity name Selma Hwy 80 Venture II, which is the same entity as Selma Highway 80 Venture II Joint Venture (the landlord for Store No. 520).
[2] The Reorganized Debtors will remit the $4,000.00 payment to Selma Hwy 80 Venture II, in care of Spain & Gillon, LLC, attention Walter McArdle, at 2117 Second Avenue North, Birmingham, Alabama 35203.

2

the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

    4.    Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

    5.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___ day of September, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00578789.2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SPAIN & GILLON, LLC | SMITH HULSEY & BUSEY |
| By  *s/ Walter F. McArdle\** | By  *s/ Cynthia C. Jackson* |
| Walter F. McArdle | Cynthia C. Jackson, F.B.N. 498882 |
| The Zinszer Building | 225 Water Street, Suite 1800 |
| 2117 Second Avenue North | Jacksonville, Florida 32202 |
| Birmingham, Alabama 35203 | (904) 359-7700 |
| (205) 581-6295 | (904) 359-7708 (facsimile) |
| (205) 324-8866 (facsimile) | cjackson@smithhulsey.com |
| WFM@spain-gillon.com | |
| Counsel for Selma Highway 80 Venture II Joint Venture and Arlington Properties, Inc. | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00578789.2