UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,           Case No.: 3-05-bk-3817(JAF)

         Debtors.                        Chapter 11

_____/     Jointly Administered

## REQUEST TO DISCONTINUE SERVICE OF NOTICES AND REMOVAL FROM SERVICE LIST

Please take notice that the Tuscaloosa County, Alabama Tax Collector ("Collector"), with the assistance of counsel, requests to be removed from the daily Summary of ECF Activity and all service lists by e-mail or otherwise in this cause, and to receive no further notices, pleadings, motions, orders and other filings in these proceeding, unless the Collector is designated a party in interest in subsequent filings.

All claims filed herein by the Collector have been approved by Order of this Court and payment has been received.

This 27th day of September, 2007.

                                             Respectfully submitted,

                                             Tuscaloosa County, Alabama Tax Collector

                                             By: _____

**Kristofor D. Sodergren, Esq.**
Attorney for Tuscaloosa County,
Alabama Tax Collector (SODEK-0591)
800 Lurleen Wallace Blvd. North
Tuscaloosa, AL 35401
Telephone: (205) 345-6789
Fax: (205) 759-1195