UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |
| _____ ) | |

**AMENDED AGREED ORDER RESOLVING ADMINISTRATIVE EXPENSE CLAIMS FILED BY 12TH STREET AND WASHINGTON ASSOCIATES, L.P. (STORE NO. 1264)**

This cause originally came before the Court on the Application for Payment of Administrative Claims filed by 12th Street and Washington Associates, L.P. ("12th Street") with respect to Store No. 1264 (Docket No. 3978) (the "Administrative Expense Application"). On September 17, 2007, the Court entered an agreed order (Docket No. 18178) denying 12th Street's Administrative Expense Application and allowing 12th Street a general unsecured class 13 claim in the amount of $3,000.00 (the "12th Street claim"). The allowance of the 12th Street claim in the amount of $3,000.00 was in error. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. 12th Street shall have an allowed general unsecured class 13 claim in the amount of $3,001.00.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2. This Agreed Order resolves all previously unresolved claims that 12th Street has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates for liabilities or obligations arising out of or related to the lease for Store No. 1264, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 27 day of September, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00578742.3

## Consent

The undersigned parties consent to the entry of the foregoing Revised Agreed Order.

| | |
|---|---|
| LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A. | SMITH HULSEY & BUSEY |
| By  *s/ Zachary J. Bancroft**<br>Zachary J. Bancroft | By  *s/ Cynthia C. Jackson*<br>Cynthia C. Jackson, F.B.N. 498882 |
| 450 South Orange Avenue, Suite 250<br>Orlando, Florida 32801<br>(407) 843-4600<br>(407) 843-4444 (facsimile)<br>zachary.bancroft@lddkr.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for 12th Street and Washington Associates, L.P. | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00578742.3