UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,   )      Case No. 05-03817-3F1
                                                           Chapter 11
         Reorganized Debtors.          )      Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sylvia Abney (Claim No. 5584) [Docket No. 18195] was furnished by mail on September 21, 2007 to Sylvia Abney c/o G. Brice Jones, Esq., 682 Old Spanish Trail, Slidell, Louisiana 70458.

Dated: September 29, 2007

                                                  SMITH HULSEY & BUSEY


                                                  By     _s/ James H. Post_
                                                          Stephen D. Busey
                                                          James H. Post (FBN 175460)
                                                          Cynthia C. Jackson

                                                  225 Water Street, Suite 1800
                                                  Jacksonville, Florida 32202
                                                  (904) 359-7700
                                                  (904) 359-7708 (facsimile)
                                                  jpost@smithhulsey.com

                                                  Counsel for Reorganized Debtors

00520151