UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,            )       Case No. 05-03817-3F1
                                                         )       Chapter 11
          Reorganized Debtors.                 )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Duncan Adkins (Claim No. 9414) [Docket No. 18094] was furnished by mail on September 21, 2007 to Duncan Adkins c/o John E. Parker, Esq., Peters, Murdaugh, Parker, Eltzroth & Detrick, P.O. Box 457, Hampton, South Carolina 29924.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151