UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                    Chapter 11
       Reorganized Debtors.                )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ruth Affinto (Claim No. 2112) [Docket No. 18062] was furnished by mail on September 21, 2007 to Ruth Affinto c/o Joseph A. Affinito, Esq., Affinito & Associates, 28 Marshall Hill Road, West Milford, New Jersey 07480.

Dated:  September 29, 2007

                                       SMITH HULSEY & BUSEY


                                       By    s/ James H. Post
                                           Stephen D. Busey
                                           James H. Post (FBN 175460)
                                           Cynthia C. Jackson

                                       225 Water Street, Suite 1800
                                       Jacksonville, Florida  32202
                                       (904) 359-7700
                                       (904) 359-7708 (facsimile)
                                       jpost@smithhulsey.com

                                       Counsel for Reorganized Debtors

00520151