UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kaywaiana Busby-Dunn (Claim No. 10172) [Docket No. 18065] was furnished by mail on September 21, 2007 to Kaywaiana Busby-Dunn c/o Jerard M. Young, Esq., Roberson, Taylor, Young & Roberson, P.A., 5700 Florida Blvd., Dean Tower, Suite 710, Baton Rouge, Louisiana 70806.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151