UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                   )        Chapter 11
    Reorganized Debtors.              )        Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Rosemary Campbell (Claim No. 4442 and 9407) [Docket No. 18197] was furnished by mail on September 21, 2007 to Rosemary Campbell, P. O. Box 161, Nobleton, Florida 34661.

Dated: September 29, 2007

                              SMITH HULSEY & BUSEY

                              By     *s/ James H. Post*
                                  Stephen D. Busey
                                  James H. Post (FBN 175460)
                                  Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00520151