UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )      Case No. 05-03817-3F1
                                               )      Chapter 11
            Reorganized Debtors.               )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Barbara Edwards (Claim No. 7829) [Docket No. 18186] was furnished by mail on September 21, 2007 to Barbara Edwards c/o William L. Dodson, Esq., Parham, Smith & Dodson, LLC, P. O. Box 2800, Greenville, South Carolina 29602.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151