UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,            )         Case No. 05-03817-3F1
                                                                     Chapter 11
    Reorganized Debtors.            )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Beverly Gaillard (Claim No. 11452) [Docket No. 18219] was furnished by mail on September 21, 2007 to Beverly Gaillard c/o Frederick P. Gilmore, Esq., Gilmore & Gilmore, 116 Court Street, Post Office Box 729, Grove Hill, Alabama 36451.

Dated: September 29, 2007

                                    SMITH HULSEY & BUSEY

                                    By    s/ James H. Post
                                         Stephen D. Busey
                                         James H. Post (FBN 175460)
                                         Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151