UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                           )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                                       Chapter 11
       Reorganized Debtors.                 )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Claudia Glover (Claim No. 3579) [Docket No. 17984] was furnished by mail on September 21, 2007 to Claudia Glover c/o Richard W. Reno, Esq., P. O. Box 368, Crawfordville, FL 32326.

Dated: September 29, 2007

                                      SMITH HULSEY & BUSEY


                                      By     *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151