UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )     Case No. 05-03817-3F1
                                               Chapter 11
         Reorganized Debtors.            )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Barbara Hayes (Claim No. 8445) [Docket No. 18069] was furnished by mail on September 21, 2007 to Barbara Hayes c/o Scott Zirkle, Esq., Bogin, Munns & Munns, P. O. Box 2807, Orlando, Florida 32802-2807.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By   s/ James H. Post
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151