UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )       Case No. 05-03817-3F1
                                               Chapter 11
        Reorganized Debtors.          )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lisa Hobbs (Claim No. 5857) [Docket No. 18095] was furnished by mail on September 21, 2007 to Lisa Hobbs c/o Karla T. Torpy, Esq., Graham, Moletteire & Torpy, P.A., 10 Suntree Place, Melbourne, Florida 32940.

Dated: September 29, 2007

                                        SMITH HULSEY & BUSEY


                                        By     s/ James H. Post
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151