UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )         Case No. 05-03817-3F1
                                                     Chapter 11
      Reorganized Debtors.           )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Eleanor Joseph (Claim No. 7271) [Docket No. 18213] was furnished by mail on September 21, 2007 to Eleanor Joseph c/o John C. Mitchell, Esq., 399 Carolina Avenue, Suite 100, Winter Park, Florida 32789.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151