UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                      Chapter 11
        Reorganized Debtors.            )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jason Joseph (Claim No. 9985) [Docket No. 18220] was furnished by mail on September 21, 2007 to Jason Joseph c/o Cynthia Thomas, Esq., Bogin, Munns & Munns, Post Office Box 2807, Orlando, Florida 32802.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By ____s/ James H. Post____
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151