UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Julie King (Claim No. 2303) [Docket No. 18214] was furnished by mail on September 21, 2007 to Julie King, 220 1/2 Ridgewood Avenue, Edgewater, Florida 32312.

Dated    September 29, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
            Reorganized Debtors.         )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Wendy Pelley (Claim No. 13090 and 13617) [Docket No. 18070] was furnished by mail

on September 21, 2007 to Wendy Pelley c/o Joseph C. Whitelock, Esq., Joseph C.

Whitelock, P.A., 3245 Fifth Avenue North, Saint Petersburg, Florida 33713.

Dated:  September 29, 2007

SMITH HULSEY & BUSEY


By ____ _s/ James H. Post_____
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151