UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
              Reorganized Debtors.             )        Jointly Administered

---

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Wendy Pelley (Claim No. 13090 and 13617) [Docket No. 18070] was furnished by mail

on September 21, 2007 to Wendy Pelley c/o Joseph C. Whitelock, Esq., Joseph C.

Whitelock, P.A., 3245 Fifth Avenue North, Saint Petersburg, Florida 33713.

Dated:  September 21, 2007

                        SMITH HULSEY & BUSEY


                        By _____ s/ James H. Post _____
                            Stephen D. Busey
                            James H. Post (FBN 175460)
                            Cynthia C. Jackson

                        225 Water Street, Suite 1800
                        Jacksonville, Florida  32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        jpost@smithhulsey.com

                        Counsel for Reorganized Debtors

00520151