UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maria Perez-Sardinas (Claim No. 5600) [Docket No. 18071] was furnished by mail on September 21, 2007 to Maria Perez-Sardinas c/o Stephen S. Nuell, Esq., Nuell & Polsky, 782 N.W. 42nd Avenue, Suite 345, Miami, Florida 33126.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By   s/ James H. Post
  Stephen D. Busey
  James H. Post (FBN 175460)
  Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151