UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                                  )     Chapter 11
      Reorganized Debtors.          )     Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Robin Ray (Claim No. 2238) [Docket No. 18072] was furnished by mail on September 21, 2007 to Robin Ray c/o Joseph C. Whitlock, Esq., 3245 Fifth Avenue North, Saint Petersburg, Florida 33713.

Dated: September 29, 2007

                                       SMITH HULSEY & BUSEY

                              By     s/ James H. Post
                                  Stephen D. Busey
                                  James H. Post (FBN 175460)
                                  Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00520151