UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )         Case No. 05-03817-3F1
                                                        Chapter 11
         Reorganized Debtors.            )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Donna Sapp (Claim No. 7374) [Docket No. 18092] was furnished by mail on September 21, 2007 to Donna Sapp, 2078 North Main Avenue, Apt. 4, Groveland, Florida 34736.

Dated: September 29, 2007

                                                        SMITH HULSEY & BUSEY


                                                        By     s/ James H. Post
                                                            Stephen D. Busey
                                                            James H. Post (FBN 175460)
                                                            Cynthia C. Jackson

                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida 32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        jpost@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00520151