UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Marlene Thomas (Claim No. 7934) [Docket No. 18221] was furnished by mail on September 21, 2007 to Marlene Thomas c/o Todd Miner, Esq., Morgan & Morgan, P. O. Box 4979, Orlando, Florida 32802-4979.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By ____s/ James H. Post____
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151