UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Holly M. Wall (Claim No. 7798) [Docket No. 18097] was furnished by mail on September 21, 2007 to Holly M. Wall c/o Laurence Huffman, Esq., Rubin & Rubin, P. O. Box 395, Stuart, Florida 34995.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151