UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,             )     Case No. 05-03817-3F1
                                                   Chapter 11
         Reorganized Debtors.                )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Howard White (Claim No. 7062) [Docket No. 18076] was furnished by mail on September 21, 2007 to Howard White c/o Melissa Andrade, Esq., Blanchard, Merriam, Adel & Kirkland, P.A., 4 S.E. Broadway Street, Ocala, Florida 34471.

Dated: September 29, 2007

                                    SMITH HULSEY & BUSEY


                                    By    s/ James H. Post
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151