UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                              Chapter 11
         Reorganized Debtors.                   )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ailyn Alfonso [Docket No. 18187] was furnished by mail on September 21, 2007 to Ailyn Alfonso c/o Jason Turchin, Esq., 15055 SW 122nd Ave., Miami, Florida 33186.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785