UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,                   )        Case No. 05-03817-3F1
                                                            Chapter 11
         Reorganized Debtors.                      )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Jesse Brady [Docket No. 18078] was furnished by mail on September 21, 2007 to Jesse Brady c/o Kimberly Held Israel, Esq., Held & Israel, 1301 Riverplace Blvd., Suite 1916, Jacksonville, Florida 32207.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785