UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                   )    Chapter 11
     Reorganized Debtors.          )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Charles Brown [Docket No. 18188] was furnished by mail on September 21, 2007 to Charles Brown c/o Charles M. Rand, Esq., Charles M. Rand, P.A., 407 Wekiva Springs Road, Suite 119, Longwood, Florida 32779.

Dated: September 24, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785