UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                              Chapter 11
                  Reorganized Debtors.      )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Leonard Dale, Jr. [Docket No. 18079] was furnished by mail on September 21, 2007

to Leonard Dale, Jr. c/o Robert T. Hughes, Esq., P. O. Box 791006, New Orleans,

Louisiana 70179.

Dated: September 21, 2007

                                        SMITH HULSEY & BUSEY


                                        By _____*s/ James H. Post*_____
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00569785