UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
Chapter 11
Reorganized Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Hitza Dieudonne [Docket No. 18080] was furnished by mail on September 21, 2007 to Hitza Dieudonne c/o Scott A. Goldstein, Esq., Rothstein, Rosenfeldt & Adler, 401 East Las Olas Blvd., Suite 1650, Fort Lauderdale, Florida 33301.

Dated: September 21, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785