UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                         )     Chapter 11
      Reorganized Debtors.             )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Herminia Maceda-Estrada [Docket No. 18190] was furnished by mail on September 21, 2007 to Hermini Maceda-Estrada c/o Lacesa Steinger, Esq., Steinger Iscoe & Phillips, P.A., 1645 Palm Beach Lakes Blvd., 9th Floor, West Palm Beach, Florida 33401.

Dated: September 29, 2007

                                                    SMITH HULSEY & BUSEY

                                                    By     *s/ James H. Post*
                                                         Stephen D. Busey
                                                        James H. Post (FBN 175460)
                                                       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785