UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                  )      Chapter 11
         Reorganized Debtors.             )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Yolanda Martinez [Docket No. 18086] was furnished by mail on September 21, 2007 to Yolanda Martinez c/o Michael Steinger, Esq., Steinger, Iscoe & Phillips, P.A., 1645 Palm Beach Lakes Blvd., 9th Floor, West Palm Beach, Florida 33401.

Dated: September 29, 2007

                                                              SMITH HULSEY & BUSEY


                                                              By      *s/ James H. Post*
                                                                   Stephen D. Busey
                                                                   James H. Post (FBN 175460)
                                                                   Cynthia C. Jackson

                                                              225 Water Street, Suite 1800
                                                              Jacksonville, Florida  32202
                                                              (904) 359-7700
                                                              (904) 359-7708 (facsimile)
                                                              jpost@smithhulsey.com

                                                              Counsel for Reorganized Debtors

00569785