UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Romana Miranda, as Guardian of Hector Matute, a Minor [Docket No. 18191] was furnished by mail on September 21, 2007 to Romana Miranda, as Guardian c/o Robert Rubenstein, Esq., Law Offices of Robert Rubenstein, 9350 S. Dixie Highway, Suite 1110, Miami, Florida 33156.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
  Stephen D. Busey
  James H. Post (FBN 175460)
  Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785