UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                      Chapter 11
        Reorganized Debtors.               )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Joselaine Morris [Docket No. 18193] was furnished by mail on September 21, 2007 to Joselaine Morris c/o Alex Kapetan, Esq., Wite and Kapetan, P.A., 4400 N. Federal Highway, Lighthouse Point, Florida 33064.

Dated: September 29, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785