UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
                    Reorganized Debtors.       )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Claire Puertas [Docket No. 18087] was furnished by mail on September 21, 2007 to

Claire Puertas c/o Heather Caeners, Esq., Heather Caeners, P.A., 129 1/2 N. Woodland

Blvd., Suite 5, Deland, Florida 32720.

Dated:  September 29, 2007

                              SMITH HULSEY & BUSEY


                              By _____s/ James H. Post_____
                                    Stephen D. Busey
                                    James H. Post (FBN 175460)
                                    Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00569785