UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )    Case No. 05-03817-3F1
                                               )    Chapter 11
        Reorganized Debtors.                   )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Maria Rodriguez and Felix Luis Rodriguez [Docket No. 18088] was furnished by mail on September 21, 2007 to Maria Rodriguez and Felix Luis Rodriguez c/o Shaun T. Plymale, Esq., Crary, Buchanan, Bowdish, Bovie, Beres, Edler & Williamson, Post Office Box 24, Stuart, Florida 34995.

Dated: September 29, 2007

                                                SMITH HULSEY & BUSEY


                                                By      s/ James H. Post
                                                    Stephen D. Busey
                                                    James H. Post (FBN 175460)
                                                    Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00569785