UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )      Case No. 05-03817-3F1
                                                  Chapter 11
        Reorganized Debtors.               )      Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Kayria Tucker [Docket No. 18091] was furnished by mail on September 21, 2007 to Kayria Tucker c/o Jonathan R. Friedland, Esq., Friedland & Brown, PL, 9130 S. Dadeland Blvd., Suite 1609, Miami, Florida 33156.

Dated: September 29, 2007

                                    SMITH HULSEY & BUSEY


                                    By     s/ James H. Post
                                        Stephen D. Busey
                                        James H. Post (FBN 175460)
                                        Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00569785