## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

### JOINT MOTION TO CONTINUE TRIAL ON
### HYECHA B. MARSHALL AND LINC MARSHALL'S MOTION
### TO ENLARGE TIME TO FILE AN ADMINISTRATIVE CLAIM REQUEST

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively the "Debtors") and Hyecha B. Marshall and Linc Marshall move the Court to continue the trial on the Motion to Enlarge Time to File Administrative Claim Request filed by Hyecha B. Marshall and Linc Marshall (Docket No. 15141) (the "Motion") currently scheduled for October 25, 2007 at 1:30 p.m., and say:

1. The parties have agreed to mediate the underlying claim, which mediation, if successful, could make the Motion moot.

2. As a result, the parties have agreed to the continuance of the trial of the Motion until after the mediation. The parties have further agreed that the trial need not be rescheduled until further motion by any party in interest.

Wherefore, the parties respectfully request that the Court enter an order in the form attached continuing the trial of the Motion and all related deadlines pending

2

further order of the Court upon motion by any interested party.

Dated: October 1, 2007

| IURILLO & ASSOCIATES, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/Camille J. Iurillo\** <br>     Camille J. Iurillo | By  *s/Leanne McKnight Prendergast* <br>     James H. Post <br>     Leanne McKnight Prendergast |
| Florida Bar Number 902225 <br> 600 First Ave. North, Suite 308 <br> St. Petersburg, Florida 33701 <br> (727) 895-8050 <br> (727) 895-8070 (facsimile) <br> ciurillo@iurillolaw.com | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Attorneys for Hyecha B. Marshall and Linc Marshall | Counsel for the Reorganized Debtors |

\*Counsel has authorized the use of her electronic signature.

00581605

2