UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

ORDER CONTINUING TRIAL ON
HYECHA B. MARSHALL AND LINC MARSHALL'S MOTION
TO ENLARGE TIME TO FILE AN ADMINISTRATIVE CLAIM REQUEST

This cause is before the Court upon the parties' Joint Motion to Continue Trial on Hyecha B. Marshall and Linc Marshall's Motion to Enlarge Time to File an Administrative Claim Request (the "Motion"). The Court being duly advised in the premises, it is ORDERED:

1. The Motion is granted.

2. The trial of the Motion currently scheduled for October 25, 2007 at 1:30 p.m. and the deadlines set forth in the Agreed Order Scheduling Trial on Hyecha B. Marshall and Linc Marshall's Motion to Enlarge Time to File an Administrative Claim Request (Docket No. 17677) are continued pending further order of the Court

upon motion by any interested party.

Dated this 2 day of October, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00581616

2