Hearing Date: November 1, 2007 at 1:30 p.m.
Response Deadline: October 22, 2007 at 4:00

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON CLAIMANTS' ASSERTED RIGHTS TO WORKERS COMPENSATION BENEFITS

Please take notice that a hearing is scheduled for **November 1, 2007 at 1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) Debtors' Omnibus Objection to Unresolved Litigation Claims and (ii) Debtors' individual objections to those claims listed on the attached Exhibit A (the "Claim Objection") on the grounds that such claims have been or will be paid under the Debtors' workers compensation programs (to the extent such claims are allowed as workers compensation claims), pursuant to the authority granted to the

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Debtors in the Final Order Granting Authority to Continue Pre-petition Insurance and Workers' Compensation Programs and to Pay Pre-petition Premiums, Related Obligations, and Premium Financing Payments entered in these cases on March 15, 2005 (Doc. No. 432).

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on October 22, 2007** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.

Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: October 2, 2007

00582829

                                SMITH HULSEY & BUSEY

                                By   */s/ Leanne McKnight Prendergast*
                                      Stephen D. Busey
                                      James H. Post
                                      Leanne McKnight Prendergast

                                Florida Bar Number 59544
                                225 Water Street, Suite 1800
                                Jacksonville, Florida 32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                lprendergast@smithhulsey.com

                                Counsel for the Reorganized Debtors

WINN-DIXIE STORES, INC., ET AL.
NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION
TO UNRESOLVED LITIGATION CLAIMS BASED ON CLAIMANTS'
ASSERTED RIGHTS TO WORKERS COMPENSATION BENEFITS
EXHIBIT A - CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| ALBERT, MICHAEL | 3021 | $25,000.00 | NO LIABILITY - DISPUTED CLAIM; DUPLICATED BY CLAIM NUMBER 3022 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CAMPBELL, DAVID L | 7568 | $65,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CHIPOURAS, JUDY | 9215 | $994.50 | NO LIABILITY - DISPUTED CLAIM; RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CLARK, RICKIE | 7592 | $13,250.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CLARKE, ESTHER N | 10701 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| COBB, SRIVERA E | 5381 | $388,679.04 | NO LIABILITY - DISPUTED CLAIM; RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| COOK, EDWARD | 1607 | $192,857.28 | NO LIABILITY - DISPUTED CLAIM. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| DORSEY, SHAUNTAYE L | 3535 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| FINE, MAXINE L | 7525 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| GOOCH, JEFFERY E | 2046 | $10,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| GREEN-MAYO, ROSE M | 5224 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| JONES, MARIA F | 10621 | $25,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| KING, SANDY M | 4274 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MERRIEX, BOBBIE | 3666 | $116,100.00 | NO LIABILITY - DISPUTED CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MILLER, NORMA DALE | 13031 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MOORE, LABARRON A | 5236 | $400.00 | NO LIABILITY - DISPUTED CLAIM; RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| NORRIS, CHARLOTTE | 6313 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| PEASE, ANN | 4515 | $6,500.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY. |
| | Debtor: | WINN-DIXIE STORES, INC. | |

**EXHIBIT A**

WINN-DIXIE STORES, INC., ET AL.
NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION
TO UNRESOLVED LITIGATION CLAIMS BASED ON CLAIMANTS'
ASSERTED RIGHTS TO WORKERS COMPENSATION BENEFITS
EXHIBIT A - CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Debtor | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| STITH, ANNA L | 7857 | WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| TATUM, ANGELA | 2785 | WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| TRAWICK, NELL | 9368 | WINN-DIXIE STORES, INC. | $41,443.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY. |
| VENDETTE, KENNETH | 6118 | WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| WARNER, ROBIN H | 2691 | WINN-DIXIE STORES, INC. | $150,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| WATSON, PATRICIA | 3817 | WINN-DIXIE STORES, INC. | $2,500.00 | NO LIABILITY - DISPUTED CLAIM. |
| WHITE, BETSY | 3050 | WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY - DISPUTED CLAIM. |
| WILLIAMS, FELIX J | 3085 | WINN-DIXIE STORES, INC. | $4,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY. |
| WILSON, SHARON | 4712 | WINN-DIXIE STORES, INC. | $10,679.94 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| WINN, LINDA | 8128 | WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM. |
| WOODS, BERNICE | 5347 | WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |
| YOUNG, JAMES | 4616 | WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM. |
| ZEIGLER, ELIZABETH | 9360 | WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION. |

Total Claims to be Disallowed: 31
Total Amount to be Disallowed: $2,102,403.76   Plus Unliquidated Amounts, If Any