Form 210A (10/06)

# United States Bankruptcy Court

__Middle__ District Of __Florida__

In re __Winn-Dixie Stores, Inc.__,    Case No. __05-03817-3F1__

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

__Modern Woodmen of America__         __Schwartz Family Trust__
Name of Transferee                              Name of Transferor

Name and Address where notices to transferee should be sent:
Modern Woodmen of America
c/o William J. Snyder
P.O. Box 3700, Rock Island, IL 61204-3700
Phone: __309-786-8497__
Last Four Digits of Acct #: _____

Court Claim # (if known): __13440__
Amount of Claim: __$176,000.00__
Date Claim Filed: __8/25/06__

Phone: __212-309-6000 Attn: Menachem Zelmanovitz__
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ signature_/    Date: __10/2/07__
    Transferee/Transferee's Agent
    Steven L. Nelson

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

TO: THE DEBTOR AND THE BANKRUPTCY COURT

For value received, the adequacy and sufficiency of which are hereby acknowledged, the SCHWARTZ FAMILY TRUST ("Assignor") hereby unconditionally and irrevocably sells, transfers and assigns to MODERN WOODMEN OF AMERICA ("Assignee") all of its rights, title, interest, claims and causes of action in and to, or arising under or in connection with, its amended general unsecured claim (#13440) (as such term is defined in Section 101(5) of the U.S. Bankruptcy Code) in the now stipulated amount of $176,000.00 against Winn-Dixie Stores, Inc., one of the debtors-in-possession in the chapter 11 reorganization case entitled, *In re: Winn-Dixie Stores, Inc, et al.*, Chapter 11 Case No. 05-03817-3F1 (Jointly Administered), pending in the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division (the "Bankruptcy Court"), and any and all proofs of claim filed by Assignor with the Bankruptcy Court in respect of the foregoing claim.

Assignor hereby waives any objection to the transfer of the claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the foregoing claim and recognizing the Assignee as the sole owner and holder of the claim. Assignor further directs the Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the claim, and all payments or distributions of money or property in respect of claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, this EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 7 day of O_____, 2007.

ASSIGNOR

SCHWARTZ FAMILY TRUST

By: _____
Name:  Zoltan Schwartz
Title:  Trustee
Tel:    (323) 939-2771

By: _____
Name:  Anna Schwartz
Title:  Trustee
Tel:    (323) 939-2771

SOON GYU GUIMM
Commission # 1461890
Notary Public - California
Los Angeles County
My Comm. Expires Jan 11, 2008