UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON OCTOBER 4, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on October 4, 2007 at 1:30 p.m.:

**A.    Uncontested Matters**

1.    *Debtors' Objection to Claim No. 13815 filed by Sumter County Treasurer  (Docket No. 17388)*

Response Deadline:    Expired.

Responses:    None.

Status:    The Reorganized Debtors will proceed with the hearing on the Objection.

2.    *Debtors' Motion for Reconsideration and Disallowance of Claim No. 13815 filed by Tausha Jones (Docket No. 17981)*

Response Deadline:    Expired.

Responses:    None.

Status:    The Reorganized Debtors will proceed with the hearing on the Objection.

**B.**     **Contested Matters**

    *3.*     *Case Management Conference on Amended Objection to Claim Number 13321 Filed by Consolidated Biscuit Company, as Set Forth in the Debtors' Twenty-Seventh Omnibus Objection (Docket No. 17219)*

Status:     The Reorganized Debtors will proceed with the conference.

    *4.*     *Case Management Conference on Debtors' Objection to Claim No. 13740 Filed by IRT Partners, L.P. and Claim No. 13741 Filed by Equity One (Hunter's Creek) Inc. (Docket No. 15849)*

Status:     The Reorganized Debtors will proceed with the conference.

    *5.*     *Case Management Conference on the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by the Reorganized Debtors, as it relates to Claim No. 11253 filed by SRT Acquisition LP (Docket No. 12281)*

Status:     The Reorganized Debtors will proceed with the conference.

    *6.*     *Case Management Conference on the Debtors' Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims as it relates to Claim No. 11098 filed by BFI Waste Systems of NA, Inc. (Docket No. 8116)*

Status:     The Reorganized Debtors and BFI have agreed to continue this matter until further notice.

7.      *Case Management Conference on Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities with respect to claim number 12624 filed by Hamilton County, Ohio (Docket No. 7852)*

Status:                 The Reorganized Debtors will proceed with the conference.

8.      *Case Management Conference on Debtors' Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts, and (iii) Grant Related Relief with respect to the cure objection filed by Colonial Realty Limited Partnership as to Store 190 (Docket No. 8941)*

Status:                 The Reorganized Debtors will proceed with the conference.

9.      *Debtors' Twenty-Third Omnibus Objection to (a) Indemnification Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims, (g) Misclassified Claims and (h) Amended and Superseded Claims, as it relates to County of Clark, IN Treasurer Claim No. 7486 (Docket No. 11324)*

Response Deadline:  Expired.

Responses:          County of Clark, IN Treasurer (Docket No. 12115).

Status:             The Reorganized Debtors and County of Clark have agreed to continue the hearing on the Objection until further notice.

10.    *Debtors' Omnibus Objection to Administrative Tax Claims (Docket No. 17888)*

Response Deadline:    Expired.

Responses:    (a)    Hamilton County, Tennessee (Docket No. 18144); and

(b)    Escambia County Tax Collector (Docket No. 18264).

Status:    The Reorganized Debtors will continue the hearing on the Objection with respect to Hamilton County and Escambia County, and will proceed with the hearing on the Objection with respect to the remaining claimants.

11.    *Debtors' Motion for Order Determining that Debtors have Satisfied Allowed Cure Claims, as it relates to Claim No. 13265 filed by AIB Deltona, Inc. (Docket No. 17417)*

Objection:    AIB Deltona, Inc. (Docket No. 17596)

Status:    AIB Deltona has withdrawn its objection to the Motion. The Reorganized Debtors will proceed with the hearing on the Motion.

Dated: October 3, 2007.

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

SMITH HULSEY & BUSEY

By    *s/ D. J. Baker*
      D. J. Baker
      Sally McDonald Henry
      Rosalie Walker Gray

By    *s/ Cynthia C. Jackson*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors

Co-Counsel for Reorganized Debtors

00582097