**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE No.: 3:05-bk-03817-JAF |
| Winn Dixie Stores, Inc., et al, | Chapter 11 |
| Debtors. _____/ | Jointly Administered |

## NOTICE AND REQUEST FOR REMOVAL FROM SERVICE LIST

COMES NOW Craig I. Kelley, Esquire of Kelley & Fulton, P.A. does hereby give notice that his service has concluded in this matter, and that he requests removal from any and all service lists via electronic mail or otherwise in this proceeding and he receive no further notices, pleadings, motions, orders or any other documents filed in this case.

Respectfully Submitted,

KELLEY & FULTON, P.A.
Attorneys for the Debtor
1665 Palm Beach Lakes Blvd
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773

By: _____
CRAIG I. KELLEY, ESQUIRE
Florida Bar No.: 782203