**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| Winn-Dixie Stores, Inc., et al.[1], | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF WITHDRAWAL OF APPLICATION AND REQUEST**
**FOR PAYMENT OF ADMINISTRATIVE CLAIM BY ADORNO & YOSS LLP**

Adorno & Yoss LLP ("A&Y") hereby withdraws its Application and Request for Payment of Administrative Claim by Adorno & Yoss LLP [C.P. #14,108] filed with this Court on January 4, 2007.

**CERTIFICATE OF SERVICE**

A copy of the foregoing Notice of Withdraw of Application and Request for Payment of Administrative Claim by Adorno & Yoss LLP was served on JAMES POST, ESQ., Smith Hulsey & Busey, via e-mail at jpost@smithhulsey.com and MATTHEW BARR, ESQ., Milbank, Tweed, Hadley & McClly LLP, via e-mail at mbarr@milbank.com, this 3rd day of October, 2007.

**ADORNO & YOSS LLP**

By: /s/Mariaelena Gayo-Guitian
Mariaelena Gayo-Guitian, Esq.
Fla. Bar No. 0813818
350 East Las Olas Blvd. Suite 1700
Ft. Lauderdale, Florida 33301
Tel. (954) 763-1200
Fax. (954) 766-7800
mguitian@adorn.com
*Attorneys for Adorno & Yoss LLP*

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc.,, Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., SD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.