**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.   05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL OF OBJECTION OF AIB DELTONA, LTD. TO DEBTORS' MOTION FOR ORDER DETERMINING THAT DEBTORS HAVE SATISFIED ALLOWED CURE CLAIMS**
(Related Docket Items 17418, 17596)

Comes Now, AIB Deltona, Ltd., by and through its undersigned counsel, and withdraws its Objection to Debtors' Motion For Order That Debtors Have Satisfied Allowed Cure Claims (Docket Item 17596).

Dated: October 4, 2007      **WILCOX LAW FIRM**

/s/ **Robert D. Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
(904) 281-0700

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2007 I caused a copy of the foregoing Notice of Withdrawal of Objection to be served on the Debtor by James H. Post, Esq., Debtor's Counsel, John MacDonald, Esq., Counsel for the Official Committee of Unsecured Creditors, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all parties on the Rule 1007(d) Parties in Interest list, all served electronically.

/s/ **Robert Wilcox**
Robert D. Wilcox