| creditor_id | notice_name | address1 | address2 | address3 | address4 | city | state_code | postal_code |
|---|---|---|---|---|---|---|---|---|
| 256193 | ALBERT, MICHAEL | 2878 NW 204TH STREET | | | | MIAMI | FL | 33056 |
| 256193 | ALBERT, MICHAEL | C/O KARLICK & BUCKLEY ATTORNEYS | ATTN ARTHUR W KARLICK, ESQ | 1454 NW 17 AVENUE | | MIAMI | FL | 33125 |
| 103809 | CAMPBELL, DAVID L | C/O TONY C FRANCIS, PA | ATTN TONY FRANCIS, ESQ | PO BOX 771243 | | ORLANDO | FL | 32877-1243 |
| 389442 | CHIPOURAS, JUDY | 1723 MOFFET, APT 16 | | | | HOLLYWOOD | FL | 33020 |
| 392735 | CLARK, RICKIE | C/O SADOW & GOROWITZ, PA | ATTN SUZANNE GOROWITZ, ESQ | 80 SW 8 STREET, SUITE 1910 | | MIAMI | FL | 33130 |
| 108819 | CLARKE, ESTHER N | BUILD 21 APT 201 | 10481 N W 7TH ST | | | PEMBROKE PINES | FL | 33026 |
| 389237 | COBB, SRIVERA E | 260 TURNER RD | | | | WETUMPKA | AL | 36092 |
| 389231 | COOK, EDWARD | 40 HENRY COOK LANE | | | | WETUMPKA | AL | 36092 |
| 120663 | DORSEY, SHAUNTAYE L | 12623 128TH AVENUE NORTH | | | | LARGO | FL | 33774 |
| 388572 | FINE, MAXINE L | 171 MEADOWS DRIVE | | | | BOYNTON BEACH | FL | 33436 |
| 135218 | GOOCH, JEFFERY E | RT 1 BOX 62G | | | | TUTWILER | MS | 38963 |
| 30727 | GREEN-MAYO, ROSE M | 1609 MANSFIELD | | | | MARRERO | LA | 70072 |
| 156316 | JONES, MARIA F | 168 SUMERLIN RD | | | | HIGHLAND HOME | AL | 36041-3908 |
| 156316 | JONES, MARIA F | C/O DONOHOE & STAPLETON, LLC | ATTN CATHY B DONOHOE, ESQ | 2781 ZELDA ROAD | | MONTGOMERY | AL | 36106 |
| 42055 | KING, SANDY M | 6930 BURROUGHS LANE | | | | THEODORE | AL | 36582 |
| 393144 | MERRIEX, BOBBIE | C/O CARL CARRILLO, PA | ATTN CARL CARRILLO, ESQ | 106 NORTHWEST SECOND AVENUE | | GAINESVILLE | FL | 32601 |
| 421399 | MILLER, NORMA DALE | 3116 36TH AVE W | | | | BRADENTON | FL | 34205-2730 |
| 180282 | MOORE, LABARRON A | 804 BAYLARD ST | | | | ROSEBORO | NC | 28382 |
| 392079 | NORRIS, CHARLOTTE | C/O LANING & LANING | ATTN PAUL LANING, ESQ | PO BOX 1152 | | BIRMINGHAM | AL | 35203 |
| 386400 | PEASE, ANN | 15955 EDGEFIELD ROAD | | | | WELLINGTON | FL | 33414 |
| 217273 | STITH, ANNA L | 40 OLD CHURCH DRIVE | | 2100 FIRST AVENUE NORTH | | FREEMAN | VA | 23856 |
| 72760 | TATUM, ANGELA | PMB 112 | 6501 VETERANS PKWY, STE 1-A | 2457 AIRPORT THRUWAY | | COLUMBUS | GA | 31904-9053 |
| 392387 | TRAWICK, NELL | C/O KENNETH M HENSON, JR, ESQ | | | | COLUMBUS | GA | 31909 |
| 386277 | VENDETTE, KENNETH | 111 SEYMOUR STREET | | | | FREDONIA | NY | 14063 |
| 386277 | VENDETTE, KENNETH | C/O THE CAPPY LAW FIRM | ATTN GEORGE B CAPPY, ESQ | 900 W PLATT STREET, SUITE 200 | | TAMPA | FL | 33606 |
| 393087 | WARNER, ROBIN H | C/O ROTSTEIN & SHIFFMAN, LLP | ATTN J ROTSTEIN OR M SHIFFMAN, ESQS | 309 OAKRIDGE BLVD, SUITE B | | DAYTONA BCH | FL | 32118 |
| 392663 | WATSON, PATRICIA | C/O LUCAS BRYANT DENNING & EDWARDS | ATTN ROBERT V LUCAS, ESQ | PO BOX 309 | | SELMA | NC | 27576 |
| 391353 | WHITE, BETSY | C/O ALPAZAR & GRAY | ATTN GRAY M CAMFIELD, ESQ | RIVIERA PROFESSIONAL CENTER | 4951 BABCOCK STREET NE, SUITE 4 | PALM BAY | FL | 32905 |
| 234299 | WILLIAMS, FELX J | 5041 FOXCROFT COURT | | | | ORLANDO | FL | 32808 |
| 389257 | WILSON, SHARON | 3416 WALTON AVENUE | | | | FORT WORTH | TX | 76133 |
| 410474 | WINN, LINDA | C/O WOLFF HILL & HUDSON, PL | ATTN MARGARET W HUDSON, ESQ | 143 CANAL STREET | | NEW SMYRNA BEACH | FL | 32168 |
| 391702 | WOODS, BERNICE | C/O GARY MARTIN HAYS & ASSOCS, PC | ATTN SUSAN J WOLCHOK, ESQ | PO BOX 956669 | | DULUTH | GA | 30095-6669 |
| 386696 | YOUNG, JAMES | 11516 HARTS RD | | | | JACKSONVILLE | FL | 32218 |
| 391645 | ZEIGLER, ELIZABETH | C/O GUEST LAW FIRM | ATTN JAMES B GUEST, ESQ | 1900 32ND STREET | | KENNER | LA | 70065 |