UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER DISALLOWING CLAIM NO. 13815
## FILED BY SUMTER COUNTY TREASURER

These cases came before the Court upon the objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates to Claim No. 13815 filed by the Sumter County Treasurer (the "Objection"). Upon consideration it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 13815 is disallowed in its entirety.

Dated this 4th day of October, 2007 in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the Objection

00571469