UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              )
                                    )   Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al.*,  )
                                    )   *Chapter 11*
        Reorganized Debtors.        )
                                    )   Jointly Administered
_____ )

## ORDER RECONSIDERING AND DISALLOWING
## CLAIM NUMBER 13401 FILED BY TAUSHA JONES

This case came before the Court upon the Reorganized Debtors' Motion for Reconsideration and Disallowance of Claim No. 13401 Filed by Tausha Jones (Docket No. 17981) (the Motion"). A hearing was held on the Motion on October 4, 2007. Upon consideration of the record in these cases, including this Court's Order Sustaining the Debtors' Objection to Claim No. 13401 filed by Tausha Jones (Docket No. 15864), it is

ORDERED:

1. The Motion is granted.

2. Claim No. 13041 Filed by Tausha Jones is disallowed.

3. The Agreed Order of Resolution of the Litigation Claim of Tausha

Jones (Claim No. 13401) (Docket No. 17659) is vacated.

DATED this \_\_4\_\_ day of October, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00576325

2