

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 4, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Case Management Conference on (i) Amended Objection to Claim No. 13321 filed by Consolidated Biscuit Company, as Set Forth in the Debtors' Twenty-Seventh Omnibus Objection (Doc. 17219) and (ii) Request of Consolidated Biscuit Company for Payment of an Administrative Expense Claim (Doc. 8930)

APPEARANCES:

US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD
                                         MATTHEW S. BARR
CONSOLIDATED BISCUIT CO: James P

RULING:  Set Shr. > 120 days no sooner then
Ord/Clerk Long Cal. 183
FEB. 14, 2008 @ 1:30 (4 HRS.)
FEB. 15, 2008 @ 9:30 (4 HRS.)