

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 4, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Case Management Conference on Debtors' Objection to Claim No. 13740 filed by IRT Partners, L.P. and Claim No. 13741 filed by Equity One (Hunter's Creek) Inc. (Doc. 15849)

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR
IRT PARTNERS LP: Keenen - P
EQUITY ONE, INC: Keenen - P

RULING:  60 days out (3 mos.)
Ord/ Clerk Short Ord. 183A
DEC. 20 @ 9:30 ✓