

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 4, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Case Management Conference on the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by the Reorganized Debtors, as it relates to Claim No. 11253 filed by SRT Acquisition LP (Doc. 12281)

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

SRT ACQUISITION LP: Stewart - P

RULING: 60 days out (2 hrs.)
Ord/ Judge Clark
Short Oral. 183A
JANUARY 15, 2008 @ 10:00