

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 4, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Case Management Conference on the Debtors' Twelfth Omnibus Objection to (a) Overstated Claims, (b) Overstated Misclassified Claims and ( c) No Liability Misclassified Claims as it relates to Claim No. 11098 filed by BFI Waste Systems of NA, Inc. (Doc. 8116)

The Reorganized Debtors and BFI have agreed to continue this matter until further notice.

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD
                                               MATTHEW S. BARR
BFI WASTE SYSTEMS OF NA, INC:

RULING: *Cont'd until further nte.*