

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 4, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Case Management Conference on Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities with respect to Claim No. 12624 filed by Hamilton County, Ohio (Doc. 7852)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
HAMILTON COUNTY:

RULING: 60 days out (4 Ans.)
Ord/ w/ ___ clerk
                Long Ord - 183
JANUARY 11, 2008 @ 9:30