

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
October 4, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Twenty-Third Omnibus Objection to (a) Indemnification Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims, (g) Misclassified Claims and (h) Amended and Superseded Claims as it relates to County of Clark, IN Treasurer Claim No. 7486 ( Doc. 11324)

Responses:        County of Clark, IN Treasurer (Doc. 12115)

The reorganized Debtors and County of Clark have agreed to continue the hearing on the Objection until further notice.

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
COUNTY OF CLARK:

RULING: *Cont'd. until further nte.*