

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 4, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Omnibus Objection to Administrative Tax Claims (Doc. 17888)

Responses:    (a) Hamilton County, TN (Doc. 18144)

(b) Escambia County Tax Collector (Doc. 18264)    ⟩ Cont'd. to next Omnibus Hrg.

The Reorganized Debtors will continue the hearing on the Objection with respect to Hamilton County and Escambia County, and will proceed with the hearing on the Objection with respect to the remaining claimants.

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR

HAMILTON COUNTY, TN:
ESCAMBIA COUNTY TAX COLLECTOR:

RULING: Sustained ex as to Hamilton Co. and Escambia Co. Ord/Signed