UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON OMNIBUS OBJECTION
TO ADMINISTRATIVE TAX CLAIMS**

This matter came before the Court for hearing on October 4, 2007, upon the Debtors' Omnibus Objection to Administrative Tax Claims (the "Objection") (Docket No. 17888) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates to the administrative tax claims filed by (i) Hamilton County, Tennessee (the "Hamilton Claim") (Docket No. 14044), (ii) the Tax Collector for Westwego, Louisiana (the "Westwego Claim") (Docket No. 14509), (iii) Jefferson County, Alabama (the "Jefferson Claims") (Docket Nos. 9918, 13530, 14371 and 14354), and (iv) Escambia County (the "Escambia Claim") (Docket No. 14281) (collectively, the "Administrative Tax Claims"). A formal response was filed by Hamilton County, Tennessee (Docket No. 18144) and Escambia County Tax Collector (Docket No. 18264) (collectively, the "Unresolved Responses"), as a result of which the Reorganized Debtors have agreed to continue the hearing with respect to the Hamilton Claim and the Escambia Claim. Upon consideration, it is

ORDERED:

1. The Objection is sustained, as set forth below.

2.      The Westwego Claim and Jefferson Claims are disallowed in their entirety.

3.      The hearing to consider the Objection with respect to the Unresolved Responses is continued until further order of the Court upon the motion of any party in interest.

Dated this 4 day of October, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

583256