

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
October 4, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Motion for Order Determining that Debtors have Satisfied Allowed Cure Claims, as it relates to Claim No. 13265 filed by AIB Deltona, Inc. (Doc. 17417)

Response:    AIB Deltona, Inc. (17596)  w/D

AIB Deltona has withdrawn its objection to the Motion. The Reorganized Debtors will proceed with the hearing on the Motion.

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD
                         MATTHEW S. BARR

AIB DELTONA, INC:

RULING:  Granted.
         Order Signed