UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |

ORDER DETERMINING CURE CLAIM FILED BY
AIB DELTONA, LTD. HAS BEEN SATISFIED BY DEBTORS

These cases came before the Court for hearing on August 9, 2007, upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie"), on behalf of itself and its subsidiaries and affiliates, as reorganized debtors and debtors-in-possession (collectively, the "Debtors"), for entry of an order (i) deeming the cure claims listed on Exhibit A of the motion to be satisfied by the payments identified on Exhibit A of the motion, and (ii) authorizing Logan & Company, Inc., the court-approved claims agent in these cases (the "Claims Agent"), to mark such claims as satisfied (Docket No. 17417) (the "Motion"). An objection to the Motion was filed by AIB Deltona, Ltd. ("AIB") (Docket No. 17596). On August 14, 2007, the Court entered an order (Docket No. 17802) (i) granting the Motion, (ii) finding that the allowed cure claims listed on the exhibit to the order had been satisfied and (iii) continuing the hearing on the Motion

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

with respect to AIB's cure claim, Claim No. 13265. On October 4, 2007, AIB withdrew its objection to the Motion (Docket No. 18427). Upon consideration and finding proper notice of the Motion has been given, it is

ORDERED AND ADJUDGED THAT:

1.  The Motion is granted with respect to AIB's cure claim.

2.  Allowed Claim No. 13265 filed by AIB has been satisfied by the Debtors' payment of $11,043.68.

3.  The Claims Agent is authorized to mark allowed Claim No. 13265 as satisfied.

4.  The Court retains jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: October 4, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties served
with a copy of the Motion.

2

WD-Leases - order deeming AIB cure claim satisfied (00583142)