UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

**AGREED ORDER APPROVING STIPULATION WITH
DENISE SYDNOR LUU TO MODIFY THE PERMANENT INJUNCTION**

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively the "Debtors") for an order approving the Debtors' stipulation with Denise Sydnor Luu for modification of the permanent injunction. Based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Winn-Dixie Stores, Inc., Denise Sydnor Luu, G.W. Services, Inc. and Pine Plaza of Sunrise, Inc. to mediate their claims in the action styled as *Denise Sydnor Luu v. Winn-Dixie Stores, Inc., Pine Plaza of Sunrise, Inc. and G.W. Services, Inc.,* pending in the 17th Judicial Circuit Court, in and for Broward County, Florida, Case No. CACE 07 05947 (09) (the "State Court Action"). The parties may apply for an order in the State Court Action requiring mediation. Nothing in this Agreed Order shall be construed to permit or authorize any party to (i) take any other

action to prosecute a claim against any of the Debtors or (ii) prosecute any other claims or requests for any other form of relief against any of the Debtors.

2. Except as modified herein, the permanent injunction pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3. Denise Sydnor Luu shall notify the State Court that the State Court Action is subject to the permanent injunction of 11 U.S.C. §524 to the extent set forth herein.

4. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 4 day of October, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any interested party who has not received this order through the CM/ECF system and file a proof of service]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| STICHTER RIEDEL BLAIN & PROSSER, P.A. | SMITH HULSEY & BUSEY |
| By  *s/Amy Denton Harris**  <br>Amy Denton Harris | By   *s/ Leanne McKnight Prendergast*  <br>James H. Post<br>Leanne McKnight Prendergast |
| Florida Bar Number 634506<br>110 East Madison Street, Suite 200<br>Tampa, Florida 33602<br>(813) 229-0144<br>(813) 229-1811 (facsimile)<br>aharris@srbp.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Counsel for Denise Sydnor | Counsel for Reorganized Debtors |

\*Counsel has authorized the use of her electronic signature.

00581712.2