**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |

**MOTION TO CONTINUE
TRIAL SCHEDULED FOR NOVEMBER 2, 2007**

Winn-Dixie Stores, Inc. and its affiliates ("Winn-Dixie") move the Court for entry of an order continuing the trial on the Application for Allowance and Payment of Chapter 11 Administrative Expense ("Request for Administrative Expense") (Doc. No. 13348) filed by PECO Pallets, Inc. ("PECO") currently scheduled for November 2, 2007 at 9:00 a.m., and in support state:

1. On December 21, 2006, PECO filed its Request for Administrative Expense for expenses allegedly arising from a pre-petition contract with Winn-Dixie.

2. A status conference regarding the Request for Administrative Expense was held on August 9, 2007.

3. On August 13, 2007, the Court entered an order scheduling a trial on the Request for Administrative Expense for November 2, 2007 at 9:00 a.m. (Doc. No. 17789).

4. Winn-Dixie's has determined in the course of its discovery that, in the event any amounts are ultimately allowed on PECO's Request for Administrative Expense, Winn-Dixie will be entitled to contribution and/or indemnification from a third-party

2

corporation. Winn-Dixie, therefore, intends to implead the third-party corporation in this matter.

5. Impleading the third-party corporation will convert this matter into an adversary proceeding under Bankruptcy Rules 3007 and 7001. This matter will then be governed by Part VII of the Bankruptcy Rules, requiring new response and discovery deadlines, and ultimately, a new trial date.

6. To allow Winn-Dixie time to implead the third-party, Winn-Dixie requests that the trial of this matter be continued for a period of not less than 60 days from November 2, 2007.

7. The undersigned counsel has conferred with the counsel for PECO, and PECO consents to the relief sought in this motion.

WHEREFORE, Winn-Dixie requests an order from this Court continuing the trial on the Request for Administrative Expense for a period not less than 60 days from November 2, 2007.

Dated: October 5, 2007

                              SMITH HULSEY & BUSEY


                              By    */s/ Beau Bowin*
                                   Cynthia C. Jackson
                                   Beau Bowin

                              Florida Bar Number 792551
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              bbowin@smithhulsey.com

                              Counsel for the Reorganized Debtors

00580540                            2

<u>Certificate of Service</u>

I certify that the foregoing was furnished by the CM/ECF electronic notification system to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202, and all parties in interest entitled to receive such notification this 5th day of October, 2007.

*/s/ Beau Bowin*
Attorney
