**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and its affiliates, give notice of filing the attached Notice of Withdrawal of Administrative Expense Claim filed by Fain, Major & Brennan, P.C. (Doc. No. 13948).

Dated: October 5, 2007

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. [1] | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

COMES NOW, the law firm of FAIN, MAJOR & BRENNAN, Creditor in the within action, and files this Notice of Withdrawal of its Administrative Expense Claim stating that all amounts owing as submitted in Creditor's Motion for Allowance of Administrative Expense Claim, Exhibit A, have been fully satisfied.

FAIN, MAJOR & BRENNAN, P.C.

/s/ Gene A. Major
GENE A. MAJOR
Georgia Bar Number 466650
100 Glenridge Point Parkway
Suite 500
Atlanta, GA 30342
(404) 688-6633
(404) 420-1544 – (Facsimile)
Attorney for Fain, Major & Brennan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale DistrIbutors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was furnished by mail and/or electronically to the parties listed below this 5th day of October, 2007.

/s/ Gene A. Major_____
Gene A.. Major

WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
**Attn:** General Counsel
Telephone:(904) 783-5000
Facsimile:  (904) 783-5651

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Attn:  D.J. Baker, Esq.
Telephone:(212) 735-3000
Facsimile:  (212) 735-2000

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn:  Stephen D. Busey, Esq.
Telephone:(904) 359-7700
Facsimile:  (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY LLP
I Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq/Matthew S. Barr, Esq.
Telephone:(212) 530-5000
Facsimile; (212) *530-5219*