UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC. Et al**

**Debtors**

Case No. 05-03817-3FI

Chapter 11

Jointly Administered

NOTICE OF DISMISSAL

COMES NOW, Wilkins, Stephens & Tipton, P.A., and withdraws and/or dismisses its Application for Allowance of Administrative Expense filed on or about January 3, 2007, with prejudice.

RESPECTFULLY SUBMITTED, this the 8th day of October, 2007.

WILKINS, STEPHENS & TIPTON, P.A.

BY:   s/ Leland S. Smith
         Leland S. Smith (MSB# 7562)

*Of Counsel:*

WILKINS, STEPHENS & TIPTON, P.A.
4735 Old Canton Road (39211)
P. O. Box 13429
Jackson, Mississippi 39236-3429
(601) 366-4343 Telephone
(601) 981-7608 Facsimile

**CERTIFICATE OF SERVICE**

I, Leland S. Smith, do hereby certify that on October 8, 2007 I electronically filed the foregoing with the clerk of the Court using the ECF system which sent notification of such filing to the following: James Post, Esq. and Matthew Barr, Esq. and I hereby certify that I have mailed by United States mail, postage prepaid, a true and correct copy of the above and foregoing *Notice of Dismissal* to the following non-ECF participants: N/A.

                                                  s/ Leland S. Smith
                                                  LELAND S. SMITH