**UNITED STATES BANKRUPCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSNOVILLE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. | Chapter 11 |
| Reorganized Debtors | Jointly Administered |
| _____/ | |

**NOTICE OF REQUEST TO BE REMOVED FROM**
**COURT'S MAILING AND ELECTRONIC NOTIFICATION**

**PLEASE TAKE NOTICE** that the undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above-styled matter including, the electronic matrix in this case.

**Dated this 8th of October, 2007.**

                                          **ADORNO & YOSS LLP**

                By:  /s/ Mariaelena Gayo-Guitian
                      Mariaelena Gayo-Guitian, Esq.
                      Fla. Bar No. 0813818
                      350 East Las Olas Boulevard, Suite 1700
                      Ft. Lauderdale, FL 33301
                      Telephone: (954) 763-1200
                      Facsimile: (954) 766-7800
                      mguitian@adorno.com

                      *Attorneys for Adorno & Yoss LLP*

**CERTIFICATE OF ADMISSION AND SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

I HEREBY FURTHER CERTIFY that on this 8th day of October, 2007, a copy of the foregoing Notice of Request to be Removed from Mailing List was served upon all parties

CASE NO. 05-03817-3F1

registered CM/ECF participant who has consented to electronic notice, and the notice of electronic filing indicates that notice was electronically mailed to said party.

**ADORNO & YOSS LLP**

By:  /s/ Mariaelena Gayo-Guitian
Mariaelena Gayo-Guitian, Esq.
Fla. Bar No. 0813818
350 East Las Olas Boulevard, Suite 1700
Ft. Lauderdale, FL  33301
Telephone:  (954) 763-1200
Facsimile:   (954) 766-7800
mguitian@adorno.com

*Attorneys for Adorno & Yoss LLP*

{203323.0001/N0687198_1}