# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al,   Case No. 3:05-bk-03817-3F1

    Debtors.   Chapter 11 – Jointly Administered

_____/

## WITHDRAW OF APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM (POST-PETITION ATTORNEYS FEES AS STATE COURT COUNSEL FOR DEBTOR)

COMES NOW the Movant(s), **FRAZIER, HUBBARD, BRANDT, TRASK & YACAVONE, L.L.P.** ("Movant"), by undersigned counsel, and hereby withdraws its Application for Allowance of Administrative Claim (Post-Petition Attorneys Fees as State Court Counsel for Debtor), filed at Docket Number 14420, in the amount of $10,905.48.

/s/DENNIS J. LEVINE, ESQ.
DENNIS J. LEVINE, ESQ.
Fla. Bar No. 375993
DENNIS LeVINE & ASSOCIATES, P.A.
P.O. Box 707
Tampa, FL 33601-0707
(813) 253-0777
(813) 253-0975 (fax)
Attorneys for the Movant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Application for Allowance of Administrative Expense was furnished by electronic or standard mail to the parties listed below on this __8th__ day of October, 2007.

/s/DENNIS J. LEVINE, ESQ.

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

James H. Post, Esq.
Smith Hulsey & Busey
225 Water St., Suite 1800
Jacksonville, FL 32202

Matthew Barr, Esq.
Milbank, Tweed, et al
1 Chase Manhattan Plaza
New York, NY 10005