UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## NOTICE OF REQUEST TO BE REMOVED FROM COURT'S MAILING AND ELECTRONIC NOTIFICATION

Please take Notice that undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above styled matter, including the electronic matrix.

> ANTHONY F. SANCHEZ, P.A.
> Attorneys for Wah Hong Go
> Alfred I. DUPont Building
> 169 E. Flagler Street, Suite 1500
> Miami, Florida 33131
> Tel:  (305) 577-9903
> Fax:  (305) 577-6121
> Email:  afspalaw@aol.com
>
> By:   /s/ Anthony F. Sanchez
>        ANTHONY F. SANCHEZ
>        Florida Bar No. 0789925

### Certificate of Service

I hereby certify that service of the foregoing was made this 9th day of October, 2007 via CM/ECF Noticing upon all parties who are registered and have consented to electronic noticing.

> By:   /s/ Anthony F. Sanchez
>        ANTHONY F. SANCHEZ
>        Florida Bar No. 0789925