# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WIN DIXIE STORES, INC., et al.    Case No. 05-03817-3F1

      Debtors.    Chapter 11 – Jointly Administered

_____/

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

Please take notice that K. Travis Berry, of the law firm of Butler Pappas Weihmuller Katz Craig LLP and counsel for claimant, The Hartford a/s/o Maxine Powell-Dacosta, should be removed from all service lists.

Dated this 8th day of October, 2007.

                /s/ K. Travis Berry, Esquire
                DENISE M. ANDERSON, ESQUIRE
                Florida Bar No. 0029602
                K. TRAVIS BERRY, ESQUIRE
                Florida Bar No.: 0295190
                Butler Pappas Weihmuller Katz Craig LLP
                One Harbour Place, Suite 50
                777 S. Harbour Island Blvd.
                Tampa, FL 33602
                Phone: (813) 281-1900
                Fax: (813) 281-0900
                kberry@butlerpappas.com
                danderson@butlerpappas.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic or standard mail to the parties listed below on this 8th day of October, 2007.

James H. Post, Esquire
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202
jpost@smithhulsey.com
(Co-Counsel for the Reorganized Debtors)

Matthew Barr, Esquire
MILBANK, TWEED, HADLEY & MCCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
mbarr@milbank.com
(Counsel for the Post-Effective Date)

      /s/ K. Travis Berry, Esquire
      K. TRAVIS BERRY, ESQUIRE