**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors | ) | Jointly Administered |

**NOTICE OF REQUEST TO BE REMOVED FROM COURT'S
MAILING AND ELECTRONIC NOTIFICATION**

Please take notice that undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above styled matter, including the electronic matrix.

Respectfully submitted this 10th day of October, 2007.

/s/ Aaron J. Luck
Aaron J. Luck (LUC014)

OF COUNSEL:
McPhillips Shinbaum, L.L.P.
516 S. Perry Street  (36104)
P.O. Box 64
Montgomery, AL  36101-0064
Phone 334/262-1911
Facsimile 334/263-2321

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was made this 10th day of October, 2007 via CM/ECF Noticing upon all parties who are registered and have consented to electronic noticing.

/s/ Aaron J. Luck
Aaron J. Luck (LUC014)