UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Olga Aguerrebere [Docket No. 18348] was furnished by mail on October 10, 2007 to Olga Aguerrebere c/o Jonathan R. Friedland, Esq., 9130 South Dadeland Blvd., Suite 1609, Miami, Florida 33156.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785