UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
                    Reorganized Debtors.       )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Elouise Campbell [Docket No. 18325] was furnished by mail on October 10, 2007 to

Elouise Campbell c/o Ryan Degraffenried & Associates, LLC, 1300 McFarland Blvd.,

N.E., Suite 350, Tuscaloosa, Alabama 35406.

Dated:  October 10, 2007

SMITH HULSEY & BUSEY

By      s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785