UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                          Chapter 11
       Reorganized Debtors.            )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Gloria Negron [Docket No. 18305] was furnished by mail on October 10, 2007 to Gloria Negron c/o Jason B. Chalik, Esq., Chalik & Chalik, P.A., 10063 NW 1st Court, Plantation, Florida 33324.

Dated: October 10, 2007

                                              SMITH HULSEY & BUSEY

                                              By     s/ James H. Post
                                                    Stephen D. Busey
                                                    James H. Post (FBN 175460)
                                                    Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida 32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00569785