UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,     )          Case No. 05-03817-3F1
                                                         Chapter 11
         Reorganized Debtors.              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Eliana Penuela [Docket No. 18343] was furnished by mail on October 10, 2007 to Eliana Penuela c/o Marc Anidjar, Esq., 330 S.W. Davie Blvd., Fort Lauderdale, Florida 33315.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By      s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785