UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                    Chapter 11
        Reorganized Debtors.               )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Jeanne Celli [Docket No. 18447] was furnished by mail on October 10, 2007 to Jeanne Celli c/o Chrislie Lopez, Esq., 903 North Main Street, Kissimmee, Florida 34744.

Dated: October 10, 2007

                                        SMITH HULSEY & BUSEY


                                        By      s/ James H. Post
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00569785