Hearing Date:   November 1, 2007, 1:30 p.m.
Objection Deadline:  October 25, 2007, 4:00 p.m.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No.  05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |

## REORGANIZED DEBTORS' MOTION FOR ORDER
## AUTHORIZING AND DIRECTING RELEASE OF ESCROWED FUNDS

Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") move the Court for entry of an order authorizing and directing UMB Bank, N.A., as escrow agent, to release monies owed to the Reorganized Debtors, and in support state:

1. On August 18, 1989, Winn-Dixie Louisville, Inc. ("W-D Louisville"), an affiliate of Winn-Dixie Stores, Inc., entered into a lease of real property located at 181 South Highway 27, Somerset, Kentucky, known as Store No. 1602 (the "Lease").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2. On October 29, 2004, Winn-Dixie Charlotte, Inc. ("W-D Charlotte"), an affiliate of Winn-Dixie Stores, Inc., subleased Store No. 1602 (the "Sublease") to J & J Supermarkets – KY, L.L.C. ("J & J").

3. On October 29, 2004, Winn-Dixie Stores, Inc. and three of its affiliates, including W-D Charlotte (collectively, "Winn-Dixie"), entered into an escrow agreement with J & J and UMB Bank (the "Escrow Agreement"), pursuant to which Winn-Dixie delivered $31,597.23 (the "Escrow Funds") to UMB Bank in connection with the Sublease.

4. Prior to the filing of these bankruptcy cases, W-D Louisville and W-D Charlotte were merged into Winn-Dixie Raleigh, Inc., one of the Reorganized Debtors.

5. On December 8, 2005, this Court entered an order authorizing the rejection of leases and subleases and the abandonment of related personal property (Docket No. 4531). By its order, the Reorganized Debtors rejected the Lease and Sublease.

6. Pursuant to the Reorganized Debtors' confirmed Plan of Reorganization, the Escrow Agreement was rejected as of November 21, 2006.

WHEREFORE, based upon the foregoing, the Reorganized Debtors request that the Court enter an order (i) authorizing and directing UMB Bank to disburse the Escrow Funds to the Reorganized Debtors within ten days of entry of an order approving this motion and (ii) authorizing the Reorganized Debtors to take any actions necessary to facilitate such disbursement, including acknowledging receipt

of the funds and (iii) granting such other and further relief as the Court deems just and proper.

Dated: October 10, 2007

                                                  SMITH HULSEY & BUSEY

                                                  By     *s/ Cynthia C. Jackson*
                                                          Stephen D. Busey
                                                          James H. Post
                                                          Cynthia C. Jackson

                                                Florida Bar Number 498882
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                cjackson@smithhulsey.com

                                                Counsel for Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished by mail and by facsimile to Jerry Garland, Associated Wholesale Grocers, Inc., 5000 Kansas Avenue, Kansas City, Kansas 66110, Jan T. Harbort, J & J Supermarkets – KY, L.L.C., 916A Lafayette Road, Rossville, Georgia 30741, George M. Johnson, P.C., 215 High Lea Road, Brentwood, Tennessee 37027 and UMB Bank, N.A., Corporate Trust Department, 2401 Grand Boulevard, Suite 200, Kansas City, Missouri 64106, this 10th day of October, 2007.



                                                *s/ Cynthia C. Jackson*
                                                       Attorney

00578807.3