UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         )          Chapter 11
        Reorganized Debtors.                )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Talvia Gardner [Docket No. 18346] was furnished by mail on October 10, 2007 to Talvia Gardner c/o Michael K. Houtz, Esq., Morgan & Morgan, 101 East Kennedy Blvd., Suite 1790, Tampa, Florida 33602.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By  _____s/ James H. Post_____
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785