UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )
                                                )
WINN-DIXIE STORES, INC., et al.,                )    Case No. 05-03817-3F1
                                                )    Chapter 11
            Reorganized Debtors.                )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Audrey Jackson [Docket No. 18302] was furnished by mail on October 10, 2007 to Audrey Jackson, 320 N. Carrollton Ave., Suite 200, New Orleans, Louisiana 70119.

Dated: October 10, 2007

                                    SMITH HULSEY & BUSEY


                                    By      s/ James H. Post
                                         Stephen D. Busey
                                         James H. Post (FBN 175460)
                                         Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00569785