UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )      Case No. 05-03817-3F1
                                                         Chapter 11
          Reorganized Debtors.             )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Amelia Lixie [Docket No. 18446] was furnished by mail on October 10, 2007 to Amelia Lixie c/o Daniel Maier, Esq., 915 Middle River Drive, Sixth Floor, Fort Lauderdale, Florida 33304.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Jeanne Celli [Docket No. 18447] was furnished by mail on October 10, 2007 to Jeanne Celli c/o Chrislie Lopez, Esq., 903 North Main Street, Kissimmee, Florida 34744.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By   s/ James H. Post
  Stephen D. Busey
  James H. Post (FBN 175460)
  Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )        Case No. 05-03817-3F1
                                               Chapter 11
        Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Gloria Negron [Docket No. 18305] was furnished by mail on October 10, 2007 to Gloria Negron c/o Jason B. Chalik, Esq., Chalik & Chalik, P.A., 10063 NW 1st Court, Plantation, Florida 33324.

Dated: October 10, 2007

                                           SMITH HULSEY & BUSEY

                                           By     *s/ James H. Post*
                                                Stephen D. Busey
                                                James H. Post (FBN 175460)
                                                Cynthia C. Jackson

                                           225 Water Street, Suite 1800
                                           Jacksonville, Florida 32202
                                           (904) 359-7700
                                           (904) 359-7708 (facsimile)
                                           jpost@smithhulsey.com

                                           Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Laura Morton and James Morton [Docket No. 18344] was furnished by mail on October 10, 2007 to Laura Morton and James Morton c/o John Malkowski, Esq., Kennedy Law Group, 5100 West Kennedy Blvd., Suite 100, Tampa, Florida 33609.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Eleigh Murray [Docket No. 18304] was furnished by mail on October 10, 2007 to Eleigh Murray c/o Anthony B. White, Esq., Botsfield & White, LLC, 3595 Sheridan Street, Suite 208, Hollywood, Florida 33021.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By   s/ James H. Post
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Olga Aguerrebere [Docket No. 18348] was furnished by mail on October 10, 2007 to Olga Aguerrebere c/o Jonathan R. Friedland, Esq., 9130 South Dadeland Blvd., Suite 1609, Miami, Florida 33156.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By  s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )       Case No. 05-03817-3F1
                                                    Chapter 11
          Reorganized Debtors.          )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Talvia Gardner [Docket No. 18346] was furnished by mail on October 10, 2007 to Talvia Gardner c/o Michael K. Houtz, Esq., Morgan & Morgan, 101 East Kennedy Blvd., Suite 1790, Tampa, Florida 33602.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                               )     Chapter 11
        Reorganized Debtors.        )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Clarita Metrejean [Docket No. 18345] was furnished by mail on October 10, 2007 to Clarita Metrejean c/o Jay A. Parker, Esq., Marks & Lear, 301 St. Charles Street, Baton Rouge, Louisiana 70802.

Dated: October 10, 2007

                                               SMITH HULSEY & BUSEY


                                               By      s/ James H. Post
                                                      Stephen D. Busey
                                                      James H. Post (FBN 175460)
                                                      Cynthia C. Jackson

                                               225 Water Street, Suite 1800
                                               Jacksonville, Florida 32202
                                               (904) 359-7700
                                               (904) 359-7708 (facsimile)
                                               jpost@smithhulsey.com

                                               Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Gertrude Carran [Docket No. 18347] was furnished by mail on October 10, 2007 to Gertrude Carran c/o Gerald Lefebvre, Esq., 1910 South Parrott Ave., Okeechobee, Florida 34974.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )      Case No. 05-03817-3F1
                                               Chapter 11
           Reorganized Debtors.       )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Eliana Penuela [Docket No. 18343] was furnished by mail on October 10, 2007 to Eliana Penuela c/o Marc Anidjar, Esq., 330 S.W. Davie Blvd., Fort Lauderdale, Florida 33315.

Dated: October 10, 2007

                              SMITH HULSEY & BUSEY


                              By      s/ James H. Post
                                   Stephen D. Busey
                                   James H. Post (FBN 175460)
                                   Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                      Chapter 11
          Reorganized Debtors.         )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Jairo Roendon [Docket No. 18342] was furnished by mail on October 10, 2007 to Jairo Roendon c/o Robert Rubenstein, Esq., 9350 South Dixie Hwy, Suite 1110, Miami, Florida 33156.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                         )     Chapter 11
       Reorganized Debtors.            )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Audrey Jackson [Docket No. 18302] was furnished by mail on October 10, 2007 to Audrey Jackson, 320 N. Carrollton Ave., Suite 200, New Orleans, Louisiana 70119.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By     _s/ James H. Post_
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785