UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,   )      Case No. 05-03817-3F1
                                                          Chapter 11
         Reorganized Debtors.          )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Edward Meiniger and Malisia Meiniger [Docket No. 18303] was furnished by mail on October 10, 2007 to Edward Meiniger and Malisia Meiniger c/o Jeffrey D. Kirby, Esq., Goldman, Daszkal, Cutler, Bolton & Kirby, 1630 West Hillsboro Blvd., Deerfield Beach, Florida 33442.

Dated: October 10, 2007

SMITH HULSEY & BUSEY

By    s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785