UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                             Chapter 11
       Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Clarita Metrejean [Docket No. 18345] was furnished by mail on October 10, 2007 to Clarita Metrejean c/o Jay A. Parker, Esq., Marks & Lear, 301 St. Charles Street, Baton Rouge, Louisiana 70802.

Dated: October 10, 2007

                                                          SMITH HULSEY & BUSEY

                                                          By      *s/ James H. Post*
                                                              Stephen D. Busey
                                                              James H. Post (FBN 175460)
                                                              Cynthia C. Jackson

                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida 32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        jpost@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00569785