UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )       Case No. 05-03817-3F1
                                                   Chapter 11
                    Reorganized Debtors.   )       Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Eleith Murray [Docket No. 18304] was furnished by mail on October 10, 2007 to Eleith Murray c/o Anthony B. White, Esq., Botsfield & White, LLC, 3595 Sheridan Street, Suite 208, Hollywood, Florida 33021.

Dated:  October 10, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785