# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 – Jointly Administered |
| ) | |
| Debtor(s) ) | |

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

Please take notice that Benjamin A. Kahn of the law firm of Nexsen Pruet Adams Kleemeier, PLLC and counsel for Jefferson-Pilot Life Insurance Company should be removed from all service lists.

This the 11th day of October, 2007.

                                          /s/ Benjamin A. Kahn
                                        Benjamin A. Kahn
                                        N. C. State Bar No. 20004
                                        Attorney for Jefferson-Pilot Life Insurance Company

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

NPGBO1:905003.1-

## CERTIFICATE OF SERVICE

      I hereby certify that on October 11, 2007, I filed the foregoing Notice of Request for Removal From Electronic Service List through the CM/ECF filing system, which will send a notice of electronic filing to be served on all parties participating in the CM/ECF System including:

      James H. Post, Esq.
      Smith Hulsey & Busey
      225 Water St., Ste. 1800
      Jacksonville, FL 32202
      Counsel for Reorganized Debtors


      /s/ Benjamin A. Kahn
      Benjamin A. Kahn
      N. C. State Bar No. 20004
      bkahn@nexsenpruet.com
      Attorney for Jefferson-Pilot Life Insurance Company

OF COUNSEL:

NEXSEN PRUET ADAMS KLEEMEIER, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC 27402
(336) 373-1600

NPGBO1:905003.1-