UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                                             Chapter 11
    Reorganized Debtors.                        )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Order on Omnibus Objection to Administrative Tax Claims (Docket No. 18441) was furnished by mail and/or electronically on October 5, 2007 to the parties listed on the attached Exhibit A.

Dated: October 11, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By    *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray<br><br>Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com<br><br>Co-Counsel for Reorganized Debtors | By    *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    Cynthia C. Jackson<br><br>Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com<br><br>Co-Counsel for Reorganized Debtors |

00583524

EXHIBIT A

| | |
|---|---|
| Hamilton County, Tennessee<br>c/o Scott N. Brown, Jr., Esq.<br>Spears, Moore, Rebman & Williams, P.C.<br>801 Broad Street, Sixth Floor<br>P.O. Box 1749<br>Chattanooga, Tennessee  37401-1749 | Office of Tax Collector, City of Westwego, Louisiana<br>c/o Rudy Cerone, Esq.<br>McGlinchey Stafford<br>643 Magazine Street<br>New Orleans, Louisiana  70130<br>rcerone@mcglinchey.com |
| Janet Holley<br>Escambia County Tax Collector<br>213 Palafox Place<br>P.O. Box 1312<br>Pensacola, Florida  32591 | Office of Tax Collector, City of Westwego, Louisiana<br>c/o Dennis J. Levine, Esq.<br>P.O. Box 707<br>Tampa, Florida  33601-0707 |
| Teresa Brakefield<br>Senior Accountant<br>Jefferson County Tax Collector<br>716 Richard Arrington Jr. Blvd. N.<br>Room 160 Courthouse<br>Birmingham, Alabama  35203 | Grover Dunn<br>Assistant Tax Collector<br>Bessemer Division<br>P.O. Box 1190<br>Bessemer, Alabama  35021-1290 |

00583524