UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )    Case No. 05-03817-3F1
                                               )    Chapter 11
        Reorganized Debtors.                   )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Order Reconsidering and Disallowing Claim Number 13401 Filed by Tausha Jones (Docket No. 18432) was furnished by mail on October 5, 2007 to Tasha Jones, c/o Fred R. DeFrancesch, Esq., P.O. Box 1566, LaPlace, Louisiana 70069.

Dated: October 11, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By   *s/ James H. Post*<br>    Stephen D. Busey<br>    James H. Post<br><br>Florida Bar Number 175460 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>jpost@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00583521