UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |

## ORDER CONTINUING TRIAL SCHEDULED FOR NOVEMBER 2, 2007

This case is before the Court upon the motion of Winn-Dixie and its affiliates ("Winn-Dixie") to continue the trial on the Application for Allowance and Payment of Chapter 11 Administrative Expense filed by PECO Pallets, Inc. currently scheduled for November 2, 2007 at 9:00 a.m. It is,

ORDERED:

1. The motion is granted.

2. The trial on this matter currently scheduled for November 2, 2007 is continued until FEBRUARY 21, 2008 AT 1:30 P.M.

Dated this 11 day of October, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.

00580557