**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **November 1, 2007 at 1:30 p.m. (prevailing Eastern time),** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements, as it relates to claim numbers 10076 and 10090 filed by CapMark Services, Inc., as authorized agent of Swiss Re Asset Management (Americas), Inc., f/k/a Swiss Re Investors, Inc., as agent of Reassure America Life Insurance Company, successor-in-interest to Royal Maccabees Life Insurance Company (Docket No. 12281).

Only objections filed with the Court so as to be received by **October 25, 2007** and served on Smith Hulsey & Busey, Attn: Cynthia C. Jackson, Esq., 225 Water Street, Suite 1800,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Jacksonville, Florida  32202, via email at cjackson@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  October 11, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   *s/ D. J. Baker*<br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*<br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson, F.B.N. 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

**Certificate of Service**

I certify that a copy of this document has been furnished by mail and/or electronically to Wendy Simkulak, Esq., Duane Morris LLP, 30 South 17th Street, Philadelphia, Pennsylvania 19103-4196, Gene McPherson, Capital Crossing, A Division of Lehman Brothers Bank, FSB, 101 Summer Street, Boston, Massachusetts 02110, and Charlotte Kollin, Vice President of Asset Management, Capmark Finance, Inc., Three Ravinia Drive, Suite 200, Atlanta, Georgia 30346, this 11th day of October, 2007.

                                          *s/ Cynthia C. Jackson*
                                              Attorney

584348