United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

**MATTIE V. DeKOSTER and**      CASE NO.: 05-03817-3F1
**DONALD DeKOSTER,**

         **Claimants.**

vs.

**WINN DIXIE STORES,**
**INC., a Florida corporation, et al.**

         **Debtors.**
_____/

F I L E D
JACKSONVILLE, FLORIDA

OCT 1 1 2007

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

### Interrogatories to Debtors

Comes now, Mattie V. DeKoster, unsecured litigant claimant in this proceeding, by and through her undersigned attorney, and serves this Interrogatories on the Debtor, Winn Dixie Stores, Inc., et al. pursuant to Rule 7033-1 of the U.S. Bankruptcy Court for the Middle District of Florida and Rule 34(a) and (b) Fed.R.Civ.P. and serves these interrogatories on the claimant's undersigned attorney to be answered and served on the claimant's undersigned counsel within 30 days from receipt of these Interrogatories:

1. What is the name and address of each person who was present on behalf of the buyers and the sellers when any and all documents were signed, transferred, conveyed or delivered involving the sale of the stock and/or assets of Save Rite Grocery Warehouse, Inc. Prior to the filing of a Petition in Bankruptcy by the Debtors?

2. What was the physical location where the closing of the sale of the stock and/or any assets of Save Rite Grocery Warehouse, Inc. occurred prior to the filing of the Petition in Bankruptcy referred to above?

3. On what date did any of the aforementioned transactions or closings occur?

4. Who were the stockholders of Save Rite Grocery Warehouse, Inc. prior to the sale of any stock or assets to Winn Dixie Stores, Inc. or any other entity included as a debtor in this Bankruptcy proceeding?

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this 28 day of September, 2007, to Sally McDonald Henry, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 and Leanne Prendergast, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.

JACK B. NICHOLS, ESQUIRE
Florida Bar No.: 095141
801 N. Magnolia Avenue, Suite 414
Orlando, Florida 32803
(407)841-8823; Facsimile: (407)849-5238
Attorney for Plaintiffs