United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

**MATTIE V. DeKOSTER and**     CASE NO.: 05-03817-3F1
**DONALD DeKOSTER,**

FILED
JACKSONVILLE, FLORIDA
OCT 1 1 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

         **Claimants.**

vs.

**WINN DIXIE STORES,
INC., a Florida corporation, et al.**

         **Debtors.**
_____/

## Request to Produce

Comes now, Mattie V. DeKoster, unsecured litigant claimant in this proceeding, by and through her undersigned attorney, and serves this Request to Produce on the Debtor, Winn Dixie Stores, Inc., et al. pursuant to Rule 7033-1 of the U.S. Bankruptcy Court for the Middle District of Florida and Rule 34(a) and (b) Fed.R.Civ.P. and demands that responses to these Request to Produce be served on the claimant's undersigned attorney within 30 days from receipt of this Request to Produce:

1. Produce any and all documentation of any kind or type in the possession and control of Winn Dixie Stores, Inc. and any of its subsidiaries who are named as debtors in this proceeding which evidences the date, place and consideration paid for the sale or transfer of any stock or the sale or transfer of any asset of the Florida Corporation known as Save Rite Grocery Warehouse, Inc. to Winn Dixie Stores, Inc. or to any subsidiaries listed as debtors in this Chapter 11 Bankruptcy prior to the date the Petition in Bankruptcy was filed in this action.

2. Produce copies of any documents, drafts, checks or contracts which evidence the date and the amount of consideration which was paid for the for the stock and/or the assets of Save Rite Grocery Warehouse, Inc. and the names and addresses of all parties involved in any such transaction.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this 28 day of September, 2007, to Sally McDonald Henry, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 and Leanne Prendergast, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.

JACK B. NICHOLS, ESQUIRE
Florida Bar No.: 095141
801 N. Magnolia Avenue, Suite 414
Orlando, Florida 32803
(407)841-8823; Facsimile: (407)849-5238
Attorney for Plaintiffs