|  |  |
|---|---|
| | United States Bankruptcy Court<br>Middle District of Florida<br>Jacksonville Division |
| MATTIE V. DeKOSTER and<br>DONALD DeKOSTER, | CASE NO.: 05-03817-3F1 |
| Claimants. | |
| vs. | |
| WINN DIXIE STORES,<br>INC., a Florida corporation, et al. | |
| Debtors.<br>_____/ | |

FILED
JACKSONVILLE, FLORIDA
OCT 11 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## Request to Admit

Comes now, Mattie V. DeKoster, unsecured litigant claimant in this proceeding, by and through her undersigned attorney, and serves this Request to Admit on the Debtor, Winn Dixie Stores, Inc., pursuant to Rule 7033-1 of the U.S. Bankruptcy Court for the Middle District of Florida and Rule 34(a) and (b) Fed.R.Civ.P. and demands that responses be served on the undersigned attorney for this claimant to this Request to Admit within 30 days from receipt of this Request to Admit:

1.  Admit that the Florida Corporation, Save Rite Grocery Warehouse, Inc., is not named as a Debtor in the Pleadings which have been filed with the Bankruptcy Court or in any Pleadings served on the unsecured creditors including Mattie V. DeKoster in this Chapter 11 Bankruptcy proceeding.

    Response:

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this 28 day of September, 2007, to Sally McDonald Henry, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036 and Leanne Prendergast, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.

JACK B. NICHOLS, ESQUIRE
Florida Bar No.: 095141
801 N. Magnolia Avenue, Suite 414
Orlando, Florida  32803
(407)841-8823; Facsimile: (407)849-5238
Attorney for Plaintiffs