**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**OBJECTION TO CLAIM TRANSFER**
**FILED AFTER NOVEMBER 15, 2006, 5:00 P.M. ET,**
**DISTRIBUTION RECORD DATE (DOCKET NO. 18414)**

To:   Modern Woodmen of America, Transferee
      Schwartz Family Trust, Transferor

Winn-Dixie Stores, Inc. and its reorganized affiliates (the "Debtors") object to the transfer of claim evidenced at docket no. 18414 (the "Transfer"), which Transfer was filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Pursuant to the Plan, the Transfer is of no force and effect and will not be recognized in making distributions, if any, on account of the claim subject to such Transfer.

Dated: October 12, 2007

                                      SMITH HULSEY & BUSEY


                                      By    *s/ Leanne McKnight Prendergast*
                                            Stephen D. Busey
                                            James H. Post
                                            Leanne McKnight Prendergast

                                      Florida Bar Number 59544
                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida  32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      lprendergast@smithhulsey.com

                                      Counsel for Reorganized Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

584388