UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: <br><br> WINN-DIXIE STORES, INC., *et al.*, <br><br> Debtors. | Case No.: 3-05-bk-03817 (JAF) <br><br> Chapter 11 <br><br> Jointly Administered |

**NOTICE OF HEARING ON RENEWED MOTION OF JANET SCOTT TO DEEM APPLICATION FOR ADMINISTRATIVE EXPENSE TIMELY FILED**
*(Related Docket Event Number 17597)*

PLEASE TAKE NOTICE that the hearing is scheduled for November 1, 2007 at 1:30 p.m. (prevailing Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Renewed Motion of Janet Scott to Deem Application for Administrative Expense Timely Filed (Doc. No. 17597).

Dated: October 12, 2007

                                                        WILCOX LAW FIRM

                                                        /s/ Brett A. Mearkle
                                                        Robert D. Wilcox
                                                        Fla. Bar No. 755168
                                                        Brett A. Mearkle
                                                        Fla. Bar. No 644706
                                                        6817 Southpoint Parkway
                                                        Suite 1202
                                                        Jacksonville, Florida 32216

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2007, I filed the foregoing Notice of Hearing on **Renewed Motion of Janet Scott to Deem Application for Administrative Expense Timely Filed** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq. and Leanne McKnight Prendergast, Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ Brett A. Mearkle
Brett A. Mearkle