IN THE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No.:3:05-bk-3817-JAF

WINN-DIXIE STORES, INC., et al.,  Chapter 11

        Debtors.  Jointly Administered

_____

**NOTICE OF CHANGE OF ADDRESS OF JPMORGAN CHASE BANK, N.A.**

PLEASE TAKE NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, JPMorgan Chase Bank, N.A. hereby requests that copies of all notices and other papers in this case be sent to:

        JPMORGAN CHASE BANK, N.A.
        4 New York Plaza, Floor 16
        New York, NY 10004-2413
        Attn: Neema Veluvolu
        (212) 623-1979
        (646) 792-3855 (fax)

Dated: New York, New York
       October 12, 2007

        **JPMORGAN CHASE BANK, N.A.**

        By: _/s/ Howard Grossman_____
        Title: Vice President and Assistant General Counsel

NY-560775 v1