UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No. 05-03817-3F1

WINN-DIXIE STORIES, INC., et al.,             Chapter 11

Reorganized Debtors                            Jointly Administered

## APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR POST-PETITION PERSONAL INJURY CLAIMANT

Movant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM") and CARIDAD COSTA, by and through its undersigned attorney, and pursuant to 11 U.S.C. §503, respectfully request this Court enter an Order approving this application for payment of administrative expense claim against the Estate, and to authorize payment of this claim (the "Application"), and in support thereof state as follows:

1. On February 21, 2005, the Debtors filed Voluntary Petitions under Chapter 11 of the U.S. Bankruptcy Code in the Southern District of New York and were transferred to this Court on April 13, 2005.

2. On November 9, 2006, this Court entered an Order confirming Debtors' Joint Plan of Reorganization (the "Confirmation Order")[CP #12440].

3. The Confirmation Order provides that pursuant to Section 12.1 of Debtors' Joint Plan of Reorganization (the "Plan"), the deadline for filing requests for payment of post-petition administrative claims is January 5, 2007 (the "Administrative Claims Bar Date").

4. On October 21, 2006, Movant, STATE FARM, insured Caridad Costa, whose vehicle was damaged when its undercarriage struck debris from the blowout of a tire on a vehicle owned by Winn Dixie and operated by Veon Powell on State Road 93 in Collier County, Florida.

5. State Farm was required to pay $2,499.45 for repairs to Costa's vehicle, and Costa had a $500.00 deductible. State Farm was also required to pay $222.55 for rental of a temporary replacement vehicle for Costa, which makes a total loss for State Farm and Costa in the sum of $3,222.00.

6. The Court may award an administrative expense priority under §503(b) for the "actual, necessary costs and expenses of preserving the estate..." 11 U.S.C. §503(b)(1).

7. Damages arising from a post-petition tort committed by a debtor are entitled to administrative expense status.

8. The Movants, STATE FARM and COSTA, respectfully request the Court enter an Order allowing this post-petition administrative expense claim.

9. In accordance with the Confirmation Order and Section 12.1 of the Plan, the Movants have served a copy of the Application on counsel for the Reorganized Debtors and the Post-Effective Date Committee.

WHEREFORE, the Movants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and CARIDAD COSTA, request that this Court enter an Order (1) deeming the administrative claim asserted by the Movants as a timely assertion of an administrative claim subject to liquidation by either consent of the parties or a court of competent jurisdiction; (2) requiring the Debtors to pay the administrative expense

claim immediately upon entry of an order allowing the claim; and (3) granting any such further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing has been furnished by U.S. Mail to the parties identified below on this 15th day of October, 2007.

Counsel for Reorganized Debtors
JAMES POST, ESQUIRE
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Counsel for Reorganized Debtors
D.J. BAKER, ESQUIRE
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036

United States Trustee's Office
135 West Central Boulevard, Suite 620
Orlando, FL 32801

Counsel for Post-Effective Date Committee
MATTHEW BARR, ESQUIRE
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Co-Counsel for Post-Effective Date Committee
JOHN B. MACDONALD, ESQUIRE
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Winn-Dixie Stores, Inc.
5050 Edgewood Street
Jacksonville, FL 32254-3699

NEIL E. POLSTER, ESQUIRE
Florida Bar #239879
13907 N. Dale Mabry Hwy. #101
Tampa, Florida 33618
Phone: (813) 931-5850
Attorney for Movants

**OUR FILE #2006-210**