UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING INTERROGATORIES TO DEBTORS, REQUEST TO PRODUCE AND REQUEST TO ADMIT

The Court finds that the Interrogatories to Debtors, Request to Produce and Request to Admit filed by Jack B. Nichols on behalf of Mattie V. DeKoster on October 11, 2007 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Interrogatories to Debtors, Request to Produce and Request to Admit filed by Jack B. Nichols on behalf of Mattie V. DeKoster on October 11, 2007 are stricken from the record.

**DATED October 15, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Sally McDonald Henry, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036
Leanne Prendergast, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202
Jack B. Nichols, 801 N. Magnolia Ave., Suite 414, Orlando, FL 32803