UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

# NOTICE OF OPPOSITION TO DISALLOWANCE OF SRIVERA E. COBB'S WORKERS COMPENSATION JUDGMENT AGAINST WINN-DIXIE STORES, INC.

COMES NOW Srivera E. Cobb, pro se, and hereby notifies this Honorable Court of her opposition to disallow her claim and would show as follows:

1. Creditor Srivera E. Cobb recently learned that Winn-Dixie Stores, Inc., et al., intended to disallow her Workers Compensation Judgment in a "Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Claimants' Asserted Rights to Workers Compensation Benefits".

2. On Exhibit A to the Notice, it was noted that Winn-Dixie Stores, Inc., et al., is seeking to disallow its Workers Compensation obligation to Srivera E. Cobb, Claim No. 5381, in the amount of $388,679.04, based upon an erroneously stated reason of, "No liability – disputed claim; reclassify to un-secure non-priority." **The reason stated is not correct**.

3. Srivera E. Cobb filed a Questionnaire with Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, NJ 07043, which clearly indicated that Winn-Dixie Stores, Inc., was legally liable to Ms. Cobb for her Workers Compensation benefits pursuant to a Judgment entered in the Circuit Court of Elmore

County, Alabama (Case No. CV-2000-107), dated December 14, 2000. In said Judgment, it was judicially determined that Winn-Dixie has a continuing obligation for the life of Ms. Cobb to pay weekly compensation in the amount of $181.24 along with continuing to provide medical care for her on-the-job injuries which served as the basis of her Workers Compensation claim (see attached Exhibit "A", Questionnaire for Litigation Claimants with attached Judgment). Consequently, liability has been determined and this claim is no longer disputed. Winn-Dixie did not appeal and, in fact, has been paying regularly Ms. Cobb pursuant to this Judgment since it was entered in December, 2000.

4. Creditor Srivera E. Cobb believes her name was added by mistake to the list and should be withdrawn. Creditor Srivera E. Cobb is almost certain that she filed a Proof of Claim in this matter in May, 2005.

WHEREFORE, the premises considered, Creditor Srivera E. Cobb, Claim No. 5381, respectfully requests this Honorable Court to allow her claim to remain as a secured priority claim, and such further relief as the Court deems just and proper in the premises.

_____
SRIVERA E. COBB
260 Turner Road
Wetumpka, AL 36092

I certify that I am serving a copy of this response to attorneys for Debtor, SMITH HULSEY & BUSEY, Attn: Leanne McKnight Prendergast, 225 Water Street #1800, Jacksonville, FL 32201, by U.S. mail this 11 day of October, 2007.

_____
SRIVERA E. COBB, Creditor

96WC106 Cobb Opp

2

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>            Debtors. | Chapter 11<br><br>Case No. 05-03817-3F1<br><br>(Jointly Administered) |

## QUESTIONNAIRE FOR LITIGATION CLAIMANTS

**WARNING:**
IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED WITHIN 30 DAYS OF THE POSTMARK DATE ON THE ENVELOPE IN WHICH THIS QUESTIONNAIRE WAS MAILED TO YOU (THE "QUESTIONNAIRE DUE DATE"), THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.

### PART A - NOTICE

**Purpose of this Notice**

According to court records, you filed a proof of claim in the referenced cases. As an initial step in resolving your claim, you must complete this Questionnaire and mail it, with proper postage, to **Logan & Company, Inc., Claims Agent, 546 Valley Road, Upper Montclair, New Jersey 07043**. A Questionnaire will not be deemed to have been timely returned unless it is received by the Questionnaire Due Date.

**Action Required by You**

1. If you do not complete and return the Questionnaire on time, the Debtors shall have the right, for that reason alone, to seek to disallow and expunge your proof of claim with respect to the applicable Litigation Claim.

2. If you do *not* wish to pursue any claim you may have, disregard this notice and do not return it.

3. If you wish to pursue a claim you have against the Debtors arising from or relating to (i) personal injury or property damage, including, claims alleging bodily injury, false arrest, false imprisonment, slip and fall, libel, slander, mental suffering, emotional distress, loss of consortium, pain and suffering and any tort relating to the operation of a motor vehicle, (ii) wrongful death, (iii) products liability, (iv) consumer complaints, or (v) employment law disputes (but excluding claims arising under workers' compensation laws), you must:

    (a) fully complete this Questionnaire (if a particular question is not applicable to you, you must indicate such by the designation "N/A" or similar statement), and

    (b) return the completed Questionnaire in the enclosed reply envelope. (Note: you must affix proper postage). The reply must be received no later than the Questionnaire Due Date, or it will not be processed and you may not be allowed to vote on any proposed reorganization plan, nor receive any distribution from any confirmed reorganization plan.

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

WDX-389237-Q2-54
COBB, SRIVERA E
260 TURNER RD
WETUMPKA AL 36092



EXHIBIT A

## PART B - CLAIM INFORMATION

1. Give your date of birth (MM/DD/YY) _Aug. 15, 1941_

2. Date of injury or claim: (MM/DD/YY) _May - 12 - 1995_

3. What is the basis of your claim? _Back injury's_

4. What is the total amount of your claim? (Please estimate if necessary). _Permanent total disability pursuant to Court Order under Alabama's Workers Compensation Act._

5. Attach copies of all documents supporting or evidencing your claim. Do not send original documents. If the documents are not available, please explain.
_See attached Circuit Court Judgement Order, dated December 14, 2000._

6. Identify all payments or other sums which have been credited and deducted for the purpose of quantifying your claim amount. _Winn Dixie is under a continuing duty to pay $181.24 per week as weekly compensation for the duration of my life, plus provide actual cost of all reasonable and necessary medical and surgical treatment for my on-the-job injuries._

7. Are you pursuing this claim against any other party? Yes ☐ No ☒
If so, against whom (list the name, the addresses and counsel for each party, if known)? _____

(Attach additional sheets if necessary)

8. Did you notify the Debtor in writing of the injury or claim? (If yes, attach a copy of such writing.)
Yes ☒  No ☐

9. Is there a pending lawsuit regarding your claim? If so, identify the court where the lawsuit is pending, the case number and the judge, if known. _No, case has been decided in my favor in 2000._

WDX-389237-Q2-54-COBB, SRIVERA E

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

10. What type of injuries or damages do you have? If applicable, please provide a medical description of your injuries. (Please state if the claim is based, in whole or in part, on an injury to someone else.)

    Injury to my back

11. Where did the injury or damage occur? On-the-job with Winn Dixie

    Please specify the location and address.

12. How did the injury or damage occur? While lifting supplies

13. Did you miss any work as a result of your injury or damage? If so, how many days?

    yes, since May 1995

14. Give the name and address of your employer and your salary at the time of your injury or damage.

    See Judgement Order

15. Was anyone else injured at the time of your injury or damage? (If yes, list the names and addresses.)

    No

16. List the names, addresses and phone numbers of all witnesses and people with relevant knowledge of your injury or damages (including, but not limited to, any representatives or agents of the Debtors).

    N/A

WDX-389237-Q2-54-COBB, SRIVERA E

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

17. If applicable, are treatments still being given for the injury or damages? Yes [X]   No [ ]
    (If yes, provide the name and address of the doctor that is currently treating you
    and the nature of the treatment.) _Dr. Timothy Holt_
    _257 Linton Blount Loop_
    _Montgomery, AL 36117_

18. If applicable, please provide the following Physician Data:

    a. Give the name and address of any physician, clinic or hospitals that has treated this injury. Include treatment dates. (Attach additional sheets if necessary)
       _See above_

    b. Itemize all damages you claim, including any damages for emotional distress, loss of consortium or pain and suffering.
       _N/A_

    c. Give the total amount of the medical bills you incurred as a result of your claim. _____
       _N/A_

    d. Attach medical and hospital records which relate to your claim.

    e. Itemize any other expenses you incurred as a result of the incident for which you are making a claim. _mileage to and from medical treatments_

    f. Give a list of medical expenses and amounts paid by your insurance company as a result of your injury. _N/A_

WDX-389237-Q2-54-COBB, SRIVERA E

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

g.  Give the name, address and policy number of your insurance company. _____
_____ see Judgement Order, _____
_____ Sedgwick Claim # 811227946 _____

19. To the extent not already furnished in your response to questions 1 through 18 above, please provide the following information:

a.  Itemize the damages you claim. _see Judgement Order_ _____
_____
_____
_____
_____
_____

b.  Give the total amount of each item of damage. _see Judgement Order_ _____
_____

20. **IN WHAT AMOUNT WOULD YOU AGREE TO SETTLE YOUR CLAIM? (This is not the amount that you will receive on account of your claim. The amount you will receive depends upon the plan or plans of reorganization that may be approved.)** _____
_____ Uncertain, but no less than $200,000⁰⁰ _____
_____
_____
_____

| | Corrections (if any) |
|---|---|
| WDX-389237-Q2-54<br>COBB, SRIVERA E<br>260 TURNER RD<br>WETUMPKA AL 36092 | Name: _____<br>Address: _____<br>_____<br>City/State/Zip: _____<br>Phone: _____<br>Fax _____<br>Email Address: _____ |

WDX-389237-Q2-54-COBB, SRIVERA E

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time)*
*if you have any questions about this form*

Page 6

## PART C - SIGNATURE

**NOTICE: UNDER FEDERAL LAW, CRIMINAL PENALTIES MAY BE IMPOSED FOR FILING A CLAIM CONTAINING FALSE OR MISLEADING STATEMENTS.**

I declare under penalty of perjury that the foregoing statements are correct.

Please recheck each of your answers to be sure that you have completed this form fully and accurately.

### NAME AND ADDRESS OF ATTORNEY OR OTHER AUTHORIZED AGENT

Complete this box if you have an attorney or other agent who represents you in this matter. If completed, all future notices will go to your attorney or agent rather than to you personally.

Name (First/Middle/Last): Thomas R. Edwards
Address: 8244 Old Federal Rd
City/State/Zip: Montgomery, AL 36117
Relationship to Claimant: Attorney
Phone Number: (334) 215-1011
Fax Number: (334) 396-9784
Email Address: tedwards2@mindspring.com

## PART D - RETURN OF QUESTIONNAIRE

**IF YOU DO NOT FULLY COMPLETE AND RETURN THIS QUESTIONNAIRE SO THAT IT IS RECEIVED BY THE QUESTIONNAIRE DUE DATE, THE DEBTORS SHALL HAVE THE RIGHT, FOR THAT REASON ALONE, TO SEEK TO DISALLOW AND EXPUNGE YOUR PROOF OF CLAIM WITH RESPECT TO THE APPLICABLE LITIGATION CLAIM.**

A Questionnaire will not be deemed to have been timely returned unless received by the Questionnaire Due Date at the following address:



WDX-389237-Q2-54-COBB, SRIVERA E

*Please call 1-888-946-3494 (Monday through Friday, 8:00 a.m. to 5:00 p.m. Eastern Time) if you have any questions about this form*

IN THE CIRCUIT COURT FOR ELMORE COUNTY, ALABAMA

-------------------------------------------------X

**SRIVERA E. COBB,**

      **Plaintiff,**

v.

                            Case No. CV-2000-107

**WINN DIXIE MONTGOMERY, INC.,**

      **Defendant.**

-------------------------------------------------X

## JUDGMENT

*DEC 2000 FILE — LARRY DOZIER, CIRCUIT CLERK*

This is a workers' compensation case that was heard and submitted for judgment on December 14, 2000 based upon the pleadings, the stipulation of the parties, oral testimony before the Court taken on December 14, 2000, medical depositions, medical records, and the exhibits introduced by the parties, and the Court having considered same, finds as follows:

1. That the defendant is an employer within the meaning of the Workers' Compensation Law of the State of Alabama.

2. That on May 12, 1995, the plaintiff was an employee of the defendant and both parties were subject to the Workers' Compensation Act of Alabama. The parties have stipulated that jurisdiction and venue are proper before this Court.

3. That on May 12, 1995, while acting within the line and scope of her employment, the plaintiff suffered an injury to her back while employed as a cake decorator.

4. That the defendant had timely notice of the plaintiff's injury.

    Average Weekly Wage . . . . . . . . . . . . . . . . . . . . . $319.82

    Compensation Rage . . . . . . . . . . . . . . . . . . . . . . $213.22

    Loss of Earning Capacity . . . . . . . . . . . . . . . . . . . 100%

                                                                 ----------------

    Weekly Benefits . . . . . . . . . . . . . . . . . . . . . . . . $213.22

13. That the plaintiff is entitled to receive from the defendant weekly compensation payments of $213.22 per week for the duration of her permanent total disability, said payments to be made at the same intervals as plaintiff's earnings were paid.

14. The plaintiff's attorney has incurred considerable time and expense in representing the plaintiff.

**WHEREFORE, ITS IS ORDERED, ADJUDGED AND DECREED that**

1. Judgment is entered for plaintiff against defendant in the amount of $8,102.36 from the period of January 27, 2000 through December 29, 2000.

2. The defendant shall pay the actual cost of reasonable and necessary medical and surgical treatment as required by *Code of Alabama* § 25-5-77 (1975). The defendant shall pay vocational rehabilitation benefits as required by *Code of Alabama* § 25-5-77 (1975).

3. The plaintiff's attorney, Tom Edwards, is hereby awarded an attorney's fee constituting 15% of the accrued permanent, total disability benefits to be deducted from accrued permanent total disability benefits in the amount of $1,215.35, and 15% of all future benefits obtained in this judgment on behalf of plaintiff reduced to present value in the amount of $20,370.17. Plaintiff's attorney is entitled to reimbursement of cost and expenses out of the award of accrued permanent total

disability benefits in the amount of $2,783.43. Said amounts shall be paid to plaintiff's attorney by no later than 1:00 p.m. on January 3, 2001.

4. The defendant shall pay to the plaintiff the sum of $181.24 ($213.22 minus attorney's fees of $31.98) per week as weekly compensation for the duration of her permanent total disability with the checks beginning January 5, 2001 for the previous week of disability and continuing at intervals when plaintiff's earnings were payable.

5. Court costs of $152.00 plus $1,000.00 for the taking of Dr. Holt's deposition are imposed against the Defendant.

DONE this the 14 day of December, 2000.

_____
**Circuit Court Judge**

cc:  Thomas R. Edwards, Esq.
     John Bradwell, Esq.

4