UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING INTERROGATORIES TO DEBTORS, REQUEST TO PRODUCE AND REQUEST TO ADMIT

The Court finds that the Interrogatories to Debtors, Request to Produce and Request to Admit filed by Jack B. Nichols on behalf of Mattie V. DeKoster on October 11, 2007 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Interrogatories to Debtors, Request to Produce and Request to Admit filed by Jack B. Nichols on behalf of Mattie V. DeKoster on October 11, 2007 are stricken from the record.

**DATED October 15, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Sally McDonald Henry, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036
Leanne Prendergast, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202
Jack B. Nichols, 801 N. Magnolia Ave., Suite 414, Orlando, FL 32803

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes            Page 1 of 1             Date Rcvd: Oct 15, 2007
Case: 05-03817               Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on Oct 17, 2007.
aty          +Jack B Nichols,   Jack B. Nichols, P.A.,   801 N. Magnolia Avenue,   Suite 414,
              Orlando, FL 32803-3861
The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 17, 2007**                          **Signature:** _Joseph Speetjens_