UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION
FILED BY JUPITER PALMS ASSOCIATES LTD. (STORE NO. 272)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Debtors' Second Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the objection to the Debtors' Second Omnibus Motion (Docket No. 9597) filed by Jupiter Palms Associates Ltd. ("Jupiter Palms") with respect to Store No. 272 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. The cure amount for Store No. 272 is fixed at $71,665.95, $70,171.31 of which the Reorganized Debtors have paid to Jupiter Palms. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Jupiter Palms $1,494.64 in full satisfaction of any right to cure that Jupiter Palms has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 272.

3. This Agreed Order resolves all pre-petition and pre-effective date

claims for liabilities and obligations pertaining to Store No. 272 that Jupiter Palms has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

    4.    Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

    5.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _18_ day of October, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00583834

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| THE ROSENTHAL LAW FIRM, P.A. | SMITH HULSEY & BUSEY |
| By  *s/ Jason A. Rosenthal*\*  <br>      Jason A. Rosenthal, F.B.N. 0009482 | By  *s/ Cynthia C. Jackson*  <br>      Cynthia C. Jackson, F.B.N. 498882 |
| 212 Pasadena Place, Suite A <br> Orlando, Florida 32803 <br> (407) 488-1220 <br> (407) 488-1221 (facsimile) <br> Jason@therosenthallaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Jupiter Palms Associates Ltd. | Counsel for Reorganized Debtors |

\*Counsel has authorized his electronic signature.

00583834