# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## AMENDED[1] ORDER ON OMNIBUS OBJECTION
## TO ADMINISTRATIVE TAX CLAIMS

This matter came before the Court for hearing on October 4, 2007, upon the Debtors' Omnibus Objection to Administrative Tax Claims (the "Objection") (Docket No. 17888) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates to the administrative tax claims filed by (i) Hamilton County, Tennessee (the "Hamilton Claim") (Docket No. 14044), (ii) the Tax Collector for Westwego, Louisiana (the "Westwego Claim") (Docket No. 14509), (iii) Jefferson County, Alabama (the "Jefferson Claims") (Docket Nos. 9918, 13530, 14371 and 14354), and (iv) Escambia County (the "Escambia Claim") (Docket No. 14281) (collectively, the "Administrative Tax Claims"). Formal and informal responses were filed by Westwego, Louisiana, Hamilton County, Tennessee (Docket No. 18144) and Escambia County Tax Collector (Docket No. 18264) (collectively, the "Unresolved Responses"), as a result of which the Reorganized Debtors have agreed to continue the hearing with respect to the Westwego Claim, the Hamilton Claim and the Escambia Claim. Upon consideration, it is

ORDERED:

1.      The Objection is sustained, as set forth below.

---

[1] The Order is amended to continue the hearing on the objection with respect to the Westwego Claim and to remove the reference to the Westwego Claim in paragraph 2 of the Order (Docket No. 18441).

2.      The Jefferson Claims are disallowed in their entirety.

3.      The hearing to consider the Objection with respect to the Unresolved Responses is continued until further order of the Court upon the motion of any party in interest.

Dated this __18__ day of October, 2007 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

583256