## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| **In re:**<br><br>**WINN-DIXIE STORES, INC., et al.,**<br><br>Debtors.[1] | **Chapter 11**<br><br>**Case No. 05-03817-3F1**<br><br>**(Jointly Administered)** |

### CERTIFICATE OF SERVICE

I, Kathleen M. Logan, hereby certify under penalty of perjury that:

1.  I am of legal age and I am not a party to this action.

2.  I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3.  On or about October 15, 2007 I caused copies of:

- the **Objection to Claim Transfer Filed After November 15, 2006, 5:00 P.M. ET, Distribution Record Date (Docket No. 18414)**

to be served by first class mail, postage pre-paid to those persons on the Service List attached hereto as Exhibit A. A copy of the served objection as listed above is attached hereto as Exhibit B.

Dated: October 18, 2007

_____
Kathleen M. Logan

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

EXHIBIT A
SERVICE LIST

Objection to Claim Transfer Filed After
**November 15, 2006, 5:00 P.M. ET,**
**Distribution Record Date (Docket No. 18414)**

**DEBTOR:  WINN-DIXIE STORES, INC., ET AL.**

**CASE:  05-03817-3F1**

CREDITOR ID: 558511-98
MODERN WOODMEN OF AMERICA
C/O WILLIAM J SNYDER
PO BOX 3700
ROCK ISLAND IL 61204-3700

CREDITOR ID: 2542-07
SCHWARTZ FAMILY TRUST
C/O MORGAN LEWIS & BOCKIUS LLP
ATTN MENACHEM O ZELMANOVITZ, ESQ.
101 PARK AVENUE
NEW YORK NY 10178-0060

CREDITOR ID: 2542-07
SCHWARTZ FAMILY TRUST
ATTN ZOLTAN SCHWARTZ
157 N FORMOSA AVE
LOS ANGELES, CA 90036

**Total:  3**

EXHIBIT B

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**OBJECTION TO CLAIM TRANSFER
FILED AFTER NOVEMBER 15, 2006, 5:00 P.M. ET,
DISTRIBUTION RECORD DATE (DOCKET NO. 18414)**

To:     Modern Woodmen of America, Transferee
        Schwartz Family Trust, Transferor

        Winn-Dixie Stores, Inc. and its reorganized affiliates (the "Debtors") object to the transfer of claim evidenced at docket no. 18414 (the "Transfer"), which Transfer was filed after the "Distribution Record Date" established under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Plan"). Pursuant to the Plan, the Transfer is of no force and effect and will not be recognized in making distributions, if any, on account of the claim subject to such Transfer.

Dated: October 12, 2007

                            SMITH HULSEY & BUSEY


                            By     *s/ Leanne McKnight Prendergast*
                                   Stephen D. Busey
                                   James H. Post
                                   Leanne McKnight Prendergast

                            Florida Bar Number 59544
                            225 Water Street, Suite 1800
                            Jacksonville, Florida 32202
                            (904) 359-7700
                            (904) 359-7708 (facsimile)
                            lprendergast@smithhulsey.com

                            Counsel for Reorganized Debtors

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

584388