F I L E D
JACKSONVILLE, FLORIDA

OCT 1 8 2007

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

October 17, 2007

To whom it may concern,

In response to the document received by me on October 13, 2007 from The United States Bankruptcy Court, Middle District of Florida, Jacksonville Division, in reference to my claim against Winn-Dixie Stores, Inc Case No. 05-03817-3F1, Claim No. 5347, I Bernice Woods do oppose the disallowance of my pending claim against this organization.

If there are any questions or if there are any documents need from me to explain my decision, please feel free to contact me at the contact information below.

Best regards,

*Bernice Woods*
Bernice Woods
5064 Plantation View Trail
Stone Mountain, Ga. 30088
(770)-469-8217
Email: Bernice-Woods@comcast.net