UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Josephine Franklin (Claim No. 1664) [Docket No. 18313] was furnished by mail on October 19, 2007 to Josephine Franklin c/o W. Paul Simpson, Esq., Simpson & Simpson, P. O. Box 1017, Amite, Louisiana 70422.

Dated: October 19, 2007

SMITH HULSEY & BUSEY

By ____s/ James H. Post____
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151