UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,             )     Case No. 05-03817-3F1
                                                   Chapter 11
       Reorganized Debtors.              )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Alfreda Hendricks (Claim No. 12580) [Docket No. 18314] was furnished by mail on October 19, 2007 to Alfreda Hendricks c/o Lina M. Fullam, Esq., Law Offices of Burnetti, P.A., 4899 Belford Road, Suite 160, Jacksonville, Florida 32256.

Dated: October 19, 2007

                                          SMITH HULSEY & BUSEY

                                          By    s/ James H. Post
                                               Stephen D. Busey
                                               James H. Post (FBN 175460)
                                               Cynthia C. Jackson

                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida 32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com

                                          Counsel for Reorganized Debtors

00520151