UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                         )          Chapter 11
       Reorganized Debtors.             )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maria Leyva (Claim No. 1899) [Docket No. 18306] was furnished by mail on October 19, 2007 to Maria Leyva c/o Matthew D. Landau, Esq., Landau & Segal, P.A., 2450 Hollywood Blvd., Suite 504, Hollywood, Florida 33020.

Dated: October 19, 2007

                                                        SMITH HULSEY & BUSEY

                                                        By      s/ James H. Post
                                                              Stephen D. Busey
                                                              James H. Post (FBN 175460)
                                                              Cynthia C. Jackson

                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida 32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              jpost@smithhulsey.com

                                              Counsel for Reorganized Debtors

00520151