**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    )
                                                          ) Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al.*,    )
                                                          ) *Chapter 11*
            Reorganized Debtors.[1]        )
                                                          ) Jointly Administered
                                                          )

**NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS'**
**SECOND AMENDED MOTION TO MODIFY THE AGREED**
**ORDER OF RESOLUTION OF THE LITIGATION CLAIM OF DIGNA**
**GONZALEZ PURSUANT TO HER CLAIM REDUCTION ELECTION**

Debtors withdraw Reorganized Debtors' Second Amended Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Digna Gonzalez Pursuant to Her Claim Reduction Election (Docket No. 17721).

Dated: October 19, 2007

                                                            SMITH HULSEY & BUSEY

                                                            By   */s/ Leanne McKnight Prendergast*
                                                                 James H. Post
                                                                 Leanne McKnight Prendergast

                                                            Florida Bar Number 59544
                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            lprendergast@smithhulsey.com

                                                            Counsel for the Reorganized Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2

Certificate of Service

I certify that a copy of the foregoing was furnished electronically or by mail on October 19, 2007 to Robert Polsky, Esq., Nuell & Polsky, 782 N.W. 42nd Avenue, Suite 345, Miami, Florida 33126.

                                        *s/ Leanne McKnight Prendergast*
                                                Attorney

00585076