# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter        11

IN RE:

**WINN-DIXIE STORES, INC.,**

Debtor(s)

## ORDER STRIKING MOTION TO LIFT THE AUTOMATIC STAY

The Court finds that the Motion to Lift the Automatic Stay filed by Blane G. McCarthy on behalf of Donna M. Chang on October 18, 2007 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.  Accordingly, it is

**ORDERED**:

The Motion to Lift the Automatic Stay filed by Blane G. McCarthy on behalf of Donna M. Chang on October 18, 2007 is stricken from the record.

**DATED October 19, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Blane G. McCarthy, 1400 Prudential Drive, Suite Two, Jacksonville, FL 32207
James H. Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202
Jennifer S. Worley, 225 Water Street, Suite 1000, Jacksonville, FL 32202