UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al,                    Case No. 05-3817-3F1
                                                   Chapter 11
Debtors                                            Jointly Administered

_____/

### NOTICE OF APPEARANCE

COMES NOW, N. Mark New, II, Esquire of the law firm Heekin, Malin, Wenzel & New, P.A. and files this Notice of Appearance as counsel on behalf of DBR Asset Management, Inc., agent for Northway Investments, LLC, creditor, and hereby requests that any and all pleadings, correspondence or documentation be forwarded to the undersigned as of this date.

I do hereby certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth  in the Local Rules.

HEEKIN, MALIN, WENZEL & NEW, P.A.

By_____ for
N. Mark New, II, Esquire
Florida Bar No. 0476773
Post Office Box 477
Jacksonville, FL 32201
Telephone No.: (904) 355-7000
Facsimile No.: (904) 355-0266
Attorney for Northway Investments

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished to Adam S. Ravin, Esquire, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036, Kenneth C. Meeker, Assistant U.S. Trustee, Office of the U.S. Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801 and Eric Glatter, 1489 West Palmetto Park Rd., Suite 420, Boca Raton, FL 33486, on this 15th day of October, 2007.

_____
Attorney