UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          ) Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., et aL,                 ) *Chapter 11*
Debtors. 1                                      ) Jointly Administered

## NOTICE OF WITHDRAWAL OF MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Movant, MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, NEWMAN and LEWIS hereby give notice of withdrawal of their previously filed "Motion for Allowance of Administrative Expense Claim, a copy of which is attached hereto as Exhibit "A", which Motion was filed with this court on December 28, 2006.

WHEREFORE, Movant MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, NEWMAN AND LEWIS respectfully request the Court enter an order allowing the notice of withdrawal and grant such other and further relief as is just and proper.

/s/ Craig L. Gilbert

Craig L. Gilbert, Esq.
Florida Bar Number 0983985
4000 Ponce De Leon Blvd, Suite 570
Coral Gables, Florida 33146
(305) 446-0500
(305) 461-3667 (facsimile)
Attorney for Movant

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was furnished by mail and/or electronically to the parties listed below this ___ day of October 2007.


/s/Craig L. Gilbert, Esq.



WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone: (904) 783-5000
Facsimile: (904) *783-5651*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Attn: D.J. Baker, Esq.
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: Stephen D. Busey, Esq.
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq./Matthew S. Barr, Esq.
Telephone: (212) 530-5000
Facsimile; (212) 530-5219
00551988

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et aL, | ) *Chapter 11* |
| Debtors. 1 | ) Jointly Administered |

## MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Movant, MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, NEWMAN and LEWIS pursuant to 11 U.S.C. §503, requests that this Court enter an order approving its application for allowance of administrative expense claim, and in support thereof says:

1. On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of title 11 of the United States Code, 11 U.SC. §S 101-1330, as amended (the "Bankruptcy Code").

2. On November 9, 2006, this Court entered an order confirming the Debtors' joint plan of reorganization (the "Plan").

3. In accordance with the terms of the Plan, the Plan became effective on November 21, 2006 (the "Effective Date").

4. Between the Petition Date and the Effective Date, the Movant rendered services in representation of the Debtors in litigation matters identified in Exhibit A

---

1 In addition to Winn-Dixie Stores, mc,, the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, mc, Deep South Distributors, mc, Deep South Products, mc, Dixie Darling Bakers, mc, Dixie-Home Stores, Inc., Dixie Packers, mc, Dixie Spirits, mc, Dixie Stores, mc, Economy Wholesale Distributors, mc, Foodway Stores, mc,, Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, mc, Winn-Dixie Handyman, mc, Winn-Dixie Logistics, mc, Winn-Dixie Montgomery, mc, Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, mc, and Winn-Dixie Supermarkets, Inc.

attached. The aggregate amount due from the Debtors for such services is $304.00 as more specifically set forth in Exhibit A.

5. Movant is entitled to an administrative expense claim for the services rendered to the Debtors.

WHEREFORE, Movant MARLOW, CONNELL, VALERIUS, ABRAMS, ADLER, NEWMAN AND LEWIS respectfully request the Court enter an order allowing its administrative expense claim and grant such other and further relief as is just and proper.

/s/ Craig L. Gilbert

Craig L. Gilbert, Esq.
Florida Bar Number 0983985
4000 Ponce De Leon Blvd, Suite 570
Coral Gables, Florida 33146
(305) 446-0500
(305) 461-3667 (facsimile)
Attorney for Movant

EXHIBIT "A"

| Matter: | Amount Due: |
|---|---|
| 1.   Blanchfield v. Winn Dixie Stores, Inc. | $ 304.00 |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was furnished by mail and/or electronically to the parties listed below this ___ day of December 2006.

/s/Craig L. Gilbert, Esq.


WINN-DIXIE STORES, INC.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone: (904) 783-5000
Facsimile: (904) *783-5651*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
Attn: D.J. Baker, Esq.
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: Stephen D. Busey, Esq.
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq./Matthew S. Barr, Esq.
Telephone: (212) 530-5000
Facsimile; (212) 530-5219
00551988