UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING MOTION TO LIFT THE AUTOMATIC STAY

The Court finds that the Motion to Lift the Automatic Stay filed by Blane G. McCarthy on behalf of Donna M. Chang on October 18, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Lift the Automatic Stay filed by Blane G. McCarthy on behalf of Donna M. Chang on October 18, 2007 is stricken from the record.

**DATED October 19, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Blane G. McCarthy, 1400 Prudential Drive, Suite Two, Jacksonville, FL 32207
James H. Post, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202
Jennifer S. Worley, 225 Water Street, Suite 1000, Jacksonville, FL 32202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 3:05-bk-03817-JAF    Doc 18572    Filed 10/21/07    Page 2 of 2

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Oct 19, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 2
```

The following entities were served by first class mail on Oct 21, 2007.
aty          +Blane G. McCarthy,    1400 Prudential Drive, Suite Two,   Jacksonville, FL 32207-8173
             +Jennifer S. Worley,   225 Water Street, Suite 1000,   Jacksonville, FL 32202-5145

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 21, 2007**                    **Signature:**    *Joseph Speetjens*