UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF APPEARANCE

The Court finds that the Notice of Appearance filed by N. Mark New on behalf of DBR Asset Management, Inc., agent for Northway Investments, LLC on October 19, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance filed by N. Mark New on behalf of DBR Asset Management, Inc., agent for Northway Investments, LLC on October 19, 2007 is stricken from the record.

**DATED October 22, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
N. Mark New, P.O. Box 477, Jacksonville, FL 32201
Adam Ravin, Four Times Square, New York, NY 10036
Kenneth C. Meeker, 135 West Central Blvd., Room 620, Orlando, FL 32801
Eric Glatter, 1489 West Palmetto Park Rd., Suite 420, Boca Raton, FL 33486