UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.: 05-03817-JAF |
| WINN-DIXIE STORES, INC., *et al.*, | Chapter 11 |
| Debtors._____/ | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO**
**STOP ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST**

PLEASE TAKE NOTICE that Andrew D. McNamee of Stearns Weaver Miller Weissler Alhadeff and Sitterson, P.A., attorneys for creditor Benjamin Chaves, files this Notice of Withdrawal from Case and Request to Stop Electronic Notice and for Removal from Service List.

WHEREFORE, Andrew D. McNamee respectfully requests that the Clerk remove him from the service list and stop electronic notices to him.

Dated: October 22, 2007

/s/ Andrew D. McNamee
Andrew D. McNamee (FBN 448060)
amcnamee@swmwas.com
STEARNS WEAVER MILLER WEISSLER
   ALHADEFF & SITTERSON, P.A.
150 West Flagler Street
Suite 2200
Miami, FL 33130
Telephone: 305.789.3200
Facsimile: 305.789.3395
Attorneys for Benjamin Chaves

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically on those parties having entered their appearance in the Court's Electronic Filing (ECF) System this 22nd day of October, 2007.

/s/ Andrew D. McNamee
Attorney

G:\W-BANK\36469\002\Drafts\Notice of Withdrawal from Case.wpd