UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No.: 3-05-bk-03817-3F1

WINN-DIXIE STORES, INC., et al.,  Chapter 11 - Jointly Administered

Debtors.

**NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE CLAIM AND REQUEST FOR NOTICE BY MCCONNAUGHHAY, DUFFY, COONROD, POPE & WEAVER, P.A.**

McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A. hereby withdraws its Application for Allowance of Administrative Claim for Certain Post-petition Status for Post-petition Claim and Request for Notice filed with this Court on January 5, 2007.

The following payments on behalf of Debtor Winn-Dixie Stores, Inc. for services rendered have been received, and as such these claims are withdrawn.

| Case Name | Case No. | Amount Due | Amount Paid |
|---|---|---|---|
| Forehand, Carl | Gadsden County Circuit Court Case No. 05-120-CAA | $55.16 | $55.16 |
| Fountain, Bobbie | Leon County, Florida, Circuit Court Case No. 03-2238 | $425.56 | $425.56 |
| Richardson, Rose and Waldo | Citrus County Circuit Court Case No. 2004-CA-35 | $36.20 | $36.20 |

The administrative claim regarding the workers' compensation claim of Diane Watkins is withdrawn as improperly filed.

                                          McCONNAUGHHAY, DUFFY,
                                          COONROD, POPE & WEAVER, P.A.

                                          s/ Brian S. Duffy
                                          Brian S. Duffy
                                          Florida Bar No. 0180007
                                          Post Office Drawer 229
                                          1709 Hermitage Blvd., Suite 200 (32308)
                                          Tallahassee, Florida 32302-0229
                                          Telephone: (850) 222-8121
                                          Facsimile: (850) 222-4359
                                          E-mail: bduffy@mcconnaughhay.com

                                          Attorney for Creditor

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 22, 2007, I filed the foregoing through the CM/ECF filing system, which caused a copy to be served electronically on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System.

                                          s/ Brian S. Duffy
                                          Brian S. Duffy