UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         Chapter 11
          Reorganized Debtors.               )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

          I certify that a copy of Order on Omnibus Objection to Administrative Tax Claims

(Docket No. 18441) was furnished by mail and/or electronically on October 5, 2007 to the

parties listed on the attached Exhibit A.


Dated:  October 11, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By  ___*s/ D. J. Baker*___              By  ___*s/ Cynthia C. Jackson*___
          D. J. Baker                              Stephen D. Busey
          Sally McDonald Henry                     Cynthia C. Jackson
          Rosalie Walker Gray
                                                   Florida Bar Number 498882
Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(917) 777-2150 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      cjackson@smithhulsey.com

Co-Counsel for Reorganized Debtors       Co-Counsel for Reorganized Debtors

00583524

EXHIBIT A

Hamilton County, Tennessee
c/o Scott N. Brown, Jr., Esq.
Spears, Moore, Rebman & Williams, P.C.
801 Broad Street, Sixth Floor
P.O. Box 1749
Chattanooga, Tennessee  37401-1749

Office of Tax Collector, City of
Westwego, Louisiana
c/o Rudy Cerone, Esq.
McGlinchey Stafford
643 Magazine Street
New Orleans, Louisiana  70130
rcerone@mcglinchey.com

Janet Holley
Escambia County Tax Collector
213 Palafox Place
P.O. Box 1312
Pensacola, Florida  32591

Office of Tax Collector, City of
Westwego, Louisiana
c/o Dennis J. Levine, Esq.
P.O. Box 707
Tampa, Florida  33601-0707

Teresa Brakefield
Senior Accountant
Jefferson County Tax Collector
716 Richard Arrington Jr. Blvd. N.
Room 160 Courthouse
Birmingham, Alabama  35203

Grover Dunn
Assistant Tax Collector
Bessemer Division
P.O. Box 1190
Bessemer, Alabama  35021-1290

00583524