```
            UNITED STATES BANKRUPTCY COURT
              MIDDLE DISTRICT OF FLORIDA
                 JACKSONVILLE DIVISION
```

**In re:**

**WINN-DIXIE STORES, INC.,**                     **CASE NO.: 05-03817-3F1**
**et al.,**                                      **Chapter 11**

    **Debtors.**

_____/

**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**

**PLEASE TAKE NOTICE** that Armando A. Perez, Esq. should be removed from all service lists.

**CERTIFICATE OF SERVICE**

**IT IS CERTIFIED** that a true and correct copy of the above and foregoing was filed through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for Reorganized Debtors, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Matthew Barr, Esq., Counsel for the Post-Effective Date Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, and all other parties participating in the CM/ECF System, all served electronically, on this  23rd  day of   October   , 2007.

```
                        LAW OFFICE OF ARMANDO A. PEREZ
                        Attorney for MAYHELA N. ALVERNIA
                        701 S.W. 27th Avenue
                        InterAmerican Plaza, Suite 1205
                        Miami, FL 33135
                        (305) 644-3009




                        By:/s/ARMANDO A. PEREZ
                           ARMANDO A. PEREZ, ESQ.
```

FLORIDA BAR NO.: 373192