

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

## PRO MEMO

Monday
October 22, 2007

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1     FILING DATE: 02/21/2005     HEARING TIME: 01:30 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor atty: STEPHEN D. BUSEY / C. Jackson / J. Post

HEARING:

CONTINUED FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY SES GROUP MIAMI SPRINGS, LTD. (6189)


R/S     A/P     F/HRG

ORDER:


APPEARANCES:

SES Group Miami Springs, LTD: Bradley Markey / Richard Thames
US Trustee: Escamilla / Meeker



X - No one appeared -- deny
  consent order