UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

AGREED ORDER RESOLVING CURE OBJECTION
FILED BY BENJAMIN CHAVES (STORE NO. 512)

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Objection to Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by Benjamin Chaves ("Chaves") (Docket No. 9533) with respect to Store No. 512 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as provided below.

2. The Reorganized Debtors have paid Chaves $5,497.45 in full satisfaction of any right to cure that Chaves has or may have under 11 U.S.C. § 365 as of the effective date of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated

Debtors[1] with respect to Store No. 512.

3. This Agreed Order resolves all liabilities and obligations Chaves had in the Reorganized Debtors' Chapter 11 proceedings against the Reorganized Debtors and any of their Chapter 11 estates or affiliates arising out of or related to the lease for Store No. 512.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 23 day of October, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00552907.2

---

[1] The Effective Date was November 21, 2006, as determined by the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No.12440) and the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims (Docket No. 12991).

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A. | SMITH HULSEY & BUSEY |
| By  *s/ Patricia A. Redmond*\*  <br>      Patricia A. Redmond, F.B.N. 303739 | By  *s/ Cynthia C. Jackson*  <br>      Cynthia C. Jackson, F.B.N. 498882 |
| 150 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>(305) 789-3200<br>(305) 789-3395 (facsimile)<br>predmond@swmwas.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Benjamin Chaves | Co-Counsel for Reorganized Debtors |

\*Counsel has authorized her electronic signature.

00552907.2