UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES, INC.,                    Case No. 05-03817-3F1
et al,                                                        Chapter 11

      Debtors.
_____/

**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**

    PLEASE TAKE NOTICE that David B. McEwen, Esquire, should be removed from all service lists.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing has been filed through the CM/ECF system, which will cause a copy to be served on James Post, Esquire, Counsel for Reorganized Debtors, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Matthew Barr, Esq., Counsel for the Post-Effective Date Commitee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, and all other parties participating in the CM/ECF system, all served electronically, on this 24th day of October, 2007.

                                                      */s/ David B. McEwen, Esq.*
                                                      David B. McEwen, Esq.
                                                      Florida Bar Number 211591
                                                      David B. McEwen, P.A.
                                                      560 First Avenue North
                                                      St. Petersburg, Florida 33701-3702
                                                      (727) 896-1600
                                                      (727) 894-4444 (facsimile)
                                                      E-mail: dmcewen@davidmcewen.com

*M:\WIP\temp-transfer\Documents WIP\Temp transfers holding\Rothwell\Winn-Dixie\Not-Request-Removal-Mail-10-24-07.wpd*