UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,　　　　　　　Case No.: 3-05-bk-3817(JAF)

　　　Debtors,　　　　　　　　　　　　　　　　Chapter 11

_____/　　　　　　Jointly Administered

### NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

**PLEASE TAKE NOTICE** that Lawrence J. Marraffino, Esq. should be removed from all service lists.

　　　　　　　　　　　　　　　　　　　　　/s/Lawrence J. Marraffino
　　　　　　　　　　　　　　　　　　　　　LAWRENCE J. MARRAFFINO, P.A.
　　　　　　　　　　　　　　　　　　　　　Lawrence J. Marraffino, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 438390
　　　　　　　　　　　　　　　　　　　　　Attorney for Applicant
　　　　　　　　　　　　　　　　　　　　　3312 W. University Ave, Suite 2
　　　　　　　　　　　　　　　　　　　　　Gainesville, FL 32607
　　　　　　　　　　　　　　　　　　　　　Ph:　　(352) 376-0102
　　　　　　　　　　　　　　　　　　　　　Fax:　 (352) 376-6554

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that a true and correct copy of the above and foregoing was filed through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for Reorganized Debtors, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; Matthew Barr, Esq., Counsel for the Post-Effective Dat Committee, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 10005, and all other parties participating in the CM/ECF System, all served electronically, on this 24th day of October, 2007.

　　　　　　　　　　　　　　　　　　　　　/s/Lawrence J. Marraffino
　　　　　　　　　　　　　　　　　　　　　LAWRENCE J. MARRAFFINO, P.A.
　　　　　　　　　　　　　　　　　　　　　Lawrence J. Marraffino, Esq.
　　　　　　　　　　　　　　　　　　　　　Florida Bar No.: 438390
　　　　　　　　　　　　　　　　　　　　　Attorney for Applicant
　　　　　　　　　　　　　　　　　　　　　3312 W. University Ave, Suite 2
　　　　　　　　　　　　　　　　　　　　　Gainesville, FL 32607
　　　　　　　　　　　　　　　　　　　　　Ph:　　(352) 376-0102
　　　　　　　　　　　　　　　　　　　　　Fax:　 (352) 376-6554