UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of (i) Agreed Order regarding Claim No. 6802 filed by Freddie McNeil (Docket No. 17963), (ii) Agreed Order regarding Claim No. 6803 filed by Curtis Oliver (Docket No. 18222), (iii) Agreed Order regarding Claim No. 6804 filed by David Rocker (Docket No. 17964), (iv) Agreed Order regarding Claim No. 6805 filed by James Walker, III (Docket No. 17965), (v) Agreed Order regarding Claim No. 6806 filed by Joey Hall (Docket No. 17961), and (vi) Agreed Order regarding Claim No. 6807 filed by James Jetson (Docket No. 17962) was furnished by mail on October 24, 2007 to James A. Johnson, Esq., James A. Johnson, P.C., 21 North Florida Street, Mobile, Alabama 36607.

Dated: October 24, 2007

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
   Stephen D. Busey
   James H. Post
   Leanne McKnight Prendergast
   (FBN 59544)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors