UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF APPEARANCE

The Court finds that the Notice of Appearance filed by N. Mark New on behalf of DBR Asset Management, Inc., agent for Northway Investments, LLC on October 19, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Notice of Appearance filed by N. Mark New on behalf of DBR Asset Management, Inc., agent for Northway Investments, LLC on October 19, 2007 is stricken from the record.

**DATED October 22, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
N. Mark New, P.O. Box 477, Jacksonville, FL 32201
Adam Ravin, Four Times Square, New York, NY 10036
Kenneth C. Meeker, 135 West Central Blvd., Room 620, Orlando, FL 32801
Eric Glatter, 1489 West Palmetto Park Rd., Suite 420, Boca Raton, FL 33486

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes            Page 1 of 1              Date Rcvd: Oct 22, 2007
Case: 05-03817              Form ID: pdfdoc         Total Served: 2

The following entities were served by first class mail on Oct 24, 2007.
aty         +N. Mark New,   P.O. Box 477,   Jacksonville, FL 32201-0477
            +Eric Glatter,  1489 West Palmetto Park Rd., Suite 420,   Boca Raton, FL 33486-3327

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 24, 2007**           **Signature:**   _Joseph Speetjens_