UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,     )    Case No. 05-03817-3F1
                                                    )    Chapter 11
    Reorganized Debtors.                 )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Alice Jane Walton (Claim No. 5281) [Docket No. 18228] was furnished by mail on October 25, 2007 to Alice Jane Walton, 819 N.W. 56th Street, Miami, Florida 33127.

Dated: October 25, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151