**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Based on Claimants' Asserted Rights to Workers Compensation Benefits (Docket No. 18413) was furnished by mail on October 26, 2007 to Angela Tatum, 6620 Mavis Drive, Columbus, Georgia 31907.

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

586209