**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN DIXIE STORES, INC., et al,                    Case No. 05-3817-3F1
                                                    Chapter 11
Debtors                                             Jointly Administered

_____/

**NOTICE OF APPEARANCE**

    COMES NOW, N. Mark New, II, Esquire of the law firm Heekin, Malin, Wenzel & New, P.A. and files this Notice of Appearance as counsel on behalf of DBR Asset Management, Inc., agent for Northway Investments, LLC, creditor, and hereby requests that any and all pleadings, correspondence or documentation be forwarded to the undersigned as of this date.

    I do hereby certify that I am admitted to the Bar of the United States District Court for the Middle District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

                                               **HEEKIN, MALIN, WENZEL & NEW, P.A.**

                                               By: /s/ N. Mark New, II
                                               N. Mark New, II, Esquire
                                               Florida Bar No. 0476773
                                               Post Office Box 477
                                               Jacksonville, FL 32201
                                               Telephone No.: (904) 355-7000
                                               Facsimile No.: (904) 355-0266
                                               Attorney for Northway Investments

**CERTIFICATE OF SERVICE**

    I certify that on October 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: Adam S. Ravin, Kenneth C. Meeker, and Eric Glatter.

                                                 /s/ N. Mark New, II
                                                       Attorney