UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                              Chapter 11
            Reorganized Debtors.               )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elizabeth Montgomery (Claim Nos. 3862 and 9512) [Docket No. 18323] was furnished by mail on October 19, 2007 to Elizabeth Montgomery c/o Gene Barton, Esq., Post Office Box 147, Okolona, Mississippi, 38860.

Dated:  October 29, 2007

                                                            SMITH HULSEY & BUSEY


                                                            By      *s/ James H. Post*
                                                                  Stephen D. Busey
                                                                  James H. Post (FBN 175460)
                                                                  Cynthia C. Jackson

                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            jpost@smithhulsey.com

                                                            Counsel for Reorganized Debtors

00520151