UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elisa Proper and Mark Proper (Claim No. 10287) [Docket No. 18308] was furnished by mail on October 19, 2007 to Elisa Proper and Mark Proper c/o R. Stanely Gipe, Esq., Papa & Gipe, P.A., 1724 Gulf to Bay Blvd., Clearwater, Florida 33755.

Dated: October 29, 2007

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151