UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Luz Sanchez (Claim Nos. 11038 and 11356) [Docket No. 18324] was furnished by mail on October 19, 2007 to Luz Sanchez, 1903 Island Circle, Apt. 103, Kissimmee, Florida 34741.

Dated: October 29, 2007

                                              SMITH HULSEY & BUSEY

                                              By   *s/ James H. Post*
                                                    Stephen D. Busey
                                                     James H. Post (FBN 175460)
                                                     Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00520151