UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Juan Spencer, Jr. (Claim No. 2399) [Docket No. 18448] was furnished by mail on October 29, 2007 to Juan Spencer Jr. c/o Sanjay K. Biswas, Esq., 201 Saint Charles Avenue, Suite 2565, New Orleans, Louisiana 70170.

Dated: October 29, 2007

                                              SMITH HULSEY & BUSEY

                                              By     *s/ James H. Post*
                                                     Stephen D. Busey
                                                     James H. Post (FBN 175460)
                                                     Cynthia C. Jackson

                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              jpost@smithhulsey.com

                                              Counsel for Reorganized Debtors

00520151