UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mary Wood (Claim Nos. 2392 and 2393) [Docket No. 18299] was furnished by mail on October 19, 2007 to Mary Wood c/o Russell V. Palmore, Jr., Esq., Troutman Sanders, LLP, Post Office Box 1122, Richmond, Virginia 23218-1122.

Dated: October 29, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151