UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Martha Anderson [Docket No. 18537] was furnished by mail on October 29, 2007 to Martha Anderson c/o James O. Cunningham, Esq., Law Offices of James O. Cunningham, P.A., 3117 Edgewater Drive, Orlando, Florida 32804.

Dated:  October 29, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785