UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817-3F1
                                                          Chapter 11
                          Reorganized Debtors.  )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Dorothy Atkins [Docket No. 18534] was furnished by mail on October 29, 2007 to

Dorothy Atkins c/o Marc Anidjar, Esq., Anidjar & Levine, P.A., 330 S.W. Davie Blvd.,

Fort Lauderdale, Florida 33312-2757.

Dated:  October 29, 2007

                                   SMITH HULSEY & BUSEY


                                   By      *s/ James H. Post*
                                           Stephen D. Busey
                                           James H. Post (FBN 175460)
                                           Cynthia C. Jackson

                                   225 Water Street, Suite 1800
                                   Jacksonville, Florida  32202
                                   (904) 359-7700
                                   (904) 359-7708 (facsimile)
                                   jpost@smithhulsey.com

                                   Counsel for Reorganized Debtors

00569785