UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Gladys Board [Docket No. 18538] was furnished by mail on October 29, 2007 to Gladys Board c/o Vincent DeSalvo, Esq., 7918 Wrenwood Blvd., Suite A, Baton Rouge, Louisiana 70809.

Dated:  October 29, 2007

                                                      SMITH HULSEY & BUSEY


                                                      By  *s/ James H. Post*
                                                              Stephen D. Busey
                                                              James H. Post (FBN 175460)
                                                              Cynthia C. Jackson

                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida  32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    jpost@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00569785