UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Doris Brown [Docket No. 18531] was furnished by mail on October 29, 2007 to doris Brown c/o Brian Pearl, Esq., Thomas & Pearl, P.A., 2404 Northeast 9th Street, Fort Lauderdale, Florida 33304.

Dated:  October 29, 2007

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785