UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Bienvendia Tejeon Deaponte [Docket No. 18542] was furnished by mail on October 29, 2007 to Bienvendia Tejeon Deaponte c/o Robert Rubenstein, Esq., Law Offices of Robert Rubenstein, 9350 South Dixie Highway, Suite 1110, Miami, Florida 33156.

Dated: October 29, 2007

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
　　Stephen D. Busey
　　James H. Post (FBN 175460)
　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785