UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

  I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Samantha Valentin [Docket No. 18543] was furnished by mail on October 29, 2007 to

Samantha Valentin c/o David Harris, Esq., Goldstein, Buckley, Cechman, Rice & Purtz,

Esq., Post Office Box 2366, Fort Myers, Florida 33902-2366.

Dated:  October 29, 2007

           SMITH HULSEY & BUSEY


           By  *s/ James H. Post*
              Stephen D. Busey
              James H. Post (FBN 175460)
              Cynthia C. Jackson

           225 Water Street, Suite 1800
           Jacksonville, Florida  32202
           (904) 359-7700
           (904) 359-7708 (facsimile)
           jpost@smithhulsey.com

           Counsel for Reorganized Debtors

00569785