UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                    Chapter 11
       Reorganized Debtors.            )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Joyce Warren [Docket No. 18533] was furnished by mail on October 29, 2007 to Joyce Warren c/o Jeffrey S. Altman, Esq., The Altman Law Firm, 10800 Biscayne Blvd., Suite 700, Miami, Florida 33161.

Dated:  October 29, 2007

        SMITH HULSEY & BUSEY


By      *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785