**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

| | |
|---|---|
| **WINN-DIXIE STORES, INC., et al.,** | **CASE NO. 3:05-bk-03817-JAF** |
| | **CHAPTER 11** |
| **DEBTORS.** | **JOINTLY ADMINISTERED** |
| _____/ | |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST**
**AND REQUEST TO STOP ELECTRONIC NOTICE**
**(Michelle Severson)**

**PLEASE TAKE NOTICE** that Kenneth M. Hesser, Esquire, attorney for Michelle Severson, hereby request that he be removed from any and all service lists by electronic mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

**RESPECTFULLY SUBMITTED** this 29th day of October, 2007.

DANIEL L. HIGHTOWER, P.A.

*/s/Kenneth M. Hesser*
KENNETH M. HESSER
Florida Bar No. 375720
7 East Silver Springs Boulevard, Suite 300
Ocala, Florida  34470
Telephone: (352) 629-7777
Facsimile:  (352) 629-6431
Email: ken@danhightower.com
Attorney for Creditor, Michelle Severson

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, upon the Debtors and via CM/ECF electronic notification upon the Debtors' attorney, the U.S. Trustee, and Rule 1007D parties in interest only this 29th day of October, 2007.

                                           */s/Kenneth M. Hesser*
                                           OF COUNSEL