UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 | |
| Reorganized Debtors. ) | Jointly Administered | |

### AGREED ORDER APPROVING STIPULATION WITH LARRY GREEN TO MODIFY PERMANENT INJUNCTION

This cause is before the Court upon the Motion for Relief from Automatic Stay filed by Larry Green (Docket No. 5742) (the "Motion").[1] The Movant having now completed the Claims Resolution Procedure and based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Larry Green to prosecute through final judgment his civil action in the Circuit Court of Montgomery County, Alabama, Case No. CV-2004-543, against Debtor Winn-Dixie Montgomery, Inc. to liquidate Claim Number 6991. Mr. Green shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

---

[1] Although the Motion described the relief requested in terms of the automatic stay imposed by 11 U.S.C. §362, it shall be treated as though it requested relief from the permanent injunction imposed by 11 U.S.C. §524.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3. Mr. Green shall notify the State Court that Mr. Green's action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___29___ day of October, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| EDWARD P. JACKSON, P.A. | SMITH HULSEY & BUSEY |
| | |
| By ___*s/ Edward P. Jackson*___*<br>Edward P. Jackson | By___*s/ Leanne McKnight Prendergast*___<br>Stephen D. Busey<br>James H. Post<br>Leanne McKnight Prendergast |
| | |
| Florida Bar Number 286648<br>255 N. Liberty Street, First Floor<br>Jacksonville, FL 32202<br>(904) 358-1952<br>(904) 358-1288 (Facsimile)<br>edward@edwardpjackson.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| | |
| Attorney for Larry Green | Counsel for the Reorganized Debtors |

*counsel has authorized the use of his electronic signature*

00584909