# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## AGREED ORDER RESOLVING CLAIM
## NO. 2646 FILED BY THE QUIGLEY CORPORATION

This cause is before the Court upon (i) the Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers' Compensation Claims and (D) Workers' Compensation Misclassified Claims as it pertains to Claim No. 2646 filed The Quigley Corporation. (Docket No. 10689) and (ii) Quigley Corporation's (Claim No. 2646) Response to the Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers' Compensation Claims and (D) Workers' Compensation Misclassified Claims (Docket No. 11207). Based upon the consent of the parties set forth below, it is

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

ORDERED AND ADJUDGED:

1. Claim No. 2646 filed by The Quigley Corporation is disallowed in its entirety.

2. The Quigley Corporation shall pay to Winn-Dixie Stores, Inc. the sum of $51,372 in full satisfaction of its prepetition obligations to the Debtors. The Quigley Corporation shall pay such amount by providing to Winn-Dixie $51,372 of Quigley Corporation products at no charge, pursuant to Purchase Order Number 74559 dated October 10, 2007, to be shipped on or before October 22, 2007. In the event that the Purchase Order Number 74559 is not fulfilled by the Quigley Corporation by November 15, 2007, the Quigley Corporation shall pay $51,372 to Winn-Dixie within 15 days of that fulfillment date, by check made payable to Winn-Dixie Stores, Inc. and delivered to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254, attention David Young.

3. Within 5 days of the date of the entry of this Order by the Court, Winn-Dixie shall pay to the Quigley Corporation $65,950.26 for amounts inadvertently deducted from the payment it made to the Quigley Corporation on September 17, 2007.

4. This Order resolves (i) all liabilities and obligations related to Claim No. 2646 and (ii) all other prepetition or administrative claims the Quigley Corporation has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

5. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 29 day of October, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Leanne McKnight Prendergast, Esq.
[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | THE QUIGLEY CORPORATION |
|---|---|
| By    s/ Leanne McKnight Prendergast <br> Stephen D. Busey <br> James H. Post <br> Leanne McKnight Prendergast | By    /s/ Joseph C. Casey <br> Joseph C. Casey <br> Vice President, Sales and Marketing <br> 215-345-0919 ext 127 |

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00583938