UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

<u>Debtor(s)</u>

## ORDER STRIKING MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT

The Court finds that the Motion to Compel Compliance filed by Colette M. Heck on behalf of Patricia Williams on October 29, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Compel Compliance filed by Colette M. Heck on behalf of Patricia Williams on October 29, 2007 is stricken from the record.

**DATED October 30, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Colette M. Heck, 1141 South Ridgewood Ave., Daytona Beach, FL 32114
James H. Post, 225 Water Street, Suite 1800, Jacksonville, FL 32202
Jennifer Moorhead, P.O. Box 2229, Daytona Beach, FL 32115