UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Zachary J. Bancroft, Esquire, attorney for NATIONAL RETAIL PROPERTIES, INC. ("NNN"), hereby request that he be removed from any and all service lists by electronic mail (email: zachary.bancroft@lddkr.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

**RESPECTFULLY SUBMITTED** this 30th day of October, 2007.

_____
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor
   & Reed, P.A.
450 S. Orange Avenue, Suite 250 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Attorneys for National Retail Properties, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Request for Removal from Service List and Request to Stop Electronic Notice has been served via the CM/ECF system, and also via U.S. Mail, and email upon the Debtor's attorney, the U.S. Trustee, and Rule 1007(d) Parties in Interest this __30__ day of October, 2007.

_____
Zachary J. Bancroft

## SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York  10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida  32801

**3:05-bk-03817-JAF** Winn-Dixie Stores, Inc
Case type: bk **Chapter:** 11 **Asset:** Yes **Vol:** v **Judge:** Jerry A. Funk
**Date filed:** 02/21/2005 **Date of last filing:** 10/29/2007

# Creditors

**ACE American Insurance Company**
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196     (lr1007)

**Ad Hoc Committee of Winn-Dixie Retirees**
c/o Friedline & McConnell, P.A.
1756 University Blvd. S.
Jacksonville, FL 32216     (lr1007)

**Albert H. Adams, Jr.**
P.O.Box 910, Eufaula, AL 36072-0910     (lr1007)

**Appraisers Associated Ltd.**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207     (lr1007)

**Arthur J. Spector**
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301     (lr1007)

**Arthur J. Spector**
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301     (lr1007)

**Ashely M. Chan, Esquire**
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103     (lr1007)

**Baker Botts L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201     (lr1007)

**Bi-Lo, LLC**
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800     (lr1007)

Atlanta, GA 30309

**Bill Donegan, as Orange County Property Appraiser**

c/o Ken Hazouri, Esq. and Bart Valdes, E  
332 N. Magnolia Ave.  
Orlando, FL

(lr1007)

**Brian J. Grieco**  
Hogan & Hartson L.L.P.  
875 Third Avenue  
New York, New York 10022

(lr1007)

**Buffalo Rock Co.**  
c/o R. Scott Shuker  
Gronek & Latham, LLP  
P.O. Box 3353  
Orlando, FL 32802-3353

(lr1007)

**Burlington Associates LP**  
c/o Mitchell S. Rosen, Esq.  
Rosen Law Group, LLC  
950 E. Paces Ferry Road, Suite 3250  
Atlanta, Georgia 30326

(lr1007)

**C Daniel Motsinger**  
Krieg DeVault LLP  
One Indiana Square, Suite 2800  
Indianapolis  
IN  
46204-2079

(lr1007)

**CapMark Services, Inc., as servicer**  
c/o Duane Morris LLP  
Attention: Margery N. Reed, Esquire  
Wendy M. Simkulak, Esquire  
30 South 17th Street  
Philadelphia, PA 19103-4196

(lr1007)

**Cardinal Entities Company, LLC**  
c/o Bradley R. Markey, Esq.  
121 W. Forsyth Street  
Suite 600  
Jacksonville, FL 32202

(lr1007)

**Catherine A Harrison**  
Miller & Martin PLLC  
1170 Peachtree Street NE, Suite 800  
Atlanta GA 30309

(lr1007)

**Christian A. Petersen, Esquire**  
Gunster, Yoakley & Stewart, P.A.  
500 E. Broward Blvd. Suite 1400

(lr1007)

Fort Lauderdale, Florida 33394

**Citrus World, Inc., d/b/a Florida's Natural**
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353

(lr1007)

**Cole Fine Foods**
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802

(lr1007)

**Concord-Fund IV Retail, L.P.**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Conecuh Sausage Co., Inc.**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Day Properties, Inc.**
c/o Robert Laney, Esquire
906 Main Street
North Wilkesboro, NC 28659

(lr1007)

**Dena Copulsky Kaufman**
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022

(lr1007)

**Earl M. Barker, Jr.**
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202

(lr1007)

**Elston/Leetsdale, LLC**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Flagler Retail Associates, Ltd.**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Gehr Florida Development, LLC**
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207

(lr1007)

**Gene B Tarr Esq**  
Attorney for Domino Foods, Inc. and  
Florida Crystals Food Corporation  (lr1007)  
PO Drawer 25008  
Winston-Salem NC 27114-5008

**Gustafson's, LLC**  
c/o R. Scott Shuker  
Gronek & Latham, LLP  (lr1007)  
P.O. Box 3353  
Orlando, FL 32802-3353

**Herman and Margie Hautau**  
c/o Gregory K. Crews, Esquire  
300 West Adams St., Ste. 200  (lr1007)  
Jacksonville, Florida 32202

**Hillandale Farms, Inc.**  
Post Office Box 2109  (lr1007)  
Lake City, Florida 32056-2109

**HMAC 1999-PH1 WATAUGA CENER LLP**  
C/O RUSSELL REID  
TIMES SQUARE TOWERS  (lr1007)  
SEVEN TIMES SQUARE  
NEW YORK, NY 10036

**Inland Retail Real Estate Trust, Inc.**  
c/o R. Scott Shuker  
Gronek & Latham, LLP  (lr1007)  
P.O. Box 3353  
Orlando, FL 32802

**International Business Machines Corp.**  
%Ronald J. Marlowe  
ARNSTEIN & LEHR LLP  (lr1007)  
1110 N. Florida Ave.  
Tampa, FL 33602

**Ira S. Greene**  
Hogan & Hartson L.L.P.  
875 Third Avenue  (lr1007)  
New York, NY 10022

**Jerrett M. McConnell**  
1756 University Blvd. S.  (lr1007)  
Jacksonville, FL 32216

**Jimmy R. Summerlin, Jr.**  
Young, Morphis, Bach & Taylor, LLP  
P.O. Drawer 2428  (lr1007)  
Hickory, NC 28603

**John J. Cruciani**
Blackwell Sanders Peper Martin, LP
4801 Main Street, Ste. 1000
Kansas City, MO 64112

(lr1007)

**John J. Wiles, Esq.**
Wiles & Wiles
800 Kennesaw Avenue
Suite 400
Marietta, Georgia
30060-7946

(lr1007)

**Joseph C. Weinstein**
Squire Sanders & Dempsey L.L.P.
4900 Key Tower
127 Public Square
Cleveland, OH 44114-1304

(lr1007)

**Kenneth C Baker Esq**
Eastman & Smith Ltd
One SeaGate 24th Floor
Toledo OH 43604

(lr1007)

**Kilpatrick Stockton LLP**
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

(lr1007)

**Kite Realty Group Trust**
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802

(lr1007)

**Kristen F. Trainor**
Shook, Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

(lr1007)

**Kyle R. Grubbs, Esq.**
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

(lr1007)

**Lassiter Properties, Inc.**
c/o R. Scott Shuker
Gronek & Latham, LLP
PO Box 3353
Orlando, FL 32802

(lr1007)

**Lassiter Properties, LP**
c/o James L. Paul/John K. Rezac

| | |
|---|---|
| Chamberlain Hrdlicka et al.<br>191 Peachtree St., NE 9th Floor<br>Atlanta, GA 30303 | (lr1007) |
| **Lenoir Partners LLC**<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326 | (lr1007) |
| **Liberty Mutual Insurance Company**<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600<br>Jacksonville, FL 32202 | (lr1007) |
| **Long Wholesale, Inc. d/b/a CCC Beauty Supply**<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | (lr1007) |
| **Mandarin Loretto Development, Ltd.**<br>c/o John H. McCorvey, Jr.<br>4595 Lexington Ave., Suite 100<br>Jacksonville, FL 32210 | (lr1007) |
| **Maples Gas Company**<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207 | (lr1007) |
| **Margaret C. Lumsden**<br>Unti & Lumsden LLP<br>302 Jefferson Street<br>Suite 200<br>Raleigh, NC 27605 | (lr1007) |
| **Marshall G. Reissman, Esq.**<br>5150 Central Avenue<br>St. Petersburg, FL 33707 | (lr1007) |
| **Mary L. Fullington**<br>c/o Wyatt, Tarrant & Combs, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507-1746 | (lr1007) |
| **Matt E. Beal, Esq.**<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802 | (lr1007) |
| **Meridian Coca-Cola Bottling Company** | |

c/o Held & Israel
1301 Riverplace Blvd. #1916  (lr1007)
Jacksonville, FL 32207

**Metro-Goldwyn-Mayer Home Entertainment, LLC**
c/o Alan M. Weiss, Esq.
Holland & Knight LLP  (lr1007)
50 North Laura Street, Suite 3900
Jacksonville, FL 32202

**Montgomery Warehouse, L.L.C.**
c/o Eric S. Golden, Esquire
Baker & Hostetler LLP
200 South Orange Avenue  (lr1007)
SunTrust Center, Suite 2300
Orlando, Florida 32801

**Montgomery Warehouse, L.L.C.**
c/o Richard A. Robinson, Esquire
Baker & Hostetler LLP
200 South Orange Avenue  (lr1007)
SunTrust Center, Suite 2300
Orlando, Florida 32801

**Mosby's Packing Company, Inc.**
c/o Held & Israel
1301 Riverplace Blvd. #1916  (lr1007)
Jacksonville, FL 32207

**Northeast MS Coca-Cola Bottling Co., Inc.**
c/o Held & Israel
1301 Riverplace Blvd., #1916  (lr1007)
Jacksonville, FL 32207

**Oakwood Village Associates**
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC  (lr1007)
950 E. Paces Ferry Road
Atlanta, Georgia 30326

**Peter E. Nicandri**
14 East Bay Street  (lr1007)
Jacksonville, FL 32202

**Potter Square Associates**
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC  (lr1007)
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326

**Principal Life Insurance Company**
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire

| | |
|---|---|
| Wendy M. Simkulak, Esquire<br>30 South 17th Street<br>Philadelphia, PA 19103-4196 | (lr1007) |
| **Quaker Sales and Distribution, Inc.**<br>c/o Brian A. Audette<br>DLA Piper US LLP<br>203 N. LaSalle St., Ste 1900<br>Chicago, IL 60601 | (lr1007) |
| **Rachel E. Adams, Esq.**<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801 | (lr1007) |
| **Randall A. Rios**<br>700 Louisiana Ste 4600 Houston, Tx 77002 | (lr1007) |
| **Regina Wedig**<br>Bordelon & Theriot<br>1944 First St<br>Slidell, La. 70458 | (lr1007) |
| **Robert Abney Fricks, Esq.**<br>Attorney for Retreat Village Management<br>The Fricks Firm, P.C.<br>239-B Smithville Church Road<br>Warner Robins, Georgia 31088 | (lr1007) |
| **Robert D. Wilcox**<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256 | (lr1007) |
| **Russell Reid** | (lr1007) |
| **Russell Reid, Esq.**<br>Heller Ehrman LLP<br>Times Square Tower<br>Seven Times Square<br>New York, New York 10036 | (lr1007) |
| **Shawn Christianson, Esq.**<br>Buchalter Nemer, P.C.<br>333 Market Street, 25th Floor<br>San Francisco CA 94105 | (lr1007) |
| **Southeast Milk, Inc.**<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | (lr1007) |

**Southeast-Atlantic Beverage Corporation**
Nelson Mullins Riley & Scarborough LLP
1320 Main St., 17th Floor (29201)                                    (lr1007)
PO Box 11070
Columbia, SC 29211

**Southern Family Markets Acquisition LLC**
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt                                               (lr1007)
1100 Peachtree Street, Suite 2800
Atlanta, GA. 30309

**TA Cresthaven, LLC**
c/o Held & Israel
1301 Riverplace Blvd #1916                                           (lr1007)
Jacksonville, FL 32207

**TA/Western, LLC**
c/o Held & Israel
1301 Riverplace Blvd #1916                                           (lr1007)
Jacksonville, FL 32207

**The Coca-Cola Company**
c/o Alan M. Weiss
Holland & Knight LLP
50 North Laura Street                                                (lr1007)
Suite 3900
Jacksonville, FL 32202

**Thomas R. Lehman, P.A.**
Tew Cardenas LLP
1441 Brickell Avenue                                                 (lr1007)
15th Floor
Miami, FL 33131

**Thomas R. Lehman, P.A.**
1441 Brickell Avenue
15th Floor
Miami                                                                (lr1007)
FL
33131

**Wanda Borges**
Borges & Associates, LLC
575 Underhill Blvd., Suite 110                                       (lr1007)
Syosset, NY 11791

**William E Steffes**
Steffes Vingiello & McKenzie,LLC
13702 Coursey Blvd., Bldg. 3                                         (lr1007)
Baton Rouge, LA 70817