UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                  )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                                       )          Chapter 11
           Reorganized Debtors.                )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Wanda Brown (Claim No. 13280) [Docket No. 18637] was furnished by mail on October 30, 2007 to Wanda Brown, 1422 West 21st Street, Jacksonville, Florida 32209.

Dated: October 30, 2007

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151