UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Frances Goins (Claim No. 8221) [Docket No. 18622] was furnished by mail on October 30, 2007 to Frances Goins, 603 North Oakland Street, Dallas, North Carolina 28034.

Dated:  October 30, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
  Stephen D. Busey
  James H. Post (FBN 175460)
  Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151