UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ana Martinez (Claim Nos. 20, 7971, 7972 and 7973) [Docket No. 18627] was furnished by mail on October 30, 2007 to Ana Martinez c/o Matthew E. Kaplan, Esq., Kaplan & Freedman, P.A., 9410 Southwest 77th Avenuem Miami, Florida 33156-7903.

Dated:  October 30, 2007

SMITH HULSEY & BUSEY


By   *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151