UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON NOVEMBER 1, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on November 1, 2007 at 1:30 p.m.:

**A.       Uncontested Matters**

> *1.       Reorganized Debtors' Motion for Order Authorizing and Directing Release of Escrowed Funds (Docket No. 18487)*
>
> Response Deadline:   Expired.
>
> Responses:            None.
>
> Status:               The Reorganized Debtors will proceed with the hearing on the Motion.

**B.**    **Contested Matters**

2.      *Case Management Conference on (i) Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) that Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) that are the Subject of Lease Termination Agreements as it relates to Claim No. 8468 filed by Sarria Enterprises, Inc., (ii) Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief as it relates to the cure objection filed by Sarria and (iii) the Request for Payment of Administrative Expenses filed by Sarria (Docket Nos. 12281, 8941, 9722 and 14109)*

Status:            The Reorganized Debtors will proceed with the conference.

3.      *Case Management Conference on (i) Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief, as it relates to the cure objection filed by DBR Asset Management, Inc., as agent for Northway Investments, LLC and (ii) the Motion/Application for Administrative Expense Claim filed by Northway (Docket Nos. 8941, 9564 and 13688)*

Status:            The Reorganized Debtors will continue the conference until December 13, 2007.

4.      *Case Management Conference on (i) Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief, as it relates to the cure objection filed by Beach Walk Centre II, Inc. and (ii) Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) that Have Been Assumed, (II) that Have Been Assumed and Assigned, or (III) that are the Subject of Lease Termination Agreements as it relates to Claim Nos. 7357 and 7358 filed by Beach Walk Centre II, Inc. (Docket Nos. 8941, 9481, 12281 and 12763)*

Status:            The Reorganized Debtors will proceed with the conference.

5.      *Case Management Conference on Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief, as it relates to the cure objection filed by Casto Investments Company, Ltd. (Docket Nos. 8941 and 9686)*

Status:                 The Reorganized Debtors will continue the conference until December 13, 2007.

6.      *Debtors' Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements as it relates to Claim Nos. 10076 and 10090 filed by CapMark Services, Inc., as authorized agent of Swiss Re Asset Management (Americas), Inc., f/k/a Swiss Re Investors, Inc., as agent of Reassure America Life Insurance Company, successor-in-interest to Royal Maccabees Life Insurance Company (Docket No. 12281)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

7.      *Debtors' Omnibus Objection to Administrative Tax Claims (Docket No. 17888)*

Response Deadline:  Expired.

Responses:          (a)     Hamilton County, Tennessee (Docket No. 18144);
                    (b)     Escambia County Tax Collector (Docket No. 18264); and
                    (c)     Tax Collector of Westwego, Louisiana.

Status:             The Reorganized Debtors will continue the hearing with respect to Hamilton County, Escambia County and Westwego until further notice.

    8.     *Debtors' Omnibus Objection to Unresolved Litigation Claims (Workers Compensation Claims) (Docket No. 8702 and 18413)*

Response Deadline:  Expired.

Responses:         (a)    Srivera Cobb (Docket No. 18536); and
                    (b)    Bernice Woods (Docket No. 18555).

Status:           The Reorganized Debtors will proceed with the hearing on the Objection.

    9.     *Scheduling Conference on Renewed Motion of Janet Scott to Deem Application for Administrative Expense Timely Filed (Docket No. 17597)*

Status:           The Reorganized Debtors will proceed with the scheduling conference.

**C.    Adversary Proceeding (Winn-Dixie Stores, Inc. v. Janet Scott, et al.; Adv. No. 07-254)**

    10.    *Plaintiff's Motion to Consolidate Adversary Proceeding with Contested Matter on Janet Scott's Motion to Allow Late Administrative Claim*

Objection:         None.

Status:           The Plaintiff will proceed with the hearing on the Motion.

    11.    *Plaintiff's Amended Motion for Preliminary Injunction*

Objection:         None.

Status:           The Plaintiff will proceed with the hearing on the Motion.

**D.    Adversary Proceeding (Winn-Dixie Montgomery, Inc. v. Aronov; Adv. No. 06-226)**

> 12.    *Plaintiff's Motion to Consolidate Adversary Proceeding with Contested Matters on Debtors' Objection to Claim No. 10302 Filed by Fairfield Partners Limited Partnership*

Objection:            None.

Status:                The Plaintiff will proceed with the hearing on the Motion.

Dated: October 31, 2007.

SKADDEN, ARPS, SLATE, MEAGHER        SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                        By    *s/ Cynthia C. Jackson*
      D. J. Baker                                    Stephen D. Busey
      Sally McDonald Henry                           James H. Post
      Rosalie Walker Gray                            Cynthia C. Jackson

Four Times Square                        Florida Bar Number 498882
New York, New York 10036                 225 Water Street, Suite 1800
(212) 735-3000                           Jacksonville, Florida 32202
(212) 735-2000 (facsimile)               (904) 359-7700
djbaker@skadden.com                      (904) 359-7708 (facsimile)
                                         cjackson@smithhulsey.com


Co-Counsel for Reorganized Debtors       Co-Counsel for Reorganized Debtors

00585962