IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

| | |
|---|---|
| In re | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.* | Case No. 05-03817-3F1 |
| Reorganized Debtors. | Jointly Administered |

**REQUEST FOR REMOVAL FROM MATRIX
AND REQUEST TO STOP NOTICE**

Mary Joanne Dowd of Arent Fox LLP hereby files this Request for Removal from Matrix and Request to Stop Electronic Notice, and requests that the undersigned be removed from the matrix and from the Court's electronic noticing system for this case:

Dated: October 31, 2007

Respectfully submitted,

ARENT FOX LLP

*/s/ Mary Joanne Dowd*
Mary Joanne Dowd (Florida Bar No. 368970)
Jeffrey N. Rothleder
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Telephone: 202/857-6059
Fax: 202/857-6395
Email: dowd.mary@arentfox.com

Counsel for F.R.O., LLC VII

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2007, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: James H. Post, Esq., SMITH HULSEY & BUSEY, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and John B. Macdonald, AKERMAN SENTERFITT, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202.

      /s/ Mary Joanne Dowd
      Mary Joanne Dowd