UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 05-BK-03817-JAF |
| WINN-DIXIE STORES, INC., ET AL. | CHAPTER 11 |
| REORGANIZED DEBTORS | JOINTLY ADMINISTERED |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE** that Roland F. Samson, III, Esquire, hereby requests that he be removed from any and all service lists by electronic mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders or other documentation filed in this proceeding.

RESPECTFULLY SUBMITTED, this the 31st day of October, 2007.

SAMSON & POWERS, PLLC

BY:   *s/Roland F. Samson, III*
        MS BAR NO. 8764

SAMSON & POWERS, PLLC
Attorneys at Law
Post Office Box 1417
Gulfport, Mississippi 39502
Telephone: 228/822-1109
Facsimile: 228/822-2317

CERTIFICATE OF SERVICE

I, ROLAND F. SAMSON, III, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all interested persons.

THIS, the 31st day of October, 2007.

BY: *s/Roland F. Samson, III*
MS BAR NO. 8764

SAMSON & POWERS, PLLC
Post Office Box 1417
Gulfport, Mississippi 39502-1417
Telephone: 228/822-1109
Facsimile: 228/822-2317