

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

TO:  DATE: November 1, 2007

**Alexander R Nemajovsky**
**Brown & Scoccimano, PC**
**1801 Gillionville Rd**
**Albany, GA  31707**

**NOTICE - REMOVAL OF USER ACCOUNT FROM ELECTRONIC SERVICE**

The above individual has not returned the original ECF registration form to the appropriate office. Multiple attempts have been made to have the individual comply.

As the result of the filer failing to correct the problem, the court has therefore disabled the filer's account and will no longer be valid.  Until such time the filer notifies the court, this filer will not receive service from the court.