```
                                                            F I L E D
                                                          JACKSONVILLE, FLORIDA
           UNITED STATES BANKRUPTCY COURT                   OCT 3 1 2007
             MIDDLE DISTRICT OF FLORIDA
                JACKSONVILLE DIVISION                    CLERK, U.S. BANKRUPTCY COURT
                                                          MIDDLE DISTRICT OF FLORIDA
```

In re:                            )      Case No. 05-03817-3F1
                                  )
WINN-DIXIE STORES, INC., et al.,  )      Chapter 11
                                  )
        Debtors.'                 )      Jointly Administered
                                  )
_____)

## NOTICE OF WITHDRAWAL OF CLAIM NO. 6825
## FILED BY J. SCOTT NOONEY, ESQUIRE

J. Scott Nooney withdraws and releases his Proof of Claim Number 6825 filed in these cases on July 19, 2007 on behalf of Sarah Lutgens.

Dated this 30th day of October, 2007.

THE LAW OFFICES OF J. SCOTT
NOONEY & ASSOCIATES

J. SCOTT NOONEY, Esquire
FL Bar No.: 0709964
1680 Emerson Street
Jacksonville, FL 32207
(904)398-1992
(904)398-0989 facsimile
Attorney for Creditor