LT-DCF-07-137

In re:

Winn-Dixie Stores, Inc. et al.

_____/

RESERVED FOR USE BY CLERK OF THE COURT:

FILED
JACKSONVILLE, FLORIDA
OCT 31 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHAPTER 11

CASE NO: 05-03817-3F1

## Myriam Elena Del Valle's Verified Motion to Allow Late Filed Claim
Florida Bar No.:306304

COMES NOW the Claimant, Myriam Elena Del Valle, by and through the undersigned attorney her former attorney, Greg Monaldi, P.A., and as and for her Motion to Allow Late Filed Claim would state the following:

1. The Claimant, Myriam Elena Del Valle, was a business invitee on or about July 10, 2005, when she slipped and fell near an ice machine in a Winn-Dixie store and sustained serious permanent personal injuries including but no limited to injuries to her shoulder requiring surgery;

2. That Ms. Del Valle retained an attorney, Gregory E. Monaldi, Esq. and

3. That Notice of the entry of an Order confirming the reorganization plan was provided to Ms. Del Valle's then attorney, Jose Negroni, of the Gregory Monaldi, P.A. law offices. A copy of the Notice is attached hereto and marked Exhibit "B";

4. That the above Notice provided that Claims arising in the period between February 21, 2005 and November 21, 2006, were to be filed no later than January 5, 2007;

5. That through no fault of her own, Ms. Del Valle's claim was not timely filed with the Bankruptcy Court;

6. An Original Claim for Ms. Del Valle's injuries is attached hereto and made a part hereof marked Exhibit "A";

7. That the Claim was not filed because her attorney's office at that time, Gregory Monaldi, P.A., misunderstood and misapprehended the need for filing a claim. They believed that the receipt of the Notice was sufficient, unless her claim was a secured claim, and since it was not, that no filing was needed. In addition, the attorney, Jose Negroni, was in the process of starting his own firm and failed to spend the time necessary to understand the full import of the notice provided by the Bankruptcy Court;

8. A good faith attempt has been made to resolve this Motion without having to bring it to the Court's attention by contacting the Reorganized Debtor's attorney, James Post, Esq., and counsel for the Post-Effective Date Committee, Matthew Barr, Esq., both of whom object to this Motion and the Claim.

9. This Motion and the attached Claim is made in good faith and not for the purposes of delay, but to attempt to resolve the otherwise unperfected claim of Ms. Del Valle.

WHEREFORE Myriam Elena Del Valle prays that this Court will enter an Order Allowing her Late Filed Claim which is attached to this Motion.

Gregory E. Monaldi, P.A.

BY: _____
Gregory E. Monaldi

_____
Gregory E. Monaldi, Esq.

DECARDENAS, FREIXAS, STEIN & ZACHARY, P.A.
Attorney for Gregory E. Monaldi, P.A. & Esq.
25 SE 2nd Avenue, Suite 425
Miami, FL 33131
Telephone: (305)377-1505
Facsimile: (305)358-4296

By: _____
BARRY A. STEIN, ESQ.

_____
Myriam Elena Del Valle

Moody, Jones, Montefusco, Ingino & Morehead, PA
Attorneys for Myriam Elena Del Valle
1333 So. University Drive Suite 201,
PLANTATION, FL 33324

BY: _____
Charles A. Morehead, III, Esq.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

SWORN TO AND SUBSCRIBED before me by Gregory E. Monaldi, Esq., individually and as President of Gregory E. Monaldi, P.A. this _____ day of October, 2007.

_____
Signature of Notary Public

My Commission Expires: 1-08-10

Notary Public State of Florida
Bianca Munoz
My Commission DD504435
Expires 01/08/2010

(Print, Type or Stamp Name of Notary Public)

Personally Known (✓) or Produced Identification ( )
Type of Identification Produced : _____

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing was mailed on this _____ day of October, 2007, to all parties of record herein, by regular mail:

Charles A. Morehead, III, Esq., Moody, Jones, Montefusco, Ingino & Morehead, P.A., 1333 So. University Drive Suite 201, PLANTATION, FL 33324; Gregory E. Monaldi, Esq., Gregory E. Monaldi, P.A., 200 SE 9th Street, FORT LAUDERDALE, FL 33316-1020; Matthew Barr, Esq., Millbank, Tweed, Haldey & McCloy, LLP, 1 Chase Manhattan Plaza, NEW YORK CITY, NY 10005; James Post, Esq., Smith Hulsey & Busey, 225 Water Street Suite 1800, JACKSONVILLE, FL 32202

De Cardenas, Freixas, Stein & Zachary, P.A.

By: _____
BARRY A. STEIN, ESQ.

**Supporting documentation too voluminous to attach**

**May be viewed at the clerk's office**