# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**CASE NO:** **3:05-bk-3817**
**Chapter** **11**

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## <u>ORDER STRIKING MOTION TO COMPEL COMPLIANCE WITH SETTLEMENT</u>

The Court finds that the Motion to Compel Compliance filed by Colette M. Heck on behalf of Patricia Williams on October 29, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Motion to Compel Compliance filed by Colette M. Heck on behalf of Patricia Williams on October 29, 2007 is stricken from the record.

**DATED October 30, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Colette M. Heck, 1141 South Ridgewood Ave., Daytona Beach, FL 32114
James H. Post, 225 Water Street, Suite 1800, Jacksonville, FL 32202
Jennifer Moorhead, P.O. Box 2229, Daytona Beach, FL 32115

**BAE SYSTEMS**

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes          Page 1 of 1                    Date Rcvd: Oct 30, 2007
Case: 05-03817                Form ID: pdfdoc        Total Served: 2


The following entities were served by first class mail on Nov 01, 2007.
aty         +Collette Heck,   1141 S. Ridgewood Ave.,   Daytona Beach, FL 32114-7223
            +Jennifer Moorhead,   P.O. Box 2229,   Daytona Beach, FL 32115-2229

The following entities were served by electronic transmission.
NONE.                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2007**          **Signature:** *Joseph Speetjens*