[31611] [Order Abating Motion for Relief From Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Donna M. Chang on October 29, 2007 , the Court finds:

1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

Dated October 30, 2007 .

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Creditor
Jennifer S. Worley, 225 Water Street, Suite 1000, Jacksonville, FL 32202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Oct 30, 2007
Case: 05-03817                Form ID: pdfdoc        Total Served: 2

The following entities were served by first class mail on Nov 01, 2007.
cr           +Donna M. Chang,   c/o Blane G. McCarthy,    1400 Prudential Dr., Suite Two,
               Jacksonville, FL 32207-8173
             +Jennifer S. Worley,   225 Water Street, Suite 1000,   Jacksonville, FL 32202-5145

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 01, 2007**                  **Signature:**       _Joseph Speetjens_