UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING VERIFIED MOTION TO ALLOW LATE FILED CLAIM

The Court finds that the Verified Motion to Allow Late Filed Claim filed by Barry A. Stein on behalf of Myriam Elena Del Valle on October 31, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Verified Motion to Allow Late Filed Claim filed by Barry A. Stein on behalf of Myriam Elena Del Valle on October 31, 2007 is stricken from the record.

**DATED November 1, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Barry A. Stein, 25 SE 2nd Ave., Suite 425, Miami, FL 33131
James H. Post, 225 Water Street, Suite 1800, Jacksonville, FL 32202
Charles A. Morehead, III, 1333 S. University Dr., Suite 201, Plantation, FL 33324
Gregory E. Monaldi, 200 SE 9th St., Ft. Lauderdale, FL 33316-1020
Matthew Barr, 1 Chase Manhattan Plaza, New York, NY 10005