UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER GRANTING REORGANIZED DEBTORS' MOTION FOR ORDER AUTHORIZING AND DIRECTING RELEASE OF ESCROWED FUNDS**

This cause came before the Court on November 1, 2007, upon the motion of Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors")[1] for an order authorizing and directing the release of escrowed funds to the Reorganized Debtors (the "Motion") (Docket No. 18487). No objection to the Motion was filed or raised by any interested party. It is therefore

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. Within ten days of entry of this Order, UMB Bank, N.A., as escrow agent, is authorized and directed to release escrowed funds in the amount of $31,597.23 to the Reorganized Debtors.

3. The Reorganized Debtors are authorized to take any action necessary to facilitate the disbursement of the $31,597.23, including acknowledging receipt of the funds.

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion.

4. This Court retains jurisdiction to resolve any disputes arising from this Order.

Dated this ___1___ day of November, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson

Cynthia C. Jackson is directed to mail
a copy of this Order to all parties
served with the Motion.

579769

2