UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**ORDER DISALLOWING CLAIM NUMBERS 10076 AND 10090
FILED BY CAPMARK SERVICES, INC., AS AUTHORIZED
AGENT OF SWISS RE ASSET MANAGEMENT (AMERICAS), INC.**

This cause came before the Court on November 1, 2007, upon the Twenty-Sixth Omnibus Objection to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) that Have Been Assumed, (II) that Have Been Assumed and Assigned, or (III) that are the Subject of Lease Termination Agreements (the "Objection") (Docket No. 12281) of Winn-Dixie Stores, Inc. and its reorganized subsidiaries and affiliates, as it relates to claim numbers 10076 and 10090 filed by CapMark Services, Inc., as authorized agent of Swiss Re Asset Management (Americas), Inc., f/k/a Swiss Re Investors, Inc., as agent of Reassure America Life Insurance Company, successor-in-interest to Royal Maccabees Life Insurance

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Company ("Swiss"). No formal responses to the Objection were filed by any party in interest. It is therefore

ORDERED and ADJUDGED:

1. Claim numbers 10076 and 10090 filed by Swiss are disallowed in their entirety.

2. This Court retains jurisdiction to resolve any disputes arising from this Order.

Dated this ____ day of November, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Cynthia C. Jackson

Cynthia C. Jackson is directed to mail
a copy of this Order to all parties
served with the Motion.

586482

2