UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

ORDER ON DEBTORS' OMNIBUS
OBJECTION TO UNRESOLVED LITIGATION
CLAIMS BASED ON CLAIMANTS' ASSERTED
RIGHTS TO WORKERS COMPENSATION BENEFITS

This matter came before the Court for hearing on November 1, 2007, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (collectively, the "Reorganized Debtors") as to the proofs of claim identified on Exhibit A to the Notice of Hearing on the Objection (Doc. No. 18413). The Objection was based on the grounds that such claims have been or will be paid under the Debtors' workers compensation programs (to the extent such claims are allowed as workers compensation claims), pursuant to the authority granted to the Debtors in the Final Order Granting Authority to Continue Pre-petition Insurance and Workers' Compensation Programs and to Pay Pre-petition Premiums, Related Obligations, and Premium Financing Payments entered in these cases on March 15, 2005 (Doc. No. 432). Responses in opposition to the Objection were

filed by Srivera Cobb (Doc. No. 18536) and Bernice Woods (Doc. No. 18555) (the "Responses"). Upon consider, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained as to all claims identified in Exhibit A attached.

2. The claims identified on Exhibit A are disallowed in their entirety provided, however, that the disallowance of each such claim is without prejudice to payment of valid amounts under the Reorganized Debtors' workers compensation programs and policies to the extent any such claims are allowed as workers compensation claims.

3. The Responses are overruled.

4. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

Dated this ___1___ day of November, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00586069

2

WINN-DIXIE STORES, INC., ET AL.
NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION
TO UNRESOLVED LITIGATION CLAIMS BASED ON CLAIMANTS'
ASSERTED RIGHTS TO WORKERS COMPENSATION BENEFITS
EXHIBIT A - CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| ALBERT, MICHAEL | 3021 | $25,000.00 | NO LIABILITY - DISPUTED CLAIM; DUPLICATED BY CLAIM NUMBER 3022 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CAMPBELL, DAVID L | 7568 | $65,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CHIPOURAS, JUDY | 9215 | $994.50 | NO LIABILITY - DISPUTED CLAIM; RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CLARK, RICKIE | 7592 | $13,250.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CLARKE, ESTHER N | 10701 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| COBB, SRIVERA E | 5381 | $388,679.04 | NO LIABILITY - DISPUTED CLAIM; RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| COOK, EDWARD | 1607 | $192,857.28 | NO LIABILITY - DISPUTED CLAIM; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| DORSEY, SHAUNTAYE L | 3535 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| FINE, MAXINE L | 7525 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| GOOCH, JEFFERY E | 2046 | $10,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| GREEN-MAYO, ROSE M | 5224 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| JONES, MARIA F | 10621 | $25,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| KING, SANDY M | 4274 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MERRIEX, BOBBIE | 3666 | $116,100.00 | NO LIABILITY - DISPUTED CLAIM; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MILLER, NORMA DALE | 13031 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MOORE, LABARRON A | 5236 | $400.00 | NO LIABILITY - DISPUTED CLAIM; RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| NORRIS, CHARLOTTE | 6313 | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| | Debtor: | WINN-DIXIE STORES, INC. | |

WINN-DIXIE STORES, INC., ET AL.
NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION
TO UNRESOLVED LITIGATION CLAIMS BASED ON CLAIMANTS'
ASSERTED RIGHTS TO WORKERS COMPENSATION BENEFITS
EXHIBIT A - CLAIMS TO BE DISALLOWED

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| PEASE, ANN | 4515<br>Debtor: WINN-DIXIE STORES, INC. | $6,500.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| STITH, ANNA L | 7857<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| TATUM, ANGELA | 2785<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| TRAWICK, NELL | 9368<br>Debtor: WINN-DIXIE STORES, INC. | $41,443.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| VENDETTE, KENNETH | 6118<br>Debtor: WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| WARNER, ROBIN H | 2691<br>Debtor: WINN-DIXIE STORES, INC. | $150,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| WATSON, PATRICIA | 3817<br>Debtor: WINN-DIXIE STORES, INC. | $2,500.00 | NO LIABILITY - DISPUTED CLAIM; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| WHITE, BETSY | 3050<br>Debtor: WINN-DIXIE STORES, INC. | $500,000.00 | NO LIABILITY - DISPUTED CLAIM; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| WILLIAMS, FELIX J | 3085<br>Debtor: WINN-DIXIE STORES, INC. | $4,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED NON-PRIORITY; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| WILSON, SHARON | 4712<br>Debtor: WINN-DIXIE STORES, INC. | $10,679.94 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| WINN, LINDA | 8128<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| WOODS, BERNICE | 5347<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| YOUNG, JAMES | 4616<br>Debtor: WINN-DIXIE STORES, INC. | $0.00 | NO LIABILITY - DISPUTED CLAIM; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| ZEIGLER, ELIZABETH | 9360<br>Debtor: WINN-DIXIE STORES, INC. | $50,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; ASSERTED AS A WORKERS COMPENSATION CLAIM. |
| Total Claims to be Disallowed: | 31 | | |
| Total Amount to be Disallowed: | | $2,102,403.76 | Plus Unliquidated Amounts, If Any |