

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 1, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post *P*

      Case Management Conference on (i) Debtors' Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements as it relates to Claim No. 8468 filed by Sarria Enterprises, Inc., (ii) Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief as it relates to the cure objection filed by Sarria and (iii) the Request for Payment of Administrative Expenses filed by Sarria (12281, 8941, 9722 and 14109)

APPEARANCES:
US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD
                        MATTHEW S. BARR

SARRIA ENTERPRISES INC:

RULING:   1 day Trial > 60 days → FEBRUARY 14 @ 1:30 - 4 hrs.
          (8 hrs.)                 FEBRUARY 15 @ 9:30 - 4 hrs.
          Ord in due course
          LONG ORDER 183