

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday
November 1, 2007
1:30 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1        WINN-DIXIE STORES, INC.

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post**

**Case Management Conference on (i)Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief, as it relates to the cure objection filed by Casto Investments Company, Ltd. (8941 and 9686)**

**The Reorganized Debtors will continue the conference until December 13, 2007.**

**APPEARANCES:**
**US TRUSTEE:**          **ELENA ESCAMILLA**
**UNSEC. CRED:**        **JOHN B. MACDONALD**
                                    **MATTHEW S. BARR**

RULING:    2 day *trial* > 120 days ⟶

MARCH 12 @ 9:00 - 4 HRS.
MARCH 13 @ 1:30 - 8⁴ HRS.
MARCH 14 @ 9:30 - 8 HRS.

(16 hr.)
Ord. due course
LONG ORDER 183