

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 1, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Twenty-Sixth Omnibus Objection by Debtors to Claims Arising From Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That are the Subject of Lease Termination Agreements as it relates to Claim Nos. 10076 and 10090 filed by CapMark Services, Inc., as authorized agent of Swiss Re Asset Management (Americas), Inc., f/k/a Swiss Re Investors, Inc., as agent of Reassure America Life Insurance Company, successor-in-interest to Royal Maccabees Life Insurance Company (12281)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

CAPMARK SERVICES, INC:

RULING: Sustained (claims disallowed)
Ord/Segreed