**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**November 1, 2007**
**1:30 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1 WINN-DIXIE STORES, INC.**

**Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post** P

**Omnibus Objection to Administrative Tax Claims filed by Debtors (17888)**

(1) Response by Hamilton County, Tennessee (Doc. 18144)

(2) Response by Escambia County Tax Collector (Doc. 18264)

(3) Response by Tax Collector of Westwego, Louisiana

**The Reorganized Debtors will continue the hearing with respect to Hamilton County, Escambia County and Westwego until further notice.**

**APPEARANCES:**
**US TRUSTEE:** **ELENA ESCAMILLA**
**UNSEC. CRED:** **JOHN B. MACDONALD**
**MATTHEW S. BARR**

**HAMILTON COUNTY, TN:**
**ESCAMBIA COUNTY TAX COLLECTOR:**
**TAX COLLECTOR OF WESTWEGO, LA:**

**RULING:** Cont'd. until further ntc.