

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 1, 2007
1:30 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Omnibus Objection by Debtors to Unresolved Litigation Claims (Workers Compensation Claims) (8702 and 18413)

(1) Response by Srivera Cobb (Doc. 18536)

(2) Response by Bernice Woods (Doc. 18555)

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

SRIVERA COBB:
BERNICE WOODS:

RULING: Sustained
Ord / Signed