

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 1, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Scheduling Conference on Renewed Motion of Janet Scott to Deem Application for Administrative Expense Timely Filed (17597)

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

JANET SCOTT:        BRETT MEARKLE
*McKay:*

RULING:  4 hrs > 90 days — MARCH 20 @ 1:30 — 4 HRS.
         Granted (not consolidated)
         Ord. due course
         LONG ORDER /83