UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING VERIFIED MOTION TO ALLOW LATE FILED CLAIM

The Court finds that the Verified Motion to Allow Late Filed Claim filed by Barry A. Stein on behalf of Myriam Elena Del Valle on October 31, 2007 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED:**

The Verified Motion to Allow Late Filed Claim filed by Barry A. Stein on behalf of Myriam Elena Del Valle on October 31, 2007 is stricken from the record.

**DATED November 1, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Barry A. Stein, 25 SE 2nd Ave., Suite 425, Miami, FL 33131
James H. Post, 225 Water Street, Suite 1800, Jacksonville, FL 32202
Charles A. Morehead, III, 1333 S. University Dr., Suite 201, Plantation, FL 33324
Gregory E. Monaldi, 200 SE 9th St., Ft. Lauderdale, FL 33316-1020
Matthew Barr, 1 Chase Manhattan Plaza, New York, NY 10005

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1              Date Rcvd: Nov 02, 2007
Case: 05-03817               Form ID: pdfdoc           Total Served: 3

The following entities were served by first class mail on Nov 04, 2007.
aty         +Barry A. Stein,    25 SE 2nd Avenue, Suite 425,    Miami, FL 33131-1511
            +Charles A. Morehead, III,    1333 S. University Dr., Suite 201,    Plantation, FL 33324-4001
             Gregory E. Monaldi,    200 SE 9th Street,   Ft. Lauderdale, FL  33316-1020

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2007**                    **Signature:**    *Joseph Speetjens*