**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | CASE NO: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., ) | | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____) | | |

**AMENDMENT TO SECOND SUPPLEMENT TO OBJECTION BY LANDLORDS, WESTFORK TOWER, LLC, CONCORD-FUND IV RETAIL, L.P., TA CRESTHAVEN, LLC, AND ELSTON/LEETSDALE, LLC, BY AND THROUGH THEIR PROPERTY MANAGER, TERRANOVA CORP., TO DEBTORS' ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASES AND TO PROPOSED CURE AMOUNTS (DOCKET NO. 7966)**

Landlords, WESTFORK TOWER, LLC (**Store No. 278**), CONCORD-FUND IV RETAIL, LP (**Store No. 254**), TA CRESTHAVEN, LLC (**Store No. 221**), and ELSTON/LEETSDALE, LLC (**Store No. 209**), by and through their Property Manager and Agent, TERRANOVA CORP. (collectively the Landlords), file this Amendment to the Second Supplement that they filed on August 3, 2007 [Docket No. 17642] ("Second Supplement") which further supplemented their June 30, 2006 Objection to Winn Dixie Stores Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors") Amended Omnibus Motion to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief [Docket No. 7966] seeking to assume certain leases of real property (each a "Lease" and collectively "Leases") and proposing cure amounts [Docket No. 8921](the "Objection"). The Landlords amend the Second Supplement to correct the amount of attorneys' fees of Scruggs & Carmichael, P.A. in the Second Supplement as follows:

The Second Supplement contained scrivener's errors as to the total attorneys' fees for the law firm of Scruggs & Carmichael, P.A. through May 31, 2007, that are included in the Landlord's cure claims on the Stores. The correct amounts are as follows and as shown on attached Exhibit A, consisting of a spreadsheet showing the Scruggs & Carmichael, P.A. fees and

costs through May 31, 2007; and the corrected amounts are also noted in redline on the excerpt of the Second Supplement attached hereto as Exhibit "B":

### CONCORD FUND IV RETAIL – LP – Store No. 254 at Concord Plaza

1.  In paragraph 2.d., on page 3 of the Second Supplement is amended as follows: legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07), is $24,744.08; the amount stated of $7,162.69 should be disregarded.

### WESTFORK TOWER, LLC – Store No. 278 at Westfork Plaza

2.  In paragraph 3.c., on page 3 of the Second Supplement, the correct amount of legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07), is $15,625.59; the amount stated of $2,840.98 is incorrect and should be disregarded.

### ELSTON/LEETSDALE, LLC – Store No. 209 at Palm Johnson Plaza

3.  In paragraph 5.b., on page 4 of the Second Supplement, the amount of legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07), is $9,456.50; the amount stated of $2,945.98 is incorrect and should be disregarded.

4.  Neither the Debtor nor its counsel will be prejudiced by the filing of this Amendment because counsel for the Landlord have previously provided the correct amounts and copies of the Scruggs & Carmichael, P.A. billing statements that relate to the correct amounts.

5.  The Landlord intends to file, as expeditiously as possible, a Third Supplement to update the total amount of attorneys' fees and costs that it is seeking as part of its remaining cure claims. The Landlord intends to attach to its Third Supplement copies of billing statements and accountings of legal fees and costs that the Landlord has incurred from the beginning of the Landlord's attorneys' work in the above-captioned case. December of 2005 through October 31, 2007 so that the Court, the reorganized Debtor and all interested parties will have the full amount of and back-up for these claims in one pleading.

Dated: November _5_, 2007.

Respectfully submitted,

SCRUGGS & CARMICHAEL, P.A.

/s/ Karen K. Specie, Esquire
KAREN K. SPECIE, ESQUIRE
Post Office Box 23109
Gainesville, FL 32602
Telephone: 352-376-5242
Facsimile: 352-375-0690
Florida Bar No. 260746
Attorneys for Terranova Corp.

TEW CARDENAS LLP

/s/ Thomas R. Lehman, Esq..
THOMAS R. LEHMAN, P.A.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: 305-536-1112
Facsimile: 305-536-1116
Florida Bar No. 351318
Attorneys for Terranova Corp.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Amendment to Second Supplement to Objection by Landlords, Westfork Tower, LLC, Concord-Fund IV Retail, L.P., TA Cresthaven, LLC, and Elston/Leetsdale, LLC, by and through their Property Manager, Terranova Corp., to Debtors' Assumption of Non-Residential Real Property Leases and to Proposed Cure Amounts (Docket No. 7966) was electronically filed with the US Bankruptcy Court on this 5th day of November, 2007, and that a copy of this document was furnished either by electronic transmission or by United States first class mail postage prepaid to: Rosalie Walker Gray, rgray@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; Adam Ravin, aravin@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; D. J. Baker, djbaker@skadden.com, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; Cynthia C. Jackson, Esquire, cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201, Fax: (904)359-7708; Official Committee of Unsecured Creditors, c/o Dennis F. Dunne, Esquire, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; Matthew Barr, Esquire, mbarr@milbank.com, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; John B. Macdonald, Esq., john.macdonald@akerman.com, Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; John Longmire, Esq., jlongmire@willkie.com, Willkie Farr & Gallagher, LLP, 787 Seventh Avenue, New York, NY 10019-6099; and Elena L. Escamilla, Esquire, Office of United States Trustee B JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and to all other parties served by the Court's CM/ECF System.

/s/ Karen K. Specie, Esq.

# EXHIBIT A

# Spreadsheet – Scruggs & Carmichael, P.A. Billing summary through May 31, 2007

S:\Docs\PRIVATE CASES\M - Z\TERRANOVA CORP\TERRANOVA CURE CLAIMS 07\S & C Fee Spreadsheet thru 5.31.07 for Amend Second Supp.doc

### Billing Allocation – Store #254 (Concord Fund IV) (004):

| Invoice Date | Concord invoices (004) | Concord allocation of General (002) |
|---|---|---|
| December 2005- Jan. 2006 | No bills - $0 | **$0** |
| April 18, 2006<br>Period Feb. 03-March 31/2006 | $5,003.20 | $1,758.74 |
| May 8, 2006<br>Period April 1-30, 2006 | $35.00 | $148.08 |
| June 2, 2006<br>Period May 1-31, 2006 | $0.00 | $331.93 |
| June 27, 2006<br>Period ending June 27, 2006 | No bill | $126.00 |
| August 8, 2006<br>Period ending July 31, 2006 | No bill | $1,435.40 |
| September 7, 2006<br>Period ending August 31, 2006 | $4,988.00 | $1,567.85 |
| October 5, 2006<br>Period ending Sept. 30, 2006 | $1,149.67 | $511.00 |
| **Subtotal from Supplement** | **$11,175.87** | **$5,879.00 (1/6 of 002 through 5/31/06; 1/6 of 002 from 6/1/06)** |
| December 7, 2006<br>(for period 10/1/06- 11/30/06) | $2,291.71 | $1,821.15 |
| February 8, 2007<br>For period 12/1/06-1/31/07 | $2,135.00 | $343.00 |
| May 22, 2007<br>For period 2/1/07- 3/31/07 | $0.00 (no bill) | $571.83 |
| May 30, 2007<br>Period thru 5/31/2007 | No bill | $526.52 |
| **TOTAL DUE CONCORD** | **$15,602.58** | **$9,141.50** |
| **GRAND TOTAL CONCORD THRU 05/31/07 - $24,744.08** | | |

**Billing Allocation – Store #209 (Elston/Leetsdale) (007):**

| Invoice Date | Elston invoices (004) | Elston allocation of General (002) |
|---|---|---|
| December 2005- Jan. 2006 | No bills - $0 | 0 |
| April 18, 2006 Period Feb. 03-March 31/2006 | $0.00 no bills | 1,758.74 |
| May 8, 2006 Period April 1-30, 2006 | $0.00 | 148.08 |
| June 2, 2006 Period May 1-31, 2006 | $0.00 no bill | 331.93 |
| June 27, 2006 Period ending June 27, 2006 | No bill - $0 | 126.00 |
| August 8, 2006 Period ending July 31, 2006 | $0 – no bill | 1,435.40 |
| September 7, 2006 Period ending August 31, 2006 | $0.00 no bill | 1,567.85 |
| October 5, 2006 Period ending Aug. 31, 2006 Period ending Oct. 5, 2006 | $70 $140.00 | 511.00 |
| **Subtotal From Supplement** | $210.00 | $5,879.00 (1/6 of 002 through 5/31/06; 1/6 of 002 from 6/1/06) |
| December 7, 2006 (for period through 11/30/06) | $105.00 | $1,821.15 |
| February 8, 2007 For period 12/1/06-1/31/07 | $0 no bill | $343.00 |
| May 22, 2007 For period 2/1/07- 3/31/07 | $0.00 (no bill) | $571.83 |
| May 30, 2007 Period through May 31, 2007 | No bill | $526.52 |
| **TOTAL DUE Elston/Leetsdale** | **$315.00** | **$9,141.50** |
| **GRAND TOTAL ELSTON/LEETSDALE THRU 05/31/07 - $9,456.50** | | |

**Billing Allocation – Store #278 (Westfork Tower) (008):**

| Invoice Date | Westfork invoices (004) | Westfork allocation of General (002) |
|---|---|---|
| December 2005- March 16, 2006 | $3,407.19 see Matter History Report for time records | $0 |
| April 18, 2006 Through March 31/2006 | $2,092.00 | 1,758.74 |
| May 8, 2006 Period April 1-30, 2006 | $805.00 | 148.08 |
| June 2, 2006 Period May 1-31, 2006 | $0.00 | 331.93 |
| June 27, 2006 Period ending June 27, 2006 | $5.00 | 126.00 |
| August 8, 2006 Period ending July 31, 2006 | No bill $0 | 1,435.40 |
| September 7, 2006 Period ending Aug. 31, 2006 | No bill $0 | 1,567.85 |
| October 5, 2006 Period ending Sept. 30, 2006 | no bills | 511.00 |
| **Subtotal From Supplement** | **$6,309.19** | **$5,879.00 (1/6 of 002 through 5/31/06; 1/6 of 002 from 6/1/06)** |
| December 7, 2006 Period of 10/1/06 - 11/30/06 | $105.00 | $1,821.15 |
| February 8, 2007 For period 12/1/06-1/31/07 | No bill | $343.00 |
| May 22, 2007 For period 2/1/07- 3/31/07 | No bill | $571.83 |
| May 30, 2007 Period ending 5/31/07 | $70.00 | $526.52 |
| **TOTAL DUE WESTFORK** | **$6,484.19** | **$9,141.50** |
| **GRAND TOTAL DUE WESTFORK THRU 05/31/07 - $15,625.69** | | |

## EXHIBIT "B" TO AMENDMENT TO SECOND SUPPLEMENT

### CONCORD-FUND IV RETAIL - LP Store No. 254 at Concord Plaza

1. The cure amount on this lease as of the date of the instant Second Supplement is:

   | | | |
   |---|---|---|
   | a. | The Debtors' share of expenses (77.18%) incurred for purchase of lighting fixtures in November 2003 in the amount of $18,457.50, for Debtors' parking lot lighting upgrade (see attached Exhibit "1") | $14,245.50 |
   | b. | Legal fees and costs, Held & Israel (see Composite Exhibit "5") | $20,605.01 |
   | c. | Legal fees and costs, Tew Cardenas, LLP (through 5/31/07) (see Composite Exhibit "3") | $57,194.79 |
   | d. | Legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07) (see Composite Exhibit "4") | $24,744.08 ~~$ 7,162.69~~ |
   | e. | The Debtors' unpaid share of prorated 2005 real estate taxes from 1/1/05 through the petition date | $ 7,230.63 |

### WESTFORK TOWER, LLC - Store No. 278 at Westfork Plaza

2. The cure amount on this lease as of the date of the instant Second Supplement is:

   | | | |
   |---|---|---|
   | a. | Attorneys fees and costs, Tew Cardenas, through 5/31/07 (see Composite Exhibit "3") | $17,720.74 |
   | b. | August 2004 Building repairs ($990); March 2004 miscellaneous charge ($100) | $ 1,090.00 |
   | c. | Legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07) (see Composite Exhibit "4") | $15,625.69 ~~$ 2,840.98~~ |
   | d. | Common Area Maintenance | $ 3,379.85 |

### TA CRESTHAVEN, LLC - Store No. 221 at Cresthaven Plaza

3. The cure amount on this lease as of the date of the instant Second Supplement is: (Terranova Landlords do not claim entitlement to attorneys' fees as part of the cure for this store):

| | | |
|---|---|---|
| a. | Repair costs for Hurricane Wilma damages done to Debtors' parking lot sign (see invoices and e-mail correspondence attached as Exhibit "2"), repaired at request of Debtor | $ 3,454.86 |

### ELSTON/LEETSDALE, LLC - Store No. 209 at Palm Johnson Plaza

4. The cure amount on this lease as of the date of the instant Second Supplement is:

| | | |
|---|---|---|
| a. | Tew Cardenas LLP attorneys fees and costs through 5/31/07 (see Composite Exhibit "3") | $ 8,732.33 |
| b. | Legal fees and costs, Scruggs & Carmichael, P.A. (as of 5/31/07) (see Composite Exhibit "4") | $ 9,456.50 ~~$ 2,945.98~~ |
| c. | Legal fees and costs, Held & Israel (see Composite Exhibit "5") | $ 5,064.58 |