**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al,

        Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

    PLEASE TAKE NOTICE that Earl M. Barker, Jr. and Hollyn J. Foster of Slott, Barker & Nussbaum, Attorneys for Victory Real Estate Investments, LLC, et al, does hereby give notice that their services are concluded in this matter and they hereby request that they be removed from any and all service lists by electronic mail (email: embarker@bellsouth.net and hollynf@bellsouth.net) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true copy of the foregoing Notice of Request from Removal from Service List and Request to Stop Electronic Notice has been served through the CM/ECF System this 5th day of November, 2007.

    RESPECTFULLY SUBMITTED this 5th day of November, 2007.

    Slott, Barker & Nussbaum
    334 East Duval Street
    Jacksonville, Florida 32202
    (904) 353-0033 (Telephone)
    (904) 355-4148 (Telecopy)

    /s/ Earl M. Barker, Jr.
    Earl M. Barker, Jr.
    Florida Bar No. 110140

    /s/ Hollyn J. Foster
    Hollyn J. Foster
    Florida Bar No. 0020883

    Attorneys for Victory Real Estate Investments, LLC, et al