**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 3-05-bk-3817 |
| WINN-DIXIE STORES, INC. et al., | : | Chapter 11 |
| Debtors | : | Jointly Administered |

**NOTICE OF REQUEST FOR REMOVAL FROM
ELECTRONIC SERVICE LIST**
Virginia Terrell

Please take notice that Winn-Dixies Stores, Inc., has been dismissed in the 22nd Judicial District Court, Parish of St. Tammany, on a Motion for Summary Judgment.

Due to this dismissal, please take notice that J. Neale deGravelles should be removed from all service lists.

Respectfully Submitted,

deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE', L.L.P.

By:   /s/ J. Neale deGravelles
        J. Neale deGravelles
        618 Main St.
        Baton Rouge, LA   70801-1910
        Bar Roll No.  29143
        Telephone:   (225)  344-3735
        Facsimile:    (225)  336-1146

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 5, 2007, I filed this Notice of Request for Removal from Electronic Service List through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ J. Neale deGravelles
_____
J. Neale deGravelles