UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                          Chapter 11
      Reorganized Debtors.           )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Emma Baldwin (Claim No. 2093) [Docket No. 18642] was furnished by mail on November 7, 2007 to Emma Baldwin, 125 Old Homestead Road, Greenville, South Carolina 29611.

Dated: November 7, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151