UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )    Case No. 05-03817-3F1
                                                    Chapter 11
      Reorganized Debtors.              )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Drucilla Baptiste (Claim No. 4083) [Docket No. 18726] was furnished by mail on November 7, 2007 to Drucilla Baptiste c/o Bruce H. Freedman, Esq., 133 N.W. 100th Avenue, Plantation, Florida 33324.

Dated: November 7, 2007

                                    SMITH HULSEY & BUSEY

                                    By     *s/ James H. Post*
                                           Stephen D. Busey
                                           James H. Post (FBN 175460)
                                           Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151