UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                       Chapter 11
      Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Miriam Caylor (Claim No. 3626) [Docket No. 18792] was furnished by mail on November 7, 2007 to Miriam Caylor c/o Elwood T. Lippincott, Jr., Esq., 370 Minorca Avenue, Suite 16, Coral Gables, Florida 33134.

Dated:

                                                SMITH HULSEY & BUSEY

                                                By    *s/ James H. Post*
                                                     Stephen D. Busey
                                                     James H. Post (FBN 175460)
                                                   Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida 32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00520151