UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )
                                               )
WINN-DIXIE STORES, INC., et al.,               )    Case No. 05-03817-3F1
                                               )    Chapter 11
         Reorganized Debtors.                  )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joyce Dickens (Claim No. 13047) [Docket No. 18645] was furnished by mail on November 7, 2007 to Joyce Dickens, 128 Timberlane Road, Rocky Mount, North Carolina 27804.

Dated: November 7, 2007

                                          SMITH HULSEY & BUSEY


                                          By    s/ James H. Post
                                             Stephen D. Busey
                                             James H. Post (FBN 175460)
                                             Cynthia C. Jackson

                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida 32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com

                                          Counsel for Reorganized Debtors

00520151