UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Clara Gipson (Claim No. 8930) [Docket No. 18647] was furnished by mail on November 7, 2007 to Clara Gipson c/o Larry R. Sasser, Esq., 547 South Lawrence Street, Montgomery, Alabama 36104.

Dated: November 7, 2007

                                                SMITH HULSEY & BUSEY

                                                By    *s/ James H. Post*
                                                        Stephen D. Busey
                                                        James H. Post (FBN 175460)
                                                        Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151