UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )     Case No. 05-03817-3F1
                                                 Chapter 11
      Reorganized Debtors.                )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joshua Honeycutt (Claim No. 8000) [Docket No. 18793] was furnished by mail on November 7, 2007 to Joshua Honeycutt, 11431 Cypresswood Trail Drive, Houston, Texas 77070.

Dated: November 7, 2007

                                                SMITH HULSEY & BUSEY

                                                By    s/ James H. Post
                                                       Stephen D. Busey
                                                       James H. Post (FBN 175460)
                                                       Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151