UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                       )

WINN-DIXIE STORES, INC., et al.,            )    Case No. 05-03817-3F1
                                                 Chapter 11
       Reorganized Debtors.            )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of William Honeycutt (Claim No. 7069) [Docket No. 18745] was furnished by mail on November 7, 2007 to William Honeycutt, 3302 Vernon Road, Zachary, Louisiana 70791.

Dated: November 7, 2007

                                    SMITH HULSEY & BUSEY

                                    By    *s/ James H. Post*
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151