UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                     Chapter 11
        Reorganized Debtors.              )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ana Jaramillo (Claim No. 3842) [Docket No. 18648] was furnished by mail on November 7, 2007 to Ana Jaramillo, 9037 W. Sunrise Blvd., Plantation, Florida 33322.

Dated: November 7, 2007

SMITH HULSEY & BUSEY

By      s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151