UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                          Chapter 11
          Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Miles Moss (Claim No. 3939) [Docket No. 18731] was furnished by mail on November 7, 2007 to Miles Moss c/o H. Edward Knox, Esq., Knox, Brotherton, Knox & Godfrey, P. O. Box 30848, Charlotte, North Carolina 28230-0848.

Dated: November 7, 2007

                                                    SMITH HULSEY & BUSEY


                                                    By     s/ James H. Post
                                                         Stephen D. Busey
                                                         James H. Post (FBN 175460)
                                                         Cynthia C. Jackson

                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida 32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    jpost@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00520151