UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Adra Roberts (Claim No. 11609) [Docket No. 18732] was furnished by mail on

November 7, 2007 to Adra Roberts c/o J. Paul Detrick, Esq., Peters, Murdaugh, Parker,

Eltzroth & Detrick, P. O. Box 457, Hampton, South Carolina 29924-0457.

Dated: November 7, 2007

SMITH HULSEY & BUSEY


By ____s/ James H. Post____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151