UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )        Case No. 05-03817-3F1
                                               )        Chapter 11
      Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Calvin Spruill, Jr. (Claim No. 12632) [Docket No. 18653] was furnished by mail on November 7, 2007 to Calvin Spruill, Jr. c/o Joseph Pack, Esq., 135 S.E. 5th Avenue, Delray Beach, Florida 33484.

Dated: November 7, 2007

SMITH HULSEY & BUSEY

By _____s/ James H. Post_____
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151