UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,   )      Case No. 05-03817-3F1
                                              Chapter 11
    Reorganized Debtors.           )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Betty Vanburen (Claim No. 12597) [Docket No. 18654] was furnished by mail on November 7, 2007 to Betty Vanburen c/o Greta R. Johnson, Esq., Johnson & Associates, P. O. Box 356, Jackson, Mississippi 39205.

Dated: November 7, 2007

                                            SMITH HULSEY & BUSEY

                                        By     *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        **Counsel for Reorganized Debtors**

00520151