UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                   )        Chapter 11
                    Reorganized Debtors.     )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Linda Washington (Claim No. 11005) [Docket No. 18655] was furnished by mail on

November 7, 2007 to Linda Washington, 18175 N.W. 22 Avenue, Apt. 210B, Miami,

Florida 33056.

Dated: November 7, 2007

SMITH HULSEY & BUSEY


By _____s/ James H. Post_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00520151