UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jean Williams (Claim No. 10798) [Docket No. 18630] was furnished by mail on November 7, 2007 to Jean Williams c/o Edward J. Womac, Jr., Esq., Edward J. Womac, Jr. & Associates, LLC, 4902 Canal Street, Suite 300, New Orleans, Louisiana 70119.

Dated: November 7, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151