

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

TO:                                                                                        DATE: November 7, 2007

**Rilyn Carnahan**

**Elk Bankier Christu & Bakst LLP**

**222 Lakeview Avenue Suite 1330**

**West Palm Beach, FL  33401**


**NOTICE - REMOVAL OF USER ACCOUNT FROM ELECTRONIC SERVICE**

Electronic notices sent to this filer's e-mail address were returned as undeliverable. A notice advising the filer of the returned e-mails was mailed by United States Mail. Accounts with email addresses not working correctly or not accepting mail are the attorney's or firm's responsibility to substitute another party and or to use a properly working e-mail address to receive notifications.

As the result of the filer failing to correct the problem, the court has therefore disabled the filer's account and will no longer be valid.  Until such time the filer notifies the court of a properly working e-mail address, this filer will not receive service from the court.