## De Cardenas, Freixas, Stein & Zachary, P.A.
### ATTORNEYS AT LAW

MARIO DeCARDENAS (1914-2005)
M. OSCAR FREIXAS
BARRY A. STEIN*
MICHAEL M. ZACHARY
ANGELO R. POU

* BOARD CERTIFIED IN
WORKER'S COMPENSATION

REPLY TO:

SUITE 425
INGRAHAM BUILDING
25 SE 2ND AVE.
MIAMI, FL 33131

DOWNTOWN OFFICE:
SUITE 425
INGRAHAM BUILDING
25 SE 2ND AVE.
MIAMI, FL 33131

SOUTH MIAMI:
5737 SUNSET DRIVE
SOUTH MIAMI, FL 33143

(305)377-1505
BROWARD (954) 987-1500
FAX (305)358-4296

October 26, 2007

United State Bankruptcy Court
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, Florida 32202

Re:  Winn-Dixie, Inc., et al
     Case No.:    05-03817-3F1
     Our File No.: LT-DCF-07-137

Dear Sir/Madam:

Enclosed herewith is Myriam Elena Del Valle's Verified Motion to Allow Late Filed Claim ("Motion") in the above referenced matter, together with all attachments. Also enclosed is an additional copy of the Motion together with a self addressed stamped envelope so that you can date stamp the Motion and return to the undersigned.

If you should have any questions, please do not hesitate to contact this office.

Sincerely yours,
DE CARDENAS, FREIXAS, STEIN & ZACHARY, P.A.

BARRY A. STEIN, ESQ.
bstein@dcfsz.com

BAS/pav
Enclosures
cc: All parties on Motion

LT-DCF-07-137

| RESERVED FOR USE BY CLERK OF THE COURT: |
|---|
| |

In re:

Winn-Dixie Stores, Inc. et al.

_____/

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHAPTER 11

CASE NO: 05-03817-3F1

## Myriam Elena Del Valle's Verified Motion to Allow Late Filed Claim
Florida Bar No.:306304

COMES NOW the Claimant, Myriam Elena Del Valle, by and through the undersigned attorney her former attorney, Greg Monaldi, P.A., and as and for her Motion to Allow Late Filed Claim would state the following:

1. The Claimant, Myriam Elena Del Valle, was a business invitee on or about July 10, 2005, when she slipped and fell near an ice machine in a Winn-Dixie store and sustained serious permanent personal injuries including but no limited to injuries to her shoulder requiring surgery;

2. That Ms. Del Valle retained an attorney, Gregory E. Monaldi, Esq. and

3. That Notice of the entry of an Order confirming the reorganization plan was provided to Ms. Del Valle's then attorney, Jose Negroni, of the Gregory Monaldi, P.A. law offices. A copy of the Notice is attached hereto and marked Exhibit "B";

4. That the above Notice provided that Claims arising in the period between February 21, 2005 and November 21, 2006, were to be filed no later than January 5, 2007;

5. That through no fault of her own, Ms. Del Valle's claim was not timely filed with the Bankruptcy Court;

6. An Original Claim for Ms. Del Valle's injuries is attached hereto and made a part hereof marked Exhibit "A";

7. That the Claim was not filed because her attorney's office at that time, Gregory Monaldi, P.A., misunderstood and misapprehended the need for filing a claim. They believed that the receipt of the Notice was sufficient, unless her claim was a secured claim, and since it was not, that no filing was needed. In addition, the attorney, Jose Negroni, was in the process of starting his own firm and failed to spend the time necessary to understand the full import of the notice provided by the Bankruptcy Court;

8. A good faith attempt has been made to resolve this Motion without having to bring it to the Court's attention by contacting the Reorganized Debtor's attorney, James Post, Esq., and counsel for the Post-Effective Date Committee, Matthew Barr, Esq., both of whom object to this Motion and the Claim.

9. This Motion and the attached Claim is made in good faith and not for the purposes of delay, but to attempt to resolve the otherwise unperfected claim of Ms. Del Valle.

WHEREFORE Myriam Elena Del Valle prays that this Court will enter an Order Allowing her Late Filed Claim which is attached to this Motion.

Gregory E. Monaldi, P.A.

By: _____
Gregory E. Monaldi

_____
Gregory E. Monaldi, Esq.

DECARDENAS, FREIXAS, STEIN & ZACHARY, P.A.
Attorney for Gregory E. Monaldi, P.A. & Esq.
25 SE 2nd Avenue, Suite 425
Miami, FL 33131
Telephone: (305)377-1505
Facsimile: (305)358-4296

By: _____
BARRY A. STEIN, ESQ.

_____
Myriam Elena Del Valle

Moody, Jones, Montefusco, Ingino & Morehead, PA
Attorneys for Myriam Elena Del Valle
1333 So. University Drive Suite 201,
PLANTATION, FL 33324

BY: _____
Charles A. Morehead, III, Esq.

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

SWORN TO AND SUBSCRIBED before me by Gregory E. Monaldi, Esq., individually and as President of Gregory E. Monaldi, P.A. this _____ day of October, 20 07.

_____
Signature of Notary Public

My Commission Expires: 1-08-10

Notary Public State of Florida
Bianca Munoz
My Commission DD504435
Expires 01/08/2010

(Print, Type or Stamp Name of Notary Public)

Personally Known (✓) or Produced Identification ( )
Type of Identification Produced: _____

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that the foregoing was mailed on this _____ day of October, 2007, to all parties of record herein, by regular mail:

Charles A. Morehead, III, Esq., Moody, Jones, Montefusco, Ingino & Morehead, P.A., 1333 So. University Drive Suite 201, PLANTATION, FL 33324; Gregory E. Monaldi, Esq., Gregory E. Monaldi, P.A., 200 SE 9th Street, FORT LAUDERDALE, FL 33316-1020; Matthew Barr, Esq., Millbank, Tweed, Haldey & McCloy, LLP, 1 Chase Manhattan Plaza, NEW YORK CITY, NY 10005; James Post, Esq., Smith Hulsey & Busey, 225 Water Street Suite 1800, JACKSONVILLE, FL 32202

              De Cardenas, Freixas, Stein & Zachary, P.A.

            By: _____
                BARRY A. STEIN, ESQ.

11/08/2007 14:17   3053584296                    DCFSZ                                    PAGE 06/06
Case 3:05-bk-03817-JAF    Doc 18897    Filed 11/08/07    Page 6 of 6

B 10 (Official Form 10) (10/05)

**PROOF OF CLAIM**

| UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA | |
|---|---|
| Name of Debtor: Winn - Dixie Stores, Inc | Case Number: 05-03817-3F1 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): Myriam Elena Del Valle | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent: Charles Morehead 1333 So. University Drive, 201 Plantation, FL 33324 Telephone number: (954) 473-6605 | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☑ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces if this claim ☐ amends a previously filed claim, dated: | |

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☑ Personal injury/wrongful death
- ☐ Taxes
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Other _____
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: ___
  Unpaid compensation for services performed
  From _____ to _____
  (date)         (date)

**2. Date debt was incurred:** 07/10/2005

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time the case was filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ **350,000**

☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate    ☐ Other _____
☐ Motor Vehicle
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:** $ **350,000** _____ _____ **350,000**
(unsecured)   (secured)   (priority)   (total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 10/01/2007 | _/s/ Charles A. Morehead, III_ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.