DESIMONE & MOYA M.D., P.A.
1600 TOWN CENTER BLVD
SUITE C
WESTON, FL 33326
(954) 389-5900

| ACCOUNT NUMBER | 41666 |
|---|---|
| GUARANTOR NAME | MYRIAM DEL VALLE |
| STATEMENT DATE | 04/16/07 |
| PLEASE PAY | 35199.00 |
| AMOUNT ENCLOSED | $ |

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT

\* PATIENT STATEMENT \*

Page 1

MYRIAM DEL VALLE
1540 NE 33RD STREET
POMPANO BEACH, FL 33064

DESIMONE & MOYA M.D., P.A.
1600 TOWN CENTER BLVD
SUITE C
WESTON, FL 33326
(954) 389-5900

| DATE | DESCRIPTION | AMOUNT | INSURANCE | PATIENT |
|---|---|---|---|---|
| | PLEASE BE ADVISED THAT ALL UNPAID BALANCES WILL BE ASSESED AT AN INTEREST RATE OF 1.5%. IF YOU HAVE QUESTIONS REGARDING THIS STATEMENT PLEASE CALL MINERVA, PATIENT ACCOUNTS REPRESENTATIVE.(954)349-2345 EXT:223 | | | |
| | SERVICES FOR: MYRIAM DEL VALLE | | | |
| 05/31/06 | OFFICE CONSULT INITIAL | 325.00 | | 325.00 |
| 07/17/06 | OFFICE VISIT F/U INITIAL | 135.00 | | 135.00 |
| 07/17/06 | SLING | 25.00 | | 25.00 |
| 07/20/06 | ARTHROSCOPY REPAIR OF SLAP LESION | 4200.00 | | 4200.00 |
| 07/20/06 | SCOPE SH W/ROTATOR CUFF REPAIR | 3700.00 | | 3700.00 |
| 07/20/06 | ARTHROSCPY SHLDR; DECOMP SUBACROM | 4500.00 | | 4500.00 |
| 07/20/06 | ARTHROSCOPY/DISTAL CLAVICULECTOMY/D | 3500.00 | | 3500.00 |
| 07/20/06 | ARTHROSCP SHOULDER SURG DEBRIDEMENT | 4000.00 | | 4000.00 |
| 07/20/06 | ASPIRATION AND/OR INJECTION (LG) JO | 170.00 | | 170.00 |
| 07/20/06 | WRAP (SHOULDER) | 80.00 | | 80.00 |
| 07/20/06 | ARTHROSCOPY REPAIR OF SLAP LESION | 840.00 | | 840.00 |

\*\*\* CONTINUED ON NEXT PAGE \*\*\*

DESIMONE & MOYA M.D., P.A.
1600 TOWN CENTER BLVD
SUITE C
WESTON, FL 33326
(954) 389-5900

| ACCOUNT NUMBER | 41666 |
|---|---|
| GUARANTOR NAME | MYRIAM DEL VALLE |
| STATEMENT DATE | 04/16/07 |
| PLEASE PAY | 35199.00 |
| AMOUNT ENCLOSED | $ |

MYRIAM DEL VALLE
1540 NE 33RD STREET
POMPANO BEACH, FL 33064

Page 2

DESIMONE & MOYA M.D., P.A.
1600 TOWN CENTER BLVD
SUITE C
WESTON, FL 33326
(954) 389-5900

| DATE | DESCRIPTION | AMOUNT | INSURANCE | PATIENT |
|---|---|---|---|---|
| 07/20/06 | SCOPE SH W/ROTATOR CUFF REPAIR | 740.00 | | 740.00 |
| 07/20/06 | ARTHROSCPY SHLDR; DECOMP SUBACROM | 900.00 | | 900.00 |
| 07/20/06 | ARTHROSCOPY/DISTAL CLAVICULECTOMY/D | 700.00 | | 700.00 |
| 07/20/06 | ARTHROSCP SHOULDER SURG DEBRIDEMENT | 800.00 | | 800.00 |
| 07/26/06 | PHY THER EVAL | 75.00 | | 75.00 |
| 07/26/06 | ELECT STIMULATION | 58.00 | | 58.00 |
| 07/26/06 | TENDON RELEASE | 50.00 | | 50.00 |
| 07/26/06 | ICE | 20.00 | | 20.00 |
| 07/26/06 | ELECT STIMULATION | 58.00 | | 58.00 |
| 07/26/06 | THEREX | 35.00 | | 35.00 |
| 07/26/06 | ICE | 20.00 | | 20.00 |
| 07/28/06 | SHOULDER (COMPLETE) | 140.00 | | 140.00 |
| 08/02/06 | ELECT STIMULATION | 58.00 | | 58.00 |
| 08/02/06 | TENDON RELEASE | 50.00 | | 50.00 |
| 08/02/06 | ICE | 20.00 | | 20.00 |

*** CONTINUED ON NEXT PAGE ***

DESIMONE & MOYA M.D., P.A.
1600 TOWN CENTER BLVD
SUITE C
WESTON, FL 33326
(954) 389-5900

| ACCOUNT NUMBER | 41666 |
|---|---|
| GUARANTOR NAME | MYRIAM DEL VALLE |
| STATEMENT DATE | 04/16/07 |
| PLEASE PAY | 35199.00 |
| AMOUNT ENCLOSED | $ |

Page 3

MYRIAM DEL VALLE
1540 NE 33RD STREET
POMPANO BEACH, FL 33064

DESIMONE & MOYA M.D., P.A.
1600 TOWN CENTER BLVD
SUITE C
WESTON, FL 33326
(954) 389-5900

| DATE | DESCRIPTION | AMOUNT | INSURANCE | PATIENT |
|---|---|---|---|---|
| 08/02/06 | ELECT STIMULATION | 58.00 | | 58.00 |
| 08/02/06 | TENDON RELEASE | 50.00 | | 50.00 |
| 08/02/06 | THEREX | 35.00 | | 35.00 |
| 08/02/06 | ICE | 20.00 | | 20.00 |
| 08/09/06 | ELECT STIMULATION | 58.00 | | 58.00 |
| 08/09/06 | TENDON RELEASE | 50.00 | | 50.00 |
| 08/09/06 | ICE | 20.00 | | 20.00 |
| 08/09/06 | THEREX | 35.00 | | 35.00 |
| 08/09/06 | ICE | 20.00 | | 20.00 |
| 08/16/06 | ELECT STIMULATION | 58.00 | | 58.00 |
| 08/16/06 | TENDON RELEASE | 50.00 | | 50.00 |
| 08/16/06 | THEREX | 35.00 | | 35.00 |
| 08/16/06 | ICE | 20.00 | | 20.00 |
| 08/16/06 | ELECT STIMULATION | 58.00 | | 58.00 |
| 08/16/06 | THEREX | 35.00 | | 35.00 |

*** CONTINUED ON NEXT PAGE ***

DESIMONE & MOYA M.D., P.A.
1600 TOWN CENTER BLVD
SUITE C
WESTON, FL 33326
(954) 389-5900

| ACCOUNT NUMBER | 41666 |
|---|---|
| GUARANTOR NAME | MYRIAM DEL VALLE |
| STATEMENT DATE | 04/16/07 |
| PLEASE PAY | 35199.00 |
| AMOUNT ENCLOSED | $ |

MYRIAM DEL VALLE
1540 NE 33RD STREET
POMPANO BEACH, FL 33064

Page 4

DESIMONE & MOYA M.D., P.A.
1600 TOWN CENTER BLVD
SUITE C
WESTON, FL 33326
(954) 389-5900

| DATE | DESCRIPTION | AMOUNT | INSURANCE | PATIENT |
|---|---|---|---|---|
| 08/16/06 | ICE | 20.00 | | 20.00 |
| 08/22/06 | ELECT STIMULATION | 58.00 | | 58.00 |
| 08/22/06 | TENDON RELEASE | 50.00 | | 50.00 |
| 08/22/06 | THEREX | 35.00 | | 35.00 |
| 08/22/06 | ICE | 20.00 | | 20.00 |
| 08/22/06 | THEREX | 35.00 | | 35.00 |
| 08/23/06 | SHOULDER (COMPLETE) | 140.00 | | 140.00 |
| 11/01/06 | SHOULDER (COMPLETE) | 140.00 | | 140.00 |
| 09/13/06 | OFFICE VISIT F/U INITIAL | 135.00 | | 135.00 |
| 10/05/06 | SHOULDER (COMPLETE) | 140.00 | | 140.00 |
| 10/11/06 | SHOULDER (COMPLETE) | 140.00 | | 140.00 |
| 01/08/07 | IMPAIRMENT RATING AND MAX MED IMPRO | 450.00 | | 450.00 |
| 01/12/07 | OFFICE CONSULT COMPRE | 450.00 | | 450.00 |
| 09/26/06 | SCOPE SH W/ROTATOR CUFF REPAIR | 3700.00 | | 3700.00 |
| 09/26/06 | ASPIRATION AND/OR INJECTION (LG) JO | 170.00 | | 170.00 |

*** CONTINUED ON NEXT PAGE ***