

July 28, 2006

JOSE NEGRONI, P.A.
600 S. Pine Island Rd.
Ste #203
Plantation, FL 33324

Re:     Our Patient/Your Client: Myriam Del Valle

Dear Attorney:

Enclosed please find our claim forms with total charges of $27,962.00 and $1450.00 for
services rendered to your client on 07-20-2006 by Dr's Moya and Gomez at the Weston
Outpatient Surgical Center.

As you are aware, this case has been accepted by our facility as a letter of protection case.
Hence, we are anticipating a timely settlement on this case.

Our office staff will be checking the status of this case from time to time and look
forward to working with you and your staff.

Please feel free to contact this office if you should require any additional information
pertaining to this claim.

Sincerely,

Rebecca Overton
Business Office Manager

/rlo
Enclosure

# MOODY, JONES, MONTEFUSCO, INGINO & MOREHEAD, P.A.

**Attorneys at Law**
Bank of America Building
1333 S. University Drive, Suite 201
Plantation, Florida 33324
Telephone (954) 473-6605
Telefax (954) 473-6855

STEVE E. MOODY
KENNETH M. JONES
FRANK A. MONTEFUSCO *
MICHAEL J. INGINO
CHARLES A. MOREHEAD, III****
W. MATTHEW KEARCE

ROBERT M. LEVIN - Of Counsel **
RONALD E. SHNIDER - Of Counsel ***

* Also Admitted in New Jersey
** Also Admitted in New York and Connecticut
*** Also Admitted in Washington D.C.
**** Board Certified Civil Trial Lawyer

October 3, 2007

Barry A. Stein, Esquire
De Cardenas, Freixas, Stein & Zachary, P.A.
Suite 425
Ingraham Building
25 S.E. 2nd Avenue
Miami, FL 33131

RE: Myriam Del Valle vs. Gregory Monaldi, Esquire

Dear Mr. Stein:

Pursuant to your request, enclosed please find the medical records of Myriam Del Valle.

Very truly yours,

CHARLES A. MOREHEAD, III

CAM/ca
Enclosure

# South Florida Institute of Sports Medicine

## DeSimone & Moya, M.D., P.A.
### Orthopaedics • Rehabilitation

**ALFRED A. DESIMONE, M.D.**
Orthopaedic Surgeon
Director of Sports Medicine

**ALEXANDER J. BERTOT, M.D.**
Orthopaedic Surgeon

**FERNANDO A. MOYA, M.D., Ph.D.**
Orthopaedic Surgeon
Director of Joint Surgery

**MARK FISHMAN, D.O.**
Physiatrist

---

Arthroscopic Surgery

Reconstructive Joint Surgery

Hand Surgery

Overuse Injuries

Knee Ligament Reconstruction

Sports Injuries

Rotator Cuff Repair

Joint Replacement

Fracture Care

Pediatric Orthopaedics

Arthritis Surgery

Bunions and Hammertoes

Heel and Arch Pain

Toenail Surgery

Gait Disturbances

Spin Surgery

Diabetic Foot Care

Nerve Injuries

## MAXIMUM MEDICAL IMPROVEMENT/FINAL IMPAIRMENT REPORT

### PATIENT: MIRIAM DEL VALLE   DATE: 01/08/07

**HISTORY OF PRESENT ILLNESS:** The patient is a 51-year-old female who came in for initial evaluation on 05/31/06 for injury she sustained a slip and fall accident on 07/10/05 at Publix. The patient came in for evaluation of pain and discomfort to her neck, her lower back, as well as also right shoulder. The patient was having stiffness and spasm to neck and lower back and therefore was sent for an MRI scan of her lumbar spine, which showed findings consistent with bulging disc at L1-L2, L2-L3, L3-L4, L4-L5, L5-S1. The patient also was here for evaluation of her right shoulder and continued to have pain and discomfort despite conservative treatment plan. The patient had an MRI scan of the right shoulder on 07/21/05, which showed findings consistent with rotator cuff impingement as well as tear of the distal supraspinatus and subscapularis tendon. The patient underwent a right shoulder arthroscopy on 07/20/06 and underwent rotator cuff and labral repair. The patient had displacement of hardware and underwent a second procedure with the right shoulder rotator cuff repair revision and removal hardware on 09/26/06.

The patient today states that she has had some improvement but does continue to have discomfort with certain mechanical movements such as pushing, pulling, and overhead activities.

The patient states that prior to this accident, she was in excellent health and was able to all activities with no limitations or restrictions.

**PHYSICAL EXAMINATION: Cervical spine:** Evaluation of the cervical spine demonstrates the patient has paracervical tenderness. There is upper trapezial tenderness with local myofascial spasm +2. There is restriction to rotation bilaterally. The patient has restriction after 20 degrees of flexion/extension and of bending right and left. No central compression findings. No distraction findings. Motor testing intact.

**Right shoulder** demonstrates the patient to have surgical wound, which are clean, dry, and healed. There is no erythema or evidence of cellulitis or infection. Range of motion is 0 degrees to 160 degrees of forward flexion and abduction. There is decreased internal and external rotation. The patient has soft compartments. There is 2+ radial pulse.

**WESTON**
1600 TOWN CENTER BLVD.
WESTON, FL 33326
(954) 389-5900
FAX (954) 389-5751

**SILVER LAKES**
17842 N.W. SECOND ST.
PEMBROKE PINES, FL 33029
(954) 430-9901
FAX (954)-430-0608

**TAMARAC**
7447 N. UNIVERSITY DR.
TAMARAC, FL 33321
(954) 720-1530
FAX (954) 720-6540

Re: **Miriam Del Valle Page 2**

There is good capillary refill. Motor, sensory, neuro, and vascular are intact. The patient has 4/5 strength of supraspinatus and biceps tendon with negative drop test.

**Lumbar spine:** Clinical examination of the lumbar spine is with bilateral paralumbar tenderness. There is upper gluteal tenderness with local myofascial spasm +2. The patient has restriction after 20 degrees of flexion/extension, and bending to right and left.

**IMPRESSION:**
1. Right shoulder status post rotator cuff repair on 07/22/06, as well as revision rotator cuff repair on 09/26/06.
2. Cervicalgia.
3. Lumbago with multiple bulging discs.

**PLAN:** The plan is fully discussed with the patient. At this time, the patient has reached maximum medical improvement and has a 16% whole person impairment rating with 5% to the lumbar spine, 3% to the cervical spine, and 8% to the right shoulder. This impairment is direct result from the accident on 07/10/05 and is based on objective physical findings, MRI findings, and subjective complaints as presented by the patient.

In regards to her cervical and lumbar spine, the patient will be sent to Dr. Fishman for evaluation and treatment possible epidural injections. The patient is encouraged to continue exercise program for strengthening her core musculature, her abdominal, lower back, and upper and lower extremities. If she should have worsening pain or discomfort, the patient will need further evaluation by physician, medication by mouth, formal physical therapy, and trigger point versus epidural injection. If she should develop any neurological deficit, the patient will need to be seen by neurologist or neurosurgeon. In regards to her cervical spine, we do recommend the patient get MRI scan of the cervical spine for further evaluation of possible herniated disc as well as EMG nerve conduction study to differentiate pain, which is coming from cervical radiculopathy versus peripheral neuropathy.

In regards to the right shoulder, the patient is encouraged to continue working on range of motion of strengthening of her upper extremities. If she continues to have pain and discomfort, the patient will need for further evaluation by physician, medication by mouth, formal physical therapy, injection of steroid and anesthetic, and repeat surgery.

In conclusion, the patient has reached maximum medical improvement and has a 16% whole person impairment rating according to the recent guideline. If she should have any worsening pain or discomfort, all she has to do is call and schedule another followup appointment.

The patient was seen and chart reviewed by Dr. Moya and John A. Torres, P.A.-C.

Fernando A. Moya, M.D., Ph.D./John A. Torres, P.A.-C.

cc:    Attorney Jose Negroni
       200 Southeast 9th Street
       Fort Lauderdale, FL 33316
       Phone # (954) 424-9000
       Fax # (954) 424-9100

Dictated but not read to expedite delivery.

# DeSimone & Moya, M.D., P.A.
### Orthopaedics • Rehabilitation

**ALFRED A. DESIMONE, M.D.**
Orthopaedic Surgeon
Director of Sports Medicine

**ALEXANDER J. BERTOT, M.D.**
Orthopaedic Surgeon

**FERNANDO A. MOYA, M.D., Ph.D.**
Orthopaedic Surgeon
Director of Joint Surgery

**MARK FISHMAN, D.O.**
Physiatrist

Arthroscopic Surgery

Reconstructive Joint Surgery

Hand Surgery

Overuse Injuries

Knee Ligament Reconstruction

Sports Injuries

Rotator Cuff Repair

Joint Replacement

Fracture Care

Pediatric Orthopaedics

Arthritis Surgery

Bunions and Hammertoes

Heel and Arch Pain

Toenail Surgery

Gait Disturbances

Skin Surgery

Diabetic Foot Care

Nerve Injuries

## CONSULTATION REPORT

**PATIENT: MYRIAM DELVALLE DATE: 05/31/06**

Dear Mr. Negroni:

Thank you for the consult. Enclosed is my evaluation of Ms. De Valle.

**HISTORY OF PRESENT ILLNESS:** The patient is a 51-year-old female, who comes in today for evaluation of pain and discomfort to her right shoulder. The patient sustained in a slip and fall accident on 07/10/05 at Publix. The patient has had pain and discomfort to her neck as well as radiation pain down to the right shoulder. The patient has also had occasional pain and discomfort to her lower back. The patient has been on extensive conservative management protocol including physical therapy and medication by mouth. The patient has also received injections of steroid and anesthetic with a little relief her pain and discomfort.

The patient does have an MRI scan of the right shoulder, which showed findings consistent with rotator cuff impingement as well as tear of the distal supraspinatus and subscapularis tendon. The patient also had an MRI scan of lumbar spine, which showed findings consistent with bulging disc at the L1-L2, L2-L3, L3-L4, L4-L5, and L5-S1 level.

The patient states that prior to this accident she was in excellent health and was able to do all activities with no limitation or restrictions. The patient states that since this accident she has continued to have pain and discomfort and has not gotten better despite an extensive conservative management protocol.

**PAST MEDICAL HISTORY:** None reported.

**ALLERGIES:** None reported.

**MEDICATIONS:** Positive for Darvocet and ibuprofen.

**PAST SURGICAL HISTORY AND HOSPITALIZATIONS:** None reported.

**WESTON**
1600 TOWN CENTER BLVD.
WESTON, FL 33326
(954) 389-5900
FAX (954) 389-5751

**SILVER LAKES**
17842 N.W. SECOND ST.
PEMBROKE PINES, FL 33029
(954) 430-9901
FAX (954)-430-0608

**TAMARAC**
7447 N. UNIVERSITY DR.
TAMARAC, FL 33321
(954) 720-1530
FAX (954) 720-6540



# South Florida Institute of Sports Medicine®
## DeSimone & Moya, M.D., P.A.
### Orthopaedics • Rehabilitation

ALFRED A. DESIMONE, M.D.
Orthopaedic Surgeon
Director of Sports Medicine

ALEXANDER J. BERTOT, M.D.
Orthopaedic Surgeon

FERNANDO A. MOYA, M.D., Ph.D.
Orthopaedic Surgeon
Director of Joint Surgery

MARK FISHMAN, D.O.
Physiatrist

**Left sidebar:**
- Arthroscopic Surgery
- Reconstructive Joint Surgery
- Hand Surgery
- Overuse Injuries
- Knee Ligament Reconstruction
- Sports Injuries
- Rotator Cuff Repair
- Joint Replacement
- Fracture Care
- Pediatric Orthopaedics
- Arthritis Surgery
- Bunions and Hammertoes
- Heel and Arch Pain
- Toenail Surgery
- Gait Disturbances
- Skin Surgery
- Diabetic Foot Care
- Nerve Injury

## C.P. Motion, Inc.
### No Substitution
7211 SW 62nd Avenue, Suite 120, South Miami, FL 33143
Main Office: 305-668-7858 • Fax: 305-740-3390

Patient Name: __Myriam Delvalle__     Start: __9-22-06__

DX: __S/P ® shoulder__     Date: _____

___ Knee CPM (Optiflex II only)

_X_ Shoulder CPM (Artromot S2P only)

___ Elbow CPM - Wrist CPM

___ Hand CPM - Ankle CPM

Duration: __3-4 weeks__

Settings: __as per protocol__

(Set Up By Licensed Medical Professional only)

__Fernando A. Moya__
Physician Name

__[signature]__
Physician Signature

___ Pain Pump (Stryker only)

___ Compression/Cryo
(Game Ready only)

___ *Static/Progressive Brace
*Knee • Elbow • Wrist

___ Functional Brace
*Custom • Off the Shelf

___ "Micro Z" Stim (Prizm only)

_X_ Cryotherapy

_X_ Electric Muscle Stim

___ T.E.N.S.

___ Dynamic Splint

Other: _____

If you have any questions please call Natalie
Dr. Moya's Surgical Coordinator @ 954-430-4392



**WESTON**
1600 TOWN CENTER BLVD.
WESTON, FL 33326
(954) 389-5900
FAX (954) 389-5751

**SILVER LAKES**
17842 N.W. SECOND ST.
PEMBROKE PINES, FL 33029
(954) 430-9901
FAX (954) 430-0608

**TAMARAC**
7467 N. UNIVERSITY DR.
TAMARAC, FL 33321
(954) 720-1530
FAX (954) 720-6540

RE: **Myriam Delvalle Page 2**

**FAMILY HISTORY:** Negative for diabetes, high blood pressure, or bleeding tendencies.

**SOCIAL HISTORY:** Negative for smoking, alcohol, or recreational drug use.

**REVIEW OF SYSTEMS:** The patient denies any nausea, vomiting, fevers or chills. The patient denies any chest pain, difficulty breathing, or shortness of breath. The patient denies any urinary or bowel dysfunction.

**PHYSICAL EXAMINATION: Neurological assessment:** The patient is awake, alert, and oriented x 3 in no apparent distress. **HEENT:** Atraumatic and normocephalic. Visual acuity is grossly intact. Extraocular movements are within normal limits. **Chest:** The patient has a regular respiratory rate with good chest wall excursion.

**Cervical spine:** Evaluation of the cervical spine demonstrates the patient has paracervical tenderness. There is upper trapezial tenderness with local myofascial spasm +2. There is restriction to rotation bilaterally. The patient has restriction after 20 degrees of flexion/extension and of bending right and left. No central compression findings. No distraction findings. Motor testing intact.

**Right shoulder:** Right shoulder evaluation demonstrates the patient has focal tuberosity tenderness, deltoid insertional tenderness, and mild tenderness over the biceps tendon (groove). There is pain and crepitus with circumduction. Restriction of forward flexion and abduction, with limited internal rotation and positive signs of impingement. The remainder cuff, forearm and intrinsic strength is full. Motor and sensory intact, good pulses, good capillary refill. There is focalized tenderness over the AC joint. No warmth or erythema. There is a mild prominence of the AC joint. There is crepitus with adduction of the right shoulder. There is some mild swelling at the AC joint, right shoulder. Positive cross chest test findings. Equivocal flexion, adduction, pronation, supination test. Range of motion is 0 degrees to 110 degrees of passive forward flexion. She has active forward flexion of 0 degrees to about 85 degrees. The patient has pain after the forward flexion of 110 degrees. She has abduction of 0 degrees to 90 degrees. There is decreased internal and external rotation. The patient has soft compartments. There is 2+ radial pulse. There is good capillary refill. Motor, sensory, neuro, and vascular are intact.

**Left shoulder:** Left shoulder demonstrates no AC join tenderness, no tuberosity tenderness, minimal deltoid tenderness. No pain with circumduction or with extremes of abduction. Adequate range of motion. Negative impingement signs. Negative sulcus signs, symmetrical deep tendon reflexes, 5/5 strength on supraspinatus, subscapularis, and biceps strength. Range of motion is 0 degrees to 180 degrees of forward flexion and abduction. There is internal rotation of 90 degrees and external rotation of 90 degrees. The patient has soft compartments. There is 2+ radial pulse. There is good capillary refill. Motor, sensory, neuro, and vascular are intact.

### RE: Myriam Delvalle Page 3

**Lumbar spine:** Clinical examination of the lumbar spine is with bilateral paralumbar tenderness. There is upper gluteal tenderness with local myofascial spasm +2. The patient has restriction after 20 degrees of flexion/extension, and bending to right and left.

**Lower extremities:** Lower extremity evaluation demonstrates the patient has 5/5 motor strength on hip flexors, quadriceps, ankle dorsiflexors, ankle plantar flexors and EHL, symmetrical deep tendon reflexes, soft calf, no DVT. There is no pain to palpation over the legs, knees, or ankles. Patient is able to walk on heels and toes. Patient is able to forefoot rise bilaterally. Reflexes are equal and symmetrical bilaterally. Negative clonus. Negative Babinski's. Negative straight leg raise findings. Motor testing intact. Sensation normal. Good pulses. Good capillary refill.

### IMPRESSIONS:
1. Post-traumatic cervicalgia.
2. Post-traumatic right shoulder impingement syndrome and AC joint tenderness
3. Post-traumatic right shoulder rotator cuff tear.
4. Post-traumatic right shoulder pain.
5. Post-traumatic lumbago with multiple bulging disc.

**PLAN:** The plan is fully discussed with the patient. The patient, at this time, has failed to get better despite extensive conservative management protocol including therapy and medication by mouth and injection. The patient does have MRI scan which showed findings consistent with rotator cuff tear and therefore we feel that we do recommend the patient undergo right shoulder arthroscopy in an attempt to relieve her pain and discomfort.

We have discussed the benefits and risks of right shoulder arthroscopic surgery, as well as general and/or local anesthesia, antibiotics to be given on call to OR, splinting subsequent to procedure, basic protocol to exist prior to day of, and subsequent to surgery. Instructions were given for discharge including ice, elevation, bed rest, weight bearing status, the possible use of any crutches or braces, any medications to be given post operatively and bandage treatment protocol. Physical therapy will be implemented 2-3 days after surgery. We also discussed the directions to the facility where the procedure will take place. The risks and benefits of the procedure were discussed (post operative discomfort, pain, swelling, bleeding, drainage, discoloration, scarring, infection, blood clots, reflex sympathetic dystrophy, neurovascular damage, tendon damage, temporary disability, phlebitis, stiffness, looseness, malunion, nonunion, refracture, delayed recovery, recurrence of ailments, development of new ailments, no cure affected, need for further surgery, amputation, paralysis, and death. I also discussed the possibility of allergic reactions, pneumonia, and adverse drug reactions. There may be other conditions that may predispose the patient to further complications such as diabetes, poor circulation, anemia, hemophilia, blood disorders, and allergies. The results of surgery are not guaranteed. This is an elective procedure. Non-surgical treatment may be advised.

**RE: Marian Delvalle  Page 4**

In regards to neck and lower back, the patient shoulder continues an exercise program for strengthening her core musculature, her upper and lower extremities. The patient will continue physical therapy for all these body parts. We have discusses the fact that if the patient does have herniated disc and neck, which may be attributing to the pain and discomfort to right shoulder then she may have residual discomfort despite the shoulder surgery. If the patient should have continue to have pain and discomfort to the neck after the surgery then we would consider a possible MRI scan for further evaluation of the neck and for possible herniated disc.

The patient will follow-up with us after the surgery but if she should have any worsening pain or discomfort before that, all she is to do is call and schedule another follow-up appointment.

The patient was seen and chart reviewed by Dr. Moya and John A. Torres, P.A.-C.

Fernando A. Moya, M.D., Ph.D./John A. Torres, P.A.-C.

cc:    Attorney Jose Negroni
       200 Southeast 9th Street
       Fort Lauderdale FL 33316
       Phone # (954) 424-9000
       Fax # (954) 424-9100

Dictated but not read to expedite delivery.

WᴇᴏTON OUTPATIENT SURGICAL CENTER

2229 North Commerce Parkway
Weston, Florida  33326
954/389-2446  Fax: 954/389-9612

### OPERATIVE REPORT

**PATIENT NAME:** DEL VALLE, MYRIAM          **PATIENT #:** 27117
**SURGEON:** FERNANDO MOYA, M.D.

**DATE OF OPERATION:**                    07/20/2006

**PREOPERATIVE DIAGNOSIS:**               Right shoulder rotator cuff tear.

**POSTOPERATIVE DIAGNOSES:**
1. Right shoulder rotator cuff tear.
2. Right shoulder superior labrum anterior posterior tear.
3. Right shoulder impingement syndrome.
4. Right shoulder acromioclavicular joint internal derangement.
5. Right shoulder synovitis and bursitis.

**PROCEDURES:**
1. Arthroscopic superior labrum anterior posterior repair.
2. Arthroscopic rotator cuff repair.
3. Subacromial decompression.
4. Distal clavicle excision, acromioclavicular joint debridement.
5. Extensive debridement, synovectomy, bursectomy.
6. Injection of Marcaine and Duramorph.
7. Placement of a bulky shoulder wrap.

**SURGEON:**                              FERNANDO MOYA, MD

**ASSISTANT:**                            KRISTY DONOVAN, PA-C (It was
                                          medically necessary to have a
                                          physician assistant during the
                                          procedure secondary to the
                                          complexity of the case.  The
                                          physician assistant was actively
                                          involved during the surgery,
                                          helped with the actual placement
                                          of the patient, manipulation
                                          under anesthesia.  Patient had a
                                          rotator cuff tear, SLAP tear, had
                                          multiple procedures done during
                                          the surgery that required the
                                          surgical assistant to be present
                                          secondary to the complexity of
                                          the case and the multiple
                                          procedures were needed to be done
                                          to the patient.)

**ANESTHESIA:**                           General.

OPERATIVE REPORT - PAGE 1

WESTON OUTPATIENT SURGICAL CENTER

2229 North Commerce Parkway
Weston, Florida 33326
954/389-2446   Fax: 954/389-9612

### OPERATIVE REPORT

PATIENT NAME: DEL VALLE, MYRIAM          PATIENT #: 27117
SURGEON: FERNANDO MOYA, M.D.

ESTIMATED BLOOD LOSS:              Minimal.

INDICATIONS FOR SURGERY: This is a 51-year-old female patient with
right shoulder problems, recurrent in nature, progressively getting
worse who decided to undergo surgery in an attempt to take away her
pain and increase her function. The risks and benefits of no surgery,
surgery, anesthesia, death, deep vein thrombosis, pulmonary embolism,
neurovascular damage, infection were fully discussed with the patient.
The patient verbalized because the amount of pain and discomfort she
was having she wanted to proceed with the surgery in an attempt to
take her pain away, decrease her impairment, and improve her function.
Risks and benefits of anesthesia, death, deep vein thrombosis,
pulmonary embolism, neurovascular damage, infection were fully
discussed with the patient.

DESCRIPTION OF PROCEDURE: A female patient identified in the holding
area taken to the operating room where general anesthesia was induced
in the usual manner without any complications. The right shoulder and
right upper extremity was manipulated under anesthesia and found to
have adequate range of motion, no evidence of any adhesive capsulitis.
The patient was then placed in the lateral decubitus position with a
well-padded, axillary roll. The right upper extremity was then washed
with Betadine scrub solution and DuraPrep and ten pounds of
longitudinal traction were then placed. Once the sterile field was in
place, the arthroscopic portal sites were injected with lidocaine and
epinephrine.

The shoulder joint entered through a standard posterior portal and
visualized with the above-mentioned findings. As I entered the
shoulder joint, I found the patient to have a SLAP tear and a rotator
cuff tear and intra-articular small loose bodies that were floating.
Through an anterior portal, resection of the synovitis, rotator cuff
tear, labral tears, SLAP tear was done. SLAP tear was from
approximately 10:30 position to 1 o'clock position. An anchor was
then placed onto a cancellous bone bed at 12 o'clock position and the
repair done into the 11 o'clock position and 1 o'clock position
without any problems or difficulty. The SLAP was repaired tightly
into a cancellous bone bed without any problems or difficulty. The
glenoid and humerus had minimal articular cartilage damage. The small
loose bodies that were floating in the shoulder joint were excised
using a resector shaver. The debridement of the intra-articular
section of the rotator cuff tear was done. The scope was then placed
in the subacromial space and extensive bursectomy done followed by

OPERATIVE REPORT - PAGE 2

WESTON OUTPATIENT SURGICAL CENTER

**2229 North Commerce Parkway**
**Weston, Florida 33326**
**954/389-2446  Fax: 954/389-9612**

### OPERATIVE REPORT

PATIENT NAME: DEL VALLE, MYRIAM        PATIENT #: 27117
SURGEON: FERNANDO MOYA, M.D.

subacromial decompression using high-performance bur. Through the anterior arthroscopic portal, the AC joint was debrided and distal clavicle excision done. The rotator cuff was then debrided. A 6.5 mm anchor was placed in the greater tuberosity. Two single sutures were passed through the rotator cuff tear and reattached into the greater tuberosity without any problems or difficulty.

The patient tolerated the procedure well. Hemostasis was achieved with electrocautery. Wounds were closed with PDS 3-0. The shoulder was injected with 5 mg Duramorph and 20 mL 0.25% Marcaine. A Marcaine pain pump was inserted into the shoulder joint followed by placement of a bulky shoulder wrap. The patient tolerated the procedure well and, at the time of the dictation, was still under the care of the anesthesia department in stable condition.

PLAN:  Discharge the patient home with close followup in my office with p.o. pain medications.

FERNANDO MOYA, M.D.

FM:ml  Job#: 816137
D:    07/20/2006
T:    07/20/2006
Diskriter Inc.

cc:    NATALIE

**OPERATIVE REPORT - PAGE  3**

WESTON OUTPATIENT SURGICAL CENTER

2229 North Commerce Parkway
Weston, Florida  33326
954/389-2446   Fax: 954/389-9612

## OPERATIVE REPORT

PATIENT NAME: DEL VALLE, MYRIAM          PATIENT #: 27117
SURGEON: FERNANDO MOYA, M.D.

DATE OF OPERATION:                       09/26/2006

PREOPERATIVE DIAGNOSIS:                  Right shoulder pain with loose
                                         hardware screw.

POSTOPERATIVE DIAGNOSES:
1.  Right shoulder rotator cuff tear.
2.  Loose hardware 6.5 mm screw.

PROCEDURES:
1.  Arthroscopic rotator cuff repair revision.
2.  Removal of hardware.
3.  Injection of Marcaine and Duramorph.
4.  Placement of a bulky shoulder wrap.

SURGEON:                                 FERNANDO MOYA, MD

ASSISTANT:                               JOHN TORRES, PA-C   (It was
                                         medically necessary to have a
                                         physician assistant during the
                                         procedure secondary to the
                                         complexity of the case.   The
                                         physician assistant was actively
                                         involved during the surgery,
                                         helped with the placement of the
                                         patient, helped with the actual
                                         revision of the complex rotator
                                         cuff revision.)

ANESTHESIA:                              General.

ESTIMATED BLOOD LOSS:                    Minimal.

INDICATIONS FOR SURGERY:  This is a 51-year-old female patient that
had undergone right shoulder surgery who had a 6.5 mm screw by x-ray
loose inside her subacromial space. It was decided that it was in her
best interest to undergo surgery to remove the screw, check for the
rotator cuff tear, and if it was torn repair it again.  Patient
decided to undergo surgery in an attempt to improve her function,
decrease her impairment, decrease her pain. The risks and benefits of
no surgery and surgery were discussed with the patient.

DESCRIPTION OF PROCEDURE:  A female patient identified in the holding

WESTON OUTPATIENT SURGICAL CENTER

2229 North Commerce Parkway
Weston, Florida 33326
954/389-2446  Fax: 954/389-9612

### OPERATIVE REPORT

**PATIENT NAME:** DEL VALLE, MYRIAM          **PATIENT #:** 27117
**SURGEON:** FERNANDO MOYA, M.D.

area taken to the operating room where general anesthesia was induced
in the usual manner without any complications. The right shoulder and
right upper extremity was then prepared for an operative field by
washing with Betadine scrub solution and DuraPrep and applying a
sterile field. Once the sterile field was in place, the right
shoulder joint was injected with lidocaine and epinephrine. The
shoulder subacromial space was then entered through a standard
posterior portal. The loose screw was then found. It was taken out
through a lateral small incision. The rotator cuff was found to be
torn. The tear was partially healed and only the center part of the
tear was not healed. A cancellous bone bed was then prepared in the
greater tuberosity. Another 6.5 mm screw was imbedded inside the
bone. One horizontal mattress and one vertical mattress suture two-
row technique was done to repair the rotator cuff into a cancellous
bone bed. Hemostasis was achieved with electrocautery. The wounds
were closed with PDS 3-0. Shoulder injected with 5 mg Duramorph and
20 mL 0.25% Marcaine. A Marcaine pain pump was inserted into the
shoulder joint followed by placement of a bulky shoulder wrap. The
patient tolerated the procedure well and, at the time of the
dictation, was still under the care of the anesthesia department in
stable condition.

**PLAN:** Discharge the patient home with close followup in my office in
24 hours with p.o. pain medication, a Cryocuff, and a sling and
swathe.

                                                    _____
                                                    FERNANDO MOYA, M.D.

FM:ml Job#: 869409
D: 09/26/2006
T: 09/26/2006
Diskriter Inc.

cc:   NATALIE

OPERATIVE REPORT - PAGE 2

# OAKLAND PARK MRI

**A Diagnostic Professionals Company**

**MRI, CT, and Ultrasound**
1799 W. Oakland Park Blvd, #105
Fort Lauderdale, FL 33310
954-777-3466  Fax: 954-777-3510
E-mail: MRISCAN@diagnosticprofessionals.com

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | **MYRIAM DELVALLE** | | |
| **STUDY #:** | **OPMR34238** | **DOB:** | **10/11/1954** |
| **DATE:** | **7/21/2005** | **SS #:** | **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** |
| **REFERRED BY:** | **Yehuda Fishfeld** | | |

## MRI OF THE LUMBAR SPINE

**CLINICAL HISTORY:**  Back pain since slip and fall injury.

**TECHNIQUE:** A variety of pulse sequences were performed in the parasagittal and axial planes to emphasize T1 and T2 weighted imaging parameters. A coronal scout series was also performed.

**FINDINGS:** There is mild benign anterior wedging of the L2 vertebral body. There is a defect within the superior end plate of the L2 vertebral body compatible with a Schmorl's node.

The heights of the remaining vertebral bodies are well maintained. There is normal alignment of the vertebral bodies.

Normal signal is seen within the visualized spinal cord. The conus medullaris lies at the level of the L1 vertebral body.

There is moderate disk bulging at L1-2. There is no significant spinal stenosis or neural foraminal stenosis at this level at this time.

There is moderate to severe disk bulging at L2-3. There is no significant spinal stenosis or neural foraminal stenosis at this level at this time.

There is mild to moderate disk bulging at L3-4. There is no significant spinal stenosis or neural foraminal stenosis at this level at this time.

There is moderate diffuse disk bulging at L4-5. There is bilateral facet hypertrophy at this level. There is no significant spinal stenosis at this level. There is mild to moderate right neural foraminal stenosis and moderate to severe left neural foraminal stenosis.

There is mild to moderate disk bulging at L5-S1. There is bilateral facet hypertrophy at this level. There is no significant spinal stenosis at this level. There is mild to moderate left neural foraminal stenosis. There is no significant right neural foraminal stenosis at this level at this time.

Signed: 7/25/2005 11:41:46 AM by: Ronald Landau MD [Electronic Signature]          **Page 1 of 2**

**Myriam Delvalle**          ⌣                              ¬          **Page 2 of 2**
**7/21/2005**

The visualized paraspinal structures are unremarkable in appearance.

**IMPRESSION:**

Benign anterior wedging of the L2 vertebral body with associated Schmorl's node involving
its superior end plate.

Disk bulging from L1-2 through L5-S1, most severe at the L2-3 level.

Neural encroachment at L4-5 and L5-S1.

Thank you for referring this patient.

*mu l L*

**Ronald I. Landau, MD**
Diplomate, American Board of Radiology
Fellowship Trained in MRI
RIL/ka

# OAKLAND PARK MRI

**A Diagnostic Professionals Company**

**MRI, CT, and Ultrasound**
1799 W. Oakland Park Blvd, #105
Fort Lauderdale, FL 33310
954-777-3466  Fax: 954-777-3510
E-mail: MRISCAN@diagnosticprofessionals.com

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | **MYRIAM DELVALLE** | | |
| **STUDY #:** | **OPMR34239** | **DOB:** | **10/11/1954** |
| **DATE:** | **7/21/2005** | **SS #:** | **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** |
| **REFERRED BY:** | **Yehuda Fishfeld** | | |

## MRI OF THE RIGHT SHOULDER

**CLINICAL HISTORY:**   Right shoulder pain and limited range of motion since slip and fall injury.

**TECHNIQUE:** A variety of pulse sequences were obtained in the axial, parasagittal and coronal planes to emphasize T1 and T2 weighted imaging parameters.

**FINDINGS:** There is no evidence of acute fracture or dislocation. There is no evidence of bone bruise or contusion. Normal signal is seen within the osseous structures.

Hypertrophic changes are seen at the acromioclavicular joint, resulting in mild rotator cuff impingement.

There is a small joint effusion.

There is an extensive tear of the distal supraspinatus tendon. The distal supraspinatus tendon is almost completely transected. Only a few fibers of the distal supraspinatus tendon remain intact.   There is a lesser partial tear involving the distal subscapularis tendon.

The infraspinatus and teres minor muscles and tendons are intact.

There is no evidence of displaced tear involving the glenoid labrum.

The biceps tendon is intact and lies in its normal position.

## IMPRESSION:

Rotator cuff impingement.

Partial tears involving the distal supraspinatus and subscapularis tendons. The tear within the distal supraspinatus tendon is extensive and almost completely transects this tendon.

Signed: 7/25/2005 11:41:51 AM by: Ronald Landau MD [Electronic Signature]          **Page 1 of 2**

**Diagnostic Professionals**
Oakland Park MRI • Pembroke Pines MRI • Fort Lauderdale Ultrasound • PDS Imaging

**Myriam Delvalle**       &#8766;                                      &#8766;        **Page 2 of 2**
**7/21/2005**

Thank you for referring this patient.

*Mee & L*

**Ronald I. Landau, MD**
Diplomate, American Board of Radiology
Fellowship Trained in MRI
RIL/ka

Signed: 7/25/2005 11:41:51 AM by: Ronald Landau MD [Electronic Signature]

**Diagnostic Professionals**
Oakland Park MRI • Pembroke Pines MRI • Fort Lauderdale Ultrasound • PDS Imaging

**Pembroke Pines MRI.**
10800 Pines Blvd. #12
Pembroke Pines, FL 33026
Office: 954-777-3466  Toll Free: 1-866-501-6100

**Oakl Park MRI, Inc.**
1799 Oakland Park Blvd. #105
Ft. Lauderdale, FL 33311
Fax: 954-777-3510

---

Patient's Name _Delvaile, Myriam_ Doctor's Name _Fishfeld Vehucla_

Patient's Phone _____ Contact Phone _954 429-9042_

Patient's Cell Phone _____ Patients Work Phone _____

Interpreting Radiologist: _____ **STAT**/Routine (Circle one)

Has Patient had a scan done with us before? **Y** /(N) If Yes, Facility_____ Scan Type _____
Has patient had a previous scan on the same body part at another imaging facility? **Y / N**
If yes, list Facility/Scan Type _____
Can we get films or a report on the previous scan for comparison purposes? **Y** /(N)
When is your follow up appt to discuss your test results with your doctor? _____
Is this procedure a result of an accident, on the job injury, or motor vehicle accident? Y/N ____

Scheduler: _Peter Gaue_ Comments: _____

Exam # _34238_ (MRI)/MRA Scan Type: _LSP_ Plain W/WO Contrast

Exam # _34239_ (MRI)/MRA Scan Type: _RT Shoulder_ Plain W/WO Contrast

**DOB:** _10/11/54_ Weight: _142_ SSN: _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_ Sex: M F

DOA: _____ Type of Accident: _____

| | | | | | |
|---|---|---|---|---|---|
| Heart Surgery | Y /N | Ear Implants | Y / N | Pregnant | Y /N |
| Cardiac Pacemaker | Y / N | Hearing Aids | Y / N | Nursing | Y / N |
| Heart Valve | Y / N | Eye Implants | Y / N | Claustrophobic | Y / N |
| Cardiac Defibrillator | Y / N | Braces | Y / N | Prev. Surgery in Scan Area | Y / N |
| Swan-Ganz catheter | Y / N | Cosmetic Tattoos | Y / N | Surgical Staples or Clips | Y / N |
| Head Surgery | Y / N | IUD/Pessary Ring | Y / N | Artificial Limb or Joint | Y / N |
| Aneurysm Clips | Y / N | Medicinal Patches | Y / N | Metal/Bullets/Shrapnel | Y / N |
| | | Diabetic | Y / N | Allergies | Y / N |

Have you now or ever worked with grinding metal Y /N
History of Cancer Y / N
Any type of electronic, mechanical, or magnetic implant Y / N
Please list all surgeries _____

I certify that all of the information listed above is correct and true to the best of my knowledge. I consent to the administration of the above diagnostic test or tests.

Dated t_____

X _____
Signature of Patient or Policyholder

X _____
Signature of Claimant, if other than Policyholder

Center Location: _Opmri_ Day: _Thuesday_ Date: _7/21/06_ Time: _1:00pm_ .

**Received** Films___ CD___ Signature of recipient: _____

_Pain in Rt shoulder. Unable to lift arm up._
_Limited range of motion._
_Also severe pain in lower back - Pain when lying_
_down + bending down. Pain radiates to Rt Hip._
_S/P slip + fall @_ _No prior surgery._



**Oakland Park MRI Inc**
**1799 W Oakland Park Blvd 105**
**Ft Lauderdale, FL 33311**
**Phone:(954)777-5125**

| | | | |
|---|---|---|---|
| **Name:** | Miriam DelValle | **Exam Date:** | 1/21/2007 |
| **Patient ID:** | t100001658 | **Exam:** | MRI L-spine Plain |
| **DOB:** | 10/11/1954 | **Reason:** | 847.2 - SPRAIN LUMBAR REGION |
| **Phone:** | (954)366-1725 | **Referrer:** | Fernando Moya |
| **Acc#:** | 9306 | **2nd Referrer:** | |
| | | **3rd Referrer:** | |

## Results
## MRI LUMBAR SPINE

**HISTORY:** Back pain radiating to right leg since slip and fall injury.

**TECHNIQUE:** A variety of pulse sequences were performed in the parasagittal and axial planes to emphasize T1- and T2-weighted imaging parameters. A coronal scout series was performed.

**FINDINGS:** There is normal alignment of the vertebral bodies without evidence of compression fracture or spondylolisthesis.

There is normal signal throughout the vertebral bodies without evidence of marrow replacement.

There is normal signal within the visualized spinal cord. There is no evidence of syrinx.

The conus medullaris lies at the level of the L1 vertebral body.

There is a defect within the superior endplate of the L2 vertebral body compatible with a Schmorl's node.

There is no significant disk disease at T11-12. There is no evidence of cord compression or exiting nerve root impingement at this level. The spinal canal and neural foramina appear widely patent.

There is no significant disk disease at T12-L1. There is no evidence of cord compression or exiting nerve root impingement at this level. The spinal canal and neural foramina appear widely patent.

There is moderate disk bulging at L1-2. There is no significant spinal stenosis or neural foraminal stenosis at this level at this time.

There is moderate disk bulging at L2-3. There is no significant spinal stenosis or neural foraminal stenosis at this level at this time.

There is moderate disk bulging at L3-4. There is no significant spinal stenosis or

neural foraminal stenosis at this level at this time.

There is mild to moderate disk bulging at L4-5. There is abnormal signal associated
with the mid posterior L4-5 disk compatible with a radial tear. There is bilateral facet
hypertrophy at this level. There is moderate impingement upon the left lateral
recess. There is mild right neural foraminal stenosis. There is no significant spinal
stenosis.

There is mild disk bulging at L5-S1. There is abnormal signal involving the posterior
L5-S1 disk compatible with a radial tear. There is early bilateral facet hypertrophy at
this level. There is mild bilateral neural foraminal stenosis, left greater than right.
There is no significant spinal stenosis.

Visualized paraspinal structures are unremarkable in appearance.

**IMPRESSION:**

Disk bulging from L1-2 through L5-S1.

Radial tears involving the L4-5 and L5-S1 disks.

Neural encroachment at L4-5 and L5-S1.

Thank you for referring this patient.

*Ronald I Landau, MD*
*Diplomate, American Board of Radiology*
*Fellowship Trained in MRI*

**Ronald Landau**

Transcribed By:          Julie Goll                    Pt. Name:      Miriam DelValle
Transcribed Date:        1/22/2007 10:39 AM            Patient ID:    t100001658
Interpreting Rad:        Ronald Landau                 Exam:          MRI L-spine Plain
Finalized Date:          1/22/2007 11:17 AM            Acc:           9306
Technologist:            Perdiem P

### Oakland Park MRI Inc
### 1799 W Oakland Park Blvd 105
### Ft Lauderdale, FL 33311
### Phone:(954)777-3466

| | | | |
|---|---|---|---|
| **Name:** | Mirian DelValle | **Exam Date:** | 9/6/2006 |
| **Patient ID:** | t100001658 | **Exam:** | CT Upper Extremity Plain |
| **DOB:** | 10/11/1954 | **Reason:** | 840.9 - SPRAIN SHOULDER/ARM N( |
| **Phone:** | (954)366-1725 | **Referrer:** | Fernando Moya |
| **Acc#:** | 2462 | **2nd Referrer:** | |

## Results
## CT RIGHT SHOULDER

**HISTORY:**   Right shoulder pain since fall.

**TECHNIQUE:**   Computed axial tomography of the right shoulder was performed utilizing 3 mm contiguous axial sections.  Sagittal and coronal 2D reformatted images were also submitted for interpretation, as were 3D reformatted images.

**FINDINGS:**   There is slight fragmentation of the superior aspect of the humeral head.   Three tiny bony fragments are identified superior and anterior to the humeral head; these bony fragments are likely related to previous surgery.

There is no evidence of acute fracture or dislocation. The acromioclavicular and glenohumeral joints are intact.

Surgical screws are identified superior to the humeral head.   By history, these screws originated in the humeral head and have migrated cranially.

There is no evidence of focal bone destruction.


### IMPRESSION:

Slight fragmentation of the humeral head as described above, which is likely related to previous surgery.

Cranial migration of surgical screws superior to the humeral head.


Thank you for referring this patient.

*Mul l L*

**Ronald I Landau, MD**
Diplomate, American Board of Radiology
Fellowship Trained in MRI

## Ronald Landau

| | | | |
|---|---|---|---|
| Transcribed By: | Kathleen Allen | Pt. Name: | Mirian DelValle |
| Transcribed Date: | 9/7/2006 | Patient ID: | t100001658 |
| Interpreting Rad: | Ronald Landau | Exam: | CT Upper Extremity Plain |
| Finalized Date: | 9/7/2006 | Acc: | 2462 |

**Oakland Park MRI Inc**
**1799 W Oakland Park Blvd 105**
**Ft Lauderdale, FL 33311**
**Phone:(954)777-3466**

| | | | |
|---|---|---|---|
| **Name:** | Mirian DelValle | **Exam Date:** | 9/6/2006 |
| **Patient ID:** | t100001658 | **Exam:** | MRI Shoulder Plain |
| **DOB:** | 10/11/1954 | **Reason:** | 840.9 - SPRAIN SHOULDER/ARM N( |
| **Phone:** | (954)366-1725 | **Referrer:** | Fernando Moya |
| **Acc#:** | 2463 | **2nd Referrer:** | |

## Results
## MRI RIGHT SHOULDER

**HISTORY:**   Right shoulder pain since fall.

**TECHNIQUE:**     A variety of pulse sequences were obtained in multiple planes to emphasize T1 and T2 weighted imaging parameters.

**FINDINGS:**     Comparison is made with a CT of the same date.

Subchondral cystic changes are identified within the superior aspect of the humeral head.

There is no evidence of displaced fracture or shoulder dislocation.   The acromioclavicular and glenohumeral joints are intact.

There is mild rotator cuff impingement.

There is susceptibility artifact emanating from metallic screws superior to the humeral head.   These screws cranially migrated and lie superior to the humeral head.

There is a mild to moderate joint effusion.

There is attenuation and thinning of the distal supraspinatus and infraspinatus tendons.   Evaluation of these tendons is limited due to susceptibility artifact secondary to the aforementioned metallic screws.   Grossly, no tears are identified within these tendons at this time.

The subscapularis and teres minor muscles and tendons are intact.

There is no evidence of displaced tear involving the glenoid labrum.

The biceps tendon is intact and lies in its normal position.

**IMPRESSION:**

Limited study due to susceptibility artifact emanating from metallic screws superior to the humeral head.

Attenuation and thinning of the distal supraspinatus and infraspinatus tendons.

Rotator cuff impingement.

Joint effusion.

Thank you for referring this patient.

*Ronald I Landau* (signature)

**Ronald I Landau, MD**
Diplomate, American Board of Radiology
Fellowship Trained in MRI

**Ronald Landau**

| | | |
|---|---|---|
| Transcribed By: | Kathleen Allen | |
| Transcribed Date: | 9/7/2006 | |
| Interpreting Rad: | Ronald Landau | |
| Finalized Date: | 9/7/2006 | |

| | |
|---|---|
| Pt. Name: | Mirian DelValle |
| Patient ID: | t100001658 |
| Exam: | MRI Shoulder Plain |
| Acc: | 2463 |

# OAKLAND PARK MRI

A Diagnostic Professionals Company

**MRI, CT, and Ultrasound**
1799 W. Oakland Park Blvd, #105
Fort Lauderdale, FL 33310
954-777-3466 Fax: 954-777-3510
E-mail: MRISCAN@diagnosticprofessionals.com

| | |
|---|---|
| **PATIENT NAME:** | **MYRIAM DELVALLE** |
| **STUDY #:** | **OPMR34238** |
| **DATE:** | **7/21/2005** |
| **REFERRED BY:** | **Yehuda Fishfeld** |

**DOB:**     10/11/1954
**SS #:**     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

## MRI OF THE LUMBAR SPINE

**CLINICAL HISTORY:**   Back pain since slip and fall injury.

**TECHNIQUE:** A variety of pulse sequences were performed in the parasagittal and axial planes to emphasize T1 and T2 weighted imaging parameters. A coronal scout series was also performed.

**FINDINGS:** There is mild benign anterior wedging of the L2 vertebral body. There is a defect within the superior end plate of the L2 vertebral body compatible with a Schmorl's node.

The heights of the remaining vertebral bodies are well maintained. There is normal alignment of the vertebral bodies.

Normal signal is seen within the visualized spinal cord. The conus medullaris lies at the level of the L1 vertebral body.

There is moderate disk bulging at L1-2. There is no significant spinal stenosis or neural foraminal stenosis at this level at this time.

There is moderate to severe disk bulging at L2-3. There is no significant spinal stenosis or neural foraminal stenosis at this level at this time.

There is mild to moderate disk bulging at L3-4. There is no significant spinal stenosis or neural foraminal stenosis at this level at this time.

There is moderate diffuse disk bulging at L4-5. There is bilateral facet hypertrophy at this level. There is no significant spinal stenosis at this level. There is mild to moderate right neural foraminal stenosis and moderate to severe left neural foraminal stenosis.

There is mild to moderate disk bulging at L5-S1. There is bilateral facet hypertrophy at this level. There is no significant spinal stenosis at this level. There is mild to moderate left neural foraminal stenosis. There is no significant right neural foraminal stenosis at this level at this time.

Signed: 7/25/2005 11:41:46 AM by: Ronald Landau MD [Electronic Signature]                     **Page 1 of 2**

**Diagnostic Professionals**
Oakland Park MRI • Pembroke Pines MRI • Fort Lauderdale Ultrasound • PDS Imaging

**Myriam Delvalle**                                                                    Page 2 of 2
**7/21/2005**

The visualized paraspinal structures are unremarkable in appearance.

**IMPRESSION:**

Benign anterior wedging of the L2 vertebral body with associated Schmorl's node involving
its superior end plate.

Disk bulging from L1-2 through L5-S1, most severe at the L2-3 level.

Neural encroachment at L4-5 and L5-S1.

Thank you for referring this patient.

*[signature]*

**Ronald I. Landau, MD**
Diplomate, American Board of Radiology
Fellowship Trained in MRI
RIL/ka

# OAKLAND PARK MRI

A Diagnostic Professionals Company

**MRI, CT, and Ultrasound**
1799 W. Oakland Park Blvd, #105
Fort Lauderdale, FL 33310
954-777-3466 Fax: 954-777-3510
E-mail: MRISCAN@diagnosticprofessionals.com

| | | | |
|---|---|---|---|
| **PATIENT NAME:** | **MYRIAM DELVALLE** | | |
| **STUDY #:** | **OPMR34239** | **DOB:** | **10/11/1954** |
| **DATE:** | **7/21/2005** | **SS #:** | **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** |
| **REFERRED BY:** | **Yehuda Fishfeld** | | |

## MRI OF THE RIGHT SHOULDER

**CLINICAL HISTORY:** Right shoulder pain and limited range of motion since slip and fall injury.

**TECHNIQUE:** A variety of pulse sequences were obtained in the axial, parasagittal and coronal planes to emphasize T1 and T2 weighted imaging parameters.

**FINDINGS:** There is no evidence of acute fracture or dislocation. There is no evidence of bone bruise or contusion. Normal signal is seen within the osseous structures.

Hypertrophic changes are seen at the acromioclavicular joint, resulting in mild rotator cuff impingement.

There is a small joint effusion.

There is an extensive tear of the distal supraspinatus tendon. The distal supraspinatus tendon is almost completely transected. Only a few fibers of the distal supraspinatus tendon remain intact. There is a lesser partial tear involving the distal subscapularis tendon.

The infraspinatus and teres minor muscles and tendons are intact.

There is no evidence of displaced tear involving the glenoid labrum.

The biceps tendon is intact and lies in its normal position.

**IMPRESSION:**

Rotator cuff impingement.

Partial tears involving the distal supraspinatus and subscapularis tendons. The tear within the distal supraspinatus tendon is extensive and almost completely transects this tendon.

Signed: 7/25/2005 11:41:51 AM by: Ronald Landau MD [Electronic Signature]          **Page 1 of 2**

**Myriam Delvalle**
**7/21/2005**

Page 2 of 2

Thank you for referring this patient.

*Ronald I. Landau signature*

**Ronald I. Landau, MD**
Diplomate, American Board of Radiology
Fellowship Trained in MRI
RiL/ka

Signed: 7/25/2005 11:41:51 AM by: Ronald Landau MD [Electronic Signature]

**Diagnostic Professionals**
Oakland Park MRI • Pembroke Pines MRI • Fort Lauderdale Ultrasound • PDS Imaging