UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         )          Chapter 11
          Reorganized Debtors.                )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of Order Granting Reorganized Debtors' Motion for Order Authorizing and Directing Release of Escrowed Funds (Docket No. 18794) was furnished by mail on November 7, 2007 to the parties listed on the attached Exhibit A.


Dated:  November 8, 2007

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP


By    *s/ D. J. Baker*                              By    *s/ Cynthia C. Jackson*
          D. J. Baker                                          Stephen D. Busey
          Sally McDonald Henry                       Cynthia C. Jackson
          Rosalie Walker Gray
                                                         Florida Bar Number 498882
Four Times Square                               225 Water Street, Suite 1800
New York, New York 10036                   Jacksonville, Florida  32202
(212) 735-3000                                    (904) 359-7700
(917) 777-2150 (facsimile)                   (904) 359-7708 (facsimile)
djbaker@skadden.com                          cjackson@smithhulsey.com


Co-Counsel for Reorganized Debtors          Co-Counsel for Reorganized Debtors

EXHIBIT A

Jerry Garland
Associated Wholesale Grocers, Inc.
5000 Kansas Avenue
Kansas City, Kansas 66110

Jan T. Harbort
J & J Supermarkets – KY, L.L.C.
916A Lafayette Road
Rossville, Georgia 30741

George M. Johnson, P.C.
215 High Lea Road
Brentwood, Tennessee 37027

UMB Bank, N.A.
Corporate Trust Department
2401 Grand Boulevard, Suite 200
Kansas City, Missouri 64106

00587542