UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Order Disallowing Claim Numbers 10076 and 10090 Filed by Capmark Services, Inc., as Authorized Agent of Swiss Re Asset Management (Americas), Inc. (Docket No. 18795) was furnished by mail on November 7, 2007 to the parties listed on the attached Exhibit A.

Dated: November 8, 2007

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| | |
| By   *s/ D. J. Baker*   | By   *s/ Cynthia C. Jackson*   |
|        D. J. Baker |        Stephen D. Busey |
|        Sally McDonald Henry |        Cynthia C. Jackson |
|        Rosalie Walker Gray | |
| | Florida Bar Number 498882 |
| Four Times Square | 225 Water Street, Suite 1800 |
| New York, New York 10036 | Jacksonville, Florida  32202 |
| (212) 735-3000 | (904) 359-7700 |
| (917) 777-2150 (facsimile) | (904) 359-7708 (facsimile) |
| djbaker@skadden.com | cjackson@smithhulsey.com |
| | |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

EXHIBIT A

Wendy Simkulak, Esq.
Duane Morris LLP
30 South 17th Street
Philadelphia, Pennsylvania 19103-4196

Gene McPherson
Capital Crossing, a Division of
Lehman Brothers Bank, FSB
101 Summer Street
Boston, Massachusetts 02110

Charlotte Kollin, Vice President
Asset Management
Capmark Finance, Inc.
Three Ravinia Drive, Suite 200
Atlanta, Georgia  30346

00587576