**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## WINN-DIXIE'S OBJECTION TO CLAIM NO. 13819 FILED BY THE CITY OF STARKE

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (the "Debtors"), objects to the allowance of Claim No. 13819, filed by the City of Starke in the amount of $75,190.06, upon the grounds specified below. In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors dispute the amount of the debt alleged in the Claim.

2. The Claim was untimely filed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3. The claimant failed to attach documentation to the Claim as required by Rule 3001(a), Federal Rules of Bankruptcy Procedure.

Dated: November 8, 2007

                                        SMITH HULSEY & BUSEY

                                        By    *s/ Leanne McKnight Prendergast*
                                                Stephen D. Busey
                                                James H. Post
                                                Leanne McKnight Prendergast

                                        Florida Bar Number 59544
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        lprendergast@smithhulsey.com

                                        Counsel for Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished by mail and/or electronically to the City of Starke, 209 North Thompson Street, Starke, Florida 32091 and the City of Starke, c/o Terence M. Brown, Esq., Brown & Broling, Post Office Box 40, Starke, Florida 32091, this 8th day of November, 2007.



                                                *s/ Leanne McKnight Prendergast*
                                                           Attorney

587191