UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

**NOTICE OF WITHDRAWAL OF
APPLICATION FOR ADMINISTRATIVE CLAIM**

Applicant, DIGNA GONZALEZ, hereby withdraws her Application for Payment of Administrative Expense and any other administrative claim that she may have against the Debtors.

Dated this _____ day of November, 2007.


**NUELL & POLSKY**

By: _____
**ROBERT L.F. POLSKY, ESQUIRE**

782 N.W. 42nd Avenue, Suite 345
Miami, Florida 33126
(305) 441-1122 Telephone
(305) 441-2696 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing document was furnished by facsimile and U.S. Mail on November _____, 2007 to James H. Post, Esquire, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax Number (904) 359-7708.

**ROBERT L.F. POLSKY, ESQUIRE**
782 N.W. 42nd Avenue, Suite 345
Miami, Florida 33126
(305) 441-1122 Telephone
(305) 441-2696 Fax