UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )        Case No.: 05-03817-3F1
                                          )
WINN-DIXIE STORES, INC., et al.,          )        Chapter 11
                                          )
Reorganized Debtors.                      )        Jointly Administered
                                          )
_____)

**AMENDED NOTICE OF WITHDRAWAL OF**
**APPLICATION FOR ADMINISTRATIVE CLAIM**

Applicant, DIGNA GONZALEZ, hereby withdraws her Application for

Payment of Administrative Expense and any other administrative claim that she

may have against the Debtors.

Dated this 13th day of November, 2007.


**NUELL & POLSKY**


By: */s/ Robert L.F. Polsky, Esquire*
    **ROBERT L.F. POLSKY, ESQUIRE**
    782 N.W. 42nd Avenue, Suite 345
    Miami, Florida 33126
    (305) 441-1122 Telephone
    (305) 441-2696 Fax

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing document was furnished by facsimile and U.S. Mail on this 13th day of November 2007 to James H. Post, Esquire, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Fax Number (904) 359-7708.

*/s/ Robert L.F. Polsky, Esquire*
**NUELL & POLSKY**
**ROBERT L.F. POLSKY, ESQUIRE**
782 N.W. 42nd Avenue, Suite 345
Miami, Florida 33126
(305) 441-1122 Telephone
(305) 441-2696 Fax