[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                             Case No. 3:05-bk-03817-JAF
                                                   Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/


ORDER STRIKING NOTICE OF WITHDRAWAL

This case came on for consideration upon the Court's own motion. On November 12, 2007, Robert L.F. Polsky filed Notice of Withdrawal of Application for Administrative Claim on behalf of Digna Gonzalez without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Withdrawal of Application for Administrative Claim is stricken from the record.

Dated November 13, 2007

Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Robert L.F. Polsky, 782 N.W. 42nd Ave., Suite 345, Miami, FL 33126
James H. Post, Attorney for Debtor, 225 Water St., Suite 1800, Jacksonville, FL 32202