**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

### NOTICE OF CASE MANAGEMENT CONFERENCE

Please take notice that a case management conference on Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief (Docket No. 8941) (the "Motion") as it relates to the cure objection filed by Promventure Limited Partnership ("Promventure") (Docket No. 9318) (the "Cure Objection") is scheduled for **December 13, 2007 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Motion and the Cure Objection for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: November 13, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By   */s/ D. J. Baker*       <br>      D. J. Baker<br>      Sally McDonald Henry<br>      Rosalie Walker Gray | By   */s/ Cynthia C. Jackson*       <br>      Stephen D. Busey<br>      James H. Post<br>      Cynthia C. Jackson<br>Florida Bar Number 498882 |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(917) 777-2150 (facsimile)<br>djbaker@skadden.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for the Reorganized Debtors | Co-Counsel for the Reorganized Debtors |

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and/or by mail to Robert E. Howard, Esq., 3200 N. Federal Highway, Fort Lauderdale, Florida 33306 and Richard L. Allen, Esq., Pertnoy, Solowsky & Allen, P.A., 150 West Flagler Street, Suite 2000, Miami, Florida 33130, this 13th day of November, 2007.



*s/ Cynthia C. Jackson*
Attorney

588130