UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                           Chapter 11
       Reorganized Debtors.            )        Jointly Administered

### **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Pat Armstrong (Claim No. 6645) [Docket No. 18875] was furnished by mail on November 13, 2007 to Pat Armstrong c/o J. Scott Nooney, Esq., 3535 Hendricks Avenue, Jacksonville, Florida 32207.

Dated: November 14, 2007

                                          SMITH HULSEY & BUSEY

                                          By    *s/ James H. Post*
                                                Stephen D. Busey
                                                James H. Post (FBN 175460)
                                                Cynthia C. Jackson

                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida  32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com

                                          Counsel for Reorganized Debtors

00520151