UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mary Ann Dam (Claim No. 4281) [Docket No. 18873] was furnished by mail on November 13, 2007 to Mary Ann Dam, 1250 Wilshire Circle West, Pembroke Pines, Florida 33027.

Dated: November 14, 2007

                        SMITH HULSEY & BUSEY

                        By     *s/ James H. Post*
                              Stephen D. Busey
                              James H. Post (FBN 175460)
                              Cynthia C. Jackson

                        225 Water Street, Suite 1800
                        Jacksonville, Florida  32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        jpost@smithhulsey.com

                        Counsel for Reorganized Debtors

00520151