UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,         )         Case No. 05-03817-3F1
                                                                    Chapter 11
          Reorganized Debtors.               )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lisa Graham (Claim No. 9698) [Docket No. 18881] was furnished by mail on November 13, 2007 to Lisa Graham, 2424 Ridge Drive, Guthrie, Oklahoma 73044.

Dated:  November 14, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151