UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         Chapter 11
                    Reorganized Debtors.        )        Jointly Administered

## CERTIFICATE OF SERVICE

        I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Gloria Samarrippas (Claim No. 13430) [Docket No. 18866] was furnished by mail on

November 13, 2007 to Gloria Samarrippas, P.O. Box 1255, Winter Haven, Florida

33882.

Dated:  November 14, 2007

                                                 SMITH HULSEY & BUSEY


                                                 By        *s/ James H. Post*
                                                         Stephen D. Busey
                                                         James H. Post (FBN 175460)
                                                         Cynthia C. Jackson

                                                 225 Water Street, Suite 1800
                                                 Jacksonville, Florida  32202
                                                 (904) 359-7700
                                                 (904) 359-7708 (facsimile)
                                                 jpost@smithhulsey.com

                                                 Counsel for Reorganized Debtors

00520151