# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | *Chapter 11* |
| Debtors. | ) | Jointly Administered |

### DECLARATION OF NECTALIER GONZALEZ

I, Nectalier Gonzalez, state and declare as follows:

1. I am a Managing Member of Teng South III, LLC, a Florida limited liability company (the "Purchaser"). I am duly authorized to make this Declaration on behalf of the Purchaser. I make this Declaration based on my own personal knowledge and based on my knowledge and review of the business records of the Purchaser. If called as a witness, I could truthfully and competently testify to the matters stated in this Declaration.

2. I submit this Declaration in connection with the Purchaser's offer to purchase assets (the "Bid") from Winn-Dixie Stores, Inc. and its debtor affiliates (collectively, the "Debtors"). The assets subject to the Bid consist of leasehold interests at certain locations at which the Debtors historically have operated grocery stores and equipment and other assets (the "Assets").

3. The Purchaser is not an affiliate of the Debtors. The Purchaser has at all times dealt at arm's length and in good faith with the Debtors, has no connection with any insider of the Debtors, and has not received any material non-public information regarding the Assets from the Debtors or their advisors except through the due diligence process established by the Debtors and their advisors in these Chapter 11 cases.

4. The Purchaser is not a party to any agreement among potential bidders for the Debtors' assets and does not intend to enter into any such agreement or otherwise to conspire to chill bidding for such assets.

5. The Bid identifies one or more unexpired leases to be assumed by the Debtors and assigned to the Purchaser (collectively, the "Assigned Leases"). With respect to each of the Assigned Leases, the Purchaser intends to perform and has the financial capability to perform its obligations under such Assigned Lease arising from and after the date on which such Assigned Leases are is assigned to the Purchaser.

6. **Attached as Exhibit A are true and correct copies of the following: (a) the balance sheet and financials prepared by their Accountant as of the end of the most recent fiscal quarter for which financial results are available of the principals of the Purchaser that will guarantee the Purchaser's obligations under the Assigned Leases; (b) such affiliate's income statement for the four quarters ending on the date of such balance sheet.]** The financial statements in Exhibit A have been prepared in accordance with generally accepted accounting principles and fairly and accurately represent the financial condition and operating results of the Purchaser for the time periods specified.

7. The Bid includes a provision that permits the Purchaser, in certain circumstances, to assign its rights to acquire the Assets to one or more affiliates of the Purchaser. Should the Purchaser exercise that option, (a) the obligations of the Purchaser's assignee acquiring each Store will be guaranteed by the Purchaser, and (b) all of the foregoing statements will be deemed to refer, with respect to each Store, collectively to the Purchaser and its assignee acquiring such Store, and such statements will be accurate if interpreted in that manner.

8. All of the business records of the Purchaser to which I have referred in this Declaration or in the preparation of this Declaration were made at or near the time of the event recorded, by or from information transmitted by a person with knowledge of the matters recorded in such records, and were made and kept in the course of the Purchaser's regularly conducted business activities. It is the regular practice of the Purchaser to make such records.

9. The Purchaser consents to the Debtors' providing a copy of this Declaration, including exhibits, to any non-Debtor party to an Assigned Lease.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on April 29, 2006, at Fort Lauderdale FL

*[signature]*

Nectalier Gonzalez,
Member of Teng South III, LLC

## Exhibit A

### Financial Statements

Attached are financial statements of Nectalier Gonzalez and Edelberto Trujillo, principals, who will be personal guarantors.

Apr 28 06 09:28p    O. Coto & K.L. Morales    1-813-901-9591    p.1

# NECTALIER & BEATRIZ GONZALEZ

Personal Financial Statement

Prepared by:
**Jimenez & Associates, Inc.**
321 State Street
Perth Amboy, New Jersey 08861
FID# 22-3071582

```
Apr 28 06 09:28p        O. Coto & K.L. Morales        1-813-901-9591        p.2
```

Balance Sheet
As of 4/28/2006

4/28/2006

| Account | 4/28/2006 Balance |
|---|---|
| **ASSETS** | |
| Other Assets | |
| 1 Armitage Lane-North Caldwell | 1,700,000.00 |
| C-Town - Paterson #1 | 1,500,000.00 |
| C-Town - Paterson #2 | 800,000.00 |
| Cash in Bank | 328,000.00 |
| Ecan Corporation | 1,500,000.00 |
| John Stables | 550,000.00 |
| Lot (Clinton Avenue-Newark, NJ) | 525,000.00 |
| Lot (Clinton Avenue-Newark, NJ) 2 | 85,000.00 |
| Lot (Scotland Avenue-Orange,NJ) | 225,000.00 |
| Nace Corp.-120 Clinton Ave. Newark | 2,500,000.00 |
| Nace Corporation | 1,200,000.00 |
| One House - Davie-Florida | 1,000,000.00 |
| One House-Beach Haven | 680,000.00 |
| Personal Property | 460,000.00 |
| Ten South | 1,200,000.00 |
| Three Families House-Paterson | 300,000.00 |
| Two Condominius-Florida | 900,000.00 |
| TOTAL Other Assets | 15,453,000.00 |
| **TOTAL ASSETS** | **15,453,000.00** |
| **LIABILITIES & EQUITY** | |
| LIABILITIES | |
| Other Liabilities | |
| Mortgage Payable | 1,850,000.00 |
| Personal Debts | 52,000.00 |
| TOTAL Other Liabilities | 1,902,000.00 |
| **TOTAL LIABILITIES** | **1,902,000.00** |
| EQUITY | 13,551,000.00 |
| **TOTAL LIABILITIES & EQUITY** | **15,453,000.00** |

Page 1

Apr 28 06 09:28p          O. Coto & K.L. Morales          1-813-901-3591          p.3

# Mr. Edelberto Trujillo
## Personal Financial Statement

Balance Sheet
As of 4/28/2006

| Account | 4/28/2006 Balance |
|---|---|
| **ASSETS** | |
| **Other Assets** | |
| 115-117 Clinton Avenue, Newark, NJ | 650,000.00 |
| 132 Clinton Avenue, Newark, NJ | 150,000.00 |
| 148 Lincoln Avenue, Newark, NJ (6 family) | 1,000,000.00 |
| 19 Stone Street, Newark, NJ (18 family) | 1,550,000.00 |
| 297 Scotland, Newark, NJ | 400,000.00 |
| 340 7th Avenue, Newark NJ (24 family) | 2,000,000.00 |
| Bergen Street, Newark | 420,000.00 |
| Brunswick Street (5 empty lot) | 900,000.00 |
| Buitler, New Jersey (House) | 950,000.00 |
| Cash in Bank | 930,000.00 |
| Cedar Grove-(One family) | 800,000.00 |
| Ecan Corporation | 1,500,000.00 |
| Joseph Street, Newark | 500,000.00 |
| Miami Lakes-Florida | 800,000.00 |
| Nace Corporation | 1,200,000.00 |
| Norfolk Street, Newark | 450,000.00 |
| North Field Street, Newark | 500,000.00 |
| Personal Property | 76,000.00 |
| Ten South | 1,200,000.00 |
| **TOTAL Other Assets** | 15,976,000.00 |
| **TOTAL ASSETS** | 15,976,000.00 |
| **LIABILITIES & EQUITY** | |
| **LIABILITIES** | |
| **Other Liabilities** | |
| Mortgage Payable | 570,000.00 |
| Personal Debts | 34,200.00 |
| **TOTAL Other Liabilities** | 604,200.00 |
| **TOTAL LIABILITIES** | 604,200.00 |
| **EQUITY** | 15,371,800.00 |
| **TOTAL LIABILITIES & EQUITY** | 15,976,000.00 |