## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

### AGREED ORDER RESOLVING CLAIM NUMBER 9334
### FILED BY DELEGAL LAW OFFICES, P.A.

This case is before the Court upon the objection of Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors") to claim number 9334 filed by Delegal Law Offices, P.A. ("Delegal"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 9334 is allowed as unsecured non-priority claim in the amount of $83,608.61 which the Reorganized Debtors are authorized to pay in accordance with the Fees and Costs Settlement Agreement between the Reorganized Debtors and David A. Reddick, James A. Stokes, Thomas A. Delegal, III and Delegal Law Offices, P.A. dated October 29, 2007 (the "Settlement Agreement"). No further

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

distribution or payment will be made by the Reorganized Debtors on this Claim. The balance of Claim No. 9334 is disallowed.

2.  This Order resolves all liabilities and obligations of the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns related to Claim No. 9334, which are forever waived, discharged and released subject to the terms of the Settlement Agreement.

3.  The Reorganized Debtors do not, by this Order, acknowledge the validity of the claims or the existence of coverage under any Insurance Policy with respect to the claim, or make any admission of liability.

4.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 13 day of November, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
James H. Post

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

### Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | DELEGAL LAW OFFICES, P.A. |
|---|---|
| By /s/ James H. Post | By /s/ Thomas A. Delegal, III |
| James H. Post | Thomas A. Delegal, III |
| Florida Bar Number 175460 | Florida Bar Number 892701 |
| 225 Water Street, Suite 1800 | 424 East Monroe Street |
| Jacksonville, Florida 32202 | Jacksonville, Florida 32202 |
| (904) 359-7700 | (904) 633-5000 |
| (904) 359-7708 (facsimile) | (904) 358-2850 (facsimile) |
| Attorneys for the Reorganized Debtors | Attorneys for David A. Reddick, James A. Stokes, Thomas A. Delegal, III and Delegal Law Offices, P.A. |

586977