# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. et al,. ) | |
| ) | Chapter 11 |
| Debtors.[1] ) | |
| ) | Jointly Administered |

## NOTICE OF DISMISSAL FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM

Movant, Davidson, Meaux, Sonnier & McElligott, LLP, dismisses its application for allowance of administrative expense claim filed on December 28, 2006 due to receipt of payment in the amount of $30,000.00.

Submitted this 15th day of November, 2007.

Respectfully submitted,

DAVIDSON, MEAUX, SONNIER
    & McELLIGOTT

 /s/ David J. Calogero
DAVID J. CALOGERO (#1748)
810 S. Buchanan Street
Post Office Box 2908
Lafayette, LA 70502-2908
Telephone: (337) 237-1660
Facsimile: (337) 237-3676
Attorneys for Movant

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixite Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing has been forwarded to the parties listed below via mail and/or electronic transmission on the 15th day of November, 2007.

    /s/ David J. Calogero
DAVID J. CALOGERO

WINN-DIXIE STORES, INC.
5050 Edgewood court
Jacksonville, FL 32254-3699
Attn: General Counsel
Telephone: (904) 783-5000
Facsimile: (904) 783-5651

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036-6522
Attn: D.J. Baker, Esq.
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL 32202
Attn: Stephen D. Busey, Esq.
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Attn: Denis Dunne, Esq./Matthew S. Barr, Esq.
Telephone: (212) 530-5000
Facsimile: (212) 530-5219