# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
## AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that the undersigned, Gene B. Tarr, of BLANCO TACKABERY COMBS & MATAMOROS, P.A., hereby gives notice that his representation of Domino Foods, Inc., as agent for American Sugar Refining, Inc., and Florida Crystals Food Corporation in this matter is concluded. Gene B. Tarr, Esquire and Blanco Tackabery Combs & Matamoros, P.A. hereby request that they be removed from all service lists as counsel for Domino Foods, Inc. and Florida Crystals Food Corporation.

Respectfully submitted this the 15th day of November, 2007.

        BLANCO TACKABERY
        COMBS & MATAMOROS, P.A.

        /s/ Gene B. Tarr
        Gene B. Tarr, NCSB #11110
        P.O. Drawer 25008
        Winston-Salem, NC 27114-5008
        Telephone: (336) 293-9000
        Facsimile: (336) 293-9030
        E-mail: gbt@btcmlaw.com

        *Attorney for Domino Foods, Inc.*
        *and Florida Crystals Food Corporation*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 3-05-bk-03817-JAF |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE** was electronically filed with the Clerk of the Court by using the CM/ECF system, and that a copy of same was electronically served by the Court's CM/ECF system or by first class U.S. mail to the parties shown on the attached list.

Dated: November 15, 2007

BLANCO TACKABERY
COMBS & MATAMOROS, P.A.

/s/ Gene B. Tarr
Gene B. Tarr, NCSB #11110
P.O. Drawer 25008
Winston-Salem, NC 27114-5008
Telephone: (336) 293-9000
Facsimile: (336) 293-9030
E-mail: gbt@btcmlaw.com

*Attorney for Domino Foods, Inc.*
*and Florida Crystals Food Corporation*

BTCM:365785v1

Adam Ravin
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
*(Counsel for Debtors)*

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
*(Counsel for Debtors)*

Elena L. Escamilla
United States Trustee – JAX, 11
135 W. Central Blvd., Suite 620
Orlando, FL 32806
*(Counsel for U.S. Trustee)*

Dennis F. Dunne
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
*(Counsel for Official Committee of Unsecured Creditors)*

John B. Macdonald
Akerman Senterfitt
50 North Laura Street
Suite 2500
Jacksonville, FL 32202
*(Counsel for Official Committee of Unsecured Creditors)*

BTCM:365785v1