# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 05-03817-3F1 |
| **WINN-DIXIE STORES, INC., et al.,** | ) |
| | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP NOTIFICATION

PLEASE TAKE NOTICE that James E. Bird and the law firm of Polsinelli Shalton Flanigan Suelthaus PC, on behalf of Phillips Edison & Co., hereby give notice that their representation of Phillips Edison & Co. in this matter has concluded, and respectfully request that they be removed from the Court's electronic notification, mailing matrix and all service lists in the above-captioned proceeding.

Dated: November 15, 2007

        Respectfully Submitted,

        POLSINELLI SHALTON FLANIGAN SUELTHAUS PC

        By: /s/ *James E. Bird*
            James E. Bird (Mo. 28833)
            700 West 47th Street, Suite 1000
            Kansas City, Missouri 64206
            Tel: 816-753-1000
            Fax: 816-753-1536

        ATTORNEYS FOR PHILLIPS EDISON & COMPANY

1609666.1

## CERTIFICATE OF SERVICE

I, James E. Bird, hereby certify that on the 15th day of November, 2007, a true and correct copy of the *Notice of Withdrawal from Case and Request to Stop Notification* was served electronically to the parties who are registered to receive ECF notification from the Court, including counsel for Debtor and the United States Trustee.

/s/ James E. Bird

1609666.1