[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No. 3:05-bk-03817-JAF
                                                                                            Chapter 11

Winn-Dixie Stores, Inc




_____Debtor(s)_____/


ORDER STRIKING NOTICE OF WITHDRAWAL

This case came on for consideration upon the Court's own motion. On November 12, 2007 , Robert L.F. Polsky filed Notice of Withdrawal of Application for Administrative Claim on behalf of Digna Gonzalez without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Notice of Withdrawal of Application for Administrative Claim is stricken from the record.


Dated November 13, 2007

Jerry A. Funk
United States Bankruptcy Judge


Copies furnished to:
Robert L.F. Polsky, 782 N.W. 42nd Ave., Suite 345, Miami, FL 33126
James H. Post, Attorney for Debtor, 225 Water St., Suite 1800, Jacksonville, FL 32202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3        User: cartes           Page 1 of 1              Date Rcvd: Nov 13, 2007
Case: 05-03817              Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on Nov 15, 2007.
aty          +Robert L F Polsky,   Nuell & Polsky,   782 NW 42nd Ave., Suite #345,   Miami, FL 33126-5550

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2007**                                    **Signature:** _Joseph Speetjens_