UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  05-BK-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Jonathan Hausburg on behalf of Sharon Sorey on November 13, 2007, the Court finds:

1. The subject motion is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

2. Movant has failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004 as required by Federal Rule of Bankruptcy Procedure 9014. The Court also finds that the Motion was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

3. Movant has failed to pay the required filing fee pursuant to 28 U.S.C. §1930(b).

The Court abates the hearing of this motion until service has been made in accordance with Federal Rules of Bankruptcy Procedure 4001 and 7004 and the filing fee has been paid as required by 28 U.S.C. §1930(b). The stay of 11 U.S.C. §362 will continue until further Order of the Court.

**DATED November 16, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Jonathan E. Hausburg, 3202 North Tamiami Trail, Sarasota, FL 34234
Debtor
David L. Gay, Attorney for Debtor, 1800 Wachovia Bank Tower, 225 Water St., Jacksonville, FL 32202
US Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602