UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Zachary J. Bancroft, Esquire, attorney for CAPITAL CROSSING BANK ("CCB") hereby request that he be removed from any and all service lists by electronic mail (email: zachary.bancroft@lddkr.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

**RESPECTFULLY SUBMITTED** this 16th day of November, 2007.

_____
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor
   & Reed, P.A.
450 S. Orange Avenue, Suite 250 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Attorneys for Creditor, Capital Crossing Bank

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Request for Removal from Service List and Request to Stop Electronic Notice has been served via the CM/ECF system, and also via U.S. Mail, and email upon the Debtor's attorney, the U.S. Trustee, and Rule 1007(d) Parties in Interest this _16_ day of November, 2007.

_____
Zachary J. Bancroft

## SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York  10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida  32801