UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

### NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Zachary J. Bancroft, Esquire, attorney for WELLS FARGO BANK NORTHWEST AND VAL T. ORTON AS TRUSTEES ("WELLS FARGO") hereby request that he be removed from any and all service lists by electronic mail (email: zachary.bancroft@lddkr.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

**RESPECTFULLY SUBMITTED** this 16th day of November, 2007.

_____
Zachary J. Bancroft
Florida Bar No. 0145068
Lowndes, Drosdick, Doster, Kantor
  & Reed, P.A.
450 S. Orange Avenue, Suite 250 (32801)
Post Office Box 2809
Orlando, Florida 32802-2809
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Attorneys for Creditor, Wells Fargo Bank Northwest and Val T. Orton as Trustees

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Request for Removal from Service List and Request to Stop Electronic Notice has been served via the CM/ECF system, and also via U.S. Mail, and email upon the Debtor's attorney, the U.S. Trustee, and Rule 1007(d) Parties in Interest this _16_ day of November, 2007.

_____
Zachary J. Bancroft

## SERVICE LIST

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York  10036

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida  32801