## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| WINN-DIXIE STORES, INC et al., | ) | |
| | ) | Case No. 05-03817-JAF |
| Debtor. | ) | |
| | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
## AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that Todd C. Meyers, attorney for Flowers Foods, Inc., hereby requests that he be removed from all service lists and electronic noticing in this matter, and receive no further notices, pleadings, motions, orders or other documents filed in this proceeding.

RESPECTFULLY SUBMITTED this 19th day of November, 2007

/s/ Todd C. Meyers
Todd C. Meyers (GA Bar No. 503756)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, Georgia  30309-4530
(404) 815-6500 (Telephone)
(404) 815-6555 (Facsimile)
E-Mail:  *tmeyers@kilpatrickstockton.com*

*Counsel for Flowers Foods, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, a true and correct copy of the foregoing Notice of Request for Removal from Service List and Request to Stop Electronic Notice was served electronically on all parties participating in the CM/ECF system, including:

James H. Post, Esq.
Smith Hulsey & Busey
225 Walter St., Suite 1800
Jacksonville, FL  32202

Matthew Barr, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

United States Trustee
135 West Central Blvd.
Room 620
Orlando, FL  32801

/s/ Todd C. Meyers
Todd C. Meyers