UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Exelon Corp. Medical Expense Plan as Subrogee for Pearl Bonham (Claim No. 7436) [Docket No. 18925] was furnished by mail on November 20, 2007 to Exelon Corp. Medical Expense Plan as Subrogee for Pearl Bonham c/o Frank Stenowski, Esq., Coghlan Kukankos Cook LLC, 55 West Wacker Drive, Suite 1210, Chicago, Illinois 60601-1612.

Dated: November 20, 2007

SMITH HULSEY & BUSEY

By  s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151