UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                 Chapter 11
    Reorganized Debtors.                )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Delia Garcia (Claim No. 2861) [Docket No. 18926] was furnished by mail on November 20, 2007 to Delia Garcia, 626 Myers Circle, Newport, Tennessee 37821-4360.

Dated: November 20, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151