UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                         Chapter 11
        Reorganized Debtors.    )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Larry Patterson (Claim No. 3292, 3293, 3294 and 3295) [Docket No. 18927] was furnished by mail on November 20, 2007 to Larry Patterson c/o Joseph Maniscalco, Jr., 4651 Roswell Road, Suite B-103, Atlanta, Georgia 30342.

Dated: November 20, 2007

                    SMITH HULSEY & BUSEY


                    By    s/ James H. Post
                        Stephen D. Busey
                        James H. Post (FBN 175460)
                        Cynthia C. Jackson

                    225 Water Street, Suite 1800
                    Jacksonville, Florida 32202
                    (904) 359-7700
                    (904) 359-7708 (facsimile)
                    jpost@smithhulsey.com

                    Counsel for Reorganized Debtors

00520151