UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )      Case No. 05-03817-3F1
                                               Chapter 11
     Reorganized Debtors.              )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ethel Phillips (Claim No. 7597) [Docket No. 18928] was furnished by mail on November 20, 2007 to Ethel Phillips c/o T. J. Solomon, Esq., Gray, Layton, Kersh, Solomon, Sigmon, Furr & Smith, P.A., P. O. Box 2636, Gastonia, North Carolina 28053-2636.

Dated: November 20, 2007

SMITH HULSEY & BUSEY

By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151