UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                               Chapter 11
      Reorganized Debtors.           )        Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Iliana Robinson (Claim No. 3313) [Docket No. 18929] was furnished by mail on November 20, 2007 to Iliana Robinson c/o Louis Thaler, Esq., Two Alhambra Plaza Penthouse II, Suite C, Coral Gables, Florida 33134.

Dated: November 20, 2007

SMITH HULSEY & BUSEY

By      s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151