UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817-3F1
                                                          Chapter 11
            Reorganized Debtors.               )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Marchelle Rolle (Claim No. 3373) [Docket No. 18931] was furnished by mail on

November 20, 2007 to Marchelle Rolle c/o Doug Bates, Esq., Koppel & Bates, 817 S.

University Drive, Suite 100, Plantation, Florida 33324.

Dated:  November 20, 2007

                                          SMITH HULSEY & BUSEY


                                          By ____ s/ James H. Post _____
                                               Stephen D. Busey
                                               James H. Post (FBN 175460)
                                               Cynthia C. Jackson

                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida  32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com

                                          Counsel for Reorganized Debtors

00520151