**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## VISAGENT CORPORATION'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS

Visagent Corporation hereby serves its second request for production of documents to Debtor pursuant to Bankruptcy Rules 7026, 7033 and 7034.

For the purposes of these requests, "secondary market" is defined as all sources (buyers and sellers) of merchandise other than direct purchases and returns from original product manufacturers or their authorized representatives. The request for production requires the production of all existing hard-copies of documentation included in each request AND also requires the production of all data stored upon any electronic device including computer hard drive(s), tapes or tape drives, or any other form of media containing the information requested.

### REQUEST FOR PRODUCTION OF DOCUMENTS

1. A true and accurate copy of the Service Agreement "signed by a duly authorized representative of the Debtors" as referred to in Debtor's answer to Request No. 2 to Visagent's First Request For Admissions.

2. All minutes, synopses, correspondence, emails or any other documentation referencing or relating to any joint Visagent/Winn Dixie meetings, seminars, training

sessions, or conferences, or any internal meetings, seminars, training sessions, or conferences relating to any aspect of Visagent's services.

3.     All documentation referencing the Winn Dixie Charity Golf Tournament from January 1, 2001 to December 31, 2005, including but not limited to notes, correspondence, invitations, lists of participants, lists of vendors, lists of donors, payments for registration.

4.     Personnel files of all Winn Dixie employees assigned to secondary market department, alternate source department, or any other employee who was assigned or has knowledge of relationship or contract between Winn Dixie and Visagent, including but not limited to the personnel files of:

>     Tom Barr
>     Darryl Mills
>     Phil Payment
>     Melissa Fowler
>     Kevin Gates
>     Seth Gaynor
>     Glenn Hamilton
>     Dick Judd
>     Dan LeFever
>     Ed Mieskoski
>     David Mulcoch
>     Justin Struther
>     Les Wulfert

5.     Copies of all licenses or any other form of permission given to Winn Dixie by Victory for access to its "Network Trading System" (NTS) from 7/10/02 through 1/31/05.

6. Any and all communications between Victory and Winn Dixie regarding Winn Dixie's access to and use of the "NTS" between 7/10/02 and 1/31/05.

7. Copies of all documents reflecting Winn Dixie's access to "NTS" and Victory's maintenance and customization of "NTS" on behalf of Winn Dixie from 7/10/02 until 1/31/05.

8. Any and all documents reflecting communications from Winn Dixie to Alternate Source Vendors from 6/15/01 to 1/01/05 including, but not limited to, correspondence, emails, facsimiles, and instant messages.

9. Any and all contracts, invoices, letters and communications of any kind for services from January 1, 2001 to January 1, 2005 between Winn Dixie and any company hired to transport goods in the secondary market.

10. All documents concerning or referencing due diligence or any other investigation by Winn Dixie regarding Visagent or any of its officers, directors and/or employees.

**CERTIFICATE OF SERVICE**

I certify that a true copy was sent via U.S. Mail and via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this __ day of April, 2007.

                                                                             _____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorney for Plaintiff

Copy furnished to:

Stephen D. Busey
James H. Post
Cynthia C. Jackson
**Smith Hulsey & Busey**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel: (904) 359-7700
Fax: (904) 359-7708