**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| _____ ) | |

**NOTICE OF WITHDRAWAL OF**
**AMENDED APPLICATION FOR ADMINISTRATIVE CLAIM**

Applicant, ***Saalfield, Shad, Jay & Stokes, P.A.***, hereby withdraws its Application for Payment of Administrative Expense (Docket No. 14616) and any other administrative claim they may have against the Debtors or their estates.

Dated: November 21, 2007.

 /s/ Joseph B. Stokes, III
**JOSEPH B. STOKES, III, ESQUIRE**
Florida Bar No.: 897183
Post Office Box 41589
Jacksonville, Florida 32203-1589
904/355-4401 (phone)
904/355-3503 (facsimile)
joseph.stokes@saalfieldlaw.com
***Attorney for Applicant***

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** on the 21st day of November, 2007, I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system.  I FURTHER CERTIFY that a copy of the foregoing has been furnished by U.S. Mail and/or electronically to the parties listed below on the 21st day of November, 2007:

**WINN-DIXIE STORES, INC**.
5050 Edgewood Court
Jacksonville, Florida 32254-3699
Attn: General Counsel
Telephone:	(904) 783-5000
Facsimile:	(904) 783-5651

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Four Times Square
New York, New York 10036-6522
Attn: D.J. Baker, Esquire
Telephone:	(212) 735-3000
Facsimile:	(212) 735-2000

**SMITH HULSEY & BUSEY**
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Attn: James Post, Esquire
jpost@smithhulsey.com
Telephone:	(904) 359-7700
Facsimile:	(904) 359-7708

**MILBANK, TWEED, HADLEY & McCLOY LLP**
1 Chase Manhattan Plaza
New York, New York 10005
Attn: Dennis Dunne, Esq. / Matthew S. Barr, Esq.
mbarr@milbank.com
Telephone:	(212) 530-5000
Facsimile:	(212) 530-5219

                      **SAALFIELD, SHAD, JAY & STOKES, P.A.**

                      /s/ Joseph B. Stokes, III
                      **JOSEPH B. STOKES, III, ESQUIRE**
                      Florida Bar No.:  897183
                      Post Office Box 41589
                      Jacksonville, Florida 32203-1589
                      904/355-4401 (phone)
                      904/355-3503 (facsimile)
                      joseph.stokes@saalfieldlaw.com
                      *Attorney for Applicant*