**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**STIPULATION TO FURTHER CONTINUE HEARING ON MOTION**
**FOR RELIEF FROM STAY FILED BY SHAUN KEVIN JOHNSON,**
**MICHELLE SUE JOHNSON AND MICAH NICOLE JOHNSON**

The Reorganized Debtors, Winn-Dixie Stores, Inc. and twenty-three of its
subsidiaries and affiliates, and Shaun Kevin Johnson, Michelle Sue Johnson and
Micah Nicole Johnson (collectively, the "Johnsons") stipulate and agree to (i) the
continuance of the Motion for Relief from Stay filed by the Johnsons (the
"Motion") (Docket No. 3572) for final hearing upon proper motion of either party
or order of the Court and (ii) the continuation of the permanent injunction in effect
pending the conclusion of such hearing and determination of the Motion. Nothing

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie
Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc.,
Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt
Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD
Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie
Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie
Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized
debtors were closed on March 22, 2007.

in this Stipulation shall bar the Johnsons from seeking a determination of the

scope of, or relief from, the permanent injunction as it may apply to any non-

debtor party.


Dated: November 21, 2007


WILCOX LAW FIRM                           SMITH HULSEY & BUSEY


By  _s/ Robert D. Wilcox*_          By   _s/ Leanne McKnight Prendergast_
      Robert D. Wilcox                      James H. Post
      Brett A. Mearkle                      Leanne McKnight Prendergast

Florida Bar Number 755168               Florida Bar Number 59544
6817 Southpoint Parkway, Suite 1202     225 Water Street, Suite 1800
Jacksonville, FL 32216                  Jacksonville, Florida  32202
(904) 281-0700                          (904) 359-7700
(904) 513-9201 Fax                      (904) 359-7708 (facsimile)
rwilcox@wilcoxlawfirm.com               lprendergast@smithhulsey.com

        -and-                           Attorneys for the Reorganized Debtors

Charles R. Godwin, Esquire
Alabama Bar ID GOD004
10388 Highway 31
Atmore, Alabama 36502
(251) 368-1417

Attorneys for Shaun Kevin Johnson,
Michelle Sue Johnson and Micah Nicole
Johnson

* Counsel has authorized the use of his
electronic signature.


00527215.5


2