UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING THIRD MOTION TO COMPEL

The Court finds that the Third Motion to Compel Additional Time for Corporate Representative Deposition, Better Answers to Interrogatories, Production and Motion for Sanctions filed by Guy B. Rubin on behalf of Visagent Corporation on November 20, 2007, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

That the Third Motion to Compel Additional Time for Corporate Representative Deposition, Better Answers to Interrogatories, Production and Motion for Sanctions filed by Guy B. Rubin on behalf of Visagent Corporation on November 20, 2007 is stricken from the record.

**DATED November 21, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Guy Bennett Rubin, P.O. Box 395, Stuart, FL 34995
David L. Gay, Attorney for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202