UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )
       ) Case No. 3:05-bk-03817-JAF
WINN-DIXIE STORES, INC., *et al.,* ) Chapter 11
       ) Jointly Administered
    Debtors. )
_____)

NOTICE OF APPEARANCE
AS COUNSEL FOR CLAIMANT, LIFE INVESTORS
INSURANCE COMPANY OF AMERICA (PROOF OF CLAIM NO. 10302)

    C. Timothy Corcoran, III, and the law firm of C. Timothy Corcoran, III, P.A., hereby enter their appearance as counsel for the claimant, Life Investors Insurance Company of America (hereafter "LII") in this bankruptcy case.

                              Respectfully submitted,

                              C. TIMOTHY CORCORAN, III, P.A.
                              400 N. Ashley Drive, Suite 2540
                              Tampa, FL  33602
                              (813) 769-5020
                              (813) 769-5030 (fax)
                              ctcorcoran@mindspring.com
                              Attorneys for LII

                              By */s/ C. Timothy Corcoran, III*
                                  C. Timothy Corcoran, III
                                  Florida Bar No. 0161248

Case 3:05-bk-03817-JAF    Doc 19010    Filed 11/23/07    Page 2 of 2

## PROOF OF SERVICE

       I hereby certify that today I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to those listed below. I also certify that today I sent by U. S. Mail a copy of the foregoing to any listed below who will not receive notice of electronic filing.

| | |
|---|---|
| D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY  10036 | James H. Post, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202 |
| Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | John B. Macdonald, Esquire<br>Akerman Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500<br>Jacksonville, FL  32202 |

*November 23, 2007*                         */s/ C. Timothy Corcoran, III*
Dated                                            C. Timothy Corcoran, III