UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING THIRD MOTION TO COMPEL

The Court finds that the Third Motion to Compel Additional Time for Corporate Representative Deposition, Better Answers to Interrogatories, Production and Motion for Sanctions filed by Guy B. Rubin on behalf of Visagent Corporation on November 20, 2007, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

That the Third Motion to Compel Additional Time for Corporate Representative Deposition, Better Answers to Interrogatories, Production and Motion for Sanctions filed by Guy B. Rubin on behalf of Visagent Corporation on November 20, 2007 is stricken from the record.

**DATED November 21, 2007**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Guy Bennett Rubin, P.O. Box 395, Stuart, FL 34995
David L. Gay, Attorney for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes            Page 1 of 1              Date Rcvd: Nov 21, 2007
Case: 05-03817                Form ID: pdfdoc         Total Served: 1

The following entities were served by first class mail on Nov 23, 2007.
aty           +Guy B Rubin,   Rubin and Rubin,   Post Office Box 395,   Stuart, FL 34995-0395

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2007**                                        **Signature:** *Joseph Speetjens*