UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |
| _____ | ) | |

MOTION FOR SUBSTITUTION
OF COUNSEL FOR CLAIMANT, LIFE INVESTORS
INSURANCE COMPANY OF AMERICA (PROOF OF CLAIM NO. 10302)

The claimant, Life Investors Insurance Company of America (hereafter "LII"), by its undersigned attorneys, moves for the entry of an order permitting the substitution of its counsel in this bankruptcy case and alleges as follows:

1.      LII is the owner and holder of Proof of Claim No. 10302 filed in this bankruptcy case pursuant to a transfer and assignment of the claim filed on November 9, 2005 (Dkt. # 4093).

2.      When the debtors filed an objection to Proof of Claim No. 10302 thereby initiating a contested matter, LII filed its response in opposition on September 13, 2006 (Dkt. # 10890).  In connection with that contested matter, LII was represented by David L. Pollack and the law firm of Ballard Spahr Andrews & Ingersoll, LLP, as lead counsel, and Alan M. Weiss and the law firm of Holland & Knight LLP, as local counsel.

3.      Thereafter, a conflict arose that required LII to obtain the services of substitute counsel.  Accordingly, LII has retained C. Timothy Corcoran, III, and the law

firm of C. Timothy Corcoran, III, P.A., to represent it.  On November 23, 2007, Mr.

Corcoran and his firm entered their notice of appearance (Dkt. # 19010).

     4.     LII and its undersigned counsel desire that Mr. Corcoran and his firm

continue as counsel for LII in this contested matter and that Mr. Pollack, Mr. Weiss, and

their firms be relieved and discharged of further responsibility in the matter.

     WHEREFORE LII prays that its motion will be granted and that the court will

enter an appropriate order of substitution of counsel.

Respectfully submitted,

| | |
|---|---|
| BALLARD SPAHR ANDREWS & INGERSOLL, LLP | C. TIMOTHY CORCORAN, III, P.A. |
| Mellon Bank Center, 51st Floor | 400 N. Ashley Drive, Suite 2540 |
| 1735 Market Street | Tampa, FL  33602 |
| Philadelphia, PA  19103 | (813) 769-5020 |
| (215) 864-8325 | (813) 769-5030 (fax) |
| | ctcorcoran@mindspring.com |
| | Attorneys for LII |
| By */s/ David L. Pollack*_____ | By */s/ C. Timothy Corcoran, III*_____ |
|    David L. Pollack |    C. Timothy Corcoran, III |
| |    Florida Bar No. 0161248 |

HOLLAND & KNIGHT LLP
15 North Laura Street, Suite 3900
Jacksonville, FL  32202
(904) 798-5459
(904) 358-1872 (fax)
alan.weiss@hklaw.com

By */s/ Alan M. Weiss*_____
   Alan M. Weiss

<u>PROOF OF SERVICE</u>

I hereby certify that today I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to those listed below.  I also certify that today I sent by U. S. Mail a copy of the foregoing to any listed below who will not receive notice of electronic filing.

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

John B. Macdonald, Esquire
Akerman Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL  32202

<u>November 26, 2007</u>
Dated

<u>/s/ C. Timothy Corcoran, III</u>
C. Timothy Corcoran, III