UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors, *et al.*, _____/ | Jointly Administered |

## TERRANOVA LANDLORD'S NOTICE OF FILING AGREEMENT REGARDING EVIDENCE OF ATTORNEYS' FEES AT JANUARY 4, 2008 EVIDENTIARY HEARING

WESTFORK TOWER, LLC, CONCORD-FUND IV RETAIL, LP and ELSTON/LEETSDALE, LLC, by and through their Property Manager and Agent, TERRANOVA CORP., (collectively, the "Landlords") hereby serves notice of filing the agreement between Winn-Dixie, Inc. and its affiliated reorganized debtors (collectively, the "Debtors") that the Landlords are not required to offer independent, third party expert testimony of the reasonableness of Landlords' claims for attorneys' fees and expenses in order for the court to determine (a) whether the Landlords will be allowed an award of attorneys' fees and reimbursement of expenses and if an award is allowed, (b) the amount of the fees and reimbursement of expenses awarded. A determination of the award of attorneys' fees and reimbursement of expenses may be based on a fee application submitted by the Landlords' attorney. Attached as Exhibit "A" to this notice is a copy of the e-mail correspondence between counsel for the Landlords and counsel for the Debtors confirming the foregoing agreement regarding evidence.

TEW CARDENAS LLP

By: /s/ *Thomas R. Lehman*
Thomas R. Lehman, P.A.
Florida Bar No. 351318

Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
(305) 536-1112
(305) 536-1116 (facsimile)
Counsel for Terranova Corp.

Miami 497108.1 71107.002

And

SCRUGGS & CARMICHAEL, P.A.
KAREN K. SPECIE, ESQUIRE
Post Office Box 23109
Gainesville, FL 32602
Telephone: 352-376-5242
Facsimile: 352-375-0690
Florida Bar No. 260746
Counsel for Terranova Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Terranova Landlord's Notice of Filing Agreement Regarding Evidence of Attorneys' Fees at January 4, 2008 Evidentiary Hearing was electronically filed with the US Bankruptcy Court on this 26th day of November, 2007, and that a copy of this document was furnished by electronic transmission to: Cynthia C. Jackson, Esquire, cjackson@smithhulsey.com, Smith Hulsey & Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201 and to all other parties entitled to service via the Court's CM/ECF system.

/s/ *Thomas R. Lehman*
/s/ Thomas R. Lehman, P.A.

## Thomas Lehman - RE: Pro-Active

**From:** "Cynthia C. Jackson"
**To:** "Thomas Lehman"
**Date:** 7/31/2007 4:41 PM
**Subject:** RE: Pro-Active

I apologize for the delay. WD is not going to require that Terranova use an expert witness on fees.

**From:** Thomas Lehman [mailto:trl@tewlaw.com]
**Sent:** Tuesday, July 17, 2007 10:53 AM
**To:** Cynthia C. Jackson
**Subject:** RE: Pro-Active

Understood. Any word on the expert witness on fees issue? We are preparing a request for fees in the form of a fee app anyway.

Thomas R. Lehman
Tew Cardenas LLP
(305) 536-1112
www.tewlaw.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone 1-888 536-1112 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

>>> "Cynthia C. Jackson" <cjackson@smithhulsey.com> 7/17/2007 10:38 AM >>>
Ooops! Sorry.

**From:** Thomas Lehman [mailto:trl@tewlaw.com]
**Sent:** Monday, July 16, 2007 2:50 PM
**To:** Cynthia C. Jackson
**Subject:** Re: Pro-Active

Is this for me? We don't represent Pro-Active

Thomas R. Lehman
Tew Cardenas LLP
(305) 536-1112
www.tewlaw.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient is requested to immediately notify the sender by E-MAIL and by telephone 1-888 536-1112 and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.

file://C:\Documents%20and%20Settings\trl.000\Local%20Settings\Temp\XPgrpwise\46A...    11/1/2007

**Exhibit A**