UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |

_____/

## NOTICE OF WITHDRAWAL OF
## PMAT FLAMINGO, L.L.C.'S MOTION TO ENFORCE
## ASSET PURCHASE AGREEMENT FOR STORE NUMBER 380

**PMAT FLAMINGO, L.L.C.** hereby gives notice of its withdrawal of its Motion to Enforce Asset Purchase Agreement for Store Number 380.

DATED this 26th day of November 2007.

**GrayRobinson, P.A.**

/s/ Kenneth B. Jacobs
Kenneth B. Jacobs
Florida Bar No. 965080
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Tel: (904) 598-9929
Fax.: (904) 598-9109
kjacobs@gray-robinson.com

Attorneys for PMAT Flamingo, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served, by electronic mail transmission and by U.S. mail, to:

D.J. Baker
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Cynthia C. Jackson
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, FL 32202
cjackson@smithhulsey.com

Douglas G. Stanford
Smith, Gambrell & Russell, LLP
50 North Laura Street
Suite 2600
Jacksonville, FL  32202
dstanford@sgrlaw.com

Alan M. Stark
Schwartz Zweben & Slingbaum
3876 Sheridan Street
Hollywood, FL  33021
Telefax No.: (954) 966-2566
amsstark@aol.com

and to all other persons entitled to electronic service through the Court's CM/ECF system, this 26th day of November 2007.

/s/ Kenneth B. Jacobs
Attorney

\490076\4 - # 1111485 v1