UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | Case No. 3:05-bk-03817-JAF |
| ) | Chapter 11 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| _____ ) | |

ORDER GRANTING
MOTION FOR SUBSTITUTION
OF COUNSEL FOR CLAIMANT, LIFE INVESTORS
INSURANCE COMPANY OF AMERICA (PROOF OF CLAIM NO. 10302)

This case came on for consideration of the Motion for Substitution of Counsel for Claimant, Life Investors Insurance Company of America (Proof of Claim No. 10302), filed on November 26, 2007 (Dkt. # 19017). For the reasons stated in the motion, the Court concludes that it is well-taken and that no further notice or hearing need be given. Accordingly, the Court grants the motion as follows:

1.    C. Timothy Corcoran, III, and the law firm of C. Timothy Corcoran, III, P.A., are hereby substituted as counsel for LII in this bankruptcy case in the place and stead of David L. Pollack and the law firm of Ballard Spahr Andrews & Ingersoll, LLP, and Alan M. Weiss and the law firm of Holland & Knight LLP.

2.    David L. Pollack and the law firm of Ballard Spahr Andrews & Ingersoll, LLP, and Alan M. Weiss and the law firm of Holland & Knight LLP are hereby relieved

*[The remainder of this page is intentionally left blank.]*

and discharged as counsel for LII, and they shall have no further responsibility for LII in this bankruptcy case.

DONE and ORDERED in ~~Chambers at~~ Jacksonville, Florida, on NoveMBeR 27, 2007.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished electronically through the CM/ECF system to, among others, the following persons:

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY  10005

David L. Pollack, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
Mellon Bank Center, 51st Floor
1735 Market Street
Philadelphia, PA  19103

C. Timothy Corcoran, III, Esquire
C. Timothy Corcoran, III, P.A.
400 N. Ashley Drive, Suite 2540
Tampa, FL  33602

James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

John B. Macdonald, Esquire
Akerman Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL  32202

Alan M. Weiss, Esquire
Holland & Knight LLP
15 North Laura Street, Suite 3900
Jacksonville, FL  32202