J:\Firm\LIT\talla.nwd.wpd

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| In re: | ) | |
|---|---|---|
| | ) | Chapter 11 |
| WINN DIXIE STORES, INC., et al., | ) | |
| | ) | Case No. 05-03817-JAF |
| Debtors. | ) | |
| | ) | |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE**, that the undersigned hereby give notice that their representation of TALLAHASSEE 99-FL, LLC in this matter has concluded, and hereby request that they be removed from all service lists in this matter, electronic or otherwise, and receive no further notices, pleadings, motions, orders and/or any other documents filed in this matter.

**RESPECTFULLY SUBMITTED** this 27th day of November 2007.

**KLEIN & SOLOMON, LLP**

By: /s/ Jeffrey M. Rosenberg
Jeffrey M. Rosenberg
Solomon J. Jaskiel
Attorneys for Tallahassee 99-FL, LLC
275 Madison Avenue, 11th Floor
New York, New York 10016
Tel: (212) 661-9400
Fax: (212) 661-6606
E-mail: jeff@kleinsolomon.com
  and: soljas@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 27, 2007 I filed the within **NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE** through the CM/ECF filing system, which will cause a copy to be served upon James H. Post, Esq., counsel for the reorganized debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the office of the U.S. Trustee and all other parties participating in the CM/ECF system, all served electronically.

                                               /s/ Jeffrey M. Rosenberg
                                               Jeffrey M. Rosenberg