UNITED STATES BANKRUPTCY COURT
DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC. *et al*,            Case No. 3:05-bk-03817-JAF

Debtors.

_____/       Chapter 11 – Jointly Administered


## NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that W. Ryan deGraffenried III of deGraffenried & Associates, LLC, attorney for Elouise Campbell, files this Notice of Withdrawal from Case and Request to Stop Electronic Notice and for Removal from Service List.

WHEREFORE, W. Ryan deGraffenried III respectfully requests that the Clerk remove him from the service list and stop electronic notices to him.

DATED this 28th day of November, 2007.

/s/ W. Ryan deGraffenried III, Esq.
W. RYAN deGRAFFENRIED III, ESQ.
AL Bar No.: ASB-4739-L69D
deGRAFFENRIED & ASSOCIATES, LLC
1300 McFarland Blvd NE, Ste 350
Tuscaloosa, AL 35406
Phone (205)345-1314  Fax (205) 345-4554
Attorney for Elouise Campbell


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically on those parties having entered their appearance in the Court's Electronic Filing (EFC) System this 28th day of November, 2007.

/s/ W. Ryan deGraffenried III, Esq.
W. RYAN deGRAFFENRIED III, ESQ.
Attorney