UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |

_____/

**REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE** that the undersigned hereby gives notice that his representation of PMAT Flamingo, LLC in this matter has concluded, and hereby requests that his name be removed from all service lists in this matter, electronic or otherwise, and that he receive no further notices, pleadings, motions, orders and/or any other documents filed in this matter.

This 28th day of November 2008.

**GrayRobinson, P.A.**

/s/ Kenneth B. Jacobs
Kenneth B. Jacobs
Florida Bar No. 965080
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Tel: (904) 598-9929
Fax.: (904) 598-9109
kjacobs@gray-robinson.com

Attorneys for PMAT Flamingo, L.L.C.

## CERTIFICATE OF SERVICE

  I hereby certify that on November 28, 2007 I filed the foregoing through the Courts CM/ECF system, which will cause a copy to be served upon James H. Post, Esq., counsel for Debtors; Matthew Barr and John Macdonald, counsel for the Post-Effective Date Committee; Elena Escamilla, counsel for the Office of the U.S. Trustee, and all other parties participating in the CM/ECF system.

                      /s/ Kenneth B. Jacobs
                          Attorney

\490076\4 - # 1125925 v1