UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Sandy Lear [Docket No. 19064] was furnished by mail on November 30, 2007 to Sandy Lear c/o Mark Zimmerman, Esq., James & Zimmerman, P.O. Box 208, Deland, Florida 32721-0208.

Dated: November 30, 2007

                                                      SMITH HULSEY & BUSEY

                                                      By     *s/ James H. Post*
                                                          Stephen D. Busey
                                                          James H. Post (FBN 175460)
                                                          Cynthia C. Jackson

                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida 32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    jpost@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00569785