UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                              Chapter 11
              Reorganized Debtors.          )          Jointly Administered

## CERTIFICATE OF SERVICE

        I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Joanie Mangum and John Mangum [Docket No. 19066] was furnished by mail on

November 30, 2007 to Joanie Mangum and John Mangum c/o David Henry, Esq.,

Morgan & Morgan, P.A., 101 E. Kennedy Blvd., #1790, Tampa, Florida 33602.

Dated:  November 30, 2007

                                                    SMITH HULSEY & BUSEY


                                                    By        *s/ James H. Post*
                                                          Stephen D. Busey
                                                          James H. Post (FBN 175460)
                                                          Cynthia C. Jackson

                                                          225 Water Street, Suite 1800
                                                          Jacksonville, Florida  32202
                                                          (904) 359-7700
                                                          (904) 359-7708 (facsimile)
                                                          jpost@smithhulsey.com

                                                          Counsel for Reorganized Debtors

00569785