UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
|  ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Merrill Roland [Docket No. 19015] was furnished by mail on November 30, 2007 to Merrill Roland, 6281 Old Dixie Drive, St. Augustine, Florida 32095.

Dated: November 30, 2007

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
           Stephen D. Busey
           James H. Post (FBN 175460)
           Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785