UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### AGREED ORDER APPROVING STIPULATION WITH DONNA CHANG TO MODIFY PERMANENT INJUNCTION

This cause is before the Court upon the Motion for Relief from Stay filed by Donna Chang (Docket No. 18703) (the "Motion").[1] Based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Donna Chang to prosecute through final judgment her civil action in the Circuit Court of the Fourth Judicial Court, in and for Duval County, Florida, Case No. 16-2004-CA0007245 against Debtor Winn-Dixie Stores, Inc. to liquidate Claim Number 3661 filed by Donna Chang. Ms. Chang shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property until further order from this Court.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

---

[1] Although the Motion described the relief requested in terms of the automatic stay imposed by 11 U.S.C. §362, it shall be treated as though it requested relief from the permanent injunction imposed by 11 U.S.C. §524.

3. Ms. Chang shall notify the State Court that Ms. Chang's action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 29 day of November 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| THE LAW OFFICE OF BLANE G. McCARTHY | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Blane G. McCarthy* *<br>    Blane G. McCarthy | By  *s/ Leanne McKnight Prendergast*<br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast |
| Florida Bar Number 0055451<br>1400 Prudential Drive, Suite Two<br>Jacksonville, Florida 32202<br>(904) 391-0091<br>(904) 391-6888 (facsimile)<br>bgm@bgmccarthy.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Counsel for Donna Chang | Counsel for the Reorganized Debtors |

* Counsel has authorized the use of his electronic signature

00588153.2