**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>JOINT MOTION TO EXTEND DISCOVERY AND RELATED DEADLINES</u>**

Winn-Dixie Stores, Inc. and its affiliated reorganized debtors (collectively, "Winn-Dixie"), together with IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. request an order from this Court extending the (i) discovery deadline established by this Court in connection with Winn-Dixie's objection to claim numbers 13740 and 13741, as to the Rule 30(b)(6) deposition of IRT and Equity One and (ii) related deadlines.

1.  On April 4, 2007, Winn-Dixie filed an objection to IRT's proof of claim number 13740 and Equity One's proof of claim number 13741 (collectively, the "Claims"), alleging in part that the Claims were untimely filed (the "Objection") (Doc. No. 15849).

2.  By order dated October 9, 2007, the Court scheduled a trial on the Objection for December 20, 2007 (Doc. No. 18486). The order also establishes (i) December 5, 2007 as the deadline by which the parties must hold a settlement conference, and (ii) December 10, 2007 as the deadline by which the parties must serve and file exhibit lists (as well as objections to those exhibits), motions, and a trial memorandum.

3.  Due to the unavailability of the representative of Equity One and IRT Partners during the week prior to the December 10 deadline, and to allow the parties an opportunity to attempt to resolve the Objection, the parties need to schedule the Rule 30(b)(6) deposition of Equity One and IRT Partners on December 14, 2007.

2

    4.    The parties anticipate that all other discovery will be completed by the existing December 10 deadline.

    5.    Because Winn-Dixie will not have the opportunity to complete its discovery until December 14, 2007, the parties need an extension of the deadline to file and object to exhibit lists, to hold a settlement conference, and to file motions and trial memoranda.

    6.    None of the parties will be prejudiced by the relief sought in this motion.

WHEREFORE, the parties request that the Court enter the attached order extending (i) the discovery deadline for the Rule 30(b)(6) deposition of Equity One and IRT to December 14, 2007, (ii) the deadline by which to hold a settlement conference to December 7, 2007, (iii) the deadline to file exhibit lists to December 15, 2007, and (iv) the deadline to object to exhibit lists, to file motions and to file trial memoranda to December 17, 2007.

Dated: December 4, 2007

| GREENBERG TAURIG, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By: /s/ *Mark D. Bloom*  <br> Mark D. Bloom (F.B.N. 303836) <br> Paul J. Keenan | By: /s/ *Cynthia C. Jackson* <br> Cynthia C. Jackson (F.B.N. 498882) <br> Beau Bowin |
| 1221 Brickell Avenue <br> Miami, Florida 33131 <br> (305) 579-0500 <br> (305) 579-0500 (facsimile) <br> BloomM@gtlaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsy.com |
| Counsel for IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. | Counsel for the Reorganized Debtors |

00589867.DOC

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                          )        Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,   )        Chapter 11

     Reorganized Debtors.              )        Jointly Administered

                                                  )

**ORDER GRANTING JOINT MOTION TO**
**EXTEND DISCOVERY AND RELATED DEADLINES**

This matter is before the Court on the Joint Motion to Extend Settlement Conference and Discovery Deadlines filed by Winn-Dixie, IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. (Doc. No. ____). The Court finds cause to grant the motion. Accordingly, it is:

**ORDERED**

1. The parties have until December 7, 2007 to confer in good faith to settle their dispute in this matter.

2. The deadline by which the Rule 30(b)(6) deposition of Equity One and IRT Partners must be completed is extended to December 14, 2007.

3. The parties have until December 15, 2007 to exchange their exhibit lists.

4. The parties have until December 17, 2007 to file objections to the exhibit lists, to file any motions and to file their trial memoranda.

**DATED** _____, 2007 in Jacksonville, Florida.

                                                                           _____
                                                                           Jerry A. Funk
                                                                           United States Bankruptcy Judge

Copies to:
Attorney for Winn-Dixie
Attorney for IRT Partners, L.P
Attorney for Equity One (Hunter's Creek), Inc.
00589669