UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                   Chapter 11
                    Reorganized Debtors.  )        Jointly Administered

---

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kristy Ann Bunkley (Claim No. 9888) [Docket No. 19006] was furnished by mail on December 3, 2007 to Kristy Ann Bunkley, P.O. Box 2254, Callahan, Florida 32011-2254.

Dated: December 5, 2007

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151