UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,   ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors.   ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Harry N. Iticovici, Independent Executor for Grace Ferguson, Deceased, (Claim No. 9885) [Docket No. 19047] was furnished by mail on December 3, 2007 to Harry N. Iticovici, Independent Executor for Grace Ferguson, Deceased, c/o Joseph R. McMahon, Esq., 110 Ridgelake Drive, Metairie, Louisiana 70001.

Dated:  December 5, 2007

SMITH HULSEY & BUSEY


By       *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151