UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mark Gianassi (Claim Nos. 2506 and 2909) [Docket No. 18963] was furnished by mail on December 3, 2007 to Mark Gianassi c/o Leslie Duberstein Glenn, Esq., 370 West Camini Gardens Blvd., Suite 300, Boca Raton, Florida 33432.

Dated: December 5, 2007

                                        SMITH HULSEY & BUSEY


                                        By      *s/ James H. Post*
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151