UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                             Chapter 11
        Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Walter Griffin (Claim No. 6745) [Docket No. 18964] was furnished by mail on December 3, 2007 to Walter Griffin c/o Michael S. Zerlin, Esq., 123 East Seventh Street, Thibodaux, Louisiana 70301.

Dated:  December 5, 2007

                                                SMITH HULSEY & BUSEY


                                                By      *s/ James H. Post*
                                                        Stephen D. Busey
                                                        James H. Post (FBN 175460)
                                                        Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151