UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                               Chapter 11
                    Reorganized Debtors.     )          Jointly Administered

## CERTIFICATE OF SERVICE

        I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Cindy Kirby (Claim No. 5312) [Docket No. 19049] was furnished by mail on December

3, 2007 to Cindy Kirby, P.O. Box 3211, Lake City, Florida 32056.

Dated:  December 5, 2007

                                                        SMITH HULSEY & BUSEY


                                                        By  _____ *s/ James H. Post* _____
                                                                Stephen D. Busey
                                                                James H. Post (FBN 175460)
                                                                Cynthia C. Jackson

                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida  32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        jpost@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00520151