UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Exelon Corp Medical Expense Plan as Subrogee for Alice Lodtz (Claim No. 7421) [Docket No. 18967] was furnished by mail on December 3, 2007 to Exelon Corp Medical Expense Plan as Subrogee for Alice Lodtz c/o Frank Stenowski, Esq., Coghlan Kukankos Cook, LLC, 55 West Wacker Drive, Suite 1210, Chicago, Illinois 60601-1612.

Dated: December 5, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151