UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         )        Chapter 11
                    Reorganized Debtors.     )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sammie Lee McQueen (Claim No. 9405) [Docket No. 18965] was furnished by mail on December 3, 2007 to Sammie Lee McQueen, 1907 East Osborne Avenue, Tampa, Florida 33610.

Dated:  December 5, 2007

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151