UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                                         Chapter 11
            Reorganized Debtors.         )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Marie Reams (Claim No. 1944) [Docket No. 19053] was furnished by mail on December 3, 2007 to Marie Reams, 1327 Wildwood Way, Rockledge, Florida 32955.

Dated:  December 5, 2007

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151