UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                    Chapter 11
       Reorganized Debtors.        )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Latasha Robbins (Claim No. 8170) [Docket No. 19054] was furnished by mail on December 3, 2007 to Latasha Robbins, P.O. Box 8654, Tampa. Florida 33674-8654.

Dated:  December 5, 2007

                                         SMITH HULSEY & BUSEY

                                         By      *s/ James H. Post*
                                                  Stephen D. Busey
                                                  James H. Post (FBN 175460)
                                                  Cynthia C. Jackson

                                         225 Water Street, Suite 1800
                                         Jacksonville, Florida  32202
                                         (904) 359-7700
                                         (904) 359-7708 (facsimile)
                                         jpost@smithhulsey.com

                                         Counsel for Reorganized Debtors

00520151