UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                           Chapter 11
       Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Dominique Thomas (Claim No. 9331) [Docket No. 19057] was furnished by mail on December 3, 2007 to Dominique Thomas c/o 501 West Church Street, Perry, Florida 32348-4709.

Dated:  December 5, 2007

                                          SMITH HULSEY & BUSEY


                                          By      *s/ James H. Post*
                                                Stephen D. Busey
                                                James H. Post (FBN 175460)
                                                Cynthia C. Jackson

                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida  32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com

                                          Counsel for Reorganized Debtors

00520151