UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Janis Walter (Claim No. 12528) [Docket No. 19058] was furnished by mail on December 3, 2007 to Janis Walter c/o Jimmy W. Bilbo, Esq., Logan, Thompson, Miller, Bilbo, Thompson, 30 Second Street, P.O. Box 191, Cleveland, Tennessee, 37364-0191.

Dated:  December 5, 2007

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151