**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and its affiliates, give notice of filing the attached Notice of Withdrawal of Application for Administrative Claim filed by Frank Bodnar (Docket Nos. 13709, 13819 and 13960).

Dated: December 5, 2007.

SMITH HULSEY & BUSEY

By  /s/ David L. Gay
    David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
dgay@smithhulsey.com

Counsel for Reorganized Debtors

00590525

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.:   05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF
APPLICATION FOR ADMINISTRATIVE CLAIM**

Applicant, Frank Bodnar, hereby withdraws its Application for Payment of Administrative Expenses (Docket No.: 06-CA-8933, Orange County Circuit Court) and any other administrative claim they may have against the Debtors or their estates.

Dated: November 12, 2007.

Law Offices of Michael V. Barszcz, M.D., J.D.

By: _____
Michael A. Mandeville, Esquire
2721 West Fairbanks Avenue, Suite 200
Winter Park, Florida  32789F