UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Mary Wills [Docket No. 19130] was furnished by mail on December 6, 2007 to Mary Wills c/o Robert T. Hughes, Esq., 610 N. Cattollton Avenue, New Orleans, Louisiana 70119.

Dated:  December 6, 2007

                                                                       SMITH HULSEY & BUSEY

                                                                       By     *s/ James H. Post*
                                                                             Stephen D. Busey
                                                                             James H. Post (FBN 175460)
                                                                             Cynthia C. Jackson

                                                                         225 Water Street, Suite 1800
                                                                         Jacksonville, Florida  32202
                                                                         (904) 359-7700
                                                                         (904) 359-7708 (facsimile)
                                                                         jpost@smithhulsey.com

                                                                         Counsel for Reorganized Debtors

00569785