UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                  Chapter 11
                    Reorganized Debtors.    )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sara Lutgens (Claim Nos. 6653 and 6825) [Docket No. 19118] was furnished by mail on December 6, 2007 to Sara Lutgens c/o J. Scott Nooney, Esq., 3535 Hendricks Avenue, Jacksonville, Florida 32207.

Dated:  December 6, 2007

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151