UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Antionette Musarella (Claim No. 2019) [Docket No. 19082] was furnished by mail on December 6, 2007 to Antionette Musarella c/o David P. Slater, Esq., 5154 Windsor Parke Drive, Boca Raton, Florida 33496.

Dated:  December 6, 2007

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
 Stephen D. Busey
 James H. Post (FBN 175460)
 Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151