UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )        Case No. 05-03817-3F1
                                                         Chapter 11
                 Reorganized Debtors.           )        Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ronald Thomas (Claim No. 12767) [Docket No. 19169] was furnished by mail on December 6, 2007 to Ronald Thomas c/o Joseph M. Williams, Esq., 1701 James L. Redman Parkway, Plant City, Florida 33567.

Dated:  December 6, 2007

SMITH HULSEY & BUSEY


By      *s/  James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151