UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING

Claimant, Visagent Corporation, by and through undersigned counsel, hereby files the following document in support of Visagent's Third Motion to Compel, Motion to Expand Time For Deposition Of Debtor's Corporate Representative, Motion to Compel Better Answers to Interrogatories, and For Sanctions.

1. Deposition of Thomas Barr dated August 24, 2007.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of this Motion has been electronically filed via ECF and that a true and correct copy of the foregoing has been furnished by US regular Mail to: David L. Gay, Smith, Hulsey & Busey, 225v Water Street, Suite 1800, Jacksonville, Florida 32202 on the /0 th day of December, 2007.

Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone:    (772) 283-2004
Facsimile:    (772) 283-2009