UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

ORDER GRANTING JOINT MOTION TO
EXTEND DISCOVERY AND RELATED DEADLINES

This matter is before the Court on the Joint Motion to Extend Settlement Conference and Discovery Deadlines filed by Winn-Dixie, IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. (Doc. No. 19116). The Court finds cause to grant the motion. Accordingly, it is:

**ORDERED**

1. The parties have until December 7, 2007 to confer in good faith to settle their dispute in this matter.

2. The deadline by which the Rule 30(b)(6) deposition of Equity One and IRT Partners must be completed is extended to December 14, 2007.

3. The parties have until December 15, 2007 to exchange their exhibit lists.

4. The parties have until December 17, 2007 to file objections to the exhibit lists, to file any motions and to file their trial memoranda.

DATED December 10, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorney for Winn-Dixie
Attorney for IRT Partners, L.P
Attorney for Equity One (Hunter's Creek), Inc.

00589669