UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGREED ORDER APPROVING STIPULATION WITH
DELFORD DREW TO MODIFY PERMANENT INJUNCTION**

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with Delford Drew for modification of the permanent injunction. Based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Delford Drew to prosecute through final judgment his civil action in the Circuit Court of the Fourth Judicial Court, in and for Duval County, Florida, Case No. 16-2002-CA-006753 against Debtor Winn-Dixie Supermarkets, Inc. to liquidate Claim Number 5655 filed by Delford Drew. Mr. Drew shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

    3.    Mr. Drew shall notify the State Court that Mr. Drew's action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

    4.    This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 10 day of December, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

STUTSMAN, THAMES & MARKEY, P.A.   SMITH HULSEY & BUSEY

By   *s/ Bradley R. Markey* *
      Bradley R. Markey

Florida Bar Number 0984213
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001
brm@stmlaw.net

Counsel for Delford Drew

*Counsel has authorized the use of his electronic signature.

By   *s/ Leanne McKnight Prendergast*
      Stephen D. Busey
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

00589895