## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### AGREED ORDER ON DEBTORS' SECOND OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (LEE)

This matter came before the Court on the Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7852).  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      Winn-Dixie Stores, Inc. agrees to pay the Lee County ("Lee") the amount of $4,838.11, payable within thirty (30) days of entry of this Agreed Order.

2.      This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Lee in these Chapter 11 cases and (ii) all other pre-effective date ad valorem property tax claims Lee has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.    This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this __10__ day of December, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    LEE COUNTY


By____*s/ Cynthia C. Jackson*_____          By____*s/ \*Robert E. Price, Jr.*___
      Cynthia C. Jackson,                          Robert E. Price, Jr.
      F.B.N. 498882                                NC State Bar No.  9422

225 Water Street, Suite 1800              1144 West 4th Street
Jacksonville, Florida 32202               Winston-Salem, NC  27101
(904) 359-7700                            (336) 724-7030
(904) 359-7708 (facsimile)                (336) 724-7047
cjackson@smithhulsey.com

Counsel for Reorganized Debtors           Attorney for Lee County

\* Mr. Price has authorized his electronic signature.