UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER ON DEBTORS' SECOND OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (WILKES)**

This matter came before the Court on the Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7852). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Winn-Dixie Stores, Inc. agrees to pay the Wilkes County Tax Collector ("Wilkes") the amount of $1,164.56, payable within thirty (30) days of entry of this Agreed Order.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Wilkes in these Chapter 11 cases and (ii) all other pre-effective date ad valorem property tax claims Wilkes has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __10__ day of __December__, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | WILKES COUNTY TAX COLLECTOR |
| By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, <br> F.B.N. 498882 | By  *s/ \*Robert E. Price, Jr.* <br> Robert E. Price, Jr. <br> NC State Bar No. 9422 |
| 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com | 1144 West 4th Street <br> Winston-Salem, NC 27101 <br> (336) 724-7030 <br> (336) 724-7047 |
| Counsel for Reorganized Debtors | Attorney for Wilkes County Tax Collector |

\* Mr. Price has authorized his electronic signature.