UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         Chapter 11
             Reorganized Debtors.          )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Marion Kroeplin (Claim No. 4673) [Docket No. 19185] was furnished by mail on December 11, 2007 to Marion Kroeplin c/o Daniel R. Maier, Esq., Maier & Marchetta, 915 Middle River Drive, Suite 600, Fort Lauderdale, Florida 33304.

Dated:  December 11, 2007

SMITH HULSEY & BUSEY


By      s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00520151