**Hearing Date: 1/10/08 at 1:30 p.m.**
                                                  **Obj. Deadline: 12/31/07 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|         Reorganized Debtors[1]. | ) | Jointly Administered |

**DEBTORS' THIRD OMNIBUS OBJECTION TO**
**ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED**

Debtors, Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the administrative claims listed on the attached Exhibit A on the grounds that these claims have been settled or released (the "Objection").

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

### **Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

### **Response Deadline**

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 31, 2007** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested by this Objection and grant such other and further relief as is just and proper.

Dated: December 11, 2007

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished by mail to the individuals listed below this 11th day of December, 2007.

| | |
|---|---|
| Gallivan, White & Boyd, P.A.<br>c/o J. Michael Brown<br>Post Office Box 10589<br>Greenville, South Carolina 29603 | Trinchard & Trinchard, LLC<br>c/o Clare Trinchard<br>72401 Highway 59<br>Abita Springs, Louisiana 70420 |
| Hill, Hill, Carter, Franco, Cole<br>& Black, P.C.<br>c/o Randall Morgan<br>Post Office Box 116<br>Montgomery, Alabama 36101-0116 | Hartford Insurance Company<br>c/o Denise M. Anderson<br>Butler Pappas Weihmuller Katz Craig LLP<br>One Harbour Island Boulevard<br>Tampa, Florida 33602 |
| Law Firm of Robert M. Clyatt<br>c/o Robert Clyatt<br>3269 North Valdosta Boulevard<br>Post Office Box 5799<br>Valdosta, Georgia 31603 | Humberto Abreu<br>c/o Robert Wilcox<br>Wilcox Law Firm<br>6817 Southpoint Parkway, Suite 1202<br>Jacksonville, Florida 32216 |
| Lyons, Pipes & Cook, P.C.<br>c/o Warren Butler<br>2 North Royal Street<br>Post Office Box 2727<br>Mobile, Alabama 36652-2727 | Stafford, Stewart and Potter<br>c/o Russell Potter<br>3112 Jackson Street<br>Post Office Box 1711<br>Alexandria, Louisiana 71309 |
| Francis Summey Goins<br>603 North Oakland Street<br>Dallas, North Carolina  28034 | Gina Penner Moore<br>#7 Oakwood Court<br>Tuscaloosa, Alabama 35401 |
| The Law Firm of Gaebe, Mullen, Antonelli,<br>Esco & DiMatteo<br>c/o Stephen Montalto<br>420 South Dixie Highway, Third Floor<br>Coral Gables, Florida 33146 | |

                                                    *s/ Leanne McKnight Prendergast*
                                                            Attorney

00590712

## EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Gallivan, White & Boyd, P.A.<br>c/o J. Michael Brown<br>Post Office Box 10589<br>Greenville, South Carolina 29603 | 13280 | Settled |
| Hill, Hill, Carter, Franco, Cole & Black, P.C.<br>c/o Randall Morgan<br>Post Office Box 116<br>Montgomery, Alabama 36101-0116 | 14321 | Settled |
| Law Firm of Robert M. Clyatt<br>c/o Robert Clyatt<br>3269 North Valdosta Boulevard<br>Post Office Box 5799<br>Valdosta, Georgia 31603 | 13708 | Settled |
| Lyons, Pipes & Cook, P.C.<br>c/o Warren Butler<br>2 North Royal Street<br>Post Office Box 2727<br>Mobile, Alabama 36652-2727 | 13597 | Settled |
| Stafford, Stewart and Potter<br>c/o Russell Potter<br>3112 Jackson Street<br>Post Office Box 1711<br>Alexandria, Louisiana 71309 | 14014<br>14555 | Settled |
| The Law Firm of Gaebe, Mullen, Antonelli, Esco & DiMatteo<br>c/o Stephen Montalto<br>420 South Dixie Highway, Third Floor<br>Coral Gables, Florida 33146 | 14076 | Settled |
| Trinchard & Trinchard, LLC<br>c/o Clare Trinchard<br>72401 Highway 59<br>Abita Springs, Louisiana 70420 | 13864 | Settled |

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Francis Summey Goins<br>603 North Oakland Street<br>Dallas, North Carolina  28034 | 14571 | Settled |
| Gina Penner Moore<br>#7 Oakwood Court<br>Tuscaloosa, Alabama 35401 | 14332 | Settled |
| Humberto Abreu<br>c/o Robert Wilcox<br>Wilcox Law Firm<br>6817 Southpoint Parkway, Suite 1202<br>Jacksonville, Florida 32216 | 13464 | Settled |
| Hartford Insurance Company<br>c/o Denise M. Anderson<br>Butler Pappas Weihmuller Katz Craig LLP<br>One Harbour Island Boulevard<br>Tampa, Florida 33602 | 14115<br>14127<br>14144 | Released |