Hearing Date:  January 10, 2008 at 1:30 p.m.
Response Deadline:  December 31, 2007 at 4:00

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS DUE TO CLAIMANTS' FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE

Please take notice that a hearing is scheduled for **January 10, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Omnibus Objection to Unresolved Litigation Claims as to those claims listed on Exhibit A attached, on the grounds that the Claimants have failed to comply with the Claims Resolution Procedure established by this Court.

### Separate Contested Matter

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014.  The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

### Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

### Response Deadline

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 31, 2007** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water

Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  December 11, 2007

00590828

SMITH HULSEY & BUSEY

By _/s/ Leanne McKnight Prendergast_
      Stephen D. Busey
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

## Exhibit A

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| BERNACE, VICTOR | 10437 | $150,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BERNACE, VICTOR | 10438 | $150,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| BERNACE, VICTOR | 10439 | $150,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | |
| BLOOMFIELD, GWYNDELL | 9713 | $500,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| BURNETT, KELA M | 4774 | $100,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | |
| CAMBRON, JEAN R | 4605 | $4,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CANALS, GISELA | 10786 | $100,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CERVANTES, GENOVEVA | 11616 | $15,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| COOK, MARTHA | 10472 | $45,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| FIALLEGA, LOURDES | 8097 | $75,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| FIALLEGA, LOURDES | 8498 | $75,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| GRACE, ELONE | 6997 | $500,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| GRACE, ELONE | 11753 | $500,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| HALL, BARBARA | 7057 | $1,000,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| JACKSON, TIFFANY | 5777 | $19,500.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| JOHNSON, GLORY J | 10566 | Unliquidated | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| LAPORTE, ELIZABETH | 7067 | $50,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| LAPORTE, ELIZABETH | 7845 | $50,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: | WINN-DIXIE STORES, INC. | |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT A

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| LEGUR, GERMANY (MINOR) | 10435<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $100,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| LEGUR, GERMANY (MINOR) | 10436<br>Debtor: WINN-DIXIE LOGISTICS, INC. | $100,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| LEGUR, GERMANY (MINOR) | 10443<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| MEANS, CANDIE | 5670<br>Debtor: WINN-DIXIE STORES, INC. | Unliquidated | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| MELTON, LOIS | 8007<br>Debtor: WINN-DIXIE STORES, INC. | $51,300.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| MORENO, MICHAEL | 2087<br>Debtor: WINN-DIXIE STORES, INC. | $56,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| NELSON, MARY | 3678<br>Debtor: WINN-DIXIE RALEIGH, INC. | Unliquidated | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| NELSON, MARY | 3875<br>Debtor: WINN-DIXIE RALEIGH, INC. | Unliquidated | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| PENA-LOPEZ, CECILIA | 5227<br>Debtor: WINN-DIXIE STORES, INC. | $39,500.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| PENA-LOPEZ, CECILIA | 6702<br>Debtor: WINN-DIXIE STORES, INC. | $39,500.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| QUINTERO, ESTER | 10393<br>Debtor: WINN-DIXIE STORES, INC. | $20,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| REYES-FONTANEZ, ANA L | 5647<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| REYES-FONTANEZ, ANA L | 7844<br>Debtor: WINN-DIXIE STORES, INC. | $100,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| SEVIN, MARILYN | 818<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| SMITH, FREDELLIA L | 9398<br>Debtor: WINN-DIXIE SUPERMARKETS, INC. | $50,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| VALDIBIA, VICTORIA | 8125<br>Debtor: WINN-DIXIE STORES, INC. | $25,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| VELEZ, CARLOTA OLGA ALVARDO | 10651<br>Debtor: DIXIE PACKERS, INC. | $2,000,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |

**WINN-DIXIE STORES, INC., ET AL.**
**EXHIBIT A**

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| VELEZ, CARLOTA OLGA ALVARDO | 10652 | $2,000,000.00 | NO LIABILITY - DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor:  **WINN-DIXIE SUPERMARKETS, INC.** | | |

|  |  |
|---|---|
| **Total Claims to be Disallowed:** | **36** |
| **Total Amount to be Disallowed:** | **$8,289,800.00  Plus Unliquidated Amounts, If Any** |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                   )        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )        Chapter 11

       Reorganized Debtors.        )        Jointly Administered

**ORDER ON DEBTORS' OMNIBUS OBJECTION TO**
**UNRESOLVED LITIGATION CLAIMS DUE TO CLAIMANTS'**
**FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE**

     This matter came before the Court for hearing on January 10, 2008, upon the

Debtors' Omnibus Objection to Unresolved Litigation Claims Due to the Claimants'

Failure to Participate in the Claims Resolution Procedure (the "Objection") (Docket No.

_____) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized

subsidiaries and affiliates to the claims identified on Exhibit A to the Objection.  No

responses to the Objection were filed.  It is therefore

     ORDERED AND ADJUDGED:

     1.    The Objection is sustained.

     2.    The claims identified on Exhibit A are disallowed.

Dated this _____ day of January, 2008, in Jacksonville, Florida.


                                    _____
                                      Jerry A. Funk
                                      United States Bankruptcy Judge

00590831