UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,              )    Case No. 05-03817-3F1
                                                   Chapter 11
      Reorganized Debtors.               )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Alvin Dean (Claim No. 2985) [Docket No. 19246] was furnished by mail on December 12, 2007 to Alvin Dean, 1404 S. Missouri Street, Apt. 413, Macon, Missouri 63552-4428.

Dated: December 12, 2007

                SMITH HULSEY & BUSEY


By     *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151