UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )          Case No. 05-03817-3F1
                                               Chapter 11
            Reorganized Debtors.     )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of David Sanchez (Claim No. 12500) [Docket No. 19252] was furnished by mail on December 12, 2007 to David Sanchez, 9151 Lime Bay Blvd., Apt. 108, Tamarac, Florida 33321.

Dated:  December 12, 2007

SMITH HULSEY & BUSEY


By      s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00520151