UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al. ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**FINAL AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON DECEMBER 13, 2007**

Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), submits the following agenda of matters to be heard on December 13, 2007 at 1:30 p.m.:

**Contested Matters**

1. *Case Management Conference on Debtors' Twenty-Fourth Omnibus Objection to (a) No Liability Claims, (b) No Liability Misclassified Claims, (c) Overstated Claims, (d) Overstated Misclassified Claims, (e) Misclassified Claims, (f) Duplicate Liability Claims and (g) Amended and Superseded Claims as it relates to claim number 6778 filed by Pro-Active Janitorial Services, Inc. (Docket Nos. 11946)*

    Status:    The Reorganized Debtors will proceed with the conference.

2. *Case Management Conference on Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief as it relates to the cure objection filed by Promventure Limited Partnership (Docket Nos. 8941 and 9318)*

    Status:    The Reorganized Debtors and Promventure Limited Partnership have agreed to continue the conference until further notice.

3. *Case Management Conference on (i) Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief, as it relates to the cure objection filed by DBR Asset Management, Inc., as agent for Northway Investments, LLC and (ii) the Motion/Application for Administrative Expense Claim filed by Northway (Docket Nos. 8941, 9564 and 13688)*

Status: The Reorganized Debtors and Northway Investments, LLC have agreed to continue the conference until further notice.

4. *Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities, as it relates to Claim Number 11830 filed by Baldwin County Revenue Commissioner (Docket Nos. 8772)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to Claims Filed by the City of Fitzgerald and Tangipahoa Parish, as it relates to Claim Number 13631 filed by City of Fitzgerald (Docket No. 14931)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtors' Twenty-Ninth Omnibus Objection to (a) Improperly Filed Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Late Claims, (e) Late With Remaining Claims, (f) Overstated Claims and (g) Overstated Misclassified Claims, as it relates to Claim No. 13693 filed by the County of Vance Tax Collector (Docket No. 14799)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Omnibus Objection to Unresolved Litigation Claims which have been settled, released, withdrawn or abandoned (Docket No. 8702)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Visagent Corporation's Second Motion to Compel Regarding Visagent' Second Request for Production of Document and for an Award of Attorneys Fees and Sanctions (Docket No. 16690)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors have been informed that Visagent will proceed with the hearing on the Motion.

      9.    *Visagent Corporation's Third Motion to Compel, Motion to Expand Time for Deposition of Debtors' Corporate Representative, Motion to Compel Better Answers to Interrogatories, and For Sanctions (Docket No. 19002)*

Response Deadline:    Expired.

Responses:    None.

Status:    The Reorganized Debtors have been informed that Visagent will proceed with the hearing on the Motion.

Dated: December 12, 2007

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker*<br>    D. J. Baker<br>    Sally McDonald Henry<br>    Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*<br>    Stephen D. Busey<br>    James H. Post<br>    Cynthia C. Jackson |
| Four Times Square<br>New York, New York 10036<br>(212) 735-3000<br>(212) 735-2000 (facsimile)<br>djbaker@skadden.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00590785