UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF**
**APPLICATION FOR ADMINISTRATIVE CLAIM**

Applicant, Hill, Hill, Carter, Franco, Cole & Black, P.C., withdraws its Application for Payment of Administrative Expense (Docket No. 14321) and any other administrative claim they may have against the Debtors or their estates.

Dated: December 13, 2007.

HILL, HILL, CARTER, FRANCO, COLE & BLACK, P.C.

By:   /s/ *Randall Morgan*
Randall Morgan
Hill, Hill, Carter, Franco,
   Cole & Black, P.C.
P.O. Box 116
Montgomery, Alabama 36101-0116
334-834-7600 - telephone
334-263-5969 - fax

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was furnished by Facsimile and U.S. Mail on December 13, 2007 to James H. Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708.

  /s/ *Randall Morgan*
Of Counsel