**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,

        Debtors.

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

**NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF**
**ADMINISTRATIVE EXPENSE AND REQUEST FOR NOTICE**
(Related Docket Item 13864)
Trinchard & Trinchard, LLC

      Comes Now the law firm of Trinchard & Trinchard, LLC, by and through its undersigned counsel, and withdraws its Application for Administrative Expense and Request for Notice, and states that the administrative expense in the amount of $7,230.15 has been paid in full.

Dated: December 13, 2007

**WILCOX LAW FIRM**

/s/ **Robert D. Wilcox**
Robert D. Wilcox (FL #755168)
6817 Southpoint Parkway, Suite 1302
Jacksonville, FL 32216
(904) 281-0700
Facsimile: (904) 513-9201

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2007 I filed this **NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE STATUS FOR POSTPETITION CLAIM AND REQUEST FOR NOTICE** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ **Robert Wilcox**
Robert D. Wilcox