UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

ORDER GRANTING JOINT MOTION TO
EXTEND DISCOVERY AND RELATED DEADLINES

This matter is before the Court on the Joint Motion to Extend Settlement Conference and Discovery Deadlines filed by Winn-Dixie, IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. (Doc. No. 19116). The Court finds cause to grant the motion. Accordingly, it is:

**ORDERED**

1. The parties have until December 7, 2007 to confer in good faith to settle their dispute in this matter.

2. The deadline by which the Rule 30(b)(6) deposition of Equity One and IRT Partners must be completed is extended to December 14, 2007.

3. The parties have until December 15, 2007 to exchange their exhibit lists.

4. The parties have until December 17, 2007 to file objections to the exhibit lists, to file any motions and to file their trial memoranda.

DATED December 10, 2007 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorney for Winn-Dixie
Attorney for IRT Partners, L.P
Attorney for Equity One (Hunter's Creek), Inc.

00589669

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Dec 11, 2007
Case: 05-03817                Form ID: pdfdoc        Total Served: 1

The following entities were served by first class mail on Dec 13, 2007.
aty          +Beau Bowin,   Smith Hulsey & Busey,   225 Water St Ste 1800,   Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 13, 2007**                    **Signature:**    _Joseph Speetjens_