**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimant's Failure to Participate in the Claims Resolution Procedure (Docket No. 19267) was furnished by mail on December 11, 2007 to those parties on the attached service list.

Dated: December 14, 2007

SMITH HULSEY & BUSEY


By   */s/ Leanne McKnight Prendergast*
      Stephen D. Busey
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

00591631

BERNACE, VICTOR
13577 SOUTH WEST 285 TERRACE
HOMESTEAD, FL  33033

BERNACE, VICTOR
WILLIAM W. BRADY PA
ATTN WILLIAM BRADY JR ESQ
3211 PONCE DE LEON BLVD, STE 200
CORAL GABLES, FL  33134

BLOOMFIELD, GWYNDELL
3768 HAWK DRIVE
HILLIARD, FL  32046

BLOOMFIELD, GWYNDELL
C/O FARAH & FARAH, PA
ATTN ELLIS W PEETLUK, ESQ
10 WEST ADAMS ST.
JACKSONVILLE, FL  32202

BURNETT, KELA M
C/O FARAH, FARAH, & ABBOTT, PA
ATTN STEPHEN LANKES, ESQ
10 WEST ADAMS STREET, 3RD FLOOR
JACKSONVILLE, FL  32202

BURNETT, KELA M
295 SPRINGFIELD COURT
ORANGE PARK,, FL  32073

CAMBRON, JEAN R
PO BOX 1234
JACKSONVILLE, AL  36265-5234

CANALS, GISELA
15152 SW 15 WAY
MIAMI,, FL  33194-2652

CANALS, GISELA
C/O ROBERT RUBENSTEIN, PA
ATTN ROBERT RUBENSTEIN, ESQ
9350 S. DIXIE HISGHWAY STE 1110
MIAMI, FL  33156

CERVANTES, GENOVEVA
4527 WHEELHOUSE COURT
ORLANDO, FL  32812

COOK, MARTHA
C/O ANGELA DAWSON, PAATTN ANGELA DAWSON, ESQ
16TH ST BLDG 4200 NW 16TH
PENTHOUSE #612
LAUDERHILL, FL  33313-5835

COOK, MARTHA
1645 WEST 15TH STREET
RIVIERA BEACH, FL  33404

FIALLEGA, LOURDES
2312 BRYAN STREET
KISSIMMEE,, FL  34741

FIALLEGA, LOURDES
C/O JULIO C MARTINEZ, JR, ESQ
903 NORTH MAIN STREET
KISSIMMEE, FL  34744

GRACE, ELONE
144 JEFFERSON DR
COLUMBUS,, GA  31907

HALL, BARBARA
C/O JOSHUA D MEDVIN & ASSOCIATESATTN
CULLEN J LANE, ESQ
4112 AURORA STREET
CORAL GABLES, FL  33146

HALL, BARBARA
741 E 7TH STREET
HIALEAH,, FL  33010

JACKSON, TIFFANY
1800 KINGSLEY AVE, APT 43
ORANGE PARK,, FL  32073

JACKSON, TIFFANY
C/O J SCOTT NOONEY & ASSOCIATES
ATTN J SCOTT NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE, FL  32207

JOHNSON, GLORY J
696 SW 5TH STREET, APT 3
BELLE GLADE,, FL  33430

JOHNSON, GLORY J
PO BOX 1262
BELLE GLADE, FL  33430

LAPORTE, ELIZABETH
615 EAST MARTIN STREET
KISSIMMEE,, FL  34744

LAPORTE, ELIZABETH
C/O ATTORNEYS TRIAL GROUPATTN JULIO C
MARTINEZ, JR, ESQ
903 N MAIN STREET
KISSIMMEE, FL  34744

LEGUR, GERMANY (MINOR)
806 E MOWRY DR APT 319
HOMESTEAD,, FL  33030

LEGUR, GERMANY (MINOR)
WILLIAM W BRADY, PA
ATTN WILLIAM BRADY JR ESQ
3211 PONCE DE LEON BLVD, STE 200
CORAL GABLES, FL  33134

MEANS, CANDIE
C/O FRANCOISE M HAASCH LAW OFFICESATTN
FRANCOISE HAASCH, ESQ
PO BOX 614
PALM HARBOR, FL  34682

MEANS, CANDIE
9628 CHEROKEE DRIVE
NEW PORT RICHEY, FL  34654

MELTON, LOIS
3241 35TH AVENUE NORTH
ST PETERSBURG, FL  33713

MELTON, LOIS
C/O CHAMBERS LAW GROUP, PA
ATTN JOEY CHAMBERS, ESQ
520 4TH STREET NORTH
ST PETERSBURG, FL  33701-2302

MORENO, MICHAEL
596 KRAMER ROAD
LILLINGTON, NC  27546

MORENO, MICHAEL
C/O SMITH DICKEY SMITH HASTY ET ALATTN
ANDREW R DEMPSTER, ESQ
1656 SOUTH HORNER BLVD
SANFORD, NC  27330

NELSON, MARY
401 ROSERY RD NE, APT 748
LARGO, FL  33770-1441

NELSON, MARY
C/O DEBERG & DEBERG, PAATTN BENJAMIN
DEBERG, ESQ
1915 TYRANE BLVD
ST PETERSBURG, FL  33710

PENA-LOPEZ, CECILA
3301 EL JARDIN DRIVE, APT 2
HOLLYWOOD, FL  33024

PENA-LOPEZ, CECILIA
C/O ALAN COHN & ANGELA COHN, PA
ATTN ALAN W COHN, ESQ
1152 N UNIVERSITY DR, SUITE 201
PENBROKE PINES, FL  33024

QUINTERO, ESTER
422 EAST 17TH STREET
HIALEAH,, FL  33010

REYES-FONTANEZ, ANA
2047 BROOKS DRIVE
KISSIMMEE, FL  34641

REYES-FONTANEZ, ANA L
C/O MARTINEZ MANGLARDI ET ALATTN JULIO C
MARTINEZ, JR, ESQ
903 N MAIN STREET
KISSIMMEE, FL  34744

SEVIN, MARILYN
2600 MARY STREET APT 3
SLIDELL,, LA  70458

SEVIN, MARILYN
C/O NICK LAW FIRM LCATTN TAMMY NICK ESQ
676 E I-10 SERVICE ROAD
SLIDELL, LA  70461

SMITH, FREDELLIA L
C/O MORGAN & MORGAN, PAC/O W CLAY
MITCHELL, JR, ESQ
PO BOX 4979
ORLANDO, FL  32802-4979

SMITH, FREDELLIA L
3104 PATEL DRIVE
WINTER PARK, FL  32792

VALDIBIA, VICTORIA
C/O J SCOTT NOONEY & ASSOCIATESATTN J SCOTT
NOONEY, ESQ
3535 HENDRICKS AVENUE
JACKSONVILLE, FL  32207

VALDIBIA, VICTORIA
PO BOX 1313
YULEE, FL  32041

VELEZ, CARLOTA OLGA ALVARDO
9405 W FLAGLER STREET, APT 403D
MIAMI, FL  33174