

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 13, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Case Management Conference on (i) Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amount and (III) Grant Related Relief, as it relates to the cure objection filed by DBR Asset Management, Inc., as agent for Northway Investments, LLC and (ii) the Motion/Application for Administrative Expense Claim filed by Northway (Docs. 8941, 9564 and 13688)

The Reorganized Debtors and Northway Investments, LLC have agreed to continue the conference until further notice.

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
NORTHWAY INVESTMENTS:

RULING: Cont'd. until further ntc. by either party