

### HONORABLE JERRY A. FUNK
### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday
December 13, 2007
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**      WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities, as it relates to Claim Number 11830 filed by Baldwin County Revenue Commissioner (Doc. 8772)

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD
                         MATTHEW S. BARR

BALDWIN COUNTY T/C:

RULING:   *Sustained/Claim disallowed*
*Ord/Busey*