UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**ORDER ON DEBTORS' OBJECTION TO CLAIM
NUMBER 13631 FILED BY THE CITY OF FITZGERALD**

This matter came before the Court on December 13, 2007 upon the Debtors' Objection to the Claim Filed by the City of Fitzgerald (Doc. No. 14931) (the "Objection"). Upon consideration, it is

ORDERED AND ADJUDGED:

1.   The Objection is sustained.

2.   Proof of Claim number 13631 filed by the City of Fitzgerald is disallowed in its entirety.

Dated this  13  day of December, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00591337