

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 13, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Twenty-Ninth Omnibus Objection to (a) Improperly Filed Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Late Claims, (e) Late with Remaining Claims, (f) Overstated Claims and (g) Overstated Misclassified Claims, as it relates to Claim No. 13693 filed by the County of Vance Tax Collector (Doc. 14799)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR
COUNTY OF VANCE T/C:

RULING: Sustained / Claim disallowed
Ord / Signed