UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

ORDER ON DEBTORS' TWENTY-NINTH OMNIBUS OBJECTION
AS IT RELATES TO CLAIM NO. 13693 FILED
BY THE COUNTY OF VANCE TAX COLLECTOR

This matter came before the Court on December 13, 2007, upon the Twenty-Ninth Omnibus Objection of the Debtors (Docket No. 14799), as it relates to Claim No. 13693 filed by the County of Vance Tax Collector (the "Objection"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Proof of Claim number 13693 filed by the County of Vance Tax Collector is disallowed in its entirety.

Dated this 13 day of December, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00591422