

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 13, 2007
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Omnibus Objection to Unresolved Litigation Claims which have been settled, released, withdrawn or abandoned (Doc. 8702)

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

RULING: Sustained/20 remaining claims disallowed
Ord/Signed