UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON DEBTORS' OMNIBUS OBJECTION TO
UNRESOLVED LITIGATION CLAIMS WHICH HAVE
BEEN SETTLED, RELEASED, WITHDRAWN OR ABANDONED

This matter came before the Court for hearing on December 13, 2007, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Reorganized Debtors") to the claims identified on Exhibit A to the Notice of Hearing on the Objection (Docket No. 18943). Based upon informal responses made on behalf of some of the claimants to the Objection, the Reorganized Debtors have agreed to continue the hearing on the Objection with respect to the proofs of claim filed by each claimant identified in Exhibit 1 attached. No responses to the Objection were filed or raised as to the other claims identified in Exhibit 2 attached. It is therefore

ORDERED AND ADJUDGED:

1. The hearing on the Objection with respect to those Claims listed on Exhibit 1 is continued until further notice by any party in interest.

2. The Objection is sustained as to the claims identified in Exhibit 2.

3. The claims identified on Exhibit 2 are disallowed.

4. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit 2, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5. This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 13 day of December, 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to James H. Post
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00590985

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 1

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| BERNACE, VICTOR | 10437 | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| BERNACE, VICTOR | 10438 | $150,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 10437 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| BERNACE, VICTOR | 10439 | $150,000.00 | NO LIABILITY - DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 10437; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE SUPERMARKETS, INC. | |
| BROWN, ROY | 2853 | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| DEAN, RICHARD | 72 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 2254; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| DEAN, RICHARD | 2254 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| DEAN, RICHARD | 2257 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 2254; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| GRIFFIN, ALFRED | 5526 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 5583; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| GRIFFIN, ALFRED | 5583 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATE OF CLAIM NO. 5526; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| JOHNSON, ARCHIE | 2954 | $500,000.00 | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| JONES, ELICIA SHOWNTAY | 5444 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; DUPLICATE OF CLAIM NO. 5582; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| JONES, ELICIA SHOWNTAY | 5582 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| JONES, JUANITA T | 6327 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| OTERO, SUSET M | 13288 | $50,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; LATE CLAIM; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |
| ROGERS, LILLIAN | 508 | $125,000.00 | NO LIABILITY - DISPUTED CLAIM; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE MONTGOMERY, INC. | |
| SPRIGGS, EDWIN | 4735 | $750,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; AN ABANDONED CLAIM |
|  | Debtor: | WINN-DIXIE STORES, INC. | |

Total Claims to be Continued: 16
Total Amount to be Continued: $2,150,000.00  Plus Unliquidated Amounts, If Any

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| BLACK, THERESA Y | 5044 | Unliquidated | NO LIABILITY - DISPUTED ; A RELEASED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CENTRAL STATES SE & SW AREAS | 5815 | $13,349.45 | NO LIABILITY -- DISPUTED CLAIM; A RELEASED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CERRONE, HELENE | 9799 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; A RELEASED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| CERVANTES, GENOVEVA | 11616 | $15,000.00 | NO LIABILITY -- DISPUTED CLAIM; LATE CLAIM; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| COOK, MARTHA | 10472 | $45,000.00 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| DAGLE, WILLIAM | 73 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 2255; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| DAGLE, WILLIAM | 2252 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AMENDED BY CLAIM NO. 2255; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| DAGLE, WILLIAM | 2255 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| FISHER, JOAN | 5031 | $125,000.00 | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| HORTON, CLARA, ESTATE OF | 7668 | $1,223,232.55 | NO LIABILITY -- DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION AND RECLASSIFY TO UNSECURED; A RELEASED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| HUX, STACEY | 5294 | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| JOHNSON, GLORY J | 10566 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; RECLASSIFY TO UNSECURED; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| KING, ROBERT | 2835 | $107,096.07 | NO LIABILITY -- DISPUTED CLAIM; A RELEASED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MERCED, EVETTE & PABLO | 7866 | $250,000.00 | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| MOUNCE, MARTIN | 3935 | $75,000.00 | NO LIABILITY -- DISPUTED CLAIM; A RELEASED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |
| NELSON, MARY | 3678 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 3875 AND INSUFFICIENT PROOF OF CLAIM DOCUMENTATION; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE RALEIGH, INC. | |
| NELSON, MARY | 3875 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
| | Debtor: | WINN-DIXIE RALEIGH, INC. | |
| WHEELER, BARBARA | 5056 | $225,000.00 | NO LIABILITY -- DISPUTED CLAIM; A RELEASED CLAIM |
| | Debtor: | WINN-DIXIE STORES, INC. | |

WINN-DIXIE STORES, INC., ET AL.
EXHIBIT 2

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIAMS, PEGGY | 6046 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; DUPLICATED BY CLAIM NO. 6047; AN ABANDONED CLAIM |
|  | Debtor: WINN-DIXIE STORES, INC. | | |
| WILLIAMS, PEGGY | 6047 | Unliquidated | NO LIABILITY -- DISPUTED CLAIM; AN ABANDONED CLAIM |
|  | Debtor: WINN-DIXIE STORES, INC. | | |

Total Claims to be Disallowed: 20
Total Amount to be Disallowed: $2,328,678.07   Plus Unliquidated Amounts, If Any