

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 13, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Visagent Corporation's Second Motion to Compel Regarding Visagent's Second Request for Production of Document and for an Award of Attorneys Fees and Sanctions (Doc. 16690)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
VISAGENT:              GUY RUBIN

RULING:

1 2 10    Under advisement
4 6 7 8   Ord. in due course