

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 13, 2007
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Visagent Corporation's Third Motion to Compel, Motion to Expand Time for Deposition of Debtors' Corporate Representative, Motion to Compel Better Answers to Interrogatories, and For Sanctions (Doc. 19002)

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR
VISAGENT:           GUY RUBIN

RULING:
5 6 7 8 9    Under advisement
             Ord. in due course