UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**IRT PARTNERS, L.P.'S AND EQUITY ONE (HUNTER'S CREEK), INC.'S
NOTICE OF FILING LEGAL AUTHORITY TO BE USED BY CLAIMANTS AT TRIAL
ON DEBTOR'S OBJECTION TO CLAIM NOS. 13740 AND 13741 (D.E. 15849)**

IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. (together, "Claimants"), by and through undersigned counsel, pursuant to paragraph 1(C) of the Court's Order Scheduling Trial, dated October 9, 2007, on Debtors' Objection to Claim Nos. 13740 (D.E. 18486 and 13741 (D.E. 15849), file the attached legal authority (arranged alphabetically) upon which the Claimants will rely at the trial scheduled for December 20, 2007 at 9:30 a.m. If it becomes necessary to supplement this filing with additional legal authority, Claimants will do so as soon as possible.

Dated: Miami, Florida.
December 14, 2007.

                                            Respectfully submitted,

                                            GREENBERG TRAURIG, P.A.
                                            Attorneys for Claimants
                                            1221 Brickell Avenue
                                            Miami, FL 33131
                                            (305) 579-0500

                                        By:    /s/ Mark D. Bloom
                                                MARK D. BLOOM
                                                Florida Bar No. 303836
                                                PAUL J. KEENAN JR.
                                                Florida Bar No. 594687

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail and overnight mail, postage prepaid, on December 14, 2007 to Cynthia C. Jackson, Esq. and Beau Bowin, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com and bbowin@smithhulsey.com.

          /s/ Mark D. Bloom
          MARK D. BLOOM

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com