UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:   05-BK-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Jonathan E. Hausburg on behalf of Sharon Sorey on December 10, 2007, the Court finds:

1. The subject motion is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

2. Movant has failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004 as required by Federal Rule of Bankruptcy Procedure 9014.

3. Movant has failed to pay the required filing fee pursuant to 28 U.S.C. §1930(b).

The Court abates the hearing of this motion until the filing fee has been paid as required by 28 U.S.C. §1930(b) and service has been made in accordance with Federal Rules of Bankruptcy Procedure 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.

DATED December 11, 2007, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Jonathan E. Hausburg, 3202 North Tamiami Trail, Sarasota, FL 34234
David L. Gay, 1800 Wachovia Bank Tower, 225 Water St., Jacksonville, FL 32201
US Trustee, 501 E. Polk St., Suite 1200, Tampa, FL 33602

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Dec 12, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Dec 14, 2007.
cr           +Sharon Sorey,    c/o Jonathan E. Hausburg,    3202 North Tamiami Trail,    Sarasota, FL 34234-5862

The following entities were served by electronic transmission on Dec 13, 2007.
              +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov                         US Trustee,
                501 E. Polk St., Suite 1200,    Tampa, FL 33602-3945
                                                                                                       TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 14, 2007**                    **Signature:**  _Joseph Speetjens_