**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE'S EXHIBIT LIST IN**
**CONNECTION WITH THE OBJECTION TO CLAIMS FILED BY**
**IRT PARTNERS, L.P. AND EQUITY ONE (HUNTER'S CREEK), INC.**

| EX. NO. | DATE FILED | ADMITTED (Y/N) | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 1. | 11/15/05 | | Winn-Dixie | Proof of Claim 12484 |
| 2. | 11/15/05 | | Winn-Dixie | Proof of Claim 12486 |
| 3. | 1/5/07 | | Winn-Dixie | Proof of Claim 13740 |
| 4. | 1/5/07 | | Winn-Dixie | Proof of Claim 13741 |
| 5. | 8/1/05 | | Winn-Dixie | Amended Motion to Sell Leasehold Interests in Targeted Stores Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors are Unable to Sell, and (IV) Granting Related Relief (Doc. No. 2707) |
| 6. | 9/8/05 | | Winn-Dixie | Order Granting Amended Motion (Doc. No. 3405) |
| 7. | 11/1/07 | | Winn-Dixie | Motion to Extend Time to File Claims for Rejection Damages by IRT Partners, L.P. |

00591740

| EX. NO. | DATE FILED | ADMITTED (Y/N) | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
|  |  |  |  | and Equity One (Hunter's Creek) Inc. due to the Effects of Hurricane Wilma. (Doc. No. 3979). |
| 8. | 9/15/07 |  | Winn-Dixie | Notice of Filing and Certificate of Service re: Notices of Rejection of Unexpired Leases served September 14, 2005 (Doc. No. 3462) |
| 9. | 8/9/06 |  | Winn-Dixie | Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors as supplemented and modified (Doc. Nos. 10058, 11606 and 11765). |
| 10. | 10/31/06 |  | Winn-Dixie | Twenty–Fifth Omnibus Objection to (A) Duplicate Liability Claims, (B) Amended and Superseded Claims, (C) No liability Claims, (D) No Liability Misclassified Claims, (E) Overstated Claims, (F) Overstated Misclassified Claims, (G) Unliquidated Claims, (H) Misclassified Unliquidated Claim, (I) Executory Contract Claims and (J) Late Claims (Doc. 12274). |
| 11. | 11/9/06 |  | Winn-Dixie | Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Doc. No. 12440). |
| 12. | 11/30/06 |  | Winn-Dixie | Order on Debtors' Twenty Fifth Omnibus Claims Objection (Doc. No. 12902). |
| 13. | 4/5/07 |  | Winn-Dixie | Debtors' Objection to Claim No. 13740 filed by IRT Partners, L.P. and Claim No. 13741 filed by Equity One (Hunter's Creek), Inc. (Doc. No. 15849). |
| 14. | N/A |  | Winn-Dixie | Direct Registration Book-Entry Statement Dated December 21, 2006. |

| EX. NO. | DATE FILED | ADMITTED (Y/N) | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 15. | N/A | | Winn-Dixie | Direct Registration Book-Entry Statement Dated January 1, 2007. |
| 16. | N/A | | | All Exhibits Identified on IRT and Equity One's Exhibit List |

Dated: December 15, 2007

                                              SMITH HULSEY & BUSEY

                                              By    /s/ *Beau Bowin*
                                                    Stephen D. Busey
                                                    Cynthia C. Jackson
                                                    Beau Bowin

                                          Florida Bar Number 792551
                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida 32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)

                                          Attorneys for Winn-Dixie

00591740