UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                               Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                     Chapter 11

    Debtors.                                         Jointly Administered
_____/

### EXHIBIT REGISTER

Exhibits Submitted on behalf of:

☐ Plaintiff   ☐ Defendant   ☐ Debtor   ☒ Other: Creditors IRT Partners, L.P., and Equity One (Hunter's Creek), Inc.

Date of Hearing/Trial: December 20, 2007 at 9:30 a.m.

Type of Hearing/Trial: Trial on Debtors' Objection to Claim No. 13740 Filed by IRT Partners, L.P. and Claim No. 13741 Filed by Equity One (Hunter's Creek), Inc. (D.E. 15849)

SUBMITTED BY:    Mark D. Bloom, Esq.
                         Paul J. Keenan Jr., Esq.
                         Greenberg Traurig, P.A.
                         1221 Brickell Avenue
                         Miami, FL 33131
                         (305) 579-0500

| Exhibit Number | Description | Debtor | Claimants | Admitted in Evidence | Admitted for I.D. |
|---|---|---|---|---|---|
| 1. | Lease between IRT Partners, L.P. and Winn-Dixie Raleigh, Inc., dated December 4, 1979, for Store #2087 located at 109 East Dallas Road in Stanley, North Carolina | | | | |

| Exhibit Number | Description | Debtor | Claimants | Admitted in Evidence | Admitted for I.D. |
|---|---|---|---|---|---|
| 2. | Lease between Equity One (Hunter's Creek), Inc. and Winn-Dixie Raleigh, Inc., dated December 17, 1997, for Store #2391 located at 4161 Town Center Boulevard in Orlando, Florida | | | | |
| 3. | **Claim No. 10930**, filed by IRT Partners, L.P. on July 25, 2005 | | | | |
| 4. | **Claim No. 11257**, filed by Equity One (Hunter's Creek), Inc. on August 1, 2005 | | | | |
| 5. | Amended Motion of the Debtors' for Order Authorizing the Debtors' (I) to Sell Leasehold Interest in Targeted Stores Free and Clear of Liens, Claims and Interests, and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors Are Unable to Sell, (IV) Granting Related Relief, filed on August 1, 2005 **(D.E. 2707)** | | | | |

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

| Exhibit Number | Description | Debtor | Claimants | Admitted in Evidence | Admitted for I.D. |
|---|---|---|---|---|---|
| 6. | Order Granting Amended Motion of the Debtors Authorizing the Debtors (I) to Sell Leasehold Interest in Targeted Stores Free and Clear of Liens, Claims and Interests, and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors Are Unable to Sell, and (IV) Granting Related Relief, filed on September 8, 2005 **(D.E. 3405)** | | | | |
| 7. | Notice of Rejection of Unexpired Lease (Charlotte Store), filed on September 15, 2005 **(D.E. 3462)** | | | | |
| 8. | Notice of Rejection of Unexpired Lease (Orlando Store), filed on September 15, 2007 **(D.E. 3462)** | | | | |
| 9. | Motion for Enlargement of Time to File Claims for Rejection Damages by IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. Due to the Effects of Hurricane Wilma, filed on October 31, 2005 **(D.E. 3979)** | | | | |
| 10. | **Claim No. 12484**, filed by IRT Partners, L.P. on November 15, 2005 | | | | |

3

| Exhibit Number | Description | Debtor | Claimants | Admitted in Evidence | Admitted for I.D. |
|---|---|---|---|---|---|
| 11. | **Claim No. 12486**, filed by Equity One (Hunter's Creek), Inc. on November 15, 2005 | | | | |
| 12. | Debtors' Twenty-Fifth Omnibus Objection to (A) Duplicate Liability Claims, (B) Amended and Superseded Claims, (C) No Liability Claims, (D) No Liability Misclassified Claims, (E) Overstated Claims, (F) Overstated Misclassified Claims, (G) Unliquidated Claims, (H) Misclassified Unliquidated Claims, (I) Executory Contract Claims and (J) Late Claims, filed on October 31, 2006 **(D.E. 12274)** | | | | |

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

| Exhibit Number | Description | Debtor | Claimants | Admitted in Evidence | Admitted for I.D. |
|---|---|---|---|---|---|
| 13. | Order (A) Disallowing Duplicate Liability Claims, (B) Disallowing Amended and Superseded Claims, (C) Disallowing No Liability Claims, (D) Disallowing No Liability Misclassified Claims, (E) Reducing Overstated Claims, (F) Reducing and Reclassifying Overstated Misclassified Claims, (G) Fixing Unliquidated Claims, (H) Fixing and Reclassifying Unliquidated Misclassified Claims, (I) Reclassifying Executory Contract Claims and (J) Misclassified Late Claims, as Set Forth in the Debtors' Twenty-Fifth Omnibus Objection, entered November 30, 2006 **(D.E. 12902)** | | | | |
| 14. | Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims, filed on December 6, 2006 **(D.E. 12991)** | | | | |
| 15. | **Claim No. 13740**, filed by IRT Partners, L.P. on January 5, 2007 | | | | |

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

| Exhibit Number | Description | Debtor | Claimants | Admitted in Evidence | Admitted for I.D. |
|---|---|---|---|---|---|
| 16. | **Claim No. 13741**, filed by Equity One (Hunter's Creek), Inc. on January 5, 2007 | | | | |

Dated: Miami, Florida.
      December 15, 2007.

                                    GREENBERG TRAURIG, P.A.
                                    Attorneys for Claimants
                                    1221 Brickell Avenue
                                    Miami, Florida  33131
                                    Telephone: (305) 579-0500
                                    Facsimile:  (305) 579-0717

                                    By: ___/s/ Mark D. Bloom_____
                                         MARK D. BLOOM
                                         Florida Bar No. 303836
                                         PAUL J. KEENAN JR.
                                         Florida Bar No. 594687

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing has been sent by electronic and overnight mail, postage prepaid, on December 15, 2007, to Cynthia C. Jackson, Esq., and Beau Bowin, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smthhulsey.com and bbowin@smthhulsey.com.

                                              /s/ Mark D. Bloom
                                              MARK D. BLOOM