# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

## AGREED ORDER RESOLVING CLAIM NUMBER 11098 FILED BY BFI WASTE SYSTEMS OF NORTH AMERICA, INC., AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION

This cause came before the Court for hearing on June 29, 2006, upon the Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") (Docket No. 8116) filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively the "Reorganized Debtors") to the proofs of claim listed on the exhibits to the Objection. On June 29, 2006, the Court entered an order (Docket No. 8902) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to Claim No. 11098 filed by BFI Waste Systems of North America, Inc. ("BFI") and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      Claim No. 11098 filed by BFI is reduced from $209,312.26 and allowed as a Class 14 Vendor/Supplier Claim in the amount of $127,675.26.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2.      Logan & Company, Inc., the claims agent appointed in the Reorganized Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

3.      This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _____ day of December 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00582347.2.1

2

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

FENNEMORE CRAIG

By   s/ Bryan Albue *
        Bryan Albue

3003 North Central Avenue, Suite 2600
Phoenix, Arizona 85012-2913
(602) 916-5311
(602) 916-5511 (facsimile)
balbue@fclaw.com

Counsel for BFI Waste Systems of North
America, Inc.

SMITH HULSEY & BUSEY

By   s/ Cynthia C. Jackson
        Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

*Counsel has authorized his electronic signature.

00582347.2.1