UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                           Case No.:  3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,                 CHAPTER 11
                                                                       (Jointly Administered)
                    Debtors.

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO
STOP ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST**

**PLEASE TAKE NOTICE** that James S. Carr of Kelley Drye & Warren LLP attorney for Developers Diversified Realty Corp., Weingarten Realty Investors, BVBelk Properties, RMC Property Group, Four Florida Shopping Centers, LP, The Ronald Benderson 1995 Trust, The Benderson 85-1 Trust, Krusch Properties LLC, and Hold-Thyssen, Inc. (collectively the "Landlords") files this Notice Of Withdrawal From Case And Request To Stop Electronic Notice And For Removal From Service List.

WHEREFORE, James S. Carr respectfully requests that the Clerk remove him from all service lists and stop electronic notices addressed to him.

Dated:   New York, New York
              December 18, 2007

                                                                       KELLEY DRYE & WARREN LLP

                                                                       By: */s/ James S. Carr*
                                                                             James S. Carr (JC 1603)

                                                                       101 Park Avenue
                                                                       New York, New York 10178
                                                                       Tel: (212) 808-7800
                                                                       Fax: (212) 808-7897


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically on those parties having entered their appearance in the Court's Electronic Filing (ECF) System this 18th day of December 2007.

                                                                       */s/ James S. Carr*
                                                                       James S. Carr