UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:05-bk-3817-3F1 |
| WINN DIXIE STORES, INC., et al. | Chapter 11 |
| Debtor(s). | Judge Jerry A. Funk |

### NOTICE OF APPEARANCE

Keith W. Schneider, Esq. of Maguire & Schneider, LLP, hereby gives his notice of appearance as co-counsel with James S. Ginocchio on behalf of Hamilton County, Ohio in the above referenced matter. The contact information counsel is as follows:

Keith W. Schneider, Esq.
Maguire & Schneider, LLP
6646 Willow Park Drive
Suite D
Naples, Florida 34109
239-254-8948 (phone)
614-224-1222 (additional phone)
614-224-1236 (fax)
kwschneider@ms-lawfirm.com; snichelson@ms-lawfirm.com.

Respectfully submitted,

MAGUIRE & SCHNEIDER, L.L.P.

By    /s/ Keith W. Schneider
        Keith W. Schneider (979333)
        6646 Willow Park Dr., Suite D
        Naples, FL  34109
        Telephone:  239-254-8948
        Facsimile:   614-224-1236
        *Attorney for Hamilton County, Ohio*

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that a true and accurate copy of the foregoing the Motion for Trial Continuance was served upon each of the following, via electronic transmission through ECF filing, this 19th day of December, 2007.

   D. J. Baker
   Skadden, Arps, Slate, Meagher & From, LLP
   Four Times Square
   New York, NY  10036

   Beau Bowin
   Smith Hulsey & Busey
   225 Water Street, Suite 1800
   Jacksonville, FL  32202

   Cynthia C. Jackson
   Smith Hulsey & Busey
   225 Water Street, Suite 1800
   Jacksonville, FL  32202


        By___/s/ Keith W. Schneider_____
          Keith W. Schneider   (979333)