UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| | : |
| WINN-DIXIE STORES, INC., et al., | : Case No. 05-11063 |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |

-----------------------------------------------------------

## JOINT MOTION FOR SUBSTITUTION OF COUNSEL OF RECORD

THE UNDERSIGNED attorney and client agree that ROBERT C. PALMER, III of WADE, PALMER AND SHOEMAKER, be substituted as attorney of record for cases involving Plaintiffs Everett Brown, Joan Knabb, Shawn Vestal and Summer Richards against Debtor, Winn-Dixie Stores, Inc, and further requests the Court enter an Order relieving SHELL, FLEMING, DAVIS AND MENGE, from all further responsibilities for Defendant.

DATED this 29 day of November, 2007.

_____  _____
DANNY L. KEPNER                   ROBERT C. PALMER, III
Florida Bar No. 174278            Florida Bar No. 316776
SHELL, FLEMING, DAVIS & MENGE     WADE, PALMER & SHOEMAKER
226 South Palafox Street          25 West Cedar Street
9th Floor                         Suite 450
Pensacola, Florida 32502          Pensacola, Florida 32502
(850) 434-2411                    (850) 429-0755

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re                               :
                                    :  Chapter 11
                                    :
WINN-DIXIE STORES, INC., et al.,    :  Case No. 05-11063
                                    :
    Debtors                         :  (Jointly Administered)
                                    :

## CONSENT TO SUBSTITUTION OF COUNSEL

Defendant, WINN DIXIE STORES, INC., hereby consents to the Firm of Wade, Palmer & Shoemaker, P.A. substituting as its counsel of record in this matter in place of the firm of Shell, Fleming, Davis & Menge. Robert C. Palmer, III, remains as named counsel of record in this matter for cases involving Plaintiffs Everett Brown, Joan Knabb, Shawn Vestal and Summer Richards against Debtor, Winn-Dixie Stores, Inc.

DONE this __26th__ day of November, 2007

WINN DIXIE STORES, INC

BY: _Robert Faison_

ITS: _General Liability Claims Mgr._