**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF FILING**

Winn-Dixie Stores, Inc. and twenty-three of its reorganized debtor affiliates, give notice

of filing the attached Notice of Withdrawal of Application for Administrative Claim (Docket No.

13597) filed by Lyons, Pipes & Cook, P.C.

Dated:  December 19, 2007.


SMITH HULSEY & BUSEY


By    *s/ Leanne McKnight Prendergast*
　　　　Stephen D. Busey
　　　　James H. Post
　　　　Leanne McKnight Prendergast

　　　　Florida Bar Number 0059544
　　　　225 Water Street, Suite 1800
　　　　Jacksonville, Florida  32202
　　　　(904) 359-7700
　　　　(904) 359-7708 (facsimile)
　　　　lprendergast@smithhulsey.com

　　　　Counsel for Reorganized Debtors


592099