## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF WITHDRAWAL OF
### APPLICATION FOR ADMINISTRATIVE CLAIM

Applicant, Lyons, Pipes & Cook, P.C. hereby withdraws its Application for Payment of Administrative Expense (Docket No. 13597) and any other administrative claim they may have against the Debtors or their estates.

Dated: December 17, 2007.

Lyons, Pipes & Cook, P.C.

By **Richard B. Johnson**
Name

2 North Royal Street
PO Box 2727
Mobile, Alabama 36652-2727
(251) 432-4481

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing document was furnished by facsimile and mail on December 17, 2007 to James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708.

_____
Attorney

00579522