UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:05-bk-3817-3F1 |
| WINN DIXIE STORES, INC., et al. | Chapter 11 |
| Debtor(s). | Judge Jerry A. Funk |

## MOTION FOR TRIAL CONTINUANCE

Now comes Hamilton County, by and through the undersigned counsel, who hereby respectfully move this Honorable Court for a short trial extension in the above-referenced matter. Counsel for Debtor, Winn Dixie Stores, Inc., do not object to said request. A Memorandum in Support accompanies this Motion.

Respectfully submitted,

MAGUIRE & SCHNEIDER, L.L.P.

By    /s/ Keith W. Schneider
Keith W. Schneider (979333)
6646 Willow Park Dr., Suite D
Naples, FL 34109
Telephone: 239-254-8948
Facsimile: 239-514-1054
*Attorney for Hamilton County, Ohio*

**MEMORANDUM IN SUPPORT**

Pursuant to the Order of this Court, the trial on Debtor's Second Omnibus Objection to Tax Claims and Motion for Order to Terminate Tax Liability with respect to Claim No. 12624 by Hamilton County, Ohio, has been scheduled for trial January 11, 2008, at 9:30 a.m., before this Honorable Court. Counsel for Hamilton County is scheduled to have foot surgery on December 28, 2007. Counsel for Hamilton County only learned on Tuesday, December 11, 2007, that the recovery period for said surgery is more extensive than originally contemplated. As such, counsel will have travel restrictions imposed upon him. Moreover, it is quite possible the undersigned will be severely limited in mobility and/or be able to stand for long periods of time or about January 11, 2008.

In addition to the pending medical condition which necessitates this request, the parties can use this period to engage in some form of settlement negotiations. This extension of the trial date will allow the parties to meaningfully engage in those efforts.

WHEREFORE, it is respectfully requested trial in this matter be continued. Counsel for Hamilton County respectfully requests that it not be rescheduled for the week of March 17, 2008, as counsel for Hamilton County is otherwise not available that week for a trial. Counsel for the Debtor has been notified of this request and has indicated in writing they shall not object to a short trial continuance.

Respectfully submitted,

**MAGUIRE & SCHNEIDER, L.L.P.**

By  /s/ Keith W. Schneider
Keith W. Schneider (979333)
6646 Willow Park Dr., Suite D
Naples, FL  34109
Telephone:  239-254-8948
Facsimile:  239-514-1054
*Attorney for Hamilton County, Ohio*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing the Motion for Trial Continuance was served upon each of the following, via electronic transmission through ECF filing, this 19th day of December, 2007.

D. J. Baker
Skadden, Arps, Slate, Meagher & From, LLP
Four Times Square
New York, NY  10036

Beau Bowin
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

By  /s/ Keith W. Schneider
Keith W. Schneider  (979333)