UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al.,            Case No. 3:05-bk-03817-JAF

         Debtors.                        Chapter 11 – Jointly Administered
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES AND PLEADINGS

COMES NOW the undersigned Counsel and files this Notice of Appearance and Request for all Notices and Pleadings on behalf of creditor, Elaine Madera, in the above styled cause as the attorney of record. The undersigned requests to be added to the current mailing matrix and receive notices and pleadings on behalf of Elaine Madera.

                                            /s/ Brian J. Gillis
                                            Brian J. Gillis
                                            Florida Bar No. 0793639
                                            Bogin, Munns & Munns, P.A.
                                            Attorney for Creditors
                                            Brian Marcus and Tara Marcus
                                            2601 Technology Drive
                                            Post Office Box 2807
                                            Orlando, FL 32802
                                            Phone: 407-578-1334
                                            Fax:    407-578-2801

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing notice of appearance for creditor, Elaine Madera was served by Electronic Notice through the CM/ECF System and U.S. mail to James H. Post, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Counsel for the Reorganized Debtors; Matthew Barr, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York 1005, Counsel for the Post-Effective Date Committee; U.S. Trustee by Electronic Notice through the CM/ECF System this 19th day of December, 2007.

/s/ Brian J. Gillis
BRIAN J. GILLIS