*Bogin, Munns & Munns, P.A.*

*Attorneys and Counselors at Law*

1396 N.E. 20TH AVENUE
#400
OCALA, FLORIDA 34470
TELEPHONE (352) 690-7400
FAX (352) 690-6618

July 27, 2006

Sedgewick Claims
Attention: Rebecca Peters
P.O. Box 24787
Jacksonville, FL 32241

RE: Your Insured: Winn Dixie Stores
Your Claim #: 61120313
Date of Loss: April 16, 2006
Our Client: Elaine Madera (Lugo)

Dear Ms. Peters;

    By way of this letter we are advising we represent the interests of Elaine Madera with regard to injury sustained in the above captioned accident.

    Pursuant to Florida Statute § 627.4137, please forward to me within thirty (30) days from the date of this letter, a written statement, under oath, from the appropriate representative of the insurer, setting forth the following information with regard to your insurance coverage in regard to your insured, Winn Dixie Stores, of coverage applicable as of April 16, 2006.

1. The name of the insured;
2. The name of each insured named on the policy;
3. The limits of liability coverage;
4. Statement of any policy or coverage defenses which the insurer reasonably believes is available to it, as of the time of the filing of this statement; and
5. A copy of the policy declarations page

Sedgewick Claims
Your Claim #: 611203313
July 27, 2006

Page two


      Your anticipated cooperation in this regard is greatly appreciated. Please do not hesitate to contact the undersigned attorney should you have any questions with regard to this request.

                          Sincerely

                          BOGIN, MUNNS & MUNNS

                          BY:_____
                          Pamela Bounds Olsen, Esquire

PBO:cbw
/c:E.Madera

*Bogin, Munns & Munns*
*Attorneys and Counselors at Law*