UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al.,　　　　　Case No. 3:05-bk-03817-JAF

　　　　　Debtors.　　　　　　　　　　　　Chapter 11 – Jointly
Administered
_____/

## AFFIDAVIT

STATE OF FLORIDA　　）
COUNTY OF MARION　）

Before me, the undersigned authority, personally appeared Elaine Madera, who, upon being duly sworn, deposes and says:

1.　　My name is Elaine Madera. I am over the age of eighteen, I have personal knowledge of the following facts and I am competent to testify. I am a resident of the State of Florida.

2.　　On April 16, 2006, I suffered personal injuries as a result of the negligence by the Debtors at Store #2229, located in Marion County, Florida. I never received notice of the bankruptcy of the Debtor or an administrative bar date that could affect my claim. My attorneys never received said notice either.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Elaine Madera

SWORN AND SUBSCRIBED this 12th day of December, 2007, by Elaine Madera, who is [✓] personally known to me, or who [ ] produced _____ as identification.

_____
Notary Public

(seal)

ELIZABETH L. HETCHLER
Comm# DD0291474
Expires 8/11/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN DIXIE STORES, INC., et al.,            Case No. 3:05-bk-03817-JAF

          Debtors.                    Chapter 11 – Jointly
Administered
_____/

**AFFIDAVIT**

STATE OF FLORIDA       )
COUNTY OF MARION   )

Before me, the undersigned authority, personally appeared Pamela Bounds Olsen, who, upon being duly sworn, deposes and says:

1. My name is Pamela Bounds Olsen. I represent Claimant Elaine Madera for her personal injury claim against the Debtor. I am over the age of eighteen. I have personal knowledge of the following facts and I am competent to testify. I am a resident of the State of Florida.

2. On July 27, 2006, I sent a letter of representation to Debtor's insurance adjusters, Sedgwick Claims Management Services, Inc. ("Sedgwick"), informing Sedgwick of the claim. At no time thereafter did I receive notice from Sedgwick, the Debtor or this Court informing me of the Debtor's bankruptcy or the administrative claims bar date in response to the claim of Elaine Madera.

3. However, during the early part of 2007, I became aware of the Debtor's filing bankruptcy and the administrative claims bar date regarding other personal injury

files of our firm. Our office timely filed applications for administrative claims regarding those files.

4. My office started a review of the personal injury files upon learning of the bankruptcy of the Debtor. However, we did not discover that Elaine Madera's claim was subject to the claims bar date until after January 5, 2007, as no notice was ever received at this office or by the client, Ms. Madera. The attached Letter of Representation sent on July 27, 2006 is proof Winn Dixie was on notice of this claim.

**FURTHER AFFIANT SAYETH NAUGHT**

_____
Pamela Bounds Olsen

SWORN AND SUBSCRIBED this 12th day of December, 2007, by Pamela Bounds Olsen, who is [✓] personally known to me, or who [ ] produced _____ as identification.

ELIZABETH L. HETCHLER
Comm# DD0291474
Expires 6/11/2008
thru (800)432-4254
Florida Notary Assn., Inc

_____
Notary Public

(seal)