UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                     Chapter 11

   Debtors.                                          Jointly Administered
_____/

**SUPPLEMENT TO EXHIBIT REGISTER**

Exhibits submitted on behalf of:

☐ Plaintiff   ☐ Defendant   ☐ Debtor   ☒ Other: **Creditors: IRT Partners, L.P., and Equity One (Hunter's Creek), Inc.**

Date of Hearing/Trial: **December 20, 2007 at 9:30 a.m.**

Type of Hearing/Trial: **Trial on Debtors' Objection to Claim No. 13740 filed by IRT Partners, L.P. and Claim No. 13741 filed by Equity One (Hunter's Creek), Inc. (D.E. 15849)**

SUBMITTED BY:   Mark D. Bloom, Esq.
                Paul J. Keenan Jr., Esq.
                Greenberg Traurig, P.A.
                1221 Brickell Avenue
                Miami, FL 33131
                Telephone: (305) 579-0500

| Exhibit Number | Description | Debtor | Claimants | Admitted in Evidence | Admitted for I.D. |
|---|---|---|---|---|---|
| 17. | Direct Registration Book-Entry Statement dated December 21, 2006 (Equity One (Hunter's Creek), Inc.) | | | | |

| Exhibit Number | Description | Debtor | Claimants | Admitted in Evidence | Admitted for I.D. |
|---|---|---|---|---|---|
| 18. | Direct Registration Book-Entry Statement dated January 4, 2007 (IRT Partners, L.P.) | | | | |

Dated: December 19, 2007.

GREENBERG TRAURIG, P.A.
Attorneys for Claimants
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: ___/s/ Mark D. Bloom___
    MARK D. BLOOM
    Florida Bar No. 303836
    PAUL J. KEENAN JR.
    Florida Bar No. 594687

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing has been sent by electronic transmission on December 19, 2007, to Cynthia C. Jackson, Esq., and Beau Bowin, Esq., Smith Hulsey & Busey at cjackson@smthhulsey.com and bbowin@smthhulsey.com.

/s/ Mark D. Bloom
MARK D. BLOOM

MIA 179836946v2 12/19/2007

3

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com