UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 11098 FILED
BY BFI WASTE SYSTEMS OF NORTH AMERICA, INC., AS SET
FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION**

This cause came before the Court for hearing on June 29, 2006, upon the Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Objection") (Docket No. 8116) filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively the "Reorganized Debtors") to the proofs of claim listed on the exhibits to the Objection. On June 29, 2006, the Court entered an order (Docket No. 8902) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to Claim No. 11098 filed by BFI Waste Systems of North America, Inc. ("BFI") and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 11098 filed by BFI is reduced from $209,312.26 and allowed as a Class 14 Vendor/Supplier Claim in the amount of $127,675.26.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2. Logan & Company, Inc., the claims agent appointed in the Reorganized Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this \_\_17\_\_ day of December 2007, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00582347.2.1

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| FENNEMORE CRAIG | SMITH HULSEY & BUSEY |
|---|---|
| By   /s/ Bryan Albue* | By   s/ Cynthia C. Jackson |
| Bryan Albue | Cynthia C. Jackson, F.B.N. 498882 |
| 3003 North Central Avenue, Suite 2600 | 225 Water Street, Suite 1800 |
| Phoenix, Arizona 85012-2913 | Jacksonville, Florida 32202 |
| (602) 916-5311 | (904) 359-7700 |
| (602) 916-5511 (facsimile) | (904) 359-7708 (facsimile) |
| balbue@fclaw.com | cjackson@smithhulsey.com |
| | |
| Counsel for BFI Waste Systems of North America, Inc. | Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00582347.2.1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Dec 17, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Dec 19, 2007.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2007**                          **Signature:**   _Joseph Speetjens_