**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | CASE NO.: 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC. et al ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |

## NOTICE OF LAW OFFICE CHANGE OF ADDRESS

Notice is hereby given that Rubin and Rubin will change its physical address as of December 26, 2007 to 110 SW ATLANTA AVENUE, STUART, FL 34994. Please continue to submit all correspondence to P.O. Box 395, Stuart, FL 34995.

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail and via electronic means to counsel for the Debtor this 20th day of December, 2007.

GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorney for Plaintiff

1