UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

AGREED ORDER VACATING ORDER
DISALLOWING THE CLAIM OF DIANA LEA ALVAREZ

This matter is before the Court upon the Amended Motion for Reconsideration of Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Based Upon Insufficient Documentation or Late Filed Proofs of Claim, as Said Order Applies To Claim Number 8637 of Diana Lea Alvarez (Docket No. 16672), filed by Diana Lea Alvarez. Based upon the consent of the parties as set forth below, it is

ORDERED:

1. The Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Based Upon Insufficient Documentation or Late Filed Proofs of Claim entered in theses cases on April 9, 2007 is vacated solely as it relates to Claim Number 8637 filed by Diana Lea Alvarez.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2.      The entry of this Order is without prejudice to the Debtors' remaining objections to Claim Number 8637 filed by Diana Lea Alvarez, including the Debtors' objections of disputed liability and disputed amount.

3.      Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

4.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __20__ day of December, 2007, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Leanne McKnight Prendergast, Esq.

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00590693

y

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | EDWARD P. JACKSON, P.A. |
|---|---|
| By  *s/ Leanne McKnight Prendergast*<br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast | By  *s/ Edward P. Jackson**<br>    Edward P. Jackson |
| Florida Bar Number 0059544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | Florida Bar Number 286648<br>255 N. Liberty Street, First Floor<br>Jacksonville, FL 32202<br>(904) 358-1952<br>(904) 358-1288 (Facsimile)<br>edward@edwardpjackson.com |
| Counsel for Reorganized Debtors | Attorney for Diana Lea Alvarez |
| | *counsel has authorized the use of his electronic signature |

3