

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 20, 2007
9:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/Beau Bowin/D.J. Baker

Trial: Objection to Claim #13740 of IRT Partners, L.P. and Claim #13741 of Equity One (Hunter's Creek) Inc. Filed by Debtor (Doc. 15849)

| | |
|---|---|
| (Doc. 19308) | Notice of Filing Legal Authority filed by IRT Partners and Equity One |
| (Doc. 19310) | Exhibit List filed by Winn-Dixie Stores, Inc. |
| (Doc. 19311) | Exhibit List filed by IRT Partners and Equity One |
| (Doc. 19341) | Notice of Filing Legal Authority filed by Winn-Dixie Stores, Inc. |
| (Docs. 19342 & 19343) | Trial Memorandum in Response to Debtor's Objection filed by IRT and Equity One |
| (Doc. 19344) | Trial Memorandum on Objection to Claims of Equity One (Hunter's Creek), Inc. and IRT Partners, L.P. filed by Winn-Dixie Stores, Inc. |
| (Doc. 19374) | Supplement to Exhibit Register - filed by IRT Partners, L.P. and Equity One |

(3 Hours)


APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR

IRT PARTNERS L.P.:             MARK BLOOM
EQUITY ONE (HUNTER'S CREEK), INC:   MARK BLOOM

RULING: