UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER ON DEBTORS' (I) THIRD OMNIBUS OBJECTION
TO TAX CLAIMS AND (II) MOTION REQUESTING DETERMINATION
OF TAX VALUES AND LIABILITIES AS IT RELATES TO
CLAIM NUMBER 11830 FILED BY BALDWIN COUNTY**

This matter having come before the Court under 11 U.S.C. §§ 105, 502, 505 and 506, Fed. R. Bank. P. 3007 and 9014 and Rule 3007-1 on the (i) Debtors'[1] Third Omnibus Objection to Tax Claims (the "Objection") and (ii) Motion For Order Determining Tax Liabilities (the "Motion") (Docket No. 8772), as it relates to Claim Number 11830 filed by Baldwin County (the "Baldwin Tax Claim"). The Court has reviewed the Motion and the Objection and has considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, the Court makes the following findings of fact:

A.  This Court has jurisdiction over the Motion and Objection under 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2).

B.  The Baldwin Tax Claim and the unclaimed liabilities identified on the attached Exhibit A is based on an improper assessment and therefore asserts an improper amount.

C.  The adjustments to the Baldwin Tax Claim assessed values are appropriate for the reasons set forth in the Motion and Objection.

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion and the Objection.

D.   The amounts indicated in the "Revised Assessed Value" column on the attached Exhibit A reflect the correct taxable values for the properties identified on the Exhibit.

E.   The values indicated in the "Independent Appraiser's Market Values" column on the attached Exhibit B reflect the appropriate market value basis for computing assessed values for tax year 2006.

ORDERED AND ADJUDGED THAT:

1.   The Motion is granted and the Objection is sustained as to the Baldwin Tax Claim.

2.   The tax values for the properties listed on Exhibit A to this Order in the column titled "Revised Assessed Value" are correct and Baldwin County is directed to use such tax values to compute the Debtors' tax liabilities for the 2005 tax year.

3.   The Revised Tax Amounts listed on the attached Exhibit A are the correct amount of tax liabilities owed by the Debtors to Baldwin County.

4.   Claim 11830 is allowed in the amount of $38,629.30.

5.   The Market Values listed on the attached Exhibit B are the appropriate values for the properties identified on Exhibit B and Baldwin County is directed to compute the assessed values and corresponding taxes for tax year 2006 based on those Market Values.

6.   Pursuant to Section 506(b), the interest rate on the Revised Tax Amount for allowed secured claims, if any, identified on the attached Exhibit A will be calculated using the Adjusted Rate of 6% per annum.

7.   Upon payment of the revised tax amounts as set forth on Exhibit A, any liens relating to the Debtors' secured tax liabilities addressed in this Objection and

Motion are extinguished. The Debtors' are authorized to file any documents necessary with the appropriate governmental body to reflect the release of such liens.

    8.    This Court retains jurisdiction over the Debtors and Baldwin County with respect to any matters related to or arising from implementation of this Order.

DATED December 21, 2007 at Jacksonville, Florida

                                  Jerry A. Funk
                                  United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00591339

# EXHIBIT A

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BALDWIN COUNTY REVENUE COMMISSIONER | | | | | | | | (County and State: BALDWIN, AL) | | | | | | |
| | 0586 | R | Priority | 9/19/2005 | 11830 | 05-03817-3F | $81,718.69 | 23-05-16-2-001-029.001-501 | 2000 | 149,400 | $6,274.80 | 149,400 | $6,274.80 | OK |
| | 0586 | R | Priority | 9/19/2005 | 11830 | 05-03817-3F | $81,718.69 | 23-05-16-2-001-029.001-501 | 2001 | 149,400 | $6,274.80 | 149,400 | $6,274.80 | OK |
| | 0586 | R | Priority | 9/19/2005 | 11830 | 05-03817-3F | $81,718.69 | 23-05-16-2-001-029.001-501 | 2002 | 149,400 | $6,349.50 | 149,400 | $6,349.50 | OK |
| | 0586 | R | Priority | 9/19/2005 | 11830 | 05-03817-3F | $81,718.69 | 23-05-16-2-001-029.001-501 | 2003 | 149,400 | $6,349.50 | 149,400 | $6,349.50 | OK |
| | 0586 | R | Priority | 9/19/2005 | 11830 | 05-03817-3F | $81,718.69 | 23-05-16-2-001-029.001-501 | 2004 | 149,400 | $6,349.50 | 149,400 | $6,349.50 | OK |
| | 0586 | R | Priority | 9/19/2005 | 11830 | 05-03817-3F | $81,718.69 | 23-05-16-2-001-029.001-501 | 2005 | 165,440 | $7,031.20 | 165,440 | $7,031.20 | OK |
| | 0570 | R | | | NIC | | | 54-08-33-2-000-016.003 | 2004 | 689,960 | $22,768.68 | 491,765 | $16,228.25 | A |
| | 0570 | R | | | NIC | | | 54-08-33-2-000-016.003 | 2005 | 685,360 | $22,616.88 | 491,765 | $16,228.25 | A |
| | 0586 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P080616 | 2005 | 45,020 | $1,485.66 | 23,856 | $787.25 | A |
| | 0570 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P080618 | 2005 | 85,920 | $2,835.36 | 36,960 | $1,219.68 | A |
| | 0570 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P080620 | 2005 | 190,120 | $6,083.84 | 34,584 | $1,106.70 | A |
| | 0490 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P086193 | 2005 | 104,180 | $4,427.65 | 36,960 | $1,570.80 | A |
| | 0571 | PP | Priority | 7/18/2005 | 6677 | | | P221693 | 2004 | 239,680 | $10,306.24 | 44,615 | $1,918.46 | A |
| | 0599 | PP | | | NIC | | | P221693 | 2005 | 191,820 | $8,248.26 | 39,487 | $1,697.95 | A |
| | 0599 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P234778 | 2004 | 291,720 | $12,543.96 | 32,067 | $1,378.86 | A |
| | 0596 | PP | | | NIC | | | P234778 | 2005 | 248,100 | $10,668.30 | 29,747 | $1,279.12 | A |
| | 0596 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P243964 | 2004 | 324,020 | $10,692.66 | 30,365 | $1,002.04 | A |
| | 1345 | PP | | | NIC | | | P243964 | 2005 | 283,040 | $9,340.32 | 26,295 | $867.75 | A |
| | 1345 | PP | Priority | 7/18/2005 | 6677 | 05-03817-3F | $43,089.39 | P80616 | 2004 | 47,920 | $1,581.36 | 27,548 | $909.08 | A |
| | 0586 | PP | | | NIC | | | P80618 | 2004 | 100,000 | $3,300.00 | 42,680 | $1,408.44 | A |
| | 0570 | PP | | | NIC | | | P80620 | 2004 | 226,580 | $7,250.56 | 39,937 | $1,277.98 | A |
| | 0490 | PP | | | NIC | | | P86193 | 2004 | 128,380 | $5,455.15 | 42,680 | $1,813.90 | A |
| | | | | | | | | | Tax Subtotals | | $178,235.18 | | $89,323.80 | |

Legend for Basis for Adjustment Codes:  A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Legend for Case Number(s):  05-03817-3F1   Winn-Dixie Stores, Inc

Footnotes:
\* PP in property type is a personal property account and R is a real property account
\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.
\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.
\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees
\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

## EXHIBIT B

| Jurisdiction | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| BALDWIN COUNTY REVENUE COMMISSIONER | P080620 | 25405 PERDIDO BLVD, ORANGE BEACH AL 36561 | 160,571 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | 54-08-33-2-000-016.003 | 1235 SOUTH MCKENZIE ST., FOLEY AL 36535 | 2,458,824 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P080618 | 1235 SOUTH MCKENZIE ST., FOLEY AL 36535 | 171,600 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P086193 | 710 MCMEANS AVE., BAY MINETTE AL 36507 | 171,600 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P080616 | HWY 59 AND 16TH STREET, GULF SHORES AL 36542 | 110,760 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P234778 | 3075 US HWY 98, DAPHNE AL 36526 | 180,625 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P221693 | 187 BALDWIN SQUARE, FAIRHOPE AL 36532 | 179,487 | A |
| BALDWIN COUNTY REVENUE COMMISSIONER | P243964 | 21951 HWY 59 SOUTH, SUITE F, ROBERTSDALE AL 36567 | 122,086 | A |