UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05-bk-3817-3F1

WINN DIXIE STORES, INC., et al.   Chapter 11

Debtor(s).   Judge Jerry A. Funk

## ORDER Granting Motion to Continue Trial

This matter came before the Court upon the Motion for Trial Continuance filed by Hamilton County, Ohio, in the above action.

The Court has reviewed said Motion, understands that Counsel for Hamilton County will be limited in mobility due to a foot surgery during the time period this trial is to take place, understands that Counsel for Winn Dixie does not oppose a short extension of this trial, and understands that any continuance of the trial is time the parties can engage in settlement negotiations.

**WHEREFORE**, in the interests of Justice, this Motion for Continuance of Trial Date is hereby granted. The trial is rescheduled for APRIL 2, 2008 at 9:00 A.m.

**DONE and ORDERED** in ~~Chambers~~ Jacksonville, Florida, December 21, 2007.

JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE