UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    Case No. 3:05-bk-3817-3F1

WINN DIXIE STORES, INC., et al.           Chapter 11

       Debtor(s).                         Judge Jerry A. Funk

ORDER Granting Motion to Continue Trial

This matter came before the Court upon the Motion for Trial Continuance filed by Hamilton County, Ohio, in the above action.

The Court has reviewed said Motion, understands that Counsel for Hamilton County will be limited in mobility due to a foot surgery during the time period this trial is to take place, understands that Counsel for Winn Dixie does not oppose a short extension of this trial, and understands that any continuance of the trial is time the parties can engage in settlement negotiations.

**WHEREFORE**, in the interests of Justice, this Motion for Continuance of Trial Date is hereby granted. The trial is rescheduled for APRIL 2, 2008 at 9:00 A.m.

**DONE and ORDERED** in ~~Chambers~~ Jacksonville, Florida, December 21, 2007.

JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Dec 21, 2007
Case: 05-03817                Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Dec 23, 2007.
aty          +Keith W Schneider,   Maguire & Schneider, LLP,   6646 Willow Park Drive, Suite D,
               Naples, FL 34109-9017

The following entities were served by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2007**                            **Signature:** _Joseph Speetjens_