UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                            Chapter 11

WINN-DIXIE STORES, INC., et al.,                Case No. 05-03817-3F1
                                                                  Jointly Administered
          Reorganized Debtors.
_____/

**MOTION TO SUBMIT PENDING MATTERS TO MEDIATION
AND REQUEST FOR APPOINTMENT OF MEDIATOR**

Diana Clark ("Ms. Clark"), by and through her undersigned counsel, hereby files her Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator (the "Mediation Motion"). In support of the Mediation Motion, Ms. Clark respectfully represents as follows:

**Jurisdiction and Venue**

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

2.  This is a core proceeding pursuant to 28 U.S.C. §157.

3.  Venue of the Debtors' Chapter 11 cases and this Mediation Motion in this Court is proper pursuant to 28 U.S.C. §§1408 and 1409.

4.  The statutory predicate for the relief sought herein is L.B.R. 9019-2.

**Background**

5. The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005.

6. On February 22, 2005, this Court entered an order jointly administering the Debtors' Chapter 11 cases under Case No. 05-03817-3F1.

7. On June 25, 2007, Ms. Clark filed a Motion to Enlarge Time for Diana Clark to File an Application for an Administrative Expense Claim (the "Motion to Enlarge") [Docket No. 16984] and an Application for Allowance and Payment of Administrative Expense Claim (the "Application") [Docket No. 16985].

**Relief Requested and Grounds Therefor**

9. Pursuant to L.B.R. 9019-2, Ms. Clark respectfully requests that this Court submit all contested matters and proceedings, including any subsequent contested matters and proceedings, involving the Debtors and Ms. Clark, together with any other affected parties, to mediation and appoint a mediator.

10. The submission of all pending matters to mediation and the appointment of a mediator is in the best interest of the estate.

WHEREFORE, the Ms. Clark respectfully requests that this Court enter an order (A) granting the Mediation Motion; (B) submitting all contested matters and proceedings, including any subsequent contested matters and proceedings, involving the Debtors and Ms. Clark, and other affected parties, to mediation; (C) appointing a mediator; and (D) providing for such other and further relief as is just.

Dated this 26th day of December, 2007.

/s/ Amy Denton Harris
Stephen R. Leslie
Florida Bar No. 0000349
Amy Denton Harris
Florida Bar No. 0634506
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: sleslie@srbp.com
       aharris@srbp.com
Attorneys for Diana Clark and Lee Pitisci

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the following electronically via the Court's CM/ECF system on this 26th day of December, 2007:

Stephen D. Busey, Esquire
James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Elena L. Escamilla, Esquire
Office of the United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

/s/ Amy Denton Harris
Amy Denton Harris
Florida Bar No. 0634506