UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Chapter 11

WINN-DIXIE STORES, INC., et al.,                    Case No. 05-03817-3F1
                                                    Jointly Administered
    Reorganized Debtors.
_____/

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator [Docket No. 19390] by creditor Janice Shank, has been served on this 26th day of December, 2007, via electronic mail transmission to:

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Email Address: mbarr@milbank.com

                                     /s/ Amy Denton Harris
                                     Stephen R. Leslie
                                     Florida Bar No. 0000349
                                     Amy Denton Harris
                                     Florida Bar No. 0634506
                                     Stichter, Riedel, Blain & Prosser, P.A.
                                     110 E. Madison Street, Suite 200
                                     Tampa, Florida 33602
                                     Telephone: (813) 229-0144
                                     Facsimile: (813) 229-1811
                                     Email: sleslie@srbp.com
                                              aharris@srbp.com
                                     Attorneys for Janice Shank