UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Chapter 11

WINN-DIXIE STORES, INC., et al.,                Case No. 05-03817-3F1
                                                Jointly Administered
      Reorganized Debtors.
_____/

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator [Docket No. 19391] by creditor Diana Clark, has been served on this 26th day of December, 2007, via electronic mail transmission to:

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Email Address: mbarr@milbank.com

                    /s/ Amy Denton Harris
                    Stephen R. Leslie
                    Florida Bar No. 0000349
                    Amy Denton Harris
                    Florida Bar No. 0634506
                    Stichter, Riedel, Blain & Prosser, P.A.
                    110 E. Madison Street, Suite 200
                    Tampa, Florida 33602
                    Telephone: (813) 229-0144
                    Facsimile: (813) 229-1811
                    Email: sleslie@srbp.com
                            aharris@srbp.com
                    Attorneys for Diana Clark