Hearing Date: Jan. 10, 2008 at 1:30 pm
Response Deadline: Dec. 31, 2007 at 4:00

FILED
JACKSONVILLE, FLORIDA
DEC 27 2007
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

United States Bankruptcy Court Middle District of Florida Jacksonville Division

CASE NO.: 05-03817-3F1

In re:
Winn-Dixie Stores, Inc. et al
Reorganized Debtors

Germany Legur (minor) and Fito Legur, guardian, opposes the disallowance of the claims (claim #'s: 10435, 10436 and 10443) so do not disallow these claims.

The original was sent to the Clerk of Court, United States Courthouse, 300 North Hogan St, Suite 3-350, Jacksonville, FL 32202 by US Express Mail (#EB 541 485 761 US) and to Leanne McKnight Prendergast, 225 Water St., #1800, Jacksonville, FL 32202 via Facsimile (904) 359-7708 this 26th day of December, 2007.

Claim #'s: ① 10435
② 10436
③ 10443

- Fito Legur (minor)