HEARING DATE: Jan. 10, 2008 at 1:30 pm
Response Deadline: Dec. 31, 2007 @ 4:00

United States Bankruptcy Court
Middle District of Florida
Jacksonville Division

CASE NO: 05-03817-3F1

In re:
Winn-Dixie Stores, Inc. et al
Reorganized Debtors

Victor Bernace, opposes the disallowance of his claims (CLAIM NOS: 10437, 10438 and 10439) and requests that these claims are not disallowed.

The original was sent to the clerk of Courts, United States Court House, 300 North Hogan St., Suite 3-350, Jacksonville, FL 32202 by ~~Federal Express~~ US Express Mail (# EB 541485761 US) and to Leanne McKnight Prendergast, 225 Water ~~Street~~, #1800, Jacksonville, FL 32202 via Facsimile (904) 359-7708 This 26th day of ~~December~~, 2007.

Victor Bernace
Claim #s: 10437, 10438 and 10439