## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and its affiliated debtors, give notice of filing the attached Notice of Withdrawal of Application for Allowance and Payment of Administrative Expense Claim filed by Vogel and Vogel (Docket No. 11640).

Dated:  December 28, 2007

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
         Stephen D. Busey
         James H. Post
         Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

00592913

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FILED BY VOGEL AND VOGEL

Applicant, Vogel and Vogel, an Arkansas general partnership, hereby withdraws its Application for Allowance and Payment of Administrative Expense Claim (Docket No. 11640) and any other administrative claims they may have against the Reorganized Debtors or their estates.

Dated:  December 27, 2008.

HILBURN, CALHOON, HARPER,
PRUNISKI & CALHOUN, LTD.

By: _____
J. Maurice Rogers

P.O. Box 5551
North Little Rock, Arkansas 72119
(501) 372-0110
(501) 372-2028 (facsimile)
jmrogers@hilburnlaw.com

Counsel for Vogel and Vogel

00592746

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing document was furnished by facsimile and mail to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708, this 28th day of December, 2007.

By: _____
Attorney