**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING DEBTORS' THIRD OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED**

Please take notice that a hearing will be held on **January 10, 2008** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors' Third Omnibus Objection to Administrative Claims Which Have Been Settled or Released (Docket No. 19266) (the "Objection").

Only responses to the Objection which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **January 8, 2008**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: January 2, 2008

                SMITH HULSEY & BUSEY

                By  *s/ Leanne McKnight Prendergast*
                    Stephen D. Busey
                    James H. Post
                    Leanne McKnight Prendergast

                Florida Bar Number 59544
                225 Water Street, Suite 1800
                Jacksonville, Florida 32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                lprendergast@smithhulsey.com

                Counsel for Reorganized Debtors

00593158

Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to the individuals listed below this 2nd day of January, 2008.

Gallivan, White & Boyd, P.A.
c/o J. Michael Brown
Post Office Box 10589
Greenville, South Carolina 29603

Trinchard & Trinchard, LLC
c/o Clare Trinchard
72401 Highway 59
Abita Springs, Louisiana 70420

Hill, Hill, Carter, Franco, Cole
& Black, P.C.
c/o Randall Morgan
Post Office Box 116
Montgomery, Alabama 36101-0116

Hartford Insurance Company
c/o Denise M. Anderson
Butler Pappas Weihmuller Katz Craig LLP
One Harbour Island Boulevard
Tampa, Florida 33602

Law Firm of Robert M. Clyatt
c/o Robert Clyatt
3269 North Valdosta Boulevard
Post Office Box 5799
Valdosta, Georgia 31603

Humberto Abreu
c/o Robert Wilcox
Wilcox Law Firm
6817 Southpoint Parkway, Suite 1202
Jacksonville, Florida 32216

Lyons, Pipes & Cook, P.C.
c/o Warren Butler
2 North Royal Street
Post Office Box 2727
Mobile, Alabama 36652-2727

Stafford, Stewart and Potter
c/o Russell Potter
3112 Jackson Street
Post Office Box 1711
Alexandria, Louisiana 71309

Francis Summey Goins
603 North Oakland Street
Dallas, North Carolina  28034

Gina Penner Moore
#7 Oakwood Court
Tuscaloosa, Alabama 35401

The Law Firm of Gaebe, Mullen, Antonelli,
Esco & DiMatteo
c/o Stephen Montalto
420 South Dixie Highway, Third Floor
Coral Gables, Florida 33146

         *s/ Leanne McKnight Prendergast*
         Attorney

00593158