UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of Order on Debtors' (I) Third Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities as it Relates to Claim Number 11830 Filed by Baldwin County (Docket No. 19381) was furnished by mail on December 28, 2007 to Baldwin County Revenue Commissioner, Attn: James P. Nix, Jr., P.O. Box 1549, Bay Minette, Alabama 36507-1549 and Baldwin County Revenue Commissioner, P.O. Box 1549, Property Tax, Bay Minette, Alabama 36507-1549.

Dated: January 3, 2008

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By   *s/ D. J. Baker*   D. J. Baker   Sally McDonald Henry   Rosalie Walker Gray | By   *s/ Cynthia C. Jackson*   Stephen D. Busey   James H. Post   Cynthia C. Jackson |
| Four Times Square   New York, New York 10036   (212) 735-3000   (917) 777-2150 (facsimile)   djbaker@skadden.com | Florida Bar Number 498882   225 Water Street, Suite 1800   Jacksonville, Florida  32202   (904) 359-7700   (904) 359-7708 (facsimile)   cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00592940