UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,              )          Case No. 05-03817-3F1
                                                                          Chapter 11
      Reorganized Debtors.                     )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Which Have Been Settled, Released, Withdrawn or Abandoned (Docket No. 19305) was furnished by mail on December 28, 2007 to all parties on the service list attached as Exhibit A.

Dated: January 3, 2008

                                                SMITH HULSEY & BUSEY

                                                By   *s/ James H. Post*
                                                      Stephen D. Busey
                                                        James H. Post

                                              Florida Bar Number 175460
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              jpost@smithhulsey.com

                                              Counsel for Reorganized Debtors

00592926

<u>EXHIBIT A</u>

BERNACE, VICTOR
WILLIAM W. BRADY PA
ATTN WILLIAM BRADY JR ESQ
3211 PONCE DE LEON BLVD, STE 200
CORAL GABLES, FL 33134

BLACK, THERESA Y
C/O SIMON & D'ALEMBERTE, PL
ATTN R SIMON/G D'ALEMBERTE, ESQS
1001 BRICKELL BAY DRIVE, STE 1200
MIAMI, FL 33131

BROWN, ROY
C/O JOHN T CROLEY, JR LAW OFFICES
ATTN TONI SAWYER, ESQ
311 W CENTRAL AVENUE
PO BOX 690
FITZGERALD, GA 31750-0690

CENTRAL STATES SE & SW AREAS
HEALTH & WELFARE FUND
9377 WEST HIGGINS ROAD
ROSEMONT, IL 60018-4938

CENTRAL STATES SE & SW AREAS
C/O COGHLAN KUKANKOS COOK LLC
ATTN J COGLAN/B COGHLAN, ESQS
55 W WACKER DRIVE, SUITE 1210
CHICAGO, IL 60610-1612

CERRONE, HELENE
C/O ROSENBERG & ROSENBERG, PA
ATTN MICHAEL K BREGMAN, ESQ
2501 HOLLYWOOD BLVD, STE 110
HOLLYWOOD, FL 33020-6631

CERVANTES, GENOVEVA
4527 WHEELHOUSE COURT
ORLANDO, FL 32812

COOK, MARTHA
C/O ANGELA DAWSON, PA
ATTN ANGELA DAWSON, ESQ
16TH ST BLDG 4200 NW 16TH
PENTHOUSE #612
LAUDERHILL, FL 33313-5835

DAGLE, WILLIAM
C/O RUE & ZIFFRA, PA
ATTN LUIS R GRACIA, ESQ
632 DUNLAWTON AVE
PORT ORANGE, FL 32127-4384

DEAN, RICHARD
C/O MARIE DEAN
11 SUNSET STREET
SOUTH RIVER, NJ 08882

FISHER, JOAN
C/O LAURI J GOLDSTEIN, PA
ATTN LAURI J GOLDSTEIN, ESQ
PO BOX 1965
PALM CITY, FL 34991

GRIFFIN, ALFRED
C/O JACOBS & SARRAT
ATTN DARLEEN M JACOBS, ESQ
823 ST LOUIS STREET
NEW ORLEANS, LA 70112

HORTON, CLARA, ESTATE OF
C/O ENGLISH, LUCAS, PRIEST & OWSLEY
ATTN ROBERT A YOUNG, ESQ
PO BOX 770
1101 COLLEGE STREET
BOWLING GREEN, KY 42102-0770

HUX, STACEY
C/O LAURI J GOLDSTEIN, PA
ATTN LAURI J GOLDSTEIN, ESQ
PO BOX 1965
PALM CITY, FL 34991

JOHNSON, ARCHIE
C/O CAMINEZ BROWN & HARDEE, PA
ATTN JON D CAMINEZ
1307 S JEFFERSON STREET
MONTICELLO, FL 32344

JOHNSON, GLORY J
696 SW 5TH STREET, APT 3
BELLE GLADE,, FL 33430

JONES, ELICIA SHOWNTAY
C/O JACOBS & SARRAT
ATTN DARLENE JACOBS, ESQ
823 ST LOUIS STREET
NEW ORLEANS, LA 70112

JONES, JUANITA T
C/O LAW OFFICE OF CRAIG GIBBS
ATTN RON LOFTIN, ESQ
1200 RIVERPLACE BLVD, SUITE 810
JACKSONVILLE, FL 32207

KING, ROBERT
C/O MICHAEL J BEDNARIK LAW OFFICES
ATTN MICHAEL J BEDNARIK, ESQ
2004 PARK DRIVE
CHARLOTTE, NC 28204

MERCED, EVETTE & PABLO
C/O JACOBS & GOODMAN, PA
ATTN KEITH T HILL, ESQ
890 STATE ROAD 434 NORTH
ALTAMONTE SPRINGS, FL 32714

MERCED, EVETTE & PABLO
124 MARVIN GARDENS
KISSIMMEE, FL 34743

MOUNCE, MARTIN
C/O BURNETTI, PA LAW OFFICES
ATTN PHILIP J SLOTNICK, ESQ
211 SOUTH FLORIDA AVENUE

LAKELAND, FL 33801-4621

NELSON, MARY
C/O DEBERG & DEBERG, PA
ATTN BENJAMIN DEBERG, ESQ
1915 TYRANE BLVD
ST PETERSBURG, FL 33710

NELSON, MARY
401 ROSERY RD NE, APT 748
LARGO, FL 33770-1441

OTERO, SUSET M
C/O PEDRO J FUENTES-CID, ESQ
2650 BISCAYNE BLVD
MIAMI, FL 33137

ROGERS, LILLIAN
C/O HORNSBY WATSON HORNSBY ET AL
ATTN RALPH W HORNSBY JR, ESQ
1110 GLENEAGLES DR.
HUNTSVILLE, AL 35801

SPRIGGS, EDWIN
C/O S STEPHEN SPRING, II, ESQ
8939 JEFFERSON HWY, SUITE E
BATON ROUGE, LA 70809

WHEELER, BARBARA
C/O LAURI J GOLDSTEIN, PA
ATTN LAURI J GOLDSTEIN, ESQ
PO BOX 1965

PALM CITY, FL 34991-1965

WILLIAMS, PEGGY
C/O ERIC G CANTER, ESQ
7000 W PALMETTO PARK RD, SUITE 220
BOCA RATON, FL 33433