UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                                  Case No: 3:05-bk-03817-JAF
WINN-DIXIE STORES, INC.,                                   Chapter 11
         Debtor.
_____/

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO APPEAR TELEPHONICALLY FOR HEARING

**COMES NOW** undersigned counsel and files this Motion to Withdraw as Attorney for Creditor, Ada Serra, and Request to Appear Telephonically for Hearing and as grounds states the following:

1. On or about October 2006 undersigned counsel was retained by creditor, Ada Serra, to represent her in the filing of a Motion for Relief from Stay so that the creditor, can proceed with a civil action against the Debtor outside the bankruptcy forum.

2. On or about October 19, 2006 undersigned counsel filed the Motion for Relief from Stay on behalf of the creditor.

3. A final hearing on the Motion for Relief from Stay is scheduled for January 7, 2008.

4. The creditor, Ada Serra has been living abroad since approximately 2006 and it is difficult for undersigned counsel to communicate with, Ms. Serra and coordinate hear appearance for mediation or hearings which are necessary in order to address her claim.

5. Undersigned counsel is requesting that he be allowed to appear telephonically for the hearing on this Motion to Withdraw as Attorney, due to the fact that undersigned counsel's office is located in Coral Gables, Florida.

**WHEREFORE**, undersigned counsel respectfully requests that this Court grant this Motion to Withdraw as Attorney of Record for creditor, Ada Serra and whatever other relief it deems just and reasonable.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 3rd day of January 2008: Leanne McKnight Prendergast, Esq., Attorney for Reorganized debtors, 222 Water Street, Suite 1800, Jacksonville, FL 32202; and to all parties on the service list via ecf.

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd.
Suite 303
Coral Gables, FL 33134
Telephone (305) 442-7442
Facsimile (305) 441-9218

By: */s/ Emmanuel Perez*_____
     Emmanuel Perez, Esq., FBN#586552