# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

        Debtors.

Case No.: 3-05-bk-3817 (JAF)

Chapter 11

Jointly Administered

## NOTICE OF WITHDRAWAL OF APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND REQUEST FOR NOTICE

*(Related Docket Item 14014)*
STAFFORD, STEWART & POTTER

COMES NOW the Law Firm of Stafford, Stewart & Potter, by and through its undersigned counsel, and withdraws its application for administrative expense and request for notice and states the administrative expenses claimed therein has been paid in full.

Dated: January 4, 2008

**WILCOX LAW FIRM**

/s/ *Brett A. Mearkle*
Brett A. Mearkle
Fla. Bar. No.644706
6817 Southpoint Parkway
Suite 1202
Jacksonville, Florida 32216

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2008 I filed this Notice of Withdrawal of Application for Allowance of Administrative Expense and Request for Notice through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ *Brett A. Mearkle*