**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Reorganized Debtors.[1] | ) | |
| | ) | |

**STIPULATION REGARDING MOTION FOR**
**RELIEF FROM STAY FILED BY ADA SERRA**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors"), and Ada Serra stipulate and agree to (i) the scheduling of the Motion Relief from Stay filed by Ms. Serra (the "Motion") (Docket No. 12025) for final hearing on or after June 2, 2008 and (ii) the continuation of the permanent injunction in effect pending the conclusion of such hearing and

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

determination of the Motion.

Dated: January 4, 2008

| EMMANUEL PEREZ & ASSOCIATES, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By *s/ Emmanuel Perez*\*<br>    Emmanuel Perez | By   *s/ Leanne McKnight Prendergast*<br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast |
| Florida Bar Number 586552<br>901 Ponce De Leon Blvd., Suite 303<br>Coral Gables, Florida  33134<br>(305) 442-7443<br>bankruptcy@lawperez.com | Florida Bar Number 59544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com |
| Attorneys for Ada Serra | |
| \*counsel has authorized the use of his electronic signature | Attorneys for the Reorganized Debtors |

549947.4