UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

AGREED ORDER ON DEBTORS' SECOND OMNIBUS OBJECTION
AND MOTION FOR ORDER DETERMINING TAX LIABILITIES
(CHARLOTTE-MECKLENBURG)

This matter came before the Court on the Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7852). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 12926 filed by the Charlotte-Mecklenburg County North Carolina Tax Collector (Charlotte-Mecklenburg), is allowed as a secured claim in the amount of $125,000.00.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Charlotte-Mecklenburg in these Chapter 11 cases and (ii) all other pre-effective date ad valorem property tax claims Charlotte-Mecklenburg has or may have against the Reorganized Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___ day of January, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | RUFF, BOND, COBB, WADE & BETHUNE, L.L.P. |
| | |
| By   *s/ Cynthia C. Jackson*<br>      Cynthia C. Jackson, F.B.N. 498882 | By   *s/ \*Hamlin L. Wade.*<br>      Hamlin L. Wade<br>      NC State Bar No. 4503 |
| | |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | 831 East Morehead Street, Suite 860<br>Charlotte, North Carolina  28202<br>(704) 377-1634<br>(704) 342-3308 (facsimile)<br>hwade@rbcwb.com |
| | |
| Counsel for Reorganized Debtors | Attorney for Charlotte Mecklenburg County North Carolina Tax Collector |

\* Mr. Wade has authorized his electronic signature.