**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGREED ORDER APPROVING STIPULATION WITH**
**LARRY MOHUNDRO TO MODIFY PERMANENT INJUNCTION**

This cause is before the Court upon Dortha Mohundro's Motion for Relief from Stay (Docket No. 6256) (the "Motion").[1]  Based upon the consent of the parties appearing below, it is

ORDERED:

1.     The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Larry Mohundro, as personal representative of the estate of Dortha Mohundro, to commence and prosecute through final judgment a civil action in Florida state court against the Debtors based solely upon the claims asserted in Claim Numbers 1324 and 1955 filed in these cases on behalf of Dortha Mohundro.  The estate of Dortha Mohundro shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property.  Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2.     Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

---

[1] Although the Motion described the relief requested in terms of the automatic stay imposed by 11 U.S.C. §362, it shall be treated as though it requested relief from the permanent injunction imposed by 11 U.S.C. §524.

3.    Larry Mohundro, as personal representative of the estate of Dortha Mohundro, shall notify the State Court that his action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4.    This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of January, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

GOLDSTEIN, BUCKLEY, CECHMAN,
RICE & PURTZ, P.A.

By ___*s/ Brian D. Zinn\**_____
      Brian D. Zinn

Florida Bar Number 12497
Post Office Box 2366
Fort Myers, Florida  33902
(239) 334-1146
bzinn@gbclaw.com

Attorneys for Larry Mohundro, as personal
representative of the estate of Dortha
Mohundro

*\* Counsel has authorized the use of his
electronic signature.*

SMITH HULSEY & BUSEY

By___*s/ Leanne McKnight Prendergast*___
      Stephen D. Busey
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

00593184

3