UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JANUARY 10, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on January 10, 2008 at 1:30 p.m.:

    **A.**    **Uncontested Matters**

        *1.*    *Case Management Conference Regarding (i) Debtors' Motion for Order Authorizing Rejection of Employment-Related Executory Contracts, (ii) Objection to the Motion filed by J. Adrian Barrow and (iii) Application for Cure Claim filed by J. Adrian Barrow (Docket Nos. 9909, 10354, 14553 and 19044)*

        Status:    The Reorganized Debtors will proceed with the Conference.

    **B.**    **Contested Matters**

        *2.*    *Debtors' Third Omnibus Objection to Administrative Claims Which Have Been Settled or Released (Docket No. 19266)*

        Response Deadline:    Expired.

        Responses:    None.

        Status:    The Reorganized Debtors will proceed with the hearing on the Objection.

    3.    *Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure (Docket No. 19267)*

Response Deadline: Expired.

Responses: (a) Victor Bernace (Docket No. 19413); and

(b) Germany and Fito Legur (Docket No. 19412).

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

**C.    Adversary Proceeding (Winn-Dixie Montgomery, Inc. v. Jake Aronov, et al.; Adv. No. 06-226)**

    4.    *Case Management Conference*

Status: The Plaintiff will proceed with the Conference. Plaintiff requests that the Court set the date and time of the Court ordered mediation for February 26, 2008, pursuant to the consent of the parties.

Dated: January 9, 2008

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ D. J. Baker* | By  *s/ James. H. Post* |
| D. J. Baker | Stephen D. Busey |
| Sally McDonald Henry | James H. Post |
| Rosalie Walker Gray | Cynthia C. Jackson |
| | |
| Four Times Square | Florida Bar Number 175460 |
| New York, New York 10036 | 225 Water Street, Suite 1800 |
| (212) 735-3000 | Jacksonville, Florida 32202 |
| (212) 735-2000 (facsimile) | (904) 359-7700 |
| djbaker@skadden.com | (904) 359-7708 (facsimile) |
| | cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00593116