**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |

**MOTION TO CONTINUE**
**TRIAL ON PECO ADMINISTRATIVE EXPENSE APPLICATION**

Winn-Dixie Stores, Inc. and its affiliates ("Winn-Dixie") move for entry of an order continuing the trial on the Application for Allowance and Payment of Chapter 11 Administrative Expense ("Request for Administrative Expense") (Doc. No. 13348) filed by PECO Pallets, Inc. ("PECO") currently scheduled for February 21, 2008 at 1:30 p.m., and in support state:

1. On December 21, 2006, PECO filed its Request for Administrative Expense for amounts allegedly arising from a pre-petition contract with Winn-Dixie. The contract authorized Winn-Dixie to use pallets provided by PECO to Winn-Dixie's vendors.

2. A status conference regarding the Request for Administrative Expense was held on August 9, 2007.

3. The Court thereafter entered an order on August 13 scheduling a trial on the Request for Administrative Expense for November 2, 2007 at 9:00 a.m. (Doc. No. 17789). On October 11, 2007, the Court entered an order continuing the trial until February 21, 2008.

4. In the course of discovery to date, Winn-Dixie has determined that in the event any amounts are ultimately allowed on PECO's Request for Administrative Expense, IFCO Systems, N.A. ("IFCO"), PECO's authorized pallet depot, may be liable to Winn-Dixie for such amounts. Subject to further discovery, Winn-Dixie may need to file a third party complaint against or otherwise seek relief against IFCO in these proceedings.

5. On January 4, 2008, Winn-Dixie served a subpoena duces tecum on IFCO for a deposition to be conducted on January 30, 2008. Winn-Dixie needs to complete this deposition to determine whether it should seek relief against IFCO in these proceedings.

6. In addition, Winn-Dixie believes that the issue of whether the PECO claim is entitled to an administrative expense priority (as opposed to a general, pre-petition unsecured claim) can and should be resolved by summary judgment. Summary judgment on this legal issue may facilitate consensual resolution of remaining factual issues and avoid the need for a trial. For that reason, Winn-Dixie intends to file a motion for partial summary judgment on this issue.

7. Continuing the February 21, 2008 trial will allow Winn-Dixie (i) the opportunity to complete discovery and, if appropriate, to bring IFCO into this proceeding, and (ii) allow Winn-Dixie time to file a summary judgment motion, give PECO time to respond and the Court time to rule on the motion.

8. The undersigned counsel has conferred with the counsel for PECO, and PECO does not consent to the relief sought in this motion.

WHEREFORE, Winn-Dixie requests an order from this Court continuing the trial on the Request for Administrative Expense for a period not less than 90 days from February 21, 2008.

Dated:  January 9, 2008

                                                         SMITH HULSEY & BUSEY

                                                         By   */s/ Beau Bowin*
                                                              Cynthia C. Jackson
                                                               Beau Bowin

                                                         Florida Bar Number 792551
                                                         225 Water Street, Suite 1800
                                                         Jacksonville, Florida  32202
                                                         (904) 359-7700
                                                         (904) 359-7708 (facsimile)
                                                         bbowin@smithhulsey.com

                                                         Counsel for the Reorganized Debtors

Certificate of Service

I certify that the foregoing was furnished by the CM/ECF electronic notification system to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202, and all parties in interest entitled to receive such notification this 9th day of January, 2008.

                                                */s/ Beau Bowin*
                                                  Attorney

00593214.2