UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Janie Bryant [Docket No. 19364] was furnished by mail on January 10, 2008 to Janie Bryant c/o Gerald Piken, Esq., Gerald Piken, P.A. & Associates, 1500 N.E. 162nd Street, North Miami Beach, Florida 33162.

Dated: January 10, 2008

SMITH HULSEY & BUSEY

By   s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785