UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,                )        Case No. 05-03817-3F1
                                                         Chapter 11
              Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed

by Lorrie Clifton [Docket No. 19369] was furnished by mail on January 10, 2008 to

Lorrie Clifton c/o Mark Erdberg, Esq., Simms & Associates, 2015 1st Avenue North,

Suite 400, Birmingham, Alabama  35203.

Dated:  January 10, 2008

                                        SMITH HULSEY & BUSEY


                                        By _____ s/ James H. Post _____
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00569785