UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                      Chapter 11
      Reorganized Debtors.           )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Marisol Gonzalez [Docket No. 19398] was furnished by mail on January 10, 2008 to Marisol Gonzalez c/o Pete Placencia, Esq., P. O. Box 700157, St. Cloud, Florida 34770-0157.

Dated: January 10, 2008

                                            SMITH HULSEY & BUSEY

                                            By    *s/ James H. Post*
                                                 Stephen D. Busey
                                                 James H. Post (FBN 175460)
                                                 Cynthia C. Jackson

                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida  32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          jpost@smithhulsey.com

                                          Counsel for Reorganized Debtors

00569785