UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                       Chapter 11
       Reorganized Debtors.             )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ritchie Jones [Docket No. 19407] was furnished by mail on January 10, 2008 to Ritchie Jones c/o Edward Radloff, Esq., 2051 Art Museum Drive, Suite 200, Jacksonville, Florida 32207.

Dated: January 10, 2008

                                                       SMITH HULSEY & BUSEY


                                                       By      s/ James H. Post
                                                           Stephen D. Busey
                                                           James H. Post (FBN 175460)
                                                           Cynthia C. Jackson

                                                       225 Water Street, Suite 1800
                                                       Jacksonville, Florida 32202
                                                       (904) 359-7700
                                                       (904) 359-7708 (facsimile)
                                                       jpost@smithhulsey.com

                                                       Counsel for Reorganized Debtors

00569785