UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                          Chapter 11
       Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Carmella Villavecincio [Docket No. 19368] was furnished by mail on January 10, 2008 to Carmella Villavecincio c/o Jose Francisco, Esq., 6100 Blue Lagoon Drive, Suite 360, Miami, Florida 33126.

Dated: January 10, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785