## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER RESOLVING CURE OBJECTION
## FILED BY LEHMBERG CROSSING, L.L.C. (STORE NO. 524)

This cause came before the Court on the Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interest and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (the "Sale Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 1961) and the objection to the Sale Motion filed by Lehmberg Crossing, L.L.C. ("Lehmberg") with respect to the cure amount for Store No. 524 (the "Cure Objection") (Docket No. 2554).  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    The Cure Objection is overruled.

2.    The cure amount for Store No. 524 is fixed at $15,000.

3.    The escrow agent, Near North National Title, is authorized and directed to release the $15,000 it is holding in escrow for Store No. 524 to

Lehmberg in full satisfaction of any right to cure that Lehmberg has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 524.

4.     This Agreed Order resolves all pre-petition or pre-effective date liabilities and obligations related to Store No. 524 that Lehmberg has or may have against the Reorganized Debtors and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5.     This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _9_ day of January, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

593806

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

KING, DRUMMOND & DABBS, P.C.          SMITH HULSEY & BUSEY


By___*s/ Marjorie O. Dabbs*_____          By____*s/ Cynthia C. Jackson*_____
    Marjorie O. Dabbs              Cynthia C. Jackson, F.B.N. 498882

100 Centerview Drive, Suite 180          225 Water Street, Suite 1800
Birmingham, Alabama 35216          Jacksonville, Florida 32202
(205) 824-8248          (904) 359-7700
(205) 824-7885 (facsimile)          (904) 359-7708 (facsimile)
mod@kddlaw.com          cjackson@smithhulsey.com

Counsel for Lehmberg Crossing, L.L.C.          Counsel for Reorganized Debtors


*Counsel has authorized her electronic signature.

593806