UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY PROMVENTURE LIMITED PARTNERSHIP (STORE NO. 291 AND LIQUOR STORE NO. 289)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors") (Docket No. 8941) and the Landlord's (1) Objection to Proposed Cure Amount and (2) Demand for Cash in Lieu of Common Equity filed by Promventure Limited Partnership ("Promventure") (Docket No. 9318) with respect to Store No. 291 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. The cure amount for Store No. 291 is fixed at $74,338, $66,038.77 of which the Reorganized Debtors have paid Promventure. Within fourteen (14) business days of entry of this Agreed Order, the Reorganized Debtors will pay Promventure $8,299.23 in full satisfaction of any right to cure Promventure has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 291 or Liquor Store No. 289.

3. Post-effective date liabilities and obligations with respect to Store No. 291 and Liquor Store No. 289 will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 9 day of January, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00554750.3

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| PERTNOY, SOLOWSKY & ALLEN, P.A. | SMITH HULSEY & BUSEY |
| By   s/ Richard L. Allen*<br>         Richard L. Allen | By   s/ Cynthia C. Jackson<br>         Cynthia C. Jackson, F.B.N. 498882 |
| 150 West Flagler Street<br>Miami, Florida 33130<br>(305) 371-2223<br>(305) 373-2073 (facsimile)<br>RAllen@psa-law.com | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Promventure Limited Partnership | Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00554750.3