UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 11253
FILED BY SRT ACQUISITION LP (STORE NO. 89)**

This cause originally came before the Court on the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements (the "Objection") (Docket No. 12281) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, the "Reorganized Debtors"). On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order correcting the Docket No. 12908 order (Docket No. 13344). Included among the several proofs of claim listed on Exhibit B of the Docket No. 13344 order is claim number 11253 filed by SRT Acquisition LP ("SRT") with respect to Store No. 89. The Docket No. 13344 order reclassified claim number 11253 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 11253 filed by SRT with respect to Store No. 89 is disallowed in its entirety.

2. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 89 filed by SRT in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims pertaining to Store No. 89 that SRT has or may have against the Reorganized Debtors and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. Post-effective date liabilities and obligations with respect to Store No. 89 will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 9 day of January, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00563538

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| LAW OFFICES OF DAVID J. PANITZ | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/David J. Panitz* <br> David J. Panitz | By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, F.B.N. 498882 |
| 50 Main Street, Suite 4 <br> Hackensack, New Jersey 07601 <br> (201) 498-7050 <br> (201) 498-7051 (facsimile) <br> djpanitz@aim.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for SRT Acquisition, LP | Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00563538