UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )         Case No. 05-03817-3F1
                                                   Chapter 11
                  Reorganized Debtors.   )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Una Lewis (Claim No. 13124) [Docket No. 19354] was furnished by mail on January 10,

2008 to Una Lewis, 5700 Sabal Palm Lane, Punta Gorda, Florida 33982.

Dated:  January 10, 2008

SMITH HULSEY & BUSEY


By _____ *s/ James H. Post* _____
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151