UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISON

IN RE:                                                                CASE NO.:    05-bk-03817-3F1

    WINN-DIXIE STORES, INC., et al

    Reorganized Debtors.

_____

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP ELECTRONIC NOTICE

The undersigned attorney for Creditor, Josephine Clark, files this Notice of Withdrawal from Case and Request to Stop Electronic Notices.

            CLIVE N. MORGAN, P.A.


            /s/ Clive N. Morgan
            Florida Bar No. 357855
            6712 Atlantic Boulevard
            Jacksonville, FL  32211
            (904) 727-9300
            Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Administrative Claim has been furnished by United States mail or by electronic transmission, this 10th day of January, 2007, to:

David L. Gay
Smith, Hulsey & Busey
225 Water Street Ste 1800
Jacksonville, FL  32202


            /s/ Clive N. Morgan
.