**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure (Docket No. 19267) was served by Federal Express on January 2, 2008 to Ana Reyes-Fontanez, 2047 Brooks Drive, Kissimmee, Florida 34741 and Lourdes Fiallega, 2312 Bryan Street, Kissimmee, Florida 34744, and by mail on January 4, 2008 to Elizabeth Laporte, 615 East Martin Street, Kissimmee, Florida 34744.

Dated: January 11, 2008.

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Co-Counsel for Debtors

00593264