

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
January 10, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post *P*

Case Management Conference Regarding (i) Debtors' Motion for Order Authorizing Rejection of Employment-Related Executory Contracts, (ii) Objection to the Motion filed by J. Adrian Barrow and (iii) Application for Cure Claim filed by J. Adrian Barrow (Doc. Nos. 9909, 10354, 14553 and 19044)

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR

J. ADRIAN BARROW: *P*

RULING:   2 hr. > 4/1/08
          trial
          Ord. in due course       → MAY 8 @ 9:30
                                    LONG ORD. 183