UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER ON DEBTORS' THIRD OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED**

This matter came before the Court for hearing on January 10, 2008, upon the Debtors' Third Omnibus Objection to Administrative Claims Which Have Been Settled or Released (the "Objection") (Docket No. 19266) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates to the administrative claims identified on Exhibit A to the Objection. No responses to the Objection were filed. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as to all administrative claims identified in Exhibit A attached.

2. The claims identified on Exhibit A are disallowed in their entirety.

Dated this 10 day of January, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

## Administrative Expense Claims

### EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Gallivan, White & Boyd, P.A.<br>c/o J. Michael Brown<br>Post Office Box 10589<br>Greenville, South Carolina 29603 | 13280 | Settled |
| Hill, Hill, Carter, Franco, Cole & Black, P.C.<br>c/o Randall Morgan<br>Post Office Box 116<br>Montgomery, Alabama 36101-0116 | 14321 | Settled |
| Law Firm of Robert M. Clyatt<br>c/o Robert Clyatt<br>3269 North Valdosta Boulevard<br>Post Office Box 5799<br>Valdosta, Georgia 31603 | 13708 | Settled |
| Lyons, Pipes & Cook, P.C.<br>c/o Warren Butler<br>2 North Royal Street<br>Post Office Box 2727<br>Mobile, Alabama 36652-2727 | 13597 | Settled |
| Stafford, Stewart and Potter<br>c/o Russell Potter<br>3112 Jackson Street<br>Post Office Box 1711<br>Alexandria, Louisiana 71309 | 14014<br>14555 | Settled |
| The Law Firm of Gaebe, Mullen, Antonelli, Esco & DiMatteo<br>c/o Stephen Montalto<br>420 South Dixie Highway, Third Floor<br>Coral Gables, Florida 33146 | 14076 | Settled |
| Trinchard & Trinchard, LLC<br>c/o Clare Trinchard<br>72401 Highway 59<br>Abita Springs, Louisiana 70420 | 13864 | Settled |

| **Name of Claimant** | **Docket No. of Motion** | **Reason for Disallowance** |
|---|---|---|
| Francis Summey Goins<br>603 North Oakland Street<br>Dallas, North Carolina 28034 | 14571 | Settled |
| Gina Penner Moore<br>#7 Oakwood Court<br>Tuscaloosa, Alabama 35401 | 14332 | Settled |
| Humberto Abreu<br>c/o Robert Wilcox<br>Wilcox Law Firm<br>6817 Southpoint Parkway, Suite 1202<br>Jacksonville, Florida 32216 | 13464 | Settled |
| Hartford Insurance Company<br>c/o Denise M. Anderson<br>Butler Pappas Weihmuller Katz Craig LLP<br>One Harbour Island Boulevard<br>Tampa, Florida 33602 | 14115<br>14127<br>14144 | Released |

00590824