

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
January 10, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure (Doc. 19267)

Responses:     (a) Victor Bernace (Doc. 19413)

(b) Germany and Fito Legur (Doc. 19412)

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

VICTOR BERNACE:
GERMANY AND FITO LEGUR:

RULING:  Sustained
         Oul / Signed