**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING DEBTORS' FOURTH OMNIBUS OBJECTION TO
ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED**

Please take notice that a hearing will be held on **February 7, 2008** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors' Fourth Omnibus Objection to Administrative Claims Which Have Been Settled or Released (the "Objection").

Only responses to the Objection which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **January 31, 2008**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn:  Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  January 14, 2008

SMITH HULSEY & BUSEY


By  *s/ Leanne McKnight Prendergast*
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00593158

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished by mail to the individuals

listed below this 14th day of January, 2008.

| | |
|---|---|
| J. Gordon Rothwell, P.A. | Shell, Fleming, Davis & Menge |
| c/o David B. McEwen | c/o Robert Palmer |
| 560 First Avenue North | Post Office Box 1831 |
| St. Petersburg, Florida 33701 | Pensacola, Florida 32591-1831 |

Saalfield, Shad, Jay & Stokes, P.A.
c/o Joseph B. Stokes, III
Post Office Box 41589
Jacksonville, Florida 32203-1589

*s/ Leanne McKnight Prendergast*
Attorney

00593487