**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

**PECO PALLETS, INC.'S RESPONSE TO WINN-DIXIE STORES, INC.'S MOTION TO CONTINUE TRIAL ON PECO PALLETS, INC.'S ADMINISTRATIVE EXPENSE APPLICATION**

PECO Pallets, Inc. ("PECO") responds to Winn-Dixie Stores, Inc.'s ("Winn-Dixie") Motion to Continue Trial on Peco Administrative Expense Application [Docket No. 19460], as follows:

1.      On December 26, 2006, PECO filed its Application for Allowance and Payment of Chapter 11 Administrative Expense (the "Application"). This contested Application seeks the allowance and immediate payment of a Chapter 11 administrative expense pursuant to 11 U.S.C. § 503(b).

2.      On August 13, 2007, this Court issued an Order Scheduling Trial, setting the matter for trial on November 2, 2007. Trial was expected to take 3 hours.

3.      Despite the fact that initial discovery between PECO and Winn-Dixie had been substantially completed by early September, 2007, on October 5, 2007, Winn-Dixie moved to continue the trial scheduled for November 2, 2007. The Court, on October 11, 2007, continued the trial to February 21, 2008.

4.      On January 9, 2008, Winn-Dixie again petitions this Court for a second

continuance of the trial, for a period of no less than 90 days, in order to permit Winn-Dixie time to depose and possibly join a third party, of whose whereabouts and role in the instant action Winn-Dixie has been fully aware since at least September, 2007.

5. PECO objects to this request for continuance, as Winn-Dixie has had more than 12 months to review this relatively simple claim for payment of an administrative expense, and now seeks to continue the trial to a date nearly 18 months after PECO's initial filing of the Application. The addition of a third-party for indemnification purposes threatens to delay this action further.

7. Alternatively, should the Court find that Winn-Dixie is entitled to a second continuance, PECO requests this Court limit any continuance to a period of no more than 60 day from February 21, 2008.

WHEREFORE, PECO requests an order from this Court denying Winn-Dixie's Motion to Continue Trial on PECO Administrative Expense Application, or, in the

alternative, continuing the trial on the Application for Administrative Expense for a period of no more than 60 days from February 21, 2008.

                              **STUTSMAN THAMES & MARKEY, P.A.**

                              */s/ Richard R. Thames*
By_____
                            Richard R. Thames
                            Robert A. Heekin, Jr.

Florida Bar Number 0718459
Florida Bar Number 652083
50 N. Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net
rheekin@stmlaw.net

Attorneys for PECO Pallets, Inc.

### Certificate of Service

I certify that the foregoing was furnished by the CM/ECF electronic notification system to Cynthia C. Jackson, Esq. and Beau Bowin, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202 on this 15th day of January, 2008.

                                */s/ Richard R. Thames*
                            _____
                                    Attorney

66762