UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,

    Debtors.

_____/

## REQUEST TO BE REMOVED FROM RECEIVING ECF NOTICES

PLEASE TAKE NOTICE that Christian A. Petersen, Esquire, of the law firm of Gunster, Yoakley & Stewart, P.A. hereby requests removal from receipt of ECF notices in the above-styled case.

I HEREBY CERTIFY that a true copy of the foregoing Request to be Removed from Receiving ECF Notices has been served through the CM/ECF System this 15th day of January, 2008.

Dated: January 15, 2008

Respectfully submitted,

s/ Christian A. Petersen
Christian A. Petersen
Florida Bar No. 154105
GUNSTER, YOAKLEY & STEWART, P.A.
Attorneys for Creditor Hobart Corporation
Las Olas Centre, Suite 1400
450 East Las Olas Boulevard
Fort Lauderdale, FL 33301-4206
Telephone:   954-462-2000
Facsimile:    954-523-1722
Email:        cpetersen@gunster.com