**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF CONTINUED HEARING

    NOTICE IS GIVEN that a hearing on Motion for Relief From Stay filed by Ada Serra is continued to final hearing to June 9, 2008 at 1:30 p.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.

Dated January 15, 2008 .

                    Lee Ann Bennett, Clerk of Court
                    300 North Hogan Street Suite 3−350
                    Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorney for Debtor
US Trustee
Movant
Local Rule 1007(d) Parties in Interest List