UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No.: 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et. al.,              CHAPTER 11
                                                          (Jointly Administered)
Debtors.

## NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE AND REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that John A. Sunner of Sunner & Sunner Law Firm attorney for Sharon Bagley, Veronica Grant, Athea Peterson and Willie Pearl Murphy files this Notice Of Withdrawal From Case And Request To Stop Electronic Notice And For Removal From Service List.

WHEREFORE, John A. Sunner of Sunner & Sunner Law Firm respectfully requests that the Clerk remove him from all service lists and stop electronic notices addressed to him.

Dated: January 15, 2008

SUNNER & SUNNER

By:    /s/ John A. Sunner
       John A. Sunner
       150 West Warren Avenue
       Longwood, FL 32752
       Tel: (407) 831-8522
       Fax: (407) 831-5356

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically on those parties having entered their appearance in this Court's Electronic Filing (ECF) System this 15th day of January, 2008.

       /s/ John A. Sunner
       John A. Sunner