UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  

WINN-DIXIE STORES, INC., et, al.,  

Debtors.

Case No.: 3:05-bk-03817-JAF

CHAPTER 11
(Jointly Administered)

### NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE AND REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that John A. Sunner of Sunner & Sunner Law Firm attorney for Sharon Bagley, Veronica Grant, Athea Peterson and Willie Pearl Murphy files this Notice Of Withdrawal From Case And Request To Stop Electronic Notice And For Removal From Service List.

WHEREFORE, John A. Sunner of Sunner & Sunner Law Firm respectfully requests that the Clerk remove him from all service lists and stop electronic notices addressed to him.

Dated: January 15, 2008

SUNNER & SUNNER

By:   /s/ John A. Sunner  
      John A. Sunner  
      150 West Warren Avenue  
      Longwood, FL 32752  
      Tel: (407) 831-8522  
      Fax: (407) 831-5356

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically on those parties having entered their appearance in this Court's Electronic Filing (ECF) System this 15th day of January, 2008.

/s/ John A. Sunner  
John A. Sunner