**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION TO CONTINUE TRIAL ON COLONIAL'S CURE OBJECTION

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") move the Court for entry of an order continuing the trial on Winn-Dixie's Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), with respect to the cure objection filed by Colonial Realty LP ("Colonial") (the "Cure Objection") (Doc. No. 9574), currently scheduled for February 20, 2008 and extending the corresponding deadlines for completion of discovery and other pre-trial matters, and in support state:

1. On June 30, 2006, Winn-Dixie filed its Motion to Assume, seeking to assume several non-residential real property leases including the lease for Store No. 190.

2. On July 26, 2006, Colonial filed its Cure Objection asserting that it was owed amounts greater than those asserted by Winn-Dixie in the Motion to Assume.

3. A case management conference regarding the Motion to Assume and the Cure Objection was held on October 4, 2007.

4. On October 9, 2007, the Court entered an order scheduling a trial on the Motion to Assume and the Cure Objection for February 20, 2008 at 9:30 a.m. (the "Scheduling Order") (Doc. No. 18483).

5. Winn-Dixie's lead counsel, Stephen D. Busey, will be unavailable on February 20, 2008 because of a trial scheduled in another matter. Accordingly, Winn-Dixie requests a continuance of the trial for a period of not less than sixty days and a corresponding extension of the deadlines for completion of discovery and other pre-trial matters as set forth in the Scheduling Order.

6. The undersigned counsel has conferred with counsel for Colonial, and Colonial consents to the relief sought in this motion.

WHEREFORE, Winn-Dixie requests an order of this Court continuing the trial on the Motion to Assume and the Cure Objection for a period of not less than sixty days from February 20, 2008 and extending the deadlines for completion of discovery and other pre-trial matters as set forth in the Scheduling Order.

Dated: January 16, 2008.

SMITH HULSEY & BUSEY


By   /s/ Cynthia C. Jackson
    Stephen D. Busey
    Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

Certificate of Service

I certify that the foregoing was furnished by mail and facsimile to William M. Lindeman, Esq., 300 South Eola Drive, Orlando, Florida 32801, this 16th day of January, 2008.

/s/ Cynthia C. Jackson
Attorney

593838