**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### MOTION TO CONTINUE TRIAL ON CONSOLIDATED BISCUIT'S CLAIM

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") move the Court for entry of an order continuing the trial on (i) Winn-Dixie's Amended Objection to Claim Number 13321 filed by Consolidated Biscuit Company, as set forth in the Debtors' Twenty-Seventh Omnibus Objection (the "Amended Objection") (Doc. No. 17219) and (ii) the Request of Consolidated Biscuit Company for Payment of an Administrative Expense Claim (the "Administrative Expense Request") (Doc. No. 8930) currently scheduled for March 27, 2008 at 9:30 a.m., and in support state:

1. On January 18, 2005, Winn-Dixie entered into a contract packaging agreement with Consolidated Biscuit Company ("Consolidated") by which Winn-Dixie agreed to purchase ingredients and packaging material from Consolidate Biscuit (the "Contract Packaging Agreement").

2. On June 29, 2006, Consolidated filed claim number 13321 for pre-petition amounts allegedly due from Winn-Dixie's under the Contract Packaging Agreement (the "Unsecured Claim").

3. On June 30, 2006 Consolidated filed its Administrative Expense Request for post-petition amounts allegedly due from Winn-Dixie's under the Contract Packaging Agreement (Doc. No. 8930).

4. On July 6, 2007, Winn-Dixie filed its Amended Objection asking the Court to disallow the Unsecured Claim as late filed and on the grounds that Winn-Dixie has no outstanding pre-petition liabilities under the Contract Packaging Agreement.

5. A status conference regarding the Amended Objection and the Administrative Expense Request was held on October 4, 2007.

6. The Court thereafter entered an order on October 11, 2007, scheduling a trial on the Amended Objection and the Administrative Expense Request for March 27, 2008 at 9:30 a.m. (Doc. No. 18501).

7. Counsel for Winn-Dixie has a trial scheduled in another case on March 27, 2008 and such will be unavailable on that date, and requests that the trial of this matter be continued for a period of not less than 60 days from March 27, 2008.

8. In addition, Winn-Dixie believes that the issue of whether Consolidated is entitled to an administrative expense priority (as opposed to a general, pre-petition unsecured claim) for post-petition amounts allegedly due from Winn-Dixie under the Contract Packaging Agreement can and should be resolved by summary judgment. Summary judgment on this legal issue may facilitate consensual resolution of remaining factual issues and avoid the need for a trial on the Administrative Expense Request. For that reason, Winn-Dixie intends to file a motion for partial summary judgment on this legal issue.

9.     Continuing the March 27, 2008 trial will allow Winn-Dixie time to file a summary judgment motion, give Consolidated time to respond and the Court time to rule on the motion.

10.     The undersigned counsel has conferred with counsel for Consolidated, and Consolidated consents to an extension of not more than 60 days.

WHEREFORE, Winn-Dixie requests that the Court enter the attached order continuing the trial on the Amended Objection and the Administrative Expense Request for a period not less than 60 days from March 27, 2008.

Dated: January 17, 2008

                SMITH HULSEY & BUSEY

                By     */s/ Allan E. Wulbern*
                      Stephen D. Busey
                      Cynthia C. Jackson
                      Allan E. Wulbern

                Florida Bar Number 175511
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                awulbern@smithhulsey.com

                Counsel for the Reorganized Debtors

4

## Certificate of Service

I certify that the foregoing was furnished through the CM/ECF electronic notification system to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202, Kenneth C. Baker, Esq., One SeaGate, 24th Floor, Toledo, Ohio 43699, and all parties in interest entitled to receive such notification this 17th day of January, 2008.

                                          */s/ Allan E. Wulbern*
                                                     Attorney

590176