UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER CONTINUING TRIAL SCHEDULED FOR FEBRUARY 20, 2008

This case is before the Court upon the motion of Winn-Dixie and its affiliates ("Winn-Dixie") to continue the trial on Winn-Dixie's Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (the "Motion to Assume") (Docket No. 8941), with respect to the cure objection filed by Colonial Realty LP ("Colonial") (the "Cure Objection") (Docket No. 9574) currently scheduled for February 20, 2008 at 9:30 a.m. It is,

ORDERED:

1. The motion is granted.

2. The trial on this matter currently scheduled for February 20, 2008 is continued until _MAY 22, 2008 AT 9:30 A.M._.

Dated this _17_ day of _January_, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.

00594603