UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

_____/

### ORDER DENYING MOTION TO CONTINUE TRIAL ON PECO PALLETS, INC.'S ADMINISTRATIVE EXPENSE APPLICATION

These cases came before the Court upon Motion by Debtors to Continue Trial on Peco Pallets Inc.'s Administrative Expense Application (the "Motion to Continue"), which is scheduled for February 21, 2008 at 1:30 p.m. Peco Pallets, Inc. filed a response opposing the Motion to Continue. Upon a review of the pleadings, it is

**ORDERED:**

1. The Motion to Continue is denied.

2. The February 21, 2008 trial will proceed.

**DATED** this 18 day of January, 2008 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies to:**

Cynthia C. Jackson, Attorney for Debtors
Richard R. Thames, Attorney for Peco Pallets, Inc.