UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                        )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                             Chapter 11
      Reorganized Debtors.           )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sandy Ballard (Claim No. 8214) [Docket No.19430] was furnished by mail on January 17, 2008 to Steven W. Halvorson, Esq., Schuler, Halvorson & Weisser, P.A., 1615 Forum Place, Suite 4-D, Barristers Building, West Palm Beach, Florida 33401

Dated:  January 18, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors