UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                               Chapter 11
           Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Josephine Clark [Docket No. 19435] was furnished by mail on January 17, 2008 to Clive Morgan, 6712 Atlantic Blvd., Jacksonville, FL 32211.

Dated:  January 18, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors