UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

_____/

### ORDER DENYING MOTION TO CONTINUE TRIAL ON PECO PALLETS, INC.'S ADMINISTRATIVE EXPENSE APPLICATION

These cases came before the Court upon Motion by Debtors to Continue Trial on Peco Pallets Inc.'s Administrative Expense Application (the "Motion to Continue"), which is scheduled for February 21, 2008 at 1:30 p.m. Peco Pallets, Inc. filed a response opposing the Motion to Continue. Upon a review of the pleadings, it is

**ORDERED:**

1. The Motion to Continue is denied.

2. The February 21, 2008 trial will proceed.

**DATED** this 18 day of January, 2008 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies to:**

Cynthia C. Jackson, Attorney for Debtors
Richard R. Thames, Attorney for Peco Pallets, Inc.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes                Page 1 of 1             Date Rcvd: Jan 18, 2008
Case: 05-03817                  Form ID: pdfdoc             Total Served: 2

The following entities were served by first class mail on Jan 20, 2008.
aty          +Cynthia C. Jackson,   Smith Hulsey & Busey,   225 Water Street, Suite 1800,
               Jacksonville, FL 32202-4494
aty           Richard R Thames,   Stutsman Thames & Markey, P.A.,   50 N Laura St Suite 1600,
               Jacksonville, FL  32202-3614

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2008**          **Signature:** *Joseph Speetjens*