UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                       Chapter 11
         Reorganized Debtors.           )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Dorothy Atkins [Docket No. 18534] was furnished by mail on January 23, 2008 to Dorothy Atkins c/o Marc Anidjar, Esq., Anidjar & Levine, P.A., 330 S.W. Davie Blvd., Fort Lauderdale, Florida 33315-1521.

Dated:  January 23, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785