UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                          Chapter 11
          Reorganized Debtors.             )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Judy Cook (Claim No. 9557) [Docket No. 19399] was furnished by mail on January 23, 2008 to Judy Cook c/o Lee Cope, Esq., Peters, Murdaugh, Parker, Eltzroth & Detrick, P.A., P.O. Box 457, Hampton, South Carolina 29924.

Dated: January 23, 2008

                                                    SMITH HULSEY & BUSEY


                                                    By       *s/ James H. Post*
                                                         Stephen D. Busey
                                                         James H. Post (FBN 175460)
                                                         Cynthia C. Jackson

                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida  32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    jpost@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00520151