UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mary Jenkins (Claim Nos. 2240 and 8420) [Docket No. 19400] was furnished by mail on January 23, 2008 to Mary Jenkins, 1100 Cowan Road, Gulfport, Mississippi 39507.

Dated: January 23, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151