UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Clara Torres Moore (Claim No. 8557) [Docket No. 19516] was furnished by mail on January 23, 2008 to Clara Torres Moore c/o Robert C. Tilghman, Esq., Tilghman & Vieth, P.A., 2 South Biscayne Blvd., One Biscayne Tower, Suite 2410, Miami, Florida 33131.

Dated: January 23, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151