UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                               Chapter 11
            Reorganized Debtors.      )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Amended Agreed Order of Resolution of the Litigation Claim of Mignon Sherrill (Claim Nos. 9881 and 11322) [Docket No. 19282] was furnished by mail on January 23, 2008 to Mignon Sherrill c/o David E. Betts, Esq., Betts & Associates, 140 N.W. Peachtree Street, Atlanta, Georgia 30303.

Dated:  January 23, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00520151