UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                             Chapter 11
        Reorganized Debtors.              )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Anderson Sullivan (Claim No. 13032) [Docket No. 19429] was furnished by mail on January 23, 2008 to Anderson Sullivan, 2226 Baywood Drive, Biloxi, Mississippi 39532.

Dated:  January 23, 2008

                                                            SMITH HULSEY & BUSEY


                                                            By        *s/ James H. Post*
                                                                    Stephen D. Busey
                                                                    James H. Post (FBN 175460)
                                                                    Cynthia C. Jackson

                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            jpost@smithhulsey.com

                                                            Counsel for Reorganized Debtors

00520151