UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )         Case No. 05-03817-3F1
                                                       Chapter 11
         Reorganized Debtors.            )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Carmen Vazquez (Claim No. 9499) [Docket No. 19433] was furnished by mail on January 23, 2008 to Carmen Vazquez c/o Luis Tous, Esq., 6320 Old St. Augustine Road, Suite 111, Jacksonville, Florida 32217.

Dated:  January 23, 2008

                                                       SMITH HULSEY & BUSEY


                                                       By      *s/ James H. Post*
                                                            Stephen D. Busey
                                                            James H. Post (FBN 175460)
                                                            Cynthia C. Jackson

                                                       225 Water Street, Suite 1800
                                                       Jacksonville, Florida  32202
                                                       (904) 359-7700
                                                       (904) 359-7708 (facsimile)
                                                       jpost@smithhulsey.com

                                                       Counsel for Reorganized Debtors

00520151