# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

## MOTION TO CONTINUE TRIAL ON
## CLAIMS FILED BY SARRIA ENTERPRISES, INC.

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") move the Court for entry of an order continuing the trial on (i) the Debtors' Twenty-Sixth Omnibus Objection to Claims (the "Objection") (Doc. No. 12281) as it relates to Claim Number 8468 filed by Sarria Enterprises, Inc. ("Sarria"), (ii) the Debtors' Second Omnibus Motion to Assume Non-Residential Real Property Leases (the "Motion to Assume") (Doc. No. 8941) as it relates to the cure objection filed by Sarria (Doc. No. 9722) (the "Cure Objection") and (iii) the Request for Payment of Administrative Expenses filed by Sarria (the "Administrative Expense Application") (Doc. No. 14109) currently scheduled for February 14, 2008 at 1:30 p.m. and February 15, 2008 at 9:30 a.m., and in support state:

1.     Prior to the petition date, Winn-Dixie entered into non-residential real property leases with Sarria for Store Nos. 237, 270, 302 and 330 (collectively, the "Sarria Leases").

2. On July 26, 2005, Sarria filed claim number 8468 for pre-petition amounts allegedly due from Winn-Dixie under the lease for Store No. 237 (the "Sarria Claim").

3. On June 30, 2006, Winn-Dixie filed its Motion to Assume seeking to assume the Sarria Leases, among other non-residential real property leases, and fix the cure amounts for Store Nos. 237, 270, 302 and 330 (the "Sarria Stores").

4. On July 29, 2006, Sarria filed its Cure Objection to the Motion to Assume by which it asserts additional amounts are due from Winn-Dixie.

5. Winn-Dixie filed the Objection on October 31, 2006 seeking to classify the Sarria Claim as an administrative priority in an amount to be determined by Court order.

6. On December 20, 2006, the Court entered an order (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to the Sarria Claim.

7. On January 4, 2007, Sarria filed its Administrative Expense Application for amounts allegedly due post-petition from Winn-Dixie under the Sarria Leases.

8. A status conference regarding the Objection, the Motion to Assume, the Cure Objection and the Administrative Expense Application was held on November 1, 2007.

9. On November 5, 2007, the Court entered an order (Doc. No. 18816) scheduling a trial on the Objection, the Motion to Assume, the Cure Objection and

the Administrative Expense Application for February 14, 2008 at 1:30 p.m. and February 15, 2008 at 9:30 a.m. (the "Scheduling Order").

10. Since the Scheduling Order was entered, Winn-Dixie and Sarria have been attempting to consensually resolve the disputed issues between them. Continuing the February 14 and 15, 2008 trial for a period of not less than sixty (60) days will allow the parties additional time needed to attempt to resolve their dispute.

11. The undersigned counsel has conferred with counsel for Sarria, and Sarria consents to the relief sought in this motion.

WHEREFORE, Winn-Dixie requests that the Court enter an order continuing the trial on the Objection, the Motion to Assume and the Administrative Expense Request for a period not less than sixty 60 days from February 15, 2008.

Dated: January 24, 2008

SMITH HULSEY & BUSEY

By  */s/ Cynthia C. Jackson*
      Stephen D. Busey
      Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for the Reorganized Debtors

3

## Certificate of Service

I certify that the foregoing was furnished by the CM/ECF electronic notification system to Allan Burger, Burger and Farmer, P.L., 1601 Forum Place, Suite 404, West Palm Beach, Florida 33401, and all parties in interest entitled to receive such notification this 24th day of January, 2008.

> /s/ Cynthia C. Jackson
> Attorney

594393