UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER CONTINUING TRIAL SCHEDULED FOR MARCH 27, 2008

This case is before the Court upon the motion of Winn-Dixie and its affiliates ("Winn-Dixie") to continue the trial on (i) Winn-Dixie's Amended Objection to Claim Number 13321 filed by Consolidated Biscuit Company, as set forth in the Debtors' Twenty-Seventh Omnibus Objection (the "Amended Objection") (Docket No. 17219) and (ii) the Request of Consolidated Biscuit Company for Payment of an Administrative Expense Claim (the "Administrative Expense Request") (Docket No. 8930) currently scheduled for March 27, 2008 at 9:30 a.m. It is,

ORDERED:

1. The motion is granted.

2. The trial on this matter currently scheduled for March 27, 2008 is continued until _June 19, 2008 at 9:30 A.M._.

Dated this _24_ day of _January_, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Allan E. Wulbern is directed to serve
a copy of this Order on all parties who
received copies of the motion.

00595004