IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 3:05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Debtors. | ) | |

**WITHDRAWAL OF NOTICE OF APPEARANCE**

COME NOW, Wendy L. Hagenau and John A. Moore of Powell Goldstein LLP and hereby withdraw their Notice of Appearance filed in this case on behalf of 2525 E. Hillsborough Avenue, LLC, a creditor in these proceedings.  The parties have fully resolved all outstanding issues thereby making Powell Goldstein's participation in these cases and its receipt of electronic notices no longer necessary.

Dated: January 24, 2008

        /s/ John A. Moore
Wendy L. Hagenau (Ga. Bar No. 316688)
John A. Moore (Fla. Bar No. 386596)
One Atlantic Center, 14th Floor
1201 West Peachtree Street, N.W.
Atlanta, Georgia  30309-3488
Telephone (404) 572-6600
Fax (404) 572-6999

Counsel for 2525 E. Hillsborough Avenue, LLC

::ODMA\PCDOCS\ATL\1249983\1

**CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of January 2008 the foregoing **Withdrawal of Notice of Appearance** was sent by the Court's electronic case filing system to all parties who receive electronic notices in the Debtors' bankruptcy cases and was served via First Class Mail to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699.

    /s/ John A. Moore
John A. Moore

::ODMA\PCDOCS\ATL\1249983\1