**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CONSENT MOTION TO CONTINUE HEARING ON**
**DENISE SYDNOR'S MOTION TO ENLARGE TIME TO FILE**
**AN APPLICATION FOR AN ADMINISTRATIVE EXPENSE CLAIM**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively the "Reorganized Debtors"), move the Court to continue the evidentiary hearing on Denise Sydnor's Motion to Enlarge Time to File an Application for an Administrative Expense Claim (Docket No. 16469)(the "Motion") currently scheduled for February 28, 2008 at 9:00 a.m. to March 27, 2008, and in support thereof say:

1. Since the Court entered its Order Scheduling Trial on this matter, the parties have agreed to mediation of Denise Sydnor's state court suit against the Debtors (the "State Court Action"). That mediation is scheduled for February 26, 2008 (the "Mediation").

2. If the Mediation results in a settlement of the State Court Action, the evidentiary hearing on the Motion will be moot. If the Mediation does not result in settlement, additional time will be needed to afford both parties the opportunity to fully and fairly litigate this matter which will likely include the taking of depositions as well as other discovery.

3.  A hearing on another matter (Winn-Dixie's Objection to the Claim of Consolidated Biscuit Company) which was scheduled for March 27, 2008 has recently been continued.

4.  For these reasons, the parties have agreed to the continuance of the evidentiary hearing in this matter until March 27, 2008, or the earliest date thereafter subject to the Court's calendar.

5.  The undersigned counsel has conferred with counsel for Denise Sydnor, and Denise Sydnor consents to the continuance requested by this motion.

WHEREFORE, the Debtors request that the Court enter an order in the form attached continuing the evidentiary hearing on in this matter to March 27, 2008.

Dated: January 23, 2008

SMITH HULSEY & BUSEY

By  */s/ David L. Gay*
    James H. Post
    David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
dgay@smithhulsey.com

Counsel for Reorganized Debtors

## Certificate of Service

I certify that the foregoing was furnished through the CM/ECF electronic notification system to and all parties in interest entitled to receive such notification this 24th day of January, 2008.

                                                             */s/ David L. Gay*
                                                                     Attorney

00595597