UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Chapter 11

WINN-DIXIE STORES, INC., et al.,                               Case No. 05-03817-3F1
                                                                                         Jointly Administered
      Reorganized Debtors.
_____/

**MOTION TO SET HEARING ON MOTION TO SUBMIT
PENDING MATTERS TO MEDIATION
AND REQUEST FOR APPOINTMENT OF MEDIATOR**

      Diana Clark ("Ms. Clark"), by and through her undersigned counsel, hereby files her Motion to Set Hearing on Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator (the "Motion") and requests that this Court enter an order scheduling a preliminary hearing to consider Ms. Clark's Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator (the "Mediation Motion") [Docket 19391]. In support of the Motion, Ms. Clark respectfully represents as follows:

**Jurisdiction and Venue**

      1.    This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334.

      2.    This is a core proceeding pursuant to 28 U.S.C. §157.

      3.    Venue of the Debtors' Chapter 11 cases and this Motion in this Court is proper pursuant to 28 U.S.C. §§1408 and 1409.

      4.    The statutory predicate for the relief sought herein is L.B.R. 9019-2.

**Background**

5.      The Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on February 21, 2005.

6.      On February 22, 2005, this Court entered an order jointly administering the Debtors' Chapter 11 cases under Case No. 05-03817-3F1.

7.      On June 25, 2007, Ms. Clark filed a Motion to Enlarge Time for Diana Clark to File an Application for an Administrative Expense Claim (the "Motion to Enlarge") [Docket No. 16984] and an Application for Allowance and Payment of Administrative Expense Claim (the "Application") [Docket No. 16985].

8.      On December 26, 2007, Ms. Clark filed the Mediation Motion.

**Relief Requested and Grounds Therefor**

9.      By this Motion, Ms. Clark requests that this Court enter an order scheduling a preliminary hearing to consider the Mediation Motion.

10.      Ms. Clark's state court counsel has been engaged in informal settlement discussions with Sedgwick Claims Management Services, Inc., the Debtors' third party claims administrator, in an effort to globally resolve all disputes between the parties, including the Motion to Enlarge and the Application. Unfortunately, the parties have been unable to resolve these matters.

11.      Accordingly, Ms. Clark filed the Mediation Motion in an effort to globally resolve all pending matters between the parties. Prior to filing the Mediation Motion, the undersigned contacted counsel for the Debtors to determine whether the Debtors would consent to mediation. The Debtors have not consented to mediation, however, the

Mediation Motion has been pending since December 26, 2007 and has not been set for hearing.

12. Ms. Clark submits that referring all pending matters to mediation is in the best interests of the Debtors, their estates and Ms. Clark.

WHEREFORE, the Ms. Clark respectfully requests that this Court set the Mediation Motion for hearing at its earliest available date, and for such other and further relief as this Court deems just.

Dated: January 28, 2008

>/s/ Amy Denton Harris
Stephen R. Leslie
Florida Bar No. 0000349
Amy Denton Harris
Florida Bar No. 0634506
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: sleslie@srbp.com
aharris@srbp.com
Attorneys for Diana Clark and Lee Pitisci

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon the following electronically via the Court's CM/ECF system on this 28th day of January, 2008:

Stephen D. Busey, Esquire
James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Elena L. Escamilla, Esquire
Office of the United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

/s/ Amy Denton Harris
Amy Denton Harris
Florida Bar No. 0634506