**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER CONTINUING EVIDENTIARY HEARING ON**
**DENISE SYDNOR'S MOTION TO ENLARGE TIME TO FILE**
**AN APPLICATION FOR AN ADMINISTRATIVE EXPENSE CLAIM**

This case is before the Court upon Debtors' Consent Motion to Continue Hearing on Denise Sydnor's Motion to Enlarge Time to File an Application for an Administrative Expense Claim (the "Motion"). Upon consideration, it is

ORDERED:

1.    The Motion is granted.

2.    The evidentiary hearing Denise Sydnor's Motion to Enlarge Time to File an Application for an Administrative Expense Claim currently scheduled for February 28, 2008 at 9:00 a.m. is continued to March 27, 2008 at 9:00 A.M. in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

Dated this 28 day of JANUARY, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
David L. Gay

[David L. Gay is directed to serve a copy of this order on all parties in interest and file a proof of service.]

00595620