UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

ORDER CONTINUING TRIAL
SCHEDULED FOR FEBRUARY 14 AND 15, 2008

This case is before the Court upon the motion of Winn-Dixie and its affiliates ("Winn-Dixie") to continue the trial on (i) the Debtors' Twenty-Sixth Omnibus Objection to Claims (the "Objection") (Doc. No. 12281) as it relates to Claim Number 8468 filed by Sarria Enterprises, Inc. ("Sarria"), (ii) the Debtors' Second Omnibus Motion to Assume Non-Residential Real Property Leases (the "Motion to Assume") (Doc. No. 8941) as it relates to the cure objection filed by Sarria (Doc. No. 9722) (the "Cure Objection") and (iii) the Request for Payment of Administrative Expenses filed by Sarria (the "Administrative Expense Application") (Doc. No. 14109) currently scheduled for February 14, 2008 at 1:30 p.m. and February 15, 2008 at 9:30 a.m. It is,

ORDERED:

1. The motion is granted.

2. The trial on this matter currently scheduled for February 14, 2008 at 1:30 p.m. and February 15, 2008 at 9:30 a.m is continued until JUNE 5, 2008 @ 9:00 A.M.

Dated this 28 day of JANUARY, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.

595945