UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )
                                          )
WINN-DIXIE STORES, INC., et al.,          )
                                          )
Debtors                                   )    Case No. 05-03817-3F1
                                          )
                                          )    Chapter 11
                                          )
                                          )    Jointly Administered

**NOTICE OF WITHDRAWAL OF CLAIM WITH PREJUDICE**
Creditors: Judy Delaney and John Delaney

PLEASE TAKE NOTICE that Creditors, JUDY DELANEY AND JOHN DELANEY, by and through their undersigned attorney, files this Notice of Withdrawal of Claim with Prejudice against Debtors, WINN-DIXIE STORES, INC., et al.

DATED THIS 28th day of January 2008.

Childress & Charpentier, P.A.

/s/ **Stephen G. Charpentier**
Stephen G. Charpentier (FL#0328006)
2285 W. Eau Gallie Blvd.
Melbourne, FL 32935
Telephone: (321) 308-8020
Facsimile: (321) 308-8026

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the fore**going document was served electronically** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq, and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically, this ___ day of January 2008.

/s/ **Stephen G. Charpentier**
Stephen G. Charpentier