UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | |
| Debtors ) | Case No. 05-03817-3F1 |
| ) | |
| ) | Chapter 11 |
| ) | |
| ) | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP
ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST**
Judy Delaney and John Delaney

PLEASE TAKE NOTICE that Stephen G. Charpentier of Childress & Charpentier, P.A., attorney for Judy Delaney and John Delaney, file this Notice of Withdrawal from Case and Request to Stop Electronic Notice and for Removal from Service List.

WHEREFORE, Stephen G. Charpentier, Esquire, respectfully requests that the Clerk remove him from the service list and stop electronic notices to him.

DATED THIS 28th day of January 2008.

Childress & Charpentier, P.A.

/s/ **Stephen G. Charpentier**
Stephen G. Charpentier (FL#0328006)
2285 W. Eau Gallie Blvd.
Melbourne, FL 32935
Telephone: (321) 308-8020
Facsimile: (321) 308-8026

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the fore**going document was served electronically** through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq, and John

MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically, this ___ day of January 2008.

/s/ **Stephen G. Charpentier**
Stephen G. Charpentier