UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                          CASE. NO. 05-3817-3F1

WINN DIXIE STORES, INC.,

    Debtor.
_____/

## ORDER DENYING MOTION FILED BY EMMANUEL PEREZ TO WITHDRAW AS ATTORNEY OF RECORD FOR ADA SERRA

This case came before the Court upon Motion to Withdraw as Attorney of Record filed by Emmanuel Perez. Mr. Perez seeks to withdraw as the attorney of record for Ada Serra. Upon consideration, it is

**ORDERED:**

Emmanuel Perez's Motion to Withdraw as Attorney of Record for Ada Serra is denied.

**DATED** this 29 day of January, 2008 at Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**Copies Furnished To:**

Leanne McKnight Prendergast, Attorney for Debtor
Emmanuel Perez, Attorney for Ada Serra