UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re <br><br> WINN-DIXIE STORES, INC., et al. <br><br><br><br> Debtors | § § § § § § § § § § § | Case No. 05-03817 <br> *Chapter 11*, Jointly Administered |

**NOTICE TO WITHDRAW APPEARANCE AND FOR
REMOVAL FROM COURT'S SERVICE LIST**

To the Clerk of the Honorable Court and All Interested Parties:

**PLEASE TAKE NOTICE** that Matthew Hamilton, Esq., appearing on behalf of APS Clearing, Inc., APS Capital Corp. and Fulcrum Credit Partners LLC, hereby withdraws its Notice of Appearance filed in the above captioned Chapter 11 cases and requests that the Clerk's Office remove its attorneys from the Court's mailings and electronic notice matrix and terminate all electronic notices in the case to all Fulcrum e-mail addresses, including but not limited to: mhamilton@aps-capital.com, mhamilton@amph.com, and electronicnotice@fulcruminv.com.

Dated: Austin, Texas
January 29, 2008

                                                 **APS CLEARING CORP. AND
FULCRUM CREDIT PARTNERS LLC**

                                                 By: _____
                                                      Matthew Hamilton, Esq.