UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |

**AGREED ORDER DISALLOWING CLAIM NUMBER
13688 FILED BY KRISTEN FAGG, AS SET FORTH IN THE
DEBTORS' TWENTY-NINTH OMNIBUS CLAIMS OBJECTION**

This cause came before the Court for hearing on February 22, 2007, upon the Twenty-Ninth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively the "Reorganized Debtors") (Docket No. 14799), which objection included, as one of the several claims subject to dispute, the claim of Kristen Fagg filed as Claim No. 13688. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 13688 filed by Kristen Fagg is disallowed in its entirety.

2. The application for payment of administrative expense filed by Kristen Fagg on January 4, 2008 (the "Application") (Docket No. 19442) shall be deemed timely filed.

3. This Order is without prejudice to the rights, claims or defenses which the Debtors have or may have with respect to the Application.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Order.

Dated this __29__ day of January, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to
serve a copy of this order on all
parties in interest.

589333

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

WILCOX LAW FIRM

By *s/ Brett A. Mearkle**
Robert D. Wilcox
Brett A. Mearkle

Florida Bar No. 755168
Florida Bar No. 644706
6817 Southpoint Parkway
Suite 1202
Jacksonville, Florida 32216
bmearkle@wilcoxlawfirm.com

Attorneys for Claimant

SMITH HULSEY & BUSEY

By *s/ James H. Post*
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Reorganized Debtors

*Counsel has authorized the use of his electronic signature.

589333