UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         )        Chapter 11
        Reorganized Debtors.                  )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of Order Continuing Trial Scheduled for February 20, 2008 (Docket No. 19539) was furnished electronically on January 18, 2008 to William M. Lindeman, Esq., William M. Lindeman, P.A., 300 S. Eola Drive, Orlando, Florida 32801, w.lindeman@wmlpa.com.

Dated:  January 30, 2008

                                                        SMITH HULSEY & BUSEY


                                                        By     *s/ Cynthia C. Jackson*
                                                                Stephen D. Busey
                                                                Cynthia C. Jackson

                                                        Florida Bar Number 498882
                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida  32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        cjackson@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00595337