**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al,

        Debtors.

Case No.: 3:05-bk-3817-JAF
*Chapter 11*
Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that Earl M. Barker, Jr. and Hollyn J. Foster of Slott, Barker & Nussbaum, Attorneys for Fountain Columbus Associates, LLC, City of Bedford, Virginia, Victory Investments, Inc., and Durham Plaza Associates, LLC, does hereby give notice that their services are concluded in this matter and they hereby request that they be removed from any and all service lists by electronic mail (email: embarker@bellsouth.net and hollynf@bellsouth.net) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Request from Removal from Service List and Request to Stop Electronic Notice has been served through the CM/ECF System this 31st day of January, 2008.

RESPECTFULLY SUBMITTED this 31st day of January, 2008.

Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202
(904) 353-0033 (Telephone)
(904) 355-4148 (Telecopy)

/s/ Earl M. Barker, Jr.
Earl M. Barker, Jr.
Florida Bar No. 110140

/s/ Hollyn J. Foster
Hollyn J. Foster
Florida Bar No. 0020883

Attorneys for Victory Real Estate Investments, LLC, et al