UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                               CASE. NO. 05-3817-3F1

WINN DIXIE STORES, INC.,

  Debtor.
_____/

## ORDER DENYING MOTION FILED BY EMMANUEL PEREZ TO WITHDRAW AS ATTORNEY OF RECORD FOR ADA SERRA

This case came before the Court upon Motion to Withdraw as Attorney of Record filed by Emmanuel Perez. Mr. Perez seeks to withdraw as the attorney of record for Ada Serra. Upon consideration, it is

**ORDERED:**

Emmanuel Perez's Motion to Withdraw as Attorney of Record for Ada Serra is denied.

**DATED** this 29 day of January, 2008 at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**Copies Furnished To:**

Leanne McKnight Prendergast, Attorney for Debtor
Emmanuel Perez, Attorney for Ada Serra

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes               Page 1 of 1              Date Rcvd: Jan 29, 2008
Case: 05-03817                 Form ID: pdfdoc            Total Served: 2

The following entities were served by first class mail on Jan 31, 2008.
aty          +Emmanuel Perez,    Emmanuel Perez & Associates PA,   901 Ponce De Leon Blvd.,   #303,
               Coral Gables, FL 33134-3073
aty          +Leanne McKnight Prendergast,   Smith Hulsey & Busey,   225 Water Street Suite 1800,
               Jacksonville, Fl 32202-4494
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 31, 2008**            **Signature:** _Joseph Speetjens_