UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NO. 10916
### FILED BY NAVAJO MANUFACTURING COMPANY, INC.

This cause is before the Court upon (i) the Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers' Compensation Claims and (D) Workers' Compensation Misclassified Claims as it pertains to Claim No. 10916 filed Navajo Manufacturing Company, Inc. (Docket No. 10689) and (ii) the Objection to the Debtors' Nineteenth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C) Workers' Compensation Claims and (D) Workers' Compensation Misclassified Claims filed by Navajo Manufacturing Company, Inc. (Docket No. 11395). Based

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

upon the consent of the parties set forth below, it is

ORDERED AND ADJUDGED:

1. Claim No. 10916 filed by Navajo Manufacturing Company, Inc. is disallowed in its entirety.

2. Navajo Manufacturing Company, Inc. shall pay to Winn-Dixie Stores, Inc. the sum of $62,000 in full satisfaction of its pre-petition obligations to the Debtors. Navajo Manufacturing Company, Inc. shall pay such amount by allowing Winn Dixie to deduct and setoff 20% from each of its future invoices to Winn-Dixie until the amount deducted and set-off totals $62,000. In the event that the Supplier's Authorization Agreement between the parties is terminated, Navajo Manufacturing Company, Inc. shall pay the remaining balance due to Winn-Dixie under this Order within 15 days of such termination, by check made payable to Winn-Dixie Stores, Inc. and delivered to Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254, attention David Young.

3. This Order resolves (i) all liabilities and obligations related to Claim No. 10916 (ii) all other pre-petition or administrative claims Navajo Manufacturing Company, Inc. has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___1___ day of February, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Leanne McKnight Prendergast, Esq.

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

3

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | NAVAJO MANUFACTURING CO., INC. |
|---|---|
| By <u>*s/ Leanne McKnight Prendergast*</u><br>Stephen D. Busey<br>James H. Post<br>Leanne McKnight Prendergast | By _____<br>Doug Thomson<br>Its: Chief Financial Officer |
| Florida Bar Number 0059544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | and<br><br>By _____<br>Gordon Levy<br>Its: Chief Operating Officer |
| Counsel for Reorganized Debtors | 5330 Fox Street<br>Denver, Colorado 80216-1630<br>(303) 292-3090<br>(303) 256-4479 (facsimile)<br>dthomson@navajomfg.com<br>lookoutglevy@yahoo.com |

00583973

4