UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                            Case No: 3:05-bk-03817-JAF
WINN-DIXIE STORES, INC.,                                          Chapter 11
      Debtor.
_____/

## MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR CREDITOR, ADA SERRA AND REQUEST TO APPEAR TELEPHONICALLY FOR HEARING

**COMES NOW** undersigned counsel and files this Motion for Reconsideration of Order Denying Motion to Withdraw as Attorney for Creditor, Ada Serra, and Request to Appear Telephonically for Hearing and as grounds states the following:

1. On or about October 2006 undersigned counsel was retained by creditor, Ada Serra, to represent her in the filing of a Motion for Relief from Stay so that the creditor, can proceed with a civil action against the Debtor outside the bankruptcy forum.

2. On or about January 3, 2008 after numerous attempts to contact the debtor, undersigned counsel filed a Motion to Withdraw as attorney of record for creditor, Ada Serra.

3. On or about January 29, 2008 this Court entered an Order Denying undersigned counsel's motion to withdraw as attorney of record for creditor, Ada Serra.

4. The Order does not specify **why** this Court is denying the motion.

5. Undersigned counsel had requested a hearing to appear telephonically, but after speaking with the Clerk's office, we were instructed to submit a proposed Order without hearing.

6. Undersigned counsel would like for this Honorable Court to reconsider its decision, as in addition to not being able to communicate with my client, Ada Serra in order to be able to represent her adequately, undersigned counsel has not received any payment from Ms. Serra in over one (1) year.

1

7. The creditor, Ada Serra has been living abroad since approximately 2006 and it is difficult for undersigned counsel to communicate with, Ms. Serra and coordinate hear appearance for mediation or hearings which are necessary in order to address her claim.

8. Undersigned counsel is requesting that he be allowed to appear telephonically for the hearing on this Motion for Reconsideration, as undersigned counsels office are located in Coral Gables, Florida.

**WHEREFORE**, undersigned counsel respectfully requests that this Court grant this Motion for Reconsideration of this Court's Order Denying the Motion to Withdraw as Attorney of Record for creditor, Ada Serra and whatever other relief it deems just and reasonable.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 1st day of February 2008: Leanne McKnight Prendergast, Esq., Attorney for Reorganized debtors, 222 Water Street, Suite 1800, Jacksonville, FL 32202; and to all parties on the service list via ecf.

Respectfully Submitted:

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
901 Ponce De Leon Blvd.
Suite 303
Coral Gables, FL 33134
Telephone (305) 442-7442

By: */s/ Emmanuel Perez*
    Emmanuel Perez, Esq., FBN#586552