**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

**JOINT MOTION FOR CONTINUANCE OF TRIAL ON PECO**
**PALLETS, INC.'S ADMINISTRATIVE EXPENSE APPLICATION**

PECO Pallets, Inc. ("PECO") and Winn-Dixie Stores, Inc. ("Winn-Dixie") jointly move the Court for a continuance of the trial scheduled for February 21, 2008, and in support of the motion state:

1. On December 21, 2006, PECO filed its Application for Allowance and Payment of Chapter 11 Administrative Expense (the "Application") [Docket No.13342]. This contested Application seeks the allowance and immediate payment of a Chapter 11 administrative expense pursuant to 11 U.S.C. § 503(b).

2. On August 13, 2007, this Court issued an Order Scheduling Trial, setting the matter for trial on November 2, 2007. Upon Winn-Dixie's Motion for Continuance, this Court, on October 11, 2007, continued the trial to February 21, 2008.

3. Despite their best efforts to do so, both Winn-Dixie and PECO have encountered issues which render it impossible to try this matter on February 21, 2008 as scheduled, including the unavailability of a material participant in the proceeding for PECO due to unanticipated medical and health issues.

4. Despite best efforts, the parties have also been unable to schedule the necessary depositions of indispensable parties prior to the trial date.

5. PECO recently opposed the continuance of the trial. Circumstances have since changed necessitating a change in PECO's position.

WHEREFORE, Winn-Dixie Stores, Inc. and PECO Pallets, Inc. jointly request a 60-day continuance of the trial currently scheduled for February 21, 2008, and such other relief as is appropriate.

| **SMITH HULSEY & BUSEY** | **STUTSMAN THAMES & MARKEY, P.A.** |
|---|---|
| */s/ Cynthia C. Jackson*<br>By_____<br>  Cynthia C. Jackson<br>  Beau Bowin | */s/ Richard R. Thames*<br>By_____<br>  Richard R. Thames<br>  Robert A. Heekin, Jr. |
| Florida Bar Number 498882<br>Florida Bar Number 792551<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (Facsimile)<br>cjackson@smithhulsey.com<br>bbowin@smithhulsey.com | Florida Bar Number 0718459<br>Florida Bar Number 0652083<br>50 N. Laura Street, Suite 1600<br>Jacksonville, Florida 32202<br>(904) 358-4000<br>(904) 358-4001 (Facsimile)<br>rthames@stmlaw.net<br>rheekin@stmlaw.net |
| Attorneys for Winn-Dixie Stores, Inc. | Attorneys for PECO Pallets, Inc. |

**Certificate of Service**

I certify that the foregoing was furnished by the CM/ECF electronic notification system to Cynthia C. Jackson, Esq. and Beau Bowin, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on this 1st day of February, 2008.

/s/ Richard R. Thames
———————————————
Attorney

67002