UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**In re:**

WINN-DIXIE STORES, INC., et al.,

    Reorganized Debtors.

_____/

Case No. 05-03817-3F1
Chapter 11

Jointly Administered

## NOTICE OF REQUEST TO BE REMOVED FROM COURT'S MAILING AND ELECTRONIC NOTIFICATION

Please take notice that undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above-styled matter, including the electronic matrix.

Respectfully submitted, this 4th day of February, 2008.

/s/ Christie L. Dowling
Christie L. Dowling
Attorney for Claimant

**OF COUNSEL:**
Balch & Bingham LLP
1901 Sixth Avenue North, Suite 2700
Birmingham, AL 35203
Phone: (205) 251-8100
Facsimile: (205) 226-8799

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing was made this 4th day of February 2008 via CM/ECF Noticing upon all parties who are registered and have consented to electronic noticing.

/s/ Christie L. Dowling
OF COUNSEL

954440.1