UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF TRIAL ON PECO PALLETS, INC.'S ADMINISTRATIVE EXPENSE APPLICATION

This case is before the Court upon the joint motion for continuance of the trial of PECO Pallet's, Inc.'s application for allowance and payment of administrative expense currently scheduled to be heard on February 21, 2008 [Docket No. 13342]. Upon consideration thereof, it is ORDERED:

1. The motion is granted.

2. The trial of PECO Pallet's Expense Application for Allowance and Payment of Administrative Expense is continued until MAY 8, 2008 at 1:30 P.m.

DATED this 4 day of February, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Richard R. Thames, Esq.
Stutsman Thames & Markey, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202

67004