UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON FEBRUARY 7, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on February 7, 2008 at 1:30 p.m.:

A. **Uncontested Matters**

1. *Case Management Conference regarding (i) Debtors' Second Omnibus Motion for Authority to Assume Non-Residential Real Property Leases, Fix Cure Amount and Grant Related Relief as it relates to the cure objection filed by DBR Asset Management, Inc. as agent for Northway Investments, LLC and (ii) Motion/Application for Administrative Expense Claim filed by Northway Investments, LLC (Docket Nos. 8941, 9564 and 13688)*

   Status: The Reorganized Debtors will proceed with the Conference.

2. *Motion of Reorganized Debtors' to Vacate Agreed Order with the Hunt Claimants (Docket No. 19468)*

   Objection Deadline: Non-Applicable.

   Objections: None.

   Status: The Reorganized Debtors have agreed to continue the hearing on the Motion until further notice.

### B. Contested Matters

*3. Debtors' Fourth Omnibus Objection to Administrative Claims Which Have Been Settled or Released (Docket No. 19519)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: February 6, 2008

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
| By  *s/ D. J. Baker*  <br>   D. J. Baker <br>   Sally McDonald Henry <br>   Rosalie Walker Gray | By  *s/ Cynthia C. Jackson*  <br>   Stephen D. Busey <br>   James H. Post <br>   Cynthia C. Jackson |
| Four Times Square <br> New York, New York 10036 <br> (212) 735-3000 <br> (212) 735-2000 (facsimile) <br> djbaker@skadden.com | Florida Bar Number 498882 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00596525