UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
Chapter 11
Reorganized Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Melody Baker-Watt [Docket No. 19619] was furnished by mail on February 7, 2008 to Melody Baker-Watt c/o Frank D. Butler, Esq., 10550 US 19 North, Pinellas Park, Florida 33782.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By *s/ James H. Post*

Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785