UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re        )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
               Chapter 11
        Reorganized Debtors.        )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Rose Breece [Docket No. 19676] was furnished by mail on February 7, 2008 to Rose Breece c/o J. Reeve Bright, Esq., Bright & Chimera, P.A., 135 Southeast 5th Ave., Suite 200, Delray Beach, Florida 33484.

Dated: February 7, 2008

        SMITH HULSEY & BUSEY

        By        s/ James H. Post
               Stephen D. Busey
               James H. Post (FBN 175460)
               Cynthia C. Jackson

        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00569785