UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         Chapter 11
               Reorganized Debtors.          )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Melissa Calos [Docket No. 19621] was furnished by mail on February 7, 2008 to Melissa Calos c/o Justin W. Pimenta, Esq., Bales & Weinstein, P.A., 9700 Dr. Martin Luther King, Jr. North, St. Petersburg, Florida 33702.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By        _s/ James H. Post_
               Stephen D. Busey
               James H. Post (FBN 175460)
               Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785