UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                               Chapter 11
       Reorganized Debtors.         )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Arthur Guillory [Docket No. 19622] was furnished by mail on February 7, 2008 to Arthur Guillory c/o Dan P. Fontenot, Esq., 140 North Second Street, Eunice, Louisiana 70535.

Dated: February 7, 2008

                              SMITH HULSEY & BUSEY

                              By    *s/ James H. Post*
                                   Stephen D. Busey
                                   James H. Post (FBN 175460)
                                   Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00569785