UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,                   )          Case No. 05-03817-3F1
                                                              Chapter 11
       Reorganized Debtors.                 )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Sharon Hunter [Docket No. 19628] was furnished by mail on February 7, 2008 to Sharon Hunter c/o Michael S. Steinger, Esq., Steinger, Iscoe & Philips, P.A., 1645 Palm Beach Lakes Blvd., 9th Floor, West Palm Beach, Florida 33401.

Dated: February 7, 2008

                                                    SMITH HULSEY & BUSEY


                                                    By     s/ James H. Post
                                                         Stephen D. Busey
                                                         James H. Post (FBN 175460)
                                                       Cynthia C. Jackson

                                           225 Water Street, Suite 1800
                                           Jacksonville, Florida  32202
                                           (904) 359-7700
                                           (904) 359-7708 (facsimile)
                                           jpost@smithhulsey.com

                                           Counsel for Reorganized Debtors

00569785