UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Mavis Pierson and Jimmie Pierson [Docket No. 19632] was furnished by mail on February 7, 2008 to Mavis Pierson and Jimmie Pierson c/o William J. Crain, Esq., Jones Fussell, LLP, Post Office Box 1810, Covington, LA 70434-1810.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
　　Stephen D. Busey
　　James H. Post (FBN 175460)
　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785