UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Kristin Pope [Docket No. 19624] was furnished by mail on February 7, 2008 to Kristin Pope c/o Jake B. Mathews, Esq., Merrill, Merrill, Mathews & Allen, LLC, 1326 Leighton Ave., Anniston, Alabama 36202.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By    s/ James H. Post
 Stephen D. Busey
 James H. Post (FBN 175460)
 Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785