UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )
                                         )
WINN-DIXIE STORES, INC., et al.,         )   Case No. 05-03817-3F1
                                         )   Chapter 11
        Reorganized Debtors.             )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Sharena Broadnax for Lateisha Reaves, a Minor [Docket No. 19677] was furnished by mail on February 7, 2008 to Sharena Broadnax for Lateisha Reaves, a Minor c/o Greg Silverstein, Esq., Silverstein, Silverstein & Silverstein, 20801 Biscayne Blvd., Suite 504, Aventura, Florida 33180-1422.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785