UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,              )          Case No. 05-03817-3F1
                                                         Chapter 11
      Reorganized Debtors.            )          Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Melinda Reed [Docket No. 19680] was furnished by mail on February 7, 2008 to Melinda Reed c/o James D. Arnold, Esq., Morgan & Morgan, 201 North Franklin Street, 7th Floor, Tampa, Florida 33602.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785