UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )          Case No. 05-03817-3F1
                                               Chapter 11
      Reorganized Debtors.          )          Jointly Administered

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Scott Rice [Docket No. 19625] was furnished by mail on February 7, 2008 to Scott Rice c/o Michael Overbeck, Esq., 4590 PGA Blvd., Suite 204, Palm Beach Gardens, Florida 33418.

Dated: February 7, 2008

                                                    SMITH HULSEY & BUSEY

                                                    By    *s/ James H. Post*
                                                         Stephen D. Busey
                                                         James H. Post (FBN 175460)
                                                        Cynthia C. Jackson

                                               225 Water Street, Suite 1800
                                               Jacksonville, Florida 32202
                                               (904) 359-7700
                                               (904) 359-7708 (facsimile)
                                               jpost@smithhulsey.com

                                               Counsel for Reorganized Debtors

00569785