UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                               )        Chapter 11
      Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Linda Webb [Docket No. 19629] was furnished by mail on February 7, 2008 to Linda Webb c/o J. Scott Nooney, Esq., The Law Office of J. Scott Nooney & Associates, 1680 Emerson Street, Jacksonville, Florida 32207.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785