UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,    )         Case No. 05-03817-3F1
                                                     Chapter 11
              Reorganized Debtors.      )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Catherine Brown (Claim No. 3587 and 5313) [Docket No. 19666] was furnished by mail

on February 7, 2008 to Catherine Brown c/o William H. Winters, Esq., Winters &

Yonkers, P.A., P.O. Box 3342, Tampa, Florida 33601.

Dated:  February 7, 2008

                              SMITH HULSEY & BUSEY


                              By      _s/ James H. Post_____
                                      Stephen D. Busey
                                      James H. Post (FBN 175460)
                                      Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00520151