UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Alma Kennedy (Claim No. 6875) [Docket No. 19613] was furnished by mail on February

7, 2008 to Alma Kennedy c/o Ronald Sholes, Esq., 964 N. Temple Avenue, Starke,

Florida 32091.

Dated: February 7, 2008

SMITH HULSEY & BUSEY


By ____*s/ James H. Post*____
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

     225 Water Street, Suite 1800
     Jacksonville, Florida  32202
     (904) 359-7700
     (904) 359-7708 (facsimile)
     jpost@smithhulsey.com

     Counsel for Reorganized Debtors

00520151