UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                           Chapter 11
      Reorganized Debtors.          )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Reba Nicholson (Claim No. 11177) [Docket No. 19614] was furnished by mail on February 7, 2008 to Reba Nicholson c/o Frank Ferrara, Esq., Ferrara & Ferrara, P. O. Box 159, Walker, Louisiana 70785.

Dated: February 7, 2008

                          SMITH HULSEY & BUSEY

                          By     s/ James H. Post
                                Stephen D. Busey
                                James H. Post (FBN 175460)
                                Cynthia C. Jackson

                          225 Water Street, Suite 1800
                          Jacksonville, Florida 32202
                          (904) 359-7700
                          (904) 359-7708 (facsimile)
                          jpost@smithhulsey.com

                          Counsel for Reorganized Debtors

00520151