UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., ) Case No. 05-03817-3F1
Chapter 11
Reorganized Debtors. ) Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kyle Todd (Claim No. 6670) [Docket No. 19674] was furnished by mail on February 7, 2008 to Kyle Todd c/o Drew Tanney, Esq., Tanney, Eno, Tanney, Griffith & Ingram, 29605 U.S. 19 North, Suite 210, Clearwater, Florida 33761.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By    s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151