UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Larry Willmer (Claim No. 637) [Docket No. 19675] was furnished by mail on February 7, 2008 to Larry Willmer c/o Harlan Webster, Esq., Champman, Lewis & Swan, P. O. Box 428, Clarksdale, Mississippi 38614.

Dated: February 7, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
　　Stephen D. Busey
　　James H. Post (FBN 175460)
　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151