**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                              Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                    Chapter 11

      Reorganized Debtors.                          Jointly Administered
_____/

## ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIMS FILED BY IRT. PARTNERS, L.P. AND EQUITY ONE (HUNTER'S CREEK) INC.

This Case is before the Court upon Winn-Dixie Stores, Inc. and twenty-three of its reorganized debtor affiliates ("Debtors")' Objection to Claims Filed by IRT Partners, L.P and Equity One (Hunter's Creek), Inc. Upon Findings of Fact and Conclusions of Law separately entered, it is

ORDERED:

1.    Debtors' Objection is sustained.

2.    Claim Number 13740 filed by IRT Partners, L.P. is disallowed in its entirety.

3.    Claim Number 13741 filed by Equity One (Hunter's Creek), Inc. is disallowed in it entirety.

Dated this __7__ day of February, 2008 in Jacksonville, Florida.

                                                  Jerry A. Funk
                                                  United States Bankruptcy

Copies to:
Stephen D. Busey, Esquire
D.J. Baker, Esquire
Mark D. Bloom, Esquire
United States Trustee