**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re                                    )          Case No. 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,         )          Chapter 11

                    Debtors.             )

_____ )

**ORDER GRANTING JOINT MOTION FOR CONTINUANCE OF TRIAL**
**ON PECO PALLETS, INC.'S ADMINISTRATIVE EXPENSE APPLICATION**

This case is before the Court upon the joint motion for continuance of the trial of

PECO Pallet's, Inc.'s application for allowance and payment of administrative expense

currently scheduled to be heard on February 21, 2008 [Docket No. 13342]. Upon

consideration thereof, it is ORDERED:

    1.    The motion is granted.

    2.    The trial of PECO Pallet's Expense Application for Allowance and Payment

of Administrative Expense is continued until _MAY 8_, 2008 at _1:30 P_.m.

    DATED this _4_ day of February, 2008 in Jacksonville, Florida.

                                        Jerry A. Funk
                                        United States Bankruptcy Judge

Copies to:

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Richard R. Thames, Esq.
Stutsman Thames & Markey, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202

67004

**BAE SYSTEMS**

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Feb 05, 2008
Case: 05-03817                Form ID: pdfdoc         Total Served: 1
```

```
The following entities were served by first class mail on Feb 07, 2008.
aty           Richard R Thames,   Stutsman Thames & Markey, P.A.,   50 N Laura St Suite 1600,
              Jacksonville, FL  32202-3614
```

```
The following entities were served by electronic transmission.
NONE.                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 07, 2008**                    **Signature:**     _Joseph Speetjens_