

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
February 7, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Case Management Conference Regarding (i) Debtors' Second Omnibus Motion for Authority to Assume Non-Residential Real Property Leases, Fix Cure Amount and Grant Related Relief as it relates to the cure objection filed by DBR Asset Management, Inc. As agent for Northway Investments, LLC and (ii) Motion/Application for Administrative Expense Claim filed by Northway Investments, LLC (Doc. Nos. 8941, 9564 and 13688)

APPEARANCES:
US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD
                        MATTHEW S. BARR

DBR ASSET MGMT/NORTHWAY:

RULING:    8 hr. Trial = 120 days
           June 20 @ 9:30