

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
February 7, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion of Reorganized Debtors to Vacate Agreed Order with the Hunt Claimants(Doc. 19468)

The Reorganized Debtors have agreed to continue the hearing on the Motion until further notice.

APPEARANCES:

US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

RULING:  *Cont'd. until further rte,*
         *at request of debtor party*