UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### ORDER ON DEBTORS' FOURTH OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED

This matter came before the Court for hearing on February 7, 2008, upon the Debtors' Fourth Omnibus Objection to Administrative Claims Which Have Been Settled or Released (the "Objection") (Docket No. 19519) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates to the administrative claims identified on Exhibit A to the Objection. No responses to the Objection were filed. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as to all administrative claims identified in Exhibit A attached.

2. The claims identified on Exhibit A are disallowed in their entirety.

Dated this ___7___ day of February, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

## Administrative Expense Claims

## EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| J. Gordon Rothwell, P.A.<br>c/o David B. McEwen<br>560 First Avenue North<br>St. Petersburg, Florida 33701 | 13869 | Settled |
| Shell, Fleming, Davis & Menge<br>c/o Robert Palmer<br>Post Office Box 1831<br>Pensacola, Florida 32591-1831 | 13971<br>14319 | Settled |
| Saalfield, Shad, Jay & Stokes, P.A.<br>c/o Joseph B. Stokes, III<br>Post Office Box 41589<br>Jacksonville, Florida 32203-1589 | 14568<br>14616 | Settled |

00597361