UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

ORDER CONTINUING TRIAL
SCHEDULED FOR MARCH 12, 13 AND 14, 2008

This case is before the Court upon the joint motion of Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") and Casto Investments Company, Ltd. ("Casto") to continue the trial on Winn-Dixie's Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (Doc. No. 8941), as it relates to the cure objection filed by Casto (Doc. No. 9686), currently scheduled for March 12, 2008 at 9:00 a.m., March 13, 2008 at 1:30 p.m. and March 14, 2008 at 9:30 a.m. It is,

ORDERED:

1.   The motion is granted.

      2.      The trial on this matter currently scheduled for March 12, 2008 at 9:00 a.m., March 13, 2008 at 1:30 p.m. and March 14, 2008 at 9:30 a.m. is continued until *August 14, 2008 at 9:00 a.m. and August 15, 2008 at 9:30 a.m.*

Dated this __7__ day of February, 2008 in Jacksonville, Florida.

                                                                    Jerry A. Funk
                                                                      United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.

00597415