UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT FOR FLORIDA
JACKSONVILLE DIVISION

IN RE: WINN DIXIE STORES, INC.　　　　　　　CASE NO.: 05-03817-3F1
DEBTOR

## MOTION FOR ORDER TO COMPEL COMPLIANCE WITH SETTLEMENT

Winn Dixie Stores, Inc., a creditor of the debtor, respectfully moves this Court for an Order, pursuant to Rule 3019 (a) F.R.B.P., directing the Debtor to comply with the provisions of the stipulation and settlement date of August 6, 2007, previously reached and agreed to by the movant, Patricia Williams, and the Debtor, Winn Dixie Stores, Inc., in the case styled as follows: Patricia Williams vs. Winn Dixie Stores, Inc., 2003-31583-CICI

This settlement was reached and accepted by the Court as a part of the reorganization plan of the debtor corporation. The debtor corporation, in fulfillment of the settlement agreement, was to issue the movant unencumbered freely tradable shares of its stock in a value equal to the sum of $25,000.00.

The debtor corporation now offers 872,000 share of its common stock in an attempt to comply with the terms of the settlement. Patricia Williams, the movant, has refused to accept said tender of shares as the value of the tender, on the date of the tender, is almost $10,000 less than the amount agreed to be paid and made a part of the debtor's reorganization plan.

Patricia Williams, your movant, would request that this Court issue an order directing the debtor, Winn Dixie Stores, Inc., to forthwith issue 1,562 unencumbered and freely tradable shares in the debtor corporation to fulfill the terms of the parties settlement, as heretofore ratified by this Court, and to tax costs and attorneys fees, under Rule 11 F.R.C.P., as against the debtor for this proceeding.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 24th day of October, 2007 to: James H. Post, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and Jennifer Moorhead, Esquire, Post Office Box 2229, Daytona Beach, Florida 32115.

                                    Colette Heck, P.A.

By _____
Colette M. Heck
Attorney for Creditor Patricia Williams
Florida Bar No.: 0759503
1141 South Ridgewood Avenue
Daytona Beach, Florida 32114
(386)253-3033