**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

**WINN DIXIE STORES, INC., et al.,**                    Case No.: 3:05-bk-3817-JAF

      **Debtors.**
_____/

**NOTICE OF WITHDRAWAL AND**
**REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that Jason Ward Johnson, of the law firm Lowndes, Drosdick, Doster, Kantor and Reed, P.A., as counsel of record for Creditors, Quincy Associates, Lakeland Partners, Northwood Oaks, LLC and Southern Partners (collectively, the "Clients"), parties-in-interest in the above-referenced case, hereby gives notice of his withdrawal in the instant case, and requests that all electronic notification of notices and papers filed in the instant case be discontinued, as all pending matters in which he and the Clients were involved have been concluded..

      /s/ Jason Ward Johnson
      Jason Ward Johnson
      Florida Bar No.: 0186538
      **LOWNDES, DROSDICK, DOSTER,**
      **KANTOR & REED, P.A.**
      Post Office Box 2809
      Orlando, Florida 32802-2809
      Telephone: 407-843-4600
      Facsimile: 407-843-4444
      e-mail:  jason.johnson@lowndes-law.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 12, 2008, electronically filed the foregoing *Notice of Withdrawal and Request to Stop Electronic Notice* with the Clerk of Court by using the Case Management/Electronic Case Filing ("CM/ECF") system which will send a notice of electronic filing, and I will complete service of the foregoing as required by Rule 5, Federal Rules of Civil Procedure, made applicable by Rule 7005, *Federal Rules of Bankruptcy Procedure*, to all parties indicated on the electronic filing receipt.

                                              /s/ Jason Ward Johnson
                                              Jason Ward Johnson