UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

### ORDER STRIKING MOTION TO COMPEL

The Court finds that the Motion to Compel Compliance with Settlement filed by Robert H. Zipperer on behalf of Patricia Williams on February 12, 2008, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

That the Motion to Compel Compliance with Settlement filed by Robert H. Zipperer on behalf of Patricia Williams on February 12, 2008 is stricken from the record.

**DATED February 13, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Robert H. Zipperer
Attorney for Debtor
Jennifer Moorhead, P.O. Box 2229, Daytona Beach, FL 32115