UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Thomas Krebs (Claim No. 7246) [Docket No. 19709] was furnished by mail on February 14, 2008 to Thomas Krebs c/o Wanda W. Radcliffe, Esq., Emmanuel Sheppard & Condon, P.A., Post Office Drawer 1271, Pensacola, Florida 32591.

Dated: February 14, 2008

SMITH HULSEY & BUSEY

By    s/ James H. Post
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151