UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jeffery Pate (Claim No. 4791) [Docket No. 10707] was furnished by mail on February 14, 2008 to Jeffery Pate c/o G. Rick DiGiorgio, Esq., Cory Watson Crowder & DeGaric, P.C., 2131 Magnolia Avenue, Birmingham, Alabama 35205.

Dated: February 14, 2008

SMITH HULSEY & BUSEY

By ___*s/ James H. Post*___
　　Stephen D. Busey
　　James H. Post (FBN 175460)
　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151