## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### NOTICE OF FILING

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession, give notice of filing the attached notice of withdrawal of claim number 6817 filed by Wayne Boyd.

Dated: February 14, 2008.

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
Stephen D. Busey
James H. Post
Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Co-Counsel for Reorganized Debtors

598470

AFFIDAVIT(to a, or in place of a CERTIFICATE OF SERVICE)
Wayne Boyd, plaintiff, Appellant, for his affidavit, being first duly
sworn, deposes and states:
I hereby certify that on May 9th                        2006
and correct copy of the Letter to Logan & Company, Inc. stating that there shouldn't b
any remaining claim    by Wayne Boyd, plaintiff and Appellant, has been mailed
to all parties of record. MAILED TO:

**David K. Oliveria, Clerk of Court**
U. S. Bankruptcy Court
300 North Hogan Street
Suite 3-350
Jacksonville, FL. 32202

FURTHER YOUR AFFIANT SAYETH NOT

Wayne Boyd
Appearing Plaintiff(Appellant) Pro Se
332 Girard Street
Baird, Texas 79504

On this  9th  day of  May             2006, 2005, before me, a
Notary Public, within and for said County, personally appeared Wayne
Boyd, to me known to be the person described in and who executed the
foregoing affidavit, and acknowledged that he executed the same as his
act and deed.

Notary Public
My commission expires on: 8/25/07

Kelley Shawn Brown McLaughlin
Notary Public
STATE OF TEXAS
My Comm. Exp. 08/25/2007

**PARTIES OF RECORD**(mailed)                FAXED TO:

**Logan & Company, Inc.**
Claims Agent-Winn Dixie Stores, Inc.
546 Valley Road
Upper Montclair
New Jersey 07043

**D. J. Baker**
Skadden, Arps, Slate, Meager, & Flom, LLP
Four Times Square
New York, New York 10036
FAX# 917.777.2150

Timothy L. Williams(Emp. Law)
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

**James Post**
Leanne McKnight Prendergast
  LAW OFFICES
SMITH HULSEY & BUSEY
FAX #904.359.7708
1800 Wachovia Bank Tower
225 Water Street
Jacksonville,Florida 32201-7708
(Also: FAX #904.359-7700)

RECEIVED 2006 MAY 11 AM 10:02

332 Girard Street                    Baird, Texas 79504

May 8, 2006

Logan & Company, Inc.
Attn: Winn-Dixie Claims Department
546 Valley Road
Upper Montclair, NJ 07043

Re: BOYD, WAYNE-Claim No.(s): 4575/6817

Gentlemen:

April 7, 2006 I notified you that I am withdrawing from the
entire claims resolution process(405932). On the same date, as
you will recall, Plaintiff(myself) filed the document in the
United States Bankruptcy Court, MIddle District of Florida,
Jacksonville Divison(case # 05-03817-3F1):
    PLAINTIFF IS WITHDRAWING FROM THE CLAIMS RESOLUTION PROCESS
    CONDUCTED BY LOGAN & COMPANY, INC. FOR WINN DIXIE STORES,
    INC.

I just received a remaining claim from you(Logan & Company, Inc.)
that there is a remaining claim number 6817. Since I notified
you already on April 7, 2006 of this entire withdrawal--then
there shouldn't be any remaining claim.

Cordially,

Wayne Boyd

Wayne Boyd

AFFIDAVIT(to a, or in place of a CERTIFICATE OF SERVICE)

Wayne Boyd, plaintiff, ~~Appellant~~, for his affidavit, being first duly sworn, deposes and states:

I hereby certify that on April 7th       2006, a true and correct copy of the <u>WITHDRAWAL FROM THE CLAIMS RESOLUTION PROCESS FOR WINN DIXIE STORES, INC.</u> by Wayne Boyd, plaintiff and Appellant, has been mailed to all parties of record.

MAILED TO:
**David K. Oliveria, Clerk of Court**
U. S. Bankruptcy Court
300 North Hogan Street
Suite 3-350
Jacksonville, FL. 32202

FURTHER YOUR AFFIANT SAYETH NOT

*Wayne Boyd*
Wayne Boyd
Appearing Plaintiff(Appellant) Pro Se
332 Girard Street
Baird, Texas 79504

On this ___ day of _April_ , 2006, before me, a Notary Public, within and for said County, personally appeared Wayne Boyd, to me known to be the person described in and who executed the foregoing affidavit, and acknowledged that he executed the same as his act and deed.

Kelley Shawn Brown McLaughlin
Notary Public
STATE OF TEXAS
My Comm. Exp. 08/25/2007

Notary Public
My commission expires on: 8/25/07

PARTIES OF RECORD:(mailed)                         FAXED TO:

D. J. Baker
Skadden, Arps, Slate, Meager, & Flom, LLP
Four Times Square
New York, New York, 10036

Timothy L. Williams(Emp. Law)
Winn Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair
New Jersey 07043

Leanne McKnight Prendergast
FAX #904.359.7708
SMITH, HULSEY, & BUSEY
1800 Wachovia Bank Tower
225 Water Street
Jacksonville, Florida 32201-7708

James Post
LAW OFFICES
SMITH HULSEY & BUSEY
FAX #904.359.7708
1800 Wachovia Bank Tower
225 Water Street
Jacksonville, Florida 32201-7708

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                  Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et. al.,   Chapter 11

    Debtors                         Joinly Administered

PLAINTIFF IS WITHDRAWING FROM THE CLAIMS RESOLUTION
PROCESS CONDUCTED BY LOGAN & COMPANY, INC. FOR WINN
DIXIE STORES, INC.

**TO THE HONORABLE JUDGE OF SAID COURT:**

Wayne Boyd, Plaintiff(Claimant) for his affidavit, being
first duly sworn, deposes and states:

Plaintiff would not be able to attend a scheduled hearing
is
of **April 20, 2006 at 1:00 p:m(Eastern Time)**, and withdrawing from

the claims resolution process conducted by Logan & Company, Inc.

for Winn Dixie Stores, Inc. Plaintiff has written void across

the questionaire mailed out by Logan & Company, Inc., and mailed

Logan & Company that voided questionaire, along with this reply

to the court.

FURTHER YOUR AFFIANT SAYETH NOT:

Wayne Boyd
appearing Pro Se
332 Girard Street
Baird, Texas 79504

On the 7th day of April, 2006, before me, a Notary Public,
within and for said County, personally appeared Wayne Boyd, to
me known to the person described in, and who executed the same
as his free act and deed.

Notary Public
My commission expires: 8/25/07

Shirley Shawn Brown McLaughlin
Notary Public
STATE OF TEXAS
My Comm. Exp. 08/25/2007