UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that IRT Partners, L.P. and Equity One (Hunter's Creek), Inc., pursuant to 28 U.S.C. § 158(a), Federal Rule of Bankruptcy Procedure 8001 and Local Rule 8001-1, appeal to the United States District Court for the Middle District of Florida this Court's February 7, 2008 Order Sustaining Debtor's Objection to Claims Filed By IRT Partners, L.P. and Equity One (Hunter's Creek) Inc., and February 7, 2008 Findings of Fact and Conclusions of Law.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| IRT Partners, L.P. and<br>Equity One (Hunter's Creek), Inc.<br><br>Mark D. Bloom, Esq.<br>bloomm@gtlaw.com<br>Elliot H. Scherker, Esq.<br>scherkere@gtlaw.com<br>Elliot B. Kula, Esq.<br>kulae@gtlaw.com<br>Paul J. Keenan, Jr., Esq.<br>keenanp@gtlaw.com<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, Florida 33131 | Winn-Dixie Stores, Inc.<br><br>Stephen D. Busey, Esq.<br>busey@smithhulsey.com<br>Cynthia C. Jackson, Esq.<br>cjackson@smithhulsey.com<br>Beau Bowin, Esq.<br>bbowin@smithhulsey.com<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br><br>DJ Baker, Esq.<br>djbaker@skadden.com<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036 |

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for Claimants/Appellants
1221 Brickell Avenue
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By: ____/s/ Mark D. Bloom____
    MARK D. BLOOM
    Florida Bar No. 303836
    ELLIOT H. SCHERKER
    Florida Bar No. 202304
    ELLIOT B. KULA
    Florida Bar No. 003794
    PAUL J. KEENAN, JR.
    Florida Bar No. 594687

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by electronic mail and overnight mail on February 15, 2008 to:

Stephen D. Busey, Esq.
busey@smithhulsey.com
Cynthia C. Jackson, Esq.
cjackson@smithhulsey.com
Beau Bowin, Esq.
bbowin@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

DJ Baker, Esq.
djbaker@skadden.com
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

        /s/ Paul J. Keenan Jr.
        PAUL J. KEENAN JR.

*MIA 179946787v1 2/15/2008*