# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. | |
| Bankruptcy Case No. 05-03817-3F1 | Adversary Case No. _____ |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Mark D. Bloom, Esq., Elliot H. Scherker, Esq., Elliot B. Kula, Esq., and Paul J. Keenan, Jr., Esq.<br>Greenberg Traurig, P.A.<br>1221 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 579-0500 | Stephen D. Busey, Esq., Cynthia C. Jackson, Esq., and Beau Bowin, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>Telephone: (904) 359-7700<br><br>DJ Baker, Esq.<br>Skadden Arps Slate Meagher & Flom, LLP<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000 |

### NATURE OF PROCEEDING

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
   Notice of Appeal filed: February 15, 2008
   Date of Order Appealed: February 7, 2008
   Title of Order Appealed: Order Sustaining Debtors' Objection to Claims Filed By IRT Partners, L.P. and Equity One (Hunter's Creek), Inc.
   Debtor's County of Residence: _____

[ ] Motion to Withdraw Reference
   Filed: _____ By: _____

[ ] Interlocutory Appeal
   Title of Interlocutory Order or Decree: _____
   Date of Order or Decree: _____
   Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
   Date Filed: _____

[✓] Other   Notice of Appeal of related February 7, 2008 Findings of Fact and Conclusion of Law

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?   [ ] Yes   [ ] No
If not, do you intend to do so?   [ ] Yes   [ ] No   If ordered, on what date? _____

/s/ Mark D. Bloom
Attorney/Appellant