UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1

In re:

WINN-DIXIE STORES, INC., et. al.,

Debtors.

---

**NOTICE OF WITHDRAWAL OF
REQUEST FOR ALL NOTICES AND
DEMAND FOR SERVICE OF PAPERS (Docket No. 2686)**

PLEASE TAKE NOTICE that the undersigned hereby withdraws its Request for All Notices and Demand for Service of Papers, Docket No. 2686, filed on August 1, 2005, on behalf of Catamount Rockingham, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; Catamount Atlanta, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as successor to Flask Corporation; and Catamount LS-KY, LLC, a Nevada limited liability company, as assignee of Helene Funk and Peter W. Merner, as nominee for John H. O. La Gatta, as

successor to Flask Corporation.

Dated: February 15, 2008.

        KRIEG DeVAULT LLP

        C. Daniel Motsinger
        One Indiana Square, Suite 2800
        Indianapolis, IN  46204-2079
        (317) 238-6237 Telephone
        (317) 636-1507 Facsimile
        cmotsinger@kdlegal.com

        and

        HELD & ISRAEL

        By: */s/ Kimberly Held Israel*
        Kimberly Held Israel
        Florida Bar #47287
        1301 Riverplace Blvd., Suite 1916
        Jacksonville, FL 32207
        (904) 398-7038 Telephone
        (904) 398-4283 Facsimile

        Attorneys for Catamount Rockingham, LLC,
        a Nevada limited liability company, as
        assignee of Helene Funk and Peter W.
        Merner, as nominee for John H. O. La
        Gatta, as successor to Flask Corporation;
        Catamount Atlanta, LLC, a Nevada limited
        liability company, as assignee of Helene
        Funk and Peter W. Merner, as nominee for
        John H. O. La Gatta, as successor to
        Flask Corporation; and Catamount LS-KY,
        LLC, a Nevada limited liability company,
        as assignee of Helene Funk and Peter W.
        Merner, as nominee for John H. O. La
        Gatta, as successor to Flask Corporation