UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of (i) the Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 19823) and (ii) the Notice of Hearing thereon (Docket No. 19824) furnished by mail on February 15, 2008 to those parties on the attached Service List.

Dated: February 15, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
       Stephen D. Busey
       James H. Post
       Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00572805

Eliana Abreu
209 NW 109th Avenue, Unit 408
Miami, FL 33174

Eliana Abreu
c/o Theodore H. Enfield, Esq.
19235 Biscayne Blvd., Ste 105
Aventura, FL 33180

Terry Albarado
2301 Bellaire Lane
Harvey, LA 70058

Terry Albarado
c/o Brian Beckwith, Esq.
Beckwith Law Firm
301 Huey P Long
Grenta, LA 70053

Tramecia Atkins
1706 N. 16th Street
Sumpter, SC 29510

Tramecia Atkins
c/o Margaret A. Benton , Esq.
800 Virginia Ave, Ste 10
Fort Pierce, FL 34982

Carla Baptiste
2621 NW 206 Street
Miami, FL 33056

Carla Baptiste
c/o Gregg A. Silverstein, Esq.
Silverstein, Silverstein & Silverstein
20801 Biscayne Blvd, Ste 504
Aventura, FL 33180

Linda Breaux
306 Crawford Street
Lafayette, LA 70506

Linda Breaux
c/o J. Louis Gibbens
Gibbens & Stevens
222 W. St. Peters Street
New Iberia, LA 70560

Boneva Cantrell
c/o Lauri J Goldstein, Pa
Attn Lauri J Goldstein, Esq
PO Box 1965
Palm City Fl 34991-6565

Boneva Cantrell
c/o Lauri J Goldstein, Pa
Attn Lauri J Goldstein, Esq
1330 S Federal Hwy
Stuart, Florida 349943434

Boneva Cantrell
408 SE Karney Terr
Port Saint Lucie, FL 34983

Elroy Cedotal
11007 Cheryll Drive
Denham Springs, LA 70706

Elroy Cedotal
c/o Christopher D. Glisson, Esq.
McGlynn, Glisson & Koch
PO Box 1909
Baton Rouge, LA 70821

Tyler Edmonds
1039 Winthrop Street
Jacksonville, FL 32206

Tyler Edmonds
c/o Robert Ellis, Esq.
Anderson & Howell, PA
2029 N. Third Street
Jacksonville Bch, FL 32250

Tyler Edmonds
c/o Ken Howell, Esq.
Anderson & Howell, PA
2029 N. Third Street
Jacksonville Bch, FL 32250

Gertrude Fils
1165 NW 127th St
Miami, FL 33168

Gertrude Fils
c/o Harvey Friedman, Esq.
Friedman, Rodman & Frank, PA
3636 W. Flager St
Miami, FL 33135

Fannie Freeman
1836 Scott Rd
Hollywood, Fl 33020

Fannie Freeman
c/o Fred Chikovsky, Esq.
Chikovsky, Ben & Schafer, P.A.
1720 Harrison St, Ste 7A
Hollywood, FL 33020

Rosa Garcia
1907 Gallerria Ln Apt. 1708
Smyrna, GA 30080

Chandler Holland
1209 Armstrong Circle
Raleigh, NC 27610

Chandler Holland
915 Wide Waters Pkwy
Knightsdale, NC 27545-7303

Emilse Jaramillo
320 Aldershot Ct
Kissimmee, FL 34758

Emilse Jaramillo
305 Cortez Ct
Kissimmee, FL 34758

Emilse Jaramillo
c/o Ted Marrero, Esq.
Pendas Law Firm
625 Colonial Dr.
Orlando, FL 32803

Emilse Jaramillo
c/o Lou Pendas
4700 Millenia Blvd., Ste 150
Orlando, FL 32839

Dolores Jezina
777 S. Federal Hwy
Pompano Bch, FL 33062

Dolores Jezina
c/o Greg Monaldi, Esq.
200 SE 9th St
Ft. Lauderdale, FL 33316

Christina Johnson-Adams
425 Jean St, Apt G-5
Daytona Bch, FL 32114

Christina Johnson-Adams
c/o Joseph M. Horrox, Esq.
Horrox & Glugover, P.A.
1030 Int'l Speedway Blvd, Suite 270
Daytona Bch, FL 32114

Denise Jones
c/o Rhonda Jones-Crutchfield
6145 S. Hermes St
New Orleans, LA 70126

Denise Jones
c/o Kris P. Kiefer, Esq.
Kiefer & Kiefer
2310 Metairie Rd
Metairie, LA 70001

Linda Kline (Jacobo)
4350 Trout River Blvd
Jacksonville, FL 32208

Linda Kline (Jacobo)
c/o Scott Craig, Esq.
Farah & Farah, PA
10 West Adams St, 3rd FL
Jacksonville, FL 32202

Paul Kuzmeski
6 Buttercup Circle
Auburn ME 04210

Paul Kuzmeski
c/o James T. Lynch
PO Box 4979
Orlando, FL 32802-4979

Tammy Mansfield
1970 E Osceola Pkwy, Ste 164
Kissimmee, FL 34743

Tammy Mansfield
123 Valles Way
Kissimmee, FL 34743

Tammy Mansfield
415 Acacia Tree Way
Kissimmee, FL 34758

Dorothy McGowan
6721 George Washington Dr
Jackson, MS 39213

Dorothy McGowan
c/o Michael Crawley Steele, Esq.
PO Box 1695
Kosciusko, MS 39090

Blanca Maria Milanes
11965 SW 19th Ln, Apt 214
Miami, FL 33175

Blanca Maria Milanes
Glen Goldberg
1111 Brickell Ave, Suite 2180
Miami, FL 33131

Evergreen Monroe
603 SE 15 Drive
Gainesville Fl 32641

Evergreen Monroe
c/o Craig J. Cannon, Esq.
The Cannon Law Firm, P.A.
PO Box 1986
Ocala, Florida 34478-1986

Valerie Morris
1418 SW 50th Ave
Plantation, FL 33317

Valerie Morris
c/o Rebecca Nachlas, Esq.
Nachlas Law Group
1785 NE 123rd St
N. Miami, FL 33180

Mercedes Oliver
14201 SW 88 St, #205
Miami, FL 33186

Mercedes Oliver
c/o Emilio C. Pastor, Esq.
2655 LeJune Rd, Ste 1001
Miami, FL 33137

Heather Palm
89 Carriage Ln, Apt A
Destrahan, LA 70047

Heather Palm
18062 School Rd
Loranger, LA 70446

Heather Palm
c/o W. Paul Simpson, Esq.
Simpson & Simpson, PA
PO Box 1017
Amite, LA 70422

Amy Isabel Reyes
10864 SW 5 St
Miami, FL 33174-1507

Amy Isabel Reyes
c/o Robert A. Romagna, Esq.
LeJune Centre Ste 345
782 NW 42nd Ave
Miami, FL 33126

Kim Rogers
5652 Cherlyn Dr
New Orleans, LA 70124

Kim Rogers
c/o Michelle Gaudin, Esq.
Gaudin & Longoria, LLC
858 Camp St
New Orleans, LA 70130

Maribel Roldan Alvarez
653 Laurel Lake Ct
Orlando, FL 32825

Maribel Roldan Alvarez
7754 Crestview Ct
Watauga, TX 76148

Denise Snure
6229 NW Duke Circle
Stuart, FL 34994

Denise Snure
c/o Lauri J. Goldstein, Esq.
1330 S. Federal Hwy
Stuart, FL 34994

Denise Snure
c/o Lauri J. Goldstein, Esq.
PO Box 1965
Palm City, FL 34991

Maria Esther Suner
9951 River Court
Orlando, FL 32825

Maria Esther Suner
c/o Lou Pendas, Esq.
4700 Millenia Blvd., Ste 150
Orlando, FL 32839

Maria Esther Suner
c/o Lou Pendas, Esq.
625 E. Colonial Dr
Orlando, FL 32803

Melonie Tamayo
653 Laurel Lake Ct
Orlando, FL 32825

Melonie Tamayo
7754 Crestview Ct
Watauga, TX 76148

Chereni Tate
571 Helveston Rd, Apt. #107
Hattiesburg, MS 39401

Alyssa Tobie
1004 Mercy Drive, #42
Orlando, FL 32808

Alyssa Tobie
c/o John McElyea, Esq.
PO Box 940218
Maitland, FL 32794

Alyssa Tobie
c/o John McElyea, Esq.
1800 Pembrook Drive, Ste 300
Orlando, FL 32853-3069

Ana Torres
125 SE 9th Ave
Hialeah, FL 33010

Ana Torres
c/o Harvey Friedman, Esq.
Friedman, Rodman & Frank, PA
3636 W. Flager St
Miami, FL 33135

Mirta Velazquez
7614 Spoon Bill Ave
Altamonte Springs, FL 32701

Mirta Velazquez
c/o Lou Pendas, Esq.
4700 Millenia Blvd., Ste 150
Orlando, FL 32839

Mirta Velazquez
c/o Lou Pendas, Esq.
625 E. Colonial Dr
Orlando, FL 32803

Peggy Vitarelli
6351 Bluebird Rd
Jacksonville, FL 32219

Peggy Vitarelli
c/o W. Marc Hardesty, Esq.
Hardesty, Tyde & Green, PA
4004 Atlantic Blvd.
Jacksonville, FL 32207

James Vitarelli
6351 Bluebird Rd
Jacksonville, FL 32219

James Vitarelli
c/o W. Marc Hardesty, Esq.
Hardesty, Tyde & Green, PA
4004 Atlantic Blvd.
Jacksonville, FL 32207

Faymond Williams
918 Abraham Roy
New Iberia, LA 70560

Faymond Williams
c/o Shawanna M. Johnson, Esq.
PO Box 14103
New Iberia, LA 70562

Faymond Williams
c/o Shawanna M. Johnson, Esq.
711 Compton St
New Iberia, LA 70560

Barbara Williams
605 Northlake Blvd
Atlamonte Springs, FL 32701-6155

Barbara Williams
555 Northlake Blvd
Atlamonte Springs, FL 32701

Shahin Aminalroaya Yamini
2857 Palm Aire Drive N
Coral Springs, FL 33065

Shahin Aminalroaya Yamini
c/o Alan Ginsberg, Esq.
13899 Biscayne Blvd, Ste 401
N. Miami Bch, FL 33181