UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION TO COMPEL

The Court finds that the Motion to Compel Compliance with Settlement filed by Robert H. Zipperer on behalf of Patricia Williams on February 12, 2008, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

That the Motion to Compel Compliance with Settlement filed by Robert H. Zipperer on behalf of Patricia Williams on February 12, 2008 is stricken from the record.

**DATED February 13, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Robert H. Zipperer
Attorney for Debtor
Jennifer Moorhead, P.O. Box 2229, Daytona Beach, FL 32115

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Feb 13, 2008
Case: 05-03817                Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Feb 15, 2008.
aty          +M Jennifer Moorhead,   Hassell, Moorhead & Carroll,   P.O. Box 2229,
               Daytona Beach, FL 32115-2229
The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 15, 2008**                    **Signature:** _Joseph Speetjens_