UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                   )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                        )          Chapter 11
                        Reorganized Debtors.    )          Jointly Administered

---

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Myriam Del Valle [Docket No. 19775] was furnished by mail on February 20, 2008 to Myriam Del Valle c/o Barry Stein, Esq., 25 Southeast 2nd Avenue, Suite 425, Miami, Florida 33131.

Dated:  February 20, 2008

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785