UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Maria J. Diaz [Docket No. 19810] was furnished by mail on February 20, 2008 to Maria J. Diaz c/o John S. Seligman, Esq., Friedman & Friedman, P.A., 2600 Douglas Road, Suite 1011, Coral Gables, Florida 33134.

Dated: February 20, 2008

                                                             SMITH HULSEY & BUSEY

                                                             By     *s/ James H. Post*
                                                                  Stephen D. Busey
                                                                  James H. Post (FBN 175460)
                                                                  Cynthia C. Jackson

                                                  225 Water Street, Suite 1800
                                                  Jacksonville, Florida  32202
                                                  (904) 359-7700
                                                  (904) 359-7708 (facsimile)
                                                  jpost@smithhulsey.com

                                                  Counsel for Reorganized Debtors

00569785