UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
              Reorganized Debtors.       )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Levonne Howard (Claim No. 3674) [Docket No. 19802] was furnished by mail on

February 20, 2008 to Levonne Howard c/o Micheal Crawley Steele, Esq., P.O. Box 1695,

Kosciusko, Mississippi 39090.

Dated:  February 20, 2008

                                    SMITH HULSEY & BUSEY


                                    By        *s/ James H. Post*
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151