**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In Re:** | |
| **WINN-DIXIE STORES, INC., et al.,** | Case No. 05-03817<br>Chapter 11<br>Jointly Administered |
| **Debtor(s).** | |

**NOTICE TO WITHDRAW APPEARANCE AND FOR REMOVAL FROM COURT'S SERVICE LIST**

To the Clerk of the Honorable Court and All Interested Parties:

**PLEASE TAKE NOTICE** that Robert E. Price, Jr., appearing on behalf of Alamance County Tax Collector, Alexander County Tax Collector, Catawba County Tax Collector, Cumberland County Tax Collector, Forsyth County Tax Collector, Gaston County Tax Collector, Lee County Tax Collector, Lincoln County Tax Collector, Person County Tax Collector, Wake County Tax Collector and Wilkes County Tax Collector, hereby withdraws its Notice of Appearance filed in the above captioned Chapter 11 case and requests that the Clerk's Office remove its attorney from the Court's mailing and electronic notice matrix and terminate all electronic notices in the case to all Price Law office e-mail addresses, including but not limited to: bvoelkl@replegal.com and rprice@replegal.com.

Respectfully submitted this the 21st day of February, 2008.

/ s / Robert E. Price, Jr.
Robert E. Price, Jr.
Attorney for Creditor(s)
N.C. State Bar No. 9422

**OF COUNSEL:**

**PRICE LAW OFFICE**
1144 West Fourth Street
Winston-Salem, NC 27101
Telephone: 336.724.7030