UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
                    Reorganized Debtors.       )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Robin Marie Jackson [Docket No. 19850] was furnished by mail on February 22, 2008 to Robin Marie Jackson c/o Kristina L. F. Ohlmeyer, Esq., 2900 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163.

Dated:  February 22, 2008

SMITH HULSEY & BUSEY

By        *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785