UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                   )        Chapter 11
             Reorganized Debtors.      )        Jointly Administered

_____

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Virginia Ardis (Claim No. 2918) [Docket No. 19852] was furnished by mail on February

22, 2008 to Virginia Ardis c/o Pamela R. Mullis, Esq., Mullis Law Firm, P.O. Box 7757,

Cola, South Carolina 29201.

Dated:  February 22, 2008

                              SMITH HULSEY & BUSEY


                              By _____*s/ James H. Post*_____
                                     Stephen D. Busey
                                     James H. Post (FBN 175460)
                                     Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00520151