UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                        Chapter 11
         Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Judith Bryan (Claim No. 10738) [Docket No. 19853] was furnished by mail on February 22, 2008 to Judith Bryan, 1278 Auttossee Trail, Tallassee, Alabama 36078.

Dated: February 22, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151