UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lee Jeansonne for the Benefit of Benay Jeansonne (Claim No. 7520) [Docket No. 19854] was furnished by mail on February 22, 2008 to Lee Jeansonne c/o Jerry L. Lavespere, Jr., Esq., 1805 Jackson Street, Alexandria, Louisiana 71301.

Dated:  February 22, 2008

                                                                 SMITH HULSEY & BUSEY

                                                                 By      *s/ James H. Post*
                                                                        Stephen D. Busey
                                                                       James H. Post (FBN 175460)
                                                                       Cynthia C. Jackson

                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              jpost@smithhulsey.com

                                              Counsel for Reorganized Debtors

00520151