**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF CROSS APPEAL**

Winn-Dixie Stores, Inc. and its subsidiaries and affiliates (collectively, "Winn-Dixie") cross appeals under 28 U.S.C. §158(a) and Rule 8002, Fed. R. Bankr. Proc. from the Bankruptcy Court's (i) Findings of Fact and Conclusions of Law (Docket No. 19765) and (ii) Order Sustaining Debtors' Objection to Claim filed by IRT Partners, L.P. and Equity One (Hunter's Creek) (Docket No. 19766) both entered in this case on February 7, 2008.

The names of the parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Party:                                              Attorneys

IRT Partners, L.P.                           Mark D. Bloom
and Equity One (Hunter's Creek)   Greenberg Traurig. P.A.
                                                        1221 Brickell Avenue
                                                        Miami, Florida 33131

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>and its affiliates and subsidiaries | Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>Telephone: 904/359-7700 |

Dated: February 22, 2008

SMITH HULSEY & BUSEY

By   */s/ Cynthia C. Jackson*
      Stephen D. Busey
      Cynthia C. Jackson
      Beau Bowin

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Winn-Dixie Stores, Inc.

00561975