## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

### APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Winn-Dixie Stores, Inc., et al | Irt Partners, L.P. and Equity One (Hunter's Creek) |
| Bankruptcy Case No.   05-3817-3F1 | Adversary Case No. |
| Attorney: (Name, Address and Telephone Number) | Attorney: (Name, Address and Telephone Number) |
| Cynthia C. Jackson<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800, Jacksonville, Florida 32202<br>(904) 359-7700 | Mark D. Bloom<br>Greenberg Traurig, P.A.<br>1221 Brickwell Avenue, Maimi, Florida 33131<br>(305) 579-0500 |

## NATURE OF PROCEEDING

Check appropriate item

- [✓] Appeal pursuant to 28 USC §158
  - Notice of Appeal filed: Cross Appeal filed on February 22, 2008
  - Date of Order Appealed: Entered February 7, 2008
  - Title of Order Appealed: Order Sustaining Debtors' Objection to Claims Filed By IRT Partners, L.P. and Equity One (Hunter's Creek), Inc.
  - Debtor's County of Residence:

- [ ] Motion to Withdraw Reference
  - Filed: _____ By: _____

- [ ] Interlocutory Appeal
  - Title of Interlocutory Order or Decree:
  - Date of Order or Decree:
  - Brief Description of Matter Appealed:

- [ ] Motion for Leave to Appeal
  - Date Filed:

- [ ] Other _____

- [ ] Designation in Appeal
  Have arrangements been made with a Court Reporter for Transcript?  [ ] Yes  [ ] No
  If not, do you intend to do so?  [ ] Yes  [ ] No    If ordered, on what date? _____

_____
Attorney/Appellant