UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |

**APPELLANTS IRT PARTNERS, L.P. AND EQUITY ONE (HUNTER'S CREEK), INC.'S
DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL
AND
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

IRT Partners, L.P. and Equity One (Hunter's Creek), Inc., pursuant to Federal Rule of Bankruptcy Procedure 8006 and Local Rule 8006-1, hereby files its designation of items to be included in the record and statement of the issue to be presented on appeal.

*MIA 179961544v3 2/25/2008*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

# DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| Filing Date | Doc. No. | Docket Text |
|---|---|---|
| 08/01/05 | 2707 | Amended Motion of the Debtors' for Order Authorizing the Debtors (I) to Sell Leasehold Interest in Targeted Stores Free and Clear of Liens, Claims and Interests, and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors Are Unable to Sell, (IV) Granting Related Relief |
| 09/08/05 | 3405 | Order Granting Amended Motion to the Debtors Authorizing the Debtors (I) to Sell Leasehold Interest in Targeted Stores Free and Clear of Liens, Claims and Interests, and Exempt from Taxes, (II) to Assume and Assign Leases, (III) to Reject Targeted Leases the Debtors Are Unable to Sell, (IV) Granting Related Relief |
| 09/15/05 | 3462 | Notice of Rejection of Unexpired Lease (Charlotte Store) |
| 09/15/05 | 3462 | Notice of Rejection of Unexpired Lease (Orlando Store) |
| 10/31/05 | 3979 | Motion for Enlargement of Time to File Claims for Rejection Damages by IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. Due to the Effects of Hurricane Wilma |
| 08/09/06 | 10058 | Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 10/03/06 | 11606 | Plan Supplement Pursuant to Section 12.18 of Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |

*MIA 179961544v3 2/25/2008*

| Filing Date | Doc. No. | Docket Text |
| --- | --- | --- |
| 10/31/06 | 12274 | Debtors' Twenty-Fifth Omnibus Objection to (A) Duplicate Liability Claims, (B) Amended and Superseded Claims, (C) No Liability Claims, (D) No Liability Misclassified Claims, (E) Overstated Claims, (F) Overstated Misclassified Claims, (G) Unliquidated Claims, (H) Misclassified Unliquidated Claims, (I) Executory Contract Claims and (J) Late Claims |
| 11/09/06 | 12440 | Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |
| 11/30/06 | 12902 | Order (A) Disallowing Duplicate Liability Claims, (B) Disallowing Amended and Superseded Claims, (C) Disallowing No Liability Claims, (D) Disallowing No Liability Misclassified Claims, (E) Reducing Overstated Claims, (F) Reducing and Reclassifying Overstated Misclassified Claims, (G) Fixing Unliquidated Claims, (H) Fixing and Reclassifying Unliquidated Misclassified Claims, (I) Reclassifying Executory Contract Claims and (J) Misclassified Late Claims, as Set Forth in the Debtors' Twenty-Fifth Omnibus Objection |
| 12/06/06 | 12991 | Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims |
| 04/05/07 | 15849 | Debtors' Objection to Claim No. 13740 Filed by IRT Partners, L.P. and Claim No. 13741 Filed by Equity One (Hunter's Creek), Inc. |
| 10/09/07 | 18486 | Order Scheduling Trial |
| 12/14/07 | 19308 | IRT Partners, L.P.'s and Equity One (Hunter's Creek), Inc.'s Notice of Filing Legal Authority to be Used by Claimants at Trial on Debtor's Objection to Claim Nos. 13740 and 13741 (D.E. 15849) |

3

*MIA 179961544v3 2/25/2008*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

| Filing Date | Doc. No. | Docket Text |
|---|---|---|
| 12/15/07 | 19310 | Winn-Dixie's Exhibit List in Connection with the Objection to Claims filed by IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. |
| 12/17/07 | 19341 | Winn-Dixie's Notice of Filing Legal Authority in Support of Winn-Dixie's Objection to Claim Numbers 13740 and 13741 Filed by IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. |
| 12/17/07 | 19342 | IRT Partners, L.P.'s and Equity One (Hunter's Creek), Inc.'s (I) Trial Memorandum and Incorporated Memorandum of Law in Response to Debtors' Objections to Claim No. 13740 and Claim No. 13741, and (II) in the Alternative, Motion for Reconsideration of Disallowance of Claim No. 13740 and Claim No. 13741 |
| 12/17/07 | 19344 | Winn-Dixie's Trial Memorandum on the Objection to the Claims of Equity One and IRT Partners |
| 07/25/05 | | Claim No. 10930, filed by IRT Partners, L.P. |
| 08/01/05 | | Claim No. 11257, filed by Equity One (Hunter's Creek), Inc. |
| 11/15/05 | | Claim No. 12484, filed by IRT Partners, L.P. |
| 11/15/05 | | Claim No. 12486, filed by Equity One (Hunter's Creek), Inc. |
| 01/05/07 | | Claim No. 13740, filed by IRT Partners, L.P. (Amendment to Claim No. 12484) |
| 01/05/07 | | Claim No. 13741, filed by Equity One (Hunter's Creek), Inc. (Amendment to Claim No. 12486) |

4

*MIA 179961544v3 2/25/2008*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

# STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

## I.

Whether the bankruptcy court erred in sustaining the Debtors' objection and disallowing an amendment of the claims timely filed by IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. without applying the requisite factors established by the Eleventh Circuit Court of Appeals in *In re International Horizons, Inc.* 751 F.2d 1213, 1216 (11th Cir. 1995).

## II.

Whether the bankruptcy court erred in its interpretation of the *Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims* filed by the Debtors on December 6, 2006 (D.E. 12991), by concluding that such notice did not allow IRT Partners, L.P. and Equity One (Hunter's Creek), Inc. to timely file their amended claims.

5

*MIA 179961544v3 2/25/2008*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

Respectfully submitted,

GREENBERG TRAURIG, P.A.
Attorneys for Claimants/Appellants
1221 Brickell Avenue
Miami, FL 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

By:     /s/ Mark D. Bloom
    MARK D. BLOOM
    Florida Bar No. 303836
    ELLIOT H. SCHERKER
    Florida Bar No. 202304
    ELLIOT B. KULA
    Florida Bar No. 003794
    PAUL J. KEENAN, JR.
    Florida Bar No. 594687

6

*MIA 179961544v3 2/25/2008*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic mail and overnight mail on February 25, 2008 to:

Stephen D. Busey, Esq.
busey@smithhulsey.com
Cynthia C. Jackson, Esq.
cjackson@smithhulsey.com
Beau Bowin, Esq.
bbowin@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

DJ Baker, Esq.
djbaker@skadden.com
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, New York 10036

                                /s/ Mark D. Bloom
                                MARK D. BLOOM

7

*MIA 179961544v3 2/25/2008*

Greenberg Traurig, P.A. | Attorneys at Law | 1221 Brickell Avenue | Miami, FL 33131 | Tel 305.579.0500 | Fax 305.579.0717 | www.gtlaw.com