UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Dorothy McGowan (Claim No. 3748) [Docket No. 19892] was furnished by mail on February 26, 2008 to Dorothy McGowan c/o Michael Crawley Steele, Esq., P.O. Box 1695, Kosciusko, Mississippi 39090.

Dated: February 26, 2008

                                                 SMITH HULSEY & BUSEY

                                                 By     *s/ James H. Post*
                                                     Stephen D. Busey
                                                     James H. Post (FBN 175460)
                                                     Cynthia C. Jackson

                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              jpost@smithhulsey.com

                                              Counsel for Reorganized Debtors

00520151