**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**In re:**

**WINN DIXIE STORES, INC., et al.**                **Case No.:  05-03817-3F1**

  **Debtors.**
_____/

**NOTICE TO WITHDRAW APPEARANCE AND**
**FOR REMOVAL FROM COURT'S SERVICE LIST**

To the Clerk of the Honorable Court and All Interested Parties:

**PLEASE TAKE NOTICE** that Gregory A. Lawrence, Esq., and the law firm of Thomas & Lawrence, P.A., appearing on behalf of Eleanor and Lloyd Watkins, hereby withdraws the Notice of Appearance filed in the above captioned Chapter 11 case and requests that the Clerk's Office remove such counsel from the Court's mailing and electronic notice matrix and terminate all electronic notices in the case to all Thomas & Lawrence, P.A. e-mail addresses, including, but not limited to greg@lawyers-jacksonville.com.

Respectfully submitted this 25th day of February, 2008.

**THOMAS & LAWRENCE, P.A.**

/s/ Gregory A. Lawrence
**GREGORY A. LAWRENCE, ESQ.**
Fla. Bar No.: 0007072
1301 Riverplace Boulevard, Suite 1630
Jacksonville, Florida 32207
Ph.:  (904) 632-0077
Fx.: (904) 632-0730
Attorneys for Eleanor and Lloyd Watkins