UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                              :   Chapter 11
In re                                                         :
                                                              :   Case No. 05-11063
WINN-DIXIE STORES, INC., et al.,                              :
                                                              :   (Jointly Administered)
                    Debtors.                                  :
---------------------------------------------------------------X


# WITHDRAWAL OF NOTICE OF APPEARANCE AND
# DEMAND FOR NOTICES AND PAPERS

**TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE DEBTORS, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST:**

The undersigned hereby withdraws the Notice of Appearance and Demand for Notices and Papers dated March 3, 2005 and filed with the Court in this matter, and requests that the clerk remove Arnall Golden Gregory LLP from the Court's mailing and electronic notice list of parties to be served with pleadings, notices and motions.

This 26th day of February, 2008.

                                            Respectfully submitted,


                                            /s/ Darryl S. Laddin
                                            Darryl S. Laddin
                                            Georgia Bar No. 460793

171 17th Street, NW
Suite 2100
Atlanta, Georgia  30363-1031
(404) 873-8500
Attorney for Rich-SeaPak Corporation

2312289v1