UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                      CASE NO.: 05-3817-3F1

WINN DIXIE STORES, INC.,

    Debtor.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FILED BY EMMANUEL PEREZ TO WITHDRAW AS ATTORNEY OF RECORD FOR ADA SERRA

This case came before the Court upon Motion for Reconsideration of Order Denying Motion to Withdraw as Attorney of Record for Ada Serra filed by Emmanuel Perez. It is

ORDERED:

1. Motion for Reconsideration of Order Denying Motion to Withdraw as Attorney of Record for Ada Serra filed by Emmanuel Perez is granted.

2. Emmanuel Perez is discharged in this proceeding from further responsibility of representation of Ada Serra.

3. All future pleadings shall be served on Ada Serra at 4452 Hazeltine Avenue, Apartment 6B, Sherman Oaks, CA 91423.

DATED this 26 day of February, 2008 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies Furnished To:

Leanne McKnight Prendergast, Attorney for Debtor
Emmanuel Perez