UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER RESOLVING CLAIM NO. 10302**
**FILED BY FAIRFIELD PARTNERS LIMITED PARTNERSHIP**

This matter is before the Court upon (i) the Debtors' Seventeenth Omnibus

Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C)

Overstated Claims, (D) Duplicate Liability Claims, (E) Unliquidated Claims and (F)

Unliquidated Misclassified Claims (Docket No. 10273), (ii) the Response of Life

Investor Insurance Company of America to the Debtors' Seventeenth Omnibus

Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims, (C)

Overstated Claims, (D) Duplicate Liability Claims, (E) Unliquidated Claims and (F)

Unliquidated Misclassified Claims (Docket No. 10890) and (iii) and Debtors'

Amended Objection to Claim 10302 Filed by Fairfield Partners Limited Partnership

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

and Counterclaim (Docket No. 14949).    Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim No. 10302 filed by Fairfield Partners Limited Partnership is reduced and allowed in favor of transferee Life Investors Insurance Company of America (Docket No. 4093) as a prepetition, non-priority claim in the total amount of $206,714.59 against Winn-Dixie Stores, Inc., and the remainder of Claim Number 10302 is disallowed.

2.    Claim No. 10302 will be treated in accordance with class 13 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and affiliated Debtors as modified (the "Plan"), and distribution on account of Claim No. 10302 shall be made in accordance with Section 9.2 of the Plan.

3.    This Order resolves all liabilities and obligations related to or arising out of the matters that gave rise to Claim No. 10302 that Life Investors Insurance Company of America has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4.    The parties intend that this Order resolves all issues as between Winn-Dixie Stores, Inc, and affiliated Debtors and Life Investors Insurance Company of America that were asserted or that could have been asserted in the contested matter initiated by the filing of the objection to Claim No. 10302 (Doc. No. 10273).    On November 1, 2007, the court entered an Order in Adversary No. 3:06-ap-00226-JAF consolidating that adversary proceeding with the objection to claim for the purpose of

2

discovery, mediation, and trial (A.P. Doc. No. 53).  Life Investors Insurance Company

of America is not a party to that adversary proceeding, and this Order shall rescind the

prior order of consolidation.  Accordingly, it is the intention of the parties that this order

does not affect the parties or issues pending in the adversary proceeding.

     5.     Logan & Company, Inc., the claims agent appointed in the Debtors'

Chapter 11 cases, is directed to make such revisions to the claims register as are

necessary to reflect the terms of this Order.

     6.     The Court shall retain jurisdiction to resolve any disputes arising from

this Order.

     Dated this ___ day of February, 2008 in Jacksonville, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
James H. Post, Esq.
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system
and to file a proof of service.]

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                     C. TIMOTHY CORCORAN, III, P.A.


By    *s/ James H. Post*                          By    *s/ C. Timothy Corcoran, III**
      Stephen D. Busey                              C. Timothy Corcoran, III
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 175460                  Florida Bar Number 161248
225 Water Street, Suite 1800               400 North Ashley, Suite 2540
Jacksonville, Florida  32202               Tampa, Florida 33602
(904) 359-7700                             (813) 769-5020
(904) 359-7708 (facsimile)                 (813) 769-5030 (facsimile)
jpost@smithhulsey.com                      ctcorcoran@mindspring.com

Counsel for Reorganized Debtors            Counsel for Life Investor Insurance Company
                                           of America


*Counsel has authorized the use of his electronic signature.

00596843

4