UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
WINN DIXIE STORES, INC.,            CASE NO. 05-3817-3F1
   Debtor.                                   Chapter 11
_____/

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY** that a true and correct copy of the *ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FILED BY EMMANUEL PEREZ TO WITHDRAW AS ATTORNEY OF RECORD FOR ADA SERRA,* has been sent this 27th day February 2008 via ecf and regular to: Ada Serra, 4452 Hazeltine Avenue, Apt. 6B, Sherman Oaks, CA 91423; Ada Serra, P.O. Box 15971, North Hollywood, CA 91615 and to all parties on the service list via ecf.

                                              **LAW OFFICES OF**
                                              **EMMANUEL PEREZ AND ASSOCIATES, P.A.**
                                              901 Ponce De Leon Blvd., Suite 303
                                              Coral Gables, FL 33134
                                              Tel. 305-442-7443

                                              By: _/s/ Emmanuel Perez_____
                                                   Emmanuel Perez, Esq., FBN# 586552