IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al,

    Debtors.
_____/

Case No. 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that Thomas H. McLain, Jr. and the law firm of Fisher & Sauls, P.A., as attorneys for Allard, LLC, does hereby give notice that their services are concluded in this matter and that they hereby request that they be removed from any and all service lists by electronic mail (tmclain@fishersauls.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Request From removal From Service List and Request to Stop Electronic Notice has been served through the CM/ECF System this 27th day of February, 2008.

    /s/ Thomas H. McLain, Jr.
    Thomas H. McLain, Jr.
    Fisher & Sauls, P.A.
    Suite 701, 100 2nd Avenue So.
    P.O. Box 387
    St. Petersburg, FL 33731
    Phone:  727/822-2033
    Fax:  727/822-1633
    E-mail:  tmclain@fishersauls.com
    FBN 759650
    Attorneys for Allard, LLC

280531