# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## STATEMENT OF ISSUES ON CROSS APPEAL
## FROM (i) ORDER SUSTAINING OBECTION TO CLAIMS FILED
## BY IRT PARTNERS, L.P AND EQUITY ONE (HUNTER'S CREEK) INC.
## AND (ii) RELATED FINDINGS OF FACTS AND CONCLUSIONS OF LAW

Appellees/Cross-Appellants, Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, state that the issues on cross appeal from the Bankruptcy Court's (i) Findings of Fact and Conclusions of Law (Doc. No. 19765) and (ii) Order Sustaining Debtors' Objection to Claims filed by IRT Partners, L.P. and Equity One (Hunter's Creek) Inc. (Doc. No. 19766) are as follows:

1. Whether the Bankruptcy Court erred in determining that proof of claim number 13740 filed by IRT Partners, L.P. on January 5, 2007 did not constitute a new claim.

2. Whether the Bankruptcy Court erred in determining that proof of claim number 13741 filed by Equity One (Hunter's Creek) Inc. on January 5, 2007 did not constitute a new claim.

3. Whether the Bankruptcy Court erred in determining that the deadline for IRT Partners, L.P. to file its rejection damages claim for damages resulting from Winn-Dixie's rejection of the lease for store number 2087 was December 9, 2006.

4. Whether the Bankruptcy Court erred in determining that the deadline for Equity One (Hunter's Creek) Inc. to file its rejection damages claim for damages resulting from Winn-Dixie's rejection of the lease for store number 2391 was December 9, 2006.

Dated: February 27, 2008

                                      SMITH HULSEY & BUSEY

                                      By  */s/ Beau Bowin*
                                            Stephen D. Busey
                                            Cynthia C. Jackson
                                            Beau Bowin

                                      Florida Bar Number 792551
                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)

                                      Attorneys for the Appellees/Cross-Appellants

Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to Mark D. Bloom, Esq., Greenberg Traurig, P.A., 1331 Brickell Avenue, Miami, Florida 33131, this 27th day of February, 2008.

                                              */s/ Beau Bowin*
                                                  Attorney

00599910