**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                         )          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          )          Chapter 11

          Reorganized Debtors.          )          Jointly Administered

_____)

**APPELLEES'/CROSS-APPELLANTS' DESIGNATION**
**OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**
**FROM (i) ORDER SUSTAINING OBECTION TO CLAIMS FILED**
**BY IRT PARTNERS, L.P AND EQUITY ONE (HUNTER'S CREEK) INC.**
**AND (ii) RELATED FINDINGS OF FACTS AND CONCLUSIONS OF LAW**

        Appellees/Cross-Appellants, Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors"), pursuant to Rule 8006, F.R.B.P., designate the following items to be included in the record on the Reorganized Debtors' cross-appeal (Doc. No. 19820) from the Bankruptcy Court's (i) Findings of Fact and Conclusions of Law (Doc. No. 19765) and (ii) Order Sustaining Debtors' Objection to Claims filed by IRT Partners, L.P. and Equity One (Hunter's Creek) Inc. (Doc. No. 19766).

**Pleadings**

| Docket No. | Pleading |
|---|---|
| **Debtor: Winn-Dixie Stores, Inc.** **Case Number: 05-03817-3F1** | |
| 11765 | Modified Plan of Reorganization - First Modification to Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors Filed by Cynthia C. Jackson on behalf of Debtor Winn-Dixie Stores, Inc (related document(s)10058). (Jackson, Cynthia) (Entered: 10/10/2006) |
| 15874 | Affidavit /Certificate of Service by Kathleen M. Logan related to the Debtors' Objection to Claim No. 13740 Filed by IRT Partners, L.P. and Claim No. 13741 Filed by Equity One (Hunter's Creek) Inc. (related document(s) 15849) Filed by Debtor Winn-Dixie Stores, Inc. (Logan & Company, Inc, ) (Entered: 04/06/2007) |

Dated:  February 27, 2008

SMITH HULSEY & BUSEY


By     *s/ Beau Bowin*
          Stephen D. Busey
          Cynthia C. Jackson
          Beau Bowin

Florida Bar Number 792551
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Counsel for Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of this document has been furnished electronically or by mail to Mark D. Bloom, Esq., Greenberg Traurig, P.A., 1331 Brickell Avenue, Miami, Florida 33131, this 27th day of February, 2008.


*/s/ Beau Bowin*
Attorney


00599846