UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    CASE NO.: 05-3817-3F1

WINN DIXIE STORES, INC.,

    Debtor.
_____/

## ORDER GRANTING MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION FILED BY EMMANUEL PEREZ TO WITHDRAW AS ATTORNEY OF RECORD FOR ADA SERRA

This case came before the Court upon Motion for Reconsideration of Order Denying Motion to Withdraw as Attorney of Record for Ada Serra filed by Emmanuel Perez. It is

ORDERED:

1.    Motion for Reconsideration of Order Denying Motion to Withdraw as Attorney of Record for Ada Serra filed by Emmanuel Perez is granted.

2.    Emmanuel Perez is discharged in this proceeding from further responsibility of representation of Ada Serra.

3.    All future pleadings shall be served on Ada Serra at 4452 Hazeltine Avenue, Apartment 6B, Sherman Oaks, CA 91423.

DATED this 26 day of February, 2008 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies Furnished To:

Leanne McKnight Prendergast, Attorney for Debtor
Emmanuel Perez

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1          Date Rcvd: Feb 26, 2008
Case: 05-03817                Form ID: pdfdoc        Total Served: 2

The following entities were served by first class mail on Feb 28, 2008.
aty          +Emmanuel Perez,   Emmanuel Perez & Associates PA,   901 Ponce De Leon Blvd.,   #303,
               Coral Gables, FL 33134-3073
aty          +Leanne McKnight Prendergast,   Smith Hulsey & Busey,   225 Water Street Suite 1800,
               Jacksonville, Fl 32202-4494

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 28, 2008**               **Signature:**    _Joseph Speetjens_