**Issued by the**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

| IN RE: | ) | CASE NO.: 05-03817-3F1 |
|---|---|---|
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

TO:   Edmund J. Mieskoski
4708 Daisy Leaf Drive
Keller, Texas 76248

☐   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

PLACE OF TESTIMONY

☒   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Merit Court Reporters, 309 West 7th Street, Ste 600<br>Fort Worth, TX 76102 | March 20, 2008 10:00 am<br>Central Time |

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

PLACE:                                                                      DATE AND TIME:

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on it's behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30 (b) (6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)

*[signature]*                                                               2-29-08

ISSUING OFFICER'S NAME, ADDRESS, AND PHONE NUMBER                           DATE
**GUY RUBIN, ESQ. AT RUBIN & RUBIN P O BOX 395, STUART, FLORIDA 34995   772-283-2004**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)
If action is pending in district other than district of issuance, state district under case number

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF TAKING DEPOSITION

**TO:**

**David L. Gay, Esq.**
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, Florida 32202

PLEASE TAKE NOTICE that Visagent Corp., by and through undersigned counsel will take the deposition by oral examination, pursuant to Fed. R. Civ. P. 30 & 45, of the person or persons named below, at the time, date and at the hour and place indicated from day to day until concluded.

| NAME | TIME & DATE | DEPOSITION LOCATION |
|---|---|---|
| Edmund J. Mieskoski<br>4708 Daisy Leaf Drive<br>Keller, Texas 76248 | March 20, 2008<br>10:00 a.m.<br>Central time | Merit Court Reporters<br>309 West 7th St, Ste 600<br>Fort Worth, TX 76102 |

Examination will be taken before a Court Reporter and Notary Public or before a duly designated representative, who is not of counsel to the parties or interested in the events of the cause. These depositions are being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure and the Local Rules of Court, pursuant to the Subpoena for deposition which is attached hereto.

In accordance with the Americans with Disabilities Act, persons in need of a special accommodation to participate in this proceeding shall, within seven (7) days prior

to any proceeding, contact the Clerk, Clerk of the United States District Court Jacksonville, FL 34950, (904) 803-3400.

PLEASE BE GOVERNED ACCORDINGLY

DATED on _____, 2008.

### CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail to Smith Hulsey & Busey, Stephen D. Busey, Esq., David L. Gay, Esq., James H. Post, Esq., Cynthia C. Jackson, Esq., 225 Water Street, Suite 1800, Jacksonville, FL 32202, counsel for the Debtor this 29 day of Feb, 2008.

GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Counsel for Visagent Corp.

2