

**Peter L. Lynch**
Chairman of the Board



January 11, 2008

To Our Stockholders:

As I am sure you have heard, Winn-Dixie formally emerged from Chapter 11 on November 21, 2006, the effective date of our Plan of Reorganization. As an unsecured creditor with an allowed claim, you are entitled to receive shares of New Common Stock as provided for in the Plan based upon the amount and classification of your claim. Winn-Dixie is pleased to welcome you as a new stockholder of our reorganized company.

Your shares of New Common Stock are maintained in the Direct Registration System (DRS), which is a form of electronic registration approved by the Securities and Exchange Commission for shares listed on NASDAQ. The DRS enables stockholders to be directly registered on the books of the issuing company, through the transfer agent, with no need for physical stock certificates (although certificates can be obtained upon request). Accompanying this letter is a DRS Statement showing the number of shares of New Common Stock distributed to you under the plan. These shares are in a DRS account with our transfer agent, American Stock Transfer and Trust Company (AST). If you hold allowed unsecured claims in more than one class, you should receive a separate DRS statement for each class. If you have questions about your DRS account or if you need assistance with your shares, please call AST at 1-888-U-CALL-WD (1-888-822-5593).

As required by the Plan, we have reserved shares of New Common Stock for parties who hold disputed unsecured claims. If those disputed claims are disallowed or allowed in aggregate amounts less than the reserved amounts, the reserved shares may become available for distribution to holders of allowed unsecured claims. In that case, you will receive one or more future distributions of New Common Stock. Those distributions will be made through the DRS and you will be mailed at that time a DRS Statement reflecting the addition of shares to your DRS account.

Winn-Dixie's emergence from chapter 11 marks the end of one chapter and the start of a new beginning for Winn Dixie. We are grateful for your support during the chapter 11 case, and we look forward to continuing to earn your trust and loyalty in the years ahead.

Yours very truly,

**Winn✓Dixie**
Getting better all the time.

Winn-Dixie Stores, Inc.
Corporate Headquarters
5050 Edgewood Court
P.O. Box B
Jacksonville, Florida 32254