

EXHIBIT C

| Company Name | Cert. Shares | DR Shares | Book Shares | Price | Total Value | Plan Materials |
|---|---|---|---|---|---|---|
| WINN-DIXIE STORES INC NEW | 0.000 | 0.000 | 1,570.000 | $17.060 | $26,784.20 | Unavailable |

Price quotes and information are supplied by an independent third-party provider. Information is provided for informational purposes only. AST does not guarantee the accuracy of such information and neither AST nor its provider will be liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein.

https://secure.amstock.com/Shareholder/sh_general.asp                                     1/31/08