[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION TO ENFORCE SETTLEMENT AGREEMENT

This case came on for consideration upon the Court's own motion. On March 3, 2008, Anthony Glorioso filed a Motion to Enforce Settlement Agreement on behalf of Lily Sempe without original signature of Movant as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion to Enforce Settlement Agreement is stricken from the record.

Dated March 4, 2008

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Anthony Glorioso, Attorney for Movant, 2325 Severn Avenue, Suite 9, Metairie, LA 70001
Clare Trinchard, 858 Camp Street, New Orleans, LA 70130
James Post, Attorney for Debtors