UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                Case No.: 3-05-bk-03817 (JAF)

        Debtors.                                               Chapter 11

_____/         Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that Frank D. Butler and the law firm of Frank D. Butler, P.A., do hereby give notice that their services are concluded in this matter and respectfully request to be removed from the Court's electronic notification, mailing matrix and all service lists in the above styled matter, including the electronic matrix.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Notice of Request for Removal from Service List and Request to Stop Electronic Notice has been served this 4th day of March, 2008, via CM/ECF System upon all parties who are registered and have consented to electronic noticing.

                                                */s/Frank D. Butler*
                                                Frank D. Butler, Esquire
                                                10550 U.S. Highway 19 N.
                                                Pinellas Park, FL 33782
                                                Phone; 727 399-2222
                                                Fax; 727 399-2202
                                                FBN: 940585; SBN: 1392310
                                                Email: fdblawfirm@aol.com
                                                Attorney for Claimant
                                                Melody Baker Watt