**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**UNAPPOSED MOTION TO CONTINUE TRIAL ON THE**
**DEBTORS' OBJECTION TO MISCLASSIFIED CLAIM NO.**
**10926 OF NATUROPATHIC LABORATORIES INTERNATIONAL**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order continuing the trial on (i) the Debtors' Ninth Omnibus Objection to Claims (Docket No. 7263) (the "Objection") as it relates to Claim Number 10926 filed by Naturopathic Laboratories International ("Naturopathic") and (ii) Naturopathic Laboratories International (Claim No. 10926) Response in Opposition to Debtors' Ninth Omnibus Objection (Docket No. 8081) (the "Response"), currently scheduled for March 13, 2008 at 9:00 a.m., and in support state:

1. The Reorganized Debtors and Naturopathic have been attempting to consensually resolve the disputed issues between them. Continuing the trial for a period of not less than sixty (60) days will allow the parties additional time needed to attempt to resolve their dispute.

2. The undersigned counsel has conferred with counsel for Naturopathic, and Naturopathic consents to the relief sought in this motion.

2

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing, for a period not less than sixty 60 days from March 13, 2008, the trial on the Objection and Response and the deadlines set forth in the Order Scheduling Trial of this matter.

Dated: March 4, 2008

                                          SMITH HULSEY & BUSEY

                                          By    */s/ Leanne McKnight Prendergast*
                                                James H. Post
                                                Leanne McKnight Prendergast

                                          Florida Bar Number 59544
                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida  32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          lprendergast@smithhulsey.com

                                          Counsel for the Reorganized Debtors

<u>Certificate of Service</u>

I certify that the foregoing was furnished via the CM/ECF electronic notification system to Jason Burnett, Esq., Gray Robinson, 50 N. Laura Street, Suite 1675, Jacksonville, Florida, and all parties in interest entitled to receive such notification this 4th day of March, 2008.

   <u>/s/ Leanne McKnight Prendergast</u>
Attorney

00600660