Hearing Date:  April 3, 2008 at 1:30 p.m.
Response Deadline:  March 24, 2008 at 4:00 p.m.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

## DEBTORS' OBJECTION TO CLAIM FILED BY
## SUSET OTERO (CLAIM NO. 13288)

The Debtors object to the allowance of Claim No. 13288 in the amount of $50,000.00 filed in Case No. 05-03837-3F1 by Suset Otero upon the grounds specified below.  In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claim.

2. The Debtors dispute the amount of the debt alleged in the Claim.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

3.      This Claim was untimely filed.

4.      The claimant failed to participate in the Claims Resolution Procedure.

Dated:  March 4, 2008

                              SMITH HULSEY & BUSEY

                              By      *s/ Leanne McKnight Prendergast*
                                        Stephen D. Busey
                                        James H. Post
                                        Leanne McKnight Prendergast

                              Florida Bar Number 59544
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for the Reorganized Debtors

**Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to Suset Otero, c/o Pedro J. Fuentes, Esq. 2650 Biscayne Blvd., Miami, Florida 33137 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 4th day of March, 2008.

                                                *s/ Leanne Mc* Knight Prendergast
                                                              Attorney

00600147