UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON MARCH 6, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on March 6, 2008 at 1:30 p.m.:

**A.  Uncontested Matters**

1.  *Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 19823)*

    Objection Deadline:  Expired.

    Objections:  None.

    Status:  The Reorganized Debtors will continue the hearing on the Motion with respect to the claim of Leola Adams, and will proceed with the hearing on the Motion with respect to the remaining claimants.

2

Dated: March 5, 2008

| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | SMITH HULSEY & BUSEY |
|---|---|
| By     *s/ D. J. Baker*            D. J. Baker     Sally McDonald Henry     Rosalie Walker Gray | By     *s/ James H. Post*            Stephen D. Busey     James H. Post     Cynthia C. Jackson |
| Four Times Square   New York, New York 10036   (212) 735-3000   (212) 735-2000 (facsimile)   djbaker@skadden.com | Florida Bar Number 175460   225 Water Street, Suite 1800   Jacksonville, Florida 32202   (904) 359-7700   (904) 359-7708 (facsimile)   cjackson@smithhulsey.com |
| Co-Counsel for Reorganized Debtors | Co-Counsel for Reorganized Debtors |

00599790