UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| _____ ) | |

**ORDER CONTINUING TRIAL ON THE DEBTORS'
OBJECTION TO MISCLASSIFIED CLAIM NO. 10926 OF
NATUROPATHIC LABORATORIES INTERNATIONAL**

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Objection to Misclassified Claim No. 10926 of Naturopathic Laboratories International (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on Debtors' Objection to Misclassified Claim No. 10926 of Naturopathic Laboratories International currently scheduled for March 13, 2008 at 9:00 a.m. is continued to __JULY 17, 2008__ at __9:00AM__ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on September 10, 2007 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this 5 day of March, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00600672