UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                      Chapter 11
          Reorganized Debtors.             )          Jointly Administered

_____

### **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Karen Pickles, on Behalf of a Minor, Jessica Pickles [Docket No. 19918] was furnished by mail on March 6, 2008 to Karen Pickles c/o Thomas M. Findley, Esq., Messer, Caparello & Self, 215 South Monroe Street, Suite 701, Tallahassee, Florida 32302-1876.

Dated:  March 6, 2008

SMITH HULSEY & BUSEY


By      *s/  James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785