UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Pamela Washington and Darryl Washington [Docket No. 19921] was furnished by mail on March 6, 2008 to Pamela Washington and Darryl Washington c/o Darryn L. Silverstein, Esq. Silvrestein, Silverstein & Silverstein, 20801 Biscayne Blvd., Suite 504, Aventura, Florida 33180-1422.

Dated:  March 6, 2008

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785