UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Chrissy Thomas (Claim No. 8169) [Docket No. 19923] was furnished by mail on March 6, 2008 to Chrissy Thomas c/o Darryn Silverstein, Esq., Silverstein, Silverstein & Silverstein, P.A., 20801 Biscayne Blvd., Suite 504, Aventura, Florida 33180-1422.

Dated:  March 6, 2008

SMITH HULSEY & BUSEY


By        *s/  James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151