UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Peggy Vitarelli (Claim No. 12495) [Docket No. 19917] was furnished by mail on March 6, 2008 to Peggy Vitarelli c/o W. Marc Hardesty, Esq., Hardesty, Tyde Green & Ashton, P.A., 4004 Atlantic Blvd., Jacksonville, Florida 32207.

Dated:  March 6, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151