UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                          Chapter 11
              Reorganized Debtors.        )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Hillard Wright (Claim No. 10622) [Docket No. 19926] was furnished by mail on March

6, 2008 to Hillard Wright c/o Cathy Donohoe, Esq., Donohoe & Stapleton, LLC, 2781

Zelda Road, Montgomery, Alabama 36106.

Dated:  March 6, 2008

SMITH HULSEY & BUSEY


By        *s/ James H. Post*
              Stephen D. Busey
              James H. Post (FBN 175460)
              Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151