IN THE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.:3:05-bk-3817-JAF |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Debtors. | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS OF JPMORGAN CHASE BANK, N.A.

PLEASE TAKE NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, JPMorgan Chase Bank, N.A. hereby requests that copies of all notices and other papers in this case be sent to:

>JPMorgan Chase Bank, N.A.
>Mail Code: NY1-A436
>Attn: Susan McNamara, Legal Dept
>1 Chase Manhattan Plaza, 26th floor
>New York, New York 10081
>Phone 212-552-1038
>Fax 212-552-5766

Dated: New York, New York
       March 6, 2008

JPMORGAN CHASE BANK, N.A.

By: _____
Title:     Carrie A. Parks
           Authorized Signatory

NY-560775 v2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to all parties.

                                                      /s/     *William J. Simonitsch*
William J. Simonitsch, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
Wachovia Financial Center
200 South Biscayne Boulevard, 20th Floor
Miami, FL 33131-2399
(305) 539-3300