

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
March 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Doc. No. 19823)

The Reorganized Debtors will continue the hearing on the Motion with respect to the claim of Leola Adams, and will proceed with the hearing on the Motion with respect to the remaining claimants.

APPEARANCES:
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD
                 MATTHEW S. BARR

RULING:  Granted
Orls/Post +
1 Ord. on the motion
Sep. Ords. for claimants