UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al,

Debtors.
_____/

CASE NO. 05-03817-3F1
CHAPTER 11
JOINTLY ADMINISTERED

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE
LIST AND REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that C. Craig Eller, and the law firm of Broad and Cassel, as attorneys for Riverdale Farms, Inc. does hereby give notice that their services are concluded in this matter and that they hereby request that they be removed from any and all service lists by electronic mail (celler@broadandcassel.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic filing this 6th day of March, 2008.

BROAD AND CASSEL
One North Clematis Street
Suite 500
West Palm Beach, FL  33401
Telephone:  561-832-3300
Facsimile:  561-650-1153
Email:  celler@broadandcassel.com
Attorneys for Riverdale Farms


_____/s/ C. Craig Eller_____
C. Craig Eller
Florida Bar No.:  767816

WPB1\BANKRUPT\264791.1
35316/0001