[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION TO ENFORCE SETTLEMENT AGREEMENT

This case came on for consideration upon the Court's own motion. On March 3, 2008, Anthony Glorioso filed a Motion to Enforce Settlement Agreement on behalf of Lily Sempe without original signature of Movant as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion to Enforce Settlement Agreement is stricken from the record.

Dated March 4, 2008

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Anthony Glorioso, Attorney for Movant, 2325 Severn Avenue, Suite 9, Metairie, LA 70001
Clare Trinchard, 858 Camp Street, New Orleans, LA 70130
James Post, Attorney for Debtors

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes           Page 1 of 1              Date Rcvd: Mar 04, 2008
Case: 05-03817                Form ID: pdfdoc        Total Served: 2

The following entities were served by first class mail on Mar 06, 2008.
          +Anthony Glorioso,   2325 Severn Avenue, Suite 9,   Metairie, LA 70001-6918
          +Clare Trinchard,   858 Camp Street,   New Orleans, LA 70130-3704
The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2008**              **Signature:** _Joseph Speetjens_