**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 – Jointly Administered |
| | ) | |
| Debtor(s) | ) | |

<u>**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**</u>

     Please take notice that Benjamin A. Kahn of the law firm of Nexsen Pruet, PLLC

and counsel for American KB Properties I Limited Partnership should be removed from

all service lists.

     This the <u>7th</u> day of March, 2008.

                                               _/s/ Benjamin A. Kahn_____
                                               Benjamin A. Kahn
                                               N. C. State Bar No. 20004
                                               Attorney for American KB Properties I
                                               Limited Partnership

OF COUNSEL:

NEXSEN PRUET, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 7, 2008, I filed the foregoing Notice of Request for Removal From Electronic Service List through the CM/ECF filing system, which will send a notice of electronic filing to be served on all parties participating in the CM/ECF System including:

> James H. Post, Esq.
> Smith Hulsey & Busey
> 225 Water St., Ste. 1800
> Jacksonville, FL  32202
> Counsel for Reorganized Debtors

> /s/ Benjamin A. Kahn
> _____
> Benjamin A. Kahn
> N. C. State Bar No. 20004
> bkahn@nexsenpruet.com
> Attorney for American KB Properties I
> Limited Partnership

OF COUNSEL:

NEXSEN PRUET, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600