# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 – Jointly Administered |
| ) | |
| Debtor(s) ) | |

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

Please take notice that Benjamin A. Kahn of the law firm of Nexsen Pruet, PLLC and counsel for C & T Durham Trucking Company should be removed from all service lists.

This the 7th day of March, 2008.

        /s/ Benjamin A. Kahn
Benjamin A. Kahn
N. C. State Bar No. 20004
Attorney for C & T Durham Trucking Company

OF COUNSEL:

NEXSEN PRUET, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600

NPGBO1:946698.1

## CERTIFICATE OF SERVICE

      I hereby certify that on March 7, 2008, I filed the foregoing Notice of Request for Removal From Electronic Service List through the CM/ECF filing system, which will send a notice of electronic filing to be served on all parties participating in the CM/ECF System including:

        James H. Post, Esq.
        Smith Hulsey & Busey
        225 Water St., Ste. 1800
        Jacksonville, FL  32202
        Counsel for Reorganized Debtors

        /s/ Benjamin A. Kahn
        Benjamin A. Kahn
        N. C. State Bar No. 20004
        bkahn@nexsenpruet.com
        Attorney for C & T Durham Trucking Company

OF COUNSEL:

NEXSEN PRUET, PLLC
Lake Point
701 Green Valley Road, Suite 100
Post Office Box 3463
Greensboro, NC  27402
(336) 373-1600

NPGBO1:946698.1