## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### WITHDRAWAL OF ENTRY OF APPEARANCE AND REQUEST FOR DOCUMENTS AND NOTICES

NOW COMES, Steven R. Wirth, formerly of the law firm Kaye Scholer LLP, and hereby gives notice and withdraws his entry of appearance as counsel of record for DDI, Inc., in the above-captioned cases.

Dated: New York, New York
       March 7, 2008

WOLLMUTH MAHER & DEUTCH LLP

_/s/ Steven R. Wirth_

Steven R. Wirth
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-3300
Fax: (212) 382-0500
swirth@wmd-law.com