F I L E D
JACKSONVILLE, FLORIDA

MAR 1 2 2008

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,  Chapter 11

   Reorganized Debtors, et al.  Jointly Administered

_____/

## RESPONSE TO WINN DIXIE'S REQUEST FOR PRODUCTION OF DOCUMENTS

Creditor, Colonial Realty Limited Partnership, by and through its undersigned counsel, hereby files its Response to Reorganized Debtor's Request for Production of Documents as follows:

1. To the extent the documents requested in Requests 1-20 are in the possession of Colonial Realty Limited Partnership, and to the extent that the requested documents do not amount to work product or attorney/client privilege, the documents are available for inspection and copying at the Regional Offices of Colonial Realty Limited Partnership located at 950 Market Promenade Avenue, Ste. 2200, Lake Mary, FL, provided Winn-Dixie and its counsel enter into an appropriate Confidentiality and Non-disclosure Agreement.

2. Colonial Realty Limited Partnership objects to producing documents other than these documents that cover time periods which pre-date the filing of Winn-Dixie's Chapter 11 Bankruptcy as all sums claimed by Colonial Realty Limited Partnership stem from pre-petition charges.

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via First Class U.S. Mail Delivery and via E-Mail to Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202; this 12th day of February, 2007.

/s/ William M. Lindeman

William M. Lindeman
Florida Bar #699640
Attorney for Creditor
William M. Lindeman, P.A.
300 S. Eola Drive
Orlando, FL 32801
(407) 244-3294
(Fax) 244-3186

FILED
JACKSONVILLE, FLORIDA

MAR 12 2008

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                Chapter 11

   Reorganized Debtors, et al.                 Jointly Administered

_____/

### NOTICE OF SERVING COLONIAL REALTY LIMITED PARTNERSHIP'S RESPONSE TO WINN-DIXIE'S INTERROGATORIES

Creditor, COLONIAL REALTY LIMITED PARTNERSHIP, by and through its undersigned counsel, serves its response to Reorganized Debtor, WINN DIXIE STORE, INC.'S, Interrogatories in the above-cited case.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded via First Class U.S. Mail Delivery and via E-Mail to Cynthia C. Jackson, Esq., Smith, Hulsey & Busey, 225 Water Street, Ste. 1800, Jacksonville, FL 32202; this 12th day of February, 2007.

William M. Lindeman
Florida Bar #699640
Attorney for Creditor
William M. Lindeman, P.A.
300 S. Eola Drive
Orlando, FL 32801
(407) 244-3294
(Fax) 244-3186