UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |

### AGREED ORDER RESOLVING CLAIM NUMBER 6778 FILED BY PRO-ACTIVE JANITORIAL SERVICES, INC., AS SET FORTH IN THE DEBTORS' TWENTY-FOURTH OMNIBUS CLAIMS OBJECTION

This cause came before the Court upon (i) the Twenty-Fourth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims (C) Overstated Claims, (D) Overstated Misclassified Claims, (E) Misclassified Claims, (F) Duplicate Liability Claims and (G) Amended and Superseded Claims (the "Objection") (Docket No. 11946) filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively "Winn-Dixie"), as it relates to Claim No. 6778 filed by Pro-Active Janitorial Services, Inc. ("Pro-Active") and (ii) the response to the Objection filed by Pro-Active. On November 16, 2006, the Court conducted a hearing on the Objection and entered an order (Docket No. 12660) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to Claim No. 6778 and other unresolved claims. Based upon the consent of the parties appearing below, it is

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

ORDERED AND ADJUDGED:

1. Claim No. 6778 filed by Pro-Active is reduced from $365,055.68 and allowed as an unsecured Class 14 Vendor/Supplier Claim in the amount of $75,000.

2. Distributions will be made to Pro-Active on allowed Claim No. 6778 pursuant to Section 9.2 of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

3. This Agreed Order resolves all liabilities and obligations related to (i) Claim No. 6778 and all other proofs of claim and administrative expense claims filed by Pro-Active in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date claims that Pro-Active has or may have against Winn-Dixie and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. Logan & Company, Inc., the claims agent appointed in Winn-Dixie's Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 12 day of March, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00598926

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| STUTSMAN THAMES & MARKEY, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  s/Richard R. Thames*  <br>Richard R. Thames, F.B.N. 0718459 | By  s/ Cynthia C. Jackson  <br>Cynthia C. Jackson, F.B.N. 498882 |
| 50 North Laura Street, Suite 1600<br>Jacksonville, Florida 32202<br>(904) 358-4000<br>(904) 358-4001 (facsimile)<br>rthames@stmlaw.net | 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Counsel for Pro-Active Janitorial Services, Inc. | Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00598926