**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                              **Case No. 3:05-bk-3817-3F1**

**WINN DIXIE STORES, INC., et al.**        **Chapter 11**

                **Debtor(s).**        **Judge Jerry A. Funk**

_____


## MOTION FOR TRIAL CONTINUANCE

Now comes Hamilton County, by and through the undersigned counsel, who hereby respectfully move this Honorable Court for another short trial extension in the above-referenced matter.  At the time of the filing of this Motion, Debtor's counsel is considering whether to agree to or object to this request.  A Memorandum in Support accompanies this Motion.

                Respectfully submitted,

                **MAGUIRE & SCHNEIDER, L.L.P.**


                By    s/Keith W. Schneider
                         Keith W. Schneider (979333)
                         250 Civic Center Drive, Suite 500
                         Columbus, Ohio 43215
                         Telephone:  614-224-1222
                         Facsimile:   614-224-1236
                         kwschneider@ms-lawfirm.com
                         *Attorney for Hamilton County, Ohio*

## MEMORANDUM IN SUPPORT

Pursuant to the Order of this Court, the trial on Debtor's Second Omnibus Objection to Tax Claims and Motion for Order to Terminate Tax Liability with respect to Claim No. 12624 by Hamilton County, Ohio, has been scheduled for hearing April 2, 2008, at 9:00 a.m., before this Honorable Court.  Pursuant to the Court's Scheduling Order, the parties are to engage in good faith settlement negotiations by Friday, March 14, 2008.  The parties have been diligently working toward that goal.  More importantly, however, due to this Court on Friday, March 21, 2008, would be both parties' motions, trial briefs, and identified exhibits.

Hamilton County has submitted timely, per order, its discovery requests to Debtor and Debtor's counsel.  Said responses are due on March 21, 2008. During the attempt to resolve this matter, discovery responses have not been supplied to Hamilton County and, presuming timely submission on March 21, 2008, impedes Hamilton County's ability to review and then determine which documents or other responses would be applicable to its trial brief, witness and/or exhibit identification.

This request to move the hearing will allow the parties to adequately conduct discovery and to the extent settlement would fail, would then permit meaningful trial briefs, witness identification, and exhibits to be presented to this Court as required.

For the reasons contained within this Motion and for what Hamilton County asserts is good cause, it is respectfully requested trial in this matter be continued.  Counsel for Hamilton County respectfully requests this matter be

continued. Counsel for the Debtor has been notified of this request and has indicated they shall determine timely whether or not they will be in agreement with a short trial continuance.

Respectfully submitted,

**MAGUIRE & SCHNEIDER, L.L.P.**

By    s/Keith W. Schneider
          Keith W. Schneider (979333)
          250 Civic Center Drive, Suite 500
          Columbus, Ohio 43215
          Telephone:  614-224-1222
          Facsimile:  614-224-1236
          kwschneider@ms-lawfirm.com
          *Attorney for Hamilton County, Ohio*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing the Motion for Trial Continuance was served upon each of the following, via electronic transmission through ECF filing, this 13th day of March, 2008.

D. J. Baker
Skadden, Arps, Slate, Meagher & From, LLP
Four Times Square
New York, NY  10036

Beau Bowin
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

Cynthia C. Jackson
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202

By    s/Keith W. Schneider

Keith W. Schneider    (0041616)

x:\firm20000-29999\27987\mo short continuance trial to 4.08.doc