UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:   3:05-bk-3817
Chapter         11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING RESPONSE TO REQUEST TO PRODUCE

The Court finds that the Response to Winn-Dixie's Request to Produce filed by William M. Lindeman on behalf of Colonial Realty Limited Partnership on March 12, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission. Accordingly, it is

**ORDERED**:

The Response to Winn-Dixie's Request to Produce filed by William M. Lindeman on behalf of Colonial Realty Limited Partnership on March 12, 2008 is stricken from the record.

DATED March 14, 2008, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Alan M. Burger, 505 S. Flagler Drive, Suite 300, West Palm Beach, FL 33401
Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, FL 32202
William M. Lindeman, 300 S. Eola Drive, Orlando, FL  32801