**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF CONSENT TO HAMILTON
COUNTY, OHIO'S REQUEST TO CONTINUE TRIAL**

Winn-Dixie Stores, Inc. and its affiliates ("Winn-Dixie") gives notice of its consent to the relief sought in Hamilton County, Ohio's ("Hamilton") motion for a short continuance (Doc. No. 20014) of the trial on Winn-Dixie's objection to Hamilton's tax claim (Doc. No. 7852) currently scheduled for April 2, 2008 at 9:00 a.m.

SMITH HULSEY & BUSEY

By  */s/ Beau Bowin*
       Cynthia C. Jackson
       Beau Bowin

Florida Bar Number 792551
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
bbowin@smithhulsey.com

Counsel for Reorganized Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2

<u>Certificate of Service</u>

I certify that the foregoing was furnished by the CM/ECF electronic notification system to Keith W. Schneider, 250 Civic Center Drive, Suite 500, Columbus, Ohio 43215 and all parties in interest entitled to receive such notification this 14th day of March, 2008.

*/s/ Beau Bowin*
Attorney

00602141