**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND**
**REQUEST TO STOP ELECTRONIC SERVICE**

PLEASE TAKE NOTICE that the undersigned counsel, as attorney for OCM Opportunities Fund V, L.P., hereby requests to be removed from any and all service lists by e-mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

Dated: New York, New York
       March 17, 2008

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    By:   /s/ Alan W. Kornberg
           Alan W. Kornberg, Esq.
           (A member of the firm)
           1285 Avenue of the Americas
           New York, NY  10019-6064
           Tel. No. 212-373-3000
           Tel. No. 212-757-3990

        Attorney for OCM Opportunities Fund V, L.P.

## AFFIDAVIT OF SERVICE

I hereby certify that on March 17, 2008, I filed the foregoing through the Court's CM/ECF System, which will cause a copy to be served upon James H. Post, Esq., counsel for Debtors; Matthew Barr and John MacDonald, counsel for the Post-Effective Date Committee; Elena Escamilla, counsel for the Office of the U.S. Trustee, and all other parties participating in the CM/ECF system. I also served the same parties through personal e-mail transmission.

/s/ Brooke Filler
Brooke Filler

Sworn to before me this
17th day of March, 2008

/s/ Maurice Tattnall
Notary Public
State of New York
No. 01TA6018000
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Dec. 21, 2010

Doc#: US1:5180494v1