FILED
JACKSONVILLE, FLORIDA

MAR 17 2008

CLERK, U.S. BANKRUPTCY COURT,
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES INC. et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Claimant, ESTHER FITENI, by and through her undersigned attorney, hereby serves this, her *Notice of Voluntary Dismissal With Prejudice*, pursuant to Florida Rules of Civil Procedure, Rule 1.420, as to all claims against Reorganized Debtors, WINN-DIXIE STORES, INC., and would state on the record that this matter has been amicably resolved between said parties.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a copy hereof has been furnished to **JAMES H. POST, ESQ.**, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, by U.S. Mail this 14th day of March, 2008.

Law Offices of Sabato DeVito, P.A.

_____
Sabato DeVito, Esq.
5327 Commercial Way, Suite C-114
Spring Hill, FL 34606
Telephone: 352-596-2169
Facsimile: 352-596-7540
FBN: 0860476
Attorney for Plaintiff