CASE NO. 18,479

| | | |
|---|---|---|
| Wayne Boyd | * | IN THE DISTRICT COURT |
| 332 Girard Street | * | |
| Baird, Texas 79504 | * | 42ND JUDICIAL DISTRICT |
|     Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| Winn Dixie Stores, Inc. | * | |
|     Defendant | * | CALLAHAN COUNTY, TEXAS |
| | * | |

## MOTION TO DISMISS

NOW COMES Wayne Boyd, Plaintiff in the above-entitled and numbered cause, and files this Motion to Dismiss.

WHEREFORE, the Plaintiff herein prays that this Honorable Court will DISMISS this cause of action.

                  Respectfully submitted,

                  Wayne Boyd
                  332 Girard Street
                  Baird, Texas 79504

                  By: _____
                         WAYNE BOYD
                         Plaintiff

[Stamps: FILED FOR RECORD, MAR 13 2008, District Clerk, Callahan County, TX; FILED JACKSONVILLE, FLORIDA MAR 17 2008, CLERK, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF FLORIDA]

CASE NO. 18,479

FILED FOR RECORD AT 2:40 O'CLOCK P M
MAR 13 2008
By [signature] District Clerk, Callahan County, TX Deputy

| | | |
|---|---|---|
| Wayne Boyd | * | IN THE DISTRICT COURT |
| 332 Girard Street | * | |
| Baird, Texas 79504 | * | 42ND JUDICIAL DISTRICT |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| Winn Dixie Stores, Inc. | * | CALLAHAN COUNTY, TEXAS |
| Defendant | * | |

### ORDER OF DISMISSAL

Came to be heard on this the 13 day of March, 2008, the Motion of Plaintiff for dismissal of the above styled numbered case.

The Court, having considered same, is of the opinion that said Motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause be, and is hereby **DISMISSED**.

**IT IS SO ORDERED.**

_____
JUDGE PRESIDING

AFFIDAVIT(to a, or in place of a CERTIFICATE OF SERVICE)
   Wayne Boyd, plaintiff, Appellant, for his affidavit, being first duly sworn, deposes and states:
   I hereby certify that on March 13, 2008               , XXXX a true and correct copy of the **MOTION TO DISMISS and ORDER OF DISMISSAL**
_____ by Wayne Boyd, plaintiff and Appellant, has been mailed to all parties of record.                                                       and faxed

Mailed to:                          Mailed and Faxed to:
**Clerk, U. S. Bankruptcy Court**   **Leanne McKnight Prendergast**
Middle District of Florida              LAW OFFICES
300 North Hogan Street              SMITH, HULSEY & BUSEY
Suite 3-350                         1800 Wachovia Bank Tower
Jacksonville, Fl. 32202             225 Water Street(**Fax: (904) 359-7708**
FURTHER YOUR AFFIANT SAYETH NOT     Jacksonville, Florida 32202

            Wayne Boyd
            Appearing Plaintiff(Appellant) Pro Se
            332 Girard Street
            Baird, Texas 79504

   On this  13  day of  March              , 2008, before me, a Notary Public, within and for said County, personally appeared Wayne Boyd, to me known to be the person described in and who executed the foregoing affidavit, and acknowledged that he executed the same as his act and deed.

Jan Henley
Notary Public, State of Texas
My Commission Expires 04-03-10

expires on: 4/3/10

CASE NO. 18,479

| | | |
|---|---|---|
| Wayne Boyd<br>332 Girard Street<br>Baird, Texas 79504<br>   Plaintiff | * * * * * | IN THE DISTRICT COURT<br><br>42ND JUDICIAL DISTRICT |
| v. | * * | |
| Winn Dixie Stores, Inc.<br>   Defendant | * * * | CALLAHAN COUNTY, TEXAS |

## MOTION TO DISMISS

**NOW COMES** Wayne Boyd, Plaintiff in the above-entitled and numbered cause, and files this Motion to Dismiss.

**WHEREFORE**, the Plaintiff herein prays that this Honorable Court will **DISMISS** this cause of action.

Respectfully submitted,

Wayne Boyd
332 Girard Street
Baird, Texas 79504

By: _____
WAYNE BOYD
Plaintiff

*[Filed for Record stamp: MAR 13 2008, District Clerk, Callahan County, TX]*

CASE NO. 18,479

| | | |
|---|---|---|
| Wayne Boyd | * | IN THE DISTRICT COURT |
| 332 Girard Street | * | |
| Baird, Texas 79504 | * | 42ND JUDICIAL DISTRICT |
| Plaintiff | * | |
| v. | * | |
| Winn Dixie Stores, Inc. | * | CALLAHAN COUNTY, TEXAS |
| Defendant | * | |

## ORDER OF DISMISSAL

Came to be heard on this the 13 day of March, 2008, the Motion of Plaintiff for dismissal of the above styled numbered case.

The Court, having considered same, is of the opinion that said Motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this cause be, and is hereby **DISMISSED**.

IT IS SO ORDERED.

_____
JUDGE PRESIDING

AFFIDAVIT(to a, or in place of a CERTIFICATE OF SERVICE)

Wayne Boyd, plaintiff, Appellant, for his affidavit, being first duly sworn, deposes and states:

I hereby certify that on March 13, 2008, 2008 a true and correct copy of the **MOTION TO DISMISS and ORDER OF DISMISSAL** by Wayne Boyd, plaintiff and Appellant, has been mailed to all parties of record. and faxed

Mailed to:
**Clerk, U. S. Bankruptcy Court**
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville, Fl. 32202

Mailed and Faxed to:
**Leanne McKnight Prendergast**
LAW OFFICES
SMITH, HULSEY & BUSEY
1800 Wachovia Bank Tower
225 Water Street (**Fax: (904) 359-7708**
Jacksonville, Florida 32202

FURTHER YOUR AFFIANT SAYETH NOT

Wayne Boyd
Appearing Plaintiff (Appellant) Pro Se
332 Girard Street
Baird, Texas 79504

On this 13 day of March, 2008, before me, a Notary Public, within and for said County, personally appeared Wayne Boyd, to me known to be the person described in and who executed the foregoing affidavit, and acknowledged that he executed the same as his act and deed.

Jan Henley
Notary Public, State of Texas
My Commission Expires 04-03-10

expires on: 4/3/10