# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | In proceedings for Reorganization under Chapter 11 |
| WINN-DIXIE STORES, INC | Case No. 05-03817 (JAF) |
| ("the Debtor") | Jointly Administered |

## NOTICE OF CREDITOR'S CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Longacre Master Fund, Ltd., a creditor in the above-referenced bankruptcy proceeding, has changed its address and request that services of any pleadings, distributions, notices or correspondence in this matter should be sent to the new address noted below, effective immediately.

**Old Address**

Longacre Master Fund, Ltd.
810 Seventh Avenue, 22nd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

**New Address**

Longacre Master Fund, Ltd.
810 Seventh Avenue, 33rd Floor
New York, NY 10019
Attn: Vladimir Jelisavcic

The telephone and facsimile numbers, and e-mail address remain the same.

Dated: March 17, 2008
New York, New York

LONGACRE MASTER FUND, LTD.

/s/ Vladimir Jelisavcic_____
Name: Vladimir Jelisavcic
Title: Director