## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF CONTINUATION OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the hearing scheduled for April 3, 2008 at 1:30 p.m. (prevailing Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Debtors' Objection to the Claim filed by Suset Otero (Claim No. 13288) (Docket No. 19937) has been continued until further notice.

Dated:  March 17, 2008

SMITH HULSEY & BUSEY


By     *s/ Leanne McKnight Prendergast*
        Stephen D. Busey
        James H. Post
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to Suset Otero, c/o Pedro J. Fuentes, Esq. 2650 Biscayne Blvd., Miami, Florida 33137 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 17th day of March, 2008.



*s/ Leanne McKnight Prendergast*
Attorney

602334