UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Court finds that the Notice of Voluntary Dismissal with Prejudice filed by Sabato DeVito on behalf of Esther Fiteni on March 17, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Notice of Voluntary Dismissal with Prejudice filed by Sabato DeVito on behalf of Esther Fiteni on March 17, 2008 is stricken from the record.

**DATED March 18, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Sabato DeVito, 5327 Commercial Way, Suite C-114, Spring Hill, FL 34606
James H. Post, 225 Water Street, Suite 1800, Jacksonville, FL 32202