# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:05-bk-3817-3F1 |
| WINN DIXIE STORES, INC., et al. | Chapter 11 |
| Debtor(s). | Judge Jerry A. Funk |

## ORDER

This matter came before the Court upon the Motion for Trial Continuance filed by Hamilton County, Ohio, in the above action. This Court understands that Counsel for Winn Dixie has been notified of this Motion for Continuance and has ~~not determined if they will~~ agreed to a short continuance.

The Court has reviewed said Motion and understands that both parties have engaged in good faith settlement negotiations as ordered by this Honorable Court.

The Court understands that both parties have exchanged discovery requests. Hamilton County has complied with responding to Winn Dixie's discovery requests. Winn Dixie's responses are not due until March 21, 2008, the same day that the parties' motions, trial briefs and exhibits are due to be filed and/or identified. This Court acknowledges that Hamilton County will need time to review discovery responses provided by Winn Dixie in order to continue with good faith settlement negotiations and/or to prepare their trial brief, exhibits and to file motions with this Honorable Court.

**WHEREFORE**, in the interest of justice, this Honorable Court is permitting ample time for all parties to review all discovery responses in order to prepare trial documents. This Motion for Continuance is hereby granted. This trial is rescheduled for MAY 22,

2008 at  1:30 p.m.  It is also ordered that parties continue with good faith settlement negotiations.

Done and ordered in Jacksonville, Florida on March 18, 2008.

Jerry A. Funk
United States Bankruptcy Judge