UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Chapter 11

WINN-DIXIE STORES, INC., et al.,                          Case No. 05-03817-3F1
                                                          Jointly Administered
    Reorganized Debtors.
_____/

## RE-NOTICE OF HEARING

PLEASE TAKE NOTICE that the hearing previously scheduled on April 3, 2008, at 1:30 p.m. is now rescheduled for April 3, 2008 at 1:00 p.m. (prevailing Eastern time), before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the following motions filed by Diana Clark:

**Motion to Submit Pending Matters to Mediation and Request
for Appointment of Mediator (Docket No. 19391)**

**Motion to Set Hearing on Motion to Submit Pending Matters to
Mediation and Request for Appointment of Mediator (Docket No. 19683)**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order of the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: March 18, 2008

/s/ Scott A. Stichter
Scott A. Stichter
Florida Bar No. 710679
Amy Denton Harris
Florida Bar No. 0634506
Stichter, Riedel, Blain & Prosser, P.A.
110 E. Madison Street, Suite 200
Tampa, Florida 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
Email: sstichter@srbp.com
        aharris@srbp.com
Attorneys for Diana Clark and Lee Pitisci

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Re-Notice of Hearing has been served upon the following electronically via the Court's CM/ECF system or first class U.S. Mail, postage prepaid, on March 18, 2008:

Stephen D. Busey, Esquire
James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Matthew Barr, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

Elena L. Escamilla, Esquire
Office of the United States Trustee
135 W. Central Boulevard, Suite 620
Orlando, FL 32801

/s/ Scott A. Stichter
Scott A. Stichter
Florida Bar No. 710679