**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

---------------------------------------------------------
                                                                   :
 In re:                                              :   Case No.05-03817-3FI
                                                                   :
WINN-DIXIE STORES, INC., et al.,      :   Chapter 11
                                                                   :
                    Debtors.                         :   Jointly Administered
---------------------------------------------------------

**WITHDRAWAL BY FEDERAL EXPRESS CORPORATION**
**OF APPLICATION FOR PAYMENT OF**
**<u>ADMINISTRATIVE EXPENSE CLAIM RELATING TO CHAPTER 11</u>**
**<u>CASE</u>**

Federal Express Corporation ("FedEx") hereby withdrawals its Application for Payment of Administrative Expense Claim Relating to Chapter 11 Case dated December 28, 2006 ("FedEx Admin Claim") (Doc Id 13736).

Dated: March 20, 2008          By:        /s/ Charles J. Filardi, Jr., Attorney
                                                           Charles J. Filardi, Jr.  (ct09809)
                                                           Filardi Law Offices LLC
                                                           65 Trumbull Street
                                                           Second Floor
                                                           New Haven, CT 06510
                                                           (203) 562-8588
                                                           (866) 890-3061 Facsimile

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to those parties participating in the Court's CM/ECF System.

                                              /s/ Charles J. Filardi Jr.