# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

---------------------------------------------------------

|  |  |  |
|---|---|---|
| In re: | : | Case No.05-03817-3FI |
|  | : |  |
| WINN-DIXIE STORES, INC., et al., | : | Chapter 11 |
|  | : |  |
| Debtors. | : | Jointly Administered |

---------------------------------------------------------

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC SERVICE

PLEASE TAKE NOTICE that the undersigned counsel, as attorney for Federal Express Corporation, hereby requests to be removed from any and all service lists by e-mail or otherwise in this matter and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

Dated:  March 20, 2008

/s/ Charles J. Filardi, Jr.
Charles J. Filardi, Jr.
Filardi Law Offices LLC
65 Trumbull Street, 2nd Floor
New Haven, CT  06510
Tel. No.: (203) 562-8588
E-mail: charles@filardi-law.com

Attorney for Federal Express Corporation

**AFFIDAVIT OF SERVICE**

The undersigned hereby certifies that on March 20, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to those parties participating in the Court's CM/ECF System.

                                                /s/ Charles J. Filardi, Jr.