UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

<u>Debtor(s)</u>

## ORDER STRIKING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Court finds that the Notice of Voluntary Dismissal with Prejudice filed by Sabato DeVito on behalf of Esther Fiteni on March 17, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Notice of Voluntary Dismissal with Prejudice filed by Sabato DeVito on behalf of Esther Fiteni on March 17, 2008 is stricken from the record.

**DATED March 18, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Sabato DeVito, 5327 Commercial Way, Suite C-114, Spring Hill, FL 34606
James H. Post, 225 Water Street, Suite 1800, Jacksonville, FL 32202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1               Date Rcvd: Mar 18, 2008
Case: 05-03817                  Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Mar 20, 2008.
cr           +Esther Fiteni,   c/o Sabato DeVito,   5327 Commercial Way, Suite C-114,
              Spring Hill, FL 34606-1420
The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2008**                    **Signature:** *Joseph Speetjens*