UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 3:05-bk-3817-3F1 |
| WINN DIXIE STORES, INC., et al. | Chapter 11 |
| Debtor(s). | Judge Jerry A. Funk |

## ORDER

This matter came before the Court upon the Motion for Trial Continuance filed by Hamilton County, Ohio, in the above action. This Court understands that Counsel for Winn Dixie has been notified of this Motion for Continuance and has ~~not determined if~~ agreed ~~they will agree~~ to a short continuance.

The Court has reviewed said Motion and understands that both parties have engaged in good faith settlement negotiations as ordered by this Honorable Court.

The Court understands that both parties have exchanged discovery requests. Hamilton County has complied with responding to Winn Dixie's discovery requests. Winn Dixie's responses are not due until March 21, 2008, the same day that the parties' motions, trial briefs and exhibits are due to be filed and/or identified. This Court acknowledges that Hamilton County will need time to review discovery responses provided by Winn Dixie in order to continue with good faith settlement negotiations and/or to prepare their trial brief, exhibits and to file motions with this Honorable Court.

**WHEREFORE**, in the interest of justice, this Honorable Court is permitting ample time for all parties to review all discovery responses in order to prepare trial documents. This Motion for Continuance is hereby granted. This trial is rescheduled for MAY 22,

2008 at  1:30  p.m.  It is also ordered that parties continue with good faith settlement negotiations.

Done and ordered in Jacksonville, Florida on March 18, 2008.

Jerry A. Funk
United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1              Date Rcvd: Mar 18, 2008
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Mar 20, 2008.
cr          +Hamilton County Ohio Treasurer,   Hamilton County Prosecutor,   c/o James Ginocchio,
              230 E. Ninth St., Ste. 4000,   Cincinnati, OH 45202-2174
            +Keith W. Schneider,   250 Civic Center Drive, Suite 500,   Columbus, OH 43215-5088

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 20, 2008**                    **Signature:** _Joseph Speetjens_