US BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

IN RE: Winn-Dixie Stores, Inc.

Case Number: 3:05-bk-03817-JAF

F I L E D
JACKSONVILLE, FLORIDA

MAR 2 0 2008

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**NOTICE OF JOSEPH C. WHITELOCK, ESQ. WITHDRAWAL FROM MAIL LIST**

JOSEPH C. WHITELOCK, ESQ. herein files this his Notice to terminate and withdraw from the mailing list in the above styled action.

DATED: March 17, 2008

JOSEPH C. WHITELOCK, ESQ
3245 FIFTH AVENUE NORTH
ST. PETERSBURG, FL. 33713
(727) 327-1066
FBN# 302309   SPN#00113203
ATTORNEY FOR PLAINTIFF