UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                        )

WINN-DIXIE STORES, INC., et al.,             )       Case No. 05-03817-3F1
                                                     Chapter 11
         Reorganized Debtors.                )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Susan Brown [Docket No. 19974] was furnished by mail on March 21, 2008 to Susan Brown c/o David T. Aronberg, Esq., Aronberg & Aronberg, 2160 West Atlantic Ave., 2nd Floor, Delray Beach, Florida 33445.

Dated: March 24, 2008

SMITH HULSEY & BUSEY

By    s/ James H. Post
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785