UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )          Case No. 05-03817-3F1
                                                    Chapter 11
            Reorganized Debtors.         )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Irma Isaza [Docket No. 19976] was furnished by mail on March 21, 2008 to Irma Isaza c/o Alex Kapetan, Esq., Wites & Kapetan, P.A., 4400 N. Federal Highway, Lighthouse Point, Florida 33064.

Dated:  March 24, 2008

SMITH HULSEY & BUSEY


By      s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785