UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                           Chapter 11
                         Reorganized Debtors.          )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Molly Beaton (Claim No. 2858) [Docket No. 19979] was furnished by mail on March 21,

2008 to Molly Beaton c/o Charles Parker, Jr., Esq., Mapp & Parker, 1419 E. Robinson

Street, Orlando, Florida 32801.

Dated:  March 24, 2008

SMITH HULSEY & BUSEY


By     _s/ James H. Post_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151