UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )         Case No. 05-03817-3F1
                                                   Chapter 11
   Reorganized Debtors.         )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Fannie Freeman (Claim No. 3392) [Docket No. 19982] was furnished by mail on March 21, 2008 to Fannie Freeman c/o Fred Chikovsky, Esq., Chikovsky, Ben & Schafer, P.A., 1720 Harrison Street, Suite 7A, Hollywood, Florida 33020.

Dated: March 24, 2008

         SMITH HULSEY & BUSEY

         By  *s/ James H. Post*
           Stephen D. Busey
           James H. Post (FBN 175460)
           Cynthia C. Jackson

         225 Water Street, Suite 1800
         Jacksonville, Florida 32202
         (904) 359-7700
         (904) 359-7708 (facsimile)
         jpost@smithhulsey.com

         Counsel for Reorganized Debtors

00520151