UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )
                                                )
WINN-DIXIE STORES, INC., et al.,                )    Case No. 05-03817-3F1
                                                )    Chapter 11
      Reorganized Debtors.                      )    Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Tamara Griffin (Claim No. 4250) [Docket No. 19983] was furnished by mail on March 21, 2008 to Tamara Griffin c/o Thomas D. Hippelheuser, Esq., Law Offices of Brent C. Miller, P.A., 205 E. Burleigh Blvd., Tavares, Florida 32778.

Dated: March 24, 2008

                                          SMITH HULSEY & BUSEY

                                        By     s/ James H. Post
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                     225 Water Street, Suite 1800
                                     Jacksonville, Florida  32202
                                     (904) 359-7700
                                     (904) 359-7708 (facsimile)
                                     jpost@smithhulsey.com

                                     Counsel for Reorganized Debtors

00520151