UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
          Reorganized Debtors.           )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Suad Istiban (Claim No. 10428) [Docket No. 19985] was furnished by mail on March 21, 2008 to Suad Istiban c/o Marc Brumer, Esq., Brumer & Brumer, P.A., 1 S.E. 3rd Avenue, Suite 2900, Miami, Florida 33131.

Dated: March 24, 2008

                                         SMITH HULSEY & BUSEY


                                         By    s/ James H. Post
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                         225 Water Street, Suite 1800
                                         Jacksonville, Florida 32202
                                         (904) 359-7700
                                         (904) 359-7708 (facsimile)
                                         jpost@smithhulsey.com

                                         Counsel for Reorganized Debtors

00520151