UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
     Reorganized Debtors.                )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joseph Lamartina (Claim No. 3580) [Docket No. 19986] was furnished by mail on March 21, 2008 to Joseph Lamartina c/o Kevin Maxwell, Esq., 121 S. Orange Avenue, Suite 900, Orlando, Florida 32801.

Dated: March 24, 2008

                                         SMITH HULSEY & BUSEY


                                         By    s/ James H. Post
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                         225 Water Street, Suite 1800
                                         Jacksonville, Florida 32202
                                         (904) 359-7700
                                         (904) 359-7708 (facsimile)
                                         jpost@smithhulsey.com

                                         Counsel for Reorganized Debtors

00520151