UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         )          Chapter 11
                          Reorganized Debtors.        )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of

Darlene Lestina (Claim No. 10985) [Docket No. 19987] was furnished by mail on March

21, 2008 to Darlene Lestina c/o T. Patton Youngblood, Jr., Esq., 106 S. Tampania

Avenue, Suite 100, Tampa, Florida 33609-3256.

Dated:  March 24, 2008

                                        SMITH HULSEY & BUSEY


                                        By        s/ James H. Post
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151