UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )         Case No. 05-03817-3F1
                                                         )         Chapter 11
      Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Rachel Lott (Claim No. 10986) [Docket No. 19988] was furnished by mail on March 21, 2008 to Rachel Lott c/o T. Patton Youngblood, Jr., Esq., 106 S. Tampania Avenue, Tampa, Florida 33609-3256.

Dated: March 24, 2008

SMITH HULSEY & BUSEY

By     s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151