UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Murray Starr (Claim No. 1876) [Docket No. 19989] was furnished by mail on March 21, 2008 to Murray Starr c/o John N. Buso, Esq., 1645 Palm Beach Lakes Blvd., Suite 450, West Palm Beach, Florida 33401.

Dated: March 24, 2008

SMITH HULSEY & BUSEY

By   s/ James H. Post
　　Stephen D. Busey
　　James H. Post (FBN 175460)
　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151