FILED
JACKSONVILLE, FLORIDA

MAR 2 4 2008

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                         )    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC.. ET AL                 )    Chapter 11
    REORGANIZED DEBTORS

                                               )    Jointly Administered
*******************************************************************

RESPONSE TO NOTICE OF HEARING ON DEBTORS OMNIBUS OBJECTION
TO UNRESOLVED LITIGATION CLAIMS DUE TO CLAIMANTS FAILURE TO
PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE

1. That undersigned called the debtors attorneys at Smith, Hulsey & Busey. as required on February 15, 2008 before the February 26, 2008.

2. That on that date that undersigned counsel called to set up the date for the mediation of Yvonne Baudin and undersigned counsel was forward to a voice mail.

3. That knowing that a deadline was set to make the appointment for mediation and in an abundance of caution undersigned drafted a letter to set up the appointment.

4. That undersigned counsel sent a certified letter on February 15, 2008 to counsel requesting a date to ensure that we meet the court deadlines. ( see Exhibit A)

5. That a return receipt was signed and returned on February 19, 2008 from debtor counsel law firm for the debtors. ( see Exhibit B)

6. That the undersigned counsel receive no response from the letter although messages were left by debtors counsel on a prior date.

7. That therefore the undersigned counsel request that the claim of the claimant not be dismissed due in that undersigned counsel did abide by the terms of the court's request and attempted to phone debtors counsel to set up the date to set a mediation date.

Joslyn Alex 18760
227 Rees Street
Breaux Bridge, LA 70517
(337) 332-1180
(337) 332-5704

# THE ALEX FIRM
## A PROFESSIONAL LAW CORPORATION

JOSLYN ALEX

TEL: (337) 332-1180
FAX: (337) 332-5704



**VIA CERTIFIED MAIL 7007 0710 0004 4746 5167**
February 15, 2008


Leanne McKnight Prendergast
Smith Hulsey & Busey
Post Office Box 53315
Jacksonville, Florida 32201-3315

RE:   Yvonne Baudoin
       Proof of Claim No.: 3996
       In Re Winn-Dixie Stores, Inc., et al

       Lydia Haynes
       Proof of Claim No.: 12617
       In Re Winn-Dixie Stores, Inc., et al

Dear Ms. Prendergast:

This letter is to inform you that I have contacted your office in regards to mediation dates, but I was forwarded to a voicemail. Please give me a call so we can proceed with the above matters.

Thanking you in advance for your cooperation in this matter, I am

Cordially,

Joslyn R. Alex
JRA/pj


227 Rees Street       P.O. Box 126       Breaux Bridge, Louisiana 70517

Exhibit "A"

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeane McKnight Mendez(?)
P.O. Box 53315
Jacksonville FL 32201-3315

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): DELGADO
C. Date of Delivery: 3/19/08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):
7007 0710 0004 4746 5167

Julia Hughes

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Exhibit "B"

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ALEX & ASSOCIATES
A Professional Law Corp.
P.O. Box 126
Breaux Bridge, LA 70517