UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA

MAR 24 2008

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:                    ) Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., ET AL    ) Chapter 11

        Reorganized Debtors    ) Jointly Administered

### RESPONSE TO NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS DUE TO CLAIMANTS' FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROGRAM

NOW INTO COURT, through undersigned counsel, comes Claimant, Deborah Blunt, who responds to Debtors' Omnibus Objection, as follows:

Claimant, Deborha Blunt, filed a petition for damages in the Civil District Court for the Parish of Orleans, State of Louisiana, on or about June 28, 2004. Shortly after the taking of Claimant's deposition, Debtor herein, Winn-Dixie Stores, Inc., filed for Chapter 11 Bankruptcy. Claimant filed a claim timely, and presented proof of her claim and proof of damages in the amount of $50,000.00. As part of her proof of claim, Claimant presented medical bills in the amount of approximately $5,000.00 from her treating physician, Dr. Kennedy.

Representatives of Claim Management made an offer to resolve their claim with Claimant for the amount of $5,000.00 in Winn-Dixie Stores, Inc. stock. Counsel for Claimant and Claimant discussed the amount offered and were not in a position to accept said offer, mainly because it would not cover the medical costs incurred as a result of the injuries sustained by Claimant due to the fault and negligence of the Debtor herein.

Claimant has willingly participated in this action and desires nothing but to amicable resolve this matter.

Claimant asks that Debtors' Omnibus Objection to her claim be denied and that her claim be

allowed.

Respectfully submitted,

_____
Francesco "Frank" J. Guastella (LSBA #27488)
FRISCHHERTZ & ASSOCIATES
1130 St. Charles Avenue
New Orleans, Louisiana 70130
PHONE: (504) 523-1500   FAX: (504) 581-1670