UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>Debtor(s)</u>

### ORDER STRIKING RESPONSE TO NOTICE OF HEARING

The Court finds that the Response to Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims due to Claimant's Failure to Participate in the Claims Resolution Procedure filed by Francesco J. Guastella on March 24, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Response to Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims due to Claimant's Failure to Participate in the Claims Resolution Procedure filed by Francesco J. Guastella on March 24, 2008 is stricken from the record.

**DATED March 24, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Francesco J. Guastella, 1130 St. Charles Avenue, New Orleans, LA 70130