UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re

WINN-DIXIE STORES, INC., ET AL.

Debtors

Case No. 05-03817
*Chapter 11*, Jointly Administered

**NOTICE TO WITHDRAW APPEARANCE AND REQUEST FOR REMOVAL FROM COURT'S SERVICE LIST**

To the Clerk of the Honorable Court and All Interested Parties:

**PLEASE TAKE NOTICE** that Matthew Hamilton, Esq., appearing on behalf of Fulcrum Credit Partners LLC, APS Clearing, Inc., and APS Capital Corp., hereby withdraws its Notice of Appearance filed in the above captioned Chapter 11 cases and requests that the Clerk's Office remove its attorneys from the Court's mailings and electronic notice matrix and terminate all electronic notices in the case to all APS Capital Corp., APS Clearing, Inc. and Fulcrum Capital Holdings e-mail addresses, including but not limited to: electronicnotice@fulcruminv.com.

Dated: Austin, Texas
       March 25, 2008

**FULCRUM CREDIT PARTNERS LLC**

By: _____
    Matthew Hamilton, Esq.