F I L E D
JACKSONVILLE, FLORIDA

MAR 2 6 2008

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANDRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## MOTION TO WITHDRAW

Comes now Juan Carlos Bermudez, Esq. and files this his Motion to Withdraw as Counsel for Juan Figueroa, Debtor, and in Support of this Motion states as follows:

1. Sometime in March or April of 2007 undersigned was advised by Claimant, Juan Figueroa, that he requested undersigned no longer represent him;

2. On April 27, 2007 undersigned received a letter from Mercedes Christina Ozcan, Esq. (attached as "Exhibit 1");

3. Undersigned responded to said letter by providing a complete copy of Mr. Figueroa's file on May 11, 2007 (copy of said letter attached as "Exhibit 2");

4. Undersigned received An "Amended Notice of Hearing on debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants' Failure to Participate in The Dispute resolution Process" at his old address last week.

5. Undersigned was under the impression that new Counsel was representing claimant and would request that his Motion to Withdraw be granted.

Wherefore, Undersigned requests that this Court enter an Order Granting his Motion to Withdraw as Counsel in the above referenced matter.

                                                                       _____
                                                                       Juan Carlos Bermudez, Esq.
                                                                       10769 NW 70 Lane
                                                                       Doral, Fl. 33178
                                                                       (305) 639-2400

I hereby certify that a true and correct copy of the above was mailed and sent via facsimile this 25th day of March 2008 to Mercedes C. Ozcan, Esq. Anderson and Ozcan LLC 169 East Flagler Street, Suite 1232, Miami, Fl. 33131 and Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Fl. 32202

## ANDERSON, & OZCAN, LLC.
### Attorneys At Law

100 EAST FLAGLER STREET • ALFRED I. DUPONT BUILDING • SUITE 1287 •
MIAMI, FLORIDA 33131
TELEPHONE: (305) 577-3186 • FACSIMILE: (305) 356-9728

mozcan@legalaw.com

April 27, 2007

**VIA FACSIMILE (305)477-2179**

Juan Carlos Bermudez, Esq.
8300 Northwest 53rd Street
Miami, Florida 33166

RE:  Juan Antonio Figueroa Acosta
     v.
     Winn Dixie

Dear Mr. Bermudez:

My name is Mercedes Christina Ozcan and I represent Juan Figueroa Acosta in the above captioned case.

It is my understanding that you previously represented Mr. Figueroa Acosta in the above case.

If you would be so kind as to provide me with a complete copy of all documents in your possession as it relates to Mr. Figueroa Acosta. I would appreciate it if you could either fax or email all documents as soon as possible.

Please do not hesitate to contact me should you have any questions or concerns.

Cordially,

*[signature]*

MERCEDES CHRISTINA OZCAN, ESQ.

MCO/lh

www.legalaw.com

"EXHIBIT 1"

# Law Offices of
# Juan Carlos Bermudez, P.A.

May 11, 2007

Mercedes Christina Ozcan, Esq.
Anderson & Ozcan LLC.
169 East Flagler Street
Suite 1232
Miami, Fl. 33131

RE: Juan A. Figueroa v. Winn Dixie

Dear Ms. Ozcan,

Pursuant to your letter of April 27, 2007 enclosed you will find the complete file and all the documents in my possession on the above referenced file. If you have any questions do not hesitate to contact me.

Cordially,

Juan Carlos Bermudez, Esq.

**10305 NW 41st Street • Suite 215 • Doral, FL 33178**

"EXHIBIT 2"