UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AMENDED[1] AGREED ORDER RESOLVING CURE OBJECTIONS FILED BY CORPORATE PROPERTY ASSOCIATES 8, L.P. (STORE NO. 518)**

This cause came before the Court on the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief filed by the Reorganized Debtors (the "Debtors' Second Omnibus Motion") (Docket No. 8941) and the objections to the Debtors' Second Omnibus Motion filed by Corporate Property Associates 8, L.P. ("Corporate Property 8") with respect to Store No. 518 (collectively, the "Store No. 518 Cure Objections") (Docket Nos. 9623 and 9741).

On February 14, 2008, the Court entered an order overruling in part and sustaining in part the Store No. 518 Cure Objections (Docket No. 19799). This Agreed Order amends the Docket No. 19799 order to correct the name of the

---

[1] The Agreed Order (Docket No. 19799) is amended to correct the name of the payee entity to which the Reorganized Debtors will make the cure payment. The $10,319.00 payment will be made to Corporate Property Associates 9 at 50 Rockefeller Plaza, 2nd Floor, New York, New York, 10020.

payee entity to which the Reorganized Debtors will make the cure payment. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.  The Store No. 518 Cure Objections are overruled in part and sustained in part as provided below.

2.  The cure amount for Store No. 518 is fixed at $10,319.00.

3.  Within ten (10) business days of entry of this Agreed Order, the Reorganized Debtors will pay Corporate Property Associates 9 $10,319.00.[2]

4.  This Agreed Order resolves all liabilities and obligations related to (i) all pre-petition or pre-effective date claims pertaining to Store No. 518 that Corporate Property 8 and Corporate Property Associates 9 have or may have against the Reorganized Debtors and any of its Chapter 11 estates or affiliates and (ii) all pre-petition or pre-effective date claims pertaining to Store No. 518 that the Reorganized Debtors and any of their Chapter 11 estates or affiliates have or may have against Corporate Property 8 and Corporate Property Associates 9, all of which are forever waived, discharged and released.

5.  Post-effective date liabilities and obligations with respect to Store No. 518 will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

---

[2] Corporate Property Associates 9 is the successor in interest to Corporate Property Associates 8, L.P.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 26 day of March, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00602998

3

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| THE ROSENTHAL LAW FIRM, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By___*s/ Jason A. Rosenthal*___<br>Jason A. Rosenthal | By___*s/ Cynthia C. Jackson*___<br>Cynthia C. Jackson |

| | |
|---|---|
| Florida Bar Number 0009482<br>212 Pasadena Place, Suite A<br>Orlando, Florida 32803<br>(407) 488-1220<br>(407) 488-1221 (facsimile)<br>Jason@therosenthallaw.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| - and - | Counsel for Reorganized Debtors |

WILLKIE FARR & GALLAGHER LLP

Alan J. Lipkin, Esq.
787 Seventh Avenue
New York, New York 10019-6099
(212) 728-8000
(212) 728-9660 (facsimile)

Co-counsel for Corporate Property
Associates 8, L.P. and Corporate Property
Associates 9

* Counsel has authorized his electronic signature.

00602998