UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

NOTICE OF TAKING DEPOSITION

Please take notice that on **Wednesday, April 23, 2008** beginning at **9:00 a.m.** or at such other time and place as the parties may agree, PECO Pallets, Inc. ("PECO"), will take the deposition of a representative of debtor, Winn-Dixie Stores, Inc. ("Winn-Dixie"), at the offices of Stutsman Thames & Markey, P.A., 50 N. Laura Street, Suite 1600, Jacksonville, Florida 32202, before an officer authorized by law to take depositions.

Pursuant to Rules 7030(b)(6) and 9014, Federal Rules of Bankruptcy Procedure, Winn-Dixie is requested to designate on or more persons to testify on its behalf concerning the following matters:

1. The execution and performance of the Agreement for use of PECO Pallets between PECO and Winn-Dixie.

2. Winn-Dixie's procedures for tracking, handling, storing, repairing or disposing of pallets utilized in the ordinary course of its business.

3. The tracking and disposition of all pallets supplied directly or indirectly to Winn-Dixie by PECO during the time period January 1, 2005 to November 21, 2006.

4. The number of PECO pallets in Winn-Dixie's possession, custody or control on the Petition Date.

5. The number of PECO pallets in Winn-Dixie's possession, custody or control on November 21, 2006.

6. The number of PECO pallets in Winn-Dixie's possession, custody or control since November 21, 2006.

7. All audits or interim inventory counts concerning Winn-Dixie's usage and disposition of any pallets owned by PECO during the time period January 1, 2005 to November 21, 2006.

8. The disposition of all PECO pallets in Winn-Dixie's possession during the time period January 1, 2005 to November 1, 2006.

9. All communications between Winn-Dixie and PECO during the period January 1, 2005 to November 21, 2006.

This deposition is being taken for discovery purposes, for use at hearing or trial, or both, and shall continue from day to day until completed. This deposition is being recorded stenographically and may also be recorded by videotape.

STUTSMAN THAMES & MARKEY, P.A.

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rthames@stmlaw.net

Attorneys for PECO Pallets, Inc.

## Certificate of Service

I certify that on March 27, 2008, a copy of the foregoing notice was furnished by mail to Cynthia C. Jackson, Esq., Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 and a copy was also furnished by facsimile to Katherine M. Henderson, Henderson Court Reporting, Post Office Box 56814, Jacksonville, Florida 32241.

_____
Attorney

67603