UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                          Chapter 11
          Debtors.                                        Jointly Administered

_____/

## MOTION TO REMOVE CHARLES I. COHEN, ESQUIRE
## FROM ECF MAILING LIST

COMES NOW Charles I. Cohen, Esquire of Furr and Cohen, P.A. and files this Motion

to Remove his name from the ECF mailing list and states:

1.      Furr and Cohen, P.A. represented creditor, ICOS, LLC, in this case.

2.      The case on behalf of creditor, ICOS, LLC, has been settled.

WHEREFORE, Charles I. Cohen, Esquire of Furr and Cohen, P.A. respectfully requests

that this Court remove his email address from the ECF mailing list.

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the
parties listed below by U.S. mail, on March 27, 2008.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle
District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in
Local Rule 2090-1(A).

FURR AND COHEN, P.A.
*Attorney for ICOS, LLC*
2255 Glades Road
One Boca Place, Suite 337W
Boca Raton, FL 33431
(561) 395-0500/(561)338-7532-fax

By  /s/ Charles I. Cohen
     Charles I. Cohen
     Florida Bar No. 224121
     E-MAIL: ccohen@furrcohen.com

D.J. Baker, Esq.                          Cynthia C. Jackson, Esq.
Four Times Square                         225 Water Street, Suite 1800
New York, NY 10036                        Jacksonville, FL 32202
H:\LIBRARY\BANKRUPTCY\ICOS LLC 06-231\PLD\motion to remove charles cohen from ecf mailing list.doc