UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              CASE NO.:   3:05-bk-03817-JAF

Winn-Dixie Stores, Inc., et al.,                    CHAPTER 11

       Debtors.                                  JOINTLY ADMINISTERED
_____/

**NOTICE OF WITHDRAWAL OF COUNSEL FOR
NATUROPATHIC LABORATORIES INTERNATIONAL**

Jason B. Burnett and the law firm of GrayRobinson, P.A. hereby give notice that they have withdrawn as attorneys for Creditor Naturopathic Laboratories International.

Dated this 28th day of March, 2008.

                                          **GrayRobinson, P.A.**

                                    By:  /s/ Jason B. Burnett_____
                                         Jason B. Burnett
                                          Florida Bar No.: 822663
                                          50 North Laura Street, Suite 1100
                                          Jacksonville, Florida 32202
                                          jburnett@gray-robinson.com
                                          Telephone: 904-632-8484
                                          Facsimile: 904-632-8488

                                          Counsel for Creditor
                                          Naturopathic Laboratories International

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2008, a true copy of the foregoing has been furnished electronically through the Court's CM/ECF system, or by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Jane Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

Joseph E. Sarachek
Triax Capital Advisors, LLC
620 Fifth Avenue - 2nd Floor
New York, NY 10020

/s/ Jason B. Burnett
    Attorney

\710051\1 - # 138799 v1