# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

### AGREED ORDER ON DEBTORS' OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (FRANKLIN)

This matter came before the Court on the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7267). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Winn-Dixie Stores, Inc. agrees to pay the County of Franklin, Virginia ("Franklin") the amount of $6,258.28.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Franklin in these Chapter 11 cases and (ii) all other pre-effective date claims Franklin has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 28 day of March, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | FRANKLIN COUNTY |
|---|---|
| By  *s/ Cynthia C. Jackson* <br> Cynthia C. Jackson, <br> F.B.N. 498882 | By  *s/ \*Jeffrey L. Marks* <br> Jeffrey L. Marks |
| 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com | 2101 Parks Avenue, Suite 700 <br> Virginia Beach, Virginia 23451 <br> (757) 491-4000 <br> (757) 491-4020 (facsimile) <br> jlmarks@kaufcan.com |
| Counsel for Reorganized Debtors | Attorney for Franklin County |

\* Mr. Marks has authorized his electronic signature.