UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA
MAR 31 2008
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## RESPONSE IN OPPOSITION TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS DUE TO CLAIMANTS FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE FOR DEBTOR 12729

Comes now Juan Carlos Bermudez, Esq. and files this Response in Opposition to Debtors' Omnibus Objection to Unresolved Litigation Claims Due To Claimants' Failure to Participate in The Claims Resolution Procedure for Claimant 12729, Juan Figueroa, and in Support of this Response states as follows:

1. Undersigned has been given an extension to file a response to Debtors' Ominibus objection through March 31, 2008 by Debtor's Counsel;

2. Sometime in March or April of 2007 undersigned was advised by Claimant, Juan Figueroa, that he requested undersigned no longer represent him;

3. On April 27, 2007 undersigned received a letter from Mercedes Christina Ozcan, Esq. (attached as "Exhibit 1");

4. Undersigned responded to said letter by providing a complete copy of Mr. Figueroa's file on May 11, 2007 (copy of said letter attached as "Exhibit 2");

5. Undersigned received An "Amended Notice of Hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants' Failure to Participate in The Dispute Resolution Process" at his old work address last week;

6. Undersigned was under the impression that new Counsel was representing claimant and filed his Motion to Withdraw on Monday March 24, 2008 (Copy attached as Exhibit "3");

7. Despite phone calls to the office of the new counsel for Claimant undersigned has been unable to contact and speak to new counsel for Claimant;

8. Debtor, Winn Dixie, would not be prejudiced in any way if their Omnibus Objection To Unresolved Litigation Claims Due to Claimant's Failure To Participate In the Claims Resolution Procedure be denied until such time as the new Counsel for Claimant 12729, Juan Figueroa, is given an opportunity to contact and participate in the Claims Resolution Procedure;

9. Denial of debtor's Omnibus Objection on Claim 12729 would be appropriate and equitable to all parties concerned until such time as the new Counsel for Claimant and Debtor's representative have an opportunity to participate and discuss the Claims resolution procedure.

Wherefore, Undersigned requests that this Court enter an order Denying Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants' Failure to Participate in The Claims Resolution Process as to Claimant 12729, Juan Figueroa.

_[signature]_
Juan Carlos Bermudez, Esq.
10769 NW 70 Lane
Doral, Fl. 33178
(305) 639-2400

I hereby certify that a true and correct copy of the above was mailed and sent via facsimile this 28th day of March 2008 to Mercedes C. Ozcan, Esq. Anderson and Ozcan LLC 169 East Flagler Street, Suite 1232, Miami, Fl. 33131 and Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Fl. 32202

**ANDERSON, & OZCAN, LLC.**
Attorneys At Law

[address, phone, fax and email illegible]

April 27, 2007

**VIA FACSIMILE (305)477-2179**

Juan Carlos Bermudez, Esq.
8300 Northwest 53rd Street
Miami, Florida 33166

RE:   Juan Antonio Figueroa Acosta
      v.
      Winn Dixie

Dear Mr. Bermudez:

My name is Mercedes Christina Ozcan and I represent Juan Figueroa Acosta in the above captioned case.

It is my understanding that you previously represented Mr. Figueroa Acosta in the above case.

If you would be so kind as to provide me with a complete copy of all documents in your possession as it relates to Mr. Figueroa Acosta. I would appreciate it if you could either fax or email all documents as soon as possible.

Please do not hesitate to contact me should you have any questions or concerns.

Cordially,

[signature]

MERCEDES CHRISTINA OZCAN, ESQ.

MCO/lh

www.legalsbn.com

"EXHIBIT 1"

# Law Offices of
# Juan Carlos Bermudez, P.A.

May 11, 2007

Mercedes Christina Ozcan, Esq.
Anderson & Ozcan LLC.
169 East Flagler Street
Suite 1232
Miami, Fl. 33131

RE: Juan A. Figueroa v. Winn Dixie

Dear Ms. Ozcan,

Pursuant to your letter of April 27, 2007 enclosed you will find the complete file and all the documents in my possession on the above referenced file. If you have any questions do not hesitate to contact me.

Cordially,

Juan Carlos Bermudez, Esq.

**10305 NW 41st Street • Suite 215 • Doral, FL 33178**

"EXHIBIT 2"

**UNITED STATES BANDRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### MOTION TO WITHDRAW

Comes now Juan Carlos Bermudez, Esq. and files this his Motion to Withdraw as Counsel for Juan Figueroa, Debtor, and in Support of this Motion states as follows:

1. Sometime in March or April of 2007 undersigned was advised by Claimant, Juan Figueroa, that he requested undersigned no longer represent him;

2. On April 27, 2007 undersigned received a letter from Mercedes Christina Ozcan, Esq. (attached as "Exhibit 1");

3. Undersigned responded to said letter by providing a complete copy of Mr. Figueroa's file on May 11, 2007 (copy of said letter attached as "Exhibit 2");

4. Undersigned received An "Amended Notice of Hearing on debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants' Failure to Participate in The Dispute resolution Process" at his old address last week.

Exhibit 3

5. Undersigned was under the impression that new Counsel was representing claimant and would request that his Motion to Withdraw be granted.

Wherefore, Undersigned requests that this Court enter an Order Granting his Motion to Withdraw as Counsel in the above referenced matter.

Juan Carlos Bermudez, Esq.
10769 NW 70 Lane
Doral, Fl. 33178
(305) 639-2400

I hereby certify that a true and correct copy of the above was mailed and sent via facsimile this 25th day of March 2008 to Mercedes C. Ozcan, Esq. Anderson and Ozcan LLC 169 East Flagler Street, Suite 1232, Miami, Fl. 33131 and Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Fl. 32202