UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING RESPONSE IN OPPOSITION

The Court finds that the Response in Opposition to Debtors' Omnibus Objection to Unresolved Litigation Claims due to Claimants failure to Participate in the Claims Resolution Procedure for Debtor 12729 filed by Juan Carlos Bermudez on behalf of Juan Figueroa on March 31, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Response in Opposition to Debtors' Omnibus Objection to Unresolved Litigation Claims due to Claimants failure to Participate in the Claims Resolution Procedure for Debtor 12729 filed by Juan Carlos Bermudez on behalf of Juan Figueroa on March 31, 2008 is stricken from the record.

**DATED March 31, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Juan Carlos Bermudez, 10769 NW 70 Lane, Doral, FL 33178
Mercedes C. Ozcan, 169 East Flagler Street, Suite 1232, Miami, FL 33131
Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, FL 32202