UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## AGENDA FOR OMNIBUS HEARINGS
## TO BE HELD ON APRIL 3, 2008

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Debtors"), submit the following agenda of matters to be heard on April 3, 2008 at 1:00 p.m.:

### A.    Uncontested Matters

1.    *Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator filed by Janice Shank (Docket No. 19390)*

Objection Deadline:    Non-Applicable.

Objections:    None.

Status:    The Reorganized Debtors have been informed that the Movant will proceed with the hearing on the Motion.

2.    *Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator filed by Diana Clark (Docket No. 19391)*

Objection Deadline:    Non-Applicable.

Objections:    None.

Status:    The Reorganized Debtors and the Movant have agreed to continue the hearing on the Motion until further notice.

3. *Motion to Set Hearing on Motion to Submit Pending Maters to Mediation and Request for Appointment of Mediator filed by Diana Clark (Docket No. 19638)*

Objection Deadline:    Non-Applicable.

Objections:    None.

Status:    The Reorganized Debtors and the Movant have agreed to continue the hearing on the Motion until further notice.

## B.    **Contested Matters**

4. *Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants Failure to Participate in the Claims Resolution Procedure (Docket Nos. 8702 and 20036 )*

Response Deadline:    Expired.

Response:    Juan Figueroa (Docket No. 20207).

Status:    The Reorganized Debtors will continue the hearing on the Motion with respect to the claims of Juan Figueroa, Kathryn Hebert, Victor Bernace, Josh Strickland, Jacinta Josefina Alvarez, Patricia Black, Mounir Haidar, Gwyndel Bloomfield, Julandas James-Smith, Anna Lopiccolo, Katherine Roy and Elizabeth McKennon, and will proceed with the hearing on the Motion with respect to the remaining claimants.

5. *Debtors' Twenty-Third Omnibus Objection to (a) Indemnification Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims, (g) Misclassified Claims and (h) Amended and Superseded Claims as it relates to Claim No. 7486 Filed by County of Clark, IN Treasurer (Docket No. 11324 )*

Response Deadline:    Expired.

Response:    None.

Status:    The Reorganized Debtors will proceed with the hearing on the Objection as it relates to Claim No. 7486 filed by the County of Clark, Indiana Treasurer.  The Reorganized Debtors expect the hearing to be unopposed.

6.    *Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Duval County, Florida (Docket No. 10046)*

Response Deadline:    Expired.

Response:    Duval County Tax Collector (Docket No. 10608).

Status:    The Reorganized Debtors will proceed with the hearing on the Objection.


Dated:  April 2, 2008

                                    SMITH HULSEY & BUSEY


                                    By____s/ James H. Post_____
                                         Stephen D. Busey
                                         James H. Post
                                         Cynthia C. Jackson

                                    Florida Bar Number 175460
                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00599790