UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter     11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING RESPONSE IN OPPOSITION

The Court finds that the Response in Opposition to Debtors' Omnibus Objection to Unresolved Litigation Claims due to Claimants failure to Participate in the Claims Resolution Procedure for Debtor 12729 filed by Juan Carlos Bermudez on behalf of Juan Figueroa on March 31, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Response in Opposition to Debtors' Omnibus Objection to Unresolved Litigation Claims due to Claimants failure to Participate in the Claims Resolution Procedure for Debtor 12729 filed by Juan Carlos Bermudez on behalf of Juan Figueroa on March 31, 2008 is stricken from the record.

**DATED March 31, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Juan Carlos Bermudez, 10769 NW 70 Lane, Doral, FL  33178
Mercedes C. Ozcan, 169 East Flagler Street, Suite 1232, Miami, FL  33131
Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, FL  32202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes             Page 1 of 1              Date Rcvd: Mar 31, 2008
Case: 05-03817                  Form ID: pdfdoc          Total Served: 2
```

The following entities were served by first class mail on Apr 02, 2008.
aty            +Juan Carlos Bermudez,    10769 NW 70 Lane,   Doral, FL 33178-3794
               +Mercedes C. Ozcan,   169 East Flagler Street, Suite 1232,   Miami, FL 33131-1205

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 02, 2008**                          **Signature:** _Joseph Speetjens_