**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC.,** *et al.,* | ) | **Chapter 11** |
| | ) | |
| **Reorganized debtors** | ) | **Jointly Administered** |

**NOTICE OF WITHDRAWAL OF APPLICATION AND REQUEST FOR PAYMENT OF CLAIM – HYECHA MARSHALL [DOC. 14739], AMENDED APPLICATION AND REQUEST FOR PAYMENT OF CLAIM [DOC. 15045] AND MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE CLAIM REQUEST [DOC. 15141]**

PLEASE TAKE NOTICE THAT the Movants, Hyecha Marshall and Linc Marshall, hereby withdraw the Application and Request for Payment of Claim – Hyecha Marshal [Doc. 14739], Amended Application and Request for Payment of Claim [Doc. 15045], and Motion to Enlarge Time to File Administrative Claim Request [Doc. 15141] and requests that all hearings related thereto if any be immediately canceled.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of April 2008, I served a true and correct copy of **NOTICE OF WITHDRAWAL OF APPLICATION AND REQUEST FOR PAYMENT OF CLAIM – HYECHA MARSHALL [DOC. 14739], AMENDED APPLICATION AND REQUEST FOR PAYMENT OF CLAIM [DOC. 15045] AND MOTION TO ENLARGE TIME TO FILE ADMINISTRATIVE CLAIM REQUEST [DOC. 15141]** by U.S. Mail or electronic notice upon **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida

32202; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005.

IURILLO & ASSOCIATES, P.A.

/s/ Camille J. Iurillo

CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciruillo@iurillolaw.com
Counsel for the Fernandez Firm