UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**WINN-DIXIE STORES, INC, ET AL.,**         CASE NO. **3:05-bk-03817-JAF**
                                            CHAPTER 11

   Debtor-In-Possession.
_____

### NOTICE OF LIMITED APPEARANCE OF COUNSEL

The undersigned attorney hereby files this, her Limited Notice of Appearance of Counsel for **YVONNE BAUDOIN and LYDIA HAYNES.**

**I HEREBY CERTIFY** that a copy hereof has been furnished to: Leanne McKnight, Attorney for Debtor-In-Possession, Post Office Box 53315, Jacksonville, Florida 32201-3315, by hand, this 3rd day of April, 2008.

ROLFE & LOBELLO, PA

/s/ Lisa DiSalle
_____
THOMAS LOBELLO, III, ESQUIRE
Fla. Bar No.:  603023
LISA DiSALLE, ESQUIRE
Fla. Bar No.:  186236
Post Office Box 40546
Jacksonville, Florida 32203
(904) 358-1666
(904) 356-0516 (Telefax)
Attorney for Creditor