UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                       Chapter 11
      Reorganized Debtors.             )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Denise Reece [Docket No. 20136] was furnished by mail on April 2, 2008 to Denise Reece c/o Alexander Billias, Esq., P.O. Box 9504, Fort Myers, Florida 33906-9504.

Dated: April 3, 2008

                                            SMITH HULSEY & BUSEY

                                        By     *s/ James H. Post*
                                                Stephen D. Busey
                                                James H. Post (FBN 175460)
                                                Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00569785