UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                     Chapter 11
                 Reorganized Debtors.     )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Carmen Torres [Docket No. 20137] was furnished by mail on April 2, 2008 to Carmen Torres c/o Robert Graham, Esq., Graham Woods, PL, 3165 McCrory Place, Suite 101, Orlando, Florida 32803.

Dated:  April 3, 2008

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785