UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         )          Chapter 11
            Reorganized Debtors.            )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Esther M. Villeda [Docket No. 20123] was furnished by mail on April 2, 2008 to Esther M. Villeda c/o Francis R. Morse, Esq., 610 West Waters Avenue, Suite A, Tampa, Florida 33604.

Dated:  April 3, 2008

SMITH HULSEY & BUSEY

By _____*s/ James H. Post*_____
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785