UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                                   Chapter 11
            Reorganized Debtors.          )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Terry Albarado (Claim No. 3827) [Docket No. 20098] was furnished by mail on April 2, 2008 to Terry Albarado c/o Brian Beckwith, Esq., 301 Huey P. Long, Grenta, Louisiana 70053.

Dated:  April 3, 2008

SMITH HULSEY & BUSEY

By      *s/  James H. Post*
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors