UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | | |
| WINN-DIXIE STORES, INC., et al., ) | | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. ) | | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Shahin Yamini Aminalroaya (Claim No. 6921) [Docket No. 20097] was furnished by mail on April 2, 2008 to Shahin Yamini Aminalroaya c/o Alan Ginsberg, Esq., 13899 Biscayne Blvd., Suite 401, North Miami Beach, Florida 33181.

Dated: April 3, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors