

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
April 3, 2008
1:00 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post /*Prendergast-P* [signature]

Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator filed by Diana Clark (Docket No. 19391)

The Reorganized Debtors and the Movant have agreed to continue the hearing on the Motion until further notice.

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD |
| | MATTHEW S. BARR |
| DIANA CLARK: | |

**RULING:** *Cont'd. until further nte.* [handwritten]