UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                         Chapter 11
         Reorganized Debtors.               )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Linda Breaux (Claim No. 10447) [Docket No. 20099] was furnished by mail on April 2, 2008 to Linda Breaux c/o J. Louis Gibbens, Esq., Gibbens & Stevens, 222 West St. Peters Street, New Iberia, Louisiana 70560.

Dated:  April 3, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors