

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
April 3, 2008
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Motion to Set Hearing on Motion to Submit Pending Matters to Mediation and Request for Appointment of Mediator filed by Diana Clark (Docket No. 19638)

The Reorganized Debtors and the Movant have agreed to continue the hearing on the Motion until further notice.

APPEARANCES:
US TRUSTEE:     ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD
                MATTHEW S. BARR

DIANA CLARK:

RULING: *Cont'd until further nte.*