

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
April 3, 2008
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimants Failure to Participate in the Claims Resolution Procedure (Docket Nos. 8702 and 20036)

Response:    Juan Figueroa (Doc. No. 20207) (Stricken on 3/31 for being filed in paper)

The Reorganized Debtors will continue the hearing on the Motion with respect to the claims of Juan Figueroa, Kathryn Hebert, Victor Bernace, Josh Strickland, Jacinta Josefina Alvarez, Patricia Black, Mounir Haidar, Gwyndel Bloomfield, Julandas James-Smith, Anna Lopiccolo, Katherine Roy and Elizabeth McKennon, and will proceed with the hearing on the Motion with respect to the remaining claimants.

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

RULING:

*Orig/Signed*