UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED
LITIGATION CLAIMS DUE TO CLAIMANTS' FAILURE TO
PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE

This matter came before the Court for hearing on April 3, 2008, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims Due to the Claimants' Failure to Participate in the Claims Resolution Procedure (the "Objection") (Docket No. 20036) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates to the claims identified on Exhibit A to the Objection. Based upon formal and informal responses made on behalf of some of the claimants to the Objection, the Reorganized Debtors have agreed to continue the hearing on the Objection with respect to the proofs of claim filed by each claimant identified on Exhibit 1 attached. No responses to the Objection were filed or raised as to the other claims identified in Exhibit A attached. It is therefore

ORDERED AND ADJUDGED:

1. The hearing on the Objection with respect to those Claims listed on Exhibit 1 is continued until further notice by any party in interest.

2. The Objection is sustained as to the claims identified on Exhibit A.

3. The claims identified on Exhibit A are disallowed.

4. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5. This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 3 day of April, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

00604124

## Exhibit 1

| Creditor Name | Proof of Claim No. | Claim Amount |
|---|---|---|
| Alvarez, Jacinta Josefina | 12262 | $100,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Bernace, Victor | 10437 | $150,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Bernace, Victor | 10438 | $150,000.00 |
| Debtor: Winn-Dixie Montgomery, Inc. | | |
| Bernace, Victor | 10439 | $150,000.00 |
| Debtor: Winn-Dixie Supermarkets, Inc. | | |
| Black, Patricia | 1906 | $200,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Bloomfield, Gwyndel | 9713 | $500,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Figueroa, Juan | 12729 | $75,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Haidar, Mounir | 7535 | $50,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Hebert, Kathryn | 2956 | $6,000.00 |
| Debtor: Winn-Dixie Montgomery, Inc. | | |
| James-Smith, Julandas | 6883 | $33,750.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Lopiccolo, Anna | 12828 | $100,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Mckennon, Elizabeth | 1891 | $200,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Novak, Marilyn Yvonne | 3437 | $150,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Roy, Katherine | 1435 | $50,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |
| Strickland, Josh | 9135 | $25,000.00 |
| Debtor: Winn-Dixie Stores, Inc. | | |

Winn-Dixie Stores, Inc.
Exhibit A

Page 1
Dated 4/3/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Banks, Kenny | 9395 | $25,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Montgomery, Inc. | |
| Baudoin, Yvonne | 3996 | $0.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Stores, Inc. | |
| Blunt, Deborah | 4885 | $50,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Stores, Inc. | |
| Carpenter, Marion Martin | 9410 | $250,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Stores, Inc. | |
| Castro, Alma | 11003 | $130,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Procurement, Inc. | |
| Castro, Alma | 11004 | $130,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Montgomery, Inc. | |
| Castro, Alma | 11153 | $130,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Procurement, Inc. | |
| Castro, Alma | 11154 | $130,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Montgomery, Inc. | |
| Coppola, Tammy | 6943 | $60,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Stores, Inc. | |
| Dean, Richard | 72 | $0.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure; Amended by Claim No. 2254 |
| | Debtor: | Winn-Dixie Stores, Inc. | |
| Dean, Richard | 2254 | $0.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Stores, Inc. | |
| Dean, Richard | 2257 | $0.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure; Duplicated by Claim No. 2254 |
| | Debtor: | Winn-Dixie Stores, Inc. | |
| Dorsey, Peggy | 12489 | $75,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Stores, Inc. | |
| Gitz, Lourena | 7652 | $0.00 | No Liability -- Disputed Claim; Reclassify to Unsecured and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: | Winn-Dixie Montgomery, Inc. | |

1 of 3

Winn-Dixie Stores, Inc.
Exhibit A

Page 2
Dated 4/3/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Gray, Priscilla | 9364 | $150,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Montgomery, Inc. | | |
| Haney, Rex | 2994 | $250,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Haynes, Lydia | 12617 | $40,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Johnson, Archie | 2954 | $500,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Miles, Lovely | 9908 | $0.00 | No Liability -- Disputed Claim; Insufficient Proof of Claim Documentation; and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Nelson, Dierdre | 11613 | $50,000.00 | No Liability -- Disputed Claim; Insufficient Proof of Claim Documentation; Late Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Parker, Joseph | 5497 | $55,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Parsons, Judy | 10493 | $15,000.00 | No Liability -- Disputed Claim; Insufficient Proof of Claim Documentation; and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Rehak, Charlie Jean | 9274 | $7,000.00 | No Liability -- Disputed Claim; Reclassify to Unsecured and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Scott, Denise | 3046 | $50,000.00 | No Liability -- Disputed Claim; Duplicated by Claim No. 3064; Insufficient Proof of Claim Documentation and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Scott, Denise | 3064 | $0.00 | No Liability -- Disputed Claim; Insufficient Proof of Claim Documentation and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Sims, John | 10380 | $45,000.00 | No Liability -- Disputed Claim; Insufficient Proof of Claim Documentation and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| Velez, Carlota | 10651 | $2,000,000.00 | No Liability -- Disputed Claim; Amended by Claim No. 10652; and Claimant Failed to Comply with the Claims Resolution Procedure |
| | Debtor: Dixie Packers, Inc. | | |

Winn-Dixie Stores, Inc.
Exhibit A

Page 3
Dated 4/3/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Velez, Carlota | 10652 | $2,000,000.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| Debtor: Winn-Dixie Supermarkets, Inc. | | | |
| Velez, Carmen | 4136 | $0.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| Williams, Milezone | 5796 | $0.00 | No Liability -- Disputed Claim and Claimant Failed to Comply with the Claims Resolution Procedure |
| Debtor: Winn-Dixie Stores, Inc. | | | |

Total Claims to be Disallowed: 30
Total Amount to be Disallowed: $6,112,000.00, plus unliquidated amounts, if any

00600132

3 of 3