UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )         Case No. 05-03817-3F1
                                                     Chapter 11
          Reorganized Debtors.           )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gertrude Fils (Claim No. 9807) [Docket No. 20043] was furnished by mail on April 2, 2008 to Gertrude Fils, 1165 N.W. 127th Street, North Miami, Florida 33168.

Dated: April 3, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors