UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elouise Mobley (Claim No. 5599) [Docket No. 20006] was furnished by mail on April 2, 2008 to Elouise Mobley c.o Tanisha N. Gary, Esq., Gary, Williams, Finney, Lewis, Watson & Sperando, P.L., Waterside Professional Building, 221 E. Osceola Street, Stuart, Florida 34994 .

Dated: April 3, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors