

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
April 3, 2008
1:00 P.M.

**PRO MEMO**

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Twenty-Third Omnibus Objection to (a) Indemnification Claims, (b) No Liability Claims, (c) No Liability Misclassified Claims, (d) Overstated Claims, (e) Overstated Misclassified Claims, (f) Unliquidated Claims, (g) Misclassified Claims and (h) Amended and Superseded Claims as it relates to Claim #7486 filed by County of Clark, IN Treasurer (Docket No. 11324)

The Reorganized Debtors will proceed with the hearing on the Objection as it relates to Claim No. 7486 filed by the County of Clark, Indiana Treasurer. The Reorganized Debtors expect the hearing to be unopposed.

*Allowed as a Priority Claim*

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

COUNTY OF CLARK, IN:

RULING:

*Ord/Signed*