UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER REGARDING THE CLAIM OF COUNTY OF CLARK, IN TREASURER (CLAIM NO. 7486)

This matter came before the Court for hearing on April 3, 2008, upon the Debtors' Objection to Claim Number 7486 filed by County of Clark, Indiana Treasurer (the "County of Clark"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. Claim number 7486 filed by the County of Clark is allowed in part as an unsecured priority tax claim in the amount of $34,809.97 which sum will be paid in full in cash pursuant to Section 4.1(b) of the Winn-Dixie Joint Plan of Reorganization (the "Plan"). The remainder of Claim number 7846 is disallowed.

2. This Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) Claim number 7846 and all other proofs of claim and administrative expense claims filed by the County of Clark in these Chapter 11 cases and (ii) all other pre-effective date claims the County of Clark has or may have against Winn-Dixie Stores, Inc, and its affiliated Debtors and any of their Chapter 11 estates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Order.

Dated this  3  day of April, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to
serve a copy of this order on all
parties in interest.

00594501.3

2