Case 3:05-bk-03817-JAF   Doc 20241   Filed 04/03/08   Page 1 of 1



# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
April 3, 2008
1:00 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post

Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Duval County, Florida (Docket No. 10046)

Response:   Duval County Tax Collector (Docket No. 10608)

*2.8 million*

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

DUVAL COUNTY T/C:      RICHARD THAMES /Markey-P/

RULING:

*Ord/Jackson*