UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                               )          Chapter 11
            Reorganized Debtors.              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mercedes Oliver (Claim No. 9166) [Docket No. 20044] was furnished by mail on April 2, 2008 to Emilo C. Pastor, Esq., 2655 LeJune Road, Suite 1001, Coral Gables, Florida 33134.

Dated:  April 3, 2008

                                                              SMITH HULSEY & BUSEY


                                                              By     *s/ James H. Post*
                                                                     Stephen D. Busey
                                                                     James H. Post (FBN 175460)
                                                                     Cynthia C. Jackson

                                                              225 Water Street, Suite 1800
                                                              Jacksonville, Florida  32202
                                                              (904) 359-7700
                                                              (904) 359-7708 (facsimile)
                                                              jpost@smithhulsey.com

                                                              Counsel for Reorganized Debtors