UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                               Chapter 11
         Reorganized Debtors.                 )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Melonie Tamayo (Claim No. 8895) [Docket No. 20091] was furnished by mail on April 2, 2008 to Melonie Tamayo c/o Maribel Roldaan, 7754 Crestview Court, Watauga, Texas 76149-1339.

Dated: April 3, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors