UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,         )         Case No. 05-03817-3F1
                                                                Chapter 11
         Reorganized Debtors.                 )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Chereni Tate (Claim No. 2364) [Docket No. 20090] was furnished by mail on April 2, 2008 to Chereni Tate c/o Joleen Tate, 571 Helvestin Road, Apartment 107, Hattiesburg, Mississippi 39401.

Dated:  April 3, 2008

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors