UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,         )         Case No. 05-03817-3F1
                                                                        Chapter 11
         Reorganized Debtors.                 )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jack Brogden (Claim No. 9912) [Docket No. 20139] was furnished by mail on April 2, 2008 to Jack Brogden c/o Burke Lopez, Esq., Rywant, Alvarez, Jones, Russo & Guyton, P.A., 109 N. Brush Street, Suite 500, Tampa Florida 33602.

Dated:  April 4, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151