UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al.,   ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors.   ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elroy Cedotal (Claim Nos. 12497 and 12541) [Docket No. 20100] was furnished by mail on April 2, 2008 to Elroy Cedotal c/o Christopher Glisson, Esq., McGlynn Glisson & Koch, P.O. Box 1909, Baton Rouge, Louisiana 70821.

Dated: April 4, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151