UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )          Case No. 05-03817-3F1
                                                        Chapter 11
       Reorganized Debtors.           )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Allister Charles (Claim No. 8940) [Docket No. 20173] was furnished by mail on April 2, 2008 to Allister Charles c/o Richard A. Bolton, Esq., 801 N.E. 167th Street, Second Floor, North Miami Beach, Florida 33162.

Dated:  April 4, 2008

                    SMITH HULSEY & BUSEY


                    By     *s/ James H. Post*
                          Stephen D. Busey
                          James H. Post (FBN 175460)
                          Cynthia C. Jackson

                    225 Water Street, Suite 1800
                    Jacksonville, Florida  32202
                    (904) 359-7700
                    (904) 359-7708 (facsimile)
                    jpost@smithhulsey.com

                    Counsel for Reorganized Debtors

00520151