UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                     )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                          Chapter 11
                    Reorganized Debtors.        )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Delores Comer (Claim No. 7467) [Docket No. 20124] was furnished by mail on April 2, 2008 to Delores Comer c/o Justin Pimenta, Esq., John Bales Attorneys, 9700 Dr. Martin Luther King, Jr. Street North, Suite 400, St. Petersburg, Floirda 33702.

Dated:  April 4, 2008

                                        SMITH HULSEY & BUSEY


                                        By      *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151