UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Rosa Garcia (Claim No. 4460) [Docket No. 20102] was furnished by mail on April 2, 2008 to Rosa Garcia, 1907 Gallerria Lane, Apt. 1708, Smyrna, Georgia 30080.

Dated:  April 4, 2008

                                                SMITH HULSEY & BUSEY

                                                By      *s/ James H. Post*
                                                      Stephen D. Busey
                                                      James H. Post (FBN 175460)
                                                      Cynthia C. Jackson

                                               225 Water Street, Suite 1800
                                               Jacksonville, Florida  32202
                                               (904) 359-7700
                                               (904) 359-7708 (facsimile)
                                               jpost@smithhulsey.com

                                               Counsel for Reorganized Debtors

00520151