UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,                  )      Case No. 05-03817-3F1
                                                         Chapter 11
      Reorganized Debtors.                    )      Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sarita Harris (Claim No. 5533) [Docket No. 20140] was furnished by mail on April 2, 2008 to Sarita Harris, 3487 Bell Drive, Lot 10, Rex, Georgia 30273.

Dated:  April 4, 2008

          SMITH HULSEY & BUSEY


By   *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151