UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,   )          Case No. 05-03817-3F1
                                                         Chapter 11
          Reorganized Debtors.        )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Chandler Holland (Claim No. 10550) [Docket No. 20104] was furnished by mail on April 2, 2008 to Chandler Holland c/o Shaletta Holland, 1209 Armstrong Circle, Raleigh, North Carolina 27610.

Dated: April 4, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151