UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                         Chapter 11
            Reorganized Debtors.    )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Tammy Hunt, Chandler Hunt, Michael Hunt, Sr., Brandon Hunt and Michael Hunt, Jr. (Claim Nos. 969, 970, 971, 972 and 973) [Docket No. 20141] was furnished by mail on April 2, 2008 to Tammy Hunt, Chandler Hunt, Michael Hunt, Sr., Brandon Hunt and Michael Hunt, Jr. c/o Drew Lovell, Esq., Law Offices of Drew Lovell, P.A., 4590 PGA Blvd., Suite 204, West Palm Beach Gardens, Florida 33418.

Dated:  April 4, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151