UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Linda Jacobo now known as Linda Kline (Claim No. 8022) [Docket No. 20110] was furnished by mail on April 2, 2008 to Linda Kline, 4350 Trout River Blvd., Jacksonville, Florida 32208.

Dated: April 4, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151