UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                               Chapter 11
               Reorganized Debtors.     )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Emilse Jaramillo (Claim No. 4240) [Docket No. 20105] was furnished by mail on April 2, 2008 to Emilse Jaramillo c/o Ted Marrero, Esq., Pendas Law Firm, 625 E. Colonial Drive, Orlando, Florida 32803.

Dated:  April 4, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151