UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )           Case No. 05-03817-3F1
                                                         Chapter 11
            Reorganized Debtors.              )           Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Christina Johnson-Adams (Claim Nos. 10702 and 10959) [Docket No. 20126] was furnished by mail on April 2, 2008 to Christina Johnson-Adams c/o Joseph M. Horrox, Esq., Horrox & Glugover, P.A., 1030 International Speedway Blvd., Suite 270, Daytona Beach, Florida 32114.

Dated: April 4, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151