UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                             Chapter 11
                      Reorganized Debtors.      )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation

Claim of Estate of Denise Jones (Claim No. 9801) [Docket No. 20107] was

furnished by mail on April 2, 2008 to Estate of Denise Jones c/o Kris P. Kiefer,

Esq., Keiger & Keifer, 2310 Metarie Road, Metairie, Louisiana 70001.

Dated:  April 4, 2008

                                                SMITH HULSEY & BUSEY


                                                By _____*s/ James H. Post*_____
                                                      Stephen D. Busey
                                                      James H. Post (FBN 175460)
                                                      Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151