UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                           )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                       Chapter 11
             Reorganized Debtors.             )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elizabeth Jones (Claim No. 12529) [Docket No. 20127] was furnished by mail on April 2, 2008 to Elizabeth Jones c/o John W. Wesley, Esq., Wesley, McGrain & Wesley, 88 N.E. Eglin Parkway, Fort Walton Beach, Florida 32548.

Dated: April 4, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151