UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                               Chapter 11
          Reorganized Debtors.        )     Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kelly Krebs (Claim No. 6801) [Docket No. 20169] was furnished by mail on April 2, 2008 to Kelly Krebs c/o Wanda W. Radcliffe, Esq., Emmanuel, Sheppard & Condon, P.A., P.O. Drawer 1271, Pensacola, Florida 32591.

Dated:  April 4, 2008

                                        SMITH HULSEY & BUSEY


                                        By       *s/ James H. Post*
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151