UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kathleen Malloy (Claim No. 11437) [Docket No. 20172] was furnished by mail on April 2, 2008 to Kathleen Malloy c/o Patricia Dodson, Esq., Terrell Hogan, 233 E. Bay Street, 8th Floor, Jacksonville, Florida 32202.

Dated: April 4, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151