UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                         )        Chapter 11
            Reorganized Debtors.       )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Tammy Mansfield (Claim No. 7883) [Docket No. 20117] was furnished by mail on April 2, 2008 to Tammy Mansfield, 1970 Osceola Parkway, Suite 164, Kissimmee, Florida 34743.

Dated: April 4, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151