UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )       Case No. 05-03817-3F1
                                                     Chapter 11
         Reorganized Debtors.          )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Blanca Milanes (Claim No. 13386) [Docket No. 20118] was furnished by mail on April 2, 2008 to Blanca Milanes c/o Ellan Z. Goldberg, Esq., 1111 Brickell Avenue, Suite 2180, Miami, Florida 33131.

Dated: April 4, 2008

                                                   SMITH HULSEY & BUSEY


                                                   By    *s/ James H. Post*
                                                       Stephen D. Busey
                                                       James H. Post (FBN 175460)
                                                       Cynthia C. Jackson

                                                   225 Water Street, Suite 1800
                                                   Jacksonville, Florida  32202
                                                   (904) 359-7700
                                                   (904) 359-7708 (facsimile)
                                                   jpost@smithhulsey.com

                                                   Counsel for Reorganized Debtors

00520151