UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                  Chapter 11
        Reorganized Debtors.             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Evergreen Monroe (Claim Nos. 12543 and 12544) [Docket No. 20119] was furnished by mail on April 2, 2008 to Evergreen Monroe, 603 S.E. 15th Drive, Gainesville, Florida 32641.

Dated: April 4, 2008

                                        SMITH HULSEY & BUSEY


                                        By      *s/ James H. Post*
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151