UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )        Case No. 05-03817-3F1
                                               Chapter 11
        Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Sandra O'Neal (Claim No. 1316) [Docket No. 20168] was furnished by mail on April 2, 2008 to Sandra O'Neal c/o Christopher B. Wigand, Esq., Wigand, Esq., Winston & Clark, P.A., 8211 W. Broward Blvd., Suite 420, Plantation, Florida 33324.

Dated:  April 4, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151