UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                          Chapter 11
          Reorganized Debtors.          )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Denise Snure (Claim No. 5058) [Docket No. 20128] was furnished by mail on April 2, 2008 to Denise Snure c/o Laura J. Goldstein, Esq., 1330 South Federal Highway, Stuart, Florida 34994.

Dated:  April 4, 2008

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151