UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )       Case No. 05-03817-3F1
                                                              Chapter 11
            Reorganized Debtors.              )       Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Alyssa Tobie (Claim No. 4980) [Docket No. 20129] was furnished by mail on April 2, 2008 to Alyssa Tobie c/o John McElyea, Esq., McElyea, Santos & Barnard, P.A., 1390 Hope Road, Suite 100, Maitland, Florida 32751.

Dated:  April 4, 2008

                                                              SMITH HULSEY & BUSEY


                                                              By      *s/ James H. Post*
                                                                    Stephen D. Busey
                                                                    James H. Post (FBN 175460)
                                                                    Cynthia C. Jackson

                                                              225 Water Street, Suite 1800
                                                              Jacksonville, Florida  32202
                                                              (904) 359-7700
                                                              (904) 359-7708 (facsimile)
                                                              jpost@smithhulsey.com

                                                              Counsel for Reorganized Debtors

00520151