UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:  
                                      CASE NO. 05-03817-3F1  
                                      Chapter 11

Winn Dixie Stores, Inc.,      Jointly Administered

    Debtor.
_____/

**NOTICE OF WITHDRAWING FROM CASE AND REQUEST
TO STOP ELECTRONIC NOTICE**

    PLEASE TAKE NOTICE that McClane Tessitore and Michael A. Tessitore have ceased all representation of the Douglas County Tax Commissioner in any contested matter or in any other related proceeding. McClane Tessitore and Michael A. Tessitore respectfully request to be removed from all service and notice lists by email or otherwise in this matter and receive no further notices, pleadings, motions, orders, or other documents filed in this case. To the extent necessary, service of any future pleadings or papers on this Creditor should be sent to:

                Neil Wilcove  
                Freeman Mathis & Gary LLP  
                100 Galleria Parkway, Suite 1600  
                Atlanta, GA 30339

                MCCLANE TESSITORE

                /s/ *Michael A. Tessitore*  
                Michael A. Tessitore  
                Florida Bar No.: 948039  
                215 East Livingston Street  
                Orlando, Florida 32801  
                (407) 872-0600  
                (407) 872-1227 FAX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send a notice of electronic filing to those parties participating in the Court's CM/EDF System.

/s/ *Michael A. Tessitore*
Michael A. Tessitore