# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## AGREED ORDER RESOLVING CLAIM
## NO. 11602 FILED BY WILLIAM CARTER

This matter is before the Court upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") as it pertains to Claim No. 11602 filed by William Carter (Docket No. 15887). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 11602 filed by William Carter is disallowed.

2. This Order resolves (i) all liabilities and obligations related to Claim No. 11602 and (ii) all other prepetition or administrative claims the claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

3. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as is necessary to reflect the terms of this Order.

4. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing the court in *William Carter v. Bayer Corporation, Winn-Dixie Louisiana, Inc., et al.*, No. 02-cv-1723, in the U.S. District Court for the Western District of Washington, to enter an order of dismissal, including as to Winn-Dixie Louisiana, Inc. (now known as Winn-Dixie Montgomery, Inc.). Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 8 day of ~~March~~ April, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Leanne McKnight Prendergast, Esq.
[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | PPA LITIGATION GROUP, LLC |

By    *s/ Leanne McKnight Prendergast*
      Stephen D. Busey
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

By _____
      Stuart H. Smith
      Michael G. Stag
      Lloyd S. Jolibois, Jr.

365 Canal Street, Suite 2850
New Orleans, LA 70130

Counsel for William Carter

00566254.2