**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

```
F I L E D
JACKSONVILLE, FLORI
   APR 0 7 2008
CLERK, U.S. BANKRUPTCY
MIDDLE DISTRICT OF FLOR...
```

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Chapter 11 |
| **Reorganized Debtors.** | ) | Jointly Administered |

**WITHDRAWAL OF NOTICE OF APPEARANCE**

COME NOW, Jimmy W. Bilbo of Logan, Thompson, Miller, Bilbo & Thompson and hereby withdraw their Notice of Appearance filed in this case on behalf of Janis E. Walter, Claimant in these proceedings. The parties have fully resolved all outstanding issues thereby making Jimmy W. Bilbo's, Esq. of Logan, Thompson, Miller, Bilbo & Thompson, participation in these cases and its receipt of electronic notices no longer necessary.

Dated: April 1, 2008

Respectfully submitted,

LOGAN, THOMPSON, MILLER, BILBO
& THOMPSON, P.C.

By: _____
JIMMY W. BILBO, BPR#11408
Attorney for Claimant Janis E. Walter
PO Box 191
Cleveland, TN 37364-0191
423/476-2251

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the foregoing pleading has been forwarded to opposing party by U.S. Mail with sufficient postage thereon to carry the same to its destination, or by Facsimile or e-mail.

This 1st day of April, 2008.

cc:  David L. Gay, Esq.
     Smith, Hulsey & Busey
     225 Water St., Ste. 1800
     Jacksonville, Fla  32202

     Winn-Dixie Stores, Inc.
     5050 Edgewood Court
     Jacksonville, FL 32254-3699

                                        Logan, Thompson, Miller, Bilbo & Thompson
                                        _____