# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

## DEBTORS' OBJECTION TO CLAIM FILED BY ANGELA HINES (CLAIM NO. 13824)

The Debtors object to the allowance of Claim No. 13824 in the amount of $250,000.00 filed in Case No. 05-03837-3F1 by Angela Hines upon the grounds specified below. In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claim.

2. The Debtors dispute the amount of the debt alleged in the Claim.

3. This Claim was untimely filed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

4. This claim is barred by *res judicata*.[2]

5. The proof of claim form appears to indicate that this claim incurred after the Petition Date[3] and is therefore improperly filed. To the extent the that improperly filed claim was incurred after the Petition Date, the claimant was required to assert such claim by administrative expense application filed with the Court, not on a proof of claim form.

Dated: April 8, 2008.

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

---

[2] Two previous claims filed by this claimant based upon the same alleged debt have been disallowed by this Court. Claim No. 13767 was disallowed by the Order Correcting Order Dated February 22, 2007 (Docket No. 15277) (A) Disallowing Improperly Filed Claims, (B) Disallowing No Liability Claims, (C) Disallowing No Liability Misclassified Claims, (D) Disallowing Late Claims (E) Disallowing Late with Remaining Claims, (F) Reducing overstated Claims and (G) Reducing and Reclassifying Overstated Misclassified Claims (Docket No. 15301), and Claim No. 13811 was disallowed by the Order on Debtors' Omnibus Objection to Improperly filed Proofs of Claims (Docket No. 16451).

[3] "Petition Date" means February 21, 2005, the date on which the Debtors filed their petitions for relief commencing the cases that are being administered as the Chapter 11 Case.

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to Angela Hines, Post Office Box 4908, Albany, Georgia 31705 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 8th day of April, 2008.

                                                   *s/ Leanne McKnight Prendergast*
                                                           Attorney

00605029