UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

### ORDER STRIKING WITHDRAWAL OF NOTICE OF APPEARANCE

The Court finds that the Withdrawal of Notice of Appearance filed by Jimmy W. Bilbo on behalf of Janis E. Walter on April 7, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Withdrawal of Notice of Appearance filed by Jimmy W. Bilbo on behalf of Janis E. Walter on April 7, 2008 is stricken from the record.

**DATED April 8, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Jimmy W. Bilbo, P.O. Box 191, Cleveland, TN 37364-0191
Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699
David L. Gay, 225 Water Street, Suite 1800, Jacksonville, FL 32202