UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                         Chapter 11
        Reorganized Debtors.    )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Gail Fein (Claim No. 2473) [Docket No. 20203] was furnished by mail on April 8, 2008 to Gail Fein, 1710 N.W. 187th Street, Miami, Florida 33056.

Dated: April 8, 2008

SMITH HULSEY & BUSEY


By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151