UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                           )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                                       Chapter 11
      Reorganized Debtors.             )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Laronda Rogers (Claim No. 5534) [Docket No. 20193] was furnished by mail on April 8, 2008 to Laronda Rogers c/o David Benenfeld, Esq., 7491 West Oakland Blvd., Suite 304, Lauderhill, Florida 33319.

Dated: April 8, 2008

                                        SMITH HULSEY & BUSEY

                                        By    *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151