UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving Claim No. 11602 Filed by William Carter [Docket No. 20304] was furnished by mail on April 9, 2008 to William Carter c/o Lloyd S. Jolibois, Jr., Esq., PPA Litigation Group, LLC, 365 Canal Street, Suite 2850, New Orleans, Louisiana 70130.

Dated: April 9, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00605183