

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CURE OBJECTION, MOTION TO COMPEL, REJECTION OBJECTION AND ADMINISTRATIVE EXPENSE MOTION FILED BY BUNDY ROAD NEW ORLEANS CO., LLC (STORE NO. 1417)**

This matter is before the Court on the motion of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors-in-possession (collectively, the "Debtors"),[1] for entry of an order under 11 U.S.C. § 365(a), authorizing the Debtors to reject the non-residential real property lease for Store No. 1417 (the "Motion") (Docket No. 8941); (ii) Bundy Road New Orleans Co., LLC's ("Bundy") objection to the Motion (the "Cure Objection") (Docket No. 10358); (iii) Bundy's Motion to compel Winn-Dixie's Attendance at Deposition, Production of Documents and Authorizing Rule 2004 Examination (the "Motion to Compel") (Docket No. 10856); (iv) Bundy's objection to Motion (the "Rejection Objection") (Docket No. 11306); and (v) Bundy's Amended Motion to Compel Payment of Administrative Expense (the "Administrative Expense

[1] All capitalized terms not otherwise defined in this order shall have the meaning ascribed to them in the Motion.

Motion") (Docket No. 14439). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The Cure Objection, the Motion to Compel, the Rejection Objection and the Administrative Expense Motion are withdrawn.

3. This Agreed Order resolves all liabilities and obligations related to (i) subject to Paragraph 4, all proofs of claim and administrative expense claims pertaining to Bundy or Store No. 1417, including, and not limited to, the Cure Objection, Motion to compel, the Rejection Objection, and the Administrative Expense Motion that Bundy has or may have against the Debtors and any and all of their Chapter 11 estates or affiliates, (ii) all other claims that Bundy has or may have against the Debtors and any and all of their Chapter 11 estates or affiliates and (iii) all claims that the Debtors and any and all of their Chapter 11 estates or affiliates have or may have against Bundy, all of which are forever waived, discharged and released.

4. Notwithstanding the provisions of Paragraph 3, this Agreed Order is without prejudice to Bundy's proof of claim number 13637 that was previously allowed in these jointly administered bankruptcy cases as an unsecured claim in the amount of $613,244.60 and shall have no effect on Bundy's right to payment on that claim under the Plan.

5. This Court retains jurisdiction to resolve any disputes arising from

this Agreed Order.

Dated this 9 day of April, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Allan E. Wulbern is directed to serve a copy of this order on all parties in interest.

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By: ______________________
Stephen D. Busey
Cynthia C. Jackson
Allan E. Wulbern

Florida Bar No. 117790
Florida Bar No. 498882
Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Telephone: (904) 359-7700
Facsimile: (904) 359-7708

Counsel for Reorganized Debtors

HIERSCHE, HAYWARD, DRAKELEY & URBACH, P.C.

By: ______________________
Russell W. Mills
Jason M. Katz

Texas State Bar No. 00784609
Texas State Bar No. 24038990
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
Telephone: (972) 701-7000
Facsimile: (972) 701-8765

And

BLEDSOE, JACOBSON, SCHMIDT & WRIGHT

By: ______________________
James A. Bledsoe, Jr.
Douglas B. Lang

Florida State Bar No. 150646
Florida State Bar No. 720631
1301 Riverplace Boulevard
Suite 1818
Jacksonville, Florida 32207
Telephone: (904) 398-1818
Facsimile: (904) 398-7073

Attorneys for Bundy New Orleans Co., LLC

00603512