# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## JOINT MOTION TO EXTEND PRETRIAL DEADLINES

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") and PECO Pallets, Inc. ("PECO") request an order extending the deadline to file and serve their exhibit lists and trial memoranda in connection with the trial on PECO's Application for Administrative Expense Claim, and in support says:

1. On December 21, 2006, PECO filed its Application for Administrative Expense Claim (Doc. No. 13348).

2. On August 13, 2007, the Court entered an Order Scheduling Trial on PECO's Claim, pursuant to which the parties are required to file and serve exhibit lists and trial memoranda ten days prior to the trial (Doc. No. 17789).

3. The trial on PECO's administrative expense claim is scheduled for May 8, 2008 (Doc. No. 19703).

4. The parties have agreed to extend the date to file and serve their exhibit lists and trial memoranda until May 2, 2008.

WHEREFORE, the parties request the Court to enter an order extending the deadline for each of the parties to file their exhibit lists and trial memoranda until May 2, 2008.

Dated: April 16, 2008

| STUTSMAN THAMES & MARKEY | SMITH HULSEY & BUSEY |
|---|---|
| By:  */s/ Richard R. Thames*\*<br>    Richard R. Thames<br>    Robert A. Heekin, Jr. | By:  */s/ Allan E. Wulbern*<br>    Stephen D. Busey<br>    Allan E. Wulbern |
| Florida Bar Number 718459<br>Florida Bar Number 652083<br>50 North Laura Street, Suite 1600<br>Jacksonville, Florida  32202<br>(904) 358-4000<br>(904) 358-4001 (facsimile)<br>rrthames@stmlaw.net<br>rheekin@stmlaw.net | 225 Water Street<br> Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>awulbern@smithhulsey.com<br><br>Counsel for Reorganized Debtors |
| Counsel for PECO Pallets, Inc. | |

*Counsel has authorized the use of his electronic signature.*

605778

2