**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: WINN DIXIE STORES, INC., ET AL,       Case No. 05-03817-3F1
    Reorganized Debtors.      Chapter 11
_____/

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO**
**STOP ELECTRONIC NOTICE**

The undersigned hereby advises the court of his withdrawal from the above-captioned case and requests that the clerk remove his name from its EM/ECF notification list.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by US Mail and/or via electronic notification this 16th day of April, 2008, to James Post, Esq., 225 Water Street, #1800, Jacksonville, FL 32202; D.J. Baker, Esq., Four Time Square, New York, NY 10036; Matthew Barr, Esq., 1 Chase Manhattan Plaza, New York, NY 10005, and to John B. MacDonald, Esq., 50 N. Laura Street, #2500, Jacksonville, FL 32202.

_Jay D Passer_
JAY D. PASSER, ESQ.
4100 W. Kennedy Blvd., #322
Tampa, Florida 33609
FBN 438634
Telephone (813)281-1103
Facsimile (813)281-2613
E-Mail: tbcc2@verizon.net