**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | : | |
|---|---|---|
| **In Re:** | : | **Chapter 11** |
| | : | |
| **WINN-DIXIE STORES, INC. <u>et al.</u>,** | : | **Case No. 05-03817-3F1** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |

**UNOPPOSED MOTION TO AMEND PROOF OF CLAIM NO. 11858**
***NUNC PRO TUNC* TO CORRECT NAME**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA ("Nationwide"), a creditor and party in interest in the above captioned bankruptcy case, by and through counsel, and files this Motion to Amend Proof of Claim to Correct Name. In support of its motion Nationwide states as follows:

1. On February 21, 2005, Winn-Dixie Stores, Inc., *et al*. (the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Southern District of New York. On April 3, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2. The Foothills Partnership, a South Carolina limited liability company ("Foothills"), was the owner and landlord of the location in West Union, South Carolina wherein Winn-Dixie Store #1098 was located (the "Real Property").

3. On or about September 28, 2005, Foothills filed a proof of claim, Claim number 11858 in the Debtors' case, setting forth an unsecured claim in the amount of $408,680.60 with respect to Store #1098 (the "Claim", a copy of which is attached hereto as Exhibit A).

4. On or about September 20, 2006, a Notice of Assignment of Claim ("Assignment") from Foothills to Nationwide was executed by Foothills pursuant to an Assignment of Rents and Leases dated August 3, 1995 to reflect the owner of the Claim. A copy of the Assignment is attached hereto as Exhibit B.

5. The Claim served as collateral for Nationwide's loan to Foothills. As a result of this bankruptcy case and the rejection by the Debtor of its lease with Foothills, an Event of Default occurred under Foothills's loan with Nationwide. The Subject Property and Claim were part of a foreclosure action brought in state court in South Carolina. The Court in South Carolina adjudicated the Claim to be assigned and transferred to Nationwide in Judgment of Foreclosure dated October 11, 2006 (the "Foreclosure Order"). A copy of the Foreclosure Order is attached hereto as Exhibit C.

6. "Amendments to proofs of claims are freely allowed where the purpose is simply to cure a defect in the claim as originally filed, to describe the claim with greater particularity, or to plead a new theory of recovery." *In re Gateway Investment Corp.*, 114 B.R. 784, 786 (Bankr. S.D. Fla. 1990) (citing, *In re South Atlantic Financial Corp.*, 767 F.2d 814, 819 (11th Cir. 1985); *In re Int'l Horizons, Inc.*, 751 F.2d 1213, 1216 (11th Cir. 1985)).

7. In the present case, Claim number 11858 was timely filed and allowed, thus the Court was aware of the existence of the claim, the nature of the claim, the amount of the claim, and the intent to hold the Debtors liable on the claim. Moreover, the Debtors recognized claim number 11858 as the claim related to Store #1098. As such, amendment of the claim *nunc pro*

*tunc* to recognize the Foreclosure Order and properly identify Nationwide as the proper party creditor should be allowed. See, *In re Gateway, supra* (and cases cited therein).

8. On November 21, 2006, the Debtors' Plan of Reorganization was confirmed by the Court. Logan & Company, Inc. is the claims agent in the case. Wells Fargo Bank, N.A. is the disbursing agent under the Plan, and American Stock Transfer & Trust Company is the stock transfer agent under the Plan.

9. As noted above and in view of the Foreclosure Order, which preceded the distribution record date under the Plan, Nationwide is the proper creditor for Claim number 11858.

10. As such, Nationwide moves this Court for an Order, directing Logan & Company, Inc., as claims agent, Wells Fargo Bank, N.A., as disbursing agent, and American Stock Transfer & Trust Company, as stock transfer agent to amend their respective records with respect to Claim number 11858 to reflect Nationwide as the proper claimant on such claim and the owner of the shares of the Debtor's New Common Stock issued under the Plan and any future distributions on account of the Claim. The name and address where notices and payments should be sent is as follows:

> Heather D. Gregg
> Assistant General Counsel
> Office of General Counsel
> Nationwide Insurance Company
> One Nationwide Plaza, 3-5-34
> Columbus, Ohio 43215-2220
> Phone: 614.249.4614

11. The undersigned has conferred with counsel for the Reorganized Debtors regarding the relief sought by this Motion. Counsel for the Reorganized Debtors, on the precise facts presented, has stated that the Reorganized Debtors are unopposed to the entry of an Order granting the relief sought here. Foothills has been adjudicated in the Foreclosure Order as not

having an interest in the Claim. Foothills has nevertheless been served with a copy of this Motion.

**WHEREFORE**, Nationwide Life Insurance Company of America, Inc. respectfully requests that this Court enter an order amending Claim number 11858 *nunc pro tunc* to correctly identify Nationwide Life Insurance Company of America, Inc as the proper creditor holding the Claim, and directing Logan & Company, Inc., as claims agent, Wells Fargo Bank, N.A., as disbursing agent, and American Stock Transfer & Trust Company, as stock agent to amend their respective records with respect to Claim number 11858 to reflect Nationwide Life Insurance Company of America, Inc. as the proper claimant on such claim and the owner of the shares of the Debtor's New Common Stock issued under the Plan on account of the Claim and any additional shares which are issued with respect to the Claim.

Dated: Orlando, Florida

Dated this 21st day of April, 2008.

/s/ Mitchell E. Grodman
Mitchell E. Grodman
Florida Bar No. 0543713
Lowndes, Drosdick, Doster, Kantor & Reed, P.A.
450 S. Orange Avenue, Suite 800
Orlando, Florida 32801
Telephone: (407) 843-4600
Facsimile: (407) 843-4444
Email: mitchell.grodman@lddkr.com
Attorneys for NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA, INC.

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true copy of the foregoing UNOPPOSED MOTION TO AMEND PROOF OF CLAIM NUNC PRO TUNC TO CORRECT has been served via the CM/ECF system, and also via U.S. Mail, and email (if an email address is indicated in connection with a party on the service list), this 21st day of April, 2008, to those parties listed on the service list below

                                    /s/ Mitchell E. Grodman
                                    Mitchell E. Grodman

**SERVICE LIST**

D.J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Four Times Square
New York, New York  10036
Email:  djbaker@skadden.com

Stephen D. Busey
James H. Post
Cynthia C. Jackson
Smith, Hulsy & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Email:  cjackson@smithhulsey.com

Kenneth C. Meeker
Assistant U.S. Trustee
135 West Central Blvd.
Room 620
Orlando, Florida  32801

Foothills Partnership
Attn: W.R. Martin, Managing Partner
PO Box 3305
Greenville, SC 29602-3305