## NOTICE AND ASSIGNMENT OF CLAIM

THIS NOTICE AND ASSIGNMENT OF CLAIM (this "Assignment") is made as of the 20 day of September, 2006 by FOOTHILLS PARTNERSHIP, a South Carolina general partnership ("Assignor") for the benefit of NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA, a Pennsylvania corporation as successor to Provident Mutual Life Insurance Company ("Assignee").

WITNESSETH:

WHEREAS, Assignor and Assignee are parties to that Promissory Note in the principal sum of Two Million Seventy Thousand and NO/00 Dollars ($2,070,000.00) dated August 3, 1995; and

WHEREAS, to secure the payment of the Note as set forth above, Assignor executed for the benefit of Assignee that certain Mortgage and Security Agreement ("Mortgage") dated August 3, 1995, as recorded in the office of ROD of Oconee County on August 3, 1995, in Mortgage Book 795, Page 24 and encumbering the property more particularly described in the Mortgage ("Property"); and

WHEREAS, Winn-Dixie Charlotte, Inc. as successor to Winn-Dixie Greenville, Inc. ("Tenant") and Assignor, as landlord, are parties to that certain Lease Agreement entered into on July 18, 1994, and as amended by First Amendment to Lease dated July 20, 1998, as subsequently amended, altered or modified (collectively, the "Lease") for that certain store located at Foothills Center located at the northeasterly corner of intersection of S.C. Highway 11 and S.C. Highway 28 in the City of West Union, South Carolina; and

WHEREAS, Winn-Dixie Stores, Inc., et al. (the "Debtors") have filed Chapter 11 bankruptcy proceeding, Case No. 3:05-bk-03817-JAF, which bankruptcy proceeding is pending in the United States Bankruptcy Court for the Middle District of Florida ("Bankruptcy Proceedings"); and

WHEREAS, pursuant to the terms of the Assignment of Rents and Leases ("Assignment") executed by Assignor for the benefit of Assignee dated August 3, 1995, Assignor is hereby assigning all of its right, title and interest in the Claim (as hereinafter defined).

NOW, THEREFORE, for and in consideration of the premises and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor, intending to be legally bound, hereby agree as follows:

1. Assignor hereby absolutely and unconditionally transfers and assigns to Assignee, all of the Assignor's rights to all claims (including filed and unfiled claims, administrative claims and rejection claims) to which Assignor is entitled in connection with the Bankruptcy Proceedings. Assignor further assigns all payments previously received or that may be received on or after the date of this Agreement in connection with the Bankruptcy Proceeding. This

Assignment shall be deemed an absolute and unconditional assignment of the Claim and all deposits, accounts, rents and claims against the Debtors for the purposes of collection.

2. In the event that a distribution payment on account of the Claim is mailed to the Assignor, the Assignor acknowledges that such distribution is the property of the Assignee and that the Assignor shall immediately remit the payment to the Assignee. In the event that the distribution payment is made payable to the Assignor, the Assignor designates the Assignee as its attorney in fact and authorizes the Assignee to indorse the check or draft in the name of the Assignor and to deposit such check or draft in the Assignee's bank account.

Executed September 20, 2006

**ASSIGNOR:**

Foothills Partnership,
a South Carolina general partnership

By: _W. R. Martin_
Name: W.R. Martin
Title: managing partner

STATE OF SOUTH CAROLINA    )
                           )    **ACKNOWLEDGMENT**
COUNTY OF GREENVILLE       )

The undersigned, a notary public for South Carolina, hereby certifies that Foothills Partnership, by its Managing Partner, personally appeared before me this day and acknowledged the due execution of the foregoing Notice and Assignment of Claim.

Witness my hand and official seal this 20 day of September, 2006

_____(SEAL)
Signature of Notary Public
My commission expires: 02/02/07