UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                   Chapter 11
                Reorganized Debtors.        )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of George Augustinski (Claim No. 7748) [Docket No. 20350] was furnished by mail on April 21, 2008 to George Augustinksi c/o Matthew D. Branza, Esq., Paul & Elkind, P.A., 505 Deltona Blvd., Suite 106, Deltona, Florida 32725.

Dated:  April 21, 2008

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151