UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,            )          Case No. 05-03817-3F1
                                                                              Chapter 11
            Reorganized Debtors.  )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Larry Mohundro, as Personal Representative of the Estate of Dortha Mohundro, Deceased (Claim Nos. 1324 and 1955) [Docket No. 20351] was furnished by mail on April 21, 2008 to Larry Mohundro c/o David H. Harris, Esq., Goldstein, Buckley, Cechman, Rice & Purtz, P.O. Box 3366, Fort Myers, Florida 33902-2366.

Dated:  April 21, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151