UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         )          Chapter 11
                        Reorganized Debtors.     )          Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jim Newman (Claim No. 10156) [Docket No. 20318] was furnished by mail on April 21, 2008 to Jim Newman, 301 S.W. 8th Street, Apt. 4, Boca Raton, Florida 33432.

Dated:  April 21, 2008

SMITH HULSEY & BUSEY


By _____*s/  James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151