UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
|  ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Regla Oliva (Claim No. 7485) [Docket No. 20316] was furnished by mail on April 21, 2008 to Regla Oliva c/o Brett L. Borrow, Esq., Mustell & Borrow, 4100 N.E. 2nd Avenue, Suite 202, Miami, Florida 33137.

Dated:  April 21, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151