## UNITED STATES BANKRUPTCY COURT

Middle District Of Florida
300 North Hogan Street, 3-350
Jacksonville, Florida 32202

In re: WINN-DIXIE STORES, INC. et al.

In a Chapter 11 Case
Case Number 3-05-bk-3817-JAF
Adversary Number -

Debtor

## -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158(a).
(X) Notice of Cross Appeal

Notice of Appeal Filed: 2/15/08
Notice of Cross Appeal Filed: 2/22/08

The Party or Parties included in the Appeal to the District Court:

Appellant(s): IRT PARTNERS, LP AND EQUITY ONE (HUNTERS CREEK), INC.

Attorney:   Mark D. Bloom, Greenberg Traurig, P.A., 1221 Brickell Avenue, Miami, FL 33131
(305-579-0500)

Appellee(s): WINN-DIXIE STORES, INC. et al.

Attorney:   Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 (904-359-7700)

**Title and Date of Orders Appealed**: Order Sustaining Debtors' Objection to Claims Filed by IRT Partners, L.P Equity One (Hunter's Creek), Inc. and Findings of Fact and Conclusions of Law entered February 7, 2008

Items included in transmittal pursuant to F.R.B.P. 8003(b):

(X) Notice of Appeal and Cross Appeal
(X) Designation in Appeal of Appellant
(X) Designation in Cross Appeal
(X) Other: Docket

( ) Any Answers(s)
( ) Transcripts
( ) Exhibits

Case number(s) of Pending Appeal(s) in this Case: N/A
County of Residence: Duval   Date: April 15, 2008
By: Cathy Perkins

3:08-CV-391-J-33