UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

ORDER GRANTING JOINT
MOTION TO EXTEND PRETRIAL DEADLINE

This matter is before the Court on the Joint Motion to Extend Pretrial Deadlines filed by Winn-Dixie and PECO Pallets, Inc. (Doc. No. 20330). The Court finds cause to grant the motion. Accordingly, it is:

**ORDERED**

The parties have until May 2, 2008 to file their exhibit lists and trial memoranda.

DATED April 21, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorney for Winn-Dixie
Attorney for PECO Pallets, Inc.

605774