**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **IN RE: WINN DIXIE STORES, INC., ET AL,** | **CASE NO.: 05-03817-3F1** |
| **Reorganized Debtors.** | **Chapter 11** |

### NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE

The undersigned hereby advises the court that CHRISTINE C. HARDIN, P.A., counsel for DEBRA SMITH, has withdrawn as counsel of record and requests that the clerk remove the following e-mail address from its EM/ECF notification list:

cchardin@hardinpa.gccoxmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to James Post, 225 Water St., #1800, Jacksonville, FL 32202, D.J. Baker, Four Times Square, New York, NY, 10036, Matthew Barr, 1 Chase Manhattan Plaza, New York, NY, 10005, John B. MacDonald, 50 N. Laura St., #2500, Jacksonville, FL 32202 this 22nd day of April, 2008 by US Mail.

CHRISTINE C. HARDIN, ESQ.
CHRISTINE C. HARDIN, P.A.
Attorneys for Creditor Debra Smith
Florida Bar No. 563811
3 W. Garden St., Ste. 204
Pensacola, FL 32502
(850) 432-5981
cchardin@hardinpa.gccoxmail.com