**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**REORGANIZED DEBTORS' NOTICE OF LIMITED WITHDRAWAL OF DEBTORS' MOTION FOR ORDER AUTHORIZING REJECTION OF EMPLOYMENT-RELATED EXECUTORY CONTRACTS AS IT RELATES TO JEFFERY ADRIAN BARROW**

Winn-Dixie Stores, Inc. and its affiliates withdraw the Debtors' Motion for Order Authorizing Rejection of Employment-Related Executory Contracts (Doc. No. 9909) solely as it relates to the Release Agreement dated January 5, 2004 between Winn-Dixie Stores, Inc. and Jeffery Adrian Barrow (the "Release Agreement") on the grounds that the Release Agreement is not an executory contract and therefore is not subject to the provisions of Section 365 of the Bankruptcy Code.

SMITH HULSEY & BUSEY

By /s/ *James H. Post*

James H. Post
Leanne McKnight Prendergast

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

**Certificate of Service**

I certify that a copy of the forgoing document was served by mail to Jeffery Adrian Barrow at Post Office Box. 350423, Jacksonville, Florida 32235, on this 22nd day of April, 2008.

*/s/ James H. Post*
Attorney

00606340