UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**DEBTORS' MOTION TO CONTINUE TRIAL ON
APPLICATION FOR CLAIM CURE FILED BY J. ADRIAN BARROW**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order continuing the trial on the Application for Claim Cure filed by J. Adrian Barrow (Docket Nos. 14553, 19044) (the "Application"), currently scheduled for May 8, 2008 at 9:30 a.m., and in support thereof say:

1. Contemporaneously with the filing of this motion, the Reorganized Debtors have filed a motion for summary judgment as to the Application. Continuing the trial until June 12, 2008 or such later date convenient to the Court will allow time for the consideration of the summary judgment motion and will permit the possible conservation of resources of this Court and the parties[1].

2. The undersigned counsel has conferred with Mr. Barrow. Mr. Barrow does not consent to the relief sought in this motion.

---

[1] In addition to the Application for Claim Cure, the matters scheduled for trial on May 8, 2008 included (i) Debtors' Motion for Order Authorizing Rejection of Employment-Related Executory Contracts (the "Motion to Reject") and (ii) the Objection to the Motion to Reject filed by J. Adrian Barrow (the "Objection"). However, because the Debtors have filed a notice withdrawing the Motion to Reject (Docket No. 20397), the Motion to Reject and the Objection are now moot.

2

WHEREFORE, the Reorganized Debtors request that the Court enter an order which continues the trial on the Application for Claim Cure until June 12, 2008 or such later date convenient to the Court.

Dated: April 22, 2008

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
       James H. Post
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

Certificate of Service

I certify that a copy of the foregoing was furnished by email and mail to J. Adrian Barrow at jab.barrow@comcast.net and Post Office Box. 350423, Jacksonville, Florida 32235, on this 22nd day of April, 2008.

                                                  */s/ Leanne McKnight Prendergast*
                                                  Attorney

00606691