**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| _____) | | |

**NOTICE OF HEARING ON DEBTORS'
MOTION TO CONTINUE TRIAL ON APPLICATION
FOR CLAIM CURE FILED BY J. ADRIAN BARROW**

PLEASE TAKE NOTICE that a hearing is scheduled for **May 1, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Motion to Continue Trial on Application for Claim Cure Filed by J. Adrian Barrow.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an

2

additional security measure, a photo ID is required for entry into the Courthouse.

Dated: April 22, 2008

                                    SMITH HULSEY & BUSEY

                                    By     */s/ Leanne McKnight Prendergast*
                                          James H. Post
                                          Leanne McKnight Prendergast

                                  Florida Bar Number 59544
                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida  32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)
                                  lprendergast@smithhulsey.com

                                  Counsel for the Reorganized Debtors

Certificate of Service

I certify that a copy of the foregoing was furnished by email and mail to J. Adrian Barrow at jab.barrow@comcast.net and Post Office Box. 350423, Jacksonville, Florida 32235, on this 22nd day of April, 2008.

   /s/ Leanne McKnight Prendergast
Attorney

00606808

3