**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF FILING

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates, give notice of filing the transcript and exhibits from the deposition of J. Adrian Barrow taken February 5, 2008.

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
        James H. Post
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

2

## Certificate of Service

I certify that a copy of the foregoing was furnished by email and mail to J. Adrian Barrow at jab.barrow@comcast.net and Post Office Box 350423, Jacksonville, Florida 32235, on this 22nd day of April, 2008.

   /s/ Leanne McKnight Prendergast
Attorney

606818