UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.,                    Case No:        3:05-bk-03817-JAF

    Debtor.                                              Chapter 11
_____/

### NOTICE OF WITHDRAWAL FROM CASE AND REQEUST TO STOP ELECTRONIC NOTICE

RACHEL E. SCHERWIN, F/K/A RACHEL E. ADAMS, ESQUIRE, and STOVASH, CASE, & TINGLEY, P.A., on behalf of AMSW, INC., in the above-styled action, hereby respectfully request that the Clerk of this Court remove the name of the undersigned from its CM/ECF notification list.

Dated this 24th day of April, 2008.

                                              STOVASH, CASE, & TINGLEY, P.A.

                                              By:    /s/  Rachel E. Scherwin
                                              Rachel E. Scherwin, Esquire
                                              Florida Bar Number: 0479934
                                              SunTrust Center
                                              200 S. Orange Avenue, Suite 1220
                                              Orlando, Florida 32801
                                              Telephone:  (407) 316-0393
                                              Telecopier:  (407) 316-8969
                                              Attorneys for Creditor
                                              AMSW, Inc.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal from Case and Request to Stop Electronic Notice has been furnished via electronic transmission or by first class, prepaid U.S. Mail to the following on the 24th day of April, 2008:

| | |
|---|---|
| Debtor: | Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699 |
| Debtor's Attorney: | Adam Ravin, Esquire, Four Times Square, New York, NY 10036 |
| U.S. Trustee: | United States Trustee, JAX-11, 135 W. Central Blvd., Suite 620, Orlando, FL 32801 |
| U.S. Trustee's Attorney: | Elena L Escamilla, 135 W Central Blvd., Suite 620, Orlando, FL 32806 |
| Creditor Committee: | Dennis F. Dunne, Esquire, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005 |

                                                  /s/  Rachel E. Scherwin
                                                  Rachel E. Scherwin, Esquire