UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

AGREED ORDER ON DEBTORS' OMNIBUS OBJECTION AND
MOTION FOR ORDER DETERMINING TAX LIABILITIES (HAMILTON, OH)

This matter came before the Court on the Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7852). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 12624 filed by the County of Hamilton ("Hamilton") is allowed as a secured claim in the amount of $130,000.00.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Hamilton in these Chapter 11 cases and (ii) all other pre-effective date claims Hamilton has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 23 day of April, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00557800

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | MAGUIRE & SCHNEIDER LLP |
| By_____s/ Cynthia C. Jackson_____<br>       Cynthia C. Jackson, F.B.N. 498882 | By__*/Keith Schneider_____<br>     Keith W. Schneider (F.B.N. 979333) |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | 6646 Willow Park Dr., Suite D<br>Naples, FL  34109<br>(239)254-8948<br>(239)514-1054(facsimile)<br>kwschneider@maguire-schneider.com |
| Counsel for Reorganized Debtors | Attorney for Hamilton County, Ohio |

* Mr. Schneider has authorized his electronic signature.