**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**MOTION TO WITHDRAW**
**MOTION TO ENFORCE SETTLEMENT**
**OR ALTERNATIVE MOTION TO VACATE**
**SETTLEMENT AGREEMENT AND LIFT STAY**

**NOW INTO COURT**, through her undersigned counsel, comes Lily B. Sempe, Plaintiff in Claim No. 1415, appearing herein in accordance with the provisions of Rule 2090-1, now desires that her previous Motion to Enforce Settlement or Alternative Motion to Vacate Settlement Agreement and Lift Stay be withdrawn, without prejudice, for the following reasons:

1.

Mover's undersigned counsel has discussed the merits of mover's previous Motion to Enforce Settlement or Alternative Motion to Vacate Settlement Agreement and Lift Stay the Debtors' counsel, David L. Gay.  Mover's undersigned counsel has also discussed this matter with an attorney in the New Orleans area, Thomas E. Schaefer, III.

2.

Mover and her undersigned counsel now believe it is in their best interest to withdraw the previous motion, without prejudice, and remove same from the Docket of this Court on May 1, 2008, at 1:30 p.m..

3.

Mover discussed this motion with opposing counsel, David L. Gay, who has no objection.

**WHEREFORE** mover and her undersigned counsel pray that their previous Motion to Enforce Settlement or Alternative Motion to Vacate Settlement Agreement and Lift Stay be withdrawn, without prejudice, and that that motion be removed from the Docket on May 1, 2008, at 1:30 p.m..

Respectfully submitted,

___s/ Anthony L. Glorioso_____
**ANTHONY L. GLORIOSO (#06062)**
2325 Severn Avenue, Suite 9
Metairie, LA  70001
Telephone:  (504) 833-5912
Facsimile:  (504) 833-5982
tonyglory@aol.com
*Attorney for Claimant,*
LILY B. SEMPE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served upon all counsel of record, namely:

    Clare W. Trinchard, Esq.
    858 Camp Street
    New Orleans, LA  70130
    Telephone:  (504) 5230-1986
    Facsimile:  (504) 529-8941
    cwttandt@bellsouth.net

    James H. Post, Esq.
    1800 Wachovia Bank Tower
    225 Water Street
    Jacksonville, FL  32202
    Telephone:  (904) 359-7700
    Facsimile:  (904) 359-7708

by depositing same in the U.S. Mail, postage prepaid and properly addressed on this 24th day of April, 2008.

                                                  ____s/ Anthony L. Glorioso_____
                                                  **ANTHONY L. GLORIOSO**