UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

ORDER WITHDRAWING
MOTION TO ENFORCE SETTLEMENT
OR ALTERNATIVE MOTION TO VACATE
SETTLEMENT AGREEMENT AND LIFT STAY

This case is before the Court for consideration of creditor's, Lily B. Sempe, Motion to Withdraw Motion to Enforce Settlement or Alternative Motion to Vacate Settlement Agreement and Lift Stay wherein mover's counsel has represented to the Court that the respondent consents to the entry of an order withdrawing mover's motion, without prejudice. It is

**ORDERED:**

The Motion to Withdraw Motion to Enforce Settlement or Alternative Motion to Vacate Settlement Agreement and Lift Stay is withdrawn, without prejudice.

Dated this 25 day of April, 2008, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy

Copies to:
Anthony L. Glorioso, Attorney for Movant, 2325 Severn Ave., Suite 9, Metairie, LA 70001; Clare Trinchard, Attorney for Debtor, 858 Camp Street, New Orleans, LA 70130; James H. Post, Attorney for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202