UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: )
) Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., et al., )
) Chapter 11
Reorganized Debtors. )
) Jointly Administered
_____ )

ORDER CONTINUING TRIAL ON APPLICATION
FOR CLAIM CURE FILED BY J. ADRIAN BARROW

This case is before the Court upon Debtors' Motion to Continue Trial on Application for Claim Cure Filed by J. Adrian Barrow. Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on Application for Claim Cure Filed by J. Adrian Barrow currently scheduled for May 8, 2008 at 9:30 a.m. is continued to July 17, 2008 at 1:30 PM in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on January 16, 2008 are extended accordingly and shall be based upon the continued trial date set forth above.

Dated this 25 day of April, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00606702

2