UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,    )     Case No. 05-03817-3F1
                                                         Chapter 11
          Reorganized Debtors.          )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Mary Callins [Docket No. 20376] was furnished by mail on April 25, 2008 to Mary Callins c/o Glen B. Levine, Esq., 330 Southwest Davie Blvd., Fort Lauderdale, Florida 33301.

Dated: April 25, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785