UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                                          Chapter 11
         Reorganized Debtors.                  )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Diana Clark [Docket No. 20396] was furnished by mail on April 25, 2008 to Diana Clark c/o D. Lee Pitisci, Esq., Pitisci, Dowell, Markowitz & Murphy, 101 South Moody Avenue, Tampa, Florida 33609.

Dated:  April 25, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785