UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817-3F1
                                                          Chapter 11
                    Reorganized Debtors.       )          Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by John Clark [Docket No. 20377] was furnished by mail on April 25, 2008 to John Clark c/o Craig J. Cannon, Esq., Cannon Law Firm, Post Office Box 1986, Ocala, Florida 34478-1986.

Dated:  April 25, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785