UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                                  Chapter 11
          Reorganized Debtors.           )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Barbara Demartino [Docket No. 20379] was furnished by mail on April 25, 2008 to Barbara Demartino c/o Douglas L. Bates, Esq., Law Offices of Koppel and Bates, 817 South University Drive, Suite 100, Plantation, Florida 33324.

Dated:  April 25, 2008

                                            SMITH HULSEY & BUSEY

                                            By        *s/ James H. Post*
                                                 Stephen D. Busey
                                                 James H. Post (FBN 175460)
                                                 Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00569785