UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,   )        Case No. 05-03817-3F1
                                               Chapter 11
         Reorganized Debtors.         )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Starling Gibson [Docket No. 20381] was furnished by mail on April 25, 2008 to Starling Gibson c/o Bruce H. Freeman, Esq., 300 N.W. 82nd Avenue, Suite 415, Plantation, Florida 33324.

Dated: April 25, 2008

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785