UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                                     Chapter 11
        Reorganized Debtors.                 )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Lois Guardina [Docket No. 20382] was furnished by mail on April 25, 2008 to Lois Guardina c/o Michael G. Helm, Esq., Post Office Box 4207, Covington, Louisiana 70434-4207.

Dated: April 25, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785