UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                         )     Chapter 11
         Reorganized Debtors.            )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Latasha Johnson [Docket No. 20383] was furnished by mail on April 25, 2008 to Latasha Johnson c/o J. Scott Nooney, Esq., J. Scott Nooney & Associates, 1680 Emerson Street, Jacksonville, Florida 32207.

Dated: April 25, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785