UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                          Chapter 11
        Reorganized Debtors.                 )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Maidoly Valenzuela [Docket No. 20386] was furnished by mail on April 25, 2008 to Maidoly Valenzuela c/o Greg Pessin, Esq., Sostschin & Pessin, P.A., 3191 Coral Way, Suite 1008, Miami, Florida 33145.

Dated: April 25, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785