UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                      Chapter 11
        Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Yvonia Vernel [Docket No. 20387] was furnished by mail on April 25, 2008 to Yvonia Vernel c/o Scott R. Gill, Esq., 888 South Andrews Ave., Suite 205, Fort Lauderdale, Florida 33305.

Dated:  April 25, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785