UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                                            Chapter 11
            Reorganized Debtors.         )        Jointly Administered

---

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Eleanor Watkins [Docket No. 20389] was furnished by mail on April 25, 2008 to Eleanor Watkins c/o Gregory A. Lawrence, Esq., Thomas & Lawrence, P.A., 1301 Riverplace Blvd., Suite 1630, Jacksonville, Florida 32207.

Dated:  April 25, 2008

                                        SMITH HULSEY & BUSEY


                                        By     s/ James H. Post
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00569785