UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                        Chapter 11
            Reorganized Debtors.               )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Bonita Copeland for LeShawn Williams, a Minor [Docket No. 20391] was furnished by mail on April 25, 2008 to Bonita Copeland for LeShawn Williams, a Minor c/o David B. Kesler, Esq., 65 Sixty-Fifth Street South, St. Petersburg, Florida 33707-5029.

Dated:  April 25, 2008

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
            Stephen D. Busey
            James H. Post (FBN 175460)
            Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785