UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )         Case No. 05-03817-3F1
                                                             Chapter 11
            Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Shelila Adams [Docket No. 20303] was furnished by mail on April 25, 2008 to Shelila Adams c/o Gregg S. Kamp, Esq., 6155 South Florida Avenue, Suite 10, Lakeland, Florida 33807.

Dated: April 25, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785