UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                  )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                            Chapter 11
            Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Connie Beauford-Sapp [Docket No. 20320] was furnished by mail on April 25, 2008 to Connie Beauford-Sapp c/o Alan Cohn, Esq, 1152 N. University Drive, Suite 201, Pembroke Pines, Florida 33024.

Dated:  April 25, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785