UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                                     Chapter 11
          Reorganized Debtors.             )         Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Kimberly Harris as Mother and Natural Guardian of T'Asia Terrell [Docket No. 20319] was furnished by mail on April 25, 2008 to Kimberly Harris c/o Jason Steele, Esq., Eiland & Ritchie, LLC, Post Office Box 190609, Mobile, Alabama 36619.

Dated: April 25, 2008

                                            SMITH HULSEY & BUSEY

                                            By     *s/ James H. Post*
                                                Stephen D. Busey
                                                James H. Post (FBN 175460)
                                                Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00569785