UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,              )          Case No. 05-03817-3F1
                                                         Chapter 11
         Reorganized Debtors.                 )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mayra Alvarado (Claim No. 7452) [Docket No. 20393] was furnished by mail on April 25, 2008 to Mayra Alvarado c/o Hector Pena, Esq., John H. Ruiz, P.A., 5040 N.W. 7th Street, Penthouse 1, Miami, Florida 33126.

Dated: April 25, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151