UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,    )          Case No. 05-03817-3F1
                                                          Chapter 11
        Reorganized Debtors.              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Julia Firvida (Claim Nos. 5336 and 5337) [Docket No. 20374] was furnished by mail on April 25, 2008 to Julia Firvida, 8976 S.W. Cran Canal Drive, Miami, Florida 33174.

Dated: April 25, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151