UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                        )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                             Chapter 11
            Reorganized Debtors.          )         Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Order Continuing Trial on Application for Claim Cure filed by J. Adrian Barrow [Docket No. 20411] was furnished by mail on April 25, 2008 to J. Adrian Barrow at Post Office Box. 350423, Jacksonville, Florida 32235.

Dated: April 25, 2008

SMITH HULSEY & BUSEY


By    *s/ Leanne McKnight Prendergast*
        Stephen D. Busey
        James H. Post
        Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00607286