UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | | Chapter 11 |
| Reorganized Debtors. ) | | Jointly Administered |
| _____ | ) | |

ORDER WITHDRAWING
MOTION TO ENFORCE SETTLEMENT
OR ALTERNATIVE MOTION TO VACATE
SETTLEMENT AGREEMENT AND LIFT STAY

This case is before the Court for consideration of creditor's, Lily B. Sempe, Motion to Withdraw Motion to Enforce Settlement or Alternative Motion to Vacate Settlement Agreement and Lift Stay wherein mover's counsel has represented to the Court that the respondent consents to the entry of an order withdrawing mover's motion, without prejudice. It is

**ORDERED:**

The Motion to Withdraw Motion to Enforce Settlement or Alternative Motion to Vacate Settlement Agreement and Lift Stay is withdrawn, without prejudice.

Dated this 25 day of April, 2008, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy

Copies to:
Anthony L. Glorioso, Attorney for Movant, 2325 Severn Ave., Suite 9, Metairie, LA 70001; Clare Trinchard, Attorney for Debtor, 858 Camp Street, New Orleans, LA 70130; James H. Post, Attorney for Debtor, 225 Water Street, Suite 1800, Jacksonville, FL 32202

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3           User: cartes              Page 1 of 1                Date Rcvd: Apr 25, 2008
Case: 05-03817                 Form ID: pdfdoc           Total Served: 2

The following entities were served by first class mail on Apr 27, 2008.
            +Clare Trinchard,   858 Camp Street,   New Orleans, LA 70130-3704
cr          +Lily Sempe,   2325 Severn Avenue,   Suite 9,   Metairie, LA 70001-6918

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2008**               **Signature:**           *Joseph Speetjens*