UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

ORDER CONTINUING TRIAL ON APPLICATION
FOR CLAIM CURE FILED BY J. ADRIAN BARROW

This case is before the Court upon Debtors' Motion to Continue Trial on Application for Claim Cure Filed by J. Adrian Barrow. Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on Application for Claim Cure Filed by J. Adrian Barrow currently scheduled for May 8, 2008 at 9:30 a.m. is continued to _July 17, 2008_ at _1:30 PM_ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on January 16, 2008 are extended accordingly and shall be based upon the continued trial date set forth above.

Dated this 25 day of April, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00606702

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Apr 25, 2008
Case: 05-03817                Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Apr 27, 2008.
       +J. Adrian Barrow,   P.O. Box 350423,   Jacksonville, FL 32235-0423

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2008**                        Signature:   *Joseph Speetjens*