UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Chapter 11 |
| WINN-DIXIE STORES, INC. et al., | Case No. 05-03817-3F1 |
| Debtors. | (Jointly Administered) |

ORDER AMENDING PROOF OF CLAIM NO. 11858
NUNC PRO TUNC TO CORRECT NAME

This cause came before the Court upon the Motion of Nationwide Life Insurance Company of America, Inc. to Amend Proof of Claim No. 11858 *Nunc Pro Tunc* to Correct Name (Docket No. 20364) (the "Motion"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

(a)  The Motion is granted;

(b)  Claim number 11858 is amended *nunc pro tunc* to identify Nationwide Life Insurance Company of America, Inc. as creditor;

(c)  Logan & Company, Inc., as claims agent, Wells Fargo Bank, NA as disbursing agent, and American Stock Transfer & Trust Company, as stock transfer agent are directed to amend their respective records with respect to Claim number 11858 to reflect Nationwide Life Insurance Company of America, Inc. as the proper claimant on such claim and the owner of the shares of the Debtor's New Common Stock issued under the Plan with respect to the Claim and any additional shares which are issued with respect to the Claim;

(d)  Nationwide Life Insurance Company of America, Inc. is directed to transmit to Logan & Company, Inc., Wells Fargo, N.A., and American Stock Transfer & Trust Company a completed W-9 Form within three business days after entry of this Order; and

(e)  American Stock Transfer and Trust Company is directed to make the stock account holding the shares of the Debtors' New Common Stock issued in relation to Claim number 11858 accessible to Nationwide Life Insurance Company of America, Inc. pursuant to the direct registration system within the later of ten

business days after (i) entry of this Order or (ii) delivery of the completed W-9 form as required by paragraph (d).

Dated this 28 day of April, 2008, in Jacksonville, Florida

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a
copy of this Order on all parties in interest.

## CONSENT

The parties, through their respective undersigned counsel, consent to the entry of the foregoing Agreed Order.

| LOWNDES, DROSDICK, DOSTER, KANTOR & REED, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| /s/ Mitchell E. Grodman<br>Mitchell E. Grodman (Florida Bar# 543713)<br>450 S. Orange Avenue, Suite 800<br>Orlando, Florida 32801<br>Telephone: (407) 843-4600<br>Facsimile: (407) 843-4444<br>Email: mitchell.grodman@lddkr.com<br><br>*Counsel for NATIONWIDE LIFE INSURANCE COMPANY OF AMERICA, INC..* | /s/ Cynthia C. Jackson<br>Cynthia C. Jackson (Florida Bar # 49882)<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700 (Telephone)<br>(904) 359-7708 (Facsimile)<br>Email: cjackson@smithhulsey.com<br><br>*Counsel to Winn-Dixie*<br><br>-and-<br><br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM, L.L.P.<br>Sally McDonald Henry<br>Rosalie Walker Gray<br><br>(212) 735-3000 (Telephone)<br>(212) 735-2000 (Facsimile)<br><br>*Counsel for Winn-Dixie* |