Unti & Lumsden LLP
Attorneys at Law

302 Jefferson Street, Suite 200
Raleigh, North Carolina 27605
Telephone: (919) 828-3966
Facsimile: (919) 828-3927

**By Overnight Delivery**
Lee Ann Bennett
Clerk of Court
Bankruptcy Court for the Middle
 District Of Florida
801 North Florida Ave.
Suite 1620
Tampa, FL 33602

**CM/ECF Notices**

Dear Ms. Bennett:

    I request to be removed from the ECF notice list in the following cases pending in the Bankruptcy Court for the Middle District of Florida:

        Case No.06-01376: Inman
        Case No. 05-25134: J&M Services
        Case No. 06-04089: Kentucky Gold
        Case No. 07-03423: Mulligan Society
        Case No. 05–03817: Winn Dixie

    Thank you for your assistance.  Please call me at 919-828-3966 if you need additional information.

Sincerely,
UNTI & LUMSDEN LLP


Margaret C. Lumsden
