**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## JOINT MOTION TO EXTEND PRETRIAL DEADLINES

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") and PECO Pallets, Inc. ("PECO") request an order extending the deadline to file and serve their witness exhibit lists and trial memoranda in connection with the trial on PECO's Application for Administrative Expense Claim, and in support says:

1.    On December 21, 2006, PECO filed its Application for Administrative Expense Claim (Doc. No. 13348).

2.    On August 13, 2007, the Court entered an Order Scheduling Trial on PECO's Claim (Doc. No. 19703), pursuant to which the parties are required to file and serve their respective witness and exhibit lists and trial memoranda by April 28, 2008.  The trial on PECO's administrative expense claim is scheduled for May 8, 2008

3.    Upon motion by the parties, the Court extended the deadline for filing these pleading until May 2, 2008.

4.    Winn-Dixie began its deposition of PECO's corporate representative on April 23, 2008.  The deposition was cut short to allow PECO's representative

more time to review PECO's business records.  The deposition was not completed until April 30, 2008.

5.     The parties, therefore, have agreed to extend the date to file and serve their witness and exhibits lists and trial memoranda until May 5, 2008.

WHEREFORE, the parties request the Court to enter an order extending the deadline for each of the parties to file their exhibit lists and trial memoranda until May 5, 2008.

Dated: May 1, 2008

STUTSMAN THAMES & MARKEY          SMITH HULSEY & BUSEY


By:   /s/ Richard R. Thames*          By:   /s/ Allan E. Wulbern
       Richard R. Thames                     Stephen D. Busey
       Robert A. Heekin, Jr.                 Allan E. Wulbern
                                             Beau Bowin

Florida Bar Number 718459
Florida Bar Number 652083              225 Water Street 175511
50 North Laura Street, Suite 1600       Suite 1800
Jacksonville, Florida  32202           Jacksonville, Florida  32202
(904) 358-4000                         (904) 359-7700
(904) 358-4001 (facsimile)             (904) 359-7708 (facsimile)
rrthames@stmlaw.net                    awulbern@smithhulsey.com
rheekin@stmlaw.net                     bbowin@smithhulsey.com

Counsel for PECO Pallets, Inc.         Counsel for Reorganized Debtors

*Counsel has authorized the use of his electronic signature.

00607949