UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**APPLICATION FOR THE ALLOWANCE
OF PROFESSIONAL FEES AND COSTS**

Plaintiff/Creditor, PILAR CANCIO, by and through her undersigned counsel, RAFAEL GONZALEZ, P.A., hereby move for professional fees and costs pursuant to Chapter 11, Section 503 and in accordance with Section 12(a) of the Plan of Reorganization in the above-styled cause, hereinafter referred to as "the Plan", files this its Application for the Allowance of Professional Fees and Costs and, in support thereof, state as follows:

1. Counsel for the Plaintiff/Creditor, RAFAEL GONZALEZ, P.A. has expended professional fees and costs in connection with pursing a claim on behalf of the Plaintiff/Creditor, PILAR CANCIO, in regards to a slip and fall she suffered in Winn-Dixie Store #0267 located at 5585 Overseas Highway, Marathon, Florida 33050, on March 19, 2005.

2. Professional fees have been incurred in bringing a claim against Reorganize Debtor, WINN-DIXIE STORES, INC. on behalf of Plaintiff/Creditor PILAR CANCIO.

3. Costs have also been incurred in bringing a claim against Reorganize Debtor, WINN-DIXIE STORES, INC. on behalf of Plaintiff/Creditor PILAR CANCIO.

4. Incurring such professional fees and costs were necessary and benefited the Plaintiff/Creditor, PILAR CANCIO.

WHEREFORE, Counsel for the Plaintiff/Creditor, PILAR CANCIO, prays that this Court enter an Order allowing and authorizing the reimbursement of professional fees of $7,250 and costs of $597.46 and grant any other relief as this Court deems just.

May 2, 208

Respectfully submitted,

                                      /s/ Rafael Gonzalez, Esq.
                                      RAFAEL GONZALEZ
                                      Rafael@RafaelGonzalezPA.com
                                      FLA. BAR #0511021
                                      6600 Taft Street, Suite 307
                                      Hollywood, Florida 33024
                                      Telephone: 954-961-5100
                                      Facsimile: 954-744-5827

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was filed through the CM/ECF filing system on May 2, 2008, which shall cause a copy to be served on James H. Post, Esq., Counsel for Reorganized Debtors, Mattew Barr, Esq. and John MacDonald, Esq., Counsel for the Post Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

                                      /s/ Rafael Gonzalez, Esq.
                                      RAFAEL GONZALEZ
                                      Attorney at Law