UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### NOTICE OF WITHDRAWING APPLICATION FOR THE ALLOWANCE OF PROFESSIONAL FEES AND COSTS

Plaintiff/Creditor, PILAR CANCIO, by and through her undersigned counsel, RAFAEL GONZALEZ, P.A., hereby files Notice of Withdrawing Application for the Allowance of Professional Fees and Costs.

May 2, 208

Respectfully submitted,

/s/ Rafael Gonzalez, Esq.
RAFAEL GONZALEZ
Rafael@RafaelGonzalezPA.com
FLA. BAR #0511021
6600 Taft Street, Suite 307
Hollywood, Florida 33024
Telephone: 954-961-5100
Facsimile: 954-744-5827

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was filed through the CM/ECF filing system on May 2, 2008, which shall cause a copy to be served on James H. Post, Esq., Counsel for Reorganized Debtors, Mattew Barr, Esq. and John MacDonald, Esq., Counsel for the Post Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/ Rafael Gonzalez, Esq.
RAFAEL GONZALEZ
Attorney at Law