**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**REORGANIZED DEBTORS' OBJECTION TO CLAIM
FILED BY MARK GRANITO (CLAIM NO. 13826)**

The Debtors object to the allowance of Claim No. 13826 filed in Case No. 05-03837-3F1 by Mark Granito upon the grounds specified below. In making these objections, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

1. The Debtors deny any liability on the debt alleged in the Claim.

2. The Debtors dispute the amount of the debt alleged in the Claim.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

- 2 -

3. This Claim was untimely filed.

Dated: May 5, 2008.

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
  James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for the Reorganized Debtors

- 3 -

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to Mark Granito, c/o Mark A. Zimmerman, Post Office Box 208, Deland, Florida 32724-02081 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 5th day of May, 2008.

                                                 *s/ James H. Post*
                                                                  Attorney

00607735