# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## WITNESS LIST AND EXHIBIT LIST

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), submit this witness list and exhibit list pursuant to this Court's order scheduling trial (Doc. No. 17789) on PECO Pallets, Inc.'s ("PECO") administrative expense claim (Doc. No. 13348).

### Witness List

1. Ronnie Calloway
2. Bill Ourand

### Exhibit List

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 1 | Snow - 1 | | | November 28, 2005 email chain among Jorge Aguilar, Russ Day; Roger Learnard, Shawn Mayne and Patrick Hearly regarding IFCO update |
| 2 | Snow - 2 | | | May 10, 2006 email from Kim Snow to Russ Day regarding First Coast Pallet |

|  |  |  |  |  |
|---|---|---|---|---|
| 3 | Snow - 4 |  |  | October 12, 2006 email from Mike Navaroli to Kim Snow regarding Distributor audits |
| 4 | Marcus – 6 & 11 |  |  | December 14, 2006 email from Mike Navaroli to Brian Davis regarding Winn-Dixie Audit |
| 5 | Snow - 6 |  |  | PECO Service Visit Call Report |
| 6 |  |  |  | December 19, 2006 letter from PECO to Winn-Dixie transmitting PECO invoice |
| 7 | Snow - 5 |  |  | January 3, 2007 email from Kim Snow to Mike Navaroli regarding Winn-Dixie attachment |
| 8 | Snow - 8 |  |  | March 2, 2007 email from Amy Wurth to Kim Snow regarding Winn-Dixie Montgomery |
| 9 | Snow - 14 |  |  | April 9, 2007 email from Kim Snow to Jeff Euritt regarding Winn-Dixie audit |
| 10 | Marcus - 16 |  |  | May 10, 2007 email chain among Russ Day, Darren Cohen, Jorge Aguilar, Robert Gaddy and Amy Wurth regarding Winn-Dixie returns in Alabama |
| 11 | Snow - 17 |  |  | May 11, 2007 email from Mike Tebay to Susie Cuevas, et al., regarding Winn-Dixie claim |

| | | | | |
|---|---|---|---|---|
| 12 | Marcus - 13 | | | May 11, 2007 email from Mike Navaroli to Brian Marcus regarding Winn-Dixie Montgomery |
| 13 | Snow - 9 | | | Wal-Mart Birmingham/Amware at a Glance |
| 14 | Snow - 15 | | | August 3, 2007 email from Kim Snow to Brian Marcus and Jeff Euritt regarding Winn-Dixie 2007 Audit |
| 15 | Snow – 16 | | | February 10, 2008 email from Kim Snow to Ashley Petty regarding IFCO Homeland on Unidentified returns list |
| 16 | | | | PECO Audits Procedures |
| | | | | All exhibits listed on PECO's Exhibit List. |

SMITH HULSEY & BUSEY


By:   */s/ Allan E. Wulbern*
      Stephen D. Busey
      Allan E. Wulbern
      Beau Bowin

Florida Bar No. 117790
Florida Bar No. 175511
Florida Bar No. 792551
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

3

## Certificate of Service

I certify that a copy of the foregoing has been furnished by CM/ECF notification to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202 this 5th day of May, 2008.

_/s/ Allan E. Wulbern_
Attorney

00608274