UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

PECO PALLETS, INC.'S NOTICE OF
FILING EXHIBIT LIST AND WITNESS LIST

PECO Pallets, Inc. ("PECO") gives notice of filing of the attached Exhibit and Witness Lists in connection with the trial of its application for allowance and payment of an administrative expense. PECO reserves the right to amend its Exhibit List as circumstances warrant.

STUTSMAN THAMES & MARKEY, P.A.

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for PECO Pallets, Inc.

## Certificate of Service

I certify that on May 6, 2008 the foregoing was furnished by the CM/ECF electronic notification system to Cynthia C. Jackson, Esq., Allan Wulbern, Esq. and Beau Bowin, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

/s/ Richard R. Thames
_____
Attorney

68208

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## EXHIBIT LIST
### PECO PALLETS, INC.'S APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 1. | 5/8/08 | | PECO | Winn-Dixie's response to PECO's First Set of Interrogatories |
| 2. | 5/8/08 | | PECO | Winn-Dixie Rollout.xls spreadsheet |
| 3. | 5/8/08 | | PECO | Agreement for Use of PECO Pallets between Winn-Dixie and PECO, dated October 22, 2003 |
| 4. | 5/8/08 | | PECO | Corporate Review - Winn-Dixie February 2005 Audits |
| 5. | 5/8/08 | | PECO | Corporate Review - Winn-Dixie May 2006 Audits |
| 6. | 5/8/08 | | PECO | Corporate Review - Winn-Dixie May 2007 Audits |

| | | | | |
|---|---|---|---|---|
| 7. | 5/8/08 | | PECO | Transactional Data Notebook produced by PECO for Winn-Dixie transactions February 2005 - November 2006, as supplemented |
| 8. | 5/8/08 | | PECO | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Hammond, LA - transactions from February 2005 - May 2006 |
| 9. | 5/8/08 | | PECO | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Montgomery, AL - transactions from February 2005 - May 2006 |
| 10. | 5/8/08 | | PECO | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Jacksonville, FL - transactions from February 2005 - May 2006 |
| 11. | 5/8/08 | | PECO | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Jacksonville, FL (Baldwin) - transactions from February 2005 - May 2006 |
| 12. | 5/8/08 | | PECO | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Miami, FL - transactions from February 2005 - May 2006 |
| 13. | 5/8/08 | | PECO | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Orlando, FL - transactions from February 2005 - May 2006 |

| | | | | |
|---|---|---|---|---|
| 14. | 5/8/08 | | PECO | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Pompano Beach, FL - transactions from February 2005 - May 2006 |
| 15. | 5/8/08 | | PECO | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Hammond, LA - transactions from May 2006 - May 2007 |
| 16. | 5/8/08 | | PECO | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Montgomery, AL - transactions from May 2006 - May 2007 |
| 17. | 5/8/08 | | PECO | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Jacksonville, FL - transactions from May 2006 - May 2007 |
| 18. | 5/8/08 | | PECO | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Jacksonville, FL (Baldwin) - transactions from May 2006 - May 2007 |
| 19. | 5/8/08 | | PECO | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Miami, FL - transactions from May 2006 - May 2007 |
| 20. | 5/8/08 | | PECO | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Orlando, FL - transactions from May 2006 - May 2007 |

| | | | | |
|---|---|---|---|---|
| 21. | 5/8/08 | | PECO | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Pompano Beach, FL - transactions from May 2006 - May 2007 |
| 22. | 5/8/08 | | PECO | Summary Inventory Count Form - Hammond, LA |
| 23. | 5/8/08 | | PECO | Summary Inventory Count Form - May 3, 2006 - Montgomery, AL |
| 24. | 5/8/08 | | PECO | Summary Inventory Count Form - May 5, 200[6] - Jacksonville, FL |
| 25. | 5/8/08 | | PECO | Summary Inventory Count Form - May 5, 2006 - Jacksonville (Baldwin), FL |
| 26. | 5/8/08 | | PECO | Summary Inventory Count Form - May 3, 2006 - Miami, FL |
| 27. | 5/8/08 | | PECO | Summary Inventory Count Form - May 8, 2006 - Orlando, FL |
| 28. | 5/8/08 | | PECO | Summary Inventory Count Form - May 4, 2006 - Pompano Beach, FL |
| 29. | 5/8/08 | | PECO | E-mail from Kim Snow - Bates Numbers P2471-P2479, with six attached photos |

| 30. | 5/8/08 | | PECO | Transcript - Deposition of Ronnie Calloway |

66942

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## WITNESS LIST OF PECO PALLETS, INC.

PECO Pallets, Inc. ("PECO") hereby gives notice of its intent to call the following witnesses at the trial of its application for allowance and payment of an administrative expense:

1. Brian Marcus, Data Management Analyst
   PECO Pallets, Inc.

2. Kim Snow, Territory Business Manager
   PECO Pallets, Inc.

3. Tom Kuczmarski, CFO
   PECO Pallets, Inc.

4. Ronnie Calloway, Director of Distribution
   Winn-Dixie Stores, Inc.

- All witnesses identified by the other parties to this adversary proceeding.

                    **STUTSMAN THAMES & MARKEY, P.A.**

By /s/ Richard R. Thames
    Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for PECO Pallets, Inc.

## Certificate of Service

I certify that on May 6, 2008 the foregoing was furnished by the CM/ECF electronic notification system to Cynthia C. Jackson, Esq., Allan Wulbern, Esq. and Beau Bowin, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

/s/ *Richard R. Thames*
_____
Attorney

68207