UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter    11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING MOTION FOR RELIEF FROM STAY

The Court finds that the Motion for Relief From Stay filed by Todd E. Copeland on behalf of Stephen Hadley on May 6, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Motion for Relief From Stay filed by Todd E. Copeland on behalf of Stephen Hadley on May 6, 2008 is stricken from the record.

**DATED** May 6, 2008, at Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Todd E. Copeland, Attorney for Movant, 338 North Magnolia Ave., Suite B, Orlando, FL 32801
James H. Post, 225 Water Street, Suite 1800, Jacksonville, FL 32202