UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

### JOINT MOTION FOR CONTINUANCE OF TRIAL OF (i) CONSOLIDATED BISCUIT COMPANY'S APPLICATION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE AND (ii) DEBTOR'S OBJECTION TO CLAIM NO. 13321

Consolidated Biscuit Company ("Consolidated") and Winn-Dixie Stores, Inc. ("Winn-Dixie") jointly move the Court for a continuance of the trial scheduled for June 19, 2008 on (i) Consolidated's Application for Allowance and Payment of Administrative Expense [Docket No. 8930] and (ii) Debtor's Amended Objection to Claim No. 13321 [Docket No. 17219, Amending Docket No. 12532], and in support of the motion state:

1. On January 18, 2005, Consolidated entered into an Asset Purchase Agreement with Winn-Dixie pursuant to which Consolidated purchased Winn-Dixie's Valdosta, Georgia bakery facilities. The Asset Purchase Agreement was accompanied by a Contract Packaging Agreement by which Winn-Dixie agreed to purchase ingredients and packaging material from Consolidated.

2. On June 29, 2006, Consolidated filed claim number 13321 for pre-petition amounts allegedly due from Winn-Dixie under both the Asset Purchase Agreement and the Contract Packaging Agreement (the "Unsecured Claim").

3.      On June 30, 2006, Consolidated filed its Application for Administrative Expense for post-petition amounts allegedly due from Winn-Dixie under the agreements [Doc. No. 8930].

4.      On July 6, 2007, Winn-Dixie filed its Amended Objection [Docket No. 17219, Amending Docket No. 12532], asking the Court to disallow the Unsecured Claim.

5.      The consolidated trial of the Amended Objection and the Application for Administrative Expense is currently set for June 19, 2008.

6.      Despite best efforts, the parties have been unable to complete trial preparation due primarily to commitments in other matters. A further amendment of pleadings is also anticipated.

7.      A continuance of the June 19, 2008 trial is therefore warranted.

WHEREFORE, Winn-Dixie Stores, Inc. and Consolidated Biscuit Company jointly request a 90-day continuance of the trial currently scheduled for June 19, 2008.

| SMITH HULSEY & BUSEY | STUTSMAN THAMES & MARKEY, P.A. |
|---|---|
| By /s/ Cynthia C. Jackson* | By /s/ Richard R. Thames |
| Cynthia C. Jackson | Richard R. Thames |
| Allan E. Wulbern | Robert A. Heekin, Jr. |
| Florida Bar Number 498882 | Florida Bar Number 0718459 |
| Florida Bar Number 792551 | Florida Bar Number 0652083 |
| 225 Water Street, Suite 1800 | 50 N. Laura Street, Suite 1600 |
| Jacksonville, Florida 32202 | Jacksonville, Florida 32202 |
| (904) 359-7700 | (904) 358-4000 |
| (904) 359-7708 (Facsimile) | (904) 358-4001 (Facsimile) |
| cjackson@smithhulsey.com | rthames@stmlaw.net |
| awulbern@smithhulsey.com | rheekin@stmlaw.net |
| Attorneys for Winn-Dixie Stores, Inc. | Attorneys for PECO Pallets, Inc. |

* Electronic signature affixed by consent.

## Certificate of Service

I certify that on May 6, 2008, the foregoing was filed electronically with the Court's CM/ECF electronic filing system which will in turn generate a notice of filing to Cynthia C. Jackson, Esq. and Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

/s/ Richard R. Thames
_____
Attorney

68218