# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## WINN-DIXIE'S NOTICE OF SUPPLEMENTAL AUTHORITY

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), submit this notice of supplemental authority pursuant to this Court's order scheduling trial (Doc. No. 17789) on PECO Pallets, Inc.'s administrative expense claim (Doc. No. 13348).

### Authority

1. *Gene B. Glick Co., Inc. v. Sunshine Ready Concrete Co., Inc.*, 651 So.2d 190 (Fla. 4th DCA 1995) ("Unjust enrichment is equitable in nature and cannot exist where payment has been made for the benefit incurred").

2

2. *In re Paxson Electric Co.,* 248 B.R. 451 (Bankr. M.D. Fla. 2000) (holding same; Funk J.)

SMITH HULSEY & BUSEY

By: */s/ Allan E. Wulbern*
    Stephen D. Busey
    Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished by CM/ECF notification to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202 this 7th day of May, 2008.

                                                       */s/ Allan E. Wulbern*
                                                              Attorney

608530