**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | **Case No.: 3:05-bk-03817-JAF** |
| **WINN-DIXIE STORES, INC., et al.,** | ) | **Chapter 11** |
| | ) | |
| Debtors. | ) | **Jointly Administered** |

___

**NOTICE OF DISINTEREST AND REQUEST TO NO LONGER RECEIVE NOTICES**
___

**COMES NOW** Robert P. Laney, counsel for Lynn Day and shows to the Court that all prior known claims of the Lynn Day have been resolved. Accordingly, the undersigned hereby enters his Notice of Disinterest in the above captioned cases and requests to be removed from the Master Service List and the Court's CM/ECF notification system concerning the above captioned case. The undersigned and Lynn Day reserves all rights with respect to any future claims which may arise.

Respectfully submitted this 7 day of May, 2008.

/s/Robert P. Laney            .
Robert P. Laney
McElwee Firm, PLLC
906 Main Street
North Wilkesboro, NC  28659
Telephone:     (336) 838-1111
Facsimile:     (336) 838-5069
E-mail: Blaney@McElweeFirm.com
NC Bar # 7850

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was made this 7 day of May, 2008 via CM/ECF Noticing upon all parties who are registered and have consented to electronic noticing.

    This the 7 day of May, 2008.

                                             /s/Robert P. Laney         .
                                             Robert P. Laney
                                             McElwee Firm, PLLC
                                             906 Main Street
                                             North Wilkesboro, NC  28659
                                             Telephone:     (336) 838-1111
                                             Facsimile:      (336) 838-5069
                                             E-mail: Blaney@McElweeFirm.com
                                             NC Bar # 7850