IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF Florida
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## **WINN-DIXIE'S OBJECTIONS TO PECO PALLETS' EXHIBITS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), pursuant to this Court's order scheduling trial (Doc. No. 13348) on PECO Pallets, Inc.'s ("PECO") administrative expense claim, make the following objections to PECO's exhibits (Doc. No. 20480).

| **Exhibit No.** | **Description** | **Objection** |
|---|---|---|
| 1. | Winn-Dixie's response to PECO's First Set of Interrogatories | |
| 2. | Winn-Dixie Rollout.xls spreadsheet | |
| 3. | Agreement for Use of PECO Pallets between Winn-Dixie and PECO, dated October 22, 2003 | |
| 4. | Corporate Review – Winn-Dixie February 2005 Audits | Hearsay Best Evidence |

| 5.  | Corporate Review – Winn-Dixie May 2006 Audits | Hearsay |
|---|---|---|
| 6.  | Corporate Review – Winn-Dixie May 2007 Audits | Hearsay |
| 7.  | Transactional Data Notebook produced by PECO for Winn-Dixie transactions February 2005 – November 2006, as supplemented | Hearsay |
| 8.  | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Hammond, LA – transactions from February 2005 – May 2006 | Hearsay |
| 9.  | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Montgomery, AL – transactions from February 2005 – May 2006 | Hearsay |
| 10. | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Jacksonville, FL – transactions from February 2005 – May 2006 | Hearsay |
| 11. | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Jacksonville, FL (Baldwin) – transactions from February 2005 – May 2006 | Hearsay |
| 12. | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Miami, FL – transactions from February 2005 – May 2006 | Hearsay |
| 13. | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Orlando, FL – transactions from February 2005 – May 2006 | Hearsay |
| 14. | Transactional backup for May 2006 audit of Winn-Dixie distribution center, Pompano Beach, FL – transactions from February 2005 – May 2006 | Hearsay |
| 15. | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Hammond, LA – transactions from May 2006 – May 2007 | Hearsay |

|  |  |  |
|---|---|---|
| 16. | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Montgomery, AL – transactions from May 2006 – May 2007 | Hearsay |
| 17. | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Jacksonville, FL – transactions from May 2006 – May 2007 | Hearsay |
| 18. | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Jacksonville, FL (Baldwin) – transactions from May 2006 – May 2007 | Hearsay |
| 19. | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Miami, FL – transactions from May 2006 – May 2007 | Hearsay |
| 20. | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Orlando, FL – transactions from May 2006 – May 2007 | Hearsay |
| 21. | Transactional backup for May 2007 audit of Winn-Dixie distribution center, Pompano Beach, FL – transactions from May 2006 – May 2007 | Hearsay |
| 22. | Summary Inventory Count Form – Hammond, LA | |
| 23. | Summary Inventory Count Form – May 3, 2006 – Montgomery, AL | |
| 24. | Summary Inventory Count Form – May 5, 2005[6] – Jacksonville, FL | |
| 25. | Summary Inventory Count Form – May 5, 2006 – Jacksonville (Baldwin), FL | |
| 26. | Summary Inventory Count Form – May 3, 2006 – Miami, FL | |
| 27. | Summary Inventory Count Form – May 8, 2006 – Orlando, FL | |

| 28. | Summary Inventory Count Form – May 4, 2006 – Pompano Beach, FL | |
| --- | --- | --- |
| 29. | E-mail from Kim Snow – Bates Numbers P2471- P479, with six attached photos | |

SMITH HULSEY & BUSEY

By:   */s/ Allan E. Wulbern*
       Stephen D. Busey
       Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

4

## Certificate of Service

I certify that a copy of the foregoing has been furnished by CM/ECF notification to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202 this 7th day of May, 2008.

>                    */s/ Allan E. Wulbern*
>                              Attorney

608516