# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## AGREED ORDER RESOLVING CURE OBJECTION
## FILED BY MOULTON PROPERTIES, INC. (STORE NO. 412)

This cause came before the Court on (i) the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie") (Docket No. 8941), (ii) the Response to Debtors' Motion to Assume Non-Residential Real Property Leases and Objection to Proposed Cure Amounts filed by Moulton Properties, Inc. ("Moulton") with respect to Store Nos. 412 and 493 (Docket No. 9594) (the "Cure Objection") and (iii) the Twenty-Sixth Omnibus Objection to Claims filed by Winn-Dixie, as it relates to claim number 6797 filed by Moulton (Docket No. 12281) (the "Twenty-Sixth Omnibus Objection").

On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the exhibits to the order.  On December 20, 2006, the Court entered an order correcting the Docket No. 12908 order (Docket No. 13344).  Included among the

several proofs of claim listed on Exhibit B of the Docket No. 13344 order is claim number 6797 filed by Moulton with respect to Store No. 412. The Docket No. 13344 order reclassified claim number 6797 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.   The Cure Objection is overruled as to Store No. 412.[1]

2.   Proof of claim number 6797 filed by Moulton with respect to Store No. 412 is allowed as an administrative claim in the amount of $50,634.71, $49,480.80 of which Winn-Dixie has paid to Moulton. Within ten (10) business days of entry of this agreed order, Winn-Dixie will pay Moulton $1,153.91 in full satisfaction of any right to cure that Moulton has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 412.

3.   This Agreed Order resolves all liabilities and obligations related to all proofs of claim and administrative expense claims pertaining to Store No. 412 filed by Moulton in these Chapter 11 cases.

4.   Winn-Dixie reserves the right to pursue any claims against Moulton for repairs to the Store No. 412 premises or reimbursement of the expenses for restoration of the Store No. 412 premises required as a result of any hurricane that occurred prior to the date of this agreed order. Moulton reserves all defenses to any such claims.

---

[1] This Agreed Order only resolves the Cure Objection as to Store No. 412 and proof of claim number 6797 filed by Moulton (the landlord for Store No. 412). The Cure Objection as it relates to Store No. 493 and proof of claim number 7394 filed by Moulton were resolved pursuant to the Court's June 29, 2007 order (Doc. No. 17137).

5.    This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this ___7___ day of May, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00606998

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

STUTSMAN THAMES & MARKEY, P.A.   SMITH HULSEY & BUSEY

By   *s/ Richard R. Thames\**       By   *s/ Cynthia C. Jackson*
      Richard R. Thames, F.B.N. 0718459      Cynthia C. Jackson, F.B.N. 498882

50 North Laura Street, Suite 1600      225 Water Street, Suite 1800
Jacksonville, Florida 32202          Jacksonville, Florida 32202
(904) 358-4000                (904) 359-7700
(904) 358-4001 (facsimile)         (904) 359-7708 (facsimile)
RRT@stmlaw.net             cjackson@smithhulsey.com

Counsel for Moulton Properties, Inc.    Co-Counsel for Reorganized Debtors

*Counsel has authorized his electronic signature.

00606998