UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER RESOLVING CLAIM
NO. 11060 FILED BY DERYL PHILLIPS**

This cause is before the Court upon the claim filed by in these cases by Deryl Phillips (Claim No 11060). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The claim filed by Deryl Phillips against Winn-Dixie Louisiana, Inc. in these Chapter 11 cases (Claim No. 11060) is disallowed without prejudice to the rights of Deryl Phillips, if any, to pursue workers compensation benefits from the Debtors under applicable state law. Nothing in this Agreed Order shall be construed to permit or authorize Deryl Phillips to prosecute any claims or requests for any other form of relief against the Debtors except for workers compensation benefits, if any, available under applicable state law.

2. The Court shall retain jurisdiction to resolve any disputes arising from

this Order.

Dated this \_\_8\_\_ day of May, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any interested party who has not received this order through the CM/ECF system and file a proof of service]

551615

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

Dated: May 7, 2008.

SMITH HULSEY & BUSEY                                THE REIB FIRM

By___*s/ Leanne McKnight Prendergast*___      By___*s/ Scott Reib*___
      James H. Post                                              Scott Reib
      Leanne McKnight Prendergast

                                                                              4851 South I-35, Suite 201
Florida Bar Number 59544                                Corinth, Texas 76210
225 Water Street, Suite 1800                           (940) 591-0600
Jacksonville, Florida 32202                             (940) 591-0622 (facsimile)
(904) 359-7700                                                 scott@reiblaw.com
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com                      Counsel for Deryl Phillips

Counsel for the Reorganized Debtors
                                                                              *counsel has authorized the use of his electronic signature*