

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
May 8, 2008
11:30 A.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/Allan Wulbern/James Post

HEARING:

TRIAL:  Application for Payment of Administrative Expenses filed by PECO Pallets, Inc. (13348)

| | |
|---|---|
| (20477) | Trial Memorandum filed by PECO |
| (20478) | Trial Memorandum in Opposition to PECO's Application filed by Debtor |
| (20479) | Witness List and Exhibit List filed by Debtor |
| (20480) | Witness List and Exhibit List filed by PECO |
| (20481) | Notice of Filing Transcript and Exhibits from Deposition of Kim Snow taken 4/22/08 filed by Debtor |
| (20482) | Witness List and Amended Exhibit List filed by Debtor |
| (20484) | Notice of Filing Transcript and Exhibits from Deposition of Brian Marcus taken 4/23/08 and 4/30/08 filed by Debtor |
| (20489) | Notice of Debtor's Supplemental Authority |
| (20491) | Objection by Debtor to PECO's Exhibits |

*Settled - papers from Thames*

APPEARANCES:
US TRUSTEE:    ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD
               MATTHEW S. BARR
PECO:          RICHARD R. THAMES