UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

ORDER GRANTING CONTINUANCE OF TRIAL OF
(i) CONSOLIDATED BISCUIT COMPANY'S APPLICATION
FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE AND (ii) DEBTOR'S OBJECTION TO CLAIM NO. 13321

This Chapter 11 case came before the Court upon the joint motion of Consolidated Biscuit Company and Winn-Dixie Stores, Inc. seeking a continuance of the trial scheduled for June 19, 2008 on (i) Consolidated's Application for Allowance and Payment of Administrative Expense [Docket No. 8930] and (ii) Debtor's Amended Objection to Claim No. 13321 [Docket No. 17219, Amending Docket No. 12532]. Upon consideration thereof, it is ORDERED:

1. The Motion is Granted.

2. The trial of (i) Consolidated's Application for Allowance and Payment of Administrative Expense and (ii) Debtor's Amended Objection to Claim, is continued until SEPTEMBER 25, 2008 at 9:30 a.m.

DATED this 8 day of May, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Cynthia C. Jackson, Esq.
Allan E. Wulbern, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Richard R. Thames, Esq.
Stutsman Thames & Markey, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202

68226