## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE:                                  §
WINN DIXIE STORES, INC.                 §        Case No. 05-03817-JAF
                                        §
              Debtor.                   §

### NOTICE OF CHANGE OF ADDRESS

Please take notice that Sabrina L. Streusand of the firm of Streusand & Landon,

LLP represents Dell, Inc. ("Dell") in the above-referenced matter. The undersigned

attorney and law firm hereby enters her change of address pursuant to Bankruptcy Rule

9010(b) on behalf of the firm and request copies of all notices and pleadings pursuant to

Bankruptcy rul3 2002(a), (b), (e), and (f). All such notices should be addressed to the

following:

> Sabrina L. Streusand, Esq.
> Streusand & Landon, LLP
> 816 Congress Ave., Ste 1600
> Austin, Texas 78701
> 512.236.9900
> 512.236.9904 (Fax)
> streusand@streusandlandon.com

This request includes all papers, reports, orders, notices, applications, motions,

petitions, disclosure statements, plans of readjustment of debts or reorganization,

pleadings, appendices, exhibits, requests or demands, whether formal or informal,

whether written or oral, and transmitted or conveyed by mail. Courier service, telephone,

facsimile, telegraph, telex, electronically, or otherwise.

{006005/00074/00002642.1}

Dated: May 8, 2008.

Respectfully submitted,

/s/ *Sabrina L. Streusand*
Sabrina L. Streusand
State Bar No. 11701700
Streusand & Landon, LLP
816 Congress Ave., Ste. 1600
Austin, Texas 787-1
512.236.9900
512.236.9904 (fax)
streusand@streusandlandon.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served on this 8th day of May, 2008 via electronic filing to all parties.

/s/ *Sabrina L. Streusand*
Sabrina L. Streusand

{006005/00074/00002642.1}