# EXHIBIT "1"

## AFFIDAVIT OF MARIELA LEIVA

STATE OF FLORIDA            )
                            )SS
COUNTY OF MIAMI-DADE        )

Before me, the undersigned authority, this day personally appeared MARIELA LEIVA, who being first duly sworn under oath, deposes and says:

1. I am over 18 years of age.

2. I am the mother and natural guardian of minor, MICHAEL LEIVA, who was born on May 4, 2002.

3. On October 7, 2006 MICHAEL LEIVA fell from a faulty shopping cart at the WINN-DIXIE store #251 located at or about 3275 SW 22nd Street in Miami, Miami-Dade County, Florida.

4. Immediately after the October 7, 2006, incident, I notified WINN-DIXIE managers Oscar Duarte and Eduardo DeArmas about the faulty cart and the resulting injury that occurred.

5. Additionally, Manager DeArmas personally provided MICHAEL with ice for his head injury.

6. Although WINN-DIXIE's managers had actual knowledge of and were aware of MICHAEL's potential claim, I was never notified by WINN-DIXIE of the bankruptcy or any limitations governing the filing of MICHAEL's claim.

7. Ultimately it became evident that MICHAEL's injuries were serious and permanent in nature and I hired counsel in July of 2007 to investigate MICHAEL's potential claim.

8. Prior to the hiring of counsel, I was never notified by WINN-DIXIE of the bankruptcy or any limitations governing the filing of MICHAEL's claim.

_____
MARIELA LEIVA, mother and natural
Guardian of MICHAEL LEIVA

The foregoing Affidavit was acknowledged before me, an officer duly authorized in the State and County aforesaid, to take acknowledgments, this 7th day of May, 2008, by MARIELA LEIVA, who has provided personal identification to me.

_____
Notary Signature

MARGARITA BARO
Notary Public, State of Florida
Commission #DD764044
My Commission Expires May 10, 2012

MARGARITA BARO
Printed Name