**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**REORGANIZED DEBTORS' MOTION FOR ORDER MODIFYING THE PERMANENT INJUNCTION TO PERMIT THE PROSECUTION OF THE STATE COURT ACTION AND APPEAL FILED BY EARLINE WILLIAMS**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order modifying the permanent injunction to permit all parties to prosecute the State Court Action and related appeal filed by Earline Williams ("Claimant"), and in support thereof say:

1. Prior to the filing of the Reorganized Debtors' Chapter 11 Petitions, Earline Williams filed a personal injury action against debtor Winn-Dixie Louisiana, Inc. in the 15th Judicial District Court, Parish of Lafayette, Louisiana, Case No. 2000-4193 (the "State Court Action"). On May 10, 2004, a motion for summary judgment was granted in favor of debtor Winn-Dixie Louisiana, Inc. in the State Court Action, dismissing the complaint with prejudice.

2. On June 25, 2004, Claimant filed an appeal against Winn-Dixie Louisiana, Inc., in the Third Circuit Court of Appeal, State of Louisiana, Case No. 05 00216-CA (the "Appeal"). The Appeal has been stayed pending these Chapter 11 proceedings.

3. The Reorganized Debtors have waived the mediation requirement under the Claims Resolution Procedure established in these cases as to Claim Number 10584 filed by Earline Williams.

4. By this motion, the Reorganized Debtors request that the permanent injunction be modified to permit all parties to prosecute the State Court Action, including the Appeal, to final judgment.

WHEREFORE, the Reorganized Debtors request that the Court enter an order modifying the permanent injunction to permit all parties to prosecute the State Court Action and Appeal to final judgment.

Dated: May 9, 2008

          SMITH HULSEY & BUSEY

          By   */s/ Leanne McKnight Prendergast*
               James H. Post
               Leanne McKnight Prendergast

          Florida Bar Number 59544
          225 Water Street, Suite 1800
          Jacksonville, Florida  32202
          (904) 359-7700
          (904) 359-7708 (facsimile)
          lprendergast@smithhulsey.com

          Counsel for the Reorganized Debtors

00606626.2