**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF HEARING ON REORGANIZED DEBTORS'**
**MOTION FOR ORDER MODIFYING THE PERMANENT**
**INJUNCTION TO PERMIT THE PROSECUTION OF THE STATE**
**COURT ACTION AND APPEAL FILED BY EARLINE WILLIAMS**

PLEASE TAKE NOTICE that a hearing is scheduled for **June 12, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Reorganized Debtors' Motion for Order Modifying the Permanent Injunction to Permit the Prosecution of the State Court Action and Appeal Filed by Earline Williams.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an

2

additional security measure, a photo ID is required for entry into the Courthouse.

Dated: May 9, 2008

                                                        SMITH HULSEY & BUSEY

                                                        By    */s/ Leanne McKnight Prendergast*
                                                             James H. Post
                                                              Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

3

## Certificate of Service

I certify that a copy of the foregoing was furnished by mail to Michael S. Harper, Harper & Barry, LLP, Post Office Box 2020, Lafayette, Louisiana 70502-2020, on this 9th day of May, 2008.

                                                             */s/ Leanne McKnight Prendergast*
                                                              Attorney

00608152