UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**AGREED ORDER VACATING ORDER DISALLOWING THE CLAIMS FILED BY YVONNE BAUDOIN, DEBORAH BLUNT AND LYDIA HAYNES**

This matter is before the Court upon the Order on Debtor's Omnibus Objection to Unresolved Litigation Claims Due to Claimant's Failure to Participate in the Claims Resolution Procedure (Docket No. 20235). Based upon the consent of the parties as set forth below, it is

ORDERED:

1. The Order on Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimant's Failure to Participate in the Claims Resolution Procedure entered in theses cases on April 3, 2008 is vacated solely as it relates to the following claims:

   a. Claim Number 3996 filed by Yvonne Baudoin;

   b. Claim Number 4885 filed by Deborah Blunt; and

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

c. Claim Number 12617 filed by Lydia Haynes.

2. The entry of this Order is without prejudice to the Debtors' remaining objections to Claim Number 3996 filed by Yvonne Baudoin, Claim Number 4885 filed by Deborah Blunt and Claim Number 12617 filed by Lydia Haynes, including the Debtors' objections of disputed liability and disputed amount.

3. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 9 day of May, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Leanne McKnight Prendergast, Esq.

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00605075

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | FRISCHHERTZ & ASSOCIATES |
|---|---|
| By  *s/ Leanne McKnight Prendergast*<br>    Stephen D. Busey<br>    James H. Post<br>    Leanne McKnight Prendergast<br><br>Florida Bar Number 0059544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com<br><br>Counsel for Reorganized Debtors | By *s/ Francesco J. Guastella\**<br>    Francesco J. Guastella<br><br>1130 St. Charles Avenue<br>New Orleans, Louisiana  70130<br>(504) 523-1500<br>(504) 581-1670 (Facsimile)<br><br>Attorneys for Deborah Blunt<br><br><br>By *s/ Joslyn Alex\**<br>    Joslyn Alex<br><br>227 Rees Street<br>Breaux Bridge, Louisiana 70517<br>(337) 332-1180<br>(337) 332-5704 (Facsimile)<br><br>Attorney for Yvonne Baudoin and Lydia Haynes |

*\*counsel has authorized the use of their electronic signatures.*