UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,   )      Case No. 05-03817-3F1
                                                    Chapter 11
     Reorganized Debtors.         )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Kathy Germack (Claim No. 10983) [Docket No. 20460] was furnished by mail on May 9, 2008 to Kathy Germack c/o T. Patton Youngblood, Jr,. Esq., 106 S. Tampania Avenue, Suite 100, Tampa, Florida 33609-3256.

Dated: May 9, 2008

                 SMITH HULSEY & BUSEY

By ___s/ James H. Post___
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151