UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jess Parnell (Claim No. 9388) [Docket No. 20461] was furnished by mail on May 9, 2008 to Jess Parnell c/o Jeffery Kaitcer, Esq., Loe, Warren, Rosenfield, Kaitcher & Hibbs, 4420 West Vickery Blvd., Fort Worth, Texas 76107.

Dated: May 9, 2008

SMITH HULSEY & BUSEY

By ____s/ James H. Post____
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151