UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,   )         Case No. 05-03817-3F1
                                                        Chapter 11
      Reorganized Debtors.          )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Phyllis Freed [Docket No. 20464] was furnished by mail on May 9, 2008 to Phyllis Freed c/o Kenneth N. Metnick, Esq., Metnick, Levy & Long, 5150 Linton Blvd., Suite 320, Delray Beach, Florida 33484.

Dated: May 9, 2008

                                  SMITH HULSEY & BUSEY

                                  By       s/ James H. Post
                                       Stephen D. Busey
                                       James H. Post (FBN 175460)
                                       Cynthia C. Jackson

                                225 Water Street, Suite 1800
                                Jacksonville, Florida 32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                jpost@smithhulsey.com

                                Counsel for Reorganized Debtors

00569785