UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                       Chapter 11
            Reorganized Debtors.         )      Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Anna Roomsburg [Docket No. 20475] was furnished by mail on May 9, 2008 to Anna Roomsburg c/o Rena Fazio, Esq., Post Office Box 3003, Winter Park, Florida 32790-3003.

Dated: May 9, 2008

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785