UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Nancy Shealy [Docket No. 20451] was furnished by mail on May 9, 2008 to Nancy Shealy c/o Stephen Fernandez, Esq., Anderson & Fernandez, P.A., 1548 Metropolitan Blvd., Tallahassee, Florida 32308.

Dated: May 9, 2008

SMITH HULSEY & BUSEY

By     s/ James H. Post
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785