Hearing Date:  June 12, 2008 at 1:30 p.m.
Response Deadline:  June 2, 2008 at 4:00

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING ON DEBTORS' OMNIBUS**
**OBJECTION TO UNRESOLVED LITIGATION CLAIMS WHICH**
**HAVE BEEN SETTLED, RELEASED, WITHDRAWN OR ABANDONED**

Please take notice that a hearing is scheduled for **June 12, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Debtors' Omnibus Objection to Unresolved Litigation Claims as to those claims listed on Exhibit A attached, on the grounds that such claims have been settled, released, withdrawn or abandoned.

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 2, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: May 12, 2008

                                         SMITH HULSEY & BUSEY

                                         By    */s/ Leanne McKnight Prendergast*
                                                   Stephen D. Busey
                                                   James H. Post
                                                   Leanne McKnight Prendergast

                                         Florida Bar Number 59544
                                         225 Water Street, Suite 1800
                                         Jacksonville, Florida  32202
                                         (904) 359-7700
                                         (904) 359-7708 (facsimile)
                                         lprendergast@smithhulsey.com

                                         Counsel for the Reorganized Debtors

00609030

EXHIBIT A

Winn-Dixie Stores, Inc.            Page 1
Exhibit A            Dated 5/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| ALVERNIA, MAYHELA N | 13675 | $55,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| BECKER, JULIE | 13745 | $200,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| BROWN, RAYMOND | 5807 | $30,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| CHRISTMAN, KAY | 11217 | $250,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| CLINE, KATHLEEN | 5014 | $0.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| DIAZ, MARIA | 9905 | $35,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Raleigh, Inc.. | | | |
| FALERO, ALBERT | 4428 | $90,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| FERGUSON, LINDA | 11130 | $300,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| FERGUSON, LINDA | 11130 | $300,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| HARTFORD INSURANCE CO, SUBROGEE | 282 | $22,462.76 | NO LIABILITY--DISPUTED CLAIM; RELEASED CLAIM |
| Debtor: Winn-Dixie Supermarkets, Inc.. | | | |
| GORDON, VALERIE MARIE | 13670 | $20,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |

Winn-Dixie Stores, Inc.  
Exhibit A

Page 2  
Dated 5/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| GREENHOUSE, CONSTANCE | 1499 | $0.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| HARRIS, MAKIA | 1680 | $250,000.00 | NO LIABILITY--DISPUTED CLAIM; AN ABANDONED CLAIM |
| Debtor: Winn-Dixie Montgomery, Inc.. | | | |
| IFRAN, LILIAN MELENDEZ | 13813 | $0.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| MATTHEWMAN, MARLENE | 13728 | $22,219.15 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| MEJIAS-RAMOS, BLANCA M | 11110 | $30,000.00 | NO LIABILITY--DISPUTED CLAIM; AN ABANDONED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| RAY, HELEN | 2754 | $15,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| RODRIGUEZ, JESSICA | 9889 | $15,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| SANCHEZ, PATRICIA RIVERA | 7233 | $30,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| THIGPEN, AGNES | 3123 | $100,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| WAIDE, BEVERELY | 8563 | $250,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| WIGGINS, RALPH | 12719 | $6,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| WILLIS, MARY E | 4218 | $150,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |

Winn-Dixie Stores, Inc.  Page 3
Exhibit A  Dated 5/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| WOODARD, ANGELA | 7640 | $100,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| WOODARD, ANGELA | 7843 | $100,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |

Total Claims to be Disallowed :   25
Total Amount to be Disallowed:    $2,135,681.76, plus unliquidated amounts, if any

609030