**Hearing Date:  June 12, 2008 at 1:30 p.m.**
**Response Deadline:  June 2, 2008 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### NOTICE OF HEARING ON DEBTORS' OMNIBUS OBJECTION
### TO UNRESOLVED LITIGATION CLAIMS DUE TO CLAIMANTS'
### FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE

Please take notice that a hearing is scheduled for **June 12, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Omnibus Objection to Unresolved Litigation Claims as to those claims listed on Exhibit A attached, on the grounds that each of  the Claimants failed to comply with the Claims Resolution Procedure established by this Court.

---

[1]      In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

**Response Deadline**

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 2, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water

Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  June 12, 2008

SMITH HULSEY & BUSEY


By    */s/ Leanne McKnight Prendergast*
         Stephen D. Busey
         James H. Post
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

Exhibit A

| Name of Claimant | | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|---|
| ANHUAMAN, YANET | | 9486 | $150,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| BLOOMFIELD, GWYNDELL | | 9713 | $500,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| BRASWELL, JOSEPHINE | 10155 | $0.00 | | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| CLARK, MARGARET | | 12742 | $200,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| CLARK, MARGARET | | 12743 | $200,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Raleigh, Inc.* | | | | |
| DRIGGERS, HARROLD | | 5934 | $40,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Raleigh, Inc.* | | | | |
| ECKENROD, MARY | | 13633 | $75,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| FIALLEGA, LOURDES | | 8498 | $175,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| HARRIS, SYLVIA | | 2263 | $0.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| HERNANDEZ, ZOILA | | 13635 | $300,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| HINES, JUDITH | | 9775 | $300,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| HINES, JUDITH | | 9776 | $300,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |
| HINES, JUDITH | | 9777 | $300,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Supermarkets, Inc.* | | | | |
| JEAN-LOUIS, SIMONE | | 3826 | $50,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | | |

Winn-Dixie Stores, Inc.
Exhibit A

Page 2
Dated 5/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| JONES, JUANITA T | 6327 | $0.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| LAPORTE, ELIZABETH | 7067 | $50,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| LAWRENCE, VERNAL | 3994 | $0.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| LEBRON, ELIZABETH | 7651 | $200,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| NEGRON, EDWIN | 8433 | $150,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| PRIDE, TERRY D | 5242 | $15,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| SERRA, ADA | 4088 | $500,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| SMITH, VIRGINIA | 6710 | $61,900.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| TIRADO, ANA | 9918 | $60,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc.. | | |
| WALKER, SUSAN | 13255 | $60,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| WELLINGHOFF, ELMA | 11458 | $400,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| WILLIAMS, CORRIE LEE | 7245 | $50,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |

Total Claims to be Disallowed : 26
Total Amount to be Disallowed: $4,076,960, plus unliquidated amounts, if any

Exhibit B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                              )          Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,          )          Chapter 11

                    Reorganized Debtors.          )          Jointly Administered

**ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED**
**LITIGATION CLAIMS DUE TO CLAIMANTS' FAILURE TO**
**PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE**

This matter came before the Court for hearing on June 12, 2008, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims Due to the Claimants' Failure to Participate in the Claims Resolution Procedure (the "Objection") (Docket No. 19267) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates to the claims identified on Exhibit A to the Objection.  No responses to the Objection were filed or raised as to the claims identified in Exhibit A attached.  It is therefore

ORDERED AND ADJUDGED:

1.      The Objection is sustained as to the claims identified on Exhibit A.

2.      The claims identified on Exhibit A are disallowed.

3.      The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure.  This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to

stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

4.      This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this ____ day of June, 2008, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

00609029