# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                                        )         Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )         Chapter 11

        Reorganized Debtors[1].                  )         Jointly Administered


## NOTICE OF HEARING ON THE DEBTORS OBJECTION TO CLAIM FILED RALPH BURCHETT (CLAIM NO. 13817)

Please take notice that a hearing will be held on **June 12, 2008** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors Objection to the Claim filed by Ralph Burchett (Claim No. 13817) (Docket No. 17587) (the "Objection").

Only responses to the Objection which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **June 2, 2008**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: May 12, 2008

                                                                             SMITH HULSEY & BUSEY

                                                                             By  *s/ Leanne McKnight Prendergast*
                                                                                   Stephen D. Busey
                                                                                    James H. Post
                                                                                   Leanne McKnight Prendergast

                                                                    Florida Bar Number 59544
                                                                    225 Water Street, Suite 1800
                                                                    Jacksonville, Florida 32202
                                                                    (904) 359-7700
                                                                    (904) 359-7708 (facsimile)
                                                                    lprendergast@smithhulsey.com

                                                                    Counsel for Reorganized Debtors

00598554

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to Ralph Burchett c/o Eric M. Lamb, Esquire, P.O. Box 34275, Louisville, Kentucky 40232-4275 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 12th day of May, 2008.

                                        *s/ Leanne McKnight Prendergast*
                                                      Attorney

00609055