UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

### NOTICE OF CASE MANAGEMENT CONFERENCE

Please take notice that a case management conference on Debtors' Objection to the Claim filed by Josephina Delgado (Claim No. 13394) (Docket No. 12871) (the "Objection") scheduled for **June 12, 2008 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Objection for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

**PLEASE TAKE NOTICE THAT, IF YOU (THE CLAIMANT) FAIL TO APPEAR IN PERSON AT THE CASE MANAGEMENT CONFERENCE ON JUNE 2, 2008, THE DEBTORS WILL SEEK THE DISALLOWANCE OF YOUR CLAIM DUE TO YOUR FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE.**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones

00609099

are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: May 12, 2008

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

## **Certificate of Service**

    I certify that a copy of this document has been furnished electronically and/or by mail to (i) Josephina Delgado, 2125 N.W. 20 Avenue, Miami, Florida  33167, (ii) Josephina Delgado, c/o Bernard H. Butts, Jr., Esq., 1790 W. 49 Street, Suite 210, Hialeah, Florida 33012 and (iii) United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 12th day of May, 2006.



                                                               *s/ Leanne McKnight Prendergast*
                                                                            Attorney

00609099