## Timeline of Document Productions and Medical Release Authorizations

| | |
|---|---|
| 08-25-2004 | Prior attorneys for Mr. Wilson, Cohen and Cohen, request client sign authorizations for release of information to Sedgwick Claims Management as well as provide them with a list of medical care providers. Arrangements for a non-recorded statement are also made on that date. To the best of our information, all of the authorizations were signed and sent into Sedgwick and the statement was given on September 9, 2004. |
| | Questionnaire provided by Cohen and Cohen to Logan & Co. |
| 10-27-2006 | Social Security Disability Benefit Determination sent to Logan & Co. for their files. |
| 05-25-2007 | Telephone call to Stephanie Knight, Sedgwick Claims from David W. Langley discussing case status |
| 07-11-2007 | Detailed letter to Stephanie Knight, Sedgwick Claims outlining client's injuries and attaching medical records and request for mediation to be set. |
| 07-30-2007 | Telephone call from Stephanie Knight, Sedgwick Claims to David W. Langley discuss case and what records she needs/has. |
| 08-22-2007 | MRI Reports emailed to Stephanie Knight, Sedgwick Claims. Request by Ms. Knight not to send any other records unless requested as she has many records already in her possession for review. |
| 09-10-2007 | Advise Stephanie Knight, Sedgwick Claims that client had no primary care physician for the five year period before subject incident |
| 10-15-2007 | Documents sent to Stephanie Knight, Sedgwick Claims<br><br>Medical Records<br>1. Coast Chiropractic, Bates numbered 100029-65,<br>2. Diagnostic Professionals, Inc. of North Broward, Bates numbered 100090-91, and 254<br>3. Fort Lauderdale Pain Medicine, Bates numbered 100079-86,<br>4. Dr. Perry Hoeltzell, Bates numbered 10000-100028, 100087-89,<br>5. Oakland Park MRI, Bates numbered 100092-146,<br>6. Palm Beach-Broward Medical Imaging Center, Bates numbered 100147-153,<br>7. Performance Rehab, Bates numbered 10054-210,<br>8. Dr. Todd Relkin, Bates numbered 100211-236,<br>9. University MRI, Bates numbered 100237-240,<br>10. Walgreens Pharmacy, Bates numbered 100066- 78,<br>11. Windsor Imaging, Bates numbered 100241-233.<br><br>Social Security Disability Determination Report<br><br>Medical Records Release Authorizations for West Boca Medical and Holy Cross |
| 10-17-2007 | Updated billing records for Dr. Relkin sent to Stephanie Knight, |

Case 3:05-bk-03817-JAF    Doc 20542-1    Filed 05/13/08    Page 2 of 2

|  | Sedgwick Claims |
|---|---|
| 10-25-2007 | Telephone call to Stephanie Knight, Sedgwick Claims. She has received all the records. Will take awhile to review and advise if she needs anything else. |
| 11-02-2007 | Additional records from Anesco sent to Stephanie Knight, Sedgwick Claims. |
| 11-30-2007 | Email from Kimberly S. Gammit, Smith Hulsey & Busey, to David Langley to arrange for mediation in February. |
| 12-03-2007 | Telephone call from Christine Mann, David W. Langley's office, to Kimberly S. Gammit, Smith Hulsey & Busey, to advise dates of availability for mediation – any Friday or Monday. |
| 12-17-2007 | Topkin & Schwartz request medical release authorizations from client even after advised already provided records and authorizations to claims adjuster. |
| 12-18-2007 | Telephone call to Stephanie Knight, Sedgwick Claims. She needs to work up rest of medical bills and make sure they have what they need, f/u on mediation date. |
| 01-02-2008 | Telephone call from Topkin Schwartz requesting status of authorizations. Advise that medical records and authorizations for medical records already provided to Sedgwick Claims and they have all records as well as records release authorizations. Advised they are canceling mediation until re-do authorizations for Topkin Schwartz. |
| 01-08-2008 | Telephone call from Marsha regarding mediation coming up. Advise we were told it was cancelled please call back if can be set. |
| 02-19-2008 | Telephone call from Sandy Topkin, Topkin & Schwartz, wants to know status of signing authorizations, will not set mediation without them. |