IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF DISINTEREST AND REQUEST TO
NO LONGER RECEIVE NOTICES**

**COMES NOW** Jon E. Kane, counsel for Pacific World Corporation and shows the Court that all prior known claims of Pacific World Corporation have been resolved. Accordingly, the undersigned hereby enters his Notice of Disinterest in the above captioned cases and requests to be removed from the Master Service List and the Court's CM/ECF notification system concerning the above captioned case. The undersigned and Pacific World Corporation reserve all rights with respect to any future claims which may arise.

Respectfully submitted this 14th day of May, 2008.

          /s/ Jon E. Kane_____
Jon E. Kane, Esq.
Fla. Bar Number 814202
Mateer Harbert, P.A.
P. O. Box 2854
Orlando, FL  32802-2854
Telephone: 407-425-9044
Facsimile: 407-423-2016

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was made this 14th day of May, 2008, via CM/ECF Noticing upon all parties who are registered and have consented to electronic noticing.

This 14th day of May, 2008.

          /s/ Jon E. Kane_____
Jon E. Kane, Esq.
Fla. Bar Number 814202