**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| **Debtors.** ) | Jointly Administered |

**NOTICE OF DISINTEREST AND REQUEST TO**
**NO LONGER RECEIVE NOTICES**

  **COMES NOW** Jon E. Kane, counsel for School Street Crossing, LP and shows the Court that all prior known claims of School Street Crossing, LP have been resolved. Accordingly, the undersigned hereby enters his Notice of Disinterest in the above captioned cases and requests to be removed from the Master Service List and the Court's CM/ECF notification system concerning the above captioned case. The undersigned and School Street Crossing, LP reserve all rights with respect to any future claims which may arise.

Respectfully submitted this 14th day of May, 2008.

               /s/ Jon E. Kane_____
               Jon E. Kane, Esq.
               Fla. Bar Number 814202
               Mateer Harbert, P.A.
               P. O. Box 2854
               Orlando, FL 32802-2854
               Telephone: 407-425-9044
               Facsimile: 407-423-2016

**CERTIFICATE OF SERVICE**

  I hereby certify that service of the foregoing was made this 14th day of May, 2008, via CM/ECF Noticing upon all parties who are registered and have consented to electronic noticing.

This 14th day of May, 2008.

               /s/ Jon E. Kane_____
               Jon E. Kane, Esq.
               Fla. Bar Number 814202