**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CONSENT MOTION TO CONTINUE TRIAL**
**ON COLONIAL'S CURE OBJECTION**

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") move the Court for entry of an order continuing the trial on Winn-Dixie's Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), with respect to the cure objection filed by Colonial Realty LP ("Colonial") (the "Cure Objection") (Doc. No. 9574), currently scheduled for May 22, 2008 at 9:30 a.m., and in support state:

1. On June 30, 2006, Winn-Dixie filed its Motion to Assume, seeking to assume several non-residential real property leases including the lease for Store No. 190.

2. On July 26, 2006, Colonial filed its Cure Objection asserting that it was owed amounts greater than those asserted by Winn-Dixie in the Motion to Assume.

3. A case management conference regarding the Motion to Assume and the Cure Objection was held on October 4, 2007.

4. On October 9, 2007, the Court entered an order scheduling a trial on the Motion to Assume and the Cure Objection for February 20, 2008 at 9:30 a.m. (the

"Scheduling Order") (Doc. No. 18483). On January 17, 2008, the Court entered an order continuing the trial until May 22, 2008 at 9:30 a.m. (Doc. No. 19539).

5. Since the Court entered its order continuing the trial on this matter, the parties have reached a settlement of their disputes and are working to finalize the form of an agreed order and related lease amendment that resolves the Motion to Assume and the Cure Objection. The parties need additional time to complete these items and to submit the agreed order to the Court.

6. For this reason, Winn-Dixie asks the Court for a continuance of the trial in this matter until further notice.

7. The undersigned counsel has conferred with counsel for Colonial, and Colonial consents to the relief sought in this motion.

WHEREFORE, Winn-Dixie requests an order of this Court continuing the trial on the Motion to Assume and the Cure Objection until further notice.

Dated: May 14, 2008

                                            SMITH HULSEY & BUSEY

                                            By    */s/ Cynthia C. Jackson*
                                                  Stephen D. Busey
                                                  Cynthia C. Jackson

                                            Florida Bar Number 498882
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            cjackson@smithhulsey.com

                                            Counsel for Winn-Dixie

Certificate of Service

I certify that the foregoing was furnished by mail and facsimile to William M. Lindeman, Esq., 300 South Eola Drive, Orlando, Florida 32801, this 14th day of May, 2008.

                                                  /s/ Cynthia C. Jackson
                                                         Attorney

00607658