## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Jacksonville Division*

In re:                                                     Chapter 11

WINN-DIXIE STORES, INC.                       Case Nos. 3:05-BK-03817-JAF


_____Debtor._____/

## NOTICE OF REQUEST TO BE REMOVED FROM
## COURT'S MAILING AND ELECTRONIC NOTIFICATION LISTS

**PLEASE TAKE NOTICE** that the undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above-styled case, including the electronic matrix in this case. The foregoing request is with respect to service on Mr. Hutton only, and does not include any other attorneys of Greenberg Traurig, P.A. who may have appeared in this case.

Dated this 15th day of May, 2008.


GREENBERG TRAURIG, P.A.
1221 Brickell Avenue Miami, FL 33131
Telephone: (305) 579-0500 Facsimile: (305)
579-0717 Email: huttonj@gtlaw.com


By:_____
           JOHN B. HUTTON
           Florida Bar No. 902160

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 15, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on the counsel of record identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF.

By:_____

JOHN B. HUTTON

2

**3:05-bk-03817-JAF Notice will be electronically mailed to:**

Steven M Abramowitz    sabramowitz@velaw.com

Albert H Adams    irbylawfirm@bellsouth.net

Lemar F Alejo    lemar@alejolaw.com

G William Allen    katgainey@aol.com

Willie G Allen    wga36@aol.com

Robert Brian Allison    rballisonlaw@bellsouth.net

Adam L Alpert    aalpert@bushross.com, bnkecf@bushross.com;egross@bushross.com

John D Ameen    jameen@bellsouth.net

Amroc Investments, LLC    dleinwand@amrocinvestments.com

Rod Anderson    rod.anderson@hklaw.com, wendysue.henry@hklaw.com

Melissa H Andrade    mandrade@bmaklaw.com

Stephenie Biernacki Anthony    sbiernacki@gray-robinson.com, lori.wright@gray-robinson.com

Adam L Appel    aappel@carlockcopeland.com

David T Aronberg    daronberg@aronberglaw.com

Eric N Assouline    ena@assoulineberlowe.com

Nicholas M Athanason    nickathanason@yahoo.com

D. J. Baker    djbaker@skadden.com

Kenneth C Baker    kcbaker@eastmansmith.com, hnheuerman@eastmansmith.com

Charles S Ball    steve_ball@bellsouth.net

Helen D Ball    hball@bradleyarant.com, hball@bradleyarant.com

Frank E Ballard    ericalpayne@insightbb.com

Barry S Balmuth    balmuthlaw@alum.emory.edu, assistantbalmuthlaw@gmail.com

William W Banks    wbanks@law.ga.gov

Sean Barber    sbarber@bnlaw.com, seanbarber1@msn.com

Dale R Baringer    dale@baringerlawfirm.com, karen@baringerlawfirm.com

Kelly M Barnhart    kbarnhart@mskpc.com

Matthew Scott Barr    mbarr@milbank.com, mcomerford@milbank.com,jbrewster@milbank.com

Paul C Bartley    bartleylaw@knology.net

Gene Barton    gbartonatty@bellsouth.net

Philip A Bates    philipbates@bellsouth.net, lucysmith@bellsouth.net

Matt E Beal    matt.beal@lowndes-law.com

Rick J Bearfield    rjbearfield@bearmc.com

Jeffrey R Becker    jbecker@hidayricke.com, vsimpson@hidayricke.com

Brian S Behar    bsb@bgglaw.net

Richard M Behr    rbehr@florida-law.com

Keith L Bell    kbell@cphlaw.com

Marc A. Ben-Ezra    mben-ezra@fcllaw.com

Jay R Bender    jbender@bradleyarant.com

Scott Bennett    scottbblaw@aol.com

Lee R Benton    , kmartin@bcattys.com

Eyal Berger    eberger@kpkb.com, jparra@kpkb.com

Leslie A Berkoff    lberkoff@moritthock.com

Richard J Bernard    rbernard@bakerlaw.com

Brendan G Best    bbest@dykema.com

John G Bianco    jgb@trippscott.com,dst@trippscott.com, bar@trippscott.com

Jimmy Wayne Bilbo    jimbilbo@tennlaw.net

James E Bird    jbird@pswslaw.com, tbackus@pswslaw.com

Ace J Blackburn    ablackburn@cmlbro.com, crankine@cmlbro.com

Anthony W Blackburn    info@anthonyblackburnlaw.com

James A. Bledsoe    jab@bslmr.com

Mark D Bloom    bloomm@gtlaw.com, phillipsj@gtlaw.com;miadocket@gtlaw.com

Johnathan C Bolton    jbolton@fulbright.com

Richard A Bolton    rbolton2@bellsouth.net

Wanda Borges    borgeslawfirm@aol.com

Beau Bowin    bbowin@smithhulsey.com

Michael T. Bowlus    mbowlus@flfirm.com, bgilpin@flfirm.com

Wesley J Boyer    wjboyer_2000@yahoo.com

Jean Winborne Boyles    jboyles@jhvgmlaw.com

Edward T Brading    ebrading@lawyerfirm.com

Dustin P Branch    dustin.branch@kattenlaw.com,
carole.levine@kattenlaw.com,jeri.bradshaw@kattenlaw.com,kathleen.beaver@kattenlaw.com,adelle.shafer@kattenlaw.com

John S Brannon    john.brannon@tklaw.com

Meredith N Brasca    mnbrasca@aol.com

Clyde E Brazeal    ebrazeal@walstonwells.com

Wendy D Brewer    wbrewer@btlaw.com, marilyn.strange@btlaw.com,bankruptcyindy@btlaw.com

John P Brice    lexbankruptcy@wyattfirm.com

Brian P Britt    cpizzotti@wbbwlaw.com

P Hutchison Brock    hutchb@dadecitylaw.com, sabrinag@dadecitylaw.com,connied@dadecitylaw.com

James M Brown    smauney@gwblawfirm.com

Robert J Brown    lexbankruptcy@wyattfirm.com

Scott N Brown    snb@smrw.com

Andrew M Brumby    abrumby@shutts-law.com, rhicks@shutts-law.com

W. Steven Bryant    hobankecf@lockeliddell.com

Rachel S Budke    rachel_budke@fpl.com

Charles A Buford    chuckb@jpfirm.com, janm@jpfirm.com

Alan M Burger    alan@bfclegal.com

Jason B. Burnett    jburnett@gray-robinson.com, jconley@gray-robinson.com

Stephen D. Busey    busey@smithhulsey.com

M. Warren Butler    david@lpclaw.com

Henry H Caddell    hhc45@bellsouth.net

David P Canas    dpc@h3gm.com

L Phillip Canova    pcanova@eatel.net, canodel109@eatel.net

Kevin M Capalbo    kevincapalbo@mvalaw.com, TRI_LITecf@mvalaw.com

Dawn A. Carapella    dacarapella@trenam.com

P David Carollo    pdavidcarollo@hotmail.com

Mark Bennett Carroll    mcarroll@faziodisalvo.com

Ronnie S Carter    ronnie.carter@usdoj.gov, JAXDOCKET.Mailbox@usdoj.gov,zina.sanchez@usdoj.gov

Linda J. Casey    caseyl@pepperlaw.com

Cally E Catania    cally@callycatanialaw.com

Myers Carroll Cayer    cayer@terrellhogan.com

Jeffrey A Chadwick    jeffrey.chadwick@kattenlaw.com

Lee Champion    kew@psstf.com

William M Chanfrau    julieb@chanfraulaw.com

Robin Bryan Cheatham    robin.cheatham@arlaw.com, vicki.owens@arlaw.com

Michael S J Chernau    chernaum@chesterfield.gov

Robert M Clyatt    main@clyattlaw.com, bob.clyatt@clyattlaw.com

Aaron R. Cohen    acohen60@bellsouth.net

Lance Paul Cohen    cohenthurston@cs.com

Michael E Collins    mcollins@manierherod.com,
mfranks@manierherod.com,tpennington@manierherod.com,swilliams@manierherod.com

Jorge Luis Colon    stacey@jlcolon.com

Neal D. Colton    NColton@Cozen.com

Contrarian Funds, LLC    alisa@contrariancapital.com

David J Cook    cookdavidj@aol.com

G Shane Cooper    attorneyshane@yahoo.com

Jay Calvert Cooper    jcalpa@yahoo.com

Todd E Copeland    c.arias@clayton-mcculloh.com

C. Timothy Corcoran    ctcorcoran@mindspring.com, asst.ctcorcoran@mindspring.com

Robert G Corirossi    scottbblaw@aol.com

Jason T Corsover    jcorsover@yahoo.com

Andre G Coudrain    agc@clcsattorneys.com

Betsy C Cox    bcox@rtlaw.com, aruff@rtlaw.com

David N Crapo    dcrapo@gibbonslaw.com

Gregory K. Crews    greg@crewslegal.com, Amy@crewslegal.com;FL70@ecfcbis.com

John J Cruciani    jcruciani@blackwellsanders.com

James O Cure    jocure@cureandfrancis.net

Timothy J. Curtin    tjcurtin@varnumlaw.com

Kenneth A Cutler    lscarcelli@goldmandaszkal.com

Vincent E Damian    vdamian@skdrlaw.com

Gardner F. Davis    gdavis@foley.com, bmjones@foley.com

Ronald J Davis    rdavis@rondavislaw.com

Ryan E Davis    rdavis@whww.com, rwilliams@whww.com

Heather D Dawson    hdawson@kkgpc.com, mkelley@kkgpc.com

Louis C DeBari    cdebari@papaandgipe.com

Michael R DeMinico    mike.deminico@dennishernandez.com

Frank E DePena    luznsantiago@hotmail.com

Chad A Dean    courtmail@schuylaw.com

Robert J Dehney    rdehney@mnat.com, mflynn@mnat.com

Caryl E. Delano    cdelano@addisondelano.com, dlesnek@addisondelano.com;litigation1@addisondelano.com

John M Delgado    jdelgado@crawford-lewis.com

Sean Timothy Desmond    sean@desmacelaw.com

Developers Diversified Realty Corp.    ecotton@ddr.com, hsmith@ddr.com

Scott A DiSalvo    sdisalvo@faziodisalvo.com

Angel R Diaz    adiaz@kirshnerandgroff.com

Norida Diaz    ndiaz31287@aol.com

John P Dillman    houston_bankruptcy@publicans.com

Jeffrey R Dollinger    dollinger@scruggs-carmichael.com

Matthew M Donaldson    jdm@kennedylawgroup.com

Edward S Donini    lm7ed@aol.com

Cathy B. Donohoe    donohoe_stapleton@yahoo.com

George C Douglas    gcd@hiwaay.net

Mary Joanne Dowd    dowd.mary@arentfox.com

Christie L Dowling    cdowling@balch.com

Gary J Drucker    garydru@aol.com

Brian S Duffy    bduffy@mcconnaughhay.com, mwallace@mcconnaughhay.com

Dennis F. Dunne    ddunne@milbank.com

Michael J Durrschmidt    mdurrschmidt@hirschwest.com, tjimenez@hirschwest.com;meckart@hirschwest.com

David W. Dykhouse    dwdykhouse@pbwt.com

Andrew B. Eckstein    aeckstein@blankrome.com

Michael L. Edwards    mleclo@bellsouth.net

Henry A. Efroymson    henry.efroymson@icemiller.com

William T Eiland    beiland@erlawfirm.com

Robert W. Elrod    rwelrod2@aol.com

Earle I Erman    eerman@ermanteicher.com

Elena L Escamilla    elena.l.escamilla@usdoj.gov

William L Esser    willesser@parkerpoe.com

Richard D Euliss    richard.d.euliss@usdoj.gov, southern.taxcivil@usdoj.gov

William J. Factor    wfactor@seyfarth.com

Fair Harbor Capital, LLC    fglass@fairharborcapital.com

Eric A Falk    efalk@bellsouth.net

Anthony V Falzon    afalzon@miami-law.net

Oscar B Fears    bfears@law.ga.gov

W Keith Fendrick    kfendrick@foley.com, aolson@foley.com

David B. Ferebee    ferebeeatlaw@bellsouth.net, dbf1law@hotmail.com

Lara Roeske Fernandez    lrfernandez@trenam.com, klgerber@trenam.com

Stephen M Fernandez    stephen.fernandez@telcove.net, anderson.law@telcove.net

Richard L Ferrell    ferrell@taftlaw.com

Thomas M Findley    tfindley@lawfla.com, ccloud@lawfla.com

Michael G Fink    mfink@fink-boyle.com

Morris S Finkel    jmazorra@lwjpa.com

Wendell Finner    wfinner@bellsouth.net, ecf@clearwire.net

Brian T FitzGerald    fitzgeraldb@hillsboroughcounty.org,
litigation@hillstax.org;dipasqualed@hillsboroughcounty.org;matthewsl@hillsboroughcounty.org

Brian Martin Flaherty    bflaherty@eddie-farah.com, ljean-bart@eddie-farah.com

Deborah L Fletcher    DFletcher@KilpatrickStockton.com, SheJohnson@kilpatrickstockton.com

Ralph L Fletcher    rfletcher@fletcherandroy.com

7

Buddy D. Ford    Buddy@tampaesq.com, Nancy@tampaesq.com;Peggy@tampaesq.com;Barbara@tampaesq.com

J David Forsyth    jdf@sessions-law.com

Tompkins A Foster    tfoster@fosterandlindeman.com

Sally B Fox    sfox@esclaw.com

Shawn Randall Fox    sfox@mcguirewoods.com, rcox@mcguirewoods.com

Joseph D Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;jkleinman@fgllp.com

Michael A Frank    mfrank@bkclawmiami.com

Todd S Frankenthal    tsklaw01@bellsouth.net

Robert Abney Fricks    rob@fricksfirm.com

Rodger J Friedline    bankruptcy@fandmlaw.com

Barry A Friedman    bky@bafmobile.com, fern@bafmobile.com

Mark J Friedman    mark.friedman@dlapiper.com

Kenneth O Fritz    fritz_ken@mail.chattanooga.gov

Jose A Fuentes    jose@attorneyfuentes.com

Mary Louise Fullington    lexbankruptcy@wyattfirm.com

Todd Mark Galante    tmg@stjohnlaw.com

John D Gallagher    dgallagher@gdk-law.com

Jay M Gamberg    lbernstein@gamberglaw.com

Glenn J Garrett    glennjgarrettpa@aol.com

David L Gay    dgay@smithhulsey.com

Gill R Geldreich    icflorida@state.tn.us

Melody D. Genson    melodydgenson@verizon.net

Craig Allen Gentry    cgentry@morrisbart.com

Charles L. Gibbs    cgibbs@papmet.com

Richard D Giglio    r.giglio@maneygordon.com

Craig L Gilbert    cgilbert@marlowconnell.com, jdiamond@marlowconnell.com

Brian J Gillis    bankruptcy@boginmunns.com

James S Ginocchio    jim.ginocchio@hcpros.org

Robert S Gipe    jtripp@papaandgipe.com

Anthony L Glorioso    tonyglory@aol.com

James J. Glover    jglover@wlj.com

Robert E Gluck    rgluck@robertgluck.com

Dan A Goldberg    shannon@callgoldberg.com

Eric S Golden    egolden@bakerlaw.com, smccoy@bakerlaw.com;OrlBakerDocket@bakerlaw.com

Douglas R Gonzales    dgonzales@wsh-law.com

Daniel N Gonzalez     dgonzalez@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Ivette Gonzalez     ivetteesquire@aol.com

Rafael Gonzalez     rafael@rafaelgonzalezpa.com

Priscilla W Grannis     priscilla@rjlaw.com

Danielle K Greco     danielle_greco@alnb.uscourts.gov, hball@bradleyarant.com

Ira S. Greene     isgreene@hhlaw.com

Paige A. Greenlee     pgreenlee@hwhlaw.com

Mitchell E Grodman     mitchell.grodman@lowndes-law.com, litcontrol@lowndes-law.com

Kyle R Grubbs     kgrubbs@fbtlaw.com

Rudi R Grueneberg     rgrueneberg@rglawgroup.com

James B Guest     jimguest@bellsouth.net

Ronald M Gunzburger     ron@bcpa.net

Allen J Guon     aguon@shawgussis.com

Jordi Guso     jguso@bergersingerman.com, fsellers@bergersingerman.com;efile@bergersingerman.com

Jim H Guynn     jim.guynn@g-mpc.com

Julie Ann Hager     jahager@bellsouth.net

John N Hamilton     jack@nancelaw.com

Marc L. Hamroff     mhamroff@moritthock.com

Brian T Hanlon     tc_legal_services@co.palm-beach.fl.us

David M Hansen     david.hansen@la.gov

Amy Denton Harris     aharris.ecf@srbp.com

Catherine A Harrison     cking@millermartin.com, pjstarr@millermartin.com

John W Harrison     johnwharrison@bellsouth.net

Jonathan E Hausburg     jonhaus@myway.com

Patrick L. Hayden     phayden@mcguirewoods.com

Darryl Gilbert Haynes     dhaynes@fainmajor.com

Eric L. Hearn     elhearn@mppkj.com, akovacs@mppkj.com

Larry D. Henin     lhenin@andersonkill.com

Neil E Herman     Nherman@morganlewis.com

Henry Hernandez     bankruptcy@hernandez-law.com

Kenneth D Herron     kherron@whmh.com, poates@whmh.com;jgreenleaf@whmh.com

Kenneth D Herron     , poates@whmh.com;Jgreenleaf@whmh.com

Kenneth D Herron     Kherron@whmh.com, poates@whmh.com;Jgreenleaf@whmh.com

David E Hicks     theresa.byington@gmail.com

Terrance A Hiller     tah@kompc.com

9

John E Hinkel    jhinkel@fmblaw.com

Brian Hogan    hogansports@prodigy.net

Sara F Holladay-Tobias    sfhollad@mcguirewoods.com,
sdye@mcguirewoods.com;dfoley@mcguirewoods.com;jmaddock@mcguirewoods.com;dblanks@mcguirewoods.com

Ralph E Hood    rhood@khmllp.com

Michael Rian Howard    mikehowardesq@juno.com

Brian D. Huben    brian.huben@kattenlaw.com

Patrick L Huffstickler    plhuffst@coxsmith.com

John B Hutton    huttonj@gtlaw.com, huttonj@gtlaw.com,thompsonc@gtlaw.com,cabreraf@gtlaw.com

Troy J Iannucci    lawyers@latourlawfirm.com

Kimberly H. Israel    khisrael@hilawfirm.com, khisrael@hilawfirm.com

Camille J. Iurillo    ciurillo@iurillolaw.com, mjemison@iurillolaw.com;kleahy@iurillolaw.com

Cynthia C. Jackson    cjackson@smithhulsey.com

Edward P Jackson    edward@edwardpjackson.com, jo@edwardpjackson.com

Michael D Jankowski    mjankows@reinhartlaw.com

Solomon J. Jaskiel    soljas@aol.com

Sherri Johnson    sjohnson@dentjohnson.com, jdent@dentjohnson.com;jdingess@dentjohnson.com

Harold D Jones    lagnew@jshllp.com

Katherine H Jones    kjones@roanokecountyva.gov

Richard K. Jones    rkjones@mppkj.com, hehughes@mppkj.com

Jon E Kane    jkane@mateerharbert.com, ccrumrine@mateerharbert.com

Ronald Scott Kaniuk    rkaniuklaw@aol.com

Matthew E Kaplan    mkaplan@kaplanfreedman.com

Andrew C. Kassner    kassneac@dbr.com

John E. Kassos    jekpa@aol.com

Amy K Kaufman    akkaufman@ag.state.oh.us

Dena C Kaufman    dckaufman@hhlaw.com, bjgrieco@hhlaw.com

Craig I Kelley    craig@kelleylawoffice.com, ecf@kelleylawoffice.com,tracy@kelleylawoffice.com,christine@kelleylawoffice.com

John Thomas Kennedy    gltompkins@aol.com

Kentucky Department of Revenue    jenniferl.howard@ky.gov

Mark S. Kessler    apksm@aol.com

Elena P. Ketchum    eketchum.ecf@srbp.com

Jocelyn Keynes    jk@stevenslee.com

Rehan N. Khawaja    khawaja@fla-bankruptcy.com

Luke A Kill    lkill@sgpc.com

Scott T Kimmel    skimmel100@aol.com, kjazz1794@comcast.net

Lawrence Tracy King    llaking@msn.com

Christopher G Klemick    klemickandgampel@hotmail.com

Roy S Kobert    orlandobankruptcy@broadandcassel.com

Michael S Kogan    mkogan@ecjlaw.com

Morton Kosto    mortdot@bellsouth.net

Gerard M Kouri    gmkouripa@bellsouth.net

Stuart A. Krause    skrause@zeklaw.com

Joyce A Kuhns    jkuhns@saul.com

Ian J Kukoff    ian.kukoff@blaxgray.com

Jeffrey Kurtzman    JKurtzma@Klehr.com

Nina M LaFleur    nina@lafleurlaw.com, nlafleur@bellsouth.net

Maria J LaSala    mjlasala@aol.com

Henry Laffer    hlaffer@lafferslaw.com

Angela T Lairy    atl@bturnerlaw.com

Thomas J Lallier    tlallier@foleymansfield.com

David M Landis    dlandis@mateerharbert.com, rshea@mateerharbert.com

Robert J Landry    cjsanch_1@yahoo.com

David W Langley    dave@flalawyer.com

Elena Lazarou    elazarou@reedsmith.com

Christina M LeBlanc    cleblanc@co.pinellas.fl.us

Robert L LeHane    rlehane@kelleydrye.com, BankruptcyDepartment@KelleyDrye.com

Dennis J LeVine    theresa.byington@gmail.com

Thomas J Leanse    thomas.leanse@kattenlaw.com,
carole.levine@kattenlaw.com;kathleen.beaver@kattenlaw.com;jeri.bradshaw@kattenlaw.com;adelle.shafer@kattenlaw.com

Thomas R Lehman    esf@tewlaw.com, trl@tewlaw.com

David E Lemke    david.lemke@wallerlaw.com,
chris.cronk@wallerlaw.com;cathy.thomas@wallerlaw.com;wallerbankruptcy@wallerlaw.com

Chris Lenhart    lenhart.chris@dorseylaw.com

Patrick T Lennon    ptl@macfar.com

Alvin R Lenoir    alvinlenoir@yahoo.com

Hywel Leonard    hleon@carltonfields.com, kdema@carltonfields.com

James P S Leshaw    leshawj@gtlaw.com

Stephen R Leslie    sleslie.ecf@srbp.com

Bruce Levinson    b.levinson@verizon.net

Loren E Levy    levylawfirm@comcast.net

Mark A Levy     mark.levy@brinkleymorgan.com, sandra.gonzalez@brinkleymorgan.com

Joseph W Lewis     Joelewislaw@yahoo.com

Stephen Lewis     slewis@stoltzusa.com

Luisa M Linares     llinareslaw@aol.com

David H Linder     dlinder@thehamiltonlawfirm.com

Alan Jay Lipkin     maosbny@willkie.com

Liquidity Solutions, Inc     lsi@liquiditysolutions.com, rminkoff@liquiditysolutions.com

Henry A Lopez-Aguiar     halopez@lenderst.net

Sara E Lorber     slorber@seyfarth.com

Amy E Lowen     lowena@gtlaw.com, tjong@gtlaw.com

Joseph M Lyon     jlyon@thelyonfirm.com

Champ Lyons     champ@champlyons.com

John B. Macdonald     john.macdonald@akerman.com

Tricia Madden     tmaddenlawoffice@embarqmail.com

Madison Liquidity Investors, LLC     sbishop@madisonliquidity.com

Richard H Malchon     richard.malchon@ruden.com

Michael A Mandeville     mmandeville@themdjd.com

Jeffrey S. Margolin     margolin@hugheshubbard.com

Bradley R Markey     BRM@stmlaw.net, SMR@stmlaw.net;blc@stmlaw.net

James W Martin     jmartin@simplawatlanta.com

Michael David Martin     mike@martinpa.com, susan@martinpa.com

Philip V Martino     philip.martino@dlapiper.com, christy.soberanis@dlapiper.com;docketingchicago@dlapiper.com

Kenneth G. M. Mather     kenneth.mather@akerman.com, tammy.obrien@akerman.com

Marie A Mattox     marie@mattoxlaw.com, frances@mattoxlaw.com

Walter F McArdle     wfm@spain-gillon.com

Annette Kerlin McBrayer     amcbrayer@ebglaw.com

Charles W. McBurney     cmcburney@bellsouth.net

Blane G McCarthy     bgm@bgmccarthy.com

Jerrett M. McConnell     bankruptcy@fandmlaw.com

C Luckey McDowell     luckey.mcdowell@bakerbotts.com

David R McFarlin     dmcfarlin@whmh.com, psmith@whmh.com,mbretana@whmh.com

William S McMahon     wmcmahon@choate.com

F Shields McManus     fsm@williegary.com

Austin L. McMullen     amcmulle@bccb.com

Marc T McNamee     mmcnamee_br@nealharwell.com

Doris D McWhite     dmcwhitelaw@yahoo.com

Derek F Meek     dmeek@burr.com, msolomon@burr.com;jcrawfor@burr.com

Kenneth C Meeker     ken.meeker@usdoj.gov

Robert D Melton     robert_melton5@bellsouth.net

Richard M. Meth     rmmnybankruptcy@pitneyhardin.com

Laura D Metzger     ldmetzger@mayerbrownrowe.com

G Christopher Meyer     cmeyer@ssd.com

Robert C Meyer     meyerrobertc@cs.com

Bryan K. Mickler     court@planlaw.com

J Lane Middleton     cmdeleon@mmlawmiami.com

Philip E Miles     mlr@alabamatortlaw.com

Christopher C. Miller     cmiller@mgm.com

Kathleen M Miller     kmiller@skfdelaware.com

Stephen M Miller     smiller@morrisjames.com

David F Mills     david@mills-law.com

Stephan William Milo     smilo@wawlaw.com

Henry J Mims     hjmims@bellsouth.net

Mark Minuti     mminuti@saul.com

Joseph Thomas Moldovan     jmoldovan@morrisoncohen.com, bankruptcy@morrisoncohen.com

James H Monroe     jhm@jamesmonroepa.com,
Kimberly@jamesmonroepa.com;jamesmonroe@jamesmonroepa.com;cassandra@jamesmonroepa.com

Richard A Montague     rrmontague@wellsmoore.com

Stephen N Montalto     smontalto@gaebemullen.com

Brett S. Moore     bsmoore@pbnlaw.com

Frank H Moore     hmoore@coleandmoore.com, dbrewer@coleandmoore.com

John A Moore     jmoore@moorelawllc.com

M Jennifer Moorhead     mjm@hassell-legal.com

Mindy A Mora     mmora@bilzin.com, eservice@bilzin.com;lflores@bilzin.com;mfoster@bilzin.com

Lee P Morgan     lmorgan@morganlawyers.com

Randall Morgan     rrmorgan@hillhillcarter.com

Deborah M Morris     deborah.m.morris@usdoj.gov

Chad M Muney     chadmuney@yahoo.com

Andrew H. Nachman     anachman@jaxlegalhelp.com

Richard H Nash     mbarnes06@bellsouth.net

Larren M Nashelsky     lnashelsky@mofo.com

Albert F. Nasuti     anasuti@tokn.com

Arthur C Neiwirth    aneiwirthcourt@rra-law.com

Bradley P Nelson    nelson@sw.com

Steven L Nelson    snelson@snyderpark.com

Carole Neville    cneville@sonnenschein.com

N. Mark New    , ltodd@jax-law.com

Melanie Archer Newby    melanie.newby@jodatlawgroup.com,
kristin.casella@jodatlawgroup.com;stefanie.morelli@jodatlawgroup.com

Peter E. Nicandri    pnicandri@milamhoward.com, hdurham@milamhoward.com

Jack B Nichols    information@jacknicholslaw.com

Gordon T. Nicol    gordon@yourjacksonvillelawyer.com, nkohrn1@aol.com

James J. Niemeier    jniemeier@mnmk.com

Douglas C Noble    doug.noble@phelps.com, debbie.white@phelps.com

Donald A Nohrr    dnohrr@gray-robinson.com

Michael O'Brien    msobaal@aol.com, faye@goodelawyer.com

Omar Ortega    hreyes@dortaandortega.com

Amaka Ozobia    zobea@hotmail.com, zobea@hotmail.com

Michael A Paasch    mpaasch@mateerharbert.com, NDarville@MateerHarbert.com

Michael Palahach    mpalahach@palahachcruanes.com

Robert C Palmer    bpalmer@shellfleming.com

Merritt A. Pardini    merritt.pardini@kmzr.com

Park Plaza, LLC

E. Warren Parker    parker@jaxlawcenter.com, doneal@jaxlawcenter.com,dmilford@jaxlawcenter.com

Barbra R. Parlin    nyc-bkcyecf@hklaw.com

Jimmy D Parrish    bankruptcynotice@lseblaw.com

David J Pedersen    djpedersen@cfl.rr.com

Christine E Pejot    cpejot@pejotwilson.com

James Hilton Peltier    jamespeltier@mycingular.blackberry.net, bsuggs@eguarantee.com

Armando A Perez    perezarm@bellsouth.net

Emmanuel Perez    bankruptcy@lawperez.com

David L Perkins    davidp@hlalaw.com

Robert Michael Perry    rmperry@perryandperrylaw.com

Edward J. Peterson    epeterson.ecf@srbp.com

Torrence R Phillips    torrence@hlalaw.com

James A Poe    jamesapoe@bellsouth.net

David L Pollack    pollack@ballardspahr.com

Robert L F Polsky    anabellerod@aol.com

DeVonna M Ponthieu    devonnap@bellsouth.net

Geraldine E Ponto    gponto@gibbonslaw.com

James H. Post    jpost@smithhulsey.com

Arthur T Powell    atp@law-linc.com

Vincent Joseph Pravato    samanthawp@comcast.net

Leanne McKnight Prendergast    lprendergast@smithhulsey.com

Mark D Press    mark@markdavidpress.com

Robert E Price    rprice@replegal.com, bvoelkl@replegal.com

Frank A Principe    prinlaw@prodigy.net

David C Profilet    dprofilet@the-beach.net

Peter N Pross    ppross@eckertseamans.com

Nicholas V. Pulignano    npulignano@marksgray.com, slw@marksgray.com

Paul Pysczynski    paulp@pysczynskilaw.com, ppyski@aol.com

Charles V Quinn    cquinn@dbl-law.com

Rex D. Rainach    rainach@msn.com

Steven T Ramos    sramos@davidsonmeaux.com

Charles M Rand    legal0103@aol.com, lisaatCRand@aol.com

Peter J Rathwell    prathwell@swlaw.com

Adam Ravin    aravin@skadden.com,
rgray@skadden.com,kgammill@smithhulsey.com,dturetsk@skadden.com,dkaloudi@skadden.com,jwoodfie@skadden.com,

Eric T. Ray    eray@balch.com

Diane G. Reed    dianegreed@sbcglobal.net

Jeffrey C. Regan    jregan@rzwlaw.com, kmoran@rzwlaw.com;bcrawford@rzwlaw.com

T Dwight Reid    mistiej@aol.com

Steven J. Reisman    sreisman@cm-p.com

Marshall G Reissman    marshall@reissmanlaw.com, shawn@reissmanlaw.com;liz@reissmanlaw.com;sandi@reissmanlaw.com

Jennifer Remy    jremyruizlaw@aol.com

Robert F Reynolds    rreynolds@slatkinreynolds.com

Sarah Richardson    srichard@co.pinellas.fl.us

Larry B Ricke    larry.ricke@leonard.com

Harley E. Riedel    hriedel.ecf@srbp.com, hriedel.ecf@srbp.com

George F Riess    georgeriess@riess-law.com

Fred B. Ringel    fringel@pobox.com

Michael Keith Roberts    mroberts@scottnooney.com

John T Rogerson    jrogerson@vbwr.com, fdepaolo@vbwr.com,pjackson@vbwr.com

Mark S Roher    mroher.ecf@rprslaw.com, mlopez@rprslaw.com

Mark A Romance    mromance@richmangreer.com

Adam L. Rosen    arosen@rsmllp.com

Avrum J. Rosen    arosen@avrumrosenlaw.com

Mitchell S Rosen    mrosen@rosenlawgroup.com, lmurrah@rosenlawgroup.com

Paul M Rosenblatt    prosenblatt@kilpatrickstockton.com

Neal M. Rosenbloom    NRosenbloom@finkgold.com

Jason A Rosenthal    Jason@therosenthallaw.com

Gary J Rotella    rotellagar@aol.com

Fox Rothschild    nybkfilings@foxrothschild.com

Edward P Rowan    erowan@lkrhmobile.com

J Casey Roy    roy@mcclainpatchin.com

David S Rubin    drubin@kswb.com

Guy B Rubin    guy.rubin@rubinandrubin.com

Robert B. Rubin    brubin@burr.com

Rachel L Rubio    rrubio@mdrtlaw.com, rhartog@mdrtlaw.com;gguenechea@mdrtlaw.com;jmartin@mdrtlaw.com

Shelley D Rucker    srucker@millermartin.com

Frederick F Rudzik    rudzikf@dor.state.fl.us

Maura I Russell    dangiulo@dreierllp.com, jguerrier@dreierllp.com

Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com

Marsha G Rydberg    mrydberg@rydberglaw.com, rydberglaw@yahoo.com

Thomas H Rydberg    trydberg@rydberglaw.com

Teresa Sadutto    tsadutto@platzerlaw.com

Byron L Saintsing    bsaintsing@smithdebnamlaw.com

Anthony M Salzano    asalzano@pascocountyfl.net, tosipov@pascocountyfl.net

Ashley E Sandage    aes@clcsattorneys.com

Al A Sarrat    asarrat@jacobssarrat.com

Jeffrey A Sarrow    jsarrowpa@aol.com

Joey E Schlosberg    Joey.Schlosberg@Ruden.Com

Michael M Schmahl    mschmahl@mcguirewoods.com

Keith W Schneider    kwschneider@ms-lawfirm.com

Marvin S. Schulman    mschulmanpa@aol.com

Sarah L Schultz    sschultz@akingump.com

Joseph C Schulz    jschulz@vastolaw.com

Donald J. Schutz    donschutz@netscape.net

Wallace Whitney Seals    whitney@plc-law.com

Gregory J. Seketa    franklin.berg@4086.com

Ed S. Sell    eds@sell-melton.com

Joel M Shafferman    joel@shafferman.com

James D Shannon    jshannon@shannonlawfirm.com, lcook@shannonlawfirm.com

Daniel Carr Shaughnessy    lindsaylaw@bellsouth.net

Mary Kay Shaver    mkshaver@varnumlaw.com

Andrew Howard Sherman    asherman@sillscummis.com

Bradley S Shraiberg    bshraiberg@kpkb.com

R Scott Shuker    bankruptcynotice@lseblaw.com

Timothy P. Shusta    shustat@phelps.com, yosta@phelps.com

Robert J Shuttera    rshuttera@flapersonalinjury.com

Gina Silvestri    office@wamalaw.com, silvestri@wamalaw.com

Wendy M Simkulak    wmsimkulak@duanemorris.com

William J Simonitsch    bill.simonitsch@klgates.com, marc.pifko@klgates.com

Wayne M Singletary    courtmail@schuylaw.com

Peter L. Slinn    plslinn@stoel.com

Thomas R. Slome    tslome@rsmllp.com

Aaron C Smith    asmith@lordbissell.com

Laura Kimberly Smith    lawkw@bellsouth.net

Leland S Smith    lsmith@wilkins-law.com

Anthony J. Smits    frank.appicelli@bingham.com

Richard G. Smolev    rsmolev@kayescholer.com

Walter J. Snell    snellandsnell@mindspring.com, snellandsnell@hotmail.com

Scott D Sobol    sobols@fensterandfaerber.com

Kristofor D Sodergren    bankruptcy@hsmbb.com

Marc P Solomon    msolomon@burr.com, jcrawfor@burr.com

Daniel M Soloway    dsoloway@bellsouth.net

James E Sorenson    bk@wggdlaw.com, jdugger@wggdlaw.com;jsorenson@wggdlaw.com

Rhysa G South    sou06@co.henrico.va.us

Karen K Specie    specie@scruggs-carmichael.com, darden@scruggs-carmichael.com

Mark D. Speed    mds@markdspeedlaw.com

Alex Spizz    aspizz@tnsj-law.com, snobles@tnsj-law.com

Thomas St Germain    tom@weinlaw.com, christie@weinlaw.com

William E Steffes    bsteffes@steffeslaw.com

Barry A Stein     bstein@dcfsz.com

W Chad Stelly     cstelly@romearata.com

David N Stern     dstern@gjb-law.com, vdueppe@gjb-law.com;lpantaleon@gjb-law.com;tmessana@gjb-law.com

Robert C Stern     rstern@killeen-law.com

George D Stewart     jenny@stewartlawfirm.com

Don M Stichter     dstichter.ecf@srbp.com

Scott A Stichter     sstichter.ecf@srbp.com

Susan F Stivers     john.swain@ky.gov

Ray H Stoess     raystoess@bellsouth.net

Joseph B Stokes     joseph.stokes@saalfieldlaw.com

Philip D Storey     pds@aswmpa.com, jmartin@aswmpa.com

Alan C Stout     stephanie@sfk-law.com, astout@stoutlaw.com

Sabrina L. Streusand     streuss@hughesluce.com

Jerry W Sullivan     jwsullivan@lgsdalaw.com

Stephen B. Sutton     ssutton@lathropgage.com

David L Sweat     dsweat@rueziffra.com, tponder@rueziffra.com

Douglas B Szabo     douglas.szabo@henlaw.com, maria.figueroa@henlaw.com

Joel L. Tabas     jtabas@tfsmlaw.com, karen@tfsmlaw.com

Tina M Talarchyk     ttalarchyk@ssd.com, amazzini@ssd.com;dfoley@ssd.com

Robert J Telfer     rtelfer@ctrfa.com

Louis Thaler     thaler@bellsouth.net

Richard R Thames     rrthames@stmlaw.net, blc@stmlaw.net;mam@stmlaw.net;sad@stmlaw.net

Stephen Charles Thomas     sthomas@hctlaw.com, rdial@hctlaw.com

Janet H. Thurston     cohenthurston@cs.com

Ramona Leigh Tolley     jackie@askallison.info

David J Tong     djt@saxongilmore.com, acuff@saxongilmore.com

Laura L. Torrado     ltorrado@bear.com

Jack L Townsend     stefany@jacktownsend.com

Trade-Debt.net     tmcguire@trade-debt.net

Kristen F Trainor     ktrainor@shb.com

Ronald M Tucker     rtucker@simon.com, cmartin@simon.com,rwoodruff@simon.com,psummers@simon.com,shclark@simon.com

Thomas L Tullos     tomtull@bayspringstel.net

Harran E Udell     hudell@forthepeople.com

Jeanine Ackerson Ullo     jeanine@wmlgroup.com

United States Trustee - JAX     USTP.Region21.OR.ECF@usdoj.gov

Raymond J. Urbanik    rurbanik@munsch.com

Bart R Valdes    brv11@dbksmn.com

Thomas C. Valentine    tvalentine@walterslevine.com

Jay B Verona    jay@veronalawgroup.com, connie@veronalawgroup.com

Zachary Warren Von Roenn    vonroenn@yahoo.com

David H Wander    dwander@wanderlaw.com

Richard Whitney Ward    rwward@airmail.net

Michael D. Warner    bankruptcy@warnerstevens.com

Jeffrey W. Warren    jwarren@bushross.com, mlinares@bushross.com;bnkecf@bushross.com

Allan C Watkins    watkinslaw@worldnet.att.net

Gerald P Webre    webrelawfirm@bellsouth.net

Regina Wedig    rswedig@bellsouth.net

Leslie G Weeks    lgw@helmsinglaw.com

Jacqueline Wehrly    WehrlyAtty@BellSouth.Net

Alan M. Weiss    alan.weiss@hklaw.com

Jan P Weiss    janweissesq@aol.com

Scott R Weiss    scott.weiss@marshallwatson.com

John W Wesley    wesleyandassociates@earthlink.net

Margaret R Westbrook    lhogewood@kennedycovington.com, cevans@kennedycovington.com;bfork@kennedycovington.com

David B. Wheeler    davidwheeler@mvalaw.com

Stephen D Wheelis    steve@wheelis-rozanski.com

Hurley Partin Whitaker    hpw@whitakerlaw.com

William Douglas White    wdw@mccarthywhite.com

Joseph C Whitelock    jowhiteloc@aol.com

Robert D Wilcox    rwilcox@wilcoxlawfirm.com, cr@wilcoxlawfirm.com,bmearkle@wilcoxlawfirm.com,njh@wilcoxlawfirm.com

John J. Wiles    bankruptcy@evict.net

Amy Pritchard Williams    awilliams@kennedycovington.com

Steven M Willner    smw@stevenwillnerlaw.com

John S. Winkler    shermanwinkler@yahoo.com

Jeffrey C Wisler    jwisler@cblh.com

Robert B Wiygul    robert@waltzerlaw.com

David A Wolf    dwolf@woodatter.com

Gaylord A Wood    pleadings@woodstuartpa.com

Allan E. Wulbern    awulbern@smithhulsey.com, czeigler@smithhulsey.com

Robert L Wunker    rwunker@rutherfordmulhall.com

Heather L Yonke    hyonke@gjb-law.com, ctarrant@gjb-law.com;hburke@gjb-law.com;gjbecf@gjb-law.com

J Richard Young    jry@stumplaw.com, tml@stumplaw.com;mw@stumplaw.com

Robert E Zaytoun    rzaytoun@zaytoun-miller.com, bsvendsgaard@zaytoun-miller.com

Edward H Zebersky    ezebersky@zpklaw.com

Angela A Zervos    azervos@yanchuckberman.com

Mark A Zimmerman    mzimmerman@jz-law.com

Brian D Zinn    bzinn@gbclaw.com, jmoore@gbclaw.com

Scott A. Zuber    szuber@pitneyhardin.com
MIA 180,071,537v1 5/14/2008