**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors . | ) | Jointly Administered |

**AMENDED NOTICE OF HEARING ON THE DEBTORS' OBJECTION**
**TO CLAIM FILED ANGELA HINES (CLAIM NO. 13824)**

Please take notice that a hearing will be held on **June 12, 2008** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors' Objection to the Claim filed by Angela Hines (Claim No. 13824) (Docket No. 19937) (the "Objection") on the ground that the claim is barred by *res judicata* in that the liability upon which Claim No. 13824 was based was presumably adjudicated and disallowed by this Court.[1]

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to this claim.

---

[1] Two previous claims filed by this claimant based upon the same alleged debt have been disallowed by this Court as follows:

   (a) Claim No. 13767 was disallowed by the Order Correcting Order Dated February 22, 2007 (Docket No. 15277) (A) Disallowing Improperly Filed Claims, (B) Disallowing No Liability Claims, (C) Disallowing No Liability Misclassified Claims, (D) Disallowing Late Claims (E) Disallowing Late with Remaining Claims, (F) Reducing overstated Claims and (G) Reducing and Reclassifying Overstated Misclassified Claims (Docket No. 15301); and

   (b) Claim No. 13811 was disallowed by the Order on Debtors' Omnibus Objection to Improperly filed Proofs of Claims (Docket No. 16451).

**Response Deadline**

If you do **not** oppose the disallowance of your claim, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on June 2, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

A Response will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order

by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: May 15, 2008

                                  SMITH HULSEY & BUSEY

                                  By  *s/ Leanne McKnight Prendergast*
                                      Stephen D. Busey
                                      James H. Post
                                      Leanne McKnight Prendergast

                                Florida Bar Number 59544
                                225 Water Street, Suite 1800
                                Jacksonville, Florida 32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                lprendergast@smithhulsey.com

                                Counsel for Reorganized Debtors

00598554

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to Angela Hines, Post Office Box 4908, Albany, Georgia 31705 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 15th day of May, 2008.

                                            *s/ Leanne McKnight Prendergast*
                                                              Attorney

00609031