LAW OFFICES
# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

DAVID M. APPLEGATE
LISA A. BARCLAY
JAMES A. BOLLING
BEAU BOWIN
STEPHEN D. BUSEY
CHARMAINE T. M. CHIU
R. CHRISTOPHER DIX
KATEENA O. ENNEKING
DAVID L. GAY
EARL E. GOOGE, JR.
MICHAEL H. HARMON
MEGAN R. HARPER
JEANNE E. HELTON
DAVID J. HULL
CYNTHIA C. JACKSON
SCOTT B. KALIL
G. PRESTON KEYES
RICHARD E. KLEIN
WILLIAM E. KUNTZ
LAUREN PARSONS LANGHAM
M. RICHARD LEWIS, JR.

JOHN F. MacLENNAN
RAYMOND R. MAGLEY
E. OWEN McCULLER, JR.
BERT J. MILLIS
STEPHEN D. MOORE, JR.
RAYMOND M. O'STEEN, JR.
ELIZABETH S. PAULK
JAMES H. POST
LEANNE McKNIGHT PRENDERGAST
BRYAN L. PUTNAL
E. LANNY RUSSELL
JOEL SETTEMBRINI, JR.
TIM E. SLEETH
JOHN R. SMITH, JR.
JOY A. TENHAGEN
LEE D. WEDEKIND, III
HARRY M. WILSON, III
THOMAS G. WILSON III
MEGHAN R. WOJESKI
ALLAN E. WULBERN

LLOYD SMITH
(1915-1987)

MARK HULSEY
JOHN E. THRASHER
OF COUNSEL

TELEPHONE
904-359-7700

FACSIMILE
904-359-7708
904-353-9908

January 28, 2008

Guy Bennett Rubin, Esq.
Rubin & Rubin
110 S.W. Atlanta Avenue
Stuart, Florida 34994

Re: In re Winn-Dixie Stores, Inc., et al.; U. S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Dear Mr. Rubin:

Please find enclosed documents responsive to Visagent's document requests.

The hard copy documents (Bates Stamp numbers WD V010337-V011360) are copies of documents from Winn-Dixie's files as they were kept in the usual course of business. The electronic documents on the disk Bates Stamped V011361 contain general diverting information, the majority of which represent summaries of the information previously produced by Winn-Dixie both in hard copy and electronic form (Bates Stamp numbers V000001- V05529). As with the documents Bates Stamped V000001- V05529, the information on the Disk V11361 is confidential and should be treated as such pursuant to the consent protective order governing confidential information in this matter.

Additionally, by way of disclosure of Winn-Dixie's efforts to locate and produce documents responsive to Visagent's discovery requests, Winn-Dixie has recently identified two potential sources of electronic documents which, due to undue burden and cost, Winn-Dixie has not reviewed for responsive information.

First, Winn-Dixie discovered that a system-wide backup of Winn-Dixie's electronic mail system was created in 2005. However, because Winn-Dixie has subsequently changed its electronic mail infrastructure, this backup information is no longer readable or searchable by Winn-Dixie without undue burden or cost. Therefore, pursuant to Federal Civil Procedure Rule 26(b)(2)(B), Winn-Dixie has not reviewed this information for responsive documents.

SMITH HULSEY & BUSEY

Guy Bennett Rubin, Esq.
January 28, 2008
Page 2


      Second, Winn-Dixie, through a document management vendor, maintains archives comprised of imaged documents. Winn-Dixie has determined that these archives may contain warehouse receiving and bills of lading documents regarding Winn-Dixie's purchases and sales of goods in the secondary market for the period 2001 through 2004. However, such documents are stored within a massive archive system which cannot be searched for documents specifically related to such purchases and sales without undue burden and cost. Further, Winn-Dixie has previously produced to Visagent, both hard copy and electronically, a comprehensive list of all such purchases and sales (see Bates Stamp numbers V000001- V05529).

Sincerely,

David L. Gay

By Federal Express
DLG/mam/00596245