UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER RESOLVING CLAIM
NO. 6700 FILED BY LILA WINEBARGER**

This cause is before the Court upon the Debtors' First Omnibus Objection to Unresolved Litigation Claims as it relates to the claim filed by in these cases by Lila Winebarger (Claim No. 6700). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The claim filed by Lila Winebarger (the "Claimant") against Winn-Dixie Montgomery, Inc. in these Chapter 11 cases (Claim No. 6700) is disallowed.

2. This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 6700 and (ii) all other claims the Claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3. The Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Reorganized Debtors in this Court or in any other forum and pay all applicable court costs, if any.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this **19** day of May, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any interested party who has not received this order through the CM/ECF system and file a proof of service]

00609719

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

Dated: May 16, 2008.

SMITH HULSEY & BUSEY                    FARAH & FARAH, PA

By___s/ Leanne McKnight Prendergast    By___s/Randall Rutledge___
    James H. Post                              Randall Rutledge
    Leanne McKnight Prendergast

Florida Bar Number 59544                Florida Bar Number 67202
225 Water Street, Suite 1800            10 West Adams Street
Jacksonville, Florida 32202             Jacksonville, Florida 32202
(904) 359-7700                          (904) 807-3160
(904) 359-7708 (facsimile)              (904) 358-5297(facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors     Counsel for Lila Winebarger

*counsel has authorized the use of his electronic signature*