UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER CONTINUING TRIAL SCHEDULED FOR MAY 22, 2008**

This case is before the Court upon the motion of Winn-Dixie and its affiliated debtors (collectively, "Winn-Dixie") to continue the trial on Winn-Dixie's Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (Doc. No. 8941), with respect to the cure objection filed by Colonial Realty LP ("Colonial") (Doc. No. 9574), currently scheduled for May 22, 2008 at 9:30 a.m. (Doc. No. 20545) (the "Motion"). It is,

ORDERED:

1. The Motion is granted.

2. The trial on this matter currently scheduled for May 22, 2008 at 9:30 a.m. is continued until *August 13, 2008 at 9:00 A.M.*

Dated this *20* day of May, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.