UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, et al. ) | |
| ) | *Chapter 11* |
| Debtors. ) | Jointly Administered |
| ) | |

## MOTION FOR CONTINUANCE

SARRIA ENTERPRISES, INC., by and through the undersigned counsel, hereby file this Motion For Continuance and states in support thereof:

1. This matter is set for Hearing June 9, 2008 at 1:30 p.m.

2. The undersigned's client is currently traveling and will be unavailable to assist in preparation for the Hearing. Not withstanding this fact, the undersigned requests this matter be continued so the parties can fully exhaust settlement potential, which settlement appears to have occurred but has yet to be "papered".

3. The undersigned respectfully request the trial in this matter be continued.

4. This Motion is not being filed for the purposes of delay or avoidance.

WHEREFORE, SARRIA ENTERPRISES, INC. respectfully requests this Court grant the relief requested herein and award such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via U.S. Mail on this 23rd day of May, 2008, to: *Cynthia C. Jackson*, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.

McDONALD HOPKINS LLC
505 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
Telephone: 561-472-2121
  /s Alan M. Burger
Alan M. Burger, Esquire
Florida Bar Number: 833290

{1483769:}