UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN DIXIE STORES, et al. ) | |
| ) | *Chapter 11* |
| Debtors. ) | Jointly Administered |
| ) | |

## ORDER GRANTING MOTION FOR CONTINUANCE

THIS CAUSE having come before the Court on SARRIA ENTERPRISES, INC.'s Motion for Continuance and the Court having reviewed the file, it is hereby,

**ORDERED and ADJUDGED as follows:**

1.  Plaintiff's Motion for Continuance is **granted**.  The hearing now noticed for June 9, 2008 at 1:30 p.m. is continued until _____.

Dated this _____ day of _____, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Alan M. Burger, Esq.
Cynthia C. Jackson, Esq.

{1483857:}