F I L E D
JACKSONVILLE, FLORIDA

MAY 2 7 2008

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

Case No. 05-03817-3F1

I Angela Hines am responding to the Debtors' Objection to the Claim I filed against WINN-DIXIE STORES, INC.,(Claim No. 13824), on the ground that I fell on some things at the WINN-DIXIE STORE in Albany, GA. I went to the E.R. (the Winn-Dixie Wisk Management Claim Center in Jacksonville, has Dr.s documents) and has been going to Dr.s , and the Pain Clinic.

I **DO** oppose the disallowance of my claim; and will be at the hearing on **June 12, 2008 @ 1:30**

Thank you,

Angela Hines

P.O.Box 4908

Albany, GA 31706

(229) 446-2057

cc