[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                              Case No. 3:05-bk-03817-JAF
                                                                    Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

ORDER STRIKING RESPONSE IN OPPOSITION TO DEBTORS' OBJECTION TO CLAIM

This case came on for consideration upon the Court's own motion. On May 27, 2008, Angela Hines filed a Response in Opposition to Debtors' Objection to Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Response in Opposition to Debtors' Objection to Claim is stricken from the record.

Dated May 28, 2008

                                                                    /s/ Jerry A. Funk
                                                                    Jerry A. Funk
                                                                    United States Bankruptcy Judge

Copies furnished to:
Angela Hines, P.O. Box 4908, Albany, GA 31706
Attorney for Debtor