**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**MOTION TO CONTINUE TRIAL ON NORTHWAY'S CURE**
**OBJECTION AND ADMINISTRATIVE EXPENSE APPLICATION**

Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie") move the Court for entry of an order continuing the trial on (a) Winn-Dixie's Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), as it relates to the cure objection filed by DBR Asset Management, Inc. as agent for Northway Investments, LLC ("Northway") (the "Cure Objection") (Doc. No. 9564) and (b) the Motion/Application for Administrative Expense Claim filed by Northway (the "Administrative Expense Application") (Doc. No. 13688) currently scheduled for June 20, 2008 at 9:30 a.m., and in support state:

1. On June 30, 2006, Winn-Dixie filed its Motion to Assume, seeking to assume several non-residential real property leases including the lease for Store No. 343.

2. On July 26, 2006, Northway filed its Cure Objection asserting that it was owed amounts greater than those asserted by Winn-Dixie in the Motion to Assume.

3. On December 28, 2006, Northway filed its Administrative Expense Application requesting payment of a post-petition, pre-effective date claim as an administrative claim.

4. A case management conference regarding the Motion to Assume, the Cure Objection and the Administrative Expense Application was held on February 7, 2008.

5. On February 11, 2008, the Court entered an order scheduling a trial on the Motion to Assume, the Cure Objection and the Administrative Expense Application for June 20, 2008 at 9:30 a.m. (the "Scheduling Order") (Doc. No. 19778).

6. Winn-Dixie's counsel, Cynthia C. Jackson, and Winn-Dixie's expert witness have unavoidable scheduling conflicts on June 20, 2008. Accordingly, Winn-Dixie requests a continuance of the trial for a period of not less than sixty days from June 20, 2008.

7. The undersigned counsel has conferred with counsel for Northway, and Northway does not consent to the relief sought in this motion.

WHEREFORE, Winn-Dixie requests an order of this Court continuing the trial on the Motion to Assume, the Cure Objection and the Administrative Expense Application for a period of not less than sixty days from June 20, 2008.

Dated: May 28, 2008.

                                    SMITH HULSEY & BUSEY

                                    By  */s/ Cynthia C. Jackson*
                                           Stephen D. Busey
                                           Cynthia C. Jackson

                                  Florida Bar Number 498882
                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida  32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)
                                  cjackson@smithhulsey.com

                                  Counsel for Winn-Dixie

## Certificate of Service

I certify that a copy of Winn-Dixie's Motion to Continue Trial on Northway's Cure Objection and Administrative Expense Application has been furnished by regular and electronic mail to N. Mark New, II, P.O. Box 477, Jacksonville, Florida 32201, this 28th day of May, 2008.

                                                                      */s/Cynthia C. Jackson*
                                                                                Attorney

00610111