## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administrated |
| | ) | |

## ORDER ON DEBTORS' OBJECTION TO
## FLORIDA TAX CLAIMS AND MOTION FOR ORDER
## DETERMINING TAX LIABILITIES (DUVAL COUNTY, FLORIDA)

This matter came before the Court on the Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities [the "Objection"; Doc. No. 10046] as it pertains to Duval County, Florida. Upon consideration thereof, it is ORDERED:

1.      The Objection is sustained in part and overruled in part as set forth below.

2.      Proof of Claim number 12566 filed by the "Florida Tax Collectors," solely as it relates to Duval County, is allowed as a secured claim in the amount of $2,800,000.

3.      Within ten business days of entry of this Order, the Reorganized Debtor will pay Duval County $2,800,000 based upon the allocation attached as Exhibit A, as a full and final payment of all unpaid ad valorem real property and tangible personal taxes owed by the Reorganized Debtors to Duval County for tax years 2005 and 2006. This amount represents the full and final amount owed for all unpaid ad valorem real property and tangible personal property taxes (whether delinquent or not) for the tax years 2005

and 2006, including, without limitation, the accounts identified on **Exhibit A** to this Order, which were or could have been, or may be, raised in any proof of claim or objection to proof of claim or otherwise.

4.      Other than as provided for in this Order, Duval County will not receive any additional distributions on account of any proofs of claim filed in the Reorganized Debtors' Chapter 11 cases, including, without limitation, Claim No. 12566 filed by the "Florida Tax Collectors."

5.      The Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Duval County in these Chapter 11 cases and (ii) all other pre-effective date claims Duval County has or may have against the Debtor's and any of their Chapter 11 estates or affiliates.   The Reorganized Debtors shall not be entitled to any further adjustment, reduction or refund of any tax assessment or taxes paid or payable to Duval County for tax years 2004, 2005 and 2006; provided, however, that Winn-Dixie shall be entitled to any and all rebates, refunds or incentives associated with the 1998 Redevelopment Agreement between the City of Jacksonville and Jacksonville Economic Development Commission and Winn-Dixie Stores, Inc. ratified by Ordinance 98-547-E, and that the calculation of such entitlements for 2005 and 2006 shall be based upon the allocation of taxes paid hereunder.

6.      Notwithstanding anything to the contrary in this order, nothing is intended to affect Claim Number 12566 as it relates to any alleged liabilities of the tax collectors other than Duval County, Florida.

7.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

DATED this _28_ day of May, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Richard R. Thames, Esq.
Stutsman Thames & Markey, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202

00610819.2

**EXHIBIT A**

| REAL ESTATE AND PERSONAL PROPERTY TAX FOR 2005 | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| ACCOUNT NUMBERS | | Allocated Payment | | | |
| 001649-0050 | | $ 2,860.79 | | | |
| 001977-0000 | | $ 862,623.90 | | | |
| 001977-1000 | | $ 7,552.43 | | | |
| 001977-5000 | | $ 787.31 | | | |
| 059287-0000 | | $ 1,309.85 | | | |
| 059328-0030 | | $ 22.27 | | | |
| 800595-0000 | | $ 9,891.25 | | | |
| 802857-0000 | | $ 4,566.10 | | | |
| 803372-0000 | | $ 6,069.34 | | | |
| 803373-0000 | | $ 106.86 | | | |
| 807258-0000 | | $ 8,412.64 | | | |
| 817812-0000 | | $ 34,618.60 | | | |
| 817814-0000 | | $ 177,015.14 | | | |
| 817817-0000 | | $ 4,855.71 | | | |
| 817819-0000 | | $ 7,066.84 | | | |
| 817820-0000 | | $ 9,263.84 | | | |
| 817830-0000 | | $ 9,546.09 | | | |
| 827164-0000 | | $ 9,679.76 | | | |
| 829296-0000 | | $ 6,857.93 | | | |
| 828958-0000 | | $ 8,496.47 | | | |
| 830044-0000 | | $ 10,077.41 | | | |
| 830686-0000 | | $ 13,337.95 | | | |
| 831914-0000 | | $ 4,390.47 | | | |
| 833007-0000 | | $ 9,860.38 | | | |
| 839272-0000 | | $ 7,307.46 | | | |
| 843660-0000 | | $ 9,317.95 | | | |
| 846616-0000 | | $ 16,382.45 | | | |
| 850105-0000 | | $ 12,017.61 | | | |
| 863127-0000 | | $ 18,299.43 | | | |
| 886106-0000 | | $ 6,443.49 | | | |
| 891447-0000 | | $ 5,923.05 | | | |
| 896903-0000 | | $ 19,065.28 | | | |
| 902132-0000 | | $ 6,764.92 | | | |
| 902605-0000 | | $ 6,932.40 | | | |
| 902606-0000 | | $ 6,499.88 | | | |
| 902607-0000 | | $ 9,456.91 | | | |
| 915300-0000 | | $ 9,558.37 | | | |
| 918907-0000 | | $ 8,385.10 | | | |
| 923878-8000 | | $ 11,514.01 | | | |
| 923879-0000 | | $ 8,157.02 | | | |
| 924153-1000 | | $ 13,187.23 | | | |
| 924270-6000 | | $ 79,507.74 | | | |
| 924499-3000 | | $ 19,290.53 | | | |
| 925118-9000 | | $ 26,408.97 | | | |
| 925256-1000 | | $ 438.65 | | | |
| 925265-5000 | | $ 528.99 | | | |
| 925671-9000 | | $ 8,385.82 | | | |
| 925672-0000 | | $ 5,589.37 | | | |
| | | | | | |
| | | $ 1,524,631.95 | | | |

| REAL ESTATE AND PERSONAL PROPERTY TAX 2006 | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ACCOUNT NUMBERS | | | Allocated Payment | |
| 001649-0050 | | | $ 2,169.65 | |
| 001977-0000 | | | $ 753,351.31 | |
| 001977-1000 | | | $ 6,445.55 | |
| 059287-0000 | | | $ 1,118.55 | |
| 059328-0030 | | | $ 19.00 | |
| 800595-0000 | | | $ 7,993.72 | |
| 802857-0000 | | | $ 4,027.43 | |
| 807258-0000 | | | $ 7,096.96 | |
| 817814-0000 | | | $ 145,267.75 | |
| 817817-0000 | | | $ 4,185.98 | |
| 817819-0000 | | | $ 5,875.87 | |
| 817820-0000 | | | $ 7,227.79 | |
| 817830-0000 | | | $ 7,569.07 | |
| 827164-0000 | | | $ 7,954.73 | |
| 829296-0000 | | | $ 5,758.06 | |
| 828958-0000 | | | $ 6,243.27 | |
| 830044-0000 | | | $ 7,962.33 | |
| 830886-0000 | | | $ 10,082.61 | |
| 831914-0000 | | | $ 3,879.36 | |
| 833007-0000 | | | $ 7,539.46 | |
| 839272-0000 | | | $ 6,133.35 | |
| 843660-0000 | | | $ 7,522.59 | |
| 846616-0000 | | | $ 42,734.86 | |
| 850105-0000 | | | $ 9,509.21 | |
| 863127-0000 | | | $ 14,876.16 | |
| 886106-0000 | | | $ 5,253.16 | |
| 891447-0000 | | | $ 4,964.39 | |
| 896903-0000 | | | $ 15,634.17 | |
| 902132-0000 | | | $ 5,231.87 | |
| 902605-0000 | | | $ 5,940.28 | |
| 902606-0000 | | | $ 5,673.42 | |
| 902607-0000 | | | $ 7,758.84 | |
| 915300-0000 | | | $ 7,442.55 | |
| 918907-0000 | | | $ 6,758.90 | |
| 923878-8000 | | | $ 8,103.79 | |
| 923879-0000 | | | $ 6,394.64 | |
| 924153-1000 | | | $ 10,005.57 | |
| 924270-6000 | | | $ 55,103.79 | |
| 924499-3000 | | | $ 15,859.45 | |
| 925118-9000 | | | $ 20,588.08 | |
| 925256-1000 | | | $ 307.82 | |
| 925265-5000 | | | $ 473.19 | |
| 925671-9000 | | | $ 6,959.23 | |
| 925672-0000 | | | $4,370.30 | |
| | | | | |
| | | | $ 1,275,368.05 | |