**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.:  3:05-bk-03817-JAF** |
| | ) | |
| **WINN-DIXIE STORES, INC.,** | ) | **CHAPTER 11** |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF LIMITED APPEARANCE

**COMES NOW** E. Warren Parker of the Law Firm of Parker & DuFresne, P.A., and hereby files his Notice of Limited Appearance for the sole purpose of representing claimant, SUSAN WALKER, relative to the pending Debtor's Omnibus Objection to Unresolved Litigation Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure and further states that all pleadings and correspondence relative thereto should be served upon him.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Leanne McKnight Prendergast, Esquire by email at lprendergast@smithhulsey.com and by  U.S. Mail at 225 Water Street, Suite 1800, Jacksonville, Florida 32202 this 29th day of May, 2008.

**PARKER & DuFRESNE, P.A.**

/s/ E. Warren Parker, Jr.
_____
E. WARREN PARKER, JR., Esquire
Florida Bar No.: 958506
Churchill Park, Suite 301
8777 San Jose Boulevard
Jacksonville, FL 32217
(904) 733-7766
Fax:  (904) 733-2919
Attorney for Claimant