LAW OFFICES
# SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

DAVID H. APPLEGATE
LISA A. BARCLAY
JAMES A. BOLLING
BEAU BOWIN
STEPHEN D. BUSEY
CHARMAINE T. M. CHIU
R. CHRISTOPHER DIX
KATEENA O. ENNEKING
DAVID L. GAY
EARL E. GOOGE, JR.
MICHAEL H. HARMON
MEGAN R. HARPER
JEANNE E. HELTON
DAVID J. HULL
CYNTHIA C. JACKSON
SCOTT B. KALIL
C. PRESTON KEYES
RICHARD E. KLEIN
WILLIAM E. KUNTZ
LAUREN PARSONS LANGHAM
M. RICHARD LEWIS, JR.

JOHN F. MacLENNAN
RAYMOND R. MAGLEY
E. OWEN McCULLER, JR.
BERT J. MILLIS
STEPHEN D. MOORE, JR.
RAYMOND M. O'STEEN, JR.
ELIZABETH S. PAULK
JAMES H. POST
LEANNE McKNIGHT PRENDERGAST
BRYAN L. PUTNAL
E. LANNY RUSSELL
JOEL SETTEMBRINI, JR.
TIM E. SLEETH
JOHN R. SMITH, JR.
JOY A. TENHAGEN
LEE D. WEDEKIND, III
HARRY M. WILSON, III
THOMAS G. WILSON III
MEGHAN R. WOJESKI
ALLAN E. WULBERN

LLOYD SMITH
(1915-1987)

MARK HULSEY
JOHN E. THRASHER
OF COUNSEL

TELEPHONE
904-359-7700

FACSIMILE
904-359-7708
904-353-9908

April 16, 2008

Randall Erler, Esq.
Wood, Atter & Assocaites, P.A.
333-1 East Munroe Street
Jacksonville, FL 32202-2834

    Re:   Claimant: Susan Walker
            Proof of Claim No.: 13255

            In re Winn-Dixie Stores, Inc., et al., Debtors; United States Bankruptcy Court, Middle District of Florida, Jacksonville Division; Case No. 05-03817-3F1, Chapter 11, Jointly Administered

> **Please take notice that the Claims Resolution Procedure established by the Bankruptcy Court in these cases requires that all persons asserting prepetition personal injury claims against the Debtors participate in mediation. Please also take notice that, if you fail to participate in mediation, the Debtors will seek the disallowance of your claim due to your failure to participate in the Claims Resolution Procedure.**

Dear Mr. Erle:

       This firm represents Winn-Dixie Stores, Inc. and its affiliates in the referenced Chapter 11 cases (the "Debtors").

       The Claims Resolution Procedure established by the Bankruptcy Court in these cases requires that all persons asserting prepetition personal injury claims against the Debtors participate in a mediation as part of the Chapter 11 process (Docket Nos. 3326 and 7353). You are therefore required to participate in a mediation in good faith if you intend to prosecute your claim.

Exhibit A

LAW OFFICES
SMITH HULSEY & BUSEY

Randall Erler, Esq.
April 16, 2008
Page 2

Accordingly, **before May 7, 2008**, please call the following toll-free number between the hours of 8:00 a.m. and 5:00 p.m. (eastern standard time), Monday through Friday, to arrange to mediate your claim:
**1-888-784-3470.**

Please keep in mind the following:

**Confidentiality.** All discussions, representations and statements which take place during the mediation conference are privileged as settlement negotiations, and shall not be admitted into evidence at trial or subject to discovery.

**Cancellation.** Any cancellation or rescheduling of the mediation must be with the consent of all parties.

**Allowed Claims to be Paid in Stock.** Please note that no distribution will be made on the referenced proof of claim pursuant to the Debtors' confirmed plan of reorganization (the "Plan") unless and until it becomes an "Allowed Claim" by settlement or by adjudication and final order. If and when the proof of claim becomes an Allowed Claim, it will be treated in accordance with Plan Class 16, and a distribution of Winn-Dixie stock will be made on account of the claim pursuant to Section 9.2 of the Plan. Specifically, the holder of an Allowed Claim will receive 34.89 shares of the New Common Stock of Winn-Dixie for each $1,000 of Allowed Claim.

Please take notice that, if you (the claimant) fail to participate in mediation by failing to schedule the mediation of your claim by May 7, 2008, the Debtors will seek the disallowance of your claim due to your failure to participate in the Claims Resolution Procedure.

Thank you for your attention to this matter.

Very truly yours,

*Leanne Prendergast*
Leanne McKnight Prendergast

c:  Susan Walker
    1844 Griflett Road
    Jacksonville, FL 32211

00606146

Exhibit A

APR-30-2008 WED 06:09 PM Smith Hulsey & Busey        FAX NO. 9043597708        P. 04/04

LAW OFFICES
SMITH HULSEY & BUSEY

1800 WACHOVIA BANK TOWER
225 WATER STREET
POST OFFICE BOX 53315
JACKSONVILLE, FLORIDA 32201-3315

Randall Erler, Esq.
Wood, Atter & Associates, P.A.
333-1 East Munroe Street
Jacksonville, FL 32202

NIXIE     322    DE 1    00 C

BC: 322013315150487-1475

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

Exhibit A