IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., *et al*,    Chapter 11

Debtor.                              Case No.: 05-03817-3F1

_____/

NOTICE OF WITHDRAWAL FROM CASE;
REQUEST TO STOP ELECTRONIC NOTICE AND
REQUEST FOR REMOVAL FROM THE MAILING MATRIX

The following attorney withdraws her Notice of Appearance and requests that the Clerk remove her from the electronic filing notice and mailing matrix list as follows:

Camille J. Iurillo, Esq.
Iurillo and Associates, P.A.
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
ciurillo@iurillolaw.com

Dated May 30, 2008

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciruillo@iurillolaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30 day of May, 2008, I served a true and correct copy of **NOTICE OF WITHDRAWAL FROM CASE; REQUEST TO STOP ELECTRONIC NOTICE AND FOR REQUEST FOR REMOVAL FROM THE MAILING MATRIX** by U.S. Mail and/or electronic notice upon **Stephen D. Busey, Esquire**, and **James H. Post, Esquire**, Smith, Hulsey & Busey 225 Water Street, Suite 1800, Jacksonville, Florida 32202, **Facsimile: 904-359-7708**; and **Matthew Barr, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, **Facsimile: 212-822-5194**.

/s/ Camille J. Iurillo
CAMILLE J. IURILLO, ESQUIRE
Fla. Bar No. 902225
Sterling Square
600 First Avenue North, Suite 308
St. Petersburg, FL 33701
(727) 895-8050 telephone
(727) 895-8057 facsimile
ciurillo@iurillolaw.com