UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:
WINN-DIXIE STORES, INC., et al     Case No. 05-03817-3F1
    Reorganized Debtors     Chapter 11
_____/     Jointly Administered

### CLAIMANT'S (LILIAN MELENDEZ IFRAN) RESPONSE TO DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS WHICH HAVE BEEN SETTLED, RELEASED, WITHDRAWN OR ABANDONED AND REQUEST FOR TELEPHONIC APPEARANCE FOR HEARING SET FOR JUNE 12, 2008 AT 1:30 P.M.

**COMES NOW,** Lilian Melendez Ifran (hereinafter referred to as "claimant"), by and through undersigned counsel and files this Response to Debtors' Omnibus Objection to Unresolved Litigation Claims which have been settled, released, withdrawn or abandoned and Request for Telephonic Appearance for hearing set for June 12, 2008 at 1:30 p.m., and as grounds states as follows:

1. Undersigned counsel represents the claimant and filed who filed a proof of claim in the above referenced case on April 10, 2007.

2. The claimant, Lilian Melendez Ifran, was injured as a result of a fall in a Winn-Dixie store.

3. The claimant has a viable liability claim against Winn-Dixie.

4. Undersigned counsel has a small practice in Coral Gables, Florida and is unable to travel to Jacksonville, for the hearing currently scheduled for June 12, 2008 at 1:30 p.m., on Debtors' Omnibus Objection to unresolved litigation claims.

5. Undersigned counsel would like the opportunity to appear via telephone for the hearing.

6.     Undersigned counsel's telephonic appearance will not prejudice any party.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order allowing the proof of claim of claimant, Lilian Melendez Ifran and allowing the telephonic appearance of undersigned counsel for the hearing scheduled for June 12, 2008 at 1:30 p.m.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that a true and correct copy of the foregoing was served upon the following via U.S. Mail and email this 30th day of May 2008:  Leanne McKnight Predergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL  32202.

Respectfully Submitted:

**EMMANUEL PEREZ & ASSOCIATES, P.A.**
Bankruptcy Attorney for Claimant
901 Ponce De Leon Blvd.
Suite 303
Coral Gables, FL  33134
Tel. 305-442-7443
Fax.305-441-9218

By: /s/ Emmanuel Perez_____
    Emmanuel Perez, Esq.
    Florida Bar No. 586552