[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05-bk-03817-JAF
         Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING RESPONSE IN OPPOSITION TO DEBTORS' OBJECTION TO CLAIM

This case came on for consideration upon the Court's own motion. On May 27, 2008, Angela Hines filed a Response in Opposition to Debtors' Objection to Claim without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Response in Opposition to Debtors' Objection to Claim is stricken from the record.

Dated May 28, 2008

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Angela Hines, P.O. Box 4908, Albany, GA 31706
Attorney for Debtor

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1              Date Rcvd: May 28, 2008
Case: 05-03817                  Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on May 30, 2008.
cr           +Angela Hines,   P.O. Box 4908,   Albany, GA 31706-4908

The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2008**                    **Signature:**    *Joseph Speetjens*