UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
)   Case No. 05-03817-3F1
WINN DIXIE STORES, et al. )
)   *Chapter 11*
Debtors. )   Jointly Administered
)

## ORDER GRANTING MOTION FOR CONTINUANCE

THIS CAUSE having come before the Court on SARRIA ENTERPRISES, INC.'s Motion for Continuance and the Court having reviewed the file, it is hereby,

**ORDERED and ADJUDGED as follows:**

1. Plaintiff's Motion for Continuance is granted. The hearing now noticed for June 5, 2008 at 9:00 a.m. is continued until AUGUST 28, 2008 AT 9:00 A.M.

Dated this 2 day of JUNE, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Alan M. Burger, Esq.
Cynthia C. Jackson, Esq.

{1483857:}