**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**RESPONSE TO NORTHWAY'S MEMORANDUM OF LAW IN OPPOSITION TO WINN-DIXIE'S MOTION TO CONTINUE TRIAL**

Winn-Dixie Stores, Inc. and twenty-three of its reorganized debtor affiliates (collectively, "Winn-Dixie") file this response to the Memorandum of Law in Opposition to Debtor, Winn-Dixie's, Motion to Continue Trial (the "Opposition Memorandum") filed by DBR Asset Management, as agent for Northway Investments, LLC, ("Northway") (Doc. No. 20657) and state:

1.    On June 30, 2006, Winn-Dixie filed its Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), seeking to assume several non-residential real property leases including the lease for Store No. 343.

2.    Northway filed its objection to the Motion to Assume (the "Cure Objection") (Doc. No. 9564) on July 26, 2006, asserting that Northway was owed amounts greater than those asserted by Winn-Dixie in the Motion to Assume.

3.    On December 28, 2006, Northway filed its Motion/Application for Administrative Expense Claim (the "Administrative Expense Application") (Doc.

No. 13688) requesting payment of a post-petition, pre-effective date claim as an administrative claim.

4. On February 11, 2008, the Court entered an order scheduling a trial on the Motion to Assume, the Cure Objection and the Administrative Expense Application for June 20, 2008 at 9:30 a.m. (the "Scheduling Order") (Doc. No. 19778).

5. On May 28, 2008, Winn-Dixie filed a motion to continue the trial scheduled on the Motion to Assume, the Cure Objection and the Administrative Expense Application (the "Motion to Continue") (Doc. No. 20629) for a period of not less than sixty days from June 20, 2008.

6. Northway filed its Opposition Memorandum on June 3, 2008. By its Opposition Memorandum, Northway asserts that the trial should not be continued because counsel for Winn-Dixie has known that the trial was set since February and that even if the Court continues the trial, the corresponding discovery and other deadlines should not be extended.

7. The undersigned filed the Motion to Continue in good faith and as soon as she became aware of the conflicts. In that regard, Winn-Dixie moves for a continuance of the trial because over the next few weeks, the undersigned is undergoing some necessary and unexpected medical tests. In addition, the undersigned's Mother is in the final stages of a long illness and under the care of Community Hospice of Northeast Florida ("Hospice"). The Hospice staff has informed the undersigned that her Mother is unlikely to live for more than the next two weeks. While other attorneys at Smith Hulsey & Busey have assisted the

undersigned in preparing for this trial, the undersigned has the most knowledge of the subject matter necessary to litigate the matter.

8.  For the foregoing reasons, Winn-Dixie has shown good cause within the meaning of Rule 5071-1, Rules of the United States Bankruptcy Court for the Middle District of Florida, to support a continuance of the trial currently scheduled for June 20, 2008 as well as an extension of the corresponding discovery and related deadlines.

WHEREFORE, Winn-Dixie respectfully requests that the Court (i) grant its Motion to Continue, (ii) issue an order continuing the trial on the Motion to Assume, the Cure Objection and the Administrative Expense Application for a period of not less than sixty days from June 20, 2008, and (iii) extend the deadlines, including the deadline to complete discovery, to correspond with the new trial date.

Dated: June 4, 2008.

SMITH HULSEY & BUSEY

By  */s/ Cynthia C. Jackson*
        Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Winn-Dixie

Certificate of Service

I certify that a copy of Winn-Dixie's Motion to Continue Trial on Northway's Cure Objection and Administrative Expense Application has been furnished by regular and electronic mail to N. Mark New, II, P.O. Box 477, Jacksonville, Florida 32201, this 4th day of June, 2008.

                                            /s/Cynthia C. Jackson
                                              Attorney

00611831