UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER CONTINUING TRIAL SCHEDULED FOR JUNE 20, 2008

This case is before the Court upon the motion of Winn-Dixie and its affiliates ("Winn-Dixie") to continue the trial on (i) Winn-Dixie's Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), as it relates to the cure objection filed by DBR Asset Management, Inc. as agent for Northway Investments, LLC ("Northway") (the "Cure Objection") (Doc. No. 9564) and (ii) the Motion/Application for Administrative Expense Claim filed by Northway (the "Administrative Expense Application") (Doc. No. 13688) currently scheduled for June 20, 2008 at 9:30 a.m. (the "Motion") (Doc. No. 20629). It is,

ORDERED:

1. The Motion is granted.

2. The trial on this matter currently scheduled for June 20, 2008 is continued until _SEPTEMBER 12, 2008 AT 9:30 A.M._

3. The associated discovery and related deadlines are extended to correspond with the new trial date.

Dated this 5 day of June, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.

00611724