UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                            )      Case No. 05-03817-3F1
                                                                  )
WINN-DIXIE STORES, INC., et al.,                                  )      Chapter 11
                                                                  )
Reorganized Debtors.                                              )      Jointly Administered
_____)

## NOTICE OF WITHDRAWAL OF
## APPLICATION FOR ADMINISTRATIVE CLAIM

Applicant, JOSEPH P. SPELLMAN, by and through undersigned counsel, and based on the settlement of his claim against the Debtors, hereby withdraws his Application for Payment of Administrative Expense (Docket No. 14288) and any other administrative claim he may have against the Debtors or their estates.

Dated: June 5th, 2008.

DENNIS J. LeVINE, ESQUIRE
Florida Bar No. 375993
Dennis LeVine & Associates, P.A.
Post Office Box 707
Tampa, Florida 33601-0707
(813) 253-0777 (phone)
(813) 253-0975 (fax)
Attorney for SPELLMAN

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing document was furnished, by electronic filing and facsimile, to James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 [Fax – 904-359-7708] this 5th day of June, 2008.

DENNIS J. LeVINE, ESQ.