[3909] [Notice of Cancellation]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF
                                                    Chapter 11


Winn-Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF CANCELLATION

   NOTICE IS GIVEN that the following hearing(s) scheduled to be heard before the Honorable Jerry A. Funk in Jacksonville Florida Courtroom Fourth Floor 4D on June 9, 2008 at 1:30 p.m. is/are canceled.

   Visagent Corporation's Fourth and Fifth Motion to Compel Discovery from Debtors




      Dated June 6, 2008 .


                            Lee Ann Bennett, Clerk of Court
                            300 North Hogan Street Suite 3-350
                            Jacksonville, FL 32202


      Copies furnished to:
      All Interested Parties