[3909] [Notice of Cancellation]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:05-bk-03817-JAF
                                                                          Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## NOTICE OF CANCELLATION

NOTICE IS GIVEN that the following hearing(s) scheduled to be heard before the Honorable Jerry A. Funk in Jacksonville Florida Courtroom Fourth Floor 4D on June 9, 2008 at 1:30 p.m. is/are canceled.

Visagent Corporation's Fourth and Fifth Motion to Compel Discovery from Debtors

Dated June 6, 2008 .

                Lee Ann Bennett, Clerk of Court
                300 North Hogan Street Suite 3-350
                Jacksonville, FL 32202

Copies furnished to:
All Interested Parties