UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Josefina Delgado (Claim No. 13394) [Docket No. 20625] was furnished by mail on June 6, 2008 to Josefina Delgado c/o Bernard H. Butts, Jr., Esq., Bernard H. Butts, Jr., P.A., 1790 W. 49th Street, Suite 210, Hialeah, Florida 33012.

Dated: June 6, 2008

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151