UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,                 )      Case No. 05-03817-3F1
                                                        Chapter 11
      Reorganized Debtors.                      )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Porgie Town (Claim No. 5046) [Docket No. 20626] was furnished by mail on June 6, 2008 to Porgie Town c/o Ronald M. Simon, Esq., Simon & Bocksch, 1001 Brickell Bay Drive, Suite 1200, Miami, Florida 33131.

Dated: June 6, 2008

                                      SMITH HULSEY & BUSEY

                                      By    *s/ James H. Post*
                                             Stephen D. Busey
                                             James H. Post (FBN 175460)
                                             Cynthia C. Jackson

                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      jpost@smithhulsey.com

                                      Counsel for Reorganized Debtors

00520151