UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Mitchell Babb [Docket No. 20621] was furnished by mail on June 6, 2008 to Mitchell Babb c/o J. Michael Campbell, Esq., Post Office Box 55972, Birmingham, Alabama 35255.

Dated: June 6, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785