UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                       )

WINN-DIXIE STORES, INC., et al.,            )        Case No. 05-03817-3F1
                                                     Chapter 11
          Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Pilar Cancio [Docket No. 20579] was furnished by mail on June 6, 2008 to Pilar Cancio c/o Vidian Mallard, Esq., Ford and Dean, P.A., 9130 South Dadeland Blvd., PH 1C, Miami, Florida 33156.

Dated: June 6, 2008

SMITH HULSEY & BUSEY

By    s/ James H. Post
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785