UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,         )            Case No. 05-03817-3F1
                                                              Chapter 11
         Reorganized Debtors.                )            Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative

Claim filed by Lilly Cook [Docket No. 20580] was furnished by mail on June 6,

2008 to Lilly Cook c/o Benjamin H. Parr, Esq., Ingrum, Rice & Parr, LLC, 410

South Avenue, Opelika, Alabama 36801.

Dated: June 6, 2008

                                                    SMITH HULSEY & BUSEY


                                                    By _____ s/ James H. Post _____
                                                          Stephen D. Busey
                                                          James H. Post (FBN 175460)
                                                          Cynthia C. Jackson

                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida  32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    jpost@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00569785