UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                     )

WINN-DIXIE STORES, INC., et al.,          )   Case No. 05-03817-3F1
                                              Chapter 11
      Reorganized Debtors.                )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Andrea Elkins [Docket No. 20617] was furnished by mail on June 6, 2008 to Andrea Elkins c/o Michael J. Smith, Esq., Morgan & Morgan, Post Office Box 4979, Orlando, Florida 32802.

Dated: June 6, 2008

                                    SMITH HULSEY & BUSEY


                                    By    s/ James H. Post
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00569785