UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,    )     Case No. 05-03817-3F1
                                                        Chapter 11
        Reorganized Debtors.              )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Viola Ishem [Docket No. 20624] was furnished by mail on June 6, 2008 to Viola Ishem c/o G. Karl Bernard, Esq., 1615 Poydras Street, Suite 971, New Orleans, Louisiana 70112.

Dated: June 6, 2008

SMITH HULSEY & BUSEY

By    s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785