UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative

Claim filed by Loretta Elaine Jenkins [Docket No. 20582] was furnished by mail

on June 6, 2008 to Loretta Elaine Jenkins c/o Harren E. Udell, Esq., Morgan &

Morgan, Post Office Box 4979, Orlando, Florida 32802-4979.

Dated: June 6, 2008

SMITH HULSEY & BUSEY


By     s/ James H. Post
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785