UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )    Case No. 05-03817-3F1
                                              Chapter 11
    Reorganized Debtors.                 )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Loretta Martin [Docket No. 20627] was furnished by mail on June 6, 2008 to Loretta Martin c/o Henry Mims, Esq., 100 East Poinsett Street, Greer, South Carolina 29651.

Dated: June 6, 2008

SMITH HULSEY & BUSEY

By      s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785