UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                 )        Chapter 11
        Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Delores McGinnis [Docket No. 20619] was furnished by mail on June 6, 2008 to Delores McGinnis c/o Steven Koenig, Esq., Valteau, Harris, Koenig & Mayer, 1010 Common Street, Suite 2700, New Orleans, Louisiana 70112.

Dated: June 6, 2008

SMITH HULSEY & BUSEY

By     s/ James H. Post
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785