UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Judy Miller [Docket No. 20598] was furnished by mail on June 6, 2008 to Judy Miller c/o Glen Cohen, Esq., Barnes, Barnes & Cohen, P.A., 1843 Atlantic Boulevard, Jacksonville, Florida 32207.

Dated: June 6, 2008

SMITH HULSEY & BUSEY

By ____*s/ James H. Post*____
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785