UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )       Case No. 05-03817-3F1
                                                       Chapter 11
        Reorganized Debtors.                   )       Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Sylvia Simmons [Docket No. 20584] was furnished by mail on June 6, 2008 to Sylvia Simmons c/o John Malkowski, Esq., Kennedy Law Group, 5100 W. Kennedy Boulevard, Suite 100, Tampa, Florida 33609.

Dated: June 6, 2008

SMITH HULSEY & BUSEY


By      s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785