IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al                  Chapter 11

Debtor.                                              Case No: 05-03817-3F1

_____/

NOTICE OF WITHDRAWAL FROM CASE,
REQUEST TO STOP ELECTRONIC NOTICE AND
REQUEST FOR REMOVAL FROM THE MAILING MATRIX

The following attorney withdraws his Notice of Appearance and requests that the Clerk remove him from the electronic filing notice and mailing matrix list as follows:

    Charles A. Buford, Esquire
    Johnson, Pope, Bokor, Ruppel & Burns, LLP
    911 Chestnut Street (33756)
    P. O. Box 1368
    Clearwater, FL 33757-1368
    chuckb@jpfirm.com

Dated June 6, 2008

                                             JOHNSON, POPE, BOKOR,
                                             RUPPEL & BURNS, LLP

                                             _____
                                             CHARLES A. BUFORD
                                             911 Chestnut Street (33756)
                                             P. O. Box 1368
                                             Clearwater, FL 33757-1368
                                             Telephone: 727-461-1818
                                             Facsimile: 727-441-8617
                                             FBN: 322539   SPN: 171246

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically and sent by regular U.S. Mail this _____6_____ day of JUNE, 2008, to Stephen D. Busey, Esquire and James H. Post, Esquire, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; and, Matthew Barr, Esquire, Milbank, Tweed, Hadley & McCoy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005.

                                              Attorney

# 441170 – Notice of Withdrawal