# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                                )

WINN-DIXIE STORES, INC., *et al.*,    )

           Reorganized Debtors.[1]    )

           )

Case No. 05-03817-3F1

*Chapter 11*

Jointly Administered

## NOTICE OF WITHDRAWAL OF REORGANIZED DEBTORS' AMENDED NOTICE OF HEARING ON THE DEBTORS' OBJECTION TO CLAIM FILED BY ANGELA HINES (CLAIM NO. 13824)

The Reorganized Debtors withdraw the Amended Notice of Hearing on the Debtors' Objection to Claim Filed by Angela Hines (Claim No. 13824) [Docket No. 20549].

Dated: June 9, 2008

           SMITH HULSEY & BUSEY

           By    */s/ Leanne McKnight Prendergast*
               James H. Post
               Leanne McKnight Prendergast

           Florida Bar Number 59544
           225 Water Street, Suite 1800
           Jacksonville, Florida 32202
           (904) 359-7700
           (904) 359-7708 (facsimile)
           lprendergast@smithhulsey.com

           Counsel for the Reorganized Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2

## Certificate of Service

I certify that a copy of the foregoing was furnished electronically or by mail on Angela Hines, Post Office Box 4908, Albany, Georgia 31705 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 9th day of June, 2008.

*s/ Leanne McKnight Prendergast*<br>Attorney

00612457