**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN DIXIE STORES, INC., et al,                Case No. 05-3817-3F1
                                               Chapter 11
Debtors                                        Jointly Administered

_____/

**NOTICE OF SERVING NORTHWAY INVESTMENTS, LLC'S**
**ANSWERS TO WINN-DIXIE STORES, INC.'S INTERROGATORIES**

YOU WILL PLEASE TAKE NOTICE that Northway Investments, LLC, by and through the undersigned counsel, has served its Answers to Winn Dixie Stores, Inc.'s Interrogatories on this 9th day of June, 2008.

**HEEKIN, MALIN, WENZEL & NEW, P.A.**

By: /s/ N. Mark New, II
N. Mark New, II, Esquire
Florida Bar No. 0476773
P.O. Box 477
Jacksonville, FL 32201
Telephone No.: 904-355-7000
Facsimile No.: 904-355-0266
Attorney for Plaintiffs
hmw@jax-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to Cynthia Jackson, P.O. Box 53315, Jacksonville, FL 32201.

/s/ N. Mark New, II
Attorney