

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

## PRO MEMO

Monday
June 09, 2008

**HONORABLE JERRY A. FUNK**                                    JACKSONVILLE

CASE NUMBER: 05-03817-3F1         FILING DATE: 02/21/2005         HEARING TIME: 01:30 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor Atty: STEPHEN D. BUSEY / CYNTHIA JACKSON / JAMES POST  *Withdrawn*

Movant: HENRY HERNANDEZ

HEARING:

1. FINAL HEARING: MOTION FOR RELIEF FROM STAY FILED BY ADA SERRA (12025)

*Deny - Flr to Prnt*

R/S    A/P    F/HRG

ORDER:

~~[struck out entry]~~

R/S    A/P    F/HRG

ORDER:

APPEARANCES:

MOVANT # 2: DAVID W. LANGLEY

US TRUSTEE: ELENA ESCAMILLA / KENNETH MEEKER