UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WINN-DIXIE STORES, INC., et al | Case No. 05-03817-3F1 |
| | (Jointly Administered) |
| Debtors. | |

_____

**WITHDRAWAL OF LARRY B. RICKE**
_____

To:  Clerk of Court and all parties

The undersigned filed a request for notice and notice of appearance under Bankruptcy Rule 2002(i) or 9010(b) on March 3, 2005.  You are hereby notified that such request for notice or notice of appearance is withdrawn.  Please Stop Electronic Notice.

June 4, 2008                                                                LEONARD, STREET AND DEINARD

By____/e/ Larry B. Ricke____
Larry B. Ricke (MN 121800)
150 South Fifth Street, S. 2300
Minneapolis, MN  55402
(612) 335-1500

Attorneys for:
 Michael Foods, Inc. and
United Sugars Corporation

5346701v1