[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 Case No. 3:05-bk-03817-JAF
                                                                       Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

### ORDER STRIKING APPLICATION FOR ALLOWANCE OF AN ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION CLAIM AND REQUEST FOR NOTICE FOR LEO HEARN

This case came on for consideration upon the Court's own motion. On June 10, 2008, Cheryl D. Barnes on behalf of Leo Hearn filed an Application for Allowance of an Administrative Expense Status for Post-Petition Claim and Request for Notice for Leo Hearn without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Application for Allowance of an Administrative Expense Status for Post-Petition Claim and Request for Notice for Leo Hearn is stricken from the record.

Dated June 11, 2008

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Cheryl D. Barnes, 633 NE 167 Street - Suite 1025, No. Miami Beach, FL 33162