UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON JUNE 12, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as
debtors and debtors in possession (collectively, the "Reorganized Debtors"), submit
the following agenda of matters to be heard on June 12, 2008 at 1:30 p.m.:

A.    **Uncontested Matters**

1.    *Case Management Conference on Debtors' Third Omnibus
Objection Tax Claims and Motion for Order Determining Tax
Liabilities as it relates to Claim Nos. 11696 - 11703 filed by
County of Gwinnett, Georgia Public Utilities (Docket Nos.
8772, 9256 and 9316)*

Objection Deadline:  Non-Applicable.

Responses:         None.

Status:            The Reorganized Debtors will proceed with the
Case Management Conference.

2.    *Reorganized Debtors' Motion for Order Modifying the Permanent Injunction to Permit the Prosecution of the State Court Action and Appeal Filed by Earline Williams (Docket No. 20506)*

Objection Deadline:  Non-Applicable.

Objections:    None.

Status:    The Reorganized Debtors will proceed with the hearing on the Motion.

3.    *Fifth Omnibus Objection to Administrative Claims Which Have Been Settled or Released (Docket No. 20529)*

Response Deadline:  Expired.

Response:    None.

Status:    The Reorganized Debtors will proceed with the hearing on the Objection.

4.    *Case Management Conference on Debtors' Omnibus Objection to the Claim Filed by Elizabeth Rodriguez (Claim No. 13825) (Docket Nos. 20357 and 20541)*

Response Deadline:  Non-Applicable.

Response:    None.

Status:    The Reorganized Debtors will proceed with the Case Management Conference.

5.      *Case Management Conference on Debtors' Omnibus Objection to the Claim Filed by Ernest Allen (Claim No. 12768) (Docket Nos. 8702 and 20539)*

Response Deadline:   Non-Applicable.

Response:               None.

Status:                   The Reorganized Debtors will proceed with the Case Management Conference.


6.      *Debtors' Objection to Claim Filed by Betty Carpenter (Claim No. 13372) (Docket No. 12877)*

Response Deadline:   Expired.

Response:               None.

Status:                   The Reorganized Debtors will proceed with the hearing on the Objection.


7.      *Debtors' Objection to Claim Filed by Ralph Burchett (Claim No. 13817) (Docket No. 17587)*

Response Deadline:   Expired.

Response:               None.

Status:                   The Reorganized Debtors will proceed with the hearing on the Objection.

8.      *Second Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 20533)*

Objection Deadline:  Expired.

Objection:            None.

Status:               The Reorganized Debtors have agreed to continue the hearing as to the settlement agreements with Renee Kennedy, Harry Latham, Josh Strickland and Tomasa Torres.  The Reorganized Debtors will proceed with the hearing on the Motion as to the remaining settlement agreements.

9.      *Debtors' Objection to Unresolved Litigation Claims Based on Improperly Filed Claims, Released Claims or Insufficient Documentation  (Docket Nos. 8702 and 20538)*

Response Deadline:  Expired.

Response:            None.

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.

10.     *Debtors' Omnibus Objection to Unresolved Litigation Claims Which Were Improperly Filed (Docket Nos. 8702 and 20532)*

Response Deadline:  Expired.

Response:            None.

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.

B.      **Contested Matters**

11.     *Debtors' Omnibus Objection to Unresolved Litigation Claims due to Claimants' Failure to Participate in the Claims Resolution Procedure (Docket Nos. 8702 and 20531)*

Response Deadline: Expired.

Response:                Susan Walker (Docket No. 20640)

Status:                  The Reorganized Debtors will proceed with the hearing on the Objection.

12.     *Debtor's Omnibus Objection to Unresolved Litigation Claims Which have been Settled, Released, Withdrawn or Abandoned (Docket Nos. 8702 and 20528)*

Response Deadline: Expired.

Response:                Lilian Melendez Ifran (Docket No. 20650)

Status:                  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated:  June 11, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00609401