

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 12, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Debtors' Third Omnibus Objection Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim Nos. 11696-11703 filed by County of Gwinnett, Georgia Public Utilities (Docs. 8772, 9256 and 9316)

APPEARANCES:

US TRUSTEE:    ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD
               MATTHEW S. BARR
GWINNETT CO:   Kim Israel-P

RULING:

4 hr. trial > 120 days