

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 12, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Reorganized Debtors' Motion for Order Modifying the Permanent Injunction to Permit the Prosecution of the State Court Action and Appeal filed by Earline Williams (Doc. 20506)

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

EARLINE WILLIAMS:

RULING:  Granted
         Ord/Signed