

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 12, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast ✓

Case Management Conference on Debtors' Omnibus Objection to the Claim filed by Ernest Allen (Claim No. 12768) (Docs. 8702 and 20539)

APPEARANCES:
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:               JOHN B. MACDONALD
                           MATTHEW S. BARR

ERNEST ALLEN: ✓

RULING: *Mediation set for Today*
*Cont'd. until further nte.*