UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' OBJECTION TO CLAIM
FILED BY BETTY CARPENTER (CLAIM NO. 13372)**

This matter came before the Court for hearing on June 12, 2008, upon the Debtors' Objection to the Claim filed by Betty Carpenter (Claim No. 13372) (the "Objection") (Docket No. 12877) filed by Winn-Dixie Stores, Inc, on behalf of itself and its reorganized subsidiaries and affiliates. No response to the Objection was filed or raised by the claimant. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 13372 is disallowed in its entirety.

Dated this 12 day of June, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.] 00609508