

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 12, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Reorganized Debtors' Second Motion for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Doc. 20533)

The Reorganized Debtors have agreed to <u>continue</u> the hearing <u>as to</u> the settlement agreements with Renee Kennedy, Harry Latham, Josh Strickland and Tomasa Torres. The Reorganized Debtors will proceed with the hearing on the Motion as to the remaining settlement agreements.

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR

RULING: *Granted*
Ord/Signed

Cont'd. as to:
Renee Kennedy
Harry Latham
Josh Strickland
Tomasa Torres