

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 12, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Objection to Unresolved Litigation Claims based on Improperly Filed Claims, Released Claims or Insufficient Documentation (Docs. 8702 and 20538)

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD
                                     MATTHEW S. BARR

RULING: Sustained
Ord/Sequil