UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS BASED ON IMPROPERLY FILED CLAIMS, RELEASED CLAIMS OR INSUFFICIENT DOCUMENTATION**

This matter came before the Court for hearing on June 12, 2008, upon the Debtors' Omnibus Objection to Improperly Filed Claims, Released Claims or Insufficient Documentation (the "Objection") (Docket No. 20569) filed by Winn-Dixie Stores, Inc. on behalf of itself and its reorganized subsidiaries and affiliates (collectively the "Reorganized Debtors") to the proofs of claim identified on Exhibit A to the Objection. It is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The claims identified on Exhibit A are disallowed.

3. To the extent that this Order relates to an improperly filed claim, this Order is without prejudice to the rights, claims or defenses which the Debtors or the claimants have or may have with respect to any timely or untimely applications for administrative expense claims or any motions related to such applications.

4. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy

Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5. This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 12 day of June, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00612086

Winn-Dixie Stores, Inc.
Exhibit A

Page 1
Dated 6/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| CERVANTEZ, BEATRIZ | 10244 | $25,000.00 | IMPROPERLY FILED -- CLAIMANT INDICATES THAT THE CLAIM WAS INCURRED AFTER THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THE CLAIM IS TO BE DISALLOWED BECAUSE NOT PROPERLY ASSERTABLE ON A PROOF OF CLAIM FORM. ADMINISTRATIVE EXPENSE CLAIMS INCURRED AFTER THE PETITION DATE WERE REQUIRED TO BE ASSERTED BY APPLICATIONS FILED WITH THE BANKRUPTCY COURT BY JANUARY 5, 2007. DEBTORS RESERVE THE RIGHT TO AMEND THIS OBJECTION TO ASSERT OTHER GROUNDS OF OBJECTION.* |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| MCKENZIE, THERESA | 5291 | $150,000.00 | NO LIABILITY - DISPUTED CLAIM; RECLASSIFY TO UNSECURED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| US ARMY 3D INFANTRY DIV | 7227 | $495.69 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| VESTAL, KIMBERLY | 6786 | $100,000.00 | NO LIABILITY - DISPUTED CLAIM; INSUFFICIENT PROOF OF CLAIM DOCUMENTATION |
| Debtor: Winn-Dixie Stores, Inc. | | | |

Total Claims to be Disallowed : 4
Total Amount to be Disallowed: $275,495.69, plus unliquidated amounts, if any

* This Objection is made without prejudice to any timely or untimely application for administrative expense claim filed by such claimant or any other motions related to such applications

00612086