

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 12, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Omnibus Objection to Unresolved Litigation Claims Due to Claimant's Failure to Participate in the Claims Resolution Procedure (Docs. 8702 and 20531)

Response by Susan Walker (Docket No. 20640)

**APPEARANCES:**

US TRUSTEE:     ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD
                MATTHEW S. BARR
SUSAN WALKER:

RULING: Sustained
Ord/Signed
C...t.l.. to Susan Walker