**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED
LITIGATION CLAIMS DUE TO CLAIMANTS' FAILURE TO
PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE**

This matter came before the Court for hearing on June 12, 2008, upon the

Debtors' Omnibus Objection to Unresolved Litigation Claims Due to the Claimants'

Failure to Participate in the Claims Resolution Procedure (the "Objection") (Docket

No. 20531) filed by Winn-Dixie Stores, Inc. on behalf of itself and its reorganized

subsidiaries and affiliates to the claims identified on Exhibit A to the Objection.

Based upon formal and informal responses made on behalf of some of the claimants

to the Objection, the Reorganized Debtors have agreed to continue the hearing on the

Objection with respect to the proofs of claim filed by each claimant identified on

Exhibit 1 attached.  No responses to the Objection were filed or raised as to the other

claims identified on Exhibit A attached.  It is therefore

ORDERED AND ADJUDGED:

1.     The hearing on the Objection with respect to those Claims listed on

Exhibit 1 is continued until further notice by any party in interest.

2.     The Objection is sustained as to the claims identified on Exhibit A.

3.     The claims identified on Exhibit A are disallowed.

4.    The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure.  This Order is deemed to be a separate Order with respect to each such claim.  Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5.    This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this __12__ day of June, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

00612103

**Exhibit 1**

| Creditor Name | Proof of Claim No. | Claim Amount |
| --- | --- | --- |
| Eckenrod, Mary | 13633 | $75,000.00 |
| | Debtor:  Winn-Dixie Stores, Inc. | |
| Hines, Judith | 9775 | $300,000.00 |
| | Debtor:  Winn-Dixie Stores, Inc. | |
| Hines, Judith | 9776 | $300,000.00 |
| | Debtor:  Winn-Dixie Stores, Inc. | |
| Hines, Judith | 9777 | $300,000.00 |
| | Debtor:  Winn-Dixie Stores, Inc. | |
| Walker, Susan | 13255 | $60,000.00 |
| | Debtor:  Winn-Dixie Stores, Inc. | |

Winn-Dixie Stores, Inc.
Exhibit A

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ANHUAMAN, YANET | 9486 | $150,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| BLOOMFIELD, GWYNDELL | 9713 | $500,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| BRASWELL, JOSEPHINE | 10155 | $0.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| CLARK, MARGARET | 12742 | $200,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| CLARK, MARGARET | 12743 | $200,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Raleigh, Inc. | | |
| DRIGGERS, HARROLD | 5934 | $40,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Raleigh, Inc. | | |
| FIALLEGA, LOURDES | 8498 | $175,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| HARRIS, SYLVIA | 2263 | $0.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| HERNANDEZ, ZOILA | 13635 | $300,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |

Winn-Dixie Stores, Inc.
Exhibit A

Page 2
Dated 6/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| JEAN-LOUIS, SIMONE | 3826 | $50,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| JONES, JUANITA T | 6327 | $0.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| LAPORTE, ELIZABETH | 7067 | $50,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| LAWRENCE, VERNAL | 3994 | $0.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| LEBRON, ELIZABETH | 7651 | $200,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| NEGRON, EDWIN | 8433 | $150,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| PRIDE, TERRY D | 5242 | $15,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| SERRA, ADA | 4088 | $500,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |
| SMITH, VIRGINIA | 6710 | $61,900.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| | Debtor: Winn-Dixie Stores, Inc. | | |

Winn-Dixie Stores, Inc.
Exhibit A

Page 3
Dated 6/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| TIRADO, ANA | 9918 | $60,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | |
| WELLINGHOFF, ELMA | 11458 | $400,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | |
| WILLIAMS, CORRIE LEE | 7245 | $50,000.00 | NO LIABILITY-DISPUTED CLAIM - CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| *Debtor: Winn-Dixie Stores, Inc.* | | | |

Total Claims to be Disallowed :     2
Total Amount to be Disallowed:     $3,1094,600.00, plus unliquidated amounts, if any

00612103