

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
June 12, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

**Debtors' Omnibus Objection to Unresolved Litigation Claims Which have been Settled, Released, Withdrawn or Abandoned (Docs. 8702 and 20528)**

Response by Lilian Melendez Ifran (Docket No. 20650)

APPEARANCES:

US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD
                         MATTHEW S. BARR

LILIAN MELENDEZ IFRAN:

RULING: Sustained
Ord/Signed