UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON DEBTORS' OMNIBUS OBJECTION TO
UNRESOLVED LITIGATION CLAIMS WHICH HAVE
BEEN SETTLED, RELEASED, WITHDRAWN OR ABANDONED

This matter came before the Court for hearing on June 12, 2008, upon the Debtors' Omnibus Objection to Unresolved Litigation Claims (the "Objection") filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Reorganized Debtors") to the claims identified on Exhibit A to the Notice of Hearing on the Objection (Docket No. 20528). A response to the Objection was made on behalf of Lilian Melendez Ifran (Docket No. 20650). No responses to the Objection were filed or raised as to the other claims identified in Exhibit A attached. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as to the claims identified in Exhibit A.

2. The claims identified on Exhibit A are disallowed.

3. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject

to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

4.     This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 12 day of June, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to James H. Post
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00612122

Winn-Dixie Stores, Inc.
Exhibit A

Page 1
Dated 6/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|
| ALVERNIA, MAYHELA N | 13675 | $55,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| BECKER, JULIE | 13745 | $200,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| BROWN, RAYMOND | 5807 | $30,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| CHRISTMAN, KAY | 11217 | $250,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| CLINE, KATHLEEN | 5014 | $0.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| DIAZ, MARIA | 9905 | $35,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Raleigh, Inc.. | | | |
| FALERO, ALBERT | 4428 | $90,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| FERGUSON, LINDA | 11130 | $300,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| HARTFORD INSURANCE CO, SUBROGEE | 282 | $22,462.76 | NO LIABILITY--DISPUTED CLAIM; RELEASED CLAIM |
| Debtor: Winn-Dixie Supermarkets, Inc.. | | | |
| GORDON, VALERIE MARIE | 13670 | $20,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |

Winn-Dixie Stores, Inc.
Exhibit A

Page 2
Dated 6/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| GREENHOUSE, CONSTANCE | 1499 | $0.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| HARRIS, MAKIA | 1680 | $250,000.00 | NO LIABILITY--DISPUTED CLAIM; AN ABANDONED CLAIM |
| Debtor: Winn-Dixie Montgomery, Inc. | | | |
| IFRAN, LILIAN MELENDEZ | 13813 | $0.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| MATTHEWMAN, MARLENE | 13728 | $22,219.15 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| MEJIAS-RAMOS, BLANCA M | 11110 | $30,000.00 | NO LIABILITY--DISPUTED CLAIM; AN ABANDONED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| RAY, HELEN | 2754 | $15,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| RODRIGUEZ, JESSICA | 9889 | $15,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| SANCHEZ, PATRICIA RIVERA | 7233 | $30,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| THIGPEN, AGNES | 3123 | $100,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| WAIDE, BEVERELY | 8563 | $250,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| WIGGINS, RALPH | 12719 | $6,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |

Winn-Dixie Stores, Inc.
Exhibit A

Page 3
Dated 6/12/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| WILLIS, MARY E | 4218 | $150,000.00 | NO LIABILITY--DISPUTED CLAIM; IMPROPERLY FILED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| WOODARD, ANGELA | 7640 | $100,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| WOODARD, ANGELA | 7843 | $100,000.00 | NO LIABILITY--DISPUTED CLAIM; A RELEASED CLAIM |
| Debtor: Winn-Dixie Stores, Inc.. | | | |

Total Claims to be Disallowed : 24
Total Amount to be Disallowed: $2,135,681.76, plus unliquidated amounts, if any

00612122