UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER DENYING MOTION FOR RELIEF
FROM AUTOMATIC STAY FILED BY ADA SERRA**

This cause came before the Court upon the Motion for Relief from Automatic Stay Filed by Ada Serra on November 1, 2006 (Doc. Nos. 12025, 12286) (the "Motion"). Based upon the failure of the movant to appear in support of the Motion, the Court considers the Motion to have been abandoned. Accordingly, it is

ORDERED:

The Motion is denied.

Dated this 13 day of June, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

James H. Post
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00612706