UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                      )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                                            Chapter 11
       Reorganized Debtors.                   )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Josefina Alvarez (Claim No. 12262) [Docket No. 20668] was furnished by mail on June 10, 2008 to Josefina Alvarez c/o Adrienne L. Hausser, Esq., 2150 Coral Way, 4th Floor, Miami, Florida 33145.

Dated: June 16, 2008

                                        SMITH HULSEY & BUSEY

                                        By        *s/ James H. Post*
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151