UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,            )        Case No. 05-03817-3F1
                                                                        Chapter 11
          Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mounir Haidar (Claim No. 7535) [Docket No. 20724] was furnished by mail on June 16, 2008 to Mounir Haidar c/o Orestes Perez, Esq., Luks, Santaniello, Perez, Petrillo & Gold, 515 East Las Olas Blvd., Fort Lauderdale, Florida 33001.

Dated: June 16, 2008

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151