UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                        )

WINN-DIXIE STORES, INC., et al.,       )          Case No. 05-03817-3F1
                                                                    Chapter 11
        Reorganized Debtors.        )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Carnell Hough and Taylor Hough (Claim Nos. 7618 and 8415) [Docket No. 20645] was furnished by mail on June 10, 2008 to Carnell Hough and Taylor Hough c/o Richard A. Lawrence, Esq., P.O. Box 463, Montgomery Alabama 36103.

Dated: June 16, 2008

                      SMITH HULSEY & BUSEY

                      By    *s/ James H. Post*
                            Stephen D. Busey
                            James H. Post (FBN 175460)
                            Cynthia C. Jackson

                      225 Water Street, Suite 1800
                      Jacksonville, Florida  32202
                      (904) 359-7700
                      (904) 359-7708 (facsimile)
                      jpost@smithhulsey.com

                      Counsel for Reorganized Debtors

00520151