UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| | | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elicia Jones (Claim Nos. 5444 and 5582) [Docket No. 20669] was furnished by mail on June 10, 2008 to Elicia Jones c/o Darleen M. Jacobs, Esq., Jacobs & Sarrat, 823 St. Louis Street, New Orleans, Louisiana 70112.

Dated:  June 16, 2008

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151