UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                   )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                            Chapter 11
        Reorganized Debtors.                 )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elizabeth Pagan (Claim No. 10572) [Docket No. 20648] was furnished by mail on June 10, 2008 to Elizabeth Pagan c/o Michael J. Overbeck, Esq., 4590 PGA Blvd., Suite 205, Palm Beach Gardens, Florida 33418.

Dated:  June 16, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151