UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                              Chapter 11
           Reorganized Debtors.                 )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of James Timberlake (Claim No. 666/8) [Docket No. 20649] was furnished by mail on June 10, 2008 to James Timberlake, 3625 N.W. 195 Terrace, Miami Gardens, Florida 33056.

Dated: June 16, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151