UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,            )          Case No. 05-03817-3F1
                                                         Chapter 11
                        Reorganized Debtors.     )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative

Claim filed by Mignora Cardoso [Docket No. 20641] was furnished by mail on

June 10, 2008 to Mignora Cardoso c/o Norman Funt, Esq., Stabinski & Funt, P.A.,

757 N.W. 27th Avenue, 3rd Floor, Miami, Florida 33125.

Dated:  June 16, 2008

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785