UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Cathy Colson [Docket No. 20642] was furnished by mail on June 10, 2008 to Cathy Colson c/o Wesley Ford, Esq., Farah & Farah, 1534 Kingsley Avenue, Orange Park, Florida 32703.

Dated: June 16, 2008

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785