UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )      Case No. 05-03817-3F1
                                                   )      Chapter 11
          Reorganized Debtors.         )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Charlene Wilson [Docket No. 20671] was furnished by mail on June 10, 2008 to Charlene Wilson c/o Robert P. Distefano, Esq., 7471 W. Oakland Park Blvd., Suite 106, Fort Lauderdale, Florida 33319.

Dated: June 16, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785