**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of Order Modifying the Permanent Injunction to Permit the Prosecution of the State Court Action and Appeal filed by Earline Williams (Docket No. 20740) was furnished by mail on June 16, 2008 to Michael S. Harper, Esq., Harper & Barry, LLP, Post Office Box 2020, Lafayette, Louisiana 70502-2020.

Dated: June 17, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00613291