## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of Order On the Debtors' Fifth Omnibus Objection to Administrative Claims Which Have Been Settled or Released (Docket No. 20742) was furnished by mail on June 16, 2008 to those parties on the attached Exhibit A. .

Dated: June 17, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
        James H. Post
        Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00613301

**Exhibit A**

Skye King
c/o Brian M. Flaherty, Esq.
Farah & Farah, P.A.
10 West Adams Street, 3rd Floor
Jacksonville, Florida 32202

Wanda Blue-Mills
c/o Law Offices of Spencer G. Morgan, P.A.
44 West Flagler Street, Suite 2550
Miami, Florida 33130

Delores Robinson
c/o Edward P. Jackson, Esq.
225 North Liberty Street
Jacksonville, Florida 32202