UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Chapter 11

WINN-DIXIE STORES, INC., et al.,             Jointly Administered under
                                                                Case No. 05-bk-3817-3F1
　　　　Debtors.
_____/

**NOTICE OF WITHDRAWAL FROM CASE**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that Amy Denton Harris of Stichter, Riedel, Blain & Prosser, P.A., as counsel for Denise Sydnor Luu, Janice Shank and Diana Clark, hereby gives notice that her representation of Denise Sydnor Luu, Janice Shank and Diana Clark in this case has concluded, and requests that she be removed from any and all service lists and mailing matrices, via electronic mail or otherwise, in this case and that she receive no further notices, pleadings, motions, orders or any other documents filed in this case.

Dated: June 20, 2008

　　　　　　　　　　　　　　　　　　　　　/s/ Amy Denton Harris
　　　　　　　　　　　　　　　　　　　　　Amy Denton Harris
　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 634506
　　　　　　　　　　　　　　　　　　　　　Stichter Riedel Blain & Prosser, P.A.
　　　　　　　　　　　　　　　　　　　　　110 E. Madison St., Ste. 200
　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33602
　　　　　　　　　　　　　　　　　　　　　Telephone:   813-229-0144
　　　　　　　　　　　　　　　　　　　　　Facsimile:    813-229-1811
　　　　　　　　　　　　　　　　　　　　　Email:        aharris@srbp.com
　　　　　　　　　　　　　　　　　　　　　Attorneys for Administrative Expense
　　　　　　　　　　　　　　　　　　　　　  Claimants Denise Sydnor Luu, Janice
　　　　　　　　　　　　　　　　　　　　　  Shank and Diana Clark