**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## <u>NOTICE OF CASE MANAGEMENT CONFERENCE</u>

Please take notice that a case management conference on Debtors' First Omnibus Motion Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims, and (C) Reclassify Misclassified Scheduled Claims filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie"), as it relates to claim number 31489 scheduled on behalf of Royal & Sons, Ltd. ("Royal") with respect to Store No. 331 (Docket No. 8788) (the "Claims Objection") and the response to the Claims Objection filed by Royal (Docket No. 9396) (the "Response") is scheduled for **July 10, 2008 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Claims Objection and the Response for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their

financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: June 23, 2008

SMITH HULSEY & BUSEY

By    *s/ Cynthia C. Jackson*
         Stephen D. Busey
         James H. Post
         Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Winn-Dixie

2

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to James S. Telepman, Esq., Cohen, Norris, Scherer, Weinberger & Wolmer, 712 U.S. Highway One, Suite 400, North Palm Beach, Florida 33408, this 23rd day of June, 2008.



_s/ Cynthia C. Jackson_
Attorney

00614143