UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____ ) | |

### AGREED ORDER RESOLVING ADMINISTRATIVE
### EXPENSE APPLICATION FILED BY PECO PALLETS, INC.

This matter is before the Court on the Application for Allowance and Payment of Chapter 11 Administrative Expense (the "Administrative Expense Application") filed by PECO Pallets, Inc. ("PECO") (Docket No. 13348). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Administrative Expense Application filed by PECO is allowed as an unsecured Class 14 Vendor/Supplier Claim, pursuant to Section 4.3(h) of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan"), in the amount of $126,341.02.

2. Distributions will be made to PECO on the allowed Administrative Expense Application pursuant to Section 9.2 of the Plan.

3. This Agreed Order resolves all liabilities and obligations related to (i) the Administrative Expense Application and all other proofs of claim and administrative expense claims filed by PECO in these Chapter 11 cases and (ii) all

other pre-petition or pre-effective[1] date claims that PECO has or may have against Winn-Dixie Stores, Inc. and any of its Chapter 11 estates or affiliates (collectively, "Winn-Dixie"), all of which are forever waived, discharged and released.

4. Logan & Company, Inc., the claims agent appointed in Winn-Dixie's Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 23 day of June, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Allan E. Wulbern is directed to
serve a copy of this order on all
parties in interest.

---

[1] The Effective Date was November 21, 2006, as determined by the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No.12440) and the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims (Docket No. 12991).

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

STUTSMAN THAMES & MARKEY, P.A.   SMITH HULSEY & BUSEY

By___*s/ Richard R. Thames\**___   By___*s/ Allan E. Wulbern*___
    Richard R. Thames, F.B.N. 0718459       Allan E. Wulbern, F.B.N. 175511

50 North Laura Street, Suite 1600   225 Water Street, Suite 1800
Jacksonville, Florida 32202   Jacksonville, Florida 32202
(904) 358-4000   (904) 359-7700
(904) 358-4001 (facsimile)   (904) 359-7708 (facsimile)
RRT@stmlaw.net   awulbern@smithhulsey.com

Counsel for PECO Pallets, Inc.   Counsel for Winn-Dixie

*Counsel has authorized his electronic signature.

00608913

3