**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

| | |
|---|---|
| In re: ) | |
| ) | |
| Winn-Dixie Stores, Inc., et al.,   ) | Case No. 05-03817-JAF |
| ) | Chapter 11 |
| Debtors.                                 ) | |

### Notice of Withdrawal of Notice of Appearance and Request to Discontinue Service of Notices

PLEASE TAKE NOTICE that the undersigned counsel for 5 Points West Shopping Center, Monroe Center Partners, Ltd. and St. Stephens Partners, Navarre Square, Inc., and First Commercial Bank, creditors and parties in interest in the above captioned matter, hereby withdraws his appearance as counsel of record and requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

Respectfully submitted on the 23rd day of June, 2008.

/s/ Jay R. Bender
Jay R. Bender, Esq.
Bradley Arant Rose & White  LLP
1819 Fifth Avenue North
Birmingham, Alabama  35203
(205) 521-8000 (Main Telephone)
(205) 521-8800 (Main Fax)
jbender@bradleyarant.com

Certificate of Service

      I hereby certify that a true and correct copy of the foregoing *Notice of Withdrawal and Request to Discontinue Service of Notices* has been served electronically or by U.S. Mail, first-class postage prepaid, to:

Adam Ravin, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY  10036

Allan E. Wulbern
Smith, Hulsey & Busey
225 Water Street
Suite 1800
Jacksonville, Florida  32202-5182

Joshua M. Katz, Esquire
Nelson Mullins et al.
999 Peachtree Street
14th Floor
Atlanta, GA  30309

Kenneth C. Meeker
U.S. Trustee
135 W. Central Blvd.
Suite 620
Orlando, Florida  32801

John B. Macdonald, Esq.
Akerman Senterfitt & Eidson
50 North Laura Street, Suite 2500
Jacksonville, Florida  32202

Dennis F. Dunne
Milbank Tweed
1 Chase Manhattan Plaza
New York, NY 10005

On this the 23rd day of June, 2008.

/s/ Jay R. Bender