**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

**NOTICE OF AGREED ORDER RESOLVING CLAIM
NUMBER 8952 FILED BY SOUTHERN BOTTLED WATER CO.,
INC. AND CLAIM NUMBER 8951 FILED BY REDDYICE GROUP, INC.
D/B/A REDDY ICE CORPORATION AND TRIANGLE ICE**

---

NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

The Court will consider this matter without further notice or hearing unless a party in interest files an objection within 3 business days from the date of service of this paper.  If you object to the relief requested in this paper, you must (a) file your response with the Clerk of the Bankruptcy Court in accordance with the Court's electronic filing procedures or at 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202, and (b) serve a copy by email and mail on Winn-Dixie Stores, Inc. c/o Jay Castle, Esq., 5050 Edgewood Court, Jacksonville, Florida  32254, JayCastle@winn-dixie.com and Cynthia C. Jackson, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, cjackson@smithhulsey.com.

If you file and serve a response within the time permitted, the Court will schedule a hearing and you will be notified.  If you do not file a response within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie") give notice of the proposed entry of the attached Agreed Order Resolving Claim Number 8952 Filed by Southern Bottled Water Co., Inc. as Set Forth in the Debtors' Twelfth Omnibus Claims Objection and Claim Number 8951 Filed by Reddyice Group, Inc. d/b/a/ Reddy Ice Corporation and Triangle Ice as Set Forth in the Debtors' Sixteenth Omnibus Claims Objection.

If no objection to the proposed Agreed Order is filed and served within the time set forth above, the Court will be requested to enter the Order without further notice or hearing.

Dated: June 26, 2008

SMITH HULSEY & BUSEY

By: _s/ Cynthia C. Jackson_
    Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Winn-Dixie

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically and by facsimile to Post-Effective Date Committee, c/o Matthew Barr, Esq. and Michael Comerford, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, mbarr@milbank.com, mcomerford@milbank.com, this 26th day of June, 2008.

                                          *s/ Cynthia C. Jackson*
                                            Attorney

00614639

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. [1] | ) | Jointly Administered |
| | ) | |

**AGREED ORDER RESOLVING CLAIM NUMBER 8952 FILED BY SOUTHERN BOTTLED WATER CO., INC. AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION AND CLAIM NUMBER 8951 FILED BY REDDYICE GROUP, INC. D/B/A REDDY ICE CORPORATION AND TRIANGLE ICE AS SET FORTH IN DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION**

This cause came before the Court upon (i) the Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Twelfth Omnibus Claims Objection") (Docket No. 8116) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie"), (ii) the Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Sixteenth Omnibus Claims Objection") (Doc. No. 9746) filed by Winn-Dixie and (iii) the response to the Twelfth Omnibus Claims Objection and the Sixteenth Omnibus Claims Objection filed by Reddy Ice, Inc. and Southern Water Bottle, Inc. (Doc. No. 10184).

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

On June 29, 2006, the Court entered an order (Docket No. 8902) sustaining the Twelfth Omnibus Claims Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Twelfth Omnibus Claims Objection as to claim number 8952 filed by Southern Bottled Water Co., Inc. ("Southern Water") and other unresolved claims.

On August 31, 2006, the Court entered an order (Docket No. 10709) sustaining the Sixteenth Omnibus Claims Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Sixteenth Omnibus Claims Objection as to number 8951 filed by Reddyice Group, Inc. d/b/a Reddy Ice Corporation and Triangle Ice ("Reddy Ice") and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 8952 filed by Southern Water is reduced from $113,785.79 and allowed as an unsecured Class 14 Vendor/Supplier Claim in the amount of $99,000.

2. Claim number 8951 filed by Reddy Ice is reduced from $434,048.80 and allowed as an unsecured Class 14 Vendor/Supplier Claim in the amount of $367,195.47.

3. Distributions will be made to Madison Investment Trust – Series 3 ("Madison Trust")[2] on the allowed claim numbers 8952 and 8951 pursuant to Section 9.2 of the Plan.

4. This Agreed Order resolves all liabilities and obligations related to (i)

---

[2] Claim number 8951 was transferred by Reddy Ice to Madison Investment Trust – Series 3 (Doc. No. 4738). Claim number 8952 was transferred by Southern Water to Madison Investment Trust – Series 3 (Doc. No. 4736). Distributions on claim numbers 8951 and 8952 should be sent to Madison Investment Trust – Series 3 at 6310 Lamar Ave., Suite 120, Overland Park, Kansas 66202.

claim numbers 8952 and 8951 and all other proofs of claim and administrative expense claims filed by Southern Water, Reddy Ice or Madison Trust in these Chapter 11 cases and (ii) all other pre-petition or pre-effective[3] date claims that Southern Water, Reddy Ice and Madison Trust have or may have against Winn-Dixie Stores, Inc. and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Logan & Company, Inc., the claims agent appointed in Winn-Dixie's Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _____ day of June, 2008, in Jacksonville, Florida.

                                                  Jerry A. Funk
                                                  United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00609765

---

[3] The Effective Date was November 21, 2006, as determined by the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No.12440) and the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims (Docket No. 12991).

3

### Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| POWELL GOLDSTEIN LLP | SMITH HULSEY & BUSEY |
| By /s/ Keith Miles Aurzada* <br>    Keith Miles Aurzada | By s/ Cynthia C. Jackson <br>    Cynthia C. Jackson, F.B.N. 498882 |
| 220 Ross Avenue, Suite 3300 <br> Dallas, Texas 75201 <br> (214) 721-8048 <br> (214) 721-8100 (facsimile) <br> jkrystinik@pogolaw.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for Southern Bottled Water Co., Inc. and Reddyice Group, Inc. d/b/a Reddy Ice Corporation and Triangle Ice | Counsel for Winn-Dixie |

MADISON INVESTMENT TRUST - SERIES 3

By s/ [signature]     6/25/08
   BRETT ELLEN

~~Counsel for Madison Investment Trust - Series 3~~

*Counsel has authorized his electronic signature.

00609765

4