[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                Case No. 3:05-bk-03817-JAF
                                                      Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING AMENDED MOTION FOR APPROVAL

This case came on for consideration upon the Court's own motion. On June 27, 2008, Cheryl D. Barnes filed an Amended Motion for Approval of Late Filing of Application for Administrative Expense on behalf of Leo Hearn without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Amended Motion for Approval of Late Filing of Application for Administrative Expense is stricken from the record.

Dated June 30, 2008

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Cheryl D. Barnes, Attorney for Claimant, 633 NE 167 Street, Suite 1025, N. Miami Beach, FL 33162