UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.
_____

Case No.: 3:05-bk-03817-JAF
Chapter 11

Jointly Administered

## NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Alex Spizz of Todtman, Nachamie, Spizz & Johns, P.C., as counsel for Falcon Farms, Inc., hereby gives notice that his representation of Falcon Farms, Inc. in this case has concluded, and requests that he be removed from any and all service lists and mailing matrices, via electronic mail or otherwise, in this case and that he receive no further notices, pleadings, motions, orders or any other documents filed in this case.

Dated: New York, New York
July 1, 2008

TODTMAN, NACHAMIE SPIZZ & JOHNS, P.C.
Attorneys for Falcon Farms, Inc.

By: s/ Alex Spizz
Alex Spizz, Esq.
A Member of the Firm
New York Bar No.: 5508
425 Park Avenue
New York, New York 10022
Tel. (212) 754-9400
Fax. (212) 754-6262

238875 v1