UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-JAF |
| Winn-Dixie Stores, Inc., ) | Chapter 11 |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |
| _____ ) | |

**NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE
AND REQUEST TO DISCONTINUE SERVICE OF NOTICES**

PLEASE TAKE NOTICE that the undersigned counsel for the United States of America, creditor and party in interest in the above-captioned matter, hereby withdraws her appearance as counsel of record and requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned no longer wishes to receive notices from the Court, either by electronic form or first class mail.

Respectively submitted this 2nd day of July, 2008.

ROBERT E. O'NEILL
United States Attorney

*/s/ Ronnie S. Carter*
RONNIE S. CARTER
Assistant United States Attorney
Trial Counsel
Florida Bar No. 0948667
United States Courthouse
300 North Hogan Street, Suite 700
Jacksonville, Florida 32202-4270
Telephone No. (904) 301-6325/6300
Facsimile No. (904) 301-6363/6310
Email: Ronnie.Carter@usdoj.gov