UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING

Debtors, Winn-Dixie Stores, Inc. give notice of filing the Certificate of Non-Appearance for the deposition of Naturopathic Laboratories International, Inc. scheduled for July 3, 2008 at 9:30 a.m.

SMITH HULSEY & BUSEY

By   /s/ Leanne McKnight Prendergast
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

## Certificate of Service

I certify that a copy of this document has been furnished by mail to Naturopathic Laboratories International, Inc., 620 Fifth Ave., Suite 214, New York, New York, 10020 and Scott A. Steinberg, Rattet, Pasternak & Gordon-Oliver, LLP, 550 Mamaroneck Avenue, Harrison, NY 10528 and by email to Joseph E. Sarachek, Triax Capital Advisors, LLC, 75 Rockefeller Plaza, 16th Floor, New York, New York 10019 this 3rd day of July, 2008.

/s/ *Leanne McKnight Prendergast*
Attorney

615588

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:   Case No. 05-03817-3F1

WINN-DIXIE STORES, INC.,   Chapter 11
et al.,
   Jointly Administered
        Reorganized Debtors.
_____/

CERTIFICATE OF NON-APPEARANCE

   I, Denice C. Taylor, a Notary Public in and for the State of Florida at Large, do hereby certify that I was present with Leanne McKnight Prendergast, Esquire, at 225 Water Street, Suite 1800, Jacksonville, Duval County, Florida, pursuant to Notice of Deposition, for the purpose of taking the deposition of NATUROPATHIC LABORATORIES, INT'L, scheduled to begin at 9:30 a.m. on July 3, 2008, and that the deponent did not appear at that time and place by 10:00 a.m.

   DATED this 3rd day of July, 2008.

_____
Denice C. Taylor
Hedquist & Associates
345 E. Forsyth Street
Jacksonville, Florida   32202

**ORIGINAL**