UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                )

WINN-DIXIE STORES, INC., et al.,           )         Case No. 05-03817-3F1
                                                                      )         Chapter 11
                  Reorganized Debtors.              )         Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Esperanza Amador (Claim Nos. 11006 and 11155) [Docket No. 20821] was furnished by mail on July 7, 2008 to Esperanza Amador, 304 South Cortez Street, New Orleans, Louisiana 70119.

Dated: July 7, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151