UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                   )

WINN-DIXIE STORES, INC., et al.,      )         Case No. 05-03817-3F1
                                                           Chapter 11
       Reorganized Debtors.             )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Deborah Blunt (Claim No. 4885) [Docket No. 20820] was furnished by mail on July 7, 2008 to Deborah Blunt c/o Francesco J. Guastella, Esq., Frischhertz & Associates, LLC, 1130 St. Charles Avenue, New Orleans, Louisiana 70130.

Dated: July 7, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151