UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,   )      Case No. 05-03817-3F1
                                                    Chapter 11
         Reorganized Debtors.         )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Christine Bourquard (Claim No. 5295) [Docket No. 20822] was furnished by mail on July 7, 2008 to Christine Bourquard c/o Hilary Gaudin, Esq., Gaudin & Gaudin, Post Office Box 156, Gretna, Louisiana 70053.

Dated: July 7, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151