UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                            )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                                          Chapter 11
            Reorganized Debtors.                )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Marietta Brown-Sampson (Claim No. 13807) [Docket No. 20819] was furnished by mail on July 7, 2008 to Marietta Brown-Sampson c/o Douglas Adams, Esq., Post Office Box 857, Brunswick, Georgia 31521-0857.

Dated: July 7, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151