UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         Chapter 11
         Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Tonja Crump (Claim No. 3356) [Docket No. 20817] was furnished by mail on July 7, 2008 to Tonja Crump c/o Joesph M. Loughren, Esq., Loughren & Doyle, P.A., 506 Southeast Eight Street, Fort Lauderdale, Florida 33316.

Dated: July 7, 2008

                                                SMITH HULSEY & BUSEY


                                        By      *s/ James H. Post*
                                                Stephen D. Busey
                                                James H. Post (FBN 175460)
                                                Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151