UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                      Chapter 11
        Reorganized Debtors.          )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Caridad Dorta (Claim No. 9673) [Docket No. 20816] was furnished by mail on July 7, 2008 to Caridad Dorta c/o Scott B. Bennett, Esq., 2900 Middle Street, Miami, Florida 33133.

Dated: July 7, 2008

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151