UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                           )        Chapter 11
       Reorganized Debtors.         )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Glenda Eaglin (Claim Nos. 5284 and 5285) [Docket No. 20815] was furnished by mail on July 7, 2008 to Glenda Eaglin c/o Ford T. Hardy, Esq., 839 St. Charles Avenue, Suite 312, New Orleans, Louisiana 70130.

Dated: July 7, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151