UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,           )         Case No. 05-03817-3F1
                                                                          Chapter 11
           Reorganized Debtors.               )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Roxana Hernandez (Claim No. 10689) [Docket No. 20812] was furnished by mail on July 7, 2008 to Roxana Hernandez c/o Jose I. Carrillo, Esq., Carillo & Carillo, P.A., 3663 S.W. 8th Street, Suite 214, Miami, Florida 33135.

Dated: July 7, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151