UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,                   )          Case No. 05-03817-3F1
                                                              Chapter 11
           Reorganized Debtors.           )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Olga Perez (Claim No. 8235) [Docket No. 20808] was furnished by mail on July 7, 2008 to Olga Perez c/o Paul Bersach, Esq., 5805 Blue Lagoon Drive, Suite 145, Miami, Florida 33126.

Dated: July 7, 2008

                                               SMITH HULSEY & BUSEY


                                               By    *s/ James H. Post*
                                                    Stephen D. Busey
                                                    James H. Post (FBN 175460)
                                                    Cynthia C. Jackson

                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for Reorganized Debtors

00520151