UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                                            Chapter 11
        Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Beth Pollack (Claim No. 8167) [Docket No. 20807] was furnished by mail on July 7, 2008 to Beth Pollack c/o Gregg A. Silverstein, Esq., Silverstein, Silverstein & Silverstein, 20801 Biscayne Blvd., Suite 504, Aventura, Florida 33180-1422.

Dated: July 7, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151