**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**DEBTORS' EXHIBIT LIST**
**AS TO TRIAL ON APPLICATION FOR**
**CLAIM CURE FILED BY J. ADRIAN BARROW**

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 1. | 7/17//08 | | Debtors | Proof of Claim No. 7339 |
| 2. | 7/17//08 | | Debtors | Proof of Claim No. 7349 |
| 3. | 7/17/08 | | Debtors | Debtors' Motion for Order Authorizing Rejection of Employment-Related Executory Contracts [Docket No. 9909] |
| 4. | 7/17/08 | | Debtors | Reorganized Debtors' Notice of Limited Withdrawal of Debtors' Motion for Order Authorizing Rejection of Employment-Related Executory Contracts as it Relates to Jeffery Adrian Barrow [Docket No. 20397] |
| 5. | 7/17//08 | | Debtors | Debtors' Omnibus Objection to, and Motion to Adjust and Confirm amounts of (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims, Consistent with Joint Plan of Reorganization [Docket No. 11953] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 6. | 7/17//08 | | Debtors | Certificate of Service by Kathleen M. Logan related to the Notice of Debtors' Omnibus Objection to, and Motion to Adjust and Confirm Amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims, Consistent with Joint Plan of Reorganization (SRP Class 15) [Docket No. 12229] |
| 7. | 7/17//08 | | Debtors | Notice of Debtors' Omnibus Objection to, and Motion to Adjust and Confirm Amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims, Consistent with Joint Plan of Reorganization Filed (SRP) |
| 8. | 7/17//08 | | Debtors | Certificate of Service by Kathleen M. Logan related to the Notice of Debtors' Omnibus Objection to, and Motion to Adjust and Confirm Amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims, Consistent with Joint Plan of Reorganization (MSP Class 15) [Docket No. 12227] |
| 9. | 7/17//08 | | Debtors | Notice of Debtors' Omnibus Objection to, and Motion to Adjust and Confirm Amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims, Consistent with Joint Plan of Reorganization Filed (MSP) |
| 10. | 7/17/08 | | Debtors | Affidavit of Kathleen M. Logan in Support of Reorganized Debtors' Motion for Summary Final Judgment as to Jeffrey Adrian Barrow's Application for Cure Claim |
| 11. | 7/17//08 | | Debtors | Order Reducing, Reclassifying, Adjusting or Disallowing, as applicable, and confirming allowed amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims [Docket No. 12652] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 12. | 7/17//08 | | Debtors | Certificate of Service by Kathleen M. Logan related to the Notice of Entry of Order Reducing, Reclassifying, Adjusting or Disallowing, as Applicable, and Confirming Allowed Amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims [Docket No. 12846] |
| 13. | 7/17//08 | | Debtors | Notice of Entry of Order Reducing, Reclassifying, Adjusting or Disallowing, as Applicable, and Confirming Allowed Amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims (MSP) |
| 14. | 7/17//08 | | Debtors | Notice of Entry of Order Reducing, Reclassifying, Adjusting or Disallowing, as Applicable, and Confirming Allowed Amounts of, (A) Management Security Plan Claims and (B) Supplemental Retirement Plan Claims (SRP) |
| 15. | 7/17//08 | | Debtors | Wachovia statements evidencing the distribution of Winn-Dixie stock to Jeff A. Barrow on 12/20/06 |
| 16. | 7/17//08 | | Debtors | Application for Claim Cure Filed by Creditor Adrian J Barrow [Docket No. 14553] |
| 17. | 7/17//08 | | Debtors | Request for Ruling on Application for Claim Cure Filed by Creditor Adrian J Barrow [Docket No. 19044] |
| 18. | 7/17/08 | | Debtors | Transcript of Deposition of J. Adrian Barrow taken February 5, 2008 |
| 19. | 7/17/08 | | Debtors | Reorganized Debtors' Verified Motion for Summary Judgment as to J. Adrian Barrow's Application for Claim Cure [Docket No. 20407] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 20. | 7/17/08 | | Debtors | J. Adrian Barrow's Response to Reorganized Debtors' Verified Motion for Summary Final Judgment [Docket No. 20761] |
| 21. | 7/17/08 | | Debtors | Reply to J. Adrian Barrow's Response to Reorganized Debtors' Verified Motion for Summary Final Judgment [Docket No. 20832] |
| 22. | 7/17/08 | | Debtors | Excerpt from Joint Plan of Reorganization – Section 4.3(i) |
| 23. | 7/17/08 | | Debtors | Excerpt from Joint Plan of Reorganization – Section 7.9 |
| 24. | 7/17/08 | | Debtors | Excerpt from Joint Plan of Reorganization – Section 12.13 |

SMITH HULSEY & BUSEY

By    */s/ Leanne McKnight Prendergast*
         James H. Post
         Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the forgoing was served by mail to J. Adrian Barrow at Post Office Box. 350423, Jacksonville, Florida 32235, this 7th day of July, 2008.

*s/Leanne McKnight Prendergast*
Attorney

614728