# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |

## DEBTORS' WITNESS LIST AS TO TRIAL ON APPLICATION FOR CLAIM CURE FILED BY J. ADRIAN BARROW

Debtors, Winn-Dixie Stores, Inc., et al., intend to call the following person as a witness in the trial in connection with Application for Claim Cure filed by J. Adrian Barrow:

1. Kathleen M. Logan

2. Jay Castle

SMITH HULSEY & BUSEY

By  */s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the forgoing was served by mail to J. Adrian Barrow at Post Office Box. 350423, Jacksonville, Florida 32235, this 7th day of July, 2008.

*s/Leanne McKnight Prendergast*
Attorney

615190