UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                         )        Chapter 11
         Reorganized Debtors.                  )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Patricia Godwin (Claim No. 4985) [Docket No. 20908] was furnished by mail on July 8, 2008 to Patricia Godwin c/o Dennis Koltun, Esq., Koltun & Lazar, P.A., 7000 S.W. 97th Avenue, Suite 210, Miami, Florida 33173.

Dated: July 8, 2008

                                                      SMITH HULSEY & BUSEY


                                                      By    *s/ James H. Post*
                                                             Stephen D. Busey
                                                             James H. Post (FBN 175460)
                                                             Cynthia C. Jackson

                                                      225 Water Street, Suite 1800
                                                      Jacksonville, Florida  32202
                                                      (904) 359-7700
                                                      (904) 359-7708 (facsimile)
                                                      jpost@smithhulsey.com

                                                      Counsel for Reorganized Debtors

00520151