UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                     )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                           Chapter 11
         Reorganized Debtors.             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Abigil Nagarajan (Claim Nos. 7878 and 7879) [Docket No. 20905] was furnished by mail on July 8, 2008 to Abigil Nagarajan c/o David A. Hilleren, Esq., Hilleren & Hilleren, LLP, Post Office Box 9150, Mandeville, Louisiana 70470.

Dated: July 8, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151