Hearing Date:  August 7, 2008 at 1:30 p.m.
Response Deadline:  July 28, 2008 at 4:00

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**DEBTORS' OBJECTION TO CLAIMS DUE TO**
**CLAIMANTS' FAILURE TO PARTICIPATE IN THE CLAIMS**
**RESOLUTION PROCEDURE AND NOTICE OF HEARING**

The Debtors' object to the claims listed on Exhibit A attached on the grounds that each of the Claimants failed to comply with the Claims Resolution Procedure established by this Court (the "Objection").

**Notice of Hearing**

Please take notice that a hearing is scheduled for **August 7, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

**Response Deadline**

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on July 28, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: July 8, 2008

SMITH HULSEY & BUSEY


By    */s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

00609030

3

Winn-Dixie Stores, Inc.
Exhibit A

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Balbuena, Martha | 9836 | $500,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| Brown, Roy | 2853 | $75,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| Clower, Russell B., Jr. | 3941 | $5,000,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| Crawford, Michael | 10516 | $29,674.34 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| Ducinvil, Theramene | 3546 | $0.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| Otero, Suset | 13288 | $50,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| Spruel, Linda | 2264 | $1,000.000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |

Total Claims to be Disallowed : 7
Total Amount to be Disallowed: $6,654,674.34, plus unliquidated amounts, if any

00615873