Hearing Date: August 7, 2008 at 1:30 p.m.
Response Deadline: July 28, 2008 at 4:00

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**DEBTORS' OBJECTION TO THE CLAIM FILED BY CELIA
FLUKER (CLAIM NO. 10643) AND NOTICE OF HEARING**

The Debtors object to the allowance of Claim No. 10643 filed in Case No. 05-03837-3F1 by Celia Fluker on the grounds the claim has been satisfied by payment (the "Objection").

**Notice of Hearing**

Please take notice that a hearing is scheduled for **August 7, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

### Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claim.

### Response Deadline

If you do **not** oppose the disallowance of your claim, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on July 28, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville,

Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: July 8, 2008

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

00615898

Certificate of Service

I certify that the foregoing was furnished by mail to Celia Fluker, 1312 13th Avenue Northwest, Childersburg, Alabama 35044 on this 8th day of July, 2008.

                                                         */s/ Leanne McKnight Prendergast*
                                                                  Attorney

00615898