UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                   Chapter 11
         Reorganized Debtors.             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Freddie Mae Grimsley [Docket No. 20887] was furnished by mail on July 8, 2008 to Freddie Mae Grimsley c/o David L. Perkins, Esq., Hoffman, Larin and Agnetti, P.A., 909 NMB Blvd., Suite 201, Miami, Florida 33162.

Dated: July 8, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785