UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                   )

WINN-DIXIE STORES, INC., et al.,            )        Case No. 05-03817-3F1
                                                             Chapter 11
            Reorganized Debtors.              )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Patricia Haines [Docket No. 20879] was furnished by mail on July 8, 2008 to Patricia Haines c/o Brian C. Vigness, Esq., Morgan & Morgan, Post Office Box 9504, Fort Myers, FL 33906-9504.

Dated: July 8, 2008

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785