UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Margaret Hom [Docket No. 20882] was furnished by mail on July 8, 2008 to Margaret Hom c/o Ellie Andijar, Esq., Conroy, Simberg, Ganon, Krevans & Abel, 3440 Hollywood Blvd., Suite 200, Hollywood, Florida 33021.

Dated:  July 8, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785