UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                                          Chapter 11
         Reorganized Debtors.           )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Langa Jimenez [Docket No. 20876] was furnished by mail on July 8, 2008 to Langa Jimenez c/o Lemar F. Alejo, Esq., 934 North Magnolia Avenue, Suite 304, Orlando, Florida 32803.

Dated: July 8, 2008

                                                         SMITH HULSEY & BUSEY


                                                         By    *s/ James H. Post*
                                                               Stephen D. Busey
                                                               James H. Post (FBN 175460)
                                                               Cynthia C. Jackson

                                                         225 Water Street, Suite 1800
                                                         Jacksonville, Florida  32202
                                                         (904) 359-7700
                                                         (904) 359-7708 (facsimile)
                                                         jpost@smithhulsey.com

                                                         Counsel for Reorganized Debtors

00569785