UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                         )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                                    Chapter 11
        Reorganized Debtors.                  )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Rodolfo Martinez [Docket No. 13335] was furnished by mail on July 8, 2008 to Rodolfo Martinez c/o Jonathan R. Friedland, Esq., Friedland & Brown, PL, 9130 S. Dadeland Blvd, Suite 1609, Miami, FL 33156.

Dated: July 8, 2008

SMITH HULSEY & BUSEY


By   *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785