UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,       )         Case No. 05-03817-3F1
                                                         Chapter 11
         Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Susan Pflieger [Docket No. 20885] was furnished by mail on July 8, 2008 to Susan Pflieger c/o Carlos A. Velasquez, Esq., 101 North Pine Island Road, Suite 201, Plantation, Florida 33324.

Dated: July 8, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785