UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                        Chapter 11
           Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Lisa Vitiello [Docket No. 20884] was furnished by mail on July 8, 2008 to Lisa Vitello c/o David S. Magram, Esq., Bolton & Gross, 801 Northeast 167th Street, 2nd Floor, North Miami Beach, Florida 33162.

Dated: July 8, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785