**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
<u>**JACKSONVILLE DIVISION**</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

<u>**NOTICE OF HEARING ON DEBTORS' MOTION FOR SANCTIONS AGAINST NATUROPATHIC LABORATORIES INTERNATIONAL, INC. AND ITS AGENTS FOR FAILURE TO APPEAR FOR DEPOSITION AND ALTERNATIVE MOTION TO CONTINUE THE TRIAL**</u>

Please take notice that a hearing will be held on **July 17, 2008** at **9:00 a.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtor's Motion for Sanctions Against Naturopathic Laboratories International, Inc., and its Agents for Failure to Appear for Deposition and Alternative Motion to Continue the Trial (Docket No. 20967) (the "Motion").

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: July 9, 2008

                                                SMITH HULSEY & BUSEY

                                                By *s/ Leanne McKnight Prendergast*
                                                    Stephen D. Busey
                                                    James H. Post
                                                    Leanne McKnight Prendergast

                                              Florida Bar Number 59544
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida 32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              lprendergast@smithhulsey.com

                                              Counsel for Reorganized Debtors

00598554

Certificate of Service

I certify that the foregoing was furnished by facsimile and by mail to Naturopathic Laboratories International, Inc., c/o Joseph E. Sarachek, Triax Capital Advisors, LLC, 75 Rockefeller Plaza, 16th Floor, New York, New York 10019, and Scott A. Steinberg, Esq. and Robert Rattet, Esq., Rattet, Pasternak & Gordon-Oliver, LLP, 550 Mamaroneck Avenue, Suite 510, Harrison, NY 10528 this 9th day of July, 2008.

                                                 */s/ Leanne McKnight Prendergast*
                                                             Attorney

616038