UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JULY 10, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on July 10, 2008 at 1:30 p.m.:

**A.   Uncontested Matters**

1.  *Case Management Conference on Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims at it relates to the claim number 2026 filed by Thomas Brooks (Docket No. 7854)*

    Response Deadline:  Expired.

    Response:   None.

    Status:   The Reorganized Debtors will proceed with the Case Management Conference.

2.  *Debtor's Objection to the Claim Filed by Emeka Kwentoh and Thomas F. Talty (Claim No. 9168) (Docket No. 20730)*

    Response Deadline:  Expired.

    Response:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Third Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 20728)*

Objection Deadline: Expired.

Objections: None.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

4. *Debtors' Objection to Claims Due to Claimant's Failure to Participate in the Claims Resolution Procedure (Docket No. 20735)*

Response Deadline: Expired.

Response: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

B. **Contested Matters**

5. *Case Management Conference on Debtors' First Omnibus Motion Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims, and (C) Reclassify Misclassified Scheduled Claims, as it relates to claim number 31489 scheduled on behalf of Royal & Sons, Ltd. with respect to Store No. 331 (Docket No. 8788)*

Objection Deadline: Non-Applicable.

Responses: Royal & Sons (Docket No. 9396).

Status: The Reorganized Debtors will proceed with the Case Management Conference.

6.   *Debtors' Amended Objection to the Claim of Sunday Udoinyion (Claim No. 12570) (Docket No. 20733)*

Response Deadline:  July 1, 2008.

Response:  Sunday Udoinyion (Docket No. 20839 and 20982)

Status:  The Reorganized Debtors will proceed with the hearing on this Objection but it will be limited to the adjudication of their statute of limitations defense. It appears that the Claimant has withdrawn his consent to the adjudication of the merits of his alleged personal injury claim by the Bankruptcy Court.

Dated: July 9, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00614931

3