UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors.[1] | ) Jointly Administered |
| | ) |

**AGREED ORDER RESOLVING CLAIM NUMBER 8952 FILED BY SOUTHERN BOTTLED WATER CO., INC. AS SET FORTH IN THE DEBTORS' TWELFTH OMNIBUS CLAIMS OBJECTION AND CLAIM NUMBER 8951 FILED BY REDDYICE GROUP, INC. D/B/A REDDY ICE CORPORATION AND TRIANGLE ICE AS SET FORTH IN DEBTORS' SIXTEENTH OMNIBUS CLAIMS OBJECTION**

This cause came before the Court upon (i) the Twelfth Omnibus Objection to (A) Overstated Claims, (B) Overstated Misclassified Claims and (C) No Liability Misclassified Claims (the "Twelfth Omnibus Claims Objection") (Docket No. 8116) filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie"), (ii) the Sixteenth Omnibus Objection to (A) Misclassified Claims, (B) Overstated Claims and (C) Overstated Misclassified Claims (the "Sixteenth Omnibus Claims Objection") (Doc. No. 9746) filed by Winn-Dixie and (iii) the response to the Twelfth Omnibus Claims Objection and the Sixteenth Omnibus Claims Objection filed by Reddy Ice, Inc. and Southern Water Bottle, Inc. (Doc. No. 10184).

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

On June 29, 2006, the Court entered an order (Docket No. 8902) sustaining the Twelfth Omnibus Claims Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Twelfth Omnibus Claims Objection as to claim number 8952 filed by Southern Bottled Water Co., Inc. ("Southern Water") and other unresolved claims.

On August 31, 2006, the Court entered an order (Docket No. 10709) sustaining the Sixteenth Omnibus Claims Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Sixteenth Omnibus Claims Objection as to number 8951 filed by Reddyice Group, Inc. d/b/a Reddy Ice Corporation and Triangle Ice ("Reddy Ice") and other unresolved claims. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim number 8952 filed by Southern Water is reduced from $113,785.79 and allowed as an unsecured Class 14 Vendor/Supplier Claim in the amount of $99,000.

2. Claim number 8951 filed by Reddy Ice is reduced from $434,048.80 and allowed as an unsecured Class 14 Vendor/Supplier Claim in the amount of $367,195.47.

3. Distributions will be made to Madison Investment Trust – Series 3 ("Madison Trust")[2] on the allowed claim numbers 8952 and 8951 pursuant to Section 9.2 of the Plan.

4. This Agreed Order resolves all liabilities and obligations related to (i)

---

[2] Claim number 8951 was transferred by Reddy Ice to Madison Investment Trust – Series 3 (Doc. No. 4738). Claim number 8952 was transferred by Southern Water to Madison Investment Trust – Series 3 (Doc. No. 4736). Distributions on claim numbers 8951 and 8952 should be sent to Madison Investment Trust – Series 3 at 6310 Lamar Ave., Suite 120, Overland Park, Kansas 66202.

claim numbers 8952 and 8951 and all other proofs of claim and administrative expense claims filed by Southern Water, Reddy Ice or Madison Trust in these Chapter 11 cases and (ii) all other pre-petition or pre-effective[3] date claims that Southern Water, Reddy Ice and Madison Trust have or may have against Winn-Dixie Stores, Inc. and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5.  Logan & Company, Inc., the claims agent appointed in Winn-Dixie's Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

6.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___9___ day of July, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00609765

---

[3] The Effective Date was November 21, 2006, as determined by the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No.12440) and the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims (Docket No. 12991).

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

POWELL GOLDSTEIN LLP

By /s/ *Keith Miles Aurzada**
Keith Miles Aurzada

220 Ross Avenue, Suite 3300
Dallas, Texas 75201
(214) 721-8048
(214) 721-8100 (facsimile)
jkrystinik@pogolaw.com

Counsel for Southern Bottled Water Co., Inc. and Reddyice Group, Inc. d/b/a Reddy Ice Corporation and Triangle Ice

SMITH HULSEY & BUSEY

By *s/ Cynthia C. Jackson*
Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Winn-Dixie

MADISON INVESTMENT TRUST-SERIES 3

By s/ [signature] 6/25/08
BRETT ELLEN

~~Counsel for Madison Investment Trust – Series 3~~

*Counsel has authorized his electronic signature.

00609765