**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No.  05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>, ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER ON DEBTORS' FIRST OMNIBUS OBJECTION AND**
**MOTION FOR ORDER DETERMINING TAX LIABILITIES (JEFFERSON)**

This matter came before the Court on the Debtors' First Omnibus Objection to Tax

Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No.

7267).  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     Winn-Dixie Stores, Inc. agrees to pay the Jefferson County Sheriff's Office

("Jefferson") the amount of $14,711.57.

2.     This Agreed Order resolves all liabilities and obligations arising prior to

November 21, 2006, related to (i) all proofs of claim and administrative

expense claims filed by Jefferson in these Chapter 11 cases and (ii) all other

pre-effective date claims Jefferson has or may have against the Debtors and

any of their Chapter 11 estates or affiliates, all of which are forever waived,

discharged and released.

3.    This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this ___ day of July, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | DEPARTMENT OF REVENUE |

By___*s/ Cynthia C. Jackson*___      By___*s/ \* Leeanne Applegate*___

    Cynthia C. Jackson,                Leeanne Applegate

    F.B.N. 498882                     K.B.N. 91357

225 Water Street, Suite 1800      Attorney for Finance & Administration

Jacksonville, Florida 32202         Cabinet

(904) 359-7700                      PO Box 5222

(904) 359-7708 (facsimile)         Frankfort, KY  40602-5222

cjackson@smithhulsey.com          (502)564-4921, ext. 4445

Counsel for Reorganized Debtors     Attorney for Jefferson County Sheriff's Office

\* Ms. Applegate has authorized her electronic signature.