Name of Debtor Against Which You Assert Your Claim:

Debtor Name: Winn Dixie

Case No. 05-03817-3F1

*(See List of Names and Case Numbers on Reverse Side)*

mailed
6/20/06

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| A. Name and Address of Creditor (The person or other entity to whom the debtor owes money or property): | |
|---|---|
| MR LEO HEALN<br>C/O CARMEN LINTON BARNES<br>633 NE 167 St. (STE 1025)<br>N. MIAMI BCH, FL 33162 | 305-381-6002<br>Telephone No. of Creditor<br><br>305 381-680*<br>Fax No. of Creditor<br><br>(If your address has changed or is incorrect as it appears in Item A, please provide corrections) |

B. Name and address of signatory or other person to whom notices must be served, if different from above. (Check box if: □ replaces address □ additional address

CARMEN LINTON BARNES, LLC
ATTORNEYS AT LAW
633 NE 167 St.
SUITE 1025 (10TH FL)
N. MIAMI BEACH, FL 33162

Name:
Company/Firm:
Address:

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach a copy of statement giving particulars.
☑ Check box if you have never received any notices in this case.

If an amount is identified above, you have a claim scheduled by the Debtor as shown. If you agree with the amount and classification of your claim as scheduled by the identified Debtor and you have no other claims against any of the debtor, do not need to file this proof of claim, EXCEPT AS FOLLOW the amount shown is listed above as DISPUTED, UNLIQUIDATED, OR CONTINGENT, a proof of claim MU filed in order for you to receive any distribution on account of claim. If you have already filed a proof of claim in accordance the attached instructions, you need not refile your claim.

Account or Other Number by Which Creditor Identifies Debtor:

Check here if this claim □ replaces □ amends a previously filed claim, dated:

**1. Basis for Claim**
- □ Goods sold to debtor(s)
- □ Services performed for debtor(s)
- □ Goods purchased from debtor(s)
- □ Money loaned
- ☑ Personal injury/property damage
- □ Other _____

- □ Taxes
- □ Severance agreement
- □ Refund
- □ Real property lease
- □ Personal property lease
- □ Other contract _____

- □ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- □ Wages, salaries, and compensation (fill out below)
  Last four digits of SSN: _____
  Unpaid compensation for services performed from _____ to _____
  (date)      (date)

2. Date debt was incurred: 2/19/06

3. If claim is based on a Court Judgment, date obtained: _____

4. Total Amount of Claim at Time Case Filed:

$ 150,000 (unsecured)    $ 150,000 (secured)    $_____ (priority)    $_____ (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
□ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
□ Check this box if your claim is secured by collateral (including a right of setoff).

Brief description of Collateral:
□ Real Estate  □ Motor Vehicle  □ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim $_____**
☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

(Several Adelns liens exist)

**7. Unsecured Priority Claim.**
☑ Check this box if you have an unsecured priority claim

Amount entitled to priority $ 150,000
Specify the priority of the claim:
- □ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a) (3).
- □ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a) (4).
- □ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a) (6).
- □ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a) (7).
- □ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a) (3).
- □ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a) ( ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
9. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
10. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space Is For Court Use Only

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) and to receive notice: |
|---|---|
| 6/20/06 | Print: C. Linton Barnes    Title: attorney<br>Signature: _____ |

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

EXHIBIT "A"