

## Sedgwick

Sedgwick Claims Management Services, Inc.
P. O. Box 24787, Jacksonville, FL 32241-4787
Telephone 904-419-5300  Facsimile 904-419-5365

June 13, 2006

C. Linton Barnes
Cazeau, Linton Barnes, LLC
168 S.E. First St. Suite 603
Miami, FL  33131

RE:         Claimant: Leo Hearn
            Claim #:   A611204416-0001-01
            Date of Accident: 02/19/2006
            Division: Retail Grocery Store-Miami Division
            Location: Winn-Dixie #0306
                      1515 E. Hallandale Beach Blvd  Hallandale, FL

Dear C. Linton Barnes:

I am in receipt of your demand. It did not include the MRI reading of 3/23/06. It also did not include the lien amounts.
I will also need the past five years medical records for review.

I note the DR 's records indicate there was a cleaning machine in use and your client assumes the drops of water came from that machine. Your letter of representation was my first notice of this claim and since you have not allowed a statement or provided your client's companion information for me to talk to, I am at a loss as to the actual facts of this accident. If he is claiming the machine is the cause, Winn Dixie has outside cleaning services that would be responsible. I ask again that you allow at the very least an un recorded interview with your client to determine the facts so this claim can be properly evaluated.

Sincerely,

Gloria Davis
Claims Examiner III

EXHIBIT
"B"