UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                       Chapter 11
         Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mark Granito (Claim No. 13826) [Docket No. 21001] was furnished by mail on July 10, 2008 to Mark Granito c/o Rhonda Fisher, Esq., James & Zimmerman, Post Office Box 208, Deland, Florida 32721-0208.

Dated: July 10, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151