UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' ELEVENTH OMNIBUS OBJECTION TO (A) NO LIABILITY CLAIMS, (B) NO LIABILITY MISCLASSIFIED (B) CLAIMS AND (C) MISCLASSIFIED CLAIMS (DOCKET NO. 7854) AS IT RELATES TO CLAIM NO. 2026 FILED BY THOMAS BROOKS**

This matter came before the Court for hearing on July 8, 2008, on the Debtors' Eleventh Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims (Docket No. 7854) (the "Objection") as it relates to the claim filed by Thomas Brooks (Claim No. 2026) filed by Winn-Dixie Stores, Inc. on behalf of itself and its reorganized subsidiaries and affiliates. No responses to the Objection was filed or raised by the claimant. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 7854 is disallowed in its entirety.

Dated this __10__ day of July, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post
[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]00615985