UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' OBJECTION TO THE CLAIM FILED BY
EMEKA KWENTOH AND THOMAS F. TALTY (CLAIM NO. 9168)**

This matter came before the Court for hearing on July 10, 2008, upon the Debtors' objection to the allowance of Claim No. 9168 filed by Emeka Kwentoh and Thomas F. Talty on the grounds the claim has been satisfied by payment pursuant to the Order Authorizing Assumption of Employment-Related Executory Contracts and Unexpired Leases and Fixing Cure Amounts (Docket No. 10547) (the "Objection") (Docket No. 20730) filed by Winn-Dixie Stores, Inc. on behalf of itself and its reorganized subsidiaries and affiliates. No responses to the Objection were filed or raised as to the this claim. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 9168 is disallowed in its entirety.

Dated this 10 day of July, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post
[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00615883