

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday

July 10, 2008

1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

    Debtors' Objection to Claims Due to Claimant's Failure to Participate in the Claims Resolution Procedure (Doc. 20735)

APPEARANCES:

US TRUSTEE:        ELENA ESCAMILLA

UNSEC. CRED:      JOHN B. MACDONALD

                     MATTHEW S. BARR

RULING: _Sustained_
_Ord / Signal_