

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
July 10, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Debtors' First Omnibus Motion Deeming Schedules Amended to (A) Disallow No Liability Scheduled Claims, (B) Reduce Overstated Scheduled Claims, and (C) Reclassify Misclassified Scheduled Claims, as it relates to claim number 31489 scheduled on behalf of Royal & Sons, Ltd. with respect to Store No. 331 (Docs. 8788)

Response by Royal & Sons (Doc. 9396)

**APPEARANCES:**
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR
ROYAL & SONS, LTD:    JAMES TELEPMAN

RULING:    30 min. > 30 days    September 9 @ 9:30
                                Short Ord. 183 A ✓