

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
July 10, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to the Claim of Sunday Udoinyion (Claim #12570)(Doc. 20733)

Trial Memorandum Regarding Debtors' Objection to Claim of Sunday Udoinyion (Doc. 21000)

Response by Sunday Udoinyion (Doc. 20839 and 20982)

The Reorganized Debtors will proceed with the hearing on this Objection but will be limited to the adjudication of their statute of limitations defense. It appears that the Claimant has withdrawn his consent to the adjudication of the merits of his alleged personal injury claim by the Bankruptcy Court.

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR
SUNDAY UDOINYION:

RULING: Under advisement (statute of limitations) Order in due course