# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## DEBTORS' LEGAL AUTHORITIES
## WITH RESPECT TO TRIAL ON APPLICATION
## FOR CLAIM CURE FILED BY J. ADRIAN BARROW

## Index to Legal Authorities

| Cases | Tab No. |
|---|---|
| *In re Hillsborough Holdings Corp.*, 267 B.R. 882 (Bankr. M.D. Fla. 2001) | 1 |
| *Holstein v. Brill*, 987 F.2d 1268 (7th Cir. 1993) | 2 |
| *Martinez v. South Bayshore Tower, L.L.L.P.*, 979 So. 2d 1023 (Fla. 3d DCA 2008) | 4 |
| *In re New River Shipyard Inc.*, 355 B.R. 894 (Bankr. S.D. Fla. 2006) | 3 |
| *In re Powe*, 278 B.R. 539 (Bankr. S.D. Ala. 2002) | 5 |
| *U.S. Sav. Assoc., Ltd.*, 236 B.R. 289 (Bankr. M.D. Fla. 1999) | 6 |
| *In re Winn-Dixie Stores, Inc.*, 381 B.R. 804 (Bankr. M.D. Fla. 2008) | 7 |

615216