United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

July 15, 2008

Mr. Scott A. Steinberg
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue
Harrison, New York 10528

Re:    Winn-Dixie Stores, Inc., Case No. 05-3817-3F1

Dear Mr. Steinberg,

The court is in receipt of the Emergency Motion of Naturopathic Laboratories International, Inc. For Continuance of Motion by Debtors for Sanctions and Trial on Debtors' Objection to Claim Number 10926 filed, in paper form, on July 15, 2008.

On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Any future pleadings filed in this case, in paper form, will be stricken from the record.

Thank you,

*Susan M Carter*

Susan M. Carter
Deputy Clerk