**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of Affidavit in Support of Debtors' Emergency Motion of Naturopathic Laboratories International, Inc. for Continuance of Motion by Debtors for Sanctions and Trial on Debtors' Objection to Claim No. 10926 (Docket No. 21026) was furnished by facsimile and by mail on July 16, 2008, to Scott A. Steinberg, Esq. and Robert Rattet, Esq., Rattet, Pasternak & Gordon-Oliver, LLP, 550 Mamaroneck Avenue, Suite 510, Harrison, NY 10528.

Dated: July 16, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00617623