United States Bankruptcy Court
Middle District of Florida
Jacksonville Division
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202
(904) 301-6490

July 15, 2008

Mr. Scott A. Steinberg
Rattet, Pasternak & Gordon-Oliver, LLP
550 Mamaroneck Avenue
Harrison, New York 10528

Re:   Winn-Dixie Stores, Inc., Case No. 05-3817-3F1

Dear Mr. Steinberg,

The court is in receipt of the Emergency Motion of Naturopathic Laboratories International, Inc. For Continuance of Motion by Debtors for Sanctions and Trial on Debtors' Objection to Claim Number 10926 filed, in paper form, on July 15, 2008.

On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Any future pleadings filed in this case, in paper form, will be stricken from the record.

Thank you,

*Susan M Carter*
Susan M. Carter
Deputy Clerk

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3         User: cartes              Page 1 of 1              Date Rcvd: Jul 15, 2008
Case: 05-03817               Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Jul 17, 2008.
aty          +Scott A. Steinberg,   550 Mamaroneck Ave., Suite 510,   Harrison, NY 10528-1609

The following entities were served by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 17, 2008**                    **Signature:**   _Joseph Speetjens_