UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No. 3:05-bk-003817-JAF |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

MOTION FOR LEAVE TO WITHDRAW AS
CO-COUNSEL FOR LEAH BROWN (PROOF OF CLAIM # 12825)

C. Timothy Corcoran, III, and C. Timothy Corcoran, III, P.A., co-counsel for personal injury claimant, Leah Brown (Proof of Claim # 12825)(hereafter "Claimant"), move for leave to withdraw. The grounds for this requested relief, stated with particularity, are as follows:

1. On May 17, 2007, the undersigned filed the following motions and response on behalf of the Claimant as co-counsel, which matters remain pending and undetermined:

    a. Motion for Relief from Order Disallowing Claim of Leah Brown (Proof of Claim # 12825)(Dkt. # 16410);

    b. Motion to Allow Late Filed Claim of Leah Brown (Proof of Claim # 12825)(Dkt. # 16413); and

    c. Response to Debtors' Objection to Claim of Leah Brown (Proof of Claim # 12825)(Dkt. # 16415).

2. The motions and response identified in paragraph 1 above relate to the following prior filings:

a. Claimant's Proof of Claim No. 12825 filed on May 14, 2004;

b. Debtor's Omnibus Objection to Claims, including objection to Claim No. 12825, filed on June 22, 2006 (Dkt. # 8702); and

c. The Court's order of August 24, 2006 (Dkt. # 10543), which included Claimant's Proof of Claim No. 12825 among the claims disallowed.

3. Claimant's lead attorney with respect to her personal injury claim was, is, and continues to be Thomas J. DeBari, Esquire, whose address is Kimsey & DeBari, P.A., 5137 South Lakeland Drive, Suite 1, Lakeland, FL 33813, (863) 648-9292, (863) 648-9288 (fax), tdebari@kimseylaw.com. Mr. DeBari has been in negotiations with the Debtors' claims adjusters with respect to Claimant's claim.

4. The undersigned will be closing his law practice and ceasing the practice of law effective July 31, 2008. Accordingly, the undersigned needs to withdraw as co-counsel for the Claimant who will continue to be represented as to these matters by Mr. DeBari.

5. The Claimant interposes no objection to the relief requested here.

*[The remainder of this page is left blank intentionally.]*

WHEREFORE, the undersigned prays that the Court will grant his motion and enter an order relieving and discharging him and his firm as co-counsel for Claimant in this case.

        C. TIMOTHY CORCORAN, III, P.A.
        400 N. Ashley Drive, Suite 2540
        Tampa, FL  33602
        (813) 769-5020
        (813) 769-5030 (fax)
        ctcorcoran@mindspring.com
        Attorneys for Claimant

By */s/ C. Timothy Corcoran, III*
        C. Timothy Corcoran, III
        Florida Bar No. 0161248

## PROOF OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that I have sent by U. S. Mail today a copy of the foregoing to any person listed below who will not receive from the Clerk a notice of electronic filing:

| | |
|---|---|
| Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL  32254-3699 | D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 |
| Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202 | James H. Post, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202 |
| Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | John B. Macdonald, Esquire<br>Akerman, Senterfitt & Eidson, P.A.<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL  32202 |
| Logan & Company, Inc.<br>Claims Agent<br>546 Valley Road<br>Upper Montclair, NJ  07043 | Sedgwick Claims Management Services, Inc.<br>Post Office Box 24787<br>Jacksonville, FL  32241-4787 |
| Thomas J. DeBari, Esquire<br>Kimsey & DeBari, P.A.<br>5137 South Lakeland Drive, Suite 1<br>Lakeland, FL  33813 | |

| | |
|---|---|
| *July 18, 2008* | */s/ C. Timothy Corcoran, III* |
| Dated | C. Timothy Corcoran, III |