UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                     CASE NO. 05-3817-3F1

WINN-DIXIE STORES, INC., et al.,

       Debtor.
_____/

## ORDER COMPELLING NATUROPATHIC LABORATORIES INTERNATIONAL, INC. TO APPEAR AT A RESCHEDULED DEPOSITION AND CONTINUING TRIAL ON DEBTORS' OBJECTION TO CLAIM 10926 OF NATUROPATHIC LABORATORIES INTERNATIONAL, INC. TO OCTOBER 28, 2008 AT 9:00 A.M.

This case came before the Court upon Emergency Motion of Naturopathic Laboratories International, Inc. ("Naturopathic") for Continuance of Motion by Debtor for Sanctions and Trial On Debtors' Objection to Claim No. 10926. It is

**ORDERED:**

1. Naturopathic shall appear at a rescheduled deposition on a date and time mutually agreed upon by the parties, no later than September 30, 2008.

2. The Trial on Objection to Claim 10926 is continued until October 28, 2008 at 9:00 a.m. The Court reserves ruling on Debtors' request for sanctions until trial at which time the Court will also consider further sanctions if Naturopathic fails to appear at the rescheduled deposition.

**DATED** this 18 day of July, 2008 at Jacksonville, Florida.

                                                          JERRY A. FUNK
                                                          United States Bankruptcy Judge

**Copies Furnished To:**

James H. Post, Attorney for Debtors
Naturopathic Laboratories International, Inc.
Scott A. Steinberg