UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No. 3:05-bk-003817-JAF |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW AS
CO-COUNSEL FOR LEAH BROWN (PROOF OF CLAIM # 12825)

This case came on for consideration of the Motion for Leave to Withdraw
as Co-Counsel for Leah Brown (Proof of Claim # 12825) filed by C. Timothy Corcoran,
III, and C. Timothy Corcoran, III, P.A., on July 18, 2008 (Dkt. # 21035). For the reasons
set forth in the motion, the Court concludes that the motion may be considered without
the further necessity of a hearing and should be granted. Thus, it is

ORDERED that the motion is hereby granted. Accordingly, C. Timothy
Corcoran, III, and C. Timothy Corcoran, III, P.A., are hereby relieved and discharged as
co-counsel for the personal injury claimant, Leah Brown (Proof of Claim # 12825), in
these cases. Mr. Corcoran and his firm shall have no further responsibility with respect
to the contested matters identified in the motion. Instead, the claimant will continue to be

*[The remainder of this page is intentionally left blank.]*

*[Continuation of Order Granting Motion for Leave to Withdraw as Co-Counsel for Leah Brown (Proof of Claim # 12825)]*

represented by Thomas J. DeBari, Esquire.

DONE and ORDERED at Jacksonville, Florida, on July 21, 2008 .

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom,
LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

James H. Post, Esquire
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Dennis F. Dunne, Esquire
Milbank, Tweed, Hadley & McCloy, LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. Macdonald, Esquire
Akerman, Senterfitt & Eidson, P.A.
50 North Laura Street, Suite 2500
Jacksonville, FL 32202

Logan & Company, Inc.
Claims Agent
546 Valley Road
Upper Montclair, NJ 07043

Sedgwick Claims Management Services,
Inc.
Post Office Box 24787
Jacksonville, FL 32241-4787

Thomas J. DeBari, Esquire
Kimsey & DeBari, P.A.
5137 South Lakeland Drive, Suite 1
Lakeland, FL 33813

C. Timothy Corcoran, III, Esquire
C. Timothy Corcoran, III, P.A.
400 N. Ashley Drive, Suite 2540
Tampa, FL 33602