UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Re Winn-Dixie case #05-3817-3F1
Claim #2570 for $45,144.50



THE HON. JUDGE JERRY FUNK
United States Bankruptcy Court
Middle District of Florida
300 North Hogan Street
Jacksonville Florida 32202-4267

## ACCEPTANCE OF $15,000.00 STOCK OFFER

Claimant Sunday N. Udoinyion hereby wishes to inform the court that his decision to accept the above offer was made known to Winn-Dixie on Monday July 14, 2008 through their Attorney Leanne McKnight Prendergast of Smith Hulsey & Busey in a telephone conversation and as agreed by Winn-Dixie to direct Claimant to cash the stock.

Claimant hereby certifies that a copy of this information to the court is served upon Leanne McKnight Prendergast per the address shown below:

225 Water Street, Suite 1800,
Jacksonville Florida, 32202

Respectfully submitted this 14th day of July 2008

Sunday N. Udoinyion
P O Box 80903
Chamblee, Georgia 30366
Ph. 678-887-8093
Claimant

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

The Clerk of Court                      7/14/2008
United States Bankruptcy court
Middle District of Florida
300 North Hogan Street
Suite 3-350
Jacksonville Florida 32202- 4267



**FILING OF ACCEPTANCE OF OFFER**

Grateful, please file the original information of the acceptance of offer for Hon. Judge Jerry Funk.
Also, please stamp and send the enclosed copy to me in the stamped addressed envelope also enclosed.

Thank you for your attention in this matter

Sincerely,

*[signature]*

Sunday N. Udoinyion
P O Box 80903
Chamblee Georgia 30366
678-887-8093
Claimant