**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| _____ | ) | |

**DEBTORS' RESPONSE IN OPPOSITION**
**TO SUNDAY UDOINYION'S NOTICE REGARDING HIS**
**PURPORTED ACCEPTANCE OF A $15,000 STOCK OFFER**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors"), file this response to the document filed by Sunday Udoinyion (the "Claimant") regarding his purported acceptance of a settlement offer on the claim he filed in this case (Docket No. 21042) and say that, as noted in the attached correspondence to the Claimant, the Debtors have not agreed to resolve his claim.

Dated: July 23, 2008

SMITH HULSEY & BUSEY

By     */s/ Leanne McKnight Prendergast*
         James H. Post
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

<u>Certificate of Service</u>

I certify that the foregoing was furnished by mail to Sunday N. Udoinyion,

Post Office Box 80903, Chamblee, Georgia 30366, this 23d day of July, 2008.

<u>  /s/ Leanne McKnight Prendergast</u>
Attorney

00618375