| SMITH HULSEY & BUSEY |

LEANNE MCKNIGHT PRENDERGAST
DIRECT 904.359.7802
LPRENDERGAST@SMITHHULSEY.COM

July 22, 2008

Sunday Udoinyion
Post Office Box 80903
Chamblee, Georgia 30366

    Re:    Claimant: Sunday Udoinyion
            Proof of Claim No.: 12570

            In re Winn-Dixie Stores, Inc., et al., Debtors; United States Bankruptcy Court, Middle District of Florida, Jacksonville Division; Case No. 05-03817-3F1, Chapter 11, Jointly Administered

Dear Mr. Udoinyion:

    We are in receipt of your letter dated July 14, 2008, purporting to "accept" Winn-Dixie's "$15,000 stock offer." Please be advised, however, that Winn-Dixie had no pending offer for you to "accept." Winn-Dixie does not agree to settle your claim for any amount at this time.

    Before the hearing held in the referenced case on July 10, 2008, you rejected Winn-Dixie's offer to resolve your claim. When you rejected the offer, it was terminated and no longer capable of being accepted.

    When you contacted me by telephone on July 14, 2008 to tell me that you wished to settle your claim for $15,000, I told you that I would speak to Winn-Dixie about the matter and that I would contact you with Winn-Dixie's response. Winn-Dixie is not willing to accept your offer to resolve your claim for $15,000, however, because it has now expended time and money necessary to litigate the objection to your claim. Winn-Dixie will therefore wait for the Judge's ruling before deciding how to proceed in this matter.

                                                Very truly yours,

                                                */s/ Prendergast*

                                                Leanne McKnight Prendergast

00618298

ATTORNEYS
225 WATER STREET, SUITE 1800 • P.O. BOX 53315 • JACKSONVILLE, FL 32201-3315
OFFICE 904.359.7700 • FAX 904.359.7708