UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## NOTICE OF CASE MANAGEMENT CONFERENCE

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a case management conference on (i) Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim No. 1957 filed by the County of Muscogee Tax Commissioner (the "Objection and Motion") (Docket No. 8772) and (ii) the Response (Docket No. 9227) of the Muscogee County Tax Commissioner to Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Response") is scheduled for **August 7, 2008 at 1:30 p.m. (prevailing Eastern time),** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Objection and Motion and the Response for hearing

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: July 24, 2008

                        SMITH HULSEY & BUSEY

                        By   *s/ Cynthia C. Jackson*
                              Stephen D. Busey
                              James H. Post
                              Cynthia C. Jackson

                        Florida Bar Number 498882
                        225 Water Street, Suite 1800
                        Jacksonville, Florida  32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        cjackson@smithhulsey.com

                        Counsel for Reorganized Debtors

- 3 -

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to Richard Thames, Esq., Stutsman Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202, this 24th day of July, 2008.

                                          *s/ Cynthia C. Jackson*
                                               Attorney

00612771