**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE'S MOTION TO CONTINUE**
**TRIAL ON COLONIAL'S CURE OBJECTION**

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") move the Court for entry of an order continuing the trial on Winn-Dixie's Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), with respect to the cure objection filed by Colonial Realty LP ("Colonial") (the "Cure Objection") (Doc. No. 9574), currently scheduled for August 13, 2008 at 9:00 a.m., and in support state:

1.  On June 30, 2006, Winn-Dixie filed its Motion to Assume, seeking to assume several non-residential real property leases including the lease for Store No. 190.

2.  On July 26, 2006, Colonial filed its Cure Objection asserting that it was owed amounts greater than those asserted by Winn-Dixie in the Motion to Assume.

3. A case management conference regarding the Motion to Assume and the Cure Objection was held on October 4, 2007.

4. On October 9, 2007, the Court entered an order scheduling a trial on the Motion to Assume and the Cure Objection for February 20, 2008 at 9:30 a.m. (the "Scheduling Order") (Doc. No. 18483). On January 17, 2008, the Court entered an order continuing the trial until May 22, 2008 (Doc. No. 19539), and on May 20, 2008, the Court entered an order continuing the trial until August 13, 2008. (Doc. No. 20591).

5. Since the Court entered its latest order continuing the trial on this matter, the parties have reached a settlement of their disputes and are working to finalize the form of an agreed order and related lease amendment that resolves the Motion to Assume and the Cure Objection. The parties need additional time to complete these items and to submit the agreed order to the Court.

6. For this reason, Winn-Dixie asks the Court for a continuance of the trial in this matter until further notice.

7. The undersigned counsel has attempted to obtain Colonial's consent to the motion, but the undersigned has been unable to reach Colonial's counsel.

WHEREFORE, Winn-Dixie requests an order of this Court continuing the trial on the Motion to Assume and the Cure Objection until further notice.

Dated: July 25, 2008

        SMITH HULSEY & BUSEY

        By   */s/ Cynthia C. Jackson*
            Stephen D. Busey
            Cynthia C. Jackson

        Florida Bar Number 498882
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        cjackson@smithhulsey.com

        Counsel for Winn-Dixie

<u>Certificate of Service</u>

    I certify that the foregoing was furnished by mail and facsimile to William M. Lindeman, Esq., 300 South Eola Drive, Orlando, Florida 32801, this 25th day of July, 2008.

                                                                                */s/ Cynthia C. Jackson*
                                                                                      Attorney

00618535