UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

ORDER CONTINUING TRIAL
SCHEDULED FOR AUGUST 14 AND 15, 2008

This case is before the Court upon the joint motion of Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") and Casto Investments Company, Ltd. ("Casto") to continue the trial on Winn-Dixie's Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (Doc. No. 8941), as it relates to the cure objection filed by Casto (Doc. No. 9686), currently scheduled for August 14, 2008 at 9:00 a.m. and August 15, 2008 at 9:30 a.m. (the "Motion") (Doc. No. 21062). It is,

ORDERED:

1.    The Motion is granted.

2.      The trial on this matter currently scheduled for August 14, 2008

at 9:00 a.m. and August 15, 2008 at 9:30 a.m. is continued until

_JANUARY 15, 2009 AND JANUARY 16, 2009 AT 9:30A.M._

Dated this __38__ day of July, 2008 in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge


Allan E. Wulbern is directed to serve
a copy of this Order on all parties who
received copies of the motion.


00618918

2