**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**REORGANIZED DEBTORS' MOTION FOR ORDER MODIFYING**
**THE PERMANENT INJUNCTION TO PERMIT THE PROSECUTION**
**OF THE STATE COURT ACTION FILED BY EDWIN SPRIGGS**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order modifying the permanent injunction to permit the parties to prosecute the state court action filed by Edwin Spriggs ("Claimant"), and in support thereof say:

1. Prior to the filing of the Reorganized Debtors' Chapter 11 Petitions, Claimant filed a personal injury action against debtor Winn-Dixie Louisiana, Inc. styled as Edwin Spriggs *et al*. v. Winn-Dixie Louisiana, Inc., 15th Judicial District Court, State of Louisiana, Case No. 80113-F (the "State Court Action"). The State Court Action has been stayed pending these Chapter 11 proceedings.

2. The Reorganized Debtors have waived the mediation requirement under the Claims Resolution Procedure established in these cases as to Claim Number 4735 filed by Edwin Spriggs (the "Claim").

3. By this motion, the Reorganized Debtors request that the permanent injunction be modified to permit the parties to litigate the Claim to final judgment in the State Court Action.

WHEREFORE, the Reorganized Debtors request that the Court enter an order modifying the permanent injunction to permit the parties to litigate the State Court Action to final judgment.

Dated: July 31, 2008

                SMITH HULSEY & BUSEY

                By   */s/ Leanne McKnight Prendergast*
                    James H. Post
                    Leanne McKnight Prendergast

                Florida Bar Number 59544
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                lprendergast@smithhulsey.com

                Counsel for the Reorganized Debtors

00619316

<u>Certificate of Service</u>

    I certify that a copy of the foregoing was furnished by mail to C. Kenneth Weaver, Esq., The Weaver Law Group, P.A., 2633 Herschel Street, Jacksonville, Florida 32204, and S. Stephen Spring, II, Esq. 8939 Jefferson Hwy, Suite E., Baton Rouge, Louisiana, 70809, on this 31st day of July, 2008.

                                                                  <u>/s/ Leanne McKnight Prendergast</u>
                                                                    Attorney