**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF HEARING ON REORGANIZED
DEBTORS' MOTION FOR ORDER MODIFYING THE
PERMANENT INJUNCTION TO PERMIT THE PROSECUTION
OF THE STATE COURT ACTION FILED BY EDWIN SPRIGGS**

Please take notice that a hearing is scheduled for **September 4, 2008** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Reorganized Debtors' Motion for Order Modifying the Permanent Injunction to Permit the Prosecution of the State Court Action Filed by Edwin Spriggs.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an

2

additional security measure, a photo ID is required for entry into the Courthouse.

Dated: July 31, 2008

                SMITH HULSEY & BUSEY

                By */s/ Leanne McKnight Prendergast*
                  James H. Post
                  Leanne McKnight Prendergast

                Florida Bar Number 59544
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                lprendergast@smithhulsey.com

                Counsel for the Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the foregoing was furnished by mail to C. Kenneth Weaver, Esq., The Weaver Law Group, P.A., 2633 Herschel Street, Jacksonville, Florida 32204, and S. Stephen Spring, II, Esq. 8939 Jefferson Hwy, Suite E., Baton Rouge, Louisiana, 70809, on this 31st day of July, 2008.

                                              <u>/s/ *Leanne McKnight Prendergast*</u>
                                                            Attorney

00608953