**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### ORDER CONTINUING TRIAL SCHEDULED FOR AUGUST 13, 2008

This case is before the Court upon the motion of Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") to continue the trial on Winn-Dixie's Second Omnibus Motion for Authority to (i) Assume Non-Residential Real Property Leases, (ii) Fix Cure Amounts and (iii) Grant Related Relief (Doc. No. 8941), with respect to the cure objection filed by Colonial Realty LP ("Colonial") (Doc. No. 9574), currently scheduled for August 13, 2008 at 9:00 a.m. (Doc. No. 21055) (the "Motion"). It is,

ORDERED:

1. The Motion is granted.

2. The trial on this matter currently scheduled for August 13, 2008 at 9:00 a.m. is continued until _further notice_.

Dated this _30_ day of July, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.