**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                              )      Case No. 05-03817-3F1
                                    )
WINN DIXIE STORES, INC.,            )
et al.,                             )      Chapter 11
                                    )
        Reorganized Debtors.        )      Jointly Administered
_____)

NOTICE OF CONSENT TO WINN DIXIE STORES, INC.'S,
MOTION TO CONTINUE TRIAL ON
COLONIAL'S CURE OBJECTION

Colonial Realty Limited Partnership ("Colonial") gives this Notice of its consent to the relief sought in Winn Dixie's Motion to Continue Trial on Colonial's Cure Objection (Doc. No. 21055) of the trial on Colonial's Cure Objection (Doc. No. 9574) currently scheduled for August 13, 2008 at 9:00 a.m.

                    WILLIAM M. LINDEMAN, P.A.

                By  /s/ William M. Lindeman
                    William M. Lindeman, Esq.
                    Counsel for Creditor,
                    Colonial Realty Limited
                    Partnership
                    Florida Bar No. 699640
                    300 S. Eola Drive
                    Orlando, FL  32801
                    (407) 244-3294
                    w.lindeman@wmlpa.com

## Certificate of Service

I hereby certify that the foregoing was furnished by the CM/ECF electronic notification system to Beau Bowin, Esq., Smith, Hulsey & Busey, P.A., 225 Water Street, Ste. 1800, Jacksonville, FL 32202; and all parties in interest entitled to receive such notification this 31st day of July, 2008.


/s/ William M. Lindeman
Attorney