UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF EVIDENTIARY HEARING**

TO PARTIES IN INTEREST:

Please take notice that an evidentiary hearing on the Application for Payment of Administrative Expenses Filed by Canadian National Railway Company (Docket No. 13952) is scheduled for **September 4, 2008 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the application for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

00619561

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: August 1, 2008

                        SMITH HULSEY & BUSEY

                        By  *s/ Leanne McKnight Prendergast*
                            Stephen D. Busey
                            James H. Post
                            Leanne McKnight Prendergast

                        Florida Bar Number 59544
                        225 Water Street, Suite 1800
                        Jacksonville, Florida 32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        lprendergast@smithhulsey.com

                        Counsel for Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to Canadian National Railway Company, c/o Martin Cyr, 935 de la Gauchetiere Street West, Floor 4, Montreal, Quebec H3B 2M9 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 1st day of August, 2008.



       *s/ Leanne McKnight Prendergast*
       Attorney

00619561