# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
|  | ) |  |
| Reorganized Debtors. | ) | Jointly Administered |

## AGREED ORDER ON DEBTORS' FIRST OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (SHELBYVILLE)

This matter came before the Court on the Debtors' First Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7267).  Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.     Winn-Dixie Stores, Inc. agrees to pay City of Shelbyville ("Shelbyville") the amount of $2,686.54.

2.     This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Shelbyville in these Chapter 11 cases and (ii) all other pre-effective date claims Shelbyville has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.    This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this ___1___ day of _August_, 2008, in Jacksonville, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge


Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY               DEPARTMENT OF REVENUE

By___*s/ Cynthia C. Jackson*_____        By____*s/ \* Leeanne Applegate*___
        Cynthia C. Jackson,                              Leeanne Applegate
        F.B.N. 498882                                  K.B.N.  91357

225 Water Street, Suite 1800               Attorney for Finance & Administration
Jacksonville, Florida 32202                Cabinet
(904) 359-7700                             PO Box 5222
(904) 359-7708 (facsimile)                 Frankfort, KY  40602-5222
cjackson@smithhulsey.com                   (502)564-4921, ext. 4445

Counsel for Reorganized Debtors            Attorney for City of Shelbyville


\* Ms. Applegate has authorized her electronic signature.