Hearing Date: September 4, 2008 at 1:30 p.m.
Obj. Deadline: August 25, 2008 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**DEBTORS' AMENDED SIXTH OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED**

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the administrative claims listed on the attached Exhibit A on the grounds that these claims have been settled or released (the "Objection").

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

### Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

### Response Deadline

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 25, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested by this Objection and grant such other and further relief as is just and proper.

Dated: August 4, 2008

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
      Stephen D. Busey
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Angie Reeves | 15569 | Settled |
| Anna Harmon | 14322 | Settled |
| Antonio Morales | 14270 | Settled |
| Caridad Dorta | 14162 | Settled |
| Doug Hedden Electric, Inc. | 14511 | Settled |
| Iliana Robinson | 13741 | Settled |
| Kaywaina Busby-Dunn | 14430 | Settled |
| Leslie Michaelson | 14449 | Settled |
| Marilyn Burton | 14356 | Settled |
| Parata Systems LLC | 14461 & 15812 | Settled |
| Paula Schnackenber | 14008 | Settled |
| Robert Vincent Boydell | 14489 | Settled |
| Ruth Harris | 14358 | Settled |
| Wanda White | 14513 | Settled |
| Yara Fernandez | 13828 | Settled |

Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to the individuals listed below this 4th day of August, 2008.

Doug Hedden Electric, Inc.
Attn: Laura Bunbury
2200 NW 118th Ave.
Pembroke Pines, FL 33026

Parata Systems, Inc
c/o Kevin M. Capalbo
Moore & Van Allen PLLC
Post Office Box 13706
Research Triangle Park, NC 27709

Leslie Michaelson
c/o Gregg A. Silverstein, Esq.
Silverstein & Silverstein
20801 Biscayne Blvd., Suite 504
Aventura, Florida 33180

Robert Vincent Boydell
c/o Thomas D. Roebig, Jr., Esq.
Florin, Roebig, Walker,
   Huddelston & Roger
777 Alderman Road
Palm Harbor, FL 34683

Marilyn Burton
c/o Jeffery D. Starker
1936 Lee Road, Suite 100
Winter Park, FL 32789

Kaywaiani Busby-Dunn
3156 Jackson Avenue
Baton Rouge, LA 70802

Caridad Dorta
c/o Scott B. Bennett, Esq.
Corirossi & Bennett
Grove Plaza, 2nd Floor
2900 Middle Street
Miami, FL 22133

Yara Fernandez
c/o John H. Ruiz
5040 NW 7th Street, Suite 920
Miami, FL 33126

Anna Harmon
c/o Chalmer Barnes, Esq.
Barnes & Cohen, P.A.
1843 Atlantic Blvd.
Jacksonville, Florida 32207

Antonio Morales
c/o Marc J. Reynolds, Esq.
Robbins & Reynolds, P.A.
9200 S. Dadeland Blvd., Suite 614
Miami, Florida 33156

Angie Reeves
c/o Cathy B. Donohoe, Esq.
Donohoe & Stapleton, LLC
2781 Zelda Road
Montgomery, Alabama 36106

Iliana Robinson
c/o Louis Thaler, Esq.
Two Alhambra Plaza Penthouse II,
Suite C
Coral Gables, Florida 33134

Ruth Harris  
c/o Richard J. Garrett, Esq.  
Post Office Box 2530  
Harvey, Louisiana  70059-2530  

Wanda White  
c/o Richard J. Garrett, Esq.  
4223 South Carrollton Avenue  
New Orleans, Louisiana  70119  

Paula Schnackenber  
c/o Alex Katpetan, Esq.  
Wites & Kapetan, P.A.  
4400 N. Federal Highway  
Lighthouse Point, Florida 33064  

          *s/ Leanne McKnight Prendergast*  
                    Attorney

00619538