**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING DEBTORS' AMENDED SIXTH
OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS
WHICH HAVE BEEN SETTLED OR RELEASED**

Please take notice that a hearing will be held on **September 4, 2008** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors' Amended Sixth Omnibus Objection to Administrative Claims Which Have Been Settled or Released (the "Objection").

Only responses to the Objection which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **August 25, 2008**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: August 4, 2008

                                                SMITH HULSEY & BUSEY

                                                By  *s/ Leanne McKnight Prendergast*
                                                    Stephen D. Busey
                                                    James H. Post
                                                    Leanne McKnight Prendergast

                                                Florida Bar Number 59544
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                lprendergast@smithhulsey.com

                                                Counsel for Reorganized Debtors

00619624

Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to the individuals listed below this 4th day of August, 2008.

Doug Hedden Electric, Inc.
Attn: Laura Bunbury
2200 NW 118th Ave.
Pembroke Pines, FL 33026

Leslie Michaelson
c/o Gregg A. Silverstein, Esq.
Silverstein & Silverstein
20801 Biscayne Blvd., Suite 504
Aventura, Florida 33180

Marilyn Burton
c/o Jeffery D. Starker
1936 Lee Road, Suite 100
Winter Park, FL  32789

Caridad Dorta
c/o Scott B. Bennett, Esq.
Corirossi & Bennett
Grove Plaza, 2nd Floor
2900 Middle Street
Miami, FL 22133

Anna Harmon
c/o Chalmer Barnes, Esq.
Barnes & Cohen, P.A.
1843 Atlantic Blvd.
Jacksonville, Florida 32207

Angie Reeves
c/o Cathy B. Donohoe, Esq.
Donohoe & Stapleton, LLC
2781 Zelda Road
Montgomery, Alabama 36106

Parata Systems, Inc
c/o Kevin M. Capalbo
Moore & Van Allen PLLC
Post Office Box 13706
Research Triangle Park, NC 27709

Robert Vincent Boydell
c/o Thomas D. Roebig, Jr., Esq.
Florin, Roebig, Walker,
   Huddelston & Roger
777 Alderman Road
Palm Harbor, FL 34683

Kaywaiani Busby-Dunn
3156 Jackson Avenue
Baton Rouge, LA  70802

Yara Fernandez
c/o John H. Ruiz
5040 NW 7th Street, Suite 920
Miami, FL 33126

Antonio Morales
c/o Marc J. Reynolds, Esq.
Robbins & Reynolds, P.A.
9200 S. Dadeland Blvd., Suite 614
Miami, Florida 33156

Iliana Robinson
c/o Louis Thaler, Esq.
Two Alhambra Plaza Penthouse II,
Suite C
Coral Gables, Florida 33134

Ruth Harris
c/o Richard J. Garrett, Esq.
Post Office Box 2530
Harvey, Louisiana  70059-2530

Paula Schnackenber
c/o Alex Katpetan, Esq.
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, Florida 33064

Wanda White
c/o Richard J. Garrett, Esq.
4223 South Carrollton Avenue
New Orleans, Louisiana  70119

                                        *s/ Leanne McKnight Prendergast*
                                                Attorney

00619624