Hearing Date: September 4, 2008 at 1:30 p.m.
Response Deadline: August 25, 2008 at 4:00

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**DEBTORS' OMNIBUS OBJECTION TO ADMINISTRATIVE
CLAIMS BASED UPON CLAIMANTS' ASSERTED RIGHTS TO
WORKERS COMPENSATION BENEFITS AND NOTICE OF HEARING**

The Debtors' object to the claims listed on the attached Exhibit A (the "Objection") on the grounds that such claims have been or will be paid under the Debtors' workers compensation programs (to the extent such claims are determined to be valid under applicable state law and the corresponding programs maintained by the Debtors), pursuant to Section 4.1(c) of the Debtors' Chapter 11 Plan.

**Notice of Hearing**

Please take notice that a hearing is scheduled for **September 4, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

### Separate Contested Matter

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

### Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

### Response Deadline

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 25, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery

of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: August 5, 2008                           SMITH HULSEY & BUSEY

                                    By   */s/ Leanne McKnight Prendergast*
                                          Stephen D. Busey
                                          James H. Post
                                          Leanne McKnight Prendergast

                                    Florida Bar Number 59544
                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    lprendergast@smithhulsey.com

                                    Counsel for the Reorganized Debtors

**Exhibit A**

| Name of Claimant | Docket No. of Application | Reason for Disallowance |
|---|---|---|
| Rodica Basaraba | 13540 | Worker's Comp Claim |
| Roudy Charles | 13541 | Worker's Comp Claim |
| Terrance Cosby | 13543 | Worker's Comp Claim |
| Pamela Denise Davis | 13524 | Worker's Comp Claim |
| Cynthia Griffin | 14505 | Worker's Comp Claim |
| Jose Montalvo | 13547 | Worker's Comp Claim |
| Sarah Saparito | 13392 | Worker's Comp Claim |

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail this 5th day of August, 2008 to:

Paul S. Rosenberg, Esq.  
Rosenberg & Rosenberg, P.A.  
2501 Hollywood Boulevard, Suite 110  
Hollywood, Florida 33020

Brian M. Flaherty, Esq.  
Farah & Farah, P.A.  
10 West Adams Street, Third Floor  
Jacksonville, Florida 32202

F. Shields McManus, Esq.  
Gary, Williams, Parenti, Finney,  
Lewis, McManus, Watson & Sperando  
221 East Osceola Street  
Stuart, Florida 34994

David J. Tong, Esq.  
Saxon, Gilmore, Carraway,  
Gibbons, Lash & Wilcox, P.A.  
201 East Kennedy Boulevard, Suite 600  
Tampa, Florida 33602

Marie A. Mattox, Esq.  
Marie A. Mattox, P.A.  
310 East Bradford Road  
Tallahassee, Florida 32303

                                                    */s/ Leanne McKnight Prendergast*  
                                                            Attorney

619773