Hearing Date:  September 4, 2008 at 1:30 p.m.
Response Deadline:  August 25, 2008 at 4:00

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**DEBTORS' AMENDED OBJECTION TO CLAIMS DUE TO CLAIMANTS' FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE AND NOTICE OF HEARING**

The Debtors file this amendment to the Debtors' Omnibus Objection to Unresolved Litigation Claims and object to the claims listed on Exhibit A attached on the additional grounds that each of the Claimants failed to comply with the Claims Resolution Procedure established by this Court (the "Objection").  The Notice of Hearing set forth herein is limited to this Objection due to the claimants' failure to participate in the Claim Resolution Procedure.  The Debtors reserve the right to assert their additional objections to these claims as set forth in the Debtors' Omnibus Objection to Unresolved Litigation Claims.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

## Notice of Hearing

Please take notice that a hearing is scheduled for **September 4, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

## Separate Contested Matter

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

## Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

## Response Deadline

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on August 25, 2008** (the "Response

Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court

authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: August 5, 2008

                                            SMITH HULSEY & BUSEY

                                            By     */s/ Leanne McKnight Prendergast*
                                                  Stephen D. Busey
                                                  James H. Post
                                                  Leanne McKnight Prendergast

                                            Florida Bar Number 59544
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            lprendergast@smithhulsey.com

                                            Counsel for the Reorganized Debtors

00615873

Winn-Dixie Stores, Inc.  Page 1
Exhibit A  Dated 8/5/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Dessalines, Hubert | 12585 | $75,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc.. | | | |
| Munro, Thomas | 9546 | $300,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc.. | | | |

Total Claims to be Disallowed :   2
Total Amount to be Disallowed:   $375,000 plus unliquidated amounts, if any

00615873

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail this 5th day of August, 2008 to:

| | |
|---|---|
| Thomas Munro | Hubert Dessalines |
| Attn: Angela Outten | 2807 Tartary Drive |
| 777 Alderman Road | Tallahassee, Florida 32301 |
| Palm Harbor, Florida 34683 | |

*/s/ Leanne McKnight Prendergast*
Attorney

615873