UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

      Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

### NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Thomas R. Lehman of Tew Cardenas LLP, attorney for Terranova Corporation, file this Notice of Withdrawal from Case and Request to Stop Electronic Notice and Removal from Service List.

WHEREFORE, Thomas R. Lehman, Esquire, respectfully requests that the Clerk remove him from the service list and stop electronic notices to him.

DATED this 5th day of August, 2008.

    TEW CARDENAS, LLP
    Counsel for Terranova Corporation
    Four Seasons Tower
    1441 Brickell Avenue, 15th Floor
    Miami, Florida 33131-3407
    Telephone No.: (305) 536-1112
    Facsimile No.: (305) 536-1116

    By: /s/ Thomas R. Lehman, P.A.
        THOMAS R. LEHMAN, P.A.
        Florida Bar No. 351318

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served electronically through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the

Office of the United States Trustee and all other parties participating in the C/ECF System, all served electronically, this 5<u>th</u> day of August,, 2008.

<u>/s/ Thomas R. Lehman, P.A.</u>
THOMAS R. LEHMAN, P.A.

509654.1