UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON AUGUST 7, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on August 7, 2008 at 1:30 p.m.:

1. *Case Management Conference on Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim Nos. 1777 and 1778 filed by the Madison County Tax Collector and (ii) the Response of the Madison County Tax Collector (Docket Nos. 9133 and 9568)*

   Response Deadline:  Non-Applicable.

   Response:           None.

   Status:             The Reorganized Debtors will proceed with the Case Management Conference.

2. *Case Management Conference on Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim No. 1957 filed by the County of Muscogee Tax Commissioner and (ii) the Response of the Muscogee County Tax Commissioner (Docket Nos. 8772 and 9227)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

3. *Case Management Conference on Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the Marion County Tax Collector; (ii) the Response of the Marion County Tax Collector and (iii) Motion for Relief from Order Determining Tax Liabilities as to Marion County, Mississippi (Docket Nos. 9133, 9359 and 12392)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

4. *Case Management Conference on Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim No. 7629 filed by the Tax Commissioner of Bulloch County and (ii) the Response of the Tax Commissioner of Bulloch County (Docket Nos. 8772 and 9233)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

5. *Case Management Conference on Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the claim of the Forrest County Tax Collector and (ii) the Response of the Forrest County Tax Collector (Docket Nos. 9133 and 9765)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

6. *Case Management Conference on Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim No. 3753 filed by the City Treasurer of Hampton, Virginia and (ii) the Response of the City Treasurer of Hampton, Virginia (Docket Nos. 7267 and 7575)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

7. *Fourth Motion of the Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 20984)*

Response Deadline: Expired.

Response: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Debtors' Objection to the Claim filed by Celia Fluker (Claim No. 10643 (Docket No. 20969)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Motion.

9. *Debtors' Objection to Claims Due to Claimant's Failure to Participate in the Claims Resolution Procedure (Docket No. 20968)*

Response Deadline: Expired.

Response: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Amended Objection to the Claim of Renee Kennedy (Docket No. 20986)*

Objection Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors have agreed to continue the hearing on the Objection until September 4, 2008.

Dated: August 6, 2008.

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
Stephen D. Busey
James H. Post
Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00619522