**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No.: 05-03817-3F1 |
| WINN DIXIE STORES, INC. et al | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF CONCLUSION OF REPRESENTATION AND**
**REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE that the undersigned, Melissa H. Andrade, Esquire, of Blanchard, Merriam, Adel & Kirkland, P.A., hereby gives notice that representation of claimants, Howard White and William Knights, in this matter has been concluded, and requests that she be removed from any and all service lists and mailing matrices, via electronic mail or otherwise, in this case and that she receive no further notices, pleadings, motions, orders or any other documents filed in this case.

Dated: August 6, 2008

                                                                           BLANCHARD, MERRIAM,
                                                                           ADEL & KIRKLAND, P.A.

                                                                           By _/s/ Melissa H. Andrade____
                                                                           Melissa H. Andrade, Esquire
                                                                           Florida Bar No.: 671169
                                                                           Post Office Box 1869
                                                                           Ocala, Florida 34478
                                                                           (352) 732-7218
                                                                           Attorneys for Howard White
                                                                           and William Knights