UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

AGREED ORDER RESOLVING CURE OBJECTION
FILED BY DBR ASSET MANAGEMENT, AS AGENT
FOR NORTHWAY INVESTMENTS, LLC (STORE NO. 343)

This cause came before the Court on (i) the Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie") (Docket No. 8941) (the "Motion to Assume"), (ii) the objection to the Motion to Assume filed by DBR Asset Management, Inc., as agent for Northway Investments, LLC (collectively "Northway") with respect to Store No. 343 (Docket No. 9564) (the "Cure Objection"), (iii) the Motion/Application for Administrative Expense Claim filed by Northway (Doc. No. 13688) (the "Administrative Expense Application") and (iv) the Twenty-Sixth Omnibus Objection to Claims Arising from Unexpired Leases of Non-Residential Real Property (I) That Have Been Assumed, (II) That Have Been Assumed and Assigned, or (III) That Are the Subject of Lease Termination Agreements filed by Winn-Dixie (Docket No. 12281) (the "Twenty-Sixth Omnibus Objection") as it relates to claim number 7893 filed by Northway with respect to Store No. 343.

On November 30, 2006, the Court entered an order (Docket No. 12908) sustaining the Twenty-Sixth Omnibus Objection as to the proofs of claims listed on the exhibits to the order. On December 20, 2006, the Court entered an order (Docket No. 13344) correcting the Docket No. 12908 order and reclassifying claim number 7893 to administrative priority in an amount to be determined by subsequent order. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled.

2. Proof of Claim number 7893 filed by Northway with respect to Store No. 343 is allowed as an administrative claim in the amount of $157,233.70, $7,233.70 of which Winn-Dixie has paid to Northway. Within fourteen (14) business days of entry of this agreed order, Winn-Dixie will pay Northway $150,000 in full satisfaction of any right to cure that Northway has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 343.[1]

3. The Administrative Expense Application is allowed as an administrative expense claim in the amount of $52,715.41, which Winn-Dixie has paid in full to Northway.

4. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims, including and not limited to the claims asserted in the Administrative Expense Application, pertaining to Store No. 343 filed by Northway in these Chapter 11 cases and (ii) all other pre-petition or pre-

---

[1] Winn-Dixie will remit the $150,000 payment to Northway in care of Heekin, Malin, Wenzel & New, P.A. at P.O. Box 477, Jacksonville, Florida 32201.

effective date claims pertaining to Store No. 343 that Northway has or may have against Winn-Dixie and any of its Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5. Post-effective date liabilities and obligations will be handled by the parties in accordance with the applicable lease terms and ordinary course practices.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __6__ day of August, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00567730.2

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| HEEKIN, MALIN, WENZEL & NEW, P.A. | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ N. Mark New, II**  <br> N. Mark New, II, F.B.N. 0476773 | By  *s/ Cynthia C. Jackson*  <br> Cynthia C. Jackson, F.B.N. 498882 |
| P.O. Box 477 <br> Jacksonville, Florida 32201 <br> (904) 355-7000 <br> (904) 355-0266 (facsimile) <br> mnew@jax-law.com | 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> cjackson@smithhulsey.com |
| Counsel for DBR Asset Management, Inc., as agent for Northway Investments, LLC | Co-Counsel for Reorganized Debtors |

*Counsel has authorized his electronic signature.

00567730.2