

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 7, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim Nos. 1777 and 1778 filed by the Madison County Tax Collector and (ii) the Response of the Madison County Tax Collector (Docs. 9133 and 9568)

APPEARANCES:
US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD
                                     MATTHEW S. BARR

MADISON COUNTY TAX COLLECTOR: J Ramen - P

RULING:

2 hrs. > 120 days ea.

(2 days for all 6)