# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

Thursday

August 7, 2008

1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast


Case Management Conference on Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim No. 1957 filed by the County of Muscogee Tax Commissioner and (ii) the Response of the Muscogee County Tax Commissioner(Docs. 8772 and 9227)


APPEARANCES:

US TRUSTEE:                          ELENA ESCAMILLA

UNSEC. CRED:                         JOHN B. MACDONALD

MATTHEW S. BARR

MUSCOGEE COUNTY TAX COMM:

RULING:   2 hrs. > 120 d