

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 7, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the Marion County Tax Collector; (ii) the Response of the Marion County Tax Collector and (iii) Motion for Relief from Order Determining Tax Liabilities as to Marion County, Mississippi (Docs. 9133, 9359 and 12392)

APPEARANCES:
US TRUSTEE:                                ELENA ESCAMILLA
UNSEC. CRED:                               JOHN B. MACDONALD
                                           MATTHEW S. BARR

MARION COUNTY TAX COLLECTOR:

RULING:   2 hrs. 7/12 od