

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
August 7, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim No. 7629 filed by the Tax Commissioner of Bulloch County and (ii) the Response of the Tax Commissioner of Bulloch County (Docs. 8772 and 9233)

APPEARANCES:

US TRUSTEE:                     ELENA ESCAMILLA
UNSEC. CRED:                    JOHN B. MACDONALD
                                MATTHEW S. BARR

TAX COMMISSIONER BULLOCH COUNTY:

RULING:    2 hr. 7/20 d