

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 7, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the claim of the Forrest County Tax Collector and (ii) the Response of the Forrest County Tax Collector (Docs. 9133 and 9765)

APPEARANCES:

US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR
FORREST COUNTY TAX COLLECTOR:

RULING:

2 hrs. > 120 d