

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
August 7, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty:  S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast


Case Management Conference on Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim No. 3753 filed by the City Treasurer of Hampton, Virginia and (ii) the Response of the City Treasurer of Hampton, Virginia (Docs. 7267 and 7575)


APPEARANCES:
US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD
                                         MATTHEW S. BARR
CITY TREASURER HAMPTON, VA:

RULING:   2 fbs. > 120 d