

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**
**August 7, 2008**
**1:30 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.


Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast


    **Fourth Motion of the Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Doc. 20984)**


APPEARANCES:
US TRUSTEE:
UNSEC. CRED:

                  ELENA ESCAMILLA
                  JOHN B. MACDONALD
                  MATTHEW S. BARR

    `LING:

*Granted.*
*Ord/Signed*