**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| _____) | | |

**MOTION TO CONTINUE TRIAL ON**
**CLAIMS FILED BY SARRIA ENTERPRISES, INC.**

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") move the Court for entry of an order continuing the trial on (i) the Debtors' Twenty-Sixth Omnibus Objection to Claims (the "Objection") (Doc. No. 12281) as it relates to Claim Number 8468 filed by Sarria Enterprises, Inc. ("Sarria"), (ii) the Debtors' Second Omnibus Motion to Assume Non-Residential Real Property Leases (the "Motion to Assume") (Doc. No. 8941) as it relates to the cure objection filed by Sarria (Doc. No. 9722) (the "Cure Objection") and (iii) the Request for Payment of Administrative Expenses filed by Sarria (the "Administrative Expense Application") (Doc. No. 14109) currently scheduled for August 28, 2008 at 9:00 a.m., and in support state:

1. Prior to the petition date, Winn-Dixie entered into non-residential real property leases with Sarria for Store Nos. 237, 270, 302 and 330 (collectively, the "Sarria Leases").

2. On July 26, 2005, Sarria filed claim number 8468 for pre-petition amounts allegedly due from Winn-Dixie under the lease for Store No. 237 (the "Sarria Claim").

3. On June 30, 2006, Winn-Dixie filed its Motion to Assume seeking to assume the Sarria Leases, among other non-residential real property leases, and fix the cure amounts for Store Nos. 237, 270, 302 and 330 (the "Sarria Stores").

4. On July 29, 2006, Sarria filed its Cure Objection to the Motion to Assume by which it asserts additional amounts are due from Winn-Dixie.

5. Winn-Dixie filed the Objection on October 31, 2006 seeking to classify the Sarria Claim as an administrative priority in an amount to be determined by Court order.

6. On December 20, 2006, the Court entered an order (Docket No. 13344) sustaining the Objection as to the proofs of claims listed on the exhibits to the order and continuing the hearing on the Objection as to the Sarria Claim.

7. On January 4, 2007, Sarria filed its Administrative Expense Application for amounts allegedly due post-petition from Winn-Dixie under the Sarria Leases.

8. A status conference regarding the Objection, the Motion to Assume, the Cure Objection and the Administrative Expense Application was held on November 1, 2007.

9. On November 5, 2007, the Court entered an order (Doc. No. 18816) scheduling a trial on the Objection, the Motion to Assume, the Cure Objection and

the Administrative Expense Application for February 14, 2008 at 1:30 p.m. and February 15, 2008 at 9:30 a.m. (the "Scheduling Order").  On January 12, 2008, the Court entered an order continuing the trial until June 5, 2008 (Doc. No. 19641), and on June 2, 2008, the Court entered an order continuing the trial until August 28, 2008 at 9:00 a.m. (Doc. No. 20654).

10. Since the Court entered its latest order continuing the trial on this matter, Winn-Dixie and Sarria have reached a settlement of their disputes and are working to finalize the form of an agreed order that resolves the Objection, the Motion to Assume, the Cure Objection and the Administrative Expense Application.  The parties need additional time to complete and submit the agreed order to the Court.

11. For this reason, Winn-Dixie asks the Court for a continuance of the trial in this matter until further notice.

12. The undersigned counsel has conferred with counsel for Sarria, and Sarria consents to the relief sought in this motion.

Case 3:05-bk-03817-JAF    Doc 21130    Filed 08/07/08    Page 4 of 5

WHEREFORE, Winn-Dixie requests that the Court enter an order continuing the trial on the Objection, the Motion to Assume, the Cure Objection and the Administrative Expense Application until further notice.

Dated: August 7, 2008

                SMITH HULSEY & BUSEY

                By  */s/ Cynthia C. Jackson*
                      Stephen D. Busey
                      Cynthia C. Jackson

                Florida Bar Number 498882
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                cjackson@smithhulsey.com

                Counsel for Winn-Dixie

00620106

4

<u>Certificate of Service</u>

I certify that the foregoing was furnished by the CM/ECF electronic notification system to Alan Burger, McDonald Hopkins, LLC, 505 S. Flagler Drive, Suite 300, West Palm Beach, Florida 33401, and all parties in interest entitled to receive such notification this 7th day of August, 2008.

                                            */s/ Cynthia C. Jackson*
                                                       Attorney

00620106