UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON DEBTORS' OBJECTION TO THE CLAIM FILED BY CELIEA FLUKER (CLAIM NO.10643)

This matter came before the Court for hearing on August 7, 2008, upon the Debtors' Objection to the Claim Filed by Celiea Fluker (Claim No. 10643) And Notice of Hearing (Docket No. 20969) (the "Objection"), on the grounds the claim has been satisfied by payment. No responses to the Objection were filed or raised as to this claim. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 10643 is disallowed in its entirety.

Dated this 7 day of August, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post
[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00619735