

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
August 7, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to the Claim of Renee Kennedy (Doc. 20986)

The Reorganized Debtors have agreed to continue the hearing on the Objection until September 4, 2008.

APPEARANCES:
US TRUSTEE:              ELENA ESCAMILLA
UNSEC. CRED:             JOHN B. MACDONALD
                         MATTHEW S. BARR
RENEE KENNEDY:

RULING: Cont'd. to 9/4 @ 1:30