UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

In re:

WINN-DIXIE STORES, INC., et al.,         Case No:  05-03817-3F1

Reorganized Debtors.                         Chapter 11

_____/     Jointly Administered

**CARIDAD DORTA'S RESPONSE TO DEBTOR'S AMENDED SIXTH OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED**

    **COMES NOW**, the Claimant, **CARIDAD DORTA**, by and through her undersigned attorney, and files her response to Debtors Amended Sixth Omnibus Objection to Administrative Claims which have been settled or released, as follows:

1. My client, **CARIDAD DORTA** was permanently injured by the negligence of Winn-Dixie Stores, Inc.

2. We have reached a settlement agreement in this matter.

3. Our Agreement should go forward without any objections.

    **WHEREFORE**, **CARIDAD DORTA**, respectfully requests that this Honorable Court overrule Debtors' Objection to her settlement and deny Reorganized

Debtors' request to disallow her settlement.

      Respectfully submitted,

                                  **CORIROSSI & BENNETT**
                                  Attorney for Applicant
                                  Grove Plaza-2nd Floor
                                  2900 Middle Street
                                  Miami, Florida   33133
                                  Telephone: (305) 441-9000
                                  Facsimile: (305) 441-1991

                                  **/s/ Scott B. Bennett**
                                  Fla. Bar No:  874655

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on August 8, 2008, I filed this Caridad Dorta's Response to Debtor's Amended Sixth Omnibus Objection to Administrative Claims which have been settled or released, which will cause a copy to be served on Stephen D. Busey, James H. Post, Leanne McKnight Prendergaste, Counsel for the Reorganized Debtors, Matthew Barr, Esquire and John MacDonald, Esquire, Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esquire, counsel for the Office of the United States Trustee, the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida   332202, and all other parties participating in the CM/ECF System, all served electronically.

                                  **/s/ Scott B. Bennett**
                                    Attorney