UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., *et al*., | ) | Case No. 3:05-bk-003817-JAF |
| | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

NOTICE OF WITHDRAWAL FROM CASE AND REQUEST
TO STOP ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST

Please take notice that C. Timothy Corcoran, III, of C. Timothy Corcoran, III, P.A., files this Notice of Withdrawal from Case and Request to Stop Electronic Notice and Removal from Service List.

WHEREFORE, C. Timothy Corcoran, III, respectfully requests that the Clerk remove him from the service list and stop electronic notices of him in this case.

          C. TIMOTHY CORCORAN, III, P.A.
          1806 W. Richardson Place
          Tampa, FL  33606
          (813) 254-3267
          (813) 254-3267 (fax)
          ctcorcoran@mindspring.com


          By */s/ C. Timothy Corcoran, III*
              C. Timothy Corcoran, III
              Florida Bar No. 0161248

PROOF OF SERVICE

        I certify that today I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that I have sent by U. S. Mail today a copy of the foregoing to any person listed below who will not receive from the Clerk a notice of electronic filing:

| | |
|---|---|
| James H. Post, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202 | D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY  10036 |
| Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202 | John B. Macdonald, Esquire<br>Akerman, Senterfitt & Eidson, P.A.<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL  32202 |
| Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY  10005 | |

| | |
|---|---|
| *August 10, 2008*<br>Dated | */s/ C. Timothy Corcoran, III*<br>C. Timothy Corcoran, III |