## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER CONTINUING TRIAL
## <u>SCHEDULED FOR AUGUST 28, 2008</u>

This case is before the Court upon the motion of Winn-Dixie and its affiliates ("Winn-Dixie") to continue the trial on (i) the Debtors' Twenty-Sixth Omnibus Objection to Claims (the "Objection") (Doc. No. 12281) as it relates to Claim Number 8468 filed by Sarria Enterprises, Inc. ("Sarria"), (ii) the Debtors' Second Omnibus Motion to Assume Non-Residential Real Property Leases (the "Motion to Assume") (Doc. No. 8941) as it relates to the cure objection filed by Sarria (Doc. No. 9722) (the "Cure Objection") and (iii) the Request for Payment of Administrative Expenses filed by Sarria (the "Administrative Expense Application") (Doc. No. 14109) currently scheduled for August 28, 2008 at 9:00 a.m.  It is,

ORDERED:

1.    The motion is granted.

2.    The trial on this matter currently scheduled for August 28, 2008 at 9:00 a.m. is continued until further notice.

Dated this ___8___ day of August, 2008 in Jacksonville, Florida.


Jerry A. Funk
United States Bankruptcy Judge


Cynthia C. Jackson is directed to serve
a copy of this Order on all parties who
received copies of the motion.


00620102

2