# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:
WINN DIXIE SUPERMARKET, et al          CHAPTER 11
    Debtor.                              Case No: 3:05-bk-03817-JAF
_____/

### NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST

    Please take notice that the undersigned, Margaret A. Benton, of the Law Offices of Margaret A. Benton, hereby files this Notice of Withdrawal from Case and Request to Stop Electronic Notice and Removal from Service List on the following ground:

The case for Counsel's client, Tramecia Atkins, has settled.

**WHEREFORE** Margaret A. Benton, respectfully requests that the Clerk remove her from the service list and stop electronic notice of him in this case.

### CERTIFICATION OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnish to all interested parties* this 11th day of August 2008.

        /S/ Margaret A. Benton
        MARGARET A. BENTON, ESQUIRE
        FLORIDA Bar 122374
        800 Virginia Avenue, Suite 10
        Fort Pierce, FL 34982
        (772) 466-0995
        (772) 466-0996 - Facsimile

**\*Via Electronic**

**Adam Ravin**, Skadden Arps Slate Meagher & Flom, LLP - aravin@skadden.com
**Allan E. Wulbern**, Smith, Hulsey & Busey - awulbern@smithhulsey.com
**Beau Bowin**, Smith Hulsey & Busey - bbowin@smithhulsey.com

**Cynthia C. Jackson,** Smith Hulsey & Busey - cjackson@smithhulsey.com
**David L Gay,** Smith Hulsey & Busey  - dgay@smithhulsey.com
**James H. Post,** Smith Hulsey & Busey - jpost@smithhulsey.com
**Leanne McKnight Prendergast,** Smith Hulsey & Busey - lprendergast@smithhulsey.com
**Stephen D. Busey**, Smith Hulsey & Busey - busey@smithhulsey.com
**U.S. Trustee - represented by Elena L Escamilla** - elena.l.escamilla@usdoj.gov
**Kenneth C Meeker**, United States Trustee - ken.meeker@usdoj.gov
**Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al. ,** represented by
**Dennis F. Dunne**, Milbank, Tweed, Hadley & McCloy LLP  - ddunne@milbank.com
**John B. Macdonald,** Akerman Senterfitt - john.macdonald@akerman.com

*<u>**Via US Mail**</u>

**United States Trustee** - JAX, 11 , 135 W. Central Blvd, Suite 620, Orlando, FL 32801
**Tremecia Atkins-Harris,** 2802 Avenue H, Fort Pierce, FL 34947