**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO.: 3:05-bk-03817-JAF** |
| | ) | **CHAPTER 11** |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST**
**TO STOP ELECTRONIC NOTICE AND FOR REMOVAL FROM SERVICE LIST**

Please take notice that E. Warren Parker, Jr., of Parker & DuFresne, PA, files this Notice of Withdrawal from Case and Request to Stop Electronic Notice and for Removal from Service List.

WHEREFORE, E. Warren Parker, Jr., respectfully requests that the Clerk remove him from the service list and stop electronic notices to him in this case.

**PARKER & DuFRESNE, P.A.**

/s/ E. Warren Parker, Jr.
_____
E. WARREN PARKER, JR., Esquire
Florida Bar No.: 958506
Churchill Park, Suite 301
8777 San Jose Boulevard
Jacksonville, FL 32217
(904) 733-7766
Fax: (904) 733-2919

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished electronically to all interested persons and by U.S. Mail to the following this 12th day of August, 2008:

| | |
|---|---|
| James H. Post, Esquire<br>Smith Hulsey & Busey<br>225 Water St, Ste 1800<br>Jacksonville, FL 32202 | D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036 |
| Cynthia C. Jackson, Esquire<br>Smith Hulsey & Busey<br>225 Water St, Ste 1800<br>Jacksonville, FL 32202 | John B. MacDonald, Esquire<br>Akerman, Senterfitt & Eidson, PA<br>50 N Laura St, Ste 2500<br>Jacksonville, FL 32202 |
| Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy, LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | |

**PARKER & DuFRESNE, P.A.**

/s/ E. Warren Parker, Jr.
_____
E. WARREN PARKER, JR., Esquire
Florida Bar No.: 958506
Churchill Park, Suite 301
8777 San Jose Boulevard
Jacksonville, FL 32217
(904) 733-7766
Fax: (904) 733-2919