# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## AMENDED[1] AGREED ORDER ON DEBTORS' OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (SHELBYVILLE)

This matter came before the Court on the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7267).

On August 1, 2008, the Court entered and order resolving all ad valorem tax liabilities and obligations arising prior to November 21, 2006 between Winn-Dixie Stores, Inc. and the City of Shelbyville. This Agreed Order amends the Docket No. 21099 order to include the omitted proof of claim number for which it resolved. Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 1351 filed by the City of Shelbyville (Shelbyville), is allowed as a secured claim in the amount of $2,686.54.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Shelbyville in these Chapter 11 cases and (ii) all

---

[1] The Agreed Order (Docket No. 21099) is amended to include the omitted proof of claim number for which the Agreed Order was intended to resolve.

other pre-effective date claims Shelbyville has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 12 day of August, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

00557800

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | DEPARTMENT OF REVENUE |
|---|---|
| By  *s/ Cynthia C. Jackson*<br>　　Cynthia C. Jackson, F.B.N. 498882 | By  *s/ \* Leeanne Applegate*<br>　　Leeanne Applegate<br>　　K.B.N. 91357 |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com | Attorney for Finance & Administration Cabinet<br>PO Box 5222<br>Frankfort, KY  40602-5222<br>(502)564-4921, ext. 4445 |
| Counsel for Reorganized Debtors | Attorney for City of Shelbyville |

\* Ms. Applegat has authorized her electronic signature.