UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| IN THE MATTER OF: | * | Chapter 11 |
|  | * | CASE NUMBER: 3-05-bk-3817-3F1 |
| WINN DIXIE STORES, INC., et al. | * |  |
|  | * |  |
| Debtors. | * |  |

_____

### NOTICE OF CONCLUSION OF REPRESENTATION AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE that the undersigned, Russell Lee Irby, Esq., of the Irby Law Firm, LLC, hereby gives notice that representation of claimant, Bobbie Edwards in this matter has been concluded, and requests the he be removed from any and all service lists and mailing matrices, via electronic mail or otherwise in this case and that he no longer receive no further notices, pleadings, motions, order or any other documents filed in this case.

Respectfully submitted this 14th day of August, 2008.

                                                                                   **/s/ Russell Lee Irby**
                                                                                   Russell Lee Irby  (IRB 001)
                                                                                   PO Box 910
                                                                                   Eufaula, AL  36072-0910
                                                                                   334-687-6672
                                                                                   irbylawfirm@bellsouth.net