## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| _____ Reorganized Debtors.[1] _____ | ) | Jointly Administered |

### AGREED ORDER RESOLVING CLAIM NO. 10926 FILED
### BY NATUROPATHIC LABORATORIES INTERNATIONAL

This matter is before the Court upon the Debtors' Ninth Omnibus Objection to (A) No Liability Claims, (B) No Liability Misclassified Claims and (C) Misclassified Claims, as it relates to Claim Number 10926 filed by Naturopathic Laboratories International (Docket No. 7263). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim No. 10926 filed by the Naturopathic Laboratories International (the "Claimant") is reduced and allowed as a prepetition, non-priority claim in the total amount of $35,000 against Winn-Dixie Stores, Inc., and the remainder of Claim Number 10926 is disallowed.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2.      Claim No. 10926 will be treated in accordance with plan class 14, and distribution on account of Claim No. 10926 shall be made in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.

3.      This Order resolves (i) all liabilities and obligations related to Claim No. 10926, (ii) all other prepetition or administrative claims the Claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released, and (iii) Debtors' Motion for Sanctions Against Naturopathic Laboratories International, Inc. and its Agents for Failure to Appear for Deposition.

4.      Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

5.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _15_ day of August, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Leanne McKnight Prendergast, Esq.
[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

RATTET, PASTERNAK & GORDON-OLIVER, LLP

By    _s/ Leanne McKnight Prendergast_
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

By    _s/ Scott A. Steinberg*_
     Scott A. Steinberg

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

550 Mamaroneck Avenue
Harrison, New York 10528
(914) 381-7400
(914) 381-7406 (facsimile)
ssteinberg@rattetlaw.com

Counsel for Reorganized Debtors

Counsel for Naturopathic Laboratories International

*Counsel has authorized the use of his electronic signature.

00614194