## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| _____Reorganized Debtors.[1]_____ ) | | Jointly Administered |

## AMENDED AGREED ORDER RESOLVING
## CLAIM NO. 13819 FILED BY THE CITY OF STARKE

This matter is before the Court upon the Debtors' Objection to Claim No. 13819 Filed by the City of Starke (Docket No. 18900). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Claim No. 13819 filed by the City of Starke (the "City") is allowed as a prepetition, non-priority Class 14 claim, and is satisfied in full by the issuance to the City of (i) 2,313 shares of New Common Stock and (ii) such subsequent distributions, if any, of New Common Stock to which the allowed amount initially payable by 2,313 shares of New Common Stock thereafter become entitled, in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.

_____

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2.      This Order resolves (i) all liabilities and obligations related to Claim No. 13819 and (ii) all other prepetition or administrative claims the City has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

3.      For a period of ten years from the date this Order is entered, any and all requirements imposed by the City for a deposit for utility services at Winn-Dixie's store located at 470 West Madison Street, Starke, Florida, shall be satisfied by the current deposit held by the City of $21,990; notwithstanding any City resolution or law to the contrary, the City shall not re-evaluate Winn-Dixie's utility deposit obligation within such ten year period. In the event that Winn-Dixie deems it necessary to hire an attorney or to litigate to enforce this provision, the City will pay Winn-Dixie's reasonable attorneys' fees and costs. Pursuant to the agreement of the parties, the terms of the letters attached as Exhibits A and B are incorporated into this Agreed Order.

4.      Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

5.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _18_ day of _August_, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Leanne McKnight Prendergast, Esq.
[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    BROWN & BROLING

By ___*s/ Leanne McKnight Prendergast*___        By ___*s/ John Lyon Broling*_____
    Stephen D. Busey                          John Lyon Broling
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 0059544                Florida Bar Number 0096059
225 Water Street, Suite 1800              486 N. Temple Avenue
Jacksonville, Florida 32202               Starke, Florida 32091
(904) 359-7700                            (904) 964-8272
(904) 359-7708 (facsimile)               (904) 964-3796 (facsimile)
lprendergast@smithhulsey.com              info@brownandbroling.com

Counsel for Reorganized Debtors           Counsel for the City of Starke

*Counsel has authorized the use of his electronic signature.

609546