UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | CASE NO.:   3:05-bk-03817-JAF |
| Winn-Dixie Stores, Inc., et al., | CHAPTER 11 |
| Debtors. | JOINTLY ADMINISTERED |
| _____/ | |

### WITHDRAWAL OF CLAIM BY
### DOUGHERTY COUNTY TAX COMMISSIONER

COMES NOW the Dougherty County Tax Commissioner ("Dougherty County"), by and through undersigned counsel, and files this Withdrawal of Claim #11864 in the amount of $81,400.99 (which claim replaced the claim previously filed on or about June 10, 2005 in the amount of $85,404.47). The 2004 and 2005 property taxes for Parcel Numbers P319719, P619028 and P715706 have been paid.

GRAY/ROBINSON, P.A.

By /s/ Jason B. Burnett_____
Jason B. Burnett
Florida Bar No.: 822663
50 North Laura Street, Suite 1675
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488

Counsel for Creditor
**Dougherty County Tax Commissioner**

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2008, a true copy of the foregoing has been furnished electronically or by first class mail, postage prepaid, on the following parties:

D.J. Baker, Esq.
Jane Leamy, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Cynthia C. Jackson, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

John B. Macdonald
Akerman Senterfitt
50 North Laura Street, Suite 2500
Jacksonville, FL 32202-3646

Kenneth H. Meeker
Assistant U.S. Trustee
135 West Central Blvd. Room 620
Orlando, FL 32801

/s/ Jason B. Burnett
Jason B. Burnett

\710052\1 - # 7733 v1