8/09/08

Honorable Judge R Funk:

Clerk: File Claim and Exhibits     Case# 05-03817.3F1

Karen Sae Llano files her reply to Late Claim
For Winn-Dixie Inc. Please File, mail Copy File Stamped
back to me. (Exhibits 1 thru Exhibits Medical Documents).

Karen Sae Llano
919 Fontara ave
A-12
Platte City, Mo 64079
I D # A 511207 162
0001-01

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

IN RE:

F I L E D
JACKSONVILLE, FLORIDA

CASE NO: 05-03817-3F1

WINN-DIXIE-STORES,INC. ET AL

AUG 1 8 2008

CHAPTER:11

KAREN SUE LLANO
DEBTOR

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

JUDGE:JERRY R. FUNK

TO THE HONORABLE JUDGE R. FUNK:
UNITED STATES BANKRUPTCY COURT:

Claimant KAREN SUE LLANO files her proof of medical records to prove why her claim

was late.  The continual phone calls to Tana Copeland, legal assistant with Smith Hulsey & Busey

from KAREN SUE LLANO  failed to get any response to her questions.    This was to ask what steps

to follow to file a claim.  The number on the bottom of letter received from them was called and no

answer.

KAREN SUE LLANO had no information about this case.  The relocation of her office and

move caused her to find the name to get information.  The reason the claim was filed late was due to

two issues.  First, was of my move about the time of filing.  The second was the need to be under

medical care with cancer.  The enclosed records prove, that I was under the cancer physician care.

The medical records also prove, I had a serious infection from surgery and was hospitalized.

KAREN SUE LLANO moved from 13th ave, Columbus, Georgia 31907 to 5401 Gunboat

Drive, D30, Columbus, Georgia 31907 that summer.  The document was moved and filed somewhere.

Claimant searched thoroughly to find notice to claim.  The document was not found.  The relocation of

my office/home that access to the Internet helped me find the way to file this claim.

Whereas, Claimant prays the medical records enclosed to be filed will prove that her late claim was not intentional but due to medical reasons. Her claim that was filed late July 19th, 2007 is the date her claim was filed. This was not for delay but that Justice be served. The copies number 24 pages. *Exhibit:1:b Enclosed*

KAREN SUE LLANO
919 FONTANA AVE-A-12
PLATTE CITY, MO. 64079

KAREN  SUE LLANO
ID    #:A511207163-0001-01

Patient: LLANO, KAREN SUE    DF3168
_____

Dictated Rpt: Preliminary    03/12/2003 00:00

Breast Clinic Note

                                              DF3168

                                    LLANO, KAREN SUE
                                         3/12/2003
                           DOB: 12/2/1942  Age:  60
                                   Breast Clinic Note
                                     Paul J Mosca, MD
                           Duke Case Number 444118


                    Breast Clinic Note

DUKE UNIVERSITY COMPREHENSIVE CANCER CENTER

CHIEF COMPLAINT: Right breast cancer

HISTORY OF PRESENT ILLNESS:
We were consulted by Dr. Nancy Demore of UNC Hospitals for evaluation and
management of a right breast cancer. The patient is a 60 year old woman
who recently underwent a core needle biopsy of a right breast mammographic
abnormality and was found to have breast cancer. She has a prior history
of bilateral breast implants in 1980, which she says are saline implants.
She has had no other prior breast pathology. She came to medical attention
about three months ago when she presented to the UNC emergency room for
abdominal pain. Although a CT Scan was negative, she was noted to have
anemia, which she says prompted referral for colonoscopy as well as
bilateral mammograms. She was noted to have a right mammographic
abnormality. She recently underwent a stereotactic core needle biopsy of
this at UNC Hospitals, which was reported as invasive ductal
adenocarcinoma, Nuclear Grade 2 and in association with ductal carcinoma
in situ; both the DCIS and invasive carcinoma were Estrogen and
Progesterone Receptor positive (greater than 95% of cells). She also
subsequently underwent a left breast core needle biopsy on an additional
abnormality, but the pathology results are not yet available.

She denies any history of nipple discharge, skin changes, or any new
breast masses or nodules. She has noticed weight loss. She has had some
burning pain in the right breast. She states that she has been on and off
hormone replacement therapy since her hysterectomy in 1979. She has had
two live born children, the first at 22 years of age, and she underwent
menarche at 16 years of age. She has a family history of breast cancer in
her mother. She has no family history of ovarian cancer.

PAST MEDICAL HISTORY:
1. Mitral valve prolapse.
2. Hypertension.
3. Hypercholesterolemia.
4. Anemia.
5. Arthritis/fibromyalgia.
6. Back pain.

PAST SURGICAL HISTORY:
1. Hysterectomy with unilateral oophorectomy, according to patient, 1979.
2. Bilateral breast implants, 1980 in Tucson, Arizona.
3. A motor vehicle collision that resulted in ankle fracture, facial
fractures, 1980.
4. Cosmetic surgery (e.g. face).

ALLERGIES:
No known drug allergies.

MEDICATIONS:
Naprosyn.

FAMILY HISTORY:
As per HPI.

SOCIAL HISTORY:
The patient is divorced and has been intermittently employed with
sporadic jobs, but is currently unemployed. She smoked for only a few
years prior to age 21, but not since. She does not drink ethanol.

REVIEW OF SYSTEMS:
The patient admits only to fatigue and pain associated with her
fibromyalgia. She has had some pain associated with her recent biopsy of
the right breast. She has not really had any chest pain specifically
associated with activity. She also complains of some changes in her

Exhibit 1 - 4 pages

pattern of sleep, weight gain, occasional shortness of breath, and a variety of other problems that do not directly influence her presenting problem.

PHYSICAL EXAMINATION:
The patient is well appearing and in no distress. HEENT examination is within normal limits. The neck is negative for lymphadenopathy or thyromegaly. She has no supraclavicular rash or lymphadenopathy. The breasts are symmetric in appearance, and both have ecchymoses associated with her recent biopsies. There are no other skin changes. She has no nipple discharge from either breast. There are normal post-biopsy changes associated with her breast, but no dominant masses or nodules. The abdomen is without masses or hepatosplenomegaly. The extremities are without cyanosis or edema. The neurological examination is grossly nonfocal.

IMAGING STUDIES/LABS:
DIAGNOSIS:
1. OUTSIDE SLIDE REVIEW, MS03-2477, UNC HOSPITALS, CHAPEL HILL, NC. DATE OF

   PROCEDURE 2-14-03:

   "BREAST, RIGHT" (STEREOTACTIC NEEDLE CORE BIOPSY):

   INVASIVE DUCTAL ADENOCARCINOMA
      NOTTINGHAM GRADE: 2 OF 3.
         TUBULE SCORE : 2-3
         NUCLEAR SCORE: 2-3
         MITOTIC SCORE: 1

   DUCTAL CARCINOMA IN SITU, CRIBRIFORM, SOLID TYPES.
      NUCLEAR GRADE: 2 OF 3.
      NECROSIS: PRESENT.

   MICROCALCIFICATIONS PRESENT IN ASSOCIATION WITH IN-SITU CARCINOMA.

   ESTROGEN RECEPTOR: 3+ (POSITIVE, 95% OF CELLS)
   PROGESTERONE RECEPTOR: 3+ (POSITIVE, 95% OF CELLS)
   HER2/NEU: 1+ (NEGATIVE) (SEE COMMENT)

COMMENT: Immunohistochemical stains for estrogen and progesterone receptor and
her2/neu overexpression are submitted for review.  The estrogen and progesterone staining patterns would correspond to Allred scores of 8. The
Cerb-B2 slide is difficult to intepret on the small amount of tumor in the
biopsy.  On review, it is felt that the score may be 1+ or 2+.  Repeat staining on additional material if available is recommended if clinically indicated.


2. OUTSIDE SLIDE REVIEW, MS03-3677, SAME AS ABOVE. DATE OF PROCEDURE 3-7-03:

   "BREAST, LEFT" (NEEDLE CORE BIOPSY):

   LOBULAR CARCINOMA IN SITU.

   MICROCALCIFICATIONS PRESENT IN ASSOCIATION WITH IN-SITU CARCINOMA AND BENIGN EPITHELIUM.

   NO EVIDENCE OF INVASIVE CARCINOMA - SEE COMMENT.

   FIBROCYSTIC CHANGES ALSO NOTED.


COMMENT: The outside report indicates that immunohistochemical stains for actin confirms the presence of a myoepithelial cell layer around foci of sclerosing adenosis.  These slides are not submitted for review.  The outside
report also indicates that the in-situ carcinoma is positive for ER (3+, 95%)
and PR (2-3+, 50%); these slides are also not submitted for review.

ASSESSMENT AND PLAN:
This is a 60-year old woman with an invasive ductal breast cancer associated with DCIS on stereotactic core needle biopsy of the right breast. The pathology results from the left breast is pending at this time. The pathology slides will need to be reviewed by our pathologists, and I have instructed the patient accordingly. The patient saw Dr. Zenn in Plastic Surgery yesterday, and I will contact him to discuss his findings and impression. I have discussed the implications of the diagnosis of invasive ductal carcinoma, as well as the potential treatment options with her. After the pathology slides from both breast biopsies are reviewed, my discussion with Dr. Zenn, and presentation in our Multidisciplinary Breast Conference, we will establish a final management plan and have her back next week to discuss this with her.

2

pattern of sleep, weight gain, occasional shortness of breath, and a
variety of other problems that do not directly influence her presenting
problem.

PHYSICAL EXAMINATION:
The patient is well appearing and in no distress. HEENT examination is
within normal limits. The neck is negative for lymphadenopathy or
thyromegaly. She has no supraclavicular rash or lymphadenopathy. The
breasts are symmetric in appearance, and both have ecchymoses associated
with her recent biopsies. There are no other skin changes. She has no
nipple discharge from either breast. There are normal post-biopsy changes
associated with her breast, but no dominant masses or nodules. The abdomen
is without masses or hepatosplenomegaly. The extremities are without
cyanosis or edema. The neurological examination is grossly nonfocal.

IMAGING STUDIES/LABS:
DIAGNOSIS:
1. OUTSIDE SLIDE REVIEW, MS03-2477, UNC HOSPITALS, CHAPEL HILL, NC. DATE
OF
    PROCEDURE 2-14-03:

    "BREAST, RIGHT" (STEREOTACTIC NEEDLE CORE BIOPSY):

    INVASIVE DUCTAL ADENOCARCINOMA
        NOTTINGHAM GRADE: 2 OF 3.
            TUBULE SCORE : 2-3
            NUCLEAR SCORE: 2-3
            MITOTIC SCORE: 1

    DUCTAL CARCINOMA IN SITU, CRIBRIFORM, SOLID TYPES.
        NUCLEAR GRADE: 2 OF 3.
        NECROSIS: PRESENT.

    MICROCALCIFICATIONS PRESENT IN ASSOCIATION WITH IN-SITU CARCINOMA.

    ESTROGEN RECEPTOR: 3+ (POSITIVE, 95% OF CELLS)
    PROGESTERONE RECEPTOR: 3+ (POSITIVE, 95% OF CELLS)
    HER2/NEU: 1+ (NEGATIVE) (SEE COMMENT)

COMMENT: Immunohistochemical stains for estrogen and progesterone
receptor and
her2/neu overexpression are submitted for review.  The estrogen and
progesterone staining patterns would correspond to Allred scores of 8.
The
Cerb-B2 slide is difficult to intepret on the small amount of tumor in
the
biopsy.  On review, it is felt that the score may be 1+ or 2+.  Repeat
staining on additional material if available is recommended if clinically
indicated.


2. OUTSIDE SLIDE REVIEW, MS03-3677, SAME AS ABOVE. DATE OF PROCEDURE
3-7-03:

    "BREAST, LEFT" (NEEDLE CORE BIOPSY):

    LOBULAR CARCINOMA IN SITU.

    MICROCALCIFICATIONS PRESENT IN ASSOCIATION WITH IN-SITU CARCINOMA AND
    BENIGN EPITHELIUM.

    NO EVIDENCE OF INVASIVE CARCINOMA - SEE COMMENT.

    FIBROCYSTIC CHANGES ALSO NOTED.


COMMENT: The outside report indicates that immunohistochemical stains for
actin confirms the presence of a myoepithelial cell layer around foci of
sclerosing adenosis.  These slides are not submitted for review.  The
outside
report also indicates that the in-situ carcinoma is positive for ER (3+,
95%)
and PR (2-3+, 50%); these slides are also not submitted for review.

ASSESSMENT AND PLAN:
This is a 60-year old woman with an invasive ductal breast cancer
associated with DCIS on stereotactic core needle biopsy of the right
breast. The pathology results from the left breast is pending at this
time. The pathology slides will need to be reviewed by our pathologists,
and I have instructed the patient accordingly. The patient saw Dr. Zenn in
Plastic Surgery yesterday, and I will contact him to discuss his findings
and impression. I have discussed the implications of the diagnosis of
invasive ductal carcinoma, as well as the potential treatment options with
her. After the pathology slides from both breast biopsies are reviewed, my
discussion with Dr. Zenn, and presentation in our Multidisciplinary Breast
Conference, we will establish a final management plan and have her back
next week to discuss this with her.

3

COMMENT: The outside report indicates that immunohistochemical stains for
actin confirms the presence of a myoepithelial cell layer around foci of
sclerosing adenosis.  These slides are not submitted for review.  The
outside
report also indicates that the in-situ carcinoma is positive for ER (3+,
95%)
and PR (2-3+, 50%); these slides are also not submitted for review.

ASSESSMENT AND PLAN:
Diagnosis:
This is a 60-year old woman with a right invasive breast cancer and left
breast lobular carcinoma in situ, both found on core needle biopsy, and a
prior history of bilateral submammary implants. I discussed the
implications of these diagnoses with the patient at length, and discussed
the procedures and risks associated with the various management
strategies. I also mentioned that I would discuss this further with Dr.
Zenn and other colleagues at the Multidisciplinary Breast Conference, and
at this point I will recommend a wire localization excisional biopsy of
the left breast in the region of the mammographic abnormality.


cc: Nancy Demore, M.D., UNC Hospitals, CB 7050, Chapel Hill, NC 27599



Paul J. Mosca, M.D.
PJM/rjb
Dictated on:     03/19/2003
Transcribed on:  03/26/2003

4

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## EUH OPS RPT

## LLANO, KAREN - EUH_00952974

* Final Report *

| | |
|---|---|
| Document Type: | EUH OPS RPT |
| Document Date: | 02 October 2006 00:00 |
| Document Status: | Auth (Verified) |
| Document Title: | Emory University Hospital Operative Report |
| Performed By: | LOSKEN, ALBERT on 09 October 2006 08:30 |
| Encounter info: | 12043196272, EUH, Observation, 10/2/2006 - 10/3/2006 |

## * Final Report *

### Emory University Hospital Operative Report

ELECTRONICALLY SIGNED BY Albert Losken, M.D. on 10/09/2006 at 07:48 AM
EMORY UNIVERSITY HOSPITAL
OPERATIVE REPORT

| | |
|---|---|
| PATIENT NAME: | LLANO, KAREN SUE |
| MRN: | 952974 |
| ACCOUNT NO: | 12043196272 |
| PROCEDURE DATE: | 10/02/2006 |
| ROOM: | E808 |
| MD NO: | 46160 |
| SURGEON MD: | Albert Losken, M.D. |

PREOPERATIVE DIAGNOSIS: 1. Acquired deformity, right breast.

2. History of right-sided breast cancer with breast asymmetry and capsular contractions.

POSTOPERATIVE DIAGNOSIS: 1. Acquired deformity, right breast.

2. History of right-sided breast cancer with breast asymmetry and capsular contractions.

PROCEDURES: 1. Bilateral implant exchange, capsulotomy.

2. Bilateral mastopexy.

ATTENDING: ALBERT LOSKEN, M.D., present and scrubbed.

Printed by:    Johnson, David E.
Printed on:    11/20/2007 18:38

Page 1 of 3
(Continued)

Exhibit. 2 - 4 pages

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## EUH OPS RPT

## LLANO, KAREN - EUH_00952974

* Final Report *

INDICATIONS: The patient presented with a history of bilateral implant augmentation about 25 years ago. She subsequently developed right-sided breast cancer and underwent lumpectomy and radiation. She has a fairly significant distortion of the shape of her breast on the right-hand side as well as breast asymmetry. After discussing the options, she would like to proceed with the above-mentioned surgeries. I explained to her the risks, which were relatively high on the right-hand side, given the radiation as well as the numerous scars and her previous implants. We felt that we could improve symmetry and shape by doing some implant exchange and a mastopexy.

PROCEDURE IN DETAIL: Her breasts were prepped and draped in the usual fashion. On the right-hand side a vertical incision was made at the inframammary fold, and the implant pocket was entered. The pocket was removed with 400 cc of saline in the implant. A fairly extensive capsulotomy was performed with the cautery _____ base of the entire capsule. She had numerous scars above her nipples, as well as to the right. This caused fairly significant retraction of the skin above her nipple, as well as laterally. The implants were subglandular and the coverage was minimal. In order to improve her shape, we felt that we needed to excise the scars above the nipple and we kept the nipple alive on a superomedial-type pedicle, which was deepithelialized. After placing a sizer in each breast, we elected to go with a 275-cc smooth round saline implant in the right breast, and this was reference #3501640, lot #5609220, serial #5609220-066. This was placed in the right breast pocket and inflated to 325 cc. At this point, the superomedial pedicle was rotated up to fill the new nipple location. The periareolar incision was closed as much as possible to provide the best shape. She had froze scarring laterally which was excised with a knife and a small horizontal take of skin was performed on the right-hand side laterally. We also performed a small vertical skin take out to try to improve the shape of that breast. The incisions were all closed with 4-0 Monocryl deep dermal sutures in a running intracuticular Monocryl stitch. On the left-hand side, a similar vertical incision was made above the inframammary fold and the implant was removed. A formal capsulotomy was performed. The left breast was much larger and lower than the right, and so a superomedial pedicle was excised and deepithelialized. The pedicle was then fashioned to the capsule, which was also subglandular. The Wise pattern markings were then cut with a knife and excess lower pole breast skin and breast tissue was removed. Total weight of the specimen was about 120 grams. At this point, we elected to use a 275-cc smooth round saline implant, reference #3501640, lot #5618504, serial #56128604-039. This was placed in the left breast pocket and inflated to 260 cc. This provided her with the best shape and symmetry. The superomedial pedicle was rotated up to the new nipple position. The vertical and horizontal incisions were closed in layers with Monocryl and the nipple was inset with Monocryl sutures. The patient tolerated the procedure well. There were no complications. She was transferred stable

Printed by:     Johnson, David E.
Printed on:     11/20/2007 18:38

Patient: LLANO, KAREN SUE    DF3168

---

Rad Rpt:   Final      03/25/2003 12:32   Req# 2450946       Acct# 505287

ULTRASOUND-MAMMOGRAPHY              MAMMOGRAPHY  DIAG    UNILAT

MAMMOGRAPHY DIAG UNILAT
UNILATERAL RIGHT DIAGNOSTIC MAMMOGRAM WITH AUGMENTATION: 3/25/2003
CLINICAL: Invasive cancer on the right; LCIS on the left on recent
biopsies; evaluate right breast abnormalities.

Comparison is made to exam dated: 2/4/2003 Unc Hospitals.
There are scattered fibroglandular elements in the right breast.
There are 3 small oval equal density masses with a circumscribed margin in
the right breast at 9 o'clock in the middle depth.
There also is an area of architectural distortion in the right breast at 12
o'clock in the posterior depth with associated pleomorphic calcifications,
correlating with the patient's known cancer.
There also is an area of clustered amorphous calcifications in the right
breast at 3 o'clock in the middle depth. This calcification is seen in the
additional views.


IMPRESSION:ADDITIONAL IMAGING EVALUATION RECOMMENDED
The masses in the right breast at 9 o'clock in the middle depth appear not
readily classifiable as benign or malignant. An ultrasound examination is
recommended for the mass.
The area of architectural distortion in the right breast at 12 o'clock in
the posterior depth appears highly suggestive of malignancy. A clinical
correlation is recommended for the area of architectural distortion,
consistent with known cancer.
The area of clustered amorphous calcifications in the right breast at 3
o'clock in the middle depth appears suspicious of malignancy. A biopsy is
recommended.


- ULTRASOUND-MAMMOGRAPHY
ULTRASOUND OF THE RIGHT BREAST : 3/25/2003
Comparison is made to exam dated: 2/4/2003 Unc Hospitals. Real-time
ultrasound was performed on the area of interest in the right breast.
There are 3 oval circumscribed masses in the right breast at 9 o'clock in
the middle depth. These masses are hypoechoic with posterior acoustic
enhancement. The masses corresponds as seen mammographically.


ULTRASOUND IMPRESSION: PROBABLY BENIGN - FOLLOW-UP RECOMMENDED
The masses at 9 o'clock in the middle depth in the right breast are likely
complicated cysts and appear probably benign. A cyst aspiration is
recommended.
Recommend biopsy of calcifications as described in the mammography report.

The patient was notified of the results.


Mary Scott Soo M.D.
mss/:3/25/2003 17:41:11
copy to: Self Referral

Imaging Technologist: Catherine E. Pergola RT(R)(M), South Breast Imaging
letter sent: Biopsy Required BI-RADS: 0 Incomplete Assessment Ultrasound
BI-RADS: 3 Probably benign 76090


Report Release Date/Time: 200303251741
Approving MD: SOO, MARY SCOTT MD

Patient: LLANO, KAREN SUE    DF3168

---

Dictated Rpt: Preliminary    03/19/2003 00:00

Breast Clinic Note

                                        DF3168

                                    LLANO, KAREN SUE
                                         3/19/2003
                              DOB: 12/2/1942  Age:  60
                                  Breast Clinic Note
                                     Paul J Mosca, MD
                                  Duke Case Number 479650

                    Breast Clinic Note

DUKE UNIVERSITY COMPREHENSIVE CANCER CENTER

REFERRING PHYSICIAN(S):    Nancy Demore, M.D.

CHIEF COMPLAINT/HISTORY OF PRESENT ILLNESS:
Ms. Llano returns today regarding her right invasive breast cancer and
left breast lobular carcinoma in situ. Both of these were mammographic
abnormalities for which she underwent core needle biopsy at UNC Hospitals
recently. The pathology was reviewed at Duke and is as noted above. She
has bilateral submammary implants in place. She presents today to discuss
the management.

LABORATORY EVALUATION:
Surg Path

DIAGNOSIS:
1. OUTSIDE SLIDE REVIEW, MS03-2477, UNC HOSPITALS, CHAPEL HILL, NC. DATE
OF
    PROCEDURE 2-14-03:

   "BREAST, RIGHT" (STEREOTACTIC NEEDLE CORE BIOPSY):

     INVASIVE DUCTAL ADENOCARCINOMA
        NOTTINGHAM GRADE: 2 OF 3.
            TUBULE SCORE : 2-3
            NUCLEAR SCORE: 2-3
            MITOTIC SCORE: 1

     DUCTAL CARCINOMA IN SITU, CRIBRIFORM, SOLID TYPES.
        NUCLEAR GRADE: 2 OF 3.
        NECROSIS: PRESENT.

     MICROCALCIFICATIONS PRESENT IN ASSOCIATION WITH IN-SITU CARCINOMA.

     ESTROGEN RECEPTOR: 3+ (POSITIVE, 95% OF CELLS)
     PROGESTERONE RECEPTOR: 3+ (POSITIVE, 95% OF CELLS)
     HER2/NEU: 1+ (NEGATIVE) (SEE COMMENT)

COMMENT: Immunohistochemical stains for estrogen and progesterone
receptor and
her2/neu overexpression are submitted for review.  The estrogen and
progesterone staining patterns would correspond to Allred scores of 8.
The
Cerb-B2 slide is difficult to intepret on the small amount of tumor in
the
biopsy.  On review, it is felt that the score may be 1+ or 2+.  Repeat
staining on additional material if available is recommended if clinically
indicated.

2. OUTSIDE SLIDE REVIEW, MS03-3677, SAME AS ABOVE. DATE OF PROCEDURE
3-7-03:

   "BREAST, LEFT" (NEEDLE CORE BIOPSY):

   LOBULAR CARCINOMA IN SITU.

   MICROCALCIFICATIONS PRESENT IN ASSOCIATION WITH IN-SITU CARCINOMA AND
   BENIGN EPITHELIUM.

   NO EVIDENCE OF INVASIVE CARCINOMA - SEE COMMENT.

   FIBROCYSTIC CHANGES ALSO NOTED.

4

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

**EUH ER RPT**

**LLANO, KAREN - EUH_00952974**

* Final Report *

| | |
|---|---|
| Document Type: | EUH ER RPT |
| Document Date: | 14 December 2006 00:00 |
| Document Status: | Auth (Verified) |
| Document Title: | Emergency Medicine Emergency Medicine Report |
| Performed By: | Melvin, Terri on 07 January 2007 19:55 |
| Encounter info: | 12043196348, EUH, Observation, 12/14/2006 - 12/18/2006 |

## * Final Report *

**Emergency Medicine Emergency Medicine Report**

```
ELECTRONICALLY SIGNED BY Terri Melvin, M.D. on 01/07/2007 at 06:56 PM
EMORY UNIVERSITY HOSPITAL
EMERGENCY DEPARTMENT PHYSICIAN'S RECORD
```

```
PATIENT NAME:        LLANO, KAREN
MRN:                 952974
ENCOUNTER NO:        12043196348
DATE:                12/14/2006
TIME SEEN:
MD NO:               054303
ATTENDING MD:        Terri Melvin, M.D.
```

CHIEF COMPLAINT: Breast redness and swelling.

HISTORY OF PRESENT ILLNESS: This is a pleasant 64-year-old female who has a history of breast CA. She had bilateral mastectomies and then had reconstructive surgery. She states that she has had infections in her breasts with fluid accumulation that required admission, IV antibiotics, and drainage of the fluid. She actually had return of redness and swelling in the right breast, particularly earlier this month. She was started on Augmentin and finished a 10-day course approximately 4 to 5 days ago. She did state that with the Augmentin, the redness and the swelling was significantly improving, but shortly after stopping the medication, it returned. She is not having any constitutional symptoms. No fevers or chills. She has not noticed any drainage from the breasts. She has not had any chest pain, shortness of breath, abdominal pain, nausea, vomiting. She denies any pain from the breasts.

REVIEW OF SYSTEMS: A complete review of systems was performed. Please see HPI

| | |
|---|---|
| Printed by: | Johnson, David E. |
| Printed on: | 11/20/2007 18:39 |

Exhibit #3 -2 page

Emory Healthcare-Confidential Document
This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## EUH ER RPT

## LLANO, KAREN - EUH_00952974

* Final Report *

initially of Plastic Surgery.  He felt like she needed to be admitted for IV
antibiotics, since she has had recurrent mastitis.  The patient did have a
workup, including a CBC and a chemistry.  She is not febrile, so blood cultures
were not sent.  We have discussed the case with Hospital Medicine, but
unfortunately their service was fairly full, so I have called Plastic Surgery
back.  Dr. Losken was not available, but I spoke to the resident, who agreed to
admit the patient to their service for IV antibiotics.  She was given a dose of
Zosyn in the Emergency Department.

DISPOSITION: Admit.

DIAGNOSIS: Right mastitis.


/Terri Melvin, M.D.
TM/CM
DD:  12/15/2006 12:59:37
DT:  12/15/2006 13:37:10
443757/266611519/
A


ELECTRONICALLY SIGNED BY Terri Melvin, M.D. on 01/07/2007 at 06:56 PM


**Completed Action List:**
* Perform by Melvin, Terri on 07 January 2007 19:55



Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

# EUH DSCH SUM

## LLANO, KAREN - EUH_00952974

* Final Report *

| | |
|---|---|
| Document Type: | EUH DSCH SUM |
| Document Date: | 19 November 2006 00:00 |
| Document Status: | Auth (Verified) |
| Document Title: | Emory University Hospital Discharge Summary |
| Performed By: | LOSKEN, ALBERT on 08 February 2007 08:23 |
| Encounter Info: | 12043196318, EUH, Inpatient, 11/14/2006 - 11/19/2006 |

## * Final Report *

**Emory University Hospital Discharge Summary**

ELECTRONICALLY SIGNED BY Albert Losken, M.D. on 02/08/2007 at 07:43 AM
EMORY UNIVERSITY HOSPITAL
DISCHARGE SUMMARY

| | |
|---|---|
| PATIENT NAME: | LLANO, KAREN SUE |
| MRN: | 952974 |
| ACCOUNT NO: | 12043196318 |
| ADMIT DATE: | 11/14/2006 |
| DISCHARGE DATE: | 11/19/2006 |
| MD NO: | 46160 |
| ATTENDING MD: | Albert Losken, M.D. |

ADMISSION DIAGNOSIS: Cellulitis of the right breast.

DISCHARGE DIAGNOSIS: Cellulitis of the right breast.

CONSULTS: None.

PROCEDURE: Ultrasound of the right breast with needle aspiration of fluid collection.

HISTORY: The patient is well known to Plastic Surgery service. She was admitted in early October for bilateral capsulectomies and implant exchange, in addition to a right mastopexy and a left breast reduction and mastopexy. She returns to Emory approximately 6 weeks postop with cellulitis of the right breast and pain. She was admitted for IV antibiotics and ultrasound.

HOSPITAL COURSE: The patient was taken to the Radiology where she underwent

Exhibit 4 - 2 pages

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## EUH DSCH SUM

LLANO, KAREN - EUH_00952974

* Final Report *

ultrasound of her right breast.  The procedure demonstrated a fluid collection around the implant with a 1.5-cm pocket at approximately 9 o'clock position. She underwent ultrasound-guided aspiration, and the fluid was sent for culture and sensitivity.  The patient was maintained on vancomycin and Zosyn during her hospitalization to try to salvage her implant.  The patient elected to sign out of the hospital against medical advice on hospital day 5.  She cited social issues for needing to leave, and the risks of discontinuing IV antibiotics and risk of possible tissue loss and explantation of the implant were explained. The patient understood and continued with her desire to leave against medical advice.

DISPOSITION: The patient left AMA to go home.  The patient will presumably follow up with Dr. Losken if she desires further care.


KENDALL PETERS, MD/Albert Losken, M.D.
AL/SB
DD: 02/02/2007 16:06:18
DT: 02/04/2007 21:14:08
817473/271888703/
Elite


ELECTRONICALLY SIGNED BY Albert Losken, M.D. on 02/08/2007 at 07:43 AM



**Completed Action List:**
* Perform by LOSKEN, ALBERT on 08 February 2007 08:23

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

**EUH DSCH SUM**

**LLANO, KAREN - EUH_00952974**

* Final Report *

| | |
|---|---|
| Document Type: | EUH DSCH SUM |
| Document Date: | 18 December 2006 00:00 |
| Document Status: | Auth (Verified) |
| Document Title: | Emory University Hospital Discharge Summary |
| Performed By: | LOSKEN, ALBERT on 08 January 2007 07:52 |
| Encounter info: | 12043196348, EUH, Observation, 12/14/2006 - 12/18/2006 |

## * Final Report *

**Emory University Hospital Discharge Summary**

ELECTRONICALLY SIGNED BY Albert Losken, M.D. on 01/08/2007 at 07:40 AM
EMORY UNIVERSITY HOSPITAL
DISCHARGE SUMMARY

| | |
|---|---|
| PATIENT NAME: | LLANO, KAREN SUE |
| MRN: | 952974 |
| ACCOUNT NO: | 12043196348 |
| ADMIT DATE: | 12/14/2006 |
| DISCHARGE DATE: | 12/18/2006 |
| MD NO: | 46160 |
| ATTENDING MD: | Albert Losken, M.D. |

PROCEDURE: None.

ADMISSION DIAGNOSIS: Infected right breast.

DISCHARGE DIAGNOSIS: Infected right breast.

HISTORY OF PRESENT ILLNESS: Upon admission, this is a 64-year-old female who had a lumpectomy and radiation on top of previously placed _____ implants. She underwent implant exchange approximately a year-and-a-half ago and has had chronic radiation changes and erythema and swelling of the right breast. She presents at this time with pain and swelling, and redness of the right breast. She denies any fevers. On admission, her white blood cell count is normal. She is afebrile. She undergone ultrasound of the right breast and shows a decreased size of the fluids surrounding the implant and it is so small that aspiration is not possible at this time. She also has elevated liver function test including AST, ALT, and alkaline phosphatase at the time of admission.

Exhibits. pages 2
1



Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## EUH DSCH SUM

## LLANO, KAREN - EUH_00952974

* Final Report *

She states that she has not had any liver enzymes checked since she started
taking her simvastatin.  She has been told to stop her simvastatin, her LFTs
decreased, although are not normal at the time of discharge.  She was
instructed to follow up with her internist for monitoring of her LFTs and
cessation of her simvastatin until she follows up.  She tolerates a regular
diet, has good pain control in oral pain medicine, and remained afebrile with a
normal white blood cell count throughout the duration of her hospitalization.
She is admitted on December 15, 2006, and was discharged on December 18, 2006.
She is to follow up with Dr. Losken in 1 week.  She is discharged on Augmentin
875 mg p.o. b.i.d. as well as the remainder of her prehospitalization medical
regimen; however, she is told to stop her simvastatin as stated previously.
She is also to be discharged in Lortab 5 one to two p.o. q.4 h. p.r.n. pain.
She will return to clinic in 1 week.


BRIAN KREUL, MD/Albert Losken, M.D.
AL/BJ
DD:  12/18/2006 09:03:38
DT:  12/18/2006 17:39:36
96054/266804403/
Elite


ELECTRONICALLY SIGNED BY Albert Losken, M.D. on 01/08/2007 at 07:40 AM



**Completed Action List:**
* Perform by LOSKEN, ALBERT on 08 January 2007 07:52



Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## MM25                                    LLANO, KAREN - TEC_00018601369

* Final Report *

Document Type:      MM25
Document Date:      09 June 2006 17:24
Document Status:    Auth (Verified)
Document Title:     O/S FILMS/CONS
Encounter info:     12804403, TEC, TEC Visit, 6/9/2006 - 6/9/2006

## * Final Report *

**MM25**
TECMRN - 18601369
NAME - LLANO, KAREN
DATE - 9-Jun-2006
TEST: O/S FILMS/CONSULT W/CHARGE
REQUESTOR: NADELLA, PADMA CHOWDARY, MD
DIAGNOSIS:
HISTORY: PLEASE READ O/S STUDY FOR A 2ND OPINION

History: 63-year-old female status post right lumpectomy and benign
right biopsy. She has submitted outside films for review.

Findings: Images that are reviewed include bilateral mammogram dated
April 5, 2006. Comparison is made to previous study of June 9, 2005.
The study is limited by overlying dust artifact. Implant and implant
displaced views are obtained. The breast tissue is composed of
scattered fibroglandular densities. Postsurgical changes in the right
upper-outer quadrant of the site of prior lumpectomy are stable.
Benign calcifications in the left breast are stable. Biopsy clip from
prior benign biopsy is again noted in the left breast. Bilateral
saline implants are unchanged in appearance. There is no evidence of
suspicious mass, microcalcification or nonsurgical areas of distortion
in either breast.

Impression: Stable postoperative changes with no evidence of
malignancy. Recommend annual screening mammography.

BI-RADS 2-benign


Report has been electronically signed by: ROBERSON M.D., STEPHANIE F



**Completed Action List:**
* Order by NADELLA, PADMA C on 09 June 2006 17:22



Printed by:     Waters, Tiffany N.                                 Page 1 of 2
Printed on:     11/28/2007 11:02                                   (Continued)

EXIBIT 5: Pages 6
1

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## HEM NTE                                LLANO, KAREN - TEC_00018601369

* Final Report *


Document Type:        HEM NTE
Document Date:        31 May 2006 00:00
Document Status:      Auth (Verified)
Document Title:       Hematology/Oncology Patient Note
Performed By:         NADELLA, PADMA C on 15 August 2006 17:20
Encounter info:       12710426, TEC, TEC Visit, 6/5/2006 - 5/31/2006

## * Final Report *

**Hematology/Oncology Patient Note**


ELECTRONICALLY SIGNED BY Padma Nadella, M.D. on 08/15/2006 at 04:49 PM
EMORY WINSHIP CANCER INSTITUTE


```
PATIENT NAME:         LLANO,KAREN
MRN:                  18601369
ENCOUNTER NO:         12710426
DATE OF SERVICE:      05/31/2006
DOB:                  12/02/1942
DOCUMENT TYPE:        NTE
PHYSICIAN NO:         06128
ATTENDING MD:         Padma Nadella, MD
REFERRING PHYSICIAN:
```


NEW PATIENT VISIT NOTE

HISTORY OF BREAST CANCER: Mrs. Llano is a 64-year-old female who was
originally diagnosed with breast cancer in 2003 where she had a right
stereotactic core biopsy, which revealed invasive ductal carcinoma, nuclear
grade 2 DCIS, solid cribriform and micropapillary subtype. Tumor receptors ER
positive, PR positive. She also had a left needle core biopsy, which revealed
lobular carcinoma in situ, grade 3; no evidence of invasive carcinoma in situ.
Tumor receptors ER positive, PR positive. She was also to have chemo but
declined the chemotherapy and only had radiation. On July 6, 2004 she had a
right lumpectomy performed at the 9 o'clock position, which revealed
infiltrating ductal carcinoma 0.2 cm grade 2, infiltrating carcinoma at
anterior margin. Carcinoma involves 1 inframammary lymph node. She also had a
right lumpectomy performed at the 12 o'clock position, which revealed
infiltrating ductal carcinoma 1.3 cm, infiltrating carcinoma present at
anterior margins, 1/3 sentinel nodes were positive for carcinoma. It was a
minute focus suspicious for metastatic carcinoma. The tumor receptors are ER

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## HEM NTE

**LLANO, KAREN - TEC_00018601369**

\* Final Report \*

positive, PR positive, HER-2/neu negative, not amplified. She had radiation from September 29, 2004 to November 18, 2004. She has been on Arimidex since 2004. The patient had bilateral implants placed June 9, 2005, which were negative. She had a chest x-ray performed on March 8, 2006 which noted a 6 mm nodule lateral to the left hilum. The patient is basically here for a third opinion after having several mammograms, which were negative. Her primary care physician declined to have a MRI after the patient stating that her mammograms were negative and there was no reason to have MRI performed. The patient does note that she is self-pay. There is no evidence of recurrence; however, she just wants the third opinion. She also would like to have bilateral reconstruction performed and she wants to make sure that everything is okay before she has anybody who would observe her.

PAST MEDICAL HISTORY: Significant for measles and mumps, significant for diagnosis of cancer in 2003. Diagnosed with hypertension in 2001. Other illnesses and/or surgery. Her uterus and ovaries were removed in 1979. Breast implants 1980, cosmetic surgery 1980 secondary to an accident. Injuries were from a head-on accident. She had multiple surgeries on her face, ankles and knees.

IMMUNIZATIONS: She was immunized for smallpox, tetanus and polio and German measles.

ALLERGIES: No known drug allergies.

SOCIAL HISTORY: Denies any tobacco or alcohol use. Denies any illicit drug use.

MEDICATIONS: Zocor 40 mg, Levothroid 0.025 mg, lisinopril 10 mg one tab a day.

MEDICATIONS TAKEN IN THE PAST 6 MONTHS: Celebrex, Lipitor, Levothroid and Zocor.

3

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## HEM NTE

## LLANO, KAREN - TEC_00018601369

\* Final Report \*

FAMILY HISTORY: Her father passed away at age 58 of a heart attack, mother passed away at age 80. The patient did have pancreatitis and breast cancer. She has 5 sisters and 2 brothers. Of special note 1 sister had breast cancer and another had cancer but she states that the source was unknown. She has 2 sons age 40 and age 41. She states that her 41-year-old son has possible skin cancer.

REVIEW OF SYSTEMS: Significant for fatigue and weakness. Significant for excess appetite and weight gain. Denies any fevers, chills, night sweats, denies any difficulty in sleeping. HEENT: Denies any blurry vision or spots before eyes. Denies any pain in the eyes, denies any infection of the eyes, denies any difficulty in hearing, denies any ringing in her ears or pain in the ears, denies any nose bleeds or running of the nose, denies any stuffiness of nose. Denies any sneezing or postnasal drip. Denies any sinus trouble or hay fever. Denies any sore throat or hoarseness. Significant for dental trouble. Denies any bleeding gums. Respiratory: Denies any dry cough, denies any coughing up phlegm or coughing up blood. Denies any wheezing or asthma, significant for shortness of breath at rest and exertion. Cardiovascular: Denies any chest pain, tightness or squeezing. Denies any shortness of breath lying down. Denies the need to sit up to breath. Denies any heart racing. Denies any palpitations. Denies any heart murmurs. Significant for swelling of legs. Significant for varicose veins and leg pain at rest and exertion. Denies any cyanosis of hands or feet. Breasts: Denies any lumps, significant for pain. Denies any discharge. GI: Denies any vomiting or diarrhea. Denies any constipation or heartburn. Denies abdominal pain. Denies any bright red blood in stools, denies any black stools. Denies any change in bowel habits. Significant for hemorrhoids. Urinary: Denies any urinary tract infections, pain or burning on urination. Significant for frequent urination at day or night. Significant for unusually large volumes of urine and extreme urge to urinate. Denies any difficulty in starting or stopping urinary stream. GYN: Menarche age 16, menopause in the year 1980. Denies having heavy vaginal discharge, denies every having any STDs. Denies any vaginal bleeding since menopause. Denies being bothered by hot flashes or taking any female hormones. Musculoskeletal: Significant for painful joints, swelling of joints. Significant for redness of joints and stiffness of joints. Significant for deformities of the joints. Extremities: Significant for muscle pain and back pain. Endocrine: Denies any goiter. Significant for cold intolerance. Denies any tremulousness of the hands or change in the pitch of the voice. Denies increased body hair. Significant for decreased body hair. Significant for increased thirst and urination. Neuro and Psych: Denies any nervousness or depression. Denies any difficulty going to sleep. Denies any difficulty with memory for past or recent events. Significant for headaches. Denies any black outs or dizziness. Denies any double vision or paralysis or weakness of limbs. Significant for loss of balance. Skin: Significant for dryness of skin, denies any itching or rash. Denies any change in skin color. Denies any change in texture of her hair. Significant for nail

4

Emory Healthcare–Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## HEM NTE                                      LLANO, KAREN – TEC_00018601369

\* Final Report \*

changes.  Denies any skin ulcers.


PHYSICAL EXAM:  Weight 86.1 kg, blood pressure 127/74, pulse rate 83,
respirations 18, temperature 36.3.  Pain score is 0.  HEENT:  PERRLA.  EOMI.
Sclerae anicteric.  Neck:  Supple, no thyromegaly.  Lymph:  No palpable
cervical, infraclavicular, or axillary lymphadenopathy.  Lungs:  Clear to
auscultation bilaterally.  Cardiovascular:  Normal S1, S2.  No murmurs noted.
Abdomen:  Soft and nontender, patient is obese.  No palpable organomegaly
noted.  Breast Exam:  Bilaterally patient has bilateral implants noted.
Negative for any signs of recurrence bilaterally.  Extremities:  No edema or
cyanosis noted.  CNS:  Gait is normal.  Coordination is normal.  Neuro:  Alert
and oriented x 3.

IMPRESSION:  Ms. Llano is a 64-year-old female who was originally diagnosed in
2003 with invasive ductal carcinoma nuclear grade 2, tumor receptors ER
positive, PR positive and her left needle core biopsy was performed, which
revealed lobular carcinoma in situ, grade 3, no evidence of invasive
carcinoma.  Tumor receptors ER positive, PR positive.  She declined chemo but
had radiation from September 29, 2004 through November 18, 2004.  She is status
post lumpectomy with reexcisions secondary to having positive margins.  Tumor
receptors ER positive, PR positive, HER-2/neu negative not amplified.  She is
here for a third opinion.

PLAN OF CARE:  Dr. Nadella discussed in great detail that we will have her
films reread here.  Dr. Nadella did discuss that she knows that she is self-pay
and this would be presented to the radiologist and it will be a cost, patient
stated understanding.  She would like to have everything reviewed here.  Even
though this will be her third time she just wanted to make sure.  Dr. Nadella
also stressed that there are no signs of recurrence clinically or by exams.
Dr. Nadella did look at her last mammogram on film and she stated that it did
not appear to be a sign of recurrence.  The patient's concern was that there
had been calcifications in previous exams and when her last mammogram, of
special note, we do not have the report with this last mammogram that was
performed in April 2006, reported that there were no signs of calcifications;
however, Dr. Nadella still stress that there were no signs of recurrence.
Patient also was referred to plastic surgeon, that was basically her main
concern because she felt that nobody would follow-up with her and do plastic
surgery on her in case there were signs of recurrence.  Contact numbers
provided should questions or concerns arise before follow-up visit.

Dr. Padma Nadella is aware of the findings and discussed the plan of care with
the patient.

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## HEM NTE

## LLANO, KAREN – TEC_00018601369

* Final Report *


Padma Nadella, MD

DICTATED BY:  Kandra Horne, NP
PN/ML
DD:   06/02/2006 14:51:33
DT:   06/03/2006 15:59:58
412117/223715528
MQ

ELECTRONICALLY SIGNED BY Padma Nadella, M.D. on 08/15/2006 at 04:49 PM


**Completed Action List:**
* Perform by NADELLA, PADMA C on 15 August 2006 17:20

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## HEM NTE

## LLANO, KAREN - TEC_00018601369

* Final Report *

| | |
|---|---|
| Document Type: | HEM NTE |
| Document Date: | 19 December 2006 00:00 |
| Document Status: | Auth (Verified) |
| Document Title: | Hematology/Oncology Patient Note |
| Performed By: | NADELLA, PADMA C on 02 January 2007 16:31 |
| Encounter info: | 13585507, TEC, TEC Visit, 12/19/2006 - 12/19/2006 |

### * Final Report *

**Hematology/Oncology Patient Note**

ELECTRONICALLY SIGNED BY Padma Nadella, M.D. on 01/02/2007 at 04:06 PM
EMORY WINSHIP CANCER INSTITUTE

| | |
|---|---|
| PATIENT NAME: | LLANO,KAREN SUE |
| MRN: | 18601369 |
| ENCOUNTER NO: | 13585507 |
| DATE OF SERVICE: | 12/19/2006 |
| DOB: | 12/02/1942 |
| DOCUMENT TYPE: | NTE |
| PHYSICIAN NO: | 06128 |
| ATTENDING MD: | Padma Nadella, MD |
| REFERRING PHYSICIAN: | |

FOLLOWUP NOTE

HISTORY OF BREAST CANCER: Ms. Llano is a 64-year-old female who was originally
diagnosed with breast cancer in 2003, when she had a right stereotactic core
biopsy, which revealed invasive ductal carcinoma, nuclear grade 2 DCIS, solid
cribriform and macropapillary subtype. Tumor receptors were estrogen positive,
progesterone positive. She also had a left needle core biopsy, which revealed
valvular carcinoma in situ, grade 3. No evidence of invasive carcinoma in
situ. Tumor receptors are estrogen positive, progesterone positive. She was
also to have chemo but declined the chemotherapy and only had radiation. On
July 6, 2004, she had a right lumpectomy performed at the 9 o'clock position,
which revealed infiltrating ductal carcinoma, 0.2 cm, grade 2. Infiltrating
carcinoma and anterior margin carcinoma involved one inframammary lymph node.
She also had a right lumpectomy performed at the 12 o'clock position, which
revealed infiltrating ductal carcinoma, 1.3 cm, infiltrating carcinoma present
at anterior margins, 1/3 sentinel lymph nodes were positive for metastatic
carcinoma. There is a minute focus suspicious for metastatic carcinoma. The

---

Exhibit: R-Bates 3
1

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

## HEM NTE

**LLANO, KAREN - TEC_00018601369**

\* Final Report \*

tumor receptors are estrogen positive, progesterone positive, HER2/neu
negative, nonamplified.  She had radiation from September 29, 2004, to November
18, 2004.  She has been on Arimidex since 2004.  The patient does have
bilateral implants, which were placed in June 9, 2005.  She had a chest x-ray
performed on March 8, 2006, which noted a 6-mm nodular lateral to the left
hilum.  The patient is here basically as an interim visit secondary to the
patient would like to have an MRI performed after going to the emergency room
for two visits secondary to stating that she has had infections of the right
breast, and she would just like a closer evaluation.

REVIEW OF SYSTEMS:  Denies any nausea, vomiting.  Denies any blurry vision.
Denies any headaches.  Denies any shortness of breath.  Denies any fevers or
chills.  Denies any constipation or diarrhea.  Significant for redness noted on
and off in her right breast, which has been reconstructed.

PHYSICAL EXAM:  Weight 88.0 kg, blood pressure 144/91, pulse rate 96,
respirations 20, temperature 36.1.  Pain score 4.  General:  A very pleasant
female in no acute distress.  HEENT:  PERRLA.  EOMI.  Sclerae anicteric.
Neck:  Supple.  No thyromegaly.  Lymph:  No palpable cervical, supraclavicular,
infraclavicular or axillary lymphadenopathy.  Lungs:  Clear to auscultation
bilaterally.  Cardiovascular:  Normal S1, S2.  No murmurs noted.  Breast exam:
Right breast status post radiation and reconstruction changes noted.  There is
some redness noted to the middle outer rim of her breast.  No foul odor noted.
Left breast negative for any masses, negative for any skin changes, negative
for any discharge from nipple.  Abdomen:  Soft and nontender.  No organomegaly
noted.  Extremities:  No edema or cyanosis noted.  CNS:  Gait is normal.
Coordination is normal.  Neuro:  Alert and oriented x3.

IMPRESSION:  Ms. Llano is a 64-year-old female who was recently diagnosed in
2003 with invasive ductal carcinoma.  She is currently on Arimidex for two
weeks.  Receptors were estrogen positive, progesterone positive, HER2/neu
negative, nonamplified.

PLAN OF CARE:  Dr. Nadella discussed in great detail that even though she is
taking Augmentin at this present time, that we can change her type of
prescription to another antibiotic.  We will change the choice to Keflex 250 mg
one tab p.o. four times a day for 10 days.  As far as MRI, the patient is very
persistent in getting the MRI of her right breast.  She notes that she is
anxious because her sister had breast cancer and has passed away, so she just
would like to make sure that everything is okay concerning that, so we will
also order MRI of the breast.  Contact number is provided should any questions
or concerns arise before followup visit.  Dr. Padma Nadella is aware of the
findings and discussed the plan of care with the patient.

Emory Healthcare-Confidential Document

This information is subject to all Federal and State laws regarding confidentiality and privacy and to the policies and procedures of Emory Healthcare regarding patient information. Any unauthorized use, disclosure, or reproduction of this information is strictly prohibited.

# HEM NTE

## LLANO, KAREN - TEC_00018601369

\* Final Report \*


Padma Nadella, MD

DICTATED BY:   Kandra Horne, N.P.

PN/MB
DD:   12/19/2006 16:53:50
DT:   12/20/2006 21:10:16
398496/267029635
MQ

ELECTRONICALLY SIGNED BY Padma Nadella, M.D. on 01/02/2007 at 04:06 PM



**Completed Action List:**
\* Perform by NADELLA, PADMA C on 02 January 2007 16:31