UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| in re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC SERVICE**

PLEASE TAKE NOTICE that the undersigned counsel, as attorney for Barbara Pickard, hereby requests to be removed from any and all service lists by e-mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

Dated:   Meridian, Mississippi
         August 20, 2008

                                THE HAMILTON LAW FIRM, PLLC


                                BY: /s/ David Linder
                                    DAVID LINDER
                                    ATTORNEY FOR BARBARA PICKARD

DAVID H. LINDER
MS STATE BAR NO. 1259
THE HAMILTON LAW FIRM
P. O. Box 1511
Meridian, MS  39302-1511
(601) 693-5548

## AFFIDAVIT OF SERVICE

I hereby certify that on August 20, 2008, I filed the foregoing through the Court's CM/ECF System, which will cause a copy to be served on all parties participating in the CM/ECF system.

/s/ David Linder
DAVID LINDER

Sworn to before me this
20th day of August, 2008

/s/ Keva Price
Notary Public
State of Mississippi
Commission expires October 23, 2009