# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**CASE NO: 3:05-bk-3817**
**Chapter      11**

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## <u>ORDER STRIKING PLANTIFF'S RESPONSE TO DEBTORS' AMENDED OBJECTION TO THE CLAIMS OF JOAN KNABB</u>

The Court finds that the Plaintiff's Response to Debtors' Amended Objection to the Claims of Joan Knabb filed by Dennis L. Finch on behalf of Joan Knabb on August 25, 2008 was filed in paper form.  On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Plaintiff's Response to Debtors' Amended Objection to the Claims of Joan Knabb filed by Dennis L. Finch on behalf of Joan Knabb on August 25, 2008 is stricken from the record.

**DATED August 25, 2008**, at Jacksonville, Florida.

**Jerry A. Funk**
**United States Bankruptcy Judge**

Copies to:
Dennis L. Finch, Attorney for Joan Knabb, 307 N.E. 36th Avenue, Suite 2, Ocala, FL  34470
Stephen D. Busey, 225 Water Street, Suite 1800, Jacksonville, FL  32202
James H. Post, 225 Water Street, Suite 1800, Jacksonville, FL  32202
Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, FL  32202