THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

F I L E D
JACKSONVILLE, FLORIDA

AUG 2 5 2008

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**In re:**

**WINN-DIXIE STORES, INC., et al.,**

    **Reorganized Debtors**

_____/

Case No.: 05-03817-3F1

Chapter 11

Jointly Administered

## THOMAS MUNRO'S RESPONSE TO SECOND DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

**COMES NOW**, the Claimant, THOMAS MUNRO, by and through his undersigned attorney, and files his response to Debtor's Second Omnibus Objection to Unresolved Litigation Claims and as grounds therefore states as follows:

1. Claimant, THOMAS MUNRO, participated with counsel for Winn-Dixie Stores, Inc. in an attempt to resolve this matter and to date he has been unable to do so.

2. Claimant, THOMAS MUNRO's, claims should go forward without any objections.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing has been served by facsimile and regular U.S. mail dated this 22nd day of August 2008 to: Leanne McKnight Prendergast, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202

FLORIN ROEBIG, P.A.

_____
Christopher D. Gray

Florida Bar No.: 0902004
777 Alderman Road
Palm Harbor, FL 34683
(727) 786-5000
(727) 772-9833 facsimile
Attorney for Claimant
cdg@florinroebig.com