UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING THOMAS MUNRO'S RESPONSE TO SECOND DEBTOR'S OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS

The Court finds that Thomas Munro's Reponse to Second Debtor's Omnibus Objection to Unresolved Litigation Claims filed by Christopher D. Gray on behalf of Thomas Munro on August 25, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED:**

Thomas Munro's Reponse to Second Debtor's Omnibus Objection to Unresolved Litigation Claims filed by Christopher D. Gray on behalf of Thomas Munro on August 25, 2008 is stricken from the record.

**DATED August 25, 2008**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Christopher D. Gray, Attorney for Thomas Munro, 777 Alderman Road, Palm Harbor, FL 34683
Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, FL 32202