# UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
BEFORE THE HONORABLE JUDGE JERRY A. FUNK
300 N. HOGAN STREET.
COURT RM 4D
JACKSONVILLE, FL 32202

**INRE:**  CASE NO-3.. 05-BK-3817-JAF
CHAPTER 11

WINN-DIXIE STORES INCORPORATE, INC

<u>DEBTORS</u>

### MOTION FOR REALEASE FROM STAY

### CERTIFICATE OF SERVICE

   I certify that a copy of this document has been furnished to Honorable Judge Barry Willet Jefferson Circuit Court Judge, Division One, 700 W. Jefferson Street, Louisville, Ky 40211 and Attorney Richard G. Segal of 500 W. Jefferson Street, Suite 2100, Louisville Ky 40202. Attorney R. Hite Nelly, 471 W. Main Street, Suite 400, Louisville Ky 40202. Hand delivered by Ernest S. Allen.

   I certify that a copy of this document has been mailed to ~~____~~ Trustee-135 W Central Boulevard, Rm 620, Orlando, Florida 32801. Attorney Stephen Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202. Winn-Dixie Store Inc 5050 Edgewood Court, Jacksonville, Florida 32254-3699. Ken Black (General Liability Supervisor, Sedgwick Claims Management Incorporated) 8649 Daypine Rd, Building 7, STE 300, Jacksonville, Florida 32256-7536.

RESPECTFULLY SUBMITTED
By ERNEST S. ALLEN

*Ernest S Allen*