UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  Case No: 05-03817

**WINN-DIXIE STORES, INC., et al**

Debtors.
_____/

NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC SERVICE

PLEASE TAKE NOTICE that the undersigned counsel, as attorneys for *Efesos Properties N.V., and Orion Investment and Management Ltd. Corp*., hereby requests to be removed from any and all service lists by e-mail or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

Dated: August 27, 2008

/s/ Kenneth G.M. Mather
Kenneth G.M. Mather
Florida Bar No. 0619647
AKERMAN SENTERFITT
SunTrust Financial Centre, Suite 1700
401 E. Jackson Street
Tampa, Florida 33602
Phone: (813) 223-7333
Fax: (813) 223-2837
Email: kenneth.mather@akerman.com
*Attorneys for Efesos Properties N.V., and Orion Investment and Management Ltd. Corp*.

**Certificate Of Service**

I hereby certify that on August 25, 2008, I filed the foregoing through the Court's CM/ECF System, which will cause a copy to be served on all parties participating in the CM/ECF system.

/s/ Kenneth G.M. Mather
Attorney

{TP402837;1}