UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | § § § § | Case No. 05-03817 |
| | § | *Chapter 11*, Jointly Administered |
| WINN-DIXIE STORES, INC., ET AL. | § § § | |
| Debtors | § § § § | |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE

**PLEASE TAKE NOTICE** that Cally E. Catania of Dinan, Catania, LLC, Attorneys for **Gail Knight**, give notice that their services are concluded in this matter and they hereby request that they be removed from any and all service lists by electronic mail (Cally@CallyCataniaLaw.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice of Request for Removal from Service List and Request to Stop Electronic Notice has been filed with the Clerk of Court and served using the CM/ECF system this 1st day of April, 2008.

RESPECTFULLY SUBMITTED,

Dinan, Catania, LLC
3430 W. Lambright Street, Ste. 102
Tampa, FL  33614
Telephone: (813) 964-8878
Cally@CallyCataniaLaw.com
Counsel for Claimant Gail Knight

s/ Cally E. Catania
Cally E. Catania, Esq.
Florida Bar Number: 773506