UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         Chapter 11
              Reorganized Debtors.          )          Jointly Administered

_____ )

**MEMORANDUM IN SUPPORT OF THE DEBTORS' OBJECTION TO THE
APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE FILED
BY CANADIAN NATIONAL RAILWAY COMPANY (DOCKET NO. 13952)**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (the "Debtors") file

this memorandum in support of the Debtors' objection to the Application for Payment of

Administrative Expenses filed by Canadian National Railway Company (Docket No.

13952)(the "Claim") and say:

1.      The Claim was filed by Canadian National Railway Company ("Claimant")

in the amount of $10,375.34.

2.      The Debtors confirmed that $7,804.34 was owed on the Claim and paid that

amount to Claimant.

3.      The Debtors requested that the Claimant provide documentation to support

the remaining $2,571.00 asserted in the Claim.  The Claimant responded, however, that it

could not provide documentation to support the balance of the Claim.  The Debtors

therefore objected to the balance of the Claim on the basis of no liability.

4.      The Debtors therefore respectfully request the entry of an Order (i) allowing

the Claim in the amount of $7,804.34, (ii) declaring that the allowed portion of the Claim

has been paid and satisfied and (iii) disallowing the balance of the Claim.

## Verification

STATE OF FLORIDA )

COUNTY OF DUVAL )

BEFORE ME, the undersigned authority, personally appeared David Young who, being first duly sworn, deposes and says that he is the Regional Support Manager for Winn-Dixie Stores, Inc., that he has read this memorandum, and that the facts stated in this memorandum are true based upon the books and records of the Debtors and his own personal knowledge.

_____
David Young

The foregoing verification was acknowledged before me, this 28th day of August, 2008, by David Young, who is known to me.



_____
Notary Public, State of Florida

My Commission Expires:

Dated: August 28, 2008

                                      SMITH HULSEY & BUSEY


                                      By *s/ Leanne McKnight Prendergast*
                                              James H. Post
                                              Leanne McKnight Prendergast

                                      Florida Bar Number 59544
                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      lprendergast@smithhulsey.com

                                      Counsel for Reorganized Debtors

**Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to Canadian National Railway Company, c/o Martin Cyr, 935 de la Gauchetiere Street West, Floor 4, Montreal, Quebec H3B 2M9 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 28 day of August, 2008.


                                            *s/ Leanne McKnight Prendergast*
                                                  Attorney

00622375