**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

| | |
|---|---|
| WINN DIXIE STORES, INC., et al, | Case No. 05-3817-3F1 |
| | Chapter 11 |
| Debtors | Jointly Administered |
| _____/ | |

**NOTICE OF CONCLUSION OF REPRESENTATION**

PLEASE TAKE NOTICE the the undersigned, N. Mark New, II, of the Law Firm, Heekin, Malin, Wenzel & New, P.A., hereby gives notice that the representation of DBR Asset Management, Inc., agent for Northway Investments, LLC, creditor, has been concluded, and requests that he be removed from any and all service lists and mailing matrices, via electronic mail or otherwise, in this case and that he no longer receives no further notices, pleadings, motions, order or any other documents filed in this case.

                                        **HEEKIN, MALIN, WENZEL & NEW, P.A.**

                                        By: ___/s/ N. Mark New, II
                                        N. Mark New, II, Esquire
                                        Florida Bar No. 0476773
                                        P.O. Box 477
                                        Jacksonville, FL 32201
                                        Telephone No.: 904-355-7000
                                        Facsimile No.: 904-355-0266
                                        Attorney for Plaintiffs
                                        hmw@jax-law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to Cynthia Jackson, P.O. Box 53315, Jacksonville, FL 32201.


                                                    /s/ N. Mark New, II

                                                    Attorney