

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

## PRO MEMO

Thursday
August 28, 2008

**HONORABLE JERRY A. FUNK**  JACKSONVILLE

CASE NUMBER: 05-03817-3F1      FILING DATE: 02/21/2005      HEARING TIME: 01:30 P.M.

DEBTOR: WINN-DIXIE STORES, INC

Debtor Atty: STEPHEN D. BUSEY
Trustee:

HEARING:

1. THIRD MOTION TO COMPEL DISCOVERY FROM VISAGENT CORPORATION FILED BY DEBTOR (20844)

2. FOURTH MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FOR SANCTIONS FILED BY VISAGENT CORPORATION (20355)

3. FIFTH MOTION TO COMPEL DISCOVERY, TO ANSWER DEPOSITION QUESTIONS AND FOR SANCTIONS FILED BY VISAGENT CORPORATION (20570)

APPEARANCES:

US TRUSTEE:
VISAGENT: GUY B. RUBIN

1. CONTINUED UNTIL FURTHER NOTICE FROM EITHER PARTY
2 & 3. UNDER ADVISEMENT ORDER IN DUE COURSE