UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON SEPTEMBER 4, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on September 4, 2008 at 1:30 p.m.:

**A.   Uncontested:**

1. *Reorganized Debtors' Motion for Order Modifying the Permanent Injunction to Permit the Prosecution of the State Court Action filed by Edwin Spriggs (Docket No. 21077)*

    Response Deadline:   Expired.

    Response:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Motion.

2. *Debtors' Objection to Improperly Filed Administrative Claims (Docket No. 21106)*

    Response Deadline:   Expired.

    Response:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Omnibus Objection to Administrative Claims Based Upon Claimants' Asserted Rights to Workers Compensation Benefits (Docket No. 21109)*

Response Deadline:  Expired.

Response:  None.

Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Amended Objection to the Claim of Renee Kennedy (Docket No. 20986)*

Objection Deadline:  Expired.

Responses:  None.

Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Application for Payment of Administrative Expenses Filed by Canadian National Railway Company (Docket No. 13952)*

Response Deadline:  Non-Applicable.

Response:  None.

Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

**B.    Contested:**

6. *Amended Objection to Claims (Nos. 7213 and 7214) of Joan Knabb (Docket No. 21141)*

Response Deadline:  Expired.

Response:  Joan Knabb (Docket No. 21187) [Stricken]

Status:  The Reorganized Debtors will continue the hearing on the Objection until further notice.

7.  *Debtors' Amended Objection to Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure (Docket No. 21110)*

Response Deadline:  Expired.

Response:  Thomas Munro (Docket No. 21189) [Stricken]

Status:  The Reorganized Debtors will continue the hearing on the Objection until further notice.

8.  *Debtors' Amended Sixth Omnibus Objection to Administrative Claims Which have Been Settled or Released (Docket No. 21105)*

Response Deadline:  Expired.

Response:  Caridad Dorta (Docket No. 21146).

Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated:  September 3, 2008.

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

622532

3