UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER MODIFYING THE PERMANENT
INJUNCTION TO PERMIT THE PROSECUTION OF
THE STATE COURT ACTION FILED BY EDWIN SPRIGGS

This cause came before the Court on September 4, 2008, upon the Reorganized Debtors' Motion for Order Modifying the Permanent Injunction to Permit the Prosecution of the State Court Action Filed by Edwin Spriggs (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The permanent injunction imposed by 11 U.S.C. §524 is modified for the purpose of authorizing the parties to litigate through final judgment the state court action against debtor Winn-Dixie Louisiana, Inc. styled as Edwin Spriggs *et al.* v. Winn-Dixie Louisiana, Inc., 15th Judicial District Court, State of Louisiana, Case No. 80113-F (the "State Court Action").

3. Claimant shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

4. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

5. Claimant shall notify the state court that the State Court Action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

6. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this ___4___ day of September, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00619320