

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
September 4, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Objection to Improperly Filed Administrative Claims (Doc. No. 21106)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR

RULING: Sustained (except as to Maria Camacho)
Ord / Signed

Ex. Maria Camacho