Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Omnibus Objection to Administrative Claims Based Upon Claimants' Asserted Rights to Workers Compensation Benefits (Doc. No. 21109)

APPEARANCES:
US TRUSTEE:                                    ELENA ESCAMILLA
UNSEC. CRED:                                   JOHN B. MACDONALD
                                               MATTHEW S. BARR

RULING: Sustained
Ord/Signed