## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### ORDER ON DEBTORS' OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS BASED UPON CLAIMANTS' ASSERTED RIGHTS TO WORKERS COMPENSATION BENEFITS

This matter came before the Court for hearing on September 4, 2008, on the Debtors' Omnibus Objection to Administrative Claims Based Upon Claimants' Asserted Rights to Workers Compensation Benefits (the "Objection") (Docket No. 21109) filed by Winn-Dixie Stores, Inc. on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Reorganized Debtors") to the administrative claims identified on Exhibit A to the Objection. The Court finding that these claims have been or will be paid under the Debtors' workers compensation programs (to the extent such claims are determined to be valid under applicable state law and the corresponding programs maintained by the Debtors), pursuant to Section 4.2(c) of the Debtors' Chapter 11 Plan, it is

ORDERED AND ADJUDGED:

1.   The Objection is sustained.

2.   The claims identified on Exhibit A are disallowed, without prejudice to payment of valid amounts due, if any, for such claims under the Reorganized Debtors' workers compensation programs and policies to the extent any such claims are allowed as workers compensation claims.

3. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

Dated this 4 day of September, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

James H. Post

[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

## Exhibit A

| Name of Claimant | Docket No. of Application | Reason for Disallowance |
|---|---|---|
| Rodica Basaraba | 13540 | Worker's Comp Claim |
| Roudy Charles | 13541 | Worker's Comp Claim |
| Terrance Cosby | 13543 | Worker's Comp Claim |
| Pamela Denise Davis | 13524 | Worker's Comp Claim |
| Cynthia Griffin | 14505 | Worker's Comp Claim |
| Jose Montalvo | 13547 | Worker's Comp Claim |
| Sarah Saparito | 13392 | Worker's Comp Claim |

622895