

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday

September 4, 2008

1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

**Debtors' Amended Objection to the Claim of Renee Kennedy (Doc. No. 20986)**

APPEARANCES:

US TRUSTEE:                    ELENA ESCAMILLA

UNSEC. CRED:                   JOHN B. MACDONALD

                               MATTHEW S. BARR

RENEE KENNEDY:

RULING: *Sustained*
*Ord/Prendergast*