

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 4, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Amended Objection to Claims (Nos. 7213 and 7214) of Joan Knabb (Doc. No. 21141)

Response:    Joan Knabb (Doc. No. 21187) (Stricken)

The Reorganized Debtors will continue the hearing on the objection until further notice.

APPEARANCES:

US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

JOAN KNABB:

RULING: Cont'd. until further ntc.
No ml @ this time