Case 3:05-bk-03817-JAF    Doc 21250    Filed 09/04/08    Page 1 of 1



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 4, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to Claims Due to Claimant's Failure to Participate in the Claims Resolution Procedure (Doc. 21110)

Response:     Thomas Munro (Doc. No. 21189) (Stricken)

The Reorganized Debtors will continue the hearing on the Objection until further notice.

APPEARANCES:

US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

THOMAS MUNRO:

RULING: Cont'd. until further nte. No ord @ this time.