

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 4, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Sixth Omnibus Objection to Administrative Claims Which have been Settled or Released (Doc. No. 21105)

    Response:    Caridad Dorta (Doc. No. 21146)

APPEARANCES:

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD |
| | MATTHEW S. BARR |
| CARIDAD DORTA: | SCOTT B. BENNETT |

RULING: Sustained

Ord / Segna