UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' AMENDED SIXTH OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED**

This matter came before the Court for hearing on September 4, 2008, upon the Debtors' Amended Sixth Omnibus Objection to Administrative Claims Which Have Been Settled or Released (the "Objection") (Docket No. 21105) filed by Winn-Dixie Stores, Inc. on behalf of itself and its reorganized subsidiaries and affiliates to the administrative claims identified on Exhibit A to the Objection. The only response to the Objection was filed on behalf of Caridad Dorta, affirming that her claim had been settled. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as each of the administrative claims identified in Exhibit A attached.

2. The claims identified on Exhibit A are disallowed in their entirety.

Dated this 4 day of September, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
James H. Post
[James H. Post is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

## Administrative Expense Claims

EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
| --- | --- | --- |
| Angie Reeves | 15569 | Settled |
| Anna Harmon | 14322 | Settled |
| Antonio Morales | 14270 | Settled |
| Caridad Dorta | 14162 | Settled |
| Doug Hedden Electric, Inc. | 14511 | Settled |
| Iliana Robinson | 13741 | Settled |
| Kaywaina Busby-Dunn | 14430 | Settled |
| Leslie Michaelson | 14449 | Settled |
| Marilyn Burton | 14356 | Settled |
| Parata Systems LLC | 14461 & 15812 | Settled |
| Paula Schnackenber | 14008 | Settled |
| Robert Vincent Boydell | 14489 | Settled |
| Ruth Harris | 14358 | Settled |
| Wanda White | 14513 | Settled |
| Yara Fernandez | 13828 | Settled |

622904