

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
September 4, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Application for Payment of Administrative Expenses Filed by Canadian National Railway Company (Doc. No. 13952)

APPEARANCES:

US TRUSTEE:                          ELENA ESCAMILLA
UNSEC. CRED:                         JOHN B. MACDONALD
                                     MATTHEW S. BARR

CANADIAN NATIONAL RAILWAY CO:

RULING: *Granted*
*Oral / Signed*