UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**ORDER ON THE APPLICATION FOR
PAYMENT OF ADMINISTRATIVE EXPENSE FILED BY
CANADIAN NATIONAL RAILWAY COMPANY (DOCKET NO. 13952)**

This case came before the Court on September 4, 2008, upon the Debtors' objection to the Application for Payment of Administrative Expenses filed by Canadian National Railway Company (Docket No. 13952)(the "Claim"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Claim is reduced and allowed as an administrative claim in the amount of $7,804.34 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan") and the balance of the Claim is disallowed.

2. The Debtors have no further liability or obligation related to the Claim because the allowed amount of the Claim has already been paid by the Debtors. Accordingly, the Debtors are not required to make any further distributions under the Plan as to the allowed Claim.

3. The Court retains jurisdiction to resolve any disputes arising from this Order.

Dated this ____4 day of September, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
James H. Post
[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00622413

2