UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                         Chapter 11
                    Reorganized Debtors.      )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Yvonne Baudoin (Claim No. 3966) [Docket No. 21083] was furnished by mail on September 5, 2008 to Yvonne Baudoin c/o Joslyn R. Alex, Esq., Alex & Associates, Inc., P.O. Box 126, Breaux Bridge, Louisiana 70517.

Dated:  September 5, 2008

                                        SMITH HULSEY & BUSEY


                                        By     _s/  James H. Post_
                                               Stephen D. Busey
                                               James H. Post (FBN 175460)
                                               Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151