UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Diane Ritchie (Claim Nos. 3270 and 3384) [Docket No. 21031] was furnished by mail on September 5, 2008 to Diane Ritchie c/o Virginia M. Drogo, Esq., South Florida Personal Injury Center, P.A., 6363 Taft Street, Suite 207, Hollywood, Florida 33024.

Dated: September 5, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
  Stephen D. Busey
  James H. Post (FBN 175460)
  Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151