UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,      )          Case No. 05-03817-3F1
                                                             Chapter 11
         Reorganized Debtors.            )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Elizabeth Rodriguez (Claim No. 13825) [Docket No. 21112] was furnished by mail on September 5, 2008 to Elizabeth Rodriguez, 16849 Cedar Run Drive, Orlando, Florida 32828.

Dated: September 5, 2008

SMITH HULSEY & BUSEY


By   *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151