UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                               )

WINN-DIXIE STORES, INC., et al.,     )      Case No. 05-03817-3F1
                                                         Chapter 11
          Reorganized Debtors.           )      Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Clara Woodard (Claim No. 10984) [Docket No. 21086] was furnished by mail on September 5, 2008 to Clara Woodard c/o T. Patton Youngblood, Jr., Esq., 106 S. Tampania Avenue, Suite 100, Tampa, Florida 33609-3256.

Dated: September 5, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151