Hearing Date: October 6, 2008 at 1:30 p.m.
Obj. Deadline: September 26, 2008 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**DEBTORS' SEVENTH OMNIBUS OBJECTION TO**
**ADMINISTRATIVE CLAIMS WHICH HAVE BEEN**
**SETTLED OR RELEASED AND NOTICE OF HEARING**

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the administrative claims listed on the attached Exhibit A on the grounds that these claims have been settled or released (the "Objection").

**Notice of Hearing**

Please take notice that a hearing is scheduled for **October 6, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

**Response Deadline**

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on September 26, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn:  Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested by this Objection and grant such other and further relief as is just and proper.

Dated:  September 5, 2008

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Adrienne Perry | 9234 | Settled |
| Fara Lee | 13730 | Released |
| Luis M. Perez | 14041 | Settled |
| Noemi Caravaca-Herrera | 9234 | Settled |
| Sara Abrams | 15112 & 15114 | Settled |
| Sidonia Abdulghani | 14099 | Released |

Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to the individuals listed below this 5th day of September, 2008.

Adriene Perry
c/o Dennis J. Levine, Esq.
Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, FL 33601-0707

Fara Lee
c/o Brian D. Calvit, Esq.
Law Offices of Brian D. Calvit, P.A.
7920 Wrenwood Boulevard, Suite F
Baton Rouge, LA 70809

Luis M. Pererz
c/o Gregory E. Schwartz, Esq.
Schwartz Zweben & Slingbaum LLP
3876 Sheridan Street
Hollywood, FL 33021

Sara Abrams
c/o Brian S. Behar, Esq.
Behar, Gutt & Glazer, P.A.
2999 N.E. 191st Street, 5th Floor
Aventura, FL  33180

Sidonia Abdulghani
c/o Dennis J. Levine, Esq.
Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, FL 33601-0707

Fara Lee
c/o Dennis J. Levine, Esq.
Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, FL 33601-0707

Luis M. Perez
c/o David J. Tong, Esq.
Saxon, Gilmore, Carraway, Gibbons,
   Lash & Wilcox, P.A.
201 E. Kennedy Blvd. Suite 600
Tampa, FL 33602

Neomi Caravaca-Herrera
c/o Dennis J. Levine, Esq.
Dennis LeVine & Associates, P.A.
P.O. Box 707
Tampa, FL 33601-0707

Sidonia Abdulghani
c/o WM Dennis Brannon, Esq.
975 Mar Walt Drive
Fort Walton Beach, FL  32549

       *s/ Leanne McKnight Prendergast*
                Attorney

623122