**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**NOTICE OF CASE MANAGEMENT CONFERENCE**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a case management conference on (i) Debtors'
Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it
relates to the County of Escambia (the "Objection and Motion") (Docket No. 10046), (ii)
the Response (Docket No. 15545) and the Amended Response (Docket No. 15549) of
Escambia County Property Appraiser to the Debtors' Objection and Motion (collectively,
the "Response") and (ii) the Request for Payment of an Administrative Expense by the
Escambia County Tax Collector for 2006 Ad Valorem Taxes (the "Request for
Payment") (Docket No. 14281) is scheduled for **October 6, 2008 at 1:30 p.m.**
**(prevailing Eastern time),** before the Honorable Jerry A. Funk, United States
Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom
4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Objection and

---

[1]     In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor
Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling
Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy
Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc.,
Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks,
Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie
Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-
Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Motion, the Response and the Request for Payment for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: September 8, 2008

SMITH HULSEY & BUSEY


By     *s/ Cynthia C. Jackson*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to Janet Holley, Escambia County Tax Collector, 213 Palafox Place, Pensacola, Florida 32591 and Thomas Findley, Esq., Messer, Caparello & Self, P.A., Post Office Box 15579, Tallahassee, Florida 32317, this 8th day of September, 2008.

_____ *s/ Cynthia C. Jackson* _____
Attorney

00612619