**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of Order Modifying the Permanent Injunction to Permit the Prosecution of the State Court Action filed by Edwin Spriggs (Docket No. 21243) was furnished by mail to C. Kenneth Weaver, Esq., The Weaver Law Group, P.A., 2633 Herschel Street, Jacksonville, Florida 32204, and S. Stephen Spring, II, Esq. 8939 Jefferson Hwy, Suite E., Baton Rouge, Louisiana, 70809 on September 9, 2008.

Dated: September 9, 2008

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
         James H. Post
         Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00623681