**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of Order on the Debtors' Objection to Improperly Filed Administrative Claims (Docket No. 21245) was furnished by mail on September 9, 2008 to those parties on the attached Exhibit A.

Dated: September 9, 2008

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
       James H. Post
       Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00623679

## **Exhibit A**

Alice Bigman
c/o Michael K. Roberts, Esq.
J. Scott Nooney & Associates
3535 Hendricks Ave.
Jacksonville, FL 32207

Maria Comacho
c/o Elliot M. Bader, Esq.
Bader, Stillman & Alder, P.L.
6100 West Atlantic Blvd.
Margate, FL 33063

Hermanie Mortoban
c/o Allen R. Seaman, Esq.
1601 Belvedere Road, Suite 506-E
West Palm Beach, FL 33406

Lorance Peace Builder
c/o Lorance Peace
11 Robertson Road
Taylors, SC 29687

Martin & Joy Mounce
c/o Philip J. Slotnick, Esq.
Law Office of Burnetti, P.A.
211 South Florida Avenue
Lakeland, FL 33801