# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of Order on the Debtors' Omnibus Objection to Administrative Claims Based Upon Claimants' Asserted Rights to Workers Compensation Benefits (Docket No. 21247) was furnished by mail on September 9, 2008 to those parties on the attached Exhibit A.

Dated: September 9, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00613301

## **Exhibit A**

Paul S. Rosenberg, Esq.  
Rosenberg & Rosenberg, P.A.  
2501 Hollywood Boulevard, Suite 110  
Hollywood, Florida 33020  

Brian M. Flaherty, Esq.  
Farah & Farah, P.A.  
10 West Adams Street, Third Floor  
Jacksonville, Florida 32202  

F. Shields McManus, Esq.  
Gary, Williams, Parenti, Finney,  
Lewis, McManus, Watson & Sperando  
221 East Osceola Street  
Stuart, Florida 34994  

David J. Tong, Esq.  
Saxon, Gilmore, Carraway,  
Gibbons, Lash & Wilcox, P.A.  
201 East Kennedy Boulevard, Suite 600  
Tampa, Florida 33602  

Marie A. Mattox, Esq.  
Marie A. Mattox, P.A.  
310 East Bradford Road  
Tallahassee, Florida 32303