## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of Order on the Debtors' Sixth Omnibus Objection to Administrative Claims Which Have Been Settled or Released (Docket No. 21252) was furnished by mail on September 9, 2008 to those parties on the attached Exhibit A.

Dated: September 9, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00613301

## Exhibit A

Doug Hedden Electric, Inc.
Attn: Laura Bunbury
2200 NW 118th Ave.
Pembroke Pines, FL 33026

Parata Systems, Inc
c/o Kevin M. Capalbo
Moore & Van Allen PLLC
Post Office Box 13706
Research Triangle Park, NC 27709

Leslie Michaelson
c/o Gregg A. Silverstein, Esq.
Silverstein & Silverstein
20801 Biscayne Blvd., Suite 504
Aventura, Florida 33180

Robert Vincent Boydell
c/o Thomas D. Roebig, Jr., Esq.
Florin, Roebig, Walker,
   Huddelston & Roger
777 Alderman Road
Palm Harbor, FL 34683

Marilyn Burton
c/o Jeffery D. Starker
1936 Lee Road, Suite 100
Winter Park, FL 32789

Kaywaiani Busby-Dunn
3156 Jackson Avenue
Baton Rouge, LA 70802

Caridad Dorta
c/o Scott B. Bennett, Esq.
Corirossi & Bennett
Grove Plaza, 2nd Floor
2900 Middle Street
Miami, FL 22133

Yara Fernandez
c/o John H. Ruiz
5040 NW 7th Street, Suite 920
Miami, FL 33126

Anna Harmon
c/o Chalmer Barnes, Esq.
Barnes & Cohen, P.A.
1843 Atlantic Blvd.
Jacksonville, Florida 32207

Antonio Morales
c/o Marc J. Reynolds, Esq.
Robbins & Reynolds, P.A.
9200 S. Dadeland Blvd., Suite 614
Miami, Florida 33156

Angie Reeves
c/o Cathy B. Donohoe, Esq.
Donohoe & Stapleton, LLC
2781 Zelda Road
Montgomery, Alabama 36106

Iliana Robinson
c/o Louis Thaler, Esq.
Two Alhambra Plaza Penthouse II,
Suite C
Coral Gables, Florida 33134

Ruth Harris
c/o Richard J. Garrett, Esq.
Post Office Box 2530
Harvey, Louisiana 70059-2530

Paula Schnackenber
c/o Alex Katpetan, Esq.
Wites & Kapetan, P.A.
4400 N. Federal Highway
Lighthouse Point, Florida 33064

Wanda White
c/o Richard J. Garrett, Esq.
4223 South Carrollton Avenue
New Orleans, Louisiana 70119