### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of Order on the Application for Payment of Administrative Expense filed by Canadian National Railway Company (Docket No. 21254) was furnished by mail to Canadian National Railway Company, c/o Martin Cyr, 935 de la Gauchetiere Street West, Floor 4, Montreal, Quebec H3B 2M9 on September 9, 2008.

Dated: September 9, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00623665