**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:

WINN-DIXIES STORES, INC. et al.,            Case No. 05-bk-03817-JAK

    Debtors                                       Chapter 11
_____/

**MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*
PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510**

    I, Joseph C. Schulz, Esq., am a member in good standing of the Florida Bar of this Court. My bar number is 0660620. I am moving the admission to appear *pro hac vice* in the above-referenced case as counsel for Alba Damion.

We certify that:

1.    The proposed admitte is a member in good standing of the Florida bar of the following Courts and/or United States Courts:

| **Court** | **Date of Admission** |
|---|---|
| Florida Courts | September 2003 |
| United States Southern District | April, 2004 |

2.    During the twelve months immediately proceeding this maotion, the proposed admitee has been admitted *pro hac vice* in this Court zero (0) times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.    The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Bankruptcy Procedure, The Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.    The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.    Either the undersigned movant or _____ is also a member of the bar of this Court in good standing and will serve as counsel in these proceedings.

1

7.  Admittee has read the applicable provisions of Florida Rule of Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

8.  Admittee agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Admittee/ Movant respectfully requests permission to appear in this court for this cause only.

DATED this __9th__ day of __September__, 20_08_.

_____
JOSEPH C. SCHULZ, ESQ.

STATE OF __Florida__

COUNTY OF __Palm Beach__

I, __Joseph C. Schulz__, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

_____
JOSEPH C. SCHULZ, ESQ.

The foregoing instrument was acknowledged before me this __9th__ day of __September__, 20_08_, by __Joseph C. Schulz__ who is personally known to me or who has produced _____ as identification and who did take an oath.

_____
Notary Public (Signature)
__Sansianna McCalla__
(Printed or Typed Name)

Commission Number: _____

2

My commission expires: 6/29/09

I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of Judicial Administration 2.510.

DATED this 9th day of September, 2008.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was furnished by U.S. mail to PHV Admissions, The Florida Bar, 651 East Jefferson Street, Tallahassee, Florida 32399-2333 accompanied by payment of the $250.00 filing fee made payable to The Florida Bar and to the Clerk of Court.

Name and Address of All Counsel of Record and of Parties Not Represented by Counsel this 9th day of September, 2008.

_____
Admittee/ Movant

3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:

WINN-DIXIES STORES, INC. et al.,   Case No. 05-bk-03817-JAK

Debtors
Chapter 11
_____/

### ORDER ON MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE* PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510

THIS CAUSE having come before this Honorable Court on the Motion for Admission to Appear *Pro Hac Vice* Pursuant to Florida Rule of Judicial Administration 2.510 and the Court being duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is Granted or Denied.

DONE AND ORDERED in chambers, United States Bankruptcy Court, Tampa, Florida, this _____ day of _____, 2008.

_____
UNITED STATES BANKRUPTCY
COURT, JUDGE

Service List: Joseph C. Schulz, Esq. Vastola, Schulz, Harvey & Crane, 631 US Highway 1, North Palm Beach, Florida 33408
James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202