UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
__JACKSONVILLE__ DIVISION

IN RE:                                            CHAPTER __11__ CASE

WINN-DIXIE STORES, INC., et al.,
                                                  CASE NO.: __05-03817-3F1__

              Debtor(s)
_____/

### CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

   I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the matter on an emergency basis.

   I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because Winn-Dixie needs a protective order for a deposition of its Chief Financial Officer that is noticed to occur on September 15, 2008. In the alternative, Winn-Dixie requests that the Court issue an order staying the deposition until its motion for a protective order can be heard.

   I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client. I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

   DATED this __11th__ day of __September__, __2008__.

                                                  _____
                                                  (Signature)

                                                  Allan E. Wulbern, Esq.
                                                  (Typed Name)

                                                  (904) 359-7700
                                                  (Telephone Number)