**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER ON DEBTORS' SECOND OMNIBUS OBJECTION AND**
**MOTION FOR ORDER DETERMINING TAX LIABILITIES (GASTON)**

This matter came before the Court on the Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7852). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.   Winn-Dixie Stores, Inc. agrees to pay the County of Gaston ("Gaston") the amount of $7,397.45.

2.   This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Gaston in these Chapter 11 cases and (ii) all other pre-effective date claims Gaston has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.    This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this ___11___ day of September, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                          MEADOWS & ADERHOLD, PA


By____*s/ Cynthia C. Jackson*_____         By____*s/ \* John A. Meadows*_____
    Cynthia C. Jackson,                              John A. Meadows
    F.B.N. 498882

225 Water Street, Suite 1800                   2596 Reynolda Rd., Ste. C
Jacksonville, Florida 32202                    Winston-Salem, NC  27106
(904) 359-7700                                 (336)723-3530
(904) 359-7708 (facsimile)                     (336)723-3578 (facsimile)
cjackson@smithhulsey.com                       meadows@triad.rr.com


Counsel for Reorganized Debtors                Attorney for County of Gaston


\* Mr. Meadows has authorized his electronic signature.