# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER OF RESOLUTION OF THE CLAIM OF JACKSONVILLE TRANSPORTATION AUTHORITY

This matter is before the Court upon the Application for Administrative Claim or in the Alternative, Motion to Allow Late Filed Claim filed by the Jacksonville Transportation Authority ("JTA") (Docket No. 14367). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. JTA is allowed a claim in the amount of $62,500.00 as a prepetition, non-priority Class 14 claim.

2. This Order resolves (i) all liabilities and obligations related to JTA and (ii) all other prepetition or administrative claims JTA has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

3. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

00620682

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 15 day of September, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:
James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

00620682

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By   s/ *James H. Post*          By     s/ *Aaron R. Cohen**
    James H. Post                          Aaron R. Cohen

Florida Bar Number 175460              Post Office Box 4218
225 Water Street, Suite 1800           Jacksonville, Florida 32201
Jacksonville, Florida 32202            (904) 389-7277
(904) 359-7700                         (904) 389-7273 (facsimile)
(904) 359-7708 (facsimile)

                                           Attorney for Jacksonville Transportation
Attorneys for the Reorganized Debtors      Authority


* Counsel has authorized the use of his electronic signature.

00620682