UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

CASE NO.: 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,

Chapter 11

Debtors.1
_____/

**NOTICE OF WITHDRAWAL FROM CASE AND**
**REQUEST TO STOP ELECTRONIC NOTICE**

Earle I. Erman, of Erman, Teicher, Miller, Zucker & Freedman, P.C., hereby withdraws from the above-referenced case and requests that his name be removed from the service list that receives Electronic Filings and other notices.

Respectfully submitted,

ERMAN, TEICHER, MILLER
ZUCKER & FREEDMAN, P.C.

By: */s/ Earle I. Erman*
Earle I. Erman (P24296)
400 Galleria Officentre, Suite 444
Southfield, MI  48034
Tel. (248) 827-4100
Email:  eerman@ermanteicher.com

DATED:   September 16, 2008

F:\CHAP11\Winn-Dixie\req to be removed from elec notices.doc

---

1 In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases:  Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc.,  Dixie Darling Bakers, Inc.,  Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.