UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

**ORDER STRIKING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE**

The Court finds that the Motion for Admission to Appear Pro Hac Vice filed by Joseph C. Schulz on behalf of Alba Damion on September 9, 2008, did not comply with Federal Rule Bankruptcy Procedure 9011 and Local Rule 9011-4(a). Accordingly, it is

**ORDERED**:

The Motion for Admission to Appear Pro Hac Vice filed by Joseph C. Schulz on behalf of Alba Damion on September 9, 2008 is stricken from the record.

**DATED September 16, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Joseph C. Schulz, counsel for Alba Damion
PHV Admissions, The Florida Bar, 651 East Jefferson St., Tallahassee, FL 32399-2333