IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. | : | |
| | : | **NOTICE OF WITHDRAWAL** |
| | : | **FROM CASE, REQUEST TO** |
| | : | **STOP ELECTRONIC NOTICE** |
| Debtor. | : | **AND REQUEST FOR REMOVAL** |
| | : | **FROM THE MAILING MATRIX** |
| | : | |

The following attorney withdraws his Notice of Appearance and requests that the Clerk remove him from the electronic filing notice and mailing matrix list as follows:

>James S. Ginocchio
>Hamilton County Prosecuting Attorney
>230 E. Ninth Street, Suite 4000
>Cincinnati, OH 45202
>(513) 946-3115
>Jim.Ginocchio@hcpros.org

Dated September 18, 2008

>Respectfully,
>
>JOSEPH T. DETERS
>PROSECUTING ATTORNEY
>HAMILTON COUNTY, OHIO
>
>*/s/ James S. Ginocchio*
>JAMES S. GINOCCHUIO, 0008236
>230 E. Ninth Street, Suite 4000
>Cincinnati, OH 45202
>Telephone: (513) 946-3115
>Facsimile:  (513) 946-3018

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing has been filed electronically and sent by regular U.S. Mail this 18th day of September, 2008, to D.J. Baker, c/o Shadden Arps, Four Time Square, New York, NY 10036; and, Cynthia C. Jackson, c/o Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202.

                                                       */s/ James S. Ginocchio*