**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## MOTION TO SUPPLEMENT THE RECORD

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), moves the Court for leave to supplement the record of the proceedings held in this Court at 1:30 p.m. on August 28, 2008 on the Fourth Motion to Compel of Visagent Corporation, and states:

1.  At the August 28, 2008 hearing on Visagent's Fourth and Fifth Motions to Compel, the Court inquired of Guy Rubin, Visagent's counsel of record, whether Mark Rubin, Visagent's CEO present in the Courtroom and Guy Rubin's brother, was a member of Guy Rubin's firm, Rubin & Rubin. In response, Guy Rubin told the Court that Mark Rubin was *not* a member of Rubin & Rubin:

> THE COURT: Mr. Rubin, are you ready?
>
> MR. RUBIN: Yes, Your Honor, we are. I have a little bit of an unusual request. Considering the lack of depth of my knowledge of computer-related materials and the opposite -- my client actually has a depth of knowledge in these kinds of issues -- he was the CEO of a computer or a tech corporation -- I would ask that the Court extend leeway to allow my client to ask questions. He is a member of the federal bar.

>THE COURT: He's a lawyer?
>
>MR. RUBIN: He's a lawyer. He's a member of The Florida Bar, he's a member of the middle district. And he's not admitted for this case, but I would ask that the Court permit him to make a special appearance just for questioning of this witness.
>
>…
>
>MR. BUSEY: Your Honor, do I understand the facts correctly? And I'll ask counsel through the Court. Mr. Rubin's brother is a member of The Florida Bar, he is a partner in Mr. Rubin's law firm, and Mr. Rubin's asking the Court to allow him to make a special appearance in this case for the purpose of examining this witness; is that what's happening?
>
>MR. RUBIN: He is not a member of my law firm. But he is a member of The Florida Bar, he's a member of the middle district, federal court.
>
>THE COURT: But he's not a member of your firm?
>
>MR. RUBIN: He's not a member of my firm, no.
>
>THE COURT: He's not an associate, has no relation?
>
>MR. RUBIN: No, no. He -- no.
>
>>Transcript of August 28, 2008 hearing, pages 65-66, attached as Exhibit 1.

2.   Guy Rubin's representation to the Court was inconsistent with Rubin & Rubin's internet website as it appeared on the date of the hearing. The Rubin & Rubin website on August 28, 2008 showed Mark Rubin as the "Managing Partner" of Rubin & Rubin's Jacksonville Office. A copy of that page is attached as Exhibit 2.

3. The Florida Bar internet website also shows Mark Rubin as a member of Rubin & Rubin as of August 29, 2008. A copy of the relevant page from The Florida Bar website as of August 29, 2008 is attached as Exhibit 3.

4. Pursuant to Federal Rule of Evidence 201, a Court a court may take judicial notice of information publicly announced on a party's website, as long as the authenticity of the website is not in dispute. See *Doron Precision Systems, Inc. v. FAAC, Inc.*, 423 F.Supp. 2d 173 (S.D.N.Y. 2006) citing *Town of Southhold v. Town of East Hampton,* 406 F.Supp. 2d 227, 232 n. 2 (E.D.N.Y.2005); *Sarl Louis Feraud Int'l v. Viewfinder Inc.,* 406 F.Supp. 2d 274, 277 (S.D.N.Y. 2005).

5. Rubin & Rubin's internet website constitutes an admission by Rubin & Rubin that is inconsistent with Guy Rubin's representation to the Court. The firm's public admission that Mark Rubin is a partner of the firm should be made part of the record of these proceedings for such relevance as Mr. Rubin's representation has or may have in the proceedings.

    SMITH HULSEY & BUSEY

    By  /s/ David L. Gay
        Stephen D. Busey
        David L. Gay

    Florida Bar Number 893221
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)
    dgay@smithhulsey.com

    Counsel for Winn-Dixie

**Certificate of Service**

I certify that a copy of the foregoing document was furnished by mail and/or electronically to Guy Bennett Rubin, Esq., Rubin & Rubin, 520 South Federal Highway, Stuart, Florida 34995, this 18th day of September, 2008.

_/s/ David L. Gay_
Attorney

00623653

65

1      (Short recess.)

2                    (Witness on the stand.)

3      THE COURT:  Mr. Rubin, are you ready?

4      MR. RUBIN:  Yes, Your Honor, we are.

5      I have a little bit of an unusual request.

6 Considering the lack of depth of my knowledge of

7 computer-related materials and the opposite -- my

8 client actually has a depth of knowledge in these

9 kinds of issues -- he was the CEO of a computer or

10 a tech corporation -- I would ask that the Court

11 extend leeway to allow my client to ask questions.

12      He is a member of the federal bar.

13      THE COURT:  He's a lawyer?

14      MR. RUBIN:  He's a lawyer.  He's a member of

15 The Florida Bar, he's a member of the middle

16 district.

17      And he's not admitted for this case, but I

18 would ask that the Court permit him to make a

19 special appearance just for questioning of this

20 witness.

21      THE COURT:  Mr. Busey, what's your position?

22      MR. BUSEY:  May I confer for a moment, Your

23 Honor?

24      THE COURT:  Certainly.

25      (Counsel conferring off the record.)

**EXHIBIT 1**

1   MR. BUSEY: Your Honor, do I understand the
2   facts correctly? And I'll ask counsel through the
3   Court. Mr. Rubin's brother is a member of The
4   Florida Bar, he is a partner in Mr. Rubin's law
5   firm, and Mr. Rubin's asking the Court to allow him
6   to make a special appearance in this case for the
7   purpose of examining this witness; is that what's
8   happening?
9       MR. RUBIN: He is not a member of my law firm.
10  But he is a member of The Florida Bar, he's a
11  member of the middle district, federal court.
12      THE COURT: But he's not a member of your
13  firm?
14      MR. RUBIN: He's not a member of my firm, no.
15      THE COURT: He's not an associate, has no
16  relation?
17      MR. RUBIN: No, no. He -- no.
18      THE COURT: Mr. Busey.
19      MR. BUSEY: Well, I'm concerned that this gets
20  into matters of privilege. Are you waiving any
21  privilege between you and your brother?
22      MR. RUBIN: Well, to ask questions of a
23  witness, I don't know that he would be offering any
24  information in testimony that would be privileged.
25      MR. BUSEY: I'm not comfortable with this,

| | |
|---|---|
| 1 | Your Honor. |
| 2 | THE COURT: I'm not, either. |
| 3 | Here's what I'm going to let him do. He can |
| 4 | write questions down and you ask them. Because if |
| 5 | he gets up there and starts talking computer talk |
| 6 | with this guy, I'm not going to know what they're |
| 7 | talking about, anyway, so you might as well keep |
| 8 | it -- |
| 9 | MR. RUBIN: You're relying upon my plain |
| 10 | language. |
| 11 | THE COURT: Well, he'll explain it as best he |
| 12 | can, in layman's terms, and we'll all understand |
| 13 | what's going on. |
| 14 | MR. RUBIN: Okay. |
| 15 | THE COURT: But you can write your questions |
| 16 | and give them to your -- |
| 17 | MR. RUBIN: All right. |
| 18 | THE COURT: -- lawyer to ask them. |
| 19 | MR. RUBIN: We'll do the best we can. |
| 20 | Your Honor, we would also, for the purposes of |
| 21 | other witnesses, invoke the rule. I don't -- I |
| 22 | think that Mr. -- |
| 23 | THE COURT: Any there any other witnesses you |
| 24 | have in the courtroom? |
| 25 | MR. BUSEY: Yes, Your Honor. But I think it's |

Rubin & Rubin: Trial Attorneys                                                      Page 1 of 1



Jacksonville, Florida Office - Stuart, Florida Office

## Rubin & Rubin, P.A.

## Jacksonville Office

Managing Partner

## I. Mark Rubin

**1649 Atlantic Blvd.**

**Jacksonville, Florida, 32207**

| | |
|---|---|
| Phone: | 904.396.7711 |
| Fax | 904.212.0136 |

Email: contact @ RubinandRubin.com

Back to Home Page

Rubin & Rubin    P.O. Box 550833    Jacksonville, FL 32255

http://www.rubinandrubin.com/rubin_and_rubin_Jacksonville.htm                    8/28/2008

**EXHIBIT 2**

Member Search                                                                 Page 1 of 1

## Inside the Bar

Find a Lawyer

# I Mark Rubin

**Member in Good Standing**     Eligible to practice in Florida

| | |
|---|---|
| ID Number: | - 436658 |
| Address: | Rubin & Rubin, P.A. |
| | PO Box 1975 |
| | Ponte Vedra Beach, Florida |
| | 320041975 |
| | United States |
| Phone: | 904.3967711 |
| Fax: | 904.2120136 |
| E-Mail: | mRubin@RubinandRubin.com |
| County: | St. Johns |
| Circuit: | 7 |
| Admitted: | 10/18/1984 |
| 10-Year Discipline History | None |

The Find A Lawyer directory provides limited basic information about attorneys licensed to practice in Florida and is provided as a public service by The Florida Bar. The information contained herein is provided "as is" with no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents thereof are not responsible for the accuracy of the data. Much of the information is provided by the attorney and it is the attorney's responsibility to review and update the information. Publication of attorneys' contact information within this listing should not be construed as their consent to receive unsolicited communications in any form. Certain unauthorized uses of this data may result in civil or criminal penalties. The Find A Lawyer directory is not a lawyer referral service.
[Updated: 08-01-2008]

© 2005 The Florida Bar

**EXHIBIT 3**