# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:

CASE NO: 3:05-bk-3817
Chapter 11

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## <u>ORDER STRIKING MOTION FOR ADMISSION TO APPEAR PRO HAC VICE</u>

The Court finds that the Motion for Admission to Appear Pro Hac Vice filed by Joseph C. Schulz on behalf of Alba Damion on September 9, 2008, did not comply with Federal Rule Bankruptcy Procedure 9011 and Local Rule 9011-4(a). Accordingly, it is

**ORDERED**:

The Motion for Admission to Appear Pro Hac Vice filed by Joseph C. Schulz on behalf of Alba Damion on September 9, 2008 is stricken from the record.

**DATED September 16, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Joseph C. Schulz, counsel for Alba Damion
PHV Admissions, The Florida Bar, 651 East Jefferson St., Tallahassee, FL 32399-2333

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 113A-3            User: cartes              Page 1 of 1              Date Rcvd: Sep 16, 2008
Case: 05-03817                  Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Sep 18, 2008.
        +PHV Admissions - The Florida Bar,   651 East Jefferson Street,   Tallahassee, FL 32399-6584

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2008**                                   **Signature:**   _Joseph Speetjens_