# EXHIBIT "A"

DRAFT: SEPTEMBER 22, 2008

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 3:05-bk-03817-JAF | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 | |
| Debtors. ) | | |
| ) | | |

### EXHIBIT LIST
### CONSOLIDATED BISCUIT COMPANY'S ("CBC")
### APPLICATION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND
### WINN-DIXIE STORES, INC. ("WD") OBJECTION TO CBC'S PROOF OF CLAIM

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 1. | 9/25/08 | | CBC | CBC's Initial Proof of Claim [Claim No. 13321] |
| 2. | 9/25/08 | | CBC | CBC's Amended Proof of Claim [Claim No. 13830] |
| 3. | 9/25/08 | | CBC | Letter dated July 16, 2008 from Richard R. Thames to Allan E. Wulbern concerning attachments to proof of claim |
| 4. | 9/25/08 | | CBC | WD's Answers to CBC's First Set of Interrogatories |
| 5. | 9/25/08 | | CBC | WD's Response to CBC's First Request for Production of Documents |
| 6. | 9/25/08 | | CBC | CBC's Second Request for Production of Documents |

| | | | | |
|---|---|---|---|---|
| 7. | 9/25/08 | | CBC | WD's Plan of Reorganization and Disclosure Statement |
| 8. | 9/25/08 | | CBC | Declaration of Bennett L. Nussbaum in Support of First Day Motions and Applications [Docket No. 3] |
| 9. | 9/25/08 | | CBC | WD's Schedules (Excerpt) |
| 10. | 9/25/08 | | CBC | Rule 30(b)(6) Notice of Deposition of WD's Corporate Representative(s) |
| 11. | 9/25/08 | | CBC | Transcript of Deposition of Kenneth Kirschner |
| 12. | 9/25/08 | | CBC | Transcript of Deposition of Bennett L. Nussbaum |
| 13. | 9/25/08 | | CBC | Transcript of Deposition of Joseph Ragase |
| 14. | 9/25/08 | | CBC | Transcript of Deposition of Glenda Rhyder |
| 15. | 9/25/08 | | CBC | April 27, 2004 Solicitation Materials received from the Blackstone Group regarding sale of Valdosta bakery (CBC 01250-CBC 01333) |
| 16. | 9/25/08 | | CBC | Comparison of Contrast Proposals - Southern Foods & CBC (WD/CB 01185) |
| 17. | 9/25/08 | | CBC | November, 2004 CBC Due Diligence Question List (WD/CB 01018-WD/CB 01033) |

| | | | | |
|---|---|---|---|---|
| 18. | 9/25/08 | | CBC | Asset Purchase Agreement [Crackin' Good Bakery - Valdosta, Georgia] |
| 19. | 9/25/08 | | CBC | Crackin Good Asset Purchase Agreement Side Agreement Regarding Exhibits and Schedules (WD/CB 00131-WD/CB 00132) |
| 20. | 9/25/08 | | CBC | Schedule of Inventory as of January 18, 2005 (WD/CB 00841-WD/CB 00855) |
| 21. | 9/25/08 | | CBC | Closing Agreement dated January 18, 2005 |
| 22. | 9/25/08 | | CBC | Contract Packaging Agreement |
| 23. | 9/25/08 | | CBC | Non-Exclusive Trademark License Agreement dated January 18, 2005 |
| 24. | 9/25/08 | | CBC | Solvency Certificate dated January 18, 2005 (WD/CB 04537-WD/CB) |
| 25. | 9/25/08 | | CBC | Bill of Sale |
| 26. | 9/25/08 | | CBC | Amendment to Contract Packaging Agreement dated February 4, 2005 |
| 27. | 9/25/08 | | CBC | CBC's Product Specifications (WD/CB 00428-WD/CB 00459) |
| 28. | 9/25/08 | | CBC | E-mail dated November 24, 2004 from Kenneth Kirschner to Jeff Snavely (WD/CB 02969-WD/CB 02970) |
| 29. | 9/25/08 | | CBC | Internal WD e-mail dated November 30, 2004 detailing exposure on pre-petition inventory purchases (WD/CB 00836-WD/CB 00837) |

| | | | | |
|---|---|---|---|---|
| 30. | 9/25/08 | | CBC | E-mail dated December 8, 2004 from Kenneth Kirschner to Jeffrey Snavely transmitting redline copy of Contract Packaging Agreement (No Bates Stamp) |
| 31. | 9/25/08 | | CBC | E-mail dated December 13, 2004 from Kenneth Kirschner to Jeffrey Snavely (WD/CB 05059-WD/CB 05060) |
| 32. | 9/25/08 | | CBC | E-mail chain dated January 5, 2005 from Kenneth Kirschner to Jefferey Snavely (WD/CB 05117) |
| 33. | 9/25/08 | | CBC | E-mail dated January 7, 2005 from Jeffrey Snavely to Kenneth Kirschner (WD/CB 02814-WD/CB 02815) |
| 34. | 9/25/08 | | CBC | E-mail dated January 11, 2005 from Kenneth Kirschner to Jeffrey Snavely (WD/CB 04068) |
| 35. | 9/25/08 | | CBC | E-mail dated January 12, 2005 from Jeffrey Snavely to Kenneth Kirschner (WD/CB 04634) |
| 36. | 9/25/08 | | CBC | E-mail dated January 12, 2005 from Kenneth Kirschner to Jeffrey Snavely (WD/CB 05120-WD/CB 05121) |
| 37. | 9/25/08 | | CBC | E-mail chain dated January 13, 2005 from Kenneth Kirschner to Jeffrey Snavely (WD/CB 05105-WD/CB 05106) |
| 38. | 9/25/08 | | CBC | Internal CBC e-mail dated March 14, 2005 regarding WD Do Not Keep List (CBC 00258-CBC 00260) |
| 39. | 9/25/08 | | CBC | Internal CBC e-mail dated April 5, 2005 regarding transfat disclosures (CBC 00291) |

| | | | | |
|---|---|---|---|---|
| 40. | 9/25/08 | | CBC | Updated Keep/Do Not Keep list dated April 15, 2005 (CBC 00309-CBC 00314) |
| 41. | 9/25/08 | | CBC | Agenda for CBC/WD meeting dated April 19, 2005 (CBC 00325-CBC 00326) |
| 42. | 9/25/08 | | CBC | Agenda for CBC/WD meeting dated May 2, 1004 (CBC 00348-00349) |
| 43. | 9/25/08 | | CBC | Internal CBC spreadsheet dated May 4, 2005 regarding movement of WD products (CBC 00353-CBC 00354) |
| 44. | 9/25/08 | | CBC | Agenda for CBC/WD meeting dated May 4, 2005 (CBC 00364-CBC 00365) |
| 45. | 9/25/08 | | CBC | Internal CBC e-mail dated May 5, 2005 transmitting minimum production run requirements (CBC 00367-CBC 00368) |
| 46. | 9/25/08 | | CBC | E-mail dated May 9, 2005 transmitting WD open orders (CBC 00369-CBC 00379) |
| 47. | 9/25/08 | | CBC | Agenda for May 11, 2005 CBC/WD telephone conference (CBC 00396) |
| 48. | 9/25/08 | | CBC | E-mail dated May 11, 2005 from Jim Winter of CBC to WD (CBC 00432-00433) |
| 49. | 9/25/08 | | CBC | Agenda for May 12, 20005 Conference Call (CBC 00400-CBC 00401) |
| 50. | 9/25/08 | | CBC | Recap of May 16, 2005 Conference Call (CBC 00407) |

| No. | Date | | Offered By | Description |
|---|---|---|---|---|
| 51. | 9/25/08 | | CBC | E-mail chain dated May 26, 2005 regarding WD forecasts on Toaster Pastries (CBC 00419-CBC00424 |
| 52. | 9/25/08 | | CBC | Internal CBC e-mail chain dated May 27, 2005 regarding packaging purchases (CBC 00434-CBC 00438) |
| 53. | 9/25/08 | | CBC | E-mail chain dated June 1, 2005 regarding Salty Snack production issues (CBC 00042-00043) |
| 54. | 9/25/08 | | CBC | E-mail dated June 1, 2005 from CBC to Jeff Auld of WD (CBC 00099-CBC 00104) |
| 55. | 9/25/08 | | CBC | E-mail dated June 1, 2005 from CBC to WD requesting authorization to purchase packaging inventory (CBC 00448) |
| 56. | 9/25/08 | | CBC | CBC Inventory Movement for 52 weeks ending June 1, 2005 (CBC 00452) |
| 57. | 9/25/08 | | CBC | Internal CBC e-mail dated June 10, 2005 (CBC 00466) |
| 58. | 9/25/08 | | CBC | E-mail dated June 13, 2005 authorizing purchase of additional packaging inventory (CBC 00467-CBC 00468) |
| 59. | 9/25/08 | | CBC | Internal CBC e-mails dated June 17, 2005 transmitting WD authorization to purchase packaging (CBC 00483-CBC 00484) |
| 60. | 9/25/08 | | CBC | E-mail chain dated June 20, 2005 transmitting WD forecasts of product movement (CBC 00492-CBC 00497) |

| 61. | 9/25/08 | | CBC | E-mail chain dated June 20, 2005 requesting authorization to purchase packaging for salty food products (CBC 00498-CBC 00499) |
|---|---|---|---|---|
| 62. | 9/25/08 | | CBC | Internal CBC e-mail chain dated June 22, 2005 regarding lack of packaging materials (CBC 00511-CBC 00512) |
| 63. | 9/25/08 | | CBC | E-mail dated June 23, 2005 transmitting announcement of WD downsizing (CBC 00516-CBC 00518) |
| 64. | 9/25/08 | | CBC | Internal CBC e-mail transmitting packaging inventory (CBC 00519-CBC 00522) |
| 65. | 9/25/08 | | CBC | Agenda for June 28, 2005 telephone conference (CBC 00530) |
| 66. | 9/25/08 | | CBC | Revised CBC forecasts of product movement following store closures (CBC 00538) |
| 67. | 9/25/08 | | CBC | Internal CBC e-mails dated June 30, 2005 detailing items discontinued due to lack of packaging (CBC 00541) |
| 68. | 9/25/08 | | CBC | E-mail chain dated July 7, 2005 regarding packaging (CBC 00057-CBC 00060) |
| 69. | 9/25/08 | | CBC | Internal CBC e-mail dated July 12, 2005 regarding packaging shortages (CBC 00587) |
| 70. | 9/25/08 | | CBC | E-mail chain dated July 12, 2005 regarding packaging shortages and need for WD authorization (CBC 00594-CBC 00575) |
| 71. | 9/25/08 | | CBC | Internal CBC e-mail dated July 26, 2005 recapping July 22, 2005 conference call (CBC 00613-CBC 00614) |

| | | | | |
|---|---|---|---|---|
| 72. | 9/25/08 | | CBC | Letter dated August 1, 2005 from Semon Cull of WD to Jim Winter of CBC terminating Salty Snack Manufacturing Agreement (CBC 00559) |
| 73. | 9/25/08 | | CBC | Invoice No. 00282367 from CBC to WD regarding post-petition packaging and ingredients WD/CB 00482-WD/CB 00490 |
| 74. | 9/25/08 | | CBC | Letter dated August 5, 2005 from Henry Heuerman to Kenneth Kirschner |
| 75. | 9/25/08 | | CBC | Internal CBC e-mail dated August 5, 2005 regarding shortages, packaging, etc. (CBC 00650-CBC 00651) |
| 76. | 9/25/08 | | CBC | Agenda/Recap of August 8, 2005 telephone conference (CBC 00655-CBC 00656) |
| 77. | 9/25/08 | | CBC | Revised forecasts of product movement dated August 10, 2005 (CBC 00673) |
| 78. | 9/25/08 | | CBC | Internal CBC e-mail dated August 12, 2005 regarding WD's repurchase obligations (CBC 00561) |
| 79. | 9/25/08 | | CBC | E-mail from Kenneth Kirschner to Henry Heuerman dated August 16, 2005 (CBC 00190) |
| 80. | 9/25/08 | | CBC | Letter dated August 16, 2005 from Kenneth Kirschner to Henry Heuerman |
| 81. | 9/25/08 | | CBC | Internal CBC e-mail dated August 23, 2005 regarding lack of packaging (CBC 00701) |
| 82. | 9/25/08 | | CBC | Internal CBC e-mail chain dated August 24, 2005 transmitting packaging and finished goods inventory (CBC 00717-CBC 00725) |

| | | | | |
|---|---|---|---|---|
| 83. | 9/25/08 | | CBC | Internal CBC documents regarding Finished Goods Inventory as of August 26, 2005 (CBC 00774-CBC 00780) |
| 84. | 9/25/08 | | CBC | Internal CBC documents regarding Finished Goods Inventory as of August 30, 2005 (CBC 00781-CBC 00785) |
| 85. | 9/25/08 | | CBC | Internal CBC Documents dated September 2, 2005 regarding WD conference call (CBC 00799-CBC 00800) |
| 86. | 9/25/08 | | CBC | Keep/Do Not Keep Lists dated September 12, 2005 (CBC 00817-00821) |
| 87. | 9/25/08 | | CBC | Letter dated September 16, 2005 from Henry Heuerman to WD regarding termination of Co-Pack Agreement |
| 88. | 9/25/08 | | CBC | E-mail approving packaging purchases dated September 16, 2005 (CBC 00044-CBC 00045) |
| 89. | 9/25/08 | | CBC | E-mail dated September 16, 2005 from Jeff Auld to CBC authorizing additional packaging purchases (CBC 00046- CBC 00047) |
| 90. | 9/25/08 | | CBC | Internal CBC e-mails dated September 16, 2005 regarding shortages (CBC 00833-00837) |
| 91. | 9/25/08 | | CBC | Internal CBC e-mail dated September 19, 2005 regarding packaging purchases (CBC 00068) |
| 92. | 9/25/08 | | CBC | Internal CBC Memo dated September 19, 2005 (CBC 00838) |
| 93. | 9/25/08 | | CBC | E-mail chain dated September 20, 2005 regarding packaging for toaster pastries (CBC 00105-CBC 00127) |

| 94. | 9/25/08 | | CBC | E-mail exchange between CBC and WD dated September 21, 2005 (CBC 00055) |
|---|---|---|---|---|
| 95. | 9/25/08 | | CBC | Internal CBC e-mail chain dated September 22, 2005 regarding packaging authorization (CBC 00054) |
| 96. | 9/25/08 | | CBC | Internal e-mail dated September 22, 2005 regarding packaging purchases (CBC 00053) |
| 97. | 9/25/08 | | CBC | E-mail dated September 28, 2005 from Jim Winter to Donna Glaser (CBC 00855-CBC 00858) |
| 98. | 9/25/08 | | CBC | Internal CBC Documents regarding shortages (CBC 00801-CBC 00803) |
| 99. | 9/25/08 | | CBC | Internal e-mail chain dated October 11, 2005 (CBC 00879-CBC 0880) |
| 100. | 9/25/08 | | CBC | Letter dated October 13, 2005 from Henry Heuerman to WD (CBC 00565) |
| 101. | 9/25/08 | | CBC | E-mail from Jim Bobus to WD dated October 21, 2005 (CBC 00930-CBC 00932) |
| 102. | 9/25/08 | | CBC | E-mail dated October 24, 2005 from Kenneth Kirschner to Henry Heuerman |
| 103. | 9/25/08 | | CBC | Internal CBC e-mail dated October 25, 2005 regarding ingredients purchases (CBC 00150) |
| 104. | 9/25/08 | | CBC | Internal CBC e-mail chain dated October 26, 2005 regarding cookie inventory (CBC 00962-CBC 00977) |

| | | | | |
|---|---|---|---|---|
| 105. | 9/25/08 | | CBC | E-mail dated October 27, 2005 establishing protocol for termination of Co-Pack Agreement (CBC 00566-CBC 00568) |
| 106. | 9/25/08 | | CBC | E-mail dated October 27, 2005 from Henry Heuerman to Kenneth Kirschner (CBC 00193-CBC 00194) |
| 107. | 9/25/08 | | CBC | E-mail chain dated October 27, 2005 (CBC 00195-CBC 00197) |
| 108. | 9/25/08 | | CBC | Internal CBC e-mail chain dated October 28, 2005 regarding WD Baking Production Needs (CBC 01008-CBC 01012) |
| 109. | 9/25/08 | | CBC | Internal CBC e-mails dated November 1, 2005 regarding shortages (CBC 01049- CBC 01053) |
| 110. | 9/25/08 | | CBC | E-mail dated November 7, 2005 from Henry Heuerman to Kenneth Kirschner (CBC 00198-CBC 00199) |
| 111. | 9/25/08 | | CBC | E-mail dated November 10, 2005 from Kenneth Kirschner to Henry Heuerman (CBC 00200) |
| 112. | 9/25/08 | | CBC | E-mail dated November 15, 2005 from Henry Heuerman to Kenneth Kirschner (CBC 00202-CBC 00203) |
| 113. | 9/25/08 | | CBC | Invoice dated December 30, 2005 (WD/CB 00826-WD/CB 00835) |
| 114. | 9/25/08 | | CBC | Post-petition Packaging and Ingredient Purchases (CBC 00001-CBC 00008) |
| 115. | 9/25/08 | | CBC | Post-petition Ingredient Purchases (CBC 00022-00038) |

| 116. | 9/25/08 | | CBC | Composite Exhibit - WD Product Purchases from CBC (WD/CB 00494-WD/CB 00700) |
|---|---|---|---|---|
| 117. | 9/25/08 | | CBC | List of store locations closed by WD in 2005 (No Bates Stamp) |
| 118. | 9/25/08 | | CBC | List of "Unique" Ingredients identified by Larry Ivan at his deposition |
| 119. | 9/25/08 | | CBC | List of required packaging changes for WD baked products produced by Glenda Rhyder at her deposition (No Bates Stamp) |
| 120. | 9/25/08 | | CBC | Summary of CBC's sales to WD (CBC 1334) |
| 121. | 9/25/08 | | CBC | Composite Exhibit - Invoices for destruction of remaining inventory and ingredients (CBC 01335-CBC 01336, CBC 01338-CBC 01346, CBC 01349-CBC 01369) |
| 122. | 9/25/08 | | CBC | Summary of Sales by Month (CBC 01334) |
| 123. | 9/25/08 | | CBC | Back-up for CBC Post-Petition Packaging & Ingredient Purchases (Relates to CBC 00001-CBC 00038) |

69208