# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## WITNESS LIST AND EXHIBIT LIST

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), submit this witness list and exhibit list pursuant to this Court's order scheduling trial (Doc. Nos. 18501 and 20501).

### Witness List

1. Kenneth Kirschner, Esq.
2. Joseph Regase
3. Glenda Rhyder
4. Bennett Nussbaum
5. Any witnesses listed by Consolidated

### Exhibit List

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 1. | | | | June 24, 2004 email from William Varney to Henry Heuerman (CBC 01316) |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 2. | | | | December 13, 2004 email from Kenneth Kirschner to Jeffrey Snavely (WD/CBC05059 – 05069) |
| 3. | Consolidated Biscuit – 6 | | | Crackin' Good Asset Purchase Side Agreement regarding exhibits and schedules (WD/CB 00131) |
| 4. | Consolidated Biscuit – 10 | | | April 19, 2005 email from Cindi Harden to Sherri Sanders (CBC 00324) |
| 5. | Consolidated Biscuit – 10 | | | August 5, 2005 email from Jim Winter to Cindi Harden (CBC 00650-51) |
| 6. | Consolidated Biscuit – 10 | | | August 9, 2005 email from Cindi Harden to Larry Ivan and attached spreadsheet (CBC 00657-666) |
| 7. | Consolidated Biscuit – 10 | | | September 7, 2005 email from Chuck Combs to Cindi Harden (CBC 00801-803) |
| 8. | Consolidated Biscuit – 10 | | | September 13, 2005 email from Cindi Harden to JTWCBC@comcast.net at CBC and attached spreadsheet (CBC 00827-829) |
| 9. | Consolidated Biscuit – 10 | | | October 27, 2005 email from Cindi Harden to Jim Bobus and attached spreadsheets (CBC 00987-992) |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 10. | Consolidated Biscuit – 10 | | | November 3, 2005 email from Cindi Harden to Bill Allen at Winn-Dixie.com, et al. and attached spreadsheet (CBC 01104-1106) |
| 11. | Consolidated Biscuit – 11 | | | June 2, 2005 email from Jim Winter to Scott Sanderbeck and attached documents (CBC 00461-464) |
| 12. | Consolidated Biscuit – 11 | | | June 10, 2005 email from Chuck Combs to Jim Winter (CBC 00466) |
| 13. | Consolidated Biscuit – 11 | | | July 28, 2005 email from Cindi Harden to Chuck Combs (CBC 00620) |
| 14. | Consolidated Biscuit - 15 | | | August 1, 2005 Letter from Semon Cull to Jim Winter (CBC 00559) |
| 15. | Consolidated Biscuit – 15 | | | August 5, 2005 Letter from Henry N. Heuerman to Kenneth Kirschner (WD/CB00462) |
| 16. | Consolidated Biscuit – 11 | | | September 19, 2005 email from Larry Ivan to Bill Varney (CBC 00068) |
| 17. | Consolidated Biscuit – 11 | | | September 20, 2005 email from Scott Sanderbeck to Larry Ivan (CBC 00105-109) |
| 18. | Consolidated Biscuit – 11 | | | September 20, 2005 email from Scott Sanderbeck to Larry Ivan (CBC 00116-118) |
| 19. | Consolidated Biscuit – 11 | | | September 21, 2005 email from Bill Varney to Larry Ivan (CBC 00055) |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 20. | Consolidated Biscuit – 11 | | | September 22, 2005 email from Larry Ivan to Tony Sabatino (CBC 00053) |
| 21. | Consolidated Biscuit – 11 | | | September 22, 2005 email from Bill Varney to Tony Sabatino (CBC 00054) |
| 22. | Consolidated Biscuit – 11 | | | October 27, 2005 email from Penny Faircloth to Jim Bobus including attached spreadsheet (CBC 00993-996) |
| 23. | Consolidated Biscuit – 11 | | | November 3, 2005 email from Jim Bobus to Donna Glaser and attached spreadsheet (CBC 00569-572) |
| 24. | Consolidated Biscuit – 12 | | | October 27, 2005 email from Penny Faircloth to Larry Ivan and attached spreadsheet (CBC 00132-136) |
| 25. | Consolidated Biscuit – 15 | | | August 1, 2005 letter from Semon Cull to Jim Winter (CBC 00559) |
| 26. | Consolidated Biscuit – 15 | | | August 5, 2005 letter from Henry N. Heuerman to Kenneth M. Kirschner (WD/CB 00462) |
| 27. | Consolidated Biscuit – 15 | | | August 16, 2005 email from Kenneth Kirschner to Henry Heuerman (CBC 00190) |
| 28. | Consolidated Biscuit – 15 | | | August 16, 2005 email from Ken Kirschner to Henry Heuerman (CBC 00190) |
| 29. | Consolidated Biscuit – 16 | | | September 12, 2005 memo from Jim Winter to Paul Tiberio (CBC 00826) |

4

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 30. | Consolidated Biscuit – 16 | | | September 16, 2005 letter from Henry Heuerman to Winn-Dixie Stores, Inc. (WD/CB 00466) |
| 31. | Consolidated Biscuit – 16 | | | October 13, 2005 letter from Henry Heuerman to Winn-Dixie Stores, Inc. (CBC 00565) |
| 32. | Consolidated Biscuit – 16 | | | November 15, 2005 email from Henry Heuerman to Ken Kirschner (CBC 00202-203) |
| 33. | Consolidated Biscuit – 17 | | | Consolidated Biscuit Company invoice number 00272693 dated August 16, 2005 |
| 34. | Consolidated Biscuit – 18 | | | Consolidated Biscuit Company invoice number 00282367 dated December 30, 2005 |
| 35. | Consolidated Biscuit – 19 | | | Consolidated Biscuit Co.'s response to Winn-Dixie's first set of interrogatories |
| 36. | Consolidated Biscuit – 20 | | | November 30, 2004 email from Kenneth Kirschner to Jeffrey Snavely |
| 37. | Consolidated Biscuit – 20 | | | December 1, 2004 email from Jeffrey Snavely to Kenneth Kirschner and attached draft co-pack agreement |
| 38. | Consolidated Biscuit – 20 | | | December 8, 2004 email from Kenneth Kirschner to Jeffrey Snavely and attached redline co-pack agreement |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 39. | | | | December 13, 2004 email from Kenneth Kirschner to Jeffrey Snavely with attached draft co-packaging agreement (this document is behind tab 8 of the white notebook of materials I used to prepare Ken Kirschner for his deposition) |
| 40. | Regase – 2 | | | Winn-Dixie Purchasing Report |
| 41. | Regase – 3 | | | Cookie Plant Spreadsheet |
| 42. | Regase – 4 | | | Snacks Spreadsheet |
| 43. | Rhyder – 3 | | | Unique Ingredients |
| 44. | Rhyder – 4 | | | Self-manufactured Item/Transfat Allergen Master List |
| 45. | | | | Winn-Dixie Disclosure Statement and Plan of Reorganization |
| 46. | Nussbaum – 8 | | | Winn-Dixie Locations Closed in 2005 |
| 47. | Nussbaum – 1 | | | Declaration of Bennett L. Nussbaum |
| 48. | | | | Winn-Dixie Stores, Inc.'s Annual Report for the fiscal year ending June 30, 2004 |
| 49. | | | | Winn-Dixie Stores, Inc.'s October 25, 2004 SEC Form 10-Q for the Quarter Ending September 22, 2004 |
| 50. | | | | Winn-Dixie Analysis of Pre-petition Packaging Inventory |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 51. | | | | All Exhibits on Consolidated's Exhibit List |

SMITH HULSEY & BUSEY


By: <u>/s/ Allan E. Wulbern</u>
     Stephen D. Busey
     Allan E. Wulbern
     Beau Bowin

Florida Bar No. 117790
Florida Bar No. 175511
Florida Bar No. 792551
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

## Certificate of Service

I certify that a copy of the foregoing has been furnished by CM/ECF notification to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202 this 22nd day of September, 2008.

*/s/ Allan E. Wulbern*
Attorney

624855