**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING**

Please take notice that a hearing will be held on **October 6, 2008** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Debtors' Twenty-Ninth Omnibus Objection to Claims, as it relates to Claim No. 13744 filed by Sarah Abrams (Docket No. 14799).

Only objections filed with the Court so as to be received by September 30, 2008 and served on Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered by the Bankruptcy Court at the hearing.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: September 22, 2008

                                           SMITH HULSEY & BUSEY

                                           By  *s/ Leanne McKnight Prendergast*
                                               Stephen D. Busey
                                               James H. Post
                                               Leanne McKnight Prendergast

                                          Florida Bar Number 59544
                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida 32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          lprendergast@smithhulsey.com

                                          Counsel for Reorganized Debtors

00625391

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to Sarah Abrams, c/o Lawrence S. Ben, Esq., Chikovsky, Ben & Schafer, P.A., 1720 Harrison Street, Suite 7A, Hollywood, Florida 33020 on this 22nd day of September, 2008..

       *s/ Leanne McKnight Prendergast*
       Attorney

00625391