**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

**NOTICE OF FILING PAGE AND LINE DESIGNATIONS FROM SEPTEMBER 10, 2008 DEPOSITION OF KENNETH M. KIRSCHNER**

Consolidated Biscuit Company ("CBC"), gives its notice of filing the attached page and line designations from the transcript of the September 10, 2008 deposition of Kenneth M. Kirschner. This designation is being made for consideration by the Court in connection with the trial of (i) CBC's Application for Allowance of Administrative Expense [Docket No. 8930]; and (ii) Winn-Dixie Stores, Inc.'s Objection to CBC's Proofs of Claim [Docket No. 12532 and 21213].

**STUTSMAN THAMES & MARKEY, P.A.**

By *_/s/ Richard R. Thames_*
Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Consolidated Biscuit Company

**Certificate of Service**

I certify that, on September 23, 2008, a copy of the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all parties who have consented to receiving electronic notifications in this case.

*/s/ Richard R. Thames*

Attorney

69957

**PAGE AND LINE DESIGNATIONS FROM**
**SEPTEMBER 10, 2008 DEPOSITION OF KENNETH M. KIRSCHNER**

| | |
|---|---|
| Page 5 | Lines 13-16 |
| Page 5 | Lines 20-21 |
| Page 5 | Lines 24-25 |
| Page 6 | Line 1 |
| Page 6 | Lines 13-22 |
| Page 13 | Lines 10-25 |
| Page 14 | Lines 7-25 |
| Page 15 | Lines 1-2 |
| Page 15 | Lines 6-7 |
| Page 15 | Lines 12-18 |
| Page 16 | Lines 11-17 |
| Page 17 | Lines 2-6 |
| Page 19 | Lines 4-11 |
| Page 20 | Lines 9-11 |
| Page 22 | Lines 6-9 |
| Page 24 | Lines 13-14 |
| Page 24 | Lines 19-23 |
| Page 30 | Lines 13-25 |
| Page 33 | Lines 16-22 |
| Page 34 | Lines 9-18 |
| Page 35 | Lines 14-25 |
| Page 36 | Lines 1-25 |
| Page 37 | Lines 1-2 |
| Page 38 | Lines 1-3 |
| Page 42 | Lines 12-17 |

| | |
|---|---|
| Page 43 | Lines 22-25 |
| Page 44 | Lines 1-2 |
| Page 46 | Lines 7-23 |
| Page 47 | Lines 1-7 |
| Page 52 | Lines 17-22 |
| Page 54 | Lines 14-15 |
| Page 54 | Lines 18-25 |
| Page 55 | Lines 1-6 |
| Page 56 | Lines 21-23 |
| Page 58 | Lines 16-25 |
| Page 59 | Lines 1-7 |
| Page 60 | Lines 15-18 |
| Page 60 | Lines 22-25 |
| Page 61 | Lines 1-5 |
| Page 62 | Lines 17-24 |
| Page 65 | Lines 10-17 |
| Page 65 | Lines 21-25 |
| Page 66 | Lines 1-6 |
| Page 66 | Line 9 |
| Page 69 | Lines 10-23 |
| Page 69 | Line 25 |
| Page 70 | Lines 1-20 |
| Page 75 | Lines 17-23 |
| Page 76 | Lines 2-17 |
| Page 77 | Lines 10-19 |
| Page 80 | Lines 11-25 |

| | |
|---|---|
| Page 81 | Lines 1-7 |
| Page 81 | Lines 5-7 |
| Page 81 | Lines 10-24 |
| Page 83 | Lines 1-4 |
| Page 85 | Lines 22-25 |
| Page 86 | Lines 1-3 |
| Page 96 | Lines 2-5 |
| Page 100 | Lines 20-25 |
| Page 101 | Lines 1-16 |
| Page 105 | Lines 15-21 |
| Page 109 | Lines 13-25 |
| Page 110 | Lines 1-4 |
| Page 111 | Lines 13-25 |
| Page 112 | Lines 1-20 |
| Page 113 | Lines 19-25 |
| Page 114 | Lines 3-25 |
| Page 115 | Lines 1-18 |
| Page 118 | Lines 18-22 |
| Page 119 | Lines 1-9 |
| Page 120 | Lines 13-24 |
| Page 123 | Lines 10-23 |

69956