## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re                                    )         Case No. 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,         )         Chapter 11

           Debtors.                 )

_____ )

### NOTICE OF FILING PAGE AND LINE DESIGNATIONS
### FROM SEPTEMBER 11, 2008 DEPOSITION OF JOSEPH RAGASE

Consolidated Biscuit Company ("CBC"), gives its notice of filing the attached page and line designations from the transcript of the September 11, 2008 deposition of Joseph Ragase.  This designation is being made for consideration by the Court in connection with the trial of (i) CBC's Application for Allowance of Administrative Expense [Docket No. 8930]; and (ii) Winn-Dixie Stores, Inc.'s Objection to CBC's Proofs of Claim [Docket No. 12532 and 21213].

STUTSMAN THAMES & MARKEY, P.A.

By _____
*/s/ Richard R. Thames*
       Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Consolidated Biscuit Company

**<u>Certificate of Service</u>**

I certify that, on September 23, 2008, a copy of the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all parties who have consented to receiving electronic notifications in this case.

*/s/ Richard R. Thames*
_____
Attorney

69959

## PAGE AND LINE DESIGNATIONS FROM
## <u>SEPTEMBER 11, 2008 DEPOSITION OF JOSEPH RAGASE</u>

| | |
|---|---|
| Page 4 | Lines 12-22 |
| Page 5 | Lines 2-8 |
| Page 5 | Lines 16-25 |
| Page 6 | Lines 1-12 |
| Page 6 | Line 25 |
| Page 7 | Lines 1-4 |
| Page 8 | Lines 18-25 |
| Page 9 | Lines 1-13 |
| Page 10 | Lines 11-15 |
| Page 10 | Lines 23-25 |
| Page 11 | Line 25 |
| Page 12 | Lines 1-2 |
| Page 14 | Lines 1-2 |
| Page 14 | Lines 6-8 |
| Page 14 | Lines 13-15 |
| Page 15 | Lines 6-8 |
| Page 15 | Line 25 |
| Page 16 | Lines 1-4 |
| Page 35 | Lines 13-18 |
| Page 52 | Lines 2-7 |
| Page 60 | Lines 6-15 |
| Page 61 | Lines 7-25 |
| Page 62 | Lines 1-23 |
| Page 62 | Lines 3-5 |
| Page 62 | Lines 11-25 |

| | |
|---|---|
| Page 64 | Lines 1-11 |
| Page 64 | Lines 20-25 |
| Page 65 | Lines 1-8 |
| Page 66 | Lines 3-25 |
| Page 67 | Lines 1-7 |
| Page 67 | Lines 14-16 |
| Page 69 | Lines 10-13 |
| Page 70 | Lines 18-25 |
| Page 71 | Lines 1-2 |

69960