# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | |
| ) | |

## NOTICE OF FILING PAGE AND LINE DESIGNATIONS
## FROM SEPTEMBER 11, 2008 DEPOSITION OF GLENDA RHYDER

Consolidated Biscuit Company ("CBC"), gives its notice of filing the attached page and line designations from the transcript of the September 11, 2008 deposition of Glenda Rhyder. This designation is being made for consideration by the Court in connection with the trial of (i) CBC's Application for Allowance of Administrative Expense [Docket No. 8930]; and (ii) Winn-Dixie Stores, Inc.'s Objection to CBC's Proofs of Claim [Docket No. 12532 and 21213].

STUTSMAN THAMES & MARKEY, P.A.

By /s/ Richard R. Thames
      Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Consolidated Biscuit Company

## Certificate of Service

I certify that, on September 23, 2008, a copy of the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all parties who have consented to receiving electronic notifications in this case.

*/s/ Richard R. Thames*

Attorney

69958

## PAGE AND LINE DESIGNATIONS FROM
## SEPTEMBER 11, 2008 DEPOSITION OF GLENDA RHYDER

| | |
|---|---|
| Page 4 | Lines 12-19 |
| Page 5 | Lines 12-16 |
| Page 5 | Lines 21-22 |
| Page 6 | Lines 7-12 |
| Page 6 | Line 25 |
| Page 7 | Lines 1-3 |
| Page 7 | Lines 18-23 |
| Page 9 | Lines 3-18 |
| Page 10 | Lines 6-15 |
| Page 12 | Lines 14-25 |
| Page 13 | Lines 1-5 |
| Page 14 | Lines 11-17 |
| Page 15 | Lines 21-25 |
| Page 16 | Lines 1-4 |
| Page 16 | Lines 11-23 |
| Page 18 | Lines 7-13 |
| Page 19 | Lines 4-25 |
| Page 20 | Lines 1-2 |
| Page 20 | Lines 13-25 |
| Page 21 | Lines 4-6 |
| Page 22 | Lines 1-8 |
| Page 23 | Lines 8-14 |
| Page 26 | Lines 5-20 |
| Page 28 | Lines 24-25 |
| Page 29 | Lines 1-6 |

| | |
|---|---|
| Page 29 | Lines 18-25 |
| Page 30 | Lines 1-5 |
| Page 30 | Lines 12-14 |
| Page 30 | Lines 16-24 |
| Page 31 | Line 25 |
| Page 32 | Lines 1-25 |
| Page 33 | Lines 1-25 |
| Page 34 | Lines 1-25 |
| Page 35 | Lines 1-11 |
| Page 40 | Lines 19-25 |
| Page 41 | Lines 1-25 |
| Page 42 | Lines 1-2 |
| Page 43 | Lines 12-25 |
| Page 44 | Lines 1-25 |
| Page 45 | Lines 1-25 |
| Page 46 | Lines 1-5 |
| Page 46 | Lines 16-20 |
| Page 46 | Lines 24-25 |
| Page 47 | Lines 1-14 |
| Page 47 | Lines 17-18 |
| Page 47 | Lines 24-25 |
| Page 48 | Lines 1-17 |
| Page 49 | Lines 14-25 |
| Page 50 | Lines 1-25 |
| Page 51 | Lines 1-25 |
| Page 52 | Lines 1-24 |

| | |
|---|---|
| Page 53 | Lines 4-13 |
| Page 53 | Lines 17-20 |
| Page 55 | Lines 3-25 |
| Page 56 | Lines 1-3 |
| Page 56 | Lines 5-25 |
| Page 57 | Lines 1-2 |
| Page 58 | Lines 17-23 |
| Page 58 | Line 25 |
| Page 59 | Lines 1-6 |
| Page 59 | Lines 18-25 |
| Page 60 | Lines 1-9 |
| Page 61 | Lines 6-25 |
| Page 62 | Lines 1-22 |
| Page 64 | Lines 21-25 |
| Page 65 | Lines 1-4 |
| Page 65 | Lines 12-25 |
| Page 66 | Lines 1-25 |
| Page 67 | Lines 1-6 |
| Page 67 | Lines 20-25 |
| Page 68 | Lines 1-25 |
| Page 69 | Lines 1-14 |
| Page 71 | Lines 20-25 |
| Page 72 | Lines 1-25 |
| Page 73 | Lines 1-4 |
| Page 76 | Lines 16-25 |
| Page 77 | Lines 12-25 |

| | |
|---|---|
| Page 78 | Lines 1-4 |
| Page 79 | Lines 13-17 |
| Page 79 | Line 20 |

69962