# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Reorganized Debtors.

_____/

CASE NO. 05-03817-3F1

Chapter 11

Jointly Administered

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW the Petitioner, Gregg R. Schwartz, and shows the Court as follows:

1. Petitioner is admitted to practice before the Courts of the State of Florida and the United States District Court for the Southern District of Florida in good standing.

2. Petitioner certifies that there are no disciplinary proceedings pending against him in any jurisdiction.

3. Petitioner states that he is wiling to abide by the local rules of the United States Bankruptcy Court for the Middle District of Florida.

4. Petitioner will represent Conchita Cevallos a bodily injury claimant of Winn Dixie, Inc., in the within matter, and requests that this Court approve the Motion so that the Petitioner may file pleadings, appear and be heard at hearings, and otherwise represent Conchita Cevallos in this case.

5. Petitioner's contact information is as follows:

GREGG R. SCHWARTZ, ESQ.
One Datran Center Suite 1121
9100 S. Dadeland Blvd.
Miami, Florida 33156
Tele: 305-670-1460
Fax: 305-670-1464
E-mail: gschwartz@aol.com

-1-

-2-

6.       Petitioner requests that the requirement for local counsel be waived pursuant to Local Rule 2090-1 due to the cost of such representation.

DATED: Monday, September 23, 2008

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.

s/Gregg R. Schwartz
GREGG R. SCHWARTZ, ESQ.
Florida Bar No. 386110
One Datran Center Suite 1121
9100 S. Dadeland Blvd.
Miami, Florida 33156
Tele: 305-670-1460
Fax: 305-670-1464
E-mail: gschwartz@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2008, I filed the within Motion For Admission Pro Hac Vice through the CM/ECF filing system, which will cause a copy to Leanne McKnight Prendergast, Counsel for the Reorganized Debtors, Smith Hulsey & Busey, 225 Water Street, Suite 1800 Jacksonville, Florida 32202 to 904-359-7708.

s/Gregg R. Schwartz
GREGG R. SCHWARTZ, ESQ.