UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

### NOTICE OF FILING PAGE AND LINE DESIGNATIONS FROM SEPTEMBER 18, 2008 DEPOSITION OF BENNETT L. NUSSBAUM

Consolidated Biscuit Company ("CBC"), gives its notice of filing the attached page and line designations from the transcript of the September 18, 2008 deposition of Bennett L. Nussbaum. This designation is being made for consideration by the Court in connection with the trial of (i) CBC's Application for Allowance of Administrative Expense [Docket No. 8930]; and (ii) Winn-Dixie Stores, Inc.'s Objection to CBC's Proofs of Claim [Docket No. 12532 and 21213].

STUTSMAN THAMES & MARKEY, P.A.

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar Number 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Consolidated Biscuit Company

## Certificate of Service

I certify that, on September 23, 2008, a copy of the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all parties who have consented to receiving electronic notifications in this case.

/s/ Richard R. Thames
_____
Attorney

69957

# PAGE AND LINE DESIGNATIONS FROM
# SEPTEMBER 18, 2008 DEPOSITION OF BENNETT L. NUSSBAUM

(ALL)

69964