**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**WINN-DIXIE STORES, INC.'S NOTICE OF FILING**
**SUPPLEMENTAL DEPOSITION DESIGNATIONS**

Winn-Dixie Stores, Inc. supplements the deposition page and line designations shown on Exhibit A of the Trial Memorandum on its Objections to Consolidated Biscuit's Claims (Doc. No. 21339) as follows:

Page and Line Designations from
September 23, 2008 Deposition of Larry Ivan

All[1]

Page and Line Designations from
August 29, 2008 Deposition of Jeffrey Snavely

Page 4, Line 1 – Page 7, Line 2
Page 18, Line 2 – Page 20, Line 6

---

[1] Winn-Dixie has not yet received a copy of the transcript of Mr. Ivan's September 23 deposition. Upon receipt of that transcript, Winn-Dixie will designate particular pages and lines from the transcript.

Page 33, Line 10 – Page 34, Line 13
Page 36, Line 17 – Page 37, Line 8

SMITH HULSEY & BUSEY


By:   */s/ Allan E. Wulbern*
       Stephen D. Busey
       Allan E. Wulbern
       Beau Bowin

Florida Bar No. 117790
Florida Bar No. 175511
Florida Bar No. 792551
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

Certificate of Service

I certify that a copy of the foregoing has been furnished by CM/ECF notification to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202 this 23rd day of September, 2008.

                                                                      */s/ Allan E. Wulbern*
                                                                           Attorney

625496