**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SECOND AMENDED WITNESS LIST AND EXHIBIT LIST

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), submit this second amended witness list and exhibit list pursuant to this Court's order scheduling trial (Doc. Nos. 18501 and 20501).

### Witness List

1. Kenneth Kirschner, Esq.
2. Joseph Regase
3. Glenda Rhyder
4. Bennett Nussbaum
5. Any witnesses listed by Consolidated

### Exhibit List

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 1. | | | | June 24, 2004 email from William Varney to Henry Heuerman (CBC 01316) |
| 2. | | | | December 13, 2004 email from Kenneth Kirschner to Jeffrey Snavely (WD/CBC05059 – 05069) |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 3. | Consolidated Biscuit – 6 | | | Crackin' Good Asset Purchase Side Agreement regarding exhibits and schedules (WD/CB 00131) |
| 4. | Consolidated Biscuit – 10 | | | April 19, 2005 email from Cindi Harden to Sherri Sanders (CBC 00324) |
| 5. | Consolidated Biscuit – 10 | | | August 5, 2005 email from Jim Winter to Cindi Harden (CBC 00650-51) |
| 6. | Consolidated Biscuit – 10 | | | August 9, 2005 email from Cindi Harden to Larry Ivan and attached spreadsheet (CBC 00657-666) |
| 7. | Consolidated Biscuit – 10 | | | September 7, 2005 email from Chuck Combs to Cindi Harden (CBC 00801-803) |
| 8. | Consolidated Biscuit – 10 | | | September 13, 2005 email from Cindi Harden to JTWCBC@comcast.net at CBC and attached spreadsheet (CBC 00827-829) |
| 9. | Consolidated Biscuit – 10 | | | October 27, 2005 email from Cindi Harden to Jim Bobus and attached spreadsheets (CBC 00987-992) |
| 10. | Consolidated Biscuit – 10 | | | November 3, 2005 email from Cindi Harden to Bill Allen at Winn-Dixie.com, et al. and attached spreadsheet (CBC 01104-1106) |
| 11. | Consolidated Biscuit – 11 | | | June 2, 2005 email from Jim Winter to Scott Sanderbeck and attached documents (CBC 00461-464) |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 12. | Consolidated Biscuit – 11 | | | June 10, 2005 email from Chuck Combs to Jim Winter (CBC 00466) |
| 13. | Consolidated Biscuit – 11 | | | July 28, 2005 email from Cindi Harden to Chuck Combs (CBC 00620) |
| 14. | Consolidated Biscuit - 15 | | | August 1, 2005 Letter from Semon Cull to Jim Winter (CBC 00559) |
| 15. | Consolidated Biscuit – 15 | | | August 5, 2005 Letter from Henry N. Heuerman to Kenneth Kirschner (WD/CB00462) |
| 16. | Consolidated Biscuit – 11 | | | September 19, 2005 email from Larry Ivan to Bill Varney (CBC 00068) |
| 17. | Consolidated Biscuit – 11 | | | September 20, 2005 email from Scott Sanderbeck to Larry Ivan (CBC 00105-109) |
| 18. | Consolidated Biscuit – 11 | | | September 20, 2005 email from Scott Sanderbeck to Larry Ivan (CBC 00116-118) |
| 19. | Consolidated Biscuit – 11 | | | September 21, 2005 email from Bill Varney to Larry Ivan (CBC 00055) |
| 20. | Consolidated Biscuit – 11 | | | September 22, 2005 email from Larry Ivan to Tony Sabatino (CBC 00053) |
| 21. | Consolidated Biscuit – 11 | | | September 22, 2005 email from Bill Varney to Tony Sabatino (CBC 00054) |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 22. | Consolidated Biscuit – 11 | | | October 27, 2005 email from Penny Faircloth to Jim Bobus including attached spreadsheet (CBC 00993-996) |
| 23. | Consolidated Biscuit – 11 | | | November 3, 2005 email from Jim Bobus to Donna Glaser and attached spreadsheet (CBC 00569-572) |
| 24. | Consolidated Biscuit – 12 | | | October 27, 2005 email from Penny Faircloth to Larry Ivan and attached spreadsheet (CBC 00132-136) |
| 25. | Consolidated Biscuit – 15 | | | August 16, 2005 email from Ken Kirschner to Henry Heuerman (CBC 00190) |
| 26. | Consolidated Biscuit – 16 | | | September 12, 2005 memo from Jim Winter to Paul Tiberio (CBC 00826) |
| 27. | Consolidated Biscuit – 16 | | | September 16, 2005 letter from Henry Heuerman to Winn-Dixie Stores, Inc. (WD/CB 00466) |
| 28. | Consolidated Biscuit – 16 | | | October 13, 2005 letter from Henry Heuerman to Winn-Dixie Stores, Inc. (CBC 00565) |
| 29. | Consolidated Biscuit – 16 | | | November 15, 2005 email from Henry Heuerman to Ken Kirschner (CBC 00202-203) |
| 30. | Consolidated Biscuit – 17 | | | Consolidated Biscuit Company invoice number 00272693 dated August 16, 2005 |
| 31. | Consolidated Biscuit – 18 | | | Consolidated Biscuit Company invoice number 00282367 dated December 30, 2005 |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 32. | Consolidated Biscuit – 19 | | | Consolidated Biscuit Co.'s response to Winn-Dixie's first set of interrogatories |
| 33. | Consolidated Biscuit – 20 | | | November 30, 2004 email from Kenneth Kirschner to Jeffrey Snavely |
| 34. | Consolidated Biscuit – 20 | | | December 1, 2004 email from Jeffrey Snavely to Kenneth Kirschner and attached draft co-pack agreement |
| 35. | Consolidated Biscuit – 20 | | | December 8, 2004 email from Kenneth Kirschner to Jeffrey Snavely and attached redline co-pack agreement |
| 36. | | | | December 13, 2004 email from Kenneth Kirschner to Jeffrey Snavely with attached draft co-packaging agreement |
| 37. | Regase – 2 | | | Winn-Dixie Purchasing Report |
| 38. | Regase – 3 | | | Cookie Plant Spreadsheet |
| 39. | Regase – 4 | | | Snacks Spreadsheet |
| 40. | Rhyder – 3 | | | Unique Ingredients |
| 41. | Rhyder – 4 | | | Self-manufactured Item/Transfat Allergen Master List |
| 42. | | | | Winn-Dixie Disclosure Statement and Plan of Reorganization |
| 43. | Nussbaum – 8 | | | Winn-Dixie Locations Closed in 2005 |
| 44. | Nussbaum – 1 | | | Declaration of Bennett L. Nussbaum |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 45. | | | | Winn-Dixie Stores, Inc.'s Annual Report for the fiscal year ending June 30, 2004 |
| 46. | | | | Winn-Dixie Stores, Inc.'s October 25, 2004 SEC Form 10-Q for the Quarter Ending September 22, 2004 |
| 47. | | | | Winn-Dixie Analysis of Pre-petition Packaging Inventory |
| 48. | | | | November 1, 2005 email from Tom Fox to Patrice Leannais (CBC 00158-160) |
| 49. | | | | November 3, 2005 email from Jim Bobus to Donna Glaser (CBC 01100-01103) |
| 50. | | | | All Exhibits on Consolidated's Exhibit List |

SMITH HULSEY & BUSEY

By:   /s/ Allan E. Wulbern
     Stephen D. Busey
     Allan E. Wulbern
     Beau Bowin

Florida Bar No. 117790
Florida Bar No. 175511
Florida Bar No. 792551
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

6

## Certificate of Service

I certify that a copy of the foregoing has been furnished by CM/ECF notification to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202 this 23rd day of September, 2008.

                                              */s/ Allan E. Wulbern*
                                                 Attorney

624855