**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF THE DEBTORS'**
**AMENDED OBJECTION TO THE CLAIM OF SAUDIA ALLY**

Debtors hereby withdraw the Debtors' Amended Objection to the Claim of Saudia Ally [Docket No. 21274] solely as it relates to the contention that the applicable statute of limitations has expired. The Debtors' objections to the Claim of Saudia Ally on all other grounds remain pending, including (i) no liability, (ii) disputed claim amount and (iii) insufficient proof of claim documentation.

**The hearing on the Debtors' Amended Objection to the Claim of Saudia Ally [Docket No. 21274] which is presently scheduled for October 6, 2008 is cancelled.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2

Dated:   September 23, 2008

          SMITH HULSEY & BUSEY


          By   */s/ Leanne McKnight Prendergast*
              James H. Post
              Leanne McKnight Prendergast

          Florida Bar Number 59544
          225 Water Street, Suite 1800
          Jacksonville, Florida  32202
          (904) 359-7700
          (904) 359-7708 (facsimile)
          lprendergast@smithhulsey.com

          Counsel for the Reorganized Debtors

## Certificate of Service

I certify that a copy of this document was furnished by mail to Saudia Ally, c/o Thomas & Pearl, PA, Attn: Charles A. Mancuso, Esq., 2404 Northeast 9th Street, Fort Lauderdale, Florida 33304-3524, this 23rd day of September, 2008.

                                           *s/ Leanne McKnight Prendergast*
                                                           Attorney

00625157