# LAW OFFICES
# GREGG R. SCHWARTZ, P.A.
Suite 1121 • One Datran Center
9100 S. Dadeland Blvd.
Miami, Florida 33156

GREGG R. SCHWARTZ

Telephone    (305) 670-1460
Telecopier   (305) 670-1464
E-Mail       GSchwartz@aol

March 14, 2008

Conchita Cevallos
10500 S.W.108 Ave.-#B211
Miami, Florida 33176

      RE:        CONCHITA R. CEVALLOS
      CLAIM NO: A211205057-0001-01
      D/O/I:    APRIL 21, 2002
      ENTITY:  WINN-DIXIE STORES, INC.

Dear Ms. Cevallos:

    Please be advised that the adjuster has offered $10,000.00 to settle the above-referenced case.

    Please call me to discuss the same.

Sincerely,

GREGG R. SCHWARTZ

GRS/mb



EXHIBIT _____A_____