## LAW OFFICES
## GREGG R. SCHWARTZ, P.A.
Suite 1121 • One Datran Center
9100 S. Dadeland Blvd.
Miami, Florida 33156

GREGG R. SCHWARTZ

Telephone    (305) 670-1460
Telecopier   (305) 670-1464
E-Mail       GSchwartz@aol

September 2, 2008

<u>VIA FACSIMILE 904-419-5365
AND U.S. FIRST CLASS MAIL</u>

George Black
Sedgwick Claims Management Services, Inc.
P.O. Box 24787
Jacksonville, Florida 32241-4787

|  |  |
|---|---|
| RE: CLAIMANT: | CONCHITA ROCIO CEVALLOS |
| INSURED: | WINN DIXIE STORES, INC. |
| CLAIM NO: | A211205057-001-01 |
| YOUR FILE: | 360.08063 |

Dear Mr. Black:

As you know, I am counsel for Conchita Cevallos.

Earlier in the year, your predecessor, Howard Rothwell, offered $10,000.00 to settle the claim. Conchita Cevallos hereby accepts the $10,000.00 offer.

Please make the settlement draft payable to Conchita Cevallos and her attorney, Gregg R. Schwartz.

Thank you for your consideration. Please confirm the settlement at your earliest convenience.

Sincerely,

GREGG R. SCHWARTZ

GRS/mb
Cc:   Joseph B. Stokes, III

EXHIBIT B

# HP LaserJet *3050*
# Fax Call Report

GREGG R SCHWARTZ PA
3056701464
Sep-2-2008    2:46PM

| Job | Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|---|
| 5755 | 9/ 2/2008 | 2:45:34PM | Send | 19044195365 | 0:55 | 2 | OK |

**LAW OFFICES OF GREGG R. SCHWARTZ, P.A.**
One Datran Center-Suite 1121
9100 S. Dadeland Blvd.
Miami, Florida 33156
(305) 670-1460 / Our Fax: (305) 670-1464

# Fax

TO: George Black

FAX #: 904-419-5365

FROM: GREGG R. SCHWARTZ, ESQ.

DATE: September 2, 2008

SUBJECT: CONCHITA R. CEVALLOS v. WINN DIXIE

PAGES: 2 w/cover page

NOTES: SEE ATTACHED CORRESPONDENCE.

**NOTICE**
The information contained in this facsimile message is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, the reader is hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U. S. postal service