## LAW OFFICES
## GREGG R. SCHWARTZ, P.A.
Suite 1121 • One Datran Center
9100 S. Dadeland Blvd.
Miami, Florida 33156

**GREGG R. SCHWARTZ**

Telephone  (305) 670-1460
Telecopier  (305) 670-1464
E-Mail  GSchwartz@aol

September 16, 2008

<u>VIA FACSIMILE 904-359-7708</u>

Leanne McKnight Prendergast, Esq.
225 Water Street, Suite 1800
Jacksonville, Florida 32202

    RE:    **CONCHITA R. CEVALLOS v. WINN DIXIE**
            **UNITED STATES BANKRUPTCY COURT**
            **MIDDLE DISCTICT OF FLORIDA JACKSONVILLE**
            **DIVISION CASE NO.: 05-03817-3F1**

Dear Ms. Prendergast:

    This will confirm today's telephone conversation wherein you confirmed that there was $10,000.00 offer made in March, 2008 with respect to the above-referenced case.

    Should you have any questions or comments, please feel free to contact me.

                                Sincerely,

                                GREGG R. SCHWARTZ

GRS/mb



EXHIBIT C