

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE

# PRO MEMO

Monday
September 22, 2008

## HONORABLE JERRY A. FUNK

*JACKSONVILLE*

| CASE NUMBER: 05-03817-3F1 | FILING DATE: 02/21/2005 | HEARING TIME: 01:30 P.M. |
|---|---|---|

DEBTOR:WINN-DIXIE STORES, INC

Debtor Atty: ALLAN E. WULBERN/*S. BUSEY/C. JACKSON/L. PRENDERGAST/J. POST*
Trustee:
Movant: PRO SE

HEARING:

MOTION FOR RELIEF FROM STAY FILED BY ERNEST ALLEN (21131)


R/S       A/P        F/HRG

ORDER:


APPEARANCES:

US Trustee: Elena Escamilla/Ken Meeker