IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF Florida
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF FILING

Winn-Dixie Stores, Inc., gives notice of filing the transcript and exhibits from the September 22, 2008 deposition of Larry Ivan.

SMITH HULSEY & BUSEY

By:  *s/ Allan E. Wulbern*
   Stephen D. Busey
   Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for the Reorganized Debtors

2

## Certificate of Service

I certify that a copy of the foregoing has been furnished by CM/ECF notification to Richard R. Thames, Esq., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202 this 24th day of September, 2008.

                                        *s/ Allan E. Wulbern*
                                              Attorney

00625860