## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**CASE NO:   05-03817-3F1**

IN RE:

**WINN-DIXIE STORES, INC.**

<u>Debtor(s)</u>

### <u>ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL</u>

This case came before the Court upon the Motion of Gregg R. Schwartz, counsel for Conchita Cevallos, on September 23, 2008, to Appear Pro Hac Vice.  Good cause exists and, it is

**ORDERED:**

The Appearance of Gregg R. Schwartz is permitted without formal admission and the requirement for local counsel is waived.

**DATED September 25, 2008**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Debtor
Debtor's Attorney
US Trustee
Gregg R. Schwartz, One Datran Center, Suite 1121, 9100 S. Dadeland Blvd., Miami, FL 33156