UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER DENYING ERNEST ALLEN'S MOTION
## FOR RELIEF FROM THE AUTOMATIC STAY

This case came before the Court upon the motion filed by Ernest Allen for

relief from the automatic stay (the "Motion"). Based upon the failure of the movant

to appear in support of the Motion, the Court considers the Motion to have been

abandoned. Accordingly, it is

ORDERED that the Motion is denied.

Dated this _25_ day of September 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

622493.3