UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### AGREED ORDER ON DEBTORS' THIRD OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (DOUGHERTY)

This matter came before the Court on the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 8772). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 11864 filed by Dougherty County Tax Commissioner ("Dougherty") is disallowed as having been paid and released.

2. This Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Dougherty in these Chapter 11 cases and (ii) all other pre-effective date claims Dougherty has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

625046

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 25 day of September, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Cynthia C. Jackson

[Cynthia C. Jackson is directed to serve a copy of this order on the Claimant and file a proof of service.]

625046

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | GRAY/ROBINSON, P.A. |
| | |
| By  *s/ Cynthia C. Jackson* | By  *s/ Jason B. Burnett*\* |
| Cynthia C. Jackson | Jason B. Burnett |
| | |
| Florida Bar Number 498882 | Florida Bar Number 822663 |
| 225 Water Street, Suite 1800 | 50 North Laura Street, Suite 1675 |
| Jacksonville, Florida 32202 | Jacksonville, Florida 32202 |
| (904) 359-7700 | (904) 632-8484 |
| (904) 359-7708 (facsimile) | (904) 632-8488 (facsimile) |
| cjackson@smithhulsey.com | jburnett@gray-robinson.com |
| | |
| Attorneys for the Reorganized Debtors | Attorneys for Dougherty County Tax Commissioner |

\* Counsel has authorized the use of his electronic signature.

625046