IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.                Case No. 3:05-bk-03817-JAF
                                               (Jointly Administered)
           Debtor.
_____

## NOTICE OF APPEARANCE

Nicholas V. Pulignano, Jr., an attorney with the law firm of Marks Gray, P.A., 1200 Riverplace Blvd., Suite 800, Jacksonville, FL 32207 hereby gives notice of his appearance as co-counsel for creditor Chester J. Gasper in this case.

Dated: September 26, 2008          **MARKS GRAY, P.A.**

                                   **/s/ Nicholas V. Pulignano, Jr.**
                                   Nicholas V. Pulignano, Jr.
                                   Florida Bar No.: 0319181
                                   1200 Riverplace Blvd., Suite 800,
                                   Jacksonville, Florida 32207
                                   npulignano@marksgray.com
                                   P: (904) 398-0900
                                   F: (904) 399-8440
                                   Attorneys for Chester J. Gasper

## CERTIFICATE OF SERVICE

I hereby certify that today I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send a notice of electronic filing to those listed below. I also certify that today I sent by U. S. Mail a copy of the foregoing to any listed below who will not receive notice of electronic filing.

| | |
|---|---|
| D. J. Baker, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036 | James H. Post, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, FL 32202 |
| Dennis F. Dunne, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>1 Chase Manhattan Plaza<br>New York, NY 10005 | John B. Macdonald, Esquire<br>Akerman Senterfitt & Eidson, P.A.<br>50 North Laura Street, Suite 2500<br>Jacksonville, FL 32202 |

Dated: September 26, 2008            **MARKS GRAY, P.A.**

<u>/s/ Nicholas V. Pulignano, Jr.</u>
Nicholas V. Pulignano, Jr.
Florida Bar No.: 0319181
1200 Riverplace Blvd., Suite 800,
Jacksonville, Florida 32207
npulignano@marksgray.com
P: (904) 398-0900
F: (904) 399-8440
Attorneys for Chester J. Gasper