UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING RESPONSE BY CHRISTY STINNETT TO DEBTORS' AMENDED OBJECTION TO CLAIMS DUE TO CLAIMANTS' FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE

The Court finds that the Response to Debtor's Amended Objection to Claims due to Claimant's Failure to Participate in the Claims Resolution Procedure filed by Randy E. Schimmelpfennig on behalf of Christy Stinnett on September 26, 2008 was filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED:**

The Response to Debtor's Amended Objection to Claims due to Claimant's Failure to Participate in the Claims Resolution Procedure filed by Randy E. Schimmelpfennig on behalf of Christy Stinnett is stricken from the record.

**DATED September 26, 2008**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Randy E. Schimmelpfennig, Attorney for Christy Stinnett, P.O. Box 4979, Orlando, FL 32802-4979
Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, FL 32202