UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                                              CASE NO: 3:05-bk-03817-JAF
                                                                                    Chapter 11
WINN-DIXIE STORES, INC., et al.
                                                                                    Jointly Administered
      Debtor.
_____

**REQUEST TO BE REMOVED FROM
CM/ECF NOTICE IN THE INSTANT CASE**

      COMES now the Jacksonville Transportation Authority ("JTA"), by and through their undersigned counsel, and hereby requests that it be removed from CM/ECF notice in the above-styled case.

      /s/ Aaron R. Cohen
      _____
      Aaron R. Cohen
      PO Box 4218
      Jacksonville, FL 32201
      (904) 389-7277 / (904) 389-7273 fax
      Florida Bar No. 558230
      Attorney for Movant

      I CERTIFY that a copy of this motion was furnished via United States Mail, postage prepaid this 30 day of September 2008 to the following: James Post, Esquire, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202; Matthew Barr, Esquire, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005; by CM/ECF notice to the Office of the U.S. Trustee, James Post, Esquire at jpost@smithhulsey.com ; Matthew Barr, Esquire at mbarr@milbank.com ; and by facsimile to James Post, Esquire at 904-359-7708 and Matthew Bar, Esquire at 212-822-5194.

      /s/ Aaron R. Cohen
      _____
      Aaron R. Cohen