UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie, Inc., et al.,                                    Case No.:  3:05-bk-03817-JAF

      Reorganized Debtors.                           Chapter 11

_____/

**NOTICE OF WITHDRAWAL AND REQUEST TO BE REMOVED**
**FROM THE CM/ECF SYSTEM**

Allan C. Watkins, of the Watkins Law Firm, P.A., files this Notice of Withdrawal

and Request to be Removed from the CM/ECF System.


Respectfully submitted,

Watkins Law Firm, P.A.

/s/ Allan C. Watkins
_____
Allan C. Watkins, Esquire
Florida Bar Number: 185104
707 North Franklin Street, Suite 750
Tampa, Florida 33602
Tel: (813) 226-2215
Fax: (813) 226-2038
email: watkinslaw@att.net


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Notice of
Withdrawal and Request to be Removed from the CM/ECF System was served
Electronically on all creditors and parties in interest on the CM/ECF matrix or by First
Class United States mail, postage prepaid on September 30, 2008.


/s/ Allan C. Watkins
_____
Allan C. Watkins, Esquire