UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | |
| | ) | |

AGREED ORDER RESOLVING CONSOLIDATED
BISCUIT COMPANY'S REQUEST FOR PAYMENT OF AN
ADMINISTRATIVE EXPENSE AND WINN-DIXIE STORES, INC.'S
OBJECTIONS TO CONSOLIDATED BISCUIT COMPANY'S CLAIMS

This confirmed Chapter 11 case is before the Court upon (i) the Request for Payment of an Administrative Expense Claim filed by Consolidated Biscuit ("CBC") [Docket No. 8930] and (ii) Winn-Dixie Stores, Inc.'s Objections to Claims 13321 and 13830 filed by CBC [Docket Nos. 10359 and 21213]. Upon agreement of the parties, it is ORDERED:

1.  Claim Number 13830 is allowed as an unsecured Class 14 Vendor/Supplier Claim, pursuant to Section 4.3(h) of the Joint Pan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors , as modified (the "Plan"), in the amount of $797,673.00.

2.  Distributions will be made to CBC on account of the allowed Claim Number 13830 pursuant to Section 9.2 of the Plan.

3.  CBC shall take no distribution on account of the Administrative Expense Claim (Docket No. 8930) or Claim 13321, both of which are hereby disallowed.

4. This Agreed Order resolves all liabilities and obligations related to (i) the Administrative Expense Claim and all other proofs of claim and administrative expense claims filed by CBC in these Chapter 11 cases and (ii) all other pre-petition or pre-effective date[1] claims that CBC has or may have against Winn-Dixie Stores, Inc. and any of its Chapter 11 estates or affiliates (collectively "Winn-Dixie), all of which forever waived, discharged or released.

5. Logan & Company, Inc., the claims agent appointed in Winn-Dixie's Chapter 11 cases, is directed to make such revisions or additions to the claims register as are necessary to reflect the terms of this Order.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order or any objection to the compromise asserted by the Creditors' Committee.

DATED this 29 day of September, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Allan E. Wulbern, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Richard R. Thames, Esq.
Stutsman Thames & Markey, P.A.
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202

Winn-Dixie Claims Docketing Center
c/o Logan & Company, Inc.
546 Valley Road
Upper Montclair, New Jersey 07043

---

[1] The Effective Date was November 21, 2006, as determined by the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors [Docket No. 12440] and the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Date for Filing claims Arising Before Effective Date, and Other Administrative Claims [Docket No. 12991].

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

**STUTSMAN THAMES & MARKEY, P.A.**     **SMITH HULSEY & BUSEY**


By___/s/ Richard R. Thames*_____     By____/s/ Allan E. Wulbern_____
      Richard R. Thames           Allan E. Wulbern

50 N. Laura Street, Suite 1600     225 Water Street, Suite 1800
Jacksonville, Florida 32202     Jacksonville, Florida 32202
(904) 358-4000     (904) 359-7700
(904) 358-4001 (Facsimile)     (904) 359-7708 (Facsimile)
rrt@stmlaw.net     awulbern@smithhulsey.com

Attorneys for Consolidated Biscuit Company     Attorneys for Winn-Dixie Stores, Inc.


* Counsel has authorized his electronic signature.


00625967.2

# CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: cartes                Page 1 of 1               Date Rcvd: Sep 29, 2008
Case: 05-03817                 Form ID: pdfdoc             Total Served: 1

The following entities were served by first class mail on Oct 01, 2008.
            +Winn-Dixie Claims Docketing Center,   c/o Logan & Company, Inc.,   546 Valley Road,
              Upper Montclair, NJ 07043-1800
The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 01, 2008**          **Signature:**   _Joseph Speetjens_