UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### VISAGENT'S MOTION FOR CASE MANAGEMENT/STATUS CONFERENCE AND REQUEST TO SET DEBTOR'S OBJECTIONS ON DISPUTED CLAIM FOR FINAL HEARING

Visagent Corporation (Visagent), a claimant herein, pursuant to F.R.C.P. 16, hereby moves this Court for a case management conference, pretrial scheduling order and an order scheduling Debtor's Objection, as set forth in its Fourteenth Omnibus Claims Objection relating to Claim No. 9953, for final hearing.

Debtor filed its objection to Visagent's claim on July 11, 2006 as part of its *Fourteenth Omnibus Claims Objection*. Visagent responded to Debtor's *Reason For Proposed Disallowance* on July 23, 2006, simultaneously filing and serving its *Amended Statement of Claim*.

On August 10, 2006, this Court entered its *Order Disallowing (A) No Liability Claims and (B) No Liability Misclassified Claims, as Set Forth In The Debtor's Fourteenth Omnibus Claims Objection*, wherein this Court continued hearings of all unresolved objections "until further order of the Court upon the motion of any party in interest." In the same order, this Court declared, "each claim and the objections by the Debtors to such claim as addressed in the Objection constitute a separate contested matter as contemplated by Bankruptcy Rule 9014." Debtor's Plan of Reorganization was approved by this Court on November 9, 2006.

Visagent and Debtors have litigated this as a contested matter and have engaged in substantial discovery over the last two (2) years to develop the facts of this dispute. Visagent is a party in interest and wishes to bring this matter to a timely resolution either through adjudication by this Court or through a consent agreement. Visagent does not believe meaningful discussion regarding resolution can take place until the parties'

factual and legal positions are refined and the case is set and prepared for final hearing on the merits of Debtor's objection.

Visagent anticipates Debtor will call at least ten (10) witnesses in its case; Visagent will likely call at least as many. Additionally, Visagent anticipates both sides will mark thousands of pages of documents as exhibits for potential entry into the record.

Accordingly, in the interest of effective case management, planning and coordination for the efficient presentation of the parties' evidence, and to avoid undue delay and undue inconvenience to potential witnesses expected to give live testimony, Visagent files this motion seeking an order of this Court setting reasonable dates for 1) completion of discovery, 2) submission of pretrial motions, 3) submission of dispositive motions, 4) exchange of exhibits likely to be used at the final hearing, 5) pretrial meeting of trial counsel to narrow issues and stipulate on agreed facts and the admissibility of documents, 6) filing of a joint pretrial statement, including witness and exhibit lists, 7) filing of trial bench briefs, 8) pretrial mediation 9) final pretrial conference and 10) presentation of the case to this Court.

WHEREFORE, Visagent seeks the relief requested in this Motion or for such other order deemed appropriate by the Court under the circumstances of this contested matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of this Motion has been electronically filed via ECF and that a true and correct copy of the foregoing has been furnished by US regular Mail to: Stephen D. Busey, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on the 2nd day of October, 2008.

Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone:    (772) 283-2004
Facsimile:    (772) 283-2009