UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                      Chapter 11
         Reorganized Debtors.                 )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Americo Borza (Claim No. 7412 and 7413) [Docket No. 21323] was furnished by mail on September 30, 2008 to Americo Borza c/o Nicholas P. Sardelis, Jr., Esq., Sardelis & Bowles, LLP, 2033 Main Street, Suite 502, Sarasota, Florida 34237.

Dated:  October 3, 20087

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151