UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,  ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors.  ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Leah Brown (Claim No. 12825) [Docket No. 21192] was furnished by mail on September 30, 2008 to Leah Brown c/o C. Timothy Corcoran, III, Esq., 400 N. Ashley Drive, Suite 2540, Tampa, Florida 33602 and Thomas J. DeBari, Esq., Kimsey & DeBari, P.A., 5116 South Lakeland Drive, Suite 3, Lakeland, Florida 33813.

Dated: October 3, 20087

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151