UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                        )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                             )        Chapter 11
            Reorganized Debtors.       )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Juan Figueroa (Claim No. 12729) [Docket No. 21406] was furnished by mail on October 2, 2008 to Juan Figueroa c/o Esteban Anderson, Jr., Esq., Anderson & Ozcan, LLC, 169 East Flagler Street, Suite 1232, Miami, Florida 33131-1210.

Dated: October 3, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151