UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )     Case No. 05-03817-3F1
                                                          Chapter 11
          Reorganized Debtors.           )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Daniel Meeks (Claim No. 4335) [Docket No. 21194] was furnished by mail on September 30, 2008 to Daniel Meeks c/o Grady G. Ayers, Esq., Law Offices of Grady G. Ayers, 120 East Marks Street, #200, Orlando, Florida 32803.

Dated: October 3, 2008

                                                SMITH HULSEY & BUSEY

                                                By    *s/ James H. Post*
                                                     Stephen D. Busey
                                                     James H. Post (FBN 175460)
                                                   Cynthia C. Jackson

                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00520151