UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Lola Peterson (Claim No. 7276 and 7277) [Docket No. 21195] was furnished by mail on September 30, 2008 to Lola Peterson c/o Richard N. Bush, Esq., 235 S. Fifth Street, 4th Floor, Louisville, Kentucky 40202.

Dated:  October 3, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151