UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,           )         Case No. 05-03817-3F1
                                                                           Chapter 11
       Reorganized Debtors.           )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Joann Roberts (Claim No. 1770 and 5729) [Docket No. 21374] was furnished by mail on October 2, 2008 to Catherine Roberts as administratix of the Estate of Joann Roberts c/o Jeanne Andry Landry, Esq., Andry & Andry, LLC, 710 Carodelet Street, New Orleans, Louisiana 70130.

Dated: October 3, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151