UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )         Case No. 05-03817-3F1
                                                      Chapter 11
        Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Alan S. Routman (Claim No. 3097, 3098 and 3099) [Docket No. 21390] was furnished by mail on September 30, 2008 to Alan S. Routman, M.D., 5601 N. Dixie Highway, Suite 210, Fort Lauderdale, Florida 33334.

Dated: October 3, 2008

                                    SMITH HULSEY & BUSEY


                                    By       *s/ James H. Post*
                                         Stephen D. Busey
                                         James H. Post (FBN 175460)
                                         Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00520151