UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                                      Chapter 11
        Reorganized Debtors.             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Maxine Simmons (Claim No. 11838) [Docket No. 21196] was furnished by mail on September 30, 2008 to Maxine Simmons c/o Brian Lee, Esq., Law Offices of Carl Scott Schuler, P.A., 644 Cesery Blvd., Suite 340, Jacksonville, Florida 32211.

Dated: October 3, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151