UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,            )          Case No. 05-03817-3F1
                                                               Chapter 11
            Reorganized Debtors.                 )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Susan Walker (Claim No. 13255) [Docket No. 21198] was furnished by mail on September 30, 2008 to Susan Walker c/o David Wolf, Esq., Wood, Atter & Associates, P.A., 333-1 East Munroe Street, Jacksonville, Florida 32202-2834.

Dated:  October 3, 2008

                                                                SMITH HULSEY & BUSEY


                                                                By      *s/ James H. Post*
                                                                     Stephen D. Busey
                                                                     James H. Post (FBN 175460)
                                                                     Cynthia C. Jackson

                                                                225 Water Street, Suite 1800
                                                                Jacksonville, Florida  32202
                                                                (904) 359-7700
                                                                (904) 359-7708 (facsimile)
                                                                jpost@smithhulsey.com

                                                                Counsel for Reorganized Debtors

00520151