UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                           Chapter 11
         Reorganized Debtors.                 )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Mark Wilson (Claim No. 1292 and 1985) [Docket No. 21392] was furnished by mail on September 30, 2008 to Mark Wilson c/o David W. Langley, Esq., 8551 W. Sunrise Blvd., Suite 303, Plantation, Florida 33322-4007.

Dated:  October 3, 2008

                                                       SMITH HULSEY & BUSEY


                                                       By        *s/ James H. Post*
                                                             Stephen D. Busey
                                                             James H. Post (FBN 175460)
                                                             Cynthia C. Jackson

                                                       225 Water Street, Suite 1800
                                                       Jacksonville, Florida  32202
                                                       (904) 359-7700
                                                       (904) 359-7708 (facsimile)
                                                       jpost@smithhulsey.com

                                                       Counsel for Reorganized Debtors

00520151