UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                                         Chapter 11
          Reorganized Debtors.            )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Marvella Woods (Claim No. 6257 and 10036) [Docket No. 21197] was furnished by mail on September 30, 2008 to Marvella Woods, DC #E09492, c/o Lowell Correctional Institution & Annex, 11120 N.W. Gainesville Road, Ocala, Florida 34482-1479.

Dated:  October 3, 2008

                                                    SMITH HULSEY & BUSEY


                                                    By     *s/ James H. Post*
                                                         Stephen D. Busey
                                                         James H. Post (FBN 175460)
                                                         Cynthia C. Jackson

                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida  32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    jpost@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00520151