UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
        Reorganized Debtors.                   )        Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Amended Agreed Order of Resolution of the Litigation Claim of Judith Levy (Claim No. 4932) [Docket No. 21405] was furnished by mail on October 2, 2008 to Judith Levy, P.O. Box 94, Loxahatchee, Florida 33470.

Dated: October 2, 20087

SMITH HULSEY & BUSEY


By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151