UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON OCTOBER 6, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as debtors and debtors in possession (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on October 6, 2008 at 1:30 p.m.:

**A.   Uncontested:**

1. *Amended Fifth Motion for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 21287)*

   Objection Deadline: Expired.

   Objection: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Motion.

2. *Debtors' Twenty-Ninth Omnibus Objection to Claims, as it relates to Claim No. 13744 filed by Sarah Abrams (Docket No. 14799)*

   Response Deadline: Expired.

   Response: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Amended Seventh Omnibus Objection to Administrative Claims Which have Been Settled or Released (Docket No. 21266)*

Response Deadline: Expired.

Response: None

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Amended Objection to Claim of Harry Latham (Docket No. 21273)*

Response Deadline: Expired.

Response: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Amended Objection to the Claim of Linda Smith (Docket No. 21269)*

Objection Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Case Management Conference on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the County of Escambia, (ii) the Response and the Amended Response of Escambia County Property Appraiser to the Debtors' Objection and Motion and (ii) the Request for Payment of an Administrative Expense by the Escambia County Tax Collector for 2006 Ad Valorem Taxes (Docket Nos. 10046, 14281, 15545 and 15549)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

7. *Case Management Conference on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the County of Okaloosa and (ii) the Response of Okaloosa County Tax Collector (Docket Nos. 10046 and 10606)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

**B.    Contested:**

8.  *Amended Objection to Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure Filed (Docket No. 21275)*

    Response Deadline: Expired.

    Response:    Christy Stinnett (Docket No. 21388)

    Status:    The Reorganized Debtors have agreed to continue the hearing as it relates to the claim filed by Christy Stinnett. The Reorganized Debtors will proceed with the hearing on the Objection as to the remaining claims.

9.  *Debtors' Amended Objection to the Claim of Ina Kessler (Docket No. 21270)*

    Objection Deadline: Expired.

    Responses:    Ina Kessler (Docket No. 21343)

    Status:    The Reorganized Debtors have agreed to continue the hearing on the Objection until further notice.

10. *Debtors' Amended Objection to the Claim of Chester Gasper (Docket No. 21271)*

    Objection Deadline: Expired.

    Responses:    Chester Gasper (Docket No. 21387)

    Status:    The Reorganized Debtors have agreed to continue the hearing on the Objection until further notice.

11. *Debtors' Amended Objection to the Claim of Conchita Cevallos (Docket No. 21272)*

Objection Deadline: Expired.

Responses: Conchita Cevallos (Docket No. 21358)

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: October 3, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00625060