UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

        Reorganized Debtors.
_____/

CASE NO. 05-03817-3F1

Chapter 11

Jointly Administered

### CONCHITA R. CEVALLOS' (CLAIM NO: 13189) AMENDED RESPONSE TO DEBTORS' AMENDED OBJECTION TO THE CLAIM OF CONCHITA CEVALLOS AND MOTION TO ENFORCE SETTLEMENT

CONCHITA R. CEVALLOS (Claim No. 13189) by and through undersigned counsel, hereby files this Amended Response to Debtors' Amended Objection To The Claim Of Conchita Cevallos And Motion To Enforce Settlement, and as grounds therefore states:

1.    Debtor, Winn-Dixie Store, Inc. has waived its defense of the statute of limitations and is estopped to argue same as they continued to invite Claimant to mediation, requested demands and made a $10,000.00 offer. See City of Brooksville v. Hernando County, 424 So. 2d 846 (Fla. 5th DCA 1982) and Glantz v. State Auto Mut. Ins. Co., 573 So. 2d 1049 (Fla. 4th DCA 1991) (State Auto agreed to arbitrate, then the statute of limitations expired and State Auto said, " the deal is off." Court found this to be "gotcha" practice at its best).

WHEREFORE, Conchita Cevallos seeks an order compelling Winn-Dixie to tender (deliver) the $10,000.00 settlement to Conchita Cevallos and her attorney within the next 20 days.

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.

DATED: October 6, 2008.

                       LAW OFFICES OF GREGG R. SCHWARTZ, P.A.

                       s/Gregg R. Schwartz
                       GREGG R. SCHWARTZ, ESQ.
                       Florida Bar No. 386110
                       One Datran Center Suite 1121
                       9100 S. Dadeland Blvd.
                       Miami, Florida 33156
                       Tele: 305-670-1460
                       Fax: 305-670-1464
                       E-mail: gschwartz@aol.com

## CERTIFICATE OF SERVICE

    I hereby certify that on October 6, 2008, I filed the within Amended Response to Debtors' Amended Objection To The Claim Of Conchita Cevallos And Motion To Enforce Settlement through the CM/ECF filing system, and faxed a copy to Leanne McKnight Prendergast, Counsel for the Reorganized Debtors, Smith Hulsey & Busey, 225 Water Street, Suite 1800 Jacksonville, Florida 32202 to 904-359-7708.

                       s/Gregg R. Schwartz
                       GREGG R. SCHWARTZ, ESQ.