Case 3:05-bk-03817-JAF   Doc 21441   Filed 10/06/08   Page 1 of 1



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast /P

Amended Fifth Motion for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Doc. 21287)

APPEARANCES:

US TRUSTEE:                                ELENA ESCAMILLA
UNSEC. CRED:                               JOHN B. MACDONALD
Michael Belima                             MATTHEW S. BARR

RULING:

Granted
Ord / Signed