

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Twenty-Ninth Omnibus Objection to Claims, as it relates to Claim No. 13744 filed by Sarah Abrams (Doc. 14799)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

SARAH ABRAMS:

RULING: Sustained