

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Seventh Omnibus Objection to Administrative Claims Which have been Settled or Released (Doc. No. 21266)

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

RULING: Sustained
Ord/Signed