# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON DEBTORS' AMENDED SEVENTH OMNIBUS OBJECTION TO ADMINISTRATIVE CLAIMS WHICH HAVE BEEN SETTLED OR RELEASED

This matter came before the Court for hearing on October 6, 2008, upon the Debtors' Amended Seventh Omnibus Objection to Administrative Claims Which Have Been Settled or Released (the "Objection") (Docket No. 21265) filed by Winn-Dixie Stores, Inc. on behalf of itself and its reorganized subsidiaries and affiliates to the administrative claims identified on Exhibit A to the Objection. No responses to the Objection were filed or raised by the claimants. It is therefore

ORDERED AND ADJUDGED:

1.    The Objection is sustained as each of the administrative claims identified in Exhibit A attached.

2.    The claims identified on Exhibit A are disallowed in their entirety.

Dated this _____ day of October, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

## <u>Administrative Expense Claims</u>

## EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
| --- | --- | --- |
| Adrienne Perry | 9234 | Settled |
| Fara Lee | 13730 | Released |
| Luis M. Perez | 14041 | Settled |
| Noemi Caravaca-Herrera | 9234 | Settled |
| Sara Abrams | 15112 & 15114 | Settled |
| Sidonia Abdulghani | 14099 | Released |

00626063