

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to the Claim of Linda Smith (Doc. 21269)

APPEARANCES:

US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR

LINDA SMITH:

RULING:  Sustained
         Ord/Signed