

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the County of Escambia, (ii) the Response and the Amended Response of Escambia County Property Appraiser to the Debtors' Objection and Motion and (iii) the Request for Payment of an Administrative Expense by the Escambia County Tax Collector for 2006 Ad Valorem Taxes (Docs. 10046, 14281, 15545 and 15549)

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR

ESCAMBIA COUNTY: *Philip Yates*

RULING: *1 day (for #6 & 7) > FEB/MAR '09*
*15*
*SET w/ OKALOOSA    FEB. 20 @ 9:00*