

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the County of Okaloosa and (ii) the Response of Okaloosa County Tax Collector (Docs. 10046 and 10606)

APPEARANCES:

US TRUSTEE:                              ELENA ESCAMILLA
UNSEC. CRED:                             JOHN B. MACDONALD
                                         MATTHEW S. BARR
OKALOOSA COUNTY: *Philip Yates*

RULING:

1 day trial > FEB 15 09
SET W/ESCAMBIA FEB. 20 @ 9:00
LONG ORD. 183