

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast


Amended Objection to Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure filed by Debtor (Doc. 21275)

    Response:     Christy Stinnett (Doc. 21388)


The Reorganized Debtors have agreed to continue the hearing as it relates to the claim filed by Christy Stinnett. The Reorganized Debtors will proceed with the hearing on the Objection as to the remaining claims.

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                              MATTHEW S. BARR

CHRISTY STINNETT:

RULING:  Sustained
Oul/Signed