# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON DEBTORS' AMENDED OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS DUE TO CLAIMANTS' FAILURE TO PARTICIPATE IN THE CLAIMS RESOLUTION PROCEDURE

This matter came before the Court for hearing on October 6, 2008, upon the Debtors' Amended Omnibus Objection to Unresolved Litigation Claims Due to the Claimants' Failure to Participate in the Claims Resolution Procedure (the "Objection") (Docket No. 21275) filed by Winn-Dixie Stores, Inc. on behalf of itself and its reorganized subsidiaries and affiliates to the claims identified on Exhibit A to the Objection. Based upon the informal response made on behalf of claimant Christy Stinnett to the Objection, the Reorganized Debtors have agreed to continue the hearing on the Objection with respect to the proof of claim filed on her behalf. No responses to the Objection were filed or raised as to the other claims identified on Exhibit A attached. It is therefore

ORDERED AND ADJUDGED:

1. The hearing on the Objection with respect to the proof of claim filed by Christy Stinnett is continued until further notice by any party in interest.

2. The Objection is sustained as to the claims identified on Exhibit A.

3. The claims identified on Exhibit A are disallowed.

4. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5. This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this ____ day of October, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

00626076

Winn-Dixie Stores, Inc.
Exhibit A

Page 1
Dated 10/6/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Gunnells, Raymond | 9741 | $0.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
|  | 9742 | $0.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |
| Heath, Benica | 7951 | $200,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor: Winn-Dixie Stores, Inc. | | | |

Total Claims to be Disallowed : 3
Total Amount to be Disallowed: $200,000 plus unliquidated amounts, if any

00626076