

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to the Claim of Chester Gasper (Doc. 21271)*

    Response:   Chester Gasper (Doc. 21387)

*An Agreed Order of Resolution for this claimant was entered October 3, 2008

The Reorganized Debtors have agreed to continue the hearing on the Objection until further notice.

APPEARANCES:
US TRUSTEE:                                 ELENA ESCAMILLA
UNSEC. CRED:                                JOHN B. MACDONALD
                                             MATTHEW S. BARR

CHESTER GASPER:

RULING:   *Cont'd until further nte.*