

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Monday
October 6, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to the Claim of Conchita Cevallos (Doc. 21272)

Response:    Conchita Cevallos (Doc. 21358)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR
CONCHITA CEVALLOS: /s/ Meg Schwartz

RULING: Cont'd. to date certain for 1 hr. hrg.
DEC. 1 @ 11:00
SHORT ORX 183A