**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**DEBTORS' AMENDED OBJECTION TO APPLICATION FOR THE ALLOWANCE OF PROFESSIONAL FEES AND COSTS FILED BY PAPA & GIPE, P.A. AND NOTICE OF HEARING**

The Debtors object to the Application for the Allowance of Professional Fees and Costs filed in these cases by Papa & Gipe, P.A. (Docket No. 14775) (the "Administrative Claim"), on the grounds that the Debtors deny liability and dispute the amount of the debt alleged in the Administrative Claim (the "Objection").

**Notice of Hearing**

Please take notice that a hearing is scheduled for **November 13, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider this Objection.

### Reservation of Rights

In making this Objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the Administrative Claim.

### Response Deadline

If you do **not** oppose the disallowance of the Administrative Claim, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of the Administrative Claim, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on November 3, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: James

H. Post, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at jpost@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: October ___, 2008

                                                  SMITH HULSEY & BUSEY

                                                  By     *s/ James H. Post*
                                                         Stephen D. Busey
                                                         James H. Post
                                                         Leanne McKnight Prendergast

                                                Florida Bar Number 175460
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Counsel for the Reorganized Debtors

## Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to R. Stanley Gipe, Esq., Papa & Gipe, P.A., 1724 Gulf to Bay Boulevard, Clearwater, Florida 33755, this ____ day of October, 2008.

                                                                     *s/ James H. Post*
                                                                           Attorney

626928