# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## ORDER DISALLOWING CLAIM NUMBER 13744 FILED BY SARAH ABRAMS

This cause came before the Court for hearing on October 6, 2008, upon the Twenty-Ninth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively the "Reorganized Debtors") (Docket No. 14799), which objection included claim number 13744 filed by Sarah Abrams. No response to the Objection was filed or raised by the claimant. It is therefore

ORDERED AND ADJUDGED:

1. Claim No. 13744 filed by Sarah Abrams is disallowed in its entirety, without prejudice to the rights, claims or defenses which the Debtors or the claimant has or may have with respect to any timely or untimely application for administrative expense claim or any motion related to such application.

2. This Court retains jurisdiction to resolve any disputes arising from this Order.

Dated this 8 day of October, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this Order on the Interested Parties and file a proof of service.]00626061