**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **November 13, 2008 at 1:30 p.m. (prevailing Eastern time),** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) Objection to Cure Amount filed by Flint Crossing, LLC (Docket No. 2193) and (ii) Objection to Cure Amount filed by Flint Crossing, LLC (Docket No. 3121).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: October 8, 2008

                              SMITH HULSEY & BUSEY


                              By    *s/ Cynthia C. Jackson*
                                     Stephen D. Busey
                                     James H. Post
                                     Cynthia C. Jackson

                              Florida Bar Number 498882
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              cjackson@smithhulsey.com

                              Counsel for Winn-Dixie

## Certificate of Service

I certify that a copy of this document has been furnished by mail to C. Ellis Brazeal III, Esq., Walston, Wells, Anderson & Birchall, LLP, 1819 5th Avenue North, Suite 1100, Birmingham, Alabama 35203, this 8th day of October, 2008.

_s/ Cynthia C. Jackson_
Attorney

605030