**Hearing Date:  November 13, 2008 at 1:30 p.m.**
**Response Deadline:  November 3, 2008 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**DEBTORS' AMENDED OBJECTION TO CLAIM FILED BY**
**EARLINE WILLIAMS AND NOTICE OF HEARING**

The Debtors object to Claim No. 10584 filed in these cases by Earline

Williams upon the grounds of (i) No Liability – Disputed Claim and (ii) the claim

is barred by *res judicata*[2] (the "Objection").

**Notice of Hearing**

Please take notice that a hearing is scheduled for **November 13, 2008** at

**1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk,

United States Bankruptcy Judge for the Middle District of Florida, 300 North

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

[2]  On May 10, 2004, the claimant's petition for damages against Debtor Winn-Dixie Louisiana, Inc., was dismissed with prejudice by the state court by summary judgment.  On September 18, 2008, the summary judgment was upheld on appeal.

Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider this Amended Objection as to *res judicata* only.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

**Response Deadline**

If you do **not** oppose the disallowance of your Claim, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your Claim, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on November 3, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn:

Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  October 10, 2008

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
         Stephen D. Busey
         James H. Post
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to Michael S. Harper, Esq., Harper & Barry, LLP, Post Office Box 2020, Lafayette, Louisiana 70502-2020 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 10th day of October, 2008.

*s/ Leanne McKnight Prendergast*
Attorney

00627166