Hearing Date: November 13, 2008 at 1:30 p.m.
Response Deadline: November 3, 2008 at 4:00 p.m.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## DEBTORS' OBJECTION TO IMPROPERLY FILED ADMINISTRATIVE CLAIMS AND NOTICE OF HEARING

The Debtors object to the motions for administrative claims listed on Exhibit A on the grounds that each such claim is based on an alleged event or injury which occurred prepetition. Therefore these purported administrative claims were required to be asserted as proofs of claim pursuant to Rule 3002, Federal Rules of Bankruptcy Procedure.

**This Objection is made without prejudice to any timely or untimely proof of claim by any of the claimants listed on Exhibit A or any other motions related to such proof of claim.**

## Notice of Hearing

Please take notice that a hearing is scheduled for **November 13, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

**Response Deadline**

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on November 3, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: October 10, 2008

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

## **EXHIBIT A**

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Ana Rosa Jean | 14249 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |
| Esther Falcon Quintero | 14441 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |
| Ethel Butler | 14450 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |
| Jenny Rojas | 14266 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Pamela Daniel | 14031 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |
| Scott Allen | 13946 and 14369 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |

00624654

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished by mail to the individuals listed below this 10th day of October, 2008.

Ana Rosa Jean
c/o Robbins & Reynolds, P.A.
9200 South Dadeland Blvd., Suite 614
Miami, Florida 33156

Jenny Rojas
c/o Robbins & Reynolds, P.A.
9200 South Dadeland Blvd., Suite 614
Miami, Florida 33156

Pamela Daniel
104 South Main Street
Jonesboro, GA 30236

Ethel Butler
Post Office Box 2341
Brunswick, GA 31521

Esther Falcon Quintero
422 E. 7th Street
Hialeah, FL 33010

Scott Allen
c/o Robert C. Stern, Esq.
Killeen & Associates, PC
400 Poydras Street, Suite 1710
New Orleans, LA 70130

                                                *s/ Leanne McKnight Prendergast*
                                                          Attorney

00624654