**Hearing Date: November 13, 2008 at 1:30 p.m.**
**Response Deadline: November 3, 2008 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**DEBTORS' EIGHTH OMNIBUS OBJECTION TO**
**CLAIMS WHICH HAVE BEEN SETTLED, RELEASED**
**OR ABANDONED AND NOTICE OF HEARING**

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the claims listed on the attached Exhibit A on the grounds that these claims have been settled, released or abandoned (the "Objection").

**Notice of Hearing**

Please take notice that a hearing is scheduled for **November 13, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

**Response Deadline**

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on November 3, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn:  Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida  32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

WHEREFORE the Debtors respectfully request that the Court grant the relief requested by this Objection and grant such other and further relief as is just and proper.

Dated:  October 13, 2008

SMITH HULSEY & BUSEY


By  *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

# EXHIBIT A

| Name of Claimant | Docket No. of Motion | Proof of Claim No. | Reason for Disallowance |
| --- | --- | --- | --- |
| Ally, Saudia |  | 1760 | Released |
| Alvarado, Mayra | 13829 | N/A | Settled |
| Atherton, Arden | 13749 | N/A | Released |
| Borrota, Alba | 13316 | N/A | Released |
| Crane, Jessica | 13457 | N/A | Released |
| Dancy, Sharon | 13905 and 14476 | N/A | Settled |
| Dorr, Tim | 13535 | N/A | Released |
| Duran, Enrique | 14230 | N/A | Released |
| Durgin, Elishia | 14013 | N/A | Settled |
| Dyle, Ralph | 13396 | N/A | Settled |
| Eliasson, Roseanne | 13313 | N/A | Released |
| Evans, Darryl | 9234 | N/A | Released |
| Forbes, Caroline | 13248 | N/A | Released |
| Gardner, Barbara | 13979 | N/A | Settled |
| Geiser, George | 13604 | N/A | Settled |
| Gillespie, Dorothy | 13551 | N/A | Released |
| Guardina, Anthony | 13793 | N/A | Settled |
| Guibeau, Glenda | 13468 | N/A | Settled |
| Hagan, Delores | 14323 | N/A | Released |
| Hartrum, Kimberly | 13216 | N/A | Released |
| Jack, Lucinda | 14520 | N/A | Released |

| Name of Claimant | Docket No. of Motion | Proof of Claim No. | Reason for Disallowance |
|---|---|---|---|
| Jimenez, Consuelo | 13909 | N/A | Settled |
| Johnson, Jasmine | 13556 | N/A | Released |
| Kelley-Tumer, Rosetta | 13513 | N/A | Released |
| Latson, Shellie | 14134 | N/A | Released |
| Lewis, Lorna | 13451 | N/A | Released |
| Magee, Marlee | 14019 | N/A | Settled |
| McQuay, Hue Ellen | 13996 | N/A | Released |
| Obohm, Agnes | 13498 | N/A | Released |
| O'Connor, Virgie | 14306 | N/A | Settled |
| Page, Luella | 14179 | N/A | Settled |
| Perchy, Sandra | 13589 | N/A | Settled |
| Ramos, Natividad | 13967 | N/A | Released |
| Reid, Wesley | N/A | 9376 | Abandoned |
| Reliford, Regina Estelle | 13308 | N/A | Released |
| Robinson, Sharon | 14469 | N/A | Settled |
| Rojas, Jenny | 14266 | N/A | Settled |
| Rosales, Maria | 14499 | N/A | Released |
| Sherman, Chad | 14021 | N/A | Settled |
| Smith, Andrea | 14290 | N/A | Settled |
| Smith, Bernice | 14459 | N/A | Released |
| Smith, Haycinth | 14101 | N/A | Released |
| Smith, Olive | 14184 | N/A | Released |
| Spidell, Willie Marie | 13703 | N/A | Released |

| **Name of Claimant** | **Docket No. of Motion** | **Proof of Claim No.** | **Reason for Disallowance** |
| --- | --- | --- | --- |
| Sturgis, Patricia | 14308 | N/A | Released |
| Vega, Michelle | 14241 | N/A | Released |
| Walker, Mary | 13904 and 14478 | N/A | Released |
| Weatherington, Anne | 13698 | N/A | Released |

## DECLARATION

I, Robert Faison, General Liability Claims Manager for Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Eighth Omnibus Objection to Claims are true and correct to the best of my knowledge, information and belief.

*[signature: Robert Faison]*

Robert Faison, General Liability
Claims Manager, Winn-Dixie Stores, Inc.

Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to the individuals listed below this 13th day of October, 2008.

Arden Atherton
c/o Anthony J. Vinsone, Esq.
Steinger, Iscoe & Greene, P.A.
900 E. Prima Visa Blvd., Suite 101
Port St. Lucie, FL 34952

Arden Atherton
c/o Bryan K. Mickler, Esq.
Law Offices of Mickler & Mickler
5452 Arlington Expressway
Jacksonville, FL 32211

Saudia Ally
c/o Charles A. Mancuso, Esq.
Thomas & Pearl
2404 Northeast 9th Street
Fort Lauderdale, Florida 33304-3524

Alba Borrota
c/o Eyal Berger, Esq.
Kluger, Peretz, Kaplan & Berlin, P.L.
201 S. Biscayne Blvd., 7th Floor
Miami, FL 33131

Mayra Alvarado
c/o John H. Ruiz, Esq.
5040 N.W. 7th Street, Suite 920
Miami, FL  33126

Jessica Crane
c/o Jamie E. Suarez
351 N.W. Le Jeune Road
Miami, FL 33126

Sharon Dancy
c/o Christopher G. Klemick
Law Offices of Klemick and Gampel, P.A.
1953 S.W. 27th Ave.
Miami, FL 33145

Tim Dorr
Post Office Box 491482
Leesburg, FL 34749

Enrique Duran
c/o Slate Morales, Esq.
8360 W. Flagler Street, Suite 208
Miami, FL 33144

Elisha Ann Durgin
c/o John Paul Charbonnet, Esq.
Mercier Law Offices
3639 Ambassador Caffery Parkway
Suite 520, Box 144
Lafayette, LA 70503

Roseanne Eliasson
c/o Eyal Berger, Esq.
Kluger, Peretz, Kaplan & Berlin, P.L.
201 S. Biscayne Blvd., 7th Floor
Miami, FL 33131

Darryl Evans
c/o Dennis J. LeVine, Esq.
Dennis LeVine & Associates, P.A.
P.O. Box 307
Tampa, Fl 33601-0707

Caroline Forbes
c/o Scott A. DiSalvo
Fazion DiSalvo Cannon Abers
    Podrecca Fazio & Carroll
Post Office Box 14519
Fort Lauderdale, FL 33302

Barbara Gardner
c/o Michael Gardner, Esq.
16 Marggraff Court
Oradell, New Jersey 07649

George Geiser
c/o Robert Wilcox, Esq.
Wilcox Law Firm
6817 Southpoint Parkway, Suit 1302
Jacksonville, FL 32216

Dorothy Gillespie
c/o David .J. Tong, Esq.
Saxon, Gilmore, Carraway, Gibbons,
    Lash & Wilcox, P.A.
201 E. Kennedy Blvd., Suite 600
Tampa, FL 33602

Dorothy Gillespie
c/o Paul S. Rosenberg, Esq.
Rosenberg & Rosenberg, P.A.
2501 Hollywood Blvd., Suite 110
Hollywood, FL 33020

Glenda Guibeau
c/o Jodi Jacobs Aamodt, Esq.
500 St. Louis Street
New Orleans, LA 70130-2118

Delores Hagan
614414 River Road
Callahan, FL 32011

Kimberly Hartrum
c/o Scott T. Kimmell, Esq.
3650 N. Federal Highway, Suite 201
Pompano Beach, FL 33064

Lucinda Jack
c/o John G. Fontenot, Esq.
Post Office Box 1286
Eunice, LA 70535

Consuelo Jimenez
c/o Eddie Jimenez, Esq.
Law Offices of Darrigo & Diaz, P.A.
4503 North Armenia Ave., Suite 101
Tampa, FL 33603

Jasmine Johnson
c/o David .J. Tong, Esq.
Saxon, Gilmore, Carraway, Gibbons,
    Lash & Wilcox, P.A.
201 E. Kennedy Blvd., Suite 600
Tampa, FL 33602

Jasmine Johnson
c/o Paul S. Rosenberg, Esq.
Rosenberg & Rosenberg, P.A.
2501 Hollywood Blvd., Suite 110
Hollywood, FL 33020

Rosetta Kelley Turner
c/o Brian M. Flaherty, Esq.
Farah & Farah, P.A.
10 West Adams Street, 3rd Floor
Jacksonville, FL 32202

Shellie Latson
c/o David .J. Tong, Esq.
Saxon, Gilmore, Carraway, Gibbons,
    Lash & Wilcox, P.A.
201 E. Kennedy Blvd., Suite 600
Tampa, FL 33602

Shellie Latson
c/o Jason B. Chalik, Esq.
Chalik & Chalik
10062 Northwest 1st Court
Plantation, FL 33324

Lorna Lewis
c/o Alan W. Cohan
1152 North University Drive
Pembroke Pines, FL 33024

Hue Ellen McQuay
c/o Frank D. Butler, Esq.
10550 U.S. Highway 19th North
Pinellas Park, FL 33782

Virgie O'Conner
1142 Columbus Dunn Drive
Baton Rouge, LA 70802

Natividad Ramos
c/o Craig I. Kelley, Esq.
Kelley & Fulton, P.A.
1665 Palm Beach Lakes Blvd.
The Forum – Suite 1000
West Palm Beach, FL 33401

Jenny Del Socorro Rojas
c/o Marc J. Reynolds, Esq.
Robbins & Reynolds, P.A.
9200 S. Dadeland Blvd., Suite 614
Miami, FL 33156

Maria Rosales
c/o Gregg S. Kamp, Esq.
Post Office Box 6235
Lakeland, FL 33807

Hyacinth Smith
c/o Eliot M. Bader, Esq.
Bader, Stillman & Alder, P.L.
6100 West Atlantic Boulevard
Margate, FL 33063

Marlee Magee
c/o Elizabeth Austin Prattini, Esq.
Myles, Cook & Day
1575 Church Street
Zachary, LA 70791

Anges Onohm
c/o Robert J. Fenstersheib, Esq.
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009

Luella Page
c/o David S. Magram, Esq.
801 N.E. 167th Street, 2nd Floor
North Miami Beach, FL 33162-3729

Willie Marie Spidell
c/o David M. Benefeld, Esq.
7491 w. Oakland Park Blvd., Suite 304
Lauderhill, FL 33319

Regina Reliford
c/o Eyal Berger, Esq.
Kluger, Peretz, Kaplan & Berlin, P.L.
201 S. Biscayne Blvd., 7th Floor
Miami, FL 33131

Sharon Robinson
55055 Mashon Road
Independence, LA 70443

Andra Smith
c/o Brian J. Gillis, Esq.
Bogin, Munns & Munns
P.O. Box 2807
Orlando, FL 32804

Olive Smith
c/o David S. Magram, Esq.
801 N.E. 167th Street, 2nd Floor
North Miami Beach, FL 33162-3729

Michelle Vega
c/o Jerome H. Wolfson
3399 S.W. 3rd Ave.
Miami, FL 33145

Anne Weatherington
c/o E. Keith DuBose, Esq.
Matthews, Eastmoore, Hardy,
   Crauwels & Garcia, P.A.
P.O. Box 49377
Sarasota, FL 34230

Bernice Smith
c/o Darryn L. Silverstein, Esq.
Silverstein, Silverstein & Silverstein, P.A.
20801 Biscayne Blvd., Suite 504
Aventura, FL 33180

Anthony Guardina
c/o Michael G. Helm, Esq.
Helm Law Firm, LLC
P.O. Box 4207
Covington, LA 70434

Wesley Reid
c/o Julie Bell, Esq.
Lewis & Daggett
285 Executive Park Blvd.
Winston-Salem, NC 27103

Mary Walker
Law Offices of Klemick and Gampel, P.A.
1953 S.W. 27th Ave.
Miami, FL 33145

Patricia Sturgis
c/o William P. Pope, Esq.
Pope, McMillian, Kutteh,
   Privette, Edwards &
   Scheick, P.A.
Post Office Drawer 1776
Statesville, NC 38687-1776

Ralph Dyle
c/o Daniel Soloway, Esq.
Soloway Law Firm
901 Scenic Highway
Pensacola, FL 32503

Chad Sherman
c/o Maria Glorioso, Esq.
815 Baronne Street
New Orleans, Louisiana 70113

                                 *s/ Leanne McKnight Prendergast*
                                       Attorney

00624868