Hearing Date: November 13, 2008 at 1:30 p.m.
Response Deadline: November 3, 2008 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Reorganized Debtors.[1] ) | Jointly Administered |
| ) | |

### DEBTORS' MOTION TO MODIFY THE
### AGREED ORDER OF RESOLUTION OF THE
### LITIGATION CLAIM OF SHELIA MARLOW (CLAIM NO. 2857)

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") move the Court, pursuant to 11 U.S.C. § 502(j) and Rule 3008, Federal Rules of Bankruptcy Procedure, to modify the Agreed Order of Resolution of the Litigation Claim of Shelia Marlow (Claim No. 2857) (Docket No. 4108), and say:

1.   Prior to the petition date, claimant Shelia Marlow (the "Claimant") asserted a personal injury claim against the Debtors.

2.   The Claimant's claim was resolved prepetition and, on March 9, 2004, the Debtors issued a check to Claimant in the amount of $715.30, in full satisfaction of her claim. A copy of the check is attached as Exhibit A.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3. These cases were filed on February 21, 2005, and Claimant was provided with a proof of claim form and bar date notice.

4. On May 23, 2005, Claimant filed Claim No. 2857 (the "Claim"), asserting the same prepetition claim which arose in February, 2003 and which was paid and satisfied with the March 9, 2004 check.

5. On November 9, 2005, an agreed order was entered allowing Claim No. 2857 in the amount of $751.30 (Docket No. 4108)(the "Agreed Order").

6. The Agreed Order should be modified to provide that (i) the Debtors have no further liability or obligation related to the Claim because the Claim has been satisfied, and (ii) the Debtors are not required to make any further distributions under the Plan as to the allowed Claim.

Based upon the foregoing, the Debtors respectfully request that the Court enter an amended Agreed Order in the form attached as Exhibit B.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
James H. Post
Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of the foregoing was furnished by mail on October 13th to Shelia Marlow, 1290 Park Hill Drive, Gainesville, Georgia, 30501.

                                               *s/ Leanne McKnight Prendergast*
                                                        Attorney

00627643

## Exhibit A

## Exhibit A

11/16/2005 10:05  9043706207                    WINNDIXIE ACCTING                    PAGE 01/01

Image Print    *Yolanda Ervis* ✓        *Attn: Linda Bell*
               *A311214421*

**Wachovia Bank Account No. WBFL 2079940000225**



SC&S REC
NOV 17 2005

| View | Post Date | Amount | Serial No | Sequence No |
|---|---|---|---|---|
| 1 | 03/17/2004 | $715.30 | 7166355 | 1434502999 |

© Wachovia Corporation, 2004

https://wc.wachovia.com/CheckImage/asp/PrintPages.asp?DataLine=%3Ctable%20borde...  11/15/2005

**Exhibit B**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

ORDER ON DEBTORS' MOTION TO
MODIFY AGREED ORDER OF RESOLUTION OF THE
LITIGATION CLAIM OF SHELIA MARLOW (CLAIM NO. 2857)

These cases are before the Court on November 13, 2008 upon the Debtors' Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Shelia Marlow (the "Motion"). Upon consideration of the record in these cases, it is

ORDERED:

1. The Motion is Granted.

2. The Agreed Order of Resolution of the Litigation Claim of Shelia Marlow (Claim No. 2857) (Docket No. 4108) is modified to provide that (i) the Debtors have no further liability or obligation related to the Claim because the the Claim has been satisfied, and (ii) the Debtors are not required to make any further distributions under the Plan as to the allowed Claim.

3. The Court shall retain jurisdiction to resolve any disputes arising from

this Order.

      Dated this _____ day of October, in Jacksonville, Florida.

                                                                   Jerry A. Funk
                                                                   United States Bankruptcy Judge

Copy to: Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Claimant and file a proof of service.]

00627663