UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| Debtors | Jointly Administered |

## NOTICE OF WITHDRAWAL
## AND REQUEST TO STOP ELECTRONIC NOTICE

Champ Lyons, III, of the law firm of King, Horsley & Lyons, LLC, moves the Court for an order allowing him to withdraw from the above referenced case and to stop electronic notices. The claim has resolved and the case is no longer pending.

Respectfully submitted,

_____
Champ Lyons, III
Attorney for Plaintiff

OF COUNSEL:

KING, HORSLEY & LYONS, LLC
One Metroplex Drive
Suite 280
Birmingham, AL 35209
205.871.1310 - p
205.871.1370 - f

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served on the following counsel of record via the ECF system on this the 13th day of October, 2008.

| | |
|---|---|
| Matthew Barr | James Post |
| Milbank Tweed Hadley & McCoy LLP | Smith Hulsey & Busey |
| 1 Chase Manhattan Plaza | 225 Water Street, Suite 1800 |
| New York, NY 10005 | Jacksonville, FL 32202 |

_____
OF COUNSEL