IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                               Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.                     Chapter 11
                                                     Jointly Administered
_____Debtors._____

## NOTICE OF WITHDRAWAL AND REQUEST
## TO STOP ELECTRONIC NOTICE

Brian D. Zinn, of the law firm of Goldstein, Buckley, Cechman, Rice & Purtz, P.A., moves the Court for an order allowing him to withdraw from the above-referenced case and to stop electronic notices. The claim has resolved and the case is no longer pending.

GOLDSTEIN, BUCKLEY,
CECHMAN, RICE & PURTZ, P.A.
Attorneys for Movant Dortha
Mohundro
P. O. Box 2366
Fort Myers, Florida 33902
(239) 334-1146

By: _____
Brian D. Zinn
Florida Bar No. 12497

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Notice has been furnished by regular United States Postal Service to:

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

Elena L. Escamilla, United States Trustee
135 W. Central Blvd., Ste. 620
Orlando, FL 32806

James H. Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

D.J. Baker,
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

1007(d) Parties in Interest
Furnished Electronically

this 14th day of October, 2008.

GOLDSTEIN, BUCKLEY,
CECHMAN, RICE & PURTZ, P.A.
Attorneys for Movant Dortha Mohundro
P. O. Box 2366
Fort Myers, Florida 33902
(239) 334-1146

By: _____
Brian D. Zinn
Florida Bar No. 12497