## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al., Debtors.

Case No.: 05-03817-3F1

Chapter 11

Jointly Administered

### NOTICE OF WITHDRAWAL AND REQUEST TO STOP ELECTRONIC NOTICE
Deandrea King

P. Hutchison, Brock, II, of the law firm of Johnson, Auvil, Brock & Wilson, moves the Court for an order allowing him to withdraw from the above referenced case and to stop electronic notices. The claim has resolved and the cause is no longer pending.

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2008, I filed this **Notice of Withdrawl and Request to Stop Electronic Notice** through the CM/ECF filing system, which will cause a copy to be served on Clerk of Court, United States Courthouse, 300 North Hogan St., Suite3-350, Jacksonville, FL 32202; James H. Post, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, as Counsel for the Reorganized Debtors; Matthew Barr, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, New York, 10005, as Counsel for the Post-Effective Date Committee; Elana L. Escamilla, Esq., counsel for the Office of the United States Trustee; and all other parties participating in the CM/ECF System, all served electronically.

P. Hutchison Brock, II, Esquire
Florida Bar No. 861243
**Johnson, Auvil, Brock & Wilson, P.A.**
37837 Meridian Avenue, Suite 314
Post Office Box 2337
Dade City, Florida 33526-2337
Phone: 352/567-2500
Fax:    352/567-6813