UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                           Chapter 11
                    Reorganized Debtors.     )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Josh Strickland (Claim No. 9135) [Docket No. 21477] was furnished by mail on October 15, 2008 to Josh Strickland, 1160 Fromage Circle, East, Jacksonville, Florida 32225.

Dated:  October 15, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

          225 Water Street, Suite 1800
          Jacksonville, Florida  32202
          (904) 359-7700
          (904) 359-7708 (facsimile)
          jpost@smithhulsey.com

          Counsel for Reorganized Debtors

00520151