UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                                         Chapter 11
         Reorganized Debtors.               )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Yolanda Lincoln [Docket No. 14521] was furnished by mail on October 15, 2008 to Yolanda Lincoln, c/o Aaron Coven, Esq., Law Offices of Allen, Seaman & Associates, 1601 Belvedere Rd, Suite 506-E, West Palm Beach, FL  33406.

Dated:  October 15, 2008

                                                    SMITH HULSEY & BUSEY


                                                    By      *s/ James H. Post*
                                                            Stephen D. Busey
                                                            James H. Post (FBN 175460)
                                                            Cynthia C. Jackson

                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida  32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    jpost@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00569785