UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re                                                    ) | |
| WINN-DIXIE STORES, INC., et al.,    ) | Case No. 05-03817-3F1 |
|                                                                 ) | Chapter 11 |
|          Reorganized Debtors.           ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Delores Edwards-Miller [Docket No. 14980] was furnished by mail on October 15, 2008 to Delores Edwards-Miller, c/o Lawrence Silverman, Esq., Foy & Associates, PC, 3343 Peachtree Street N.E., Suite 350, Atlanta, GA 30326.

Dated: October 15, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785