UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                    Chapter 11
                    Reorganized Debtors.     )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Priscilla Mency [Docket No. 13578] was furnished by mail on October 16, 2008 to Priscilla Mency c/o Bruce A. Gartner, Esq., 427 Osceola Ave., Jacksonville Beach, Florida  32250.

Dated:  October 16, 2008

SMITH HULSEY & BUSEY


By _____*s/ James H. Post*_____
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785