UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |
| ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN W. ROSENBLATT

Comes now, Forrest County, Hinds County, Mississippi, Marion County, Mississippi, Yazoo County, Mississippi, Lauderdale County, Mississippi, Mississippi, Rankin County, Mississippi, Pike County, Mississippi, Jones County, Mississippi and Madison County, Mississippi (the "Mississippi Counties"), pursuant to Local Bankruptcy Rule 2090-2, moves the Court for admission of Stephen W. Rosenblatt, by comity as a nonresident attorney *pro hac vice,* and in support thereof, presents the following to the Court:

1. Stephen W. Rosenblatt is a member of the law firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC and is a member in good standing of the bar in Mississippi and the Court of Appeals for the Fifth Circuit. Stephen W. Rosenblatt has never been suspended or disbarred from any court and is eligible for admission *pro hac vice* in this matter. *See* Exhibit "A," Affidavit of Stephen W. Rosenblatt, and Exhibit "B," Certificate of Good Standing for Stephen W. Rosenblatt.

2. Stephen W. Rosenblatt seeks admission *pro hac vice* in this case to represent the Mississippi Counties, in association with Richard R. Thames and Bradley R. Markey, members in good standing of the Bar of this Court, who are members of Stutsman, Thames and Markey, PA, resident attorneys for the Mississippi Counties.

WHEREFORE, the Mississippi Counties respectfully move the Court, pursuant to Local Bankruptcy Rule 2090-2, to admit Stephen W. Rosenblatt *pro hac vice* as a nonresident attorney before this Court for all proceedings on behalf of the Mississippi Counties in the above-referenced bankruptcy case.

Respectfully submitted,

**STUTSMAN THAMES & MARKEY, P.A.**

By: /s Bradley R. Markey
    BRADLEY R. MARKEY

Florida Bar Number 0984213
50 North Laura Street, Suite 1600
Jacksonville, FL 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
bmarkey@stmlaw.net

Attorneys for Forrest County, Mississippi,
Hinds County, Mississippi,
Marion County, Mississippi,
Yazoo County, Mississippi,
Lauderdale County, Mississippi,
Rankin County, Mississippi,
Pike County, Mississippi,
Jones County, Mississippi And
Madison County, Mississippi

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was furnished electronically to Cynthia C. Jackson, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 at cjackson@smithhulsey.com, this the ____ day of October, 2008.

/s Bradley R. Markey
BRADLEY R. MARKEY

Jackson 3379043v.1

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |
| _____ ) | |

## AFFIDAVIT OF STEPHEN W. ROSENBLATT FOR ADMISSION *PRO HAC VICE*

Stephen W. Rosenblatt, after first being duly sworn, states as follows:

1. My name is Stephen W. Rosenblatt, and I am over 18 years of age, and I am competent to testify to the facts contained herein.

2. I am a member of the law firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, and I desire to appear *pro hac vice* in this bankruptcy case on behalf of Forrest County, Hinds County, Mississippi, Marion County, Mississippi, Yazoo County, Mississippi, Lauderdale County, Mississippi, Mississippi, Rankin County, Mississippi, Pike County, Mississippi, Jones County, Mississippi and Madison County, Mississippi (the "Mississippi Counties").

3. I am a member in good standing of the bar in the Mississippi and the Fifth Circuit Court of Appeals.

4. I have never been suspended or disbarred from any court, and I am eligible for admission *pro hac vice* in this matter.

5. My mailing address is Stephen W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, 210 East Capitol Street, Jackson, MS 39201. My telephone number is (601) 985-4504, and my e-mail address is steve.rosenblatt@butlersnow.com.

6. I agree to be subject to the jurisdiction of the United States Bankruptcy Court for the Middle District of Florida in any manner arising out of my conduct in such proceedings and to be bound by the Florida Rules of Professional Conduct applicable to Florida lawyers.

7. I am associated in this bankruptcy case with Richard R. Thames and Bradley R. Markey of Stutsman, Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, FL 32202, licensed attorneys in good standing and who reside and maintain a law office in Florida.

Further Affiant sayeth not.

Dated, this 16th day of October, 2008.

_____
STEPHEN W. ROSENBLATT

SWORN TO AND SUBSCRIBED before me, this 16th day of October, 2008.

_____
Notary Public

My Commission Expires:

BRENDA CHOBANIAN
MY COMMISSION # DD818384
EXPIRES: September 23, 2012
1-800-3-NOTARY    Fl. Notary Discount Assoc. Co.

-2-

# EXHIBIT "B"

# The Supreme Court of Mississippi



## Certificate of Good Standing

I, Betty W. Sephton, as Clerk of the Supreme Court of Mississippi, do hereby certify that **Stephen W. Rosenblatt** was duly and legally admitted to practice law before the Supreme Court of Mississippi on May 13, 1975, and is now an attorney in good standing of the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Mississippi is the highest court of record in this state.

Done on October 17, 2008, with the seal of the Supreme Court of Mississippi affixed.

The Supreme Court of Mississippi

_Betty W. Sephton_
CLERK