UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re: Winn-Dixie Stores, Inc

CASE NO.: 3:05-BK-03817-JAF

_____Debtor_____/

## NOTICE OF WITHDRAWAL AND REQUEST TO BE REMOVED FROM SERVICE LIST

Comes Now, Edward Freire and files this Notice of Withdrawal from the instant case and request to be removed from the service list.

Respectfully Submitted,

_____
FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor
[ ] Edward Freire, Esq. FBN: 0813771
[X] Laila S. Gonzalez, Esq. FBN: 0975291
1800 W. 49th Street, Suite 311
Hialeah, FL 33012
(305) 826-1774