UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                                            Chapter 11
          Reorganized Debtors.                 )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Phyllis Greene (Claim No. 4097) [Docket No. 3326] was furnished by mail on October 21, 2008 to Phyllis Greene c/o David Kleinbert, 2641 N.E. 207th Street, Aventura, Florida 33180.

Dated: October 21, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151