UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                        Chapter 11
            Reorganized Debtors.           )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Yolanda Lincoln [Docket No. 14521] was furnished by mail on October 22, 2008 to Yolanda Lincoln c/o Aaron Coven, 444 West Railroad Ave., Suite 450, West Palm Beach, Florida  33401.

Dated:  October 22, 2008

SMITH HULSEY & BUSEY


By      *s/ James H. Post*
      Stephen D. Busey
      James H. Post (FBN 175460)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785