[31634] [Order Waiving the Requirement for Local Counsel]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon Motion of Stephen W. Rosenblatt, a non-resident of Florida and counsel for Forrest, Hinds, Marion, Yazoo, Lauderdale, Rankin, Pike, Jones, and Madison Counties in Mississippi, pursuant to Local Rule 2090-1 to waive the requirement for local counsel. Good cause exists and, it is

ORDERED: Local Rule 2090-1 permits appearance without formal admission of a non-resident of Florida and the requirement for local counsel is waived.

Dated October 20, 2008.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
United States Trustee
Stephen W. Rosenblatt, 210 East Capitol Street, Jackson, MS 39201

# CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: cartes              Page 1 of 1                 Date Rcvd: Oct 20, 2008
Case: 05-03817                 Form ID: pdfdoc           Total Served: 1
```

The following entities were served by first class mail on Oct 22, 2008.
      +Stephen W. Rosenblatt,   210 East Capitol Street,   Jackson, MS 39201-2306

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2008**                    **Signature:** _/s/ Joseph Speetjens_