**[3902a]** [Notice of Continued or Rescheduled Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No. 3:05−bk−03817−JAF
                                                                                         Chapter 11

Winn−Dixie Stores, Inc


_____Debtor(s)_____/


NOTICE OF CONTINUED HEARING


   NOTICE IS GIVEN that a hearing on Sixth Motion to Compel Discovery from Debtor filed by Visagent Corporation is continued to November 18, 2008 at 11:00 a.m. in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville Florida.


Dated October 23, 2008 .

                                   Lee Ann Bennett, Clerk of Court
                                   300 North Hogan Street Suite 3−350
                                   Jacksonville, FL 32202


Copies furnished to:
Debtor
Attorney for Debtor
US Trustee
Attorney for Creditor's Committee
Attorney for Movant