UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                            )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                                          Chapter 11
                Reorganized Debtors.         )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Lillian Marlette [Docket No. 14251] was furnished by mail on October 24, 2008 to Lillian Marlette c/o J. Scott Nooney, 1680 Emerson Street, Jacksonville, Florida 32207.

Dated:  October 24, 2008

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785