**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
|    Reorganized Debtors. | ) | Chapter 11 |
| _____ | ) | Jointly Administered |
| WINN-DIXIE STORES, INC., | ) | Adversary No. 08-00153-JAF |
|    Plaintiff, | ) | |
| v. | ) | |
| ANDRES ABAD and ADAM M. SHONSON, | ) | |
| | ) | |
|    Defendants. | ) | |
| _____ | ) | |

**DEFENDANTS' NOTICE OF WITHDRAWAL AND
REQUEST TO STOP ELECTRONIC NOTICE**

     William G. Wolk of the law firm of Homer Bonner, P.A. moves the Court for an Order allowing him to withdraw from the above-referenced case and to stop electronic notices. The claim has resolved and the cause is no longer pending.

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 27, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

1

Adversary No. 08-00153-JAF

          s/William G. Wolk
          WILLIAM G. WOLK
          Florida Bar No. 103527
          wwolk@homerbonnerlaw.com
          HOMER BONNER, P.A.
          1441 Brickell Avenue - Suite 1200
          Miami, Florida  33130
          Telephone:  (305)350-5119
          Facsimile:  (305) 982-0084
          Attorneys for Defendants

## SERVICE LIST

**Winn Dixie Stores Inc. v. Andres Abad and Adam M. Shonson**
**Case No. 08-00153-JAF**
**United States Bankruptcy Court**
**Middle District of Florida**

Stephen D. Busey
busey@smithhulsey.com
James H. Post
jpost@smithhulsey.com
David L. Gay
dgay@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Telephone:  904/359-7700
Facsimile:  904/359-7708
Attorneys for Winn-Dixie Stores, Inc.
[Via e-mail]