**[3902]** [Notice of Cancellation and Rescheduling]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

### NOTICE OF CANCELLATION AND RESCHEDULING HEARING

NOTICE IS GIVEN that a hearing scheduled to be heard in this case on February 20, 2009 at 9:00 a.m. IS RESCHEDULED AND will be held on March 12, 2009 , at 9:00 a.m. , in 4th Floor Courtroom 4D , 300 North Hogan Street, Jacksonville, Florida, to consider and act upon the following matter:

1) Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it Relates to the County of Okaloosa and
2) Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities as it Relates to the County of Escambia and Request for Payment of an Administrative Expense by the Escambia County Tax Collector for 2006 Ad Valorem Taxes.

and transact such other business as may properly come before the hearing.

Dated October 29, 2008 .

Lee Ann Bennett, Clerk of Court
300 North Hogan Street Suite 3−350
Jacksonville, FL 32202

Copies furnished to:
Debtor
Attorney for Debtor
Attorney for Okaloosa County
Attorney for Escambia County
United States Trustee
L.R. 1007(d) Parties