**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:

WINN-DIXIES STORES, INC. et al.,   Case No. 05-bk-03817-JAK

Debtors   Chapter 11

_____/

**AMENDED MOTION FOR ADMISSION TO APPEAR *PRO HAC VICE*
PURSUANT TO FLORIDA RULE OF JUDICIAL ADMINISTRATION 2.510**

I, Joseph C. Schulz, Esq., am an attorney with the Law Offices of Vastola, Schulz, Harvey & Crane located in North Palm Beach, Florida and that I am a member in good standing of the Florida Bar of this Court. My bar number is 0660620. I am moving this Court for admission to appear *pro hac vice* in the above-referenced case as counsel for Alba Damion.

We certify that:

1.  The proposed admittee is a member in good standing of the Florida bar of the following Courts and/or United States Courts:

    | Court | Date of Admission |
    | --- | --- |
    | Florida Courts | September 2003 |
    | United States Southern District | April, 2004 |

2.  During the twelve months immediately proceeding this motion, the proposed admittee has been admitted *pro hac vice* in this Court zero (0) times.

3.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Bankruptcy Procedure, The Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.  Either the undersigned movant or _____ is also a member of the bar of this Court in good standing and will serve as counsel in these proceedings.

7.  Admittee has read the applicable provisions of Florida Rule of Judicial Administration 2.510 and Rule 1-3.10 of the Rules Regulating The Florida Bar and certifies that this verified motion complies with those rules.

8.  Admittee agrees to comply with the provisions of the Florida Rules of Professional Conduct and consents to the jurisdiction of the courts and the Bar of the State of Florida.

WHEREFORE, Admittee/ Movant respectfully requests permission to appear in this court for this cause only.

DATED this 29th day of October, 20008.

_____
JOSEPH C. SCHULZ, ESQ.
Florida Bar No.: 0660620

STATE OF FLORIDA

COUNTY OF PALM BEACH

I, __Joseph C. Schulz__, do hereby swear or affirm under penalty of perjury that I am the Movant in the above-styled matter; that I have read the foregoing Motion and know the contents thereof, and the contents are true of my own knowledge and belief.

The foregoing instrument was acknowledged before me this _29th_ day of _October_, 20_08_, by _Joseph C. Schulz_ who is personally known to me or who has produced _____ as identification and who did take an oath.

_____
Notary Public (Signature)

_Sansianna McCalla_
(Printed or Typed Name)

2

Commission Number: DD445903

My commission expires: 6/29/09



I hereby consent to be associated as local counsel of record in this cause pursuant to Florida Rule of Judicial Administration 2.510.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished to all parties listed below, this 29th day of October, 2008.

> VASTOLA, SCHULZ, HARVEY & CRANE
> *Attorney for Plaintiff*
> The Atrium
> 631 U.S. Highway One, Suite 202
> North Palm Beach, Florida 33408
> Email:jschulz@vastolaw.com
> (561) 721-2500
> (561) 721-2501 Facsimile
>
> By: /s/ Joseph C. Schulz, Esq.
> Joseph C. Schulz, Esq.
> Florida Bar No.: 0660620

Service List:

PHV Admissions
The Florida Bar
651 East Jefferson Street
Tallahassee, Florida 32399-2333

James H. Post, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699