Ethel Butler
P.O. Box 2341
Brunswick GA. 31521

27 Oct 08

Clerk of the Court
United States Courthouse
300 North Hogan St., Suite 3-350
Jacksonville, Florida 32202

Case No # 05-03817-3F1
Docket No. of Motion - 14450

Subject: Do oppose the disallowance

To the Court I do oppose the disallowance of claim. Form B10, Chapter 11 proof of claim was file in a timely manner.

Sincerly
Ethel Butler

cc.
Smith Hulsey + Busey
Leanne McKnight Prendergast
225 Water Street, Suite 1800
Jacksonville, Florida 32202