## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF THE DEBTORS'
## AMENDED OBJECTION TO THE CLAIMS OF HATTYE MIZELL

Debtors hereby withdraw without prejudice the Debtors' Amended Objection to the Claims of Hattye Mizell [Docket No. 21557] solely as it relates to the contention that the claimant has failed to comply with the Claims Resolution Procedure.  The Debtors' objections to the Claims of Hattye Mizell on all other grounds remain pending, including (i) no liability, (ii) disputed claim amount and (iii) Claim No. 1678 is duplicated by Claim No. 2287.

**The hearing on the Debtors' Amended Objection to the Claims of Hattye Mizell [Docket No. 21557] which is presently scheduled for December 18, 2008 is cancelled.**

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Dated:  October 30, 2008

SMITH HULSEY & BUSEY


By    */s/ Leanne McKnight Prendergast*
       James H. Post
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

<u>Certificate of Service</u>

I certify that a copy of this document was furnished (i) by facsimile to James S. Robertson, III, Esq., Gaebe, Mullen, Antonelli, Esco & DiMatteo, 420 South Dixie Highway, Third Floor, Coral Gables, FL 33146 and (ii) by mail to United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 30th day of October, 2008.

<i>s/ Leanne McKnight Prendergast</i><br>Attorney

00629897