# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:                                                  )         Case No.  05-03817-3F1
                                                        )
WINN-DIXIE STORES, INC., et al.,                        )         *Chapter 11*
                                                        )
Reorganized Debtors.                                    )         Jointly Administered
_____)

## AGREED ORDER ON DEBTORS' THIRD OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (GWINNETT)

This matter came before the Court on the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 8772). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    Proofs of Claim numbers 11696, 11697, 11698, 11699, 11700, 11701, 11702 and 11703 filed by the County of Gwinnett are allowed as secured claims in a total amount of $80,000.00.

2.    This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Gwinnett in these Chapter 11 cases and (ii) all other pre-effective date claims Gwinnett has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.    This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this ___30___ day of __October__ , 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                              HELD & ISRAEL

By___*s/ Cynthia C. Jackson*___                   By___*\*s/Kim Israel*_____
    Cynthia C. Jackson, F.B.N. 498882              Kim Israel, F.B.N. 47287

225 Water Street, Suite 1800                      6320 St. Augustine Road, Suite 2
Jacksonville, Florida 32202                       Jacksonville, FL 32217
(904) 359-7700                                    (904) 398-7038
(904) 359-7708 (facsimile)                        (904) 398-4283 (facsimile)
cjackson@smithhulsey.com                          kim@hilawfirm.com

Counsel for Reorganized Debtors                   Attorney for County of Gwinnett


\* Ms. Israel has authorized her electronic signature.