UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

        Reorganized Debtors.

_____/

CASE NO. 05-03817-3F1

Chapter 11

Jointly Administered

### NOTICE OF TAKING TELEPHONIC DEPOSITION DUCES TECUM

TO:    Leanne McKnight Prendergast, Esq.
          Smith Hulsey & Busey
          225 Water Street, Suite 1800
          Jacksonville, Florida 32202

PLEASE TAKE NOTICE THAT THE UNDERSIGNED ATTORNEY WILL TAKE THE DEPOSITION OF:

| **NAME:** | **DATE AND TIME:** | **LOCATION:** |
|---|---|---|
| Adjuster and/or person with the most knowledge at Sedgwick Claims Management Services, Inc. with respect to the $10,000.00 offer to claimant Conchita Cevallos | November 12, 2008 10:00 AM | Leanne McKnight Prendergast, Esq. Smith Hulsey & Busey 225 Water Street, Suite 1800 Jacksonville, Florida 32202 |

upon an oral examination before **Klein, Bury & Associates, Inc.** or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The depositions are being taken for purposes of discovery, for use at trial or are being taken for such other purposes as are permitted under the Rules of the Court.

cc: Klein, Bury & Associates, Inc.

### DUCES TECUM

1. BRING THE PORTION OF THE CLAIM FILE WHICH SHOWS THE $10,000.00 OFFER MADE TO CLAIMANT CONCHITA CEVALLOS AND ANY WITHDRAWL OF THAT $10,000.00 OFFER (CLAIM NO. A211205057-0001-01).

**LAW OFFICES OF GREGG R. SCHWARTZ, P.A.**

DATED: October 31, 2008     LAW OFFICES OF GREGG R. SCHWARTZ, P.A.


                                      s/Gregg R. Schwartz_____
                                      GREGG R. SCHWARTZ, ESQ.
                                      Florida Bar No. 386110
                                      One Datran Center Suite 1121
                                      9100 S. Dadeland Blvd.
                                      Miami, Florida 33156
                                      Tele: 305-670-1460
                                      Fax: 305-670-1464
                                      E-mail: gschwartz@aol.com


## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2008, I filed the within Notice of Taking Telephonic Deposition Duces Tecum through the CM/ECF filing system and faxed to Leanne McKnight Prendergast, Counsel for the Reorganized Debtors, Smith Hulsey & Busey, 225 Water Street, Suite 1800 Jacksonville, Florida 32202 to 904-359-7708.


                                      s/Gregg R. Schwartz_____
                                      GREGG R. SCHWARTZ, ESQ.