# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF WITHDRAWAL OF
## APPLICATION FOR ADMINISTRATIVE CLAIM

Applicant, Minnie L. Walker, hereby withdraws her Application for Payment of Administrative Expense (Docket No. 14154) and any other administrative claim she may have against the Debtors or their estates.

Dated: October 31, 2008.

By *s/ P. David Carollo*

P. David Carollo

735 Old Spanish Trail
Slidell, Louisiana 70458
(985) 643-8223
(985) 643-8338 (facsimile)
pdavidcarollo@hotmail.com

## CERTIFICATE OF SERVICE

I certify that a copy of foregoing document was furnished electronically on October 31, 2008 to Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (904) 359-7708.

                                                *P. David Carollo*
                                                     Attorney

DOC OF WITHDRAWAL FROM ATTY.wpd