# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER OF RESOLUTION OF THE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM FILED BY LESCO MEDISEARCH

This matter is before the Court upon the Application for Administrative Expense filed by Lesco MediSearch (Docket No. 13595). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Application for Administrative Expense filed by Lesco MediSearch is allowed as an administrative expense claim in the amount of $4,000.00.

2. Within 15 days after the entry of this Order, the Reorganized Debtors shall remit payment to Lesco MediSearch by mailing a check payable to Lesco MediSearch, c/o Virginia Timberlake, PO Box 1414, Land O' Lakes, FL 34639-1414. Upon the clearance of the check, the releases set forth below shall become effective.

3. This Order resolves (i) all liabilities and obligations related to Lesco MediSearch and (ii) all other prepetition or administrative claims Lesco MediSearch

has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 3 day of November, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    Lesco MediSearch

By: *s/ Leanne McKnight Prendergast*    By: _____
     Leanne McKnight Prendergast        Virginia Timberlake
                                            Its: PRESIDENT

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for the Reorganized Debtors

00627289