**UNITED SATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

_____

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 05-03817-3F1** |
| **WINN-DIXIE STORES, INC, et al.,** | ) | **Chapter 11** |
| **Reorganized Debtors** | ) | **Jointly Administered** |

_____

**OPPOSITION TO DEBTORS' AMENDED OBJECTION TO THE CLAIM**
**OF LYDIA HAYNES AND NOTICE OF HEARING**

Lydia Haynes objects to the Debtors Objection to Claim No. 12617 filed in this cases by Debtors (the "Claim"), on the grounds of (I) No Liability - Disputed Claim, (ii) the claim was filed untimely and (iii) the applicable statue of limitations has expired on the Claim (the "Objection").

Now into court through undersigned counsel objects to the Debtors Objection to the Claim of Lydia Haynes.

**I.**

The Lydia Haynes has completed all necessary forms to file a claim including the proof of claim and sent the claim as requested.

**II.**

That copies of the information along with the claim number of 12617 sent by the bankruptcy court along with the Notice sent to the debtor which is included in the plaintiff's bankruptcy file in accordance with the court's deadline.

**III.**

That further Lydia Haynes received notice of the objection of the claim mailed on June 22, 2006 signed by James H. Post.

**IV.**

That the plaintiff undersigned counsel timely filed both the claim of Yvonne Baudin and Lydia Haynes as both were filed together.

**V.**

That Yvonne Baudin claim as a result of the timely filing has been settled with her receiving stock from Winn-Dixie.

**VI.**

That further, Lydia Haynes objects to the debtor's claim that her claim is untimely.

**VII.**

That further the Lydia Haynes has been contacted by the adjuster to settle the claim.

## VIII.

That the plaintiff has timely and properly followed all notices to this court and as such request that this is the Debtor's second attempt to disallow the claim of Lydia Haynes be denied.

## IX.

The proof of claim was filed and notice of objections to that proof of claim was submitted to the court. That therefore, the debtors objection to dismiss Lydia Haynes claim be denied.

Date: November 3, 2008

**ALEX & ASSOCIATES**

__s/Joslyn Alex_____
**JOSLYN ALEX (La Bar No. 18760)
227 Rees Street
Breaux Bridge, La 70517
Office (337) 332–1180
Fax (337) 332-5704**

**ATTORNEY FOR PLAINTIFF LYDIA HAYNES**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been furnished electronically or by mail to (I) Stephen D. Busey, James H. Post, Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (ii) United States Trustee, 135 West Central Boulevard, Room 620, Orlando Florida 32801 this 3rd November, 2008.

_____s/Joslyn Alex_____
Attorney