CASE No. 05-03817-3F1

OCT 2008

10-29-08

RE: ACCIDENT AT WINN DIXIE

To WHOM IT MAY CONCERN

THIS LETTER IS TO DEFEND MY POSITION ON THE ACCIDENT THAT HAPPENED AT A WINN DIXIE STORE.

I GOT OUT OF MY CAR TO GO IN THE STORE, A WINN DIXIE EMPLOYEE WAS PUSHING A LONG LINE OF SHOPPING CARTS THROUGH THE DOOR OF THE STORE I FOLLOWED HIM IN. WATCHING THE CARTS CLEAR THE DOOR WHICH WAS OPEN, I FOLLOWED HIM IN. THERE WAS A PIPE LEANING OUT IN THE DOORWAY THAT I COULD NOT SEE BECAUSE OF THE CARTS. I HIT MY LEFT LEG AGAINST THE PIPE JUST ABOVE THE LEFT KNEE. I REPORTED IT TO THE STORE RIGHT AWAY! I WAS IN PAIN! I THOUGHT THE PAIN WOULD GO AWAY IN TIME BUT IT DID NOT. I AM STILL HAVING PAIN IN MY LEFT LEG. I HAVE HAD PHYSICAL THERAPY, TESTS, X RAYS AND PAIN MEDICINE.

I DON'T KNOW THE RULES WHEN IT COMES TO BANKRUPTSY. I WAS TOLD I COULD NOT GO TO CIVIL COURT BECAUSE WINN DIXIE WAS IN BANKRUPSY. I WOULD HAVE FILED SUIT A WHILE BACK, BUT JANUARY 2008 MY DOCTOR (RH'AME) PRECRIBED MEDICATION THAT I WOULD PROBABLY HAVE TO TAKE FOR 1 YEAR (GABAPENTIN 300 MG) I HAVE SEEN SOME IMPROVEMENT - BUT

I WAS INJURED AT A WINN DIXIE STORE AND I WANT TO BE COMPENSATED. IT HAS MADE EVERYDAY CHORES MORE DIFFICULT. (CUTTING GRASS, DRIVING A CAR) ETC.

I AM SENDING A PHOTO OF DOOR TAKEN AFTER THE ACCIDENT, AND AFTER THE STORE TRIED TO FIX IT. THEY FINALLY REMOVED THE PIPE.!!

I AM JUST A LAYMAN, NOT VERSED IN THE LAW. I THOUGHT EVERYONE WOULD DEAL IN GOOD FAITH AND NOT HIDE BEHIND THE LAW, BUT RESOLVE THE ISSUE.

1. ACCIDENT HAPPENED AS STATED
2. ACCIDENT REPORTED AT STORE
3. MEDICAL SERVICES RENDERED
4. QUALITY OF LIFE DEMEANED

ENCLOSED:
   MEDICAL STATEMENTS
   PICTURE

JACK E GRESHAM
14766 HWY 11 S
FOSTERS, AL 35463
(205) 752-7053

```
N008329302       GRESHAM,JACK
```

| | |
|---|---|
| ACCT: N008329302<br>GRESHAM,JACK<br>14766 HWY 11 S<br>FOSTERS, AL 35463<br>205 752-7053 (H) | GUAR:<br>GRESHAM,JACK<br>14766 HWY 11 S<br>FOSTERS, AL 35463<br>205 752-7053 (H) |

```
58 M         ADM/SER:    10/17/06    UR CHG:          0  MCRAB        0
REC P/O      DISCHARGE:  11/02/06    AR CHG:    1460.00  SP           0
FB 11/06/06  LST STMT:               BALANCE:         0
```

| BCH DATE | BCH | SER DATE | USER | PROCEDURE | BL# | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 10/17/06 | 63 | 10/17/06 | AUTOCLOSE | 4520001 | | HOT OR COLD PACK | 35.50 | 35.50 |
| 10/17/06 | 63 | 10/17/06 | AUTOCLOSE | 4520002 | | ELECTRICAL STIMULATION (UNATT) | 41.00 | 76.50 |
| 10/17/06 | 63 | 10/17/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. | 60.00 | 136.50 |
| 10/17/06 | 63 | 10/17/06 | AUTOCLOSE | 4520036 | | EVALUATION (TREATMENT PLAN) | 161.00 | 297.50 |
| 10/17/06 | 63 | 10/17/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 297.50 |
| 10/19/06 | 63 | 10/19/06 | AUTOCLOSE | 4520001 | | HOT OR COLD PACK | 35.50 | 333.00 |
| 10/19/06 | 63 | 10/19/06 | AUTOCLOSE | 4520002 | | ELECTRICAL STIMULATION (UNATT) | 41.00 | 374.00 |
| 10/19/06 | 63 | 10/19/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. (2X) | 120.00 | 494.00 |
| 10/19/06 | 63 | 10/19/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 494.00 |
| 10/24/06 | 96 | 10/24/06 | AUTOCLOSE | 4520001 | | HOT OR COLD PACK | 35.50 | 529.50 |
| 10/24/06 | 96 | 10/24/06 | AUTOCLOSE | 4520002 | | ELECTRICAL STIMULATION (UNATT) | 41.00 | 570.50 |
| 10/24/06 | 96 | 10/24/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. (2X) | 120.00 | 690.50 |
| 10/24/06 | 96 | 10/24/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 690.50 |
| 10/26/06 | 77 | 10/26/06 | AUTOCLOSE | 4520001 | | HOT OR COLD PACK | 35.50 | 726.00 |
| 10/26/06 | 77 | 10/26/06 | AUTOCLOSE | 4520002 | | ELECTRICAL STIMULATION (UNATT) | 41.00 | 767.00 |
| 10/26/06 | 77 | 10/26/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. (3X) | 180.00 | 947.00 |
| 10/26/06 | 77 | 10/26/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 947.00 |
| 10/31/06 | 69 | 10/31/06 | AUTOCLOSE | 4520001 | | HOT OR COLD PACK | 35.50 | 982.50 |
| 10/31/06 | 69 | 10/31/06 | AUTOCLOSE | 4520002 | | ELECTRICAL STIMULATION (UNATT) | 41.00 | 1023.50 |
| 10/31/06 | 69 | 10/31/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. (3X) | 180.00 | 1203.50 |
| 10/31/06 | 69 | 10/31/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 1203.50 |
| 11/02/06 | 69 | 11/02/06 | AUTOCLOSE | 4520001 | | HOT OR COLD PACK | 35.50 | 1239.00 |
| 11/02/06 | 69 | 11/02/06 | AUTOCLOSE | 4520002 | | ELECTRICAL STIMULATION (UNATT) | 41.00 | 1280.00 |
| 11/02/06 | 69 | 11/02/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. (3X) | 180.00 | 1460.00 |
| 11/02/06 | 69 | 11/02/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 1460.00 |
| 11/29/06 | 1 | 11/28/06 | TC.CLEL | A.MCRAB | 1 | MEDICARE DISCOUNT Adj to UCRN: NAF67504 | -744.35 | 715.65 |
| 12/07/06 | 32 | 11/28/06 | TC.CLEL | A.MCRNCOV | 1 | MEDICARE DISCOUNT - NON COV - BAGK Adj to UCRN: | -213.00 | 502.65 |

```
N008065385      GRESHAM, JACK
```

ACCT: N008065385                          GUAR:
GRESHAM, JACK                             GRESHAM, JACK
14766 HWY 11 S                            14766 HWY 11 S
FOSTERS, AL 35463                         FOSTERS, AL 35463
205 752-7053 (H)                          205 752-7053 (H)


58 M          ADM/SER:   07/18/06    UR CHG:         0  MCRAB       0
REC P/O       DISCHARGE: 08/16/06    AR CHG:    930.50  SP          0
FB 09/02/06   LST STMT:             BALANCE:         0
CAREMEDI

---

| BCH DATE | BCH | SER DATE | USER | PROCEDURE | BL# | DESCRIPTION | AMOUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 07/19/06 | 113 | 07/18/06 | AUTOCLOSE | 4520001 | | HOT OR COLD PACK | 33.50 | 33.50 |
| 07/19/06 | 113 | 07/18/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. | 57.00 | 90.50 |
| 07/19/06 | 113 | 07/18/06 | AUTOCLOSE | 4520036 | | EVALUATION (TREATMENT PLAN) | 153.00 | 243.50 |
| 07/19/06 | 113 | 07/18/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 243.50 |
| 07/21/06 | 226 | 07/21/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. | 57.00 | 300.50 |
| 07/21/06 | 226 | 07/21/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 300.50 |
| 07/21/06 | 226 | 07/21/06 | AUTOCLOSE | 4523440 | | ULTRASOUND, EA. 15 MIN. | 33.00 | 333.50 |
| 07/25/06 | 95 | 07/25/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. (2X) | 114.00 | 447.50 |
| 07/25/06 | 95 | 07/25/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 447.50 |
| 07/25/06 | 95 | 07/25/06 | AUTOCLOSE | 4523440 | | ULTRASOUND, EA. 15 MIN. | 33.00 | 480.50 |
| 07/27/06 | 75 | 07/27/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. | 57.00 | 537.50 |
| 07/27/06 | 75 | 07/27/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 537.50 |
| 07/27/06 | 75 | 07/27/06 | AUTOCLOSE | 4523440 | | ULTRASOUND, EA. 15 MIN. | 33.00 | 570.50 |
| 08/01/06 | 58 | 08/01/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. | 57.00 | 627.50 |
| 08/01/06 | 58 | 08/01/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 627.50 |
| 08/01/06 | 58 | 08/01/06 | AUTOCLOSE | 4523440 | | ULTRASOUND, EA. 15 MIN. | 33.00 | 660.50 |
| 08/03/06 | 52 | 08/03/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. | 57.00 | 717.50 |
| 08/03/06 | 52 | 08/03/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 717.50 |
| 08/03/06 | 52 | 08/03/06 | AUTOCLOSE | 4523440 | | ULTRASOUND, EA. 15 MIN. | 33.00 | 750.50 |
| 08/08/06 | 105 | 08/08/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. | 57.00 | 807.50 |
| 08/08/06 | 105 | 08/08/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 807.50 |
| 08/08/06 | 105 | 08/08/06 | AUTOCLOSE | 4523440 | | ULTRASOUND, EA. 15 MIN. | 33.00 | 840.50 |
| 08/10/06 | 97 | 08/10/06 | AUTOCLOSE | 4520016 | | THERAPEUTIC PROC., EA. 15 MIN. | 57.00 | 897.50 |
| 08/10/06 | 97 | 08/10/06 | AUTOCLOSE | 4520050 | | OUTPATIENT PT VISITS | 0.00 | 897.50 |
| 08/10/06 | 97 | 08/10/06 | AUTOCLOSE | 4523440 | | ULTRASOUND, EA. 15 MIN. | 33.00 | 930.50 |
| 10/05/06 | 4 | 10/01/06 | PA.JONH | A.MCRAB | 1 | MEDICARE DISCOUNT Adj to UCRN: NAF51938 | -509.38 | 421.12 |
| 10/05/06 | 4 | 10/01/06 | PA.JONH | P.MCRAB | 1 | MEDICARE PAYMENT - 07/18/06 Pmt to UCRN: NAF51938 | -310.07 | 111.05 |
| 10/06/06 | 14 | 10/06/06 | NPA.CRES | Z.MCRAB | 1 | MEDICARE NON-BILLABLE CHGS - FINAL - BILL # 1 | -33.50 | 77.55 |
| 01/24/07 | 44 | 01/23/07 | TC.CLEL | P.SP | 1 | SELF PAY PAYMENT - | -77.55 | 0 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/29/06 | 1 | 11/28/06 | TC.CLEL | P.MCRAB | 1 | MEDICARE PAYMENT - 10/17/06 Pmt to UCRN: NAF67504 | -402.09 | 100.56 |
| 01/24/07 | 44 | 01/23/07 | TC.CLEL | P.SP | 1 | SELF PAY PAYMENT - REC971774 | -22.45 | 78.11 |
| 02/08/07 | 43 | 02/07/07 | TC.CLEL | P.SP | 1 | SELF PAY PAYMENT - REC971921 | -78.11 | 0 |



**The Radiology Clinic, LLC**
208 McFarland Circle North
Tuscaloosa, AL 35406
205-345-7000

Patient's Name: _Dank Trafran_    Medicare #: _____

# ADVANCE BENEFICIARY NOTICE (ABN)

NOTE: You need to make a choice about receiving these health care items or services.

We expect that Medicare will not pay for the item(s) or service(s) that are described below. Medicare does not pay for all of your health care costs. Medicare only pays for covered items and services when Medicare rules are met. The fact that Medicare may not pay for a particular item or service does not mean that you should not receive it. There may be a good reason your doctor recommended it. Right now, in your case, **Medicare probably will not pay for –**

| Items or Services: | MRI L Spine 73S _ |
|---|---|

| Because: | MEDICARE WILL PROBABLY CONSIDER THE TEST(S): | |
|---|---|---|
| | ☐ Cosmetic | ☑ Non-covered diagnosis |
| | ☐ Experimental | ☐ For frequency of exam |
| | ☐ Routine Screening | ☐ Rule out metal for MRI |
| | ☐ Not Medically Necessary | ☐ Other: _____ |

The purpose of this form is to help you make an informed choice about whether or not you want to receive these items or services, knowing that you might have to pay for them yourself. Before you make a decision about your options, you should **read this entire notice carefully.**

- Ask us to explain, if you don't understand why Medicare probably won't pay.
- Ask us how much these items or services will cost you **(Estimated Cost: $_____ ),** in case you have to pay for them yourself or through other insurance.

PLEASE CHOOSE **ONE** OPTION. CHECK **ONE** BOX. **SIGN & DATE** YOUR CHOICE.

☑ **Option 1. YES.** I want to receive these items or services.
I understand that Medicare will not decide whether to pay unless I receive these items or services. Please submit my claim to Medicare. I understand that you may bill me for items or services and that I may have to pay the bill while Medicare is making its decision. If Medicare does pay, you will refund to me any payments I made to you that are due to me. If Medicare denies payment, I agree to be personally and fully responsible for payment. That is, I will pay personally, either out of pocket or through any other insurance that I have. I understand I can appeal Medicare's decision.

☐ **Option 2. NO.** I have decided not to receive these items or services.
I will not receive these items or services. I understand that you will not be able to submit a claim to Medicare and that I will not be able to appeal your opinion that Medicare won't pay.

_11/1/06_    _[signature]_
Date    Signature of patient or person acting on patient's behalf

NOTE: Your health information will be kept confidential. Any information that we collect about you on this form will be kept confidential in our offices. If a claim is submitted to Medicare, your health information on this form may be shared with Medicare. Your health information which Medicare sees will be kept confidential by Medicare.

OMB Approval No. 0938-0566    Form No. CMS-R-131-G    (June 2002)    R.O.P. #24075

```
              WEST AL ORTHO & SPORTS MED.
                      P O BOX 840
               NORTHPORT   AL   35476-0840

                     (205) 333-8225
                      S T A T E M E N T
                        21-OCT-08


                              Collection Group: WEST AL ORTHO & SPORTS
                              Account #          333

Mr. Jack Lee Gresham
14766 Hwy 11 South
Fosters AL   35463




Date of service    Description          Procedure   Qty   Diag PROD LO PLS   Amount
-------------------------------------------------------------------------------------

Current A/R

06/14/06       NEW PATIENT DETAILED     99203       1  924.00   MP  17  3   *   $98.00
               HISTORY/EXAM
06/14/06       KNEE-AP/LAT/TANG         73562-LT    1  719.46   MP3 17  3   *   $89.00
06/14/06       FILED:  $98 Y MEDICARE PA                        MP              $0.00
06/14/06       FILED:  $89 Y MEDICARE PA                        MP3             $0.00
07/14/06       ESTABLISHED PATIENT      99213       1  924.00   MP  17  3   *   $64.00
               EXPANDED VISIT
07/14/06       FILED:  $64 Y MEDICARE PA                        MP              $0.00
08/11/06       PMT: MEDICARE PART B                              MP3        *   $22.76-
08/11/06       WRT-OFF: MEDICARE MOM/A                           MP3        *   $60.55-
08/11/06       RSP: COPAY (      5.69 )                          MP3             $0.00
08/11/06       PMT: MEDICARE PART B                              MP         *   $71.66-
08/11/06       WRT-OFF: MEDICARE MOM/A                           MP         *   $8.42-
08/11/06       RSP: COPAY (     17.92 )                          MP             $0.00
08/14/06       ESTABLISHED PATIENT      99212       1  924.00   MP  17  3   *   $54.00
               SIMPLE VISIT
08/14/06       CREDIT CARD PAYMENT                               MP             $17.92-
08/14/06       CREDIT CARD PAYMENT                               MP3            $5.69-
08/14/06       FILED:  $54 Y MEDICARE PA                         MP             $0.00
08/24/06       PMT: MEDICARE PART B                              MP         *   $38.70-
08/24/06       WRT-OFF: MEDICARE MOM/A                           MP         *   $15.63-
08/24/06       RSP: COPAY (      9.67 )                          MP             $0.00
08/31/06       PMT: MEDICARE PART B                              MP         *   $28.18-
08/31/06       WRT-OFF: MEDICARE MOM/A                           MP         *   $18.78-
08/31/06       RSP: COPAY (      7.04 )                          MP             $0.00
10/09/06       CREDIT CARD PAYMENT                               MP             $9.67-
10/09/06       CREDIT CARD PAYMENT                               MP             $7.04-
10/10/06       ESTABLISHED PATIENT      99213       1  924.00   MP  17  3   *   $64.00
               EXPANDED VISIT
10/10/06       RADIOLOGY, PELVIS,       72170       1  924.00   MP3 17  3   *   $90.00
               ANTEROPOSTERIOR ONLY
10/10/06       RADIOLOGY, SPINE,        72100       1  924.00   MP3 17  3   *   $115.00
               LUMBAR, AP & LATERAL
10/10/06       FILED:  $64 Y MEDICARE PA                         MP             $0.00
10/10/06       FILED: $205 Y MEDICARE PA                         MP3            $0.00
```

| Date of service | Description | Procedure | Qty | Diag | PROD | LO | PLS | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/31/06 | NEW PATIENT DETAILED HISTORY/EXAM | 99203 | 1 | 724.4 | GR | 17 | 3 | * | $98.00 |
| 10/31/06 | FILED: $98 Y MEDICARE PA | | | | GR | | | | $0.00 |
| 11/02/06 | PMT: MEDICARE PART B | | | | MP3 | | | * | $20.71- |
| 11/02/06 | WRT-OFF: MEDICARE MOM/A | | | | MP3 | | | * | $64.11- |
| 11/02/06 | PMT: MEDICARE PART B | | | | MP3 | | | * | $26.79- |
| 11/02/06 | WRT-OFF: MEDICARE MOM/A | | | | MP3 | | | * | $31.51- |
| 11/02/06 | RSP: COPAY ( 5.18 ) | | | | MP3 | | | | $0.00 |
| 11/02/06 | RSP: COPAY ( 6.70 ) | | | | MP3 | | | | $0.00 |
| 11/02/06 | PMT: MEDICARE PART B | | | | MP | | | * | $38.70- |
| 11/02/06 | WRT-OFF: MEDICARE MOM/A | | | | MP | | | * | $15.63- |
| 11/02/06 | RSP: COPAY ( 9.67 ) | | | | MP | | | | $0.00 |
| 11/03/06 | ESTABLISHED PATIENT EXPANDED VISIT | 99213 | 1 | 722.52 | GR | 17 | 3 | * | $64.00 |
| 11/03/06 | FILED: $64 Y MEDICARE PA | | | | GR | | | | $0.00 |
| 11/17/06 | ESTABLISHED PATIENT EXPANDED VISIT | 99213 | 1 | 729.5 | GR | 17 | 3 | * | $64.00 |
| 11/17/06 | CASH PAYMENT | | | | MP | | | | $9.67- |
| 11/17/06 | CASH PAYMENT | | | | MP3 | | | | $5.18- |
| 11/17/06 | CASH PAYMENT | | | | MP3 | | | | $6.70- |
| 11/17/06 | FILED: $64 Y MEDICARE PA | | | | GR | | | | $0.00 |
| 11/27/06 | PMT: MEDICARE PART B | | | | GR | | | * | $71.66- |
| 11/27/06 | WRT-OFF: MEDICARE MOM/A | | | | GR | | | * | $8.42- |
| 11/27/06 | RSP: COPAY ( 17.92 ) | | | | GR | | | | $0.00 |
| 11/29/06 | PMT: MEDICARE PART B | | | | GR | | | * | $38.70- |
| 11/29/06 | WRT-OFF: MEDICARE MOM/A | | | | GR | | | * | $15.63- |
| 11/29/06 | RSP: COPAY ( 9.67 ) | | | | GR | | | | $0.00 |
| 12/15/06 | PMT: MEDICARE PART B | | | | GR | | | * | $38.70- |
| 12/15/06 | WRT-OFF: MEDICARE MOM/A | | | | GR | | | * | $15.63- |
| 12/15/06 | RSP: COPAY ( 9.67 ) | | | | GR | | | | $0.00 |
| 12/20/06 | ESTABLISHED PATIENT EXPANDED VISIT | 99213 | 1 | 719.46 | GR | 17 | 3 | * | $64.00 |
| 12/20/06 | RADIOLOGY, SHOULDER, ONE VIEW | 73020-LT | 1 | 719.41 | GR3 | 17 | 3 | * | $72.00 |
| 12/20/06 | FILED: $64 Y MEDICARE PA | | | | GR | | | | $0.00 |
| 12/20/06 | FILED: $72 Y MEDICARE PA | | | | GR3 | | | | $0.00 |
| 01/16/07 | PMT: MEDICARE PART B | | | | GR | | | * | $38.70- |
| 01/16/07 | WRT-OFF: MEDICARE MOM/A | | | | GR | | | * | $15.63- |
| 01/16/07 | RSP: COPAY ( 9.67 ) | | | | GR | | | | $0.00 |
| 01/16/07 | PMT: MEDICARE PART B | | | | GR3 | | | * | $18.57- |
| 01/16/07 | WRT-OFF: MEDICARE MOM/A | | | | GR3 | | | * | $48.79- |
| 01/16/07 | RSP: COPAY ( 4.64 ) | | | | GR3 | | | | $0.00 |
| 01/22/07 | CREDIT CARD PAYMENT | | | | GR | | | | $17.92- |
| 01/22/07 | CREDIT CARD PAYMENT | | | | GR | | | | $9.67- |
| 01/22/07 | CREDIT CARD PAYMENT | | | | GR | | | | $9.67- |
| 03/13/07 | CREDIT CARD PAYMENT | | | | GR | | | | $9.67- |
| 03/13/07 | CREDIT CARD PAYMENT | | | | GR3 | | | | $4.64- |
| 08/27/07 | ESTABLISHED PATIENT EXPANDED VISIT | 99213 | 1 | 724.4 | GR | 17 | 3 | * | $64.00 |
| 08/27/07 | FILED: $64 Y MEDICARE PA | | | | GR | | | | $0.00 |
| 09/12/07 | PMT: MEDICARE PART B | | | | GR | | | * | $44.07- |
| 09/12/07 | WRT-OFF: MEDICARE MOM/A | | | | GR | | | * | $8.91- |
| 09/12/07 | RSP: COPAY ( 11.02 ) | | | | GR | | | | $0.00 |
| 10/19/07 | CREDIT CARD PAYMENT | | | | GR | | | | $11.02- |
| 01/03/08 | ESTABLISHED PATIENT EXPANDED VISIT | 99213 | 1 | 726.5 | GR | 17 | 3 | * | $64.00 |
| 01/03/08 | FILED: $64 Y MEDICARE PA | | | | GR | | | | $0.00 |

```
Date of Service      Description              Procedure    Qty   Diag   PROD LO PLS      Amount

01/15/08             PMT: MEDICARE PART B                                GR          ^    $0.00
01/15/08             WRT-OFF: MEDICARE MCM/A                             GR          ^    $8.81-
01/15/08             RSP: MC DEDUCTIBLE (   55.19 )                      GR               $0.00
05/01/08             CASH PAYMENT                                        GR               $55.19-
08/08/08             ESTABLISHED PATIENT      99213        1   729.1    GR 17 3      ^    $80.00
                     EXPANDED VISIT
08/08/08             FILED: $80 Y MEDICARE PA                            GR               $0.00
08/22/08             ESTABLISHED PATIENT      99213        1   847.0    GR 17 3      ^    $80.00
                     EXPANDED VISIT
08/22/08             FILED: $80 Y MEDICARE PA                            GR               $0.00
08/27/08             PMT: MEDICARE PART B                                GR          ^    $44.15-
08/27/08             WRT-OFF: MEDICARE MOM/A                             GR          ^    $24.81-
08/27/08             RSP: COPAY (   11.04 )                              GR               $0.00
09/09/08             PMT: MEDICARE PART B                                GR          ^    $44.15-
09/09/08             WRT-OFF: MEDICARE MOM/A                             GR          ^    $24.81-
09/09/08             RSP: COPAY (   11.04 )                              GR               $0.00
10/06/08             CHECK PAYMENT                                       GR               $11.04-
10/06/08             CHECK PAYMENT                                       GR               $11.04-

                                                                         BALANCE:         $0.00

Note:   PLS means "Place of service"

Total patient payments in 2006:        $61.87-
       "         "       " in 2007:    $62.59-
       "         "       " in 2008:    $77.27-

Location    (LO):  17 - WEST AL ORTH AND SPORTS MED PC
Provider (PROD):   MP  - PATTERSON MD, MICHAEL J
                   MPJ - PATTERSON MD, MICHAEL J
                   GR  - RHAME DO, GARY L
                   GRJ - RHAME DO, GARY L
```