**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**CLAIMANTS OPPOSITION TO DEBTORS'**
**OBJECTION TO THE CLAIM OF JOSEPH M. MASON**

COMES NOW Trey Riley, representative of record for the Applicant, Joseph M. Mason, and files this response in opposition to Debtors' objection to the claim of Joseph M. Mason, claiming said claim is barred under the applicable statute of limitations. As grounds therefore, Applicant states as follows:

1. At the time of Applicant's incident, Debtors were already in bankruptcy.

2. Upon speaking with a representative of Debtors (Ms. Melanie Alm, with Sedgwick Claims Management), counsel for Applicant was informed that all claims, even post-petition claims, were stayed until further notice from the Bankruptcy Court.

3. Subsequently, Applicant filed for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice, as instructed.

4. Thereafter, attorney for Applicant has received no notice advising that this claim was no longer stayed by bankruptcy (other than being advised that claims could be considered for resolution by the adjustment firm).

WHEREFORE Applicant respectfully request that Debtors' objection to Applicant's claim, based upon the applicable statute of limitations be denied.

_____/s/ Trey Riley_____
Trey Riley

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been furnished by electronically or by U.S. Mail to Smith Hulsey & Busey, Attention: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

_____/s/ Trey Riley_____
Trey Riley