UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER OF RESOLUTION OF THE APPLICATION FOR
PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM FILED BY KELLOGG**

This matter is before the Court upon the Application for Payment of Administrative Expense Claim filed by the Kellogg Sales Company and its affiliate Murray Biscuits Company, LLC (collectively, "Kellogg") (Docket No. 14398). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.  The Application for Payment of Administrative Expense Claim filed by Kellogg is allowed as an administrative expense claim in the amount of $25,147.54.

2.  Within 15 days after the entry of this Order, the Reorganized Debtors shall remit payment to Kellogg by mailing a check payable to Kellogg Snacks, c/o Emily Chou, Esq., Warner Stevens, LLP, 301 Commerce Street, Suite 1700, Fort Worth, Texas, 76102.

3.  This Order resolves (i) all administrative claims, liabilities and obligations related to Kellogg and Kellogg Snacks, and (ii) all other prepetition or administrative claims Kellogg and Kellogg Snacks have or may have against the

Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, which claims have not otherwise been resolved by orders of this Court entered prior to this Agreed Order, or by this Agreed Order, all of which are forever waived, discharged, and released.

4. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 4 day of ~~October~~ November, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | WARNER STEVENS LLP |
|---|---|
| By   s/ Leanne McKnight Prendergast | By   s/ Emily Chou* |
| Leanne McKnight Prendergast | Emily Chou |
| Florida Bar Number 59544 | |
| 225 Water Street, Suite 1800 | 301 Commerce Street, Suite 1700 |
| Jacksonville, Florida 32202 | Fort Worth, Texas 76102 |
| (904) 359-7700 | (817) 810-5250 |
| (904) 359-7708 (facsimile) | (817) 810-5255 (facsimile) |
| lprendergast@smithhulsey.com | echou@warnerstevens.com |
| Attorneys for the Reorganized Debtors | Attorneys for Kellogg |

* Counsel has authorized the use of her electronic signature.

00629554