UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.:  3:05-bk-03817-JAF

　　　　　　Debtors.                                 Chapter 11

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jointly Administered

_____/

ORDER GRANTING IN PART AND DENYING IN PART VISAGENT'S
FOURTH MOTION TO COMPEL

This case came before the Court upon Visagent's Fourth Motion to Compel

Discovery, Directing Winn-Dixie to Search Recently Discovered Databases and for an

Award of Attorney's Fees and Sanctions (the "Fourth Motion to Compel").  Upon

Findings of Fact and Conclusions of Law separately entered, it is

ORDERED:

1.　　Visagent's Fourth Motion to Compel is granted in part and denied in part.

2.　　Visagent's Fourth Motion to Compel is granted as to the Metafile data.

Within twenty days of the date of this Order, Debtors shall 1) search the Metafile system

to obtain copies of the bills of lading associated with the spreadsheet listing the

transactions in the secondary market with any diverter from mid 2001 to mid 2004 or 2)

subject to a confidentiality agreement, copy the Metafile data to a hard drive and turn that

over to Visagent.

3.　　Visagent's Fourth Motion to Compel as to Debtors' email backup system

is denied.

    4.    In all other respects the Motion is denied.

**DATED** November 3, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**Copies to:**

Steven Busey, Attorney for Winn Dixie
Guy Rubin, Attorney for Visagent Corporation