UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

       Reorganized Debtors.

_____/

CASE NO. 05-03817-3F1

Chapter 11

Jointly Administered

**AMENDED NOTICE OF TAKING TELEPHONIC DEPOSITION DUCES TECUM**
(per the request of Leanne McKnight, Esq.)

TO:     Leanne McKnight Prendergast, Esq.
          Smith Hulsey & Busey
          225 Water Street, Suite 1800
          Jacksonville, Florida 32202

PLEASE TAKE NOTICE THAT THE UNDERSIGNED ATTORNEY WILL TAKE THE DEPOSITION OF:

| **NAME:** | **DATE AND TIME:** | **LOCATION:** |
|---|---|---|
| Adjuster and/or person with the most knowledge at Sedgwick Claims Management Services, Inc. with respect to the $10,000.00 offer to claimant Conchita Cevallos | November 12, 2008<br>2:00 P.M. | Leanne McKnight Prendergast, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 |

upon an oral examination before **Klein, Bury & Associates, Inc.** or officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The depositions are being taken for purposes of discovery, for use at trial or are being taken for such other purposes as are permitted under the Rules of the Court.

cc: Klein, Bury & Associates, Inc.

**DUCES TECUM**

1. BRING THE PORTION OF THE CLAIM FILE WHICH SHOWS THE $10,000.00 OFFER MADE TO CLAIMANT CONCHITA CEVALLOS AND ANY WITHDRAWL OF THAT $10,000.00 OFFER (CLAIM NO. A211205057-0001-01).

**LAW OFFICES OF GREGG R. SCHWARTZ, P.A.**

DATED: November 11, 2008    LAW OFFICES OF GREGG R. SCHWARTZ, P.A.

                            s/Gregg R. Schwartz_____
                            GREGG R. SCHWARTZ, ESQ.
                            Florida Bar No. 386110
                            One Datran Center Suite 1121
                            9100 S. Dadeland Blvd.
                            Miami, Florida 33156
                            Tele: 305-670-1460
                            Fax: 305-670-1464
                            E-mail: gschwartz@aol.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 11, 2008, I filed the within Amended Notice of Taking Telephonic Deposition Duces Tecum through the CM/ECF filing system and faxed to Leanne McKnight Prendergast, Counsel for the Reorganized Debtors, Smith Hulsey & Busey, 225 Water Street, Suite 1800 Jacksonville, Florida 32202 to 904-359-7708.

                            s/Gregg R. Schwartz_____
                            GREGG R. SCHWARTZ, ESQ.

**LAW OFFICES OF GREGG R. SCHWARTZ, P.A.**