## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### <u>NOTICE OF CANCELLING DEPOSITIONS</u>

**TO:** **David L. Gay, Esq.**
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, Florida 32202

PLEASE TAKE NOTICE that Visagent Corp., by and through undersigned counsel has cancelled the following previously noticed depositions, subject to re-setting them in the future:

| <u>NAME</u> | <u>TIME & DATE</u> | <u>DEPOSITION LOCATION</u> |
|---|---|---|
| Lester F. Wulfert<br>3000 Blackfoot Ct.<br>St. Johns, FL 32259 | November 14, 2008<br>10:00 a.m. | Hedquist Reporting<br>345 East Forsyth Street<br>Jacksonville, FL 32202 |
| Dick Judd | November 20, 2008<br>10:00 a.m. | Harllee and Bald<br>202 Old Main Street<br>Bradenton, FL 34205 |

PLEASE BE GOVERNED ACCORDINGLY

DATED on ___11-12___ , 2008.

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail to <u>Smith Hulsey & Busey</u>, Stephen D. Busey, Esq., David L. Gay, Esq., James H. Post, Esq., Cynthia C. Jackson, Esq., 225 Water Street, Suite 1800, Jacksonville, FL 32202, counsel for the Debtor and to John Harrlee, Esq., 202 Old Main Street, Bradenton, FL 34205, counsel for Dick Judd, this ___12___ day of _Nov._, 2008.

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Counsel for Visagent Corp.