# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

        Reorganized Debtors.
_____/

CASE NO. 05-03817-3F1

Chapter 11

Jointly Administered

## CONCHITA R. CEVALLOS' NOTICE OF CANCELLING DEPOSITION

CONCHITA R. CEVALLOS by and through undersigned counsel, hereby cancels the deposition of the adjuster and/or person with the most knowledge at Sedgwick Claims Management Services, Inc., scheduled for November 12, 2008 at 2:00 p.m.

DATED: November 12, 2008.

        LAW OFFICES OF GREGG R. SCHWARTZ, P.A.

        s/Gregg R. Schwartz_____
        GREGG R. SCHWARTZ, ESQ.
        Florida Bar No. 386110
        One Datran Center Suite 1121
        9100 S. Dadeland Blvd.
        Miami, Florida 33156
        Tele: 305-670-1460
        Fax: 305-670-1464
        E-mail: gschwartz@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2008, I filed the within Notice of Cancelling Deposition through the CM/ECF filing system, and faxed a copy to Leanne McKnight Prendergast, Counsel for the Reorganized Debtors, Smith Hulsey & Busey, 225 Water Street, Suite 1800 Jacksonville, Florida 32202 to 904-359-7708.

        s/Gregg R. Schwartz_____
        GREGG R. SCHWARTZ, ESQ.