UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON NOVEMBER 13, 2008**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on November 13, 2008 at 1:30 p.m.:

A.    **Uncontested Matters**

1.    *Cure Amount Objection filed by Flint Crossing, LLC (Docket Nos. 2193 and 3121 )*

Response Deadline:  Non-Applicable.

Response:          None.

Status:            The Reorganized Debtors have been informed that the Movant will proceed with the hearing on the Cure Amount Objection.

2.    *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Hinds County, Mississippi (Docket Nos. 10162 and 13116)*

Response Deadline:  Non-Applicable

Response:          None.

Status:            The Reorganized Debtors will proceed with the Case Management Conference.

3.      *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Jones County, Mississippi (Docket Nos. 10162, 12443 and 13108)*

Response Deadline:  Non-Applicable

Response:              None.

Status:                 The Reorganized Debtors will proceed with the Case Management Conference.

4.      *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Lauderdale County, Mississippi (Docket Nos. 10162 and  12389)*

Response Deadline:  Non-Applicable

Response:              None.

Status:                 The Reorganized Debtors will proceed with the Case Management Conference.

5.      *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Lowndes County, Mississippi (Docket Nos.10162 and  12391)*

Response Deadline:  Non-Applicable

Response:              None.

Status:                 The Reorganized Debtors will proceed with the Case Management Conference.

6.      *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Pike County, Mississippi (Docket Nos. 10162 and 13105)*

Response Deadline:  Non-Applicable

Response:              None.

Status:                 The Reorganized Debtors will proceed with the Case Management Conference.

7.      *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Rankin County, Mississippi (Docket Nos. 10162 and 12393)*

Response Deadline:  Non-Applicable

Response:              None.

Status:                  The Reorganized Debtors will proceed with the Case Management Conference.

8.      *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Yazoo County, Mississippi (Docket No. 10162 and 12403)*

Response Deadline:  Non-Applicable

Response:              None.

Status:                  The Reorganized Debtors will proceed with the Case Management Conference.

9.      *Case Management Conference on  the Motion for Relief from Order Determining Tax Liabilities as to Harrison County, Mississippi (Docket Nos. 10162 and  11294)*

Response Deadline:  Non-Applicable.

Response:              None.

Status:                  The Reorganized Debtors will proceed with the Case Management Conference.

10.    *Debtors' Twenty-Ninth Omnibus Objection to Claims, as it relates to Claim No. 13711 filed by Faye Oats (Docket No. 14799)*

Response Deadline:  Expired.

Response:              None.

Status:                  The Reorganized Debtors will proceed with the hearing on the Objection.

11.     *Debtors' Eighth Omnibus Objection to Claims Which have Been Settled, Released or Abandoned (Docket No. 21491)*

Response Deadline: Expired

Response:            None

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.


12.     *Debtors' Second Omnibus Objection to Administrative Claims Based Upon Claimant's Asserted Rights to Workers Compensation Benefits (Docket No. 21482)*

Response Deadline: Expired

Response:            None

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.


13.     *Debtors' Amended Objection to Application for the Allowance of Professional Fees and Cost filed by Papa & Gipe, P.A. (Docket No. 21462)*

Response Deadline: Expired

Response:            None

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.

14.    *Debtors' Amended Objection to Application for Reimbursement filed on behalf of the Members of the Official Committee of Equity Security Holders (Docket No. 21461)*

Response Deadline:   Expired

Response:            None

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.


15.    *Sixth Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 21486)*

Objection Deadline:  Expired

Objection:           None

Status:              The Reorganized Debtors will proceed with the hearing on the Motion.


16.    *Amended Objection to Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure (Docket No. 21481)*

Response Deadline:   Expired

Response:            None

Status:              The Reorganized Debtors have agreed to continue the hearing as it relates to the claim filed by Linda Spruel.  The Reorganized Debtors will proceed with the hearing on the Objection as to the remaining claim.

17.    *Debtors' Motion to Modify the Agreed Order of Resolution of the Claim of Shelia Marlow (Claim No. 2857) (Docket Nos. 4108 and 21492)*

Objection Deadline: Expired

Objection:           None

Status:              The Reorganized Debtors will proceed with the hearing on the Motion.

18.    *Debtors' Amended Objection to the Claim of Earline Williams (Docket No. 21483)*

Response Deadline: Expired

Responses:           None

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.

**[Agenda Items 19 through 44 are objections to claims based upon the statute of limitations defense]**

19.    *Debtors' Amended Objection to the Claim of Dorrett Rhodd (Docket No. 21479)*

Response Deadline: Expired

Responses:           None

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.

20. *Debtors' Amended Objection to the Claim of Mary Eckenrod (Docket No. 21365)*

Response Deadline: Expired

Responses:          None

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


21. *Debtors' Amended Objection to the Claim of Timothy Berry (Docket No. 21495)*

Response Deadline: Expired

Responses:          None

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


22. *Debtors' Amended Objection to the Claim of Gregorio Morales (Docket No. 21496)*

Response Deadline: Expired

Responses:          None

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


23. *Debtors' Objection to the Claim of Brittany Jordan (Docket No. 21497)*

Response Deadline: Expired

Responses:          None

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

24. *Debtors' Objection to the Claim of Gloria Hall (Docket No. 21498)*

Response Deadline: Expired

Responses:             None

Status:                The Reorganized Debtors will proceed with the hearing on the Objection.

25. *Debtors' Objection to the Claim of Minnie L. Walker (Docket No. 21499)*

Response Deadline: Expired

Responses:             None

Status:                The Reorganized Debtors have agreed to continue the hearing on the Objection because the Claimant withdrew her claim.

26. *Debtors' Objection to the Claim of Jenny Bauman (Docket No. 21503)*

Response Deadline: Expired

Responses:             None

Status:                The Reorganized Debtors will proceed with the hearing on the Objection.

27. *Debtors' Objection to the Claim of Janord Sylve (Docket No. 21504)*

Response Deadline: Expired

Responses:             None

Status:                The Reorganized Debtors will proceed with the hearing on the Objection.

28.    *Debtors' Objection to the Claim of Jacob M. Dickinson, VI (Docket No. 21515)*

Response Deadline: Expired

Responses:            None

Status:               The Reorganized Debtors will proceed with the hearing on the Objection.

29.    *Debtors' Objection to the Claim of Jacob M. Dickinson, V (Docket No. 21516)*

Response Deadline: Expired

Responses:            None

Status:               The Reorganized Debtors will proceed with the hearing on the Objection.

30.    *Debtors' Objection to the Claim of Mary Rich (Docket No. 21501)*

Response Deadline: Expired

Responses:            None

Status:               The Reorganized Debtors will proceed with the hearing on the Objection.

31.    *Debtors' Objection to the Claim of John Flemming (Docket No. 21502)*

Response Deadline: Expired

Responses:            None

Status:               The Reorganized Debtors will proceed with the hearing on the Objection.

32.     *Debtors' Objection to the Claim of Thomas Smith (Docket No. 21505)*

Response  Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors have agreed to continue the hearing on the Objection until further notice by either party.

33.     *Debtors' Objection to the Claim of Mary Harris (Docket No. 21506)*

Response  Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

34.     *Debtors' Objection to the Claim of Suzanne Winkler (Docket No. 21509)*

Response  Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

35.     *Debtors' Objection to the Claim of Ashley Thomas (Docket No. 21510)*

Response  Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

36.     *Debtors' Objection to the Claim of Stephanie Smith (Docket No. 21508)*

Response Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

37.     *Debtors' Objection to the Claim of Teresa Scott (Docket No. 21511)*

Response Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

38.     *Debtors' Objection to the Claim of Carrie Joann Brannon (Docket No. 21513)*

Response Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

39.     *Debtors' Objection to the Claim of Tammy Moses (Docket No. 21514)*

Response Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

40.    *Debtors' Objection to the Claim of Nora Caterino (Docket No. 21518)*

Response Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

41.    *Debtors' Objection to the Claim of Noemi Herrera (Docket No. 21512)*

Response Deadline: Expired

Responses:              None

Status:                 The Reorganized Debtors have agreed to withdraw the Objection.

**B.    Contested Matters**

42.    *Debtors' Amended Objection to the Claim of Lydia Haynes (Docket No. 21494)*

Response Deadline: Expired

Responses:              Lydia Haynes (Docket No. 21600)

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

43.     *Debtors' Objection to the Claim of Jack L. Gresham (Docket No. 21507)*

Response Deadline: Expired

Responses:              Jack L. Gresham (Docket No. 21601)

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.


44.     *Debtors' Objection to the Claim of Joseph M. Mason (Docket No. 21500)*

Response Deadline: Expired

Responses:              Joseph M. Mason (Docket No. 21602)

Status:                 The Reorganized Debtors will proceed with the hearing on the Objection.

45. *Debtors' Objection to Improperly Filed Administrative Claims (Docket No. 21484)*

Response Deadline:  Expired

Response:  Ethel Butler (Docket No. 21589)

Status:  The Reorganized Debtors will proceed with the hearing on the Objection.


Dated:  November 12, 2008


SMITH HULSEY & BUSEY


By____s/ James H. Post____
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00627983