UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                                CHAPTER 11

  Debtors.
_____/

## CASTO INVESTMENTS COMPANY, LTD.'S ANSWER TO COUNTERCLAIM

Casto Investments Company, Ltd. ("Casto"), by and through its undersigned counsel, hereby files this, its Answer and Affirmative Defenses to the Counterclaim filed by Winn-Dixie Stores, Inc., and its affiliated debtors (collectively "Winn-Dixie"), and states as follows:

1. As to Paragraph 28, Casto admits that Winn-Dixie accurately quoted the Statute.

2. As to Paragraph 29, Casto is without knowledge as to the allegation.

3. As to Paragraph 30, Casto is without knowledge.

4. As to Paragraph 31, Casto admits that Hurricane Wilma passed through the area on or about October 24, 2005. Casto is without sufficient knowledge with which to admit or deny the scope of the damage or repairs claimed by Winn-Dixie.

5. As to Paragraph 32, Casto admits that Paragraph 32 quotes from the Lease but denies this Paragraph supports liability.

6. As to Paragraph 33, Casto admits that Paragraph 33 quotes from the Lease but denies that this Paragraph supports liability.

7. As to Paragraph 34, Casto admits it received correspondence from Winn-Dixie regarding the roof. Since the letters were not attached or incorporated into the Complaint, Casto is without knowledge regarding the alleged correspondence.

CASE NO. 05-03817-3F1

8. As to Paragraph 35, admitted that Winn-Dixie incurred costs on the roof. The remainder of the Paragraph is denied.

9. As to Paragraph 36, Denied.

10. As to Paragraph 37, Denied.

11. As to Paragraph 38, Denied.

12. As to Paragraph 39, Denied, as Winn-Dixie failed to specifically advise of their intent to replace the entire roof.

## FIRST AFFIRMATIVE DEFENSE

As a First Affirmative Defense, Winn-Dixie is barred from bringing this claim for affirmative relief in this action. Pursuant to the Court's initial Order Scheduling Trial, Document 18814, responsive pleadings, motions or objections were to be filed within (10) ten days of the Order dated November 5, 2007. Plaintiff did not seek relief or extension.

## SECOND AFFIRMATIVE DEFENSE

Winn-Dixie is barred from recovery due to a prior material breach of the Lease which excuses Casto from performance of the obligations claimed. Prior to the alleged loss, and prior to the filing of the Winn-Dixie bankruptcy protection, Winn-Dixie failed to pay real estate tax and CAM adjustments due and owing.

2

### THIRD AFFIRMATIVE DEFENSE

Winn-Dixie is estopped and has waived any claim to damages pursuant to Paragraph 14 of the Lease. Winn-Dixie agreed to save Casto harmless from any claim or loss by reason of accident or damage to the property happening on or about the Premises.

### FOURTH AFFIRMATIVE DEFENSE

Winn-Dixie is estopped and has waived Landlord's obligation for repair pursuant to Paragraph 11 of the Lease. Winn-Dixie and Casto agreed Casto is not obligated to make or pay for any repairs to the Winn-Dixie store building rendered necessary by the fault, act or negligence of Winn-Dixie or any of its agents, servants or employees which is not caused by covered casualty insurance. The loss complained of was caused, in whole or in part, by the failure of Winn-Dixie to construct additions to its premises in a workmanlike manner or free from defects. Specifically, Winn-Dixie constructed additions to the east, west and north of the original demised Premises. Winn-Dixie failed to include expansion joints in its construction which resulted in the leaks which caused some or all of the damage complained of. In addition, Winn-Dixie has installed mechanical equipment underneath the roof structure which has caused some or all of the damage about which Winn-Dixie complained.

### FIFTH AFFIRMATIVE DEFENSE

As a Fifth Affirmative Defense, Winn-Dixie is estopped and has waived any claim for damage pursuant to Paragraph 6 of the Fourth Amendment to Lease dated May 6, 1991. Winn-Dixie agreed to indemnify and hold Casto harmless from any defects in material or negligence caused by

CASE NO. 05-03817-3F1

the Tenant, its contractors or subcontractors, agents or servants, during the progress of work in constructing improvements or from any faulty construction to the Premises.

### SIXTH AFFIRMATIVE DEFENSE

As a Sixth Affirmative Defense, to the extent the damages claimed are deemed to be covered by extended coverage insurance, pursuant to Paragraph 14 of the Lease, Winn-Dixie agreed to waive and save Casto harmless from any claim or loss by reason of accident or damage on the Premises. Tenant has further expressly waived all claims against Casto for loss or damage to Winn-Dixie's merchandise, fixtures and equipment, due to windstorm or other casualty covered by an extended insurance policy pursuant to Paragraph 16 of the Lease.

### SEVENTH AFFIRMATIVE DEFENSE

As a Seventh Affirmative Defense, Casto asserts that the claim for damages is excessive and beyond the scope of repairs required to maintain in good condition and repair the existing roof.

/s/ Mark A. Levy
MARK A. LEVY
Florida Bar No. 121320
mark.levy@brinkleymcnerney.com
BRINKLEY, MORGAN, SOLOMON,
TATUM, STANLEY, LUNNY &
CROSBY, LLP
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 522-2200
Facsimile: (954) 522-9123

Attorneys for Casto Investments Company, Ltd.

4

CASE NO. 05-03817-3F1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection was sent via U.S. Mail and electronic mail this 12th day of November, 2008, to:

Counsel for the Debtors:

>D. J. Baker, Esq.
>Skadden, Arps, Slate, Meagher & Flom, LLP
>Four Times Square
>New York, NY 10036
>djbaker@skadden.com
>
>Cynthia C. Jackson, Esq.
>Smith Hulsey & Busey
>225 Water Street, Suite 1800
>Jacksonville, FL 32202
>cjackson@smithhulsey.com
>
>Allan E. Wulbern, Esq.
>Megan R. Harper, Esq.
>Smith Hulsey & Busey
>1800 Wachovia Bank Center
>225 Water Street
>Jacksonville, FL 32201-3315
>mharper@smithhulsey.com
>awulbern@smithhulsey.com

/s/ Mark A. Levy
MARK A. LEVY

G:\WPFiles\clients\Casto\SouthlandWinnDixieBankruptcy\Pleadings\Ans to Ctrclm-Aff Def 11-12-08.doc