

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast  *P*

Case Management Conference on Cure Amount Objection filed by Flint Crossing, LLC  (Docs. 2193 and 3121)

The Reorganized Debtors have been informed that the Movant will proceed with the hearing on the Cure Amount Objection.

APPEARANCES:
US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR
FLINT CROSSING, LLC:

RULING:  Granted.
         Ord/Segreent