UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER OVERRULING CURE OBJECTIONS
FILED BY FLINT CROSSING, LLC (STORE NO. 1915)**

This cause came before the Court for hearing on November 13, 2008 on (i) the Motion for Order (A) Authorizing the Sale of Assets Free and Clear of Liens, Claims and Interests and Exempt from Taxes, (B) Authorizing the Assumption and Assignment of Leases and Contracts and (C) Granting Related Relief (Doc. No. 1961; the "Sale Motion") and (ii) two objections to the cure amount proposed for Store No. 1915 in the Sale Motion filed by Flint Crossing, LLC ("Flint Crossing") (Docket Nos. 2193 and 3121; collectively, the "Cure Objections"). Counsel for Flint Crossing did not appear at the hearing. Based upon the representations of counsel for Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie") and without objection by any interested party, it is

ORDERED AND ADJUDGED THAT:

1. The Cure Objections are overruled.

2. The cure amount for Store No. 1915 is fixed at $56,211.39, which Winn-Dixie has paid to Flint Crossing in full satisfaction of any right to cure that

Flint Crossing has or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 1915.

Dated this 13 day of November, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to serve a copy of this order on all parties in interest.

00631674