

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post /Rondergast/

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Hinds County, Mississippi (Docs. 10162 and 13116)

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR
HINDS COUNTY, MS:

RULING: Cont'd. to 12/18 @ 1:30
ITEMS 2-9