

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 13, 2008

1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post/Prendergast-P

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Jones County, Mississippi (Docs. 10162, 12443 and 13108)

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

JONES COUNTY, MS:

RULING: Cnt'd. to 12/18 @ 1:30