

Case 3:05-bk-03817-JAF    Doc 21624    Filed 11/13/08    Page 1 of 1

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post //Prendergast -P

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Lauderdale County, Mississippi (Docs. 10162 and 12389)

APPEARANCES:
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

LAUDERDALE COUNTY, MS:

RULING:  Cont'd. to 12/18 @ 1:30