

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post /Prendergast. P

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Lowndes County, Mississippi (Docs. 10162 and 12391)

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

LOWNDES COUNTY, MS:

RULING: Cont'd to 12/18 @ 1:30