**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 13, 2008

1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post /Prendergast P

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Pike County, Mississippi (Docs. 10162 and 13105)

APPEARANCES:
US TRUSTEE:     ELENA ESCAMILLA
UNSEC. CRED:    JOHN B. MACDONALD
                MATTHEW S. BARR

PIKE COUNTY, MS:

RULING: Cont'd. to 12/18 @ 1:30