

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

**Thursday**
**November 13, 2008**
**1:30 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post / *Prendergast P*

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Rankin County, Mississippi (Docs. 10162 and 12393)

APPEARANCES:
US TRUSTEE:         ELENA ESCAMILLA
UNSEC. CRED:        JOHN B. MACDONALD
                    MATTHEW S. BARR

RANKIN COUNTY, MS:

RULING: *Cont'd. to 12/18 @ 1:30*