

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post/ *Prendergast P*

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Harrison County, Mississippi (Docs. 10162 and 11294)

**APPEARANCES:**
US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD
                        MATTHEW S. BARR

HARRISON COUNTY, MS:

RULING: *Cont'd. to 12/18 @ 1:30*