UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Katherine Roy (Claim No. 1435) [Docket No. 3326] was furnished by mail on November 14, 2008 to Katherine Roy c/o James M. Smith, Sasser & Smith, 529 S. Perry St., Suite 10A-Commerce Row, Montgomery, Alabama 36117.

Dated: November 14, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
　　　Stephen D. Busey
　　　James H. Post (FBN 175460)
　　　Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151