

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**

**November 13, 2008**

**1:30 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.**

**Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast**

Debtors' Twenty-Ninth Omnibus Objection to Claims, as it relates to Claim No. 13711 filed by Faye Oats (Doc. 14799)

**APPEARANCES:**

**US TRUSTEE:**          ELENA ESCAMILLA

**UNSEC. CRED:**        JOHN B. MACDONALD

MATTHEW S. BARR

**FAYE OATS:**

**RULING:** Sustained
Ord [Signed]