UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## ORDER DISALLOWING CLAIM NUMBER 13711 FILED BY FAYE OATS

This cause came before the Court for hearing on November 13, 2008, upon the Twenty-Ninth Omnibus Objection of Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively the "Reorganized Debtors") (Docket No. 14799), as it relates to claim number 13711 filed by Faye Oats. No response to the Objection was filed or raised by the claimant. It is therefore

ORDERED AND ADJUDGED:

1. Claim No. 13711 filed by Faye Oats is disallowed in its entirety, without prejudice to the rights, claims or defenses which the Debtors or the claimant have or may have with respect to any timely or untimely application for administrative expense claim or any motion related to such application.

2. This Court retains jurisdiction to resolve any disputes arising from this Order.

Dated this 13 day of November, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this Order on the Interested Parties and file a proof of service.]00629143