UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' EIGHTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR ABANDONED**

This matter came before the Court for hearing on November 13, 2008, upon the Debtors' Eighth Omnibus Objection to Claims Which Have Been Settled, Released or Abandoned (the "Objection") (Docket No. 21491) filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates to the claims identified on Exhibit A to the Objection. No responses to the Objection were filed or raised by the claimants. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as each of the claims identified on Exhibit A attached.

2. The claims identified on Exhibit A are disallowed in their entirety.

Dated this 13 day of November, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

## EXHIBIT A

| Name of Claimant | Docket No. of Motion | Proof of Claim No. | Reason for Disallowance |
|---|---|---|---|
| Ally, Saudia | | 1760 | Released |
| Alvarado, Mayra | 13829 | N/A | Settled |
| Atherton, Arden | 13749 | N/A | Released |
| Borrota, Alba | 13316 | N/A | Released |
| Crane, Jessica | 13457 | N/A | Released |
| Dancy, Sharon | 13905 and 14476 | N/A | Settled |
| Dorr, Tim | 13535 | N/A | Released |
| Duran, Enrique | 14230 | N/A | Released |
| Durgin, Elishia | 14013 | N/A | Settled |
| Dyle, Ralph | 13396 | N/A | Settled |
| Eliasson, Roseanne | 13313 | N/A | Released |
| Evans, Darryl | 9234 | N/A | Released |
| Forbes, Caroline | 13248 | N/A | Released |
| Gardner, Barbara | 13979 | N/A | Settled |
| Geiser, George | 13604 | N/A | Settled |
| Gillespie, Dorothy | 13551 | N/A | Released |
| Guardina, Anthony | 13793 | N/A | Settled |
| Guibeau, Glenda | 13468 | N/A | Settled |
| Hagan, Delores | 14323 | N/A | Released |
| Hartrum, Kimberly | 13216 | N/A | Released |
| Jack, Lucinda | 14520 | N/A | Released |

| Name of Claimant | Docket No. of Motion | Proof of Claim No. | Reason for Disallowance |
|---|---|---|---|
| Jimenez, Consuelo | 13909 | N/A | Settled |
| Johnson, Jasmine | 13556 | N/A | Released |
| Kelley-Turner, Rosetta | 13513 | N/A | Released |
| Latson, Shellie | 14134 | N/A | Released |
| Lewis, Lorna | 13451 | N/A | Released |
| Magee, Marlee | 14019 | N/A | Settled |
| McQuay, Hue Ellen | 13996 | N/A | Released |
| Obohm, Agnes | 13498 | N/A | Released |
| O'Connor, Virgie | 14306 | N/A | Settled |
| Page, Luella | 14179 | N/A | Settled |
| Perchy, Sandra | 13589 | N/A | Settled |
| Ramos, Natividad | 13967 | N/A | Released |
| Reid, Wesley | N/A | 9376 | Abandoned |
| Reliford, Regina Estelle | 13308 | N/A | Released |
| Robinson, Sharon | 14469 | N/A | Settled |
| Rojas, Jenny | 14266 | N/A | Settled |
| Rosales, Maria | 14499 | N/A | Released |
| Sherman, Chad | 14021 | N/A | Settled |
| Smith, Andrea | 14290 | N/A | Settled |
| Smith, Bernice | 14459 | N/A | Released |
| Smith, Haycinth | 14101 | N/A | Released |
| Smith, Olive | 14184 | N/A | Released |
| Spidell, Willie Marie | 13703 | N/A | Released |

| Name of Claimant | Docket No. of Motion | Proof of Claim No. | Reason for Disallowance |
|---|---|---|---|
| Sturgis, Patricia | 14308 | N/A | Released |
| Vega, Michelle | 14241 | N/A | Released |
| Walker, Mary | 13904 and 14478 | N/A | Released |
| Weatherington, Anne | 13698 | N/A | Released |

00629177