UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER SUSTAINING DEBTORS' AMENDED OBJECTION
TO THE APPLICATION FOR PROFESSIONAL
FEES AND COSTS FILED BY PAPA & GIPE, P.A.**

This case came before the Court for hearing on November 13, 2008 on Debtors' Amended Objection to the Application for the Allowance of Professional Fees and Costs filed by Papa & Gipe, P.A. (the "Objection") (Docket No. 21462). No response was filed or raised by the claimant. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The Application for the Allowance of Professional Fees and Costs filed by Papa & Gipe, P.A. (Docket No. 14775) is disallowed.

Dated this 13 day of November, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00629210