

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to Application for Reimbursement filed on behalf of the Members of the Official Committee of Equity Security Holders (Doc. 21461)

APPEARANCES:

US TRUSTEE:                    ELENA ESCAMILLA
UNSEC. CRED:                   JOHN B. MACDONALD
                               MATTHEW S. BARR

EQUITY SECURITY HOLDERS:

RULING:

W/D

O/R / Prendergast