

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday

November 13, 2008

1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

**Sixth Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Doc. 21486)**

APPEARANCES:

US TRUSTEE:                    ELENA ESCAMILLA

UNSEC. CRED:                   JOHN B. MACDONALD

MATTHEW S. BARR

RULING:    *Granted*

*Ord/Signed*