

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Amended Objection to Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure filed by Debtors (Doc. 21481)

The Reorganized Debtors have agreed to continue the hearing as it relates to the claim filed by Linda Spruel. The Reorganized Debtors will proceed with the hearing on the Objection as to the remaining claim.

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

RULING: Sustained - Cont'd as to Linda Spruel
Ord/Signed