

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Motion to Modify the Agreed Order of Resolution of the Claim of Shelia Marlow (Claim 2857)(Docs. 4108 and 21492)

**APPEARANCES:**

US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

SHELIA MARLOW:

RULING:  *Granted*
         *Ord / Signed*