**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**ORDER ON DEBTORS' MOTION TO
MODIFY AGREED ORDER OF RESOLUTION OF THE
LITIGATION CLAIM OF SHELIA MARLOW (CLAIM NO. 2857)**

These cases are before the Court on November 13, 2008 upon the Debtors' Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Shelia Marlow (the "Motion"). No response was filed or raised by the claimant. Upon consideration of the record in these cases, it is

ORDERED:

1. The Motion is Granted.

2. The Agreed Order of Resolution of the Litigation Claim of Shelia Marlow (Claim No. 2857) (Docket No. 4108) is modified to provide that (i) the Debtors have no further liability or obligation related to the Claim because the the Claim has been satisfied, and (ii) the Debtors are not required to make any further distributions under the Plan as to the allowed Claim.

3. The Court shall retain jurisdiction to resolve any disputes arising from

this Order.

Dated this 13 day of ~~October~~ November in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to: Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Claimant and file a proof of service.]

00627663