

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 13, 2008
1:30 P.M.

**PRO MEMO**

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to the Claim of Earline Williams (Doc. 21483)

**APPEARANCES:**

US TRUSTEE:             ELENA ESCAMILLA
UNSEC. CRED:            JOHN B. MACDONALD
                        MATTHEW S. BARR

**EARLINE WILLIAMS:**

RULING: Sustained
Ord./Signed