# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON DEBTORS' AMENDED OBJECTION TO CLAIM FILED BY EARLINE WILLIAMS

This matter came before the Court for hearing on November 13, 2008, upon the Debtors' Amended Objection to the Claim filed by Earline Williams (the "Objection") (Docket No. 21483) filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates. No response to the Objection was filed or raised by the claimant. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 10584 is disallowed in its entirety.

Dated this 13 day of November, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.] 00629221