

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.**

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to the Claim of Dorrett Rhodd filed by Debtors (Doc. 21479)

**APPEARANCES:**

| | |
|---|---|
| US TRUSTEE: | ELENA ESCAMILLA |
| UNSEC. CRED: | JOHN B. MACDONALD |
| | MATTHEW S. BARR |

DORRETT RHODD:

RULING:  Sustained
Ord/Signed