

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.**

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Amended Objection to the Claim of Mary Eckenrod (Doc. 21365)

**APPEARANCES:**
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD
                  MATTHEW S. BARR

ECKENROD:

RULING: Sustained
Ord/Signed