

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

**Thursday**

**November 13, 2008**

**1:30 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post /Prendergast. P

Debtors' Objection to the Claim of Jenny Bauman (Doc. 21503)

APPEARANCES:

US TRUSTEE:                 ELENA ESCAMILLA

UNSEC. CRED:               JOHN B. MACDONALD

                                    MATTHEW S. BARR

JENNY BAUMAN:

RULING: Sustained

Out / Signed