# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION
## TO THE CLAIM OF JENNY BAUMAN

This case came before the Court for hearing on November 13, 2008 on Debtors' Objection to the Claim of Jenny Bauman. Upon the evidence presented at the hearing, the Court finds that:

1. Jenny Bauman (the "Claimant") filed an application for administrative expense for a slip and fall, asserting that the claim arose on May 16, 2006 at a Winn-Dixie store in Marrero, Louisiana (Docket No. 14368) (the "Administrative Claim").

2. Article 3492, Louisiana Civil Code, requires that an action founded on delictual actions must be brought within one year.

3. Claimant has not filed a complaint in the appropriate non-bankruptcy court based upon her personal injury. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4. Because the date upon which the claim is based is May 16, 2006, the Claimant was required under Louisiana law to commence the prosecution of a civil action by May 15, 2007.

5. Because the claimant did not file a civil action to preserve her claim prior to the expiration of the applicable statute of prescription, Claimant's cause of action is now time-barred and her claim must be disallowed. Upon the foregoing, it is

ORDERED:

1. The Debtors' Objection to the Claim of Jenny Bauman is sustained.

2. The Administrative Claim filed by the Claimant is disallowed.

Dated this 13 day of November, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00630254