

# HONORABLE JERRY A. FUNK
# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE

Thursday

November 13, 2008

1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post *Prendergast - P*

Debtors' Objection to the Claim of Minnie L. Walker (Doc. 21499)

The Reorganized Debtors have agreed to continue the hearing on the Objection because the Claimant withdrew her claim.

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR

MINNIE L. WALKER:

RULING:  *Cont'd until further nte.*