Case 3:05-bk-03817-JAF    Doc 21663    Filed 11/13/08    Page 1 of 1



# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

### PRO MEMO

**CASE NO. 05-3817-3F1**    WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post/ *Prendergast P.*

Debtors' Objection to the Claim of Janord Sylve (Doc. 21504)

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

**JANORD SYLVE:**

**RULING:** *Sustained*
*Order Signed*