**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER SUSTAINING DEBTORS' OBJECTION**
**TO THE CLAIM OF JACOB M. DICKINSON, VI**

This case came before the Court for hearing on November 13, 2008 on Debtors' Objection to the Claim of Jacob M. Dickinson, VI. Upon the evidence presented at the hearing, the Court finds that:

1. Jacob M. Dickinson, VI (the "Claimant") filed an application for administrative expense for a personal injury, asserting that the claim arose on February 12, 2006 at a Winn-Dixie store in Harahan, Louisiana (Docket No. 13796) (the "Administrative Claim").

2. Article 3492, Louisiana Civil Code, requires that an action founded on delictual actions must be brought within one year.

3. Claimant has not filed a complaint in the appropriate non-bankruptcy court based upon his personal injury. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4. Because the date upon which the claim is based is February 12, 2006, the Claimant was required under Louisiana law to commence the prosecution of a civil action by February 12, 2007.

5. Because the claimant did not file a civil action to preserve his claim prior to the expiration of the applicable statute of prescription, Claimant's cause of action is now time-barred and his claim must be disallowed. Upon the foregoing, it is

ORDERED:

1. The Debtors' Objection to the Claim of Jacob M. Dickinson, VI is sustained.

2. The Administrative Claim filed by the Claimant is disallowed.

Dated this 13 day of November, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00630258