UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION
## TO THE CLAIM OF JOHN FLEMING

This case came before the Court for hearing on November 13, 2008 on the Debtors' Objection to the Claim of John Fleming. Upon the evidence presented at the hearing, the Court finds that:

1. John Fleming (the "Claimant") filed an application for administrative expense for a slip and fall, asserting that the claim arose on March 29, 2005 at a Winn-Dixie store in Phoenix City, Alabama (Docket No. 14440) (the "Administrative Claim").

2. Section 6-2-38, Code of Alabama, requires that an action founded on any injury to the person must be brought within two years.

3. Claimant has not filed a complaint in the appropriate non-bankruptcy court based upon his personal injury. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4. Because the date upon which the claim is based is March 29, 2005, the Claimant was required under Alabama law to commence the prosecution of a civil action by March 28, 2007.

5. Because the claimant did not file a civil action to preserve his claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and his claim must be disallowed. Upon the foregoing, it is

ORDERED:

1. The Debtors' Objection to the Claim of John Fleming is sustained.

2. The Administrative Claim filed by the Claimant is disallowed.

Dated this 13 day of November, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00630268