

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Objection to the Claim of Thomas Smith (Doc. 21505)

The Reorganized Debtors have agreed to continue the hearing on the Objection until further notice by either party.

APPEARANCES:
US TRUSTEE:       ELENA ESCAMILLA
UNSEC. CRED:      JOHN B. MACDONALD
                  MATTHEW S. BARR

THOMAS SMITH:

RULING: *Cont'd. until further nte.*