Case 3:05-bk-03817-JAF   Doc 21684   Filed 11/13/08   Page 1 of 1



HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Objection to the Claim of Carrie Joann Brannon (Doc. 21513)

**APPEARANCES:**
US TRUSTEE:            ELENA ESCAMILLA
UNSEC. CRED:           JOHN B. MACDONALD
                       MATTHEW S. BARR

CARRIE JOANN BRANNON:

RULING: Sustained
Ord/Signed