# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION TO THE CLAIM OF CARRIE JOANN BRANNON

This case came before the Court for hearing on November 13, 2008 on Debtors' Objection to the Claim of Carrie Joann Brannon. Upon the evidence presented at the hearing, the Court finds that:

1. Carrie Joann Brannon (the "Claimant") filed an application for administrative expense for a slip and fall, asserting that the claim arose on July 19, 2006 at a Winn-Dixie store in Albany, Georgia (Docket Nos. 13827 and 14051) (the "Administrative Claim").

2. Section 9-3-33, Ga. Code Ann., requires that an action founded on injuries to the person must be brought within two years.

3. Claimant has not filed a complaint in the appropriate non-bankruptcy court based upon her personal injury. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4.  Because the date upon which the claim is based is July 19, 2006, the Claimant was required under Georgia law to commence the prosecution of a civil action by July 18, 2008.

5.  Because the claimant did not file a civil action to preserve her claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and her claim must be disallowed. Upon the foregoing, it is

ORDERED:

1.  The Debtors' Objection to the Claim of Carrie Joann Brannon is sustained.

2.  The Administrative Claim filed by the Claimant is disallowed.

Dated this 13 day of November, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00630283