

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1   WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

    Debtors' Objection to the Claim of Nora Caterino (Doc. 21518)

APPEARANCES:

US TRUSTEE:              ELENA ESCAMILLA

UNSEC. CRED:           JOHN B. MACDONALD
                              MATTHEW S. BARR

NORA CATERINO:

RULING: Sustained
Ord/Signed