

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1**   WINN-DIXIE STORES, INC.

Debtor Atty: Stephen D. Busey/Cynthia C. Jackson/D.J. Baker/James Post / *Prendergast-P*

Debtors' Amended Objection to the Claim of Lydia Haynes (Doc. 21494)

Response:   Lydia Haynes (Doc. 21600)

**APPEARANCES:**
US TRUSTEE:                ELENA ESCAMILLA
UNSEC. CRED:              JOHN B. MACDONALD
                                      MATTHEW S. BARR

**LYDIA HAYNES:**

**RULING:** *Sustained*
*Ord/Signed*