

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
November 13, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Objection to the Claim of Jack L. Gresham (Doc. 21507)

Response:    Jack L. Gresham (Doc. 21601)

APPEARANCES:

US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR
JACK L. GRESHAM:

RULING: Sustained
Ord/Signed