UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' OBJECTION
IMPROPERLY FILED ADMINISTRATIVE CLAIMS**

This matter came before the Court for hearing on November 13, 2008, upon the Debtors' Objection to Improperly Filed Administrative Claims (the "Objection") (Docket No. 21484) filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively the "Reorganized Debtors") to the claims identified on Exhibit A to the Objection. A response was filed by Ethel Butler, but no responses to the Objection were filed or raised by any of the other claimants. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The claims identified on Exhibit A are disallowed.

3. To the extent that this Order relates to an improperly filed claim, this Order is without prejudice to the rights, claims or defenses which the Debtors or the claimants have or may have with respect to any timely or untimely

applications for administrative expense claims or any motions related to such applications.

4. The Objection gives rise to a separate contested matter as to each claim identified on Exhibit A, as contemplated by Rule 9014, Federal Rules of Bankruptcy Procedure. This Order is deemed to be a separate Order with respect to each such claim. Any stay of this Order pending appeal by any claimant whose claim is subject to this Order shall only apply to the contested matter involving such claim and shall not act to stay the applicability or finality of this Order with respect to the other contested matters subject to this Order.

5. This Order is without prejudice to the Reorganized Debtors' right to object to any of the claims on any further or separate grounds.

Dated this 13 day of November, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

## EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
| --- | --- | --- |
| Ana Rosa Jean | 14249 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |
| Esther Falcon Quintero | 14441 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |
| Ethel Butler | 14450 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Jenny Rojas | 14266 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |
| Pamela Daniel | 14031 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |
| Scott Allen | 13946 and 14369 | IMPROPERLY FILED – THE MOTION STATES THAT THE EVENT OR INJURY RELATING TO THE CLAIM OCCURRED PRIOR TO THE DEBTORS' FEBRUARY 21, 2005 PETITION DATE. THIS CLAIM IS TO BE DISALLOWED BECAUSE IT IS NOT PROPERLY ASSERTABLE ON AN APPLICATION FOR ADMINISTRATIVE EXPENSE. PREPETITION CLAIMS WERE REQUIRED TO BE ASSERTED ON PROOF OF CLAIM FORMS FILED BY AUGUST 1, 2005. THIS OBJECTION IS MADE WITHOUT PREJUDICE TO ANY TIMELY OR UNTIMELY PROOF OF CLAIM FILED BY OR ON BEHALF OF THE CLAIMANT. |

00629181