**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                          Case No.  05-03817-3F1

)

WINN-DIXIE STORES, INC., et al.,                    Chapter 11

)

    Reorganized Debtors.                          Jointly Administered

)

**CONSENT MOTION TO**
**CONTINUE HEARING ON SIXTH MOTION TO**
**COMPEL FILED BY VISAGENT CORPORATION**

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), moves the Court to continue the hearing on Visagent's Sixth Motion to Compel (Docket No. 21438) currently scheduled for November 18, 2008 at 11:00 a.m., to January 26, at 2:30 p.m., or the first date thereafter convenient for the Court.  Counsel for Visagent Corporation has consented to the relief sought in this Motion.

Dated: November 17, 2008.

SMITH HULSEY & BUSEY


By  */s/ David L. Gay*
      Stephen D. Busey
      David L. Gay

Florida Bar Number 893221
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
dgay@smithhulsey.com

Counsel for Winn-Dixie

## **Certificate of Service**

I certify that a copy of the foregoing document was furnished by mail and/or electronically to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, 520 South Federal Highway, Stuart, Florida 34995, this 17th day of November, 2008.

*/s/ David L. Gay*
Attorney

00631768