UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

### ORDER DISMISSING NOTICE OF APPEAL

On November 13, 2008, a Notice of Appeal was filed by Ernest S. Allen. Pursuant to General Order 96-118-MISC-T Establishing Protocol for Processing Untimely Bankruptcy Appeals dated September 25, 1996 and Federal Rule of Bankruptcy Procedure 8002(a), an order may be entered dismissing the appeal for failure to timely file the appeal. Therefore, on the Court's own motion, it is

**ORDERED**:

This Appeal is dismissed.

DATED November 17, 2008, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies furnished to:
Debtor(s)
Attorney for Debtor
Ernest S. Allen, 4515 Stonybrook Drive, Louisville, KY 40299
US Trustee
The Honorable Judge Barry Willet, Jefferson Circuit Court Judge, Division One, 700 W. Jefferson St., Louisville, KY 40211
Sedgwick Claims Management Inc., 8649 Baypine Rd., Bldg 7, Suite 300, Jacksonville, FL 32256, Attn: Ken Black
Attorney Richard G. Segal, 500 W. Jefferson St., Suite 2100, Louisville, KY 40202
Attorney R. Hite Nelly, 471 W. Main St., Suite 400, Louisville, KY 40202