Hearing Date:  December 18, 2008 at 1:30 p.m.
Response Deadline:  December 8, 2008 at 4:00

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### DEBTORS' AMENDED OBJECTION TO CLAIMS
### DUE TO CLAIMANTS' FAILURE TO PARTICIPATE IN THE
### CLAIMS RESOLUTION PROCEDURE AND NOTICE OF HEARING

The Debtors file this amended Omnibus Objection to Unresolved Litigation Claims (Docket No. 8702) and object to the claims listed on Exhibit A attached on the additional grounds that each of the Claimants failed to comply with the Claims Resolution Procedure established by this Court (the "Objection").  The Notice of Hearing set forth herein is limited to this Objection due to the claimants' failure to participate in the Claims Resolution Procedure.  The Debtors reserve the right to assert their additional objections

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.   With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

to these claims as set forth in the Debtors' Omnibus Objection to Unresolved Litigation Claims.

## Notice of Hearing

Please take notice that a hearing is scheduled for **December 18, 2008** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

## Separate Contested Matter

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

## Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

## Response Deadline

If you do **not** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your claim listed on Exhibit A under Claims to be Disallowed, then you **must** file and serve a written response to the Objection that is

received on or before **4:00 p.m. Eastern Time on December 8, 2008** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court

authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  November 17, 2008

SMITH HULSEY & BUSEY


By    */s/ Leanne McKnight Prendergast*
         Stephen D. Busey
         James H. Post
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

Winn-Dixie Stores, Inc.
Exhibit A

Page 1
Dated 11/17/2008

| Name of Claimant | Claim No. | Claim Amount | Reason for Proposed Disallowance |
|---|---|---|---|
| Hernandez, Mayrelis | 6100 | $500,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor:  Winn-Dixie Stores, Inc. | | | |
| Whipple, Vicky Lynn | 2264 | $250,000.00 | CLAIMANT FAILED TO COMPLY WITH THE CLAIMS RESOLUTION PROCEDURE |
| Debtor:  Winn-Dixie Stores, Inc. | | | |

Total Claims to be Disallowed :          2
Total Amount to be Disallowed:          $750,000.00  plus unliquidated amounts, if any

## **DECLARATION**

I, Robert Faison, General Liability Claims Manager for Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Amended Omnibus Objection to Unresolved Litigation Claims are true and correct to the best of my knowledge, information and belief.

Robert Faison, General Liability
Claims Manager, Winn-Dixie Stores, Inc.

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail this 17th day of November, 2008 to:

Mayrelis Hernandez                   Vicky Lynn Whipple
8760 SW 25th Street                  2508 Esplanade Dr.
Miami, Florida 33165                 Virginia Beach, VA  23456


                              _/s/ Leanne McKnight Prendergast_
                                        Attorney


00632051