# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

### NOTICE OF HEARING ON THE REORGANIZED DEBTORS' SEVENTH MOTION FOR ENTRY OF AGREED ORDERS ON SETTLEMENT AGREEMENTS WITH LITIGATION CLAIMANTS

Please take notice that a hearing will be held on **December 18, 2008** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Reorganized Debtors' Seventh Motion for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (the "Motion").

Only objections to the Motion which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **December 8, 2008**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: November 17, 2008

                                    SMITH HULSEY & BUSEY

                                    By  *s/ Leanne McKnight Prendergast*
                                         Stephen D. Busey
                                         James H. Post
                                         Leanne McKnight Prendergast

                                  Florida Bar Number 59544
                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida 32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)
                                  lprendergast@smithhulsey.com

                                  Counsel for Reorganized Debtors

00632098

# Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail this 17th day of November, 2008 to:

Conchita Cevallos
c/o Gregg R. Schwartz, Esq.
9100 S. Dadeland Blvd., Suite 1121
Miami, Florida 33156-7866

Olga Collier
c/o Gregg A. Silverstein
Silverstein, Silverstein & Silverstein,
20801 Biscayne Blvd. Suite 504
Aventura, Florida 33180-1422

Glennie-Bondel Custer
c/o John Gary Baker, Esq.
P.O. Box 1177
Callahan, Florida 32011

Drew Delford
c/o Bradley R. Markey, Esquire
Stutsman Thames & Markey
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202

Leda Gallo
c/o Clayton Syfrett
Syfrett & Dykes Law offices P.A.
311 Magnolia Ave P.O.Box 1186
Panama City, Florida 32402-1186

Ryan Malone
c/o Matthew Schindler
Vernis & Bowling
81990 Overseas Hwy., 3rd Floor
Islamorada, Florida  33036

Ana Mae Williams
c/o Frank J D'Amico Jr., Esq.
622 Baronne Street, 2nd Floor
New Orleans, Louisana 70113

*s/ Leanne McKnight Prendergast*

00632098