UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                               Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                     Chapter 11

Reorganized Debtors.                                 Jointly Administered

## ORDER CONTINUING HEARING ON SIXTH
## MOTION TO COMPEL FILED BY VISAGENT CORPORATION

This matter is before the Court on the Consent Motion to Continue Hearing on Sixth Motion to Compel Filed by Visagent Corporation filed by Winn-Dixie Stores, Inc. (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The hearing on Visagent's Sixth Motion to Compel currently scheduled for November 18, 2008 at 11:00 a.m. is rescheduled to _January 26, 2009_, at _2:30_ _p_.m.

Dated this _17_ day of November, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

David L. Gay
Guy B. Rubin

00631767