UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF CASE MANAGEMENT CONFERENCE

Please take notice that a case management conference on Diversified Maintenance Systems, Inc.'s Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business (Docket No. 21311) (the "Motion") is scheduled for **December 18, 2008 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Motion for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: November 18, 2008

                                        SMITH HULSEY & BUSEY

                                        By    *s/ James H. Post*
                                                 Stephen D. Busey
                                                 James H. Post
                                                 Cynthia C. Jackson

                                        Florida Bar Number 175460
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Winn-Dixie

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to Richard McIntyre, Esq., McIntyre, Panzarella, Thansasides & Eleff, P.L., 6943 E. Fowler Avenue, Temple Terrace, Florida 33617, this 18th day of November, 2008.



                                                  *s/ James H. Post*
                                                    Attorney

00631510