UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER DISMISSING NOTICE OF APPEAL

On November 13, 2008, a Notice of Appeal was filed by Ernest S. Allen. Pursuant to General Order 96-118-MISC-T Establishing Protocol for Processing Untimely Bankruptcy Appeals dated September 25, 1996 and Federal Rule of Bankruptcy Procedure 8002(a), an order may be entered dismissing the appeal for failure to timely file the appeal. Therefore, on the Court's own motion, it is

**ORDERED**:

This Appeal is dismissed.

**DATED November 17, 2008**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies furnished to:
Debtor(s)
Attorney for Debtor
Ernest S. Allen, 4515 Stonybrook Drive, Louisville, KY 40299
US Trustee
The Honorable Judge Barry Willet, Jefferson Circuit Court Judge, Division One, 700 W. Jefferson St., Louisville, KY 40211
Sedgwick Claims Management Inc., 8649 Baypine Rd., Bldg 7, Suite 300, Jacksonville, FL 32256, Attn: Ken Black
Attorney Richard G. Segal, 500 W. Jefferson St., Suite 2100, Louisville, KY 40202
Attorney R. Hite Nelly, 471 W. Main St., Suite 400, Louisville, KY 40202

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: cartes              Page 1 of 1               Date Rcvd: Nov 17, 2008
Case: 05-03817                Form ID: pdfdoc           Total Served: 5

The following entities were served by first class mail on Nov 19, 2008.
              +Attorney R. Hite Nelly,    471 W. Main St., Suite 400,    Louisville, KY 40202-4221
              +Attorney Richard G. Segal,    500 W. Jefferson St., Suite 2100,    Louisville, KY 40202-2812
cr            +Ernest Allen,    4515 Stoneybrook Drive,    Louisville, KY 40299-1161
              +Sedgwick Claims Management, Inc.,    8649 Baypine Rd., Bldg 7, Suite 300,
                Jacksonville, FL 32256-7574
              +The Honorable Judge Barry Willet,    700 W. Jefferson Street,    Louisville, KY 40202-4733

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2008**                     **Signature:**    _Joseph Speetjens_