**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

In Re:

**Winn-Dixie Stores, Inc. and others**,

Debtors.
_____

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**Notice of Appearance and Request for Service of Papers by**
**Mark A. Thompson as Attorney for**
**the Tax Commissioner of DeKalb County, Georgia**

      Mark A. Thompson, of the DeKalb County Law Department, enters this Notice of Appearance on behalf of the Tax Commissioner of DeKalb County, Georgia, in accordance with Local Rule 2090-1.  Mr. Thompson is allowed to practice in this Court under Local Rule 2090-1(c)(1), as he is resides outsides of the State of Florida (in Atlanta, Georgia), and he is a member in good standing of the United States district courts for the northern and middle districts of Georgia.  He does not anticipate frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice in the Middle District of Florida. In fact, he only anticipates being involved in this case.

      Mr. Thompson, by a separate motion, is requesting that the Court issue an order waiving him from compliance with the local counsel requirement of Local Rule 2090-1(c).

This 20th day of November, 2008.

    Attorney for the Tax Commissioner of DeKalb County, Georgia

    s/ Mark A. Thompson
    Mark A. Thompson
    Senior Assistant County Attorney
    Georgia Bar No. 709025
    DeKalb County Law Department
    1300 Commerce Drive, 5th Floor
    Decatur, GA 30030
    (404) 371-3011
    Fax (404) 371-3024
    mathompson@co.dekalb.ga.us

–3–

## Certificate of Service

I certify that today I electronically filed the **Notice of Appearance and Request for Service of Papers by Mark A. Thompson as Attorney for the Tax Commissioner of DeKalb County, Georgia** with the Clerk of the Court using the CM/ECF system, and that I have delivered this document electronically (e-mail) to the following attorneys of record:

**D. J. Baker**
djbaker@skadden.com
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036

**Beau Bowin**
Smith Hulsey & Busey
225 Water St Ste 1800
Jacksonville, FL 32202-5182
bbowin@smithhulsey.com

**Elena L Escamilla**
135 W Central Blvd., Suite 620
Orlando, FL 32806
elena.l.escamilla@usdoj.gov

**Cynthia C. Jackson**
cjackson@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801
ken.meeker@usdoj.gov

This 20th day of November, 2008.

        Attorney for the Tax Commissioner of DeKalb County, Georgia

        s/ Mark A. Thompson
        Mark A. Thompson
        Senior Assistant County Attorney
        Georgia Bar No. 709025
        DeKalb County Law Department
        1300 Commerce Drive, 5th Floor
        Decatur, GA 30030
        (404) 371-3011
        Fax (404) 371-3024
        mathompson@co.dekalb.ga.us