**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

In Re:

**Winn-Dixie Stores, Inc. and others**,

Debtors.

_____

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**Motion for Waiver of the Requirement to Designate Local Counsel**
**under Local Rule 2090-1(c)**

Mark A. Thompson, of the DeKalb County Law Department, counsel for the Tax Commissioner of DeKalb County, Georgia, a secured creditor of the Debtors, files this Motion for Waiver of Requirement to Designate Local Counsel under Local Rule 2090-1(c). Mr. Thompson supports this motion with the following:

1.      On February 21, 2005, Winn-Dixie Stores, Inc. and others (the "Debtors") filed voluntary bankruptcy petitions for relief under Chapter 11 of the United States Bankruptcy Court in the United States Bankruptcy Court for the Southern District of New York. On April 3, 2005, the Debtors' jointly administered cases were transferred to the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division.

2.      The DeKalb County Tax Commissioner is owed personal property ad valorem taxes by the Debtors for the stores the Debtors operated in DeKalb County, Georgia, for 2005.

3.      The Debtors filed its third omnibus objection to tax claims and motion for an order determining tax liabilities, asking that the Court, among other things, determine the tax liabilities for the Debtors' DeKalb County stores for tax years 2004 and 2005.

4.      Mr. Thompson is allowed to practice in this Court under Local Rule 2090-1(c)(1), as he is resides outsides of the State of Florida (in Atlanta, Georgia), and he is a member in good standing of the United States district courts for the northern and middle districts of Georgia.  He does not anticipate frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice in the Middle District of Florida. In fact, he only anticipates being involved in this case.

5.      In accordance with Bankruptcy Local Rule 2090-1(c), a nonresident attorney appearing as counsel in the Middle District of Florida must file a designation and consent to act that names a member of the bar of the Middle District who is a resident of Florida upon whom all notices and papers may be served and who will be responsible for the progress of the case. This rule also provides that the Court may waive this designation for good cause shown.

6.      Mr. Thompson has been allowed to file papers with the clerk of this Court using the electronic filing system; Mr. Thompson will be able to file papers with this Court electronically in accordance with this Court's rules.

7.      Because of the limited nature of the issues between the Debtors and the DeKalb County Tax Commissioner, and the ability to conduct matters by electronic filing and by mail, Mr. Thompson shows that the DeKalb County Tax Commissioner should be relieved from hiring local counsel, and thus should be relieved from complying with the requirement of designating local counsel.

For the above reasons which show good cause, Mr. Thompson, acting on behalf of the DeKalb County Tax Commissioner, requests that the Court issue an order waiving the local counsel requirement of Local Rule 2090-1(c).

This 20th day of November, 2008.

Attorney for the Tax Commissioner of DeKalb County, Georgia


s/ Mark A. Thompson
Mark A. Thompson
Senior Assistant County Attorney
Georgia Bar No. 709025
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011
Fax (404) 371-3024
mathompson@co.dekalb.ga.us

**Certificate of Service**

I certify that today I electronically filed the **Motion for Waiver of the**

**Requirement to Designate Local Counsel under Local Rule 2090-1(c)** with the Clerk

of the Court using the CM/ECF system, and that I have delivered this document

electronically (e-mail) to the following attorneys of record:

**D. J. Baker**
djbaker@skadden.com
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036

**Beau Bowin**
Smith Hulsey & Busey
225 Water St Ste 1800
Jacksonville, FL 32202-5182
bbowin@smithhulsey.com

**Elena L Escamilla**
135 W Central Blvd., Suite 620
Orlando, FL 32806
elena.l.escamilla@usdoj.gov

**Cynthia C. Jackson**
cjackson@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801
ken.meeker@usdoj.gov

-4-

This 20th day of November, 2008.

Attorney for the Tax Commissioner of DeKalb
County, Georgia


s/ Mark A. Thompson
Mark A. Thompson
Senior Assistant County Attorney
Georgia Bar No. 709025
DeKalb County Law Department
1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011
Fax (404) 371-3024
mathompson@co.dekalb.ga.us