**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**
**ON THE DEBTORS' MOTION TO DETERMINE**
**TAX LIABILITIES OWED TO MADISON COUNTY, MISSISSIPPI**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order continuing the trial on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim Nos. 1777 and 1778 filed by the Madison County Tax Collector (Docket No. 9133) (the "Objection") and (ii) the Response of the Madison County Tax Collector (Docket No. 9568), currently scheduled for January 29, 2009 at 9:00 a.m., and in support state:

1. The Reorganized Debtors and the Madison County Tax Collector ("Madison County") have not completed their discovery and need additional time to do so. Continuing the trial for a period of not less than one hundred twenty (120) days will allow the parties additional time needed to complete their discovery.

2. The undersigned counsel has conferred with counsel for Madison County and Madison County consents to the relief sought in this motion.

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing, for a period not less than one hundred twenty (120)

days from January 29, 2009, the trial on the Objection and Response and the deadlines set forth in the Order Scheduling Trial of this matter.

Dated: November 24, 2008

            SMITH HULSEY & BUSEY

            By: *s/ Allan E. Wulbern*
              Stephen D. Busey
              Allan E. Wulbern

            Florida Bar Number 175511
            225 Water Street, Suite 1800
            Jacksonville, Florida  32202
            (904) 359-7700
            (904) 359-7708 (facsimile)
            awulbern@smithhulsey.com

            Attorneys for Reorganized Debtors

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**ORDER CONTINUING TRIAL ON THE DEBTORS'
MOTION TO DETERMINE TAX LIABILITIES
OWED TO MADISON COUNTY, MISSISSIPPI**

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Madison County, Mississippi (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim Nos. 1777 and 1778 filed by the Madison County Tax Collector (Docket No. 9133) (the "Objection") and (ii) the Response of the Madison County Tax Collector (Docket No. 9568), currently scheduled for January 29, 2009 at 9:00 a.m. is continued to _____

_____ at _____ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on August 11, 2008 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this _____ day of November, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

.

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Richard R. Thames, Esq. and Robert A. Heekin, Esq., Stutsman, Thames and Markey, 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202 and Stephen W. Rosenblatt, Esq., Butler, Snow, O'Mara, Stevens and Cannada, PLLC, 210 East Capitol Street, Jackson, Mississippi 39201, and all parties in interest entitled to receive such notification this 24th day of November, 2008.



*s/ Allan E. Wulbern*
Attorney

00632318