UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### AGREED ORDER APPROVING STIPULATION WITH ERNEST ALLEN TO MODIFY PERMANENT INJUNCTION

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Debtors") for an order approving the Debtors' stipulation with Ernest Allen for modification of the permanent injunction. Based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of allowing Ernest Allen to prosecute through final judgment his civil action pending in the Jefferson Circuit Court, Division One, in Kentucky (the "State Court"), Case No. 02-CI-08551 against Debtor Winn-Dixie Charlotte, Inc. to liquidate Claim Number 12768 filed by Ernest Allen. Mr. Allen shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

2. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. §524 shall remain in full force and effect.

3.   Mr. Allen shall notify the State Court that Mr. Allen's action is subject to the permanent injunction of 11 U.S.C. §524 as provided herein.

4.   This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 26 day of November, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

622493

By *Ernest S. Allen*
    Ernest S. Allen

4515 Stonybrook
Louisville, Kentucky 40299

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Nov 26, 2008
Case: 05-03817                Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on Nov 28, 2008.
cr           +Ernest Allen,   4515 Stoneybrook Drive,   Louisville, KY 40299-1161

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 28, 2008**                    **Signature:** _/s/ Joseph Speetjens_