UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER CLARIFYING ORDER DATED NOVEMBER 3, 2008 SCHEDULING TRIAL ON DEBTORS' OBJECTION TO CLAIM NUMBER 9953 FILED BY VISAGENT CORPORATION**

This case came before the Court upon the Court's own Motion. On November 3, 2008 the Court entered Order Scheduling Trial on Debtors' Objection to Claim 9953 filed by Visagent Corporation. Based upon the stipulation of the parties at the case management conference on October 20, 2008, it is

**ORDERED:**

1. The following sentence is added to paragraph one of the Order Scheduling Trial. The trial is only as to the issue of liability.

2. In all other respects, the Order Scheduling Trial remains the same.

**DATED** this 1 day of December, 2008 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies to:**

**Attorney for Debtors**
**Attorney for Visagent Corporation**