**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| | ) | |

**ORDER CONTINUING TRIAL ON THE DEBTORS'**
**MOTION TO DETERMINE TAX LIABILITIES**
**OWED TO MADISON COUNTY, MISSISSIPPI**

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Madison County, Mississippi (the "Motion"). Upon consideration, it is

ORDERED:

1.    The Motion is granted.

2.    The trial on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim Nos. 1777 and 1778 filed by the Madison County Tax Collector (Docket No. 9133) (the "Objection") and (ii) the Response of the Madison County Tax Collector (Docket No. 9568), currently scheduled for January 29, 2009 at 9:00 a.m. is continued to _____ _____July 9, 2009_____

_____ at 9:00 A.M. in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3.    The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on August 11, 2008 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this ___1___ day of ~~November~~ December, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00632331

2