UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors, *et al.*, | Jointly Administered |

ORDER CONTINUING TRIAL ON THE DEBTORS'
MOTION TO DETERMINE TAX LIABILITIES
OWED TO FORREST COUNTY, MISSISSIPPI

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Forrest County, Mississippi (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the Forrest County Tax Collector (Docket No. 9133) (the "Objection") and (ii) the Response of the Forrest County Tax Collector (Docket No. 9765), currently scheduled for January 29, 2009 at 9:00 a.m. is continued to *July 9, 2009* at *9:00 A.M.* in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on August 11, 2008 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this ___1___ day of December, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00632329