UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                      Chapter 11
      Reorganized Debtors.           )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Marjorie Alexander [Docket No. 13400] was furnished by mail on December 1, 2008 to Marjorie Alexander c/o Dan Zohar, P.A., 2529 W. Busch Blvd., Suite 100, Tampa, FL 33618.

Dated: December 1, 2008

          SMITH HULSEY & BUSEY

By     *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785