**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 3:05-bk-03817-JAF |
| WINN DIXIE STORES, et al. ) | |
| ) | *Chapter 11* |
| Debtors. ) | Jointly Administered |
| ) | |

**REQUEST TO BE REMOVED FROM CM/ECF NOTICE**

COMES NOW, SARRIA ENTERPRISES, INC. and its related entities ("SARRIA"), by and through the undersigned counsel, and hereby requests that it be removed from CM/ECF notice in the above-styled case.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via U.S. CM/ECF on this 1st day of December 2008.

/s/ Alan M. Burger
Alan M. Burger, Esquire
McDONALD HOPKINS LLC
Attorney for Sarria
505 S. Flagler Drive, Suite 300
West Palm Beach, FL 33401
Telephone: 561-472-2121
Facsimile: 561- 472-2122
Florida Bar Number: 833290