UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| | ) | |

ORDER CONTINUING TRIAL ON THE DEBTORS'
MOTION TO DETERMINE TAX LIABILITIES
OWED TO MUSCOGEE COUNTY, GEORGIA

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Muscogee County, Georgia (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the Tax Commissioner of Muscogee County, Georgia (Docket No. 8772) (the "Objection") and (ii) the Response of the Tax Commissioner of Muscogee County (Docket No. 9227), currently scheduled for January 30, 2009 at 9:00 a.m. is continued to _JULY 10, 2009_

_____ at _9:00 A.M._ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter


entered herein on August 11, 2008 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this 1 day of December, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00632332