## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors, *et al.*, ) | Jointly Administered |
| _____ ) | |

### ORDER CONTINUING TRIAL ON THE DEBTORS' MOTION TO DETERMINE TAX LIABILITIES OWED TO BULLOCH COUNTY, GEORGIA

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Bulloch County, Georgia (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Debtors' Third Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the Tax Commissioner of Bulloch County, Georgia (Docket No. 8772) (the "Objection") and (ii) the Response of the Tax Commissioner of Bulloch County (Docket No. 9233), currently scheduled for January 30, 2009 at 9:00 a.m. is continued to __JULY 10, 2009__ at __9:00 A.M.__ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on August 11, 2008 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this __1__ day of ~~November~~ December, 2008 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00632328