UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                          CHAPTER 11

Debtors.
_____/

### CASTO INVESTMENTS COMPANY, LTD.'S
### MOTION TO CONTINUE TRIAL SCHEDULED FOR JANUARY 15 AND 16, 2009

COMES NOW, Casto Investments Company, Ltd. ("Casto"), by and through its undersigned counsel, and moves the Court for entry of an Order continuing the trial on the Debtors', Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie"), Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), as it relates to the Cure Objection filed by Casto (the "Cure Objection") (Doc. No. 9686) and Winn-Dixie's Counterclaim (Doc. No. 21471), currently scheduled for January 15 and 16, 2009, at 9:00 a.m. and in support states:

1.  On June 30, 2006, Winn-Dixie filed its Motion to Assume seeking to assume several non-residential real property leases, including the lease for real property located at 941 SW 24th Street, Fort Lauderdale, Florida, known as Store No. 236 (the "Lease"). Casto is the Landlord for Winn-Dixie Store No. 236.

2.  On July 28, 2006, Casto filed its Cure Objection, asserting lease cure amounts greater than those asserted by Winn-Dixie in its Motion to Assume.

3.  A status conference regarding the Motion to Assume and the Cure Objection was held on November 1, 2007.

CASE NO. 05-03817-3F1

4. On November 5, 2007, the Court entered an Order scheduling a trial on the Motion to Assume and the Cure Objection for March 12, 2008 at 9:00 a.m., March 13, 2008 at 1:30 p.m. and March 14, 2008 at 9:30 a.m. (Doc. No. 18814).

5. On February 7, 2008, the Court entered an Order continuing this trial until August 14, 2008 at 9:00 a.m. and August 15, 2008 at 9:30 a.m. (Doc. No. 19774).

6. On July 8, 2008, the Court entered an Order Continuing Trial (Doc. No. 21064) on a Joint Motion permitting Winn-Dixie an opportunity to file a response to the Cure Objection and a Counterclaim against Casto to recover expenses Winn-Dixie incurred in making emergency repairs to Store No. 236 as a result of hurricane damage.

7. Three months after granting the continuance, Winn-Dixie filed its Counterclaim (Doc. No. 21471) on October 9, 2008, asserting a claim for roof repair/replacement in the amount of $790,287.99. Casto filed its Answer to the Counterclaim on November 13, 2008.

8. Casto is now facing a January trial date and attempting to coordinate discovery of out-of-state witnesses for Winn-Dixie contractors when Winn-Dixie failed to assert their Counterclaim until October 9, 2008. Fundamental fairness would dictate that Casto should have adequate opportunity to prepare. Casto and Winn-Dixie have issued Subpoenas to third parties and are attempting to coordinate depositions and document production as it relates to the Counterclaim.

9. Given the significant damages sought and the fact this claim has only been at issue since November 13, 2008, Casto requests a short continuance of ninety (90) days to coordinate experts, depositions of the parties and non-parties and complete discovery. Neither Casto nor Winn-

CASE NO. 05-03817-3F1

Dixie has had adequate opportunity to complete their discovery related to the Counterclaim which, in terms of dollar amount and complexity, far exceeds the initial Cure Objection.

10.  Winn-Dixie and Casto previously agreed that the Cure Objection and Winn-Dixie's hurricane damage claim should be resolved in one proceeding (see Joint Motion to Continue Trial, Doc. No. 21061); however, additional time is needed to conduct discovery on the issues related to Winn-Dixie's hurricane damage claim.

11.  Casto requests a short extension to adequately prepare for the recently asserted Counterclaim. Although both sides have acted in good faith to schedule depositions and obtain third-party documents, Casto is still waiting on Winn-Dixie to provide available deposition dates for both Winn-Dixie representatives and third parties. Further, by extending the trial date, the parties will be able to avoid piecemeal litigation and conserve judicial resources.

WHEREFORE, Casto requests that the Court enter the attached order continuing the trial on the Motion to Assume, the Cure Objection and the Counterclaim for a period of not less than ninety (90) days from January 15, 2009.

/s/ Kenneth J. Joyce
KENNETH J. JOYCE
Florida Bar No. 986488
kenneth.joyce@brinkleymcnerney.com
BRINKLEY, MORGAN, SOLOMON,
TATUM, STANLEY, LUNNY &
CROSBY, LLP
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 522-2200
Facsimile: (954) 522-9123

CASE NO. 05-03817-3F1

Attorneys for Casto Investments Company, Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion to Continue Trial was sent via U.S. Mail and electronic mail this 1st day of December, 2008, to:

Counsel for the Debtors:

D. J. Baker, Esq.
Skadden, Arps, Slate, Meagher & Flom, LLP
Four Times Square
New York, NY 10036
djbaker@skadden.com

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
cjackson@smithhulsey.com

Allan E. Wulbern, Esq.
Megan R. Harper, Esq.
Smith Hulsey & Busey
1800 Wachovia Bank Center
225 Water Street
Jacksonville, FL 32201-3315
mharper@smithhulsey.com
awulbern@smithhulsey.com

/s/ Kenneth J. Joyce
KENNETH J. JOYCE

G:\wpfiles\clients\Casto\SouthlandWinnDixieBankruptcy\Pleadings\Casto M-Continue Trial.doc

4

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                             CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                   CHAPTER 11

Debtors.
_____/

### ORDER CONTINUING TRIAL SCHEDULED FOR JANUARY 15 AND 16, 2009

This case is before the Court upon Casto Investments Company, Ltd.'s Motion to Continue Trial Scheduled for January 15 and 16, 2009 on Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), as it relates to the cure objection filed by Casto (the "Cure Objection") (Doc. No. 9686) and Winn-Dixie's Counterclaim (Doc. No. 21471), currently scheduled for January 15 and 16, 2009, at 9:00 a.m. (the "Motion") (Doc. No. _____). It is:

ORDERED:

1. The Motion is granted.

2. The trial on this matter currently scheduled for January 15 and 16, 2009, at 9:00 a.m. is continued until _____.

DATED this _____ day of December, 2008, in Jacksonville, Florida.

_____
United States Bankruptcy Judge

Kenneth J. Joyce is directed to serve
A copy of this Order on all parties who
Received copies of the Motion.
G:\WPFiles\clients\Casto\SouthlandWinnDixieBankruptcy\Pleadings\Order Continuing Trial.doc