UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                      )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                                       Chapter 11
            Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Hilda Alvarez [Docket No. 13347] was furnished by mail on December 1, 2008 to Hilda Alvarez c/o John B. Agnetti, Hoffman, Larin & Agnetti, P.A., 9009 N. Miami Beach Blvd., Suite 201, Miami, FL  33162.

Dated:  December 1, 2008

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785