UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                               Chapter 11
           Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ruth Gardner [Docket No. 14228] was furnished by mail on December 1, 2008 to Ruth Gardner c/o Carlos Pastor, Pastor, Montes & Naveo, P.A., 5999 Biscayne Blvd., Maimi, FL 33137.

Dated: December 1, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785