UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                                        Chapter 11
       Reorganized Debtors.             )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Doreen Waller [Docket No. 14294] was furnished by mail on December 1, 2008 to Doreen Waller c/o Michael Roberts, The Law Offices of J. Scott Nooney, 1680 Emerson Street, Jacksonville, FL 32207.

Dated: December 1, 2008

                                SMITH HULSEY & BUSEY

                                By    *s/ James H. Post*
                                    Stephen D. Busey
                                    James H. Post (FBN 175460)
                                    Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00569785