UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT
OF FLORIDA JACKSONVILLE DIVISION

| | |
|---|---|
| In re Winn-Dixie Stores, Inc. et al., Debtors.<br><br>Debtor: Carmen L. Johnson, individually and<br>As friend of Dezra R. Johnson, a minor | Case No.: 3:05-bk-03817-JAF |

## MOTION TO FILE A LATE CLAIM OR TO REOPEN THE DEBTORS' JOINT PLAN OF REORGANIZATION

**COMES NOW**, creditor Carmen L. Johnson, individually and as friend of Dezra R. Johnson, a minor files this their motion to MOTION TO FILE A LATE CLAIM OR REOPEN THE DEBTORS' JOINT PLAN OF REORGANIZATION, showing this Court as follows:

### I.

### FACTS

In 2005, Calvin D. Lowery as sole attorney for creditor Carmen L. Johnson, individually and as friend of Dezra R. Johnson, did not receive notice of the creditors meeting, nor did I receive any other notices from the bankruptcy Court.

Also, Winn-Dixie Stores, Inc. failed to notify creditor Carmen L. Johnson, individually and as friend of Dezra R. Johnson, a minor of the debtors' joint plan of reorganization or the confirmation order. In fact this debtor did receive any correspondence about the bankruptcy of this case at all from the Bankruptcy Court

1

or nor did Carmen L. Johnson, individually and as friend of Dezra R. Johnson, a minor receive anything at all from the attorney for Winn-Dixie Stores, Inc.

## II.

## ARGUMENT AND CITATION OF AUTHORITY

The debtor must file a list of creditors with the bankruptcy Court. 11 U.S.C. § 501 (c) states "If a creditor does not timely file a proof of such creditor's claim, the debtor or the trustee may file a proof of such claim." In this particular case the creditor did have notice of the Debtor filing for Bankruptcy. Therefore, the debtor or the trustee should have filed this creditor notice of claim. This creditor motion this Court to allow this creditor to file a late claim since she did not receive notice to file her claim before today date. See Exhibit 1.

Debtor intentionally did not list creditor Carmen L. Johnson, individually and as friend of Dezra R. Johnson, a minor because it was their plan to illegally acquire a discharge from all debt out of or relating to the claim which existed. Section 521 states that it is the duty of the debtor to file a list of creditors.

It is an exception to discharge if an creditor is not listed nor scheduled under section 521 (1) the creditor to whom such a debt is owed, in time to permit timely filing of a proof of claim, unless such creditor had notice or actual knowledge of the case in time for such timely filing. This creditor did not have notice to file a claim and therefore, the creditor files an objection to the so called joint plan of reorganization or any modifications. This debtor should be excepted to discharge

2

per Section 523 for money to the extent obtained by false pretenses, a false representation, or actual fraud in trying to hide the lawsuit for negligent.  Also, for willful and malicious injury by the debtor to Carmen L. Johnson, individually and as friend of Dezra R. Johnson, a minor.

### III.

### SUMMARY

WHEREFORE,  this creditor motion for this Court to set aside the joint plan of reorganization or any modifications because this creditor did not receive notice of the case in time for such timely filing a claim.  Discharge should not be allowed for reason of  possible fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny.  Creditor Carmen L. Johnson, individually and as friend of Dezra R. Johnson, a minor moves this Court to set aside the joint plan of reorganization so that this creditor can file her claim or in the in the alternative allow exception to discharge or dismiss the chapter 11 bankruptcy.

Respectfully submitted this ___1st____ day of December, 2008.

/s/ Calvin D. Lowery_____
Calvin D. Lowery
Georgia Bar No. 460128
648 Evander Holyfield Hwy.
Fairburn, GA  30213
770-719-1075

**CERTIFICATE OF SERVICE**

This is to certify that as of this date I have served the named Counsel this a copy of the foregoing MOTION TO REOPEN THE DEBTORS' JOINT PLAN OF REORGANIZATION by depositing e-mail a true copy of the same in the United States mail with proper postage affixed, addressed as follows:

Leanne McKnight Prendergast, Esq.
225 Water Street
Suite 1800 1800
P.O. Box 53315
Jacksonville, FL 32201-3315

/s/ Calvin D. Lowery_____
Calvin D. Lowery
Georgia Bar No: 460128
648 Evander Holyfield Hwy.
Fairburn, GA 30213
770-719-1075