UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| | ) | |

ORDER CONTINUING TRIAL ON THE DEBTORS'
MOTION TO DETERMINE TAX LIABILITIES
OWED TO THE CITY OF HAMPTON, VIRGINIA

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to the City of Hampton, Virginia (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to Claim No. 3753 filed by the City of Hampton, Virginia (Docket No. 7267) (the "Objection") and (ii) the Response of the City of Hampton, Virginia (Docket No. 7575) currently scheduled for January 30, 2009 at 9:00 a.m. is continued to July 10, 2009 at 9:00 A.M. in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on August 11, 2008 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this \_\_1\_\_ day of ~~November~~ December, 2008 in Jacksonville, Florida.

*/s/ Jerry A. Funk*
Jerry A. Funk
United States Bankruptcy Judge

00632326