UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Case No.: 3:05-bk-3817-3F1

WINN DIXIE STORES, INC.

      Debtor(s).
_____/

## NOTICE OF TAKING DEPOSITION

TO:  Cynthia Jackson, Esq.
      Smith Hulsey & Busey
      225 Water Street, Suite 1800
      Jacksonville, FL 32202

PLEASE TAKE NOTICE that the Escambia County Property Appraiser, by and through the undersigned counsel, will take the deposition of Mr. Richard Tansi, Tax Manager for Winn-Dixie Stores, Inc., on Thursday, January 22, 2009, at 11:00 a.m. EST, at the law office of Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 322202, upon oral examination before Esquire Deposition Services, Certified Court Reporters, or a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable governing rules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and via electronic filing using CM/ECF system to the above named addressee, Counsel for Reorganized Debtors, this 2nd day of December, 2008.

ELLIOTT MESSER
Florida Bar No.: 054461
THOMAS M. FINDLEY
Florida Bar No.: 0797855
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
Counsel for Property Appraiser Chris Jones

cc:  Esquire Deposition Services (by facsimile)