UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )     Case No. 05-03817-3F1
                                                       Chapter 11
          Reorganized Debtors.           )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Frank Sliz, as Personal Representative of the Estate of Stell Sliz, Deceased (Claim No. 6706) [Docket No. 3326] was furnished by mail on December 2, 2008 to Michael F. Auffenorde, 511 Madison Street, Huntsville, Alabama  35801.

Dated:  December 2, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151