UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                                           Chapter 11
          Reorganized Debtors.                )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Debbie Jabot (Claim No. 4000) [Docket No. 3326] was furnished by mail on December 2, 2008 to Debbie Jabot, C/O Jack B. Nichols, 801 N. Magnolia Ave., Suite 414, Orlando, Florida 32803.

Dated: December 2, 2008

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151