UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of (I) George Werner (Claim No. 5280) and (II) George Werner and Debra Werner (Claim No. 1195) [Dockets No. 3326 and 21486] was furnished by mail on December 2, 2008 to George Werner and Debra Werner, C/O Richard Crum, Esq., Shealy, Crum & Pike, Post Office Box 6346, Dothan, Alabama 36302-6346.

Dated: December 2, 2008

                                SMITH HULSEY & BUSEY

                                By      *s/ James H. Post*
                                     Stephen D. Busey
                                     James H. Post (FBN 175460)
                                     Cynthia C. Jackson

                                225 Water Street, Suite 1800
                                Jacksonville, Florida  32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                jpost@smithhulsey.com

                                Counsel for Reorganized Debtors

00520151