UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                       )

WINN-DIXIE STORES, INC., et al.,          )        Case No. 05-03817-3F1
                                                                    Chapter 11
           Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Russell Clower, Jr. (Claim No. 3941) [Docket No. 3326 and 21486] was furnished by mail on December 2, 2008 to Russell Clower, Jr., 141 Wilmont Road, Greenville, Mississippi 38701.

Dated: December 2, 2008

                                                              SMITH HULSEY & BUSEY


                                                              By    *s/ James H. Post*
                                                                     Stephen D. Busey
                                                                     James H. Post (FBN 175460)
                                                                     Cynthia C. Jackson

                                                              225 Water Street, Suite 1800
                                                              Jacksonville, Florida 32202
                                                              (904) 359-7700
                                                              (904) 359-7708 (facsimile)
                                                              jpost@smithhulsey.com

                                                              Counsel for Reorganized Debtors

00520151