UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )        Case No. 05-03817-3F1
                                                           Chapter 11
       Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Jessie Burgess (Claim No(s). 10501 and 10555) [Docket No. 3326] was furnished by mail on December 2, 2008 to Jessie Burgess, 7117 Lykes Street, Brooksville, Florida 34613.

Dated: December 2, 2008

                                  SMITH HULSEY & BUSEY

                                  By    *s/ James H. Post*
                                      Stephen D. Busey
                                      James H. Post (FBN 175460)
                                      Cynthia C. Jackson

                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida 32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)
                                  jpost@smithhulsey.com

                                  Counsel for Reorganized Debtors

00520151