UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                  Chapter 11
         Reorganized Debtors.            )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Christy Stinnett (Claim No. 7472) [Docket No(s). 3326 and 21486] was furnished by mail on December 2, 2008 to Christy Stinnett, C/O Randy E. Schimmelpfennig, Esq., Morgan & Morgan, Post Office Box 4979, Orlando, Florida 32802-4979.

Dated: December 2, 2008

                                         SMITH HULSEY & BUSEY


                                         By      *s/ James H. Post*
                                                 Stephen D. Busey
                                                 James H. Post (FBN 175460)
                                                 Cynthia C. Jackson

                                         225 Water Street, Suite 1800
                                         Jacksonville, Florida  32202
                                         (904) 359-7700
                                         (904) 359-7708 (facsimile)
                                         jpost@smithhulsey.com

                                         Counsel for Reorganized Debtors

00520151