**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**AGREED ORDER RESOLVING CURE OBJECTION FILED BY
COLONIAL REALTY LIMITED PARTNERSHIP (STORE NO. 190)**

This cause came before the Court on the Amended Omnibus Motion for Order to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts, and (III) Grant Related Relief (the "Amended Omnibus Motion") filed by Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie") (Docket No. 7966) and the Amended Objection to the Amended Omnibus Motion (Docket No. 9574) filed by Colonial Realty Limited Partnership ("Colonial") with respect to Store Nos. 190 and 2393 (the "Cure Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Cure Objection is overruled as to Store No. 190.[1]

2. Proof of claim number 5562 filed by Colonial with respect to Store No. 190 is allowed as an administrative claim in the amount of $46,699.69, $14,770.55 of

---

[1] This Agreed Order only resolves the Cure Objection as to Store No. 190. This Agreed Order does not resolve the Cure Objection as to Store No. 2393, which was resolved pursuant to the Court's July 18, 2007 order (Doc. No. 17395).

which Winn-Dixie has paid to Colonial Properties Trust.[2]  Within fourteen (14) business days of entry of this Agreed Order, Winn-Dixie will pay OZ/CLP Lakewood, LLC[3] $31,929.14 in full satisfaction of any right to cure that Colonial, Colonial Properties Trust and OZ/CLP Lakewood, LLC have or may have under 11 U.S.C. § 365 or otherwise with respect to Store No. 190.

   3. This Agreed Order resolves all liabilities and obligations related to (i) all proofs of claim and administrative expense claims pertaining to Store No. 190 filed by Colonial, Colonial Properties Trust or OZ/CLP Lakewood, LLC in these Chapter 11 cases and (ii) all other claims pertaining to Store No. 190 arising prior to January 1, 2008 that Colonial, Colonial Properties Trust or OZ/CLP Lakewood, LLC have or may have against Winn-Dixie and any of its Chapter 11 estates or affiliates or that Winn-Dixie and any of its Chapter 11 estates or affiliates have or may have against Colonial, Colonial Properties Trust or OZ/CLP Lakewood, LLC, all of which are forever waived, discharged and released.

   4. Liabilities and obligations pertaining to Store No. 190 and arising after January 1, 2008 will be handled by the parties in accordance with the applicable lease terms.

---

[2] Colonial Properties Trust is a subsidiary of Colonial Realty Limited Partnership (the former landlord for Store No. 190).

[3] OZ/CLP Lakewood, LLC is the successor in interest to Colonial as the landlord for Store No. 190. The Reorganized Debtors will remit the $31,929.14 payment to OZ/CLP Lakewood, LLC, in care of William M. Lindeman, Esq. at 300 S. Eola Drive, Orlando, Florida 32801.

5.  This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this _3_ day of December, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Megan R. Harper is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| WILLIAM M. LINDEMAN, P.A. | SMITH HULSEY & BUSEY |
| By  s/ William M. Lindeman*  <br> William M. Lindeman | By  s/ Megan R. Harper  <br> Megan R. Harper |
| Florida Bar Number 699640 <br> 300 S. Eola Driva <br> Orlando, Florida 32801 <br> (407) 244-3294 <br> (407) 244-3186 (facsimile) <br> w.lindeman@wmlpa.com | Florida Bar Number 0027865 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> mharper@smithhulsey.com |
| Counsel for Colonial Realty Limited Partnership, Colonial Properties Trust and OZ/CLP Lakewood, LLC | Counsel for Winn-Dixie |

*Counsel has authorized his electronic signature.

00607785.2