F I L E D
JACKSONVILLE, FLORIDA

DEC - 3 2008

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-05817-3F1 |
| WINN-DIXIE STORES, INC., et al, | | |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

DEBTOR'S OBJECTION TO THE ADMINISTRATIVE

CLAIM BY KAREN LLANO AND NOTICE OF HEAING

The claimant response to Debtor's Objection are based on facts

That will support her late claim. Karen Llano filed her answer as soon as she had possession

Of the alleged document. The document that gave proof of notice for her to file a claim. Claimant did

make every attempt to contact Attorneys by telephone to ask questions. The Attorneys representing

Winn-DIXIE, Inc., never responded. The documents filed with the Court did give proof that her reason

For filing her claim was due to Medical reasons and not intentional. The relocation of her office caused

The said  documents to be store.

Karen Llano persistant search was able to find the web site of the said court.

The telephone calls were made to the Court to ask who to contact. The telephone number of the

Said attorneys were given as SMITH HULSEY & BUSEY. The telephone calls were made to the firm

And  we discussed my claim. They confirmed that my claim would be irrelevant, if filed late. The

Desire to see Justice for all, I file my answer to the reason for filing my claim late.

SMITH, HULSEY & BUSEY did not give notice of their objection until the continual persistent

Telephone calls wee made to the firm.  Claimant called the Court and no proof of their objection was Found.  The said Attorneys only mailed a copy of their objection, the week before Thanksgiving holiday. Claimant complains that their intentional attempt to notify me of this objection shows disregard for The rule of law.   The Bankruptcy Law protects and provides for all claimants to be notified and be Compensate.  Their alleged notice of Bankruptcy Rule 9014 does protect her right to due process Of law.

    Karen Llano prays the Court will accept her late claim and ordered the Winn-Dixie Inc., to Make full compensation for her losses.   Karen Llano prays the Court sign her order or Debtors' to Acknowledge her claim and pay accordingly.   Karen Llano has a surgery date set for January 19, 2009 And this would keep her from traveling to Florida.  The Court could consider resetting the hearing or June 2009.

KAREN SUE LLANO

By _____

KAREN SUE LLANO

KAREN SUE LLANO

PRO SE

13662 Oak Valley Drive

Platte city, mo 64079

(816)431-6325

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ORDER

The Court orders WINNIE-DIXIIE INC., to accept the late claim of KAREN LLANO Based on her proof of medical urgent needs. The Court constitutes the late claim of Karen Llano as true and correct and not an intentional delay. Therefore, the Court orders Debtor's to pay each and every allegation of her Losses or make an honest settlement offer. The Court finds that her good reason for her not to show for hearing is valid. The Court has the discretion to reset this for June 2009 if the Judge believes it is necessary for claimant to appear.

_____
JUDGE JERRY R. FUNK