UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                    CHAPTER 11

Debtors.
_____/

**ORDER CONTINUING TRIAL SCHEDULED FOR JANUARY 15 AND 16, 2009**

This case is before the Court upon Casto Investments Company, Ltd.'s Motion to Continue Trial Scheduled for January 15 and 16, 2009 on Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), as it relates to the cure objection filed by Casto (the "Cure Objection") (Doc. No. 9686) and Winn-Dixie's Counterclaim (Doc. No. 21471), currently scheduled for January 15 and 16, 2009, at 9:00 a.m. (the "Motion") (Doc. No. 21,769). It is:

ORDERED:

1. The Motion is granted.

2. The trial on this matter currently scheduled for January 15 and 16, 2009, at 9:00 a.m. is continued until May 7, 2009 at 9:00 a.m. and May 8, 2009 at 9:00 a.m.

DATED this 3rd day of December, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Kenneth J. Joyce is directed to serve
A copy of this Order on all parties who
Received copies of the Motion.
G:\WPFiles\clients\Casto\SouthlandWinnDixieBankruptcy\Pleadings\Order Continuing Trial.doc