UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                    CHAPTER 11

        Debtors.
_____/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the Order Continuing Trial Scheduled for January 15 and 16, 2009 has been served on all parties who received copies of the Motion in the manner stated below:

SERVED VIA U.S. MAIL ON DECEMBER 4, 2008:

Counsel for the Debtors:

    D. J. Baker, Esq.
    Skadden, Arps, Slate, Meagher & Flom, LLP
    Four Times Square
    New York, NY 10036
    djbaker@skadden.com

    Cynthia C. Jackson, Esq.
    Smith Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, FL 32202
    cjackson@smithhulsey.com

CASE NO. 05-03817-3F1

Allan E. Wulbern, Esq.
Megan R. Harper, Esq.
Smith Hulsey & Busey
1800 Wachovia Bank Center
225 Water Street
Jacksonville, FL 32201-3315
mharper@smithhulsey.com
awulbern@smithhulsey.com

/s/ Kenneth J. Joyce
KENNETH J. JOYCE
Florida Bar No. 986488
kenneth.joyce@brinkleymcnerney.com
BRINKLEY, MORGAN, SOLOMON,
TATUM, STANLEY, LUNNY &
CROSBY, LLP
200 East Las Olas Boulevard, Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 522-2200
Facsimile: (954) 522-9123

Attorneys for Casto Investments Company, Ltd.

G:\WPFiles\clients\Casto\SouthlandWinnDixieBankruptcy\Pleadings\Certificate of Service - Order.doc

2