**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                          CHAPTER 11
WINN-DIXIE STORES, INC., et al,                 CASE NO.:  05-03817-JAF

        Debtor.

## NOTICE OF REMOVAL FROM ELECTRONIC NOTICING

PLEASE TAKE NOTICE that the undersigned, KAREN K. SPECIE, ESQUIRE, hereby

withdraws her appearance as co-counsel for the following landlords/creditors of Winn-Dixie Stores,

Inc., through their management company, TERRANOVA CORPORATION:

    TA/WESTERN, LLC
    CONCORD-FUND IV, RETAIL, L.P.
    TA CRESTHAVEN, LLC
    FLAGLER RETAIL ASSOCIATES, LTD.
    WESTFORK TOWER, LLC
    ELSTON/LEETSDALE, LLC

and requests that her name be removed from the Court electronic noticing (CM/ECF) on all future

pleadings in this case.

    Dated: <u>November 20, 2008</u>

                                SCRUGGS & CARMICHAEL, P.A.


                                <u>/s/ *Karen K. Specie, Esquire*</u>
                                KAREN K. SPECIE, ESQ.
                                P.O. Box 23109
                                Gainesville, FL 32602
                                PH:  (352) 376-5242
                                FAX:  (352)375-0690
                                Florida Bar ID#260746
                                Co-counsel for Terranova Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Removal from Electronic Noticing was electronically filed with the US Bankruptcy Court on this 20TH of November, 2008, and that a copy of this document was furnished electronic transmission to: **Adam Ravin**, **aravin@skadden.com**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036; **D. J. Baker, djbaker@skadden.com,** Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, **cjackson@smithhulsey.com**, Smith Hulsey

& Busey, 225 Water St., Suite 1800, Jacksonville, FL  32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY  10005; **John B. Macdonald, Esq. , john.macdonald@akerman.com,** Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL  32202; **John Longmire, esq.,** Willkie Farr & Gallagher, LLP, 787 Seventh Avenue, New York, NY 10019-6099 **jlongmire@willkie.com**; and  **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL  32801; and all other counsel and parties in interest entitled to notice VIA the CM/ECF electronic noticing system.

/s/ *Karen K. Specie*