## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                                    CHAPTER 11

WINN-DIXIE STORES, INC., et al,                           CASE NO.:  05-03817-JAF

                Debtor.

_____

## <u>NOTICE OF REMOVAL FROM ELECTRONIC NOTICING</u>

PLEASE TAKE NOTICE that the undersigned, KAREN K. SPECIE, ESQUIRE, hereby

withdraws her appearance as co-counsel for the following landlords/creditors of Winn-Dixie Stores,

Inc., through their management company, TERRANOVA CORPORATION:

        TA/WESTERN, LLC
        CONCORD-FUND IV, RETAIL, L.P.
        TA CRESTHAVEN, LLC
        FLAGLER RETAIL ASSOCIATES, LTD.
        WESTFORK TOWER, LLC
        ELSTON/LEETSDALE, LLC

and requests that her name be removed from the Court electronic noticing (CM/ECF) on all future

pleadings in this case.

        Dated: <u>November 20, 2008</u>

                           SCRUGGS & CARMICHAEL, P.A.


                           <u>/s/ *Karen K. Specie, Esquire*</u>
                           KAREN K. SPECIE, ESQ.
                           P.O. Box 23109
                           Gainesville, FL 32602
                           PH:  (352) 376-5242
                           FAX:  (352)375-0690
                           Florida Bar ID#260746
                           Co-counsel for Terranova Corporation


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that the foregoing Notice of Removal from Electronic Noticing was
electronically filed with the US Bankruptcy Court on this 20TH of November, 2008, and that a copy
of this document was furnished electronic transmission to: **Adam Ravin, <u>aravin@skadden.com</u>**,
Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036; **D. J.
Baker, <u>djbaker@skadden.com</u>,** Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square,
New York, NY 10036; **Cynthia C. Jackson, Esquire, <u>cjackson@smithhulsey.com</u>**, Smith Hulsey

& Busey, 225 Water St., Suite 1800, Jacksonville, FL 32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005; **John B. Macdonald, Esq.** , **john.macdonald@akerman.com,** Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL 32202; **John Longmire, esq.,** Willkie Farr & Gallagher, LLP, 787 Seventh Avenue, New York, NY 10019-6099 **jlongmire@willkie.com**; and **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; and all other counsel and parties in interest entitled to notice VIA the CM/ECF electronic noticing system.


/s/ *Karen K. Specie*