**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:  
WINN-DIXIE STORES, INC., et al,

CHAPTER 11  
CASE NO.:  05-03817-JAF

Debtor.

## NOTICE OF REMOVAL FROM ELECTRONIC NOTICING

PLEASE TAKE NOTICE that the undersigned, KAREN K. SPECIE, ESQUIRE, hereby withdraws her appearance as co-counsel for the following landlords/creditors of Winn-Dixie Stores, Inc., through their management company, TERRANOVA CORPORATION:

TA/WESTERN, LLC  
CONCORD-FUND IV, RETAIL, L.P.  
TA CRESTHAVEN, LLC  
FLAGLER RETAIL ASSOCIATES, LTD.  
WESTFORK TOWER, LLC  
ELSTON/LEETSDALE, LLC  

and requests that her name be removed from the Court electronic noticing (CM/ECF) on all future pleadings in this case.

Dated: November 20, 2008

SCRUGGS & CARMICHAEL, P.A.

/s/ *Karen K. Specie, Esquire*  
KAREN K. SPECIE, ESQ.  
P.O. Box 23109  
Gainesville, FL 32602  
PH:  (352) 376-5242  
FAX:  (352)375-0690  
Florida Bar ID#260746  
Co-counsel for Terranova Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice of Removal from Electronic Noticing was electronically filed with the US Bankruptcy Court on this 20TH of November, 2008, and that a copy of this document was furnished electronic transmission to: **Adam Ravin**, **aravin@skadden.com**, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY  10036; **D. J. Baker, djbaker@skadden.com,** Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036; **Cynthia C. Jackson, Esquire**, **cjackson@smithhulsey.com**, Smith Hulsey

2

& Busey, 225 Water St., Suite 1800, Jacksonville, FL  32201; Official Committee of Unsecured Creditors, c/o **Dennis F. Dunne, Esquire**, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY  10005; **John B. Macdonald, Esq. , john.macdonald@akerman.com,** Akerman, Senterfitt, 50 North Laura Street, Suite 2500, Jacksonville, FL  32202; **John Longmire, esq.,** Willkie Farr & Gallagher, LLP, 787 Seventh Avenue, New York, NY 10019-6099 **jlongmire@willkie.com**; and  **Elena L. Escamilla, Esquire**, Office of United States Trustee – JAX, 135 W. Central Blvd., Suite 620, Orlando, FL  32801; and all other counsel and parties in interest entitled to notice VIA the CM/ECF electronic noticing system.

/s/ *Karen K. Specie*