UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WINN-DIXIE STORES, INC., | § | CASE NO.: 05-03817-JAF |
| | § | |
| DEBTOR. | § | |

NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR
REMOVAL FROM CREDITOR MAILING MATRIX AND ECF SYSTEM

PLEASE TAKE NOTICE that counsels listed below are no longer involved the above-captioned case and hereby request that their respective names, physical addresses, and e-mail addresses, as listed below, be removed from the creditor mailing matrix and the court's ECF system.

Thomas H. Grace, Esq.
W. Steven Bryant, Esq.
LOCKE LORD BISSELL & LIDDELL LLP
600 Travis Street
3400 Chase Tower
Houston, Texas 77002
(713) 226-1200
(713) 223-3717 (facsimile)
hobankecf@lockeliddell.com

This 4th day of December 2008.

Respectfully submitted,

LOCKE LORD BISSELL & LIDDELL LLP

By:     /S/  Thomas H. Grace
   Thomas H. Grace
   State Bar No. 00785453
   Federal I.D. No. 12618
   W. Steven Bryant
   State Bar No. 24027413
   Federal I.D. No.  32913

HOUSTON: 35136.00009: 1036449v1

> 600 Travis Street, Suite 3400
> Houston, Texas  77002
> Phone:  (713) 226-1200
> Fax:  (713) 223-3717
>
> COUNSEL FOR RIVIANA FOODS, INC.

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM CREDITOR MAILING MATRIX AND ECF SYSTEM was served on all electronic recipients on this 4th day of December, 2008.

> ___/s/  Thomas H. Grace_____
> THOMAS H. GRACE

HOUSTON: 35136.00009: 1036449v1