UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                        )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                               Chapter 11
         Reorganized Debtors.                 )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Ryan Malone (Claim No. 3724) [Docket No. 3326] was furnished by mail on December 5, 2008 to Ryan Malone, C/O Matthew Schindler, Esq., 81990 Overseas Hwy., 3rd Floor, Post Office Box 529, Islamorada, Florida 33036.

Dated:  December 5, 2008

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151