F I L E D
JACKSONVILLE, FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DEC - 5 2008

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 05-03817-3F1

I Angela Hines am responding to the Debtors' Objection to the Claim I filed against WINN-DIXIE STORES, INC.,(Claim No. 13824), on the ground that I fell on some things at the WINN-DIXIE STORE in Albany, GA. I went to the E.R. (the Winn-Dixie Wisk Management Claim Center in Jacksonville, has Dr.s documents) and has been going to Dr.s , and the Pain Clinic. But most of all; I file a liability Claim, with Sedgwick Claim Center, and The Debtors' Attorneys.

I **DO** oppose the disallowance of my claim; and will be at the hearing on **December 18, 2008 @ 1:30 p.m.** before the Honorable Jerry A. Funk.

Thank you,
Angela Hines  *Angela Hines*
                12/1/08
P. O. Box 4908

Albany, GA 31706

(229) 446-2057

cc