UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No: 3:05-bk-03817-3FI |
| | ) |
| WINN-DIXIE STORES, INC., et. al., | ) Chapter 11 |
| | ) |
| | ) Jointly Administered |
| Debtors. | ) |
| _____ | ) |

**<u>STEPHEN HADLEY'S RESPONSE TO DEBTORS' NINTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR ABANDONED</u>**

COMES NOW Stephen Hadley ("HADLEY"), by and through his undersigned counsel, and files this Response to Debtors' Ninth Omnibus Objection To Claims Which Have Been Settled, Released or Abandoned.

1. On August 31, 2003, HADLEY was involved in an incident on the business premises of the Debtor, Winn-Dixie Raleigh, Inc., which resulted in personal injuries.

2. More specifically, the incident occurred at the SaveRite Grocery[1] store located at 1532 West Vine Street, Kissimmee, FL 34741.

3. The undersigned counsel was retained by HADLEY to represent him for his personal injury incident on the business premises of the Debtor, and on September 12, 2003, the undersigned informed the Debtors of the claim that HADLEY sought against them.

4. Since that date, HADLEY and the Debtors have been in negotiations regarding the settlement of this claim.

5. On February 21, 2005, the Debtors filed for Chapter 11 Bankruptcy in the United States Bankruptcy Court.

---

[1] Save Rite Grocery Warehouse, Inc., merged into Debtor, Winn-Dixie Raleigh, Inc., in 2004.

6.	HADLEY filed a timely Proof of Claim form on July 26, 2005 (claim no. 8227), in the amount of $469,000.00 to Logan & Company.

7.	On October 27, 2005, HADLEY the Questionnaire for Litigation Claimants to Logan & Company.

8.	HADLEY has complied in good faith with, and exhausted, the Claims Resolution Procedure, including mediation of his claims, and intends to move pursuant to 11 U.S.C. § 362(d)(1), for entry of an order lifting the stay for the purpose of allowing HADLEY to commence a civil action in the Ninth Judicial Circuit, in and for Orange County, Florida, seeking damages against the Debtor.

9.	HADLEY has not abandoned his claim.  He has been engaged in trying to resolve the claim since its inception and intends to pursue litigation with respect to this claim upon being granted leave from the Court.

WHEREFORE, Stephen Hadley, respectfully requests that the Court deny the disallowance of his claim as requested in Debtors' Ninth Omnibus Objection To Claims Which Have Been Settled, Released or Abandoned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing response has been served upon the Debtor attorneys, Smith Hulsey & Busey, Attn: Leanne M. Prendergast, Esquire, 225 Water Street, Suite 1800, Jacksonville Florida 32202, (904) 359-7708, this 8th day of December 2008.

s/ Todd E. Copeland
Todd E. Copeland
Florida Bar No.: 0964840
TODD E. COPELAND & ASSOCIATES, P.A.
338 North Magnolia Avenue, Suite B
Orlando, Florida 32801
(407) 999-8995 – Voice
(407) 849-1806 -- Fax
Attorney for Stephen Hadley
toddc@toddcopeland.com