**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-38173F1 |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**

Please take notice that, Keith W. Schneider, counsel for Hamilton County, Ohio, hereby requests this Honorable Court remove him from the Court's Electronic Service List as it pertains to this matter only. Hamilton County, Ohio has resolved their claim with the Debtors.

Maguire & Schneider, LLP

/s/ Keith W. Schneider
Keith W. Schneider
Florida Bar No. 979333
6646 Willow Park Dr., Suite D
Naples, FL 34109
Attorney for
Hamilton County, Ohio

2

**<u>CERTIFICATE OF SERVICE</u>**

     The undersigned hereby certifies that a true and accurate copy of the foregoing the Notice of Request for Removal was served upon counsel, via electronic transmission through ECF filing, this 9th day of December, 2008.

                                    By    /s/ Keith W. Schneider
                                         Keith W. Schneider   (979333)