**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:                                                                )
                                                                          )      Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al.*,           )
                                                                          )      *Chapter 11*
                    Reorganized Debtors.[1]      )
                                                                          )      Jointly Administered
_____ )

**NOTICE OF WITHDRAWAL OF THE DEBTORS'
AMENDED OBJECTION TO APPLICATION FOR
REIMBURSEMENT FILED ON BEHALF OF THE MEMBERS
OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

Debtors hereby withdraw the Debtors' Amended Objection to the Claim of the Members of the Official Committee of Equity Security Holders [Docket No. 21461].

Dated: December 9, 2008.

SMITH HULSEY & BUSEY


By    */s/ Leanne McKnight Prendergast*
         James H. Post
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2

Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by mail to (i) David S. Jennis, Esq., Jennis Bowen & Brundage, P.L., 400 North Ashley Drive, Suite 2540, Tampa, Florida 33602, (ii) Karol K. Denniston, Esq., Paul, Hastings, Janofsky & Walker LLP, 600 Peachtree Street, Suite 2400, Atlanta, Georgia 30308 and (iii) James D. Wareham, Esq., Paul, Hastings, Janofsky & Walker LLP, 875 15th Street, Washington, DC 2005, this 9th day of December, 2008.

                                                *s/ Leanne McKnight Prendergast*
                                                          Attorney

634328