Hearing Date: January 8, 2009 at 1:30 p.m.<br>
Response Deadline: December 28, 2008 at 4:00 p.m.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**DEBTORS' TENTH OMNIBUS OBJECTION TO
CLAIMS WHICH HAVE BEEN SETTLED, RELEASED
OR ABANDONED AND NOTICE OF HEARING**

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the claims listed on the attached Exhibit A on the grounds that these claims have been settled, released or abandoned (the "Objection").

**Notice of Hearing**

Please take notice that a hearing is scheduled for **January 8, 2009 at 1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

---

[1]   In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

### Separate Contested Matter

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

### Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

### Response Deadline

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 28, 2008** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all

attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

Dated: December 9, 2008

SMITH HULSEY & BUSEY

By *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

## EXHIBIT A

| Name of Claimant | Proof of Claim No. | Docket No. of Motion | Reason for Disallowance |
|---|---|---|---|
| Ralph Diaz | | 13879 | Settled |
| Willie Jones | | 13532 | Settled |
| Gliceria Perez | | 13292 | Settled |
| Emily Suzanne Dennison | | 13529 | Settled |
| George Geissert | | 13604 | Settled |
| Dorothy Gillespie | | 13551 | Settled |
| Anna Mae Williams | 9477 | | Abandoned |

## DECLARATION

I, Robert Faison, General Liability Claims Manager for Winn-Dixie Stores, Inc., declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the facts stated in the foregoing Debtors' Tenth Omnibus Objection to Claims are true and correct to the best of my knowledge, information and belief.

*Robert Faison*
Robert Faison, General Liability
Claims Manager, Winn-Dixie Stores, Inc.

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by mail to the individuals listed below this 9th day of December, 2008.

David J. Tong, Esq.
Saxon, Gilmore, Carraway, Gibbons,
Lash & Wilcox, P.A.
201 East Kennedy Blvd., Suite 600
Tampa, Florida 33602

And

Paul S. Rosenberg, Esq.
Rosenberg & Rosenberg, P.A.
2501 Hollywood Blvd., Suite 110
Hollywood, Florida 33020

*Attorneys for Dorothy Gillespie*

D. Brett Marks, Esq.
Eyal Berger, Esq.
Kluger, Peretz, Kaplan & Berlin, P.L.
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131

*Attorneys for Gliceria Perez*

Robert D. Wilcox, Esq.
Wilcox Law Firm
6817 Southpoint Parkway, Suite 1302
Jacksonville, Florida 32216

*Attorneys for George H. Geisert, III*

Frank J. D'Amico, Jr., APLC
Christopher T. Castro, Esq.
9035 Bluebonnet Boulevard
Suite 2
Baton Rouge, Louisiana 70810

And

Frank J. D'Amico, Jr., APLC
Christopher T. Castro, Esq.
622 Baronne Street
New Orleans, Louisiana 70113

*Attorneys for Anna Mae Williams*

Brian M. Flaherty, Esq.
Farah & Farah, P.A.
10 West Adams Street
Third Floor
Jacksonville, Florida 32202

*Attorneys for Willie Jones*
*Attorneys for Emily Suzanne Dennison*

Ralph Diaz
c/o Edmund Gonzalez, Esq.
324 Datura Street, Suite 200
West Palm Beach, Florida 33401

_s/ Leanne McKnight Prendergast_
Attorney

00634746