UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILE DIVISION

FILED
JACKSONVILLE, FLORIDA
DEC - 8 2008
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORIES, INC., et al, | ) | Chapter 11 |
| Reorganized Debtors, | ) | Jointly Administered |

MOTION FOR CONTINUANCE
CLAIMANT PLEADS FOR COURT
TIME TO ATTAIN COUNSEL

Karen Llano files her Motion for Continuance based on the below facts.

The upcoming surgery on her knee is set for January 19, 2009 and her failure to drive

Will keep her from making a trip to appear at the hearing set for December 18, 2008 at

1:30 p. m.   Claimant discussed with attorney for Debtor the need to reset hearing.

Karen Llano's son would have to drive her to hearing. The Military officer and her son

Back from Iraq.   This date of June 2009 would also permit her time to attain Counsel.

Karen Llano humanly appear at the said hearing this is not for delay  but that

Justice can be served.  The Orthopedic Surgeon that will perform her surgery is Dr. Daniel

Weed, 9411 North Oak Traffic way, Suite 240, Kansas City, Mo 64111.  The phone number is

(816) 468-8632.  The time to rehabilitate is not known at this time.  Her Cancer surgery and

Hospitalization records were filed with the Court.  The failure to file her claim on time was

Not intentional but impossible for claimant.  The decision to protect her life was most

Important to her.  Karen Llano's two sisters had just died from Cancer.

Whereas, Karen Llano prays the Court will interpret the Bankruptcy Law in

This contested matter.   The Court retains the ability to order her late claim to be allowed.

See, e. g., Fed. R.Civ.P. 5 (b).

Karen Llano prays her Motion to Allow her late Claim not be overruled. The Court Has the discretion to allow her Motion for Continuance based on the unusual circumstances.

That surrounds her late claim. The Debtor has a duty to make right, the wrong, afflicted on Claimant.

This Motion is not for delay but that Claimant has due process of law.

By *[signature]*
KAREN SUE LLANO
PRO SE CLAIMANT

13662 Oak Valley Drive
Platte City, Mo 64079
(816)431-6325