# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**DEBTORS' RESPONSE TO KAREN LLANO'S
MOTION FOR CONTINUANCE OF THE DECEMBER 18, 2008
HEARING ON THE DEBTORS' OBJECTION TO THE APPLICATION
FOR ADMINISTRATIVE EXPENSE FILED BY KAREN LLANO**

Winn-Dixie Stores, Inc., and its reorganized debtor affiliates (collectively, the "Debtors"), file this response to the Motion for Continuance filed by Karen Llano as to the hearing set for December 18, 2008 on the Debtors' Objection to the Administrative Claim Filed by Karen Llano (Docket No. 21813) (the "Motion for Continuance") and say:

1. The Debtors have objected to the Administrative Claim filed by Karen Llano (the "Claimant") based upon the expiration of the applicable statute of limitations.

2. Claimant asserts in the Motion for Continuance that she cannot attend the December 18th hearing because she cannot drive to Jacksonville due to a knee injury.

3. Claimant further asserts that she is scheduled to have surgery on her knee on January 19, 2009, and that "the time to rehabilitate is not known at this time." Claimant states that she will need until June 2009 to retain counsel.

4. The Debtors oppose such a long and indefinite continuance of the hearing. The Debtors do not, however, oppose the Claimant's participation in the hearing by telephone. The Claimant's telephone number is 816-431-6325.

Wherefore, the Debtors respectfully request that the Court enter an order denying the Claimant's motion for continuance and permitting the Claimant, if she elects to do so, to attend the December 18, 2008 hearing by telephone.

Dated: December 10, 2008

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
　　　James H. Post
　　　Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

3

<u>Certificate of Service</u>

I certify that the foregoing was furnished by mail to Karen Sue Llano, 13662 Oak Valley Drive, Platte City, MO, 64079 this 10th day of December, 2008.

                                            */s/ Leanne McKnight Prendergast*
                                                     Attorney

00634884