UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

                                                                             Case No.: 3:05-bk-3817-3F1

WINN DIXIE STORES, INC.

        Debtor(s).

_____/

## NOTICE OF TAKING DEPOSITION

TO:   Allan E. Wulbern, Esq.
       Smith Hulsey & Busey
       225 Water Street, Suite 1800
       Jacksonville, FL 32202

PLEASE TAKE NOTICE that the Escambia County Property Appraiser, by and through the undersigned counsel, will take the depositions of the following individuals, on Wednesday, January 28, 2009, at the times specified below, at the law office of Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL  322202:

        Kevin Abrahani     9:00 a.m.

        Brian Testo          11:00 a.m.

These depositions will be taken upon oral examination before Esquire Deposition Services, Certified Court Reporters, or a Notary Public in and for the State of Florida at Large, or some other officer duly authorized by law to take depositions. The depositions are being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under the applicable governing rules.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail and via electronic filing using CM/ECF system to the above named addressee, Counsel for Reorganized Debtors, this __16__ day of December, 2008.

ELLIOTT MESSER
Florida Bar No.: 054461
THOMAS M. FINDLEY
Florida Bar No.: 0797855
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
Counsel for Property Appraiser Chris Jones

cc:   Esquire Deposition Services (by facsimile)