UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

WINN-DIXIE'S OBJECTION TO CLAIM NUMBER 13832
FILED BY HOUSTON COUNTY REVENUE COMMISSIONER

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates ("Winn-Dixie") file this objection to claim number 13832 filed by the Revenue Commissioner for Houston County, Texas, and in support state:

1. On November 9, 2006, this Court entered its Order confirming Winn-Dixie's joint plan of reorganization ("Confirmation Order") (Doc. No. 12440). Winn-Dixie substantially consummated its confirmed plan on November 21, 2006 (Doc. No. 12991). As a result, Winn-Dixie has emerged from its bankruptcy in accordance with the terms of its confirmed plan.

2. On October 22, 2008, the Revenue Commissioner for Houston County, Texas filed proof of claim number 13832 for 2008 real estate and personal property taxes in the amount of $34,149.72.

3. Houston County's tax claim – filed nearly two years after Winn-Dixie substantially consummated its plan – does not relate to Winn-Dixie's bankruptcy case.[1] Accordingly, pursuant to 28 U.S.C. §§ 157 and 1334, this Court does not have

---

[1] Houston County's tax claim is not the subject of a pending objection to tax claims and motion for order

subject matter jurisdiction over Winn-Dixie's alleged 2008 tax liabilities to Houston County. For this reason, claim number 13832 should be disallowed.

WHEREFORE, Winn-Dixie requests an order from this Court disallowing claim number 13832 in its entirety.

Dated: December 16, 2008

                                           SMITH HULSEY & BUSEY

                                           By  *s/ Beau Bowin*
                                                  Allan E. Wulbern
                                                  Beau Bowin

                                           Florida Bar Number 792551
                                           225 Water Street, Suite 1800
                                           Jacksonville, Florida 32202
                                           (904) 359-7700
                                           (904) 359-7708 (facsimile)
                                           bbowin@smithhulsey.com

                                           Counsel for Reorganized Debtors

---

determining tax values and tax liabilities over which the Court retained jurisdiction in the Confirmation Order.

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to Starla Moss Matthews, P.O. Drawer 6406, Dothan, AL 36302 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 16  day of December, 2008.

*s/ Beau Bowin*
Attorney

00634821