UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILE DIVISION

In re:                                          )         Case No. 05-03817-3F1

WINN-DIXIE STORIES, INC., et al,                )         Chapter 11

    Reorganized Debtors,                        )         Jointly Administered

AMENDED
MOTION FOR CONTINUANCE
CLAIMANT PLEADS FOR COURT
TIME TO ATTAIN COUNSEL

F I L E D
JACKSONVILLE, FLORIDA
DEC 1 5 2008
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Karen Llano files her Motion for Continuance based on the below facts.

The upcoming surgery on her knee is set for January 19, 2009 and her failure to drive

Will keep her from making a trip to appear at the hearing set for December 18, 2008 at

1:30 p. m.   Claimant discussed with attorney for Debtor the need to reset hearing.

Karen Llano's son would have to drive her to hearing. The Military officer and her son

Back from Iraq.   This date of June 2009 would also permit her time to attain Counsel.

Karen Llano humanly cannot appear at the said hearing, this is not for delay but that

Justice can be served.   The Orthopedic Surgeon that will perform her surgery is Dr. Daniel

Weed, 9411 North Oak Traffic way, Suite 240, Kansas City, Mo 64111.  The phone number is

(816) 468-8632.  The time to rehabilitate is not known at this time.  Her Cancer surgery and

Hospitalization records were filed with the Court.   The failure to file her claim on time was

Not intentional but impossible for claimant.  The decision to protect her life was most

Important to her.   Karen Llano's two sisters had just died from Cancer.

Whereas, Karen Llano prays the Court will interpret the Bankruptcy Law in

This contested matter.   The Court retains the ability to order her late claim to be allowed.

See, e. g., Fed. R.Civ.P. 5 (b).

Supplement (DANIEL D. WEED, M.D., P.C.)

Karen Llano prays her Motion to Allow her late Claim not be overruled. The Court

Has the discretion to allow her Motion for Continuance based on the unusual circumstances.

That surrounds her late claim. The Debtor has a duty to make right, the wrong, afflicted on Claimant.

This Motion is not for delay but that Claimant has due process of law.

By *Karen Sue Llano*
KAREN SUE LLANO
PRO SE CLAIMANT

13662 Oak Valley Drive
Platte City, Mo 64079
(816)431-6325

# DANIEL D. WEED, M.D., P.C.
## *Orthopaedic Surgeon*

9411 N. Oak, Suite 240  
Kansas City, MO  64155

Phone (816) 468-8632  
Fax (816) 468-7722

PATIENT NAME: _Karen Llano_

~~DAY~~: _1-19-09_     ~~TIME~~: _8:30_  (AM)/PM

~~[St. Luke's Northland circled]~~    Briarcliff Surgery Center    NKC Hospital  
4150 Mulberry, Ste 100    2800 Clay Edwards  
Kansas City, MO  64116    Kansas City, MO  64116  
816.214.4364    816.691.2000

~~You will be an outpatient~~   ~~Check in area~~ _Outpatient Registration_  
~~Check in time~~ _7-_ (am)/pm

___ You will be an outpatient and will be admitted to the hospital, if necessary, after your surgery.     Check in time:_____ am/pm

___ You will be an inpatient/morning admission.  Check in at the admitting desk on the day of your surgery at_____ am/pm

Your pre-op lab appointment has been scheduled at the hospital for:  
Date:_____   Time:_____  
St Luke's Northland Pre-op phone number:  816-891-6034

~~Your post-op appointment with Dr. Weed at his office is scheduled for:~~  
~~Date:~~ _1-27-09_   ~~Time:~~ _11 am_

✳ *Have nothing to eat or drink after midnight the night before surgery (including chewing gum, mints and chewing tobacco)*

✳ *Have someone available to drive you home following surgery.*

✳ *Stop taking aspirin, aspirin like products, anti-inflammatories, fish oil and vitamin E products 14 days prior to your surgery date. (You may take Tylenol for pain, if needed)*

If you have questions regarding your surgery, call the office at 816-468-8632 during regular business hours Monday-Friday.