UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Hattye Mizell (Claim No. 1678 and 2287) [Docket No. 3326] was furnished by mail on December 16, 2008 to Hattye Mizell, c/o James S. Robertson, III, Esq., Gaebe Mullen Antonelli Esco & Dimatteo, 420 S. Dixie Hwy, Floor 3, Coral Gables, Florida 33146-2227.

Dated: December 16, 2008

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
Stephen D. Busey
James H. Post (FBN 175460)
Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151