UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         Chapter 11
                  Reorganized Debtors.       )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation

Claim of Brenda Lowry (Claim No. 11389) [Docket No. 3326] was furnished by

mail on December 16, 2008 to Brenda Lowry, c/o Michael Jackson, Esq., Beers,

Anderson, Jackson, Patty & Van Heest, P.C., P. O. Box 1988, Montgomery,

Alabama  36102-1988.

Dated:  December 16, 2008


                                             SMITH HULSEY & BUSEY


                                             By _____ s/ James H. Post _____
                                                   Stephen D. Busey
                                                   James H. Post (FBN 175460)
                                                   Cynthia C. Jackson

                                             225 Water Street, Suite 1800
                                             Jacksonville, Florida  32202
                                             (904) 359-7700
                                             (904) 359-7708 (facsimile)
                                             jpost@smithhulsey.com

                                             Counsel for Reorganized Debtors

00520151