[3511] [Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3-350
JACKSONVILLE, FLORIDA 32202
(904)301-6490

December 17, 2008

GAIL BAKER
DEPUTY-IN-CHARGE

Beau Bowin
225 Water Street, Suite 1800
Jacksonville, FL 32202

In re: Winn-Dixie Stores, Inc.                    Case No. 3:05-bk-03817-JAF
                                                  Chapter 11

Dear: Mr. Bowin

   The Court will not process the objection(s) to claim 13832 which you filed on December 16, 2008 because of the deficiency or deficiencies noted below. Local Rule 2002-4 (Negative Notice Procedure) is applicable to this objection. If a timely response is received then a hearing on the objection will be set in accordance with the Court's calendar. If a timely response is not received, then the Court will consider the matter ex parte and enter an appropriate order.

Information required:

☐ Certificate of service. Service of the objection (and affidavit if applicable) on the respondent in accordance with Federal Rule of Bankruptcy Procedure 7004 and Local Rule 3007-1. The certificate shall state the date, manner of service, the names and addresses of the persons served, the person's status if applicable, and an indication as to whether the address is the person's dwelling house, usual place of abode, or place where he/she regularly conducts his/her place of business or profession. Service on an insured depository institution shall be made by certified mail.

☐ Affidavit. An affidavit supporting the objection is required when the objection is not supported by the record.

☐ Objection. The title of the objection must state the claim number on file with the Court, which is addressed by the objection.

☒ Evidence of compliance with Local Rule 2002-4. The Court has determined that this objection is governed by Local Rule 2002-4. The objection shall be accompanied by a Notice of Opportunity to Object and for Hearing containing language and in a form substantially as follows:

NOTICE OF OPPORTUNITY TO
OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 North Hogan Suite 3-350, Jacksonville, FL 32202, and serve a copy on the movant's attorney.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

NOTES:

1. After the deficiency has been corrected and if no response is filed within the response period, the moving party should forward a proposed order to the Clerk's Office.

2. A motion for which a deficiency has been noted and not corrected by the moving party within 30 days will be referred for a judicial determination.


Copies furnished to:
Debtor
Debtor(s)' Attorney
Trustee
United States Trustee