UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON DECEMBER 18, 2008</u>**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on December 18, 2008 at 1:30 p.m.:

**A.    <u>Uncontested Matters</u>**

1. *<u>Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Hinds County, Mississippi (Docket No. 13116)</u>*

   Response Deadline:   Non-Applicable

   Response:                  None.

   Status:                       The Reorganized Debtors will proceed with the Case Management Conference.

2. *<u>Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Jones County, Mississippi (Docket Nos. 12443 and 13108)</u>*

   Response Deadline:   Non-Applicable

   Response:                  None.

   Status:                       The Reorganized Debtors will proceed with the Case Management Conference.

3. *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Lauderdale County, Mississippi (Docket No. 12389)*

Response Deadline: Non-Applicable

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

4. *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Lowndes County, Mississippi (Docket No. 12391)*

Response Deadline: Non-Applicable

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

5. *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Pike County, Mississippi (Docket No. 13105)*

Response Deadline: Non-Applicable

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

6. *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Rankin County, Mississippi (Docket No. 12393)*

Response Deadline: Non-Applicable

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

7. *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Yazoo County, Mississippi (Docket No. 12403)*

Response Deadline: Non-Applicable

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

8. *Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Harrison County, Mississippi (Docket No. 11294)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

9. *Case Management Conference on the Motion and Memorandum to Allow Late-Filed Proofs of Claim by Creditor, The Tangipahoa Parish School Board (Docket No. 14760)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors will proceed with the Case Management Conference.

10. *Case Management Conference on Diversified Maintenance Systems, Inc.'s Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business (Docket No. 21311)*

Response Deadline: Non-Applicable.

Response: None.

Status: The Reorganized Debtors have agreed to continue the Case Management Conference until further notice.

11. *Seventh Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 21708)*

Objection Deadline: Expired

Objection: None

Status: The Reorganized Debtors have agreed to continue the hearing as it relates to the claim of Ana Mae Williams. The Reorganized Debtors will proceed with the hearing on the Motion as to the remaining claims.

12. *Amended Objection to Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure (Docket No. 21707)*

Response Deadline: Expired

Response: None

Status: The Reorganized Debtors have agreed to continue the hearing on the Objection until further notice.

**B.     Contested Matters**

13.   *Debtors' Ninth Omnibus Objection to Claims Which have Been Settled, Released or Abandoned (Docket No. 21705)*

Response Deadline: Expired

Response:          Stephen Hadley (Docket No. 12804)

Status:            The Reorganized Debtors have agreed to continue the hearing as it relates to the claim of Stephen Hadley. The Reorganized Debtors will proceed with the hearing on the Objection as to the remaining claim.

**[Agenda Items 14 through 16 are objections to claims based upon the statute of limitations defense]**

14.   *Debtors' Amended Objection to the Claims filed by Robbie McMillan (Docket No. 21710)*

Response Deadline: Expired

Responses:         Robbie McMillan (Docket No. 12802)

Status:            The Reorganized Debtors have agreed to continue the hearing on the Objection.

15.   *Debtors' Objection to the Administrative Claim filed by Karen Llano (Docket Nos. 17419 and 21171)*

Response Deadline: Expired

Responses:         Karen Llano (Docket No. 12815)

Status:            The Reorganized Debtors will proceed with the hearing on the Objection.

16. *Debtors' Objection to the Claim filed by Angela Hines (Claim No. 13824) (Docket No. 21711)*

Response Deadline: Expired

Responses: Angela Hines (Docket No. 12801)

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

\*\* Claimant to appear by telephone: 229-446-2057 \*\*

Dated: December 13, 2008

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00635159