

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

Thursday
December 18, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

**Debtor Atty:** S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Jones County, Mississippi (Docs. 12443 and 13108)

**APPEARANCES:**
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

JONES COUNTY, MS:

RULING: