

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 18, 2008
1:30 P.M.

### PRO MEMO

**CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.**

Debtor Atty:  S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Lauderdale County, Mississippi (Doc. 12389)

APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                              MATTHEW S. BARR

LAUDERDALE CO., MS:

RULING: