

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 18, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Pike County, Mississippi (Doc. 13105)

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR
PIKE COUNTY, MS:

RULING: