

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**December 18, 2008**
**1:30 P.M.**

## PRO MEMO

CASE NO. 05-3817-3F1      WINN-DIXIE STORES, INC.

Debtor Atty:  S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast


Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Rankin County, Mississippi (Doc. 12393)


APPEARANCES:
US TRUSTEE:           ELENA ESCAMILLA
UNSEC. CRED:          JOHN B. MACDONALD
                      MATTHEW S. BARR
RANKIN CO., MS:

RULING: