

# HONORABLE JERRY A. FUNK
## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE

**Thursday**
**December 18, 2008**
**1:30 P.M.**

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty:  S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast**


Case Management Conference on the Motion for Relief from Order Determining Tax Liabilities as to Yazoo County, Mississippi (Doc. 12403)


**APPEARANCES:**
**US TRUSTEE:**       ELENA ESCAMILLA
**UNSEC. CRED:**      JOHN B. MACDONALD
                     MATTHEW S. BARR

**YAZOO COUNTY, MS:**

**RULING:**