

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 18, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Case Management Conference on Diversified Maintenance Systems, Inc's Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business (Doc. 21311)

The Reorganized Debtors have agreed to continue the Case Management Conference until further notice.

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR
DIVERSIFIED:       RICHARD MCINTYRE

RULING: Cont'd. to 2/19/09 @ 1:30 ADC NFN