

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 18, 2008
1:30 P.M.

### PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Seventh Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Doc. 21708)

The Reorganized Debtors have agreed to continue the hearing as it relates to the claim of Ana Mae Williams. The Reorganized Debtors will proceed with the hearing on the Motion as to the remaining claims.

APPEARANCES:
US TRUSTEE:    ELENA ESCAMILLA
UNSEC. CRED:   JOHN B. MACDONALD
               MATTHEW S. BARR

RULING: _Granted_
        _Ord/Signed_