

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
December 18, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty:  S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Amended Objection to Claims Due to Claimants' Failure to Participate in the Claims Resolution Procedure (Doc. 21707)

The Reorganized Debtors have agreed to continue the hearing on the Objection until further notice.

APPEARANCES:
US TRUSTEE:        ELENA ESCAMILLA
UNSEC. CRED:       JOHN B. MACDONALD
                   MATTHEW S. BARR

RULING:

*Cont'd until further xtc.* [handwritten]