

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 18, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

    **Debtors' Ninth Omnibus Objection to Claims Which have Been Settled, Released or Abandoned (Doc. 21705)**

    Response:    Stephen Hadley (Doc. 12804)

The Reorganized Debtors have agreed to continue the hearing as it relates to the claim of Stephen Hadley. The Reorganized Debtors will proceed with the hearing on the Objection as to the remaining claim.

APPEARANCES:
US TRUSTEE:          ELENA ESCAMILLA
UNSEC. CRED:         JOHN B. MACDONALD
                     MATTHEW S. BARR
STEPHEN HADLEY:      PREMRAJ RANADHAR

RULING: Sustained
Ord/Seg'd