UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON DEBTORS' NINTH OMNIBUS OBJECTION TO
CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR ABANDONED

This matter came before the Court for hearing on December 18, 2008, upon the Debtors' Ninth Omnibus Objection to Claims Which Have Been Settled, Released or Abandoned (the "Objection") (Docket No. 21705) filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates to the claims identified on Exhibit A to the Objection. A response was filed by claimant Stephen Hadley. No other response to the Objection was filed or raised by any other claimant. It is therefore

ORDERED AND ADJUDGED:

1. The hearing on the Objection is continued as to the claim filed by Stephen Hadley until further notice.

2. The Objection is sustained as to the claim filed by Premraj Ranadhar.

3. The claim of Premraj Ranadhar is disallowed in its entirety.

Dated this 18 day of December, 2008, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.] 00635249