

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
December 18, 2008
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

**Debtors' Objection to the Administrative Claim filed by Karen Llano (Docs. 17419 and 21171)**

Response: Karen Llano (Docs. 12815, 21813 and 21840)

Debtors' Response to Llano's Motion for Continuance (Doc. 21815)

APPEARANCES:
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD
                 MATTHEW S. BARR
KAREN LLANO:

RULING: Cont'd for 60 days to next omnibus hrg. (after 60 days) O10/Prendergast