UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER SUSTAINING DEBTORS' OBJECTION
TO THE CLAIM OF ANGELA HINES

This case came before the Court for hearing on December 18, 2008 on the Debtors' Objection to the Claim of Angela Hines (Claim No. 13824). Upon the evidence presented at the hearing, the Court finds that:

1. Angela Hines (the "Claimant") filed a proof of claim for "personal injury/property damage." Her claim is based upon a personal injury accident that occurred on January 14, 2006 in Albany, Georgia.

2. Section 9-3-33, Ga. Code Ann., requires that actions founded on injuries to the person must be brought within two years.

3. Claimant has not filed a valid civil action in the appropriate non-bankruptcy court based upon her personal injury. Filing a proof of claim and participating in the Claims Resolution Procedure did not preserve the claim for statute of limitations purposes.

4.   Because the date upon which the claim is based is January 14, 2006, the Claimant was required under Georgia law to commence the prosecution of a civil action by January 14, 2008.

5.   Because the claimant did not file a civil action to preserve her claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and her claim must be disallowed. Upon the foregoing, it is

ORDERED:

1.   The Debtors' Objection to the Claim of Angela Hines (Docket No. 21711) is sustained.

2.   Claim No. 13824 filed by the Claimant is disallowed.

Dated this 16 day of December, 2008 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00635274