UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,      )         Case No. 05-03817-3F1
                                                         Chapter 11
          Reorganized Debtors.            )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Marilyn Haas [Docket No. 13439] was furnished by mail on December 22, 2008 to Marilyn Haas, c/o Scott Lazar, Koltun & Lazar, 7901 SW 67th Ave., #100, South Miami, Florida 33143.

Dated:  December 22, 2008

SMITH HULSEY & BUSEY


By    *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785