UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                             )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                                            Chapter 11
                    Reorganized Debtors.        )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Tamara Rodriguez [Docket No. 14075 and 14177] was furnished by mail on December 22, 2008 to Tamara Rodriguez, c/o Robert Behar, 7171 Coral Way, Suite #303, Miami, Florida 33155.

Dated: December 22, 2008

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785