**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| IN RE: | CASE NO. 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al | CHAPTER 11 |
| Reorganized Debtors[1] | JOINTLY ADMINISTERED |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Michael H. Piper and the law firm of Steffes, Vingiello & Mckenzie, L.L.C., have been retained as attorneys to represent the Sheriff, Tangipahoa Parish, Louisiana and the Tangipahoa Parish School Board, creditors in the above referenced proceeding and pursuant to § 1109(b) of the U.S. Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, the undersigned request that all Notices given and required to be served in this case be given to and served upon the following:

> Michael H. Piper, Esq.
> Steffes, Vingiello & Mckenzie, L.L.C.
> 13702 Coursey Boulevard, Building 3
> Baton Rouge, Louisiana 70817
> Telephone: 225.751.1751
> Fax: 225.751.1998
> Email: mpiper@steffeslaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109 (b) of the U.S. Bankruptcy Code, the foregoing request includes the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes without limitation, and notice of any orders, pleadings, motions, applications, complaints, demands, hearings, answers, responses, memorandum of briefs in support of the foregoing and any other documents brought before the Court with respect to these pleadings, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery,

telephone, telegraph, telex, facsimile, email or otherwise which affects or seeks to affect the above case.

          RESPECTFULLY SUBMITTED:

By: /s/ Michael H. Piper
    Michael H. Piper
    Steffes, Vingiello & McKenzie, L.L.C
    13702 Coursey Blvd, Bldg. 3
    Baton Rouge, Louisiana 70817
    Telephone: 225.751.1751
    Fax: 225.751.1998
    Email: mpiper@steffeslaw.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CASE NO. 05-03817-3F1 |
| WINN DIXIE STORES, INC., et al | CHAPTER 11 |
| Reorganized Debtors[1] | JOINTLY ADMINISTERED |

## CERTIFICATE OF SERVICE

**I HEREBY CERITFY** that a copy of the above and foregoing Notice of Request for Notices has this day been served upon the following:

Adam Ravin
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM, LLP
Four Times Square
New York, NY 10036

Office of the U.S. Trustee
Attention: Elena L. Escamilla
          Kenneth C. Meeker
135 W Central Blvd., Ste 620
Orlando, FL 32806

Dennis F. Dunne
MILBANK, TWEED, HADLEY &
MCCOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005

John B. MacDonald
ACKERMANN SENTERFITT
50 N. Laura Street, Ste 2500
Jacksonville, FL 32202

Allan E. Wulbern
Beau Bowin
Cynthia C. Jackson
David L. Gay
James H. Post
Leanne McKnight Prendergast
Stephen D Busey
SMITH, HULSEY & BUSEY
225 Water Street, Ste 1800
Jacksonville, FL 32202

By depositing same in the United States mail properly addressed and postage prepaid on this 22nd day of December, 2008.

RESPECTFULLY SUBMITTED:

By: /s/ Michael H. Piper
    Michael H. Piper
    Steffes, Vingiello & McKenzie, L.L.C
    13702 Coursey Blvd, Bldg. 3
    Baton Rouge, Louisiana 70817
    Telephone: 225.751.1751
    Fax: 225.751.1998
    Email: mpiper@steffeslaw.com