UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The Court finds that the Notice of Appearance and Request for Notices filed by William E. Steffes on behalf of the Sheriff of Tangipahoa Parish, Louisiana and the Tangipahoa Parish School Board on December 22, 2008, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

That the Notice of Appearance and Request for Notices filed by William E. Steffes on behalf of the Sheriff of Tangipahoa Parish, Louisiana and the Tangipahoa Parish School Board on December 22, 2008 is stricken from the record.

**DATED December 23, 2008**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorney for Debtor
William E. Steffes, 13702 Coursey Boulevard, Building 3, Baton Rouge, LA 70817
Michael H. Piper, 13702 Coursey Boulevard, Building 3, Baton Rouge, LA 70817