

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CHAPTER 11
CASE NO. 05-03817-3FL

In Re:

WINN DIXIE STORES, INC., et al.,

Debtor (s)
_____/

#### MOTION FOR RELIEF FROM THE AUTOMATIC STAY
#### FILED BY VERONA KHANI REGARDING THE PERSONAL INJURY LITIGATION STYLED VERONA KHANI vs. WINN-DIXIE STORES, INC. PENDING IN THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA, CASE NUMBER 02-18924CA (11)

Any interested party who fails to file and serve a written response to this motion within fifteen (15) days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(C), be deemed to have consented to the entry of an order granting the relief requested in the motion.

COMES NOW, Creditor, Verona Khani by her undersigned attorney, and hereby moves this Court for entry of a final order granting relief from stay as to the civil litigation with the above-named Debtor(s), and in support thereof would show:

1. This is a Motion to obtain a final order granting relief from automatic stay under 11 U.S.C. 362(d), and 362 (e).

2. The Debtor(s) filed the instant Chapter 11 case approximately February 21, 2005.

3. Verona Khani is a creditor of the Debtor(s) by virtue of an injury received on July 17, 2001 while a business invitee at Winn-Dixie Store #249, located at 6770 Bird Road, Miami, Dade County, Florida.

4. Verona Khani instituted litigation against the Debtor Winn-Dixie in Miami-Dade County Circuit Court in Case #02-18924 CA 11 for her damages.

5. During litigation an Automatic Bankruptcy Stay Order was filed on approximately March 1, 2005 by the Defendant Debtor Winn-Dixie staying the litigation.

6. Verona Khani has fully complied with the Bankruptcy Court's required exhaustion of the Claim Resolution Procedure. On December 15, 2008 Verona Khani mediated her claim and an impasse was ruled by the mediator.

7. Pursuant to 11 U.S.C. 362(d)(2), the automatic stay should be terminated as to Verona

1

Khani's civil litigation as Verona Khani has exhausted the Claim Resolution Procedure and the Automatic Stay is not necessary for the effective reorganization of Debtor(s).

8.      All conditions precedent to the relief requested herein have been performed or have occurred.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Verona Khani prays that;

1.      That the Motion of Verona Khani is GRANTED and the automatic stay be terminated as to Verona Khani's civil litigation in the Eleventh Judicial Circuit In And For Miami-Dade County, Florida, Case Number 02-18924CA (11) and as to any proceeds there from, so that Verona Khani may proceed with any and all remedies available under state and/or federal law that are not inconsistent with Title 11 of the United States Code effective immediately; and that Verona Khani have such further and other relief to which she may be entitled.

2.      The automatic stay imposed by 362(a) of the Bankruptcy Code, is modified to permit Verona Khani to proceed with the civil litigation regarding the personal injury litigation styled Verona Khani vs. Winn-Dixie pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, case number 02-18924CA (11).

3.      That this Order terminating automatic stay is entered for the sole purpose of allowing Movant to proceed with the civil litigation regarding the personal injury litigation styled Verona Khani vs. Winn-Dixie pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, case number 02-18924CA (11).

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court.

*H. C. Palmer III*

H. C. PALMER, III
Fla. Bar No. 260975

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was served by U.S.

mail on this **31** day of December 2008 to the Debtor Winn-Dixie Stores, Inc., 5050 Edgewood

Court, Jacksonville, Fl. 32254 and upon the Rule 1007(d) parties in interest electronically.

*N C Palmer III*

H. C. PALMER, III, Esq.
Fla. Bar No. 260975
P.O. Box 330232
Coconut Grove, FL  33233
(305) 445-2424
(305) 442-1446 – fax
HarryPalmer@BellSouth.net

2