UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Albert Williams (Claim No. 9477) [Docket No. 3326] was furnished by mail on January 5, 2009 to Albert Williams, c/o Christopher Castro, Esq., The Law Offices of Frank J. D'Amico, Jr., 9035 Bluebonnet Blvd., Suite #2, Baton Rouge, LA 70810.

Dated: January 5, 2009

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151