UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )
                                                  )
WINN-DIXIE STORES, INC., et al.,                  )   Case No. 05-03817-3F1
                                                  )   Chapter 11
        Reorganized Debtors.                      )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Leda Gallo (Claim No. 1780) [Docket No. 3326] was furnished by mail on January 5, 2009 to Leda Gallo, c/o Clayton Syfrett, Esq., Syfrett & Dykes Law Offices, P.A., 311 Magnolia Ave., P. O. Box 1186, Panama City, Florida  32402-1186.

Dated:  January 5, 2009

                                        SMITH HULSEY & BUSEY


                                        By      *s/ James H. Post*
                                              Stephen D. Busey
                                              James H. Post (FBN 175460)
                                              Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00520151