UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative

Claim filed by Mary Young [Docket No. 14365] was furnished by mail on January

5, 2009 to Mary Young, c/o W. Stacy Miller, II, Esq., Zaytoun & Miller, PLLC,

Post Office Box 307, Raleigh, North Carolina  27602-0307.

Dated:  January 5, 2009

SMITH HULSEY & BUSEY

By ____*s/ James H. Post*____
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785