UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                        )

WINN-DIXIE STORES, INC., et al.,          )         Case No. 05-03817-3F1
                                                                        Chapter 11
         Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Angela Owens [Docket No. 14105] was furnished by mail on January 5, 2009 to Angela Owens, 869 54th Avenue, South, Saint Petersburg, Florida  33705.

Dated:  January 5, 2009

                                                        SMITH HULSEY & BUSEY

                                                        By     *s/ James H. Post*
                                                             Stephen D. Busey
                                                             James H. Post (FBN 175460)
                                                              Cynthia C. Jackson

                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida  32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        jpost@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00569785