UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Glennie-Bondel Custer (Claim No. 9363) [Docket No. 3326] was furnished by mail on January 5, 2009 to Merlyna D.C. Moore, Personal Representative of the estate of decedent, c/o Janet A. Carver, Esq., 20 S 5th Street, Fernandina Beach, Florida 32034-3902.

Dated: January 5, 2009.

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151