UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         Chapter 11
         Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Glen Hearne [Docket No. 12991] was furnished by mail on January 5, 2009 to (i) **Glen Hearne**, at his dwelling house, or usual place of abode, 18519 Oshawa Drive, Hudson, Florida 34667, (ii) **John C. Hamilton**, at his usual place of business, Abrahamson, Uiterwyk and Barnes, 900 West Platt Street, Tampa, Florida 33606 and (iii) **Justin W. Pimenta**, at his usual place of business, Abrahamson, Uiterwyk and Barnes, 900 West Platt Street, Tampa, Florida 33606.

Dated:  January 5, 2009

SMITH HULSEY & BUSEY

By      *s/ David L. Gay*
        Stephen D. Busey
        James H. Post
        David L. Gay

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com
Counsel for Reorganized Debtors

00520151