IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In RE:

WINN-DIXIE, INC.,                           Case No: 3:05:bk:03817-JAF
                                            Chapter 11
    Debtor.

_____/

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC FILING NOTICE LIST

The following attorney requests that the clerk remove him from the electronic filing notice list as follows:

David B. Ferebee, Esquire
P.O. Box 1796
Jacksonville, FL 32201
Florida Bar No. 347620
Telephone: (904) 358-7001
Facsimile:(904) 353-2756
ferebeeatlaw@bellsouth.net

Dated this 5th day of January 2008.

                                              /s/ David B. Ferebee
                                              David B. Ferebee, Esquire
                                              Florida Bar Number 347620
                                              DAVID B. FEREBEE, P.A.
                                              P.O. Box 1796
                                              Jacksonville, FL 32201
                                              Telephone:  (904) 358-7001
                                              Facsimile: (904) 353-2756
                                              E-Mail: ferebeeatlaw@bellsouth.net

In Re: Winn-Dixie, Inc.
Case No: 3:05:bk:03817-JAF Chapter 11
Notice of Request for Removal from Electronic Filing Notice List

## CERTIFICATE OF SERVICE

I hereby certify that on January 5th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: None.

/s/ David B. Ferebee
David B. Ferebee, Esquire
Florida Bar Number 347620
DAVID B. FEREBEE, P.A.
P.O. Box 1796
Jacksonville, FL 32201
Telephone: (904) 358-7001
Facsimile: (904) 353-2756
E-Mail: ferebeeatlaw@bellsouth.net