# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| WINN-DIXIE STORES, INC., | ) | |
| Plaintiffs, | ) | Adversary No.:  08-ap-163 |
| v. | ) | |
| YOLANDE ALLDREDGE and ALEXANDER M. WEISSKOPF, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT MOTION AND
## STIPULATION TO CONTINUE TRIAL

Plaintiff, Winn-Dixie Stores, Inc. and Defendants, Yolande Alldredge and Alexander Weisskopf, move the Court for an order continuing the trial of this adversary proceeding, and stipulate as follows:

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

1. The parties agree to the continuance of the trial of this adversary proceeding, currently set for January 9 at 9:00 a.m., and the deadlines set forth in the Order Scheduling Trial entered herein on August 25, 2008, until further motion by any of the parties.

2. The parties acknowledge and agree that this Stipulation is without prejudice to any rights, claims or defenses of the parties in this adversary proceeding or in the Debtors' Chapter 11 cases.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court enter an order in the form attached granting a continuance of the trial of this adversary proceeding.

Dated: January 6, 2009

| WILCOX LAW FIRM, LLC | SMITH HULSEY & BUSEY |
|---|---|
| By  */s/ Robert D. Wilcox *  <br>     Robert D. Wilcox | By  */s/ David L. Gay*  <br>     James H. Post <br>     David L. Gay |
| Florida Bar Number 755168 <br> 6817 Southpoint Parkway, Suite 1202 <br> Jacksonville, Florida 322166296 <br> (904) 281-0700 <br> (904) 513-9201 <br> rwilcox@wilcoxlawfirm.com | Florida Bar Number 839221 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida  32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> dgay@smithhulsey.com |
| Attorney for Defendants | Attorneys for Plaintiff |

*Counsel has authorized the use of his electronic signature.

00637664