UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              )
                                                    )   Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al.*,                  )
                                                    )   *Chapter 11*
            Reorganized Debtors.                    )
                                                    )   Jointly Administered
_____)

ORDER ON MOTION FOR CONTINUANCE FILED BY KAREN LLANO

This case is before the Court upon the motion for continuance filed by claimant Karen Llano ("Claimant") as to the hearing on the Debtors' Objection to the Administrative Claim Filed by Karen Llano (Docket Nos. 21813, 21840) (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted in part and denied in part.

2. The hearing on the Debtors' Objection to the Administrative Claim Filed by Karen Llano (Docket No. 21706) is continued to March 19, 2009 at 1:30 p.m. in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. If the Claimant retains counsel, counsel for the Claimant shall file a notice of appearance on the Claimant's behalf in this case 30 days before the March

19, 2009 hearing date.

Dated this ⁶ day of January, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**Copy to: Leanne McKnight Prendergast**
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Claimant and file a proof of service.]

00637206

2