UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                         Chapter 11
            Reorganized Debtors.            )          Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Amended Agreed Order of Resolution of the Litigation Claim of Anna Mae Williams (Claim No. 9477) [Docket No. 3326] was furnished by mail on January 6, 2009 to Anna Mae Williams, c/o Christopher T. Castro, Esq., The Law Offices of Frank J.D'Amico, Jr., 9035 Bluebonnet Blvd., Suite #2, Baton Rouge, Louisiana  70810.

Dated:  January 6, 2009

SMITH HULSEY & BUSEY


By       /s/ James H. Post
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151