UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JANUARY 8, 2009**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on January 8, 2009 at 1:30 p.m.:

**Uncontested Matters**

1. *Eighth Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docket No. 21810)*

    Objection Deadline: Expired.

    Objection: None

    Status: The Reorganized Debtors have agreed to continue the hearing on the Motion as it relates to the Claim of Brenda Lowry. The Reorganized Debtors will proceed with the hearing on the Motion as to the remaining claim.

2. *Debtors' Tenth Omnibus Objection to Claims Which have Been Settled, Released or Abandoned (Docket No. 21812)*

Response Deadline: Expired.

Response: None.

Status: The Reorganized Debtors have agreed to continue the hearing on the Objection as it relates to the Claim of Anna Mae Williams. The Reorganized Debtors will proceed with the hearing on the Objection as to the remaining claims.

Dated: January 7, 2009.

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00636631

2