UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                           )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                          Chapter 11
        Reorganized Debtors.               )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Mary Jackson [Docket No. 14235] was furnished by mail on January 7, 2009 to Mary Jackson, c/o J. Scott Nooney, Esq., 1680 Emerson Street, Jacksonville, Florida  32207.

Dated:  January 7, 2009

                                                  SMITH HULSEY & BUSEY

                                                  By    *s/ James H. Post*
                                                       Stephen D. Busey
                                                       James H. Post (FBN 175460)
                                                       Cynthia C. Jackson

                                                  225 Water Street, Suite 1800
                                                  Jacksonville, Florida  32202
                                                  (904) 359-7700
                                                  (904) 359-7708 (facsimile)
                                                  jpost@smithhulsey.com

                                                  Counsel for Reorganized Debtors

00569785