UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )
                                                         )
WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         )        Chapter 11
          Reorganized Debtors.                )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Diana Price [Docket No. 13704] was furnished by mail on January 7, 2009 to Diana Price, c/o David M. Benefeld, Esq., 7800 W. Oakland Blvd., Building F, Suite 216, Sunrise, Florida 33351.

Dated: January 7, 2009

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
          Stephen D. Busey
          James H. Post (FBN 175460)
          Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785