UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                 Chapter 11
                    Reorganized Debtors.  )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by William Ruiz [Docket No. 13315] was furnished by mail on January 7, 2009 to William Ruiz, c/o David Sampedro, Esq., 6950 N. Kendall Drive, Miami, Florida 33156.

Dated: January 7, 2009

                                    SMITH HULSEY & BUSEY


                                    By      s/ James H. Post
                                          Stephen D. Busey
                                          James H. Post (FBN 175460)
                                          Cynthia C. Jackson

                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00569785