UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                          Chapter 11
         Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Yolande Alldredge was furnished by mail on January 7, 2009 to Yolande Alldredge, c/o Alexander M. Weisskopf, Esq., Post Office Box 310, Moody, Alabama  35004.

Dated:  January 7, 2009

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785