# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | |
| WINN-DIXIE STORES, INC., et al., | Case No.: 3-05-bk-3817 (JAF) |
| Debtors. | Chapter 11 |
| | Jointly Administered |

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP ELECTRONIC NOTICE

The involvement of the undersigned counsel's clients, GERALDINE W. PERKINS and ROBERT PERKINS, in this proceeding being concluded, the undersigned counsel hereby respectfully requests that the Clerk remove him from the list of persons receiving electronic notice in this cause.

Respectfully Submitted,

**BARRY S. BALMUTH, P.A.**

**/s/ Barry S. Balmuth**
**BARRY S. BALMUTH, ESQUIRE**
Florida Bar No.: 868991
Centurion Tower - Eleventh Floor
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone: (561) 242-9400
Facsimile: (561) 478-2433
E-mail: blamuthlaw@alum.emory.edu

*In re: WINN-DIXIE STORES, INC., et al.,*
*Case No.: 3-05-bk-3817 (JAF)*
*Page 2*

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2009 I filed the foregoing Notice of Request for Removal from Electronic Filing Notice List through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

                                          **/s/ Barry S. Balmuth**
                                          **BARRY S. BALMUTH, ESQUIRE**

Notice of Withdrawal and to Stop Electronic Notice.wpd