UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE
AND REQUEST TO STOP ELECTRONIC NOTICE**

The involvement of the undersigned counsel's clients, Katherine Cidlowski, Edna Rivers, and Beth Ann Semenuk, (all of whom filed Applications for Allowance of Administrative Expenses) in this proceeding being concluded, the undersigned counsel hereby respectfully requests that the Clerk remove him from the list of persons receiving electronic notice in this cause.

/s/Michael C. Addison
Michael C. Addison
LAW OFFICES OF
MICHAEL C. ADDISON, P. A.
Florida Bar No. 0040721
P. O. Box 172535
Tampa, FL 33672-0535
Phone (813) 223-2000
Fax (813) 228-6000
Email: m@mcalaw.net

**CERTIFICATE OF SERVICE**

I certify that on January 8, 2009, the foregoing Notice was filed electronically through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the U. S. Trustee and all other parties participating in the CM/ECF System, all served electronically.

/s/Michael C. Addison
Michael C. Addison

s:\clients open\a&d.ced\misc\adfc winn dixie objection.doc