UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE
AND REQUEST TO STOP ELECTRONIC NOTICE**

ADFC, LLC ("ADFC"), gives notice of the withdrawal of Michael C. Addison of Law Offices of Michael C. Addison, P.A., as co-counsel for ADFC, LLC. Attorney Michael F. Holbein, Georgia Bar No. 360070, of Arnall Golden Gregory LLP, 171 N. W. 17th Street, Suite 2100, Atlanta, GA 30363, Telephone (404) 873-7012, Fax (404) 873-7013, will continue to act as counsel for ADFC.

The undersigned gives notice of a change of address of Creditor, ADFC, LLC. The notification address for creditor ADFC, LLC, should be changed to:

>ADFC, LLC
>c/o Michael F. Holbein, Esq.
>ARNALL GOLDEN GREGORY LLP
>171 17th Street, NW, Suite 2100
>Atlanta, GA 30363

Further, Michael C. Addison requests that him and his firm, Law Offices of Michael C. Addison, P.A., be terminated as counsel for ADFC, LLC, and requests that the Clerk stop sending him electronic notice in this proceeding.

>/s/Michael C. Addison
>Michael C. Addison
>LAW OFFICES OF
>MICHAEL C. ADDISON, P. A.
>Florida Bar No. 0040721
>P. O. Box 172535
>Tampa, FL 33672-0535
>Phone (813) 223-2000
>Fax (813) 228-6000
>Email: m@mcalaw.net

## **CERTIFICATE OF SERVICE**

      I certify that on January 8, 2009, the foregoing Notice was filed electronically through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq., and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the Office of the U. S. Trustee and all other parties participating in the CM/ECF System, all served electronically.

                                                           /s/Michael C. Addison
                                                           Michael C. Addison

s:\clients open\a&d.ced\pld\notice of withdrawal 37456.doc