

HONORABLE JERRY A. FUNK
UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE

Thursday
January 8, 2009
1:30 P.M.

## PRO MEMO

CASE NO. 05-3817-3F1     WINN-DIXIE STORES, INC.

Debtor Atty: S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Eighth Motion of Reorganized Debtors for Entry of Agreed Orders on Settlement Agreements with Litigation Claimants (Docs. 21810)

The Reorganized Debtors have agreed to continue the hearing on the Motion as it relates to the Claim of Brenda Lowry. The Reorganized Debtors will proceed with the hearing on the Motion as to the remaining claim.

APPEARANCES:
US TRUSTEE:      ELENA ESCAMILLA
UNSEC. CRED:     JOHN B. MACDONALD
                 MATTHEW S. BARR

RULING:   Cont'd. until further ntc.