

**HONORABLE JERRY A. FUNK**
**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE**

Thursday
January 8, 2009
1:30 P.M.

## PRO MEMO

**CASE NO. 05-3817-3F1    WINN-DIXIE STORES, INC.**

**Debtor Atty:** S. Busey/C. Jackson/A. Wulbern/J. Post/L. Prendergast

Debtors' Tenth Omnibus Objection to Claims Which have Been Settled, Released or Abandoned (Doc. 21812)

The Reorganized Debtors have agreed to continue the hearing on the Objection as it relates to the Claim of Anna Mae Williams. The Reorganized Debtors will proceed with the hearing on the Objection as to the remaining claims.

**APPEARANCES:**
**US TRUSTEE:**      ELENA ESCAMILLA
**UNSEC. CRED:**    JOHN B. MACDONALD
                                 MATTHEW S. BARR

**RULING:** Sustained
Ord/Sgn