UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          )   Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,              )   Chapter 11

        Reorganized Debtors.                  )   Jointly Administered

### ORDER ON DEBTORS' TENTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR ABANDONED

This matter came before the Court for hearing on January 8, 2009, upon the Debtors' Tenth Omnibus Objection to Claims Which Have Been Settled, Released or Abandoned (the "Objection") (Docket No. 21812) filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates to the claims identified on Exhibit A to the Objection. No responses to the Objection were filed or raised by the claimants. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is withdrawn as to the claim filed by Anna Mae Williams.

2. The Objection is sustained as each of the claims identified on Exhibit A attached.

3. The claims identified on Exhibit A are disallowed in their entirety.

Dated this ___8___ day of January, 2009 in Jacksonville, Florida.

                                              Jerry A. Funk
                                              United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.] 00637814

## EXHIBIT A

| Name of Claimant | Proof of Claim No. | Docket No. of Motion | Reason for Disallowance |
|---|---|---|---|
| Ralph Diaz | | 13879 | Settled |
| Willie Jones | | 13532 | Settled |
| Gliceria Perez | | 13292 | Settled |
| Emily Suzanne Dennison | | 13529 | Settled |
| George Geissert | | 13604 | Settled |
| Dorothy Gillespie | | 13551 | Settled |

00637814