UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )
                                                 )
WINN-DIXIE STORES, INC., et al.,                 )    Case No. 05-03817-3F1
                                                      Chapter 11
        Reorganized Debtors.                     )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Dolly Parks [Docket No. 14237] was furnished by mail on January 9, 2009 to Dolly Parks, c/o Michael K. Roberts, Esq., J. Scott Nooney & Associates, 1680 Emerson Street, Jacksonville, FL 32207.

Dated: January 9, 2009

                                SMITH HULSEY & BUSEY


                                By    *s/ James H. Post*
                                    Stephen D. Busey
                                    James H. Post (FBN 175460)
                                    Cynthia C. Jackson

                                225 Water Street, Suite 1800
                                Jacksonville, Florida 32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                jpost@smithhulsey.com

                                Counsel for Reorganized Debtors

00569785