```
        IN THE UNITED STATES BANKRUPTCY COURT
             MIDDLE DISTRICT OF FLORIDA
                JACKSONVILLE DIVISION
```

**In RE:**

**WINN-DIXIE, INC.,**                    Case No. 3:05-vk-03817-JAF
                                         Chapter 11
    **Debtor**
_____/

**NOTICE OF REQUEST FOR REMOVAL FROM**
**ELECTRONIC FILING NOTICE LIST**

The Following attorney requests that the clerk remove him from the electronic filing notice list as follows:

William M. Lindeman, Esq.
300 S. Eola Drive
Orlando, FL  32801
Florida Bar No. 699640
Telephone: (407) 244-3294
Facsimile: (407) 244-3186
w.lindeman@wmlpa.com

    Dated this 13th day of January, 2009.

                              /s/ William M. Lindeman
                              William M. Lindeman
                              Florida Bar #699640
                              Attorney for Creditor
                              William M. Lindeman, P.A.
                              300 S. Eola Drive
                              Orlando, FL  32801
                              (407) 244-3294
                              (Fax) 244-3186

In Re: Winn-Dixie, Inc.
Case No 3:05-bk-03817-JAF
Notice of Request for Removal from Electronic Filing Notice List

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON January 13, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send a notice of electronic filing. I further certify that I mailed the foregoing document and notice of electronic filing by first-class mail to the following non-CM/ECF participants: <u>None</u>.

/s/ William M. Lindeman
William M. Lindeman
Florida Bar #699640
Attorney for Creditor
William M. Lindeman, P.A.
300 S. Eola Drive
Orlando, FL 32801
(407) 244-3294
(Fax) 244-3186