**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING ON THE MOTION TO STRIKE
THE CHATTANOOGA CITY TREASURER, CHATTANOOGA,
TENNESSEE'S RESPONSE TO THE REORGANIZED
DEBTORS' OBJECTION TO TAX CLAIMS**

Please take notice that a hearing will be held on **February 19, 2009** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Motion to Strike the Chattanooga City Treasurer, Chattanooga, Tennessee's Response to the Reorganized Debtors' Objection to Tax Claims (Docket No. 21982) (the "Motion").

Only objections to the Motion which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **February 9, 2009**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Allan E. Wulbern,

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at awulbern@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: January 13, 2009.

SMITH HULSEY & BUSEY

By:  */s/ Allan E. Wulbern*
     Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Kenneth O. Fritz, Esq., City of Chattanooga, Delinquent Tax Attorneys, 801 Broad St., #400, Chattanooga, Tennessee 37402, and all parties in interest entitled to receive such notification on this 13th day of January 2009.

                                              */s/ Allan E. Wulbern*
                                                     Attorney

00638774