**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **Monday, January 26, 2009 at 2:30 p.m. (prevailing Eastern time)** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Motion to Compel Visagent's Compliance with Agreement Regarding Debtor's Third Motion to Compel (Docket No. 21958).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order

2

by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

                                  SMITH HULSEY & BUSEY

                                  By  */s/ David L. Gay*
                                          Stephen D. Busey
                                          James A. Bolling
                                          David L. Gay

                                Florida Bar Number 893221
                                225 Water Street, Suite 1800
                                Jacksonville, Florida  32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                dgay@smithhulsey.com

                                Counsel for Reorganized Debtors

3

## Certificate of Service

I certify that a copy of the foregoing document was furnished by mail and/or electronically to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, 520 South Federal Highway, Stuart, Florida 34995, this 13th day of January, 2009.

                                                  */s/ David L. Gay*
                                                    Attorney

00638204