UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,       )        Case No. 05-03817-3F1
                                                         Chapter 11
           Reorganized Debtors.           )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Annie Lambert [Docket No. 13801] was furnished by mail on January 14, 2009 to Annie Lambert, c/o Jake A. Norton, Esq., Post Office Box 927, Dothan, Alabama 36302-0927.

Dated: January 14, 2009

                                                         SMITH HULSEY & BUSEY


                                                         By    *s/ James H. Post*
                                                              Stephen D. Busey
                                                              James H. Post (FBN 175460)
                                                              Cynthia C. Jackson

                                                         225 Water Street, Suite 1800
                                                         Jacksonville, Florida  32202
                                                         (904) 359-7700
                                                         (904) 359-7708 (facsimile)
                                                         jpost@smithhulsey.com

                                                         Counsel for Reorganized Debtors

00569785