UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,                 )         Case No. 05-03817-3F1
                                                           Chapter 11
            Reorganized Debtors.                 )         Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Delcina Patton [Docket No. 13814] was furnished by mail on January 14, 2009 to Delcina Patton, c/o Jack L. Townsend, Sr., Esq., 6408 E. Fowler Avenue, Tampa, Florida 33617.

Dated: January 14, 2009

SMITH HULSEY & BUSEY


By   *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785