UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-03817-3F1 |
| | ) | |
| Winn-Dixie Stores, Inc., et. al. | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM

In accordance with the Motion to Allow Late Filed Application for Payment of Administrative Expense of Marion Berrios dated November, 5, 2008, the Claimant, **MARION BERRIOS**, is requesting payment of an Administrative Expense Claim against the Debtors for personal injuries arising out of a slip and fall incident that occurred on September 7, 2006, in store number 2214 operated by the Debtor located at 1200 Deltona Boulevard, in Deltona, Volusia County, Florida. This incident resulted in injuries and damages relating to the Claimant's neck, low back, and disc abnormalities. A written demand with attached documentation was furnished to the Debtor's claims department documenting the extent of injury and damage.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by overnight mail to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, Florida 32202; via facsimile transmittal

(904-359-7708) and U.S. Mail to James Post, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, and via facsimile transmittal (212-822-5194) and U.S. Mail to Matthew Barr, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, New York 10005, this 15th day of January, 2009.

          s/s Marion Berrios
          MARION BERRIOS, Claimant

          s/s Mark A. Zimmerman
          Mark A. Zimmerman, Esquire
          JAMES & ZIMMERMAN, P.L.
          Florida Bar No. 203491
          Post Office Box 208
          DeLand, FL  32721-0208
          (386) 734-1200
          ATTORNEY FOR CLAIMANT