UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                CASE NO: 05-03817-3F1
                                      Chapter 11
    WINN-DIXIE STORES, INC.           Jointly Administered

    Debtor.

---

### NOTICE OF WITHDRAWAL AND REQUEST TO STOP ELECTRONIC NOTICE

FORD, BOWLUS, DUSS, KENNEY, SAFER & HAMPTON, P.A. hereby files their Notice of Withdrawal as attorneys of record for **Penman Plaza Associates, Ltd.**, a creditor in the above-styled cause, because Penman Plaza sold their claim to another party, and respectfully requests that they be removed from receiving copies of all notices, pleadings, papers and orders entered in this proceeding, via U.S. Mail, facsimile and e-mail.

I HEREBY CERTIFY that on this 16th day of January, 2009, I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., Counsel for the office of the United states Trustee and all other parties participating in the CM/ECF System, all served electronically.

FORD, BOWLUS, DUSS, KENNEY,
SAFER & HAMPTON, P.A.

By: /s/ Michael Bowlus
Michael Bowlus
Florida Bar No. 592862
10110 San Jose Blvd.
Jacksonville, Florida  32257
(904) 268-7227
(904) 262-3337 (facsimile)
E-mail: mbowlus@flfirm.com
(Former e-mail: mbowlus@fjbd.com)