## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                                                                           Case Number: 05-03817-3F1

                                                                                                        Chapter 11

**WINN-DIXIE STORES, INC., et. al.,**

                                                                                                        Jointly Administered

       **Debtors.**
_____/

## NOTICE OF WITHDRAWAL FROM CASE
## AND REQUEST TO STOP ELECTRONIC NOTICE

    The Rosenthal Law Firm, P.A.'s representation of Jupiter Palms Associates, Ltd., Davie Plaza, LP, and Corporate Property Associates 8, L.P., has been concluded, and the undersigned counsel requests that the Clerk remove him from the list of persons receiving electronic notice in this case.

    /s/ Jason A. Rosenthal
    Jason A. Rosenthal
    Florida Bar No. 0009482
    The Rosenthal Law Firm, P.A.
    4798 New Broad Street, Suite 310
    Orlando, Florida  32814
    Telephone: (407) 488-1220
    Facsimile: (407) 488-1228
    E-mail: *Jason@therosenthallaw.com*

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via Electronic Transmission on this 19th day of January, 2009, to James H. Post, Matthew Barr, John MacDonald, Elena L. Escamilla, and all other parries receiving electronic notice.

    /s/ Jason A. Rosenthal

1