**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**EIGHTH QUARTER NOTICE WITH RESPECT TO**
**REDISTRIBUTION DETERMINATION UNDER PLAN SECTION 9.3(b)**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE:

1.    Pursuant to Section 9.3(b) of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006 (as modified, the "Plan"), the Reorganized Debtors have determined that there is no current excess of shares in the Common Stock Reserve to support a redistribution to holders of Unsecured Claims.  This determination is based upon the nature of the Reorganized Debtors' remaining disputed claims, which are in large part unliquidated litigation claims.  Therefore, there will be no redistribution on January 30, 2009 with respect to the eighth quarter ended December 31, 2008.

2.    The Reorganized Debtors will reevaluate the issue following the end of the ninth quarter on March 31, 2009.  If the Reorganized Debtors then determine that a sufficient excess of shares exists in the Common Stock Reserve, they will make a redistribution of such

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of such reorganized debtors were closed on March 22, 2007.

excess shares on or about April 30, 2009 in accordance with Section 9.3(b) of the Plan.  If they

determine that there is not a sufficient excess at that time, they will defer the issue for review

following the end of the next quarter.

Dated:  January 19, 2009

SKADDEN, ARPS, SLATE, MEAGHER          SMITH HULSEY & BUSEY
& FLOM LLP

By _____s/ D. J. Baker_____          By _____s/ James H. Post_____
        D. J. Baker                                  Stephen D. Busey
        Sally McDonald Henry                         James H. Post (FBN 175460)
        Rosalie Walker Gray                          Cynthia C. Jackson
Four Times Square                        225 Water Street, Suite 1800
New York, New York 10036                 Jacksonville, Florida  32202
(212) 735-3000                           (904) 359-7700
(212) 735-2000 (facsimile)               (904) 359-7708 (facsimile)
djbaker@skadden.com                      jpost@smithhulsey.com

Co-Counsel for Reorganized Debtors       Co-Counsel for Reorganized Debtors