**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING ON THE REORGANIZED DEBTORS'
NINTH MOTION FOR ENTRY OF AGREED ORDERS ON
SETTLEMENT AGREEMENTS WITH CLAIMANTS**

Please take notice that a hearing will be held on **February 19, 2009** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Reorganized Debtors' Ninth Motion for Entry of Agreed Orders on Settlement Agreements with Claimants (the "Motion").

Only objections to the Motion which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **February 9, 2009**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: January 19, 2009

                      SMITH HULSEY & BUSEY

                      By  *s/ Leanne McKnight Prendergast*
                          Stephen D. Busey
                          James H. Post
                          Leanne McKnight Prendergast

                      Florida Bar Number 59544
                      225 Water Street, Suite 1800
                      Jacksonville, Florida 32202
                      (904) 359-7700
                      (904) 359-7708 (facsimile)
                      lprendergast@smithhulsey.com

                      Counsel for Reorganized Debtors

00634825

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail this 20th day of January 2009 to:

Thomas Munro
Attn: Angela Outten
777 Alderman Road
Palm Harbor, Florida 34683

Sandra Marchese
Attn: Richard D. Giglio
Maney & Gordon, PA
101 E. Kennedy Blvd Ste 3170
Tampa, FL 33602

Bonnie Hughes
Attn: Dennis M. Janssen, Esq.
1219 W. Dixie Ave.
Leesburg, Florida 34748

Annie Lambert
Attn: Mr. Jake A. Norton, Esq.
Cochran, Cherry, Smith, Lane
   & Taylor, P.C.
Post Office Box 927
Dothan, Alabama 36302-092

Mayrelis Hernandez
8760 SW 25th Street
Miami, Florida 33165

Audrey Dericho
Attn: Mark Reynolds, Esq.
Law Offices of Robbins & Reynolds
9200 South Dadeland Blvd. Suite 412
Miami, Florida 33156

Donalandis Hymel
Attn: Warren Forstall, Esq.
Forstall, Mura & Powers
320 N. Carrollton Ave., Suite 200
New Orleans, LA 70119-5111

Maria Camacho
Attn: Elliott Bader, Esq.
Bader, Stillman & Adler, P.L.
6100 W Atlantic Blvd
Margate, FL 33063

*s/ Leanne McKnight Prendergast*

00639652