# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### DEBTORS' AMENDED OBJECTION TO THE CLAIM
### FILED BY PAY CENTERS LLC AND NOTICE OF HEARING

The Debtors object to Claim No. 11208 filed in these cases by Pay Centers LLC (the "Claim"), on the grounds of (i) No Liability, (ii) Disputed Claim Amount and (iii) the applicable statute of limitations has expired on the Claim (the "Objection").

### Notice of Hearing

Please take notice that a hearing is scheduled for **February 19, 2009** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider this Amended Objection as to statute of limitations only.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

### **Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

### **Response Deadline**

Only responses filed and served on Leanne McKnight Prendergast at lprendergast@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **February 9, 2009** will be considered by the Bankruptcy Court at the hearing (electronic filing is mandatory for all attorneys). The relief requested in the Objection may be granted without a hearing if no response is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: January 20, 2009

                                      SMITH HULSEY & BUSEY

                                      By  */s/ Leanne McKnight Prendergast*
                                            Stephen D. Busey
                                            James H. Post
                                            Leanne McKnight Prendergast

                                    Florida Bar Number 59544
                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    lprendergast@smithhulsey.com

                                    Counsel for the Reorganized Debtors

00633645

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was furnished by mail to R. Nersesian, Esq., Nersesian & Sankiewicz, 528 South Eighth Street, Las Vegas, Nevada 89101, Pay Centers LLC, 6363 South Pecos Road, Suite 203, Las Vegas, Nevada 89120 and Glenn R. Reiser, Esq., LoFaro & Reiser, L.L.P., 55 Hudson Street, Hackensack, New Jersey 07601 this 20th day of January, 2009.

　　　　　　　　　　　　　　　　　　　　*/s/ Leanne McKnight Prendergast*
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney