UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| Debtors. ) | Jointly Administered |

## ORDER ON MOTION FOR RELIEF
## FROM STAY FILED BY VERONA KHANI

This case came before the Court on January 20, 2009 upon the motion for relief from the automatic stay filed by Verona Khani on December 31, 2008 (Docket No. 21920) (the "Motion"). After hearing and upon consideration, it is

ORDERED:

The Motion is denied without prejudice to reapplication by the movant after she has fully complied with the Claims Resolution Procedure established by this Court (Docket Nos. 3326, 5218 and 7353).

Dated this 21 day of January, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00639776