**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**AGREED ORDER ON DEBTORS' SECOND OMNIBUS OBJECTION**
**TO AND TAX CLAIMS AND MOTION FOR ORDER**
**<u>DETERMINING TAX LIABILITIES (IREDELL)</u>**

This matter came before the Court on the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 8567). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Proof of Claim number 7255 filed by the County of Iredell, is allowed as a secured claim in the amount of $1,500.00.

2. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Iredell in these Chapter 11 cases and (ii) all other pre-effective date claims Iredell has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.   This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 21 day of January, 2008, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

### Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | POPE MCMILLAN KUTTEH PRIVETTE EDWARDS & SCHIECK |
|---|---|
| By  *s/ Cynthia C. Jackson*  <br>Cynthia C. Jackson, F.B.N. 498882 | By  **s/William Pope*  <br>William Pope, N.C.B.N 3496 |
| 225 Water Street, Suite 1800 <br>Jacksonville, Florida 32202 <br>(904) 359-7700 <br>(904) 359-7708 (facsimile) <br>cjackson@smithhulsey.com | 113 North Center Street <br>Statesville, NC 28687-1776 <br>704-873-2131 <br>704-872-7629 (facsimile) <br>wpope@popemcmillan.com |
| Counsel for Reorganized Debtors | Attorney for Iredell County |

\* Mr. Pope has authorized his electronic signature.