UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                              Chapter 11
           Reorganized Debtors.              )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Harriett Davis was furnished by mail on January 21, 2009 to Harriett Davis, c/o Henry Laffer, Esq., 8927 Hypoluxo Road, Suite A5, Lake Worth, Florida  33467.

Dated:  January 21, 2009

                                                            SMITH HULSEY & BUSEY


                                                            By      s/ James H. Post
                                                                  Stephen D. Busey
                                                                  James H. Post (FBN 175460)
                                                                  Cynthia C. Jackson

                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            jpost@smithhulsey.com

                                                            Counsel for Reorganized Debtors

00569785