

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

Case No. 05-03817-3F1
January 8, 2009

I Angela Hines am asking for a date and time to come to your court or by phone. I am asking on the grounds that I received a call on June 10, 2008 saying that you Judge Funk have SETTLED the case with WINN-DIXIE that I filed. Moreover I was to be in court on June 12, 2008 and the Attorney's call and said that you said to settle the case, so I again am responding to the Debtors' Objection to the Claim I filed against WINN-DIXIE STORES, INC.(Claim No. 13824), on the ground that I fell on some things at the WINN-DIXIE STORE in Albany, GA.  I went to the E.R. (the Winn-Dixie Wisk Management Claim Center in Jacksonville, has Dr.s documents) and has been going to Dr.s , and the Pain Clinic. (229) 446-2057 Home    (229) 854-7903 cell

Thank you,

Angela Hines

*Angela Hines*

Date: January 8, 2009

cc