UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817-3F1

IN RE:

WINN-DIXIE STORES, INC.

_____**Debtor(s)**

## NOTICE OF CANCELLATION AND RESCHEDULING TRIAL

NOTICE IS GIVEN that a trial scheduled to be heard in this case on April 20, 2009 at 10:00 a.m. is rescheduled and will be held on **April 22, 2009 at 10:00 a.m.** in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, to consider and act upon the following matter:

Motion and Memorandum to Allow Late-Filed Proofs of Claim by The Tangipahoa Parish School Board

and transact such other business as may properly come before the hearing.

All other terms and conditions of the Order Scheduling Trial entered December 22, 2008 remain in full force and effect.

**DATED January 23, 2009**, at Jacksonville, Florida.

BY THE COURT

Lee Ann Bennett, Clerk of Court
300 North Hogan Street, Suite 3-350
Jacksonville, FL 32202

Copies to:

Attorney for Debtor
Attorney for The Tangipahoa Parish School Board