UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3f1 |
| WINN-DIXIE STORES, INC., *et al.* | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |
| _____/ | |

## NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE

Jason B. Burnett and the law firm of GrayRobinson, P.A. have no further interest in this case and respectfully request to be removed from the Court's mailing matrix and to no longer receive electronic service in the above-captioned case.

**I HEREBY CERTIFY** that on the 23rd day of January, 2009, a copy of the foregoing has been served through the Court's CM/ECF system to all parties requesting electronic service.

**GrayRobinson, P.A.**

/s/ Jason B. Burnett_____
Jason B. Burnett
Florida Bar No.: 822663
jburnett@gray-robinson.com
50 North Laura Street, Suite 1100
Jacksonville, Florida 32202
Telephone: 904-632-8484
Facsimile: 904-632-8488