**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                          Case No. 3:05-BK-3817-JAF

WINN-DIXIE STORES, INC., et. al.                               Chapter 11

Debtors                                                        Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE THAT Richard H. Nash III and Ray H. Stoess, Jr. do hereby

give notice that their services are concluded in this matter and they hereby request that they be

removed from any and all service lists by electronic mail (email: mbarnes06@bellsouth.net and

raystoess@bellsouth.net) or otherwise in this matter, and receive no further notices, pleadings,

motions, orders, and other documents filed in this proceeding.

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served through the CM/ECF System this 11th day

of April, 2008.

Respectfully submitted this 11th day of April, 2008.

Respectfully submitted,

/s/ Richard H. Nash III
_____
RICHARD H. NASH III
RAY H. STOESS, JR.
Counsel for Reva J. Stamper
235 South Fifth Street
Louisville, KY  40202
Phone:  (502) 584-6394
Facsimile:  (502) 584-0208