UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 03:05-BK-3817-JAF |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE THAT Stephen M. Miller, Esquire, of the law firm Morris James

LLP, and for the following creditors, HP Hood, LLC/Heluva Good Cheese, Kemps LLC, Specialty

Brands, L.P., Crowley Foods, a division of HP Hood, LLC, Bensons, Inc., and Flowers, Inc. Ballons,

requests to be removed from any and all services list by electronic mail (email:

smiller@morrisjames.com) or otherwise in this matter, and receive no further notices, pleadings, motions,

orders, and other documents filed in these cases.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was caused to be served

via the CM/ECF System this 28th day of January, 2009.

Respectfully submitted this 28th day of January, 2009.

MORRIS JAMES LLP

Stephen M. Miller (DE Bar No. 2610)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: smiller@morrisjames.com

Attorneys for Creditors, HP Hood, LLC/Heluva
Good Cheese, Kemps LLC, Specialty Brands, L.P.,
Crowley Foods, a division of HP Hood, LLC,
Bensons, Inc., and Flowers, Inc. Ballons

2106771