UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                          CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,                                Chapter 11

DEBTORS,_____/                                      Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE THAT** Douglas B. Szabo, Esquire, of the law firm Henderson, Franklin, Starnes & Holt, P.A. and for the following creditor, SOUTHEAST U.S. RETAIL FUND, L.P., requests to be removed from any and all services list by electronic mailing (email: douglas.szabo@henlaw.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this case.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was caused to be served via the CM/ECF System this 29th day of January, 2009.

Respectfully submitted this 29th day of January, 2009.

          HENDERSON, FRANKLIN, STARNES & HOLT, P.A.
          Attorneys for. SOUTHEAST U.S. RETAIL FUND, L.P.
          P.O. Box 280
          Ft. Myers, Florida 33902-0280
          Phone No. (239) 344-1100
          Fax No. (239) 344-1200

          By: _____
             Douglas B. Szabo
             Florida Bar No. 710733