```
                    UNITED STATES BANKRUPTCY COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

In Re:                                    Case No.: 3:05-BK-3817-JAF

   WINN DIXIE STORES, INC., et al.,                  Chapter 11

                     Debtors.         Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL FROM
SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE**

   PLEASE TAKE NOTICE that Michael L. Edwards, Esquire does hereby give notice that his services are concluded in this matter and he hereby requests that he be removed from any and all service lists by electronic mail (e-mail: mleclo@bellsouth.net) or otherwise in this matter, and receive no further notices, pleadings, motions, orders or other documents filed in this proceeding.

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that the foregoing was served through the CM/ECF System this 30th day of January 2009.


                                  /s/ Michael L. Edwards 01/30/09
                                  **MICHAEL L. EDWARDS, ESQUIRE**
                                  Florida Bar Number: 248622
                                  218 East Ashley Street
                                  Jacksonville, Florida 32202
                                  (904) 350-9800/FAX 350-9803
                                  Counsel for Lee Barran