UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., <u>et al.</u>, | ) | |
| | ) | *Chapter 11* |
| Debtors. | ) | |
| | ) | Jointly Administered |

**REPLY TO MOTION TO STRIKE REPLY
TO OBJECTION TO CLAIM AND MOTION FOR AN ORDER
DETERMING TAX VALUES AND LIABILTITES**

The Chattanooga City Treasurer, a creditor and a Taxing Authority (hereafter the "City") as defined by the debtor, by and through counsel, responds to the debtor's Motion to Strike the City's Reply (Court File No. 21982) to the Debtor's Objection to the City's Claim (Claim No. 12791) pursuant to Federal Rules of Bankruptcy, Rule 7037 as follows:

1. The basis of the debtors' Motion is that the City failed to respond to the debtors' discovery request.

2. The City has responded to the debtors' discovery request on January 23, 2009.

The City submits that the debtors' Motion to Strike the City's Reply to the Debtor's Objection to Claim No. 12791 should be denied.

                                            Respectfully submitted,

                                    By:\_\_\_/s/ Kenneth O. Fritz_____
                                        Kenneth O. Fritz,  (BPR #010960)
                                        Michael A. McMahan,  (BPR #810)
                                        City of Chattanooga
                                        Delinquent Tax Attorneys
                                        801 Broad Street, Suite 400
                                        Chattanooga, TN  37402
                                        (423) 757-5338
                                        (423) 757-0737

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon either counsel for or all parties in this cause by hand delivery or by depositing same in the United States Mail, postage prepaid, addressed as follows:

D. J. Baker
Sally McDonald Henry
Rosalie Walker Gray
SKADDEN, ARPS, SLATE, MEAGHER AND FLOM, LLP
Four Times Square
New York, NY  10036

Stephen D. Busey
Alan E. Wulbern
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, FL  32202

This the 3rd day of February, 2009.

/s/ Kenneth O. Fritz
KENNETH O. FRITZ