**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | |
| | ) | *Chapter 11* |
| Debtors. | ) | |
| | **)** | Jointly Administered |

**REPLY TO MOTION TO COMPEL**

The Chattanooga City Treasurer, a creditor and a Taxing Authority (hereafter the "City") as defined by the debtor, by and through counsel, responds to the debtors' Motion to Compel (Court File No. 21977) and the debtors' Motion to Strike the City's Response to the Reorganized Debtors' Objection to Tax Claims (Court File No. 21982) pursuant to Federal Rules of Bankruptcy, Rule 7037 as follows:

1. The basis of the debtors' Motion is that the City failed to respond to the debtors' discovery request.

2. The City has responded to the debtors' discovery request on January 23, 2009.

The City submits that the debtors Motion to Compel should be denied.

                      Respectfully submitted,

                      By:___/s/ Kenneth O. Fritz_____
                         Kenneth O. Fritz,   (BPR #010960)
                         Michael A. McMahan,  (BPR #810)
                         City of Chattanooga
                         Delinquent Tax Attorneys
                         801 Broad Street, Suite 400
                         Chattanooga, TN  37402
                         (423) 757-5338
                         (423) 757-0737

2

# CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document was served upon either counsel for or all parties in this cause by hand delivery or by depositing same in the United States Mail, postage prepaid, addressed as follows:

| | |
|---|---|
| D. J. Baker | |
| Sally McDonald Henry | Stephen D. Busey |
| Rosalie Walker Gray | Alan E. Wulbern |
| SKADDEN, ARPS, SLATE, MEAGHER | SMITH HULSEY & BUSEY |
| AND FLOM, LLP | 225 Water Street, Suite 1800 |
| Four Times Square | Jacksonville, FL  32202 |
| New York, NY  10036 | |

This the 3rd day of February, 2009.          /s/ Kenneth O. Fritz
                                                                     KENNETH O. FRITZ