UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                 )

WINN-DIXIE STORES, INC., et al.,    )      Case No. 05-03817-3F1
                                                Chapter 11
        Reorganized Debtors.    )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Amador Padron [Docket No. 14839] was furnished by mail on February 10, 2009 to Amador Padron, c/o Bruce S. Rosenwater, Esq., 1601 Forum Place, Suite 1200, West Palm Beach, Florida 33401.

Dated: February 10, 2009

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785