UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                    )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                          Chapter 11
       Reorganized Debtors.    )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Pat Barnett [Docket No. 13417] was furnished by mail on February 10, 2009 to Pat Barnett, c/o Randall Rutledge, Esq., 10 West Adams Street, Jacksonville, Florida  32202.

Dated:  February 10, 2009

                                SMITH HULSEY & BUSEY

                                By    *s/ James H. Post*
                                    Stephen D. Busey
                                    James H. Post (FBN 175460)
                                    Cynthia C. Jackson

                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              jpost@smithhulsey.com

                              Counsel for Reorganized Debtors

00569785