UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                          )

WINN-DIXIE STORES, INC., et al.,            )         Case No. 05-03817-3F1
                                                                        Chapter 11
           Reorganized Debtors.                 )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Karen Ickes [Docket No. 14448] was furnished by mail on February 10, 2009 to Karen Ickes, c/o Howard Coker, Esq., 136 East Bay Street, Jacksonville, Florida 32202.

Dated: February 10, 2009

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785