UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                                    Chapter 11
       Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Bonnie Hughes [Docket No. 13737] was furnished by mail on February 10, 2009 to Bonnie Hughes, c/o Dennis M. Janssen, Esq., 1219 W. Dixie Avenue, Leesburg, Florida 34748.

Dated: February 10, 2009

                                        SMITH HULSEY & BUSEY

                                        By      *s/ James H. Post*
                                               Stephen D. Busey
                                               James H. Post (FBN 175460)
                                               Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00569785