UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | * | Chapter 11 |
| | * | |
| WINN-DIXIE STORES, INC., et al., | * | Case No. 3-05-BK-3817 JAF |
| | * | |
| Debtors. | * | (Jointly Administered) |
| | * | |

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE THAT Walter F. McArdle does hereby give notice that his services are concluded in this matter and he hereby requests that he be removed from any and all service lists by electronic mail (email: wfm@spain-gillon.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other documents filed in this proceeding.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served through the CM/ECF System on this the 12th day of February, 2009.

Respectfully submitted this 12th day of February, 2009.

Walter F. McArdle
Counsel for Golden Flake Snack Foods, Inc.
Spain & Gillon, LLC
The Zinszer Building
2117 Second Avenue North
Birmingham, Alabama 35203
Phone: (205) 581-6295
Facsimile: (205) 324-8866