UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**VISAGENT CORPORATION'S AMENDED RESPONSES TO DEBTOR'S VARIOUS REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to agreement in open court between counsel and approved by the Court on October 20, 2008, Visagent Corporation hereby serves its Amended Response as follows:[1]

**First Document Requests**

Request Nos. 1 through 4

No. 1 - Visagent has produced all documents in its possession.

No. 2 - Visagent has produced all documents in its possession.

No. 3 - Visagent has produced all documents in its possession.

No. 4 - Visagent has produced all documents in its possession.

Request No. 12

Visagent has produced all documents in its possession.

Request No. 16

Visagent has produced all documents in its possession.

---

[1] This Amended Response is supplemental to all previous responses served by Visagent. These amended responses supersede all previous responses by Visagent relating to the same discovery request, however, to the extent disagreement continues to exist between the parties regarding the adequacy of any particular response, Visagent reserves the right to rely on all previously stated objections, privileges or any other reasons stated by Visagent on the record in defense of its responses.

**Identification of Documents in Second Interrogatories**

Interrogatory No. 1 – Visagent produced all of the User resignation/termination letters in its possession via email to Mr. Gay on November 25, 2008. Visagent has now produced all documents in its possession.

Interrogatory No. 2 – Visagent has located additional marketing materials and they are available for inspection and copying upon request at a mutually convenient time and date in Jacksonville, Florida.

Interrogatory No. 3 – Visagent previously offered to produce documents relating to the technology it employed during the relevant time period. Debtor has not requested an inspection of these documents to date.

Interrogatory No. 5 - Visagent has produced all documents in its possession, and has further produced the documents presented to the Court on October 20, 2008 (13 page document WD20544-WD20556) which provides a comprehensive detail of trade volumes by date, transaction amounts and transaction number which can be cross-referenced to documents previously produced to Debtor.

**Second Document Requests**

Request Nos. 1 through 3
Visagent stands on its objection and responses as previously stated

Request No. 4
Visagent has produced all documents in its possession.

Request Nos. 5, 7 and 9
Visagent stands on its objection and responses as previously stated

2

Request Nos. 6, 8 and 10

Visagent has produced all documents in its possession.

Request No. 11

Visagent stands on its objection and responses as previously stated.

Request No. 12

Visagent has produced all documents in its possession relating to Debtor's non-compliance with the provisions of the Service Agreement. Visagent is not in possession of a document with the title or reference identifier *Notice of Breach*.

Request No. 13

Visagent stands on its objection and responses as previously stated.

**AS TO OBJECTIONS:**

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305

**CERTIFICATE OF SERVICE**

I certify that a true copy was sent via U.S. Mail and via electronic filing to counsel for the Debtor this 21st day of January, 2009.

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorney for Plaintiff

3

Copy furnished to:

Stephen D. Busey
James H. Post
Cynthia C. Jackson
**Smith Hulsey & Busey**
225 Water Street
Suite 1800
Jacksonville, FL 32202
Tel: (904) 359-7700
Fax: (904) 359-7708