CASE NO.  05-03817-3FL

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing was mailed February 13, 2009 to:

D.J. Baker
Sally McDonald Henry, Rosalie Walker Gray, Adam S. Ravin
SKADDEN, ARPS, SLATE, MEAGHER, & FLOM LLP
Four Times Square, New York, New York 10036

Co-Counsel for Reorganized Debtors

Stephen D. Bosey
James H. Post, Cynthia C. Jackson, Leanne Predergast
SMITH HULSEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Co-Counsel for Reorganized Debtors

Leanne McKnight Prendergast
Smith, Hulsey and Busey
225 Water St. #1800
P.O.Box 53315
Jacksonville, FL 32201-3315

_H.C. Palmer, III_
H. C. PALMER, III
Fla. Bar No.  260975
P.O. Box 330232
Coconut Grove,  FL   33233
(305) 445-2424
(305) 442-1446 – fax

4