UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 05-03817-3F1

IN RE:

WINN-DIXIE STORES, INC.

**Debtor(s)**

## ORDER WAIVING THE REQUIREMENT FOR LOCAL COUNSEL

This case came before the Court upon the Amended Motion of Joseph C. Schulz, counsel for Alba Damion, on October 29, 2008, to Appear Pro Hac Vice. Good cause exists and, it is

**ORDERED:**

The Appearance of Joseph C. Schulz is permitted without formal admission and the requirement for local counsel is waived.

**DATED February 18, 2009**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Debtor
Debtor's Attorney
US Trustee
Joseph C. Schulz, 631 US Highway 1, Suite 202, N. Palm Beach, FL 33408