UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON FEBRUARY 19, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on February 19, 2009 at 1:30 p.m.:

**A. Uncontested Matters**

1. *Case Management Conference on Diversified Maintenance Systems, Inc's Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business (Docket No. 21872)*

   Objection Deadline: Expired.

   Objection: Debtors (Docket No. 22056).

   Status: The Reorganized Debtors will proceed with the Case Management Conference.

## B. Contested Matters

2. *Motion to Strike the Chattanooga City Treasurer, Chattanooga, Tennessee's Response to the Reorganized Debtors' Objection to Tax Claims (Docket No. 21982)*

    Objection Deadline: Expired.

    Objection: The Chattanooga City Treasurer's (Docket Nos. 22049 and 22050)

    Status: The Reorganized Debtors have withdrawn the Motion.

3. *Motion to Strike the Tax Commissioner of Muscogee County, Georgia's Response to the Reorganized Debtors' Objection to Tax Claims (Docket No. 22014)*

    Objection Deadline: Expired.

    Objection: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Motion.

4. *Motion to Strike the City of Hampton, Virginia's Response to the Reorganized Debtors' Objection to Tax Claims (Docket No. 22015)*

    Objection Deadline: Expired.

    Objection: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Motion.

5. *Motion to Strike the City of Shepherdsville's Response to the Reorganized Debtors' Objection to Tax Claims (Docket No. 22026)*

   Objection Deadline:  Expired.

   Objection:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Motion.

6. *Motion to Strike the Nelson County Sheriff's Response to the Reorganized Debtors' Objection to Tax Claims (Docket No. 22024)*

   Objection Deadline:  Expired.

   Objection:    None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Motion.

7. *Motion to Strike the County of Bulloch Tax Commissioner, Bulloch County, Georgia's Response to the Reorganized Debtors' Objection to Tax Claims (Docket No. 21978)*

   Objection Deadline:  Expired.

   Objection:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Motion.

8. *Reorganized Debtors' Ninth Motion for Entry of Agreed Orders on Settlement Agreements with Claimants (Docket No. 22003)*

   Objection Deadline:  Expired.

   Objection:          None.

   Status:             The hearing will be continued as to the claims filed by Mayrelis Hernandez and Thomas Munro. Otherwise, the Reorganized Debtors will proceed with the hearing on the Motion.

9. *Debtors' Objection to the Administrative Claim of Mable Huot (Docket No. 22005)(Statute of Limitations Defense)*

   Response Deadline: Expired.

   Response: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Objection to the Administrative Claim of Angela Hines (Docket No. 22006) (Statute of Limitations Defense/Res Judicata)*

    Response Deadline: Expired.

    Response: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

11. *Debtor's Amended Objection to the Claim Filed by Pay Centers LLC. (Docket No. 22007) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Response: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

12. *Debtors' Motion for an Order to Compel Non-Binding Arbitration as to the Claims filed by Verona Khani (Docket No. 21998)*

    Objection Deadline: Expired.

    Objection: Verona Khani (Docket No. 22053)

    Status: The Reorganized Debtors will proceed with the hearing on the Motion.


13. *Verified Motion for Reconsideration of this Honorable Court's January 21, 2009 Order Denying Verona Khani's Motion for Relief from Stay filed by Verona Khani (Docket No. 22029)*

    Objection Deadline: Non-Applicable.

    Objection: None.

    Status: The Reorganized Debtors have been informed that the Movant will proceed with the hearing on the Motion.

Dated: February 18, 2009.

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
       Stephen D. Busey
       James H. Post
       Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00641185