**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                      )
                                                            )   Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al.*,    )
                                                            )   *Chapter 11*
                  Reorganized Debtors.[1]   )
                                                            )   Jointly Administered
                                                            )

**NOTICE OF WITHDRAWAL OF**
**MOTION TO STRIKE (DOCKET NO. 22014)**

The Reorganized Debtors give notice of the withdrawal of the Motion to Strike the Tax Commissioner of Muscogee County, Georgia's Response to the Reorganized Debtors' Objection to Tax Claims, filed herein on January 21, 2009 (Docket No. 22014).

Dated:   February 19, 2009.

SMITH HULSEY & BUSEY

By   */s/ Allan E. Wulbern*
        Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for the Reorganized Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

## Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Richard R. Thames, Esq. and Robert A. Heekin, Esq., Stutsman, Thames and Markey, 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202, and all parties in interest entitled to receive such notification on this 19th day of February, 2009.



*s/ Allan E. Wulbern*
Attorney

643576