## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### ORDER ON DEBTORS' THIRD MOTION
### TO COMPEL DISCOVERY FROM VISAGENT

Before the Court is the Reorganized Debtors' third motion to compel discovery from Visagent Corporation (Docket No. 20844) (the "Motion"). The Court conducted a hearing on the motion on October 20, 2008. Upon consideration, it is ORDERED:

1. The Motion is granted in part and denied in part.

2. The Motion is denied as moot regarding Debtors' First Interrogatories Number 14, Debtors' First Request for Production Numbers 12 and 16, and Debtors' Second Interrogatories Number 5, due to subsequent responses by Visagent Corporation ("Visagent") to these requests.

3. The Motion is granted regarding Debtors' First Set of Interrogatories Number 13, Debtors' First Request for Production of Documents Numbers 1 through 4, Debtors' Second Set of Interrogatories, and Debtors' Second Request for Production of Documents. Visagent's objections to these requests are overruled.

4. Visagent Corporation shall, within 20 days of the date of this Order:

   (i) provide a complete response to Debtors' First Interrogatories Number 13;

(ii) to the extent that the documents produced by Visagent bearing bates stamp numbers WD00001-WD004202 were kept by Visagent in electronic form, produce such documents in a reasonably usable electronic form;

(iii) produce all documents responsive to Debtors' First Request for Production Numbers 1 through 4;

(iv) provide complete answers to Debtors' Second Set of Interrogatories Numbers 1 through 3;

(v) produce all documents responsive to Debtors' Second Request for Production;

(vi) produce a privilege log for any documents withheld from production to date based upon any type of privilege.

5. All documents produced pursuant to this order shall be produced in Jacksonville, Florida.

Dated this 19 day of February, 2009 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

David L. Gay is directed to serve
a copy of this Order on all parties who
received copies of the Motion.

00641592