UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### ORDER SUSTAINING DEBTORS' OBJECTION
### TO THE ADMINISTRATIVE CLAIM OF MABLE HUOT

This case came before the Court for hearing on February 19, 2009, on the Debtors' Objection to the Administrative Claim of Mable Huot (Docket No. 22005). Upon the evidence presented at the hearing, the Court finds that:

1. Mable Huot (the "Claimant") filed an application for administrative expense for a slip and fall, asserting that the claim arose on November 12, 2006 at a Winn-Dixie store in Foley, Alabama (Docket No. 14336) (the "Administrative Claim").

2. Section 6-2-38, Code of Alabama, requires that an action founded on any injury to the person must be brought within two years.

3. Claimant has not filed a complaint in the appropriate non-bankruptcy court based upon her personal injury. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4.  Because the date upon which the claim is based is November 12, 2006, the Claimant was required under Alabama law to commence the prosecution of a civil action by November 12, 2008.

5.  Because the claimant did not file a civil action to preserve her claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and her claim must be disallowed. Upon the foregoing, it is

ORDERED:

1.  The Debtors' Objection to the Administrative Claim of Mable Huot (Docket No. 22005) is sustained.

2.  The Administrative Claim (Docket No. 14336) filed by the Claimant is disallowed.

Dated this 19 day of February, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00638853