UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION
## TO THE ADMINISTRATIVE CLAIM OF ANGELA HINES

This case came before the Court for hearing on February 19, 2009 on the Debtors' Objection to the Administrative Claim of Angela Hines (Docket No. 22006). Upon the evidence presented at the hearing, the Court finds that:

The Administrative Claim filed by Angela Hines (Docket Nos. 15691 and 16164) (the "Administrative Claim") is barred by the res judicata effect of this Court's December 18, 2009 Order Sustaining the Debtors' Objection to the Claim of Angela Hines (Docket Number 21881). Upon the foregoing, it is

ORDERED:

1. The Debtors' Objection to the Administrative Claim of Angela Hines (Docket No. 22006) is sustained.

2

2. The Administrative Claim is disallowed.

Dated this 19 day of February, 2009 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

635274.3