**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Amended Objection to the Claim Filed by Pay Centers LLC was furnished by mail to R. Nersesian, Esq., Nersesian & Sankiewicz, 528 South Eighth Street, Las Vegas, Nevada 89101, Pay Centers LLC, 6363 South Pecos Road, Suite 203, Las Vegas, Nevada 89120 and Glenn R. Reiser, Esq., LoFaro & Reiser, L.L.P., 55 Hudson Street, Hackensack, New Jersey.

Dated: February 23, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
       James H. Post
       Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00643931