**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Angela Hines was furnished by mail to Angela Hines, Post Office Box 4908, Albany, Georgia 31705 and United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801.

Dated: February 23, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
      James H. Post
      Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00643942