**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on the Ninth Motion of Reorganized Debtors for the Entry of Agreed Orders on Settlement Agreements with Claimants was furnished by mail this 23rd day of February, 2009 to:

Thomas Munro
Attn: Angela Outten
777 Alderman Road
Palm Harbor, Florida 34683

Sandra Marchese
Attn: Richard D. Giglio
Maney & Gordon, PA
101 E. Kennedy Blvd Ste 3170
Tampa, FL 33602

Bonnie Hughes
Attn: Dennis M. Janssen, Esq.
1219 W. Dixie Ave.
Leesburg, Florida 34748

Annie Lambert
Attn: Mr. Jake A. Norton, Esq.
Cochran, Cherry, Smith, Lane
  & Taylor, P.C.
Post Office Box 927
Dothan, Alabama 36302-092

Mayrelis Hernandez
8760 SW 25th Street
Miami, Florida 33165

Audrey Dericho
Attn: Mark Reynolds, Esq.
Law Offices of Robbins & Reynolds
9200 South Dadeland Blvd. Suite 412
Miami, Florida 33156

Donalandis Hymel
Attn: Warren Forstall, Esq.
Forstall, Mura & Powers
320 N. Carrollton Ave., Suite 200
New Orleans, LA 70119-5111

Maria Camacho
Attn: Elliott Bader, Esq.
Bader, Stillman & Adler, P.L.
6100 W Atlantic Blvd
Margate, FL 33063

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

00643950