UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., *et al.*,

    Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

## NOTICE OF REQUEST FOR REMOVAL
## FROM ELECTRONIC FILING NOTICE LIST

Philip V. Martino of the law firm DLA Piper LLP (US), hereby requests that the Clerk remove him from the electronic notice list for the instant bankruptcy matter.

Dated: February 26, 2009

                                  /s/ Philip V. Martino
                                  Philip V. Martino
                                  philip.martino@dlapiper.com
                                  Florida Bar No. 079189
                                  **DLA PIPER LLP (US)**
                                  100 North Tampa Street, Suite 2200
                                  Tampa, Florida 33602-5149
                                  Telephone: 813-222-5938
                                  Facsimile: 312-630-7334
                                  Counsel for Ad Hoc Trade Committee, LCH
                                  Opportunities LLC and Quaker Sales and
                                  Distribution, Inc.