UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### NOTICE OF CASE MANAGEMENT CONFERENCE

Please take notice that a case management conference on Motion of Joann Pinder for Enlargement of Time to File Application for Administrative Expense - Post Petition Personal Injury Claim and to Accept Claim as Timely Filed (the "Motion") (Docket No. 14711) is scheduled for **March 19, 2009 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Motion for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

**PLEASE TAKE NOTICE THAT, IF YOU (THE CLAIMANT) FAIL TO APPEAR IN PERSON AT THE CASE MANAGEMENT CONFERENCE ON MARCH 19, 2009, THE DEBTORS WILL SEEK THE DISALLOWANCE OF YOUR CLAIM DUE TO YOUR FAILURE TO PROSECUTE YOUR CLAIM.**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones

are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: February 26, 2009

                      SMITH HULSEY & BUSEY

                      By *s/ Leanne McKnight Prendergast*
                          Stephen D. Busey
                          James H. Post
                          Leanne McKnight Prendergast

                      Florida Bar Number 59544
                      225 Water Street, Suite 1800
                      Jacksonville, Florida 32202
                      (904) 359-7700
                      (904) 359-7708 (facsimile)
                      lprendergast@smithhulsey.com

                      Counsel for Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to David J. Tong, Esq., 201 E. Kennedy Blvd., Suite 600, Tampa, FL 33602 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 26th day of February, 2009.


*s/ Leanne McKnight Prendergast*
Attorney

643718