**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## RESPONDENT OKALOOSA COUNTY PROPERTY APPRAISER'S WITNESS LIST

Pursuant to this Court's Order Scheduling Trial dated October 10, 2008, Respondent, Pete Smith as Okaloosa County Property Appraiser hereby states that he intends to call the following witnesses at the trial of this case:

### WITNESSES

1. Tony Biondi
   Okaloosa County Property Appraiser's Office
   151-D N.E. Eglin Parkway
   Fort Walton Beach, FL  32548
   Telephone:  850-651-7240

2. Michael Zeigler
   Florida Department of Revenue
   725 S. Calhoun Street
   Tallahassee, FL  32399
   Telephone:  850-922-7942

3. Stephen L. Barreca (Expert)
   BCRI Valuation Services
   300 Riverchase Parkway East
   Birmingham, AL  35244
   Telephone:  205-259-2690

4. All witnesses listed by other parties.

5. Rebuttal witnesses.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission on this 3rd day of March, 2009 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY  10036<br>Tel:  212-735-3000 |
| | Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Allan E. Wulbern, Esq.<br>Beau Bowin, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL  32202 |
| Okaloosa County Tax Collector | Philip A. Bates, Esq.<br>25 W. Cedar Street, Suite 550<br>Pensacola, FL  32501 |
| Escambia County Property Appraiser | Thomas M. Findley, Esq.,<br>Messer, Caparello & Self, P.A.<br>Post Office Box 15579<br>Tallahassee, FL  32317 |

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida  34230
Phone:  (941) 952-1070
Fax:   (941) 952-1094
E-mail:  sjohnson@dentjohnson.com


/s/ Sherri L. Johnson
SHERRI L. JOHNSON
Florida Bar No. 0134775

Y:\S02-6530\Witness List.doc