**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**RESPONDENT OKALOOSA COUNTY**
**PROPERTY APPRAISER'S EXHIBIT LIST**

Pursuant to this Court's Order Scheduling Trial dated October 10, 2008, Respondent, Pete Smith as Okaloosa County Property Appraiser will introduce the following exhibits at the trial of this case:

**EXHIBITS**

1. 2005 and 2006 Tangible Personal Property Tax Returns for the subject property.

2. Letter, Cynthia Childers to Winn Dixie, dated September 12, 2005.

3. Property Appraiser's 2005 and 2006 property record cards for the subject property.

4. 2005 and 2006 Florida Department of Revenue ["DOR"] Equipment Index Factors.

5. DOR Economic Life Guide.

6. DOR Depreciation Schedule.

7. Deposition of Steve Barreca.

8. BCRI Study to Develop Tangible Personal Property Depreciation Tables for the Florida Department of Revenue.

9. Steve Barreca's curriculum vitae.

10. Comparison of Florida Department of Revenue 1997 Guideline Tables to Updated 2004 Depreciation Tables.

11. Summary of BCRI/FDOR 2004 Depreciation Table Update Results.

12. Barreca's Analysis of Shelving For Store # 504.

13. Deposition of Rick Tansi and exhibits thereto.

14. Deposition of Kevin Abrahani and exhibits thereto.

15. Deposition of Brian Testo and exhibits thereto.

16. Work files of Brian Testo and Kevin Abrahani.

17. Portions of fixed asset listings given by Winn-Dixie to its expert witnesses.

18. Instructions for Florida tangible personal property tax returns.

19. Excerpts from "Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery & Technical Assets" by American Society of Appraisers.

20. Deposition of Jack West and exhibits thereto.

21. Comparison of Okaloosa County Assessments to Winn Dixie's Estimates of Value.

22. Winn-Dixie's inventories for the subject property (currently the subject of a Motion to Compel).

23. All documents produced subsequent to this date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission on this 3rd day of March, 2009 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY  10036<br>Tel:  212-735-3000 |
| | Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Allan E. Wulbern, Esq.<br>Beau Bowin, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL  32202 |
| Okaloosa County Tax Collector | Philip A. Bates, Esq.<br>25 W. Cedar Street, Suite 550<br>Pensacola, FL  32501 |
| Escambia County Property Appraiser | Thomas M. Findley, Esq.,<br>Messer, Caparello & Self, P.A.<br>Post Office Box 15579<br>Tallahassee, FL  32317 |

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida  34230
Phone:  (941) 952-1070
Fax:   (941) 952-1094
E-mail:  sjohnson@dentjohnson.com


/s/ Sherri L. Johnson
SHERRI L. JOHNSON
Florida Bar No. 0134775

Y:\S02-6530\Exhibit List.doc