UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.

Case No.: 3:05-bk-3817-3F1

Debtor(s).

_____/

### RESPONDENT ESCAMBIA COUNTY
### PROPERTY APPRAISER'S WITNESS LIST

Pursuant to this Court's Order Scheduling Trial dated October 10, 2008, Respondent, Chris Jones as Escambia County Property Appraiser hereby states that he intends to call the following witness at the trial of this case:

### WITNESSES

1. Jenny Grice
   Escambia County Property Appraiser's Office
   221 Palafox Place, Suite 300
   Pensacola, FL 32502
   Telephone: 850-432-7581

2. Mike Zeigler
   Florida Department Revenue
   725 S. Calhoun Street
   Tallahassee, FL 32399
   Telephone: 850-922-7942

3. Stephen L. Barreca (by videotape deposition), Expert Witness for the Claimants.
   BCRI Valuation Services
   300 Riverchase Parkway East
   Birmingham, AL 35244
   Telephone: 205-259-2690

4. All witnesses listed by other parties.

5. Rebuttal witnesses.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail and via electronic filing using CM/ECF system to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Counsel for Reorganized Debtors, this 4 day of March, 2009.

ELLIOTT MESSER
Florida Bar No.: 054461
THOMAS M. FINDLEY
Florida Bar No.: 0797855
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
Counsel for Property Appraiser Chris Jones