

COPY
ERNIE LEE MAGAHA
CLERK OF CIRCUIT COURT
ESCAMBIA COUNTY FL

2008 JAN 18 A 10:43

CIRCUIT CIVIL DIVISION
FILED & RECORDED

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
IN AND FOR ESCAMBIA COUNTY, FLORIDA
CIVIL DIVISION

WINN DIXIE STORES, INC.,
a Florida corporation; WINN
DIXIE MONTGOMERY, INC.,
a Florida corporation; and WINN
DIXIE SUPERMARKETS, INC.,
a Florida corporation

    Plaintiffs,

v.

CHRIS JONES, as Property
Appraiser, JANET HOLLEY as Tax
Collector and JAMES ZINGALE, as the
Executive Director of the Florida
Department of Revenue,

    Defendants.
_____/

Case No.: 2008-CA-182

Division: B

## COMPLAINT

Plaintiffs, WINN DIXIE STORES, INC., etc., WINN DIXIE MONTGOMERY, INC., etc. and WINN DIXIE SUPERMARKETS, INC., etc., sue Defendants, CHRIS JONES as Property Appraiser ("Appraiser"), JANET HOLLEY as Tax Collector ("Collector") and LISA ECHEVERRI ("Echeverri") as the Executive Director of the Florida Department of Revenue, and alleges:

### Allegations Common to all Counts

1.    This is an action to contest an ad valorem tax assessment for the tax year 2007 and this Court has jurisdiction pursuant to Chapter 194, Florida Statutes, and article V, sections 5 and 20 of the Florida Constitution.

Exhibit "A"

RECEIVED

JAN 24 2008

2. Appraiser is sued herein in his official capacity and is a necessary party to the action pursuant to section 194.181(2), Florida Statutes.

3. Collector is sued herein in her official capacity and is a necessary party to the action pursuant to section 194.181(3), Florida Statutes.

4. Defendant Echeverri is sued in her official capacity as Executive Director of the Florida Department of Revenue and is a necessary party to this action pursuant to section 194.181(5), Florida Statutes.

5. Plaintiffs have performed all conditions precedent which are required to be performed by Plaintiffs in establishing their rights to bring this action. Specifically, this action has been filed within the time period prescribed by section 194.171(2), Florida Statutes.

6. Plaintiff WINN DIXIE STORES, INC. has paid the taxes which have been assessed in full, pursuant to section 194.171(3)(4), Florida Statutes. Copies of the receipts are attached hereto as Plaintiffs' Composite Exhibit "A" and "B."

7. Plaintiff WINN DIXIE STORES, INC. is the entity responsible for paying the ad valorem taxes assessed on the tangible personal property located in Escambia County, Florida.

8. Appraiser's assessments are unlawful and invalid because Appraiser failed to consider properly the criteria in section 193.011, Florida Statutes.

9. The assessments exceed just value and therefore violates article VII, section 4 of the Florida Constitution.

### Count I

10. The allegations contained in Paragraphs 1 – 9 are hereby incorporated as if specifically set forth in full and re-alleged herein.

11. Plaintiff WINN DIXIE MONTGOMERY, INC., is a wholly owned subsidiary of WINN DIXIE STORES, INC. and the entity to whom certain accounts, hereinafter referred to as the "subject property," were assessed and identified by Appraiser as follows:

| Account No. | Assessed Value |
|---|---|
| 00-1065-800 | $663,780 |
| 00-1065-900 | $671,520 |
| 00-1066-200 | $450,510 |
| 00-1066-400 | $626,730 |
| 00-1066-410 | $606,510 |
| 00-1066-411 | $507,370 |
| 00-1085-474 | $560,790 |

WHEREFORE, Plaintiff demands that this Court take jurisdiction over this cause and the parties hereto; enter an order setting aside the assessments on the subject property; establish the proper assessments of the subject property in accordance with the Constitution of the State of Florida and section 193.011, Florida Statutes; and further, that this Court enter an order directing Collector to cancel the original bills and issue new tax bills in said reassessed amounts; and finally, to award Plaintiff its costs incurred in bringing this action pursuant to section 194.192, Florida Statutes, and award such other general relief as may be just and equitable.

### Count II

12. The allegations contained in Paragraphs 1 – 9 are hereby incorporated as if

3

specifically set forth in full and re-alleged herein.

13. Plaintiff WINN DIXIE SUPERMARKETS, INC., is a wholly owned subsidiary of WINN DIXIE STORES, INC. and the entity to whom certain accounts, hereinafter referred to as the "subject property," were assessed and identified by Appraiser as follows:

| Account No. | Assessed Value |
|---|---|
| 00-2006-447 | $ 16,440 |
| 00-2010-368 | $ 70,080 |

WHEREFORE, Plaintiff demands that this Court take jurisdiction over this cause and the parties hereto; enter an order setting aside the assessments on the subject property; establish the proper assessments of the subject property in accordance with the Constitution of the State of Florida and section 193.011, Florida Statutes; and further, that this Court enter an order directing Collector to cancel the original bills and issue new tax bills in said reassessed amounts; and finally, to award Plaintiff its costs incurred in bringing this action pursuant to section 194.192, Florida Statutes, and award such other general relief as may be just and equitable.

Robert E.V. Kelley, jr.
Florida Bar No. 451230
HILL, WARD & HENDERSON, P.A.
101 E. Kennedy Boulevard, Suite 3700
Tampa, FL 33601
(813) 221-3900
(813) 221-2900 FAX
Attorney for Plaintiff

4

# Escambia County Tax Collector

*generated on 1/15/2008 8:13:04 AM CST*

## Tax Record

Last Update: 1/15/2008 8:12:43 AM CST

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-1065-800 | PERSONAL | 2007 |

| Mailing Address | Property Address |
|---|---|
| WINN DIXIE MONTGOMERY INC<br>STORE #504<br>ASSESSMENT TECHNOLOGIES LTD<br>121 INTERPARK BLVD STE 308<br>SAN ANTONIO TX 78216 | 007135 9TH<br><br>GEO Number |

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext. 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $663,780.00 | $0.00 | $663,780.00 |

| Exemption Detail | Millage Code | Escrow Code |
|---|---|---|
| NO EXEMPTIONS | 16 | |

Legal Description (click for full description)
007135 9TH

#### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $663,780 | $5,321.52 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $663,780 | $5,124.38 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $663,780 | $29.87 |
| CITY OF PENSACOLA | 4.5980 | 0 | $663,780 | $3,052.06 |
| Total Millage | 20.3800 | Total Taxes | | $13,527.83 |

#### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| | | |
| | Total Assessments | $0.00 |
| | Taxes & Assessments | $13,527.83 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0005 | 2007 | $12,986.72 |



Prior Years Payment History

http://escambiataxcollector.gove...........tab_collect_mvptaxV5.4.asp?PrintView=True&r... 1/15/2008

# Escambia County Tax Collector

*generated on 1/15/2008 8:22:31 AM CST*

Tax Record

Last Update: 1/15/2008 8:22:11 AM CST

**Ad Valorem Taxes and Non-Ad Valorem Assessments**
The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-1065-900 | PERSONAL | 2007 |

Mailing Address
WINN DIXIE MONTGOMERY INC
STORE #495
ASSESSMENT TECHNOLOGIES LTD
121 INTERPARK BLVD STE 308
SAN ANTONIO TX 78216

Property Address
005975 MOBILE

GEO Number

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext. 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $671,520.00 | $0.00 | $671,520.00 |

Exemption Detail          Millage Code          Escrow Code
NO EXEMPTIONS             06
Legal Description (click for full description)
005975 MOBILE

### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $671,520 | $5,383.58 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $671,520 | $5,184.13 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $671,520 | $30.22 |
| M.S.T.U. - SHERIFF | 0.6850 | 0 | $671,520 | $459.99 |
| Total Millage | 16.4670 | Total Taxes | | $11,057.92 |

### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| | Total Assessments | $0.00 |
| | Taxes & Assessments | $11,057.92 |
| | If Paid By | Amount Due |
| | | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0003 | 2007 | $10,615.60 |

Prior Years Payment History

# Escambia County Tax Collector

*generated on 1/15/2008 8:13:57 AM CST*

**Tax Record**

Last Update: 1/15/2008 8:13:36 AM CST

**Ad Valorem Taxes and Non-Ad Valorem Assessments**
The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-1066-200 | PERSONAL | 2007 |

Mailing Address
WINN DIXIE MONTGOMERY INC
STORE #556
ASSESSMENT TECHNOLOGIES LTD
121 INTERPARK BLVD STE 308
SAN ANTONIO TX 78216

Property Address
004751 BAYOU

GEO Number

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext. 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $450,510.00 | $0.00 | $450,510.00 |

Exemption Detail: NO EXEMPTIONS
Millage Code: 16
Escrow Code:

Legal Description (click for full description)
004751 BAYOU

### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $450,510 | $3,611.74 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $450,510 | $3,477.94 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $450,510 | $20.27 |
| CITY OF PENSACOLA | 4.5980 | 0 | $450,510 | $2,071.44 |

| Total Millage | 20.3800 | Total Taxes | $9,181.39 |
|---|---|---|---|

### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| | Total Assessments | $0.00 |
| | Taxes & Assessments | $9,181.39 |
| | If Paid By | Amount Due |
| | | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0009 | 2007 | $8,814.13 |

Prior Years Payment History

http://escambiataxcollector.governmaxa.com/collectmax/tab_collect_mvptaxV5.4.asp?PrintView=True&r...   1/15/2008

# Escambia County Ta Collector

*generated on 1/15/2008 8:14:30 AM CST*

**Tax Record**

Last Update: 1/15/2008 8:14:10 AM CST

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-1066-400 | PERSONAL | 2007 |

Mailing Address
WINN DIXIE MONTGOMERY INC
STORE #506
ASSESSMENT TECHNOLOGIES LTD
121 INTERPARK BLVD STE 308
SAN ANTONIO TX 78216

Property Address
000312 NINE MILE

GEO Number

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext: 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $626,730.00 | $0.00 | $626,730.00 |

Exemption Detail
NO EXEMPTIONS

Millage Code
06

Escrow Code

Legal Description (click for full description)
000312 NINE MILE

#### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $626,730 | $5,024.49 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $626,730 | $4,838.36 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $626,730 | $28.20 |
| M.S.T.U. - SHERIFF | 0.6850 | 0 | $626,730 | $429.31 |
| **Total Millage** | **16.4670** | **Total Taxes** | | **$10,320.36** |

#### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| | | |
| | Total Assessments | $0.00 |
| | Taxes & Assessments | $10,320.36 |
| | If Paid By | Amount Due |
| | | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0006 | 2007 | $9,907.55 |

Prior Years Payment History

http://escambiataxcollector.governmaxa.com/collectmax/tab_collect_mvptaxV5.4.asp?PrintView=True&r... 1/15/2008

# Escambia County Tax Collector

*generated on 1/15/2008 8:14:53 AM CST*

Tax Record

Last Update: 1/15/2008 8:14:32 AM CST

## Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-1066-410 | PERSONAL | 2007 |

| Mailing Address | Property Address |
|---|---|
| WINN DIXIE MONTGOMERY INC<br>STORE #493<br>ASSESSMENT TECHNOLOGIES LTD<br>121 INTERPARK BLVD STE 308<br>SAN ANTONIO TX 78216 | 013019 SORRENTO<br><br>GEO Number |

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext. 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $606,510.00 | $0.00 | $606,510.00 |

| Exemption Detail | Millage Code | Escrow Code |
|---|---|---|
| NO EXEMPTIONS | 06 | |

Legal Description (click for full description)
013019 SORRENTO

### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $606,510 | $4,862.39 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $606,510 | $4,682.26 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $606,510 | $27.29 |
| M.S.T.U. - SHERIFF | 0.6850 | 0 | $606,510 | $415.46 |
| **Total Millage** | **16.4670** | **Total Taxes** | | **$9,987.40** |

### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| | | |
| | Total Assessments | $0.00 |
| | Taxes & Assessments | $9,987.40 |
| | If Paid By | Amount Due |
| | | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0002 | 2007 | $9,587.90 |

Prior Years Payment History

http://escambiataxcollector.governmaxa.com/collectmax/tab_collect_mvptaxV5.4.asp?PrintView=True&r...  1/15/2008

# Escambia County Tax Collector

*generated on 1/15/2008 8:18:03 AM CST*

## Tax Record

Last Update: 1/15/2008 8:17:43 AM CST

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-1066-411 | PERSONAL | 2007 |

**Mailing Address**
WINN DIXIE MONTGOMERY INC
STORE #498
ASSESSMENT TECHNOLOGIES LTD
121 INTERPARK BLVD STE 308
SAN ANTONIO TX 78216

**Property Address**
000155 HIGHWAY 29

**GEO Number**

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext. 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $507,370.00 | $0.00 | $507,370.00 |

**Exemption Detail**: NO EXEMPTIONS
**Millage Code**: 06
**Escrow Code**:

**Legal Description (click for full description)**
000155 HIGHWAY 29

#### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $507,370 | $4,067.59 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $507,370 | $3,916.90 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $507,370 | $22.83 |
| M.S.T.U. - SHERIFF | 0.6850 | 0 | $507,370 | $347.55 |

| Total Millage | 16.4670 | Total Taxes | $8,354.87 |
|---|---|---|---|

#### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| | | |

| Total Assessments | $0.00 |
|---|---|
| Taxes & Assessments | $8,354.87 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0004 | 2007 | $8,020.68 |

Prior Years Payment History

http://escambiataxcollector.governmaxa.com/collectmax/tab_collect_mvptaxV5.4.asp?PrintView=True&r...  1/15/2008

# Escambia County Ta Collector

*generated on 1/15/2008 8:18:34 AM CST*

Tax Record

Last Update: 1/15/2008 8:18:13 AM CST

## Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-1085-474 | PERSONAL | 2007 |

Mailing Address
WINN DIXIE MONTGOMERY INC
STORE #535
ASSESSMENT TECHNOLOGIES LTD
121 INTERPARK BLVD STE 308
SAN ANTONIO TX 78216

Property Address
000050 BLUE ANGEL

GEO Number

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext. 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $560,790.00 | $0.00 | $560,790.00 |

Exemption Detail          Millage Code          Escrow Code
NO EXEMPTIONS             06

Legal Description (click for full description)
000050 BLUE ANGEL

### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $560,790 | $4,495.85 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $560,790 | $4,329.30 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $560,790 | $25.24 |
| M.S.T.U. - SHERIFF | 0.6850 | 0 | $560,790 | $384.14 |
| Total Millage | 16.4670 | Total Taxes | | $9,234.53 |

### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| | Total Assessments | $0.00 |
| | Taxes & Assessments | $9,234.53 |
| | If Paid By | Amount Due |
| | | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0008 | 2007 | $8,865.15 |

Prior Years Payment History

http://escambiataxcollector.governmaxa.com/collectmax/tab_collect_mvptaxV5.4.asp?PrintView=True&r... 1/15/2008

# Escambia County Tax Collector

*generated on 1/15/2008 8:18:55 AM CST*

**Tax Record**

Last Update: 1/15/2008 8:18:35 AM CST

### Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-2006-447 | PERSONAL | 2007 |

Mailing Address
WINN DIXIE LIQUORS #515
WINN DIXIE SUPERMARKETS INC
ASSESSMENT TECHNOLOGIES LTD
121 INTERPARK BLVD STE 308
SAN ANTONIO TX 78216

Property Address
005975 MOBILE

GEO Number

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext. 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $16,440.00 | $0.00 | $16,440.00 |

Exemption Detail          Millage Code          Escrow Code
NO EXEMPTIONS             06
Legal Description (click for full description)
005975 MOBILE

#### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $16,440 | $131.80 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $16,440 | $126.92 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $16,440 | $0.74 |
| M.S.T.U. - SHERIFF | 0.6850 | 0 | $16,440 | $11.26 |

| Total Millage | 16.4670 | Total Taxes | $270.72 |
|---|---|---|---|

#### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|

| | Total Assessments | $0.00 |
|---|---|---|
| | Taxes & Assessments | $270.72 |

| If Paid By | Amount Due |
|---|---|
| | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0007 | 2007 | $259.89 |



...or Years Payment History

# Escambia County Tax Collector

*generated on 1/15/2008 8:25:56 AM CST*

Tax Record

Last Update: 1/15/2008 8:25:32 AM CST

## Ad Valorem Taxes and Non-Ad Valorem Assessments

The information contained herein does not constitute a title search and should not be relied on as such.

| Account Number | Tax Type | Tax Year |
|---|---|---|
| 00-2010-368 | PERSONAL | 2007 |

Mailing Address
WINN DIXIE LIQUORS #483
WINN DIXIE SUPERMARKETS INC
ASSESSMENT TECHNOLOGIES LTD
121 INTERPARK BLVD STE 308
SAN ANTONIO TX 78216

Property Address
013019 SORRENTO

GEO Number

Records indicate this account is currently involved in a bankruptcy filing. Please contact Escambia County Tax Collector for additional information at (850)438-6500 ext. 252.

| Assessed Value | Exempt Amount | Taxable Value |
|---|---|---|
| $70,080.00 | $0.00 | $70,080.00 |

Exemption Detail
NO EXEMPTIONS

Millage Code
06

Escrow Code

Legal Description (click for full description)
013019 SORRENTO

### Ad Valorem Taxes

| Taxing Authority | Rate | Exemption Amount | Taxable Value | Taxes Levied |
|---|---|---|---|---|
| COUNTY OF ESCAMBIA | 8.0170 | 0 | $70,080 | $561.83 |
| SCHOOL BOARD OF ESCAMBIA CO. | 7.7200 | 0 | $70,080 | $541.02 |
| N.W. FLORIDA WATER MANAGEMENT | 0.0450 | 0 | $70,080 | $3.15 |
| M.S.T.U. - SHERIFF | 0.6850 | 0 | $70,080 | $48.00 |
| Total Millage | 16.4670 | Total Taxes | | $1,154.00 |

### Non-Ad Valorem Assessments

| Code | Levying Authority | Amount |
|---|---|---|
| | Total Assessments | $0.00 |
| | Taxes & Assessments | $1,154.00 |
| | If Paid By | Amount Due |
| | | $0.00 |

| Date Paid | Transaction | Receipt | Item | Amount Paid |
|---|---|---|---|---|
| 12/4/2007 | PAYMENT | 251688.0001 | 2007 | $1,107.84 |

Prior Years Payment History