| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority ***** | Revised Assessed Value | Revised Tax Amount ****** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ESCAMBIA COUNTY, FL) | | | | | | | | | | | | | | |
| | 0483 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 02010368 | 2005 | 750 | $13.19 | 186 | $3.27 | A |
| | 0493 | PP | Secured | 11/22/2005 | NIC | | | 001666410 | 2004 | 276,250 | $4,962.29 | 209,388 | $3,761.25 | A |
| | 0493 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001664410 | 2005 | 613,480 | $10,788.65 | 152,361 | $2,679.42 | A |
| | 0493 | R | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 10-3383-050 | 2005 | 2,310,540 | $40,633.16 | 2,310,540 | $40,633.16 | OK |
| | 0495 | PP | Secured | 11/22/2005 | NIC | | | 001065900 | 2004 | 1,325,130 | $23,803.31 | 273,530 | $4,913.41 | A |
| | 0495 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001065900 | 2005 | 768,120 | $13,508.17 | 213,377 | $3,752.45 | A |
| | 0495 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 002010369 | 2005 | 20,130 | $357.17 | 5,592 | $99.22 | A |
| | 0495 | R | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 092001-100 | 2005 | 599,000 | $10,534.01 | 0 | $0.00 | NWD |
| | 0495 | R | Secured | 11/22/2005 | NIC | | | 09-2026-505 | 2004 | 2,413,940 | $43,361.61 | 1,622,723 | $29,148.97 | A |
| | 0495 | R | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 09-2026-505 | 2005 | 2,413,940 | $42,451.55 | 1,622,723 | $28,537.21 | A |
| | 0498 | PP | Secured | 11/22/2005 | NIC | | | 001066411 | 2004 | 1,044,240 | $18,757.69 | 226,052 | $4,060.57 | A |
| | 0498 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001066411 | 2005 | 494,550 | $8,697.16 | 205,729 | $3,617.95 | A |
| | 0498 | PP | Secured | 11/22/2005 | NIC | | | 001091188 | 2004 | 27,910 | $501.35 | 6,042 | $108.53 | A |
| | 0498 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001091188 | 2005 | 7,000 | $123.10 | 2,912 | $51.21 | A |
| | 0498 | R | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 11-3376-600 | 2005 | 2,391,560 | $42,057.98 | 2,391,560 | $42,057.98 | OK |
| | 0504 | PP | Secured | 11/22/2005 | NIC | | | 001065800 | 2004 | 1,409,580 | $31,395.58 | 315,185 | $7,020.12 | A |
| | 0504 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001065800 | 2005 | 798,210 | $17,477.61 | 239,895 | $5,252.74 | A |
| | 0504 | R | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 01-1643-000 | 2005 | 5,620,230 | $123,060.55 | 5,620,230 | $123,060.55 | OK |
| | 0506 | PP | Secured | 11/22/2005 | NIC | | | 001066400 | 2004 | 1,275,170 | $22,905.88 | 238,391 | $4,282.22 | A |
| | 0506 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001066400 | 2005 | 812,930 | $14,296.20 | 215,851 | $3,795.96 | A |
| | 0506 | PP | Secured | 11/22/2005 | NIC | | | 001091189 | 2004 | 29,190 | $524.34 | 5,457 | $98.02 | A |
| | 0506 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001091189 | 2005 | 7,000 | $123.10 | 1,859 | $32.69 | A |
| | 0506 | R | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 01-4560-000 | 2005 | 6,246,470 | $109,850.14 | 6,246,470 | $109,850.14 | OK |
| | 0515 | PP | Secured | 11/22/2005 | NIC | | | 002006447 | 2004 | 26,680 | $479.25 | 5,654 | $101.57 | A |
| | 0515 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 002006447 | 2005 | 20,770 | $365.27 | 5,323 | $93.61 | A |
| | 0535 | PP | Secured | 11/22/2005 | NIC | | | 001085474 | 2004 | 1,300,440 | $23,359.81 | 267,097 | $4,797.86 | A |
| | 0535 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001085474 | 2005 | 771,040 | $13,559.51 | 246,397 | $4,333.14 | A |
| | 0535 | PP | Secured | 11/22/2005 | NIC | | | 002000004 | 2004 | 19,390 | $348.30 | 3,982 | $71.53 | A |
| | 0535 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 002000004 | 2005 | 7,000 | $123.10 | 2,237 | $39.34 | A |
| | 0535 | R | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 09-4548-930 | 2005 | 2,100,320 | $36,936.23 | 2,100,320 | $36,936.23 | OK |

| Creditor Name<br>Location<br>No. | Property<br>Type * | Claim<br>Class ** | Claim<br>Filing<br>Date | Claim # *** | Case<br>Number | Total<br>Claim<br>Amount **** | Parcel Number | Tax<br>Year | Taxing<br>Authority's<br>Assessed<br>Value | Base Tax<br>Asserted By<br>Taxing<br>Authority ***** | Revised<br>Assessed<br>Value | Revised<br>Tax<br>Amount ****** | Basis for<br>Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ESCAMBIA COUNTY, FL)** | | | | | | | | | | | | | |
| 0556 | PP | | | NIC | | | 001066200 | 2004 | 596,980 | $13,296.54 | 214,200 | $4,770.88 | A |
| 0556 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001066200 | 2005 | 410,370 | $8,985.46 | 188,793 | $4,133.81 | A |
| 0556 | PP | | | NIC | | | 001087627 | 2004 | 19,580 | $436.11 | 7,025 | $156.47 | A |
| 0556 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001087627 | 2005 | 6,710 | $146.92 | 3,087 | $67.59 | A |
| 0556 | R | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 03-3563-705 | 2005 | 6,001,530 | $131,409.51 | 6,001,530 | $131,409.51 | OK |
| 0556 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001066300 | 2004 | 933,180 | $16,762.72 | 241,931 | $4,345.81 | A |
| 0565 | PP | | | NIC | | | 001066300 | 2005 | 540,010 | $9,496.62 | 165,550 | $2,911.36 | A |
| 0565 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 001091190 | 2004 | 16,310 | $292.98 | 4,228 | $75.95 | A |
| 0565 | PP | | | NIC | | | 001091190 | 2005 | 18,490 | $325.16 | 5,668 | $99.68 | A |
| 0565 | PP | Secured | 11/22/2005 | 12566 | 05-03817-3F1 | $68,455,687.93 | 08-0003-100 | 2005 | 1,604,520 | $28,217.10 | 1,604,520 | $28,217.10 | OK |
| | | | | | | | | **Tax Subtotals** | | **$864,724.38** | | **$639,378.49** | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   NWD = Not a Winn-Dixie Account   OK = No adjustment made

Legend for Case Number(s):   05-03817-3F1   Winn-Dixie Stores, Inc.

**Footnotes:**

\* PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects allowed class.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim, filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the Tax Collectors' claims assert taxes on tax accounts which the debtors are responsible for only a portion of the total tax account liability.
Accordingly, the total amount due will be adjusted to reflect the Debtors' proportional share of the Revised Tax Amount on Exhibit A.

\*\*\*\*\*\* In many instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Jurisdiction | Prop Type | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|---|
| DUVAL, FL | R | 001649-0050 | 15500 W BEAVER ST, JACKSONVILLE FL 32234 | 150,506 | A |
| ESCAMBIA, FL | PP | 001066410 | 13019 SORRENTO RD, PENSACOLA FL 32507 | 154,280 | A |
| ESCAMBIA, FL | PP | 001065900 | 5975 MOBILE HWY, PENSACOLA FL 32526 | 207,928 | A |
| ESCAMBIA, FL | PP | 002010369 | 5975 MOBILE HWY, PENSACOLA FL 32526 | 5,449 | A |
| ESCAMBIA, FL | R | 09-2026-505 | 5975 MOBILE HWY, PENSACOLA FL 32526 | 1,622,723 | A |
| ESCAMBIA, FL | PP | 001066400 | 312 EAST NINE MILE ROAD, PENSACOLA FL 32514 | 202,418 | A |
| ESCAMBIA, FL | PP | 001066411 | 155 S. HWY 29, CANTONMENT FL 32533 | 2,865 | A |
| ESCAMBIA, FL | PP | 001091188 | 155 S. HWY 29, CANTONMENT FL 32533 | 245,215 | A |
| ESCAMBIA, FL | PP | 001065800 | 7135 NORTH NINTH AVENUE, PENSACOLA FL 32504 | 209,306 | A |
| ESCAMBIA, FL | PP | 001087627 | 312 EAST NINE MILE ROAD, PENSACOLA FL 32514 | 1,802 | A |
| ESCAMBIA, FL | PP | 001091189 | 312 EAST NINE MILE ROAD, PENSACOLA FL 32514 | 5,658 | A |
| ESCAMBIA, FL | PP | 002006447 | 5975 MOBILE HWY, PENSACOLA FL 32526 | 240,218 | A |
| ESCAMBIA, FL | PP | 001085474 | 50 S BLUE ANGEL PARKWAY, PENSACOLA FL 32506 | 193,993 | A |
| ESCAMBIA, FL | PP | 001066200 | 4751 BAYOU BLVD, PENSACOLA FL 32503 | 3,172 | A |
| ESCAMBIA, FL | PP | 001087627 | 4751 BAYOU BLVD, PENSACOLA FL 32503 | 162,395 | A |
| ESCAMBIA, FL | PP | 001066300 | 400 NORTH NAVY BLVD, PENSACOLA FL 32507 | 5,887 | A |
| ESCAMBIA, FL | PP | 001091190 | 400 NORTH NAVY BLVD, PENSACOLA FL 32507 | 177,910 | A |
| FLAGLER, FL | PP | 5122020 | 111 FLAGLER PLAZA DR, PALM COAST FL 32137 | 169,115 | A |
| FLAGLER, FL | PP | 5122022 | 1260 W PALM COAST PARKWAY, PALM COAST FL 32137 | 149,870 | A |
| GADSDEN, FL | PP | 00000010260001 | 1632 W JEFFERSONST, QUINCY FL 32351 | 166,857 | A |
| HARDEE, FL | PP | P0237400 | 1510 U.S. HWY 17 NORTH, WAUCHULA FL 33873 | 3,180,935 | A |
| HENDRY, FL | R | 2084329-A000021O100 | 906 S. MAIN STREET, LA BELLE FL 33935 | 173,543 | A |
| HENDRY, FL | PP | B01000-486 | 906 S. MAIN STREET, LA BELLE FL 33935 | 157,830 | A |
| HERNANDO, FL | PP | 1242827 | 31100 CORTEZ BLVD, BROOKSVILLE FL 34601 | 138,072 | A |
| HERNANDO, FL | PP | 929794 | 1230 S BROAD STREET, BROOKSVILLE FL 34601 | 185,234 | A |
| HERNANDO, FL | PP | 1090795 | 11092 SPRING HILL DRIVE, SPRING HILL, FL 34608 | 191,791 | A |
| HERNANDO, FL | PP | 1323286 | 2240 COMMERCIAL WAY, SPRING HILL, FL 34606 | 135,697 | A |
| HERNANDO, FL | PP | 1129692 | 6270 COMMERCIAL WAY, BROOKSVILLE FL 34613 | 209,030 | A |
| HIGHLANDS, FL | PP | B000000-0094690040 | 802 US HIGHWAY 27S, AVON PARK FL 33825 | 153,503 | A |
| HIGHLANDS, FL | PP | B000000-0094690039 | 600 SEBRING SQUARE, SEBRING FL 33870 | 136,423 | A |
| HIGHLANDS, FL | PP | B000000-0094690043 | 70 PLAZA AVE, LAKE PLACID FL 33852 | 175,989 | A |
| HILLSBOROUGH, FL | PP | 16625-0000 | 18407 US HWY 41, LUTZ FL 33549 | | |

Page 6 of 17