**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE'S WITNESS LIST, EXHIBIT**
**LIST AND DEPOSITION DESIGNATIONS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), submit this (i) witness list (ii) exhibit list and (iii) deposition page and line designations pursuant to this Court's order scheduling trial (Doc. Nos. 12473, 21474 and 21586).

**Witness List**

1. Rich Tansi

2. Kevin Abrahani

3. Brian Testo

4. Jack West

5. Any witnesses listed by Okaloosa

6. Any witnesses listed by Escambia

## **Exhibit List**

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 1. | | | | 2005 Tangible Personal Property Tax Returns Winn-Dixie filed with the Escambia County, Florida Tax Collector |
| 2. | | | | 2006 Tangible Personal Property Tax Returns Winn-Dixie filed with the Escambia County, Florida Tax Collector |
| 3. | Tansi – 6 | | | 2005 Tangible Personal Property Tax Returns Winn-Dixie filed with the Okaloosa County, Florida Tax Collector |
| 4. | Tansi – 7 | | | 2006 Tangible Personal Property Tax Returns Winn-Dixie filed with the Okaloosa County, Florida Tax Collector |
| 5. | | | | 2005 Property Record Cards for Tax Assessments from the Escambia County, Florida Tax Collector |
| 6. | | | | 2006 Property Record Cards for Tax Assessments from the Escambia County, Florida Tax Collector |
| 7. | | | | 2005 Property Record Cards for Tax Assessments from the Okaloosa County, Florida Tax Collector |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 8. | | | | 2006 Property Record Cards for Tax Assessments from the Okaloosa County, Florida Tax Collector |
| 9. | | | | Definitions – Uniform Standards of Professional Appraisal Practice 2008-2009 Edition |
| 10. | Abrahani – 2 | | | Standard Measures of Value Tangible Personal Property Appraisal Guidelines – Florida Department of Revenue |
| 11. | | | | August 5, 2005 Letter from John P. Taylor to the Okaloosa County Property Appraiser |
| 12. | Grice – 7 Excerpt | | | August 5, 2005 Letter from John P. Taylor to the Escambia County Property Appraiser |
| 13. | Tansi – 8 | | | September 2, 2005 letter from Cheri Gilbert to the Okaloosa County Value Adjustment Board |
| 14. | Grice – 7 Excerpt | | | September 7, 2005 letter from Cheri Gilbert to the Escambia County Value Adjustment Board |
| 15. | Tansi – 9 and Biondi - 5 | | | September 12, 2005 letter from Cynthia Childress to Cheri Gilbert and John Taylor |
| 16. | Tansi – 10 | | | March 15, 2006 Memorandum from Richard M. Tansi to County Tax Assessor |
| 17. | Grice – 7 Excerpt | | | September 8, 2006 letter from Kristen Goree to the Escambia county Taxing Authorities |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 18. | Barreca/Winn-Dixie – 1 | | | January 2001 PowerPoint Presentation of Stephen L. Barreca |
| 19. | Barreca/Winn-Dixie – 2 | | | October 2001 PowerPoint Presentation of Stephen L. Barreca |
| 20. | Barreca/Winn-Dixie – 3 | | | December 2001 PowerPoint Presentation of Stephen L. Barreca |
| 21. | Barreca/Winn-Dixie – 5 | | | December 2004 PowerPoint Presentation by Stephen L. Barreca |
| 22. | | | | Excerpts From <u>Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery and Technical Assets</u>, Second Edition, pages 73, 75, 101, 102, 562, 565, 569 and 582 |
| 23. | Barreca/Winn-Dixie – 13 | | | Tangible Personal Property Depreciation Tables Public Workshop held on December 16, 2004 |
| 24. | Barreca/Winn-Dixie – 14, 15, 16 and 17 | | | Excerpts From the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, 2004 Edition, Standards 1, 6, 7 and 8 |
| 25. | | | | PV and C Property Valuation and Consulting Appraisal of Tangible Personal Property for Tax Years 2005 through 2008 |

5

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 26. | Abrahani - 1 | | | Praport Associates, LLC/Brian Testo Associates, LLC Appraisal and Valuation of Furniture and Fixtures – State of Florida |
| 27. | | | | All Exhibits on Oskaloosa County Property Appraiser's Exhibit List |
| 28. | | | | All Exhibits on Escambia County Property Appraiser's Exhibit List |

**Deposition Page and Line Designations**

DEPOSITION OF STEPHEN L. BARRECA
February 10, 2009
(Vol. I)

**Page/Line**

57/11-21
61/7-65/17
106/1-108/12
110/12-21
122/22-127/10
130/23-134/21
137/1-15
141/7-142/6
35/19-36/12


DEPOSITION OF STEPHEN L. BARRECA
February 19, 2009
(VOL. II)

**Page/Line**

10/6-12/10
15/3-17/20
19/7-12
39/20-42/2
43/15-55/23
97/8-98/20
105/2-107/15
109/4-8
130/13-134/9
140/7-13
145/10-146/9
148/7-149/21
150/2-151/2

DEPOSITION OF MICHAEL G. ZEIGLER
February 27, 2009

**Page/Line**

23/13-25/20
35/5-36/9
59/11-60/19
69/23-70/21
79/17-81/8
84/7-86/10
88/6-97/8

SMITH HULSEY & BUSEY

By:   */s/ Allan E. Wulbern*
      Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically through the CM/ECF electronic notification system this 4th day of March, 2009 to:

Thomas M. Findley, Esq.  
Messer, Caparello & Self, P.A.  
Post Office Box 15579  
Tallahassee, Florida 32317

Sherri L. Johnson, Esq.  
Dent & Johnson, Chartered  
3415 Magic Oak Lane  
Sarasota, Florida 34230

Philip A. Bates, Esq.  
25 West Cedar St., Suite 550  
Pensacola, Florida 32502

                                                  *s/ Allan E. Wulbern*  
                                                     Attorney

00643080