UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.

Case No.: 3:05-bk-3817-3F1

Debtor(s).
_____/

### RESPONDENT ESCAMBIA COUNTY PROPERTY APPRAISER'S NOTICE OF FILING APPENDIX OF AUTHORITIES

Pursuant to this Court's Order Scheduling Trial dated October 10, 2008, Respondent, Chris Jones as Escambia County Property Appraiser, hereby files this Appendix of Authorities, which includes photocopies of all legal authority relied on in support of the Escambia County Property Appraiser's respective position.

Respectfully submitted,

ELLIOTT MESSER
Florida Bar No.: 054461
THOMAS M. FINDLEY
Florida Bar No.: 0797855
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359

Counsel for the Property Appraiser Chris Jones

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic filing using CM/ECF system to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225

Water Street, Suite 1800, Jacksonville, FL 32202, Counsel for Reorganized Debtors; Sherri L. Johnson, Esq., Dent & Johnson, Chartered, 3415 Magic Oak Lane, Sarasota, FL 34230, Counsel for Okaloosa County Property Appraiser; Philip A. Bates, Esq., Philip A. Bates, P.A., 25 W. Cedar Street, Suite 550, Pensacola, FL 32501, Counsel for Escambia and Okaloosa County Tax Collectors, this 5th day of March, 2009.

_____
THOMAS M. FINDLEY