UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.

      Debtor(s).

_____/

Case No.: 3:05-bk-3817-3F1

## **APPENDIX OF LEGAL AUTHORITIES**
*[index of cases cited in Trial Memorandum]*

1. *Blake v. Xerox Corp.*, 447 So. 2d 1348 (Fla. 1984).

2. *GTE Fla., Inc. v. Todora*, 854 So. 2d 731 (Fla. 2d DCA 2003).

3. *Havill v. Scripps Howard Cable Co.*, 742 So. 2d 210 (Fla. 1998).

4. *Higgs v. Good*, 813 So. 2d 178 (Fla. 3d DCA 2002).

5. *In Re: Litestream Technologies, LLC*, 337 B.R. 705 (M.D. Fla. 2006).

6. *Mazourek v. Wal-Mart Stores, Inc.*, 831 So. 2d 85 (Fla. 2002).

7. *S&D Environmental Services, Inc. v. Rosenberg*, 759 A.2d 360 (N.J. 1999).

8. *Southern Bell Telephone and Telegraph Co. v. Markham*, 632 So. 2d 272 (Fla. 4th DCA 1994).

9. *Turner v. Tokai Financial Servs., Inc.*, 767 So. 2d 494 (2d DCA 2000).

10. *Walker v. Schuler*, 176 So. 2d 81 (Fla. 1965).

**Statutes**

11. § 193.011, Fla. Stat.

12. § 194.171, Fla. Stat.

13. § 194.301, Fla. Stat.

**Florida Constitution**

14. Art. VI, § 4, Fla. Const.