UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.

Case No.: 3:05-bk-3817-3F1

Debtor(s).

_____/

**RESPONDENT ESCAMBIA COUNTY
PROPERTY APPRAISER'S AMENDED EXHIBIT LIST**

Pursuant to this Court's Order Scheduling Trial dated October 10, 2008, Respondent, Chris Jones as Escambia County Property Appraiser will introduce the following exhibits at the trial of this case:

**EXHIBITS**

1A. 2005 Tangible Personal Property Tax Returns for the subject property.

1B. 2006 Tangible Personal Property Tax Returns for the subject property.

2. Letter, Kristen Goree to Escambia County, dated September 8, 2006.

3A. Property Appraiser's 2005 property record cards for the subject property.

3B. Property Appraiser's 2006 property record cards for the subject property.

4. Schedule of Debtors' Objections re: Escambia County

5. Florida Department of Revenue ["DOR"] Equipment Index Factors.

6. DOR Economic Life Guide.

7. DOR Depreciation Schedule.

8. Deposition of Steve Barreca.

9. BCRI Study to Develop Tangible Personal Property Depreciation Tables for the Florida Department of Revenue.

10. Steve Barreca's curriculum vitae.

11. Comparison of Florida Department of Revenue 1997 Guideline Tables to Updated 2004 Depreciation Tables.

12. Summary of BCRI/FDOR 2004 Depreciation Table Update Results.

13. Barreca's Analysis of Shelving for Store #504.

14. Deposition of Rick Tansi and exhibits thereto.

15. Deposition of Kevin Abrahani and exhibits thereto.

16. Deposition of Brian Testo and exhibits thereto.

17. Deposition of Jack West and exhibits thereto.

18A. 2005 Comparison of Escambia County Assessments to Winn-Dixie's Estimates of Value.

18B. 2006 Comparison of Escambia County Assessments to Winn-Dixie's Estimates of Value.

19. Tax Bills

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by overnight courier to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Counsel for Reorganized Debtors, this 9 day of March, 2009.

ELLIOTT MESSER
Florida Bar No.: 054461
THOMAS M. FINDLEY
Florida Bar No.: 0797855
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
Counsel for Property Appraiser Chris Jones