**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**OBJECTIONS TO WINN-DIXIE'S EXHIBIT LIST AND DEPOSITION**
**ON BEHALF OF THE PROPERTY APPRAISER FOR OKALOOSA COUNTY**

**Exhibit List**

1. No Objection.

2. No Objection.

3. No Objection.

4. No Objection.

5. No Objection.

6. No Objection.

7. No Objection.

8. No Objection.

9. No Objection.

10. No Objection.

11. No Objection.

12. No Objection.

13. No Objection.

14. No Objection.

15. No Objection.

16. No Objection.

17. No Objection.

18. No Objection.

19. No Objection.

20. No Objection.

21. No Objection.

22. No Objection.

23. No Objection.

24. No Objection.

25. Objection. The Property Appraiser for Okaloosa County would object to any additional documents regarding the PV and C Property Valuation and Consulting Appraisal of Tangible Personal Property for Tax Years 2005 through 2008 that were not provided to the parties, as requested, prior to Jack West's deposition on February 26, 2009.

26. No Objection.

27. No Objection.

28. No Objection.

### Deposition Page and Line Designations

### Deposition of Stephen L. Barreca
### February 10, 2009 (Vol. 1)

1. 57:11-21.         No Objection.

2. 61:7-65:17.       Objection. The Property Appraiser for Okaloosa County objects as to relevance and improper impeachment.

3. 106:1 – 108:12.   No Objection.

4.	110:12-21.	Objection. The Property Appraiser for Okaloosa County objects to this line of questioning as speculative and calls for hearsay.

5.	122:22-127:10	Pursuant to Rule 106, Federal Rules of Evidence, the Property Appraiser would request to include the following page and line designations to be considered with the line of questioning: 122:13-21 and 127:11 – 130:22.

6.	130:23 – 134:21. Objection. The Property Appraiser for Okaloosa County objects to this line of questioning as argumentative and asked and answered.

7.	137:1-15.	No Objection.

8.	141:7 – 142:6.	Objection. The Property Appraiser for Okaloosa County objects to the relevance of this line of questioning as it was previously asked and answered on cross-examination.

9. 35:19-36:12.   No Objection.

### Deposition of Stephen L. Barreca
### February 19, 2009 (Vol. 2)

1.	10:6-12:10.	Objection. The Property Appraiser for Okaloosa County objects to this line of questioning as to relevance, lack of proper evidentiary predicate for admission of Exhibit 1.

2.	15:3-17:20.	Objection. The Property Appraiser for Okaloosa County objects to this line of questioning as to relevance, lack of proper evidentiary predicate for admission of Exhibit 1 and improper impeachment.

3.	19:7-12.	Objection.  The Property Appraiser for Okaloosa County objects to this line of questioning as to relevance and lack of proper evidentiary predicate for admission of Exhibit 1.

4. 39:20-42:2. Objection. The Property Appraiser for Okaloosa County objects to this line of questioning as to relevance, lack of proper evidentiary predicate for admission of Exhibit 4 as well as lack of proper foundation for the term "mass-appraisal."

5. 43:15-55:23. Objection. The Property Appraiser for Okaloosa County objects to this line of questioning as to relevance, calls for speculation and hearsay.

6. 97:8-98:20. Objection. Pursuant to Rule 106, Federal Rules of Evidence, the Property Appraiser would request to include the following page and line designations to be considered with the line of questioning: 98:21-99:22.

7. 105:2 – 107:15. Objection. The Property Appraiser for Okaloosa County objects to this line of questioning as speculative and calls for hearsay.

8. 109:4-8. No Objection.

9. 130:13 – 134:9. No Objection.

10. 140:7-13. Objection. The Property Appraiser for Okaloosa County objects to the relevance of this line of questioning.

11. 5:10 – 146:9. No Objection.

12. 148:7 – 149: 21. Objection. The Property Appraiser for Okaloosa County objects to this line of questioning as speculative and calls for hearsay.

13. 150:2 – 151:2. Objection. The Property Appraiser for Okaloosa County objects to the relevance of this line of questioning.

### Deposition of Mike Zeigler
### February 27, 2009

1. Objection to all pages/lines designated. This designation calls for hearsay

and is not otherwise admissible.  The Federal Rule of Civil Procedure 32 and Federal Rule of Evidence 804(b)(1) provide that in order for a non-party deposition to be used at trial for anything other than impeachment, there must be a showing of unavailability of the witness. Winn-Dixie has not made Mr. Zeigler a party to this action and has not shown that Mr. Zeigler is unavailable as a witness.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission on this 9th day of March, 2009 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY  10036<br>Tel:  212-735-3000<br><br>Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Allan E. Wulbern, Esq.<br>Beau Bowin, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL  32202 |
| Okaloosa County Tax Collector | Philip A. Bates, Esq.<br>25 W. Cedar Street, Suite 550<br>Pensacola, FL  32501 |

6

| | |
|---|---|
| Escambia County Property Appraiser | Thomas M. Findley, Esq., Messer, Caparello & Self, P.A. Post Office Box 15579 Tallahassee, FL 32317 |

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida 34230
Phone: (941) 952-1070
Fax: (941) 952-1094
E-mail: sjohnson@dentjohnson.com

/s/ Sherri L. Johnson
SHERRI L. JOHNSON
Florida Bar No. 0134775
AMY TUCK FARRINGTON
Florida Bar No. 183822

Y:\S02-6530\Objections to WD trial list - Short.doc