**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### WINN-DIXIE'S AMENDED EXHIBIT LIST[1]

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), submit this amended exhibit pursuant to this Court's order scheduling trial (Doc. Nos. 12473, 21474 and 21586).

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 1. | | | | 2005 Tangible Personal Property Tax Returns Winn-Dixie filed with the Escambia County, Florida Tax Collector |
| 2. | | | | 2006 Tangible Personal Property Tax Returns Winn-Dixie filed with the Escambia County, Florida Tax Collector |
| 3. | Tansi – 6 | | | 2005 Tangible Personal Property Tax Returns Winn-Dixie filed with the Okaloosa County, Florida Tax Collector |

---

[1] The Exhibit List is amended to add Winn-Dixie's Exhibits 11 and 12 from the Deposition of Stephen Barreca taken on February 10, 2009.

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 4. | Tansi – 7 | | | 2006 Tangible Personal Property Tax Returns Winn-Dixie filed with the Okaloosa County, Florida Tax Collector |
| 5. | | | | 2005 Property Record Cards for Tax Assessments from the Escambia County, Florida Tax Collector |
| 6. | | | | 2006 Property Record Cards for Tax Assessments from the Escambia County, Florida Tax Collector |
| 7. | | | | 2005 Property Record Cards for Tax Assessments from the Okaloosa County, Florida Tax Collector |
| 8. | | | | 2006 Property Record Cards for Tax Assessments from the Okaloosa County, Florida Tax Collector |
| 9. | | | | Definitions – Uniform Standards of Professional Appraisal Practice 2008-2009 Edition |
| 10. | Abrahani – 2 | | | Standard Measures of Value Tangible Personal Property Appraisal Guidelines – Florida Department of Revenue |
| 11. | | | | August 5, 2005 Letter from John P. Taylor to the Okaloosa County Property Appraiser |
| 12. | Grice – 7 Excerpt | | | August 5, 2005 Letter from John P. Taylor to the Escambia County Property Appraiser |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 13. | Tansi – 8 | | | September 2, 2005 letter from Cheri Gilbert to the Okaloosa County Value Adjustment Board |
| 14. | Grice – 7 Excerpt | | | September 7, 2005 letter from Cheri Gilbert to the Escambia County Value Adjustment Board |
| 15. | Tansi – 9 and Biondi - 5 | | | September 12, 2005 letter from Cynthia Childress to Cheri Gilbert and John Taylor |
| 16. | Tansi – 10 | | | March 15, 2006 Memorandum from Richard M. Tansi to County Tax Assessor |
| 17. | Grice – 7 Excerpt | | | September 8, 2006 letter from Kristen Goree to the Escambia county Taxing Authorities |
| 18. | Barreca/Winn-Dixie – 1 | | | January 2001 PowerPoint Presentation of Stephen L. Barreca |
| 19. | Barreca/Winn-Dixie – 2 | | | October 2001 PowerPoint Presentation of Stephen L. Barreca |
| 20. | Barreca/Winn-Dixie – 3 | | | December 2001 PowerPoint Presentation of Stephen L. Barreca |
| 21. | Barreca/Winn-Dixie – 5 | | | December 2004 PowerPoint Presentation by Stephen L. Barreca |
| 22. | | | | Excerpts From Valuing Machinery and Equipment: The Fundamentals of Appraising Machinery and Technical Assets, Second Edition, pages 73, 75, 101, 102, 562, 565, 569 and 582 |

3

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 23. | Barreca/Winn-Dixie – 13 | | | Tangible Personal Property Depreciation Tables Public Workshop held on December 16, 2004 |
| 24. | Barreca/Winn-Dixie – 14, 15, 16 and 17 | | | Excerpts From the Code of Professional Ethics & Standards of Professional Appraisal Practice of the Appraisal Institute, 2004 Edition, Standards 1, 6, 7 and 8 |
| 25. | | | | PV and C Property Valuation and Consulting Appraisal of Tangible Personal Property for Tax Years 2005 through 2008 |
| 26. | Abrahani - 1 | | | Praport Associates, LLC/Brian Testo Associates, LLC Appraisal and Valuation of Furniture and Fixtures – State of Florida |
| 27. | Barreca – 11 | | | Excerpts from Marshal Valuation Service Depreciation Tables (February 2007) |
| 28. | Barreca – 12 | | | Excerpts from Marshal Valuation Service Depreciation Tables (August 1997) |

| Trial Exhibit No. | Deposition Exhibit No. | Objection | Admitted | Description |
|---|---|---|---|---|
| 29. | | | | All Exhibits on Oskaloosa County Property Appraiser's Exhibit List |
| 30. | | | | All Exhibits on Escambia County Property Appraiser's Exhibit List |

SMITH HULSEY & BUSEY


By:    */s/ Allan E. Wulbern*
     Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically through the CM/ECF electronic notification system this 9th day of March, 2009 to:

Thomas M. Findley, Esq.  
Messer, Caparello & Self, P.A.  
Post Office Box 15579  
Tallahassee, Florida 32317

Sherri L. Johnson, Esq.  
Dent & Johnson, Chartered  
3415 Magic Oak Lane  
Sarasota, Florida 34230

Philip A. Bates, Esq.  
25 West Cedar St., Suite 550  
Pensacola, Florida 32502

*s/ Allan E. Wulbern*  
Attorney

00643080.3