**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### OKALOOSA COUNTY PROPERTY APPRAISER'S REQUEST TO EXCLUDE WINN-DIXIE TRIAL WITNESSES

Respondent Pete Smith, as Property Appraiser of Okaloosa County, Florida, moves this Court, pursuant to Rule 615, Federal Rules Evidence, to exclude Winn-Dixie's trial witnesses from the courtroom, except for their specific testimony, for the duration of the trial. In support thereof, the Property Appraiser states as follows:

1.  Rule 615, Federal Rules of Evidence, provides that "[a]t the request of a party the court shall order witnesses excluded so that they cannot hear the testimony of other witnesses."

2.  There are limited exemptions to the sequestration in Rule 615 including: "(1) a party who is a natural person, or (2) an officer or employee of a party which is not a natural person designated as its representative by its attorney, or (3) a person whose presence is shown by a party to be essential to the presentation of the party's cause, or (4) a person authorized by statute to be present." These exemptions are construed "narrowly in favor of the partying requesting sequestration." *See United States v. Farnham,* 791 F.2d 331, 335 (4th Cir. 1986).

3.  The witnesses listed on Winn-Dixie's Witness List, Exhibit List and Deposition Designations, including Mr. Kevin Abrahani, Mr. Brian Testo and Mr. Jack West, certainly do not fall within listed exemptions (1), (2) or (4).

4.   There is no rule that provides such an exemption for experts, nor have the courts adopted such a rule.  Rather, the rule provides judges with broad discretion to determine whether a witness is so essential as to exclude from sequestration pursuant to Rule 615(3), Federal Rules of Evidence.  *See Opus 3 Ltd. V. Heritage Park, Inc.,* 91 F.3d 625 (4th Cir. 1996).

5.   In this case, all of the experts listed by Winn-Dixie as witnesses have been provided all of the relevant records and have prepared written appraisals and other documents prior to trial. Therefore, their presence in the courtroom during trial is not essential to the presentation of Winn-Dixie's case.  *Id.*

6.   Rule 615 carries a presumption favoring the sequestration and "[s]crupulous adherence to this rule is particularly necessary in those cases in which the outcome depends on the relative credibility of the parties' witnesses."  *See Farnham,* 791 F.2d at 335.

WHEREFORE, Pete Smith, as Property Appraiser of Okaloosa County, Florida, respectfully requests that this Court enter an order excluding witnesses from the courtroom for the duration of this trial.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission on this 9th day of March, 2009 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY  10036<br>Tel:  212-735-3000 |

|  |  |
|---|---|
|  | Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Allan E. Wulbern, Esq.<br>Beau Bowin, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL 32202 |
| Okaloosa County Tax Collector | Philip A. Bates, Esq.<br>25 W. Cedar Street, Suite 550<br>Pensacola, FL 32501 |
| Escambia County Property Appraiser | Thomas M. Findley, Esq.,<br>Messer, Caparello & Self, P.A.<br>Post Office Box 15579<br>Tallahassee, FL 32317 |

                          DENT & JOHNSON, CHARTERED
                          3415 Magic Oak Lane
                          Post Office Box 3259
                          Sarasota, Florida 34230
                          Phone: (941) 952-1070
                          Fax:    (941) 952-1094
                          E-mail: sjohnson@dentjohnson.com

                          /s/ Sherri L. Johnson
                          SHERRI L. JOHNSON
                          Florida Bar No. 0134775
                          AMY TUCK FARRINGTON
                          Florida Bar No. 183822

Y:\s02-6530\Reqeust to Exclude Witnesses.doc