**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE'S OBJECTIONS TO RESPONDENT**
**OKALOOSA COUNTY PROPERTY APPRAISER'S**
**EXHIBIT LIST AND DEPOSITION EXCERPT DESIGNATIONS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), objections to the following (i) exhibits (Doc. No. 22147) and (ii) deposition excerpt designations (Doc. No. 22155) submitted by respondent, Pete Smith as the Okaloosa County Property Appraiser.

**Objections to Exhibits**

**Exhibit No.**

1. No Objection.

2. No Objection.

3. No Objection.

4. No Objection.

5. No Objection.

**Exhibit No.**

    6.      No Objection.

    7.      No Objection.

    8.      No Objection.

    9.      No Objection.

    10.    No Objection.

    11.    No Objection.

    12.    No Objection.

    13.    No Objection.

    14.    Objection – Relevance and Hearsay.

    15.    Objection – Relevance and Hearsay.

    16.    Objection – Relevance and Hearsay.

    17.    No Objection.

    18.    No Objection.

    19.    No Objection.

    20.    No Objection.

**Exhibit No.**

21. Objection – Foundation.

22. Objection – Relevance

**Objections to Deposition Excerpt Designations**

Stephen R. Barreca (Volume I)

 page 46, line 2 – page 47, line 2

 page 53, line 19 – page 55, line 2

 page 56, line 6 – 12

 page 77, line 16 – page 105, line 23

      SMITH HULSEY & BUSEY

      By:  /s/ Allan E. Wulbern
        Allan E. Wulbern

      Florida Bar No. 175511
      225 Water Street, Suite 1800
      Jacksonville, Florida 32202
      (904) 359-7700
      (904) 359-7708 (facsimile)
      awulbern@smithhulsey.com

      Attorneys for Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished electronically through the CM/ECF electronic notification system this 9th day of March, 2009 to:

Thomas M. Findley, Esq.  
Messer, Caparello & Self, P.A.  
Post Office Box 15579  
Tallahassee, Florida 32317

Sherri L. Johnson, Esq.  
Dent & Johnson, Chartered  
3415 Magic Oak Lane  
Sarasota, Florida 34230

Philip A. Bates, Esq.  
25 West Cedar St., Suite 550  
Pensacola, Florida 32502

*s/ Allan E. Wulbern*  
Attorney

00645739