**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE'S OBJECTIONS TO RESPONDENT
ESCAMBIA COUNTY PROPERTY APPRAISER'S AMENDED
EXHIBIT LIST AND DEPOSITION EXCERPT DESIGNATIONS**

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), objections to the following (i) exhibits (Doc. No. 22161) and (ii) deposition excerpt designations submitted by respondent, Chris Jones as the Escambia County Property Appraiser.

**Objections to Exhibits**

**Exhibit No.**

    1A.    No Objection.

    1B.    No Objection.

    2    No Objection.

    3A    No Objection.

    3B    No Objection.

**Exhibit No.**

| | |
|---|---|
| 4. | No Objection. |
| 5. | No Objection. |
| 6. | No Objection. |
| 7. | No Objection. |
| 8. | No Objection. |
| 9. | No Objection. |
| 10. | No Objection. |
| 11. | No Objection. |
| 12. | No Objection. |
| 13. | No Objection. |
| 14. | Objection – Relevance and Hearsay. |
| 15. | Objection – Relevance and Hearsay. |
| 16. | No Objection. |
| 17. | No Objection. |
| 18A. | Objection – Foundation. |

**Exhibit No.**

   18B.    Objection – Foundation.

   19.    Objection – Foundation.

## Objections to Deposition Excerpt Designations

1. Richard Tansi – page 15, lines 3-8.

2. Stephen R. Barreca (Volume I)

   page 46, line 2 – page 47, line 2

   page 53, line 19 – page 55, line 2

   page 56, line 6 – 12

   page 77, line 16 – page 105, line 23

                       SMITH HULSEY & BUSEY

                       By:   */s/ Allan E. Wulbern*
                             Allan E. Wulbern

                       Florida Bar No. 175511
                       225 Water Street, Suite 1800
                       Jacksonville, Florida  32202
                       (904) 359-7700
                       (904) 359-7708 (facsimile)
                       awulbern@smithhulsey.com

                       Attorneys for Reorganized Debtors

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically through the CM/ECF electronic notification system this 9th day of March, 2009 to:

Thomas M. Findley, Esq.  
Messer, Caparello & Self, P.A.  
Post Office Box 15579  
Tallahassee, Florida 32317

Sherri L. Johnson, Esq.  
Dent & Johnson, Chartered  
3415 Magic Oak Lane  
Sarasota, Florida 34230

Philip A. Bates, Esq.  
25 West Cedar St., Suite 550  
Pensacola, Florida 32502

*s/ Allan E. Wulbern*  
Attorney

00645738

4