UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |

## ORDER GRANTING VERIFIED MOTION FOR RECONSIDERATION OF ORDER DATED JANUARY 21, 2009 DENYING VERONA KHANI'S MOTION FROM RELIEF FROM STAY

This case came before the Court on February 19, 2009, upon the Verfied Motion For Reconsideration Of This Honorable Court's January 21, 2009 Order Denying Verona Khani's Motion For Relief From Stay (Docket No. 22029) (the "Motion"). After hearing and upon consideration, it is

**ORDERED:**

1. The Motion is granted. The Order dated January 21, 2009 Denying Motion For Relief From Stay Filed by Vernona Khani (Docket No. 22016) is vacated.

2. The Motion For Relief From Stay (Docket No. 21920)[1] filed by Verona Khani is Granted to the extent set forth herein.

---

[1] Although the motion described the relief requested in terms of the automatic stay impossed by 11 U.S.C. Section 362. It shall be termed as though it requested relief from the permanent Injunction impossed by 11 U.S.C. Section 524.

3. The Permanent Injunction is imposed by 11 U.S.C. Section 524 is modified for the sole purpose of allowing Verona Khani to prosecute through final judgment her civil action in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade Couty, Florida, Case No. 02-18924 CA-11, against Debtor Winn-Dixie Stores Inc., to liquidate Claim Number 8458 and 8503 filed by Verona Khani. Verona Khani shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtor's confirmed plan of reorganization.

4. Except as modified herein, the permanent injunction imposed pursuant to 11 U.S.C. Section 524 shall remain in full force and effect.

5. In the event Debtor Winn-Dixie Stores, Inc. deems it necessary then Debtor Winn-Dixie Stores, Inc. shall notifiy the State Court that Verona Khani's action is subject to the permanent injunction of 11 U.S.C. Section 524 as provided herein.

6. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

**DATED** this 6 day of March 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge