**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

_____/

## ORDER DENYING DEBTORS' MOTION FOR AN ORDER TO COMPEL NON-BINDING ARBITRATION AS TO THE CLAIMS FILED BY VERONA KHANI

This matter came before the Court for hearing on February 19, 2009 upon the Motion for Order to Compel Non-Binding Arbitration as to the Claims filed by Verona Khani (Docket No. 21998) (the "Motion"). A response was filed on behalf of Verona Khani. The Court finds that Verona Khani mediated in good faith. Upon the foregoing, it is

**ORDERED:**

The Motion for Order to Compel Non-Binding Arbitration as to the Claims filed by Verona Khani (Docket No. 21998) is denied.

**DATED** this 6 day of March, 2009 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge