UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER ON DEBTORS' OMNIBUS OBJECTION AND
MOTION FOR ORDER DETERMINING TAX LIABILITIES (CHATTANOOGA)**

This matter came before the Court on the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7267). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Winn-Dixie Stores, Inc. agrees to pay the Chattanooga City Treasurer ("Chattanooga") the amount of $ 4,700.00 (the "Settlement Amount").

2. The Settlement Amount shall be allocated as follows:

| Location ID | Parcel Num | Revised Value | Allowed Tax |
|---|---|---|---|
| 1938 | 1013801 | $ 58,118 | $1,279.76 |
| 1940 | 1013802 | $ 86,091 | 1,895.71 |
| 1936 | 1016143 | $ 69,234 | <u>1,524.53</u> |
| | | | $4,700.00 |

3. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Chattanooga in these Chapter 11 cases and (ii) all other pre-effective date claims Chattanooga has or may have against the

Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this ___6___ day of __March__, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Allan E. Wulbern, Esq. is directed to
serve a copy of this order on all
parties in interest.

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **CHATTANOOGA CITY TREASURER** |
| By  *s/ Allan E. Wulbern*<br>    Allan E. Wulbern,<br>    F.B.N. 175511 | By   *s/ \*Kenneth O. Fritz*<br>    Kenneth O. Fritz,<br>    BPR #010960 |
| 225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>awulbern@smithhulsey.com | 801 Broad Street, Suite 400<br>Chattanooga, TN  37402<br>(423) 757-5338<br>(423) 757-0737 (facsimile)<br>fritz_ken@mail.chattanooga.gov |
| Counsel for Reorganized Debtors | Attorney for Chattanooga City Treasurer |

\* Mr. Fritz has authorized his electronic signature.