UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al. | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

PARTIAL SETTLEMENT AGREEMENT AND
STIPULATION OF FACTS BETWEEN WINN-DIXIE
AND THE ESCAMBIA COUNTY TAX COLLECTOR

The Escambia County Tax Collector and Winn-Dixie Stores, Inc. and twenty-three of its reorganized debtor affiliates (collectively, "Winn-Dixie"), stipulate to the following facts and agree that this stipulation is admissible into evidence at any evidentiary hearing or trial held in this case concerning Winn-Dixie's tax liabilities to Escambia and Okaloosa Counties for 2005 and 2006 taxes. The Parties hereto agree to settle the dispute between them, to the extent provided herein, on the following terms.

1.  On November 22, 2005, fifty-six Florida Tax Collectors, including the tax collector for Escambia County, filed a single proof of claim number 12566 for 2004 and 2005 real and personal property taxes in the total amount of $68,455,687.93 (Claim No. 10046; the "Tax Claim").

2.  On August 8, 2006, Winn-Dixie filed an objection to the Tax Claim under Section 502 and a motion under Section 505 of the Bankruptcy Code (Doc. No. 10046; the "Section 505 Motion"), requesting, among other things, that the Bankruptcy Court

determine the appropriate rate of interest to be paid on the Tax Claim, as and when it is allowed.

3. On August 28, 2006, the Escambia County Tax Collector filed a response to the Section 505 Motion, arguing that Winn-Dixie was obligated to pay interest on the Tax Claim at the statutory rate of 18% (Doc. No. 10605).

4. Winn-Dixie has paid in full all 2004 real and personal property taxes it owed to the Escambia County Tax Collector.

5. Winn-Dixie has also paid in full all 2005 and 2006 real property taxes it owed to the Escambia County Tax Collector. The only issues left in dispute in this matter are (i) the principal amount of Winn-Dixie's taxes on that tangible personal property for 2005 and 2006 and (ii) the rate at which interest accrues on those taxes.

6. Although the parties still dispute the principal amount of tax that Winn-Dixie owes the Escambia County Tax Collector, for 2005 and 2006, the parties agree that the rates of interest to be applied to Winn-Dixie's 2005 and 2006 tax liabilities to Escambia Count, as and when they are determined, are as follows:

    (i) 2005 taxes will accrue interest at 3.13% from April 1, 2006 through November 21, 2006;

    (ii) 2005 taxes will accrue interest at 7 % from November 22, 2006 until paid in full;

    (iii) 2006 taxes will accrue interest at 7% from April 1, 2007 until paid in full; and

    (iv)    Winn-Dixie will pay 2005 and 2006 taxes, plus accrued interest, within 60 days of a final order allowing the Tax Claims and determining the amount of taxes that Winn-Dixie owes to the Escambia County Tax Collector.

7.    The Parties agree that this Settlement Agreement shall be submitted by them to the Bankruptcy Court in the captioned proceeding for the Court's approval.

| PHILIP A. BATES, P.A. | SMITH, HULSEY & BUSEY |
|---|---|
| By: _____<br>(Philip A. Bates) | By: _____<br>Stephen D. Busey<br>Allan E. Wulbern |
| Florida Bar No. 228354<br>25 West Cedar Street, Suite 550<br>Pensacola, Florida 32501-5911<br>(850) 470-0091 Telephone<br>(850) 470-0441 Facsimile | Florida Bar No. 175511<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32201-3315<br>(904) 359-7700 Telephone<br>(904) 35907708 Facsimile |
| Attorney for Escambia County Tax Collector | Attorneys for Reorganized Debtors |

00644299

## Certificate of Service

I certify that a copy of this document has been furnished electronically through the CM/ECF electronic notification system this 11th day of March, 2009 to:

Thomas M. Findley, Esq.
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, Florida 32317

Sherri L. Johnson, Esq.
Dent & Johnson, Chartered
3415 Magic Oak Lane
Sarasota, Florida 34230

Philip A. Bates, Esq.
25 West Cedar St., Suite 550
Pensacola, Florida 32502

*s/ Allan E. Wulbern*
Attorney