**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**VISAGENT'S MOTION FOR EXTENSION OF TIME FOR COMPLIANCE**
**WITH FEBRUARY 19, 2009 DISCOVERY ORDER**

Visagent Corporation (Visagent), hereby moves for an extension of time in which to comply with the requirements of the Order on Debtor's Third Motion To Compel Discovery.

The basis for this request is that through diligent review of its archived files, Visagent has located a large quantity of documents potentially responsive to the requests to which the Court has ordered Visagent to respond. Due to this large volume of documentation, the review process is taking longer than expected and the process of marking potentially responsive documents for identification is also taking longer than expected.

Visagent believes it can make the required production responses no later than March 27, 2009, but reserves the right to request an additional extension of time based upon exigent circumstances in connection with the review of this large bulk of materials which are potentially responsive to the subject court order.

WHEREFORE, Visagent seeks the relief requested in this Motion or for such other order deemed appropriate by the Court under the circumstances of this contested matter.

**CERTIFICATE OF GOOD FAITH**

Undersigned counsel attempted to secure an extension of time as requested herein from Debtor's counsel, however, Mr. Busey could not respond to the request until after the expiration of the 20-day deadline set by the court in its February 19th Order.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of this Motion has been electronically filed via ECF and that a true and correct copy of the foregoing has been furnished by US regular Mail to: Stephen D. Busey, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on the 11th day of March, 2009.

_____
Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida  34995
Telephone:   (772) 283-2004
Facsimile:    (772) 283-2009