**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL ON THE MOTION AND**
**MEMORANDUM TO ALLOW LATE-FILED PROOFS OF CLAIM BY**
**CREDITOR, THE TANGIPAHOA PARISH SCHOOL BOARD**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order continuing the trial on the Motion and Memorandum to Allow Late-Filed Proofs of Claim by Creditor, the Tangipahoa Parish School Board (the "Motion") (Docket No. 14760), currently scheduled for April 22, 2009 at 10:00 a.m., and in support state:

1.      Winn-Dixie's counsel, Cynthia C. Jackson, has an unavoidable scheduling conflict on April 22, 2009.   Accordingly, Winn-Dixie requests a continuance of the trial for a period of not less than sixty days from April 22, 2009.

2.      The undersigned counsel has conferred with counsel for the Tangipahoa Parish School Board, who consents to the relief sought in this motion.

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing, for a period not less than sixty (60) days from April 22, 2009, the trial on the Motion and the deadlines set forth in the Order Scheduling Trial of this matter.

Dated: March 12, 2009

SMITH HULSEY & BUSEY

By: _s/ Cynthia C. Jackson_
      Stephen D. Busey
      Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors