# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et al.,<br><br>Debtors. | Case No.: 3-05-bk-3817 (JAF)<br><br>Chapter 11<br><br>Jointly Administered |

### NOTICE AND REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE

PLEASE TAKE NOTICE THAT Barry S. Balmuth does hereby give notice that his services are concluded in this matter and he hereby requests that he be removed from any and all service lists by electronic mail (email: balmuthlaw@alum.emory.edu and assistantbalmuthlaw@gmail.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served through the Middle District of Florida CM/ECF System, this 13th day of March, 2009.

**BARRY S. BALMUTH, P.A.**

By: **/s/ Barry S. Balmuth**
**BARRY S. BALMUTH, Esquire**
Florida Bar No. 868991
Counsel for Geraldine W. Perkins and Robert Perkins
Centurion Tower, Eleventh Floor
1601 Forum Place, Suite 1101
West Palm Beach, Florida 33401
Telephone: (561) 242-9400
Facsimile: (561) 478-2433
E-mail: balmuthlaw@alum.emory.edu