**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,          Case No.: 3-05-bk-3817 (JAF)

         Debtors.                              Chapter 11

                                 Jointly Administered

**NOTICE AND REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICE**

PLEASE TAKE NOTICE THAT Kenneth O. Fritz does hereby give notice that his services are concluded in this matter and he hereby requests that he be removed from any and all service lists by electronic mail (email:Fritz_ken@mail.chattanooga.gov) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other documents filed in this proceeding.

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served through the Middle District of Florida CM/ECF System, this 16th day of March, 2009.

                                 Respectfully submitted,

                                 By:    /s/ Kenneth O. Fritz_____
                                    Kenneth O. Fritz,  (BPR #010960)
                                    Michael A. McMahan,  (BPR #810)
                                    City of Chattanooga
                                    Delinquent Tax Attorneys
                                    801 Broad Street, Suite 400
                                    Chattanooga, TN  37402
                                    (423) 757-5338
                                    (423) 757-0737