UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors, *et al.*, ) | Jointly Administered |
| ) | |

**ORDER CONTINUING TRIAL ON THE MOTION AND
MEMORANDUM TO ALLOW LATE-FILED PROOFS OF CLAIM
BY CREDITOR, THE TANGIPAHOA PARISH SCHOOL BOARD**

This case is before the Court upon Debtors' Unopposed Motion to Continue the Trial on the Motion and Memorandum to Allow Late-Filed Proofs of Claim by Creditor, the Tangipahoa Parish School Board (the "Motion") (Docket No. 14760). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on the Motion and Memorandum to Allow Late-Filed Proofs of Claim by Creditor, the Tangipahoa Parish School Board (the "Motion") (Docket No. 14760), currently scheduled for April 22, 2009 at 10:00 a.m. is continued to _____ JULY 14, 2009 _____

_____ at 9:30 AM in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered herein on December 22, 2008 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this 13 day of March, 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Michael H. Piper, Esq. and William E. Steffes, Esq., Steffes, Vingiello & McKenzie, 13702 Coursey Blvd., Bldg. 3, Baton Rouge, Louisiana and all parties in interest entitled to receive such notification this 12th day of March, 2009.



<u>s/ Cynthia C. Jackson</u>
Attorney

00645900