**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    Case No.  05-03817-3F1
                                              )
WINN-DIXIE STORES, INC., et al.,              Chapter 11
                                              )
       Reorganized Debtors.                   Jointly Administered
                                              )

**RESPONSE TO VISAGENT'S**
**MOTION FOR EXTENSION OF TIME FOR**
**COMPLIANCE WITH FEBRUARY 19, 2009 DISCOVERY ORDER**

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and

affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), files this response

to the Motion for Extension of Time for Compliance with February 19, 2009

Discovery Order filed by Visagent Corporation, and states:

1.      On June 25, 2008, Winn-Dixie filed its Third Motion to Compel

Discovery from Visagent (the "Third Motion to Compel").  The subject of the Third

Motion to Compel was the insufficiency of Visagent's responses to Winn-Dixie's first

and second document requests and interrogatories, served on Visagent on August 16,

2006, and April 4, 2008, respectively.

2.      At the October 20, 2008 hearing on the Third Motion to Compel,

Visagent agreed to provide additional responses to Winn-Dixie's discovery requests

and the parties agreed to discuss resolution of any remaining issues after reviewing

the additional responses.

3.     Visagent's additional responses provided no meaningful concessions. As a result, Winn-Dixie submitted a proposed order on the Third Motion to Compel.

4.     On February 9, 2009, the Court entered an order granting, in part, Win-Dixie's Third Motion to Compel (the "Order").  The Order directed Visagent to provide the requisite responses by March 11, 2009.

5.     On March 11, 2009, by email to undersigned counsel, Visagent advised that Visagent had identified "an extremely large volume" of potentially responsive documents and requested a fifteen day extension to provide those documents.

6.     On March 11, 2009, undersigned counsel responded to Visagent's request by (i) inquiring as to the approximate volume of the documents and the place and manner of intended production, and (ii) stating that counsel would respond to Visagent's request by March 13.  A copy of the March 11, 2009 emails is attached as Exhibit 1.  Visagent did not respond.

7.     Winn-Dixie has requested that Visagent provide sufficient discovery responses for over two years, including responses to requests regarding the very basic elements of Visagent's claims.  Winn-Dixie has been forced to bring Visagent's lack of sufficient responses before the Court three times.

8.     Visagent previously represented that it had already produced documents responsive to a significant number of the requests which are the subject of the Third Motion to Compel.  Therefore, Visagent's statement, at this point in the discovery process, that Visagent "has identified an extremely large volume of documents which are potentially responsive" is troublesome, especially since

Visagent has not provided a privilege log or otherwise identified documents withheld from production.

9.      As previously discussed before the Court, Winn-Dixie is entitled to receive adequate responses to its discovery requests prior to commencing depositions. Visagent's continued unwillingness to timely provide adequate discovery responses, despite the Court's intervention, is jeopardizing the parties' ability to proceed with the trial in this matter, presently scheduled to begin June 2, 2009.

WHEREFORE, Winn-Dixie respectfully requests that the Court order Visagent to (i) identify to Winn-Dixie by March 23, 2009, the approximate volume of the documents and the place and manner of intended production, and (ii) cooperate in good faith to facilitate the production of documents in a timely and effective manner.

SMITH HULSEY & BUSEY

By  */s/ David L. Gay*
        Stephen D. Busey
        David L. Gay

Florida Bar Number 839221
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
dgay@smithhulsey.com

Counsel for Reorganized Debtors

## **<u>Certificate of Service</u>**

I certify that a copy of the foregoing document was furnished by facsimile and/or electronically to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, 520 South Federal Highway, Stuart, Florida 34995, this 16th day of March, 2009.


                                        Attorney

00646474

## Gena Whitsett

**From:** Stephen D. Busey
**Sent:** Wednesday, March 11, 2009 4:38 PM
**To:** 'Guy Rubin'
**Cc:** David L. Gay
**Subject:** RE: Feb 19th Discovery Order

Guy:

We have your March 11 request for a 15 day extension to respond to the requests which are the subject of the Court's February 19 order.

Your request references an "extremely large volume" of documents that you are in the process of reviewing and marking for identification. Please let us know by the end of business tomorrow the approximate volume of these documents, and the place and manner in which you intend to produce the documents, and we will respond to your request by Friday.

Winn-Dixie is not inclined to waive the meet and confer requirement.

Thanks.

Steve

---

**From:** Guy Rubin [mailto:grubin@rubinandrubin.com]
**Sent:** Wednesday, March 11, 2009 12:24 PM
**To:** Stephen D. Busey
**Cc:** Gladys LaForge
**Subject:** Feb 19th Discovery Order

Steve,

My client has identified an extremely large volume of documents which are potentially responsive to the requests which are the subject of the Court's 2/19 order. We are in the process of reviewing and marking the documents for ID. This process will take much more time than originally expected. Will your client agree to a 15 day extension of time to respond, making the production deadline March 27th?

Also, after the last hearing you indicated you would speak to your client about mutually agreeing to waive the "meet and confer" requirement regarding settlement efforts as ordered in the order setting trial. Have you heard anything back yet?

Guy                                        **EXHIBIT 1**

From the desk of:

3/16/2009

Guy Bennett Rubin, Esq.

Rubin & Rubin, Attorneys and Counselors

110 S.W. Atlanta Ave.

Stuart, Florida 34994

772.283.2004

772.283.2009 fax

guy.rubin@rubinandrubin.com

This message was intended for a specific recipient and may contain privileged and confidential information, protected under state and federal law.  If you received this message in error, or are not an intended recipient, please delete this message and contact my office advising of the in advertent disclosure.  Thank you.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.