Hearing Date:  April 16, 2009 at 1:30 p.m.
Response Deadline:  April 6, 2009 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**DEBTORS' OBJECTION TO APPLICATION OF MARIA**
**OROZCO FOR ALLOWANCE OF ADMINISTRATIVE**
**CLAIM (POST-PETITION INJURY CLAIM)**

The Debtors object to the Application of Maria Orozco for Allowance of

Administrative Claim (Post-Petition Personal Injury Claim) (Docket No. 14869)

(the "Application") on the grounds that the Application was untimely filed (the

"Objection").  The Debtors' remaining objections to the Application are reserved,

if necessary, for a future hearing.

**Notice of Hearing**

Please take notice that a hearing is scheduled for **April 16, 2009** at **1:30 p.m.**

**(prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection as to untimely filing only.

## **Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the Application.

## **Response Deadline**

If you do **not** oppose the disallowance of your Application, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your Application, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on April 6, 2009** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight

- 3 -

Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  March 17, 2009

SMITH HULSEY & BUSEY


By    */s/ Leanne McKnight Prendergast*
         Stephen D. Busey
         James H. Post
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

- 4 -

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to (i) Maria Orozco, c/o Philip J. Slotnick, Esq., Burnetti, P.A., 9950 Princess Palm Ave., Suite 101, Tampa, Florida 33619, and (ii) United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 17th day of March, 2009.

*s/ Leanne McKnight Prendergast*
Attorney

00646633