UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |

## ORDER GRANTING VISAGENT'S MOTION FOR EXTENSION OF TIME FOR COMPLIANCE WITH FEBRUARY 19, 2009 DISCOVERY ORDER

This case came before the Court upon Visagent's Motion for Extension of Time for Compliance with February 19, 2009 Discovery Order and Response to Visagent's Motion for Extension of Time for Compliance with February 19, 2009 Discovery Order. Visagent seeks an extension of time to produce certain documents. Upon review of the pleadings, it is

**ORDERED:**

1. The Motion is granted. Visagent shall identify to Winn-Dixie by March 27, 2009 the approximate volume of documents and the place and manner of intended production.

2. Visagent shall produce the documents by March 31, 2009. Visagent may produce the documents on a later date if agreed upon by the parties.

3. Both parties shall cooperate in good faith to facilitate the production of documents in a timely and effective manner.

**DATED** this 17 day of March, 2009 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge