UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                                          Chapter 11
       Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Renee Jackson [Docket No. 14236] was furnished by mail on March 18, 2009 to Renee Jackson, c/o Christopher Hewett, Esq., 1680 Emerson Street, Jacksonville, Florida 32207.

Dated: March 18, 2009

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
    Stephen D. Busey
    James H. Post (FBN 175460)
    Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785