UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,     )          Case No. 05-03817-3F1
                                                           Chapter 11
         Reorganized Debtors.            )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Stachia Robinson was furnished by mail on March 18, 2009 to Stachia Robinson, c/o Jeanne K. Demarest, Esq., 1515 Poydras Street, Suite 1400, New Orleans, Louisiana  70112.

Dated:  March 18, 2009

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
         Stephen D. Busey
         James H. Post (FBN 175460)
         Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785