UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                           )

WINN-DIXIE STORES, INC., et al.,         )         Case No. 05-03817-3F1
                                                                   Chapter 11
                    Reorganized Debtors.    )         Jointly Administered

_____

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Daihner Burns was furnished by mail on March 18, 2009 to Daihner Burns, c/o J. Scott Nooney, Esq., 1680 Emerson Street, Jacksonville, Florida 32207.

Dated: March 18, 2009

SMITH HULSEY & BUSEY

By _____*s/ James H. Post*_____
       Stephen D. Busey
       James H. Post (FBN 175460)
       Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785