UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case Nos. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON MARCH 19, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates
(collectively, the "Reorganized Debtors"), submit the following agenda of matters to
be heard on March 19, 2009 at 1:30 p.m.:

**Contested Matters**

1.  *Debtors' Objection to the Administrative Claim Filed by Karen Llano
    (Claimant) (Docket Nos. 17419, 21171, 21706, 21813 and 21840)*

    Response Deadline:  Expired.

    Response:          None.

    Status:            The Reorganized Debtors will proceed with the
                       hearing on the Objection.

2.    *Case Management Conference regarding Motion to File a Late Claim or to Reopen the Debtors' Joint Plan of Reorganization filed by Carmen L. Johnson, individually and as friend of Dezra R. Johnson, a minor (Docket Nos. 21773 and 22131)*

    Objection Deadline:   Non-Applicable.

    Objection:            None.

    Status:               The Reorganized Debtors will proceed with the Case Management Conference.

3.    *Case Management Conference regarding Motion of Mariela Levia, individually and as parent and natural guardian of Michael Levia, for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket Nos. 20505 and 22130*

    Objection Deadline:   Non-Applicable.

    Objection:            None.

    Status:               The Reorganized Debtors will proceed with the Case Management Conference.

4.    *Case Management Conference regarding Amended Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, From Section 524 and From Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Artheria Ashe (Docket Nos. 16167 and 22129)*

    Objection Deadline:   Non-Applicable.

    Objection:            None.

    Status:               The Reorganized Debtors will proceed with the Case Management Conference.

5.      *Case Management Conference regarding Motion by Nancy M. Lee to
        Enlarge Time to File Application for Administrative Expenses (Docket
        Nos. 20403 and 22128)*

        Objection Deadline:  Non-Applicable.

        Objection:           None.

        Status:              The Reorganized Debtors will proceed with the
                             Case Management Conference.

6.      *Case Management Conference regarding Motion to Allow Late Filed
        Application for Payment of Administrative Expense of Marion Berrios
        (Docket Nos. 21995 and 22126)*

        Objection Deadline:  Non-Applicable.

        Objection:           None.

        Status:              The Reorganized Debtors will proceed with the
                             Case Management Conference.

7.      *Case Management Conference regarding Motion to Allow Late
        Administrative Expense Claim filed by Diane Posen (Docket Nos. 14834
        and 22126)*

        Objection Deadline:  Non-Applicable.

        Objection:           None.

        Status:              The Reorganized Debtors will proceed with the
                             Case Management Conference.

8.      *Case Management Conference regarding Motion to Allow Late Administrative Expense Claim filed by Jeannelle Gousse (Docket Nos. 14866 and 22125)*

Objection Deadline:  Non-Applicable.

Objection:            None.

Status:               The Reorganized Debtors will proceed with the Case Management Conference.


9.      *Case Management Conference regarding Motion of Jimmie Evans (Claim Number A711201193-0001-01) for Leave to File and/or for Enlargement of Time to File Application for Administrative Claim, and for Determination, Allowance and Payment of Administrative Claim Arising Against the Reorganized Debtors on or about February 26, 2006 (Docket Nos. 16299 and 22124)*

Objection Deadline:  Non-Applicable.

Objection:            None.

Status:               The Reorganized Debtors and the Movant have agreed to continue the Case Management Conference until further notice by either party.


10.     *Case Management Conference regarding Motion of Mark Ronald Briggs to Deem Application for Administrative Expense Timely Filed (Docket Nos. 20841 and 22123)*

Objection Deadline:  Non-Applicable.

Objection:            None.

Status:               The Reorganized Debtors will proceed with the Case Management Conference.

11.   *Case Management Conference regarding the Motion to Allow Late Filed Application filed by Magda Salinas (Docket Nos. 15791 and 22122)*

   Objection Deadline:   Non-Applicable.

   Objection:            None.

   Status:               The Reorganized Debtors will proceed with the Case Management Conference.

12.   *Case Management Conference regarding Motion to Enlarge Time to File Administrative Claim Request filed by Yvette Rodriguez (Docket Nos. 16093 and 22121)*

   Objection Deadline:   Non-Applicable.

   Objection:            None.

   Status:               The Reorganized Debtors will proceed with the Case Management Conference.

13.   *Case Management Conference regarding Motion of Joann Pinder for Enlargement of Time to File Application for Administrative Expense - Post Petition Personal Injury Claim and to Accept Claim as Timely Filed (Docket Nos. 14711 and 22120)*

   Objection Deadline:   Non-Applicable.

   Objection:            None.

   Status:               The Reorganized Debtors will proceed with the Case Management Conference.

14. *Case Management Conference regarding Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, From Section 524 and From Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Reinaldo Perez and Taeme Perallo (Docket Nos. 16007, 16008 and 22119)*

    Objection Deadline:   Non-Applicable.

    Objection:            None.

    Status:               The Reorganized Debtors will proceed with the Case Management Conference.

15. *Case Management Conference regarding Motion to Enlarge Time to File Application for Administrative Expense Claim filed by Linda Nolan (Docket Nos. 15423 and 22118)*

    Objection Deadline:   Non-Applicable.

    Objection:            None.

    Status:               The Reorganized Debtors will proceed with the Case Management Conference.

16. *Case Management Conference regarding Motion of Joanna Naquin and Lloyd Naquin to Deem Application for Administrative Expense Timely Filed (Docket Nos. 16339 and 22117)*

    Objection Deadline:   Non-Applicable.

    Objection:            None.

    Status:               The Reorganized Debtors will proceed with the Case Management Conference.

17.    *Case Management Conference regarding Motion to Deem Timely But Improperly Filed Proof of Claim as a Timely Filed Request for Payment of Administrative Expense filed by Renee Myer (Docket Nos. 20189 and 22116)*

      Objection Deadline:  None.

      Objection:          None.

      Status:            The Reorganized Debtors will proceed with the Case Management Conference.

18.    *Case Management Conference regarding Motion of Debra Kunz to Deem Application for Administrative Expense Timely Filed (Docket Nos. 16208 and 22115)*

      Objection Deadline:  Non-Applicable.

      Objection:          None.

      Status:            The Reorganized Debtors will proceed with the Case Management Conference.

19.    *Case Management Conference regarding Motion to Allow Late Filed Application filed by Dawn Hood (Docket Nos. 16250 and 22114)*

      Objection Deadline:  Non-Applicable.

      Objection:          None.

      Status:            The Reorganized Debtors will proceed with the Case Management Conference.

20.     *Case Management Conference regarding Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, from Section 524 and from Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Sharon Hedrick (Docket Nos. 18204 and 22113)*

  Objection Deadline:  Non-Applicable.

  Objection:          None.

  Status:             The Reorganized Debtors will proceed with the Case Management Conference.

21.     *Case Management Conference regarding Motion to Allow Filing of Application for Administrative Expense filed by Edith Dastas (Docket Nos. 15922 and 22111)*

  Objection Deadline:  Non-Applicable.

  Objection:          None.

  Status:             The Reorganized Debtors will proceed with the Case Management Conference.

22.     *Case Management Conference regarding Motion to Enlarge Time to File Application for Administrative Expense Claim filed by Alba Damian (Docket Nos. 15867 and 22110)*

  Objection Deadline:  Non-Applicable.

  Objection:          None.

  Status:             The Reorganized Debtors will proceed with the Case Management Conference.

23.    *Case Management Conference regarding Motion for Leave to Submit Late Motion for Allowance and Payment of Claim filed by Ruby Banks (Docket Nos. 16475 and 22109)*

Objection Deadline:    Non-Applicable.

Objection:    None.

Status:    The Reorganized Debtors will proceed with the Case Management Conference.


24.    *Case Management Conference Regarding Motion to Enlarge Time to File Administrative Claim Request filed by Sharon Bebout (Docket Nos. 16485 and 22108)*

Objection Deadline:    Non-Applicable.

Objection:    None.

Status:    The Reorganized Debtors will proceed with the Case Management Conference.


Dated:  March 17, 2009.


SMITH HULSEY & BUSEY


By    *s/ James H. Post*
         Stephen D. Busey
         James H. Post
         Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00645277