UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc.,                    Case No.: 3:05-bk-03817-JAF

      Debtor
_____/

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW, Tax Collectors for Madison County, Hinds County, Marion County, Forrest County, Yazoo County, Lauderdale County, Rankin County, Pike County, and Jones County, Mississippi ("Mississippi Tax Collectors"), by and through their undersigned counsel, and file this Motion for Substitution of Counsel, and in support thereof state as follows:

1. The Debtor filed a voluntary petition under Chapter 11 bankruptcy on February 21, 2005;

2. A Notice of Appearance was filed on behalf of Mississippi Tax Collectors by Richard R. Thames, Esquire, of Stutsman, Thames & Markey, P.A. on September 25, 2006 with Docket No. 11322.

3. The Mississippi Tax Collectors have chosen Robert Altman, Esquire, of Robert Altman, P.A. to be substituted as counsel to represent their respective interests in this bankruptcy case.

4. Below are the signatures of Bradley R. Markey, Esquire, on behalf of Stutsman, Thames & Markey, P.A. and Mississippi Tax Collectors, and Robert Altman,

Esquire, on behalf of Robert Altman, P.A. evidencing the agreement of the parties to substitution of counsel.

WHEREFORE, Mississippi Tax Collectors request that this Court allow Robert Altman, Esquire, of Robert Altman, P.A. to be substituted as counsel to represent their respective interests in this bankruptcy case.

Dated: March _17th_, 2009.

| STUTSMAN, THAMES & MARKEY, P.A. | ROBERT ALTMAN, P.A. |
|---|---|
| _/s/ Bradley R. Markey_ | _/s/ Robert Altman_ |
| Bradley R. Markey, Esquire | Robert Altman, Esquire |
| Florida Bar No.: 0984213 | Florida Bar No.: 346861 |
| 50 North Laura Street, Suite 1600 | 5256 Silver Lake Drive |
| Jacksonville, Florida 32202 | Palatka, Florida 32177 |
| (904) 358-4000 | (386) 325-4691 |
| (904) 358-4001 facsimile | (386) 325-9765 facsimile |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Motion for Substitution of Counsel was served on Rule 1007-2 Parties-in-Interest List Mailing Matrix on the _19th_ day of March, 2009 by U.S. Mail, first class postage prepaid or electronic filing system CM/ECF.

_/s/ Robert Altman_
Robert Altman, Esquire

Label Matrix for local noticing
113A-3
Case 3:05-bk-03817-JAF
Middle District of Florida
Jacksonville
Wed Mar 18 08:42:44 EDT 2009

Albert H. Adams, Jr.
P.O. Box 910,
Eufaula, AL 36072-0910


Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103-6995


Bill Donegan, as Orange County Property Appr
c/o Ken Hazouri, Esq. and Bart Valdes, E
332 N. Magnolia Ave.
Orlando, FL 32801-1609


Burlington Associates LP
c/o Mitchell S. Rosen, Esq.
Rosen Law Group, LLC
950 E. Paces Ferry Road, Suite 3250
Atlanta, Georgia 30326-1388


Cardinal Entities Company, LLC
c/o Bradley R. Markey, Esq.
121 W. Forsyth Street
Suite 600
Jacksonville, FL 32202-3848


Citrus World, Inc., d/b/a Florida's Nat
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353


Conecuh Sausage Co., Inc.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207-9024


Earl M. Barker, Jr.
Slott, Barker & Nussbaum
334 East Duval Street
Jacksonville, Florida 32202-2718


Gehr Florida Development, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207-9024


ACE American Insurance Company
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4001

Appraisers Associated Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207-9024


Baker Botts L.L.P.
2001 Ross Avenue
Dallas, Texas 75201-2980


Brian J. Grieco
Hogan & Hartson L.L.P.
875 Third Avenue
New York, New York 10022-6225


C Daniel Motsinger
Krieg DeVault LLP
One Indiana Square, Suite 2800
Indianapolis
IN 46204-2017


Catherine A Harrison
Miller & Martin PLLC
1170 Peachtree Street NE, Suite 800
Atlanta GA 30309-7706


Cole Fine Foods
c/o Roy S. Kobert, Esquire
Broad and Cassel
P.O. Box 4961
Orlando, Florida 32802-4961


Day Properties, Inc.
c/o Robert Laney, Esquire
906 Main Street
North Wilkesboro, NC 28659-4216


Elston/Leetsdale, LLC
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207-9024


Gene B Tarr Esq
Attorney for Domino Foods, Inc. and
Florida Crystals Food Corporation
PO Drawer 25008
Winston-Salem NC 27114-5008


Ad Hoc Committee of Winn-Dixie Retirees
c/o Friedline & McConnell, P.A.
1756 University Blvd. S.
Jacksonville, FL 32216-8929



Arthur J. Spector
Berger Singerman, P.A.
350 E. Las Olas Boulevard
Suite 1000
Fort Lauderdale, FL 33301-4215


Bi-Lo, LLC
Kilpatrick Stockton LLP
C/o Paul M. Rosenblatt
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530


Buffalo Rock Co.
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353


CapMark Services, Inc., as servicer
c/o Duane Morris LLP
Attention: Margery N. Reed, Esquire
Wendy M. Simkulak, Esquire
30 South 17th Street
Philadelphia, PA 19103-4001


Christian A. Petersen, Esquire
Gunster, Yoakley & Stewart, P.A.
500 E. Broward Blvd. Suite 1400
Fort Lauderdale, Florida 33394-3024


Concord-Fund IV Retail, L.P.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207-9024


Dena Copulsky Kaufman
Hogan & Hartson L.L.P.
875 Third Avenue
New York, NY 10022-6225


Flagler Retail Associates, Ltd.
c/o Held & Israel
1301 Riverplace Blvd. #1916
Jacksonville, FL 32207-9024


Gustafson's, LLC
c/o R. Scott Shuker
Gronek & Latham, LLP
P.O. Box 3353
Orlando, FL 32802-3353

| | | |
|---|---|---|
| HMAC 1999-PH1 WATAUGA CENER LLP<br>C/O RUSSELL REID<br>TIMES SQUARE TOWERS<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036-6524 | Herman and Margie Hautau<br>c/o Gregory K. Crews, Esquire<br>300 West Adams St., Ste. 200<br>Jacksonville, Florida 32202-4340 | Hillandale Farms, Inc.<br>Post Office Box 2109<br>Lake City, Florida 32056-2109 |
| Inland Retail Real Estate Trust, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | International Business Machines Corp.<br>%Ronald J. Marlowe<br>ARNSTEIN & LEHR LLP<br>1110 N. Florida Ave.<br>Tampa, FL 33602-3300 | Ira S. Greene<br>Hogan & Hartson L.L.P.<br>875 Third Avenue<br>New York, NY 10022-6225 |
| Jerrett M. McConnell<br>1756 University Blvd. S.<br>Jacksonville, FL 32216-8929 | Jimmy R. Summerlin, Jr.<br>Young, Morphis, Bach & Taylor, LLP<br>P.O. Drawer 2428<br>Hickory, NC 28603-2428 | John J. Cruciani<br>Blackwell Sanders Peper Martin, LP<br>4801 Main Street, Ste. 1000<br>Kansas City, MO 64112-2551 |
| John J. Wiles, Esq.<br>Wiles & Wiles<br>800 Kennesaw Avenue<br>Suite 400<br>Marietta, Georgia<br>30060-7946 | Joseph C. Weinstein<br>Squire Sanders & Dempsey L.L.P.<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1217 | Kenneth C Baker Esq<br>Eastman & Smith Ltd<br>One SeaGate 24th Floor<br>Toledo OH 43604-1558 |
| Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530 | Kite Realty Group Trust<br>c/o Roy S. Kobert, Esquire<br>Broad and Cassel<br>P.O. Box 4961<br>Orlando, Florida 32802-4961 | Kristen F. Trainor<br>Shook, Hardy & Bacon LLP<br>2555 Grand Blvd.<br>Kansas City, MO 64108-2613 |
| Kyle R. Grubbs, Esq.<br>Frost Brown Todd LLC<br>2200 PNC Center<br>201 East Fifth Street<br>Cincinnati, OH 45202-4152 | Lassiter Properties, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>PO Box 3353<br>Orlando, FL 32802-3353 | Lassiter Properties, LP<br>c/o James L. Paul/John K. Rezac<br>Chamberlain Hrdlicka et al.<br>191 Peachtree St., NE 9th Floor<br>Atlanta, GA 30303-1740 |
| Lenoir Partners LLC<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326-1388 | Liberty Mutual Insurance Company<br>C/O Jeffrey C. Regan<br>Hedrick Dewberry Regan & Durant, P.A.<br>50 N. Laura Street<br>Suite 1600<br>Jacksonville, FL 32202-3614 | Long Wholesale, Inc. d/b/a CCC Beauty Supply<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207-9024 |
| Mandarin Loretto Development, Ltd.<br>c/o John H. McCorvey, Jr.<br>4595 Lexington Ave., Suite 100<br>Jacksonville, FL 32210-2058 | Maples Gas Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207-9024 | Margaret C. Lumsden<br>Unti & Lumsden LLP<br>302 Jefferson Street<br>Suite 200<br>Raleigh, NC 27605-1274 |
| Mark A. Thompson<br>DeKalb County Law Dept., 5th Floor<br>1300 Commerce Drive<br>Decatur, GA 30030-3222 | Marshall G. Reissman, Esq.<br>5150 Central Avenue<br>St. Petersburg, FL 33707-1833 | Mary L. Fullington<br>c/o Wyatt, Tarrant & Combs, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507-1726 |
| Matt E. Beal, Esq.<br>Lowndes Law Firm<br>P.O. Box 2809<br>Orlando FL 32802-2809 | Meridian Coca-Cola Bottling Company<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207-9024 | Metro-Goldwyn-Mayer Home Entertainment, LLC<br>c/o Alan M. Weiss, Esq.<br>Holland & Knight LLP<br>50 North Laura Street, Suite 3900<br>Jacksonville, FL 32202-3622 |

| | | |
|---|---|---|
| Montgomery Warehouse, L.L.C.<br>c/o Richard A. Robinson, Esquire<br>Baker & Hostetler LLP<br>200 South Orange Avenue<br>SunTrust Center, Suite 2300<br>Orlando, Florida 32801-3410 | Montgomery Warehouse, L.L.C.<br>c/o Eric S. Golden, Esquire<br>Baker & Hostetler LLP<br>200 South Orange Avenue<br>SunTrust Center, Suite 2300<br>Orlando, Florida 32801-3410 | Mosby's Packing Company, Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd. #1916<br>Jacksonville, FL 32207-9024 |
| Northeast MS Coca-Cola Bottling Co., Inc.<br>c/o Held & Israel<br>1301 Riverplace Blvd., #1916<br>Jacksonville, FL 32207-9024 | Oakwood Village Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road<br>Atlanta, Georgia 30326-1180 | Peter E. Nicandri<br>14 East Bay Street<br>Jacksonville, FL 32202-3413 |
| Potter Square Associates<br>c/o Mitchell S. Rosen, Esq.<br>Rosen Law Group, LLC<br>950 E. Paces Ferry Road, Suite 3250<br>Atlanta, Georgia 30326-1388 | Principal Life Insurance Company<br>c/o Duane Morris LLP<br>Attention: Margery N. Reed, Esquire<br>Wendy M. Simkulak, Esquire<br>30 South 17th Street<br>Philadelphia, PA 19103-4001 | Quaker Sales and Distribution, Inc.<br>c/o Brian A. Audette<br>DLA Piper US LLP<br>203 N. LaSalle St., Ste 1900<br>Chicago, IL 60601-1263 |
| Rachel E. Adams, Esq.<br>200 S. Orange Avenue<br>Suite 1220<br>Orlando, Florida 32801-3439 | Randall A. Rios<br>700 Louisiana<br>Ste 77002-2700 | Regina Wedig<br>Bordelon & Theriot<br>1944 First St<br>Slidell, La 70458-3202 |
| Robert Abney Fricks, Esq.<br>Attorney for Retreat Village Management<br>The Fricks Firm, P.C.<br>239-B Smithville Church Road<br>Warner Robins, Georgia 31088-6486 | Robert D. Wilcox<br>Wilcox Law Firm<br>10201 Centurion Parkway N., Suite 600<br>Jacksonville, FL 32256-4102 | Russell Reid, Esq.<br>Heller Ehrman LLP<br>Times Square Tower<br>Seven Times Square<br>New York, New York 10036-6524 |
| Shawn Christianson, Esq.<br>Buchalter Nemer, P.C.<br>333 Market Street, 25th Floor<br>San Francisco CA 94105-2126 | Southeast Milk, Inc.<br>c/o R. Scott Shuker<br>Gronek & Latham, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | Southeast-Atlantic Beverage Corporation<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main St., 17th Floor (29201)<br>PO Box 11070<br>Columbia, SC 29211-1070 |
| Southern Family Markets Acquisition LLC<br>Kilpatrick Stockton LLP<br>C/o Paul M. Rosenblatt<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530 | TA Cresthaven, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207-9024 | TA/Western, LLC<br>c/o Held & Israel<br>1301 Riverplace Blvd #1916<br>Jacksonville, FL 32207-9024 |
| The Coca-Cola Company<br>c/o Alan M. Weiss<br>Holland & Knight LLP<br>50 North Laura Street<br>Suite 3900<br>Jacksonville, FL 32202-3622 | Thomas R. Lehman, P.A.<br>1441 Brickell Avenue<br>15th Floor<br>Miami<br>FL 33131-3430 | Thomas R. Lehman, P.A.<br>Tew Cardenas LLP<br>1441 Brickell Avenue<br>15th Floor<br>Miami, FL 33131-3430 |
| Wanda Borges<br>Borges & Associates, LLC<br>575 Underhill Blvd., Suite 110<br>Syosset, NY 11791-3416 | William E Steffes<br>Steffes Vingiello & McKenzie,LLC<br>13702 Coursey Blvd., Bldg. 3<br>Baton Rouge, LA 70817-1370 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Arthur J. Spector<br>Berger Singerman, P.A.<br>350 E. Las Olas Boulevard<br>Suite 1000<br>Fort Lauderdale, FL 33301-4215 | (u)Russell Reid | End of Label Matrix<br>Mailable recipients    85<br>Bypassed recipients     2<br>Total                  87 |