UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, DIVISION

IN re:  Case No. 05-03817-3F1

WINNIE-DIXIE STORES, INC, et al.,  CHAPTER 11

Reorganized Debtors,  Jointly Administered

**CLAIMANT KAREN LLANO FILES HER MOTION FOR CONTINUANCE**

The Claimant files her Motion for Continuance based on the Facts. The two reasons Are listed below. These medical records and letters from attorneys are filed for Court to Consider.

The needs for this Continuance are based on Karen Llano attempt to hire counsel. These two e-mails are proof that the attempt was made by her. The first e-mail response from G. Glenn, Warren, Esquire Harris, Guidi, Rosner, Dunlap & Rudolph, P. A. who declined. But referred me to Jacksonville Bar Association. The second e-mail from JLUDWIG&LUDWIG Law Firm is enclosed. My documents Were mailed to them but they have not had enough time to respond. Claimant prays the Court will continue this hearing to give the attorneys time to look over my case.

The second reason is based on my medical condition. The cancelation of my knee surgery was Due to a new suspected Cancer Lump on my neck. The Cancer physician ordered Cat scans and a biopsy. The Pathologists and physician are requesting surgery soon. The pathologists cannot rule out Lymphoma cancer. The new Cancer physicians have set the appointment for March 17, 2009. I have enclosed these medical records to prove this is true.

WHEREFORE, the Claimant respectfully request the Court to enter an order granting the Claimant's Motion for Continuance based on these two facts. Claimant has not filed this Motion For delay but that Justice will be served. Debtors will not be harmed by this Continuance.

KAREN LLANO<br>
BY /s/ Karen Llano<br>
KAREN LLANO<br>
13662 Oak Valley Drive<br>
Platte City, Mo 64079<br>
(816) 431-6325

I w Re:
Winnie-Dixie IWCStores, et al
Reorgani... Debtor

Case #: 05038173f1
Chapter 11
Jointly Administ...



Try the Jacksonville Bar Association referral service.  399-5780.  Good Luck.

G. Glenn Warren, Esquire
Harris, Guidi, Rosner,
Dunlap, & Rudolph, P.A.
1837 Hendricks Avenue
Jacksonville, Florida 32207
telephone: 904.398.9002
facsimile:  904.399-1718


This information is confidential and privileged and is subject to the work product doctrine.  If you are not the intended recipient, please return this document to the sender and notify the sender at 904-398.9002.  If you are not the intended recipient, you must not use, disseminate, distribute or copy this email message or its attachments.


-----Original Message-----
From: sliano@kc.rr.com [sliano@kc.rr.com]
Sent: Sunday, March 08, 2009 6:54 PM
To: warren@harrisguidi.com
Subject:

HELLO,

I AM A WINN-DIXIE CALIMANT, BUT FILE MY ANSWER LATE. I NEED AN ATTORNEY.
A HEARING IS SET TO HEAR MY LATE CLAIM. CAN YOU HELP? OR REFER ME?

KL

IWRE:
Winnie-Dixie INC et al

Case#: 05 03817-3fl
Chapter 11

Reorganized Creditors

Jointly Administered



**Read Message**

From: jLudwig <jludwig@ludwiglaw.net>
To: sllano@kc.rr.com
Cc:
Subject: RE:
Priority: Normal   Date: Monday, March 9, 2009 12:04 PM   Size: 3 KB

We may be able to. You can contact this office for an appointment. Jeff Ludwig  904-281-0145

-----Original Message-----
From: sllano@kc.rr.com [sllano@kc.rr.com]
Sent: March 08, 2009 7:00 PM
To: JLUDWIG@LUDWIGLAW.NET
Subject:

HELLO,

   I AM A WINN-DIXIE CLAIMANT THAT FILED MY LATE CLAIM DUE TO CANCER. I NEED AN ATTORNEY TO HELP ME APPEAR IN COURT. CAN YOU HELP ME? OR REFER ME?

   KL

Previous Message | Next Message

# Saint Luke's Cancer Institute
## SAINT LUKE'S HEALTH SYSTEM

saintlukeshealthsystem.org

Dear Ms/Mr. Uano ,

Your physician has referred you to Specialists in Cancer Care for consultation, evaluation, and/or treatment. Drs. **Wallace, Dudzinski, Byers,** and **Shoup** are referral based gynecologic oncologists. Drs. **Shwaiki, Garg, Gaur, Hart** and **Young** are Medical Oncologists and Hematologists.

St. Luke's Cancer Institute located in the Medical Plaza III Building, in Suite #4000 at Saint Luke's Hospital campus. Our address is 4321 Washington Street, Kansas City, MO 64111. A map of the hospital complex and general directions are enclosed.

For the comfort of yourself and others if you must bring children with you under the age of 12 that we ask they be accompanied by another adult.

*Our clinic policy is children under the age of 12 are not allowed in our chemotherapy infusion area for their safety and the safety of our other patients who might be susceptible to infections.*

## INSURANCE RESPONSIBILITY

Consult your insurance benefit plan prior to your appointment at our office. Ultimately, it is the responsibility of the patient. Many HMO insurance carriers require **written referral forms** from your primary care physician.

## MEDICAL RECORDS

It is important for our doctors to review your medical records prior to your visit to give you the best care possible. Check with your physician's office. You will need to sign a medical release form at your physician's office and ask them to send your records to us. Please confirm that your records have been faxed prior to your appointment Our fax number is (816) 932-5793.

## REGISTRATION

Please arrive at the front desk at the registration time listed below. You will be seen as close as possible to your appointment time. If you are late, scheduling may not allow you to be seen as efficiently and promptly, or you may be rescheduled. For your convenience we have included paperwork that you should fill out and bring with you at time of appointment.

If you have any questions or concerns regarding your appointment, please do not hesitate to contact our office at (816) 932-3300. Any medical questions you might have will be directed to one of our oncology nurses. We look forward to meeting you and assisting with your care at The Cancer Institute and Saint Luke's Hospital.

APPOINTMENT DAY: 3.17.09   WITH DOCTOR: Young

APPOINTMENT TIME: 10:30am   REGISTRATION TIME: 10:00am

4321 Washington, Suite 4000 • Kansas City, MO 64111 • Phone: 816-932-3300 • Fax: 816-932-5793

Saint Luke's Health System is an Equal Opportunity Employer. Services are provided on a nondiscriminatory basis.



2750 Clay Edwards Dr. Suite 420
North Kansas City, MO 64116
Tel: (816) 241-3338   Fax: (816) 241-6531

## SURGICAL PATHOLOGY REPORT

Patient Name: **LLANO, KAREN SUE**
Patient Phone: 816-431-6325
DOB/Age/Sex: 12/2/1942 (Age: 66) /F

Patient ID #: 01855475
Related Case #: B0902802062

Specimen #: **S09-2871**
Date Collected: 1/29/2009
Date Received: 1/30/2009
Date Reported: 2/2/2009

Clinician: David Marcus, M.D.

Client: St. Luke's Northland Hospital-BR

**Clinical History/Impression:**
Postcervical lymph node enlargement

**Specimen Labeled:**
Post cervical lymph node, 19 ga

### MICROSCOPIC INTERPRETATION

Post cervical lymph node, core biopsy:
    **Small fragments of lymph node with a predominant small lymphocytic population.**
    **No metastatic carcinoma, or large cell lymphoma identified, no granulomas are seen, see comment.**

Comment: Since the architecture cannot be appreciated in these small fragments, a small cell lymphoma cannot be ruled out. If clinical concern persists, an excisional biopsy with flow cytometry is recommended.

Pablo J. Hernandez-Rios, M.D. FCAP
** Report Electronically Signed Out **

PHR 02/02/09 (N) LWD

**Gross Description:**
The specimen is received in zinc formalin, labeled with the patient's name and further designated "posterior cervical lymph node." The specimen consists of multiple cores of tan brown rubbery tissue collectively measuring 1.1 x 0.5 x 0.1 cm. The specimen is wrapped and entirely submitted in cassette (1A). (JP)

MTS:jxp

*[handwritten: Set-up]*

*[handwritten: Set up, mail to pt]*

LLANO, KAREN SUE      End of Report      Page 1 of 1
R.L. Breckenridge, MD   M.T. Stivers, MD   D.A. Borek, MD   K.A. Richards, MD   G.R. Fraga, MD   E.L. Hunt, MD   P.J. Hernandez, MD   K.C. Spengel, DO

*In re Winn-Dixie Stores, et al*
01/09/2009
*Reorganized Debtors*

Case No: 6503817-3F1
Chapter 11
Jointly Administered

Karen S. Llano
DOB: 12/02/1942
MRN: 73141-01

**HISTORY OF PRESENT ILLNESS:** Karen is seen today because of discomfort in the area of the reconstructive right breast and a new right neck lymph node. Karen is a 66-year-old Caucasian female with a very extensive past history regarding her breast cancer. See extensive note from 12/14/07 regarding her previous treatments in Chapel Hill, North Carolina and Fort Benning, Augusta, Georgia, Emory, and Columbus. She has been dissatisfied with her reconstruction which was performed in 2005 and revised in Atlanta or Columbus in October 2006. She has a past history of breast cancer, hypothyroidism, hyperlipidemia, hypertension, and arthritis.

**MEDICATIONS:** Arimidex 1 mg daily, Zocor 40 mg daily, lisinopril 10 mg daily, levothyroxine 25 mcg daily, Meridia 10 mg daily, multivitamin daily, B complex daily, vitamin D daily, and ibuprofen p.r.n.

**ALLERGIES:** None.

**SOCIAL HISTORY:** Unchanged.

**FAMILY HISTORY:** Unchanged.

**REVIEW OF SYSTEMS:** Karen is not happy with the right breast reconstruction. She notes a new lymph node in the right posterior upper neck.

**PHYSICAL EXAMINATION:** General: Pleasant, conversant Caucasian female. Vital signs: Weight 142 pounds, temperature 98.1°, pulse 102, respirations 18, and blood pressure 118/72. HEENT: No scleral icterus. Neck: She does have a new enlarged right upper posterior cervical lymph node. This is almost in the occipital area. This measures 3 cm. No other lymph nodes noted in the neck or axillary region. Breasts: Right breast reconstructed with saline implant in place and significant scarring related to previous lumpectomy. No palpable mass or adenopathy. No arm edema noted. Left breast status post reduction mammoplasty. No palpable mass or adenopathy. The keloid-type lesion measuring slightly greater than 1 cm with the superior and lateral to left breast is identical to one year ago. This is likely a keloid. Abdomen: Positive bowel sounds and nontender. Extremities: Nonedematous.

**IMPRESSION & PLAN:**
1. History of invasive ductal carcinoma of the breast. Unfortunately, her care in Chapel Hill, Fort Benning, Augusta, Georgia, Emory and Columbus was very disjointed. She sought four different opinions to her first diagnosis and did not receive the recommended treatment. She declined chemotherapy. I am concerned about the right posterior cervical lymph node that certainly could present recurrent disease. She also notes some abdominal symptomatology. We will plan a PET/CT scan and then likely will proceed with biopsy of the cervical lymph node. I suspect she does have recurrent breast cancer.

Continued...

KANSAS CITY CANCER CENTER
MAUREEN H. SHEEHAN, M.D.
8700 N. Green Hills Road
Kansas City, MO 64154
(816) 746-4570

Page 1 of 2

01/09/2009                                                                                          RE: Karen S. Llano

2.  She would like to meet with a local plastic surgeon regarding reconstruction of the right breast. This will all defend upon whether or not she has recurrent disease. If she does have recurrent disease, this will not need to be placed on hold.

Maureen H. Sheehan, M.D.

MHS/Accutype 0337390D_1.RTF

D: 01/12/2009
T: 01/12/2009


cc:   Regina M. Nouhan, M.D.

Page 2 of 2

**KANSAS CITY CANCER CENTER**
MAUREEN H. SHEEHAN, M.D.
8700 N. Green Hills Road
Kansas City, MO 64154
(816) 746-4570

*In Re:*
*Winnie-Dixie Stores Inc, et al*
*Reorganized Debtors*

*(Case No. 05638173-f)*
*Chapter 11*
*Dimthy Administered*

01/13/2009

Karen S. Llano
DOB: 12/02/1942
MRN: 73141-01

**HISTORY OF PRESENT ILLNESS:** I evaluated Karen on January 9 because of a new lymph node in the right upper neck. I ordered a PET/CT scan. She apparently has an upcoming elective knee surgery and called Monday wanting to have the PET/CT scan before surgery which is apparently scheduled for Wednesday. We have been trying to work with our radiologist and with St. Luke's, but we have not been able to work in the scan in a convenient time fashion for her for her surgery. I am not sure what her upcoming surgery is, but I believe it is an elective knee surgery. She had not mentioned this at all on our January 9 office visit. Karen dropped by today some papers that she had copied out of a book regarding lymphedema and postoperative arm exercises as well as monitoring for cancer recurrence.

*[signature]*

Maureen H. Sheehan, M.D.

MHS/Accutype 03374759_1.RTF

D: 01/13/2009
T: 01/14/2009

**KANSAS CITY CANCER CENTER**
MAUREEN H. SHEEHAN, M.D.
8700 N. Green Hills Road
Kansas City, MO 64154
(816) 746-4570

Page 1 of 1