## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION
## TO THE CLAIM FILED BY KAREN LLANO

This case came before the Court for hearing on March 19, 2009 on the Debtors' Objection to the Application for Payment of Administrative Expense Claim Filed by Karen Llano (Docket No. 21706) (the "Objection").  Upon the evidence presented at the hearing, the Court finds that:

1.      Karen Llano (the "Claimant") filed an application for administrative expense for a personal injury based upon a claim that arose on June 3, 2005 at a Winn-Dixie store in Mobile, Alabama (Docket Nos. 17419 and 21171) (the "Administrative Claim").

2.      Section 6-2-38, Code of Alabama, requires that an action founded on any injury to the person must be brought within two years.

3.      Claimant has not filed a complaint in the appropriate non-bankruptcy court based upon her personal injury.  Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4.    Because the date upon which the claim is based is June 3, 2005, the Claimant was required under Alabama law to commence the prosecution of a civil action by June 4, 2007.

5.    Because the claimant did not file a civil action to preserve her claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and her claim must be disallowed.  Upon the foregoing, it is

ORDERED:

1.    The Objection is sustained.

2.    The Administrative Claim filed by the Claimant (Docket Nos. 17419 and 21171) is disallowed.

Dated this __19__ day of March, 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00635275