UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Claim Filed by Karen Llano (Docket No. 22213) entered by the Court on March 19, 2009, was furnished by mail on March 20, 2009 to Karen Sue Llano, 13662 Oak Valley Drive, Platte City, MO 64079.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00647157