UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON MOTION TO FILE LATE CLAIM OR TO REOPEN THE DEBTORS' JOINT PLAN OF REORGANIZATION FILED BY CARMEN L. JOHNSON, INDIVIDUALLY AND AS A FRIEND OF DEZRA R. JOHNSON, A MINOR

This case came before the Court for hearing on March 19, 2009, on the Debtors' Notice of Case Management Conference (Docket No. 22131) as to the Motion to File A Late Claim or To Reopen the Debtors' Joint Plan of Reorganization filed by Carmen L. Johnson, Individually and as a friend of Dezra R. Johnson, a minor (Docket No. 21773) (the "Motion"). Carmen L. Johnson, Individually and as a friend of Dezra R. Johnson, a minor (the "Claimant") did not appear at the hearing.[1] Upon consideration, it is

ORDERED AND ADJUDGED:

The Motion is denied.

Dated this 19 day of March, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00645957

---

[1] The Notice of Case Management Conference (Docket No. 22131) stated that the Debtors would seek the disallowance of the claim if the Claimant failed to appear at the hearing.