**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

<u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the Order on Motion to Enlarge time to File Administrative Claim Request filed by Sharon Bebout has been furnished electronically or by mail to Michael S. Kogan, Esq., 9401 Wilshire Blvd., 9th Floor, Beverly Hills, California  90212 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 20th day of March, 2009.

SMITH HULSEY & BUSEY

By: <u>s/  Leanne McKnight Prendergast</u>
        James H. Post
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00647256