## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.,* | ) | |
| Plaintiffs, | ) | Adversary No. 3-09-ap-00033 |
| v. | ) | |
| BRODERICK GAMBLE, | ) | |
| Defendant. | ) | |

### PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT
### AGAINST DEFENDANT, BRODERICK GAMBLE

Plaintiffs move the Court pursuant to Rule 7055, Federal Rules of Bankruptcy Procedure, for the entry of a final judgment against defendant, Broderick Gamble, and say:

1.   This action was filed on November 18, 2008.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2

2. A Summons was issued in connection with this action on February 6, 2009.

3. Process was duly served upon defendant February 6, 2009, pursuant to Rule 7004(e), Federal Rules of Bankruptcy Procedure and this Court's Order as to Preparation, Service and Return of Process and Establishing Motion Hearing Procedures on February 6, 2009.

4. Defendant, Broderick Gamble, has not filed an answer or motion in this proceeding within 30 days of the issuance of the summons as required by Rule 7012(a), Federal Rules of Bankruptcy Procedure, and has not requested or obtained an extension of time within which to do so.

5. Plaintiffs filed a motion for default against defendant, Broderick Gamble, on March 10, 2009.

6. A default was entered against defendant, Broderick Gamble, by the Clerk of the Court on March 20, 2009.

WHEREFORE, Plaintiffs respectfully request the entry of a final judgment by default against defendant, Broderick Gamble.

Dated: March 23, 2009.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Plaintiffs

00645863