UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON MOTION OF JOANNA NAQUIN AND LLOYD NAQUIN TO DEEM APPLICATION FOR ADMINISTRATIVE EXPENSE TIMELY FILED

This case came before the Court for hearing on March 19, 2009, on the Debtors' Notice of Case Management Conference (Docket No. 22117) as to the Motion of Joanna Naquin and Lloyd Naquin to Deem Application for Administrative Expense Timely Filed (Docket No. 16339) (the "Motion"). Joanna Naquin and Lloyd Naquin (the "Claimants") did not appear at the hearing.[1] Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Motion is denied.

2. The Application for Allowance of Administrative Expense Status filed by the Claimants (Docket No. 16339) is disallowed in its entirety.

Dated this 19 day of March, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00646047

---

[1] The Notice of Case Management Conference (Docket No. 22117) stated that the Debtors would seek the disallowance of the claim if the Claimants failed to appear at the hearing.