# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )        Chapter 11

            Reorganized Debtors.        )        Jointly Administered

## ORDER ON MOTION OF DEBRA KUNZ TO DEEM APPLICATION FOR ADMINISTRATIVE EXPENSE TIMELY FILED

This case came before the Court for hearing on March 19, 2009, on the Debtors'

Notice of Case Management Conference (Docket No. 22115) as to the Motion of Debra

Kunz to Deem Application for Administrative Expense Timely Filed (Docket No. 16208)

(the "Motion").  Debra Kunz (the "Claimant") did not appear at the hearing.[1]  Upon

consideration, it is

ORDERED AND ADJUDGED:

1.    The Motion is denied.

2.    The Application for Allowance of Administrative Expense Status filed by

the Claimant (Docket No. 16208) is disallowed in its entirety.

Dated this 19 day of March, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00646063

---

[1] The Notice of Case Management Conference (Docket No. 22115) stated that the Debtors would seek the disallowance of the claim if the Claimant failed to appear at the hearing.