**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

CERTIFICATE OF SERVICE

I certify that a copy of the Order on Motion by Nancy M. Lee to Enlarge Time to File Application for Administrative Expense Claim has been furnished electronically or by mail to Nancy M. Lee, c/o Edward P. Jackson, Esq., 255 N. Liberty Street, First Floor, Jacksonville, FL 32202 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 23rd day of March, 2009.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00647258