UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

CERTIFICATE OF SERVICE

I certify that a copy of the Order on Motion of Joann Pinder for Enlargement of Time to File Application for Administrative Expense – Post Petition Personal Injury Claim and to Accept Claim as Timely Filed has been furnished electronically or by mail to Joann Pinder, c/o David J. Tong, Esq., 201 E. Kennedy Blvd., Suite 600, Tampa, FL 33602 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 23rd day of March, 2009.

                                                  SMITH HULSEY & BUSEY

                                                  By: *s/ Leanne McKnight Prendergast*
                                                       James H. Post
                                                       Leanne McKnight Prendergast

                                                  Florida Bar Number 59544
                                                 225 Water Street, Suite 1800
                                                 Jacksonville, Florida 32202
                                                 (904) 359-7700
                                                 (904) 359-7708 (facsimile)
                                                 lprendergast@smithhulsey.com

                                                 Attorneys for Winn-Dixie Stores, Inc.

00647412