## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order on Motion of Joanna Naquin and Lloyd Naquin to Deem Application for Administrative Expense Timely Filed has been furnished electronically or by mail to of Joanna Naquin and Lloyd Naquin, c/o Brett A. Mearkle, Esq., 6817 Southpoint Parkway, Suite 1302, Jacksonville, Florida  32216 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 23rd day of March, 2009.

SMITH HULSEY & BUSEY


By: *s/  Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00647418