UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Norma Hord [Docket No. 13413] was furnished by mail on March 25, 2009 to Norma Hord, c/o Donny A. Owens, Esq., Morgan & Morgan, P.A., 76 S. Laura Street, Suite 1100, Jacksonville, Florida 32202-3433.

Dated: March 25, 2009

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
      Stephen D. Busey
      Leanne McKnight Prendergast
          (FBN 059544)
      Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00647714