UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that Peter E. Nicandri, of the law firm of Milam Howard Nicandri Dees & Gillam, P.A. and counsel for creditor FWI 16 LLC, should be removed from all service lists in this action.

Dated this 25th day of March, 2009.

Respectfully submitted,

MILAM HOWARD NICANDRI
DEES & GILLAM, P.A.

By:  /s/ Peter E. Nicandri
    Peter E. Nicandri
    pnicandri@milamhoward.com
    Florida Bar No.  823090
    14 East Bay Street
    Jacksonville, Florida 32202
    Tel:  (904) 357-3660
    Fax: (904) 357-3662

Attorneys for FWI 16 LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed through the CM/ECF filing system, which will cause a copy to be served on all parties participating in the CM/ECF System including:

> James H. Post, Esq.
> Smith Hulsey & Busey
> 225 Water Street, Suite 1800
> Jacksonville, FL  32202
> Counsel for the Reorganized Debtors

By:  */s/ Peter E. Nicandri*
Attorney