UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIES STORES, INC. et al.,                    Case No. 05-bk-03817-3F1

Debtors                                              Chapter 11
_____/

**MOTION FOR RE-HEARING ON CLAIMANT'S MOTION BY ALBA DAMIAN TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE CLAIM AND MOTION TO VACATE ORDER ENTERED MARCH 19, 2009**

COMES NOW the Movant, ALBA DAMIAN (DAMIAN), by and through the undersigned counsel, and pursuant to Federal Rule of Civil Procedure Rule 60 (b) hereby moves this Court for a Re-Hearing on Claimant's Motion by Alba Damian to Enlarge Time to File Application for Administrative Claim and Motion to Vacate Order Entered March 19, 2009, and as grounds would show the court:

1. On behalf of Alba Damian, a Motion to Enlarge Time to File Application for Administrative Claim was timely filed electronically with this Court on April 6, 2007.

2. That motion seeks permission from this court to allow Ms. Damian's injury claims to move forward towards resolution.

3. Although a member of the United States District Court of Florida – Southern District, the undersigned is/was not a member of the Middle District of Florida.

4. The undersigned sought permission from this court to appear *Pro Hac Vice* in order to have their motion to enlarge time to file application for administrative claim heard.

5. The court initially denied and struck the Motion to Appear *Pro Hac Vice* which prevented the undersigned from noticing the hearing on the motion to enlarge time.

1

6. The Motion to Appear Pro Hac Vice was amended to comply with the local rules and re-filed. As of the date of this motion the undersigned has not received an order either through regular mail or through electronic mail.

7. On March 24, 2009 the undersigned received through regular U.S. mail and not electronic mail an Order denying Alba Damian's Motion to Enlarge Time to File Application for Administrative Expense Claim. (See Attached "Exhibit 1").

8. The undersigned received no notice of hearing from any party prior to the hearing on March 19, 2009. (See Attached "Exhibit 2")

9. The undersigned then immediately contacted the court's judicial assistance who informed him that the Court did in fact enter an order granting the Motion to Appear Pro Hac Vice on February 18, 2009.

10. The undersigned did not receive this order via regular mail or via electronic mail either.

11. Based upon the lack of notice, mistake, inadvertence, surprise or excusable neglect, the undersigned asked this court to grant a re-hearing on Alba Damian's Motion to Enlarge Time to File Application for Administrative Expense Claim and vacate the court's Order entered March 19, 2009.

WHEREFORE, the Movant, ALBA DAMIAN respectfully request this Court for an Order granting a re-hearing on the Motion for Enlarging Time such that the Application for Administrative Expense and filed herein will be deemed to be timely filed, and vacating the Order denying the motion entered March 19, 2009.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished to all parties listed below, this 25th day of March, 2009

                          VASTOLA, SCHULZ, HARVEY & CRANE
                          *Attorney for Plaintiff*
                          The Atrium
                          631 U.S. Highway One, Suite 202
                          North Palm Beach, Florida 33408
                          Email:jschulz@vastolaw.com
                          (561) 721-2500
                          (561) 721-2501 Facsimile

                          By: /s/ Joseph C. Schulz, Esq.
                               Joseph C. Schulz, Esq.
                               Florida Bar No.: 0660620

Service List:

James H. Post, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, Florida 32254-3699

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON MOTION BY ALBA DAMIAN TO ENLARGE TIME TO
FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM**

This case came before the Court for hearing on March 19, 2009, on the Debtors' Notice of Case Management Conference (Docket No. 22110) as to the Motion of Alba Damian to Enlarge Time to File Application For Administrative Claim (Docket No. 15867) (the "Motion"). Alba Damian (the "Claimant") did not appear at the hearing.[1] Upon consideration, it is

ORDERED AND ADJUDGED:

The Motion is denied.

Dated this 19 day of March, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00646092

---

[1] The Notice of Case Management Conference (Docket No. 22110) stated that the Debtors would seek the disallowance of the claim if the Claimant failed to appear at the hearing.

EXHIBIT ___

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIES STORES, INC. et al.,   Case No. 05-bk-03817-3F1

Debtors                             Chapter 11
_____/

## AFFIDAVIT OF JOSEPH C. SCHULZ, ESQ.

STATE OF FLORIDA
COUNTY OF PALM BEACH

I, JOSEPH C. SCHULZ, ESQ., am above the age of 18 and have personal knowledge of the following:

1. I am in good standing with the United States District Court of Florida – Southern District and the State of Florida.

2. I have requested from the Bankruptcy Court of the Middle District of Florida permission to appear *Pro Hac Vice* in order to have my client, Alba Damian's injury claim permitted.

3. I have made diligent efforts by getting permission to appear *Pro Hac Vice* so that I can have the motion to enlarge time to allow Ms. Damian's administrative claim heard.

4. Neither I nor my office received notice that the motion of Alba Damian to Enlarge Time to File Application for Administrative Claim would be heard on March 19, 2009.

1

EXHIBIT ___

5. I have been waiting to have this motion heard and would have certainly made every effort to attend this hearing had I known in advance that it would be heard on this date.

6. I also have never received an order granting my motion to appear *Pro Hac Vice*. My office was informed that the order was sent on February 18, 2009 via electronic mail, but I never received the order.

7. I was also informed by the bankruptcy court employees that the system for sending the notices has been malfunctioning. This leads me to believe that this is the reason that I never received either the Notice of Case Management Conference or the Order granting the *Pro Hac Vice*.

8. Despite all diligent effort I have been unsuccessful in having my motion to enlarge time to allow Ms. Damian's administrative expense claim heard on proper notice.

9. My email is functioning properly and I can be reached via this medium at jschulz@vastolaw.com

_____  3/25/09
Joseph C. Schulz, Esq.         DATE

THE FOREGOING INSTRUMENT was acknowledged before me this 25 day of March, 2009, by Joseph C. Schulz who is personally known to me or who has produced _____ as identification.

_____
Official Notary Signature

Sansianna McCalla
_____
Commissioned Name of Notary Typed, Printed or Stamped



SANSIANNA MCCALLA
MY COMMISSION # DD 445903
EXPIRES: June 29, 2009
Bonded Thru Notary Public Underwriters

2