UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc.,                    Case No.: 3:05-bk-03817-JAF

          Debtor
_____/

## ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL

This case is before the Court on Tax Collectors for Madison County, Hinds County, Marion County, Forrest County, Yazoo County, Lauderdale County, Rankin County, Pike County, and Jones County, Mississippi's ("Mississippi Tax Collectors") Motion for Substitution of Counsel. The Motion is consented to by the withdrawing counsel and the appearing counsel. It is

**ORDERED:**

1. Robert Altman, Esquire, of Robert Altman, P.A. is substituted as counsel for Mississippi Tax Collectors.

2. Stutsman, Thames & Markey, P.A. is discharged from further responsibility of representation of Mississippi Tax Collectors.

3. All future pleadings regarding Tax Collectors for Madison County, Hinds County, Marion County, Forrest County, Yazoo County, Lauderdale County, Rankin County, Pike County and Jones County, Mississippi ("Mississippi Tax Collectors") shall be served upon Robert Altman, Esquire, of Robert Altman, P.A., 5256 Silver Lake Drive, Palatka, Florida 32177.

**DONE AND ORDERED** this 26 day of March, 2009.

_____
JERRY A. FUNK
United States Bankruptcy Judge

copies furnished to:
Bradley R. Markey, Esquire
Robert Altman, Esquire
Rule 1007 Parties in Interest List