# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | **Case No. 05-03817-3F1** |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | **Chapter 11** |
| | ) | |
| Reorganized Debtors. | ) | **Jointly Administered** |
| | ) | |
| _____ | ) | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST
## FOR ALL PLEADINGS AND NOTICE OF ALL PROCEEDINGS

Stephen W. Rosenblatt and Paul M. Ellis of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, Post Office Box 22567, Jackson, Mississippi 39225-2567 hereby give notice pursuant to Bankruptcy Rule 9010(b) of their entries of appearance on behalf of the tax collectors of nine Mississippi Counties (Hinds, Rankin, Yazoo, Lauderdale, Jones, Pike, Madison, Marion and Forrest) (the "Mississippi Tax Collectors") in this case and request that a copy of all pleadings and notices of all hearings and proceedings be sent to them at the following addresses:

Stephen W. Rosenblatt, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567
Telephone: (601) 985-4504
steve.rosenblatt@butlersnow.com

Paul M. Ellis, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567
Telephone: (601) 985-4511
paul.ellis@butlersnow.com

This, the 26th day of March, 2009.

_____
STEPHEN W. ROSENBLATT
Attorney for Mississippi Tax Collectors

_____
PAUL M. ELLIS
Attorney for Mississippi Tax Collectors

OF COUNSEL:

Robert Altman, Esq.
ROBERT ALTMAN, P.A.
Post Office Box 922
Palatka, FL 32178-0922
robertaltman@bellsouth.net

Stephen W. Rosenblatt; MB No. 5676
Paul M. Ellis; MB No. 102259
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
Post Office Box 22567
Jackson, MS 39225-2567
Telephone No.: 601-948-5711
steve.rosenblatt@butlersnow.com
paul.ellis@butlersnow.com

## CERTIFICATE OF SERVICE

I certify that I have this day caused to be served a true and correct copy of the foregoing

Notice of Entry of Appearance and Request for all Pleadings and Notice of all Proceedings by

electronic mail to all ECF recipients in this case.

This, the 26th day of March, 2009.

_s/ Robert Altman_____
ROBERT ALTMAN