UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Mark Ronald Briggs [Docket No. 20841] was furnished by mail on March 27, 2009 to Mark Ronald Briggs, c/o Richard C. Gorey, Esq., 200 Executive Way, Suite 200, Ponte Vedra Beach, Florida 32082.

Dated: March 27, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
       Stephen D. Busey
       James H. Post
       Leanne McKnight Prendergast

Florida Bar Number: 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00569785