UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

_____/

Case No.: 3:05-bk-03817-JAF

Chapter 11

Jointly Administered

## ORDER GRANTING IN PART AND DENYING IN PART VISAGENT'S SEVENTH MOTION TO COMPEL PRODUCTION OF 30(b)(6) CORPORATE REPRESENTATIVE FOR DEPOSTION AND FOR AN AWARD OF ATTORNEY'S FEES AND SANCTIONS

This case came before the Court upon Visagent's Seventh Motion to Compel Production of 30(b)(6) Corporate Representative for Deposition and for an Award of Attorney's Fees and Sanctions. The Court conducted a hearing on the matter on January 26, 2009. Upon a review of the Motion, the transcript of the proceeding, and the case law submitted by the parties, it is

**ORDERED:**

1. Visagent's Seventh Motion to Compel Production of 30(b)(6) Corporate Representative for Deposition and for an Award of Attorney's Fees and Sanctions is granted in part and denied in part.

2. Debtors shall produce for a continued deposition a Rule 30(b)(6) corporate representative who has the most knowledge regarding areas of inquiry 1-22 in Visagent's Re-Notice of Taking Continuation 30(b)(6) Deposition Including New Designated Areas of Inquiry Dated November 12, 2008.

3. Based upon Debtors' consent as evidenced by the letter dated November

7, 2008 from Debtors' counsel to Visagent's counsel, Debtors shall produce for a separate Rule 30(b)(6) deposition a corporate representative who has the most knowledge regarding the Victory NTS system set forth in area of inquiry 23 in Visagent's Re-Notice of Taking Continuation 30(b)(6) Deposition Including New Designated Areas of Inquiry Dated November 12, 2008.

    4.    Visagent's request for attorney's fees and sanctions is denied.

**DATED** March 26, 2009 at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

**Copies to:**

David Gay, Attorney for Winn Dixie
Guy Rubin, Attorney for Visagent Corporation