UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,                    Case No.:  3:05-bk-03817-JAF

                    Debtors.                        Chapter 11

                                                    Jointly Administered

_____/

## ORDER DENYING VISAGENT'S SIXTH MOTION TO COMPEL DISCOVERY DIRECTING WINN-DIXIE TO IDENTIFY DOCUMENTS PURSUANT TO COURT ORDER DATED DECEMBER 28, 2007, FOR AN ORDER DIRECTING DEBTORS TO RESPOND TO VISAGENT'S THIRD REQUEST FOR PRODUCTION AND FOR AN AWARD OF ATTORNEY'S FEES AND SANCTIONS

This case came before the Court upon Visagent's Sixth Motion to Compel

Discovery Directing Winn-Dixie to Identify Documents Pursuant to Court Order Dated

December 28, 2007, for an Order Directing Debtors to Respond to Visagent's Third

Request for Production and for an Award of Attorney's Fees and Sanctions.  The Court

conducted a hearing on the matter on January 26, 2009.  Upon a review of the Motion,

the transcript of the proceeding, and the arguments of the parties, it is

**ORDERED:**

Visagent's Sixth Motion to Compel Discovery Directing Winn-Dixie to Identify

Documents Pursuant to Court Order Dated December 28, 2007 for an Order Directing

Debtors to Respond to Visagent's Third Request for Production and for an Award of

Attorney's Fees and Sanctions is denied.

**DATED** March 26, 2009 at Jacksonville, Florida.

                                                    Jerry A. Funk
                                                    United States Bankruptcy Judge

**Copies to:**

David Gay, Attorney for Winn Dixie
Guy Rubin, Attorney for Visagent Corporation