UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                              Chapter 11
      Reorganized Debtors.     )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Rubin Perez and Lisa Perez [Docket No. 13588] was furnished by mail on March 30, 2009 to Rubin Perez and Lisa Perez, c/o David L. Krohn, Esq., 2501 Hollywood Blvd., Suite 110, Hollywood, Florida 33020.

Dated: March 30, 2009

                                                    SMITH HULSEY & BUSEY

                                                    By      *s/ James H. Post*
                                                           Stephen D. Busey
                                                          James H. Post (FBN 175460)
                                                           Cynthia C. Jackson

                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida 32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    jpost@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00569785