**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|       Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Order on Motion of Renee Myer to Deem Timely But Improperly Filed Proof of Claim as Timely Filed Request for Payment of Administrative Expense has been furnished (i) electronically on March 20, 2009 and by mail on March 30, 2009 to Robert Wilcox, Esq., 4190 Belfort Rd # 315, Jacksonville, Florida 32216 and (ii) electronically on March 20, 2009 and by mail on March 30, 2009 to Brett A. Mearkle, Esq., 5452 Arlington Expressway, Jacksonville, Florida 32211.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00647418