# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Order on Motion of Debra Kunz to Deem Application for Administrative Expense Timely Filed has been furnished (i) electronically on March 20, 2009 and by mail on March 30, 2009 to Robert D. Wilcox, Esq., 4190 Belfort Rd # 315, Jacksonville, Florida 32216, and (ii) by mail on March 30, 2009 to Joshua Rosen, Esq., 5250 17th Street, Unit 8, Sarasota, Florida 34235.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00647426