**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Order on Motion of Edith Dastas to Allow Filing of

Application for Administrative Expense has been furnished (i) electronically on March

20, 2009 and by mail on March 30, 2009 to Robert D. Wilcox, Esq., 4190 Belfort Rd

# 315, Jacksonville, Florida  32216 and (ii) by mail on March 30, 2009 to Alex R.

Sierra, Esq., 10271 Sunset Drive, Suite 103, Miami, Florida  33173.

SMITH HULSEY & BUSEY


By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00647260