UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc.,                                      Case No. 3:05-bk-3817-JAF
        Debtor.
_____/

## MOTION TO CONTINUE TRIAL SCHEDULED FOR APRIL 9, 2009 AT 9:00 A.M.

COMES NOW, Hinds, Jones, Lauderdale, Lowndes, Pike, Rankin, Yazoo and Harrison Counties, Mississippi Tax Collectors ("Mississippi Tax Collectors"), through their undersigned counsel, and files this Motion for Continuance of Trial Scheduled for April 9, 2009 at 9:00 a.m. In support of the motion, Mississippi Tax Collectors would state as follows:

1. A Trial has been set on Motion for Relief from Order Determining Tax Liabilities as to the Mississippi Counties for April 9, 2009 at 9:00 a.m. and an order scheduling such trial was entered by this Court on December 22, 2008.

2. Various issues have arisen resulting in substitution of counsel for the Mississippi Tax Collectors, wherein an order was entered on March 26, 2009 granting motion for substitution of counsel on behalf of Mississippi Tax Collectors. Robert Altman, Esquire, Robert Altman, P.A., has been substituted as counsel for the Mississippi Tax Collectors.

3. Certain defenses to be litigated at the Trial have been determined to not be applicable and other defenses will not require an eight (8) hour Trial.

4. Nevertheless, counsel for Mississippi Tax Collectors will need additional time to get up to speed on the issues and hopefully limit the issues before the Court.

5.  Counsel for the Mississippi Tax Collectors has consulted with Allan Wulbern, Esquire, counsel for Winn-Dixie Stores, Inc., who consents to the continuance as requested.

WHEREFORE, Mississippi Tax Collectors requests that this Court continue the Trial to another date certain, approximately three (3) to five (5) months in the future.

Dated: March 31, 2009.

ROBERT ALTMAN, P.A.

/S/ Robert Altman

**Robert Altman, Esquire**
Florida Bar No. 346861
5256 Silver Lake Drive
Palatka, Florida 32177
(386) 325-4691
(386) 325-9765 Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Continue Trial Scheduled for April 9, 2009 at 9:00 a.m. was furnished to Allan Wulbern, Esquire, as counsel Winn-Dixie Stores, Inc., 225 Water Street, Suite 1800, Jacksonville, Florida 32202 by U.S. first class mail, postage prepaid or electronic filing CM/ECF on March 31st, 2009.

ROBERT ALTMAN, P.A.

/S/ Robert Altman

**Robert Altman, Esquire**