**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Order on Motion of Joann Pinder for Enlargement of Time to File Application for Administrative Expense – Post Petition Personal Injury Claim and to Accept Claim as Timely Filed has been furnished (i) electronically on March 19, 2009 and by mail on March 31, 2009 to David J. Tong, Esq., 201 E. Kennedy Blvd., Suite 600, Tampa, FL 33602 and (ii) by mail on March 31, 2009 to Michael K. Bregman, Esq., 370 West Camino Gardens Boulevard, Suite 342, Boca Raton, FL 33432.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00648576