**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva, for Order for Relief from Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (Docket No. 22216) has been furnished (i) electronically on March 19, 2009 and by mail on March 31, 2009 to Robert F. Reynolds, Esq., Slatkin & Reynolds, P.A., One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301 and (ii) electronically on March 19, 2009 to the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00648581