UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

Winn-Dixie Stores, Inc.,             Case No. 3:05-bk-3817-JAF
      Debtor.
_____/

## AMENDED MOTION TO CONTINUE TRIAL SCHEDULED FOR APRIL 9, 2009 AT 9:00 A.M.

COMES NOW, Hinds, Jones, Lauderdale, Lowndes, Pike, Rankin, Yazoo and Harrison Counties, Mississippi Tax Collectors ("Mississippi Tax Collectors"), through their undersigned counsel, and files this Amended Motion to Continue Trial Scheduled for April 9, 2009 at 9:00 a.m. In support of the amended motion, Mississippi Tax Collectors would state as follows:

WHEREAS, a Motion to Continue Trial Scheduled for April 9, 2009 at 9:00 a.m. was filed on March 31, 2009;

WHEREAS, the motion requested a new trial date to be approximately three (3) to five (5) months in the future;

WHEREAS, counsel for Winn-Dixie Stores, Inc. and counsel for Mississippi Tax Collectors have discussed this matter and have determined that two (2) to three (3) months in the future is more appropriate for rescheduling the Trial.

WHEREFORE, Mississippi Tax Collectors requests that this Court continue the Trial to another date certain, approximately two (2) to three (3) months in the future.

Dated: April 1, 2009.

                                                         **ROBERT ALTMAN, P.A.**

                                                         */S/ Robert Altman*

                                                         **Robert Altman, Esquire**
                                                         Florida Bar No. 346861
                                                         5256 Silver Lake Drive
                                                         Palatka, Florida 32177
                                                         (386) 325-4691
                                                         (386) 325-9765 Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Amended Motion to Continue Trial Scheduled for April 9, 2009 at 9:00 a.m. was furnished to Allan Wulbern, Esquire, as counsel Winn-Dixie Stores, Inc., 225 Water Street, Suite 1800, Jacksonville, Florida 32202 by U.S. first class mail, postage prepaid or electronic filing CM/ECF on April 1, 2009.

                 **ROBERT ALTMAN, P.A.**

                 */S/ Robert Altman*

                 **Robert Altman, Esquire**