## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

In re:

WINN-DIXIE, INC.,                                    Case No. 3:05:bk:03817-JAF
                                                     Chapter 11

        Debtor.

## NOTICE OF REQUEST FOR REMOVAL FROM
## ELECTRONIC FILING NOTICE LIST

    The undersigned attorney requests that the clerk remove her from the electronic filing notification, as her clients' matters have been resolved.  The e-mail address related to this case for the undersigned is kbarnhart@mskpc.com.

                    */s/ Kelly M. Barnhart*
                    Kelly M. Barnhart
                    VSB No. 635246
                    580 E. Main St., Ste. 300
                    Norfolk, VA 23510
                    Telephone:  (757) 622-9005
                    Facsimile:  (757) 624-9257

CERTIFICATE OF SERVICE

    I hereby certify that on April 1, 2009, I electronically filed the foregoing Notice of Withdrawal with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing.  I further certify that I mailed the foregoing Notice by first-class mail to the following non-CM/ECF participants:  **None**.

                    */s/ Kelly M. Barnhart*