UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc.                    CASE NO. 3:05-bk-03817-JAF

_____Debtor./

ORDER GRANTING MOTION TO CONTINUE TRIAL
SCHEDULED FOR APRIL 9, 2009 AT 9:00 A.M.

THIS CASE is before the Court on Hinds, Jones, Lauderdale, Lowndes, Pike, Rankin, Yazoo and Harrison Counties, Mississippi Tax Collectors' (Mississippi Tax Collectors) Motion to Continue Trial Scheduled for April 9, 2009 at 9:00 a.m. It is:

ORDERED:

1. The Motion to Continue Trial Scheduled for April 9, 2009 at 9:00 a.m. is granted.

2. The Trial is rescheduled for the __6__ day of __AUGUST__, 2009 at __9:30__ __A__.m.

DATED this __1__ day of __APRIL__, 2009 at Jacksonville Florida.

JERRY A. FUNK
United States Bankruptcy Judge

copies to:   Robert Altman, Esquire
             Stephen W. Rosenblatt, Esquire
             Allan Wulbern, Esquire