UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### AGREED AMENDED ORDER ON MOTION OF RENEE MYER TO DEEM TIMELY BUT IMPROPERLY FILED PROOF OF CLAIM AS TIMELY FILED REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE

This case is before the Court on the Debtors' Notice of Case Management Conference (Docket No. 22116) as to the Motion of Renee Myer to Deem Timely But Improperly Filed Proof of Claim as a Timely Filed Request For Payment of Administrative Expense (Docket No. 20189) (the "Motion"). Upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Order on Motion of Renee Myer to Deem Timely But Improperly Filed Proof of Claim as Timely Filed Request for Payment of Administrative Expense entered in theses cases on March 19, 2009 (Docket No. 22248) is vacated.

2. The Motion is granted to the extent set forth herein.

3. The Administrative Expense Claim of Renee Myer (Docket No. 20189) (the "Claim") is allowed as an administrative claim in the amount of $7,500.00 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

4. Distributions will be made on the allowed Claim pursuant to Sections 4.1 and 9.2 of the Plan to the Clayton Law Firm and Renee Myer in care of the Clayton Law Firm, 607 N. Alexander, Port Allen, Louisiana 70767.

5. This Agreed Order resolves (i) all liabilities and obligations related to the Claim and (ii) all other prepetition or post-petition claims the Claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

6. The Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Reorganized Debtors in this Court or in any other forum.

7. The Reorganized Debtors do not, by this Agreed Order, acknowledge the validity of any claim or make any admission of liability. The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

8. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 2 day of April, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | WILCOX LAW FIRM |
|---|---|
| By /s/ L. Prendergast<br>Leanne McKnight Prendergast | By  *Robert D. Wilcox**<br>Robert D. Wilcox |
| Florida Bar Number 0059544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | Florida Bar Number 755168<br>4190 Belfort Rd # 315<br>Jacksonville, Florida 32216<br>(904) 281-0700<br>(904) 513-9201 Fax<br>rwilcox@wilcoxlawfirm.com |
| Attorneys for the Reorganized Debtors | Attorneys for Renee Myer |

*counsel has authorized the use of his electronic signature

00646057.2