# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
|  | ) |  |
| Reorganized Debtors. | ) | Jointly Administered |
|  | ) |  |

## ORDER GRANTING THE REORGANIZED DEBTORS' MOTION TO STRIKE THE CITY OF SHEPHERDSVILLE'S RESPONSE TO THE REORGANIZED DEBTORS' OBJECTION TO TAX CLAIMS

This matter came before the Court for hearing on February 19, 2009, upon the Motion to Strike the City of Shepherdsville's Response to the Reorganized Debtors' Objection to Tax Claims (the "Motion") (Docket No. 22026).  No responses to the Motion were filed or raised.  It is therefore

ORDERED AND ADJUDGED:

1.      The Motion is granted.

2.      The City of Shepherdsville's response to the Reorganized Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 8251) is stricken.

3.      The Reorganized Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 7267) is granted as it related to the claims of the City of Shepherdsville, Kentucky (the "Objection to Claim").  The Objection to Claim is attached as Exhibit A.

4.      The tax values for the properties listed on Exhibit A and Exhibit B to the Objection to Claim in the column titled "Revised Assessed Value" are correct and the City of Shepherdsville is directed to use such tax values to compute the Debtors' tax liabilities for the 2004 and 2005 tax years.

5.      The tax amounts listed on Exhibits A and B to the Objection to Claim in the column titled "Revised Tax Amounts" are the correct amount of tax liabilities owed by the Debtors to the City of Shepherdsville identified on such Exhibits (the "Revised Tax Amounts").

6.      Tax Claims identified on Exhibit A to the Objection to Claim are reduced and allowed in the amount reflected as the Revised Tax Amounts (the "Allowed Tax Claims").

7.      Where applicable, pursuant to Section 506(b), the interest rate on Revised Tax Amounts identified on Exhibits A and B to the Objection to Claim will be calculated using the Adjusted Rate of 6% per annum.

8.      Debtors are authorized to offset any excess amount paid against the Debtors' liability on other accounts within the same jurisdiction and for the same or other tax years, where these determinations result in the Debtors' net tax liability being less than what the Debtors have already paid the City of Shepherdsville's for a particular account.

9.      Upon payment of the Allowed Tax Claims and Revised Tax Amounts as set forth on Exhibits A and B to the Objection to Claim, respectively, any liens relating to the Debtors' secured tax liabilities addressed in the Objection to Claim are extinguished.

2

The Debtors' are authorized to file any documents necessary with the appropriate governmental body to reflect the release of such liens.

10.     This Court retains jurisdiction to resolve any disputes arising from this Order.

Dated this ___2___ day of April 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Allan E. Wulbern, Esq.

[Allan E. Wulbern, Esq. is directed to serve a copy of this Order on the Interested Parties and file a proof of service.]

00648693

3

Hearing Date: May 18, 2006, 1:00 p.m.
Objection Deadline: May 8, 2006, 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |

### DEBTORS' OMNIBUS OBJECTION TO TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX VALUES AND TAX LIABILITIES

Pursuant to 11 U.S.C. §§ 105, 502, 505 and 506 and Fed. R. Bank. P.

3007 and 9014 and Rule 3007-1 Local Rules of Bankruptcy Procedure, Winn-Dixie

Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the

"Debtors"), file this (i) omnibus objection to the proofs of claim (the "Unpaid Tax

Claims") identified on the attached Exhibit A (the "Objection")[2], and (ii) motion for

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

[2]    By Order dated September 1, 2005, this Court approved notice and service procedures for omnibus claim objections (the "Claim Objection Procedures Order"). This Objection is filed pursuant to the Claim Objection Procedures Order.

EXHIBIT A

an order of the Court determining the Debtors' tax liabilities for the properties identified on the attached Exhibits B and C (collectively the "Motion and Objection"). In support of this Motion and Objection, the Debtors respectfully represent as follows:

### Background

1.      On February 21, 2005 (the "Petition Date"), the Debtors filed voluntary petitions for reorganization relief under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101-1330 as amended (the "Bankruptcy Code"). The Debtors' cases are being jointly administered for procedural purposes only.

2.      The Debtors operate their businesses and manage their properties as debtors-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. On March 1, 2005, the Office of the United States Trustee (the "U.S. Trustee") appointed an official committee of unsecured creditors (the "Creditors Committee") to serve in these cases pursuant to Bankruptcy Code sections 1102 and 1103. An official committee of equity security holders appointed by the U.S. Trustee on August 17, 2005 was subsequently disbanded by the U.S. Trustee by notice dated January 11, 2006.

3.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and Bankruptcy Code section 505. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

4.      The statutory predicates for the relief requested are Bankruptcy Code sections 502, 505 and 506 and Fed. R. Bankr. P. 3003 and 9014.

5.      By order dated April 28, 2005 (the "Claims Bar Date Order"), this Court set August 1, 2005 as the last date for all parties who have prepetition claims against the Debtors to file and serve a proof of claim as is defined in 11 U.S.C. § 101(5). The bar date applicable for governmental entities was August 22, 2005.

6.      The Debtors' notice agent, Logan & Company, provided notice of the bar date by mailing a notice approved by the Court (the "Bar Date Notice") and a proof of claim form in accordance with the Claims Bar Date Order and the Bar Date Notice.

### Relief Requested

7.      By this Motion and Objection, the Debtors seek entry of an order pursuant to Bankruptcy Code sections 502, 505 and 506 and Fed. R. Bankr. P. 3007, substantially in the form attached as Exhibit E (i) sustaining the Objection and reducing and allowing the Unpaid Tax Claims in the amounts set forth on Exhibit A; (ii) determining the correct taxable values for the properties identified on Exhibits A and B and directing the applicable Taxing Authorities (as defined below) to use such tax values to compute the Debtors' tax liabilities for the 2004 and 2005 tax years, (iii) where appropriate, determining the Debtors' corresponding tax liabilities; (iv) determining the appropriate interest rate to be used to calculate accrued interest, if any, on the secured tax liabilities included in this Motion and Objection; (v) where

3

these determinations result in the Debtors' tax liability being less than what the Debtors have paid the Taxing Authorities for a particular account, authorizing the Debtors to offset the excess amount paid against the Debtors' liability on other accounts within the same jurisdiction and on other tax years; and (vi) determining that the market values reflected on Exhibit C are the correct values on which the Taxing Authorities should compute the Debtors' tax liabilities for the 2006 tax year.

A.    **The Debtors' owned and leased real and personal property have been overvalued**

8.    By order of the Court dated February 23, 2006 (Docket No. 6039), the Debtors retained Assessment Technologies, Ltd., ("ATL") (i) to conduct an analysis of the assessed values established by municipalities, counties and other taxing jurisdictions within the states of Tennessee, Virginia and Kentucky (collectively, the "Taxing Authorities") for Debtors' owned and leased property in those jurisdictions, (ii) identify instances of over-assessment and excessive taxation by the Taxing Authorities, and (iii) where warranted, seek an appropriate reduction of taxes.    ATL's analysis included the specific state law tax valuation standards applicable to the tax claims filed by Taxing Authorities in a given state.  These standards, "market value" in Tennessee, "fair market value" in Virginia and "fair cash value" in Kentucky, differ slightly in phrasing, but substantively all related to the fundamental concept of "fair market value."  Each respective state standard is set out, together with the corresponding citations to state statutes, on the attached Exhibit D.

4

9.      ATL compared the values on which the Taxing Authorities' claims were based against values indicated by the appropriate state valuation standard and generally accepted appraisal practices.    ATL also commissioned independent appraisal analyses of these assets to confirm ATL's own analysis and computations.

10.     ATL's analysis of the Taxing Authorities' claims revealed that the Debtors' owned and leased real and business personal property were overvalued for the years 2004 and 2005, as indicated by several considerations, including (a) appraisals provided by independent third-party appraisers; (b) the distressed business environment in which the Debtors operated in the years leading up to their chapter 11 cases; and (c) the value realized by the Debtors upon the sale of their assets both prior to and during the course of these chapter 11 cases, including sales of other similar assets.

11.     By applying the applicable state valuation standards supported by independent appraisal analysis, ATL ascertained the appropriate values for all real and personal property which are the subject of the Motion and Objection and recalculated the amount of tax due under state law to determine the "Revised Tax Amounts". The Revised Tax Amounts are reflected in the attached Exhibits A and B.

12.     This Court has authority to determine the correct amount of the Unpaid Tax Claims and the Debtors' tax liabilities for the properties identified in

5

Exhibits A and B under Bankruptcy Code section 505, which provides, in relevant part:

> Except as provided in paragraph (2) of this subsection, the court may determine the amount or legality of *any tax*, any fine or penalty relating to a tax, or any addition to tax, *whether or not previously assessed, whether or not paid, and whether or not contested* before and adjudicated by a judicial or administrative tribunal of competent jurisdiction. 11 U.S.C. § 505(a)(1) (emphasis added).

13.    To determine the amount of any such *ad valorem* tax, the Court has the authority to determine the appropriate tax values of the property in question. *See, e.g. In re MCORP Financial, Inc.*, 216 B.R. 596 (Bankr.S.D.Tex. 1996) ("the court has jurisdiction to determine the value of the property and the amount of tax due"). And this jurisdiction extends to a determination of the tax liability and tax values of property owned by non-debtors, where the liability affects the administration of the Debtors' estates. *See, e.g. In re Wolverine Radio, Co.*, 930 F.2d 1132 (6th Cir. 1991) (*cert. denied*) 503 U.S. 978, 112 S.Ct. 1605, 118 L.Ed.2d 317 (1992). Here, three of the tax liabilities at issue are for properties leased by the Debtors (rather than owned), because the Debtors are obligated to pay the taxes under the leases. For these reasons, the Debtors' leases generally allow the Debtors to contest the taxes assessed[3] and any reduction will ultimately benefit the Debtors.

---

[3]    The Debtors' leases generally contain a provision such as the following: "Tenant shall have the right from time to time to contest or protest or review by legal proceedings or in such other manner as may be provided, any such taxes, assessments or other governmental impositions aforementioned, and to institute such proceedings in the name of the Landlord as the Tenant may deem necessary."

6

14.     There are only two exceptions to Section 505(a)(1)'s broad grant of authority to determine tax liabilities.  The first exception prevents the court from re-adjudicating tax claims that were already contested and finally adjudicated in a court of competent jurisdiction prior to the commencement of the case. 11 U.S.C. § 505(a)(2)(A).   None of the Tax Claims and Assessments at issue have been adjudicated in such manner.

15.     The second exception provides that where a trustee or debtor-in-possession seeks a partial refund of paid taxes, the debtor must first request the refund from the taxing authority and grant them up to 120 days to review the request.  11 U.S.C. § 505(a)(2)(B).  The Debtors are not seeking tax refunds in this Motion and Objection.  The Debtors are however, seeking to offset amounts which were overpaid for prior years against liabilities on other present or future amounts due.[4]  Where refunds are sought as an offset, a debtor need not first direct a refund request to the taxing authority under §505(a)(2)(B).  *See, United States of America v. Kearns*, 177 F.3d 706, 711 (8th Cir. 1999); *see also, In re Guardian Trust Co.*, 260 B.R. 404, 412 (S.D. Miss. 2000).

---

[4]     In the event the Debtors are ultimately unable to offset overpayments against present or future taxes, the Debtors may, upon further motion, seek authority from the Court to obtain a refund based upon the values adjudicated by the Court on this Motion and Objection.

7

16.     For the foregoing reasons, the Debtors request that the Court enter an order (i) sustaining their Objection to the Unpaid Tax Claims and allowing such claims in the reduced amounts as set forth on Exhibit A, (ii) determining the correct tax values for the properties identified on Exhibits A and B, directing the applicable Taxing Authority to use such tax values to compute the Debtors' tax liabilities for the 2004 and 2005 tax years (iii)   where appropriate, determining the Debtors' corresponding tax liabilities, and (iv) determining the market values for the properties identified on Exhibit C for the 2006 year.

**B.     Adjustment to Interest Rate Calculation.**

17.     To the extent that any tax claims are secured by liens against the Debtors' property under state law and, that the value of such property is more than the amount of the tax claim, such claims are entitled to interest until paid pursuant to 11 U.S.C. §506(b).  The statutory interest rates imposed by the Taxing Authorities for such claims range from 8% and 18%.

18.     Although section 506(b) does not specify the rate at which interest should accrue, courts look to the statutory interest rate provided by the applicable Taxing Authority *if* it reflects a true interest rate rather than a penalty. *See Galveston Indep. School Dist. v. Heartland Fed. Sav. & Loan Assoc.*, 159 B.R. 198, 204 (S.D. Tex. 1993) (holding that oversecured non-consensual creditors should be entitled to

8

the statutory interest rate only if "the charge can be reasonably characterized as true interest rather than as a penalty"); *In re Davison*, 106 B.R. 1021, 1022 (Bankr. Neb. 1989) (holding that a debtor is obligated to pay interest at the statutory rate "unless the court determines that the statutory interest rate constitutes a penalty").

19.     If the Court determines that the statutory rate constitutes a penalty, the Court may modify the rate. A true interest rate is distinguished from a penalty depending on whether "the charge denominated 'interest' . . . [is] 'interest eo nomine' – interest imposed as compensation for the detention of money – or simply another penalty for delinquency." *Galveston Indep. School Dist.*, 159 B.R. at 204.

20.     Based upon the average one year LIBOR and prime lending rates, (3.61% and 5.68% respectively), the Debtors submit that the rates asserted by the Taxing Authorities (from 8% to 18%) contain a penalty and should be reduced. The Debtors believe that 6.0% per annum (the "Adjusted Rate") is appropriate and any interest over the Adjusted Rate should be disallowed. The proposed Adjusted Rate represents Prime plus one-half percent for the period the taxes remain unpaid, and adequately accounts for the appropriate credit risk of the Debtors and the Taxing Authorities' secured status.

21.     Accordingly, the Debtors request that Court enter an order specifying that the Adjusted Rate is the appropriate interest rate to be used in

calculating the accrued interest on any allowed tax claims during these chapter 11 cases.

### Responses To Objections

22.      Pursuant to the Claim Objection Procedures Order, to contest the relief requested in this Motion and Objection, a claimant must file a response (a "Response") with the United States Bankruptcy Court for the Middle District of Florida, Jacksonville Division via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202 no later than May 8, 2006, at 4:00 p.m. (Eastern Time) (the "Response Deadline").  In addition, a copy of the Response must be served on the following parties on or before the Response Deadline:  D. J. Baker, Four Times Square, New York, New York 10036, (212) 735-2000 (facsimile), djbaker@skadden.com; and Cynthia C. Jackson, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, (904) 359-7708 (facsimile), cjackson@smithhulsey.com

23.      If a Response is properly and timely filed and served in accordance with the above procedures, the Debtors will endeavor to reach a consensual resolution with the Claimant.  If no consensual resolution is reached, a hearing has been noticed for May 18, 2006, at 1:00 p.m. (Eastern Time).

24.      Only those Responses made in writing and timely filed and received will be considered by the Bankruptcy Court at any such hearing.

25.      If a Taxing Authority whose claim is subject to this Motion and Objection fails to file and serve a timely Response in compliance with the foregoing procedures, the Debtors will present to the Bankruptcy Court an appropriate order with respect to the claim without further notice to the Claimant.

### Contested Matter

26.      To the extent that a response is filed with respect to any claim and the Debtors are unable to resolve the response prior to the hearing on this Objection, each such Claim and the objection to such Claim asserted in this Omnibus Objection shall constitute a separate contested matter as contemplated by Rule 9014 of the Federal Rules of Bankruptcy Procedure.

### Reservation of Rights

27.      The Debtors expressly reserve the right to amend, modify or supplement this Omnibus Objection and to file additional objections to the proofs of claim or any other claims which may be asserted against the Debtors.  Should one or more of the grounds of objection stated in this Omnibus Objection be dismissed, the Debtors reserve their right to object on other stated grounds or on any other grounds that the Debtors discover during the pendency of these cases.  In addition, the Debtors

11

reserve the right to seek further reduction of any claim to the extent that such claim has been paid.

### **Notice**

28.    The Debtors will serve this Motion and Objection by first-class, United States mail, postage prepaid, upon each of the taxing authorities whose claims or other liabilities are subject to the Motion and Objection.

WHEREFORE, the Debtors respectfully request that the Court enter an order substantially in the form attached as Exhibit E (i) determining the taxable values for the properties identified on Exhibits A and B, directing the applicable Taxing Authorities to use such tax values to compute the Debtors' tax liabilities for the 2004 and 2005 tax years (ii) where applicable, determining the Debtors' corresponding tax liabilities; (iii) determining that the Adjusted Rate is the appropriate interest rate to be used in calculating the accrued interest on the secured Tax Claims and Assessments, (iv) authorizing the Debtors to offset reductions against the Debtors' liability on other accounts and tax years within the same jurisdiction; and (v) determining the values reflected on Exhibit C are the appropriate valuation basis for the specified Taxing Authorities, and (vi) granting such other and further relief as is just and proper.

Dated: April 18, 2006

SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP

By___*s/ D. J. Baker*_____
    D. J. Baker
    Sally McDonald Henry
    Rosalie Walker Gray

Four Times Square
New York, New York 10036
(212) 735-3000
(212) 735-2000 (facsimile)
djbaker@skadden.com

Co-Counsel for Debtors

SMITH HULSEY & BUSEY

By___*s/ Cynthia C. Jackson*_____
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson, F.B.N. 498882

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Co-Counsel for Debtors

Exhibit A

Exhibit A

4/18/2006

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # **** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF BEDFORD | (County and State: BEDFORD, VA) | | | | | | | | | | | | | |
| | 0987 | PP | | | NIC | | | 5421 | 2004 | 815,140 | $12,227.10 | 225,598 | $3,403.47 | A |
| | 0987 | PP | Priority | 5/18/2005 | 2030 | 05-03839-3F | $11,412.30 | 5421 | 2005 | 760,820 | $11,412.30 | 196,489 | $2,947.34 | A |
| | | | | | | | | | Tax Subtotals | | $23,639.40 | | $6,350.81 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:
* PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amount were not included in a proof of claim

**** Claim Amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amount, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

CITY OF DANVILLE, VA TAX COLLECTOR     (County and State: DANVILLE, VA)

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim # *** | Claim Filing Date | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0970 | PP | | NIC | | | | 94 25783 050 | 2004 | 252,602 | $6,798.12 | 225,098 | $6,057.92 | A |
| | 0970 | PP | Priority | 7522 | 7/26/2005 | 05-03859-3F | $8,830.59 | 94 25783 050-1 | 2005 | 221,450 | $3,321.75 | 194,930 | $2,923.95 | A |
| | 0970 | PP | | NIC | | | | 94 25783 050-2 | 2005 | 221,450 | $3,321.75 | 194,930 | $2,923.95 | A |
| | | | | | | | | | Tax Subtotals | | $13,441.62 | | $11,905.82 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset     M = Market     OK = No adjustment made     S = Sales

Footnotes:
* PP is property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amount were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**CITY OF HAMPTON, TREASURER** (County and State: HAMPTON, VA)

| Creditor Name | Location No. | Property Type ** | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0985 | PP | | | NIC | | | 96994 | 2004 | 556,800 | $23,664.00 | 224,438 | $9,539.47 | A |
| | 0985 | PP | Secured | 6/6/2005 | 3753 | 05-03817-3F | $21,164.43 | 96994 | 2005 | 497,121 | $21,127.68 | 194,376 | $8,260.98 | A |
| | | | | | | | | | Tax Subtotals | | $44,791.68 | | $17,800.45 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Page 3 of 12

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF HILLVIEW | (County and State: BULLITT, KY) | | | | | | | | | | | | | |
| | 1669 | R | Priority | 5/9/2005 | 1158 | 05-03817-3F | $3,886.77 | 393740001 | 2004 | 3,013,000 | $3,886.77 | 2,392,000 | $3,085.68 | M |
| | | | | | | | | | Tax Subtotals | | $3,886.77 | | $3,085.68 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
   Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

   *** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

   **** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

   ***** In certain instances, the total Allowed Tax Claim will be offset by amount previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**CITY OF RICHMOND** (County and State: CITY OF RICHMOND, VA)

| Creditor Name Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0977 | PP | | | NIC | | | 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 | 2004 | 442,300 | $16,302.20 | 218,696 | $8,060.63 | A |
| 0977 | PP | Priority | 7/15/2005 | 6278 | 05-03839-3F | $11,207.30 | 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 | 2005 | 392,900 | $11,207.30 | 189,386 | $7,007.28 | A |
| | | | | | | | Tax Subtotals | | | $27,509.50 | | $15,067.91 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset     M = Market     OK = No adjustment made     S = Sales

Footnotes:

\* PP is a property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
Where a claim is filed, the claim will be allowed in the class asserted in the Creditor.

\*\*\* NIC  In the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total Allowed Tax Claim amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CITY OF SHELBYVILLE, KY | | (County and State: SHELBY, KY) | | | | | | | | | | | | |
| | 1673 | PP | Priority | 5/12/2005 | 1351 | 05-03840-3F | $5,716.00 | 2004---4411 | 2004 | 1,147,800 | $5,716.04 | 199,747 | $994.72 | A |
| | | | | | | | | | Tax Subtotals | | $5,716.04 | | $994.72 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:

* PP is property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim Amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF CHESTERFIELD TREASURER  (County and State: CHESTERFIELD, VA) | | | | | | | | | | | | | | |
| | 0969 | PP | Priority | 5/13/2005 | 1537 | 05-03817-3F | $16,097.51 | 0505303558 | 2005 | 8,250 | $297.00 | 8,250 | $297.00 | OK |
| | 0954 | PP | Priority | 5/13/2005 | 1537 | 05-03817-3F | $16,097.51 | 0505303559 | 2005 | 151,415 | $5,450.94 | 151,415 | $5,450.94 | OK |
| | 0958 | PP | Priority | 5/13/2005 | 1537 | 05-03817-3F | $16,097.51 | 0505303560 | 2005 | 104,883 | $3,775.79 | 104,883 | $3,775.79 | OK |
| | 0969 | PP | | | NIC | | | 0505303561 | 2004 | 343,881 | $12,379.72 | 241,448 | $8,692.13 | A |
| | 0969 | PP | Priority | 5/13/2005 | 1537 | 05-03817-3F | $16,097.51 | 0505303561 | 2005 | 182,595 | $6,573.42 | 182,595 | $6,573.42 | OK |
| | | | | | | | | | Tax Subtotals | | $38,476.87 | | $24,789.28 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset      M = Market      OK = No adjustment made      S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

\*\* Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

\*\*\* NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

\*\*\*\* Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

\*\*\*\*\* In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF HAMILTON TRUSTEE | | | (County and State: HAMILTON, TN) | | | | | | | | | | | |
| | 1944 | R | | | NIC | | | 094173.01 | 2004 | 1,376,200 | $42,636.73 | 945,600 | $29,296.10 | A |
| | 1944 | R | | | NIC | | | 094173.01 | 2005 | 1,451,200 | $42,514.00 | 945,600 | $27,702.07 | A |
| | 1942 | PP | | | NIC | | | 1013885 | 2004 | 123,705 | $4,205.97 | 65,452 | $2,225.37 | A |
| | 1942 | PP | | | NIC | | | 1013885 | 2005 | 110,296 | $3,512.00 | 56,680 | $1,804.78 | A |
| | 1935 | PP | | | NIC | | | 101.5081 | 2004 | 112,170 | $4,611.31 | 69,430 | $2,854.25 | A |
| | 1935 | PP | Secured | 2/27/2006 | 12950 | 05-03817-3F | $15,431.00 | 101.5081 | 2005 | 119,208 | $4,585.00 | 60,125 | $2,312.53 | A |
| | 1933 | PP | | | NIC | | | 101.5082 | 2004 | 116,147 | $4,124.38 | 65,167 | $2,314.07 | A |
| | 1933 | PP | Secured | 2/27/2006 | 12950 | 05-03817-3F | $15,431.00 | 101.5082 | 2005 | 107,878 | $3,963.00 | 56,433 | $2,073.12 | A |
| | 1944 | PP | | | NIC | | | 101.5156 | 2004 | 141,697 | $4,337.35 | 65,167 | $1,994.77 | A |
| | 1944 | PP | | | NIC | | | 101.5156 | 2005 | 121,584 | $3,519.00 | 56,433 | $1,633.34 | A |
| | 1938 | PP | | | NIC | | | PER-101.3801 | 2004 | 102,353 | $3,133.03 | 65,452 | $2,003.49 | A |
| | 1938 | PP | | | NIC | | | PER-101.3801 | 2005 | 88,991 | $2,575.00 | 56,680 | $1,640.06 | A |
| | 1940 | PP | | | NIC | | | PER-101.3802 | 2004 | 4,440 | $4,440.44 | 73,032 | $2,235.50 | A |
| | 1840 | PP | Secured | 2/27/2006 | 12950 | 05-03817-3F | $15,431.00 | PER-101.3802 | 2005 | 131,823 | $3,815.00 | 64,637 | $1,870.63 | A |
| | 1938 | PP | | | NIC | | | PER-101.6143 | 2004 | 115,834 | $3,545.68 | 65,609 | $2,368.48 | A |
| | 1936 | PP | Secured | 2/27/2006 | 12950 | 05-03817-3F | $15,431.00 | PER-101.6143 | 2005 | 106,012 | $3,068.00 | 56,816 | $1,644.25 | A |
| | | | | | | | | | Tax Subtotals | | $138,585.89 | | $85,972.80 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset    M = Market    OR = No adjustment made    S = Sales

Footnotes:
* PP in property type is a personal property account and R is a real property account
** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.
*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.
**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.
***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF HENRICO, VA | | (County and State: HENRICO, VA) | | | | | | | | | | | | |
| | 0956 | PP | Secured | 7/21/2005 | 7447 | 05-03817 | $11,610.38 | W071.50010 | 2005 | 146,557 | $4,404.90 | 146,557 | $4,404.90 | OK |
| | 0942 | PP | | | NIC | | | W071.50030 | 2004 | 222,711 | $7,794.88 | 208,167 | $7,285.85 | A |
| | 0942 | PP | Secured | 7/21/2005 | 7447 | 05-03817 | $11,610.38 | W071.50030 | 2005 | 190,057 | $6,652.00 | 180,268 | $6,309.38 | A |
| | | | | | | | | | Tax Subtotals | | $18,851.78 | | $18,000.13 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP is property type (a a personal property account and R is a real property account

      ** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
           Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

      *** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

      **** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

      ***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COUNTY OF JAMES CITY | (County and State: JAMES, VA) | | | | | | | | | | | | | |
| | 0961 | PP | | | NIC | | | 209068 | 2004 | 495,975 | $19,835.04 | 223,077 | $8,923.10 | A |
| | 0961 | PP | Priority | 5/20/2005 | 2237 | 05-03817-3F | $19,839.04 | 209068 | 2005 | 370,525 | $14,821.04 | 197,436 | $7,897.44 | A |
| | | | | | | | | Tax Subtotals | | | $34,656.08 | | $16,820.54 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OX = No adjustment made   S = Sales

Footnotes:

    * PP in property type is a personal property account and R is a real property account

    ** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim.
       Where a claim is filed, the claim will be allowed in the class asserted by the Creditor

    *** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

    **** Claim Amount in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

    ***** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

    ***** In certain instances, the total Allowed Tax Claim will be offset by amount previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**COUNTY OF MECKLENBURG TREASURER** (County and State: MECKLENBURG, VA)

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0945 | PP | Priority | | NIC | | | 79154-1 | 2004 | 1,152,697 | $8,285.23 | 621,283 | $4,465.59 | A |
| | 0945 | PP | Priority | 5/9/2005 | 1068 | 05-03839-3F | $15,019.16 | 79154-2 | 2004 | 1,152,697 | $8,285.23 | 621,283 | $4,465.59 | A |
| | 0962 | PP | Priority | | NIC | | | 79155-1 | 2004 | 1,095,936 | $6,733.93 | 616,352 | $3,787.24 | A |
| | 0962 | PP | Priority | 5/9/2005 | 1068 | 05-03839-3F | $15,019.16 | 79155-2 | 2004 | 1,095,936 | $6,733.93 | 616,352 | $3,787.24 | A |
| | 0945 | R | Priority | 5/9/2005 | 1067 | 05-03831-3F | $5,263.99 | PR22414-1 | 2005 | 2,845,400 | $5,263.99 | 1,576,962 | $2,917.38 | S |
| | 0945 | R | Priority | | NIC | | | PR22414-2 | 2005 | 2,845,400 | $5,263.99 | 1,576,962 | $2,917.38 | S |
| | | | | | | | | | **Tax Subtotals** | | $40,566.30 | | $21,340.40 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset     M = Market     OK = No adjustment made     S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** Claim Class reflects class asserted by Creditor on Proof of Claim only. This field may be blank if the Creditor did not assert a class or identify a particular account in a claim. Where a claim is filed, the claim will be allowed in the class asserted by the Creditor.

*** NIC in the Claim Number column indicates Tax Amounts were not included in a proof of claim.

**** Claim amount is derived from proof of claim filed by creditor and may include additional contingencies, unliquidated amounts, interest, penalties, and/or fees.

***** In certain instances, the total Allowed Tax Claim will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Claim Class ** | Claim Filing Date | Claim # *** | Case Number | Total Claim Amount **** | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ***** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Legend : For Case Numbers**

05-03817 Winn-Dixie Stores, Inc.
05-03818 Dixie Stores, Inc.
05-03819 Table Supply Foods Store Co., Inc.
05-03820 Astor Products, Inc.
05-03821 Crackin' Good, Inc.
05-03822 Deep South Distributors, Inc.
05-03823 Deep South Products, Inc.
05-03824 Dixie Darling Bakers, Inc.
05-03825 Dixie-Home Stores, Inc.
05-03826 Dixie Packers, Inc.
05-03827 Dixie Spirits, Inc.
05-03828 Economy Wholesale Distributors, Inc.
05-03829 Foodway Stores, Inc.
05-03830 Kwik Chek Supermarkets, Inc.
05-03831 Sunbelt Products, Inc.
05-03832 Sundown Sales, Inc.
05-03833 Superior Food Company
05-03834 WD Brand Prestige Steaks, Inc.
05-03835 Winn-Dixie Handyman, Inc.
05-03836 Winn-Dixie Logistics, Inc.
05-03837 Winn-Dixie Montgomery, Inc.
05-03838 Winn-Dixie Procurement, Inc.
05-03839 Winn-Dixie Raleigh, Inc.
05-03840 Winn-Dixie Supermarkets, Inc.

Prepared by Assessment Technologies, Ltd.

Page 12 of 12

**Exhibit B**
*4/18/2006*

**Creditor Name**

BARDSTOWN INDEPENDENT SCHOOL DISTRICT    (County and State: NELSON, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1906 | PP | 134630001 | 2004 | 1,711,379 | $10,455.73 | 664,919 | $3,969.56 | A |
| 1906 | PP | 134630001 | 2005 | 564,471 | $3,420.69 | 212,143 | $1,285.58 | A |
| | | | **Tax Subtotals** | | $13,876.42 | | $5,255.15 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

BULLITT COUNTY SHERIFFS OFFICE    (County and State: BULLITT, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1869 | R | 043-C00-08-001 | 2004 | 3,013,000 | $33,114.17 | 2,392,000 | $26,289.11 | M |
| 1870 | PP | 4354576-01 | 2004 | 883,388 | $8,864.64 | 472,292 | $4,739.37 | A |
| 1870 | PP | 4354576-01 | 2005 | 224,979 | $2,903.80 | 145,824 | $1,882.15 | A |
| | | | Tax Subtotals | | $44,882.61 | | $32,910.62 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CAMPBELL COUNTY FISCAL AFFAIRS     (County and State: CAMPBELL, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1702 | PP | 6895 | 2004 | 1,560,974 | $7,883.77 | 684,276 | $3,455.97 | A |
| 1702 | PP | 6895 | 2005 | 551,098 | $4,953.19 | 204,792 | $1,840.64 | A |
| | | | Tax Subtotals | | $12,836.96 | | $5,296.61 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account.

    ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**CARTER COUNTY TRUSTEE**    (County and State: CARTER, TN)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 2190 | PP | 00201P | 2004 | 118,286 | $3,028.00 | 69,102 | $1,768.94 | A |
| 2190 | PP | 00201P | 2005 | 107,190 | $2,124.00 | 59,841 | $1,185.77 | A |
| 2193 | PP | 00300P | 2005 | 41,198 | $817.00 | 39,749 | $788.28 | A |
| | | | Tax Subtotals | | $5,969.00 | | $3,742.98 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**CHATTANOOGA CITY TREASURER** (County and State: HAMILTON, TN)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1938 | PP | PER-1013801 | 2004 | 102,353 | $2,575.20 | 65,452 | $1,646.77 | A |
| 1938 | PP | PER-1013801 | 2005 | 88,991 | $1,959.58 | 56,680 | $1,248.09 | A |
| 1940 | PP | PER-1013802 | 2004 | 145,065 | $3,649.84 | 73,032 | $1,837.49 | A |
| 1940 | PP | PER-1013802 | 2005 | 131,823 | $2,902.74 | 64,637 | $1,423.31 | A |
| 1936 | PP | PER-1016143 | 2004 | 115,834 | $2,914.38 | 65,452 | $1,646.77 | A |
| 1936 | PP | PER-1016143 | 2005 | 106,012 | $2,334.38 | 56,816 | $1,251.08 | A |
| | | | **Tax Subtotals** | | $16,336.12 | | $9,053.52 | |

Legend for Basis for Adjustment Codes:  A = Appraised Asset   M = Market   OE = No adjustment made   S = Sales

Footnotes:  * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**CITY OF BARDSTOWN** (County and State: NELSON, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1606 | PP | 1346300-01 | 2004 | 1,751,379 | $4,798.78 | 664,919 | $1,821.88 | A |
| 1606 | PP | 1346300-01 | 2005 | 564,471 | $1,309.57 | 212,143 | $492.17 | A |
| | | | Tax Subtotals | | $6,108.35 | | $2,314.05 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

       ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF GEORGETOWN TREASURER | (County and State SCOTT, KY) | | | | | | | | |
| | 1811 | PP | 329320-02 | 2004 | 1,004,459 | $1,175.22 | 468,518 | $548.17 | A |
| | 1811 | PP | 329320-02 | 2005 | 587,575 | $687.46 | 284,790 | $333.20 | A |
| | | | | Tax Subtotals | | $1,862.68 | | $881.37 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OR = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**CITY OF NEWPORT TAX DEPARTMENT**    (County and State: CAMPBELL, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1702 | PP | 6895 | 2004 | 1,560,974 | $17,841.93 | 684,276 | $7,821.27 | A |
| 1702 | PP | 6895 | 2005 | 551,098 | $6,972.64 | 204,792 | $2,344.87 | A |
| | | | **Tax Subtotals** | | $24,814.57 | | $10,166.14 | |

Legend for Basis for Adjustment Codes:  A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:  * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CITY OF NORFOLK TAX DEPARTMENT    (County and State: CITY OF NORFOLK (IND), VA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0970 | PP | W01291 | 2004 | 673,944 | $26,957.76 | 218,696 | $8,747.84 | A |
| 0979 | PP | W01291 | 2005 | 598,607 | $23,944.28 | 189,386 | $7,575.44 | A |
| | | | **Tax Subtotals** | | $50,902.04 | | $16,323.28 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

*** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

CITY OF OWENSBORO    (County and State: DAVIESS, KY)

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| | 1653 | PP | 4150300 | 2004 | 1,281,169 | $12,953.90 | 591,391 | $5,979.55 | A |
| | 1653 | PP | 4150300 | 2005 | 463,607 | $4,687.99 | 197,820 | $2,000.35 | A |
| | | | | Tax Subtotals | | $17,641.89 | | $7,979.91 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**CITY OF RADCLIFF** (County and State: HARDIN, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1610 | PP | 2005-01-0008118 | 2004 | 1,662,306 | $3,039.81 | 648,145 | $1,185.24 | A |
| 1610 | PP | 2005-01-0008118 | 2005 | 674,002 | $1,334.52 | 212,520 | $420.79 | A |
| | | | **Tax Subtotals** | | $4,374.33 | | $1,606.03 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

  ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF SHEPHERDSVILLE (County and State: BULLITT, KY) | | | | | | | | | |
| | 1670 | PP | 435-457-60-1 | 2004 | 883,388 | $1,522.96 | 472,292 | $814.23 | A |
| | 1670 | PP | 435-457-60-1 | 2005 | 224,979 | $387.86 | 145,824 | $251.40 | A |
| | | | | Tax Subtotals | | $1,910.82 | | $1,065.63 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OX = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**
COUNTY OF ROANOKE    (County and State: ROANOKE, VA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0980 | PP | 0935727 | 2004 | 205,565 | $7,194.78 | 169,750 | $5,941.25 | A |
| 0980 | PP | 0935727 | 2005 | 193,850 | $6,784.75 | 147,000 | $5,145.00 | A |
| | | | Tax Subtotals | | $13,979.53 | | $11,086.25 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    DE = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

DAVIESS COUNTY SHERIFF    (County and State: DAVIESS, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1653 | PP | 4150300 | 2004 | 1,281,169 | $13,125.00 | 591,391 | $6,058.53 | A |
| 1653 | PP | 4150300 | 2005 | 463,607 | $3,298.39 | 197,820 | $1,407.42 | A |
| | | | Tax Subtotals | | $16,423.39 | | $7,465.95 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

FRANKLIN COUNTY TREASURER    (County and State: FRANKLIN, VA)

| Location No. | Property Type ^ | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0883 | PP | 56-0670665 | 2004 | 1,060,533 | $13,459.93 | 218,172 | $2,768.97 | A |
| 0883 | PP | 56-0670665 | 2005 | 1,016,079 | $12,802.31 | 188,933 | $2,380.50 | A |
| | | | Tax Subtotals | | $26,262.24 | | $5,149.47 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   ^ PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| HARDIN COUNTY SHERIFF    (County and State: HARDIN, KY) | | | | | | | | | |
| | 1610 | PP | 37693 | 2004 | 1,662,306 | $13,987.53 | 648,145 | $5,453.83 | A |
| | 1610 | PP | 37693 | 2005 | 674,002 | $6,972.46 | 212,520 | $2,198.49 | A |
| | | | | Tax Subtotals | | $20,959.99 | | $7,652.32 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**HAWKINS COUNTY TRUSTEE** (County and State: HAWKINS, TN)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 2188 | PP | 06500P | 2004 | 38,710 | $935.83 | 37,990 | $918.43 | A |
| 2188 | PP | 06500P | 2005 | 36,030 | $862.00 | 32,859 | $787.08 | A |
| | | | Tax Subtotals | | $1,797.83 | | $1,705.52 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| JEFFERSON COUNTY SHERIFF'S OFFICE | (County and State: JEFFERSON, KY) | | | | | | | | |
| | MID.WH | R | 083D-0074-0000 | 2004 | 114,580 | $1,403.94 | 110,000 | $1,347.82 | S |
| | MID.WH | R | 083D-0074-0000 | 2005 | 114,580 | $1,440.62 | 110,000 | $1,383.04 | S |
| | MID.WH | R | 13-083D-0072-0000 | 2004 | 7,189,220 | $88,089.51 | 3,750,000 | $45,948.75 | S |
| | MID.WH | R | 13-083D-0072-0000 | 2005 | 7,189,220 | $90,390.07 | 3,750,000 | $47,148.75 | S |
| | MID.WH | PP | 23-507752 | 2004 | 19,962,016 | $155,157.15 | 8,788,384 | $68,308.76 | A |
| | MID.WH | PP | 23-507752 | 2005 | 1,740,862 | $31,457.38 | 19,057 | $344.35 | A |
| | | | | Tax Subtotals | | $367,938.67 | | $164,481.47 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| NELSON COUNTY SHERIFF    (County and State: NELSON, KY) | | | | | | | | | |
| | 1606 | PP | 134630O-01 | 2004 | 1,751,379 | $8,465.22 | 664,919 | $3,213.86 | A |
| | 1606 | PP | 134630O-01 | 2005 | 564,471 | $3,924.20 | 212,143 | $1,474.82 | A |
| | | | | Tax Subtotals | | $12,389.42 | | $4,688.68 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account
       ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

OFFICE OF FAYETTE COUNTY SHERIFF    (County and State: FAYETTE, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1614 | PP | 80026470 | 2004 | 1,819,749 | $17,078.15 | 622,185 | $5,839.14 | A |
| 1614 | PP | 80026470 | 2005 | 1,139,165 | $12,293.98 | 326,045 | $3,518.71 | A |
| | | | Tax Subtotals | | $29,372.13 | | $9,357.84 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account.

    ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

SCOTT COUNTY SHERIFF    (County and State: SCOTT, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount *** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1851 | PP | 329320-02 | 2004 | 1,004,459 | $8,960.19 | 468,518 | $4,179.37 | A |
| 1611 | PP | 329320-02 | 2005 | 587,575 | $6,882.07 | 284,790 | $3,335.65 | A |
| | | | Tax Subtotals | | $15,842.26 | | $7,515.02 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

  ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| SULLIVAN COUNTY TRUSTEE     (County and State:  SULLIVAN, TN) | | | | | | | | | |
| | 2189 | PP | 062H A 005 00P 000 | 2004 | 50,288 | $1,342.69 | 45,901 | $1,225.55 | A |
| | 2189 | PP | 062H A 005 00P 000 | 2005 | 48,290 | $1,222.00 | 39,749 | $1,005.88 | A |
| | | | | Tax Subtotals | | $2,564.69 | | $2,231.43 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset     M = Market     OX = No adjustment made     S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

    ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

TOWN OF ROCKY MOUNT    (County and State: FRANKLIN, VA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0983 | PP | 56-0670665 | 2004 | 1,069,533 | $1,734.16 | 218,172 | $356.75 | A |
| 0983 | PP | 56-0670665 | 2005 | 309,943 | $1,580.71 | 188,933 | $963.56 | A |
| | | | Tax Subtotals | | $3,314.87 | | $1,320.31 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Footnote:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| TOWN OF VINTON | (County and State: ROANOKE, VA) | | | | | | | | |
| | 0900 | PP | 0935727 | 2004 | 205,565 | $2,055.65 | 169,750 | $1,697.50 | A |
| | 0900 | PP | 0935727 | 2005 | 193,850 | $1,938.30 | 147,000 | $1,470.00 | A |
| | | | | Tax Subtotals | | $3,994.15 | | $3,167.50 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

  ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|

**Legend : For Case Numbers**

05-03817 Winn-Dixie Stores, Inc.
05-03818 Dixie Stores, Inc.
05-03819 Table Supply Food Store Co., Inc.
05-03820 Astor Products, Inc.
05-03821 Crackin' Good, Inc.
05-03822 Deep South Distributors, Inc.
05-03823 Deep South Products, Inc.
05-03824 Dixie Darling Bakers, Inc.
05-03825 Dixie-Home Stores, Inc.
05-03826 Dixie Packers, Inc.
05-03827 Dixie Spirits, Inc.
05-03828 Economy Wholesale Distributors, Inc.
05-03829 Foodway Stores, Inc.
05-03830 Kwik Chek Supermarkets, Inc.
05-03831 Sunbelt Products, Inc.
05-03832 Sundown Sales, Inc.
05-03833 Superior Food Company
05-03834 WD Brand Prestige Steaks, Inc.
05-03835 Winn-Dixie Handyman, Inc.
05-03836 Winn-Dixie Logistics, Inc.
05-03837 Winn-Dixie Montgomery, Inc.
05-03838 Winn-Dixie Procurement, Inc.
05-03839 Winn-Dixie Raleigh, Inc.
05-03840 Winn-Dixie Supermarkets, Inc.

Prepared by Assessment Technologies, Ltd.

Page 25 of 25

Exhibit B

## Exhibit B
### 4/18/2006

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| BARDSTOWN INDEPENDENT SCHOOL DISTRICT | (County and State: NELSON, KY) | | | | | | | | |
| | 1606 | PP | 1346300-01 | 2004 | 1,731,379 | $10,455.73 | 664,919 | $3,969.56 | A |
| | 1606 | PP | 1346300-01 | 2005 | 564,471 | $3,420.69 | 212,143 | $1,285.58 | A |
| | | | | Tax Subtotals | | $13,876.42 | | $5,255.15 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

BULLITT COUNTY SHERIFFS OFFICE    (County and State: BULLITT, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount*** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1669 | R | 043-C00-08-001 | 2004 | 3,013,000 | $33,114.17 | 2,393,000 | $26,289.11 | M |
| 1670 | PP | 4354576-01 | 2004 | 883,388 | $8,864.54 | 472,292 | $4,739.37 | A |
| 1670 | PP | 4354576-01 | 2005 | 724,979 | $2,903.80 | 145,824 | $1,882.15 | A |
| | | | Tax Subtotals | | $44,882.51 | | $32,910.62 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OS = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CAMPBELL COUNTY FISCAL AFFAIRS    (County and State: CAMPBELL, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1702 | PP | 6895 | 2004 | 1,560,974 | $7,883.77 | 684,276 | $3,455.97 | A |
| 1702 | PP | 6895 | 2005 | 551,098 | $4,953.19 | 204,792 | $1,840.64 | A |
| | | | Tax Subtotals | | $12,836.96 | | $5,296.61 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OE = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

    ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CARTER COUNTY TRUSTEE    (County and State: CARTER, TN) | | | | | | | | | |
| | 2190 | PP | 00201 P | 2004 | 118,286 | $3,028.00 | 69,102 | $1,768.94 | A |
| | 2190 | PP | 00201 P | 2005 | 107,190 | $2,124.00 | 59,841 | $1,185.77 | A |
| | 2193 | PP | 00500P | 2005 | 41,198 | $817.00 | 39,749 | $788.28 | A |
| | | | | Tax Subtotals | | $5,969.00 | | $3,742.98 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amount previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CHATTANOOGA CITY TREASURER    (County and State  HAMILTON, TN)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1938 | PP | PER-101 3801 | 2004 | 102,353 | $2,575.20 | 65,452 | $1,646.77 | A |
| 1938 | PP | PER-101 3801 | 2005 | 88,991 | $1,959.58 | 56,680 | $1,248.09 | A |
| 1940 | PP | PER-101 3802 | 2004 | 145,065 | $3,649.84 | 73,032 | $1,837.49 | A |
| 1940 | PP | PER-101 3802 | 2005 | 131,823 | $2,902.74 | 64,637 | $1,423.31 | A |
| 1936 | PP | PER-101 6143 | 2004 | 115,834 | $2,914.38 | 65,452 | $1,646.77 | A |
| 1938 | PP | PER-101 6143 | 2005 | 106,012 | $2,334.38 | 56,816 | $1,251.08 | A |
| | | | **Tax Subtotals** | | $16,336.12 | | $9,053.52 | |

Legend for Basis for Adjustment Codes:    *A = Appraised Asset*    *M = Market*    *OK = No adjustment made*    *S = Sales*

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF BARDSTOWN (County and State: NELSON, KY) | | | | | | | | | |
| | 1606 | PP | 1346300-01 | 2004 | 1,751,379 | $4,798.78 | 664,919 | $1,821.88 | A |
| | 1606 | PP | 1346300-01 | 2005 | 564,471 | $1,309.57 | 212,143 | $492.17 | A |
| | | | | Tax Subtotals | | $6,108.35 | | $2,314.05 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OR = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Creditor Name

CITY OF GEORGETOWN TREASURER    (County and State: SCOTT, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1611 | PP | 329320-02 | 2004 | 1,004,459 | $1,175.22 | 468,518 | $548.17 | A |
| 1611 | PP | 329320-02 | 2005 | 587,575 | $687.46 | 284,790 | $333.20 | A |
| | | | Tax Subtotals | | $1,862.68 | | $881.37 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP is property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CITY OF NEWPORT TAX DEPARTMENT    (County and State: CAMPBELL, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount*** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1702 | PP | 6895 | 2004 | 1,560,974 | $17,841.93 | 684,276 | $7,821.27 | A |
| 1702 | PP | 6895 | 2005 | 551,098 | $6,972.64 | 204,792 | $2,344.87 | A |
| | | | Tax Subtotals | | $24,814.57 | | $10,166.14 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP is property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CITY OF NORFOLK TAX DEPARTMENT        (County and State: CITY OF NORFOLK (IND), VA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0979 | PP | W01291 | 2004 | 673,944 | $26,957.76 | 218,696 | $8,747.84 | A |
| 0979 | PP | W01291 | 2005 | 598,607 | $23,944.28 | 189,386 | $7,575.44 | A |
| | | | Tax Subtotals | | $50,902.04 | | $16,323.28 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

CITY OF OWENSBORO    (County and State: DAVIESS, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1653 | PP | 4150300 | 2004 | 1,281,169 | $12,953.90 | 591,391 | $5,979.55 | A |
| 1653 | PP | 4150300 | 2005 | 463,607 | $4,687.99 | 197,820 | $2,000.35 | A |
| | | | Tax Subtotals | | $17,641.89 | | $7,979.91 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| CITY OF RADCLIFF (County and State: HARDIN, KY) | | | | | | | | | |
| | 1610 | PP | 2005-01-0008118 | 2004 | 1,662,306 | $3,039.81 | 648,145 | $1,185.24 | A |
| | 1610 | PP | 2005-01-0008118 | 2005 | 674,002 | $1,334.52 | 212,520 | $420.79 | A |
| | | | | Tax Subtotals | | $4,374.33 | | $1,606.03 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**CITY OF SHEPHERDSVILLE** (County and State: BULLITT, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1870 | PP | 435-457-60-1 | 2004 | 883,388 | $1,522.96 | 472,292 | $814.73 | A |
| 1870 | PP | 435-457-60-1 | 2005 | 224,979 | $387.86 | 145,824 | $251.40 | A |
| | | | Tax Subtotals | | $1,910.82 | | $1,065.63 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

COUNTY OF ROANOKE (County and State: ROANOKE, VA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0980 | PP | 0935727 | 2004 | 205,565 | $7,194.78 | 169,750 | $5,941.25 | A |
| 0980 | PP | 0935727 | 2005 | 193,850 | $6,784.75 | 147,000 | $5,145.00 | A |
| | | | Tax Subtotals | | $13,979.53 | | $11,086.25 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount*** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| DAVIESS COUNTY SHERIFF | (County and State: DAVIESS, KY) | | | | | | | | |
| | 1653 | PP | 4150300 | 2004 | 1,281,169 | $13,125.00 | 591,391 | $6,058.53 | A |
| | 1653 | PP | 4150300 | 2005 | 463,607 | $3,298.39 | 197,820 | $1,407.42 | A |
| | | | | Tax Subtotals | | $16,423.39 | | $7,465.95 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

          ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

FRANKLIN COUNTY TREASURER ` (County and State: FRANKLIN, VA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0983 | PP | 56-0670665 | 2004 | 1,060,533 | $13,459.93 | 218,172 | $2,768.97 | A |
| 0983 | PP | 56-0670665 | 2005 | 1,016,079 | $12,802.31 | 188,933 | $2,380.50 | A |
| | | | Tax Subtotals | | $26,262.24 | | $5,149.47 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| HARDIN COUNTY SHERIFF (County and State: HARDIN, KY) | | | | | | | | | |
| | 1610 | PP | 37693 | 2004 | 1,662,306 | $13,987.53 | 648,145 | $5,453.83 | A |
| | 1610 | PP | 37693 | 2005 | 674,002 | $6,972.46 | 212,520 | $2,198.49 | A |
| | | | | Tax Subtotals | | $20,959.99 | | $7,652.32 | |

Legend for Basis for Adjustment Codes:  A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Footnotes:  * PP in property type is a personal property account and R is a real property account.

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**HAWKINS COUNTY TRUSTEE** (County and State: HAWKINS, TN)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 2188 | PP | 06500P | 2004 | 38,710 | $935.83 | 37,990 | $918.43 | A |
| 2188 | PP | 06500P | 2005 | 36,030 | $862.00 | 32,899 | $787.08 | A |
| | | | Tax Subtotals | | $1,797.83 | | $1,705.52 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

     ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

JEFFERSON COUNTY SHERIFFS OFFICE    (County and State: JEFFERSON, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| MID.WH | R | 083D-0074-0000 | 2004 | 114,580 | $1,403.94 | 110,000 | $1,347.82 | S |
| MID.WH | R | 083D-0074-0000 | 2005 | 114,580 | $1,440.62 | 110,000 | $1,383.04 | S |
| MID.WH | R | 13-083D-0072-0000 | 2004 | 7,189,220 | $88,089.51 | 3,750,000 | $45,948.75 | S |
| MID.WH | R | 13-083D-0072-0000 | 2005 | 7,189,220 | $90,390.07 | 3,750,000 | $47,148.75 | S |
| MID.WH | PP | 23-507752 | 2004 | 19,962,016 | $155,157.15 | 8,788,384 | $68,308.76 | A |
| MID.WH | PP | 23-507752 | 2005 | 1,740,862 | $21,457.38 | 19,057 | $344.35 | A |
| | | | Tax Subtotals | | $367,938.67 | | $164,481.47 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| NELSON COUNTY SHERIFF | (County and State: NELSON, KY) | | | | | | | | |
| | 1606 | PP | 1346500-01 | 2004 | 1,751,379 | $8,465.22 | 664,919 | $3,213.86 | A |
| | 1606 | PP | 1346500-01 | 2005 | 564,471 | $3,924.20 | 212,143 | $1,474.82 | A |
| | | | | Tax Subtotals | | $12,389.42 | | $4,688.68 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK – No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

    ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**
OFFICE OF FAYETTE COUNTY SHERIFF    (County and State: FAYETTE, KY)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 1614 | PP | 80026470 | 2004 | 1,819,749 | $17,078.15 | 622,185 | $5,839.14 | A |
| 1614 | PP | 80026470 | 2005 | 1,139,165 | $12,295.98 | 326,045 | $3,518.71 | A |
| | | | Tax Subtotals | | $29,372.13 | | $9,357.84 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OX = No adjustment made    S = Sales

Footnotes:    * PP In property type is a personal property account and R is a real property account

   ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| SCOTT COUNTY SHERIFF    (County and State: SCOTT, KY) | | | | | | | | | |
| | 1611 | PP | 329320-02 | 2004 | 1,004,459 | $8,960.19 | 468,518 | $4,179.37 | A |
| | 1611 | PP | 329320-02 | 2005 | 587,575 | $6,882.07 | 284,790 | $3,335.65 | A |
| | | | | Tax Subtotals | | $15,842.26 | | $7,515.02 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

    ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**SULLIVAN COUNTY TRUSTEE** (County and State: SULLIVAN, TN)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 2189 | PP | 062H A 005.00P 000 | 2004 | 50,288 | $1,342.69 | 45,901 | $1,225.55 | A |
| 2189 | PP | 062H A 005.00P 000 | 2005 | 48,290 | $1,222.00 | 39,749 | $1,005.88 | A |
| | | | Tax Subtotals | | $2,564.69 | | $2,231.43 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OE = No adjustment made    S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

    ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

**Creditor Name**

**TOWN OF ROCKY MOUNT** (County and State: FRANKLIN, VA)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|
| 0983 | PP | 56-0670665 | 2004 | 1,060,533 | $1,734.16 | 218,172 | $356.75 | A |
| 0983 | PP | 56-0670665 | 2005 | 309,943 | $1,380.71 | 188,933 | $963.56 | A |
| | | | Tax Subtotals | | $3,314.87 | | $1,320.31 | |

Legend for Basis for Adjustment Codes:    A = Appraised Asset    M = Market    OK = No adjustment made    S = Sales

Footnotes:    * PP in property type is a personal property account and R is a real property account

    ** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| TOWN OF VINTON (County and State: ROANOKE, VA) | | | | | | | | | |
| | 0980 | PP | 0935727 | 2004 | 205,565 | $2,055.65 | 169,750 | $1,697.50 | A |
| | 0980 | PP | 0935727 | 2005 | 193,850 | $1,938.50 | 147,000 | $1,470.00 | A |
| | | | | Tax Subtotals | | $3,994.15 | | $3,167.50 | |

Legend for Basis for Adjustment Codes:   A = Appraised Asset   M = Market   OK = No adjustment made   S = Sales

Footnotes:   * PP in property type is a personal property account and R is a real property account

** In certain instances, the total Revised Tax Amount will be offset by amounts previously paid by Debtor. Accordingly, the total amount due a Taxing Authority may be less than the Revised Tax Amount.

Page 24 of 25

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** | Basis for Adjustment |
|---|---|---|---|---|---|---|---|---|---|

**Legend : Tax Case Numbers**

05-03817 Winn-Dixie Stores, Inc.
05-03818 Dixie Stores, Inc.
05-03819 Table Supply Foods Store Co., Inc.
05-03820 Astor Products, Inc.
05-03821 Crackin' Good, Inc.
05-03822 Deep South Distributors, Inc.
05-03823 Deep South Products, Inc.
05-03824 Dixie Darling Bakers, Inc.
05-03825 Dixie-Home Stores, Inc.
05-03826 Dixie Packers, Inc.
05-03827 Dixie Spirits, Inc.
05-03828 Economy Wholesale Distributors, Inc.
05-03829 Foodway Stores, Inc.
05-03830 Kwik Chek Supermarkets, Inc.
05-03831 Sunbelt Products, Inc.
05-03832 Sundown Sales, Inc.
05-03833 Superior Food Company
05-03834 WD Brand Prestige Steaks, Inc.
05-03835 Winn-Dixie Handyman, Inc.
05-03836 Winn-Dixie Logistics, Inc.
05-03837 Winn-Dixie Montgomery, Inc.
05-03838 Winn-Dixie Procurement, Inc.
05-03839 Winn-Dixie Raleigh, Inc.
05-03840 Winn-Dixie Supermarkets, Inc.

Exhibit C

## Exhibit C

4/18/2006

| Jurisdiction | Parcel Number | Property Location | 2006 Market Value | Basis for Adjustment |
|---|---|---|---|---|
| JEFFERSON COUNTY SHERIFF'S OFFICE | 083D-0074-0000 | 720 Locust Lane, Louisville KY 40217 | $110,000 | S |
| JEFFERSON COUNTY SHERIFF'S OFFICE | 13-083D-0072-0000 | 720 Locust Lane, Louisville KY 40217 | $3,750,000 | S |

Legend for Basis for Adjustment Code:    S = *Sales*

Page 1 of 1

Exhibit D

| STATE | BASIS FOR ASSESSMENT | DESCRIPTION |
|---|---|---|
| KY | The basis of tax is Afair cash value@ on January 1. (Sec. 172, Kentucky Const.). | Estimated at the price the property would bring at a fair voluntary sale. |
| TN | Property tax assessments are based on the appraised or market value of the property. (Sec. 67-5-601, T.C.A.). | AMarket value@ must reflect the sound, intrinsic, and immediate economic value of property in terms of a sale between a willing seller and a willing buyer, without regard to inflated values resulting from speculative purchases in anticipation of uncertain future real estate markets.  Once the appraised value of property is determined, a prescribed assessment percentage is applied to arrive at the assessed value of the property. |
| VA | Real and tangible personal property must be assessed at fair market value (Sec. 58.1-3201, Code, Sec. 58.1-3503(B), Code), but the term is not defined by statute. | Methods of valuing property must be uniform within each classification and may reasonably be expected to determine actual fair market value. |

Exhibit E

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

ORDER ON DEBTORS' (I) OMNIBUS OBJECTION
TO TAX CLAIMS AND (II) MOTION REQUESTING
DETERMINATION OF TAX VALUES AND LIABILITIES

This matter having come before the Court under 11 U.S.C. §§ 105, 502, 505 and 506, Fed. R. Bank. P. 3007 and 9014 and Rule 3007-1 (the "Objection") on the (i) first omnibus objection to tax claims and (ii) motion for an order determining tax values and liabilities (Docket No. _____) (the "Motion," collectively the "Motion and Objection")[1], filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"). The Court has reviewed the Motion and Objection and has considered the representations of counsel. Based upon the representations of counsel and without objection by the United States Trustee or any other interested parties, the Court makes the following findings of fact:

A. This Court has jurisdiction over the Motion and Objection under 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. §157(b)(2).

B. The Tax Claims listed on the attached Exhibit A are based on improper assessments and therefore are asserted in improper amounts.

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion and Objection.

C.    The basis for adjustments to the Taxing Authorities' assessed values are appropriate for the reasons set forth in the Motion and Objection.

D.    The amounts indicated in the "Revised Assessed Value" column on the attached Exhibits A and B reflect the correct taxable values for the properties identified on the Exhibits.

E.    The values listed on Exhibit C provide the appropriate market value basis for computing assessed values for tax year 2006 for the property in question.

F.    The statutory interest rates imposed by the Taxing Authorities incorporate a penalty element and, therefore, should not be used in calculating the accrued interest on Tax Claims and other tax liabilities which are secured and entitled to interest. Accordingly, it is

ORDERED AND ADJUDGED THAT:

1.    The Motion is granted and the Objection is sustained.

2.    The tax values for the properties listed on Exhibit A and Exhibit B to this Order in the column titled "Revised Assessed Value" are correct and the Taxing Authorities are directed to use such tax values to compute the Debtors' tax liabilities for the 2004 and 2005 tax years.

3.    The Revised Tax Amounts listed on the attached Schedule 1 are the correct amount of tax liabilities owed by the Debtors to the Taxing Authorities identified on such Schedule.

4.    The Revised Tax Amounts listed on Exhibit A are correct and the Tax Claims identified on Exhibit A are reduced and allowed in the amount reflected as the Revised Tax Amount.

5.    Where applicable, pursuant to Section 506(b), the interest rate on Revised Tax Amounts will be calculated using the Adjusted Rate.

6.    The market values on the attached Exhibit C are the appropriate valuation basis for which the Taxing Authorities are to compute assessed values and corresponding assessed taxes for tax year 2006.

7.    This Order is without prejudice to the Debtors' right to object to any proof of claim filed by Taxing Authorities in these Chapter 11 cases on any further or separate grounds.

8.    This Court retains jurisdiction over the Debtors and the Taxing Authorities whose Tax Claims and Liabilities are subject to the Motion and Objection with respect to any matters related to or arising from implementation of this Order.

Dated this _____ day of May, 2006 in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

**THE EXHIBITS TO BE ATTACHED TO THE ORDER WHEN ENTERED WILL BE THE SAME EXHIBITS THAT ARE ATTACHED TO THE OBJECTION, WITH ANY NECESSARY MODIFICATIONS TO ADDRESS RESPONSES TO THE OBJECTION**

3