UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER APPROVING STIPULATION WITH
STEPHEN HADLEY TO MODIFY THE PERMANENT INJUNCTION**

This cause is before the Court upon the motion of Winn-Dixie Stores, Inc., and its reorganized debtor affiliates (collectively the "Debtors") for an order approving the Debtors' stipulation with Stephen Hadley (the "Claimant") for modification of the permanent injunction. Based upon the consent of the parties appearing below, it is

ORDERED:

1. The permanent injunction imposed by 11 U.S.C. §524 is modified for the sole purpose of authorizing the parties to litigate through final judgment the state court action against debtor Winn-Dixie Raleigh, Inc., styled as Stephen P. Hadley v. Save Rite Grocery Warehouse, Inc., pending in the 9th Judicial Circuit Court, in and for Osceola County, Florida, Case No. 2004 CA 001590 ON (the "State Court Action").

2. The Claimant shall not enforce or execute on any judgment obtained as a result of such litigation against the Debtors or their property. Any such judgment shall be subject to the Debtors' confirmed plan of reorganization.

3. Except as modified herein, the permanent injunction pursuant to 11 U.S.C. §524 shall remain in full force and effect.

4. The Claimant shall notify the State Court that the State Court Action is subject to the permanent injunction of 11 U.S.C. §524 to the extent set forth herein.

5. This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 2 day of April, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

[Leanne McKnight Prendergast is directed to serve a copy of this order on any interested party who has not received this order through the CM/ECF system and file a proof of service]

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| TODD E. COPELAND & ASSOCIATES | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Todd E. Copeland* * <br> Todd E. Copeland | By  *s/ Leanne McKnight Prendergast* <br> Leanne McKnight Prendergast |
| Florida Bar Number 964840 <br> 338 North Magnolia Avenue, Suite B <br> Orlando, Florida 32801 <br> (407) 999-8995 <br> (407) 849-1806 (facsimile) <br> toddc@toddcopeland.com | Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com |
| Counsel for Stephen Hadley | Counsel for Reorganized Debtors |

*Counsel has authorized the use of his electronic signature.

00648417