Claimant ID: WDX-390739-L1
Jabot, Debbie

**F I L E D**
JACKSONVILLE, FLORIDA

APR 6 2009

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC.
et al.,

Debtors.

_____/

Chapter 11
Case No. 05-03817-3F1
(Jointly Administered)

## NOTICE OF WITHDRAWAL AS COUNSEL

Comes now Jack B. Nichols, counsel of record in this cause for the Claimant, Deborah B. Jabot, and hereby files this notice that Jack B. Nichols and Jack B. Nichols, P.A. have withdrawn their representation of Deborah B. Jabot in this cause.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail this 3rd day of April, 2009, to: ALLEN C. SANG, ESQ., 1850 Lee Road, Ste 334, Winter Park, FL 32789.

JACK B. NICHOLS, ESQUIRE
Florida Bar No.: 095141
801 N. Magnolia Avenue, Suite 414
Orlando, Florida 32803
(407) 841-8823; Facsimile (407) 849-5238
Attorney for Claimant