UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | * |
| | * |
| WINN DIXIE STORES, INC., | * CASE NO. 05-bk-3817 |
| | * |
| Debtor | * |

## NOTICE OF WITHDRAWAL OF COUNSEL

**COMES NOW**, James W. Martin, Esquire, counsel to Colorado Box Beef Company, and hereby withdraws his entry of appearance in the above-styled bankruptcy case. No further notices, pleadings, or documents should be sent to the undersigned. The Clerk of Court is requested to remove the undersigned's email address from the distribution list in the above-styled case.

This 2nd day of April 2009.

MOSKOWITZ & MARTIN, LLP
One Lakeside Commons
990 Hammond Drive, Suite 990
Atlanta, Georgia 30328
(678) 775-3557
jmartin@mmlawatl.com

/s/ James W. Martin
JAMES W. MARTIN
Attorney for Colorado Box Beef Company
Georgia Bar No: 473314

JWM/mm