UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON APRIL 16, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on April 16, 2009 at 1:30 p.m.:

**Contested Matters**

1. *Debtors' Objection to the Motion of Allan Urban for Order Permitting Filing of Proof of Claim After Bar Date (Docket No. 22201)(Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

2. *Debtors' Objection to the Claim of Christina McCormick (Docket No. 22199)(Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtor's Objection to the Claim of Edwin Spriggs (Docket No. 22197)(Res Judicata Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Objection to the Application of Maria Orozco for Allowance of Administrative Claim (Post-Petition Injury Claim) (Docket No. 22200)(Late Claim Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Application for Allowance of Administrative Claim for Post-Petition Personal Injury Claimant filed by State Farm Mutual Automobile Insurance Company and Caridad Costa (Docket No. 22198)(Late Claim Defense)*

Response Deadline: Expired.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: April 15, 2009.

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
   Stephen D. Busey
   James H. Post
   Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00647545

3