## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### AGREED ORDER ON DEBTORS' SECOND OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (CLEVELAND)

This matter came before the Court on the Debtors' Second Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7852). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.   Proof of Claim number 1827 filed by the County of Cleveland, North Carolina ("Cleveland"), is allowed as a secured claim in the amount of $2,980.19.

2.   This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Cleveland in these Chapter 11 cases and (ii) all other pre-effective date claims Cleveland has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

3.     This Court retains jurisdiction to resolve any disputes arising from this

Agreed Order.

Dated this ___16___ day of ___April___, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    CLEVELAND COUNTY


By   *s/ Cynthia C. Jackson*              By   *\*s/Chris Greem*
   Cynthia C. Jackson, F.B.N. 498882         Chris Green, Tax Administrator

225 Water Street, Suite 1800             Office of Tax Assessor
Jacksonville, Florida 32202              P. O. Box 370
(904) 359-7700                           Shelby, North Carolina
(904) 359-7708 (facsimile)               (704) 484-4911
cjackson@smithhulsey.com                 chris.green@clevelandcounty.com

Counsel for Reorganized Debtors          Representative for Cleveland County


\* Ms. Green has authorized her electronic signature.