UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER SUSTAINING DEBTORS' OBJECTION TO
THE CLAIM FILED BY CHRISTINA MCCORMICK**

This case came before the Court for hearing on April 16, 2009 on the Debtors' Objection to the Claim of Christina McCormick (Docket No. 22201) (the "Objection"). Upon the evidence presented at the hearing, the Court finds that:

1. Christina McCormick (the "Claimant") filed an Application for Payment of Administrative Expenses (Docket Nos. 14090 and 14305) based upon a claim that arose on February 27, 2005 at a Winn-Dixie store in Florida, and is based upon a slip and fall accident (the "Application").

2. Claimant has not filed a complaint in the appropriate non-bankruptcy court based upon her slip and fall accident. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4. Because the date upon which the claim is based is February 27, 2005, the Claimant was required under Florida law to commence the prosecution of a civil action by February 26, 2009.

5. Because the claimant did not file a civil action to preserve her claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and her claim must be disallowed. Upon the foregoing, it is

ORDERED:

1. The Objection is sustained.

2. The Application filed by the Claimant (Docket Nos. 14090 and 14305) is disallowed.

Dated this 16 day of April, 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00649692