# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION
## TO THE CLAIM OF EDWIN SPRIGGS

This case came before the Court for hearing on April 16, 2009 on the Debtors' Objection to the Claim of Edwin Spriggs (Docket No. 22197). Upon the consideration, the Court finds that:

Claim No. 4735 filed by Edwin Spriggs (the "Claim") is barred by the res judicata effect of the state court order dismissing the case filed by Edwin Spriggs against debtor Winn-Dixie Louisiana, Inc., styled as *Edwin Spriggs et al. v. Winn-Dixie Louisiana, Inc.*, 15th Judicial District Court, State of Louisiana, Case No. 80113-F, on the grounds that Spriggs' claims against the Debtors are barred by Louisiana's statutes of prescription. Upon the foregoing, it is

ORDERED:

1. The Debtors' Objection to the Claim of Edwing Spriggs (Docket No. 22197) is sustained.

2. Claim No. 4735 is disallowed.

Dated this 16 day of April, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00649714

2