UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER SUSTAINING DEBTORS' OBJECTION
TO THE CLAIM FILED BY CARIDAD COSTA

This case came before the Court for hearing on April 16, 2009, on the Debtors' Objection to the Application of State Farm Mutual Automobile Insurance Company and Caridad Costa (collectively, the "Claimants") for Allowance of Administrative Claim (Docket No. 22198) (the "Objection"). Upon the evidence presented at the hearing, the Court finds that:

1. On November 9, 2006, this Court entered an Order (the "Confirmation Order") confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (as modified, the "Plan"), which became effective on November 21, 2006.

2. On December 6, 2006, in accordance with the Confirmation Order, a notice of entry of order confirming plan of reorganization and a bar date for filing administrative claims was served by mail on all parties in interest, including the Claimants (the "Administrative Claim Bar Date Notice") (Docket No. 12991).

3. The Administrative Claim Bar Date Notice advised that (i) all administrative claims were required to be filed with the Bankruptcy Court on or before January 5, 2007, and (ii) the failure to file a timely administrative claim would result in the claim being time-barred and relinquished.

4. On October 15, 2007, the Claimants filed an Application for Allowance of Administrative Claim (Docket No. 18511) for damages based upon a claim that arose on October 21, 2006 in Collier County, Florida (the "Application").

2. To date, the Claimants have not filed a motion seeking approval of the late Application or showing excusable neglect for the late filing. Upon the foregoing, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The Application filed by the Claimants (Docket No. 8511) is disallowed.

Dated this 16 day of April, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00649697