UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                        Chapter 11
           Reorganized Debtors.                )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Wendy Turner [Docket No. 13296] was furnished by mail on April 21, 2009 to Wendry Turner, c/o Julio C. Jaramillo, Two Datran, Suite 1703, 9130 South Dadeland Blvd., Miami, Florida 33156.

Dated: April 21, 2009

                                                                   SMITH HULSEY & BUSEY


                                                                   By     *s/ James H. Post*
                                                                           Stephen D. Busey
                                                                           James H. Post (FBN 175460)
                                                                           Cynthia C. Jackson

                                                                   225 Water Street, Suite 1800
                                                                   Jacksonville, Florida 32202
                                                                   (904) 359-7700
                                                                   (904) 359-7708 (facsimile)
                                                                   jpost@smithhulsey.com

                                                                   Counsel for Reorganized Debtors

00650972