**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>WINN-DIXIE STORES, INC., et. Al.<br><br>DEBTOR | Chapter 11<br><br>Case No. 05-03817-3F1<br>Jointly Administered |

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

PLEASE TAKE NOTICE that the undersigned appearing as counsel for NCR Corporation, creditor and party-in-interest in the above-captioned matter, requests to be administratively terminated in this case for the purpose of receiving notices. The undersigned counselor for the CREDITOR no longer wishes to receive notices from the Court, either in electronic form or by first class mail IN THIS CASE.

HANGLEY ARONCHICK SEGAL & PUDLIN

Dated: April 22, 2009        By:   /s/ Ashely M. Chan
                                   Ashely M. Chan
                                   One Logan Square, 27th Floor
                                   Philadelphia, PA 19103
                                   (215) 568-6200

*Attorney for NCR Corporation*

### CERTIFICATE OF SERVICE

I, Ashely M. Chan, certify that on this day, April 22, 2009, I caused a true and correct copy of the foregoing Request to Discontinue Service of Notices to be served upon parties by ECF.

Dated: April 22, 2009           /s/ Ashely M. Chan
                                Ashely M. Chan