# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## AMENDED CERTIFICATE OF SERVICE

I certify that a copy of Debtors' objection to the claims filed by Jeffery Leseman which have been settled and released and notice of hearing (Docket No. 22356) filed on April 21, 2009, was furnished by mail on April 27, 2009, to Tom St. Germain, Esq., Weinstein & St. Germain, LLC, 1414 NE Evangeline Thwy, Lafayette, Louisiana 70501.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Reorganized Debtors

651657