UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
__JACKSONVILLE__ DIVISION

IN RE:                                              CHAPTER __11__ CASE

WINN-DIXIE STORES, INC., et al.                     CASE NO.: ____05-3817-3F1____

Debtor(s)
_____/

## CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the matter on an emergency basis.

I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because Visagent noticed depositions for April 28 and 29, subject to Winn-Dixie's availability.  After learning Winn-Dixie is not available on those dates, Visagent first asserted this past Saturday, April 25, that it intends to go forward with the depositions as noticed.

I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client.  I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

DATED this __27th__ day of _____April_____, __2009__.

/s/ David L. Gay
(Signature)

David L. Gay
(Typed Name)

(904) 359-7700
(Telephone Number)