UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,      Case No.: 3:05-bk-03817-JAF

    Debtors.      Chapter 11

     Jointly Administered

_____/

## NOTICE OF FILING

The Official Committee of Unsecured Creditors appointed in the above-captioned cases of Winn-Dixie Stores, Inc. and its affiliated debtors and debtors in possession hereby gives notice of the filing of the attached Notice of Request for Removal from Electronic Filing Notice List on behalf of Matthew S. Barr.

Dated: April 27, 2009.
                         AKERMAN SENTERFITT

                         By: /s/ John B. Macdonald
                             John B. Macdonald
                             Florida Bar No.: 230340
                             E-mail: john.macdonald@akerman.com
                             50 North Laura St., Suite 2500
                             Jacksonville, FL 32202
                             Telephone: (904) 798-3700
                             Facsimile: (904) 798-3730

                         Co-Counsel for the Official Committee of Unsecured Creditors of Winn-Dixie Stores, Inc., et al.

{JA451319;1}

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                              Case No. 3:05-bk-03817-JAF

WINN-DIXIE STORES, INC., et al.,                    Chapter 11

Debtors.                                            Jointly Administered

_____/

NOTICE OF REQUEST FOR REMOVAL FROM
ELECTRONIC FILING NOTICE LIST

The undersigned attorney requests that the Clerk remove his name from the electronic filing notification list in connection with the case referenced above.

Dated: New York, New York
       April 23, 2009

                                    MILBANK, TWEED, HADLEY & McCLOY LLP

                                    By: _____
                                        Matthew S. Barr (MB 9170)
                                        mbarr@milbank.com
                                        1 Chase Manhattan Plaza
                                        New York, New York 10005
                                        (212) 530-5000