**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| | ) | |

**JOINT MOTION TO CONTINUE TRIAL**
**SCHEDULED FOR MAY 7 AND 8, 2009**

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") and Casto Investments Company, Ltd. ("Casto") move the Court for entry of an order continuing the trial on the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), as it relates to the cure objection filed by Casto (the "Cure Objection") (Doc. No. 9686) and Winn-Dixie's Counterclaim (the "Counterclaim") (Doc. No. 21471), currently scheduled for May 7, 2009 at 9:00 a.m. and May 8, 2009 at 9:00 a.m., and in support state:

1.     On June 30, 2006, Winn-Dixie filed its Motion to Assume seeking to assume several non-residential real property leases, including the lease for real property located at 941 S.W. 24th Street, Fort Lauderdale, Florida, known as Store No. 236.

2.   On July 28, 2006, Casto filed its Cure Objection, asserting lease cure amounts greater than those asserted by Winn-Dixie in its Motion to Assume.

3.   A status conference regarding the Motion to Assume and the Cure Objection was held on November 1, 2007.

4.   On November 5, 2007, the Court entered an order scheduling a trial on the Motion to Assume and the Cure Objection for March 12, 2008 at 9:00 a.m., March 13, 2008 at 1:30 p.m. and March 14, 2008 at 9:30 a.m. (Doc. No. 18814). On February 7, 2008, the Court entered an order continuing this trial until August 14, 2008 at 9:00 a.m. and August 15, 2008 at 9:30 a.m. (Doc. No. 19774); on July 28, 2008, the Court entered an order continuing this trial until January 15, 2009 at 9:30 a.m. and January 16, 2009 at 9:30 a.m. (Doc. No. 21064); and on December 3, 2008, the Court entered an order continuing the trial until May 7, 2009 at 9:00 a.m. and May 8, 2009 at 9:00 a.m. (Doc. No. 21787).

5.   Since the Court entered its latest order continuing the trial on this matter, the parties have reached a settlement of their disputes and are working to finalize the form of an agreed order and related lease amendment that resolves the Motion to Assume, the Cure Objection and the Counterclaim. The parties need additional time to complete these items and to submit the agreed order to the Court.

WHEREFORE, Winn-Dixie and Casto request that the Court enter an order continuing the trial on the Motion to Assume, the Cure Objection and the Counterclaim until further notice.

Dated: May 1, 2009.

| BRINKLEY, MORGAN, SOLOMON, TATUM, LUNNY & CROSBY, LLP | SMITH HULSEY & BUSEY |
|---|---|
| By  *s/ Kenneth J. Joyce\**  <br>     Kenneth J. Joyce | By  *s/ Allan E. Wulbern*  <br>     Allan E. Wulbern |
| Florida Bar No. 986488<br>200 East Las Olas Boulevard, Suite 1900<br>Fort Lauderdale, Florida 33301<br>(954) 522-2200<br>(954) 522-9123 (facsimile)<br>kenneth.joyce@brinkleymorgan.com | Florida Bar No. 175511<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>awulbern@smithhulsey.com |
| Counsel for Casto Investments Co., Ltd. | Counsel for Winn-Dixie Stores, Inc. |

\*Counsel has authorized his electronic signature.