## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
|  | ) |  |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|  | ) |  |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |

## ORDER CONTINUING TRIAL
## SCHEDULED FOR MAY 7 AND 8, 2009

This case is before the Court upon the Joint Motion of Winn-Dixie and its affiliates ("Winn-Dixie") and Casto Investments Company, Ltd. ("Casto") to continue the trial on the Debtors' Second Omnibus Motion for Authority to (I) Assume Non-Residential Real Property Leases, (II) Fix Cure Amounts and (III) Grant Related Relief (the "Motion to Assume") (Doc. No. 8941), as it relates to the cure objection filed by Casto (the "Cure Objection") (Doc. No. 9686) and Winn-Dixie's Counterclaim (the "Counterclaim") (Doc. No. 21471), currently scheduled for May 7, 2009 at 9:00 a.m. and May 8, 2009 at 9:00 a.m (Docket No. 22372).  Upon consent of the parties, it is,

ORDERED:

1.    The Motion to Continue is granted.

2.    The trial on this matter currently scheduled for May 7 and May 8, 2009 is continued until further notice.

Dated this ____4____ day of _____May_____ , 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Allan E. Wulbern is directed to serve
a copy of this Order on all parties who
received copies of the motion.
00652373

2