# United States Bankruptcy Court
## Middle District of Florida, Jacksonville Division
### 300 North Hogan Street, Suite 3-350
### Jacksonville, Florida 32202
### Phone (904) 301-6490

May 5, 2009

Mr. Lee Ricciardi
5380 Acacia Trail
Pinellas Park, FL 33782

Dear Mr. Ricciardi,

The court is in receipt of your correspondence dated May 4, 2009 and it is being treated as such. Unfortunately, the Court is unable to take any action on your letter, as it cannot be construed as a motion, objection or application.   The proper document(s) must be filed with the Court in order for any action to be taken.

The notice of hearing on the Motion for Relief from Stay that was erroneously sent to you and others in January of this year, involved **only** the party that filed the Motion.

By law, the Bankruptcy Clerk's office cannot give legal advice.   You may wish to consult with an attorney to determine your rights in this case.

Thank you,

Susan Carter
Susan Carter
Deputy Clerk



F I L E D
JACKSONVILLE, FLORIDA

MAY - 4 2009

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Lee  Ricciardi
5380  Acacia  Trail
Pinellas  Park,  Florida  33782
Tel.  727-544-0099

Mai 1, 2009

Lee Ann Bennett
Clerk of Court
US Bankruptcy Court
300 North Hogan Street        Suite 3-350
Jacksonville, Florida 32202

Lee Ann Bennett:

During January  of this year I called your office during the Winn Dixie
Stores Inc. case was coming up for trial.

I was directed to speak with the lady handling the Winn Dixie Store account.
Speaking with her I stated that I had received a letter from the court to
appear at this hearing. Well, she stated to me that it was a mistake and not to
attend.

Well several days later I called again and again I get this same Female telling
me " didn't I speak with you the other day? And I said yes you did. Well she
stated again that it was in error and I did not have to attend".

Well, I reside in a 55 Plus community being 84 years old, there are numerous
Attorneys, Doctors etc that reside here. After speaking with them they could
not believe that I was told not to attend after I sent letters to all Attorneys
involved in this matter many years ago and also asked his honor all that I

wanted was my $15,000.00 back. Which was my retirement money that I us for the Winn  Dixie Stock. My wife was an employee of Winn Dixie for many years.

What I am asking for is that Judge  Funk to help me get that money back. I ask you Ms. Bennett What do I have to do to get my money back? I am being told by Retired Attorneys here that if it was them they would file suit to get their money back or a portion of it.

I ask you that you ask Judge Funk about this case or do I have to make the trip to Jacksonville myself to see Judge Funk?

Sincerely