**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF CASE MANAGEMENT CONFERENCE**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a case management conference on the Request by the United States Department of Health and Human Services for Payment of Administrative Expense Arising Against the Debtors Between February 21, 2005 and November 21, 2006 (Docket No. 14245) (the "Application") is scheduled for **May 21, 2009** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the scheduling of the application for hearing and such other matters to further the expeditious and economical resolution of the case.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers absent a specific order by the Court

- 2 -

authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  May 6, 2009

                              SMITH HULSEY & BUSEY


                              By  *s/ Leanne McKnight Prendergast*
                                  Stephen D. Busey
                                  James H. Post
                                  Leanne McKnight Prendergast

                              Florida Bar Number 59544
                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              lprendergast@smithhulsey.com

                              Counsel for Reorganized Debtors

- 3 -

<u>Certificate of Service</u>

  I certify that a copy of the foregoing has been furnished electronically or by mail to Kyle A. Forsyth, Esq., United States Department of Justice, Post Office Box 875, Ben Franklin Station, Washington, D.C., 20044 on the 6th day of May, 2009.

                *s/ Leanne McKnight Prendergast*
                    Attorney

00544817.2