UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

                                     Case No. __05-03817-3F1__

WINN-DIXIE STORES, INC., et al.,                Chapter 11

           Reorganized Debtors.                Jointly Administered

_____/

## NOTICE OF REQUEST FOR REMOVAL
## FROM ELECTRONIC FILING NOTICE LIST

    John W. Wesley of the law firm Wesley, McGrail & Wesley, LLP (US), hereby requests

that the Clerk remove him from the electronic notice list for the instant bankruptcy matter, as

this claim has been settled.

**DATED** the _____ day of _____, 2009.

                                                John W. Wesley, Esquire
                                                Wesley, McGrail & Wesley
                                                88 NE Eglin Parkway
                                                Fort Walton Beach, Florida 32548
                                                Florida Bar No. 0506478
                                                Telephone: (850) 244-0999
                                                Facsimile: (850) 244-0973
                                                Counsel for Elizabeth Jones