UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

                Chapter 11 Case

WINN-DIXIE STORES, INC., et al.,         Case No. 05-3817-3F1

    Debtors.                          Jointly Administered

_____/

**NOTICE OF REQUEST FOR REMOVAL**
**FROM ELECTRONIC FILING NOTICE LIST**

    Jordi Guso of the law firm Berger Singerman, P.A., hereby requests that the Clerk remove him from the electronic notice list for the instant bankruptcy matter, as this claim has been settled.

Dated: May 7, 2009                    Respectfully submitted,

                                              BERGER SINGERMAN, P.A.
                                              Attorneys for the Bay Landing I, Inc.
                                              200 South Biscayne Blvd., Suite 1000
                                              Miami, Florida 33131
                                              Tel. (305) 755-9500
                                              Fax (305) 714-4340

                                              By:   /s/ Jordi Guso
                                                     Jordi Guso
                                                     Florida Bar No. 863580
                                                     jguso@bergersingerman.com