[31611] [O/ Abating Motion for Relief From Stay Service]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No. 3:05-bk-03817-JAF
                                                          Chapter 11

Winn-Dixie Stores, Inc



_____Debtor(s)_____/


### ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Luisa B. Suarez on May 7, 2009, the Court finds:

1. The subject motion is a contested matter governed by Fed. R. Bank. P. 9014.

2. Movant has failed to serve the motion in the manner provided by Fed. R. Bank. P. 4001 and 7004 as required by Fed. R. Bank. P. 9014.

The Court abates the hearing of this motion until service has been made in accordance with Fed. R. Bank. P. 4001 and 7004. The stay of 11 U.S.C. §362 will continue until further Order of the Court.


Dated May 11, 2009.


                                                          Jerry A. Funk
                                                          United States Bankruptcy Judge




Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Creditor
Attorney for Movant
L.R. 1007(d) Parties in Interest

22394