F I L E D
JACKSONVILLE, FLORIDA
MAY 11 2009
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC, et a.,

Debtors

_____/

Chapter 11

Case No.: 3:05-BK- 03817-JAF

(Jointly Administered)

### APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM FOR POST-PETITION PERSONAL INJURY

COMES NOW EILEEN MATTHIAS (hereinafter "Applicant"), by and through her undersigned counsel and seeks payment as an Administrative Claim for the Applicant's claim against one or more of the Debtors pursuant to 11 U.S.C Section 503(b). Applicant requests an entry of an order allowing the administrative expense described herein and directing the payment of such amount pursuant to Order confirming the joint Plan of reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (the "Confirmation Order) and the provisions of the Plan as confirmed. In support of such application, Applicant further states and alleges as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C Sections 157 and 1334. Venue is proper pursuant to 28 U.S.C. Section 157(b)(2).

### FACTUAL BACKGROUND

2. Winn-Dixie Stores, Inc., et al (hereinafter "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code on or about February 21, 2005 (the "Petition Date").

3. After the Petition Date or on or about June 15, 2005, Applicant was injured at Winn-Dixie store number 2309 in Orlando, Florida. As a proximate result of her injury, Applicant has suffered severe economic and non-economic damages totaling more than $80,000. Such damages can be supported through medical records and other proof.

## **APPLICANT'S CLAIM IS ENTITLED TO ADMINISTRATIVE EXPENSE STATUS**

4. Section 503(b) of the Bankruptcy Code provides for the allowance of administrative expense status, and its attendant priority for payment, for the "actual, necessary costs and expenses of preserving the estate..." 11 U.S.C. Section 503(b). Personal injury claims arising from post-petition negligence caused by the Debtors are entitled to administrative expense status. *Reading Co. v. Brown*, 391 U.S. 471; *In re Piper Aircrfat Corp.* 169 B.R. 766 (Bankr. S.D. 1994).

5. In the present matter, Applicant's claim arose as a result of the business operations of one or more of the debtors after the Petition Date but prior to the Confirmation Order. As such, Applicant's claim in excess of $25,000 is entitled to administrative expense status under 11 U.S.C. Section 503(b), and applicant seeks the entry of an order awarding such status and directing the payment of said administrative expense claim.

WHEREFORE, based upon the foregoing, Applicant requests that the Court enter an Order granting the relief requested herein and such other relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via U.S. Mail to: Leanne McKnight Prendergast, Smith Hulsey & Busey, 225 Water Street, Suite 1800, P.O. Box 53315, Jacksonville, Florida 32201 on this 7th day of May, 2009.

Richard H. Weisberg
Florida Bar No. 0207322
O'BRIEN, WEISBERG & BROOKS, LLC
2014 East Robinson Street
Orlando, Florida 32803
Tel: (407) 835-9211
Fax: (407) 835-9212
E-mail: dick@owbllc.com