UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING RESPONSE TO DEBTORS' OBJECTION TO CLAIM, MOTION TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM FOR POST-PETITION PERSONAL INJURY

The Court finds that the Response to Debtors' Objection to Claim, Motion to Enlarge Time to File Application for Administrative Expense Claim and Application for Payment of Administrative Claim for Post-Petition Personal Injury filed by Richard H. Weisberg on behalf of Eileen Matthias on May 11, 2009 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Response to Debtors' Objection to Claim, Motion to Enlarge Time to File Application for Administrative Expense Claim and Application for Payment of Administrative Claim for Post-Petition Personal Injury filed by Richard H. Weisberg on behalf of Eileen Matthias on May 11, 2009 are stricken from the record.

**DATED May 11, 2009**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Richard H. Weisberg, Attorney for Eileen Matthias, 2014 East Robinson Street, Orlando, FL 32803
Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, FL 32202