UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )         Case No. 05-03817-3F1
                                                       Chapter 11
      Reorganized Debtors.         )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ritta Hogan [Docket No. 14460] was furnished by mail on May 12, 2009 to Ritta Hogan, c/o Christopher Klemick, Esq., Klemick & Gampel, P.A., 1953 S.W. 27th Ave., Miami, Florida 33145.

Dated: May 12, 2009

                                  SMITH HULSEY & BUSEY

                                  By    *s/ James H. Post*
                                        Stephen D. Busey
                                        James H. Post (FBN 175460)
                                        Cynthia C. Jackson

                                 225 Water Street, Suite 1800
                                 Jacksonville, Florida 32202
                                 (904) 359-7700
                                 (904) 359-7708 (facsimile)
                                 jpost@smithhulsey.com

                                 Counsel for Reorganized Debtors

00653592