UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
            Reorganized Debtors.               )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Dawn Hood [Docket No. 16250] was furnished by mail on May 12, 2009 to Dawn Hood, c/o Lawrence Bohannon, Esq., 1141 SE 2nd Ave., Ft. Lauderdale, Florida 33316.

Dated: May 12, 2009

                                        SMITH HULSEY & BUSEY


                                        By    *s/ James H. Post*
                                            Stephen D. Busey
                                            James H. Post (FBN 175460)
                                            Cynthia C. Jackson

                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00653595