

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**

**TO:**                                                                                                    **DATE: May 13, 2009**

**Maura Russell**
**Dreier LLP**
**499 Park Ave 14th Floor**
**New York, NY 10022**


**NOTICE - REMOVAL OF USER ACCOUNT FROM ELECTRONIC SERVICE**

Electronic notices sent to this filer's e-mail address were returned as undeliverable. A notice advising the filer of the returned e-mails was mailed by United States Mail. Accounts with email addresses not working correctly or not accepting mail are the attorney's or firm's responsibility to substitute another party and or to use a properly working e-mail address to receive notifications.

As the result of the filer failing to correct the problem, the court has therefore disabled the filer's account and will no longer be valid.  Until such time the filer notifies the court of a properly working e-mail address, all future service upon this filer shall be made by United States Mail and deems the recipient a paper filer.  Furthermore, the filer is not complying with the Court's Administrative Orders (FTM-2005-2, JAX-2004-2, ORL-2004-2, and TPA-2005-5) stating that all filed documents must be submitted electronically via Electronic Case Filing (ECF).