UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

**Debtor(s)**

## ORDER STRIKING RESPONSE TO DEBTORS' OBJECTION TO CLAIM, MOTION TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM AND APPLICATION FOR PAYMENT OF ADMINISTRATIVE CLAIM FOR POST-PETITION PERSONAL INJURY

The Court finds that the Response to Debtors' Objection to Claim, Motion to Enlarge Time to File Application for Administrative Expense Claim and Application for Payment of Administrative Claim for Post-Petition Personal Injury filed by Richard H. Weisberg on behalf of Eileen Matthias on May 11, 2009 were filed in paper form. On April 19, 2005, the Court entered an order requiring that all pleadings and other documents filed in this Chapter 11 case be electronically filed and all service on parties in interest appearing in this case shall be by electronic transmission only; and parties in interest filing pleadings and other documents in this case may rely on electronic transmission.

Accordingly, it is

**ORDERED**:

The Response to Debtors' Objection to Claim, Motion to Enlarge Time to File Application for Administrative Expense Claim and Application for Payment of Administrative Claim for Post-Petition Personal Injury filed by Richard H. Weisberg on behalf of Eileen Matthias on May 11, 2009 are stricken from the record.

**DATED May 11, 2009**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Richard H. Weisberg, Attorney for Eileen Matthias, 2014 East Robinson Street, Orlando, FL 32803
Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, FL 32202

# CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: cartes              Page 1 of 1            Date Rcvd: May 11, 2009
Case: 05-03817                 Form ID: pdfdoc           Total Served: 1

The following entities were served by first class mail on May 13, 2009.
cr           +Eileen Matthias,   c/o Richard H. Weisberg,    2014 East Robinson Street,   Orlando, FL 32803-6045
The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 13, 2009**          **Signature:**  _Joseph Speetjens_