# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL

Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries, reorganized debtors in the above-captioned cases, withdraw their Motion for Protective Order (Docket No. 22361).

Dated: May 19, 2009

SMITH HULSEY & BUSEY

By  */s/ Stephen D. Busey*
  Stephen D. Busey
  David L. Gay

Florida Bar Number 117790
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

Counsel for Reorganized Debtors

Certificate of Service

I certify that a copy of this document was furnished electronically through the Court's CM/ECF electronic notification system to Guy Bennett Rubin, Esq., Rubin & Rubin, 520 South Federal Highway, Stuart, Florida 34995, this 19th day of May, 2009.



/s/ Stephen D. Busey
Attorney