UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | * | Chapter 11 |
| Debtors. | * | Jointly Administered |

_____

**Notice of Withdrawal from Case And**

**Request To Stop Electronic Notice**

The undersigned attorney for claimants Lydia Greenall (claim # 5157) and Rita Ferguson (claim # 5158) herewith files his Notice Of Withdrawal From Case And Request To Stop Electronic Notice (email: gcd@hiwaay.net) for any further documents. These claims have been resolved.

Respectfully submitted,

/s/ George C. Douglas, Jr.
_____
George C. Douglas, Jr.
700 Century Park South, Suite 223
Birmingham, Alabama 35226
(205) 824-4620  phone
(866) 383-7009  fax
email: gcd@hiwaay.net
Attorney for Lydia Greenall and
Rita Ferguson

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing through the Court's CM/ECF system this May 20, 2009.

/s/ George C. Douglas, Jr.