UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re | Case No.: 3:05-bk-03817-JAF |
| Winn-Dixie Stores, Inc., et. al., | Chapter 11 |
| Debtors. | Jointly Administered |

## ORDER GRANTING MOTION FOR ADDITIONAL TIME TO DEPOSE VISAGENT'S 30(b)(6) REPRESENTATIVE(S)

This matter is before the Court upon the motion of Winn-Dixie Stores, Inc. ("Winn-Dixie") for entry of an order allowing Winn-Dixie 14 hours to depose Visagent's 30(b)(6) representative(s) (the "Motion"). The Court has reviewed the Motion and considered the representations of counsel. Based upon the representations of counsel, it is

ORDERED THAT:

1. The Motion is granted.

2. Visagent shall produce its 30(b)(6) representative(s) for deposition for a total of 14 hours on the dates and times agreed upon by the parties.

DATED in Jacksonville, Florida this 19 day of May, 2009.

Jerry A. Funk
United States Bankruptcy Judge

654466