UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON MAY 21, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on May 21, 2009 at 1:30 p.m.:

**Contested Matters**

1. *Case Management Conference on the Request by the United States Department of Health and Human Services for Payment of Administrative Expense Arising Against the Debtors Between February 21, 2005 and November 21, 2006 (Docket No. 14245 )*

    Response Deadline:  Non-Applicable.

    Responses:           None.

    Status:              The Reorganized Debtors will proceed with the Case Management Conference.

2. *Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it Relates to the Claim of the Warren County Tax Collector (Docket Nos. 9133 and 9350)*

    Response Deadline: Expired.

    Responses: Warren County (Docket No. 9350).

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Objection to the Administrative Claim of Pamela Bryant (Docket No. 22354)(Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Objection to the Administrative Claim of Christine Schwartz (Docket No. 22355) (Satisfaction of Claim)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Claims filed by Jeffery Leseman Which have Been Settled and Released (Docket No. 22356)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtor's Objection to the Claim of Eileen Matthias (Docket No. 22357)(Improperly Filed)*

    Response Deadline:  Expired.

    Responses:  Eileen Matthias (Docket No. 22397, Stricken)

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: May 20, 2009.

        SMITH HULSEY & BUSEY

        By   *s/ James H. Post*
            Stephen D. Busey
            James H. Post
            Cynthia C. Jackson

        Florida Bar Number 175460
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        jpost@smithhulsey.com

        Counsel for Reorganized Debtors

00652931