UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

**NOTICE OF WITHDRAWL OF AMENDED MOTION (I) FOR RELIEF FROM BAR DATE FOR FILING CLAIMS ARISING
BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS, FROM
SECTION 524 AND FROM ORDER CONFIRMING PLAN OF REORGANIZATION
AND (II) TO ALLOW LATE FILED APPLICATION FOR
ADMINISTRATIVE EXPENSE CLAIM OF NORALIE KEKLLAS**
(Post-petition Personal Injury Claim)

COMES NOW NORALIE KEKLLAS, by and through undersigned counsel and hereby files this NOTICE OF WITHDRAWL OF AMENDED MOTION (I) FOR RELIEF FROM BAR DATE FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS, FROM SECTION 524 AND FROM ORDER CONFIRMING PLAN OF REORGANIZATION AND (II) TO ALLOW LATE FILED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM OF NORALIE KEKLLAS (Post-petition Personal Injury Claim) and NORALIE KEKLLAS' CONFIRMATION OF PERMISSION TO WITHDRAW SAID MOTION attached hereto as exhibit 1.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2009, I filed the foregoing through the CM/ECF filing system, which will cause a copy to be served on James H. Post, Esq., Counsel for the Reorganized Debtors, Matthew Barr, Esq. and John MacDonald, Esq., Counsel for the Post-Effective Date Committee, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all other parties participating in the CM/ECF System, all served electronically.

Hoffman, Larin & Agnetti, P.A.
909 North Miami Beach Blvd.
Suite 201
Miami, FL 33162
(305) 653-5555
davidp@hlalaw.com

/s/ David L. Perkins
_____
David L. Perkins