UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., et.al.                    Case No. 05-03817-3F1

Reorganized Debtors.                                       Chapter 11

_____/                            Jointly Administered


CONFIRMATION OF PERMISSION TO WITHDRAW AMENDED MOTION (I) FOR
RELIEF FROM BAR DATE FOR FILING CLAIMS ARISING
BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS, FROM
SECTION 524 AND FROM ORDER CONFIRMING PLAN OF REORGANIZATION
AND (II) TO ALLOW LATE FILED APPLICATION FOR
ADMINISTRATIVE EXPENSE CLAIM OF NORALIE KEKLLAS


I hereby give permission to my attorneys to withdraw the above named motion.

_____
NORALIE KEKLLAS

Dated this __15__ day of __MAY__, 2009.