UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | * | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | * | Chapter 11 |
| Debtors. | * | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE AND
REQUEST TO STOP ELECTRONIC NOTICE**

The undersigned attorney for claimant Earlina Walczak (Docket 13841) hereby files his Notice of Withdrawal From Case and Request to Stop Electronic Notice (email: robert@waltzerlaw.com) for any further documents. This claim has been resolved.

Respectfully submitted,

*/s/ Robert B. Wiygul*
Robert B. Wiygul
Waltzer & Associates
1011 Iberville Drive
Ocean Springs, MS 39564
Tel (228) 872-1125
Fax (228) 872-1125
robert@waltzerlaw.com
Attorney for Earlina Walczak

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing through the Court's CM/ECF System this May 21, 2009.

*/s/ Robert B. Wiygul*