UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' OBJECTION TO
THE CLAIM OF EILEEN MATTHIAS**

This matter came before the Court for hearing on May 21, 2009, upon the Debtors' Objection to the Claim of Eileen Matthias (the "Objection") (Docket No. 22357) filed by Winn-Dixie Stores, Inc., on the grounds that the claim was improperly filed as a proof of claim. The Claimant filed a response which acknowledges that her alleged claim arose post-petition. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 13833 filed by Eileen Matthias is disallowed.

3. This Order is without prejudice to the rights, claims and defenses which the Debtors and the claimant have or may have with respect to any timely or untimely applications for administrative expense claims or any motions related to such applications.

4. This Order is without prejudice to the Reorganized Debtors' right to object to the claim on any further or separate grounds.

Dated this 21 day of May, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00654383