UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' OBJECTION TO THE CLAIMS FILED BY JEFFERY LESEMAN WHICH HAVE BEEN SETTLED AND RELEASED**

This matter came before the Court for hearing on May 21, 2009, upon the Debtors' Objection to the Claims filed by Jeffery Lesemann which have been Settled and Released (the "Objection") (Docket No. 22355) filed by Winn-Dixie Stores, Inc. No responses to the Objection were filed or raised by the claimant. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim Nos. 2958 and 5318 filed by Jeffery Lesemann are disallowed.

Dated this 21 day of May, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00654381