# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF CHRISTINE SCHWARTZ

This matter came before the Court for hearing on May 21, 2009, upon the Debtors' Objection to the Administrative Claim of Christine Schwartz (the "Objection") (Docket No. 22355) on the grounds that the claim has been satisfied. No responses to the Objection was filed or raised by the claimant. The claimant's attorney previously filed a document stating the claim has been resolved in its entirety (Docket No. 16598). It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. The Administrative Claim filed by Christine Schwartz (Docket No. 13389) is disallowed.

Dated this 21 day of May, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00654380