# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Objection to the Administrative Claim of Christine Schwartz has been furnished by mail on May 26, 2009 to(i) Glenn J. Webber, Esq., Seidule & Webber, 729 S. Federal Highway, Suite 210, Stuart, Florida 34994 and (ii) Christine Schwartz, 133 S. Fallon Dr., Port St. Lucie, Florida 34983 .

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00655209