**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Objection to the Administrative Claim of Pamela Bryant has been furnished by mail on May 26, 2009 to (i) Michael D. McGrath, Esq., Law Offices of McGrath & Wester, 550 Water Street, Suite 953, Jacksonville, Florida 32202 and (ii) Michael D. McGrath, Esq., McGrath Gibson, LLC, 109 East Bay Street, Jacksonville, Florida 32202.

        SMITH HULSEY & BUSEY

        By: *s/ Leanne McKnight Prendergast*
            James H. Post
            Leanne McKnight Prendergast

        Florida Bar Number 59544
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        lprendergast@smithhulsey.com

        Attorneys for Winn-Dixie Stores, Inc.

00655218