**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Objection to the Claims Filed by Jeffery Lesemann Which Have Been Settled and Released has been furnished by mail on May 26, 2009 to Tom St. Germain, Esq., John Haas Weinstein, APLC, 407 S. Union Street, Opelousas, Louisiana 70570.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
James H. Post
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00655214