UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                    )

WINN-DIXIE STORES, INC., et al.,           )        Case No. 05-03817-3F1
                                                                              Chapter 11
            Reorganized Debtors.                 )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ligia Garcia [Docket No. 22409] was furnished by mail on June 5, 2009 to Ligia Garcia, c/o Mike Morgan, Esq., Post Office Box 4979, Orlando, Florida  32802-4979.

Dated:  June 5, 2009

                                                                        SMITH HULSEY & BUSEY


                                                                        By    *s/ James H. Post*
                                                                              Stephen D. Busey
                                                                              James H. Post (FBN 175460)
                                                                              Cynthia C. Jackson

                                                                        225 Water Street, Suite 1800
                                                                        Jacksonville, Florida  32202
                                                                        (904) 359-7700
                                                                        (904) 359-7708 (facsimile)
                                                                        jpost@smithhulsey.com

                                                                        Counsel for Reorganized Debtors

00656733