UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,   )   Case No. 05-03817-3F1
                                              Chapter 11
   Reorganized Debtors.            )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Kathy Helton [Docket No. 22432] was furnished by mail on June 5, 2009 to Kathy Helton, c/o Bruce A. Gartner, Esq., 472 Osceola Avenue, Jacksonville Beach, Florida 32250.

Dated: June 5, 2009

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
   Stephen D. Busey
   James H. Post (FBN 175460)
   Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00656736