UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                              )

WINN-DIXIE STORES, INC., et al.,           )          Case No. 05-03817-3F1
                                                                      Chapter 11
       Reorganized Debtors.             )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Ressie L. Tankersley and Garland Tankersley, as Husband and Wife [Docket No. 22434] was furnished by mail on June 5, 2009 to Ressie L. Tankersley and Garland Tankersley, c/o Cliff Hastings, Esq., Cervera, Ralph & Reeves, L.L.C., Post Office Box 325, Troy, Alabama  36081-0325.

Dated:  June 5, 2009

SMITH HULSEY & BUSEY


By     *s/ James H. Post*
     Stephen D. Busey
     James H. Post (FBN 175460)
     Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00656740