UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )        Case No. 05-03817-3F1
                                                        Chapter 11
                    Reorganized Debtors.       )        Jointly Administered

_____

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Tyzhania Henry [Docket No. 13896] was furnished by mail on June 11, 2009 to Tyzhania Henry, c/o Michael R. Howard, Esq., 6282 DuPont Station Court, Suite 1, Jacksonville, FL 32217.

Dated: June 11, 2009

SMITH HULSEY & BUSEY

By    *s/  James H. Post*
        Stephen D. Busey
        James H. Post (FBN 175460)
        Cynthia C. Jackson

225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00569785