UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JUNE 18, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on June 18, 2009 at 1:30 p.m.:

**Contested Matters**

1. *Case Management Conference on the Request by the United States Department of Health and Human Services for Payment of Administrative Expense Arising Against the Debtors Between February 21, 2005 and November 21, 2006 (Docket No. 14245)*

    Response Deadline:  Non-Applicable.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the Case Management Conference.

2. *Debtors' Objection to the Administrative Claim of Virginia Terrell (Docket No. 22413 )(Res Judicata)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

3.  *Debtors' Objection to the Administrative Claim of Eva Fernandez (Docket No. 22412) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

4.  *Debtors' Objection to the Administrative Claim of Brenda West (Docket No. 22411) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: June 17, 2009.

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00657323

2