UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF VIRGINIA TERRELL

This case came before the Court for hearing on June 18, 2009, on Debtors' Objection to the Administrative Claim of Virginia Terrell (Docket No. 22413). No response to the Objection was filed or raised by the Claimant. It is therefore:

ORDERED AND ADJUDGED:

1. The Debtors' Objection to the Administrative Claim of Virginia Terrell (Docket No. 22413) is sustained.

2. The Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Virginia Terrell (Docket No. 13935) is disallowed in its entirety.

Dated this 18 day of June, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00657350