UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER SUSTAINING DEBTORS' OBJECTION
TO THE CLAIM OF BRENDA WEST**

This case came before the Court for hearing on June 18, 2009, on the Debtors' Objection to the Administrative Claim of Brenda West (Docket No. 22411). Upon the evidence presented at the hearing, the Court finds that:

1. Brenda West (the "Claimant") filed an application for administrative expense for a personal injury, asserting that the claim arose on June 12, 2006, at a Winn-Dixie store in Valdosta, Georgia (Docket No. 13980) (the "Administrative Claim").

2. Section 9-3-33, Ga. Code Ann., requires that an action founded on injuries to the person must be brought within two years.

3. Claimant has not filed a complaint in the appropriate non-bankruptcy court based upon her personal injury. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4.   Because the claim arose on June 12, 2006, the Claimant was required under Georgia law to commence the prosecution of a civil action by June 11, 2008 to preserve the claim for statute of limitations purposes.

5.   Because the claimant did not file a civil action to preserve her claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and her claim must be disallowed. Upon the foregoing, it is

ORDERED:

1.   The Objection is sustained.

2.   The Administrative Claim (Docket No. 13980) filed by the Claimant is disallowed.

Dated this 18 day of June, 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00657372