UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### AGREED ORDER ON DEBTORS' FIRST OMNIBUS OBJECTION AND MOTION FOR ORDER DETERMINING TAX LIABILITIES (HAMPTON)

This matter came before the Court on the Debtors' First Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection"; Doc. No. 7267). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objection and Motion is sustained in part and overruled in part as set forth below.

2. Proof of Claim number 3753 filed by the city of Hampton, Virginia ("Hampton") is allowed as a secured claim in a total amount of $12,658.07, inclusive of interest.

3. Within ten business days of entry of this Order, the Reorganized Debtor will pay Hampton $12,658.07. This amount represents the full and final amount owed by the Reorganized Debtors to Hampton for all unpaid ad valorem real property and tangible personal property taxes (whether delinquent or not) for the tax years 2004 and 2005, including, without limitation, tax parcel

number 96994, which were or could have been, or may be, raised in any proof of claim or objection to proof of claim or otherwise.

4. Other than as provided for in this Order, Hampton will not receive any additional distributions on account of any proofs of claims filed in the Reorganized Debtors' Chapter 11 cases, including, without limitation, Claim No. 3753.

5. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Hampton in these Chapter 11 cases and (ii) all other pre-effective date claims Hampton has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released. The Reorganized Debtors shall not be entitled to any further adjustment, reduction or refund of any tax assessment or taxes paid or payable to Hampton for tax years 2004 and 2005.

6. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this __23__ day of __June__, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Allan Wulbern is directed to
serve a copy of this order on all
parties in interest.

## **Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **STUTSMAN THAMES & MARKEY, PA** |
| By___*s/ Allan E. Wulbern*___<br>    Allan E Wulbern | By___**s/Rob Heekin*___<br>    Robert A. Heekin, Jr. |
| Florida Bar Number 175511<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>awulbern@smithhulsey.com | Florida Bar Number 652083<br>50 North Laura Street, Suite 1600<br>Jacksonville, FL 32202<br>(904) 358-4000<br>(904) 358-4001 (facsimile)<br>rah@stmlaw.com |
| Counsel for Reorganized Debtors | Counsel for City of Hampton |

* Mr. Heekin has authorized his electronic signature.