**Hearing Date: July 16, 2009 at 1:30 p.m.**
**Response Deadline: July 6, 2009 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | |
| Reorganized Debtors.[1] | ) | *Chapter 11* |
| | ) | Jointly Administered |
| _____ | ) | |

## DEBTORS' MOTION TO MODIFY THE
## AGREED ORDER OF RESOLUTION OF THE
## LITIGATION CLAIM OF LINDA SPRUEL (CLAIM NO. 2264)

Winn-Dixie Stores, Inc., and its reorganized debtor affiliates (collectively, the "Debtors") move the Court, pursuant to 11 U.S.C. § 502(j) and Rule 3008, Federal Rules of Bankruptcy Procedure, to modify the Agreed Order of Resolution of the Litigation Claim of Linda Spruel (Claim No. 2264) (Docket No. 21734), and say:

1.       On November 10, 2008, Linda Spruel (the "Claimant") and the Debtors participated in a mediation and agreed to a settlement in which the Claimant's claim would be allowed as a Class 16 Other Unsecured claim under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan"), in the amount of $218,000.00.

---

[1]  In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

2.      On November 21, 2008, this Court entered the Agreed Order of Resolution of the Litigation Claim of Linda Spruel (Claim No. 2264) (Docket No. 21734) pursuant to the terms of the parties' mediated settlement agreement (the "Agreed Order").

3.      Prior to the time for distribution on the Agreed Order pursuant to the Plan, liens were asserted against the Claimant's claim by her former attorneys. The Claimant disputed the former attorneys' right to payment.

4.      To have the dispute resolved, Winn-Dixie filed an interpleader petition in the state court action pending in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, as Case No. 597-823, styled as *Linda Spruel v. Winn-Dixie Stores, Inc., et al.,* (the "State Court Action").

5.      On June 15, 2009, the Louisiana court entered an Amended Judgment in the State Court Action ordering that a portion of the distribution on the Claimant's claim be distributed to the Claimant's former attorneys (the "Amended Judgment"). A copy of the Amended Judgment is attached as Exhibit A.

6.      The Agreed Order should therefore be modified in accordance with this provision of the Amended Judgment.

Based upon the foregoing, the Debtors respectfully request that the Court enter an Amended Order of Resolution of the Litigation Claim of Linda Spruel in the form

attached as Exhibit B.

SMITH HULSEY & BUSEY


By:  *s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

## Exhibit A

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO. 597-823                                                                DIVISION P

LINDA SPRUEL

VERSUS

WINN DIXIE STORES, INC. AND ZYZ INSURANCE COMPANY

FILED: _June 15th, 2009_  CODED  _Kimberly H. Lima_

DEPUTY CLERK OF COURT

## AMENDED JUDGMENT

This matter came before the court for hearing relative to a Petition for Declaratory Judgment filed by defendant, Winn-Dixie Stores, Inc., on March 2, 2009. Following the hearing, the matter was taken under advisement and a Judgment rendered on March 31, 2009. From that Judgment, defendant, Winn-Dixie Stores, Inc. filed a motion to alter or amend judgment.

Accordingly, when after having considered the pleadings filed, the law, evidence and argument of counsel:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that out of plaintiff's allowed claim number 2264 in the Chapter 11 case of Winn-Dixie Stores, Inc., pending in the United States Bankruptcy Court for the Middle District of Florida, Case No. 05-03817, there be judgment in favor of plaintiff's attorneys, Ray A. Bright and Tate & Williams, in the amount of $40,000.00 for attorney fees, payable and satisfied in full in accordance with the distribution accorded Class 16 claims in Winn-Dixie's confirmed plan of reorganization by the issuance of (i) 1,396 shares of New Common Stock and (ii) such subsequent distributions, if any, of New Common Stock to which the $40,000.00 allowed amount thereafter becomes entitled, in accordance with Section 9.2 of Winn-Dixie's confirmed plan of reorganization, to Iris Tate, 410 Royal Street, New Orleans, LA, 70130-2199.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that plaintiff must pay all court costs for filing in the amount of $310.00 and service charges in the amount of $21.68 and $25.04;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that attorney Ray A.

Bright shall reimburse plaintiff, Linda Spruel, all cost of her initial travel expense to Florida for

the settlement conference. The costs shall include: airfare, lodging, transportation and meals;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that defendant, Winn-

Dixie Stores, Inc., be and is hereby dismissed with prejudice.

JUDGMENT READ, RENDERED AND SIGNED on this _____ day of June

2009 at Gretna, Louisiana

CODED
LEE V. FAULKNER, JR.
DISTRICT JUDGE

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.

DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA

**<u>Exhibit B</u>**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AMENDED ORDER OF RESOLUTION OF THE**
**LITIGATION CLAIM OF LINDA SPRUEL (CLAIM NO. 2264)**

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc., and its affiliates (collectively, the "Reorganized Debtors") to modify the Agreed Order of Resolution of the Litigation Claim of Linda Spruel (the "Claimant") pursuant to the Amended Judgment entered by the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, in Case No. 597-823, styled as *Linda Spruel v. Winn-Dixie Stores, Inc., et al.*, adjudicating the liens for attorneys' fees asserted against the Claimant's claim. Based upon the consent of the Claimant to the resolution of the claim reached at mediation and upon the Amended Judgment, and it appearing to the Court that the allowed amount of the claim is less than the $250,000 notice threshold established in the Claims Resolution Procedure and the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan"), it is

ORDERED AND ADJUDGED:

1.    Claim No. 2264 filed by Claimant is allowed in the amount of $218,000.00 as a Class 16 Other Unsecured Claim under the Plan, to be distributed as follows: (i) $178,000.00 of Claim No. 2264 shall be distributed to Linda Spruel, 3740 Inwood Drive, Harvey, Louisiana 70058 and (ii) $40,000.00 of Claim No. 2264 shall be distributed to Iris Tate, 410 Royal Street, New Orleans, Louisiana, 70130-2199.

2.      This Order resolves (i) all liabilities and obligations related to Claim No. 2264 and (ii) all other claims the Claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3.      This Order supersedes the Agreed Order of Resolution of the Litigation Claim of Linda Spruel (Docket No. 21734) entered by the Court on November 21, 2008.

4.      The Reorganized Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to of any Litigation Claim, or make any admission of liability.  The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.  This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement, except those Medicare liens or claims released by the United States Department of Health and Human Services pursuant to the Agreed Order entered by this Court on March 9, 2007 (Docket No. 15439).

5.      The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of July, 2009, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:
James H. Post
[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]
00631258.2

<u>Certificate of Service</u>

I certify that a copy of the foregoing was furnished by mail on June 24, 2009 to Linda Spruel, 3740 Inwood Drive, Harvey, Louisiana 70058.

<u> s/ Leanne McKnight Prendergast </u>
Attorney

00659276

4