**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**SECOND CONSENT MOTION TO CONTINUE TRIAL ON**
**THE DEBTORS' MOTION TO DETERMINE TAX LIABILITIES**
**OWED TO FORREST, MARION AND MADISON COUNTY, MISSISSIPPI**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates ("Winn-Dixie"), move the Court for the entry of an order continuing the trial on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the Forrest County Tax Collector, the Marion County Tax Collector and the Madison County Tax Collector (Docket No. 9133) (the "Tax Objection") and (ii) the respective tax collectors' responses (Docket Nos. 9765, 9359 and 9568), currently scheduled for July 9, 2009 at 9:00 a.m., and in support state:

1.     On July 11, 2006, Winn-Dixie filed the Tax Objection seeking to reduce its 2004 and 2005 tax liabilities to various taxing authorities throughout Mississippi and Louisiana.

2.     On August 10, 2006, the Court held a hearing on the Tax Objection. As to the taxing authorities that failed to respond to the Tax Objection, including Hinds, Harrison, Jones, Lauderdale, Lowndes, Pike, Rankin and Yazoo County, Mississippi (the "Non-Responding Counties"), the Court entered an order granting the

Tax Objection and reducing Winn-Dixie's tax liabilities to those taxing authorities (the "Tax Reduction Order"; Doc. No. 10162).

3. The Non-Responding Counties subsequently filed motions for relief from the Tax Reduction Order on the grounds that they were not properly served with the Tax Objection (the "Motions for Relief"). The Motions for Relief are set for trial on August 6, 2009 (Doc. Nos. 11294, 12389, 12391, 12392, 12393, 12403, 12443, 13105, 13108 and 13116).

4. In the event the Court grants the Motions for Relief, a trial will be needed to determine Winn-Dixie's tax liabilities to the Non-Responding Counties. The issues to be determined at that trial would be substantially identical to the issues to be determined at the trial on Winn-Dixie's tax liability to Forrest, Marion and Madison Counties.

5. In the interest of judicial economy, any trial to determine Winn-Dixie's tax liability to the Non-Responding Counties, if a trial is needed, should be consolidated with the trial on Winn-Dixie's tax liability to Forrest, Marion and Madison Counties.

6. Therefore, the trial on Winn-Dixie's tax liability to Forrest, Marion and Madison Counties should be continued until after the Court determines whether to grant the Non-Responding Counties' Motions for Relief.

7. The Court granted a previous continuance of this matter on December 1, 2008 (Doc. Nos. 21763, 21766 and 21762).

8.     The undersigned counsel has conferred with counsel for Forrest, Marion and Madison Counties and those counties consent to the relief sought in this motion.

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing the trial on Winn-Dixie's tax liability to Forrest, Marion and Madison County, Mississippi until after the Court determines whether to grant the Non-Responding Counties' motions for relief from the Tax Order.

Dated: June 30, 2009

                                SMITH HULSEY & BUSEY

                                By:     *s/ Allan E. Wulbern*
                                     Stephen D. Busey
                                     Allan E. Wulbern

                                Florida Bar Number 175511
                                225 Water Street, Suite 1800
                                Jacksonville, Florida  32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                awulbern@smithhulsey.com

                                Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**ORDER CONTINUING TRIAL ON THE DEBTORS'**
**MOTION TO DETERMINE TAX LIABILITIES OWED TO**
**FORREST, MARION & MADISON COUNTY, MISSISSIPPI**

This case is before the Court upon Debtors' Second Agreed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Forrest, Marion and Madison Counties, Mississippi (the "Motion"). Upon consideration, it is ORDERED:

1. The Motion is granted.

2. The trial on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the Forrest County Tax Collector, the Marion County Tax Collector and the Madison County Tax Collector (Docket No. 9133) (the "Tax Objection") and (ii) the respective tax collectors' responses (Docket Nos. 9765, 9359 and 9568), currently scheduled for July 9, 2009 at 9:00 a.m. is continued until further order of this Court.

3. The deadlines set forth in the Order Scheduling Trial on this matter (Doc. Nos. 21153, 21152 and 21151) entered on August 11, 2008 are cancelled.

Dated this _____ day of _____, 2009 in Jacksonville, Florida.

---

Jerry A. Funk
United States Bankruptcy Judge

## Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Robert C. Altman, Esq., Post Office Box 922 Palatka, Florida 32178-0922 and all parties in interest entitled to receive such notification this 30th day of June, 2009.

                                            *s/ Allan E. Wulbern*
                                                 Attorney

00659047