## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors, *et al.*, ) | Jointly Administered |
| ) | |

### ORDER CONTINUING TRIAL ON THE DEBTORS'
### MOTION TO DETERMINE TAX LIABILITIES OWED TO
### FORREST, MARION & MADISON COUNTY, MISSISSIPPI

This case is before the Court upon Debtors' Second Agreed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Forrest, Marion and Madison Counties, Mississippi (the "Motion"). Upon consideration, it is ORDERED:

1. The Motion is granted.

2. The trial on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the Forrest County Tax Collector, the Marion County Tax Collector and the Madison County Tax Collector (Docket No. 9133) (the "Tax Objection") and (ii) the respective tax collectors' responses (Docket Nos. 9765, 9359 and 9568), currently scheduled for July 9, 2009 at 9:00 a.m. is continued until further order of this Court.

3. The deadlines set forth in the Order Scheduling Trial on this matter (Doc. Nos. 21153, 21152 and 21151) entered on August 11, 2008 are cancelled.

Dated this 1 day of July, 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge