UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

COMES NOW, the law firm of Stutsman Thames & Markey, P.A. ("STM"), and hereby gives notice that it has withdrawn as counsel of record for Samantha Martinez. STM is unaware of Ms. Martinez' current mailing address or whether she is currently represented.

STUTSMAN THAMES & MARKEY, P.A.

/s/ Bradley R. Markey
By_____
Bradley R. Markey

Florida Bar Number 0984213
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
brm@stmlaw.net

Attorneys for Samantha Martinez

## Certificate of Service

I hereby certify that on July 1, 2009, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all parties who have consented to receiving electronic notifications in this case.

/s/ Bradley R. Markey
Attorney

73806