**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| | ) | |

**JOINT MOTION TO CONTINUE EVIDENTIARY HEARING ON THE TANGIPAHOA PARISH SCHOOL SYSTEM'S MOTION TO ALLOW LATE-FILED PROOFS OF CLAIM**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Winn-Dixie") and Tangipahoa Parish School Systems ("Tangipahoa") jointly move the Court for the entry of an order continuing the evidentiary hearing on Tangipahoa's motion to allow late filed claims (Doc. No. 14760) (the "Motion") currently scheduled for July 14, 2009 at 9:30 a.m., and in support state:

1. Winn-Dixie and Tangipahoa are attempting to negotiate a settlement of the Motion which, if successful, will negate the need for a trial in this matter.

2. The parties are also attempting to resolve issues relating to the scheduling of discovery in the event the parties are unable to settle. A brief continuance of the trial will aid the parties in conducting discovery necessary for this Court to adjudicate the Motion.

2. The Court granted a previous continuance of this matter on March 13, 2009 (Doc. No. 22183).

WHEREFORE, Winn-Dixie and Tangipahoa requests that the Court enter an order in the form attached continuing, for a period not less than thirty (30) days from

July 14, 2009, the hearing on the Motion and the corresponding deadlines set forth in the Court's Order Scheduling the hearing of this matter (Doc. No. 22183).

Dated: July 1, 2009

STEFFES, VINGIELLO & MCKENZIE, L.L.C.

By: *s/ Michael H. Piper**
Michael H. Piper

13702 Coursey Boulevard
Building 3
Baton Rouge, Louisiana 70817
(225) 751-1751
(225) 751-1998 (facsimile)
mpiper@steffeslaw.com

Attorneys for Tangipahoa Parish School Board

SMITH HULSEY & BUSEY

By: *s/ Cynthia C. Jackson*
Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Attorneys for Reorganized Debtors

* Counsel has authorized the use of his electronic signature.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| ______________________________________ | ) | |

**ORDER CONTINUING EVIDENTIARY HEARING**
**ON THE TANGIPAHOA PARISH SCHOOL SYSTEM'S**
**MOTION TO ALLOW LATE-FILED PROOFS OF CLAIM**

This case is before the Court upon the Joint Motion to Continue THE Evidentiary Hearing (Docket No. _____) on the Tangipahoa Parish School Systems' Motion to Allow Late-Filed Proofs of Claim (the "Motion") (Doc. No. 14760). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The hearing on the Motion, currently scheduled for July 14, 2009 at 9:30 a.m., is continued to ______________________________________________________________________________________ at ________ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered on March 13, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above (Docket No. 22183).

Dated this _____ day of ________, 2009 in Jacksonville, Florida.

________________________________
Jerry A. Funk
United States Bankruptcy Judge

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to all parties in interest entitled to receive such notification this 1st day of July, 2009.

*s/ Cynthia C. Jackson*
Attorney

00660134