UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,               )          Case No. 05-03817-3F1
                                                          Chapter 11
                     Reorganized Debtors.      )          Jointly Administered


## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative

Claim filed by Haven Mincy [Docket No. 14113] was furnished by mail on July 6,

2009 to Haven Mincy, c/o Tricia A. Madden, Esq., 934 E. Altamonte Drive, Suite

1001, Altamonte Springs, Florida  32701.

Dated:  July 6, 2009

                                        SMITH HULSEY & BUSEY



                                        By_____
                                             Leanne McKnight Prendergast

                                        Florida Bar Number 059544
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        lprendergast@smithhulsey.com

                                        Attorneys for the Reorganized Debtors

00660586