UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc.                              Case No: 3:05-bk-03817-JAF

              Debtor                              Chapter 11
_____/

### NOTICE OF SERVICE OF RESPONSES BY HINDS COUNTY, JONES COUNTY, LAUDERDALE COUNTY, LOWNDES COUNTY, AND PIKE COUNTY, MISSISSIPPI, TO FIRST SET OF INTERROGATORIES

Notice is given that Hinds County, Jones County, Lauderdale County, Lowndes County and Pike County, Mississippi, through their undersigned counsel, have served their Responses to First Set of Interrogatories by Winn-Dixie Stores, Inc. numbered 1 through 9 this 7th day of July, 2009 on Allan E. Wulbern, Esquire, Smith Hulsey Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

                                              Robert Altman, P.A.

                                              /s/ Robert Altman
                                              _____
                                              Robert Altman, Esquire
                                              Florida Bar # 346861
                                              5256 Silver Lake Drive
                                              Palatka, FL 32177
                                              (386) 325-4691
                                              (386) 325-9765 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Service of Responses to First Set of Interrogatories was served on Allan E. Wulbern, Esquire, Smith Hulsey Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on the 7th day of July, 2009 by the United States Postal Service first class postage prepaid.

                                              /s/ Robert Altman
                                              _____
                                              Robert Altman, Esquire