UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc.                    Case No: 3:05-bk-03817-3F1

         Debtor                          Chapter 11

_____/

### NOTICE OF SERVICE OF RESPONSES BY HINDS COUNTY, JONES COUNTY, LAUDERDALE COUNTY, LOWNDES COUNTY, AND PIKE COUNTY, MISSISSIPPI, TO REQUESTS FOR PRODUCTION OF DOCUMENTS

Notice is given that Hinds County, Jones County, Lauderdale County, Lowndes County and Pike County, Mississippi, through their undersigned counsel, have served their Responses to Requests to Production of Documents by Winn-Dixie Stores, Inc. numbered 1 through 4 this 7th day of July, 2009 on Allan E. Wulbern, Esquire, Smith Hulsey Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

                          Robert Altman, P.A.

                          */s/ Robert Altman*

                          Robert Altman, Esquire
                          Florida Bar # 346861
                          5256 Silver Lake Drive
                          Palatka, FL 32177
                          (386) 325-4691
                          (386) 325-9765 (fax)

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Service of Responses to Requests for Production was served on Allan E. Wulbern, Esquire, Smith Hulsey Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on the 7th day of July, 2009 by the United States Postal Service first class postage prepaid.

                          */s/ Robert Altman*

                          Robert Altman, Esquire