**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | * | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | * | Chapter 11 |
| Debtors. | * | Jointly Administered |

**NOTICE OF WITHDRAWAL FROM CASE AND**
**REQUEST TO STOP ELECTRONIC NOTICE**

The undersigned attorney previously represented CSX Transportation (Docket 1565), Heritage SBE LLC (Docket 2521), Bradley Operating LP (Docket 2762), and Heritage Property Investment Trust (Docket 2762), and hereby files his Notice of Withdrawal From Case and Request to Stop Electronic Notice (email: cgibbs@gunster.com) for any further documents. Attorney represented claimants while associated with the law firm of McGuireWoods. Attorney has since left McGuireWoods and the cases remained with the former firm.

Respectfully submitted,

/s/ Charles L. Gibbs
Charles L. Gibbs
Bar No. 0736651
Gunster, Yoakley & Stewart P.A.
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Telephone: (904) 354-1980
Facsimile: (904) 354-2170

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing through the Court's CM/ECF System this July 7th, 2009.

/s/ Charles L. Gibbs
Charles L. Gibbs

JAX 14769.1