UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc.                                         Case No: 3:05-bk-03817-JAF

         Debtor                                                        Chapter 11
_____/

## NOTICE OF SERVICE OF RESPONSES BY RANKIN COUNTY, MISSISSIPPI, TO FIRST SET OF INTERROGATORIES

Notice is given that Rankin County, Mississippi, through its undersigned counsel, have served its Responses to First Set of Interrogatories by Winn-Dixie Stores, Inc. numbered 1 through 9 this 7th day of July, 2009 on Allan E. Wulbern, Esquire, Smith Hulsey Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

                                                  Robert Altman, P.A.

                                                  */s/ Robert Altman*

                                                  Robert Altman, Esquire
                                                  Florida Bar # 346861
                                                  5256 Silver Lake Drive
                                                  Palatka, FL 32177
                                                  (386) 325-4691
                                                  (386) 325-9765 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Service of Responses to First Set of Interrogatories was served on Allan E. Wulbern, Esquire, Smith Hulsey Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on the _7th_ day of July, 2009 by the United States Postal Service first class postage prepaid.

                                                  */s/ Robert Altman*

                                                  Robert Altman, Esquire