UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc.                              Case No: 3:05-bk-03817-3F1

            **Debtor**                              Chapter 11

_____/

## NOTICE OF SERVICE OF RESPONSES BY RANKIN COUNTY, MISSISSIPPI TO REQUESTS FOR PRODUCTION OF DOCUMENTS

Notice is given that Rankin County, Mississippi, through its undersigned counsel,

have served its Responses to Requests to Production of Documents by Winn-Dixie Stores,

Inc. numbered 1 through 4 this 7th day of July, 2009 on Allan E. Wulbern, Esquire, Smith

Hulsey Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

                                  **Robert Altman, P.A.**

                                  */s/ Robert Altman*

                                  _____

                                  **Robert Altman, Esquire**
                                  **Florida Bar # 346861**
                                  **5256 Silver Lake Drive**
                                  **Palatka, FL 32177**
                                  **(386) 325-4691**
                                  **(386) 325-9765 (fax)**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Service of Responses to Requests for
Production was served on Allan E. Wulbern, Esquire, Smith Hulsey Busey, 225 Water Street,
Suite 1800, Jacksonville, Florida 32202 on the _7th_ day of July, 2009 by the United States
Postal Service first class postage prepaid.

                                  */s/ Robert Altman*

                                  _____
                                  **Robert Altman, Esquire**