UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Haven Mincy [Docket No. 22455] was furnished by mail on July 6, 2009 to Haven Mincy, c/o Tricia A. Madden, Esq., 934 E. Altamonte Drive, Suite 1001, Altamonte Springs, Florida 32701.

Dated: July 7, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for the Reorganized Debtors

00660586