**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that a copy of the Debtors' Objection to the Administrative Claim of Samantha Martinez and Notice of Hearing (Docket No. 22460) was furnished by mail on July 1, 2009 to Samantha Martinez, 6322 Holiday Drive, Springhill, Florida 34606.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
James H. Post
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00660121