**UNITED STATES BANKRUPTCY COURT**
Middle District of Florida
300 N. HOGAN STREET, SUITE. 3-350
Jacksonville, Florida 32202
(904) 301-6490

DATE: JULY 10, 2009

TO: ERNEST S. ALLEN

**We are returning the enclosed document for the reason marked below:**

\_\_ Need an original signature or signature is missing or not in correct place. Please sign at the **X**'s.

\_\_ Improper format. Please complete enclosed Proof of Claim form, sign, date and attach supporting documentation as indicated, and return to this office for filing.

\_\_ Per your request, enclosed is a proof of claim form. For your convenience, we do accept photocopies of the form. Additional forms are available through our website at: **www.flmb.uscourts.gov**. Only original claim needs to be submitted; if acknowledgment is required, please provide an extra copy of claim along with stamped, self-addressed envelope.

\_\_ We do not find any record with the name you have indicated having filed a case with the Middle District of Florida, Jacksonville Division. Please provide a case number and/or verify in which division or district the debtor has filed. It is possible that this pleading should have been filed in another division.

\_\_ Our office does not report any information to the credit bureaus. If there is a dispute concerning a bankruptcy case on your credit report, you must contact the credit bureaus directly. In addition, we are unable to provide you with any information concerning credit bureau reporting policies, such as the length of time a bankruptcy will appear on your credit report.

\_\_ Our office is unable to provide you with the forms necessary to file for relief under the Bankruptcy Code. You must purchase these from independent vendors such as a legal stationary or office supply store. Forms are also available on our website at: **www.flmb.uscourts.gov. Go to Links, then Reference. There you will find official Bankruptcy forms.**

\_\_ You may wish to review Federal Rule of Bankruptcy Procedure 1006, which covers the subject of filing fees. Should you be eligible to pay the filing fee in installments, the payments will be made in four (4) installments. If you should file a Chapter 7 petition, the initial installment (due at the time of filing) is $80.00, and three (3) subsequent installment payments will need to be made in the amount of $73.00 each, for a total of $299.00. If you file a Chapter 13 petition, the initial installment due is $73.00, and three (3) subsequent installment payments will need to be made in the amount of $67.00 each, for a total of $274.00. The subsequent installment payments will be due at monthly intervals assigned by the Clerk's Office.

\_\_ Your change of address is unable to be processed at this time. In order to do so, you must file your change of address in each case that pertains to you. Every case is handled individually with its own mailing list; therefore, we are unable to update your address in any case without referencing a specific case number.

\_\_ **This information previously provided to the Internal Revenue Service at time of Original Filing of Case**

**X** OTHER: The Court is in receipt of the correspondence sent from you regarding a request for documents in a pending case in Kentucky. There is no need to send copies of this documentation to the Bankruptcy Court since it has to do with a case other than the Winn-Dixie Stores, Inc. bankruptcy case.

NO. 02-CI-08551                                    JEFFERSON CIRCUIT COURT
                                                              DIVISION ONE (1)
                                                HONORABLE JUDGE BARRY L. WILLET

ERNEST S. ALLEN                                                        PLAINTIFF

   VS

WINN – DIXIE, INC                                                     DEFENDANTS
MOORE SECURITY, INC
MOORE SECURITY, LLC
TALMAY ANDERSON

**BEFORE THE HONORABLE JUDGE BARRY L. WILLET**

JUDGE JERRY A FUNK
UNITED STATES TRUSTEE
OFFICE OF THE GENERAL COUNSEL
OFFICE OF THE GOVERNOR
700 CAPITOL ANVENUE ROOM 101
FRANKFORT, KY 40601
SOUTH EAST CHRISTIAN CHURCH

Please take notice I the plaintiff (Ernest S. Allen) is requesting a court order protection from proven criminal and fugitive Talmay Anderson who has been on the run for the past 7 ½ years. As the Honorable Court knows Talmay Anderson is guilty of attacking, robbing and kidnapping me with the help of two Winn-Dixie employees by physical force as well as imprisoning me to a room inside Winn-Dixie store. The law firms Lynch Cox & Mahan PSC along with law firm Webber – Rose have been harboring this fugitive over these past years and this has been proven by me (Ernest S. Allen). If the Honorable Court needs this proof again, I will gladly submit this evidence again to the Honorable Court and the Honorable Judge Barry L. Willet. I want to put the court and everyone who has been monitoring this case to know if I'm deprived of my life if there should be a fire in or outside my home or if I should get hit by a car while I do my daily jogging or struck by lightning or even choke to death sipping on chicken broth I want my death investigated as a homicide.

I am also requesting to the Honorable Court if I (Ernest S. Allen) need **permission** to make contact with John Walsh of Americas Most Wanted and DOGG the bounty hunter since the Sheriff of Jefferson county cant or wont apprehend this fugitive since it seems they no were this fugitive lives and its been over 7 ½ years.

**Respectfully Submitted**
Ernest S. Allen

*Ernest S. Alley*
4515 Stonybrook Dr
Louisville, Ky 40299

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing memorandum was served by Ernest S. Allen by hand on this 29th day of June Attorney Richard G Seagal, Attorney Ann Geisheimer, Attorney R. Hite Nally and Attorney Victoria E. Boggs

*Ryan Alley*

Notary Public, State at Large, KY
My commission expires Dec. 12, 2012

NO. 02-CI-08551                                        JEFFERSON CIRCUIT COURT
                                                              DIVISION ONE (1)
                                                   HONORABLE JUDGE BARRY L. WILLET

ERNEST S. ALLEN                                                          PLAINTIFF

VS            **PLAINTIFF ERNEST S. ALLEN REQUEST FOR
              PRODUCTION OF DOCUMENTS OF DEFENDANT
              WINN-DIXIE, CHARLOTTE, INC**

WINN – DIXIE, INC                                                        DEFENDANTS
MOORE SECURITY, INC
MOORE SECURITY, LLC
TALMAY ANDERSON

JUDGE JERRY A FUNK
UNITED STATES TRUSTEE
OFFICE OF THE GENERAL COUNSEL
OFFICE OF THE GOVERNOR
700 CAPITOL ANVENUE ROOM 101
FRANKFORT, KY 40601
SOUTH EAST CHRISTIAN CHURCH

The following are request for production of document propounded to the **Winn-Dixie, Moore Security Inc, Moore Security LLC and Talmay Anderson**, pursuant to the Kentucky Rules of Civil Procedure 34 to be answered under oath within thirty (30) days from the date of service here of.

The following are to be considered applicable to all demands for production of documents and things contained therein you are requested to furnish all documents known or available to you regardless of whether these documents are possessed directly by both law firms and your investigators. Please produce and attach with your answer to these requests in this case which entitles me under Kentucky Rules of Civil Procedure and Particular Rule 34 also which entitles me to this important information under Local Rule 402, Civil Procedure 26.02 which supports my motion for **Extended Damages-Awarding Sanctions.**

## REQUEST FOR DOCUMENTS

1. I want proof how and from whom attorney R. Hite Nally received my trial tapes.
2. I want attorney Richard G. Segal for the defendants for Moore Security Inc, Moore Security LLC and Talmay Anderson to tell me the plaintiff (Ernest S. Allen) and the Honorable Judge Barry L. Willet when you got a restraining order

on February 23, 2009 that you had not gotten my trial tapes by Civil Procedure. If not why you and attorney of the Kentucky Bar and a office of the court.

3. I (Ernest S. Allen) want to make this very clear that I want answers to this request for documents not half of the request. Please review Case Law it will detail everything. Which I'm stating Talmay Anderson did not come to court in which he was suppose to.

The information obtained concerning fugitive on the run Talmay Anderson confirming he was a 28 year veteran Chicago police officer determines he was surely qualified of knowing what he did to me was wrong. Case Law proves he is guilty of kidnapping alone and he admits his wrong doing on his affidavits as well as on the witness stand. Case Law proves the defendant's attorneys are guilty of harboring a fugitive as well as conspiring with him to cause me great harm. I'm sending Case Law to prove this by the attorneys and fugitive Talmay Anderson.

**Respectfully Submitted**
Ernest S. Allen

*Ernest S. Allen*
4515 Stonybrook Dr
Louisville, Ky 40299

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing memorandum was served by Ernest S. Allen by hand on this  30  day of  JUNE  Attorney Richard G Seagal, Attorney Ann Geisheimer, Attorney R. Hite Nally and Attorney Victoria E. Boggs