UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., *et al.*,

    Debtors.

_____/

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## DIVERSIFIED MAINTENANCE SYSTEMS, INC.'S
## ANSWER TO WINN-DIXIE STORES, INC.'S COUNTERCLAIM

Defendant, Diversified Maintenance Systems, Inc. ("Diversified"), by and through their undersigned counsel, responds to the correspondingly-numbered paragraphs of Plaintiffs, Winn-Dixie Stores, Inc.'s ("Winn-Dixie") Counterclaim as follows:

21. Admitted for jurisdictional purposes only.

22. Admitted for jurisdictional purposes only.

23. Admitted for jurisdictional purposes only.

24. Admitted for jurisdictional purposes only.

25. Denied as to all of the allegations incorporated into this paragraph except those that allege only legal conclusions, in which case no response is required.

26. The referenced correspondence speaks for itself.

27. The referenced correspondence speaks for itself.

28. Denied.

29. Admitted for jurisdictional purposes only.

30. Denied as to all of the allegations incorporated into this paragraph except those that allege only legal conclusions, in which case no response is required.

31. The attached agreement speaks for itself.

32. The attached agreement speaks for itself.

33. Denied.

34. Denied.

35. Denied.

36. Admitted for jurisdictional purposes only.

37. Denied as to all of the allegations incorporated into this paragraph except those that allege only legal conclusions, in which case no response is required.

38. Denied.

39. Denied.

WHEREFORE, Diversified prays that Winn-Dixie's claims be denied in their entirety, and that Winn-Dixie take nothing by same, and that Diversified be awarded all costs and, to the extent recoverable, reasonable attorneys' fees incurred in defending against same, as well as such additional relief as the Court may deem appropriate under the circumstances.

## AFFIRMATIVE DEFENSES

*First Affirmative Defense:* Debtor's claims fail to state a cause of action.

*Second Affirmative Defense:* Debtor has waived its claims presented herein.

*Third Affirmative Defense:* Debtor is estopped from asserting its claims presented herein.

*Fourth Affirmative Defense:* Diversified is entitled to a setoff in the amount of its unpaid invoices as set forth in its administrative claim filed in this matter.

*Fifth Affirmative Defense:* Debtor's claims are barred herein by the doctrine of unjust enrichment.

*Sixth Affirmative Defense:* Diversified's claim are barred herein by the doctrine of account stated.

Respectfully submitted,

/s/ Paul B. Thanasides
Paul B. Thanasides
Florida Bar No. 0103039
paul@mcintyrefirm.com
McIntyre, Panzarella, Thanasides,
  Eleff & Hoffman, P.L.
6943 E. Fowler Avenue
Tampa, Florida  33617
(813) 899-6059
(813) 899-6069 (Facsimile)
*Attorneys for Diversified Maintenance Systems, Inc.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by the Court's CM/ECF system on this 10th day July, 2009.

/s/ Paul B. Thanasides
Attorney

3