Case 3:05-bk-03817-JAF    Doc 22518-2    Filed 07/13/09    Page 1 of 8



MS ST § 27-35-83
Miss. Code Ann. § 27-35-83

Page 1

**c**
West's Annotated Mississippi Code Currentness
  Title 27. Taxation and Finance
    Chapter 35. Ad Valorem Taxes--Assessment
     Article 1. General Provisions

→ **§ 27-35-83. Equalization of rolls by supervisors**

The board of supervisors shall immediately at the July meeting proceed to equalize such rolls and shall complete such equalization at least ten days before the August meeting, and shall immediately by newspaper publication notify the public that such rolls so equalized are ready for inspection and examination. In counties having two judicial districts, the board shall by order designate on what days during August it will begin in each of the two districts upon its hearing of objections, and these days shall be named in the said notice, and the board shall be authorized to hold its sessions in the two districts respectively as designated in the order aforesaid. The foregoing provision with reference to counties with two judicial districts shall apply to any subsequent meetings whereof notice to taxpayers is necessary to be given.

HISTORICAL AND STATUTORY NOTES

**Derivation:**
  Code 1930, § 3162; Code 1942, § 9786.

Miss. Code Ann. § 27-35-83, MS ST § 27-35-83

Current through all 2008 Sessions and HB Nos. 197, 699, 636 and 1027 of
the 2009 Regular Session

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT


EXHIBIT B

Westlaw.

MS ST § 27-35-87                                                                                    Page 1
Miss. Code Ann. § 27-35-87

C
West's Annotated Mississippi Code Currentness
   Title 27. Taxation and Finance
     Chapter 35. Ad Valorem Taxes--Assessment
      Article 1. General Provisions

     → § 27-35-87. Procedure

At the meeting for the equalization of assessments, the board of supervisors shall carefully examine the roll or rolls, and shall then and there cause to be assessed any person or thing that may be found to be omitted, and anything found to be undervalued may be correctly valued. In the year in which the land assessment is made, the board shall carefully examine the land roll and see that it embraces all the land in the county, and correctly represents it as being the property of individuals or the state or United States, according to the fact, and taxable or not taxable according to law, and that all is correctly described so as to be identified with certainty, and that there are no double assessments. All land improperly omitted from the roll shall be added thereto by the board or under its direction, and land incorrectly or insufficiently described shall be properly described, and land which is not classed correctly or undervalued shall be properly classified and valued. The board shall cause all corrections to be made in the rolls, which, being done, the board shall enter an order approving the assessments, with or without corrections, as the case may be, subject to the right of parties in interest to be heard on objections as hereafter provided.

HISTORICAL AND STATUTORY NOTES

**Derivation:**
   Code 1930, § 3164; Code 1942, § 9788.

Miss. Code Ann. § 27-35-87, MS ST § 27-35-87

Current through all 2008 Sessions and HB Nos. 197, 699, 636 and 1027 of
the 2009 Regular Session

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

Westlaw.

MS ST § 27-35-89
Miss. Code Ann. § 27-35-89

Page 1

C
West's Annotated Mississippi Code Currentness
  Title 27. Taxation and Finance
    Chapter 35. Ad Valorem Taxes--Assessment
      Article 1. General Provisions

→ § 27-35-89. Hearing objections to assessment

(1) The board of supervisors of each county shall hold a meeting at the courthouse, or at the chancery clerk's office in counties where the chancery clerk's office is in a building separate from the courthouse, on the first Monday of August, to hear objections to the assessment. The board shall examine the assessment rolls, and hear and determine all exceptions thereto, and shall sit from day to day until the same shall have been disposed of, and all proper corrections made, or may take objections under advisement as provided in subsection (2) of this section. The board shall equalize the assessment and may increase or diminish the valuation of any property, so that property of the same value shall be assessed for an equal sum. Where an individual assessment has been increased immediate notice in writing shall be sent by mail to the person whose assessment is increased by the clerk of the board of supervisors. At the said meeting the board shall have the power to change erroneous assessments or to add omitted property but any person affected by such action shall have notice as next above provided. If the board adjourn before considering the objections filed, such objections shall be heard at the next regular meeting of the board.

(2) The board of supervisors may take an objection under advisement to allow the taxpayer or his designee, the tax assessor or the board to compile information relating to the objection; however, the board shall enter an order on the objection on or before the first Monday of September.

CREDIT(S)

Laws 1989, Ch. 338, § 1, eff. July 1, 1989.

HISTORICAL AND STATUTORY NOTES

**Derivation:**
    Code 1930, § 3165; Code 1942, § 9789.

Miss. Code Ann. § **27-35-89**, MS ST § **27-35-89**

Current through all 2008 Sessions and HB Nos. 197, 699, 636 and 1027 of
the 2009 Regular Session

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.



MS ST § 27-35-93                                                                                         Page 1
Miss. Code Ann. § 27-35-93

**C**
West's Annotated Mississippi Code Currentness
  Title 27. Taxation and Finance
    Chapter 35. Ad Valorem Taxes--Assessment
      Article 1. General Provisions

→ **§ 27-35-93. Filing of objection mandatory**

A person who is dissatisfied with the assessment may, at the August meeting, present objections thereto in writing which shall be filed by the clerk and docketed and preserved with the roll. All persons who fail to file objections shall be concluded by the assessment and precluded from questioning its validity after its final approval by the board of supervisors or by operation of law, except minors and persons non compos mentis.

HISTORICAL AND STATUTORY NOTES

**Derivation:**
  Code 1930, § 3166; Code 1942, § 9790.

Miss. Code Ann. § 27-35-93, MS ST § 27-35-93

Current through all 2008 Sessions and HB Nos. 197, 699, 636 and 1027 of
the 2009 Regular Session

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.



**C**
West's Annotated Mississippi Code Currentness
  Title 27. Taxation and Finance
    ⌐🗐 Chapter 35. Ad Valorem Taxes--Assessment
      ⌐🗐 Article 1. General Provisions

→ § 27-35-143. Circumstances in which assessment changed

The board of supervisors of each county shall have power, upon application of the party interested, or by the assessor on behalf of such party, or otherwise as prescribed in Sections 27-35-145 through 27-35-149, to change, cancel or decrease an assessment in the manner herein provided at any time after the assessment roll containing such assessment has been finally approved by the State Tax Commission, and prior to the last Monday in August next, under the following circumstances and no other:

1. When the same property has been assessed more than once to one or more persons.

2. When a clerical error has been made in transcribing the assessment from the tax list to the assessment roll, or from the assessment roll to the copies, or in amending the original assessment roll, in making the equalization of assessments, or in carrying out the instructions of the State Tax Commission.

3. When an error in addition or multiplication has been made in the compilation of the tax list, roll or copy of the roll.

4. When there is an assessment of property which never existed, or was not owned by or in the possession of the party to whom assessed, on the next preceding tax lien date.

5. When the assessment is in the name of another than the owner of the property on the next preceding tax lien date.

6. When the assessment is so indefinite as to give a vague or imperfect description of the property assessed.

7. When the property assessed is nontaxable, or was not subject to taxation on the next preceding tax lien date.

8. When the property is not liable to a special district tax levy for which it has been assessed.

9. When the property, after the next preceding tax lien date, but before the payment of taxes due thereon, has ceased to exist, on account of death or destruction by fire, explosion, storm, flood, earthquake, lightning, or other inevitable accident or act of Providence; or has depreciated in value on account of any such accident or occurrence as the foregoing.

Provided, however, that where property has been insured the amount collected as insurance by reason of such loss shall be taken into account by the board in reducing the assessment, or refunding any tax payment there- on.

10. When the assessment does not show the correct number of acres, actually in the property described, or the correct quantity of any property.

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

MS ST § 27-35-143
Miss. Code Ann. § 27-35-143

Page 2

11. When lands have been assessed and incorrectly classified; or when buildings and improvements have been assessed which were not on the land, at the preceding tax lien date; or where the buildings and improvements, at the preceding tax lien date, were exempt from assessment and taxation.

12. When the property has been assessed for more than its actual value; but in such cases the board shall require proof, under oath, of such excessive assessment by two (2) or more competent witnesses who know of their own personal knowledge that the property is assessed for a higher sum than its true value.

13. When the property has been assessed as subject to state taxes and is exempt; or when the property has been assessed as subject to county and district taxes and is exempt from such taxes.

14. When buildings and improvements have been assessed with the land, but are owned by someone other than the owner of the land.

CREDIT(S)

Laws 1934, Ch. 187, § 1; Laws 1950, Ch. 298, § 5; Laws 1993, Ch. 466, § 1, eff. July 1, 1993.

HISTORICAL AND STATUTORY NOTES

**Derivation:**
   Code 1930, § 3191; Code 1942, § 9815.

Miss. Code Ann. § 27-35-143, MS ST § 27-35-143

Current through all 2008 Sessions and HB Nos. 197, 699, 636 and 1027 of the 2009 Regular Session

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.



MS ST § 27-41-1                                                                                          Page 1
Miss. Code Ann. § 27-41-1

☞
West's Annotated Mississippi Code Currentness
  Title 27. Taxation and Finance
    ⌐▤ Chapter 41. Ad Valorem Taxes—Collection
      ⌐▤ General Provisions

    → § 27-41-1. Payment and collection of taxes

Except as may otherwise be provided in Section 27-41-2, all state, county, school, road, levee and other taxing districts and municipal ad valorem taxes, except ad valorem taxes levied for county or district or municipal bonds and other evidences of indebtedness for money borrowed, and interest thereon, heretofore or hereafter assessed or levied shall be due, payable and collectible by the tax collector and shall be paid on or before the first day of February next succeeding the date of the assessment and levying of such taxes. All taxes levied for county and district and municipal bonds and interest thereon, or betterment or improvement assessments, shall be paid by each person assessed therewith on or before the first day of February next succeeding the date of the assessment and levying of the same, at the time of payment of the state and county ad valorem taxes, except as otherwise hereinafter provided in this chapter. The tax collector shall begin to accept payment for such ad valorem taxes or assessments not later than December 26 of the year prior to the year in which such taxes are required to be paid.

Any county may, by an order spread upon the minutes of the board of supervisors, allow the acceptance of partial payments for ad valorem taxes. Any municipality wherein municipal taxes are not collected by the county may, by an order spread upon the minutes of the governing authority of said municipality, allow the acceptance of partial payments for ad valorem taxes. If said partial payments are allowed by the county or municipality, said partial payments shall be made as follows:

  (a) One-half ( 1/2 ) of all ad valorem taxes due shall be paid on or before February 1.

  (b) One-fourth ( 1/4 ) of all ad valorem taxes, interest and penalty due shall be paid on or before May 1.

  (c) One-fourth ( 1/4 ) of all ad valorem taxes, interest and penalty due shall be paid on or before July 1.

If any unpaid balance exists on August 1, then the lands shall be sold at the land sale on the last Monday in August for said unpaid balance.

All ad valorem taxes, however, assessed against motor vehicles as prescribed by the Motor Vehicle Ad Valorem Tax Law of 1958, for any and all purposes and in any and all jurisdictions, shall be paid in full on the date such taxes are due and payable.

CREDIT(S)

Laws 1934, Ch. 188, § 1; Laws 1958, Ch. 549, § 9; Laws 1993, Ch. 385, § 1; Laws 1993, Ch. 540, § 5; Laws 1995, Ch. 468, § 2, eff. January 1, 1996.

HISTORICAL AND STATUTORY NOTES

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

MS ST § 27-41-1
Miss. Code Ann. § 27-41-1

Page 2

Laws 1993, Ch. 540, § 11 provides:

"Nothing in this act shall affect or defeat any claim, assessment, appeal, suit, right or cause of action for taxes due or accrued under the ad valorem tax laws before the date on which this act becomes effective, whether such claims, assessments, appeals, suits or actions have been begun before the date on which this act becomes effective or are begun thereafter; and the provisions of the ad valorem tax laws are expressly continued in full force, effect and operation for the purpose of the assessment, collection and enrollment of liens for any taxes due or accrued and the execution of any warrant under such laws before the date on which this act becomes effective, and for the imposition of any penalties, forfeitures or claims for failure to comply with such laws."

The 1995 amendment deleted provision for payment of the tax in installments and inserted the second and third paragraphs.

**Derivation:**
    Code 1942, § 9891.

Miss. Code Ann. § **27-41-1,** MS ST § **27-41-1**

Current through all 2008 Sessions and HB Nos. 197, 699, 636 and 1027 of
the 2009 Regular Session

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.

END OF DOCUMENT

© 2009 Thomson Reuters. No Claim to Orig. US Gov. Works.