# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## NOTICE OF HEARING ON THE DEBTORS' OMNIBUS OBJECTION TO TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES AS IT RELATES TO THE CLAIM OF THE HAMILTON COUNTY, TENNESSEE

TO PARTIES IN INTEREST:

Please take notice that a hearing will be held on **July 16, 2009** at **1:30 p.m.** (Eastern Time), before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider (i) the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it relates to the claim of the Warren County Tax Collector (Docket No. 7267) and (ii) the Response of the Hamilton County, Tennessee to the Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 7615).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: July 13, 2009

                                                                  SMITH HULSEY & BUSEY

                                                                  By    *s/ Allan E. Wulbern*
                                                                           Allan E. Wulbern

                                                              Florida Bar Number 175511
                                                             225 Water Street, Suite 1800
                                                             Jacksonville, Florida  32202
                                                             (904) 359-7700
                                                             (904) 359-7708 (facsimile)
                                                             awulbern@smithhulsey.com

                                                             Counsel for Reorganized Debtors

- 3 -

## **Certificate of Service**

I certify that a copy of this document has been furnished electronically or by mail to Scott N. Brown, Esq., Spears, Moore, Rebman & Williams, Post Office Box 1749, Chattanooga, Tennessee 37401,, this 13th day of July, 2009.

                                               *s/ Allan E. Wulbern*
                                                    Attorney

00650539