UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JULY 16, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on July 16, 2009 at 1:30 p.m.:

**A.   Uncontested Matters**

1.   *Debtors' Motion to Modify the Agreed Order of Resolution of the Litigation Claim of Linda Spruel (Claim No. 2264) (Docket No. 22481)*

    Objection Deadline:   Expired.

    Objections:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Motion.

**B.   Contested Matters**

2.   *Debtors' Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities as it Relates to the Claim of the Hamilton County (Docket No. 7267)*

    Response Deadline:   Expired.

    Responses:   Hamilton County (Docket No. 7615).

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

3.  *Debtors' Motion to Strike Hamilton County's Response to the Reorganized Debtors' Objection to Tax Claims (Docket No. 22488)*

    Objection Deadline: July 13, 2009

    Objections        None.

    Status:           The Reorganized Debtors will continue the hearing on the Motion.

4.  *Debtors Objection to the Motion of Allan Urban for Order Permitting Filing of Proof of Claim After Bar Date (Docket No. 22201) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses:        None.

    Status:           The Reorganized Debtors will proceed with the hearing on the Objection.

5.  *Debtors' Objection to the Administrative Claim of Terri L. Kerr (Docket No. 22463 ) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses:        None.

    Status:           The Reorganized Debtors will proceed with the hearing on the Objection.

6.  *Debtors' Objection to the Administrative Claim of Vernell Perez (Docket No. 22461) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses:        None.

    Status:           The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of Samantha Martinez (Docket No. 22460) (Statute of Limitations Defense)*

  Response Deadline: Expired.

  Responses: None.

  Status: The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Debtors' Objection to the Administrative Claim of Ruth Holland (Docket No. 22459) (Statute of Limitations Defense)*

  Response Deadline: Expired.

  Responses: None.

  Status: The Reorganized Debtors have agreed to continue the hearing on the Objection until further notice by either party.

9. *Debtors' Objection to the Administrative Claim of Noralie Kekllas (Docket No. 22458) (Statute of Limitations Defense)*

  Response Deadline: Expired.

  Responses: None.

  Status: The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Objection to the Administrative Claim of Lillie Morgan (Docket No. 22457) (Statute of Limitations Defense)*

  Response Deadline: Expired.

  Responses: None.

  Status: The Reorganized Debtors will proceed with the hearing on the Objection.

11. *Debtors' Objection to the Administrative Claim of Alexi Rojas (Docket No. 22456) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: July 15, 2009.

    SMITH HULSEY & BUSEY

    By  *s/ James H. Post*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson

    Florida Bar Number 175460
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)
    jpost@smithhulsey.com

    Counsel for Reorganized Debtors

00657700