**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**SECOND JOINT MOTION TO CONTINUE EVIDENTIARY**
**HEARING ON THE TANGIPAHOA PARISH SCHOOL SYSTEM'S**
**MOTION TO ALLOW LATE-FILED PROOFS OF CLAIM**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Winn-Dixie") and Tangipahoa Parish School Systems ("Tangipahoa") jointly move the Court for the entry of an order continuing the evidentiary hearing on Tangipahoa's motion to allow late filed claims (Doc. No. 14760) (the "Motion") currently scheduled for July 14, 2009 at 9:30 a.m. to September 16, 2009 at 9:30 a.m., and in support state:

1. Winn-Dixie and Tangipahoa are attempting to negotiate a settlement of the Motion which, if successful, will negate the need for a trial in this matter.

2. The parties are also attempting to resolve issues relating to the scheduling of discovery in the event the parties are unable to settle. A brief continuance of the trial will aid the parties in conducting discovery necessary for this Court to adjudicate the Motion. Accordingly, Winn-Dixie requests a continuance of the trial for a period of not less than forty-five days from August 20, 2009

3. The Court granted a previous continuance of this matter for August 20, 2009 (Doc. No. 22501).

WHEREFORE, Winn-Dixie and Tangipahoa requests that the Court enter an order in the form attached continuing the trial until September 16, 2009, the hearing on the Motion and the corresponding deadlines set forth in the Court's Order Scheduling the hearing of this matter (Doc. No. 22183).

Dated: July 15, 2009

| STEFFES, VINGIELLO & MCKENZIE, L.L.C. | SMITH HULSEY & BUSEY |
|---|---|
| By: *s/ Michael H. Piper*\*<br>　　Michael H. Piper | By:　*s/ Cynthia C. Jackson*<br>　　Cynthia C. Jackson |
| 13702 Coursey Boulevard<br>Building 3<br>Baton Rouge, Louisiana 70817<br>(225) 751-1751<br>(225) 751-1998 (facsimile)<br>mpiper@steffeslaw.com | Florida Bar Number 498882<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>cjackson@smithhulsey.com |
| Attorneys for Tangipahoa<br>　Parish School Board | Attorneys for Reorganized Debtors |

\* Counsel has authorized the use of his electronic signature.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**SECOND ORDER CONTINUING EVIDENTIARY HEARING
ON THE TANGIPAHOA PARISH SCHOOL SYSTEM'S
<u>MOTION TO ALLOW LATE-FILED PROOFS OF CLAIM</u>**

This case is before the Court upon the Joint Motion to Continue The Evidentiary Hearing (Docket No. _____) on the Tangipahoa Parish School Systems' Motion to Allow Late-Filed Proofs of Claim (the "Motion") (Doc. No. 14760). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The hearing on the Motion, currently scheduled for August 20, 2009 at 1:30 p.m., is continued to _____ _____ at _____ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered on March 13, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above (Docket No. 22183).

      Dated this _____ day of _____, 2009 in Jacksonville, Florida.

 

_____
Jerry A. Funk
United States Bankruptcy Judge

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to all parties in interest entitled to receive such notification this 15th day of July, 2009.

                                              *s/ Cynthia C. Jackson*
                                                          Attorney

00660134.2