UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Winn-Dixie Stores, Inc. et al.,                                    Case No.  3:05-bk-03817-JAF

Debtor.

_____/

## WITHDRAWAL OF NOTICE OF SERVICE OF RESPONSES OF LOWNDES COUNTY, MISSISSIPPI, TO REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST SET OF INTERROGATORIES

Lowndes County, Mississippi, by and through its undersigned counsel, withdraws its Notice

of Service of Responses of Lowndes County, Mississippi to Requests for Production of Documents

and to First Set of Interrogatories by Winn-Dixie Stores, Inc. filed on July 7, 2009.

**Robert Altman, P.A.**

*/S/ Robert Altman*
**Robert Altman, Esquire**
**Florida Bar No. 346861**
**5256 Silver Lake Drive**
**Palatka, Florida 32177**
**(386) 325-4691**
**(386) 325-9765 Facsimile**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of Withdrawal of Notice of Service of Responses by Lowndes County, Mississippi, to Requests for Production of Documents and to First Set of Interrogatories was furnished to Allan E. Wulbern, Esquire, Smith Hulsey Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202 by U. S. Mail first class, postage prepaid and/or electronic filing CM/ECF, on July */6/L* 2009.

**Robert Altman, P.A.**

*/S/ Robert Altman*
**Robert Altman, Esquire**