UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors, *et al.*, | Jointly Administered |

**SECOND ORDER CONTINUING EVIDENTIARY HEARING
ON THE TANGIPAHOA PARISH SCHOOL SYSTEM'S
MOTION TO ALLOW LATE-FILED PROOFS OF CLAIM**

This case is before the Court upon the Joint Motion to Continue The Evidentiary Hearing (Docket No. 22527) on the Tangipahoa Parish School Systems' Motion to Allow Late-Filed Proofs of Claim (the "Motion") (Doc. No. 14760). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The hearing on the Motion, currently scheduled for August 20, 2009 at 1:30 p.m., is continued to _SEPTEMBER 16, 2009_ at _9:30 A.M._ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter

entered on March 13, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above (Docket No. 22183).

Dated this 16 day of July, 2009 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge