UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AMENDED ORDER OF RESOLUTION OF THE
LITIGATION CLAIM OF LINDA SPRUEL (CLAIM NO. 2264)**

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc., and its affiliates (collectively, the "Reorganized Debtors") to modify the Agreed Order of Resolution of the Litigation Claim of Linda Spruel (the "Claimant") pursuant to the Amended Judgment entered by the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, in Case No. 597-823, styled as *Linda Spruel v. Winn-Dixie Stores, Inc., et al.*, adjudicating the liens for attorneys' fees asserted against the Claimant's claim. Based upon the consent of the Claimant to the resolution of the claim reached at mediation and upon the Amended Judgment, and it appearing to the Court that the allowed amount of the claim is less than the $250,000 notice threshold established in the Claims Resolution Procedure and the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan"), it is

ORDERED AND ADJUDGED:

1. Claim No. 2264 filed by Claimant is allowed in the amount of $218,000.00 as a Class 16 Other Unsecured Claim under the Plan, to be distributed as follows: (i) $178,000.00 of Claim No. 2264 shall be distributed to Linda Spruel, 3740 Inwood Drive, Harvey, Louisiana 70058 and (ii) $40,000.00 of Claim No. 2264 shall be distributed to Iris Tate, 410 Royal Street, New Orleans, Louisiana, 70130-2199.

2. This Order resolves (i) all liabilities and obligations related to Claim No. 2264 and (ii) all other claims the Claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3. This Order supersedes the Agreed Order of Resolution of the Litigation Claim of Linda Spruel (Docket No. 21734) entered by the Court on November 21, 2008.

4. The Reorganized Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to any Litigation Claim, or make any admission of liability. The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim. This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement, except those Medicare liens or claims released by the United States Department of Health and Human Services pursuant to the Agreed Order entered by this Court on March 9, 2007 (Docket No. 15439).

5. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 16 day of July, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
James H. Post
[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]
00631258.2