UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

ORDER GRANTING THE REORGANZIED DEBTORS'
(I) OMNIBUS OBJECTION TO TAX CLAIMS AND (II) MOTION
REQUESTING DETERMINATION OF TAX VALUES AND LIABILITIES
AND DENYING (III) APPLICATION OF HAMILTON COUNTY,
TENNESSEE FOR PAYMENT OF ADMINSTRATIVE CLAIM (HAMILTON)

These matters came before the Court for hearing on July 16, 2009 upon the (i) Debtors' Omnibus Objection to Tax Claims (the "Objection") and (ii) Motion For Order Determining Tax Values And Tax Liabilities (the "Motion") (Docket No. 7267),[1] as it relates to the Response of Hamilton County, Tennessee ("Hamilton") to the Objection and Motion (the "Response") (Docket No. 7615) and (iii) Application of Hamilton County, Tennessee for Payment of Administrative Claim (the "Administrative Claim") (Docket No. 14044).

Based upon the Court's review and consideration of the Objection, the Motion, the Response and the Administrative Claim; the representations of counsel for the Debtors; and without objection by the United States Trustee or any other interested parties, it is

---

[1] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion and the Objection.

ORDERED AND ADJUDGED:

1. The Administrative Claim is denied.

2. The Objection and Motion is sustained as set forth below.

3. Proof of Claim number 12950 filed by Hamilton is allowed as a secured claim in a total amount of $11,218.75, inclusive of all interest, penalties, collection fees, etc.

4. Within fifteen (15) business days of entry of this Order, the Reorganized Debtor will pay Hamilton County $11,218.75. This amount represents the full and final amount owed by the Reorganized Debtors to Hamilton for all unpaid ad valorem taxes (whether delinquent or not) for the tax years 2004 and 2005, including, without limitation, tax parcel numbers 1013885, 1015081, 1015082, 1015156, PER1013801, PER 1013802, and PER1016143, which were or could have been, or may be, raised in any administrative claim, proof of claim or objection to proof of claim or otherwise.

5. Other than as provided for in this Order, Hamilton will not receive any additional distributions on account of any proofs of claims or administrative claims filed in the Reorganized Debtors' Chapter 11 cases, including, without limitation, Claim No. 12950.

6. This Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Hamilton in these Chapter 11 cases and (ii) all other pre-effective date claims Hamilton has or may have against the Debtors and any of their

Chapter 11 estates or affiliates, all of which are forever waived, discharged and released. The Reorganized Debtors shall not be entitled to any further adjustment, reduction or refund of any tax assessment or taxes paid or payable to Hamilton for tax years 2004, 2005 and 2006.

7. This Court retains jurisdiction to resolve any disputes arising from this Order.

Dated this 16 day of July, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Allan Wulbern is directed to
serve a copy of this order on all
parties in interest.

00661635