UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER DENYING ALLAN URBAN'S MOTION FOR ORDER PERMITTING FILING OF A PROOF OF CLAIM AFTER BAR DATE

This case came before the Court for hearing on July 16, 2009, on the Debtors' Objection to Allan Urban's Motion for Order Permitting filing of Proof of Claim After Bar Date (Docket No. 22201). Upon the evidence presented at the hearing, the Court finds that:

1. Allan Urban (the "Claimant") filed a Motion for Order Permitting Filing Proof of Claim After the Bar Date (Docket No. 13855) (the "Motion") based upon a negligence claim that arose on February 4, 2004, in West Palm Beach, Florida (the "Claim").

2. Section 95.11(3)(a), Florida Statutes, requires that an action founded on negligence must be brought within four years.

3. Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the his client's proof of claim. Filing the Motion did not preserve his client's proof of claim for statute of limitations purposes.

4. Because the Claim arose on February 4, 2004, the Claimant was required under Florida law to commence the prosecution of a civil action by February 4, 2008, to preserve the Claim for statute of limitations purposes.

5. Because the Claimant did not file a civil action to preserve the Claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and the Claim must be disallowed. Upon the foregoing, it is

ORDERED:

1. The Objection is sustained.

2. The Motion is denied.

Dated this 16 day of July, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00658298