UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

AGREED AMENDED ORDER ON MOTION
TO ALLOW LATE FILED APPLICATION FOR PAYMENT
OF ADMINISTRATIVE EXPENSE OF MARION BERRIOS

This case is before the Court on the Debtors' Notice of Case Management Conference (Docket No. 22127) as to the Motion to Allow a Late Filed Application for Payment of Administrative Expense of Marion Berrios (Docket No. 21995) (the "Motion"). Upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Order on Motion to Allow Late Filed Application for Payment of Administrative Expense of Marion Berrios entered in these cases on March 19, 2009, (Docket No. 22230) is vacated.

2. The Motion is granted to the extent set forth herein.

3. The Application for Payment of Administrative Expenses (Docket No. 21996) (the "Claim") filed by Marion Berrios (the "Claimant") is allowed as an administrative claim in the amount of $10,000.00 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

4.  Distribution will be made on the allowed Claim pursuant to Sections 4.1 and 9.2 of the Plan in care of the person and at the address as set forth in the consent to this Agreed Order.

5.  This Agreed Order resolves (i) all liabilities and obligations related to the Claim and (ii) all other prepetition or post-petition claims the Claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

6.  The Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Reorganized Debtors in this Court or in any other forum.

7.  The Reorganized Debtors do not, by this Agreed Order, acknowledge the validity of any claim or make any admission of liability. The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

8.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 17 day of July, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00659426

**Consent**

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | JAMES & ZIMMERMAN |
|---|---|
| By: /s/ Leanne McKnight Prendergast | By: /s/ Stacey Morris  0519855 |
| Leanne McKnight Prendergast | Stacey Morris |
| Florida Bar Number 0059544 | P.O. Box 208 |
| 225 Water Street, Suite 1800 | Deland, FL 32721-0208 |
| Jacksonville, Florida 32202 | 386-734-1200 |
| (904) 359-7700 | 386-734-1295 (facsimile) |
| (904) 359-7708 (facsimile) | |
| lprendergast@smithhulsey.com | |
| Attorneys for the Reorganized Debtors | Attorneys for Marion Berrios |