**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**TENTH QUARTER NOTICE WITH RESPECT TO**
**REDISTRIBUTION DETERMINATION UNDER PLAN SECTION 9.3(b)**

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE:

1. Pursuant to Section 9.3(b) of the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors dated August 9, 2006 (as modified, the "Plan"), the Reorganized Debtors have determined that there is no current excess of shares in the Common Stock Reserve to support a redistribution to holders of Unsecured Claims. This determination is based upon the nature of the Reorganized Debtors' remaining disputed claims, which are in large part

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

unliquidated litigation claims. Therefore, there will be no redistribution on July 31, 2009 with respect to the tenth quarter ended June 30, 2009.

    2.    The Reorganized Debtors will reevaluate the issue following the end of the eleventh quarter on September 30, 2009. If the Reorganized Debtors then determine that a sufficient excess of shares exists in the Common Stock Reserve, they will make a redistribution of such excess shares on or about October 31, 2009 in accordance with Section 9.3(b) of the Plan. If they determine that there is not a sufficient excess at that time, they will defer the issue for review following the end of the next quarter.

Dated: July 17, 2009

                      SMITH HULSEY & BUSEY

                      By   *s/ James H. Post*
                            James H. Post

                      Florida Bar Number 175460
                      225 Water Street, Suite 1800
                      Jacksonville, Florida 32202
                      (904) 359-7700
                      (904) 359-7708 (facsimile)
                      jpost@smithhulsey.com

                      Counsel for Reorganized Debtors

662525