UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

### NOTICE OF MEDIATION

YOU ARE HEREBY NOTIFIED that pursuant to agreement of the parties, the above captioned matter will be mediated on Friday, September 11, 2009 at 8:30 a.m., at Hedquist Reporting, 345 East Forsyth Street, Jacksonville, FL 32202 before Jay M. Cohen, Esq., Mediator. **The mediation will conclude no later than 6:00 p.m.**

By: _[signature]_
Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Visagent
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone:(772) 283-2004
Facsimile: (772) 283-2009

1

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail and via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor, and to Jay M. Cohen, Esq., this ____ day of July, 2009.

_____
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorneys for Visagent