UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors, et al., | ) | Jointly Administered |

_____/

### WITHDRAWAL OF MOTION TO CONTINUE AND AMENDED MOTION TO CONTINUE AS TO LOWNDES COUNTY, MISSISSIPPI, AND HARRISON COUNTY, MISSISSIPPI ONLY

Robert Altman, having inadvertently filed a Motion to Continue (Docket #22298) and an Amended Motion to Continue (Docket #22309) on behalf of Lowndes County, Mississippi, and Harrison County, Mississippi, hereby withdraws the Motion to Continue filed on March 31, 2009, and his Amended Motion to Continue filed on April 1, 2009, **as to Lowndes County, Mississippi and Harrison County, Mississippi only**; and apologizes to the Court for the inadvertent filing. Counsel does not represent either Lowndes County, Mississippi, or Harrison County, Mississippi.

**Robert Altman, P.A.**

/S/ Robert Altman
**Robert Altman, Esquire**
**Florida Bar No. 346861**
**5256 Silver Lake Drive**
**Palatka, Florida 32177**
**(386) 325-4691 / (386) 325-9765 fax**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of Withdrawal of Motion to Continue and Amended Motion to Continue as to Lowndes County, Mississippi and Harrison County, Mississippi only, was furnished to Allan E. Wulbern, Esquire, Smith Hulsey Busey, P.O. Box 53315, Jacksonville, FL 32201-3315 by U. S. Mail first class, postage prepaid, or electronic filing CM/ECF on July 24, 2009.

/S/ Robert Altman
**Robert Altman, Esquire**