**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| _____ | ) | |

**SECOND CONSENT MOTION TO CONTINUE TRIAL ON
MOTIONS FOR RELIEF FROM ORDER DETERMINING TAX
LIABILITIES FILED BY CERTAIN MISSISSIPPI TAX COLLECTORS**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates ("Winn-Dixie"), move the Court for the entry of an order continuing the trial on the Motions for Relief From Order Determining Tax Liabilities filed by the Mississippi County Tax Collectors for Hinds, Jones, Lauderdale, Lowndes, Pike, Rankin and Harrison Counties (the "Non-Responding Counties") currently scheduled for August 6, 2009 at 9:30 a.m., and in support state:

1.  On July 11, 2006, Winn-Dixie filed the Tax Objection seeking to reduce its 2004 and 2005 tax liabilities to various taxing authorities throughout Mississippi and Louisiana.

2.  On August 10, 2006, the Court held a hearing on the Tax Objection. As to the taxing authorities that failed to respond to the Tax Objection, including Hinds, Harrison, Jones, Lauderdale, Lowndes, Pike, Rankin and Yazoo County, Mississippi (the "Non-Responding Counties"), the Court entered an order granting the

Tax Objection and reducing Winn-Dixie's tax liabilities to those taxing authorities (the "Tax Reduction Order"; Doc. No. 10162).

3. The Non-Responding Counties subsequently filed motions for relief from the Tax Reduction Order on the grounds that they were not properly served with the Tax Objection (the "Motions for Relief").[1]

4. Winn-Dixie and the Non-Responding Counties believe that the Motions for Relief can be resolved on cross motions for summary judgment, which will obviate the need for a trial on the Motions for Relief, therefore, the parties request that the Court continue the trial until further notice.

5. The Court previously granted a continuance of this matter on April 1, 2009 (Doc. No. 22316).

6. The undersigned counsel has conferred with counsel for the Non-Responding Counties and those counties consent to the relief sought in this motion.

---

[1] On July 13, 2009 Hinds, Jones, Lauderdale, Pike and Rankin Counties (the "Five Counties") filed a consolidated Motion for Summary Judgment and a Supporting Memorandum of Law (Doc. No. 22518). The Five Counties have objected to Interrogatories and Requests for Production that Winn-Dixie served on June 8, 2009. Winn-Dixie and the Five Counties are working on resolving that discovery dispute without judicial intervention. If they are unable to do so, Winn-Dixie intends to file a Motion to Compel. Counsel for the Five Counties has agreed to extend the time for Winn-Dixie to serve its response to their Motion for Summary Judgment until after the discovery dispute has been resolved.

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing the trial on the Motions for Relief until after the Court has ruled on the parties' Motions for Summary Judgment.

Dated: July 28, 2009

SMITH HULSEY & BUSEY

By: *s/ Allan E. Wulbern*
      Stephen D. Busey
      Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**ORDER CONTINUING TRIAL ON MOTIONS FOR
RELIEF FROM ORDER DETERMINING TAX LIABILITIES
FILED BY CERTAIN MISSISSIPPI TAX COLLECTORS**

This case is before the Court upon Debtors' Second Agreed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Forrest, Marion and Madison Counties, Mississippi (the "Motion"). Upon consideration, it is ORDERED:

1. The Motion is granted.

2. The trial on the Motions for Relief From Order Determining Tax Liabilities filed by the Mississippi County Tax Collectors for Hinds, Jones, Lauderdale, Lowndes, Pike, Rankin and Harrison Counties (the "Non-Responding Counties") currently scheduled for August 6, 2009 at 9:30 a.m. is continued until further order of this Court.

      3.      The deadlines set forth in the Order Scheduling Trial on this matter (Doc. Nos. 21900 and 22316) entered on December 22, 2008 and April 1, 2009 are cancelled.

      Dated this _____ day of _____, 2009 in Jacksonville, Florida.

      Jerry A. Funk
United States Bankruptcy Judge

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Robert C. Altman, Esq., Post Office Box 922 Palatka, Florida 32178-0922 and all parties in interest entitled to receive such notification this 28th day of July, 2009.


*s/ Allan E. Wulbern*
Attorney

663681