# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

## NOTICE OF HEARING ON THE MOTION TO STRIKE HARRISON COUNTY'S MOTION FOR RELIEF FROM THE ORDER DETERMINING TAX LIABILITIES

Please take notice that a hearing will be held on **August 13, 2009** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities (Docket No. 22546) (the "Motion").

Only objections to the Motion which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **August 10, 2009**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Allan E. Wulbern, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

awulbern@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: July 29, 2009

                SMITH HULSEY & BUSEY

                By:  */s/ Allan E. Wulbern*
                     Allan E. Wulbern

                Florida Bar Number 175511
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                awulbern@smithhulsey.com

                Attorneys for Reorganized Debtors

Certificate of Service

I certify that a copy of the foregoing has been furnished by facsimile and mail to Robert C. Altman, Esq., Post Office Box 922 Palatka, Florida 32178-0922 and Richard R. Thames, Esq., and Bradley R. Markey, Esq., Stutsman Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202, and all parties in interest entitled to receive such notification on this 29th day of June, 2009.

                                          /s/ *Allan E. Wulbern*
                                                  Attorney

00664001