# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors, *et al.*, | Jointly Administered |

## ORDER CONTINUING TRIAL ON MOTIONS FOR RELIEF FROM ORDER DETERMINING TAX LIABILITIES FILED BY CERTAIN MISSISSIPPI TAX COLLECTORS

This case is before the Court upon Debtors' Second Agreed Motion to Continue Trial on Debtors' Motion to Determine Tax Liabilities Owed to Forrest, Marion and Madison Counties, Mississippi (the "Motion"). Upon consideration, it is ORDERED:

1. The Motion is granted.

2. The trial on the Motions for Relief From Order Determining Tax Liabilities filed by the Mississippi County Tax Collectors for Hinds, Jones, Lauderdale, Lowndes, Pike, Rankin and Harrison Counties (the "Non-Responding Counties") currently scheduled for August 6, 2009 at 9:30 a.m. is continued until further order of this Court.

3. The deadlines set forth in the Order Scheduling Trial on this matter (Doc. Nos. 21900 and 22316) entered on December 22, 2008 and April 1, 2009 are cancelled.

Dated this 29 day of July, 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge