UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL**

Appellee, Kenneth Wilkinson, as Lee County Property Appraiser, and the undersigned counsel stipulate and agree to permit substitution of the Appellee's attorneys of record, previously Dent & Johnson, Chartered, 3415 Magic Oak Lane, Sarasota, FL 34232 to David M. Owen, Lee County Attorney, P.O. Box 398, Fort Myers, FL 33902 who is duly licensed to practice law in the State of Florida, and is admitted to this Court.

| | |
|---|---|
| /s/ JOHN J. RENNER | /s/ SHERRI L. JOHNSON |
| JOHN J. RENNER, ESQ. | SHERRI L. JOHNSON, ESQ. |
| Florida Bar No. 373435 | Florida Bar No. 0134775 |
| DAVID M. OWEN | DENT & JOHNSON, CHARTERED |
| LEE COUNTY ATTORNEY | 3415 Magic Oak Lane |
| P.O. Box 398 | Sarasota, Florida 34232 |
| Fort Myers, Florida 33902 | (941) 952-1070 |
| (239) 533-2236 | |
| | |
| Date:  June 31, 2009 | Date:  June 31, 2009 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission on this 31st day of July, 2009 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY  10036<br>Tel:  212-735-3000 |
| | Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Allan E. Wulbern, Esq.<br>Beau Bowin, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL  32202 |
| Okaloosa County Tax Collector | Philip A. Bates, Esq.<br>25 W. Cedar Street, Suite 550<br>Pensacola, FL  32501 |
| Escambia County Property Appraiser | Thomas M. Findley, Esq.,<br>Messer, Caparello & Self, P.A.<br>Post Office Box 15579<br>Tallahassee, FL  32317 |
| Kenneth Wilkinson,<br>as Lee County Property Appraiser | John J. Renner, Esq.<br>Office of the Lee County Attorney<br>P.O. Box 398<br>Fort Myers, FL 33902 |

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida  34230
Phone:  (941) 952-1070
Fax:    (941) 952-1094
E-mail:  sjohnson@dentjohnson.com


/s/ Sherri L. Johnson
SHERRI L. JOHNSON
Florida Bar No. 0134775

Y:\S02-6530\Stipulation Substitution of Counsel 073009.doc