**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF CASE MANAGEMENT CONFERENCE**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a case management conference on the Debtors' Third Omnibus Objection and Motion for Order Determining Tax Liabilities as it is related to DeKalb County, Georgia (Docket No. 8772 ) (the "Motion") and the response of the Tax Commissioner of DeKalb County, Georgia (Docket No. 9237) (the "Response") is scheduled for **September 24, 2009** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the scheduling of the Motion and Response for hearing and such other matters to further the expeditious and economical resolution of the case.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers absent a specific order by the Court

- 2 -

authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  August 3, 2009

                                SMITH HULSEY & BUSEY

                                By:   */s/ Allan E. Wulbern*
                                    Allan E. Wulbern

                                Florida Bar Number 175511
                                225 Water Street, Suite 1800
                                Jacksonville, Florida  32202
                                (904) 359-7700
                                (904) 359-7708 (facsimile)
                                awulbern@smithhulsey.com

                                Attorneys for Reorganized Debtors

- 3 -

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished electronically to Mark A. Thompson, Esq., DeKalb Count Law Department, 1300 Commerce Drive, 5${}^{th}$ Floor, Decatur, Georgia 30030 on the3rd day of August, 2009.

                                                  *s/ Allan E. Wulbern*
                                                        Attorney

00664552