UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    Case No. 05-03817-3F1

WINN DIXIE STORES, INC.,                  Chapter 11

    Reorganized Debtors.                  Jointly Administered
_____/

### REQUEST FOR REMOVAL FROM ELECTRONIC FILING NOTICE LIST

Mark A. Zimmerman of the law firm James & Zimmerman, P.L., hereby requests that the Clerk remove him from the electronic notice list for the above bankruptcy matter, as the claim has been resolved.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was served upon parties by ECF on this 4th day of August, 2009.

                By  s/s Mark A. Zimmerman
                    Mark A. Zimmerman
                    Florida Bar No.: 203491
                    JAMES & ZIMMERMAN, P.L.
                    Post Office Box 208
                    DeLand, Florida 32721-0208
                    386-734-1200
                    Attorneys for Marrion Berrios