# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No. 3:05-bk-03817-JAF |
| **WINN-DIXIE STORES, INC., et al.,** | ) | Chapter 11 |
| **Reorganized Debtors, et al.,** | ) | Jointly Administered |
| _____/ | | |

## NOTICE TO COURT REGARDING HARRISON COUNTY, MISSISSIPPI

Having been served the Notice of Hearing on the Motion to Strike Harrison County's Motion for Relief from the Order Determining Tax Liabilities (Docket #22555), Robert Altman gives notice that he does not represent Harrison County, Mississippi, despite having inadvertently filed pleadings regarding Harrison County (Docket #22298 - Motion to Continue; #22309 - Amended Motion to Continue), which have since been withdrawn (Docket #22551 - Withdrawal of Motion to Continue and Amended Motion to Continue).

DATED this 5th day of August, 2009.

Robert Altman, P.A.

/S/ Robert Altman
_____
Robert Altman, Esquire
Florida Bar # 346861
5256 Silver Lake Drive
Palatka, Florida 32177
(386) 325-4691
(386) 325-9765 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice to Court Regarding Harrison County, Mississippi, was furnished to Allan E. Wulbern, Esquire, Smith Hulsey Busey, P.O. Box 53315, Jacksonville, FL 32201-3315 by electronic filing CM/ECF on August 5, 2009..

*/S/ Robert Altman*
**Robert Altman, Esquire**