UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors, et al., | ) | Jointly Administered |
| _____ / | | |

### NOTICE TO COURT REGARDING LOWNDES COUNTY, MISSISSIPPI

Having been served the Notice of Hearing on the Motion to Strike Lowndes County's Motion for Relief from the Order Determining Tax Liabilities (Docket #22556), Robert Altman gives notice that he does not represent Lowndes County, Mississippi, despite having inadvertently filed pleadings regarding Lowndes County (Docket #22298 - Motion to Continue; #22309 - Amended Motion to Continue; #22504 - Notice of Service of Responses to First Set of Interrogatories; #22505 - Notice of Service of Responses to Request for Production), which have since been withdrawn (Docket #22531 - Withdrawal of Notice of Service of Responses of Lowndes County to Request for Production and First Set of Interrogatories; and #22551 - Notice of Withdrawal of Motion to Continue and Amended Motion to Continue).

DATED this 5th day of August, 2009.

Robert Altman, P.A.

/S/ Robert Altman

Robert Altman, Esquire
Florida Bar # 346861
5256 Silver Lake Drive
Palatka, Florida 32177
(386) 325-4691
(386) 325-9765 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice to Court Regarding Lowndes County, Mississippi, was furnished to Allan E. Wulbern, Esquire, Smith Hulsey Busey, P.O. Box 53315, Jacksonville, FL 32201-3315 by electronic filing CM/ECF on August 5, 2009.

/S/ Robert Altman
**Robert Altman, Esquire**