# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# <u>JACKSONVILLE DIVISION</u>

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that a hearing to consider (i) Visagent Corporation's Ninth Motion to Compel Regarding the Production of Personnel Records Pursuant to the Order of the Court Dated November 4, 2008 (Docket No. 22502) and (ii) Debtors' Motion to Compel Robert Handmaker to Answer Deposition Questions (Docket No. 22566) is scheduled for **August 19, 2009 at 10:30 a.m. (prevailing Eastern time),** before the Honorable Jerry A. Funk, United States Bankruptcy Court for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

- 2 -

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  August 10, 2008.

        SMITH HULSEY & BUSEY

        By    *s/ Timothy R. Buskirk*
            Stephen D. Busey
            James A. Bolling
            Timothy R. Buskirk

        Florida Bar Number 0058314
        225 Water Street, Suite 1800
        Jacksonville, Florida  32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        tbuskirk@smithhulsey.com

        Counsel for Reorganized Debtors

- 3 -

## Certificate of Service

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system or by mail to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, and by U.S. Mail to **Mr. Robert Handmaker**, 3856 Biggin Church Road West, Jacksonville, Florida 32224, this 10th day of August, 2009.



                                                             *s/ Timothy R. Buskirk*
                                                                       Attorney

665533.1