UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
<u>TO BE HELD ON AUGUST 13, 2009</u>**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on August 13, 2009 at 1:30 p.m.:

**<u>Contested Matters</u>**

1.      *Debtors' Motion to Strike Harrison County's Motion for Relief from <u>Order Determining Tax Liabilities (Docket No. 22546)</u>*

    Objection Deadline: Expired.

| | |
|---|---|
| Objections | None. |
| Status: | The Reorganized Debtors will proceed with the hearing on the Motion. |

2.      *Debtors' Motion to Strike Lowndes County's Motion for Relief from <u>Order Determining Tax Liabilities (Docket No. 22547)</u>*

    Objection Deadline: Expired.

| | |
|---|---|
| Objections | None. |
| Status: | The Reorganized Debtors will continue the hearing on the Motion until the September 24, 2009 omnibus hearing. |

3.      *Debtors' Objection to the Administrative Claim of Valerie Rell (Docket No. 22519 ) (Statute of Limitations Defense)*

       Response Deadline:  Expired.

       Responses:              None.

       Status:                    The Reorganized Debtors have agreed to continue the hearing on the Objection until the September omnibus hearing.

4.      *Debtors' Objection to the Administrative Claim of Maria Becerra (Docket No. 22520) (Statute of Limitations Defense)*

       Response Deadline:  Expired.

       Responses:              None.

       Status:                    The Reorganized Debtors will proceed with the hearing on the Objection.

5.      *Debtors' Objection to the Administrative Claim of Kimberly Brown (Docket No. 22521) (Statute of Limitations Defense)*

       Response Deadline:  Expired.

       Responses:              None.

       Status:                    The Reorganized Debtors will proceed with the hearing on the Objection.

6.      *Debtors' Objection to the Administrative Claim of Willie Murphy (Docket No. 22523) (Statute of Limitations Defense)*

       Response Deadline:  Expired.

       Responses:              None.

       Status:                    The Reorganized Debtors will proceed with the hearing on the Objection.

7.      *Debtors' Objection to the Administrative Claim of Doris Autry (Docket No. 22524) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


Dated:  August 12, 2009


                                    SMITH HULSEY & BUSEY


                                    By     *s/ James H. Post*
                                            Stephen D. Busey
                                            James H. Post
                                            Cynthia C. Jackson

                                    Florida Bar Number 175460
                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    jpost@smithhulsey.com

                                    Counsel for Reorganized Debtors

00657700