UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AMENDED AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON AUGUST 13, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on August 13, 2009 at 1:30 p.m.:

**Contested Matters**

1. *Debtors' Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities (Docket No. 22546)*

   Objection Deadline: Expired.

   Objections        None.

   Status:           The Reorganized Debtors will continue the hearing on the Motion until the September 24, 2009 omnibus hearing.

2. *Debtors' Motion to Strike Lowndes County's Motion for Relief from Order Determining Tax Liabilities (Docket No. 22547)*

   Objection Deadline: Expired.

   Objections        None.

   Status:           The Reorganized Debtors will continue the hearing on the Motion until the September 24, 2009 omnibus hearing.

3. *Debtors' Objection to the Administrative Claim of Valerie Rell (Docket No. 22519 ) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors have agreed to continue the hearing on the Objection until the September omnibus hearing.

4. *Debtors' Objection to the Administrative Claim of Maria Becerra (Docket No. 22520) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Administrative Claim of Kimberly Brown (Docket No. 22521) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtors' Objection to the Administrative Claim of Willie Murphy (Docket No. 22523) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of Doris Autry (Docket No. 22524) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: August 12, 2009

    SMITH HULSEY & BUSEY

    By  *s/ James H. Post*
        Stephen D. Busey
        James H. Post
        Cynthia C. Jackson

    Florida Bar Number 175460
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)
    jpost@smithhulsey.com

    Counsel for Reorganized Debtors

00657700