UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:
WINN-DIXIE STORES, INC., et. al           Case No. 05-bk-03817-JAF
                                                 Chapter 11
        Debtors.
_____/

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

CHAD S. BOWEN, of the law firm of Jennis & Bowen, P.L., 400 N. Ashley Drive, Suite 2540, Tampa, Florida 33602, hereby files this Notice of Appearance and Request for Service of Papers as counsel of record for creditors, DAVID CLARK and ANTOINETTE CLARK (the "Clarks"), in connection with the above-referenced case currently pending before this Court.

The undersigned hereby requests that the Clerk of this Court and all other parties-in-interest in this proceeding provide notice of, and where applicable, service of, any and all motions, applications, orders, pleadings, notices, or other communications filed in or pertaining to this proceeding to the undersigned, whether such motion, application, order, pleading, notice, or other communication is written or oral, formal or informal, by hand delivery, mail, telephone, facsimile or made in any other manner whatsoever. The undersigned further requests that the Clerk add them to the mailing matrix in this case.

DATED this 18th day of August, 2009.

                                                                                 */s/ Chad S. Bowen*
                                                                                 Chad S. Bowen
                                                                                  Florida Bar No. 0138290
                                                                                 **JENNIS & BOWEN, P.L.**
                                                                                 400 N. Ashley Drive, Suite 2540
                                                                                 Tampa, Florida 33602
                                                                                 Telephone: (813) 229-1700
                                                                                 Facsimile: (813) 229-1707
                                                                                 Email: cbowen@jennisbowen.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished, by facsimile, electronic service and/or U.S. Mail, postage prepaid to **Leanne McKnight Prendergast,** Smith, Hulsey & Busey, 1800 Wachovia Bank Tower, 225 Water Street, Jacksonville, FL  32202 and **United States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602, Fax (813) 228-2303 and via the Court's CM/ECF system to those parties receiving CM/ECF service on this 18th day of August, 2009.

                                        /s/  *Chad S. Bowen*
                                        Chad S. Bowen