UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## AGREED ORDER ON TANGIPAHOA'S
## MOTION TO ALLOW LATE-FILED CLAIM

This matter came before the Court on the Motion and Memorandum to Allow Late-Filed Proofs of Claim by creditor, the Tangipahoa Parish School Board (the "Motion"; Doc. No. 14760). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.      The Motion is granted in part and denied in part as set forth below.

2.      Proof of Claim number 90000 is allowed as an unsecured claim in Class 14 of the Reorganized Debtors'[1] confirmed plan, in a total amount of $171,007.87, inclusive of interest, penalties and collection fees etc.

3.      Within fifteen business days of entry of this Order, the Reorganized Debtor will distribute to the Tangipahoa Parish School Board ("Tangipahoa") at Post Office Box 159, Amite, LA 70422 (i) 7,911 shares of Winn-Dixie New Common Stock and (ii) such subsequent distributions, if any, of New Common Stock to which the allowed amount ultimately payable by 7,911 shares of New Common Stock thereafter becomes entitled, in accordance with Section 9.2 of the Debtors' confirmed plan of reorganization.  This

---

[1] Terms not defined in this order shall have the meaning ascribed to them in the Motion.

amount represents the agreed upon amount owed by the Reorganized Debtors to Tangipahoa for all unpaid monthly sales and use taxes (whether delinquent or not) for the tax periods prior to February 21, 2005, including, without limitation, for Winn-Dixie Logistics, Inc., Winn-Dixie Mortgaging, Inc. and Winn-Dixie Procurement, Inc.

4.     This Agreed Order resolves all liabilities and obligations arising prior to February 21, 2005, related to (i) claims by Tangipahoa in these Chapter 11 cases, particularly the claims for the periods 1/1/03 to 2/21/05 as set out in the copies of the Notices of Assessment attached hereto as Exhibits 1, 2, and 3, and (ii) all other pre-petition date claims Tangipahoa has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released.

5.     This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 20 day of August, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Cynthia C. Jackson is directed to
serve a copy of this order on all
parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                STEFFES, VINGIELLO & McKENZIE, LLC


By___*s/ Cynthia C. Jackson*_____          By___*s/ Michael H. Piper*_____
    Cynthia C. Jackson                        Michael H. Piper
    Florida Bar No. 0498882


225 Water Street, Suite 1800          13702 Coursey Blvd., Bldg. 3
Jacksonville, Florida 32202          Baton Rouge, LA 70817
(904) 359-7700                (225) 751-1751
(904) 359-7708 (facsimile)          (225) 751-1998 (facsimile)
cjackson@smithhulsey.com          mpiper@steffeslaw.com

  Counsel for Reorganized Debtors          Attorneys for the Tangipahoa Parish School
                                 Board

\* Mr. Piper has authorized his electronic signature.

00665545

3

 # TANGIPAHOA PARISH SCHOOL SYSTEM

SALES AND USE TAX DIVISION
POST OFFICE BOX 159 • AMITE, LOUISIANA 70422
TELEPHONE (985) 748-5229 • FAX (985) 748-2489

### NOTICE OF ASSESSMENT
### 60-Day Assessment – LA R.S. 47:337.51

### Via Certified Mail # 7004 2510 0005 8937 8843

Attn.: Rich Tansi
Winn Dixie Logistics, Inc.
5050 Edgewood Court
Jacksonville, FL 32203-0297

ISSUE DATE: 12/29/06

ACCOUNT: 17578

Pursuant to the Uniform Local Sales Tax Code, LA R.S. 47:337.51 and local ordinances, you are hereby notified that according to our records, you owe sales and/or use tax, interest, and penalty for the period and amounts referenced below.

Period: 1/1/2003 – 2/21/2005                    Due: 2/27/07

|  |  |
|---|---|
| Tax: | $41,692.80 |
| Interest thru 02/21/05: | $ 4,616.54 |
| Penalty: | $ 9,541.25 |
| TOTAL ASSESSED: | $55,850.59 |

You have 60 calendar days from the date of this notice to:

1)  Pay the amount assessed, or
2)  File a written protest and request a hearing.  If you choose to protest this assessment and request a hearing, your request must include a written protest under oath, setting forth the reasons for the protest, or
3)  Pay under protest and file suit for recovery within 30 days of payment.

DO NOT DISREGARD THIS NOTICE.  FAILURE TO ACT WITHIN THE TIME OR MANNER PROVIDED WILL RESULT IN THE ASSESSMENT BECOMING FINAL AND ENFORCEABLE BY WARRANT FOR DISTRAINT.  ADDITIONAL PENALTIES, INTEREST AND COLLECTION FEES MAY BE ASSESSED AT THAT TIME.

*Donna Drude*

DONNA DRUDE
Sales & Use Tax Collector

C:  William E. Steffes; Steffes, Vingiello & McKenzie, LLC

EXHIBIT
Tangipahoa Par. Schl. Sy.
1
05-63817-EF1

TANGIPAHOA PARISH SALES AND USE TAX DEPARTMENT
AUDIT WORK PAPERS - TAX, PENALTY & INTEREST DUE
TAXPAYER: WINN DIXIE LOGISTICS, INC.
ACOUNT NUMBERS: 17578
AUDIT NUMBER: 0607.010
AUDIT PERIOD: 01/01/2003 - 02/21/05
INTEREST THRU: 2/21/05

| REPORT PERIOD | TAX DUE - FIXED ASSETS | TAX DUE - EXPENSES | TOTAL TAX DUE | INTEREST | PENALTY | TOTAL DUE |
|---|---|---|---|---|---|---|
| 200301 | $0.00 | $1,464.50 | $1,464.50 | $366.12 | $366.12 | $2,196.75 |
| 200302 | $479.18 | $340.16 | $819.34 | $196.64 | $204.83 | $1,220.81 |
| 200303 | $95.86 | $923.76 | $1,019.62 | $234.51 | $254.90 | $1,509.04 |
| 200304 | $0.00 | $1,089.13 | $1,089.13 | $239.61 | $272.28 | $1,601.02 |
| 200305 | $133.70 | $340.16 | $473.86 | $99.51 | $118.47 | $691.84 |
| 200306 | $125.32 | $340.16 | $465.48 | $93.10 | $116.37 | $674.95 |
| 200307 | $0.00 | $340.16 | $340.16 | $64.63 | $85.04 | $489.83 |
| 200308 | $94.97 | $1,204.16 | $1,299.12 | $233.84 | $324.78 | $1,857.75 |
| 200309 | $0.00 | $920.50 | $920.50 | $156.49 | $230.13 | $1,307.11 |
| 200310 | $0.00 | $340.16 | $340.16 | $54.43 | $85.04 | $479.63 |
| 200311 | $0.00 | $2,588.84 | $2,588.84 | $388.33 | $647.21 | $3,624.38 |
| 200312 | $201.39 | $340.16 | $541.55 | $75.82 | $135.39 | $752.75 |
|  | $1,130.42 | $10,231.85 | $11,362.27 | $2,203.02 | $2,840.57 | $16,405.85 |
| 200401 | $20.62 | $340.16 | $360.77 | $46.90 | $90.19 | $497.87 |
| 200402 | $0.00 | $340.16 | $340.16 | $40.82 | $85.04 | $466.02 |
| 200403 | $5,906.77 | $340.16 | $6,246.93 | $687.16 | $1,561.73 | $8,495.83 |
| 200404 | $922.32 | $340.16 | $1,262.48 | $126.25 | $315.62 | $1,704.35 |
| 200405 | $11,532.99 | $340.16 | $11,873.15 | $1,068.58 | $2,968.29 | $15,910.03 |
| 200406 | $2,537.69 | $301.91 | $2,839.60 | $227.17 | $709.90 | $3,776.67 |
| 200407 | $345.49 | $340.16 | $685.65 | $48.00 | $171.41 | $905.06 |
| 200408 | $0.00 | $894.66 | $894.66 | $53.68 | $223.66 | $1,172.00 |
| 200409 | $0.00 | $340.16 | $340.16 | $17.01 | $85.04 | $442.21 |
| 200410 | $0.00 | $340.16 | $340.16 | $13.61 | $68.03 | $421.80 |
| 200411 | $0.00 | $340.16 | $340.16 | $10.20 | $51.02 | $401.39 |
| 200412 | $1,200.00 | $1,663.16 | $2,863.16 | $57.26 | $286.32 | $3,206.74 |
|  | $22,465.89 | $5,921.17 | $28,387.05 | $2,396.64 | $6,616.26 | $37,399.96 |
| 200501 | $1,348.20 | $340.16 | $1,688.36 | $16.88 | $84.42 | $1,789.66 |
| 200502 | $0.00 | $255.12 | $255.12 | $0.00 | $0.00 | $255.12 |
|  | $1,348.20 | $595.28 | $1,943.48 | $16.88 | $84.42 | $2,044.78 |
| GRAND TOTALS | $24,944.50 | $16,748.30 | $41,692.80 | $4,616.54 | $9,541.25 | $55,850.59 |



# TANGIPAHOA PARISH SCHOOL SYSTEM

SALES AND USE TAX DIVISION

POST OFFICE BOX 159 • AMITE, LOUISIANA 70422

TELEPHONE (985) 748-5229 • FAX (985) 748-2489

### NOTICE OF ASSESSMENT
### 60-Day Assessment – LA R.S. 47:337.51

**Via Certified Mail # 7004 2510 0005 8937 8867**

Attn.: Rich Tansi                                          ISSUE DATE: 12/29/06
Winn Dixie Montgomery, Inc.
5050 Edgewood Court
Jacksonville, FL 32203-0297                                ACCOUNT: 17578

Pursuant to the Uniform Local Sales Tax Code, LA R.S. 47:337.51 and local ordinances, you are hereby notified that according to our records, you owe sales and/or use tax, interest, and penalty for the period and amounts referenced below.

Period: 1/1/2003 – 2/21/2005                     Due: 2/27/07

| | |
|---|---|
| Tax: | $56,187.88 |
| Interest thru 02/21/05: | $ 7,686.71 |
| Penalty: | $13,138.67 |
| TOTAL ASSESSED: | $77,013.27 |

You have 60 calendar days from the date of this notice to:

1)   Pay the amount assessed, or
2)   File a written protest and request a hearing.  If you choose to protest this assessment and request a hearing, your request must include a written protest under oath, setting forth the reasons for the protest, or
3)   Pay under protest and file suit for recovery within 30 days of payment.

DO NOT DISREGARD THIS NOTICE.  FAILURE TO ACT WITHIN THE TIME OR MANNER PROVIDED WILL RESULT IN THE ASSESSMENT BECOMING FINAL AND ENFORCEABLE BY WARRANT FOR DISTRAINT.  ADDITIONAL PENALTIES, INTEREST AND COLLECTION FEES MAY BE ASSESSED AT THAT TIME.

*Donna Drude*

DONNA DRUDE
Sales & Use Tax Collector

C:  William E. Steffes; Steffes, Vingiello & McKenzie, LLC

EXHIBIT
Tangipahoa Par. Sch. Bd.
2
05-03817-3F1

AUDIT WORK PAPERS - TAX, PENALTY & INTEREST DUE
TAXPAYER: WINN DIXIE MONTGOMERY, INC.
ACCOUNT NUMBERS: 3607, 3608, 3609, 11830
AUDIT NUMBER: 0607.008
AUDIT PERIOD: 01/01/2003 - 02/21/05
INTEREST THRU: 2/21/05

| REPORT PERIOD | TAX DUE - FIXED ASSETS | TAX DUE - SMPL-KNOWN | TAX DUE - SMPL-UNKNWN | TAX DUE - CLEARING ACCT | TAX DUE - ROYS | TOTAL TAX DUE | INTEREST | PENALTY | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|
| 200301 | $1,597.00 | $1,194.45 | $7.26 | $61.88 | $0.00 | $2,798.71 | $699.68 | $699.68 | $4,198.07 |
| 200302 | $3,319.38 | $1,194.45 | $7.26 | $61.88 | $237.40 | $4,758.49 | $1,142.04 | $1,189.62 | $7,090.16 |
| 200303 | $5.64 | $1,194.45 | $7.26 | $61.88 | $121.52 | $1,328.87 | $305.64 | $332.22 | $1,966.73 |
| 200304 | $26.26 | $1,194.45 | $7.26 | $61.88 | $121.42 | $1,349.40 | $296.87 | $337.35 | $1,983.61 |
| 200305 | $571.82 | $1,194.45 | $7.26 | $61.88 | $117.56 | $1,891.09 | $397.13 | $472.77 | $2,761.00 |
| 200306 | $2,108.86 | $1,194.45 | $7.26 | $61.88 | $117.61 | $3,428.21 | $685.64 | $857.05 | $4,970.90 |
| 200307 | $118.91 | $1,194.45 | $7.26 | $61.88 | $117.32 | $1,437.94 | $273.21 | $359.48 | $2,070.63 |
| 200308 | $63.81 | $1,194.45 | $7.26 | $61.88 | $102.81 | $1,366.33 | $246.30 | $342.08 | $1,956.71 |
| 200309 | $43.45 | $1,194.45 | $7.26 | $61.88 | $103.60 | $1,348.77 | $229.29 | $337.19 | $1,915.25 |
| 200310 | $111.77 | $1,194.45 | $7.26 | $61.88 | $103.80 | $1,417.28 | $226.77 | $354.32 | $1,998.37 |
| 200311 | $482.39 | $1,194.45 | $7.26 | $61.88 | $103.56 | $1,787.66 | $268.15 | $446.91 | $2,502.72 |
| 200312 | $3,245.25 | $1,194.45 | $871.26 | $61.88 | $106.35 | $5,417.31 | $758.42 | $1,354.33 | $7,530.07 |
| **2003 TOTAL** | $11,694.56 | $14,333.41 | $951.14 | $742.52 | $1,352.95 | $28,332.07 | $5,529.13 | $7,083.02 | $40,944.21 |
| 200401 | $113.30 | $1,194.45 | $7.26 | $61.88 | $105.88 | $1,420.89 | $164.72 | $355.22 | $1,940.83 |
| 200402 | $2,804.35 | $1,194.45 | $7.26 | $61.88 | $104.99 | $4,111.05 | $493.33 | $1,027.76 | $5,632.14 |
| 200403 | $4.44 | $1,194.45 | $7.26 | $61.88 | $105.04 | $1,311.19 | $144.23 | $327.80 | $1,783.22 |
| 200404 | $253.71 | $1,194.45 | $7.26 | $61.88 | $212.31 | $1,667.73 | $166.77 | $416.93 | $2,251.44 |
| 200405 | $4,903.35 | $2,347.30 | $7.26 | $61.88 | $0.00 | $7,257.91 | $653.21 | $1,814.48 | $9,725.60 |
| 200406 | $206.01 | $1,194.45 | $7.26 | $61.88 | $237.08 | $1,644.80 | $151.59 | $355.68 | $2,152.07 |
| 200407 | $115.25 | $1,194.45 | $7.26 | $61.88 | $105.78 | $1,422.74 | $99.59 | $411.20 | $1,933.53 |
| 200408 | $175.66 | $1,194.45 | $7.26 | $61.88 | $105.53 | $1,482.90 | $88.97 | $370.73 | $1,942.60 |
| 200409 | ($38.69) | $1,194.45 | $7.26 | $61.88 | $106.08 | $1,269.10 | $63.46 | $317.28 | $1,649.83 |
| 200410 | $0.00 | $1,194.45 | $7.26 | $61.88 | $126.40 | $1,328.11 | $53.12 | $265.62 | $1,646.86 |
| 200411 | $0.00 | $1,194.45 | $7.26 | $61.88 | $107.35 | $1,309.06 | $39.27 | $196.36 | $1,544.69 |
| 200412 | $0.00 | $1,194.45 | $7.26 | $61.88 | $108.05 | $1,309.76 | $26.20 | $130.98 | $1,466.93 |
| **2004 TOTAL** | $8,536.68 | $15,486.26 | $87.14 | $742.52 | $1,425.28 | $25,535.27 | $2,144.46 | $5,990.04 | $33,669.77 |
| 200501 | $0.00 | $1,194.45 | $7.26 | $61.88 | $110.60 | $1,312.31 | $13.12 | $65.62 | $1,391.05 |
| 200502 | $0.00 | $895.84 | $5.45 | $46.41 | $106.95 | $1,008.23 | $0.00 | $0.00 | $1,008.23 |
| **2005 TOTAL** | $0.00 | $2,090.29 | $12.71 | $108.28 | $217.55 | $2,320.55 | $13.12 | $65.62 | $2,399.29 |
| **GRAND TOTALS** | $20,231.14 | $31,909.96 | $1,050.99 | $1,593.33 | $2,995.79 | $56,187.88 | $7,686.71 | $13,138.67 | $77,013.27 |



# TANGIPAHOA PARISH SCHOOL SYSTEM

### SALES AND USE TAX DIVISION
POST OFFICE BOX 159 • AMITE, LOUISIANA 70422
TELEPHONE (985) 748-5229 • FAX (985) 748-2489

### NOTICE OF ASSESSMENT
### 60-Day Assessment – LA R.S. 47:337.51

### Via Certified Mail # 7004 2510 0005 8937 8881

Attn.: Rich Tansi                              ISSUE DATE: 12/29/06
Winn Dixie Procurement, Inc.
5050 Edgewood Court
Jacksonville, FL 32203-0297                    ACCOUNT: 17775

Pursuant to the Uniform Local Sales Tax Code, LA R.S. 47:337.51 and local ordinances, you are hereby notified that according to our records, you owe sales and/or use tax, interest, and penalty for the period and amounts referenced below.

Period: 1/1/2003 – 2/21/2005          Due: 2/27/07

|  |  |
| --- | --- |
| Tax: | $1,222.93 |
| Interest thru 02/21/05: | $   56.65 |
| Penalty: | $  209.60 |
| TOTAL ASSESSED: | $1,488.17 |

You have 60 calendar days from the date of this notice to:

1)      Pay the amount assessed, or
2)      File a written protest and request a hearing.  If you choose to protest this assessment and request a hearing, your request must include a written protest under oath, setting forth the reasons for the protest, or
3)      Pay under protest and file suit for recovery within 30 days of payment.

DO NOT DISREGARD THIS NOTICE.  FAILURE TO ACT WITHIN THE TIME OR MANNER PROVIDED WILL RESULT IN THE ASSESSMENT BECOMING FINAL AND ENFORCEABLE BY WARRANT FOR DISTRAINT.  ADDITIONAL PENALTIES, INTEREST AND COLLECTION FEES MAY BE ASSESSED AT THAT TIME.

*Donna Drude*

DONNA DRUDE
Sales & Use Tax Collector

C:  William E. Steffes; Steffes, Vingiello & McKenzie, LLC



EXHIBIT
Tangipahoa Par. Schl. Bd.
3
05-03817-3F1

TANGIPAHOA PARISH SALES AND USE TAX DEPARTMENT
AUDIT WORK PAPERS - TAX, PENALTY & INTEREST DUE
TAXPAYER: WINN DIXIE PROCUREMENT, INC.
ACOUNT NUMBER: 17775
AUDIT NUMBER: 0607.012
AUDIT PERIOD: 01/01/2003 - 02/21/05
INTEREST THRU: 2/21/05

| REPORT PERIOD | TAX DUE - EXPENSES | TAX DUE - CLEARING ACCT | TOTAL TAX DUE | INTEREST | PENALTY | TOTAL DUE |
|---|---|---|---|---|---|---|
| 200301 | $0.85 | $5.68 | $6.54 | $1.63 | $1.63 | $9.80 |
| 200302 | $0.85 | $5.68 | $6.54 | $1.57 | $1.63 | $9.74 |
| 200303 | $0.85 | $5.68 | $6.54 | $1.50 | $1.63 | $9.67 |
| 200304 | $0.85 | $5.68 | $6.54 | $1.44 | $1.63 | $9.61 |
| 200305 | $0.85 | $5.68 | $6.54 | $1.37 | $1.63 | $9.54 |
| 200306 | $0.85 | $5.68 | $6.54 | $1.31 | $1.63 | $9.48 |
| 200307 | $0.85 | $5.68 | $6.54 | $1.24 | $1.63 | $9.41 |
| 200308 | $0.85 | $5.68 | $6.54 | $1.18 | $1.63 | $9.35 |
| 200309 | $0.85 | $5.68 | $6.54 | $1.11 | $1.63 | $9.28 |
| 200310 | $0.85 | $5.68 | $6.54 | $1.05 | $1.63 | $9.22 |
| 200311 | $0.85 | $5.68 | $6.54 | $0.98 | $1.63 | $9.15 |
| 200312 | $0.85 | $5.68 | $6.54 | $0.92 | $1.63 | $9.09 |
| | $10.25 | $68.19 | $78.44 | $15.30 | $19.61 | $113.34 |
| 200401 | $0.85 | $5.68 | $6.54 | $0.85 | $1.63 | $9.02 |
| 200402 | $0.85 | $5.68 | $6.54 | $0.78 | $1.63 | $8.95 |
| 200403 | $0.85 | $5.68 | $6.54 | $0.72 | $1.63 | $8.89 |
| 200404 | $0.85 | $5.68 | $6.54 | $0.65 | $1.63 | $8.82 |
| 200405 | $0.85 | $5.68 | $6.54 | $0.59 | $1.63 | $8.76 |
| 200406 | $0.85 | $5.68 | $6.54 | $0.52 | $1.63 | $8.69 |
| 200407 | $0.85 | $5.68 | $6.54 | $0.46 | $1.63 | $8.63 |
| 200408 | $0.85 | $5.68 | $6.54 | $0.39 | $1.63 | $8.56 |
| 200409 | $0.85 | $602.12 | $602.98 | $30.15 | $150.74 | $783.87 |
| 200410 | $0.85 | $5.68 | $6.54 | $0.26 | $1.31 | $8.11 |
| 200411 | $0.85 | $5.68 | $6.54 | $0.20 | $0.98 | $7.71 |
| 200412 | $0.85 | $5.68 | $6.54 | $0.13 | $0.65 | $7.32 |
| | $10.25 | $664.63 | $674.88 | $35.70 | $166.76 | $877.34 |
| 200501 | $0.85 | $463.86 | $464.71 | $4.65 | $23.24 | $492.59 |
| 200502 | $0.64 | $4.26 | $4.90 | $0.00 | $0.00 | $4.90 |
| | $1.49 | $468.12 | $469.61 | $4.65 | $23.24 | $497.50 |
| GRAND TOTALS | $21.99 | $1,200.94 | $1,222.93 | $55.65 | $209.60 | $1,488.17 |