## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**CASE NO:   05-BK-3817-3F1**

IN RE:

**WINN-DIXIE STORES, INC.**

**Debtor(s)**

## ORDER ABATING MOTION FOR RELIEF FROM STAY

Upon consideration of the Motion for Relief from Stay filed by Jeffrey D. DeCarlo on behalf of Roberta Nolen on August 25, 2009 , the Court finds:

1.     The subject motion is a contested matter governed by Federal Rule of Bankruptcy Procedure 9014.

2.  Movant has failed to serve the motion in the manner provided by Federal Rules of Bankruptcy Procedure 4001 and 7004 as required by Federal Rule of Bankruptcy Procedure 9014.  The Court also finds that the Motion was served with the negative notice legend.  The Jacksonville Division allows Motions for Relief From Stay to be filed with negative notice only in a Chapter 7 case.

The Court abates the hearing of this motion until service has been made in accordance with Federal Rules of Bankruptcy Procedure 4001 and 7004.  The stay of 11 U.S.C. §362 will continue until further Order of the Court.

**DATED August 26, 2009**, at Jacksonville, Florida.

**Jerry A. Funk**
**United States Bankruptcy Judge**

Copies to:
Jeffrey D. DeCarlo, Attorney for Movant, The Atrium, 4500 Biscayne Blvd., Suite 201, Miami, FL 33137
Debtor
Leanne McKnight Prendergast, Attorney for Debtor, 1800 Wachovia Bank Tower, 225 Water St., Jacksonville, FL 32202
John Macdonald, Attorney for Committee of Unsecured Creditors