UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                       Chapter 11
         Reorganized Debtors.           )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Kimberly Brown (Docket No. 22574) was furnished by mail on August 26, 2009 to Kimberly Brown, c/o Charles H. Cohen, Esq., Charles H. Cohen, P.A., 2856 East Oakland Park Blvd., Fort Lauderdale, FL 33306 and electronically to Dennis J. LeVine, Esq., Dennis LeVine & Associates, P.A., Post Office Box 707, Tampa, Florida 33601-0707

Dated:  August 26, 2009

                                            SMITH HULSEY & BUSEY


                                            By    *s/ James H. Post*
                                                     James H. Post

                                            Florida Bar Number 175460
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            jpost@smithhulsey.com

                                            Counsel for Reorganized Debtors

00520151