UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                                )

WINN-DIXIE STORES, INC., et al.,          )          Case No. 05-03817-3F1
                                                                       Chapter 11
            Reorganized Debtors.             )          Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Maria Becerra (Docket No. 22573) was furnished by mail on August 26, 2009 to Maria Becerra, c/o Eyal Berger, Esq., Kluger, Peretz, Kaplan & Berlin, P.L., Miami Center, Seventeenth Floor, 201 So. Biscayne Blvd., Miami, Florida 33131.

Dated:  August 26, 2009

SMITH HULSEY & BUSEY

By    *s/ James H. Post*
         James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151