UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Willie Murphy (Docket No. 22575) was furnished by mail on August 26, 2009 to Willie Murphy, 4517 Cassius Street, Orlando, Florida 32811 and John A. Sunner, Esq., Sunner & Sunner, 150 West Warren Avenue, Longwood, Florida 32752.

Dated: August 26, 2009

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151