UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                     )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                          Chapter 11
          Reorganized Debtors.             )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Doris Autry (Docket No. 22576) was furnished by mail on August 26, 2009 to Jorge Colon, Esq., Post Office Box 1419, Ocala, Florida 34478-1419.

Dated:  August 26, 2009

SMITH HULSEY & BUSEY

By     *s/ James H. Post*
          James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151