UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re )

WINN-DIXIE STORES, INC., et al., )   Case No. 05-03817-3F1
   Chapter 11
    Reorganized Debtors. )   Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Artheria Ashe (Docket No. 22588) was furnished by mail on August 26, 2009 to David Perkins, Esq., Hoffman, Larin & Agnetti, P.A., 909 N. Miami Beach Blvd, Suite 201, Miami, FL  33162.

Dated:  August 26, 2009

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
    James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00520151