## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Debtors' Objection to the Administrative Claim of Elizabeth Williams and Notice of Hearing (Docket No. 22597) was furnished by mail on August 27, 2009 to Elizabeth Williams, 2551 Northwest 9th Ct, Apt. 1, Ft. Lauderdale, Florida 33311-6718.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00667940