**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**MOTION TO CONTINUE TRIAL ON THE MOTION (I) FOR RELIEF FROM BAR DATE FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS, FROM SECTION 524 AND FROM ORDER CONFIRMING PLAN OF REORGANIZATION AND (II) TO ALLOW LATE FILED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM FILED BY REINALDO PEREZ AND TAEME PERALLO**

Winn-Dixie Stores, Inc., and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order continuing the trial on the Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, From Section 524 and From Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Reinaldo Perez and Taeme Perallo (the "Motion") (Docket Nos. 16007 and 16008), currently scheduled for September 24, 2009 at 9:00 a.m., and in support state:

1. Winn-Dixie has recently identified a third party that is responsible for indemnifying and defending Winn-Dixie with respect to the claims upon which the Motion is based. Accordingly, Winn-Dixie requests a continuance of the trial for a period of not less than ninety days from September 24, 2009.

2. The undersigned counsel has conferred with counsel for Reinaldo Perez and Taeme Perallo, who consents to the relief sought in this motion.

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing, for a period not less than ninety (90) days from September 24, 2009, the trial on the Motion and the deadlines set forth in the Order Scheduling Trial of this matter.

Dated: August 27, 2009

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| _____ | ) | |

**ORDER CONTINUING TRIAL ON THE MOTION (I) FOR RELIEF
FROM BAR DATE FOR FILING CLAIMS ARISING BEFORE EFFECTIVE
DATE AND OTHER ADMINISTRATIVE CLAIMS, FROM SECTION 524
AND FROM ORDER CONFIRMING PLAN OF REORGANIZATION AND
(II) TO ALLOW LATE FILED APPLICATION FOR ADMINISTRATIVE
EXPENSE CLAIM FILED BY REINALDO PEREZ AND TAEME PERALLO**

This case is before the Court upon Debtors' Motion to Continue the Trial on the Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, From Section 524 and From Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Reinaldo Perez and Taeme Perallo (the "Motion") (Docket No. _____). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on the Motion (Docket Nos. 16007 and 16008), currently scheduled for September 24, 2009 at 9:00 a.m. is continued to _____ _____ at _____ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on March 31, 2009 are extended accordingly and shall be based upon the continued trial date set forth above.

Dated this _____ day of August, 2009 in Jacksonville, Florida.

                                          Jerry A. Funk
                                          United States Bankruptcy Judge

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Daniel N. Gonzalez, Esq., Meland Russin & Budwick, P.A., 50 200 South Biscayne Blvd., 3000 Wachovia Financial Center, Miami FL 33131 and all parties in interest entitled to receive such notification this 27th day of August, 2009.

                                                          *s/ Leanne McKnight Prendergast*
                                                                 Attorney

00666648