UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

CASE NO.:   05-03817-BKC-JAF

IN RE:                                                                CHAPTER 11

WINN-DIXIE STORES, INC *et al.*,

    Debtor.

_____/

ORDER GRANTING MOVANT ROBERT NOLEN'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

This case is before the Court on Movant Roberta Nolen's Motion for Leave from Automatic Stay ("Motion"), and the Court having reviewed the Motion and the file, upon the evidence presented at a hearing on _____, 2009, and based on Debtors' failure to sustain the burden to demonstrate why the automatic stay should remain in effect as to Debtors' insurance proceeds and rights of indeminification, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The automatic stay pursuant to 11 U.S.C. § 362 is lifted to allow Movant to prosecute her personal injury claim against the Debtors in the Circuit Court for Okaloosa County, Florida, Case No. 2009 CA 4099-C for recovery solely against Debtors' insurer for damages within Debtors' policy limits and/or against Debtors' rights of indemnification from C.B. Fleet Company Inc.

3. In the event Movant obtains a judgment against Debtors in the state court action, Movant may enforce the order solely against Debtors' insurer for insurance proceeds within Debtors' policy limits and/or against Debtors'

**EXHIBIT A**

rights of indemnification from C.B. Fleet Company Inc. Movant may not enforce such judgment against the Debtors, the property of the Debtors, or property of the Debtors' estates absent prior Order from this Court.

Dated: this ____ day of _____, 2009, Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**Copies furnished to:**

**Counsel for Movant**, Jeffrey D. DeCarlo, P.A., The Atrium 4500 Biscayne Boulevard, Suite 201, Miami, FL 33137; **Debtors** Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699; **Office of the U.S. Trustee**, Elena L. Escamilla, Esq., United States Trustee, 135 W. Central Blvd. Suite 620, Orlando, FL 32806, elena.l.escamilla@usdoj.gov; **Counsel for Debtors**, Adam Ravin, Esq., Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036, kgammill@smithhulsey.com, Christopher Barkas, Esq., Carr Allison, 305 South Gadsen Street, Tallahassee, FL 32301, cbarkas@carrallison.com and Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street Suite 1800, Jacksonville, FL 32202, lprendergast@smithhulsey.com; and **Counsel for Committee of Unsecured Creditors**, Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, ddunne@milbank.com, John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street Suite 2500, Jacksonville, FL 32202, john.macdonald@akerman.com.

**EXHIBIT A**