UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors, *et al.*, ) | Jointly Administered |
| ) | |

**ORDER CONTINUING TRIAL ON THE MOTION (I) FOR RELIEF FROM BAR DATE FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS, FROM SECTION 524 AND FROM ORDER CONFIRMING PLAN OF REORGANIZATION AND (II) TO ALLOW LATE FILED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM FILED BY REINALDO PEREZ AND TAEME PERALLO**

This case is before the Court upon Debtors' Motion to Continue the Trial on the Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, From Section 524 and From Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Reinaldo Perez and Taeme Perallo (the "Motion") (Docket No. 22607). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on the Motion (Docket Nos. 16007 and 16008), currently scheduled for September 24, 2009 at 9:00 a.m. is continued to __JANUARY 12, 2010__ at __9:00 A.M.__ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on March 31, 2009 are extended accordingly and shall be based upon the continued trial date set forth above.

Dated this 28 day of August, 2009 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge