

**Winn-Dixie Stores Inc**
Tuesday, July 08, 2008

| | |
|---|---|
| Closing Price: | 17.00 |
| Open: | 16.51 |
| High: | 17.00 |
| Low: | 16.51 |
| Volume: | 413,700 |

Go To Charting

No Splits

2-Month Daily Chart of Winn-Dixie Stores Inc

Sponsored Links

**AARP Auto Insurance**
Save $388 On Auto Insurance In Minutes if You're Over 50. Free Quote!
hartford.com/aarp

**ICDebit**
Daily Profit 25% To Your Account Withdrawl Profit To IC Debit Card
www.icdebit.com

**$35,000/Month Guaranteed!**
Start Earning Within 15 Minutes! Instant Approval - Only $4.95
www.ForexAutomoney.com

**Forex Robot Breakthrough™**
Trade With 95.82% Accuracy & Quadruple Your Investment Now! Only $97
www.Forex-Voicemail.com

Take Our Free Online Seminars, Charles Schwab


Scottrade: $7 Trades
Fast Executions


Free 30-Day Trial
Click Here


30-Day Guarantee.
Click Here.


Free 30-Day Trial
Click Here.

Home | About | Job Opportunities | Contact Us | Feedback | Help
License and integrate news, custom financial tools and data from Dow Jones Client Solutions.

Copyright © 2009 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Use and Privacy Policy (updated 4/3/09).

Intraday data provided by Interactive Data Real Time Services, a division of Interactive Data Corp. and subject to terms of use.
Historical and current end-of-day data provided by Interactive Data Pricing and Reference Data.
More information on NASDAQ traded symbols and their current financial status.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.
Dow Jones IndexesSM from Dow Jones & Company, Inc.
SEHK intraday data is provided by Comstock and is at least 60-minutes delayed.
All quotes are in local exchange time.

