**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM ORDER DETERMINING TAX LIABILITIES AS TO LOWNDES COUNTY, MISSISSIPPI**

Lowndes County, Mississippi hereby withdraws its Motion for Relief from Order Determining Tax Liabilities as to Lowndes County, Mississippi [Docket No. 12391].

**STUTSMAN THAMES & MARKEY, P.A.**

By  */s/ Richard R. Thames*
    Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Lowndes County, Mississippi, Tax Collector and the Lowndes County, Mississippi Board of Supervisors

## Certificate of Service

I hereby certify that on August 31, 2009, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all parties who have consented to receiving electronic notifications in this case.

/s/ *Richard R. Thames*
───────────────────────────────
Attorney

74613