[31813] [Order Striking]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05-bk-03817-JAF
Chapter 11

Winn-Dixie Stores, Inc

_____Debtor(s)_____/

## ORDER STRIKING MOTION TO ENFORCE SETTLEMENT AGREEMENT

This case came on for consideration upon the Court's own motion. On August 31, 2009, Richard Doyle filed a Motion to Enforce Settlement Agreement for Full Payment on behalf of Tonja S. Crump without original signature as required by Fed. R. Bank. P. 9011. It is

Ordered:

The Motion to Enforce Settlement Agreement for Full Payment is stricken from the record.

Dated September 1, 2009

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor
Attorney for Debtor
Richard Doyle, Movant
US Trustee
Attorney for Unsecured Creditor's Committee