**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

| | |
|---|---|
| In re | Case No. 05-03817-3F1 |
| **Winn-Dixie Stores, Inc. and others**, | Chapter 11 |
| Debtors. | Jointly Administered |

**Mark A. Thompson's Notice of Withdrawal From Case**
**and Request to Stop Electronic Notice**

Mark A. Thompson requests that the clerk stop the electronic notification of filings in this case. If notice is required to be made on the Tax Commissioner of DeKalb County, Georgia, the parties are notified to do so by U.S. mail at the address below.

This 1st day of September, 2009.

        Attorney for the Tax Commissioner of DeKalb County, Georgia

        s/ Mark A. Thompson
        Mark A. Thompson
        Senior Assistant County Attorney
        Georgia Bar No. 709025
        DeKalb County Law Department
        1300 Commerce Drive, 5th Floor
        Decatur, GA 30030
        (404) 371-3011
        Fax (404) 371-3024
        mathompson@co.dekalb.ga.us

## Certificate of Service

I certify that today I electronically filed **Mark A. Thompson's Notice of Withdrawal From Case and Request to Stop Electronic Notice** with the Clerk of the Court using the CM/ECF system, and that I have delivered this document electronically (e-mail) to the following attorneys of record:

**D. J. Baker**
djbaker@skadden.com
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036

**Beau Bowin**
Smith Hulsey & Busey
225 Water St Ste 1800
Jacksonville, FL 32202-5182
bbowin@smithhulsey.com

**Elena L Escamilla**
135 W Central Blvd., Suite 620
Orlando, FL 32806
elena.l.escamilla@usdoj.gov

**Cynthia C. Jackson**
cjackson@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801
ken.meeker@usdoj.gov

-3-

This 1st day of September, 2009.

                Attorney for the Tax Commissioner of DeKalb
                County, Georgia

                s/ Mark A. Thompson
                Mark A. Thompson
                Senior Assistant County Attorney
                Georgia Bar No. 709025
                DeKalb County Law Department
                1300 Commerce Drive, 5th Floor
                Decatur, GA 30030
                (404) 371-3011
                Fax (404) 371-3024
                mathompson@co.dekalb.ga.us