```
```

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

In re:  )

WINN-DIXIE STORES, INC., *et al.*,  )

      Reorganized Debtors.  )

)

Case No. 05-03817-3F1

*Chapter 11*

Jointly Administered

## NOTICE OF WITHDRAWAL OF THE DEBTORS' MOTION TO STRIKE LOWNDES COUNTY'S MOTION FOR RELIEF FROM ORDER DETERMINING TAX LIABILITIES

Debtors hereby withdraw the Motion to Strike Lowndes County's Motion for Relief from Order Determining Tax Liabilities [Docket No. 22547]. The Hearing on that Motion which was scheduled for September 24, 2009, is cancelled [Docket No. 22613].

Dated:   September 1, 2009

SMITH HULSEY & BUSEY


By:   */s/ Allan E. Wulbern*
      Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

## Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to Robert C. Altman, Esq., Post Office Box 922 Palatka, Florida 32178-0922 and Richard R. Thames, Esq., and Bradley R. Markey, Esq., Stutsman Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202, and all parties in interest entitled to receive such notification on this 1st day of September, 2009.

                                                  /s/ *Allan E. Wulbern*
                                                            Attorney

00668545