NO. 02-CI-08551                                        JEFFERSON CIRCUIT COURT
DIVISION ONE (1)
HONORABLE JUDGE BARRY L. WILLET

ERNEST S. ALLEN                                                 PLAINTIFF

VS                      **REPORT TO THE COURT**

WINN – DIXIE, INC                                    DEFENDANTS
MOORE SECURITY, INC
MOORE SECURITY, LLC
TALMAY ANDERSON

OFFICE OF THE GENERAL COUNSEL
OFFICE OF THE GOVERNOR
700 CAPITOL ANVENUE ROOM 101
FRANKFORT, KY 40601

## INTRODUCTION

I (Ernest S. Allen) am making this report to the court for the following reasons:

1. I have requested confirmation from attorney R. Hite Nally under the Kentucky Rules of Civil Procedure and Particular Civil Rule 34. Under Circuit Court Local Rule 402 and Civil Procedure 26.02 entitles me to important information such as how did attorney R. Hite Nally receive or obtain my trial tapes.
2. Attorneys Nally, Shanks and Kasdan does not have from me (Ernest S. Allen) a Dr 4-10ICE) signed by me (Ernest S. Allen) nor did you received permission from me to obtain them in any shape or form.
3. Agreed order says inspection and copying of the expunge records on November 13, 2001 states nothing about you getting my trial tapes outside of Civil Procedure. The court knows you received the tapes from attorney Martin Kasdan Jr and not by the Kentucky Rules of Civil Procedure. Attorney R. Hite Nally you know what was said on February 23, 2009, if you don't I have all of the court tapes and will gladly have the court play it for you in front of the Honorable Court as well as the jury.
4. I (Ernest S. Allen) made a motion for attorney R. Hite Nally to come to court and Compel on Monday July 27, 2009 and again you did not appear. Attorney Victoria Boggs appeared and gave no reason why you were not there once again in front of the Honorable Court. I (Ernest S. Allen) have been **IGNORED** time and time again and my civil rights have been violated by the attorney's.

## CONCLUSION

The agreed order has been falsified by attorney's Nally and Kasdan and in which you don't have the Dr 4-10CE signed by me (Ernest S. Allen). To state over and over

again when I (Ernest S. Allen) on my motion for you to compel attorney R. Hite Nally, you did not appear in court, attorney Victoria Boggs nor you gave the Honorable Court as well as myself any reason why you **IGNORED** the motion. This puts you in contempt of court attorney R. Hite Nally. The revised agreed order by the Honorable Judge Barry L. Willet was to only give you permission for inspection and copying of my expunge records. The date it was issued was August 14, 2003. Attorney R. Hite Nally the first time you asked my ex-attorney Martin Kasdan for my trial tapes was December 13, 2004, the second time you asked him for the trial tapes was January 11, 2005 and you received them after January 15, 2005 in which attorney Martin Kasdan was no longer my attorney in which he resigned as my attorney and you should have went the correct process of Civil Procedure.

**Respectfully Submitted**
Ernest S. Allen

*Ernest S Allen*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing motion was served by Ernest S. Allen by hand on this __25__ day of __2009__ attorney Richard G Segal, attorney R. Hite Nally, attorney Ann Geisheimer and attorney Victoria Boggs

NO. 02-CI-08551                                    JEFFERSON CIRCUIT COURT
                                                          DIVISION ONE (1)
                                              HONORABLE JUDGE BARRY L. WILLET

ERNEST S. ALLEN                                                      PLAINTIFF

VS                         **MEMORANDUM**

WINN – DIXIE, INC                                                   DEFENDANTS
MOORE SECURITY, INC
MOORE SECURITY, LLC
TALMAY ANDERSON

## INTRODUCTION

Law office of Lynch, Cox, Gilman and Goodman Psc was not granted more time or additional time for your experts to get the court tapes. Attorney Ann Geishemer was given a grant motion for restraining order for me to stop labeling Talmay Anderson as a fugitive in which you stated I have no case law that Anderson in contempt of court. This is not true and I will am going to prove this to you and the Honorable Court, Please see attachments.

On April 8, 2009 Talmay Anderson submitted a sworn and signed affidavits that proves all my charges against Anderson. I want the Circuit Court as well as District Court to prosecute Talmay Anderson to the full extent of the law. Please see attachment. I (Ernest S. Allen) filed a motion to have Talmay Anderson to compel and sent case law with the motion and you deliberately **IGNORED** it as you have always had. Please see attachment.

On July 27, 2009 Talmay Anderson was to compel to come to Circuit Court Division One to answer to a Class D Felony 523.020 perjury in the first degree and once again Talmay Anderson did not appear in court in which that put him in contempt of court and you know this.

The lack of judgment and incompetency of this law firm know that Talmay Anderson has proven that he kidnapped me (Ernest S. Allen) by physical force and imprisoned me in a room in Winn Dixie store with the help of two employees of Winn Dixie on his affidavits signed by Talmay Anderson. Along with this he proved he committed a Class D Felony against me which is perjury in the 1st degree and falsified a police report. To review this vital information, all you have to do is obtain the court transcriptions and you also have Talmay Anderson affidavits. On July 27th you told the Honorable Judge Barry L. Willet I (Ernest S. Allen) mentally ill. All the charges against Talmay Anderson have been proven by me (Ernest S. Allen). I want my Civil Rights to stop being violated by this law firm.

## CONCLUSION

My Civil Rights have been violated by you attorneys and you have been getting away with it over and over again and I want you to stop. I have rights also and you need to abide by the rules yourself and stop abusing your force against me or anyone else.

**Respectfully Submitted**
Ernest S. Allen

*Ernest S Allen*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served by Ernest S. Allen by hand on this __25__ day of __August 2009__ attorney Richard G Segal, attorney R. Hite Nally, attorney Ann Geisheimer and attorney Victoria Boggs

NO. 02-CI-08551                                JEFFERSON CIRCUIT COURT
                                                           DIVISION ONE (1)
                                             HONORABLE JUDGE BARRY L. WILLET

ERNEST S. ALLEN                                                    PLAINTIFF

VS                **REPORT TO THE COURT**

APPENDIX OF THIS MEMORANDUM OF RULES
OF CIVIL PROCEDURE, SUMMARY OF EVIDENCE TO
SUBMIT ON 12-1-2009 FOR TRIAL NO. 02-CI-08551

WINN – DIXIE, INC                                                  DEFENDANTS
MOORE SECURITY, INC
MOORE SECURITY, LLC
TALMAY ANDERSON

JUDGE JERRY A FUNK
UNITED STATES TRUSTEE
OFFICE OF THE GENERAL COUNSEL
SOUTH EAST CHRISTIAN CHURCH

## SUMMARY OF EVIDENCE TO BE SUBMITTED

1. Falsified police reports by store manager
2. Restrain by private person without arrests
3. Talmay Anderson and miss Moody gave falsified information
4. Trial tapes of District and Circuit Courts
5. Transcriptions of cassette tapes, which include 6 pages
6. Case law to prove malpractice by both law firms
7. Proven conspiracy between ex-attorney and the defendants law firms
8. Malpractice by my ex-attorney Martin Kasdan
9. Case law DR4-101© law firms do not have from me, which proves conspiracy and unprofessionalism conduct
10. Tampering with my expunged records by some one in the police department for defendants attorneys
11. Motion for Talmay Anderson to compel in Circuit Court in which all was ignored by Talmay Anderson and law firm of Lynch Cox and Mahan Psc. Case law will prove law firm ignored cod of professional responsibility.

12. Evidence that was suppressed for defendant attorneys by attorney Martin Kasdan
13. Case at a Glance
14. Medical report from Dr Perez M.D and all of my medical information from other Doctors.
15. Subpoena list: Tom Burns. Ex store owner where transcripts of records were tampered with.
16. Attorneys Mitchele J. Harlan who was my attorney for 10 years and John Stewart who work the case and was paid.
17. Ernest S. Allen verified complaint
18. Ernest S. Allen first amended complaint
19. Talmay Anderson sworn affidavits on 4-8-2009
20. List of criminal charges against Talmay Anderson all true on his affidavits on 4-8-2009.
21. Company policy of Winn-Dixie Inc, Talmay Anderson ignored
22. Criminal summons Ernest S. Allen took out on Talmay Anderson on 12-26-2001 #01W5916448
23. Notice of Case Management conference from Winn-Dixie law firm in Jacksonville, Florida were I Ernest S. Allen was ordered to come to and attorney Leanne Mcknight Prendergast tried to pull a fast one.
24. Revised contract my ex-attorney Martin Kasdan tried to get me to sign, when he knew he had suppressed evidence for defendant's attorneys.
25. County attorney Robert Florio was negligence and maliciously prosecuted me with lies form store manager and Talmay Anderson.
26. Office of the quarter form Moore Security
27. Only consent authorization was to be released by me Ernest S. Allen
28. Defendants motion for summary judgment by attorney R. Hite Nally of law firm Webber – Rose
29. Memorandum form law firm of Webber - Rose by attorney R. Hite Nally statements, how defendant Talmay Anderson had probable cause for 7 ½ years.
30. Restraining order by defendant Talmay Anderson
31. Restraining orders for both law firms
32. Photographs of the Winn-Dixie store from the outside
33. Case history and letters from both law firms
34. Correspondence to and from the Governors office
35. Talmay Anderson background of the Chicago Police Department
36. Criminal charges against Winn-Dixie by the U.S Attorneys office in Florida

The Honorable Judge Barry L. Willet will you please review last page of attachments

**Respectfully Submitted**
Ernest S. Allen

*Ernest S Allen*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion was served by Ernest S. Allen by hand on this __25__ day of __August 2009__ attorney Richard G Segal, attorney R. Hite Nally, attorney Ann Geisheimer and attorney Victoria Boggs

NO. 02-CI-08551                                                  JEFFERSON CIRCUIT COURT
                                                                        DIVISION ONE (1)
                                                              HONORABLE JUDGE BARRY L. WILLET


ERNEST S. ALLEN              **NOTICE FOR HOUR**                            PLAINTIFF

VS                           MOTION FOR DISCOVERIES REQUESTS
                             UNDER THE RULE OF CIVIL PROCEDURE
                             ORDERED BY THE HONORABLE BARRY
                             L. WILLET ON FEBRUARY 23, 2009


WINN – DIXIE, INC                                                           DEFENDANTS
MOORE SECURITY, INC
MOORE SECURITY, LLC
TALMAY ANDERSON

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA,
JACKSONVILLE DIVISION BEFORE THE HONORABLE JUDGE JERRY A. FUNK
COURT RM 4D 300 NORTH HOGAN STREET, JACKSONVILLE FLORIDA 32202

The parties will take notice that Plaintiff (Ernest S. Allen) will appear at the Jefferson Circuit Court on Monday March 23, 2009 at 0845 request for discovery of Kentucky Rules of Civil Procedures 604 affidavits 902. Plaintiff (Ernest S. Allen) respectfully make this requests in aide of motion for 9.06 there are (3) Attorneys of the Kentucky Bar affidavits will support motion Plaintiffs state as follows: Defendants attorneys did not get tapes of trial by rules of Civil Procedure, the defendants attorneys received them form my ex attorneys Martin Z. Kasdan whom at the time was no longer my attorney and this can be proven by the Kentucky Bar, Martin Z. Kasdan who works at the Starks Building 455 S. 4th street Louisville, Ky phone number 502-897-6930. Attorney Mitchele J. Harlan 1021 Sprincadal Dr Jeffersonville, Ind phone number 283-6811. Attorney Mitcheld J. Harlan has proof that the transcript of records of 12-10-2003 is fraud. Attachments attorney John W. Stewart of 1300 West Broadway City, Louisville Ky 40203 phone number 502-584-6341. Arresting officer: Shannon Catlett of the LPD will prove there were no 3 packages of chicken in this case and that on 12-10-2003 is a Class D Felony and fraud. The ex storeowner Tommy Burns where this happen can and will prove that the 12-10-2003 transcripts is fraud.

### If the court would allow plaintiff (Ernest S. Allen) to present evidence

To the Honorable Judge Barry Willett, I Ernest S. Allen would like to start with the transcript records from 02-01-1992 arrest agency LPD when 12-10-2003 fraud Jefferson County Police Department transcripts of record as shown no records found. (2) Jefferson County Police Department 768 Barret Ave 10-3-2002 transcript of records states witness Talmay Anderson states I (Ernest S. Allen) had a roast and a package of pacifiers in which you don't see anything about 3 packages of chickens from 02-01-1992 and in court Talmay Anderson states I had Steaks not a roast. (3) Louisville Metro Police Department 768 Barret Ave 02-02-2003 shows no records found. (4)When my ex attorney Martin Kasdan did not tell the Honorable Judge Barry L. Willett the truth and got a revised order in which you do not see Ernest S. Allen signature or name on it. Please see attachments. (5) On 12-10-2003 the Metro Police Department 768 Barret Ave City 40204 shows that no records found since 09-01-1986. (6) It seems the case involved with the