

## Sedgwick

Sedgwick Claims Management Services, Inc. - Jacksonville
P. O. Box 14482  Lexington, KY 40512-4482
Telephone 904-419-5300  Facsimile 904-419-5365

May 8, 2008

Joseph M. Loghren, Esq.
Loughren and Doyle, P.A.
506 Southeast Eight Street
Ft. Lauderdale, FL 33316

RE:     Claimant:        Tonja Crump
        Claim #:         A411211572-0001-01
        Incident Date:   08/15/2004
        Entity:          Winn-Dixie Stores, Inc.

Dear Mr. Loghren:

This letter is to confirm the settlement for **Tonja Crump** on 5/7/08 in the amount of Ninety Thousand Dollars and no/100 ($90,000.00) regarding Proof of Claim Number 3356. This settlement is for the claim number and claimant referenced above and includes all claims relating to this claim file including, but not limited to consortium claims.

You will be sent an Agreed Order of Resolution ("Order") from Winn-Dixie's bankruptcy counsel. The bankruptcy court, and in some cases the creditor committee, reserves the right of final approval of all settlements. The Claimant, not the Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim. This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement, except those Medicare liens or claims released by the United States Department of Health and Human Services pursuant to the Agreed Order entered by the Court on March 9, 2007 (Docket No. 15439). Your client will be fully responsible for payment of all medical costs and all liens. Winn-Dixie (the debtor) will not be responsible for any medical costs or liens.

Upon receipt, the Order will be filed with the Bankruptcy Court. Once the judge signs the Agreed Order, you would hold an allowed, pre-petition general unsecured claim against Winn-Dixie in their pending Chapter 11 case. Please note that the settlement amount is not the amount your client will receive on account of his/her claim. The amount they receive, per the approved plan of reorganization, will be 34.89 shares of Winn-Dixie common stock per one thousand dollars of agreed settlement. Stock is being issued quarterly by the transfer agent.

Sincerely,

C. Everett Brooks
General Liability Examiner III

cc:  James H. Post, Esquire          Code: AC
     Smith, Hulsey & Busey
     225 Water Street, Ste 1800
     Jacksonville, FL 32202

