

**Winn Dixie**
Getting better all the time.

### DIRECT REGISTRATION BOOK-ENTRY STATEMENT

AMERICAN STOCK TRANSFER & TRUST COMPANY
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219
Phone: 800-937-5449

TONJA CRUMP
C/O ROSEN & CHALIK PA
ATTN JASON CHALIK ESQ
10063 NW 1ST CT
PLANTATION FL 33324-7006

STATEMENT DATE: 7/9/2008
COMPANY NUMBER: 25817
COMPANY NAME: WINN-DIXIE STORES INC
CUSIP NUMBER: 974280307
SHAREHOLDER ACCOUNT NUMBER: 9916000803

#### DIRECT REGISTRATION INFORMATION

| DATE | TRANSACTION ID | NUMBER OF SHARES CREDITED | DRS BOOK ENTRY BALANCE |
|---|---|---|---|
| 7/8/2008 | BK*0001061 | 3140.000 | 3140.000 |



EXHIBIT
C

THE TRANSFER OF THE SECURITIES REPRESENTED HEREBY IS SUBJECT TO RESTRICTION PURSUANT TO ARTICLE THIRD OF THE AMENDED AND RESTATED ARTICLES OF INCORPORATION OF THE CORPORATION, AS AMENDED AND IN EFFECT FROM TIME TO TIME, A COPY OF WHICH MAY BE OBTAINED FROM THE CORPORATION UPON REQUEST. THE TEXT OF SECTION TWO OF ARTICLE THIRD OF THE AMENDED AND RESTATED ARTICLES OF INCORPORATION IS ALSO ENCLOSED HEREWITH AND CONSTITUTES PART OF THIS DIRECT REGISTRATION BOOK-ENTRY STATEMENT.

- - - PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION - - -
(DETACH HERE)

### Transaction Options

Please note that you do not need to submit this stub if you do not wish to perform any of the transactions listed here.

To exercise either of the transactions listed below, please complete the form. Please also include your certificates if you are performing a deposit transaction. Enclose this form and any related material and return to:

AMERICAN STOCK TRANSFER & TRUST COMPANY
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

☐ Deposit the enclosed certificate(s) for _____ shares into my DRS book-entry account.

☐ Issue a certificate for _____ shares from my DRS account. (Whole shares only)

Signature _____ Date _____

### Change of Address

If you wish to change the address on your account, please complete the address change form below. Please note that changes to the registered names on the account may not be submitted via this method. For information regarding changes to the registered name(s), please consult http://www.amstock.com/shareholder/sh_transfinst.asp or contact us using the information provided above. Your completed address change form should be submitted to:

AMERICAN STOCK TRANSFER & TRUST COMPANY
OPERATIONS CENTER
6201 15TH AVENUE
BROOKLYN, NY 11219

Address line 1: _____
Address line 2: _____
City/State/Zipcode: _____

Signature _____ Date _____