**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF THE DEBTORS' OBJECTION TO
THE ADMINISTRATIVE CLAIM FILED BY ANGELA MALDONADO**

Debtors hereby withdraw the Objection to the Administrative Claim filed by Angela Maldonado [Docket No. 22596]. The hearing on the Objection to the Administrative Claim filed by Angela Maldonado scheduled for September 24, 2009, is cancelled.

Dated: September 2, 2009

SMITH HULSEY & BUSEY

By  */s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by mail to Angela Maldonado, 63 Perrotti Lane, Palm Coast, Florida 32137, Rehan N. Khawaja, Esq., 817 North Main Street, Jacksonville, Florida 32202 and Jeffrey K. Green Esq., Katz & Green, 1 Florida Park Drive South, Palm Coast, Florida 32137 on the 2nd day of September, 2009.

                                              *s/ Leanne McKnight Prendergast*
                                                           Attorney

00635447