**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | |
| ) | *Chapter 11* |
| Reorganized Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF THE DEBTORS' OBJECTION**
**TO THE ADMINISTRATIVE CLAIM FILED BY MARY RICHELIEU**

Debtors hereby withdraw the Objection to the Administrative Claim filed by Mary Richelieu [Docket No. 22594]. The hearing on the Objection to the Administrative Claim filed by Mary Richelieu scheduled for September 24, 2009, is cancelled.

Dated:   September 2, 2009

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

3

4

## Certificate of Service

  I certify that a copy of the foregoing has been furnished electronically or by mail to Marie Richelieu, 2051 Northwest 2nd Terrace, Pompano Beach, Florida 33060, Arvid J. Peterson, III, Esq., 370 Camino Gardens Blvd., Suite 327, Boca Raton, Florida 33432 and Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601 on the 2nd day of September, 2009.

                 *s/ Leanne McKnight Prendergast*
                    Attorney

00668534