UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.

Case No. 3:05-bk-3817-3F1

Debtor(s).
_____/

## ORDER FOLLOWING STATUS CONFERENCE

This cause came before the Court on August 19, 2009 for a status conference and a hearing upon (i) the ninth motion to compel by Claimant Visagent Corporation ("Visagent") against the Reorganized Debtors ("Winn-Dixie") (Docket No. 22502) and (ii) Winn-Dixie's motion to compel Robert Handmaker to answer deposition questions he declined to answer (Docket No. 22566).

On August 20, 2009 the Court entered a consent order scheduling a five day trial in this matter. Counsel for Visagent raised the issue of which party had the burden of proof at trial and which party would present its case first at trial. To help the Court resolve this issue, the parties shall file and serve memoranda no later than September 30, 2009.

With regard to Visagent's ninth motion to compel, counsel for the parties agreed that the Court should review in camera Winn-Dixie's personnel files for Tom Barr, Daryl Mills, Philip Payment and Ed Mieskoski. At the hearing, Winn-Dixie's counsel provided the Court with these personnel files. At the hearing the Court requested a letter from counsel for Visagent providing its rationale as to the reasons such personnel file contents are discoverable. The Court now believes that such a letter is not necessary. The Court will enter an order determining which, if any, personnel file documents are to be produced to Visagent.

With regard to Winn-Dixie's motion to compel Robert Handmaker to answer deposition questions, counsel for the parties informed the Court that this motion had been resolved and Mr. Handmaker had agreed to answer the questions he declined to answer at his deposition.

Upon the foregoing, it is

**ORDERED:**

1. By September 30, 2009, the parties shall serve and file memoranda on which party has the burden of proof at trial and which party should present its case first at trial.

2. Visagent's ninth motion to compel against Winn-Dixie (Docket No. 22502) is granted to the extent that the Court will inspect *in camera* Winn-Dixie's personnel files for Tom Barr, Daryl Mills, Philip Payment and Ed Mieskoski and determine which, if any, portions of the file will reasonably lead to the discovery of admissible evidence and therefore should be turned over to Visagent. Visagent's ninth motion to compel is otherwise denied.

3. Winn-Dixie's motion to compel Robert Handmaker to answer deposition questions (Docket No. 22566) is denied as moot based on the agreement of the parties and Mr. Handmaker.

**DATED** September 3, 2009, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
Stephen Busey, Attorney for Winn-Dixie
Guy Rubin, Attorney for Visagent Corporation
666865.1

2