UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                         )

WINN-DIXIE STORES, INC., et al.,   )    Case No. 05-03817-3F1
                                              Chapter 11
        Reorganized Debtors.         )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order on Debtors' Agreed Order Resolving the Administrative Claim filed by Linda Pines (Docket No. 13988) was furnished by mail on September 11, 2009, to John Seligman, Esq., 2600 Douglas Rd., Suite 101, Coral Gables, Florida 33134.

Dated: September 11, 2009

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00669898