**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| **WINN DIXIE STORES, INC.**, et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF APPEARANCE OF CO-COUNSEL**
**FOR KEN WILKINSON, LEE COUNTY PROPERTY APPRAISER**

**NOTICE IS HEREBY GIVEN** that the undersigned counsel will appear as co-counsel of record for Respondent, Ken Wilkinson, Lee County Property Appraiser, in the above-styled proceeding. Copies of all future pleadings, motions, notices, memoranda, correspondence, etc., should be forwarded to the following:

Loren E. Levy, Esquire
Ana C. Torres, Esquire
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308
Telephone: (850) 219-0220
Facsimile: (850) 219-0177

/s/ Loren E. Levy
Loren E. Levy
Fla. Bar No. 0814441
Ana C. Torres
Fla. Bar No. 0029758
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308
Telephone: (850) 219-0220
Facsimile: (850) 219-0177
Email: levylawfirm@comcast.net

Co-Counsel for Respondent, Ken Wilkinson,
Lee County Property Appraiser

Date: September 14, 2009

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic transmission on this the **14th** day of September 2009 to:

| | |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debors | Skadd, Arps, Slate, Meagher & Flom, LLP<br>Adam Ravin, Esquire<br>Four Times Square<br>New York, New York 10036<br>Tel: 212-735-3000<br>Email: kgammill@smithhulsey.com |
| | Smith Hulsey & Busey<br>Allan E. Wulbern, Esquire<br>Cynthia C. Jackson, Esquire<br>David L. Gay, Esquire<br>James H. Post, Esquire<br>Leanne McKnight Prendergast, Esq.<br>Stephen H. Busey, Esquire<br>Timothy R. Buskirk, Esquire<br>225 Water Street, Suite 1800,<br>Jacksonville, Florida 32202<br>Email: cjackson@smithhulsey.com |

| | |
|---|---|
| Okaloosa County Tax Collector | Philip A. Bates, Esquire<br>Suite 550<br>25 W. Cedar Street<br>Pensacola, Florida 32501<br>Email: philipbates@bellsouth.net |
| Escambia County Property Appraiser | Thomas M. Findley, Esquire<br>Messer, Caparello & Self, P.A.<br>Post Office Box 15579<br>Tallahassee, Florida 32317<br>Email: tfindley@lawfla.com |
| Kenneth Wilkinson,<br>as Lee County Property Appraiser | John J. Renner, Esquire<br>Office of the Lee County Attorney<br>Post Office Box 398<br>Fort Myers, Florida 33902<br>Email: rennerjj@leegov.com |

/s/ Loren E. Levy
Loren E. Levy
Fla. Bar No. 0814441