UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Case No.: 05-03817-3F1

WINN-DIXIE STORES, INC, et a.,                  Chapter 11

Debtors                                         Jointly Administered
_____/

## Notice of Firm Name Change

COMES NOW the Claimant, by and through its undersigned counsel and hereby files this Notice of Firm Name Change as follows:

| Old Firm Name | New Firm Name |
|---|---|
| Weisberg & Bartolomeo, P.A. | Weisberg & Bartolomeo, P.A. |
| 2014 East Robinson Street | 2014 East Robinson Street |
| Orlando, FL 32803 | Orlando, FL 32803 |
| (407) 835-9211 Phone | (407) 835-9211 Phone |
| (407) 835-9212 Fax | (407) 835-9212 Fax |

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished this 22d Day of September, 2009 to Leanne McKnight Prendergast, Smith, Husley and Busey, 225 Water Street, Suite 1800, P.O. Box 53315, Jacksonville, FL 32201.

Respectfully Submitted,

/s/ Richard H. Weisberg
Richard H. Weisberg, Esquire
Fl Bar No: 0207322
Weisberg & Bartolomeo, P.A.
2014 E. Robinson Street
Orlando, Florida 32801
407-835-9211

cc: Allan Sang, Esquire