**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Jacksonville Division**

|  |  |
|---|---|
| IN RE: | CASE NO.:    05-03817-BKC-JAF |
| WINN-DIXIE STORES, INC *et al.*, | CHAPTER 11 |
|     Debtor. | |

_____/

## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of September, 2009, a true and correct copy the Amended Motion for Relief from the Automatic Stay filed by Roberta Nolen on August 28, 2009, [D.E. 22609] has been served in accordance with Federal Rules of Bankruptcy Procedure 4001(a)(1) and 7004(b) as required by Federal Rule of Bankruptcy Procedure 9014 via Certified U.S. Mail to **Debtors** Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, FL 32254-3699; **Office of the U.S. Trustee,** Elena L. Escamilla, Esq., United States Trustee, 135 W. Central Blvd. Suite 620, Orlando, FL 32806, **Counsel for Debtors**, Adam Ravin, Esq., Skadden Arps Slate Meagher & Flom, LLP, Four Times Square, New York, NY 10036, Christopher Barkas, Esq., Carr Allison, 305 South Gadsen Street, Tallahassee, FL 32301 and Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street Suite 1800, Jacksonville, FL 32202 and **Counsel for Committee of Unsecured Creditors**, Dennis F. Dunne, Esq., Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, John B. Macdonald, Esq., Akerman Senterfitt, 50 North Laura Street Suite 2500, Jacksonville, FL 32202, and via email to **Counsel for C.B. Fleet Company**, Inc., Lawrence E. Burkhalter, Esq., Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, 2601 S. Bayshore Drive, Suite 850, Miami, Florida 33133, and via CM/ECF, in accordance with Local Rules 1007-2 and 2002-1, on all parties in interest listed on the õLocal Rule 1007(d) Parties in Interest Listö.

Respectfully submitted,

JEFFREY D. DECARLO, P.A.
*Counsel for Plaintiff Roberta Nolen*
4500 Biscayne Boulevard, Suite 201
Miami, Florida  33137
Telephone:  305.572.0065
Facsimile:  305.604.9945

By: _____/s/ Jeffrey D. DeCarlo_____
Jeffrey D. DeCarlo
Florida Bar No. 0056390
Email:  jdecarlo7@gmail.com