[31713A] [Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:	Case No. 3:05–bk–03817–JAF
	Chapter 11

Winn–Dixie Stores, Inc

　　　　Debtor(s)　　　　/

NOTICE OF HEARING

　　NOTICE IS GIVEN that an evidentiary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on October 6, 2009 at 3:00 p.m. , to consider and act upon the following matter:

　　Emergency Motion to Modify the Discharge Injunction filed by David and Antionette Clark

　and transact such other business as may properly come before the hearing.

　1. All exhibits must be pre–marked and listed in accordance with Local Rule 9070–1.

　2. The hearing may be continued upon announcement made in open Court without further notice.

　3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

　4. *Appropriate Attire*. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

　5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

　　Dated September 23, 2009.

　　　　　　　　Lee Ann Bennett, Clerk of Court
　　　　　　　　300 North Hogan Street Suite 3–350
　　　　　　　　Jacksonville, FL 32202

　　Copies furnished to:
　　Debtor
　　Debtor(s)' Attorney
　　Trustee
　　US Trustee
　　Movant
　　L.R. 1007(d) Parties in Interest