UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON SEPTEMBER 24, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on September 24, 2009 at 1:30 p.m.:

**Contested Matters**

1. *Debtors' Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities (Docket No. 22546)*

    Objection Deadline: Expired.

    Objections    None.

    Status:    The Reorganized Debtors will proceed with the hearing on the Motion.

2. *Debtors' Objection to the Administrative Claim of Luciano Torruellas (Docket No. 22589) (Statute of Limitations Defense)*

    Response Deadline: September 14, 2009.

    Responses:    None.

    Status:    The Reorganized Debtors will proceed with the hearing on the Objection.

3.   *Debtors' Objection to the Administrative Claim of Olga Torres (Docket No. 22590) (Statute of Limitations Defense)*

    Response Deadline:   September 14, 2009.

    Responses:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

4.   *Debtors' Objection to the Administrative Claim of Lana Wise (Docket No. 22592) (Statute of Limitations Defense)*

    Response Deadline:   September 14, 2009.

    Responses:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

5.   *Debtors' Objection to the Administrative Claim of Ida Grosskopf (Docket No. 22595) (Statute of Limitations Defense)*

    Response Deadline:   September 14, 2009.

    Responses:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

6.   *Debtors' Objection to the Administrative Claim of Elizabeth Williams (Docket No. 22597) (Statute of Limitations Defense)*

    Response Deadline:   September 14, 2009.

    Responses:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of George Geissert (Docket No. 22598) (Statute of Limitations Defense)*

    Response Deadline:  September 14, 2009.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: September 23, 2009

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
    Stephen D. Busey
    James H. Post
    Cynthia C. Jackson

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00668931