[31714A] [Notice of Preliminary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                       Case No. 3:05−bk−03817−JAF
                                                                              Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF PRELIMINARY HEARING

   NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on October 19, 2009 at 10:00 a.m. , to consider and act upon the following matter:

Motion for Relief From Stay filed by Roberta Nolen

 and transact such other business as may properly come before the hearing.

  1. The hearing may be continued upon announcement made in open Court without further notice.

  2. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

  3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

    Dated September 24, 2009.


                                    Lee Ann Bennett, Clerk of Court
                                    300 North Hogan Street Suite 3−350
                                    Jacksonville, FL 32202

    Copies furnished to:
    Debtor
    Debtor(s)' Attorney
    Trustee
    US Trustee
    Movant
    L.R. 1007(d) Parties in Interest