UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER SUSTAINING DEBTORS' OBJECTION TO THE
ADMINISTRATIVE CLAIM OF GEORGE GEISSERT**

This case came before the Court for hearing on September 24, 2009, on the Debtors' Objection to the Administrative Claim of George Geissert (Docket No. 22598). Upon the evidence presented at the hearing, the Court finds that:

1. George Geissert (the "Claimant") filed an application for administrative expense based upon a negligence claim that arose on September 5, 2005, at a Winn-Dixie Store in Destrahan, Louisiana (Docket No. 20363) (the "Administrative Claim").

2. Article 3492, Louisiana Civil Code, requires that an action founded on delictual actions must be brought within one year.

3. Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the claim. Filing an Administrative Claim did not preserve the claim for presription purposes.

4. Because the claim arose on September 5, 2005, the Claimant was required under Louisiana law to commence the prosecution of a civil action by September ___, 2006.

5. Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable presription period, Claimant's cause of action is now time-barred and the claim must be disallowed. Upon the foregoing, it is

ORDERED:

1. The Objection is sustained.

2. The Administrative Claim filed by the Claimant (Docket No. 20363 is disallowed.

Dated this 24 day of September, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00668629