**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    Case No. 05-03817-3F1

WINN-DIXIE STORES, INC. *et al*.,                        Chapter 11

Reorganized Debtors                                      Jointly Administered

_____

**NOTICE OF WITHDRAWAL FROM CASE**
**AND REQUEST TO STOP ELECTRONIC NOTICE**

The law firm of Steffes, Vingiello & Mckenzie, L.L.C.'s representation of the

Sheriff, Tangipahoa Parish, Louisiana and the Tangipahoa Parish School Board, has been

concluded, and the undersigned counsel requests that the Clerk remove him from the list

of persons receiving electronic notice in this case.


                                        /s/ Michael H. Piper_____
                                        Michael H. Piper (La. Bar No. 10550)
                                        Steffes, Vingiello & Mckenzie, L.L.C.
                                        13702 Coursey Boulevard, Building 3
                                        Baton Rouge, Louisiana 70817
                                        Telephone:  225-751-1751
                                        Fax: 225-751-1998
                                        Email: mpiper@steffeslaw.com


**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been
served via Electronic Transmission on this 24th day of September, 2009, to all parties
receiving electronic notice.

                                        /s/ Michael H. Piper