UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF FILING SUPPLEMENT TO VISAGENT'S AMENDED STATEMENT OF CLAIM DATED JULY 23, 2006

Claimant, Visagent Corporation, by and through undersigned counsel, hereby supplements its Amended Statement of Claim dated July 23, 2006 with the following attached documents:[1]

1. Service Agreement effective June 28, 2001, signed June 15, 2001.

2. Visagent Industry Operating User Agreement effective August 1, 2002.

3. Visagent Surplus Goods Exchange User Agreement dated January 3, 2002.

4. Amendment to Visagent Surplus Goods Exchange User Agreement dated January 3, 2002.

5. Confidentiality Agreement between Visagent and Winn Dixie dated April 24, 2001.

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail and via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this 25th day of September,

---

[1] Debtor is, and has been throughout this contested matter, in possession of all of these documents.

2009.



Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida  34995
Telephone:	(772) 283-2004
Facsimile:	(772) 283-2009