

*The Visagent Industry Operating User Agreement has been updated. The revised User Agreement will be effective beginning August 1, 2002 and use of the Visagent I-OPS thereafter will constitute acceptance of the revised User Agreement and the applicable Rider(s).*

**VISAGENT INDUSTRY OPERATING SYSTEMS USER AGREEMENT**

**AUGUST 2002**

Visagent Corporation

2107 Hendricks Avenue

Jacksonville, Florida 32207

Phone 904.224.4100 • Fax 904.396.6100

# Visagent Industry Operating Systems User Agreement
## Last revised August 1, 2002

## User Rules (How to Use the Exchange)
Binding Contract
Cancellation
Definitions
Dispute Resolution Process
Escrow
Freight Claims-Carrier Responsibility
Logistics and Shipping
Payment
Posting/Searching/Matching
Products and Restrictions on Sale
Product Claims-User Responsibility
Ratings
Schedule of Fees

## Policies
Anonymity Policy
Antitrust Policy
Privacy and Security Policy
Tax Policy

## General Terms
Access, Passwords and Security
Acknowledgment of Rights
Admission/Eligibility
General Compliance with Laws
Governing Document
Hours of Operation
Indemnity
Limited License
Nature of Site
Notices
Revisions and Changes
System Integrity
Termination
Title to Products and Limited Agency
User Information
Warranties and Liability (Visagent)

## Riders
Surplus Goods Exchange I-OPS Rider
Visagent Grocery Exchange I-OPS Rider
Supplier Transaction Portal I-OPS Rider

## Contact Us
## User Services

Welcome to the Visagent Industry Operating Systems [I-OPS].  Visagent I-OPS are rules based eCommerce platforms [Exchanges] that provide [Logistics], payment facilitation and [Dispute Resolution] services that facilitate complete end to end transactions between traders.  The Exchange is provided to you [User, you or your] by the Visagent Corporation [Visagent, we, us or our] and is subject to the terms and conditions of this User Agreement [Agreement or UA].

**PLEASE READ THIS AGREEMENT CAREFULLY AS IT GOVERNS USER RIGHTS AND RESPONSIBILITIES REGARDING USE OF THE EXCHANGE AND THE SERVICES PROVIDED.  USE OF A VISAGENT EXCHANGE SIGNIFIES THAT USERS HAVE READ THE USER AGREEMENT AND ALL ATTACHMENTS AND AGREE TO BE LEGALLY BOUND TO ALL THE TERMS, CONDITIONS, POLICIES AND RULES STATED THEREIN.**

### Governing Document

This User Agreement governs the general duties, rights and responsibilities of the User and Visagent. The User shall not be authorized to trade on any Visagent I-OPS unless and until the User designates the Exchange on which it seeks to participate.  [Designation] is made by acceptance of this UA and the applicable I-OPS Rider(s) that outline the terms of use for specific Visagent Exchanges.

After Designation, the Rider(s) shall become part of this User Agreement and shall be used to govern each User's activities and transactions on the designated Exchange.  Although a User may elect to designate more than one Rider, each specific Rider applies only to the Exchange to which it refers.  Designation of a Rider is subject to approval by Visagent and does not automatically confer admittance on that Exchange.  Please designate the appropriate Visagent I-OPS Rider (attached at the end of this UA) for which you seek admission:

**[  ] Surplus Goods Exchange [SGE]**

**[  ] Visagent Grocery Exchange [VGE]**

**[  ] Supplier Transaction Portal [STP]**

## User Rules (How to Use the Exchange)

The following rules and instructions are built into the Exchange and govern the actions of Users.  The details of how to use the Exchange to: post, search, buy and sell [Products] can be found by accessing Help.  To access Help from the Exchange, click the Help icon located at the top of any Exchange Screen.

### Binding Contract

When a User attempts to buy a Product [Buyer], a purchase order is issued [Purchase Order].  The Buyer's Purchase Order constitutes an irrevocable offer to buy and cannot be rescinded for any reason.  Once the User accepts the Buyer's Purchase Order [Seller], both Users become contractually committed to the terms of the [Transaction] and it becomes a Deal or a [Trade].  No User may change the terms of Trade without the express consent of all other Users that are a party to the Trade and Visagent.

If a Seller rejects a Purchase Order or does not respond in the time frame established by this Agreement, a Buyer is released from the obligations attached thereto and the Seller's rating will be adversely affected.

The only currency that is approved for use on the Exchange is the U.S. Dollar.

**Posting/Searching/Matching**

A Seller creates an [Available] when it posts an item for sale on the Exchange.  Conversely, a Buyer creates a [Lookfor] when it posts an item sought for purchase on the Exchange.  A User may search the Exchange for Products to buy, a Lookfor, or to sell, an Available.

All required fields, as indicated by a red asterisk, must be fully completed.  Prices posted by a Seller represent the dollar amount that the Seller will accept in payment for the corresponding posted item [Seller's Posted Price].  The price of an Available, as viewed on the Exchange, is the Buyer's total landed cost at the location specified by the Buyer [Buyer's Product Cost].  A Buyer must, therefore, provide a [Delivery] zip code to obtain the price of an Available.  Availables posted on the Exchange are automatically removed when the *Must Pick-up By* date expires or when a Buyer issues a Purchase Order.  Lookfors posted on the Exchange are automatically removed from all search mechanisms when the Lookfor expiration date matures or when the Exchange finds a match for the Lookfor [Match].

A Seller may determine the audience of Buyers that can view its Available by using  a visibility filter.  By selecting the filter, a Seller may restrict the view of specific Buyers that fit into certain geographic areas. When an Available has an engaged filter, any Buyer that fits the parameter of the filter (restriction) will not be able to view the subject Available in the search mechanisms.

The Exchange creates a Match when it identifies common elements of a Lookfor and an Available.  The Match remains in a User's Inbox for as long as it is valid or until the User deletes it.

A User may issue a Purchase Order for a Product identified as a Match by selecting the *Buy* button on the Available Details Screen.  This action causes a Purchase Order to appear as a Buy Purchase Order in the Buyer's Inbox and a Sell Purchase Order in the Seller's Inbox.  At the time the Buyer issues a Purchase Order, the corresponding Available is removed from all search mechanisms.

A Seller shall respond to a Purchase Order within two (2) [Business Hours] during its [Business Day]. The Seller has the option to accept, modify and resubmit, or reject the Purchase Order.  If a Buy Purchase Order is rejected, the underlying Available is returned to the search mechanisms.  In the event the Seller rejects or does not timely respond to a Purchase Order, the Purchase Order times out and the Seller's rating will be negatively affected.

A Seller may modify a Buyer's Purchase Order and resubmit it to the Buyer [Modified Purchase Order].  However, a Seller may not modify an [Industry Standardized Product Code] or [Item Number ] in a Purchase Order.  A Buyer has two (2) Business Hours to respond to a Modified Purchase Order.

A Buyer may accept or reject a Modified Purchase Order or take no action allowing it to time out.  If the Buyer rejects the Modified Purchase Order or allows it to time out, the Seller's rating will be negatively affected.  If a Modified Purchase Order is rejected, the underlying Available is returned to the search mechanisms.  If a Modified Purchase Order is accepted it becomes a Trade and remains in a User's Inbox until three (3) Business Days after the date of Delivery.

## Logistics and Shipping

Visagent, or its affiliates, shall arrange the [Logistics] for all Products purchased on the Exchange.  All carriers are carefully selected for their ability to provide high service levels.  Visagent warrants that the carrier retained on the User's behalf, carries insurance of at least $100,000 and is authorized and qualified to handle the Load.  For all Trades in excess of $100,000 the Buyer, by request, may purchase excess insurance coverage.  If this coverage is not purchased, the excess value of the Load may not be covered.  Users must cooperate with Visagent and the selected carrier to coordinate Pick-up and Delivery. By using the Exchange, Users acknowledge that they must abide by the strict time and accuracy requirements of the Exchange, including but not limited to, providing timely and accurate Pick-up or Delivery information.  Failure to meet these requirements may result in a User [Sanction].  All [Line haul Charges] are included in the [Transaction Cost].

All Users must maintain an account with CHEP International.  To obtain an Account, contact CHEP at www.chep.com or 1.888.243.7111.

Users must provide Pick-up/Delivery information as specified in the applicable I-OPS Rider.

In the event that a Load cannot be delivered within four (4) days (+/-) [Tolerance] of the target Delivery date due to Seller's failure to comply with the terms of the Trade, the Buyer shall be notified of the re-scheduled Delivery date and, unless rejected within two (2) Business Hours from the time of notification, the Buyer shall accept Delivery. If the rescheduled Delivery date is rejected, the Buyer shall be relieved from the obligations of the Trade, and a Cancellation Fee may be charged to Seller.

In the event that a Load cannot be picked up within four (4) days (+/-) of the target Pick-up date because of a Buyer's failure to provide accurate Delivery information or satisfy the payment obligations associated with the Trade, the Buyer may incur [Late Fees].

Sellers and Buyers are responsible for all respective [Costs] associated with changes of the Pick-up and/or Delivery location.  Any change in the Delivery location may affect the Buyer's Product Cost.  Any change of the Seller's Pick-up location may affect the Seller's Posted Price.

All charges or Costs associated with a User's action, failure to act or failure to comply with the terms of a Trade shall be appropriately debited or credited to the [User Escrow Account].  Additional Cost information shall only be provided in advance of Escrow adjustment upon request.

The Seller shall be responsible for all loading at the Pick-up location and for all charges that occur at the Pick-up location site and those downstream charges incurred as a result of Pick-up Assessorials.  The Buyer shall be responsible for all unloading at the Delivery location and for all charges that occur at the Delivery site, including but not limited to, In transit appointment date changes, detentions, layovers, cancellations, reconsignments, inaccurate Delivery information, Delivery information that varies from previously provided information, wrongful rejection of Products at Delivery, and other Delivery Assessorials.  All Assessorial and In transit charges will be billed to the [Responsible Party].

An attempt will be made to contact the Responsible Party at the time an Assessorial event occurs to allow the Responsible Party the opportunity to mitigate the charges.  If the Responsible Party cannot be contacted, and time allows, Visagent will attempt notification on the next Business Day.  If the Responsible Party cannot be timely contacted, a decision, where options exist, shall be made that is in the best interest of the Users and is consistent with usual

and customary industry practices. It is the policy of Visagent to take action that will promote the completion of a Transaction.

Sellers are responsible for minimum Product dating consistent with the dating stated in the Trade. In a case where a User provides Visagent with its own Item Number s, for use on the Exchange, the User shall be responsible for its own code relationship accuracy to the Industry Standardized Product Codes. In the event any item does not meet the minimum dating requirements, the Users will be notified of the discrepancy. Visagent will mediate between the Users to attempt to resolve the discrepancy. If, for any reason, a resolution cannot be reached within two (2) Business Hours, the Trade may be terminated with a Logistics Service Fee charged to the Seller.

Sellers are responsible for pack, size and Industry Standardized Product Code accuracy consistent with the terms of the Trade. In the event the Load does not meet the Trade requirements, the Users will be notified of the discrepancy. Visagent will mediate between the Users to attempt to resolve the discrepancy. If, for any reason, a resolution cannot be reached within two (2) Business Hours, the Trade may be terminated with a Logistics Service Fee charged to the Seller.

Sellers are responsible for case count accuracy consistent with the terms of the Trade. Case counts shall be considered accurate if the quantity of any item is within 5% of the quantity stated in the Trade. In the event the Load does not meet the Tolerance requirements of the Trade, the Users will be notified of the discrepancy. Visagent will mediate between the Users to attempt to resolve the discrepancy. If, for any reason, a resolution cannot be reached within two (2) Business Hours, the Trade may be terminated with a Logistics Service Fee charged to the Seller.

In the event a Load is reconsigned or redirected to an alternate destination, Visagent will attempt to notify the Buyer and proceed to the Buyer's destination of choice. In the event the responsible User cannot be contacted, Visagent will attempt notification on the next Business Day. However, if Visagent cannot obtain alternate destination instructions, a location will be selected that is, in Visagent's discretion, in the best interest of the Buyer and is consistent with usual and customary industry practices. Delivery shall be complete when the Load is delivered to the alternate destination.

Sellers are provided with Pick-up appointment confirmations within 1 day after the Pick-up appointment is scheduled. Buyers are provided with Delivery confirmations within 1 day from the completion of Delivery. Pick-up confirmations and Bills of Lading are provided on an "as needed" basis, by User request.

## Payment

Users authorize Visagent to act as their agent for the purposes of collecting or distributing payment to Facilitate Transactions. Visagent shall confirm receipt of funds into Escrow prior to Pick-up of any Load. All Buyer payments must be received, as cleared funds, via wire transfer or ACH bank transfer, into the Escrow account, as specified by Visagent, at least two (2) Business Days prior to the scheduled Pick-up date or as otherwise specified by Visagent. The amount of funds in the account at any time may exceed the FDIC insured limit of the account.

Visagent shall confirm Delivery of the Load prior to disbursement of funds from Escrow. The amount due the Seller, as determined by the actual Pick-up quantity, shall be dispersed via ACH bank transfer, one (1) Business Day after the completion of the Delivery. In the event that there is a shortage in the Load quantity at Pick-up, the Seller shall be paid for the actual Pick-up quantity, less a proportionate share of the other Trade Costs.

In the event that a [Dispute] is posted prior to the expiration of one (1) Business Day after Delivery, payment shall be withheld pending determination of [Probable Cause].  If, in the sole discretion of Visagent, Probable Cause exists, payment shall be withheld in an amount sufficient to satisfy the Dispute and the associated Costs.  The balance of the payment shall be released to the Seller.  If Probable Cause does not exist, the Payment shall be released, in full, to the Seller.

**Escrow**

Each User shall establish a User Escrow Account with Visagent for the purpose of satisfying additional Costs due to or from a User.  Each User Escrow Account shall remain, and be held in Escrow, as the property of the User.  Visagent reserves the right to establish and adjust the required [Minimum Account Balance].

The minimum amount of a User Escrow Account, if any, shall be as specified in the applicable I-OPS Rider.

Items that may be added to or deducted from a User Escrow Account shall include, but not be limited to, items contained in the Schedule of Fees, Costs, Assessorial charges, Trade Costs, In transit charges, Line haul charges, service fees, amounts owed due to case count adjustments, cancellation and other fees and amounts owed from mediation or arbitration of Disputes.

Debits and credits are posted to each User Escrow Account for Buyers and Sellers, as they occur.  Visagent shall not be responsible for additional Costs that exceed the balance of a User Escrow Account. In the event that a debit amount exceeds the account balance, the User shall be invoiced for the amount with payment due immediately.  Each User will receive a monthly statement itemizing account activity.

If, at any time, a User Escrow Account balance falls below 60% of the Minimum Account Balance the User shall be required to deposit funds into the User Escrow Account to bring the balance up to the Minimum Account Balance.  Otherwise, the User shall be required monthly, if necessary, to replenish its account.  Trading will be suspended until the User's Minimum Account Balance is satisfied.  If the monthly statement balance exceeds the Minimum Account Balance by 10%, the overage shall be returned to the User via U.S. bank check.

**Cancellation**

Cancellation provisions are specified in the applicable I-OPS Rider.

**Product Claims-User Responsibility**

A Buyer may initiate a Product Claim or Dispute when the character or nature of a delivered Product is inconsistent with the terms of a Trade.  Disputes are initiated by clicking the *Post A Dispute* button.  Sellers shall be responsible for all such claims including, but not limited to, Product defects, wrong Products, mislabeled or outdated packaging and/or graphics, misrepresentations, latent Product defects, dating discrepancies, infestations, improper loading, failure to comply with this User Agreement and any other issues that traditionally are the Seller's responsibility, based upon industry standards.  All Disputes must be made within 20 days from the date of Delivery.  If the Dispute is posted within 1 Business Day of completed Delivery, payment will be withheld pending a determination of Probable Cause.  All Product claims shall be resolved in accordance with Visagent's Dispute Resolution Process.  All Users shall be

required to carry minimum Products Liability Insurance coverage as determined in the sole and exclusive discretion of Visagent.

## Freight Claims-Carrier Responsibility

A Buyer may initiate a Freight Claim or Dispute, for freight damages or losses of a Load by clicking the *Post a Dispute* button.  Visagent, as the User's agent, will process all freight related claims.  Visagent must receive notice of all claims for damages within three (3) Business Days after the date of Delivery or Buyer's notice of loss, whichever is earlier.  Visagent will acknowledge the Buyer's claim in writing, email or via fax, within ten (10) days of its receipt. Valid claims will subsequently be subrogated (filed) against the underlying responsible common or contract carrier after Visagent receives all pertinent documents required to process the claim to a full settlement.  Incomplete claims will not be processed until such time as all pertinent claim documents are received.

Visagent may advance the Buyer all or part of the claim amount during the claims process.  In all such cases, the Buyer shall assign its rights to the advanced claim amount to Visagent.

All freight claims shall be handled in accordance with U.S. DOT Rules and Regulations. In all cases, Users shall be obligated to fully cooperate with Visagent, or its assigns, in the claims process.  If, after 30 days, a Buyer has not supplied Visagent with all pertinent claim documents to adjudicate a Dispute, such Dispute will lapse with prejudice.

Visagent and its contracted Logistics provider(s) do not provide common carrier liability, but will act on a Buyer's behalf in forwarding claims to the carriers involved in providing the transportation.  The Logistics providers' liability for cargo loss is thus limited to the proportional damage associated with the negligence of the Logistics provider in the cargo damage or shortage.   The scope of liability for damage shall be limited to $100,000 per shipment.  If a Buyer requires coverage in excess of this amount, special arrangements must be made by contacting Visagent at least seven (7) days prior to the target Delivery date.  Visagent, its Logistics provider(s) and carrier(s) do not guarantee Pick-up or Delivery on a date certain and will not be responsible for any losses or damages, including, but not limited to, consequential damages resulting from Pick-up or Delivery delays.

Visagent's contracted Logistics provider(s) and their carrier(s) shall be responsible for all costs associated with carrier related service failures, damages in transit and other normal and customary charges for the industry.  Assessorial charges not specifically known and undertaken by Visagent or its contracted Logistics provider(s) will not be honored and shall be the responsibility of the User who incurred such charge.  Visagent assumes responsibility to contract with responsible Logistics providers and carriers consistent with the highest standards of the industry.  However, Visagent is not a guarantor beyond the scope of the obligations specifically undertaken in this Agreement.

A User's failure to comply with these requirements shall be grounds for denial of a claim.

## Dispute Resolution Process

Visagent Facilitates trading by providing a neutral trading site and independent services that promote fairness to all parties.  To avoid litigation that can arise between Buyers and Sellers, Visagent provides a Dispute Resolution Process as a service to Users.  Users agree that any controversy, which may arise with any other party, shall be resolved through this Dispute Resolution Process in accordance with the terms of this User Agreement, including all policies and rules incorporated herein.

All Product sales are final but are subject to this Dispute Resolution Process, the requirements of the Product Claims-User Responsibility section above, and to all other provisions of this User Agreement. Admission to the Exchange as a User assumes that all Users are sophisticated industry participants.  As such, no claim of ignorance shall be considered as an excuse from relief from any obligations of a Trade.  However, no User shall be allowed to take advantage of another User through negligence, deception or misrepresentation.  Any User who does not honor the terms of a Transaction or the intent of this User Agreement shall be held accountable and liable to the aggrieved User as determined by Visagent.

Disputes not specifically governed by this User Agreement shall be resolved on a case-by-case basis, in a manner consistent with the highest standards of the industry.  Visagent shall use its internal industry specialists to mediate Disputes to a fair and acceptable resolution for all parties.  If the Dispute cannot be successfully mediated, then all parties to the Dispute shall submit to arbitration in accordance with the rules of the American Arbitration Association.  User anonymity shall be waived at the arbitration level.  The arbitrator shall be empowered in law and equity.  Visagent shall be obligated to abide by the Arbitrator's decision without liability to any party.  Any party, after the arbitration, may apply to the Circuit Court of Duval County, Florida to enforce or appeal the arbitrator's decision.  The arbitrator's decision shall carry a presumption of correctness.

Visagent's mediation services are provided to the parties of a disputed Transaction as part of the normal Transaction process.  All fees for Visagent, or its assignees, for participation in an arbitration or judicial proceeding shall be subject to the charges listed in the Schedule of Fees.  All fees and costs of arbitration and proceedings thereafter shall be assessed against the non-prevailing party User, as determined by the appropriate presiding officer.

**Products and Restrictions on Sale**

UNLESS EXPLICITLY SPECIFIED IN THE AVAILABLE, ALL PRODUCTS POSTED FOR SALE MUST BE:

- First quality new Products
- In original and unopened packaging, consistent with current industry wide distribution at the time of posting
- Free from defect or alteration
- Offered for sale within the manufacturer's stated shelf life
- Originally manufactured with the intent to be sold and consumed in the United States
- Labeled predominately in English
- Not repackaged or previously packaged as a promotional Product.

All Product dating shall be consistent with the minimum standards, as recommended or specified, by the manufacturer of the Product.  If an Available is posted to the Exchange without a minimum expiration date, Visagent will, by pre-programmed default parameters, automatically assign a minimum expiration date of seven (7) months from the date of posting of the Available.  No Seller shall be relieved from the obligations of this provision, irrespective of the default parameters of the Exchange.

The following products shall not be offered for sale on the Exchange:

- Baby Formula and derivative products
- Alcohol, Wine, Spirits, Beer and other State controlled products

- Cigarettes, Cigars and other tobacco related products
- Products specifically restricted from sale including controlled substances

All Products must comply with the laws for sale in the state of Pick-up.  If the Seller is aware of any restrictions on sale or use, such restrictions must be listed at the time of posting to the Exchange.  Visagent reserves the right to limit or restrict the posting, purchasing or processing of any item or Transaction, for any reason, in its sole discretion.

ANY DEVIATION FROM THE REQUIREMENTS OF THIS SECTION MUST BE EXPLICITLY DESCRIBED BY THE SELLER AT THE TIME OF POSTING.

**Schedule of Fees**

Arbitration Fee – Hourly fees and Costs charged to a User for participating in Arbitration as a non-prevailing party.  These fees and costs are determined by the American Arbitration Association.  Fees shall be based upon time at a rate of $150.00 per hour.

Cancellation Service Fee – Fee assessed against a User for cancellation of a Trade.  If cancellation is authorized prior to the allocation of resources by Visagent or its affiliates, a minimum fee may be assessed, [$250.00 plus additional Costs, if applicable.]

Costs - All Costs incurred by Visagent, or its assigns, which are chargeable but not specifically identified in these rules or in the transportation process shall be charged to the appropriate User at a Cost plus 10% basis.

Detention and Layover Fees - Each Pick-up and Delivery is allocated four (4) clock hours of free time per stop.  Detention hours are billed at the rate of $50.00 per hour, with a cap of $200.00. Layover Fees are billed at a rate of $150.00 per night.

Late Fees – Fees assessed to a Buyer for failure to make timely payments, or provide accurate Delivery or Pick-up information, within Tolerance. [$100.00 per day].

Logistics Service Fee – User fee for failure to comply with the terms of a Trade at Pick-up or Delivery [$250.00 plus additional Costs, if applicable.]

**Ratings**

In order to provide anonymity while at the same time providing Users with the ability to compare the dependability of other Users, Visagent has adopted a Rating Policy.  All Users are initially assigned an "A" rating.  This rating may change based upon the User's performance.  The following situations shall affect a User's rating.

If a User does not respond to a Purchase Order within the time specified by the [Query], rejects a Purchase Order or has a modified Purchase Order rejected by another User, the User's rating may be negatively affected.

If any information, as specified by a User, is inaccurate, late or leads to a change in the Transaction, the User's rating may be negatively affected.

If a User fails to perform in accordance with the rules of the Exchange, the User's rating  may be negatively affected.

Conversely, regular use of the Exchange in accordance with the rules of the Exchange has a positive impact on a User's rating.

Ratings are issued in Visagent's sole and exclusive discretion.

**Definitions**

<u>Access Numbers</u> - Company Account Number, User ID, Password and Personal Identification Number (PIN) issued subsequent to acceptance of the User Application for Admission.

<u>Address of Record</u> - Address and contact information provided by the User to Visagent pursuant to the Application for Admission process. The last address specified in writing or in the User Profile, whichever is last, shall be considered the address of record.

<u>Assessorial</u> - All Costs incurred in transporting a Load excluding the Line haul charge.

<u>Available</u> - Product offered for sale on the Exchange.

<u>Business Day</u> - 9:00 am to 5:00 pm on any Monday through Friday, excluding U.S. National Holidays, in the time zone of the User's Address of Record.

<u>Business Hour</u> - Hour within each Business Day of any User required to take an action.  All time requirements on the Exchange are calculated in terms of Business Hours.

<u>Buy Purchase Order -</u> Purchase Order issued by a Buyer.

<u>Buyer</u> - User of the Exchange who attempts to purchase, looks to purchase or has purchased any Products through the Exchange.

<u>Buyer's Product Cost</u> - Buyer's total purchase cost, as specified in the Trade.

<u>Confidential Information</u> - Private User information, including but not limited to, User and Product lists, pricing practices, operational methods and procedures, computer systems, profit margins on transactions, and other aspects concerning the conduct and operation of Visagent's business and any such information furnished by Visagent that is not available to the general public.

<u>Costs</u> - Charges, setoffs, offsets, Trade Costs and fees necessary to Facilitate a Transaction.

<u>Delivery</u> - Process of unloading.  Delivery begins when the Logistics carrier arrives at Buyer's Delivery location.  Delivery is completed at the time responsibility for possession of the Load is taken at the Delivery location.

<u>Dispute</u> – User claim or grievance against another User, service provider or Visagent for failure to abide by the terms of a Trade or this User Agreement.  See <u>Dispute Resolution.</u>

<u>Escrow</u> – Visagent I-OPS Escrow Bank Account.  Bank Account that exclusively clears all payments for Transactions on the Exchange and is the depository account for each User's Escrow sub ledger Account.

<u>Facilitate</u> - Act of providing Product matches with Buyers and Sellers including logistics, escrow, payment and other services that may be required to complete a Transaction.

Line haul Charge - Cost of transporting a Load between the Pick-up location and the Delivery location.

In transit Charges - Costs of transporting a Load that are not normally and customarily associated with Pick-up, Delivery or Line haul charges.

Industry Standardized Product Code – Alpha-numeric assignment to a specific Product by a specific manufacturer for identification purposes.  Includes UPC and other codes.

Item Number - Proprietary number with which a User identifies a particular Product.

 Load - Total Product contents being transported at any time.

Logistics - Scheduling, reporting, Pick-up, transportation and Delivery of a Load.

Lookfor - Search on the Exchange for a specific Product.

Match – An Available that meets the search parameters of a Seller and Buyer.

Minimum Account Balance - Amount of money, in U.S. dollars, that is required to be maintained in the User Escrow Account.

Modified Purchase Order - Purchase Order that has been changed by a Seller or Buyer.

Pick-up - Process of placing the Load on a truck.  Pick-up is completed at the time the truck departs from the Pick-up location.

Private Posted Information - Information added by a User onto the Exchange for use by that User or Visagent only, not intended for release to other Users.

Probable Cause - Reasonable grounds to sustain a User's belief in the existence of a valid Dispute.

Public Posted Information - Information added by a User onto the Exchange upon which other Users may rely for the terms of a Transaction. There is no expectation of privacy for this type of information.

Purchase Order - Buyer's irrevocable offer to purchase an Available.

Query - Notification from Visagent that requires a response within a specified period of time, i.e., Purchase Order, Modified Purchase Order.

Responsible Party - The User responsible for Service Fees or Costs.  Visagent, using the rules stated herein, determines the Responsible Party.

Sanction – Downgrade of rating or monetary fee (see Fee Schedule) or both, for failure to comply with the rules of the Exchange.  Typically assessed against a User for failure to provide necessary information in a timely manner or if a User causes a tangible or intangible hardship to another User, Visagent, or other parties.

Sell - Purchase Order received by a User.

Seller - Any User of the Exchange who sells, offers to sell or has sold any Products through the Exchange.

<u>Seller's Product Price</u> - Price that a Seller agrees to accept for a Product posted on the Exchange.

<u>Service Fee(s)</u> - Fee incurred by a User in completing a Transaction that is not included in the terms of a Trade.

<u>Tolerance</u> – Allowable deviation from an established time period or Product quantity.

<u>Trade</u> - Purchase Order that a Seller has accepted.   A Trade constitutes the specific terms of a contract between a Buyer and Seller to a Transaction.

<u>Trade Costs</u> - All reasonable Costs associated with a Transaction except the Seller's Product Price.

<u>Transaction</u> - Purchase and/or sale of any Product including Logistics, banking, escrow, dispute resolution and information reporting.

<u>Transaction Cost</u> -Total cost of a Transaction as specified in a Trade, see also Buyer's Product Cost.

<u>User</u> - Individual or entity, Buyer or Seller, that has registered to use the Exchange and has agreed to abide by the terms of the Visagent User Agreement.

<u>User Agreement</u> - The rules and policies that govern all Users and the Exchange.

<u>User Escrow Account</u> - Account established for each User that allows Visagent to make debits and credits for any Costs, including but not limited to, Assessorial Costs, Transaction Costs, In transit Costs and Line haul Charges.

## Policies

### Anonymity Policy

Anonymity is an integral element of the Exchange for many Users.  Accordingly, Visagent takes all possible precautions to maintain and protect User anonymity unless specifically described in this Agreement or on the Exchange.  These precautions extend to the design of the Exchange, the Logistics processes, and all other actions within the control of Visagent.  Visagent requires all Users to respect, support and observe this goal of maintaining Users' privacy and anonymity. Anonymity shall not be waived and User identity disclosed at any time during a Transaction unless all parties have previous knowledge that anonymity has been waived.  However, Visagent cannot guarantee that anonymity will not be breached or compromised in an unauthorized or unanticipated manner.  Use of the Exchange, or any information gained from use of the Exchange in an attempt to compromise the anonymity of other Users, circumvent this Anonymity Policy or the Exchange itself is strictly prohibited.  Visagent may pursue legal action in equity or damages against any person or organization suspected of violating this policy and retains the right to suspend, expel or assess a fine of up to $1,000 per incident against any User that, in Visagent's sole and exclusive discretion, violates this Anonymity Policy. Visagent reserves the right to disclose the identity of parties to a Dispute if it reaches the arbitration stage as defined in the *Dispute Resolution Process.*

**Antitrust Policy**

Visagent's Antitrust policy is one of zero tolerance with respect to compliance with Federal and State Antitrust Laws. Admittance to, and use of, the Exchange requires Users to comply in all respects with Federal and State Antitrust laws. Agreements to fix prices, allocate markets, engage in product boycotts and to refuse to deal with third parties may be illegal under the antitrust laws. Users of the Exchange specifically acknowledge acceptance and adoption of the *Visagent Antirust Policy.* Visagent retains the right to suspend or expel any User that it, in its sole and exclusive discretion, suspects of any infraction of this Antitrust Policy.

**Privacy & Security Policy**

Visagent has created this privacy policy to demonstrate its commitment to each User's privacy. This policy discloses the information gathering and dissemination practices for the Exchange.

*Privacy*

Private Posted Information is not disclosed to other Users unless specifically provided for in this Agreement.

Visagent uses User IP addresses to help diagnose problems with Exchange Servers or to administer to the Exchange. User IP addresses are used to gather broad demographic information. Visagent uses cookies to track User transactions and maintain information about User activities on the Exchange. Due to the technology utilized to build the Exchange it cannot operate without cookies.

The Exchange Application for Admission requires Users to give contact information (User name, address, telephone number and E-mail address). The User can correct or update personal information at *My Profile* on the Exchange.

Visagent uses Company contact information from the Application for Admission form and the User Profile to facilitate the business of the Exchange. Visagent will not use Private Posted Information for any other purpose except to aggregate data for trending, pricing and other broad demographic information or for the resolution of disputes arising from use of the Exchange.

Visagent reserves the right to disclose all information collected relating to the sale of Products, licensing and application of Users and Company profiles as explicitly set forth in the User Agreement and as otherwise required by government or law enforcement officials. Visagent can, and Users authorize, disclosure of any information to law enforcement or other government officials or for Product recalls that Visagent, in its sole discretion, believes necessary or appropriate in compliance with the law, or for the health and safety of consumers.

This site contains links to other sites. Visagent is not responsible for the privacy practices or the content of other Websites.

*Security*

This site has security measures in place to protect the loss, misuse and alteration of information under the control of Visagent. SSL is employed where private information is involved and further security measures are taken to protect data on servers. However, Visagent cannot guarantee that such security measures will not be breached and that User information may not be disclosed or otherwise accessed in an unauthorized manner. All data is stored in secure server databases and is protected by multiple layers of security. No data is stored on Users' machines.

**Tax Policy**

Sales tax or other tax collection and payment, where applicable, are not the responsibility of Visagent.  Users of the Exchange certify that they are exempt from state and local sales taxes and, if not exempt, Users agree pay all applicable taxes.

**Rules and Policies**

Users of the site are legally bound to abide by, and comply with, at all times, each of Visagent's policies and rules listed in this User Agreement as well as any additional policies and rules that may be published on Visagent websites from time to time.

# General Terms

**Nature of Site**

Visagent acts as an independent, neutral third party for the online procurement and distribution of Products.  As such, the Exchange allows for the facilitation and coordination of communication between Buyers and Sellers for the purchase and sale of Products and the provision of Logistics and banking services associated with completing an end-to-end Transaction.  The Exchange provides a venue for Sellers to post and for Buyers to purchase Products.  While Visagent posts rules, policies and other conditions of use of the Exchange, it is not responsible for compliance or non-compliance with any of the foregoing by any Users or other persons or entities accessing, browsing or using the Exchange.  Each User is responsible for making its own determination as to whether to effect or consummate a Transaction posted on the Exchange, regardless of any information, analysis, advice or data posted, published or provided on or by Visagent, its officers, directors, agents or employees.

**Admission/Eligibility**

The Exchange provides a service for qualified business organizations.  Eligibility is determined by a qualification process that includes the review of information provided by the applicant organization including, financial and industry related elements.  In order to use the services of the Exchange, a potential User must submit an Application for Admission.  This Exchange is available only for the purpose of facilitating business-to-business transactions and is not available for consumer use.  Thus, only individuals who are authorized to form legally binding contracts on behalf of a business organization are eligible for admission as Users of the Exchange.  As used in this Agreement, the term "you" or "I" refers to both the individual User and the business organization that the User represents.  Upon acceptance and submittal of this Agreement and a fully completed Application for Admission, Visagent will review the information for approval and admission to the Exchange. Visagent may, in its sole discretion, reject the Application for Admission for any reason, at any time.

**Access, Passwords and Security**

If the Application for Admission is approved, Visagent will issue a unique User Company Account Number, User ID, Password and Personal Identification Number (PIN), [Access Information].  A User may only use this Access Information on behalf of the business that he/she represents, as indicated on the Application for Admission.  In any communication with Visagent, or other party, a User may not impersonate or misrepresent an affiliation with any

person or entity other than the one connected with its application information.  Users will be responsible for the confidentiality and use of their Access Information and agree not to hold Visagent liable for any damages of any kind for information posted and orders entered through and under their Access Information.  Any such information posted or orders received by Visagent or on the Exchange will be deemed to have been received from the User associated with the Access Information.  It is a User's responsibility to immediately notify Visagent if they become aware of or have reason to believe that there has been any loss or theft of Access Information or any unauthorized use of any Access Information or use of information on the Exchange.

**Hours of Operation**

The Exchange is generally available to Users 24 hours a day.  However, any action required to be made within a specified period of time will be determined based upon the Business Day of the person required to take the action.

User Support is available for Users from 8:00 am to 5:00 pm U.S. Eastern Time Monday through Friday except on United States National Holidays.

**User Information**

User information falls into two categories:

(1) Information that is private and personal**,** to a User and the business it represents.  The *Visagent Privacy and Security Policy* covers this type of information.

(2) All other information is *Public Posted Information* and is public and added by Users onto the Exchange to entice other Users to buy or sell Products.  There is no expectation of privacy for this type of information.    Users are solely responsible for maintaining and updating any information entered so that such information is current, complete, truthful and accurate at all times.  Each User represents and warrants that they will not upload, post or transmit to or distribute or otherwise publish on or through the Exchange any material or information that: (i) infringes or misappropriates any patent, copyright, trademark, trade secret or other proprietary right, (ii) violates any law, statute, ordinance, or regulation when posted on the Exchange or provided to Visagent, (iii) is threatening, defamatory, libelous, harassing or profane, (iv) contains a virus, Trojan horse, worm, time bomb or other component that may adversely affect any hardware or software, or that intercepts or expropriates any data or information, or (v) includes bulk Emails, advertisements or solicitations.

**System Integrity**

Users may not use any device, software or routine to interfere or attempt to interfere with the proper workings of the Exchange.  No User may take any action that imposes an unreasonable or disproportionately large load on Visagent's infrastructure.

**Revisions and Changes**

Visagent may, in its sole discretion, revise this User Agreement, any I-OPS Exchange Riders and any policy statements and rules, at any time, by posting the revised terms or a new User Agreement on the Exchange, which shall become effective immediately. Prior to posting any such revision(s), Visagent will provide ten (10) days advance Notice and a copy of such

revision(s), via email to each User.  Continued use of the Exchange after the effective date of the new or changed User Agreement constitutes acceptance of the revised Agreement, Riders, rules and policies.

Visagent reserves the right to discontinue, modify or change any presently available service or content on the Exchange in whole or in part, at anytime, for any reason, without prior notice.

## Termination

If a User violates, fails to comply with, or breaches this Agreement or any of the policies or rules as in effect from time to time, or fails to pay any amount owed, when due, Visagent may, in its sole discretion, immediately terminate or limit a User's account and/or right to use the Exchange.  Visagent's right to terminate or limit a User's account and/or use of the Exchange will be in addition to any other remedies that may be available at law or equity.  Any amounts due and owing by a User will become immediately due and payable upon any such termination.

If a User seeks to voluntarily terminate this Agreement and resign from admission to the Exchange, a termination request must be provided to Visagent, in writing.  Visagent shall process the request after the completion of all Transactions in process and the expiration of all applicable Transaction dispute periods.  A reconciliation of the User's Escrow Account and a return of the remaining deposit, if any, will be provided within twenty-one (21) days thereafter.

## Title to Products and Limited Agency

At no time does Visagent hold title to any Products bought or sold on the Exchange.  All Products shall be the property of the Seller until Pick-up is completed.  Title to the Load shall transfer to the Buyer when Pick-up is completed.

Users and Visagent are independent contractors, and no agency, partnership, joint venture, employee-employer or franchisor-franchisee relationship is intended or created by this Agreement.  Notwithstanding, Seller appoints Visagent, or its agent, as Seller's agent for the limited purpose of facilitating Transactions on its behalf.  Buyer appoints Visagent, or its agent, as Buyer's agent for the limited purpose of facilitating transactions on its behalf.

## Warranties and Liability (Visagent)

VISAGENT SPECIFICALLY DISCLAIMS ALL WARRANTIES AND LIABILITY UNLESS SPECIFICALLY STATED HEREIN.

Visagent shall be responsible for its own negligent acts or omissions that occur during the Facilitation of Transactions on the Exchange.  Visagent, as a Facilitator of Transactions, makes no representations as to the fitness for purpose or quality of any Products that are the subject of business on the Exchange.  Visagent specifically disclaims any liability for damages resulting from the purchase of Products on the Exchange.

Any liability of Visagent shall be expressly limited to (a) the amount paid to Visagent for access to the Exchange, (b) the amount of funds Visagent Facilitates that equals either, the Seller's Product Price if User is the Seller or the Buyer's Product Cost if User is the Buyer for any pending Transaction in Escrow at the time of the alleged liability, or (c) the User's Escrow Deposit.  Notwithstanding the foregoing Visagent, in no case, shall be liable for an amount greater than the liability limit of any insurance policy carried by Visagent.

Visagent maintains Comprehensive General Liability Insurance in amounts not less than One Million and No/100 Dollars ($1,000,000), which provides coverage to Visagent and its

employees, officers, directors and agents for liability accepted under this provision. Visagent shall annually provide evidence of such coverage, upon User request.

Visagent represents and warrants that it shall comply with all applicable federal, state, and municipal statutes, ordinances, rules and regulations, in connection with the Exchange and its performance hereunder

Visagent represents that it takes all precautions to prevent the upload or download of any material that contains a virus, Trojan horse, worm, time bomb or other component that may adversely affect any hardware or software of any User.  Accordingly, Users agree that use of the Exchange, including any applets, software, content and services accessible therein, is entirely at the User's own risk.  The Exchange is provided "AS IS," without warranty of any kind, either express or implied and Visagent expressly disclaims any and all warranties, including, but not limited to: (i) any warranties concerning access to the service, the availability, accuracy, usefulness of content, products or services; and (ii) any warranties of title, warranty of non-infringement, warranties of merchantability or fitness for a particular purpose.

IN NO EVENT AND UNDER NO CIRCUMSTANCES AND UNDER NO LEGAL THEORY, TORT, CONTRACT, OR OTHERWISE, SHALL VISAGENT BE LIABLE TO A USER OR ANY OTHER PARTY FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND, EVEN IF VISAGENT HAD BEEN INFORMED OR SHALL HAVE BEEN INFORMED OR ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF GOODWILL, LOSS OF POTENTIAL REVENUES, LOSS OF BUSINESS OPPORTUNITIES, PROFITS, BUSINESS INTERRUPTION, WORK STOPPAGE, COMPUTER FAILURE, LOSS OF PROGRAMS OR INFORMATION OR MALFUNCTION OR ANY AND ALL OTHER COMMERCIAL DAMAGES OR LOSSES OR ANY OTHER DAMAGES ARISING IN ANY WAY OUT OF THE AVAILABILITY, USE, RELIANCE ON, OR INABILITY TO ACCESS OR USE, OR ANY COMMERCE CONDUCTED BY OR THROUGH, THE EXCHANGE, OR FOR ANY CLAIM ATTRIBUTABLE TO ERRORS, OMISSIONS, OR OTHER DISFUNCTION IN, OR DESTRUCTIVE PROPERTIES OF, ANY INFORMATION OR ANY DAMAGES OR INJURY CAUSED BY ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, COMPUTER VIRUS, COMMUNICATION LINE FAILURE, THEFT OR DESTRUCTION OR UNAUTHORIZED ACCESS TO, ALTERATION OF, OR USE OF RECORD, WHETHER FOR BREACH OF CONTRACT, TORTIOUS BEHAVIOR, NEGLIGENCE, OR UNDER ANY OTHER CAUSE OF ACTION.

BECAUSE SOME STATES OR JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, IN SUCH STATES OR JURISDICTIONS, VISAGENT'S LIABILITY SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW.  IF ANY PROVISION OF THIS AGREEMENT IS DECLARED VOID AS AGAINST PUBLIC POLICY, THERE SHALL BE NO SUCH LIKE AFFECT ON ANY OTHER PROVISION.

The limitations of damages set forth above are fundamental elements of the agreement between Visagent and each User.  Visagent would not be able to provide this Exchange without such limitations.

**Indemnity**

User agrees to defend, indemnify and to hold harmless [Protection] Visagent and its successors, subsidiaries, affiliates, licensors, and third-party content providers, and its and their respective officers, directors, agents and employees, any person or entity claiming by or through

any of the foregoing and any other User that participates in a Transaction, against and in respect of any and all claims, costs, expenses, damages, penalties, diminution of value, liabilities, losses or deficiencies (including, without limitation, reasonable attorneys' and consultants' fees and other reasonable costs and expenses) arising out of, resulting from or incurred in connection with User's use of the Exchange and/or the User's breach of this User Agreement, including, without limitation, Product liability, claims of copyright infringement, patent infringement, misappropriation of trade secrets, libel, slander, trade libel, defamation, harassment, invasion of privacy, antitrust violation or fraud.

User shall be entitled to reciprocal and mirrored [Protection] from any other User that participates in a Transaction.

Visagent agrees to the Protection of User and its successors, subsidiaries, affiliates, and licensors, and its and their respective officers, directors, agents and employees, and any person or entity claiming by or through any of the foregoing, against and in respect of any and all claims, costs, expenses, damages, penalties, diminution of value, liabilities, losses or deficiencies (including, without limitation, reasonable attorneys' fees and consultants' fees and other reasonable costs and expenses) arising out of, resulting from or incurred in connection with the services provided by Visagent and/or Visagent's breach of this User Agreement, to the extent that Visagent may itself be liable under the terms of this User Agreement.

All Protection obligations hereunder are conditioned upon the indemnified party giving the indemnifying party prompt written notice of any indemnified claim, giving the indemnifying party sole control of the defense and settlement of such claim and providing the indemnifying party with full information and reasonable assistance with respect to such claim. No party shall have any obligation of Protection to another party against whom any claims, losses, damages, costs, expenses, or liabilities arise out of, or result from, or are incurred in connection with such other party's own negligent acts or omissions or breach.

Each indemnifying party shall have, at its sole expense, the right, but not the obligation to assume the exclusive defense and control of any action or matter subject to indemnification by the other party. If the indemnifying party elects to assume the defense of any such action or matter, the indemnified party shall not take any action in, settlement, compromise or otherwise dispose of any such action or matter without receiving prior written consent from the indemnifying party.

**Limited License**

Visagent grants a limited license to each User of this Exchange to make commercial use of the Exchange for its own benefit. This license expressly excludes, without limitation, any resale or other commercial use of the Exchange, the collection and use of participant e-mail addresses or other participant information, listings, or any data extraction or data-mining whatsoever, including without limitation the re-publication or other dissemination of information relating to Products offered for sale on the Exchange for any use other than that contemplated by this User Agreement.

**Acknowledgment of Rights**

User acknowledges that the Exchange, and the elements thereof, and the content contained therein and within this User Agreement, are protected by copyrights, trademarks or other proprietary or personal rights and that the use thereof is governed by the laws which create those rights and provide for their enforcement. All present and future rights in and to the Exchange, its content, trade secrets, patents, copyrights, trademarks, service marks, know-how and other proprietary rights of any type, and in all media and technologies existing now or later

developed, under the laws of any governmental authority, domestic or foreign, including rights in and to all applications and registrations relating to the Exchange shall, as between the User and Visagent, at all times be and remain the sole and exclusive property of Visagent and/or Visagent's licensors. All present and future rights in and title to the Exchange (including the right to exploit the Exchange and any portions of the Exchange over any present or future technology) are reserved to the exclusive use of Visagent.

**General Compliance with Laws**

Users shall comply with all applicable federal, state and municipal laws, statutes, ordinances and regulations regarding use of the Exchange and the posting, purchase and sale of Products. By participating on the Exchange, Users understand that they are creating legally enforceable electronic contracts for the sale and purchase of Products, which immediately satisfies the writing and signatory requirements as outlined by the Statute of Frauds and Commercial Codes of the jurisdiction(s) involved in the transaction(s).

This Agreement shall be governed in all respects by the laws of the State of Florida. All parties submit to jurisdiction and venue in Florida and further agree that any cause of action arising under this Agreement shall be brought exclusively in a court in Duval County, Florida. If any provision of this Agreement is held to be invalid or unenforceable, such provision shall be stricken and the remaining provisions shall be enforced. Headings are for reference purposes only and in no way define, limit, construe or describe the scope or extent of such section. A party's failure to act with respect to a breach by another does not waive any right to act with respect to subsequent or similar breaches. The Statute of Limitations for all claims arising out of transactions and/or use of this Exchange shall be one (1) year, or the limitations period for the State of Florida, whichever is shorter. This Agreement sets forth the entire understanding and agreement by and between the parties.

**Notices**

All consents, approvals, notifications, confirmations etc., unless specifically stated herein, shall be transmitted via communication on the Exchange or by E-mail to mailto:UserServices@Visagent.com (in the case of Visagent) or to the User Address of Record e-mail address [Notice]. If the sending party receives a return notification that the E-mail address is invalid, or it elects to bypass E-mail notification, it shall give notice by certified mail, postage prepaid and return receipt requested, or by Federal Express or other reputable overnight delivery service to the address of record. Visagent's address of record is 2107 Hendricks Avenue, Jacksonville, Florida, 32207. In any case, notice shall be deemed given upon the date of the earliest transmittal.

**Contact Us**

Visagent seeks to provide the most efficient and effective Exchange experience in the industry. Any questions about this User Agreement and its rules and policies, the practices of this site, or User dealings with this web site, may be directed to:

mailto:UserServices@Visagent.com

www.Visagent.com

AOL Instant Messenger Screenname: VisagentServices

Visagent Corporation
2107 Hendricks Avenue
Jacksonville, Florida   32207

Corporate Headquarters:      Direct Line: 904.224.4100  Fax: 904.396.6100
User Services:               Direct Line: 904.224.3100  Fax: 904.224.3000

The grant of Admission to the Exchange by Visagent signifies its agreement to abide by the terms of this User Agreement.

**Visagent Industry Operating Systems User Agreement**
# Surplus Goods Exchange I-OPS Rider

This Surplus Goods Exchange [SGE] I-OPS Rider pertains to the usage and resulting transactions generated in the SGE. It shall append and be incorporated within the terms of the Visagent Industry Operating Systems User Agreement [Agreement].  Except as otherwise stated herein, this Rider shall be read in conjunction with, and shall specifically extend the undertakings of the Agreement.  To the extent that there are any inconsistencies with the Agreement, this Rider shall prevail.  All capitalized terms, used but not defined herein, shall have the respective meanings as assigned to such terms in the Agreement.   References made herein are to the section and subsection headings, as contained in the Agreement.

## Pick-up/Delivery Information
No more than four (4) days after a Trade has been created:

- The Seller must provide Visagent with detailed Pick-up information including address, contact, phone number, pallet information and Pick-up number.
- The Buyer must provide Visagent with detailed Delivery information including address, contact, phone number and Delivery number.

## Cancellation
A User may not cancel a Trade without the express consent of all Users and Visagent.  In the event that a User obtains consent in order to cancel a Trade, the following Sanctions shall apply in addition to any mediated compensation by and between the Users: The canceling User's Rating shall be adversely affected and a [Cancellation Service Fee] may be assessed, plus in the event a transportation provider has been dispatched, a [Logistics Service Fee] may also be assessed.

Any attempt by a Seller to cancel a Trade shall be considered presumptive evidence of trading in Products that are not Surplus Goods.  Such Seller's actions shall be subject to review by Visagent for the suspension or revocation of Exchange usage privileges.  The Seller shall be afforded the opportunity to rebut the presumption.  Visagent retains the sole and exclusive right to determine the User's intent and the appropriate Sanction, if any.

Any actual or attempt by a Buyer to cancel a Trade by failure to comply with the terms of the Trade or other means, may subject the Buyer to the remedy of Specific Performance and/or Damages.  In such case, the Visagent Dispute Resolution Process shall be applied.  In addition to the disposition in Dispute Resolution, the Buyer's actions shall be subject to review by Visagent for the suspension or revocation of Exchange usage privileges and the assessment of a Cancellation Service Fee.  Visagent retains the sole and exclusive right to determine the appropriate Sanction, if any.

## Surplus
Products posted as Availables on the Exchanges are limited to Surplus Goods.  Sellers implicitly affirm that all postings comply with the definition of Surplus Goods within the meaning of this Agreement.

## Escrow
The standard initial deposit into the account shall be a minimum of $25,000.  Escrow deposits may vary by User type and volume.

## Definitions
<u>Exchange</u> - The Surplus Goods Exchange.

<u>Product</u>- Items or goods that are the subject of the Exchange, Purchased Surplus Goods, Surplus Goods, Supplier Surplus Goods.

SGE I-OPS Rider
Page 2 of 2

<u>Purchased Surplus Goods</u> – A User's unplanned excess Products that the original manufacturer will not accept for return, that are held in inventory and that were purchased with the intent to sell through traditional channels.

<u>Surplus Goods</u> – Purchased Surplus Goods or Supplier Surplus Goods.

<u>Supplier Surplus Goods</u> – Products manufactured by a User that represent unplanned excesses or are promotional in natu

**Visagent Industry Operating Systems User Agreement**
# Grocery Exchange I-OPS Rider

This Visagent Grocery Exchange-IOPS Rider pertains to the usage and resulting transactions generated in the Visagent Grocery Exchange [VGE]. It shall append and be incorporated within the terms of the Visagent Industry Operating Systems User Agreement [Agreement]. Except as otherwise stated herein, this Rider shall be read in conjunction with, and shall specifically extend the undertakings of the Agreement. To the extent that there are any inconsistencies with the Agreement, this Rider shall prevail. All capitalized terms, used but not defined herein, shall have the respective meanings as assigned to such terms in the Agreement. References made herein are to the section and subsection headings, as contained in the Agreement.

### Pick-up/Delivery Information
No less than four (4) days before the target Pick-up date, the Seller must provide Visagent with detailed Pick-up information including address, contact, phone number, blind information (if applicable), pallet information and Pick-up number.

No more than four (4) days after a Trade has been created, the Buyer must provide Visagent with detailed Delivery information including address, contact, phone number and delivery number.

If a Seller elects to [Cross Dock] a Pick-up, the Seller must indicate that the Load is a Cross Dock at the time the Pick-up information is provided. A Seller's failure to accurately provide notice of a Cross Dock shall result in a Cross Dock Notice Fee.

If a Buyer elects to Cross Dock a Delivery, the Buyer must indicate that the Load is a Cross Dock no less than seven Business Days before the target Delivery date. A Buyer's failure to accurately provide notice of a Cross Dock shall result in a Cross Dock Notice Fee

If a User accurately identifies a Trade as a Crossdock within the time parameters stated herein, and the Trade fails to consummate on the specified date due to the User or its agent's failure to arrive in accordance with the User's Logistics information, the User may be liable for a Logistics Service Fee, in addition to any other applicable fees.

If a User fails to accurately identify a Pick-up or Delivery Crossdock within the time parameters stated herein, and the Trade fails to consummate on the specified date for any reason, the User shall be liable for a Cross Dock Notice Fee, a Logistics Service Fee and any other applicable fees.


### Cancellation
A User may not cancel a Trade without the express consent (Sellers shall always be granted this right) of all Users and Visagent. In the event that a User obtains consent in order to cancel a Trade, the following Sanctions shall apply in addition to any mediated compensation by and between the Users: The canceling User's Rating shall be adversely affected and a [Cancellation Service Fee] may be assessed, plus in the event a transportation provider has been dispatched, a [Logistics Service Fee] may also be assessed.

In addition to the foregoing, any User who cancels a Trade without the consent of all Users and Visagent or who *de facto* cancels a Trade due to its failure to abide by the rules of the Exchange may incur additional Sanctions that could include depletion of its Escrow Account and expulsion from the Exchange.


### Schedule of Fees
Cross Dock Notice Fee-Fee assessed against any User who fails to accurately notify Visagent that a Load is a Crossdock within the time parameters required herein. [Two hundred fifty dollars ($250.00) plus additional Costs if applicable.


### Escrow
The standard initial deposit into the account shall be a minimum of $5,000. Escrow deposits may vary by User type and volume.

VGE I-OPS Rider
Page 2 of 2

**Definitions**:

<u>Cross Dock -</u> Any (a) Pick-up where the Seller advises Visagent that costs will accrue if the Load does not pick up by a date and/or time certain, or (b) Delivery where the Buyer advises Visagent that a "Truck Not Used Fee" or similar cost will accrue if the Load is not delivered at a place/time certain.

<u>Exchange</u> - The Visagent Grocery Exchange.

<u>Product</u>- Items or goods that are the subject of the Exchange.

**Visagent Industry Operating Systems User Agreement**
# Supplier Transaction Portal I-OPS Rider

*RESERVED FOR FUTURE USE*