# AMENDMENT TO VISAGENT SURPLUS GOODS EXCHANGE USER AGREEMENT

THIS AMENDMENT TO VISAGENT SURPLUS GOODS EXCHANGE USER AGREEMENT (the "SGE User Agreement") is made as of the ____ day of January, 2002 (the "Amendment"), by and between Visagent Corporation ("Visagent"), a Florida corporation, having principal offices at 2107 Hendricks Avenue, Jacksonville, Florida, 32207 and Winn-Dixie Procurement, Inc., ("User"), a Florida corporation, having principal offices at 7595 Centurion Parkway, Jacksonville, Florida 32254.

WHEREAS, Visagent is a corporation organized and existent in accordance with the laws of the State of Florida, and is in the business of providing services including, but not limited to, the facilitation of eCommerce business-to-business transactions in the wholesale, surplus goods industry by and through the use of the Visagent Surplus Goods Exchange (the "Exchange");

WHEREAS, User is a corporation organized and existent in accordance with the laws of the State of Florida, and is in the business of purchasing products for retail grocery operations;

WHEREAS, User desires admission to the Exchange in accordance with the terms and provisions of the SGE User Agreement, dated Jan. 3rd _____, 2002(attached hereto as **Exhibit A**), subject to the amendments set forth herein;

WHEREAS, Visagent and User desire to enter into this Amendment as more fully described below.

NOW, THEREFORE, for and in consideration of the mutual agreements herein contained, it is hereby agreed as follows:

**Term:** The term of this Amendment shall commence on the date specified above and shall remain in effect for so long as User is a member of the Exchange and subject to the terms of the SGE User Agreement.

**SGE User Agreement:** It is the intent of the parties that the terms of this Amendment shall supercede and prevail over any inconsistent or ambiguous provisions in the SGE User Agreement in effect as of the date set forth above, and any subsequent amendments thereto. If Visagent desires to amend the SGE User Agreement by posting changes or an amended SGE User Agreement on the Exchange, Visagent agrees to give prior or simultaneous written notice of same to User, specifying the intended changes. As to User, if the changes are acceptable, they shall be deemed in full force and effect from the date of posting. If User determines that such changes are unacceptable, User shall provide written notice of same to Visagent within ten (10) days after receipt of Visagent's notice. If the parties are unable to reach agreement on the proposed changes, in writing, within ten (10) days thereafter, User shall be deemed to have resigned from participation in the Exchange with no further notice required by User to Visagent. In such case, Visagent shall reconcile User's Escrow Account and return the remaining deposit, if any, within ten (10) days after the completion of all Transactions in process and the expiration of all applicable Transaction dispute periods.

1

Visagent – Amendment to SGE User Agmt – 12-20-01

**Confidentiality:** The *Mutual Confidentiality and Non-Disclosure Agreement* executed by the parties on April 24, 2001 (the "Confidentiality Agreement"), is deemed by this reference to apply specifically to the parties hereto in connection with the SGE User Agreement and this Amendment, and is incorporated herein by this reference and attached as **Exhibit B** hereto. The parties hereby agree that the term of the Confidentiality Agreement as it relates to the SGE User Agreement and this Amendment, will be amended automatically, if necessary, so that it extends three (3) years after expiration of this Amendment.

**Termination:** User shall have the right to terminate its participation in the SGE Exchange pursuant to the terms of the SGE User Agreement and this Amendment, as applicable. Termination of this Amendment shall not relieve or release either party from any liability incurred prior to the termination of the Amendment or the Confidentiality Agreement.

**Indemnification:** The parties intend that the following Indemnity shall replace and supercede, in its entirety, the "Indemnity" section set forth in the SGE User Agreement presently, and as may be amended from time to time:

"User agrees to defend, indemnify and hold harmless Visagent, its directors, officers, employees, and agents from and against any and all claims, costs, expenses, demands and damages (including reasonable attorneys' fees) arising out of, resulting from or incurred in connection with User's improper or negligent use of the SGE Exchange, User's breach of the SGE Agreement or User's dispute with a third party regarding a transaction through the SGE Exchange, except for disputes that arise out of the negligence or breach of this Amendment or the SGE User Agreement by Visagent or other third party.

IN NO EVENT AND UNDER NO CIRCUMSTANCE, LEGAL THEORY, TORT, CONTRACT OR OTHERWISE, WILL USER BE LIABLE TO VISAGENT OR ANY OTHER PARTY FOR ANY INDIRECT, SPECIAL, PUNITIVE, INCIDENTAL OR CONSEQUENTIAL DAMAGES OF ANY KIND, INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF GOODWILL, LOSS OF POTENTIAL REVENUES, LOSS OF BUSINESS OPPORTUNITIES, PROFITS, BUSINESS INTERRUPTION, WORK STOPPAGE, COMPUTER FAILURE, LOSS OF PROGRAMS OR INFORMATION OR MALFUNCTION OR ANY AND ALL OTHER COMMERCIAL DAMAGES OR LOSSES OR ANY OTHER DAMAGES ARISING IN ANY WAY FROM USER'S ACCESS TO OR USE, OR ANY COMMERCE CONDUCTED BY OR THROUGH THE SGE EXCHANGE, EVEN IF USER HAD BEEN INFORMED OR ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY STATE OR JURISDICTION THAT DOES NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, USER'S LIABILITY SHALL BE LIMITED TO THE EXTENT PERMITTED BY LAW.

Visagent shall have the right, at its own expense, to participate in the defense of any action or matter subject to indemnification by User hereunder. User agrees to keep Visagent reasonably informed about the defense of such matters, and to confer with Visagent prior to taking any action in settlement, compromise or other disposition of such matter. "

**Miscellaneous:** This Amendment (including the other agreements and documents specifically referenced herein) constitutes the entire understanding and agreement of Visagent and User with respect to the subject matter of this Amendment, and contains all of the covenants and agreements of Visagent and User with respect to this Amendment. Visagent and User each acknowledge that no representations, inducements, promises or agreements, oral or written, have been made by Visagent or User, or anyone acting on behalf of Visagent or User, which are not referenced or contained in this Amendment, and any prior agreements,

2

promises, negotiations or representations with respect to the subject matter of this Amendment, whether written or oral, not expressly set forth in this Amendment are of no force or effect. This Amendment may be amended or modified only by a writing signed by all parties to this Amendment.

If any party to this Amendment shall bring any suit or action against another for relief, declaratory or otherwise, arising out of this Amendment, the prevailing party at trial and on appeal shall be entitled to recover against the other party, in addition to all court costs and disbursements, such sums as the court may adjudge to be reasonable attorneys' and paralegal fees.

This Amendment shall be governed by and construed under the laws of the state of Florida without regard to principles of conflict of laws. The parties irrevocably consent to the jurisdiction and venue of the state courts located in Duval County, Florida in connection with any action relating to this Amendment, except as otherwise specified herein.

The terms and provisions of the Amendment are confidential and proprietary and shall not be disclosed by either Party without the express written consent of the other unless specifically, and only to the extent, required by law.

This Amendment may be signed in counterparts, each of which shall be deemed to be an original and both of which shall constitute one Amendment. Facsimile signatures shall be deemed acceptable and binding.

Each party represents it has all requisite legal power and authority and has taken all action necessary or appropriate to enter into this Amendment and that its representative executing this Amendment is duly empowered to do so.

THE PARTIES have caused this Amendment to be executed by their duly authorized representatives.

Visagent Corporation

By: _____
I. Mark Rubin
Chief Executive Officer

Date: 01-03-02

Winn-Dixie Procurement, Inc.

By: _____
Name Printed: Philip H. Payment Jr.
Title: V.P. Director of Grocery

Date: 1-03-02