[31713A] [Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

NOTICE OF HEARING

   NOTICE IS GIVEN that an evidentiary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on October 6, 2009 at 3:00 p.m. , to consider and act upon the following matter:

   Emergency Motion to Modify the Discharge Injunction filed by David and Antionette Clark

   and transact such other business as may properly come before the hearing.

   1. All exhibits must be pre−marked and listed in accordance with Local Rule 9070−1.

   2. The hearing may be continued upon announcement made in open Court without further notice.

   3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

   4. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

   5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

   Dated September 23, 2009.

            Lee Ann Bennett, Clerk of Court
            300 North Hogan Street Suite 3−350
            Jacksonville, FL 32202

      Copies furnished to:
      Debtor
      Debtor(s)' Attorney
      Trustee
      US Trustee
      Movant
      L.R. 1007(d) Parties in Interest

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Sep 23, 2009
Case: 05-03817                Form ID: 31713A           Total Noticed: 1

The following entities were noticed by first class mail on Sep 25, 2009.
aty           +Chad S Bowen,   Jennis & Bowen, P.L.,   400 N Ashley Drive, Suite 2540,   Tampa, FL 33602-4317
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 25, 2009**          **Signature:**  _Joseph Speetjens_