**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| | ) | |

**MOTION TO CONTINUE TRIAL ON THE MOTION FILED BY
DIVERSIFIED MAINTENANCE SYSTEMS, INC. TO COMPEL
PAYMENT OF UNDISPUTED POSTPETITION OBLIGATION
AND THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order continuing the trial on (i) Motion to Compel Payment of Undisputed Postpetition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified Maintenance Systems, Inc. (Docket No. 21311) (the "Motion") and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) (the "Counterclaim") which is currently scheduled for November 5 and 6, 2009 at 9:00 a.m., respectfully, and in support thereof says:

1. On February 23, 2009, the Court entered an order scheduling a trial on the Motion and Counterclaim for November 5, 2009 at 9:00 a.m. and November 6, 2009 at 9:00 a.m. (Docket No. 22099).

2. The Reorganized Debtors have not completed their discovery and need additional time to do so and to prepare for trial. Continuing the trial from November 5, 2009 to February 25, 2010 (or as soon thereafter as the Court calendar permits) will allow Winn-Dixie additional time needed to complete their discovery and prepare for trial.

3. In addition, trial counsel for the Reorganized Debtors in this case, James H. Post, has personal and professional commitments which conflict with the preparation for the trial presently scheduled in this case.

4. The undersigned counsel has conferred with counsel for Diversified and was informed that Diversified does not consent to the relief sought in this motion.

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing the trial on the Motion and Counterclaim (to February 25, 2010 or as soon thereafter as the Court's calendar permits) and the corresponding deadlines set forth in the Order Scheduling Trial of this matter.

Dated: September 30, 2009

SMITH HULSEY & BUSEY

By:  *s/ James H. Post*
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**ORDER CONTINUING THE TRIAL ON THE MOTION TO COMPEL
PAYMENT OF UNDISPUTED POSTPETITION OBLIGATION
FILED BY DIVERSIFIED MAINTENANCE SYSTEMS, INC. AND
THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

This case is before the Court upon Debtors' Motion to Continue the Trial on the Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No._____) (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified Maintenance Systems, Inc. (Docket No. 21311) and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) currently scheduled for November 5 and 6, 2009 at 9:00 a.m. is continued to _____ _____ at _____ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on February 23, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this _____ day of October, 2009 in Jacksonville, Florida.

                                                  Jerry A. Funk
                                                  United States Bankruptcy Judge

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Paul Thanasides, Esq., McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L., 6943 East Fowler Avenue, Tampa, Florida 33617, and all parties in interest entitled to receive such notification this 30th day of September, 2009.

                                                *s/ James H. Post*
                                                  Attorney

00672293