UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER CONDITIONALLY DENYING REORGANIZED DEBTORS'
MOTION TO STRIKE MOTION FOR RELIEF FROM ORDER
DETERMINING TAX LIABILITIES AS TO HARRISON COUNTY**

This matter came before the Court for hearing on September 24, 2009, upon the Reorganized Debtors' (the "Debtors") Motion to Strike Harrison County Mississippi's Motion for Relief from Order Determining Tax Liabilities as to Harrison County (the "Motion"; Docket No. 22546). Having considered the arguments of counsel, and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED:

1. The Motion is denied on the condition that Harrison County must serve the Debtors by September 30, 2009 with complete responses (including documents) to the Interrogatories and Request for Production (the "Discovery Requests") served by the Debtors on June 8, 2009.

2. If counsel for the Debtors submits to the Court an affidavit stating that Harrison County failed to serve the Debtors with complete responses to the Discovery Requests by September 30, 2009, the Court will enter an Order granting the Motion, and

Harrison County, Mississippi's Motion for Relief from Order Determining Tax Liabilities as to Harrison County (Docket No. 11294) will be stricken.

Dated this 2 day of October ~~September~~ 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Allan E. Wulbern, Esq.

[Allan E. Wulbern, Esq. is directed to serve a copy of this Order on the Interested Parties and file a proof of service.]
665924