# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| **WINN DIXIE STORES, INC.**, et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## STIPULATED MOTION FOR SUBSTITUTION OF COUNSEL
## FOR RESPONDENT MIKE WELLS, PASCO COUNTY
## <u>PROPERTY APPRAISER</u>

Respondent, Mike Wells, Pasco County Property Appraiser (property appraiser), and the undersigned counsel stipulate and agree to permit substitution of the property appraiser's attorneys of record, previously Dent & Johnson, Chartered, 3415 Magic Oak Lane, Sarasota, Florida 34232 to Loren E. Levy, The Levy Law Firm, 1828 Riggins Lane, Tallahassee, Florida 32308, who is duly licensed to practice law in the State of Florida and who is admitted to this Court.

| | |
|---|---|
| /s/ Sherri L. Johnson | /s/ Loren E. Levy |
| Sherri L. Johnson, Esquire | Loren E. Levy |
| Florida Bar No. 0134775 | Fla. Bar No. 0814441 |
| Dent & Johnson, Chartered | The Levy Law Firm |
| 3415 Magic Oak Lane | 1828 Riggins Lane |
| Sarasota, Florida 34232 | Tallahassee, Florida 32308 |
| (941) 942-1070 | (850) 219-0220 |
| | |
| Date: October 2, 2009 | Date: October 2, 2009 |

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic transmission on this the **2nd** day of October 2009 to:

| | |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debors | Skadd, Arps, Slate, Meagher & Flom, LLP<br>Adam Ravin, Esquire<br>Four Times Square<br>New York, New York 10036<br>Tel: 212-735-3000<br>Email: kgammill@smithhulsey.com<br><br>Smith Hulsey & Busey<br>Allan E. Wulbern, Esquire<br>Cynthia C. Jackson, Esquire<br>David L. Gay, Esquire<br>James H. Post, Esquire<br>Leanne McKnight Prendergast, Esq.<br>Stephen H. Busey, Esquire<br>Timothy R. Buskirk, Esquire<br>225 Water Street, Suite 1800,<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>Email: cjackson@smithhulsey.com |
| U.S. Trustee | Elena L. Escamilla<br>United States Trustee<br>135 W. Central Boulevard, Suite 620<br>Orlando, Florida 32806<br>(407) 648-6301<br>Email: elena.l.escamilla@usdoj.gov<br><br>Kenneth C. Meeker<br>United States Trustee<br>135 W. Central Boulevard, Suite 620<br>Orlando, Florida 32806<br>(407) 648-6301<br>Email: ken.meeker@usdoj.gov |

3

Creditor Committee                    Dennis F. Dunne
                                      Milbank, Tweed, Hadley & McCloy, LLP
                                      1 Chase Manhattan Plaza
                                      New York, NY 10005
                                      (212) 530-5000
                                      Email: ddunne@milbank.com

                                      John B. Macdonald
                                      50 North Laura Street, Suite 2500
                                      Jacksonville, Florida 32202
                                      (904) 798-3700
                                      Email: john.macdonald@akerman.com


                                      /s/ Loren E. Levy
                                      Loren E. Levy
                                      Fla. Bar No. 0814441