UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| | ) | |

**ORDER CONTINUING THE TRIAL ON THE MOTION TO COMPEL
PAYMENT OF UNDISPUTED POSTPETITION OBLIGATION
FILED BY DIVERSIFIED MAINTENANCE SYSTEMS, INC. AND
THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

This case is before the Court upon Debtors' Motion to Continue the Trial on the Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No. 22657) (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified Maintenance Systems, Inc. (Docket No. 21311) and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) currently scheduled for November 5 and 6, 2009 at 9:00 a.m. is continued to MARCH 4, 2010 AND MARCH 5, 2010 at 9:00 in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on February 23, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this 5 day of October, 2009 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge