F I L E D
JACKSONVILLE, FLORIDA

OCT 0 8 2009

CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

NO. 02-CI-08551             JEFFERSON CIRCUIT COURT
DIVISION ONE (1)
HONORABLE JUDGE BARRY L. WILLET

ERNEST S. ALLEN                                  PLAINTIFF

VS

WINN – DIXIE, INC                          DEFENDANTS
MOORE SECURITY, INC
MOORE SECURITY, LLC
TALMAY ANDERSON

JUDGE JERRY A FUNK
UNITED STATES TRUSTEE

## TRIAL EXHIBITS

1. Background of defendant Winn-Dixie INC.

2. Background of Defendant Talmay Anderson

3. Criminal charges against Defendant Talmay Anderson

4. Criminal summons that was taken out on Defendant Talmay Anderson on 12/26/2001

5. Falsified Police reports

6. Kidnapping, assaulted, imprisoned by physical force by defendant Talmay Anderson and two of Winn-Dixie Inc employees handled and put in a room on the second floor of store.

7. Talmay Andersons affidavits on 4/8/2009

8. Plaintiff Ernest S. Allen First Amended Complaint

9. Plaintiff Ernest S. Allen Verified Complaint

10. False statements by attorneys R. Hite Nally and Victoria Boggs (Perjury, false swearing, falsified evidence).

11. False statements by attorney Ann Geisheimer

12. Information authorization to be released by plaintiff Ernest S. Allen

13. Medical information from Norton and Jewish Hospital

14. Winn-Dixie Inc **COMPANY POLICY FOR SHOPLIFTING**

15. Case Law and Kentucky Penal Code

16. Laws from the **BILL OF RIGHTS, AMENDMENTS TO THE UNITED STATES CONSTITUTION.**

17. CODE OF ETHICS for security officers has been adopted from the CODE OF ETHICS developed by the Private Security Task Force of the U.S Department of Justice.

18. Factual background of my ex-attorney Martin Kasdin Jr.

19. Malicious prosecution and neglect supervision by former Prosecutor Robert A. Florio.

20. Bill of Particulars for discovery from the CommonWealth of Kentucky.

21. Officer of the Quarter from Moore Security.

22. Expunge order granted that's fraud

23. Expunge police reports that have been tampered with along with records.

24. Letters from the Office of the General Counsel and Governor.

25. Receipts from two of my ex-attorneys for professional services rendered on expungement matters.

**Respectfully Submitted**

Ernest S. Allen

*Ernest S. Allen*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served by Ernest S. Allen by hand on this ___5___ day of ___10 2009___ to attorney Richard G Segal, attorney R. Hite Nally, attorney Ann Geisheimer and attorney Victoria Boggs