UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,     )        Case No. 05-03817-3F1
                                                      Chapter 11
         Reorganized Debtors.            )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Mary Bacquain (Docket No. 22667) was furnished by mail on October 8, 2009 to John W. Carroll, Esq., John W. Carroll, P.A., 11380 Prosperity Farms, Suite 216A, Palm Beach Gardens, Florida 33410.

Dated: October 8, 2009

SMITH HULSEY & BUSEY

By      *s/ James H. Post*
         James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors