UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Carletha Hill and Willie Hill (Docket No. 22666) was furnished by mail on October 8, 2009 to Daniel J. Leeper, Esq., Law Office of Leeper & Leeper, 2532 Fifth Avenue North, St. Petersburg, Florida 33713.

Dated: October 8, 2009

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00673827