UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order of Resolution of the Litigation Claim of Thomas Munro (Claim No. 9549) (Docket No. 22656) was furnished by mail on October 8, 2009 to Christopher Gray, Esq., Florin Roebig, P.A., 777 Alderman Road, Palm Harbor, Florida 34683.

Dated: October 8, 2009

SMITH HULSEY & BUSEY

By   *s/ James H. Post*
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

00673834