UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                              )

WINN-DIXIE STORES, INC., et al.,   )     Case No. 05-03817-3F1
                                         Chapter 11
       Reorganized Debtors.        )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Sharon Smith (Docket No. 22643) was furnished by mail on October 8, 2009 to David C. Dismuke, Esq., Burnetti, P.A., 211 South Florida Avenue, Lakeland, Florida 33801-4261.

Dated: October 8, 2009

                                        SMITH HULSEY & BUSEY


                                        By     s/ James H. Post
                                              James H. Post

                                        Florida Bar Number 175460
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        jpost@smithhulsey.com

                                        Counsel for Reorganized Debtors

00673844