UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11

## ORDER GRANTING MOTION BY DAVID CLARK AND ANTOINETTE CLARK FOR LIMITED MODIFICATION OF THE DISCHARGE INJUNCTION

This case came before the Court for an emergency hearing on October 6, 2009 (the "**Hearing**") on the *Motion by David Clark and Antoinette Clark for Order Modifying the Discharge Injunction* (Docket No. 22635) (the "**Motion**"), filed by movants, David Clark and Antoinette Clark (the "**Clarks**"). Through the Motion, the Clarks seek the entry of an Order providing for a limited modification of the discharge injunction in these confirmed chapter 11 cases to allow the Clarks to assert claims against Winn-Dixie Stores, Inc. ("**Winn-Dixie**" or "**Debtors**") in a state court proceeding, thereby preserving those claims in light of an upcoming statute of limitations deadline.

Based on the stipulations and agreements announced by counsel in open court, the Court's review of the record in this matter, and for the reasons announced orally and recorded in open court that shall constitute the Court's decision, the Court finds that the Motion should be granted, as set forth herein. Therefore, it is

**ORDERED:**

1. The injunctions in favor of the Debtors imposed pursuant to 11 U.S.C. § 524, the *Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliate Debtors* (Doc. No. 10058), and this Court's *Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliate Debtors* (Doc. No. 12440) (collectively, the "**Discharge Injunctions**") are modified to the limited extent necessary to permit the Clarks to take such actions as may be legally permissible and necessary to preserve their asserted claims against the Debtors against extinguishment pursuant to the applicable statute of limitations. Except as set forth above, no further prosecution of the Clarks' claims against Winn-Dixie is authorized, pending further Order of this Court.

2. The stipulations and agreements announced by counsel at the Hearing were for the sole and limited purpose of the Motion, and shall not be binding on the parties for any other purposes.

3. Except as modified herein, the Discharge Injunctions shall remain in full force and effect.

    4.    This Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 13 day of October, 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to be served via CM/ECF