IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | CASE NO. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al.. | *Chapter 11* |
| Debtors. | Jointly Administered |

## ELECTRONIC FILER REQUEST TO TERMINATE COURT E-MAIL NOTIFICATION

PLEASE TAKE NOTICE that the undersigned attorney/electronic filer ("E-Filer") hereby requests termination of electronic notification of actions and events docketed in the above matter. The undersigned understands that registration as an electronic filer serves as consent to receive notice electronically from the Court. The undersigned also understand that upon processing of this request by the Clerk, service of orders and notices from the Court via E-mail notification will cease, and because the undersigned's general status as a registered E-Filer with the Court remains in effect, the undersigned will not receive service of orders and notices by conventional mailing from the Court in this case.

Respectfully submitted,

Dated: October 13, 2009

LATHROP & GAGE, LLP

*/s/ [signature]*

2345 Grand Avenue, Suite 2800
Kansas City, MO 64108
Telephone:  (816) 292-2000
Facsimile:  (816) 292-2001
Direct No.: (816) 460-5526
E-mail:     ssutton@lathropgage.com

ATTORNEYS FOR
DAIRY FARMERS OF AMERICA, INC.

CC 1739478v1