# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## ORDER GRANTING REORGANIZED DEBTORS' MOTION TO STRIKE MOTION FOR RELIEF FROM ORDER DETERMINING TAX LIABILITIES AS TO HARRISON COUNTY

This case came before the Court upon: (1) the Reorganized Debtors' Motion to Strike Harrison County, Mississippi's Motion for Relief from Order Determining Tax Liabilities as to Harrison County; 2) the Court's Order Conditionally Denying Reorganized Debtors' Motion to Strike Harrison County, Mississippi's Motion for Relief from Order Determining Tax Liabilities as to Harrison County; 3) Affidavit of Allan E. Wulbern; 4) Affidavit of Robert E. Heekin, Jr. in Opposition to Affidavit of Allen E. Wullbern; and 5) Reorganized Debtors' Memorandum of Law in Support of Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities. Upon a review of the pleadings, it is

**ORDERED:**

1. Reorganized Debtors' Motion to Strike Harrison County, Mississippi's Motion for Relief from Order Determining Tax Liabilities as to Harrison County is granted.

2. The Motion for Relief from Order Determining Tax Liabilities as to

Harrison County is stricken.

**DATED** this 16 day of October, 2009 in Jacksonville, Florida.

                                                                                       JERRY A. FUNK
                                                                                       United States Bankruptcy Judge

**Copies to:**

Allan E. Wulbern
Allan E. Wullbern is directed to serve a copy of this Order on Interested Parties and file a proof of service

2