# EXHIBIT "A"

**From:** "Allan E. Wulbern" <awulbern@smithhulsey.com>
**To:** "Robert Heekin" <RAH@stmlaw.net>
**Date:** 9/30/09 8:02PM
**Subject:** WD/Harrison County Tax Collector's Responses to Interrogatories and Request for Production

Rob,

We have reviewed the Harrison County Tax Collector's responses to our interrogatories and document requests and concluded that they are incomplete for the following reasons:

1. The interrogatories and request for production were directed at Harrison County, however, the responses you served were from the Harrison County Tax Collector. Because Harrison County has not responded to the discovery requests, we have the immediate right to seek an order from the Court striking its Motion for Relief.

2. The interrogatories were signed by an attorney representing the Harrison County Tax Collector, and not an officer or agent of the County. Rules 7033(b)(1)(B) and 7033(b)(5) require the interrogatories be signed under oath by an officer or agent of the County.

3. Interrogatory No. 7 asked the County to indentify communications between Mr. Wessler and (i) the Tax Collector, (ii) the Board of Supervisors or (iii) Harrison County regarding the Fourth Omnibus Objection, or the Order on that Objection. The response was required to include:

    (a) The date of the communication,
    (b) The method of the communication
    (c) The parties to the communication and
    (d) The substance of the communication.

You objected to answering Interrogatory No. 7 on the grounds that a response would require Harrison County to disclose information protected by the attorney/client privilege. This objection is improper because (i) information sought by Interrogatory No. 7(a)-(c) is under no circumstance protected by the attorney/client privilege and (ii) Harrison County waived any right to assert a privilege when the County failed to timely respond to our discovery requests.

Unless we receive complete responses to our interrogatories and document requests by 5:00 on Monday, October 5, signed by an officer of the County, and which include documents and information requested, we will file the affidavit requested by the Court that stating that Harrison County's responses to the discovery requests were incomplete and ask the Court to strike Harrison County's motion for relief.

Allan

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it

to the sender immediately.