# EXHIBIT "B"

## WILLIAM P. WESSLER

**From:** "Kim Ward" <kward@SmithHulsey.com>
**To:** "WILLIAM P. WESSLER" <wwessler@cableone.net>
**Sent:** Wednesday, August 02, 2006 10:15 AM
**Subject:** RE: Winn-Dixie 16th Omnibus Objection to Claims and Not

It is my understanding that a separate notice is mailed to each creditor affected by an objection to claim, however, you may want to confirm with Logan and Co. (Winn-Dixie's claims agent) at (973) 509-3190 that my understanding is correct. You may also want to confirm with Logan and Co. the address to which such notice, if your client's claim is objected to, will be sent.

-----Original Message-----
From: WILLIAM P. WESSLER [mailto:wwessler@cableone.net]
Sent: Wednesday, August 02, 2006 11:02 AM
To: Kim Ward
Subject: Re: Winn-Dixie 16th Omnibus Objection to Claims and Notice of Hearing thereon

Thank you for the prompt answer. Just to confirm if I do remove myself from the service list and and objection is filed to the tax collector's claim, we would get a separate notice, correct? WPW.

----- Original Message -----
From: "Kim Ward" <kward@SmithHulsey.com>
To: "WILLIAM P. WESSLER" <wwessler@cableone.net>
Sent: Wednesday, August 02, 2006 8:05 AM
Subject: RE: Winn-Dixie 16th Omnibus Objection to Claims and Notice of Hearing thereon

Mr. Wessler:

A notice of appearance was filed by you in the Winn-Dixie cases, and pursuant to Bankruptcy Rules, you were placed on the Master Service List (MSL) to receive emails of all documents required to be served on the MSL. Unfortunately, we are unable to only serve you with documents pertaining to your client. We are uncertain at this time as to whether or not the Debtors' intend to object to your client's claim(s). However, if an objection to your client's claim(s) is filed, you and/or your client will receive from Logan and Co. a notice of such objection specifically relating to your client's claim(s). If you no longer wish to receive all documents served on the MSL, you may file a pleading with the Court requesting removal from the service list.

Please call me if you have any questions.

Kim Ward

Kimberly S. Ward, Legal Assistant
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202
(904) 359-7700
(904) 359-7708 (facsimile)

-----Original Message-----
From: WILLIAM P. WESSLER [mailto:wwessler@cableone.net]
Sent: Tuesday, August 01, 2006 11:22 AM

8/3/2006