UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

IN RE:

                    Case No. 05-03817-JAF

WINN-DIXIE STORES, INC. et al

                    Chapter 11

Reorganized Debtors.                    (Jointly Administered)

_____/

## REQUEST FOR REMOVAL FROM SERVICE LIST

     PLEASE TAKE NOTICE that Arthur C. Neiwirth, Esq. and law firm of Rothstein Rosenfeldt Adler, P.A., on behalf of Petitioner Nenad Simic, hereby requests its name be removed from the service list in the above-styled matter and that no further pleadings or papers in this matter be served on it.

     I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

     I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF and 1st Class U.S. Mail this 22nd day of October, 2009 upon all parties on the attached Service List as noted.

                     ROTHSTEIN ROSENFELDT ADLER
                    **Attorneys for Nenad Simic**
                    401 E. Las Olas Blvd., Suite 1650
                    Ft. Lauderdale, FL 33301
                    Tel: (954) 522-3456
                    Direct Fax: (954) 524-4455 Main (954) 527-8663

                    By:     /s/ Arthur C. Neiwirth
                         ARTHUR C. NEIWIRTH, ESQ.
                         FBN: 0289061
                         aneiwirth@rra-law.com

Case No. 05-03817-JAF

## SERVICE LIST

**CM/ECF**

Adam Ravin, Esq.                     kgammill@smithhulsey.com

Allan E. Wulbern, Esq.               awulbern@smithhulsey.com

Cynthia C. Jackson, Esq.             cjackson@smithhulsey.com

James H. Post, Esq.                  jpost@smithhulsey.com

Leanne McKnight Prendergast, Esq.    lprendergast@smithhulsey.com

Stephen D. Busey, Esq.               busey@smithhulsey.com

Timothy R Buskirk, Esq.              tbuskirk@smithhulsey.com

Elena L Escamilla                    elena.l.escamilla@usdoj.gov

Kenneth C Meeker                     ken.meeker@usdoj.gov

Dennis F. Dunne                      ddunne@milbank.com

John B. Macdonald                    john.macdonald@akerman.com

**U.S. First Class Mail**

Even Krackower, Esq
10061 NW 1st Ct
Plantation, Florida 333247006

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699