UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flsb.uscourts.gov

IN RE:

WINN-DIXIE STORES, INC. et al

Reorganized Debtors.
_____/

Case No. 05-03817-JAF

Chapter 11
(Jointly Administered)

## REQUEST FOR REMOVAL FROM SERVICE LIST

PLEASE TAKE NOTICE that Arthur C. Neiwirth, Esq. and Rothstein Rosenfeldt Adler, P.A. on behalf of Petitioner Jimmie Evans hereby requests its name be removed from the service list in the above-styled matter and that no further pleadings or papers in this matter be served on it.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by CM/ECF and 1st Class U.S. Mail this 22nd day of October, 2009 upon all parties on the attached Service List as noted.

ROTHSTEIN ROSENFELDT ADLER
**Attorneys for Jimmie Evans**
401 E. Las Olas Blvd., Suite 1650
Ft. Lauderdale, FL 33301
Tel: (954) 522-3456
Direct Fax: (954) 524-4455 Main (954) 527-8663

By:       /s/ Arthur C. Neiwirth
ARTHUR C. NEIWIRTH, ESQ.
FBN: 0289061
aneiwirth@rra-law.com

1
**ROTHSTEIN ROSENFELDT ADLER**
**401 East Las Olas Blvd., Suite 1650, Fort Lauderdale, Florida 33301**

Case No. 05-03817-JAF

## SERVICE LIST

### CM/ECF

| | |
|---|---|
| Adam Ravin, Esq. | kgammill@smithhulsey.com |
| Allan E. Wulbern, Esq. | awulbern@smithhulsey.com |
| Cynthia C. Jackson, Esq. | cjackson@smithhulsey.com |
| James H. Post, Esq. | jpost@smithhulsey.com |
| Leanne McKnight Prendergast, Esq. | lprendergast@smithhulsey.com |
| Stephen D. Busey, Esq. | busey@smithhulsey.com |
| Timothy R Buskirk, Esq. | tbuskirk@smithhulsey.com |
| Elena L Escamilla | elena.l.escamilla@usdoj.gov |
| Kenneth C Meeker | ken.meeker@usdoj.gov |
| Dennis F. Dunne | ddunne@milbank.com |
| John B. Macdonald | john.macdonald@akerman.com |

### U.S. First Class Mail

Even Krackower, Esq
10061 NW 1st Ct
Plantation, Florida 333247006

Winn-Dixie Stores, Inc.
5050 Edgewood Court
Jacksonville, FL 32254-3699

**ROTHSTEIN ROSENFELDT ADLER**
**401 East Las Olas Blvd., Suite 1650, Fort Lauderdale, Florida 33301**