IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

| | |
|---|---|
| WINN-DIXIE STORES, INC., et al., | Case No. 05-03817-3F1 |
| | Chapter 11 |
| Debtors | Jointly Administered |
| _____/ | |

REQUEST TO STOP RECEIVING ELECTRONIC NOTICE

The undersigned counsel for the United States, Deborah Morris, was removed as attorney of record from this case on July 12, 2007 when attorney Richard Euliss was substituted as counsel. The undersigned has continued receiving the CM/ECF notices and requests that the electronic notices be stopped.

      A. BRIAN ALBRITTON
      United States Attorney

        s/ Deborah M. Morris
      Deborah M. Morris
      Trial Attorney, Tax Division
      U.S. Department of Justice
      Post Office Box 14198
      Ben Franklin Station
      Washington, D.C. 20044
      Telephone: (202) 353-1758
      Email: deborah.m.morris@usdoj.gov

4781597.1

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on October 28, 2009, the foregoing Request to Stop Receiving Electronic Notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the parties requesting service.

                                                   s/ Deborah M. Morris
                                                   Deborah M. Morris
                                                   Trial Attorney, Tax Division
                                                   U.S. Department of Justice

4781597.1