UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order on Debtors' Agreed Order Resolving the Administrative Claim filed by Oscar Valencia (Docket No. 22711) was furnished by mail on October 28, 2009, to Eric Shapiro, Esq., 9350 S. Dixie Hwy, Miami, Florida 33156.

Dated: October 29, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00676600}