# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | |

## NOTICE OF HEARING

Please take notice that on **Thursday, November 19, 2009**, beginning at **1:30 p.m.** or as soon thereafter as counsel may be heard, Harrison County, Mississippi Tax Collector will call up for hearing its motion for reconsideration of the October 16, 2009 order granting reorganized debtors' motion to strike motion for relief from order determining tax liabilities as to Harrison County [Docket No. 22683] and response to Winn-Dixie Stores, Inc.'s motion to strike Harrison County's motion for relief from order determining tax liabilities [Docket No. 22546] . The hearing will be held before the Honorable Jerry A. Funk in Courtroom 4D, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

1. All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1.

2. The hearing may be continued upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

4. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pant suit is appropriate for a woman.

5. Due to heightened security procedures, persons must present photo identification to enter the courthouse and arrive early.

**STUTSMAN THAMES & MARKEY, P.A.**

By  */s/ Richard R. Thames*
    Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Harrison County, Mississippi Tax Collector

## Certificate of Service

I hereby certify that, on November 3, 2009, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to the Office of the United States Trustee, 135 W. Central Boulevard, Room 620, Orlando, Florida 32280 and all parties who have consented to receiving electronic notifications in this case.

/s/ Richard R. Thames
_____
Attorney

75572