# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

### AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIMS OF DEZRA R. JOHNSON, BY HER NEXT FRIENDS, CARMEN L. JOHNSON AND EZRA JOHNSON, AND OF CARMEN L. JOHNSON AND EZRA JOHNSON, INDIVIDUALLY

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc., and its affiliates (collectively, the "Reorganized Debtors") and claimants, Dezra R. Johnson, a minor, by her next friends, Carmen L. Johnson and Ezra Johnson, and Carmen L. Johnson and Ezra Johnson, individually (collectively the "Claimants"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). Based upon the consent of the parties appearing below, and it appearing to the Court that the proposed Agreed Order is for an agreed amount less than the $250,000 notice threshold established in the Claims Resolution Procedure and the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan"), it is

ORDERED AND ADJUDGED:

1. Claim No. 90,001 in the names of Dezra R. Johnson, Carmen L. Johnson and Ezra Johnson is allowed in the amount of $5,000.00 as a Class 16 Other Unsecured Claim under the Plan. Although this agreed order resolves the claims of Dezra R. Johnson, Carmen L. Johnson and Ezra Johnson, for the convenience of the Johnsons, distribution under the Plan for this allowed claim will be made to Carmen L. Johnson c/o Calvin Lowery, Esq., 648 Evander Holyfield Hwy, Fayetteville, Georgia, 30214.

2. The Renewed Motion of Carmen L. Johnson and Ezzra Johnson, Individually and as Parent and Natural Guardian of Dezra R. Johnson for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors or, Alternatively, Motion for Rehearing on Court's March 19 Order Denying the Johnson's Previous Motion (Docket No. 22336) is denied as moot.

3. The Motion to Accept Late Filed Claim filed by Carmen L. Johnson and Ezzra Johnson, Individually and as Parent and Natural Guardian of Dezra R. Johnson (Docket Nos. 22423 and 22424) is denied as moot.

4. At the sole discretion of the Reorganized Debtors, distributions will be made on the allowed claims (i) at such time as required by the Plan or (ii) as soon as practicable.

5. Within fifteen days of the entry of this Order, the Claimants shall dismiss with prejudice the proceeding initiated by Dezra R. Johnson, a minor, by her next friends, Carmen L. Johnson and Ezra Johnson, and Carmen L. Johnson and Ezra Johnson, individually, through their attorney, Calvin D. Lowrey, against Winn-Dixie Stores, Inc., in the State Court of Clayton County, Georgia, Case Number 2004-CV-00129 (the "State Court Action") and any other legal proceeding commenced by Claimants against the Reorganized Debtors or their agents in this Court or in any other forum.

6. Within fifteen days of the dismissal of the State Court Action, the parties shall dismiss without prejudice all claims, including counterclaims and third party claims, asserted in the adversary proceeding initiated by the Reorganized Debtors against Carmen L. Johnson and Ezra Johnson, individually and next friend of Dezra R. Johnson, a minor, and Calvin D. Lowery and pending before this Court as Adversary No. 3:09-ap-139-JAF.

7. This Agreed Order resolves (i) all liabilities and obligations between the Claimants and the Reorganized Debtors and (ii) all other claims the Claimants have or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, attorneys, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

8. The Reorganized Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to any Litigation

Claim, or make any admission of liability. The Claimants, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim. This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement, except those Medicare liens or claims released by the United States Department of Health and Human Services pursuant to the Agreed Order entered by this Court on March 9, 2007 (Docket No. 15439).

9. Counsel for claimants, Calvin Lowery, Esq., represents that he has the authority to enter this settlement on behalf of claimant Dezra R. Johnson, who is a minor, and that he shall take all actions necessary, if any, under Georgia law to finalize a settlement with a minor.

10. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Done this 4 day of ~~October~~ November, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Claimants and file a proof of service.]

Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ Prendergast
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

By /s/ Calvin D. Lowery
Calvin D. Lowery

648 Evander Holyfield Hwy
Fairburn, Georgia 30212

Counsel for Dezra R. Johnson, a minor,
by her next friends, Carmen L. Johnson
and Ezra Johnson, and Carmen L.
Johnson and Ezra Johnson, individually

00672833.2