UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:

WINN-DIXIE STORES INC., et al.,                Case No. 05-03817-3F1

    Reorganized Debtors.                        Chapter 11 - Jointly Administered
_____/

**RESPONSE TO DEBTOR'S OBJECTION TO**
**ADMINISTRATIVE CLAIM OF VALERIE RELL**

    COMES NOW the Movant, VALERIE RELL ("Movant"), by and through her undersigned attorney does file this response to Debtor's objection to her administrative claim and does object on the grounds as follows:

    1.    Movant filed a complaint with the Clerk of Circuit Court for Wakulla County, Florida alleging damages for injuries sustained as a result of the negligence of the Debtor on June 20, 2009, within the prescribed statute of limitations. This complaint was served on the defendant Debtor on October 14, 2009. The Wakulla case number is 09-270CA.

    2.    Movant filed a claim in this matter with this Honorable Court on January 4, 2007.

    3.    Movant is still treating for her injuries and therefore the final damages are still undetermined. However, Movant has accumulated medical bills in excess of $10,000.00 as of the date of this filing.

    4.    The Debtor has retained the law firm of Carr Alison in Tallahassee, Florida to serve as counsel in this matter. A *Motion to Dismiss* alleging an expiration of the statute of limitations was filed by the attorney's for Debtor in the Wakulla County Circuit Court on November 3, 2009.

    5.    The objections of the Debtor are best heard by the Wakulla County Circuit Court, where the witnesses to these issues and facts reside and the matter is already pending.

WHEREFORE, the Movant respectfully requests this Honorable Court enter an Order dismissing the objection of the Debtors to this administrative claim and allow this matter to proceed in the Circuit Court.

RESPECTFULLY SUBMITTED this 9th day fo November, 2009.

/s/ *John J. Maceluch, Jr., Esq.*
John J. Maceluch, Jr., Esq.
Fla. Bar. No.: 383465
Maceluch & Associates, P.A.
1210 East Park Avenue
Tallahassee, Florida 32301
(850)222-7100 tel
(850)222-6651 fax
john@macelawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing document was furnished by facsimile and email to the parties listed below on November 9, 2009.

/s/ *John J. Maceluch, Jr., Esq.*

Leanne Prendergast, Esq.
SMITH HULSEY & BUSEY
225 Water Street
Suite 1800
Jacksonville, Florida 32202
(904) 359-7708 facsimile
lprendergast@smithhulsey.com