## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In re:                                                                    CASE NO. 05-03817-3F1

WINN-DIXIE STORES, INC.,                                    CHAPTER 11

         Debtor.
_____/

### NOTICE OF WITHDRAWAL OF BIG PINE SHOPPING CENTER, LLC's MOTION FOR ORDER PERMITTING CONSIDERATION OF LATE-FILED OBJECTION TO PROPOSED CURE AMOUNT
(Related Docket Item No. 10123)

COMES NOW Big Pine Shopping Center, LLC ("Big Pine"), by and through its undersigned counsel, and withdraws as moot its Motion for Order Permitting Consideration of Late-Filed Objection to the Proposed Cure Amount (Doc No 10123). The subject matter of the motion has been resolved by order of the Court.

                              WILCOX LAW FIRM

                              /s/ **Robert Wilcox**
                              Robert D. Wilcox (FL #755168)
                              4190 Belfort Road, Suite 315
                              Jacksonville, FL 32216
                              Telephone: (904) 281-0700
                              Facsimile: (904) 513-9201

### CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2009 I caused a copy of the foregoing **Motion for Reconsideration** to be served on the Debtor by James H. Post, Esq., Debtor's Counsel, John MacDonald, Esq., Counsel for the Official Committee of Unsecured Creditors, Elena L. Escamilla, Esq., counsel for the Office of the United States Trustee and all parties on the Rule 1007(d) Parties in Interest list, all served electronically.

                              /s/ **Robert Wilcox**
                              Robert D. Wilcox