UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order on Debtors' Agreed Order Resolving the Administrative Claim filed by Dezra R. Johnson (Docket No. 22621) was furnished by mail on November 12, 2009, to Calvin D. Lowrey, 648 Evander Holyfield Highway, Fairburn, Georgia 30212.

Dated: November 12, 2009

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00678497}