UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

ORDER GRANTING DEBTORS' MOTION TO
CONTINUE HEARING ON THE AMENDED MOTION FOR
RELIEF FROM THE AUTOMATIC STAY FILED BY ROBERTA NOLEN

This case is before the Court upon Debtors' Motion to Continue Hearing on the Amended Motion for Relief from the Automatic Stay filed by Roberta Nolen (Docket No. 22609) (the "Motion for Relief from Stay") currently set for December 2, 2009 at 9:30 a.m. Good cause having been shown, it is

ORDERED:

1. The motion for continuance is granted.

2. The hearing currently set on the Motion for Relief from Stay for December 2, 2009 at 9:30 a.m. is continued until further notice or order by the Court.

Dated this _12_ day of November 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00678471