**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE STORES, INC.'S MOTION FOR ORDER
DIRECTING MEDIATION AND APPOINTING MEDIATOR**

Winn-Dixie Stores, Inc., moves the Court, pursuant to Local Rule 9019-2(b), for entry of an Order directing the parties to mediate the Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. (the "Motion") (Docket No. 21311) and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No. 22516) to mediation and appointing a mediator, and in support, says:

1. The Motion and Counterclaim are amenable to resolution through mediation.

2. Pursuant to Local Rule 9019-2(b), Winn-Dixie respectfully requests that the Court enter an order in the form attached appointing a mediator and directing mediation of the Motion and Counterclaim.

SMITH HULSEY & BUSEY

By:   *s/ James H. Post*
       James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Reorganized Debtors

## Certificate of Service

I certify that a copy of the foregoing has been furnished by facsimile to Paul Thanasides, Esq., McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L., 6943 East Fowler Avenue, Tampa, Florida 33617, this 12th day of November, 2009.

                                           *s/ James H. Post*
                                               Attorney

00677346

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## ORDER DIRECTING MEDIATION AND APPOINTING MEDIATOR

This proceeding came before the Court upon the Motion of Winn-Dixie Stores, Inc. for Entry of an Order Directing Mediation and Appointing Mediator (Docket No. ____). Upon consideration, and it appearing to the Court that this proceeding is suitable for mediation, it is

ORDERED:

1. The Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. (the "Motion") (Docket No. 21311) and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No. 22516) are directed to mediation for possible resolution.

2. Except as provided in this Order, this mediation will be conducted pursuant to M.D. Fla. L.B.R. 9019-2(d), (e), (g), (h), (i) and (k).

3. George Ridge, Esq., is appointed to serve as the Mediator.

4. The mediation conference will be held as follows:

   Date: December 11, 2009, unless all parties agree to an alternative date
   Time: 9:00 a.m..

   Place: Cooper Ridge & Latinberg
   200 West Forsyth Street
   Suite 1200
   Jacksonville, Florida 32202

5. The parties directed to attend this mediation are:

1. Winn-Dixie Stores, Inc. – Debtor; and
2. Diversified Maintenance Systems, Inc. – Movant.

6. The personal attendance of trial counsel and all parties is mandatory. The parties will appear with full authority to resolve the matter.

7 Not less than ten days before the mediation conference, each party shall furnish a written summary of the facts and issues and current status of negotiations to the mediator. The Statements shall not be filed with the Court and the mediator shall not disclose the contents of the mediation statements without the consent of both parties.

8 The mediator will be compensated at the rate of $300 per hour. Final payment for mediation will be allocated equally between the parties and made within 30 days of receipt of statement from mediator.

10. The participation by the parties in the mediation conference does not constitute a waiver of any of the parties' rights or defenses in this proceeding.

DATED this _____ day of November 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

00678618