UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

**ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER GRANTING REORGANIZED DEBTORS' MOTION TO STRIKE MOTION FOR RELIEF FROM ORDER DETERMINING TAX LIABILITIES AS TO HARRISON COUNTY**

This case came before the Court upon Harrison County's Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities and Response to Winn Dixie's Memorandum of Law in Support of Winn Dixie's Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities (the "Motion") and Response to Harrison County's Motion for Reconsideration of Order Granting Motion to Strike Harrison County's Motion for Relief (the "Response"). Upon review of the Motion and Response, it is

**ORDERED:**

Harrison County's Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities is denied.

DATED this 13 day of November, 2009 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies to:**

Allan E. Wulbern, Attorney for Winn Dixie
Robert A. Heekin, Jr., Attorney for Harrison County