# UNITED STATE BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**In Re:**

**WINN-DIXIE STORES INC., et al.,**　　　　　　　　**Case No. 05-03817-3F1**

　　**Reorganized Debtors.**　　　　　　　　　　　　**Chapter 11 - Jointly Administered**

_____/

## OBJECTION TO DEBTOR'S FIRST REQUEST
## FOR PRODUCTION TO VALERIE RELL

COMES NOW the VALERIE RELL , by and through her undersigned attorney does file this *Objection to Debtor's Request for Production* and does object on the grounds as follows:

1.　　Items 1, 2, 3 and 4 are requests for information which is protected as attorney work product and undiscoverable.

2.　　Items 1, 2, 3 and 4 are requests for information which is protected as privileged attorney-client communications and undiscoverable.

3.　　All documents which are not claimed as privileged or otherwise protected have been previously provided to debtor in the normal course of litigation, or do not exist.

4.　　In addition, any requested correspondence between this law firm and third parties (specifically the Clerk of the Court) is public record and easily obtainable from the respective entity, agency or office.

5.　　The items which are being claimed as protected and privileged are the "Complaint" and "Civil Cover Sheet" filed on June 20, 2009. These items were created by the undersigned and transmitted to the Clerk of the Court for Wakulla County via U.S. Mail only.

6.　　The Circuit Court of Wakulla County, where this incident occurred, is best suited to make a determination as to the issue of the timeliness of pleadings filed within the applicable statute

of limitations.

WHEREFORE, the Plaintiff/Movant, Ms. Rell, does respectfully request this Honorable Court enter an Order denying the request of the Debtors and allow this matter to proceed in the state Circuit Court.

RESPECTFULLY SUBMITTED this 15th day fo November, 2009.

/s/ John J. Maceluch, Jr., Esq.
John J. Maceluch, Jr., Esq.
Fla. Bar. No.: 383465
Maceluch & Associates, P.A.
1210 East Park Avenue
Tallahassee, Florida 32301
(850)222-7100 tel
(850)222-6651 fax
john@macelawfirm.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and accurate copy of the foregoing document was furnished by facsimile and email to the parties listed below on November 15, 2009.

/s/ John J. Maceluch, Jr., Esq.

Leanne Prendergast, Esq.
SMITH HULSEY & BUSEY
225 Water Street
Suite 1800
Jacksonville, Florida 32202
(904) 359-7708 facsimile
lprendergast@smithhulsey.com