UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

### ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER GRANTING REORGANIZED DEBTORS' MOTION TO STRIKE MOTION FOR RELIEF FROM ORDER DETERMINING TAX LIABILITIES AS TO HARRISON COUNTY

This case came before the Court upon Harrison County's Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities and Response to Winn Dixie's Memorandum of Law in Support of Winn Dixie's Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities (the "Motion") and Response to Harrison County's Motion for Reconsideration of Order Granting Motion to Strike Harrison County's Motion for Relief (the "Response"). Upon review of the Motion and Response, it is

**ORDERED:**

Harrison County's Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities is denied.

DATED this 13 day of November, 2009 in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies to:**

Allan E. Wulbern, Attorney for Winn Dixie
Robert A. Heekin, Jr., Attorney for Harrison County

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Nov 13, 2009
Case: 05-03817                Form ID: pdfdocLR         Total Noticed: 2

The following entities were noticed by first class mail on Nov 15, 2009.
cr            Harris County,   c/o John P. Dillman,   Post Office Box 3064,   Houston, TX  77253-3064
cr           +Harrison County, MS Tax Collector,   Harrison County, MS Tax Collector,   1801 23rd Avenue,
               Gulfport, MS 39501-2964
The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2009**                **Signature:** _Joseph Speetjens_