**Hearing Date: December 17, 2009 at 1:30 p.m.**
**Response Deadline: December 7, 2009 at 4:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**DEBTORS' ELEVENTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR DISMISSED AND NOTICE OF HEARING**

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the claims listed on the attached Exhibit A on the grounds that these claims have been settled, released or dismissed (the "Objection").

**Notice of Hearing**

Please take notice that a hearing is scheduled for **December 17, 2009** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

**Response Deadline**

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 7, 2009** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all

attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

Dated:  November 17, 2009

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
    Stephen D. Busey
    James H. Post
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

**EXHIBIT A**

| **Name of Claimant** | **Docket No. of Motion** | **Reason for Disallowance** |
|---|---|---|
| Brown, Deborah | 14087 & 14299 | Released |
| Curry, Betty | 14049 | Released |
| Dacosta, Amber | 13881 | Dismissed |
| Green, Elouise | 14089 | Released |
| Guizzardi, Rosario | 13725 | Dismissed |
| Lamas, Kimberly | 13669 | Released |
| LeBlanc, Gladys | 13713 & 13481 | Released |
| Manning, Brenda | 13672 | Released |
| McClendon, Selesia | 13521 | Dismissed |
| Spivey, Naida | 14159 | Released |
| Whitten, Wallace | 14274 | Dismissed |

Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by mail to the individuals listed below this 17th day of November 2009.

Zachary Von Roenn, Esq.
Law Offices of Chris
Johns & Associates
4901 Atlantic Blvd.
Jacksonville, FL 32207

*Attorneys for Deborah Brown*

Thomas L. Tullos, Esq.
Post Office Drawer 597
Bay Springs, MS 394222

*Attorneys for Betty Curry*

Steven Cohen, Esq.
Glantz & Glantz, P.A.
7951 SW 6th Street
Plantation, FL 22214

*And*

Gordon T. Nicol, Esq.
7545 Centurion Parkway, Suite 108
Jacksonville, FL 32256

*Attorneys for Amber Dacosta*

Gladys LeBlanc
782 Plauche Street
Morganza, LA 70759

*And*

Join LeBlan-Barrilleaux
311 Millcreek Road
Lafayette, LA 70508

Brian M. Flaherty, Esq.
Farah & Farah, P.A.
10 West Adams Street, Third Floor
Jacksonville, FL 32202

*Attorneys for Selesia L. McClendon*

Stephen M. Fernandez, Esq.
Anderson & Associates, P.A.
1584 Metropolitan Blvd.
Tallahassee, FL 32308

*Attorneys for Elouise Green*

Lina Fullman, Esq.
Law Offices of Burnetti, P.A.
4899 Belfort Road, Suite 160
Jacksonville, FL 32256

*Attorneys for Kimberly Lamas*

Dennis LeVine, Esq.
Post Office Box
Tampa, FL 33601-0707

*Attorneys for Rosario Guizzardi, Kimberly Lamas and Brenda Manning*

Stephen C. Thomas, Esq.
Hayworth, Chaney & Thomas, P.A.
202 N. Harbor City, Blvd., Suite 300
Melbourne, FL 32935

*Attorneys for Naida Spivey*

Gregory K. Crews, Esq.
300 West Adams Street, Suite 200
Jacksonville, FL 32202

*And*

Michael Agnew, Esq.
Agnew & Agnew, P.C.
1410 Wynnton Road
Columbus, GA 31906

*Attorneys for Wallace Whitten*

Sagi Shaked, Esq.
Shaked Biondo, P.A.
200 S.E. 1st Street, Suite 505
Miami, FL 33131

*Attorneys for Rosario Guizzardi*

David B. Kesler, Esq.
65 65th Street South
St. Petersburg, FL 33707

*Attorneys for Brenda Manning*

*s/ Leanne McKnight Prendergast*
Attorney

00678722