Hearing Date: December 17, 2009 at 1:30 p.m.
Response Deadline: December 7, 2009 at 4:00 p.m.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF TAX COLLECTOR, CITY OF WESTWEGO AND NOTICE OF HEARING**

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the administrative claim of the Tax Collector, City of Westwego (the "Administrative Claim"; Docket No. 14509) on the grounds of (i) no liability, (ii) disputed claim amount and (iii) *res judicata* (the "Objection").

On July 10, Winn-Dixie filed the Debtors' (I) Fourth Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities (Docket No. 9133). Pursuant to the Notice of Hearing On Debtors'

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Fourth Objection to Tax Claims (the "Motion"; Docket No. 9134), the Court conducted a hearing on the Motion on August 10, 2006. Because the City of Westwego did not appear at the hearing, the Court entered its Order on (I) Debtors' Fourth Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Liabilities (Docket No. 10162), pursuant to which the Court determined the Debtors' tax liabilities for 2005 and 2006 to the City of Westwego. Winn-Dixie has paid the City of Westwego the taxes due pursuant to that Order. Because there has already been an adjudication of the Debtors' tax liabilities to the City of Westwego for tax years 2005 and 2006, the City of Westwego's Administrative Expense Claim is barred the doctrine of *res judicata*. *See In re Daniels* 270 B.R. 417 (Bankr. E.D. Mich. 2001).

### Notice of Hearing

Please take notice that a hearing is scheduled for **December 17, 2009** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

### Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

**Response Deadline**

If you do **not** oppose the disallowance of your Claim, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your Claim, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 7, 2009** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Allan E. Wulbern, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at awulbern@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

- 4 -

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  November 17, 2009

                            SMITH HULSEY & BUSEY


                            By *s/ Allan E. Wulbern*
                                Allan E. Wulbern

                            Florida Bar Number 175511
                            225 Water Street, Suite 1800
                            Jacksonville, Florida 32202
                            (904) 359-7700
                            (904) 359-7708 (facsimile)
                            awulbern@smithhulsey.com

                            Counsel for Reorganized Debtors

## Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to the Office of Tax Collector, City of Westwego, Louisana, c/o Rudy Cerone, Esq., McGlinchey Stafford, 643 Magazine Street, New Orleans, Louisaian 70130 and Dennis J. Levine, Esq., Post Office Box 707, Tampa, Florida 33601 on the 17th day of November, 2009.

                                                *s/ Allan E. Wulbern*
                                                         Attorney

00678935