UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>AGENDA FOR OMNIBUS HEARINGS</u>**
**<u>TO BE HELD ON NOVEMBER 19, 2009</u>**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on November 19, 2009 at 1:30 p.m.:

**<u>Contested Matters</u>**

1. *Debtors' Motion for Order Directing Mediation and Appointing Mediator (Docket No. 22733 )*

   Response Deadline: November 17, 2009.

   Responses: None.

   Status: The Reorganized Debtors and Diversified Maintenance Systems, Inc. will submit a consent order on this Motion.

2. *Debtors' Objection to the Administrative Claim of Valerie Rell (Docket No. 22519 ) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: Valerie Rell (Docket No. 22725)

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Objection to the Administrative Claim of Arnita Curry (Docket No. 22688) (Statute of Limitations Defense)*

    Response Deadline: Expired

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Objection to the Administrative Claim of Cynthia Henry (Docket No. 22608) (Statute of Limitations Defense)*

    Response Deadline: Expired

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Administrative Claim of Karina Bonnefil (Docket No. 22690) (Statute of Limitations Defense)*

    Response Deadline:  Expired

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtors' Objection to the Administrative Claim of Latoya Brown (Docket No. 22691) (Statute of Limitations Defense)*

    Response Deadline:  Expired

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of Kenneth Baker (Docket No. 22692) (Statute of Limitations Defense)*

    Response Deadline:  Expired

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Debtors' Objection to the Administrative Claim of Merari Dixon (Docket No. 22693) (Statute of Limitations Defense)*

   Response Deadline: Expired

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

9. *Debtors' Objection to the Administrative Claim of Nancy Alesia (Docket No. 22694) (Statute of Limitations Defense)*

   Response Deadline: Expired

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Objection to the Administrative Claim of Sandra Pena (Docket No. 22695) (Statute of Limitations Defense)*

    Response Deadline: Expired

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

11. *Debtors' Objection to the Administrative Claim of Lisette Velazquez (Docket No. 22696) (Statute of Limitations Defense)*

    Response Deadline:  Expired

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

12. *Debtors' Objection to the Administrative Claim of Isaac Cruz (Docket No. 22697) (Statute of Limitations Defense)*

    Response Deadline:  Expired

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

13. *Debtors' Objection to the Administrative Claim of Carmen Gonzalez (Docket No. 22698) (Statute of Limitations Defense)*

    Response Deadline:  Expired

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

14. *Debtors' Objection to the Administrative Claim of John Markham (Docket No. 22699) (Statute of Limitations Defense)*

    Response Deadline: Expired

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

15. *Debtors' Objection to the Administrative Claim of Deandrea Ann King (Docket No. 22700) (Res judicata)*

    Response Deadline: Expired

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

16. *Debtors' Objection to the Administrative Claim of Joseph Avril (Docket No. 22701) (Res judicata)*

    Response Deadline: Expired

                      Responses:    None.

    Status:    The Reorganized Debtors will continue the hearing on the Objection until further notice.

Dated: November 18, 2009

                                  SMITH HULSEY & BUSEY

                                  By *s/ Leanne McKnight Prendergast*
                                      Leanne McKnight Prendergast

                                  Florida Bar Number 59544
                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida 32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)
                                  lprendergast@smithhulsey.com

                                  Counsel for Reorganized Debtors

00674980