UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                                                    Case No: 3:05-bk-03817-JAF
WINN-DIXIE STORES, INC.,                                                Chapter 11
            Debtor.
_____/

### MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO APPEAR TELEPHONICALLY FOR HEARING

**COMES NOW** undersigned counsel and files this Motion to Withdraw as Attorney for Creditor, Ada Serra, and Request to Appear Telephonically for Hearing and as grounds states the following:

1. On or about October 2006 the law firm of Emmanuel Perez & Associates, P.A., was retained by creditor, Ada Serra, to represent her in the filing of a Motion for Relief from Stay so that the creditor, can proceed with a civil action against the Debtor outside the bankruptcy forum.

2. On or about October 19, 2006 the Motion for Relief from Stay was filed on behalf of the creditor and a final hearing was held on January 7, 2008.

3. The undersigned counsel was employed by Emmanuel Perez & Associates, P.A., and as a result filed pleadings on the case.

4. Undersigned counsel is no longer employed at Emmanuel Perez & Associates, P.A.

5. Emmanuel Perez & Associates, P.A., filed a Motion to Withdraw from the case and on February 26, 2009 an Order granting Emmanuel Perez's Motion was entered.

6. Accordingly, undersigned counsel is requesting that he be removed from the case and that all electronic notices to the undersigned be discontinued.

7.  Undersigned counsel is requesting that he be allowed to appear telephonically for the hearing on this Motion to Withdraw as Attorney, due to the fact that undersigned counsel's office is located in Miami, Florida.

**WHEREFORE**, undersigned counsel respectfully requests that this Court grant this Motion to Withdraw as Attorney of Record for creditor, Ada Serra and whatever other relief it deems just and reasonable.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 18th day of November 2009: Leanne McKnight Prendergast, Esq., Attorney for Reorganized debtors, 222 Water Street, Suite 1800, Jacksonville, FL 32202; and to all parties on the service list via ecf.

LAW OFFICE HENRY HERNANDEZ, P.A.
*Attorney for Debtor(s)*
7955 NW 12 Street Suite 429
Miami, FL 33126
Tel: 305-599-8999
Fax: 305-599-4112

By: /S/Henry Hernandez
HENRY HERNANDEZ, Esq.
Florida Bar No. 542601