UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

AGREED ORDER DIRECTING
MEDIATION AND APPOINTING MEDIATOR

This proceeding came before the Court upon the Motion of Winn-Dixie Stores, Inc. for Entry of an Order Directing Mediation and Appointing Mediator (Docket No. 22733). Upon consideration, and it appearing to the Court that the parties have agreed to the relief requested in the motion, and that this proceeding is suitable for mediation, it is

ORDERED:

1. The Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. (the "Motion") (Docket No. 21311) and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No. 22516) are directed to mediation for possible resolution.

2. Except as provided in this Order, this mediation will be conducted pursuant to M.D. Fla. L.B.R. 9019-2(d), (e), (g), (h), (i) and (k).

3. George Ridge, Esq., is appointed to serve as the Mediator.

4. The mediation conference will be held as follows:
    Date: January 19, 2009, unless all parties agree to an alternative date
    Time: 10:00 a.m.

      Place: Cooper Ridge & Latinberg
             200 West Forsyth Street
             Suite 1200
             Jacksonville, Florida 32202

5.    The parties directed to attend this mediation are:

    1.    Winn-Dixie Stores, Inc. – Debtor; and

    2.    Diversified Maintenance Systems, Inc. – Movant.

6.    The personal attendance of trial counsel and all parties is mandatory. The parties will appear with full authority to resolve the matter.

7    Not less than ten days before the mediation conference, each party shall furnish a written summary of the facts and issues and current status of negotiations to the mediator. The Statements shall not be filed with the Court and the mediator shall not disclose the contents of the mediation statements without the consent of both parties.

8    The mediator will be compensated at the rate of $300 per hour. Final payment for mediation will be allocated equally between the parties and made within 30 days of receipt of statement from mediator.

10.    The participation by the parties in the mediation conference does not constitute a waiver of any of the parties' rights or defenses in this proceeding.

DATED this \_\_19\_\_ day of November 2009, in Jacksonville, Florida.

                                         */s/ Jerry A. Funk*
                                         Jerry A. Funk
                                         United States Bankruptcy Judge

00678618