**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER SUSTAINING DEBTORS' OBJECTION
TO THE CLAIM OF DEANDREA KING**

This case came before the Court for hearing on November 19, 2009 on the

Debtors' Objection to the Claim of Deandrea King (Docket No. 22700). Upon the

consideration, the Court finds that:

1.    On January 3, 2007 Deandrea King (the "Claimant") filed an

application for administrative expense (Docket No. 13970) (the "Administrative

Claim").

2.    The Administrative Claim is barred by the res judicata effect of the

summary judgment entered by the state court order in the action filed by Deandrea

King in connection with the administrative claim against debtor Winn-Dixie

Stores, Inc., styled as *Deandrea King et al. v. Winn-Dixie Stores, Inc., et al.*, in the

Circuit Court of the Fifth Judicial Circuit in and for Hernando County, Florida,

Case No. H27CA2007-405. Upon the foregoing, it is

ORDERED:

1.     The Debtors' Objection to the Claim of Deandrea King (Docket No. 22700) is sustained.

2.     The Administrative Claim filed by the Claimant (Docket No. 13970) is disallowed.

Dated this __19__ day of November, 2009, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00678145

2