# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

## NOTICE OF APPEAL

Pursuant to Rule 8001(a), Federal Rules of Bankruptcy Procedure, and 28 U.S.C. § 158(a), creditor, Harrison County, Mississippi Tax Collector, appeals to the United States District Court for the Middle District of Florida (i) the Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 22683] entered on October 16, 2009, and (ii) the Order Denying Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 22735] entered on November 13, 2009 by the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (Judge Funk).

The names of all parties to the order appealed from and the names, addresses and telephone number of their respective attorneys are as follows:

1. <u>Winn-Dixie Stores, Inc., Debtor</u>

    Allan E. Wulbern, Esq.
    Smith Hulsey & Busey, P.A.
    1800 Wachovia Bank Tower
    225 Water Street
    Jacksonville, Florida 32202
    (904) 359-7700

2. <u>Harrison County, Mississippi Tax Collector, Creditor</u>

    Richard R. Thames, Esq.
    Stutsman Thames & Markey, P.A.
    50 North Laura Street, Suite 1600
    Jacksonville, Florida 32202
    (904) 358-4000

                                                  **STUTSMAN THAMES & MARKEY, P.A.**

                                                  */s/ Richard R. Thames*
                                      By_____
                                              Richard R. Thames

                                        Florida Bar Number 0718459
                                        50 North Laura Street, Suite 1600
                                        Jacksonville, Florida  32202
                                        (904) 358-4000
                                        (904) 358-4001 (Facsimile)
                                        rrt@stmlaw.net

                                        Attorneys for Harrison County, Mississippi Tax Collector

## Certificate of Service

I hereby certify that, on November 23, 2009, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing all parties who have consented to receiving electronic notifications in this case.

/s/ Richard R. Thames
_____
Attorney

75758