UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-03817-3F1 |
| | : | |
| WINN-DIXIE STORES, INC. et al | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## NOTICE OF EMERGENCY HEARING

PLEASE TAKE NOTICE that on **Tuesday, November 24, 2009 at 3:00 p.m.**, Victory Wholesale Grocers ("Victory") shall call up for an emergency hearing, before the Honorable Jerry A. Funk, United States Courthouse Building, 300 North Hogan Street, Courtroom 4-D, Jacksonville, Florida 32202, Victory's Emergency Motion for a Protective Order Regarding Discovery of Visagent Corp.'s Subpoenas and Discovery (docket # 22768).

**All exhibits must be pre-marked and listed in accordance with Local Rule 9070-1. The hearing may be continued upon announcement made in open Court without further notice.**

**Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.**

**Appropriate Court Attire**. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their

financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

Dated November 23, 2009.

                                            FOLEY & LARDNER LLP

                                            /s/ Gardner F. Davis
                                            Gardner F. Davis
                                                Florida Bar No. 0471712
                                                  gdavis@foley.com
                                            John J. Wolfel, Jr.
                                                Florida Bar No. 030664
                                                  jwolfel@foley.com
                                            One Independent Drive, Suite 1300
                                            Jacksonville, FL 32202-5017
                                            P. O. Box 240
                                            Jacksonville, FL 32201-0240
                                            904.359.2000

                                            Counsel for Victory

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Notice of Hearing have been furnished by e-mail to the following parties on the 23rd day of November 2009.

Rubin & Rubin
Attn: Guy Bennett Rubin and Gladys LaFargo
P.O. Box 395
Stuart Florida 34995
glaforge@rubinandrubin.com
guy.rubin@rubin&rubin.com

Smith Hulsey & Busey
Attn: Stephen D. Busey and Jim Bolinng
225 Water Street – Suite 1800
Jacksonville FL 32202
jbolling@smithhulsey.com
busey@smithhulsey.com

        FOLEY & LARDNER LLP
        /s/ Gardner F. Davis
        Gardner F. Davis