UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-03817-3F1 |
| | : | |
| WINN-DIXIE STORES, INC. et al | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

## NOTICE OF WITHDRAWAL OF VICTORY'S MOTION FOR PROTECTIVE ORDER AND CANCELLATION OF EMERGENCY HEARING

PLEASE TAKE NOTICE that Victory Wholesale Grocers ("Victory") hereby withdraws its Motion for Protective Order Regarding Discovery of Visagent Corp.'s Subpoenas and Discovery (docket # 22768) as the parties have resolved the dispute. In accordance therewith, the emergency hearing previously scheduled for **Tuesday, November 24, 2009 at 3:00 p.m.** has been cancelled.

Dated November 23, 2009.

FOLEY & LARDNER LLP

/s/ Gardner F. Davis
Gardner F. Davis
  Florida Bar No. 0471712
  gdavis@foley.com
John J. Wolfel, Jr.
  Florida Bar No. 030664
  jwolfel@foley.com
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
904.359.2000

Counsel for Victory

JACK_1691933.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the Notice of Withdrawal and Cancellation have been furnished by e-mail to the following parties on the 23rd day of November 2009.

Rubin & Rubin
Attn: Guy Bennett Rubin and Gladys LaFargo
P.O. Box 395
Stuart Florida 34995
glaforge@rubinandrubin.com
guy.rubin@rubin&rubin.com

Smith Hulsey & Busey
Attn: Stephen D. Busey and Jim Bolinng
225 Water Street – Suite 1800
Jacksonville FL 32202
jbolling@smithhulsey.com
busey@smithhulsey.com

                                              FOLEY & LARDNER LLP
                                              /s/ Gardner F. Davis
                                              Gardner F. Davis