**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRIC OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 3:05-bk-03817** |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | *Chapter 11* |
| | ) | |
| **Reorganized Debtors.** | ) | **Jointly Administered** |

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE**

The Creditor below referenced would ask that she be removed from this case and requests all electronic notices be stopped.

Respectfully submitted on behalf of:

Creditor:   Loretta Martin
            ID: 538391
            Claim Number:13771

By:__s/Henry J. Mims_____
    Henry J. Mims (SC #065755)
    The Mims Law Firm
    100 East Poinsett Street
    Greer, SC 29651
    (864)877-0463

November 25, 2009
Greer, South Carolina