**[31805]** [Deficency Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3–350
JACKSONVILLE, FLORIDA 32202
(904)301–6490

November 25, 2009

RICHARD THAMES
50 NORTH LAURA STREET, STE 1600
JACKSONVILLE, FL 32202

In re: WINN–DIXIE STORES                                    Case No. 3:05–bk–03817–JAF
                                                           Chapter 11

    The document filed by you is deficient for the reason noted and must be cured within seven (7) days or the lesser time specifically noted in the deficiency. Failure will result in case being referred for a judicial determination.

    Document: APPEAL COVER SHEET

    You are required to file an appeal cover sheet with your appeal before I can act on it.

                    Lee Ann Bennett, Clerk of Court

                    300 North Hogan Street Suite 3–350
                    Jacksonville, FL 32202

    Copies furnished to:
    Trustee
    United States Trustee