UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1<br>Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Cynthia Henry (Docket No. 22756) was furnished by mail on November 24, 2009, to Cynthia Henry, 540 NW 4th Avenue, Apt. 603, Fort Lauderdale, Florida 33304, Jan P. Oliver, Esq., 1926 Hollywood Blvd., Suite 301, Hollywood, Florida 33020 and Robert Wilcox, Esq., 4190 Belfort Road, Suite 315, Jacksonville, Florida 32216.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680607}