UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Karina Bonnefil (Docket No. 22757) was furnished by mail on November 24, 2009, to Karina Bonnefil, 5060 NW 112 Ct, Doral, Florida 33178, Dennis Schaefer, Esq., Dell & Schaefer Chartered, 2404 Hollywood Blvd., Hollywood, Florida 33020 and Dennis LeVine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680608}