UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Latoya Brown (Docket No. 22758) was furnished by mail on November 24, 2009, to Latoya Brown, 15422 SW 101 Ave., Miami, Florida 33157, Richard A. Bolton, Esq., Bolton & Gross, 801 Northest 167th Street, 2nd Floor, North Miami Beach, Florida 33162-3729 and Robert Wilcox, Esq., Wilcox Law Firm, 4190 Belfort Road, Suite 315, Jacksonville, Florida 32216.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680609}