UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                          )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                               )        Chapter 11
      Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Kenneth Baker (Docket No. 22759) was furnished by mail on November 24, 2009, to Kenneth Baker, 4194 Fenrose Circle, Melbourne, Florida 32940, Nance Cacciatore, 525 N. Harbor City Blvd., Melbourne, Florida 32915 and John Hamilton, Esq., 525 N. Harbor City Blvd., Melbourne, Florida 32915.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By     s/ Leanne McKnight Prendergast
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680610}