UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         )        Chapter 11
      Reorganized Debtors.                 )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Nancy Alesia (Docket No. 22761) was furnished by mail on November 24, 2009, to Nancy Alesia, 12998 Mallory Circle Apt 108, Orlando, Florida 32828, Marc R. Williams, Esq., Johnson & Williams, P.A., 111 North Orange Ave., Suite 1445, Orlando, Florida 32801 and Robert D. Wilcox, Esq., 4190 Belfort Road, Suite 315, Jacksonville, Florida 32216.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By     *s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680614}