UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Sandra Liliana Pena (Docket No. 22762) was furnished by mail on November 24, 2009, to Sandra Liliana Pena, 3700 NW 88th Ave, # 312 Sunrise, Florida 33351, Thomas C. Parisi, Esq., Roselli Building, Suite 600, 3471 North Federal Highway, Fort Lauderdale, Florida 3306 and Robert Wilcox, 4190 Belfort Road, Suite 315, Jacksonville, Florida 32216.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680616}