UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Lisette Josephine Velasquez (Docket No. 22763) was furnished by mail on November 24, 2009, to Lisette Josephine Velasquez, 17856 SW 154th Place, Miami, Florida 33187 and Eyal Berger, Esq., Kluger, Peretz, Kaplan & Berlin, P.L., 201 So. Biscayne Blvd., Miami, Florida 33131.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680617}