UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Isaac Hernandez Cruz (Docket No. 22764) was furnished by mail on November 24, 2009, to Isaac Hernandez Cruz, Calle 3 No. 6 Col./Alce Blanco, Naucalpan, EDO, MEXICO and Dennis Levine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680618}