UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Carmen Gonzalez (Docket No. 22765) was furnished by mail on November 24, 2009, to Carmen Gonzalez, 1536 Brookside Ave, Kissimmee, Florida 34744 and Julio Martinez, Esq., Martinez, Manglardi & Diez-Arguelles, P.A., 903 N. Main Street, Kissimmee, Florida 34744.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By      s/ Leanne McKnight Prendergast
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680620}