UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,                 )     Case No. 05-03817-3F1
                                                       Chapter 11
  Reorganized Debtors.                 )     Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of John Markham (Docket No. 22766) was furnished by mail on November 24, 2009, to John Markham, 1319 Laclede Avenue, #12 Jacksonville, Florida 32205, J. Scott Gunn, Esq., 100 Southeast Third Avenue, Fort Lauderdale, Florida 33394 and Rehan N. Kwawaja, Esq., 817 North Main Street, Jacksonville, Florida 32202.

Dated: December 1, 2009

                SMITH HULSEY & BUSEY

             By  *s/ Leanne McKnight Prendergast*
                Leanne McKnight Prendergast

             Florida Bar Number 59544
             225 Water Street, Suite 1800
             Jacksonville, Florida 32202
             (904) 359-7700
             (904) 359-7708 (facsimile)
             lprendergast@smithhulsey.com

             Counsel for Reorganized Debtors

{00680621}