UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Deandrea Ann King (Docket No. 22767) was furnished by mail on November 24, 2009, to Deandrea Ann King, 34893 Punch Rd., Dade City, Florida 33523 and P. Hutchinson Brock, II, Esq., Johnson, Auvil, Brock & Wilson, P.A., 37837 Meridian Avenue, Suite 314, Dade City, Florida 33525.

Dated: December 1, 2009

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00680622}