UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**STIPULATION REGARDING MAILING AND RECEIPT OF FOURTH OMNIBUS OBJECTION TO TAX CLAIMS AND MOTION FOR ORDER DETERMINING TAX LIABILITIES**

The following Counties: (a) Hinds County, Mississippi, by and through the Board of Supervisors for Hinds County, Mississippi, (b) Jones County, Mississippi, by and through the Board of Supervisors for Jones County, Mississippi, (c) Lauderdale County, Mississippi, by and through the Board of Supervisors for Lauderdale County, Mississippi, (d) Pike County, Mississippi, by and through the Board of Supervisors for Pike County, Mississippi and (e) Rankin County, Mississippi, by and through the Board of Supervisors for Rankin County, Mississippi (the "Counties") are movants in the Certain Mississippi Counties' Motion for Summary Judgment Regarding Contested Matter Seeking Relief from Default Order Determining Tax Liabilities (the "Motion for Summary Judgment"). For purposes of establishing the undisputed facts in connection with the Motion for Summary Judgment, the Counties, respectively to its own County, stipulate that:

1

1.   On July 11, 2006, Debtor mailed a copy of its Fourth Omnibus Objection and Motion for Order Determining Tax Liabilities (the "Fourth Omnibus Objection and Motion"; Docket No. 9133) and its Notice of Hearing (Docket No. 9134) to (a) the Hinds County Tax Collector at its post office address of P.O. Box 1727, Jackson, MS 39215-1727; (b) the Jones County Tax Collector at its post office address of P.O. Box 511, Laurel, MS 39441; (c) the Lauderdale County Tax Collector at its post office address of P.O. Box 5205, Meridian, MS 39302-5205; (d) Pike County Tax Collector at its post office address of P.O. Box 111, Magnolia, MS 39652; (e) Rankin County at its street address of 211 E. Government St., Brandon, MS 39042; each as evidenced by Debtor's Certificate of Service (Docket No. 9154).

2.   Each Tax Collector above received a copy of the Debtors' Fourth Omnibus Objection and Motion and Notice of Hearing at its respective post office address listed above.

3.   Notwithstanding the mailing and receipt of the Fourth Omnibus Objection and Motion and Notice of Hearing as set forth in paragraphs 1 and 2 above, the Counties dispute that they received proper notice of the Debtors' Fourth Omnibus Objection and Motion and Notice of Hearing and nothing herein shall be construed as a stipulation or agreement by the Counties that they received legally sufficient notice.

Dated: November 2, 2009.

| BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC | ROBERT ALTMAN, P.A. |
|---|---|
| | By: |
| /s/ Stephen W. Rosenblatt | /s/   Robert Altman |
| Stephen W. Rosenblatt | |
| Paul M. Ellis | Florida Bar No. 346861 |
| 17th Floor, Regions Bank Plaza | 5256 Silver Lake Drive |
| Jackson, Mississippi 39225-2567 | Palatka, Florida 32177 |
| (601) 948-5711 | (386) 325-4691 |
| (601) 985-4500 (facsimile) | (386) 325-9765 (facsimile) |
| Counsel for Hinds County, Mississippi | Counsel for Hinds County, Mississippi |

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Stipulation Regarding Mailing and Receipt of Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities was furnished to Allan Wulbern, Esquire, as counsel Winn-Dixie Stores, Inc., 225 Water Street, Suite 1800, Jacksonville, Florida 32202 by U.S. first class mail, postage prepaid or electronic filing CM/ECF on December 2, 2009.

**ROBERT ALTMAN, P.A.**

*/S/ Robert Altman*
_____
**Robert Altman, Esquire**