**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | |
| _____ | ) | |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE**
**RECORD ON APPEAL AND STATEMENT OF ISSUES**

*Designation of Items*

Pursuant to Federal Rule of Appellate Procedure 6(b)(2)(B)(i), appellant, Harrison County, Mississippi Tax Collector ("Harrison County"), designates the following items to be included in the record on appeal:

1. Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities [Docket No. 9133];

2. Certificate of Service - Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities [Docket No. 9155];

3. Order on Debtors' (I) Fourth Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities [Docket No. 10162];

4. Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 11294];

5. Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 22546];

6. Order Conditionally Denying Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 22660];

7. Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County entered on October 16, 2009 [Docket No. 22683];

8. Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 22704];

9. Debtors' Response to Harrison County's Motion for Reconsideration of Order Granting Motion to Strike Harrison County's Motion for Relief [Docket No. 22708]; and

10. Order Denying Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 22735].

*Appellant's Statement of Issues to be Presented on Appeal*

1. Whether the bankruptcy court erred in striking Harrison County, Mississippi's Motion for Relief from Order Determining Tax Liabilities due to an alleged failure to comply with discovery obligations.

2. Whether the bankruptcy court erred in striking the Motion for Relief from Order Determining Tax Liabilities as to Harrison County, as such severe sanctions are reserved for instances of repeated, willful and bad faith failure to meet discovery obligations.

**STUTSMAN THAMES & MARKEY, P.A.**

By  */s/ Richard R. Thames*
    Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Harrison County, Mississippi Tax Collector

## Certificate of Service

I hereby certify that, on December 2, 2009, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202 and all parties who have consented to receiving electronic notifications in this case.

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Richard R. Thames*
　　　　　　　　　　　　　　　　　　　　　　　　　　――――――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney

75848