# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# <u>JACKSONVILLE DIVISION</u>

## APPEAL COVER SHEET

| **Appellant:** | **Appellee:** |
|---|---|
| Harrison County, Mississippi Tax Collector | Winn-Dixie Stores, Inc. |
| **Bankruptcy Case No:** 3:05-bk-03817 | |
| **Attorney:** | **Attorney:** |
| Richard R. Thames, Esq.<br>Stutsman Thames & Markey, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, Florida 32202<br>(904) 358-4000 | Allan E. Wulbern, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700 |

## <u>NATURE OF PROCEEDING</u>

[√]  **Appeal pursuant to 28 U.S.C. § 158(a)**
   Notice of Appeal Filed:     11/23/09
   Date of Order Appealed:    11/13/09
   Title of Order Appealed:    (i) Order Denying Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 22735]

[ ]  **Motion to Withdraw Reference**
   Filed:_____ By:_____

[ ]  **Interlocutory Appeal**
   Title of Interlocutory Order or Decree:
   Date of Order or Decree:
   Brief Description of Matter Appealed:

[ ]  **Motion for Leave to Appeal**
   Date Filed:

[ ]  **Other**

[ ]  **Designation in Appeal**
   Have arrangements been made with Court Reporter for Transcript?
   Yes ___ No ___
   If not, do you intend to do so?
   If ordered, on what date?

                                                                 _____
                                                                 **Attorney/Appellant**

70125