# UNITED STATES BANKRUPTCY COURT

**Middle District Of Florida**
*300 North Hogan Street, 3-350*
*Jacksonville, Florida 32202*



In re:
WINN-DIXIE STORES, INC. et al.

In a Chapter 11 Case
Case Number –3-05-bk-3817-3F1

Debtor(s)

**Amended** -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158(a).

Notice of Appeal Filed: 11/23/09

The Party or Parties included in the Appeal to the District Court:

Appellant(s): Harrison County, Mississippi Tax Collector
Attorney: Richard R. Thames, Stutsman Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202 (904-358-4000)

Appellee(s): Winn-Dixie Stores, Inc., et al.
Attorney: Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 (904-359-7700)

**Title and Date of Orders Appealed** - *(i) the Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County [Docket No. 22683] entered on October 16, 2009, and (ii) the Order Denying Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County filed on November 23, 2009*

Items included in transmittal pursuant to F.R.B.P. 8003(b

(X) Notice of Appeal                                   ( ) Any Answers(s)
(X) Designation in Appeal of Appellee and Appellant    ( ) Transcripts
( ) Designation in Cross Appeal                        ( ) Exhibits
(X) Other: Docket — Hand Delivered Due to Voluminous Size, on Disk

Case number(s) of Pending Appeal(s) in this Case: None
County of Residence: Duval    Date December 10, 2009    By: Cathy Perkins

District Court Case Number: 3:09-CV-1211-J-TJC