# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## VISAGENT CORP.'S FACT WITNESS LIST

VISAGENT CORP. hereby files its list of witnesses expected to testify at the trial of this matter:

The witnesses VISAGENT CORP. intends to call at trial are:

1. Thomas J. Barr, individually and/or as Winn-Dixie Corporate Representative
2. Tom Bixby
3. Robert Carlson
4. Steve Carr
5. Steve McLaughlin
6. Ed Mieskoski
7. Daryl Mills
8. Phil Payment
9. I. Mark Rubin
10. Robert J. Warren
12. Records Custodian, Purity Wholesale
13. Records Custodian, Victory Wholesale
14. Records Custodian, Winn-Dixie

The witnesses VISAGENT CORP. may call at trial are:

1. Larry Appell, Esq.
2. Tim Barnhost
3. Steve Barth
4. Mark Blouin
5. Pete Brucken
6. Cindy Calatrava
7. Jodi Chawla
8. Cindy Crossland
9. Nancy Delconglio
10. Linda Dodgen
11. Bob Dufek
12. Jeff Eakin
13. Sally Falconieri
14. Melissa Fowler
15. Baltasar Garaygordobil
16. John Garretson
17. Simon Garwood
18. Kevin Gates
19. Seth Gaynor
20. Glenn Hamilton
21. Robert Handmaker

22. Matthew T. Hanson

23. Susan Havill

24. Kyle Henderson

25. Bob Hopkins

26. Robert Horick

27. Hank Van Joslin

28. Dick Judd

29. David A. Kantor

30. Jean Kaszanits

31. Lisa Keller

32. Gary Klingerman

33. Mike Kresser

34. Dan LaFever

35. Sharon Lane

36. Mathew Laney

37. Matthew Larsen

38. Frank Lazaran

39. Barb Luczyinski

40. Rone Luczyinski

41. Peter L. Lynch

42. Fred MacDowell

43. Bruce Malcolm

44. Scott Mattis

45. Doug Milne
46. Patricia Mitchell
47. Mike Nixon
48. Phillip Norris
49. Jeff Nykerk
50. Douglas O'Brien
51. Sal Ricciardi
52. Donna Shami
53. John Sheehan
54. Mark Slater
55. Nicole Stefanov
56. Tom Stevelt
57. David Stevend
58. Angie Tang
59. John Tarr
60. Tom Townsend
61. Bob Trader
62. Phillip Trickey
63. Claudia Villareal
64. Kirk Watts
65. Mike Webb
66. Heather Wilson
67. Chris Wilson

68.  Les Wulfert

69.  Melissa Yon

Impeachment and rebuttal witnesses, as necessary.

Any and all witness listed by any of the Defendants.

Any and all persons listed in any answers to Interrogatories.

Any and all persons whose depositions have been, or will be, taken in this matter.

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail to Smith Hulsey & Busey, Stephen D. Busey, Esq., 225 Water Street, Suite 1800, Jacksonville, FL 32202, counsel for the Debtor this 10th day of December, 2009.

GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Counsel for Visagent Corp.