**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |

_____

**NOTICE OF OMNIBUS HEARING SCHEDULE**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Court has scheduled omnibus hearings in these cases on the following dates:

1. Wednesday, January 27, 2010 @ 1:30 p.m.;

2. Wednesday, February 24, 2010 @ 1:30 p.m.;

3. Wednesday, March 31, 2010 @ 1:30 p.m.;

4. Wednesday, April 28, 2010 @ 1:30 p.m.;

5. Wednesday, May 26, 2010 @ 1:30 p.m.; and

6. Wednesday, June 30, 2010 @ 1:30 p.m.

Any interested party who wants a motion heard by the Court at one of these hearings must comply with the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings

(Docket No. 254) as well as this Court's Amended Initial Order upon Transfer of Venue

(Docket No. 762).

Dated:  December 10, 2009

SMITH HULSEY & BUSEY


By    *s/ Cynthia C. Jackson*
      Stephen D. Busey
      James H. Post
      Cynthia C. Jackson (FBN 498882)

225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

00681627