**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**<u>JACKSONVILLE DIVISION</u>**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**<u>WINN-DIXIE'S WITNESS LIST</u>**
**<u>FOR FEBRUARY 8, 2010 TRIAL ON VISAGENT'S CLAIM</u>**

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), pursuant to the Court's Consent Order Scheduling Trial, entered August 20, 2009 (para. 2(a)), lists below Winn-Dixie's witnesses for the trial scheduled for February 8, 2010 on Visagent Corporation's claim (liability only).

1. Winn-Dixie intends to call the following witnesses:

| **<u>Witness</u>** | **<u>Address</u>** |
|---|---|
| Tom Barr | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Derrick Bryant | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |

| **Witness** | **Address** |
|---|---|
| Bob Carlson | Victory Wholesale Group<br>400 Victory Drive<br>Springboro, OH 45066 |
| Bob Dufek | 12746 Shinnecock Court<br>Jacksonville, FL 32225 |
| Kevin Gates | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Seth Gaynor | PepsiCo, Inc<br>700 Anderson Hill Road<br>Purchase, NY 10577 |
| Robert Handmaker | Cruisers Grill<br>319 23rd Ave. S.<br>Jacksonville Beach, FL 32250 |
| Dick Judd | Beall's, Inc.<br>1806 38th Ave East<br>Bradenton, FL 34208 |
| Eileen Kraemer (expert) | Department of Computer Science<br>University of Georgia<br>415 GSRC<br>Athens, GA 30602-7404 |
| Mike Kresser | Victory Wholesale Group<br>400 Victory Drive<br>Springboro, OH 45066 |
| Bruce Malcolm | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Ed Mieskoski | 4708 Daisy Leaf Dr.<br>Keller, TX 76248-6428 |

| **Witness** | **Address** |
|---|---|
| Daryl Mills | 10211 Walnut Bend North<br>Jacksonville, FL 32257 |
| Patricia Mitchell | 4995 E Lake Pl<br>Littleton, CO 80121-3302 |
| Philip Payment | H A C Inc<br>12508 N May Ave<br>Oklahoma City, OK 73120 |
| Rob Post | Apollo Trading<br>PO Box 812379<br>Boca Raton, FL 33433 |
| Steven Rabb | Volume Inc.<br>PO Box 409<br>Sharon, Massachusetts 02067 |
| Robert Thomas (expert) | Suddath Transportation Services<br>P.O. Box 10489<br>Jacksonville, FL 32247 |
| Bob Trader | C&S Wholesale Grocers<br>7 Corporate Drive<br>Keene, NH 03431 |
| Eric Wieda | 20815 Soneto Dr<br>Boca Raton, FL  33433 |
| Les Wulfert | 3000 Blackfoot Court<br>St. Johns, FL  32259 |

2. Winn-Dixie may call the following witnesses:

| **Witness** | **Address** |
|---|---|
| Denise Brymer | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Deborah Kilosky | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Gary Klingerman | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Dan Lafever | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Dorothy Lamore | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Fred MacDowell | 6030 Zinfandel Drive<br>Suwanee, Georgia 30024 |
| Debby Wade | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |
| Chris Wilson | North Carolina Department of Justice<br>PO Box 629<br>Raleigh, NC 27602-0629 |
| Bev Yoap | Winn-Dixie Stores, Inc.<br>5050 Edgewood Court<br>Jacksonville, FL 32254 |

3. Winn-Dixie may call the following witnesses by live testimony, deposition testimony or both (in addition to the deposition testimony of the witnesses identified above):

> Tom Bixby
> Simon Garwood
> Rone Luczynski
> Mark Rubin
> Mark Slater
> Robert Warren
> Visagent Corporation

4. Winn-Dixie may call witnesses on Visagent's witness list.

SMITH HULSEY & BUSEY

By  */s/ Timothy R. Buskirk*
       Stephen D. Busey
       James A. Bolling
       Timothy R. Buskirk

Florida Bar Number 058314
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
tbuskirk@smithhulsey.com

Attorneys for Winn-Dixie

## Certificate of Service

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 10th day of December, 2009.

                                                             */s/ Timothy R. Buskirk*
                                                                Attorney

680675.1