# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## PART I — PURCHASE ORDER FOR TRANSCRIPT

Bankruptcy Case Number: **3:05-bk-03817-JAF**     Adversary Case No.: _____

Court Reporter: **Statewide Reporting Service**

Date of Notice of Appeal filed: **11/23/2009**

Name of Opposing Party: **Harrison County, MS Tax Collector.**

Name of Counsel: **Smith Hulsey & Busey (c/o Allan E. Wulbern)**
(Firm, or individual if no firm)

Address: **225 Water Street, Suite 1800**

**Jacksonville, Florida 32202**

Check one of the following:

- [ ] Transcript unnecessary for appeal purpose.
- [ ] Transcript is already on file in Clerk's Office.
- [✓] Request is hereby made to court reporter named above for a transcript of the following procedure(s). (*List date and type of hearing*)

Hearing on the Debtors' Motion to Strike Harrison Countys Motion for Relief from Order Determining Tax Liabilities (Docket No. 22546 ) held on 9/24/2009.

I personally guarantee payment of the cost of the transcript. Please notify me of any deposit required or bill me in accordance with your usual requirements.

Telephone: **904-359-7700**     Name: *[signature]*

Date: **12/11/2009**     Attorney for: **Winn-Dixie Stores, Inc.**

## PART II — REPORTER'S ACKNOWLEDGEMENT

The following transcript order was received on: _____

Satisfactory arrangements [ ] have   [ ] have not been made for payment of the transcript cost.

No. of trial/hearing days ____   Estimated no. of pages ____   Estimated completion date ____

If enlargement of time for filing is requested and transcript cannot be completed within 30 days from receipt of transcript order, please state time required and reasons on separate page.

Date: _____     Signature: _____

COPIES TO:   ORIGINAL TO REQUESTOR   -   COURT REPORTER   -   COURT