UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**APPELLEES' AMENDED CROSS DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES[1]**

Appellees, Winn-Dixie Stores, Inc. and its subsidiaries and affiliates in the above captioned cases, as reorganized debtors and debtors-in-possession (collectively, "Winn-Dixie"), pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, designate the following additional items to be included in the record on Harrison County, Mississippi Tax Collector's appeal from (i) the Court's Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County (Docket No. 22683) and (ii) the Court's Order Denying Motion for Reconsideration of Order Granting Reorganized Debtors' Motion to Strike Motion for Relief from Order Determining Tax Liabilities as to Harrison County (Docket No. 22735):

---

[1] The Appellees' cross-designation is amended to include the transcript of the September 24, 2009 hearing on the Debtors' Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities, a copy of which has been requested from the Court Reporter.

**Appellees' Cross Designation of Items to be Included on Record on Appeal**

| Debtor: Winn-Dixie Stores, Inc. | |
|---|---|
| Case Number: 05-03817-3F1 | |
| **Docket No.** | **Pleading** |
| 22555 | Notice of Hearing re Debtors' Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities (Docket No. 22546 ) |
| 22681 | Memorandum of Law in Support of Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities |
| 22614 | Amended Notice of Hearing re Debtors' Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities (Docket No. 22546 ) |
| 22668 | Affidavit of Allan E. Wulbern (Docket No. 11294, 22546 and 22660) |
| N/A | Transcript of the hearing on the Debtors' Motion to Strike Harrison County's Motion for Relief from Order Determining Tax Liabilities held on September 24, 2009 |

Dated:  December 11, 2009

                SMITH HULSEY & BUSEY


                By:   */s/ Allan E. Wulbern*
                     Stephen D. Busey
                     Allan E. Wulbern

                Florida Bar Number 175511
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                awulbern@smithhulsey.com

                Attorneys for the Appellees

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Robert A. Heekin, Jr., Esq., Stutsman, Thames and Markey, 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202 and all parties in interest entitled to receive such notification this 11th day of December 2009.

                                                     /s/ *Allan E. Wulbern*
                                                           Attorney

00681511.DOC