**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    Case No.  05-03817-3F1
                                           )
WINN-DIXIE STORES, INC., et al.,           Chapter 11
                                           )
        Reorganized Debtors.               Jointly Administered
—————————————————— )

**WINN-DIXIE'S CERTIFICATE OF NECESSITY**
**FOR EXPEDITED HEARING ON WINN-DIXIE'S**
**MOTION TO LIMIT VISAGENT'S WITNESS LIST**

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), pursuant to Local Bankruptcy Rule 9004-2(d), requests an expedited hearing on Winn-Dixie's motion to limit Visagent's witness list, and says:

1.      Winn-Dixie and Visagent served their respective witness lists two working days ago on December 10.  Visagent listed 57 witnesses that are not on Winn-Dixie's witness list.

2.      Winn-Dixie has not deposed the majority of Visagent's witnesses because Visagent had not previously disclosed them.

3.      If the Court does not limit the number of Visagent's witnesses, Winn-Dixie would be prejudiced because Winn-Dixie cannot depose Visagent's witnesses within the next month and a half.  The discovery cut off date is January 29 (ten days before the February 8 trial).

SMITH HULSEY & BUSEY


By  */s/ Timothy R. Buskirk*
        Stephen D. Busey
        James A. Bolling
        Timothy R. Buskirk

Florida Bar Number 058314
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
tbuskirk@smithhulsey.com

Attorneys for Winn-Dixie

## **Certificate of Service**

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 14th day of December, 2009.

_/s/ Timothy R. Buskirk_
Attorney

682955