## Guy Rubin

**From:** James A. Bolling [jbolling@smithhulsey.com]
**Sent:** Friday, December 11, 2009 5:07 PM
**To:** Guy Rubin
**Cc:** Gladys LaForge
**Subject:** RE: In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Guy:
I don't see how we will be able to schedule the depositions of our experts within the next two weeks.  Next week is awful soon and the week after next includes Christmas.  Since we each have a number of depositions we wish to take, we suggest that we collectively coordinate depositions for two weeks in early January, maybe the weeks of January 4 and 11.  I can try and clear our schedules to accommodate the depositions.
Please let me know if you agree.
Thanks,
Jim
359-7719

---

**From:** Guy Rubin [mailto:grubin@rubinandrubin.com]
**Sent:** Thursday, December 10, 2009 7:03 PM
**To:** James A. Bolling
**Cc:** Gladys LaForge
**Subject:** RE: In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Jim,

Given the fact that you have elected to make your expert disclosures on the very last day permitted under the trial order, coupled with the upcoming holidays, we will need you to immediately provide available deposition dates for your experts to take place in the next two weeks.  Please advise as soon as possible.


From the desk of:

Guy Bennett Rubin, Esq.
Rubin & Rubin, Attorneys and Counselors
110 S.W. Atlanta Ave.
Stuart, Florida 34994
772.283.2004
772.283.2009 fax
grubin@rubinandrubin.com

This message was intended for a specific recipient and may contain privileged and confidential information, protected under state and federal law.  If you received this message in error, or are not an intended recipient,

12/15/2009

please delete this message and contact my office advising of the inadvertent disclosure.  Thank you.

> **From:** James A. Bolling [mailto:jbolling@smithhulsey.com]
> **Sent:** Thursday, December 10, 2009 6:53 PM
> **To:** Guy Rubin
> **Cc:** Gladys LaForge
> **Subject:** In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11
>
> Guy:
> Attached is Winn-Dixie's expert disclosure with the bodies of the expert reports of Prof. Kraemer and Mr. Thomas.  The reports have extensive attachments, which we are mailing to you along with hard copies of the attachments.
> Jim
> (904) 359-7719

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.


The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.


The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.