## REPORT

I submit the following report regarding my opinions in the case of *In re Winn-Dixie Stores, Inc., et al.*; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11:

I. <u>Opinions</u>.

    A. The terms "a full truckload" and "truckload" mean the same thing in the shipping industry: a quantity of goods that fully or nearly fully fill, by weight or volume, a 48' or 53' trailer on a truck.

    B. The term "less than truckload" in the shipping industry means a quantity of goods that is less than a truckload.

    C. If two or more "less than truckload" shipments are placed on a truck so that the truck is full, but the "less than truckload" shipments are destined for different locations, then each of the shipments is still a "less than truckload" shipment even though the truck is full.

II. <u>Bases and reasons for opinion</u>. The bases and reasons for my opinions include:

    A. My experience in the shipping industry.

    B. The attached definitions.

III. <u>Exhibits</u>. The documents described above.

IV. <u>Qualifications</u>. See my attached resume. I have not authored any publications in the last ten years.

2

V.   <u>Other cases</u>. I have not testified before as an expert witness.

VI.  <u>Compensation</u>. Winn-Dixie has agreed to compensate me in accordance with the attached letter dated December 7, 2009.

_____
Robert Thomas

Date: 12/10/09