REPORT

I submit the following report regarding my opinions in the case: <u>In re Winn-Dixie Stores, Inc., et al.</u>; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3-F1, Chapter 11:

I.   Opinion

Standard facsimile (Fax) transmissions do not occur through the "Internet or similar electronic means." Rather, standard fax transmissions occur through the Public Switched Telephone Network (PSTN).

II.   Bases and Reasons for Opinion

The term Internet is defined as "an interconnected system of networks that connects computers around the world via the TCP/IP protocol" [West98]. TCP/IP (Transmission Control Protocol/Internet Protocol) is also known as the standard Internet Protocol Suite [IETF:RFC791, IETF:RFC793]. Internet Protocol is designed for use in interconnected systems of *packet-switched* computer communication networks [IETF:RFC791]. Thus, the defining hallmarks of technologies that may be thought of as "Internet or similar electronic means" are that they 1) occur across an interconnected system of packet-switched communication networks, and 2) rely on the use of the standard protocols in the Internet Protocol Suite.

The transmissions at issue in this case occurred between June 2001 and June 2004, used a standard (G3) Fax transceiver (a Fax machine), and do not meet the above definition, in that such standard Fax transmissions:

1) Are designed to take place over the public switched telephone network (PSTN), the network of the world's public *circuit-switched telephone networks*, originally a network of fixed-line analog telephone systems. The Internet, on the other hand, is the network of the world's public *IP-based packet-switched networks*.

2) Do not employ the standard protocols of the Internet Protocol Suite [ITU:T.30].

Table 1 - Critical differences between Internet and Fax technologies

|  | Fax technology | Internet Technology |
|---|---|---|
| **Network** | A **circuit-switched** network, the public switched telephone network (PSTN) | A store-and-forward, **packet-switched** network |
| **Internet Protocol** | No | Yes |
| **Addressing** | E.163/E.164 addresses (telephone numbers) | IP address (e.g., 128.192.4.3), host name (e.g., ex.cs.uga.edu), or web address (e.g., http://www.ex.com:8080) |
| **Standards body** | (ITU-T), the International Telecommunications Union – Telecommunications Standardization Sector | (IETF), the Internet Engineering Task Force |

The distinction between Fax technology and Internet technology is further supported by the following observations, summarized in Table 1:

3) Fax technology uses *E.163/E.164 addresses*, more commonly known as telephone numbers, for addressing. Conversely, Internet-based communications use an IP address, host name (which converts to an IP address), or web address (which converts to an IP address and port number).

4) Internet technology and Telephone/Fax technologies are overseen by different standards organizations. The standards and specifications for Internet technology are overseen by the IETF (Internet Engineering Task Force). In contrast, the standards and specifications for telephone networks are overseen by the International Telecommunications Union (ITU-T, formerly CCC-IT), an arm of the United Nations that oversees telephone-based technology. Fax technologies are telephone network-based, rather than Internet-based, and are thus overseen by the ITU rather than the IETF.

The Internet Engineering Task Force (IETF) is the principal body engaged in the development of new Internet standard specifications. As such, the IETF identifies and proposes solutions to pressing operational and technical problems in the Internet and makes recommendations to the Internet Engineering Steering Group (IESG) regarding the standardization of protocols.

Documents issued by the IETF are known as "Requests for Comment" or RFCs, each of which is designated by an RFC number. Once published, an RFC never changes. Modifications to an original RFC are assigned a new RFC number. Six types of RFCs exist: Proposed standards, Draft standards, and Internet standards

(sometimes called "full standards"), as well as Informational documents, Experimental protocols, and Historic documents. Only the first three (proposed, draft, and full) are standards within the IETF. Standards "begin life" as Internet Drafts (not yet an RFC) and progress through the Proposed Standard phase to the Draft Standard phase as separate RFCs. Important specifications eventually become Internet Standards, as yet another RFC. Exhibit A contains a list of Internet protocols and RFCs for representative Internet-based technologies.

ITU is the primary United Nations agency for information and communication technology issues. ITU coordinates the shared global use of the radio spectrum, promotes international cooperation in assigning satellite orbits, and is involved in establishing worldwide standards for communication systems. ITU-T is the Telecommunications Standardization Sector of ITU. The standards documents produced by ITU-T are known as Recommendations (ITU-T Recs). Exhibit B contains selected portions of ITU standards T.2 - T.4, T.30, T.37, and T.38, which comprise the essential Fax standards.

III. <u>Clarification of Potential Misconceptions</u>

    a) <u>Clarification of the role of Internet Fax and Fax-over-IP (FoIP) in the Winn-Dixie/Visagent Matter</u>

Although Internet-based Fax was not in common use at the time of the Winn-Dixie/Visagent agreement, some initial development of standards had begun, and both the IETF and ITU-T had begun to formulate specifications. An Internet Engineering Task Force Request for Comment [IETF:RFC2305] titled "A Simple

4

Mode of Facsimile Using Internet Mail" was issued as a Proposed Standard in March of 1998. In this RFC, an "IFax device" is defined as an Internet-accessible device capable of sending, receiving or forwarding Internet faxes. A message can be sent to an IFax device using an Internet mail address[IETF:RFC2305]. In contrast, a facsimile-capable device using T.4 [ITU:T.4] and the public switched telephone network (PSTN), is defined as a "G3Fax device". The conventions specified in [IETF:RFC2305] were designed to allow IFax devices to send images to other IFax devices and also to Internet-native systems, such as PCs with common email readers that can handle MIME mail and TIFF for Facsimile data. The specification of RFC2305 also provided for communication from Internet mail to an "Offramp gateway" (an offramp from the Internet to the PSTN), which would receive the document and forward it, using standard Fax technology over the PSTN, to a G3Fax. Revisions to this RFC were issued after the date of the Winn-Dixie/Visagent agreement in 2002 (draft-ietf-fax-service00 through 04)[RFC-editor]. The minutes of the FAX working group at the IETF-56 meeting in March of 2003 indicate that the proposal was still in revision at that time. RFC2305 was obsoleted with the issuance of RFC 3965 as a Draft Standard in December 2004[IETF:RFC3965].

An ITU-T Recommendation, titled "Procedures for the transfer of facsimile data via store-and-forward on the Internet" [ITU:T.37] was issued in June of 1998, and amended in September of 1999, March of 2001, and November of 2002. This document describes the technical features necessary for the Store-and-Forward 'Simple' mode of operation of facsimile document transmission via Internet Mail. The T.37 documents references the IETF RFC 2305 and describes the transfer of

image data as in RFC2305, and specifies that Internet mail addressing is used to specify the addresses of sending and receiving terminals.

The label on the Fax machine in use by Winn-Dixie during the term of the service agreement shows that it is a Canon H12204, which is a Canon Laser Fax 1060P, manufactured in February 2002. The specifications page of the User Guide for the device (Exhibit H) indicates that this is a Super-G3 device, designed to work on the Public Switched Telephone Network. I understand that other Fax machines used by Winn-Dixie during this time were also either G3 or Super-G3 devices. Super-G3 and G3 devices differ in that G3 devices communicate at a rate of 28800 Kbit/s while Super-G3 devices are capable of transmitting at 33600 Kbit/s when communicating with another Super-G3 device. That is, this device is designed for standard Fax transmissions, is not IFax/T.37-compliant, and is thus not capable of sending or receiving Internet Fax documents.

A later technology, known as Fax-over-IP (FoIP) is described in "Real-time Facsimile (T.38) – image/t38 MIME Sub-type Registration" [IETF:RFC3362], a Proposed Standard issued in August 2002 and in "Procedures for real-time Group 3 facsimile communication over IP networks" [ITU:T.38], first issued in June of 1998 and then superseded by editions 2 through 5 of the document between 2002 and 2007. In this approach to transmission of facsimile data, users attempt to make use of the Voice-over-IP (VoIP) facilities to carry Fax transmissions. VoIP systems are optimized for voice rather than data calls and employ lossy compressions algorithms (they lose data). As a result, conventional fax machines work poorly or not at all on VoIP systems due to network impairments such as delay, jitter, and

packet loss. The typical scenario in which T.38 might be used today is through T.38 Fax relay, in which a T.30 (standard) Fax device sends a fax over the PSTN to a T.38 Fax gateway, which converts or encapsulates the T.30 protocol into a T.38 data stream. The data stream is then sent either to a T.38 enabled end point such as fax machine or fax server or another T.38 Gateway that converts it back to PSTN or analog signal and delivers the fax to another T.30 (standard Fax) device.

In summary:

1) The machine used by Winn-Dixie is a facsimile-capable device using T.4 [ITU:T.4] and the public switched telephone network (PSTN); it is a G3Fax device. Thus, it is not capable of sending or receiving Internet-based Fax transmissions. Rather, it receives only standard Fax transmissions, through the PSTN.

2) It is my understanding that Winn-Dixie did not subscribe to an Off-ramp (or On-ramp) gateway service through which Internet-based Fax transmissions could have been received (or sent), nor was this technology in common use at the time of the agreement. Further, Winn-Dixie did not employ a VoIP (Voice-over-IP) adapter to attempt FoIP (Fax-over-IP).

  b) <u>Role of telephone system in dial-up, and DSL access to the Internet</u>

Dial-up access is a form of Internet access that uses telephone lines [Cisco]. A modem (modulator-demodulator) is used to send digital data (encoded as 0s and 1s) over a phone line to an Internet Service Provider's (ISP) node, establishing a modem-to-modem link. Thus, dial-up service acts as a specialized type of telephone call, in which the tones transmitted over the standard telephone line are decoded at

the receiving end (the Internet Service Provider) and interpreted as Internet Protocol (IP) packets which are then directed to the Internet through the ISP's connection. In the same way, IP packets destined for the dial-up user that arrive at the Internet Service Provider from the Internet are encoded as tones and transmitted over the standard telephone line and interpreted at the user's end.

DSL (Digital Subscriber Line) service differs from a dial-up line in that it makes use of the same twisted pair copper wires as a regular telephone line, but does not take the form of a telephone call. Voice calls make use of a frequency range of 0 to 3,400 Hertz. However, the telephone wires are able to handle frequencies of up to several million Hertz. DSL makes use of this unused bandwidth to carry data, with separate channels for upstream and downstream communication. Thus, users of DSL are able to use the telephone while connected to their ISP. At the DSL Service Provider the voice communications enter the PSTN, while the digital data communications enter a DSL Access Multiplexer, which forwards data to and from the Internet through the DSL Service Provider's Internet connection.

Summary: While telephone lines may be used to carry Internet data from a user's computer to an Internet or DSL Service Provider, standard telephone communication occurs through the circuit-switched PSTN, while the routing of IP packets occurs through a store-and-forward packet-switched network, the Internet. Fax transmissions do not employ Internet Protocol, are a specialized type of telephone call, and occur through the circuit-switched PSTN, rather than through the packet-switched Internet.

IV.     <u>Winn-Dixie's Diverting System</u>

I have read the document entitled "Explanation of Winn-Dixie's Diverting System" (Exhibit E), which describes an "Identification Process" and a "Decision and Transaction Process". While the Identification Process employed FTP, an Internet protocol, the Decision and Transaction Process made no use of Internet or similar electronic means.

V.      <u>Technologies that *are* "Internet or similar electronic means"</u>

At the time of the service agreement, a number of Internet and Internet-related technologies existed or had been proposed. These include not only TCP/IP, the definitive Internet Protocol Suite, but also FTP (File Transfer Protocol, SMTP (Simple Mail Transfer Protocol, commonly known as e-mail), and HTTP (Hypertext Transfer Protocol), which all exist as application layers in a protocol stack built on TCP/IP. Thus, each of these technologies may be considered "Internet or similar electronic means." Additional technologies that meet this definition include the following:

   a) <u>IP(v6)</u>

Internet Protocol version 6 (IPv6) is the designated successor to IPv4 (known commonly as IP or Internet Protocol). IPv6 is an Internet Layer protocol for packet-switched networks, defined in December 1998 by the IETF as an Internet standard specification [IETF:RFC2460]. IPv6 differs from IPv4 in that it has a much larger address space, and implements new features that simplify aspects of address assignment and network renumbering when changing Internet connectivity

9

providers. Defined by the IETF and employing packet-switching, IPv6 is considered "Internet or similar electronic means."

b) <u>Internet2</u>

Internet2 is an advanced networking consortium and high-speed academic research network led by the research and education community[I2]. The Internet2 Network is a next-generation Internet Protocol and optical network designed to meet high-performance demands from research and education, and provides a secure network testing and research environment. Thus, while Internet2 is not synonymous with the Internet, Internet2 employs Internet Protocol and packet switching and is considered "Internet or similar electronic means."

c) <u>B2B and E-commerce Technologies</u>

As described in the Winn-Dixie/Visagent agreement, Visagent "is in the business of providing services including but not limited to the facilitation of ecommerce business-to-business transactions....". Various technologies related to such business-to-business (B2B) transactions may be considered to be "Internet or similar electronic means." These technologies include EDI, company websites, B2B hubs, e-procurement systems, and web services [Albrecht2005].

EDI, Electronic Data Interchange, is defined as the computer-to-computer exchange of structured information, by agreed message standards, from one computer application to another by electronic means and with a minimum of human intervention. EDI uses standard formats that facilitate transactions. The transmission of EDI data may occur over the Internet, or may be accomplished without Internet involvement. For example, one business may generate a CD

10

containing transaction data structured using EDI standard formats, and then mail that CD to a trading partner.

The World Wide Web (WWW), also known as "the Web" enables businesses to share documents across a generalized, global network. Sellers are able to publish company and product information via their web sites, and search engines assist buyers in finding and analyzing this information. Computers participating in the World Wide Web make use of the Hypertext Transfer Protocol (HTTP), a layer in a stack of protocols that includes Internet Protocol. Thus, WWW is considered "Internet or similar electronic means."

Other Internet-based B2B technologies include B2B Hubs, e-procurement systems, and Web Services. B2B Hubs are electronic market places that play the role of digital intermediaries [Bailey1997, Bakos1997], facilitating product and information exchange and supporting product search, initial contact, negotiation, and settlement[Bakos1997, Bakos1998]. Typically, Hubs offer their own catalogs or link to the product catalog of sellers, thereby providing indexing services [Baron2000]. The underlying technology supporting such hubs typically involves the use of a Hub-specific web client, enabled through a web browser [Albrecht2005]. Thus, such B2B Hubs would be considered "Internet or similar electronic means."

VI.   Background Documents, References, and Other Documents
    A. Internet Engineering Task Force (IETF) documents
    B. International Telecommunications Union (ITU-T) documents

    C. Internet technology: brief history and description

    D. Fax technology: brief history and description

    E. Explanation of Winn-Dixie's Diverting System

    F. Service Agreement

    G. Excerpts from Mark Rubin's deposition testimony

    H. Fax machine label and excerpts from user guide

    I. References

    J. Resume

    K. Letter outlining compensation agreement

VII. **Exhibits**

I will use the documents described in Section VI above as exhibits.

VIII. **Qualifications**

See my attached resume (Exhibit J), which includes my publications during the past ten years.

IX. **Compensation**

See attached letter (Exhibit K), dated August 31, 2009.

X. **Other cases**

I have not previously testified as an expert witness.

*[signature]*

Eileen T. Kraemer, PhD

Date: 12/9/09