# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

**WINN-DIXIE STORES, INC.,**

<u>**Debtor(s)**</u>

## ORDER STRIKING VISAGENT'S EMERGENCY MOTION FOR EXTENSION OF TIME TO SUBMIT REBUTTAL EXPERT REPORTS

The Court finds that the Emergency Motion for Extension of Time to Submit Rebuttal Expert Reports filed by Guy Rubin on behalf of Visagent Corporation on December 15, 2009, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

That the Emergency Motion for Extension of Time to Submit Rebuttal Expert Reports filed by Guy Rubin on behalf of Visagent Corporation on December 15, 2009 is stricken from the record.

**DATED December 16, 2009**, at Jacksonville, Florida.

Jerry A. Funk
**United States Bankruptcy Judge**

Copies to:
Attorney for Debtor
Guy Bennett Rubin, Attorney for Visagent, P.O. Box 395, Stuart, FL 34995
Gladys C. LaForge, P.O. Box 395, Stuart, FL 34995