**Guy Rubin**

| | |
|---|---|
| **From:** | James A. Bolling [jbolling@smithhulsey.com] |
| **Sent:** | Thursday, December 10, 2009 6:53 PM |
| **To:** | Guy Rubin |
| **Cc:** | Gladys LaForge |
| **Subject:** | In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11 |
| **Attachments:** | thomas expert report winn-dixie visagent (00682727).PDF$; kraemer expert report winn-dixie visagent (00682728).PDF$; winn-dixie expert disclosure visagent 12-10-09 (00682726).PDF$ |

Guy:
Attached is Winn-Dixie's expert disclosure with the bodies of the expert reports of Prof. Kraemer and Mr. Thomas. The reports have extensive attachments, which we are mailing to you along with hard copies of the attachments.
Jim
(904) 359-7719

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

12/15/2009