UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    CASE NO. 05-03817-3F1

**WINN DIXIE STORES, INC., et al,**                    Chapter 11

             Debtors.                                              Jointly Administered
_____/

## MOTION FOR RELIEF FROM ORDER ON MOTION BY NANCY M. LEE TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

    Claimant, **NANCY M. LEE**, moves the Court to grant her relief from it's Order dated March 19, 2009 and entitled Order on Motion by Nancy M. Lee to Enlarge Time To File Application For Administrative Expense Claim and states:

    1.  On or about March 19, 2009, Nancy M. Lee filed a Motion to Enlarge Time To File Application for Administrative Expense Claim.

    2.  Claimant is an individual who was injured in a Winn Dixie store in Cantonment, Florida on October 16, 2005. This is a post petition injury and required to be filed as a Administrative Claim.

    3.  Claimant did not timely file an application for administrative expense, but thereafter filed a motion to enlarge the time to file application for administrative expense. [Docket no. 20403]

    4. Thereafter, a Notice of Case Management Conference was filed and served upon the attorney for claimant by electronic mail. [Docket no. 22128]

    5. Although this electronic mail was received by the attorney for claimant, the attorney for claimant overlooked the notice and did not calendar the Notice of Case

0

Management Conference, nor discovered the subsequent order entered on March 19, 2009.

6.  The attorney for claimant receives routine Winn Dixie notices in his e-mail but the is a large volume each day, including 28 the day this notice was sent., This particular notice, directed to movant, was overlooked.

7. The person in charge of maintaining the docked Bankruptcy cases who was employed with the firm at that time, is no longer employed with the firm.

8.  The failure to properly docket the Notice of Case Management Conference was a result of excusable neglect, and the claimant is entitled to relief from the order entered on March 19, 2009.

WHEREFORE, Claimant, Nancy M. Lee, moves the court for relief from the Order on Motion by Nancy M. Lee to File Application for Administrative Expense Claim.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been forwarded to Leeanne McKnight Prendergast, attorney, 225 Water Street, Suite 1800, Jacksonville, FL 32202 this  __16th__  day of December, 2009.

  /s/ Edward P. Jackson
EDWARD P. JACKSON
255 N. Liberty Street, First Floor
Jacksonville, FL 32202
(904) 358-1952 VOICE
(904) 358-1288 FAX
Florida Bar #286648