UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**<u>TO BE HELD ON DECEMBER 17, 2009</u>**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on December 17, 2009 at 1:30 p.m.:

**<u>Contested Matters</u>**

1.  *Debtors' Objection to Claim No. 1158 filed by the City of Hillview (Docket No. 22750) (Tax Matter)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

2.      *Debtors' Objection to the Administrative Claim filed by the Tax*
        *Collector for the City of Westwego (Docket No. 22751) (Tax Matter)*

Response Deadline:  Expired.

Responses:          Tax Collector, City of Westwego (Docket
                    No. 22776).

Status:             The Reorganized Debtors and the Movant
                    have agreed to continue the hearing on the
                    Objection to January 27, 2010.


3.      *Debtors' Objection to the Administrative Claim of Denise Vickers*
        *(Docket No. 22740) (Statute of Limitations Defense)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed
                    with the hearing on the Objection.


4.      *Debtors' Objection to the Administrative Claim of Robert Scalco*
        *(Docket No. 22741) (Statute of Limitations Defense)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed
                    with the hearing on the Objection.

5.    *Debtors' Objection to the Administrative Claim of Raymond Stocklin (Docket No. 22742) (Statute of Limitations Defense)*

      Response Deadline:  Expired.

      Responses:          None.

      Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

6.    *Debtors' Objection to the Administrative Claim of Barbara Clayton (Docket No. 22743) (Statute of Limitations Defense)*

      Response Deadline:  Expired.

      Responses:          None.

      Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

7.    *Debtors' Objection to the Administrative Claim of Eugene Keir (Docket No. 22744 ) (Statute of Limitations Defense)*

      Response Deadline:  Expired.

      Responses:          None.

      Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

8.      *Debtors' Objection to the Administrative Claim of Angela Davis (Docket No. 22745) (Statute of Limitations Defense)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


9.      *Debtors' Objection to the Administrative Claim of Lourdes Rios (Docket No. 22746) (Statute of Limitations Defense)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


10.     *Debtors' Objection to the Administrative Claim of Keuna Smith (Docket No. 22747) (Statute of Limitations Defense)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

11.     *Debtors' Omnibus Objection to Unresolved Litigation Claims as it relates to the Claim filed by Ernest Allen (Claim No. 12768) (Docket No. 8702) (Late Filed Claim)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


12.     *Debtors' Eleventh Omnibus Objection to Administrative Claims Which Have Been Settled, Released or Abandoned and Notice of Hearing (Docket No.-22749) (Late Filed Claim)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: December 16, 2009

SMITH HULSEY & BUSEY


By *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00674980