**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,                     Case No.:  3:05-bk-03817-JAF

    Debtors.                                                        Chapter 11

                                                       /            Jointly Administered

**NOTICE OF WITHDRAWAL FROM CASE AND**
**REQUEST TO STOP ELECTRONIC NOTICE**

The undersigned attorney requests that the clerk remove him from the electronic notification as his clients' matters have been resolved. The e-mail address related to this case for the undersigned is swirth@wmd-law.com.

Dated: December 16, 2009.                     AKERMAN SENTERFITT

                                                          By: */s/ Steven R. Wirth*
                                                             Steven R. Wirth
                                                             Florida Bar No.: 170380
                                                            E-mail: steven.wirth@akerman.com
                                                           50 North Laura Street, Suite 2500
                                                           Jacksonville, FL 32202
                                                           Telephone: (904) 798-3700
                                                           Facsimile: (904) 798-3730

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2009, I electronically filed the foregoing Notice of Withdrawal from Case and Request to Stop Electronic Notice with the Clerk of Court by using CM/ECF system which will send a notice of electronic filing.  I further that I mailed the foregoing Notice by first-class mail to the following non-CM/ECF participants: None.

                                                                                */s/ Steven R. Wirth*
                                                                                Attorney