## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## <u>JACKSONVILLE DIVISION</u>

In re:                                            Case No.  05-03817-3F1

                 )

WINN-DIXIE STORES, INC., et al.,                  Chapter 11

                 )

     Reorganized Debtors.                        Jointly Administered

_____)

## WINN-DIXIE'S MOTION FOR A PROTECTIVE ORDER REGARDING VISAGENT'S NOTICES OF <u>DEPOSITIONS FOR DECEMBER 23 AND 24</u>

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), moves for a protective order precluding depositions Visagent unilaterally noticed from going forward on December 23 and 24, and says:

1.     On December 10, pursuant to the Consent Order Scheduling Trial, Winn-Dixie served its expert disclosures, including the expert reports of Prof. Eileen Kraemer and Mr. Robert Thomas.

2.     On December 14, Visagent inquired about scheduling Prof. Kraemer's and Mr. Thomas' depositions on December 23 and 24, to which Winn-Dixie responded that "We, our experts, or both are unavailable on December 23 and 24. We can work on dates beginning the week of January 4." (Exhibit A). The discovery cut off date is January 29, 2010.

3.    On December 15, in spite of being informed of Winn-Dixie's non-availability, Visagent nevertheless noticed these depositions for December 23 and 24 (Exhibit B).[1]

4.    Visagent's December 15 notices of depositions for December 23 and 24 violate Local Bankruptcy Rule 7030-1, which requires that depositions "be noticed on no less than ten (10) days notice…"

5.    Moreover, December 24 (Christmas Eve) is a legal holiday (Exhibit C) and the Court is closed (Exhibit D).

6.    For these reasons, Winn-Dixie respectfully requests that the Court enter a protective order precluding the depositions Visagent noticed from going forward on December 23 and 24, and award Winn-Dixie attorney's fees for the expense of bringing this motion. *See, Hauser v. Farrell*, 14 F.3d 1338, 1344 (9th Cir. 1994) (plaintiffs ordered to pay $1,600 in attorney's fees for defendants having to seek a protective order when plaintiffs noticed depositions on legal holiday and on a day they knew defendant's counsel was not available; "Obstructive refusal to make reasonable accommodation, such as plaintiff exhibited, not only impairs the

---

[1] Visagent e-mailed the notices to Winn-Dixie on December 15 (Exhibit B). The notices themselves show that they were served on December 14 under the CM/ECF filing system. Winn-Dixie however did not receive any notice that Visagent's deposition notices were filed and the docket sheet gives no indication that they were.

civility of our profession and the pleasures of the practice of law, but also needlessly increases litigation expense to clients").

<u>Rule 26(c) Certification</u>

The undersigned certifies that he has in good faith attempted to confer with Visagent's attorney in an effort to resolve, without Court action, the issues raised in this motion.

SMITH HULSEY & BUSEY

By  */s/ Timothy R. Buskirk*
     Stephen D. Busey
     James A. Bolling
     Timothy R. Buskirk

Florida Bar Number 058314
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
tbuskirk@smithhulsey.com

Attorneys for Winn-Dixie

## **Certificate of Service**

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 17th day of December, 2009.

_____/s/ Timothy R. Buskirk_____
Attorney

683519.1

4

**Exhibit A**

**James A. Bolling**

| | |
|---|---|
| **From:** | James A. Bolling  ← *Winn-Dixie's attorney* |
| **Sent:** | Monday, December 14, 2009 5:00 PM |
| **To:** | 'Guy Rubin'  ← *Visagent's attorney* |
| **Cc:** | Gladys LaForge |

**Subject:** RE: In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Guy:

We, our experts, or both are unavailable on December 23 and 24.  We can work on dates beginning the week of January 4.  For your planning purposes, Prof. Kraemer resides in Athens, Georgia.

Jim

359-7719

---

**From:** Guy Rubin [mailto:grubin@rubinandrubin.com]  ← *Visagent's attorney*
**Sent:** Monday, December 14, 2009 12:51 PM
**To:** James A. Bolling  ← *Winn-Dixie's attorney*
**Cc:** Gladys LaForge
**Subject:** RE: In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

I have a deposition next Monday in another federal case in Los Angeles.  Therefore, I will need to depose them next Wednesday (12/23) and Thursday (12/24).  Please confirm you and their availability by the end of the day today.


From the desk of:

Guy Bennett Rubin, Esq.
Rubin & Rubin, Attorneys and Counselors
110 S.W. Atlanta Ave.
Stuart, Florida 34994
772.283.2004
772.283.2009 fax
grubin@rubinandrubin.com

---

**From:** James A. Bolling [mailto:jbolling@smithhulsey.com]
**Sent:** Monday, December 14, 2009 12:47 PM
**To:** Guy Rubin
**Subject:** RE: In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Guy:

We can't agree to an extension.

Jim

359-7719

12/17/2009

**From:** Guy Rubin [mailto:grubin@rubinandrubin.com]
**Sent:** Friday, December 11, 2009 5:07 PM
**To:** James A. Bolling
**Subject:** RE: In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

That will be fine as long as you agree to an extension for my expert rebuttal reports until 10 days after the depositions.  Do you agree?


From the desk of:

Guy Bennett Rubin, Esq.
Rubin & Rubin, Attorneys and Counselors
110 S.W. Atlanta Ave.
Stuart, Florida 34994
772.283.2004
772.283.2009 fax
grubin@rubinandrubin.com

**From:** James A. Bolling [mailto:jbolling@smithhulsey.com]
**Sent:** Friday, December 11, 2009 5:07 PM
**To:** Guy Rubin
**Cc:** Gladys LaForge
**Subject:** RE: In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Guy:
I don't see how we will be able to schedule the depositions of our experts within the next two weeks.  Next week is awful soon and the week after next includes Christmas.  Since we each have a number of depositions we wish to take, we suggest that we collectively coordinate depositions for two weeks in early January, maybe the weeks of January 4 and 11.  I can try and clear our schedules to accommodate the depositions.
Please let me know if you agree.
Thanks,
Jim
359-7719

**From:** Guy Rubin [mailto:grubin@rubinandrubin.com]
**Sent:** Thursday, December 10, 2009 7:03 PM
**To:** James A. Bolling
**Cc:** Gladys LaForge
**Subject:** RE: In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Jim,

Given the fact that you have elected to make your expert disclosures on the very last day

permitted under the trial order, coupled with the upcoming holidays, we will need you to immediately provide available deposition dates for your experts to take place in the next two weeks.  Please advise as soon as possible.

From the desk of:

Guy Bennett Rubin, Esq.
Rubin & Rubin, Attorneys and Counselors
110 S.W. Atlanta Ave.
Stuart, Florida 34994
772.283.2004
772.283.2009 fax
grubin@rubinandrubin.com

---

**From:** James A. Bolling [mailto:jbolling@smithhulsey.com]
**Sent:** Thursday, December 10, 2009 6:53 PM
**To:** Guy Rubin
**Cc:** Gladys LaForge
**Subject:** In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Guy:
Attached is Winn-Dixie's expert disclosure with the bodies of the expert reports of Prof. Kraemer and Mr. Thomas.  The reports have extensive attachments, which we are mailing to you along with hard copies of the attachments.
Jim
(904) 359-7719

**Exhibit B**

## James A. Bolling

| | |
|---|---|
| **From:** | Guy Rubin [grubin@rubinandrubin.com] |
| **Sent:** | Tuesday, December 15, 2009 6:41 PM |
| **To:** | James A. Bolling |
| **Cc:** | Gladys LaForge; Timothy R. Buskirk; Laurene Snapp |
| **Subject:** | Deposition Notices - Winn-Dixie Experts |
| **Attachments:** | 12.15.09 Thomas Notice of Taking Depoistion and Subpoena.pdf; 12.15.09 Kraemer Notice of Taking Depoistion and Subpoena.pdf |

Jim,

Please find enclosed our notices of talking depositions and subpoenas of your experts on December 23rd and 24th. Winn-Dixie's failure to agree to an extension for Visagent's rebuttal expert reports has left us no choice but to set these depositions unilaterally. We are simultaneously filing an emergency motion to extend the rebuttal expert disclosure deadline. If that motion is granted, or if your client wishes to reconsider consenting to our previous request for an extension of time, I would be happy to discuss setting these depositions on mutually convenient dates.

Guy


From the desk of:

Guy Bennett Rubin, Esq.
Rubin & Rubin, Attorneys and Counselors
110 S.W. Atlanta Ave.
Stuart, Florida 34994
772.283.2004
772.283.2009 fax
grubin@rubinandrubin.com

This message was intended for a specific recipient and may contain privileged and confidential information, protected under state and federal law. If you received this message in error, or are not an intended recipient, please delete this message and contact my office advising of the inadvertent disclosure. Thank you.


The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.


12/17/2009

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

TO:    James A. Bolling, Esq.
       225 Water Street, Ste. 1800
       Jacksonville, FL 32202

PLEASE TAKE NOTICE that Rubin & Rubin, P.A. will take the following Depositions:

| NAME | TIME & DATE | DEPOSITION LOCATION |
|---|---|---|
| Defendants' Expert Witness<br>Mr. Robert Thomas | December 24, 2009<br>9:30 a.m. | Rubin and Rubin<br>1649 Atlantic Blvd.<br>Jacksonville, FL 32207<br>904-396-7711 |

upon oral examination before a Court Reporter and Notary Public or any other Notary

Public or officer authorized by law to take depositions in the State of Florida. The oral

examination will continue from day to day until completed. This deposition is being

taken for the purpose of discovery, for use at trial, or for such other purposes as are

permitted under the Florida Rules of Civil Procedure. The Deponent is to produce at the

deposition the items set forth in Exhibit "A"

By: _____
Guy Bennett Rubin, Esq. (FBN 691305)
Gladys C. LaForge, Esq.
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone:(772) 283-2004
Facsimile: (772) 283-2009

1

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this 11th day of December, 2009.

GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Gladys C. LaForge
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorney for Plaintiff

2

## Exhibit "A"

1. Deponent's complete file, from cover to cover, as well as all materials, information reviewed or relied upon including referred learned treatises in reaching any opinions in relation to your designation as Defendants' "expert" regarding their claim for attorneys' fees and costs from Plaintiff.

2. A copy of the itemized billing(s) relating to any services rendered by Deponent at anytime whatsoever in this case.

3. Deponent's Curriculum Vitae.

4. Retention agreement in this case designating what Deponent has been hired to do and deponent's compensation.

5. Documents, files, computer records identifying for the preceding three (3) years, what percentage of Deponent's expert testimony and/or work has been done on behalf of Defendants.

6. Documents, files, computers records identifying for the preceding three (3) years, what portion of Deponent's professional time or work has been devoted to service and/or performance as an expert.

7. Documents, files, computers records identifying for the preceding three (3) years, what percentage of Deponent's income has derived and/or been earned as a result of Deponent's devotion to service as an expert.

8. Documents, files, computers records identifying each case in which Deponent testified as an expert witness by deposition during the preceding three (3) years.

9. Documents, files, computers records identifying for the preceding three (3) years, state how many times Deponent has been retained by Defendants' counsels to provide expert opinion.

3

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SUBPOENA IN A CIVIL CASE

IN RE:                              )        CASE NO.: 05-03817-3F1
                                    )
    WINN-DIXIE STORES, INC. et al   )        Chapter 11
                                    )
        Debtors.                    )

TO:    Mr. Robert Thomas
       Suddath Transportation Services, Inc.
       815 South Main Street
       Jacksonville, FL  32247

       YOU ARE COMMANDED to appear in the United States District Court at the
place, date and time specified below to testify in the above case.

| NAME | TIME & DATE | DEPOSITION LOCATION |
|------|-------------|---------------------|
| Defendants' Expert Witness Mr. Robert Thomas | December 24, 2009 9:30 a.m. | Rubin and Rubin 1649 Atlantic Blvd. Jacksonville, FL 32207 904-549-4433 |

       YOU ARE COMMANDED to produce and permit inspection and copying of the
following documents or objects at the place, date and time specified above.  **See Exhibit A.**

ISSUING OFFICER SIGNATURE AND TITLE

_____ Date:  12/15/09
Gladys LaForge, Esq., Rubin and Rubin, P O Box 395, Stuart, FL  34995
772-283-2004

1

## Exhibit "A"

1.  Deponent's complete file, from cover to cover, as well as all materials, information reviewed or relied upon including referred learned treatises in reaching any opinions in relation to your designation as Defendants' "expert" regarding their claim for attorneys' fees and costs from Plaintiff.

2.  A copy of the itemized billing(s) relating to any services rendered by Deponent at anytime whatsoever in this case.

3.  Deponent's Curriculum Vitae.

4.  Retention agreement in this case designating what Deponent has been hired to do and deponent's compensation.

5.  Documents, files, computer records identifying for the preceding three (3) years, what percentage of Deponent's expert testimony and/or work has been done on behalf of Defendants.

6.  Documents, files, computers records identifying for the preceding three (3) years, what portion of Deponent's professional time or work has been devoted to service and/or performance as an expert.

7.  Documents, files, computers records identifying for the preceding three (3) years, what percentage of Deponent's income has derived and/or been earned as a result of Deponent's devotion to service as an expert.

8.  Documents, files, computers records identifying each case in which Deponent testified as an expert witness by deposition during the preceding three (3) years.

9.  Documents, files, computers records identifying for the preceding three (3) years, state how many times Deponent has been retained by Defendants' counsels to provide expert opinion.

2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

IN RE:                                    )        CASE NO.: 05-03817-3F1
                                          )
   WINN-DIXIE STORES, INC. et al   )        Chapter 11
                                          )
      Debtors.               )        Jointly Administered

---

TO:   James A. Bolling, Esq.
      225 Water Street, Ste. 1800
      Jacksonville, FL 32202

PLEASE TAKE NOTICE that Rubin & Rubin, P.A. will take the following Depositions:

| NAME | TIME & DATE | DEPOSITION LOCATION |
|------|-------------|---------------------|
| Defendants' Expert Witness Eileen T. Kramer, PhD | December 23, 2009 9:30 a.m. | Holiday Inn 197 East Broad Street Athens, GA 30603 706-549-4433 |

upon oral examination before a Court Reporter and Notary Public or any other Notary

Public or officer authorized by law to take depositions in the State of Florida. The oral

examination will continue from day to day until completed. This deposition is being

taken for the purpose of discovery, for use at trial, or for such other purposes as are

permitted under the Florida Rules of Civil Procedure. The Deponent is to produce at the

deposition the items set forth in Exhibit "A"

By: _____
Guy Bennett Rubin, Esq. (FBN 691305)
Gladys C. LaForge, Esq.
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone:(772) 283-2004
Facsimile: (772) 283-2009

1

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this 14 day of December, 2009.

GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Gladys C. LaForge
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorney for Plaintiff

2

## Exhibit "A"

1.  Deponent's complete file, from cover to cover, as well as all materials, information reviewed or relied upon including referred learned treatises in reaching any opinions in relation to your designation as Defendants' "expert" regarding their claim for attorneys' fees and costs from Plaintiff.

2.  A copy of the itemized billing(s) relating to any services rendered by Deponent at anytime whatsoever in this case.

3.  Deponent's Curriculum Vitae.

4.  Retention agreement in this case designating what Deponent has been hired to do and deponent's compensation.

5.  Documents, files, computer records identifying for the preceding three (3) years, what percentage of Deponent's expert testimony and/or work has been done on behalf of Defendants.

6.  Documents, files, computers records identifying for the preceding three (3) years, what portion of Deponent's professional time or work has been devoted to service and/or performance as an expert.

7.  Documents, files, computers records identifying for the preceding three (3) years, what percentage of Deponent's income has derived and/or been earned as a result of Deponent's devotion to service as an expert.

8.  Documents, files, computers records identifying each case in which Deponent testified as an expert witness by deposition during the preceding three (3) years.

9.  Documents, files, computers records identifying for the preceding three (3) years, state how many times Deponent has been retained by Defendants' counsels to provide expert opinion.

3

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

### SUBPOENA IN A CIVIL CASE

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |

TO:    Eileen T. Kramer, PhD
       Department of Computer Science
       University of Georgia
       415 GSRC
       Athens, GA  30602-7404

YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below to testify in the above case.

| NAME | TIME & DATE | DEPOSITION LOCATION |
|---|---|---|
| Defendants' Expert Witness | December 23, 2009 | Holiday Inn |
| Eileen T. Kramer, PhD | 9:30 a.m. | 197 East Broad Street |
| | | Athens, GA  30603 |
| | | 706-549-4433 |

YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified above.  **See Exhibit A.**

ISSUING OFFICER SIGNATURE AND TITLE

_____ Date:  12/15/09

Gladys LaForge, Esq., Rubin and Rubin, P O Box 395, Stuart, FL  34995
772-283-2004

1

## Exhibit "A"

1.    Deponent's complete file, from cover to cover, as well as all materials, information reviewed or relied upon including referred learned treatises in reaching any opinions in relation to your designation as Defendants' "expert" regarding their claim for attorneys' fees and costs from Plaintiff.

2.    A copy of the itemized billing(s) relating to any services rendered by Deponent at anytime whatsoever in this case.

3.    Deponent's Curriculum Vitae.

4.    Retention agreement in this case designating what Deponent has been hired to do and deponent's compensation.

5.    Documents, files, computer records identifying for the preceding three (3) years, what percentage of Deponent's expert testimony and/or work has been done on behalf of Defendants.

6.    Documents, files, computers records identifying for the preceding three (3) years, what portion of Deponent's professional time or work has been devoted to service and/or performance as an expert.

7.    Documents, files, computers records identifying for the preceding three (3) years, what percentage of Deponent's income has derived and/or been earned as a result of Deponent's devotion to service as an expert.

8.    Documents, files, computers records identifying each case in which Deponent testified as an expert witness by deposition during the preceding three (3) years.

9.    Documents, files, computers records identifying for the preceding three (3) years, state how many times Deponent has been retained by Defendants' counsels to provide expert opinion.

## Exhibit C

*Home • Briefing Room • Presidential Actions • Executive Orders*

**The White House**

Office of the Press Secretary

| For Immediate Release | December 11, 2009 |

**Executive Order -- Half-Day Closing of Executive Departments and Agencies on Thursday, December 24, 2009**

By the authority vested in me as President by the Constitution and the laws of the United States of America, it is hereby ordered as follows:

Section 1. All executive branch departments and agencies of the Federal Government shall be closed and their employees excused from duty for the last half of the scheduled workday on Thursday, December 24, 2009, the day before Christmas Day, except as provided in section 2 of this order.

Sec. 2. The heads of executive branch departments and agencies may determine that certain offices and installations of their organizations, or parts thereof, must remain open and that certain employees must remain on duty for the full scheduled workday on December 24, 2009, for reasons of national security, defense, or other public need.

Sec. 3. Thursday, December 24, 2009, shall be considered as falling within the scope of Executive Order 11582 of February 11, 1971, and of 5 U.S.C. 5546 and 6103(b) and other similar statutes insofar as they relate to the pay and leave of employees of the United States.

Sec. 4. This order is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person.

BARACK OBAMA

THE WHITE HOUSE,
December 11, 2009.

**Exhibit D**

 

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

Home  |  Bookmark  |  Site Map  |  Text Only

Search [        ] GO

**Areas of Interest**

Administrative Orders

Case Digest Database

Electronic Proof of Claim

Employment

Filing Fees

Forms

FAQs

Information

Judgments

Local Rules

Opinions

Procedures

Proposed Orders

Statistics

Unclaimed Funds

**Bankruptcy Basics**

Guide and video provides basic information to debtors and creditors about the different aspects of bankruptcy laws.

**Court Calendar**

Judges weekly online calendar is updated regularly. Searches are conducted by Judge name and date range.

**Filing without an attorney**

Information for parties who have no attorney - credit counseling, legal services, forms, guidelines, and references.

**Announcements and News**

• **Important Notice Regarding Time Period Changes Effective December 1, 2009.**

• Participate in the PACER program assessment survey.

• Judge Williamson's seminar materials on Chapter 11 pre-filing considerations.

• Claims Bar Date for Chapter 11 Cases filed - Jacksonville.

• Taylor, Bean & Whitaker Mortgage Corp. Information - Jacksonville.

• Middle District of Florida courthouses will be closed on December 24 & 25, 2009.

**Electronic Case Filing (CM/ECF)**

Live Login

Help Desk

Information

Registration

**Judges' Corner**

Chief Judge Paul M. Glenn

Judge Arthur B. Briskman

Judge Jerry A. Funk

Judge Karen S. Jennemann

Judge Michael G. Williamson

Judge K. Rodney May

Judge Catherine Peek McEwen

Judge Caryl E. Delano

Judge Alexander L. Paskay

**Clerk of Court**



Lee Ann Bennett
Sam Gibbons Courthouse
801 N. Florida Avenue
Tampa, Florida 33602

**District Facts**



Ten million of Florida's eighteen million people reside in the Middle District of Florida.

**Legal Resources**



Resources contain online calendar, Case Digest, Judgment Book, Opinions and Practice Guides.

**Locations**

Phone lists, divisions by county, & directions to the courthouses of the Middle District.

**Significant Cases**



Significant reorganization or liquidating Chapter 11 bankruptcy cases filed in the Middle District of Florida.

Last update occurred on December 17, 2009 | Site best experienced in 1024x768 resolution