UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| _____) | |

**ORDER GRANTING REORGANIZED DEBTORS' OBJECTION
TO CLAIM NO. 1158 FILED BY THE CITY OF HILLVIEW**

This case came before the Court for hearing on December 17, 2009, on the Debtors' Objection to Claim No. 1158 filed by the City of Hillview, Kentucky "Objection;" (Docket No. 22750). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 1158 filed by the City of Hillview is disallowed in its entirety.

Dated this _17_ day of December 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Allan E. Wulbern, Esq.
[Allan E. Wulbern, Esq. is directed to serve a copy of this Order on the Interested Parties and file a proof of service.]
00683603.DOC