# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## WINN-DIXIE'S CERTIFICATE OF NECESSITY FOR EXPEDITED HEARING ON WINN-DIXIE'S MOTION FOR PROTECTIVE ORDER

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), pursuant to Local Bankruptcy Rule 9004-2(d), requests an expedited hearing on Winn-Dixie's motion for a protective order regarding Visagent's notices of depositions for December 23 and 24 (Docket No. 22817), and says:

1. On December 15 Visagent unilaterally noticed the depositions of Winn-Dixie's expert witnesses, Prof. Eileen Kraemer and Mr. Robert Thomas, for December 23 and 24, 2009, respectively. Visagent scheduled the depositions of Winn-Dixie's experts with less than 10 days notice, in violation of Local Bankruptcy Rule 7030-1.

2.   Winn-Dixie had previously informed Visagent that Winn-Dixie's experts, Winn-Dixie's counsel, or both, are unavailable on December 23 and 24, 2009.

3.   Due to Visagent's truncated notice of depositions next week, Winn-Dixie respectfully requests an expedited hearing on Winn-Dixie's motion for a protective order.

SMITH HULSEY & BUSEY

By  */s/ Timothy R. Buskirk*
    Stephen D. Busey
    James A. Bolling
    Timothy R. Buskirk

Florida Bar Number 058314
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
tbuskirk@smithhulsey.com

Attorneys for Winn-Dixie

## Certificate of Service

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 17th day of December, 2009.

/s/ Timothy R. Buskirk
Attorney

683675