# Exhibit "A"

From: Paul Thanasides
Sent: Fri 12/18/2009 01:32 PM
Rcvd: Fri 12/18/2009 01:32 PM
To: Jackie DeShance
Subject: FW: Diversified/Winn Dixie - document production continued follow-up

===================================================

**From:** Paul Thanasides
**Sent:** Wednesday, November 18, 2009 11:53 PM
**To:** 'James H. Post'
**Cc:** Jackie DeShance
**Subject:** Diversified/Winn Dixie - document production continued follow-up

Jim,

I still haven't heard from you any proposed dates for Diversified's inspection of Winn-Dixie's responsive documents, and I haven't received any copies in lieu of an inspection.

I can come to Jacksonville to inspect the responsive documents on November 24. Please let me know if the documents will be produced for inspection on the 24th by the end of the day tomorrow so that I can make travel plans.

Paul


Paul Thanasides

paul@mcintyrefirm.com

McIntyre, Panzarella, Thanasides,

Eleff & Hoffman, P.L.

6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)

813.412.0393 (mobile)

www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.