**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| _____ | ) | |

**JOINT MOTION TO CONTINUE TRIAL ON THE
MOTION (I) FOR RELIEF FROM BAR DATE FOR FILING
CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER
ADMINISTRATIVE CLAIMS, FROM SECTION 524 AND FROM
ORDER CONFIRMING PLAN OF REORGANIZATION AND (II) TO
ALLOW LATE FILED APPLICATION FOR ADMINISTRATIVE
EXPENSE CLAIM FILED BY REINALDO PEREZ AND TAEME PERALLO**

Winn-Dixie Stores, Inc., and its reorganized debtor affiliates (collectively, the "Debtors"), and claimants Reinaldo Perez and Taeme Perallo (collectively "Claimants") move the Court for the entry of an order continuing the trial on the Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, From Section 524 and From Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Reinaldo Perez and Taeme Perallo (the "Motion") (Docket Nos. 16007 and 16008), currently scheduled for January 12, 2010 at 9:00 a.m., and in support state:

1. After the trial on the Motion was set, the Debtors identified a third party that is responsible for indemnifying and defending the Debtors with respect to the claims upon which the Motion is based. The Debtors have demanded that the

third party take over the defense of the claim and negotiate directly with the Claimants.

2. Although settlement discussions have occurred between the third party and the Claimants, the parties have not yet been able to resolve the matter.

3. The parties request a continuance of the trial to provide additional time to consensually resolve the underlying claim.

WHEREFORE, the Debtors and the Claimants request that the Court enter an order in the form attached continuing, for a period not less than ninety (90) days from January 12, 2010 (excluding the week of April 5th and April 15th and April 19th), the trial on the Motion and the deadlines set forth in the Order Scheduling Trial of this matter.

Dated: December 22, 2009

| SMITH HULSEY & BUSEY | MELAND RUSSIN & BUDWICK, P.A. |
|---|---|
| By  *s/ Leanne McKnight Prendergast*  <br>     Leanne McKnight Prendergast | By:   *s/ Daniel N. Gonzalez\**  <br>       Daniel N. Gonzalez |
| Florida Bar Number 59544 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> (904) 359-7708 (facsimile) <br> lprendergast@smithhulsey.com <br><br> Counsel for Reorganized Debtors | Florida Bar Number 0592749 <br> 3000 Wachovia Financial Center <br> 200 South Biscayne Boulevard <br> Miami, Florida 33131 <br> (305) 358-6363 <br> (305) 358-1221 (facsimile) <br> Dgonzalez@melandrussin.com <br><br> Counsel for Claimants <br><br> *\*counsel has authorized the use of his electronic signature* |

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| _____) | | |

**ORDER CONTINUING TRIAL ON THE MOTION (I) FOR RELIEF FROM BAR DATE FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS, FROM SECTION 524 AND FROM ORDER CONFIRMING PLAN OF REORGANIZATION AND (II) TO ALLOW LATE FILED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM FILED BY REINALDO PEREZ AND TAEME PERALLO**

This case is before the Court upon Joint Motion to Continue the Trial on the Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, From Section 524 and From Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Reinaldo Perez and Taeme Perallo (the "Motion") (Docket No. _____). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on the Motion (Docket Nos. 16007 and 16008), currently scheduled for January 12 at 9:00 a.m. is continued to _____ _____ at _____ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on March 31, 2009 are extended accordingly and shall be based upon the continued trial date set forth above.

Dated this _____ day of _____, 20___ in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Daniel N. Gonzalez, Esq., Meland Russin & Budwick, P.A., 50 200 South Biscayne Blvd., 3000 Wachovia Financial Center, Miami FL 33131 and all parties in interest entitled to receive such notification this 22nd day of December, 2009.

                                                  *s/ Leanne McKnight Prendergast*
                                                            Attorney

00684068