# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRIBUTION OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## WINN-DIXIE'S WITHDRAWAL OF ITS MOTION FOR A PROTECTIVE ORDER REGARDING VISAGENT'S NOTICES OF DEPOSITIONS FOR DECEMBER 23 AND 24

Based on the attached notice of cancellation of the depositions which Visagent had unilaterally noticed for December 23 and 24, Winn-Dixie withdraws its motion for a protective order (Docket No. 22820).

SMITH HULSEY & BUSEY

By  /s/ Timothy R. Buskirk
    Stephen D. Busey
    James A. Bolling
    Timothy R. Buskirk

Florida Bar Number 058314
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
tbuskirk@smithhulsey.com

Attorneys for Winn-Dixie

2

## Certificate of Service

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 22nd day of December, 2009.

>                     /s/ Timothy R. Buskirk
>                     Attorney

684402.1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                       )   CASE NO.: 05-03817-3F1
                                             )
WINN-DIXIE STORES, INC. et al   )   Chapter 11
                                             )
    Debtors.                             )   Jointly Administered

### NOTICE OF CANCELLATION OF DEPOSITION

TO:   James A. Bolling, Esq.
      225 Water Street, Ste. 1800
      Jacksonville, FL 32202

PLEASE TAKE NOTICE that the following Depositions have been **cancelled and will be rescheduled at a later date**:

| NAME | TIME & DATE | DEPOSITION LOCATION |
|---|---|---|
| Defendants' Expert Witness Eileen T. Kramer, PhD | December 23, 2009 9:30 a.m. | Holiday Inn 197 East Broad Street Athens, GA 30603 706-549-4433 |
| Defendants' Expert Witness Mr. Robert Thomas | December 24, 2009 9:30 a.m. | Rubin and Rubin 1649 Atlantic Blvd. Jacksonville, FL 32207 904-396-7711 |

By: *Gladys C. LaForge*
Guy Bennett Rubin, Esq. (FBN 691305)
Gladys C. LaForge, Esq.
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone:(772) 283-2004
Facsimile: (772) 283-2009

1

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via electronic filing to Clerk of the Bankruptcy Court and to counsel for the Debtor this 21 day of December, 2009.

_/s/ Guy Bennett Rubin by Gladys C. LaForge_
GUY BENNETT RUBIN, ESQUIRE
Florida Bar No.: 691305
Gladys C. LaForge
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995
(772) 283-2004
(772) 283-2009 (facsimile)
Attorney for Plaintiff

2