# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| | ) | |

## ORDER CONTINUING TRIAL ON THE MOTION (I) FOR RELIEF FROM BAR DATE FOR FILING CLAIMS ARISING BEFORE EFFECTIVE DATE AND OTHER ADMINISTRATIVE CLAIMS, FROM SECTION 524 AND FROM ORDER CONFIRMING PLAN OF REORGANIZATION AND (II) TO ALLOW LATE FILED APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM FILED BY REINALDO PEREZ AND TAEME PERALLO

This case is before the Court upon Joint Motion to Continue the Trial on the Motion (i) for Relief from Bar Date for Filing Claims Arising Before Effective Date and Other Administrative Claims, From Section 524 and From Order Confirming Plan of Reorganization and (ii) to Allow Late Filed Application for Administrative Expense Claim filed by Reinaldo Perez and Taeme Perallo (the "Motion") (Docket No. 22832). Upon consideration, it is

ORDERED:

    1.    The Motion is granted.

    2.    The trial on the Motion (Docket Nos. 16007 and 16008), currently scheduled for January 12 at 9:00 a.m. is continued to *MAY 4, 2010* at *9:00 A.M.* in

Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3.      The deadlines set forth in the Order Scheduling Trial on this matter entered herein on March 31, 2009 are extended accordingly and shall be based upon the continued trial date set forth above.

Dated this **23** day of *December*, 20 **09** in Jacksonville, Florida.

_____

Jerry A. Funk
United States Bankruptcy Judge

684286