Hearing Date: January 27, 2010 at 1:30 p.m.
Response Deadline: January 15, 2010 at 4:00 p.m.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF MONICA ANDERSEN AND JOHN ANDERSEN AND NOTICE OF HEARING

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the administrative claim of Monica Andersen and John Andersen (Docket No. 13937) on the grounds of (i) no liability, (ii) disputed claim amount and (iii) the claim is barred under the applicable statute of limitations (the "Objection").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

### Notice of Hearing

(on the Statute of Limitations defense only)

Please take notice that a hearing is scheduled for **January 27, 2010** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection as to the statute of limitations only.

### Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

### Response Deadline

If you do **not** oppose the disallowance of your Claim, then you do **not** need to file a written response to the Objection and you do **not** need to appear at the hearing.

If you **do** oppose the disallowance of your Claim, then you **must** file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on January 15, 2010** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served and received.

Responses will be deemed timely filed **only if** the original response is **actually received** on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

- 3 -

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, 225 Water Street, Suite 1800, Jacksonville, Florida, 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  December 28, 2009

                              SMITH HULSEY & BUSEY


                              By  *s/ Leanne McKnight Prendergast*
                                    Leanne McKnight Prendergast

                              Florida Bar Number 59544
                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              lprendergast@smithhulsey.com

                              Counsel for Reorganized Debtors

- 4 -

Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to John and Monica Andersen, 13300 Walsingham Road, Largo, FL 33774, Christopher H. Miles, 6703 South Elemeta Street. Tampa, Florida 33616, and Dennis J. Levine, Esq., Post Office Box 707, Tampa, Florida 33601-0707 on the 28th day of December, 2009.

                                                *s/ Leanne McKnight Prendergast*
                                                          Attorney

00684297.DOCX