UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

---------------------------------------------------------x
In re                                          :      Chapter 11
                                               :
WINN-DIXIE STORES, INC. et al.,                :      Case No. 3:05-bk-3817
                                               :
            Debtors.                           :      Jointly Administered
---------------------------------------------------------x

## REQUEST FOR REMOVAL FROM MATRIX

NOW INTO COURT, comes J. David Forsyth, who requests that the Court remove his name from the official matrix in this case and from any distribution list through the Court's ECF system.

Dated this 28th day of December, 2009.

        SESSIONS, FISHMAN, NATHAN & ISRAEL, LLP
        J. DAVID FORSYTH (LA Bar #5719)
        201 St. Charles Ave., 35th Floor
        New Orleans, LA 70131
        Tel.: (504) 582-1521
        Fax: (504) 582-1555
        Email: jdf@sessions-law.com


By:   /s/ *J. David Forsyth*
       J. David Forsyth

{00059679-1}