UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**SECOND AMENDED NOTICE OF HEARING**

Please take notice that a hearing on Debtors' Omnibus Objection to Unresolved Litigation Claims as it relates to the Claim filed by Ernest Allen (Claim No. 12768) on the grounds that the claim was untimely (Docket No. 8702) (the "Objection") is scheduled for **January 27, 2010 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Objection for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

**PLEASE TAKE NOTICE THAT IF NEITHER THE CLAIMANT NOR THE CLAIMANT'S COUNSEL ATTEND THE HEARING, THE DEBTORS WILL SEEK THE DISALLOWANCE OF THE CLAIM DUE TO FAILURE TO PROSECUTE.**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

00678916

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: December 28, 2009

                                          SMITH HULSEY & BUSEY

                                          By  *s/ Leanne McKnight Prendergast*
                                              Leanne McKnight Prendergast

                                        Florida Bar Number 59544
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        lprendergast@smithhulsey.com

                                        Counsel for Reorganized Debtors

**Certificate of Service**

I certify that a copy of this document has been furnished by mail to Ernest Allen, 4515 Stony Brook Drive, Louisville, Kentucky 40299 and the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801, this 28th day of December, 2009.

                                          *s/ Leanne McKnight Prendergast*
                                                  Attorney

00609212