[31713A] [Notice of Evidentiary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                    Case No. 3:05–bk–03817–JAF
                                                          Chapter 11


Winn–Dixie Stores, Inc




_____ Debtor(s) _____/


NOTICE OF HEARING


       NOTICE IS GIVEN that an evidentiary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on January 12, 2010 at 1:30 p.m. , to consider and act upon the following matter:

Motion to Compel Michael R. Kresser to Answer Questions and For An Order Continuing His Deposition and For Sanctions Against Michael R. Kresser, Victory Wholesale Grocers, Stuart C. Brinn, Esq. and James R. Office, Esq. filed by Visagent Corporation

       and transact such other business as may properly come before the hearing.

       1. All exhibits must be pre–marked and listed in accordance with Local Rule 9070–1.

       2. The hearing may be continued upon announcement made in open Court without further notice.

       3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

       4. *Appropriate Attire*. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

       5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

       Dated December 29, 2009.


                              Lee Ann Bennett, Clerk of Court
                              300 North Hogan Street Suite 3–350
                              Jacksonville, FL 32202


       Copies furnished to:
       Debtor
       Debtor(s)' Attorney
       Trustee
       US Trustee
       Movant
       L.R. 1007(d) Parties in Interest