UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:                                                    Case No. 05-03817-3F1

WINN DIXIE STORES, INC., et al.                           Chapter 11

    Debtors                                               Jointly Administered

_____/

### NOTICE OF WITHDRAWAL FROM CASE AND
### REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE

Please take notice that the undersigned as counsel of record for Benderson Development Company, Inc. hereby files this Notice of Withdrawal from Case and Request to be Removed from Electronic Notice, and requests that no further pleadings in this bankruptcy matter be served upon the undersigned and that all further service of papers be directed to Benderson Development Company, Inc., 8441 Cooper Creek Drive, University Park, Florida 34201, Attn: Glen Eisenhut.

Dated: December 30, 2009

                                      /s/ Joey E. Schlosberg
                                      JOEY E. SCHLOSBERG, ESQUIRE
                                      Florida Bar No. 79685
                                      RUDEN, MCCLOSKY, SMITH,
                                      SCHUSTER & RUSSELL, P.A.
                                      150 Second Avenue North, 17th Floor
                                      St. Petersburg, FL 33701
                                      Tel: (727) 502-8255
                                      Fax: (727) 502-8955
                                      joey.schlosberg@ruden.com

RM:7083645:1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Withdrawal from Case and Request to be Removed from Electronic Notice has been furnished by either by the Court's CM/ECF systems or regular U.S. Mail this 30th day of December, 2009 to:

Adam Ravin, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

Allan E. Wulbern, Esq.
Cynthia C. Jackson, Esq.
David L. Gay, Esq.
James H. Post, Esq.
Leanne McKnight Prendergast, Esq.
Stephen D. Busey, Esq.
Timothy R. Buskirk, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Elena L Escamilla, Esq.
United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32806

Kenneth C. Meeker, Esq.
United States Trustee
135 W. Central Blvd., Suite 620
Orlando, FL 32801

Benderson Development Company, Inc.
Attn: Glen Eisenhut
8441 Cooper Creek Drive
University Park, Florida 34201

/s/ Joey E. Schlosberg
JOEY E. SCHLOSBERG, ESQUIRE

RM:7083645:1

2