UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## VISAGENT CORPORATION'S MOTION TO STRIKE DEBTOR'S DECEMBER 23, 2009 PROPOSAL FOR SETTLEMENT

Visagent Corporation (hereinafter "Visagent"), a claimant herein, moves the Court for an Order striking Debtor's Proposal For Settlement Served December 23, 2009 as invalid. In support of the motion, Visagent states:

1. This is a contested claim commenced by Debtor's July 11, 2006 Fourteenth Omnibus Objection to No Liability Claims and No Liability Misclassified Claims.

2. This claim has proceeded as a contested claim since that time.

3. At no time were pleadings filed by either Debtor or Visagent.

4. On December 23, 2009, Debtor served its Proposal For Settlement To Visagent. A true copy is attached as Exhibit 1.

5. The Proposal For Settlement was served pursuant to §768.79 Florida Statutes and Fl.R.Civ.P. 1.442.

6. The Proposal For Settlement is invalid based upon the following grounds:

   a. §768.79 Florida Statutes and Fl.R.Civ.P. 1.442 cannot apply to this claim as there was no process served on any party, this claim is not a "civil action for damages

1

filed in the courts of this state", nor is there a defendant or a plaintiff as described in these sections.

b.  the offer is a joint offer which does not apportion the offers among the offerors.

c.  the offer does not state all conditions with particularity.

d.  the offer is not made in good faith or is unreasonable or is vague, and is therefore unenforceable because it is conditioned upon the occurrence of events outside the control of Visagent thereby creating ambiguity as to its terms.

WHEREFORE, Visagent requests the relief identified within be granted in its entirety.

_____
Guy Bennett Rubin, Esq. (FBN 691305)


## CERTIFICATE OF GOOD FAITH

I HEREBY CERTIFY that I personally made a good faith effort to resolve the issues set forth by way of this Motion prior to filing same, but such effort was unsuccessful.

_____
Guy Bennett Rubin, Esq. (FBN 691305)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of this Motion has been electronically filed via ECF and that a true and correct copy of the foregoing has been furnished by electronic mail and by US regular Mail to: James Bolling, Esq. at Smith, Hulsey & Busey, Post Office Box 53315, Jacksonville, FL 32201, on the 31st day of December, 2009.

Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Visagent Corporation
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone: (772) 283-2004
Facsimile: (772) 283-2009

3