[31713A] [Notice of Evidentiary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                          Case No. 3:05−bk−03817−JAF
                                                                Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


## NOTICE OF HEARING

    NOTICE IS GIVEN that an evidentiary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on January 12, 2010 at 1:30 p.m. , to consider and act upon the following matter:

    Motion to Compel Michael R. Kresser to Answer Questions and For An Order Continuing His Deposition and For Sanctions Against Michael R. Kresser, Victory Wholesale Grocers, Stuart C. Brinn, Esq. and James R. Office, Esq. filed by Visagent Corporation

    and transact such other business as may properly come before the hearing.

    1. All exhibits must be pre−marked and listed in accordance with Local Rule 9070−1.

    2. The hearing may be continued upon announcement made in open Court without further notice.

    3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

    4. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

    5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

    Dated December 29, 2009.


                         Lee Ann Bennett, Clerk of Court
                         300 North Hogan Street Suite 3−350
                         Jacksonville, FL 32202

    Copies furnished to:
Debtor
Debtor(s)' Attorney
Trustee
US Trustee
Movant
L.R. 1007(d) Parties in Interest

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: cartes               Page 1 of 1                  Date Rcvd: Dec 29, 2009
Case: 05-03817                Form ID: 31713A            Total Noticed: 3

The following entities were noticed by first class mail on Dec 31, 2009.
          +Gardner Davis,   One Independent Drive, Suite 1300,   Jacksonville, FL 32202-5017
          +James R. Office,   Victory Wholesale Group,   400 Victory Drive,   Springboro, OH 45066-3048

The following entities were noticed by electronic transmission on Dec 29, 2009.
          +E-mail/Text: scbrinn@strauss-troy.com                           Stuart C. Brinn,
            150 East Fourth St., Suite 400,   Cincinnati, OH 45202-4181
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Dec 31, 2009**               **Signature:**     *Joseph Speetjens*