# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

CASE NO:  3:05-bk-3817
Chapter      11

IN RE:

**WINN-DIXIE STORES, INC.,**

**Debtor(s)**

## ORDER STRIKING VISAGENT CORPORATION'S WITNESS LIST

The Court finds that the Witness List filed by Guy Rubin on behalf of Visagent Corporation on January 5, 2010, did not contain an original signature pursuant to Local Rule 9011-4(c). Accordingly, it is

**ORDERED**:

That the Witness List by Guy Rubin on behalf of Visagent Corporation on January 5, 2010 is stricken from the record.

**DATED January 5, 2010**, at Jacksonville, Florida.

**Jerry A. Funk**
**United States Bankruptcy Judge**

Copies to:
Attorney for Debtor
Guy Bennett Rubin, Attorney for Visagent, P.O. Box 395, Stuart, FL  34995