

**John M. Drew**
**Tax Collector**
Finance Department
86130 License Road, Suite 8
Fernandina Beach, FL 32034
www.nassautaxes.com

Tuesday, January 05, 2010

USBC –FLM-Jacksonville
300 N Hogan St, Suite 3-150
Jacksonville, FL 32202
Attn: Gull Weaver

### Notice of Change of Address for Payments from Chapter 13 Trustee

Nassau County Tax Collector hereby gives notice that all presently held or future payments to the Creditor for the Trustee claim number(s) from the Chapter 13 Trustee should be sent to the following address:

Nassau County Tax Collector
86130 License Road, Suite 8
Fernandina Beach, FL 32034

```
05-02996  08-01431  06-03762  07-04857  07-00312  06-02457  06-02201  06-02072  07-04555  09-00877
07-01561  06-02603  05-00264  08-01933  08-05661  08-00159  07-02870  06-01947  08-08067  08-04431
06-03472  05-09615  07-04178  07-01851  05-09398  06-01461  07-02912  07-05537  04-12805  05-04942
08-04947  08-03612  09-00183  07-05313  07-05386  06-03199  09-03391  09-03576  09-02600  08-06904
06-01946  03-03549  09-02942  09-03594  08-07912  05-13446  08-01062  04-06689  07-02723  08-08026
09-05422  09-03930  09-02235  09-05765  07-02734  09-04937  09-03223  09-06644  08-07261  09-06783
05-00807  09-01186  09-01734  05-15191  07-05053  07-01976  07-03910  09-02036  09-04254  04-12049
08-07541  08-06687  07-03711  07-05738  08-06996  05-02330  05-14363  09-03060  09-05624  07-01919
08-07141  04-10437  09-07659  09-02866  09-07509  05-01752  08-03136  06-00013  07-01282  08-06954
09-01389  09-03998  09-06972  08-08121  08-08142  09-05668  09-05671  09-03391  05-03817
```

| Tax Collector's Office | Historic Courthouse | Callahan Office | Hilliard Office |
| --- | --- | --- | --- |
| 86130 License Road | 416 Centre Street | 45401 Mickler Street | 15882 CR 108 |
| Fernandina Beach, FL 32034 | Fernandina Beach, FL 32034 | Callahan, FL 32011 | Hilliard, FL 32046 |

Finance Phone Number: (904) 491-7410 and (904) 879-1930   Fax: (904) 432-0222
www.nassautaxes.com

| | | | | | | |
|---|---|---|---|---|---|---|
| Southern Florida | 08-11164 | 08-10928 | | | | |
| Delaware | 03-13711 | 09-10422 | 07-10416 | 09-10617 | 09-10235 | 08-10161 |
| New York | 02-41729 | 09-10023 | | | | |
| Illinois | 03-13711 | 02-B02474 | | | | |
| Missouri | 04-45814 | | | | | |
| California | 08-20682 | | | | | |
| Virginia | 01-12266 | | | | | |
| Georgia | 09-84423 | | | | | |
| New Jersey | 00-41858 | | | | | |
| Maryland | 09-14961 | | | | | |

Thank You,

*Tracy Bazar*

Tracy Bazar
Finance Assistant II
tbazar@nassautaxes.com
(904) 491 - 7412