UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**CORRECTED NOTICE OF FILING**
**VISAGENT CORPORATION'S WITNESS LIST**

VISAGENT CORPORATION (hereinafter "VISAGENT"), a claimant herein, files this, its Witness List pursuant to this Court's Order, as follows:

## Brief Statement of Expected Witness Testimony

The following items are listed as areas of expected testimony for witnesses named below by Visagent.

1.   The scope of the Service Agreement covers Winn Dixie purchases and resales in the Secondary Market through the use of the Internet or similar electronic means.

2.   During the term of the Service Agreement, Winn Dixie violated the Service Agreement with Visagent by the purchase and resale of diverted goods through the use of the internet or similar electronic means.

3.   During all three years of the Service Agreement, Winn Dixie utilized the Victory NTS System which functioned on the Internet or similar electronic means, to purchase and resell goods.

4.   Winn Dixie contracted with an eCommerce Provider during the course of the Service Agreement.

5.   Winn Dixie instructed its Alternate Source Vendors to circumvent Visagent by communicating/transacting directly with Winn Dixie.

6.   Winn-Dixie made false representations to Visagent and its Alternate Source Vendors regarding the purchase and sale of products.

7.   Winn Dixie improperly used or shared Visagent's proprietary information or trade secrets with others.

8.   The relationship between WWRE and Winn Dixie.

9. The relationship between WWRE and Visagent.

10. The relationship between Winn-Dixie and Visagent.

11. The relationship between Winn Dixie and Victory.

12. Visagent communicated its concern that Winn Dixie was not in compliance with the terms of the Service Agreement.

The following items are listed as issues that relate to the expected testimony for witnesses named below by Visagent.

### Issues

1. Whether Visagent communicated its concern that Winn Dixie was not in compliance with the terms of the Service Agreement?

2. Whether the Service Agreement required Winn Dixie to purchase and/or resell all of its goods on the Secondary Market with Visagent with limited exclusions?

3. Whether Winn-Dixie utilized the Internet or similar electronic means during the term of the Service Agreement outside of Visagent's exchanges and/or services to purchase or resell any goods?

4. Whether Winn-Dixie made false representations to Visagent?

5. Whether Winn-Dixie improperly used any of Visagent's trade secrets or other proprietary or confidential information?

6. Whether Winn Dixie improperly disclosed any of Visagent's trade secrets or other proprietary or confidential information?

7. Whether Visagent demonstrated competency and respect in the retail industry?

| Witness | Statement | Issue |
|---|---|---|
| Intend to Call | | |
| Barr, Tom | Previously Deposed | |
| Barth, Steve | Previously Deposed | |
| Bixby, Tom | Previously Deposed | |
| Carlson, Bob | Previously Deposed | |
| Carr, Steve | 8,9,10 | 7 |
| Garwood, Simon | Previously Deposed | |

| | | |
|---|---|---|
| Kresser, Mike | Previously Deposed | |
| Luczynski, Rone | Previously Deposed | |
| MacDowell, Fred | 2,3,4,7,11 | 3,4,5,6 |
| McLaughlin, Steven | 1,2,4,3,12 | 2,3 |
| Mieskowski, Ed | Previously Deposed | |
| Mills, Daryl | Previously Deposed | |
| Payment, Philip | Previously Deposed | |
| Rubin, Mark | Previously Deposed | |
| Slater, Mark | Previously Deposed | |
| Warren, Robert | Previously Deposed | |
| Winn Dixie 30(B) Representatives | Previously Deposed | |
| Wulfert, Les | Previously Deposed | |
| Records Custodian-Purity | Authentication of Business Records | |
| Records Custodian-Victory | Authentication of Business Records | |
| Records Custodian-Winn Dixie | Authentication of Business Records | |

| May Call | | |
|---|---|---|
| Appell, Larry | 10,11,12 | 1 |
| Calatrava, Cindy | 2,3,10,11 | 3 |
| Crossland, Cindy | 2,3,10,11 | 3 |
| Fowler, Melissa | 2,3,10,11 | 3 |
| Garaygordobil, Baltazar | 8,9 | 7 |
| Garetto, John | 5,6 | 3,4 |
| Garretson, John | 5,6 | 3,4 |
| Gaynor, Seth | 8,9,10,11,12 | 1,2,3,4,5,6,7 |
| Havill, Susan | 2,3,10,11 | 3 |
| Henderson, Kyle | 5,6 | 3,4 |
| Judd, Dick | Previously Deposed | |
| Kelly, Brad | 5,6 | 3,4 |
| Klingerman, Gary | Previously Deposed | |
| Ricciardi, Sal | 5,6 | 3,4,7 |
| Shami, Donna | 2,3,10,11 | 3 |
| Stefanov, Nicole | 2,3,10,11 | 3 |
| Tang, Angie | 2,3,10,11 | 3 |
| Watts, Kirk | 2,3,4,7,11 | 3,4,5,6 |
| Webb, Mike | 2,3,4,7,11 | 3,4,5,6 |
| Visagent may call rebuttal witnesses including experts | | |
| All Listed Witnesses | All statements that are elicited in depositions subsequent to the filing of this List. | All issues that relate to testimony that may be elicited in subsequent depositions. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Witness List has been electronically filed via ECF and that a true and correct copy of the foregoing has been furnished by Email and US regular Mail to: Jim Bolling, Esquire, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 on the 6th day of January, 2010.

Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Visagent
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
(772)283-2004
guy.rubin@rubinandrubin.com