# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

                                 Case No. 3:05-bk-3817-3F1

WINN DIXIE STORES, INC.

      Debtor(s).

---

## CONSENT ORDER SCHEDULING TRIAL

    The parties have consented to the entry of this Order as shown below.

    1.  The Trial on Claim #9953 filed by Visagent Corporation, is scheduled **for February 8, 2010 at 9:00 a.m. for 8 hours; February 9, 2010 at 9:00 a.m. for 8 hours; February 10, 2010 at 9:00 a.m. for 8 hours; February 11, 2010 at 9:00 a.m. for 8 hours; and February 12, 2010 at 9:00 a.m. for 8 hours**

---

**in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202. The trial is only as to the issue of liability.**

    2.  The procedure set forth below shall control the handling of this proceeding.  No variations or adjustments shall be made in the schedule without prior concurrence by the Court upon request made by written notice.  Failure to comply with this Order shall result in appropriate sanctions.

    Accordingly, it is **ORDERED** that the parties shall comply with the following measures:

    1.  Responsive Pleadings, Motions, and Objections:

        A.  Unless otherwise ordered by this court, any outstanding answers or responsive pleadings shall be filed within (10) ten days of this order.

        B.  Any and all motions are to be filed not less than thirty (30) days prior to trial.

        C.  All properly filed objections and motions, not ruled on previously, shall be heard at trial unless otherwise ordered by the Court.

        D.  Ten (10) days prior to trial, parties shall file with the court photocopies of any legal authority relied on by counsel to support their respective positions.

E.  The procedure for filing motions is as follows:

(i). All motions shall include or be accompanied by a legal memorandum or brief containing argument and citations of authorities.

(ii). No later than ten (10) days from the date of service of a motion, each party opposing the motion shall file and serve a legal memorandum or brief containing argument and citations of authorities in opposition to the relief requested.  In the event no such response is filed, the court may deem the motion as unopposed and thereby consented.  The parties should not expect the Court to conduct a hearing prior to ruling on any pending motions.

(iii). No later than five (5) days from the date of service of the opposing legal memorandum, the movant may file and serve a reply legal memorandum or brief, if desired.

(iv). Upon the completion of this schedule, the motion will be at issue, under advisement, and ready for decision by the court.

(v). Motions of any emergency nature may be considered and determined by the court at any time in its discretion.

2.  Exhibits and Witnesses:

A.  Each party's exhibit list, along with the other party's objections, is to be filed with the court 10 days prior to the trial.  Each party's exhibit list shall be served 20 days before trial.

B.  Each party's witness list, designating which witnesses the parties intends to call and which witnesses the party may call, shall be served and filed 60 days before trial and shall designate who each party intends to call as witness

C.  Counsel are responsible for the timely supplementation of their respective exhibit lists and witness lists with any additional exhibits and witnesses prior to the trial.

D.  Exhibits not objected to in writing within ten (10) days prior to the trial are deemed admitted.  The Court will resolve any objections at the trial.

E.  All exhibits to be used at the trial must be pre-marked and listed in accordance with Rule 9070-1 of the Local Rules of Practice and Procedure for the United States Bankruptcy Court for the Middle District of Florida.  Counsel may obtain from the clerk copies of blank form exhibit lists and exhibit identification tags that are to be used in complying with the requirements of this paragraph and the local rule.

2

F.  Each party shall compile and tab their exhibits and provide duplicate sets (i) at the trial for the judge, clerk, and witness stand, and (ii) twenty (20) days before trial to all counsel.

G.  **Appropriate Attire.**  You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

H.  Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

I.  Each party will serve expert disclosures for issues not relating to damages pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure, no later than sixty days before trial, and any rebuttal expert disclosures no later than 45 days before trial.

3.  Discovery:

All discovery, except discovery relating to damages, is to be completed (10) ten days prior to the trial.  Conduct of any discovery that would require a later due date shall be permitted only on the order of the court or by filed stipulation of the parties, and only in proceedings that will not be delayed as a result.

4.  Trial Memorandum

The Trial Memorandum shall be filed twenty (20) days prior to the trial and shall contain:

**FOR THE DEBTORS:**

A.  A list of all pleadings and pending motions.

B.  A brief statement of the theory of debtor's defenses or counterclaims including legal authority for same.

C.  A brief summary of debtor's contentions of fact in support of each claim, the evidence relied upon to establish each of the facts contended.

**FOR THE CLAIMANT:**

A.  A brief statement of the theory of  each claim including legal authority for same.

B.  A brief summary of contentions of facts in support of the legal theories and the evidence to be relied upon to establish each of the facts contended.

3

**FOR ALL PARTIES:**

A. A statement of all admitted or uncontested facts.

B. A brief statement of contested facts.

C. A statement of contested legal issues.

D. A list by each party identifying the portions (by line and page numbers) of the depositions it may use at trial for the purpose of original evidence. (This paragraph does not apply to deposition testimony to be used for the purpose of impeachment).

E. Any legal authority that the parties desire the court to consider.

F. A statement that this is a core or non-core proceeding and that the party does or does not consent to the jurisdiction and entry of final orders or judgments by the Bankruptcy Judge of this Court.

G. A statement that counsel has conferred with opposing counsel and has made a good faith endeavor to settle the above-captioned proceeding.

5. Settlement:

Counsel for all parties shall confer (15) fifteen days prior to the trial and seek in good faith to settle the matter. Any settled matters should be reported immediately to the court. In the event that a written stipulation is not complete, the provisions of the settlement shall be read into the record on the morning of the trial.

DATED August            20        , 2009, in Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

Copies to:
Attorney for Debtors
Attorney for Visagent Corporation

The parties consent to the entry of this Order:

RUBIN & RUBIN                              SMITH HULSEY & BUSEY

By                                         By
Guy B. Rubin                               James A. Bolling

Attorneys for Claimant                     Attorneys for Debtors

4

EXHIBIT B

## REPORT

I submit the following report regarding my opinions in the case of *In re Winn-Dixie Stores, Inc., et al.*; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11:

I.   <u>Opinions</u>.

    A.   The terms "a full truckload" and "<u>truckload</u>" mean the same thing in the shipping industry: a quantity of goods that fully or nearly fully fill, by weight or volume, a 48' or 53' trailer on a truck.

    B.   The term "<u>less than truckload</u>" in the shipping industry means a quantity of goods that is less than a truckload.

    C.   If two or more "less than truckload" shipments are placed on a truck so that the truck is full, but the "less than truckload" shipments are destined for different locations, then each of the shipments is still a "less than truckload" shipment even though the truck is full.

II.  <u>Bases and reasons for opinion</u>.   The bases and reasons for my opinions include:

    A.   My experience in the shipping industry.

    B.   The attached definitions.

III. <u>Exhibits</u>.   The documents described above.

IV.  <u>Qualifications</u>.   See my attached resume.   I have not authored any publications in the last ten years.

V.    <u>Other cases</u>. I have not testified before as an expert witness.

VI.    <u>Compensation</u>.    Winn-Dixie has agreed to compensate me in accordance with the attached letter dated December 7, 2009.

Robert Thomas

Date: 12/10/09

# The Random House College Dictionary

## REVISED EDITION

Based on **The Random House Dictionary of the English Language**

THE UNABRIDGED EDITION

JESS STEIN • EDITOR IN CHIEF

**trounce**      1410      **true jade**

**trounce** (trouns), v.t., **trounced, trounc·ing.** 1. to beat severely; thrash. 2. to punish. 3. to defeat. [?]

**troupe** (trōōp), n., v., **trouped, troup·ing.** —n. 1. a company, band, or group of singers, actors, or other performers, esp. one that travels about. —v.t. 2. to travel as a member of a theatrical company; barnstorm. [< F: troop]
—Syn. 1. See **troop.**

**troup·er** (trōō'pər), n. 1. an actor, esp. in a touring company. 2. an experienced, devoted, and dependable performer, esp. a veteran actor.

**troup·i·al** (trōō'pē əl), n. any of several American birds of the family Icteridae, esp. one with brilliantly colored plumage, as Icterus icterus, of South America. [< F troupiale (now from the Guianese) troupial, trupial]

**trou·ser** (trou'zər), adj. of or pertaining to trousers: trouser cuffs. [back formation from TROUSERS]

**trou·sers** (trou'zərz), n. (construed as pl.) 1. a man's or boy's outer garment, reaching from the waist, and covering each leg separately down to the ankle, sometimes extending to the foot. [var. of earlier trouse < Ir. triubhas] —Syn. See **pants.**

**trous·seau** (trōō'sō, trōō sō'), n., pl. **-seaux** (-sōz, -sōz'), **-seaus.** an outfit of clothing, household linen, etc., for a bride. [< F < ML trossel (a) < L trusso bundle < trusse bundle]

**trout** (trout), n., pl. (esp. collectively) **trout,** (esp. referring to two or more kinds or species) **trouts.** 1. any of various fishes of the genus Salmo, related to the salmon.



Brook trout, Salvelinus fontinalis (Length 1¼ ft.)

**trout·let** (trout'lit), n.

**trou·vère** (trōō vâr'), n., pl. **-vères** (-vârz'). one of a class of medieval poets who flourished in northern France during the 12th and 13th centuries.

**trove** (trōv), n. **treasure-trove.**

**Trou·ville** (trōō vēl'), n. a seaport in NW France, on the English Channel. [also called Trouville-sur-Mer]

**trove** (trōv), n. something valuable or pleasing, esp. something that has been kept hidden or is discovered.

**tro·ver** (trō'vər), n. Law. an action for the recovery of the value of personal property wrongfully converted by another to his own use.

**trow** (trō), v.t. Archaic. to believe, think, or suppose.

**Troy** (troi), n. 1. Latin, Ilium. Greek, Ilion. an ancient ruined city in NW Asia Minor: site of Trojan War. 2. a city in E New York, on the Hudson River. 62,918 (1970). 3. a city in SE Michigan, near Detroit. 39,419 (1970).

**troy** (troi), adj. expressed or computed in troy weight. [ME troye, named after Troyes, France, where it was standard.]

**troy** (troi), n., pl. **troys.** 1. the act or state of being truant. 2. an instance of being truant. Also, **truantry.**



**Troy** (Asia Minor)

**Tru·cial Sheik·dom, Tru·cial States.**

**truck** (truk), n. 1. any of various forms of vehicle for carrying loads, freight, etc. 2. a barrowlike frame with low wheels, used to move heavy objects. —v.t. 1. to convey by truck or trucks. 2. to carry on a truck. —n. 1. the act of trucking, or conveyance by truck. 2. a truck farmer. [ME trukie]

**truck·er** (truk'ər), n. 1. a person who drives a truck. 2. a truck farmer.

**truck·load** (truk'lōd'), n. an amount comprising a full or almost full load on a truck.

**truck·man** (truk'mən), n., pl. **-men.** 1. a person who drives a truck. 2. a man who is in the business of trucking goods, produce, etc.

**true** (trōō), adj., **tru·er, tru·est,** adv., n., v., **trued, tru·ing** or **true·ing.** —adj. 1. being in accordance with the actual state or conditions; conforming to reality or fact; not false or erroneous.

**true-born** (trōō'bôrn'), adj. genuinely or authentically so because of birth.

**true-blue** (trōō'blōō'), adj. staunch.

**true-bug** (trōō'bug'), n.

**true course,** a course whose bearing is given relative to the geographical meridian. Cf. compass course, magnetic course.

**true fly,** any fly (def. 1).

**true-heart·ed** (trōō'här'tid), adj. 1. faithful; loyal. 2. honest; sincere.

**true jade,** jadeite or nephrite.



09:07:30    Search;    email Us    Print Page    Add to favorites    Site Map.

Job Seeker | Employers | Logistics Business

WSC WORLD SERVICE CARGO    HOME

About Us Sponsors Services Inventory Quotes Glossary News Links Career Join us Contact Us

Glossary





**Shipping Term**

- **Bill of Landing** – the transportation documentation that acts as a contract of carriage between the shipper and carrier; also provides a receipt for the goods tendered to the carrier.
- **Consignee** – The receiver of a freight shipment.
- **Consignor** - The sender (shipper) of a freight shipment.
- **CWT** – Hundredweight or per 100 lbs.
- **Demurrage** – Charges that are assessed when consignor or consignee fail to load or unload shipments in specified time limits. Also known as detention.
- **Density** – The physical characteristic measuring mass in pounds per foot; affects equipment utilization and rate decisions.
- **FAK** – Freight all kinds; either a mixture of products and/or special rates begin applied.
- **Flatbeds** – Some shipments require that the main deck be free of walls or ceiling constraints. To facilitate loading or unloading, these shipments may require a flatbed trailer. A wide variety of flatbed trailers accommodate the trucking of almost any type of surface shipment. Flatbeds are also used for trucking anything that cannot be moved in a van, such as: special equipment; wide, long, oversized or heavy haul loads; or, any other type of trucking that can legally move by highway in North America.
- **Fuel Surcharge** – Surcharge imposed by carriers when fuel prices reach over certain levels.
- **Heavy Haul and Oversized Shipments** – Heavy haul and oversized are also known as over-dimensional shipments and can pose special challenges for shippers. Shipments can be both heavy haul and oversized in nature. Heavy haul shipments may require special routings because only certain highways allow extremely heavy vehicle weights. These shipments also may require special trucks and trailers or special permits issued by various state or local government agencies.
- **Intermodal** – Shipments moving two modes, ie: rail and ground.
- **LTL (Less-than-Truckload)** – This is a shipment that does not fill and entire truckload. Specialized carriers provide service exclusively for this type of shipment. These providers services are priced by weight, density, value and ease of handling in combination with distance. Pricing is calculated based on cents per hundredweight rating. They also consider volumetric pricing, or dimensional weight pricing, if a commodity's density is the issue. Their services are readily available in the U.S. and Canada. The National Motor Freight Classification standards are commonly used in order to identify the best pricing for a particular commodity on a particular shipping lane. *Example: A 10,000 pound shipment of ball bearings takes up less space in a trailer than does 10,000 pounds of ping pong balls! Carriers commonly use a system of pricing that accounts for weight, as well as density, volume and distance.*
- **Pallet** – A small platform, usually 40 x 48 on which goods are placed. Depending on how it's loaded into the trailer, 22-24 pallet positions fit in a 48' trailer; 26-28 pallet positions I a 53' trailer.
- **Piggyback** – Rail-truck service. Same as intermodal.
- **Rail Shipments** – Rail shipments are also known as piggyback or intermodal shipments. Shipping by rail a cost effective alternative to over the road trucking, but has longer transit time, so if expense is more of a concern than time, rail service becomes a viable option.
- **SLC** – Shippers Load & Count; notation o Bill of Lading.
- **TOFC** – Trailer on Flatcar; truck trailer that ships on rail flatcar.
- **Team Service** – This can be the answer to the time-critical or intrinsically valuable large shipment. This is a service used when a shipment requires expedited delivery beyond what normal transit time can deliver. A two-person team drives in shifts and the truck is stopped only for fuel. Team drivers take turns sleeping, while the fresh driver is at the wheel. Although slightly more expensive due to additional labor costs, team service is used when critical shipments need to be moved quickly. These shipments may be so large or heavy that air freight costs are prohibitively expensive. Team service is the fastest, over-the-road shipping option available
- **Truckload** – Full truckloads (FTL or sometimes TL) utilizing van or flatbed trailers, depending upon shipment configuration.
- **Vans** – Many shipments are serviced by van trailers, especially loads comprised of loose cartons or unitized or palletized freight. (In order to determine an accurate cost



- Customers
- Employees
- Suppliers
- Investors
- Media
- About Us

# Customers

- Intermodal
- Features
- IMC - Intermodal Marketing Companies
- Motor Carrier Intermodal
- Less-Than-Truckload Intermodal (LTL)
- Mexico Intermodal
- International Intermodal
- FIRMS Codes

Report Emergencies
Contact UP Police:
1-888-877-7267

- Home
- Customers
- Intermodal

# Intermodal Glossary

A-B C-D E-G H-K L-O P-R S-U V-Z

A-B

**J-1**
A report filled out during the ingate and outgate process. The J-1 details damage to the unit, container information, shipping information, drayman involved and time of ingate/outgate.

^Top

L-O

L

**Lading**
That which constitutes a load. The freight in or on a rail car, container or trailer.

**Landbridge**
Containerized marine traffic that is routed via rail across the United States on traffic between the Far East and Europe/Canada in lieu of all water routes.

**Landing Gear**
Moveable metal legs on the front of a semi-trailer which support the trailer when not connected to a tractor.

**Lift**
The process of moving a container or trailer to and or from a rail car.

**Live Load**
When a drayman stays with a container or trailer while being loaded or unloaded.

**Load Shift**
The term when the contents of a container or trailer are shifted inside the unit sometime after it leaves the actual origin and before it arrives at the final destination.

**Local Move**
A railroad movement in which only one road haul carrier participates. The one carrier serves both the origin and destination station.

**LTL (Less Than Truckload)**
A shipment that would not by itself fill the truck to capacity by weight or volume.

**Lumper**
A person hired to help unload a container or trailer instead of using the driver.

M

**Maintenance of Way**
The process of maintaining roadbed (rail, ties, ballast, bridges etc.) These materials are

RESUME OF WORK HISTORY

ROBERT D THOMAS

2005 To Present:

President of Suddath Transportation's services, Inc.(STS), a subsidiary of The Suddath Companies. STS is a licensed property broker which handles general commodity freight, specialized freight, air freight and ocean freight. We match our clients available shipments with available capacity in the truck load, LTL, Air and Ocean markets, in an effort to save them money, provide outstanding service, and to hopefully make a profit.

The day to day responsibilities require that I supervise all employees, which currently number 23 in 7 locations in 6 States. Employees are in 5 distinct groups. Operations, Logistics, Accounting, Sales, and Administrative.

1997 To 2005

President and General Manager of STS. In this position, I was tasked with growing STS in revenue and in staffing needs to meet the requirements of our clients. Having done so over a 5 year period, I was promoted to President.

1987 To 1997

General Manager of STS. In this position, I was responsible for day to day operations of the company as above.

1984 To 1987

Operations Manager of STS. In this position, I was responsible for the operations of the company, insuring that service requirements of all clients were meet on a daily and hourly basis. A staff of 4 worked for me at this time, booking the shipments with various carriers and for various customers, both LTL and Truckload.

This is the time period when I earned the Certified Transportation Broker (CTB) recognition. A CTB is an industry recognition of your talents at understand the laws and rules of the brokerage industry. This certification course consisted of 4 part testing taking over a period of months, performed by the Transportation Brokers Conference of America. Currently named the Transportation Intermediaries of America.

## 1981 to 1984

Long Distant Dispatcher, Suddath Relocation Services, (SRS). I worked with a team of dispatchers and support personal to direct all the household goods shipments of SRS. We managed a fleet of 75 over the road drivers and we matched up loads for the drivers, and found alternate carriers to service the excess shipments that we could not load on our own fleet.

## 1979 to 1981

Operations Manager of Suddath Relocations Services of Miami. I was in charge of the warehouse and all local contractors, local movers, and long distant drivers assigned to this location. Daily duties included dispatching crews to cover work load, running of the warehouse, order of packing material, and maintenance of the local fleet.

## 1977 to 1979

Operations Manager of Suddath Relocations Services of Atlanta. Duties were the same as above, however, this was a much smaller market with less employees, and less volume of business.

## 1976 to 1977

Contract Packer for Suddath Relocations Services of Atlanta. Responsibilities included packing household goods of relocating families for Suddath National Account shippers.

## 1975 to 1976

Local driver for Suddath Relocations Services of Atlanta. Responsible for moving household goods around Atlanta and the state of Georgia, as well as moving shipments of computers and medical equipment.

SMITH HULSEY & BUSEY

JAMES A. BOLLING
DIRECT 904.359.7719
JBOLLING@SMITHHULSEY.COM

December 7, 2009

Mr. Robert Thomas
Suddath Transportation Services, Inc.
815 South Main Street
Jacksonville, FL 32247

Re:    In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court,
       Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Dear Mr. Thomas:

We appreciate your willingness to provide expert testimony regarding Visagent Corporation's claim against Winn-Dixie in the referenced case. Winn-Dixie Stores, Inc. is retaining you on the following terms:

1.    Winn-Dixie will pay you $150 per hour for the time you devote to this matter,

2.    Winn-Dixie will pay your reasonable, actual expenses related to this matter,

3.    you will send your monthly invoices to us and we will forward the invoices to Winn-Dixie, and

4.    your monthly invoices will describe each of your activities, the amount of time devoted to each activity to the nearest tenth of an hour, and attach copies of receipts for any expenses over $25).

SMITH HULSEY & BUSEY

Mr. Robert Thomas
December 7, 2009
Page 2

If you agree with these terms, please sign the acknowledgement below
and send the original of this letter to us.

Sincerely,

James A. Bolling

ACCEPTED AND AGREED:

_Robert Thomas_  12/7/2009

Robert Thomas

680640.1

EXHIBIT C

REPORT

I submit the following report regarding my opinions in the case:  In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3-F1, Chapter 11:

I.    Opinion

Standard facsimile (Fax) transmissions do not occur through the "Internet or similar electronic means."  Rather, standard fax transmissions occur through the Public Switched Telephone Network (PSTN).

II.    Bases and Reasons for Opinion

The term Internet is defined as "an interconnected system of networks that connects computers around the world via the TCP/IP protocol" [West98].  TCP/IP (Transmission Control Protocol/Internet Protocol) is also known as the standard Internet Protocol Suite [IETF:RFC791, IETF:RFC793].  Internet Protocol is designed for use in interconnected systems of *packet-switched* computer communication networks [IETF:RFC791].    Thus, the defining hallmarks of technologies that may be thought of as "Internet or similar electronic means" are that they 1) occur across an interconnected system of packet-switched communication networks, and 2) rely on the use of the standard protocols in the Internet Protocol Suite.

1

The transmissions at issue in this case occurred between June 2001 and June 2004, used a standard (G3) Fax transceiver (a Fax machine), and do not meet the above definition, in that such standard Fax transmissions:

1) Are designed to take place over the public switched telephone network (PSTN), the network of the world's public *circuit-switched telephone networks*, originally a network of fixed-line analog telephone systems. The Internet, on the other hand, is the network of the world's public *IP-based packet-switched networks*.

2) Do not employ the standard protocols of the Internet Protocol Suite [ITU:T.30].

Table 1 - Critical differences between Internet and Fax technologies

|  | Fax technology | Internet Technology |
|---|---|---|
| Network | A **circuit-switched** network, the public switched telephone network (PSTN) | A store-and-forward, **packet-switched** network |
| Internet Protocol | No | Yes |
| Addressing | E.163/E.164 addresses (telephone numbers) | IP address (e.g., 128.192.4.3), host name (e.g., ex.cs.uga.edu), or web address (e.g., http://www.ex.com:8080) |
| Standards body | (ITU-T), the International Telecommunications Union – Telecommunications Standardization Sector | (IETF), the Internet Engineering Task Force |

The distinction between Fax technology and Internet technology is further supported by the following observations, summarized in Table 1:

3) Fax technology uses *E.163/E.164 addresses*, more commonly known as telephone numbers, for addressing. Conversely, Internet-based communications use an IP address, host name (which converts to an IP address), or web address (which converts to an IP address and port number).

4) Internet technology and Telephone/Fax technologies are overseen by different standards organizations. The standards and specifications for Internet technology are overseen by the IETF (Internet Engineering Task Force). In contrast, the standards and specifications for telephone networks are overseen by the International Telecommunications Union (ITU-T, formerly CCC-IT), an arm of the United Nations that oversees telephone-based technology. Fax technologies are telephone network-based, rather than Internet-based, and are thus overseen by the ITU rather than the IETF.

The Internet Engineering Task Force (IETF) is the principal body engaged in the development of new Internet standard specifications. As such, the IETF identifies and proposes solutions to pressing operational and technical problems in the Internet and makes recommendations to the Internet Engineering Steering Group (IESG) regarding the standardization of protocols.

Documents issued by the IETF are known as "Requests for Comment" or RFCs, each of which is designated by an RFC number. Once published, an RFC never changes. Modifications to an original RFC are assigned a new RFC number. Six types of RFCs exist: Proposed standards, Draft standards, and Internet standards

(sometimes called "full standards"), as well as Informational documents, Experimental protocols, and Historic documents. Only the first three (proposed, draft, and full) are standards within the IETF. Standards "begin life" as Internet Drafts (not yet an RFC) and progress through the Proposed Standard phase to the Draft Standard phase as separate RFCs. Important specifications eventually become Internet Standards, as yet another RFC. Exhibit A contains a list of Internet protocols and RFCs for representative Internet-based technologies.

ITU is the primary United Nations agency for information and communication technology issues. ITU coordinates the shared global use of the radio spectrum, promotes international cooperation in assigning satellite orbits, and is involved in establishing worldwide standards for communication systems. ITU-T is the Telecommunications Standardization Sector of ITU. The standards documents produced by ITU-T are known as Recommendations (ITU-T Recs). Exhibit B contains selected portions of ITU standards T.2 - T.4, T.30, T.37, and T.38, which comprise the essential Fax standards.

III.    Clarification of Potential Misconceptions

    a) Clarification of the role of Internet Fax and Fax-over-IP (FoIP) in the Winn-Dixie/Visagent Matter

Although Internet-based Fax was not in common use at the time of the Winn-Dixie/Visagent agreement, some initial development of standards had begun, and both the IETF and ITU-T had begun to formulate specifications. An Internet Engineering Task Force Request for Comment [IETF:RFC2305] titled "A Simple

4

Mode of Facsimile Using Internet Mail" was issued as a Proposed Standard in March of 1998. In this RFC, an "IFax device" is defined as an Internet-accessible device capable of sending, receiving or forwarding Internet faxes. A message can be sent to an IFax device using an Internet mail address[IETF:RFC2305]. In contrast, a facsimile-capable device using T.4 [ITU:T.4] and the public switched telephone network (PSTN), is defined as a "G3Fax device". The conventions specified in [IETF:RFC2305] were designed to allow IFax devices to send images to other IFax devices and also to Internet-native systems, such as PCs with common email readers that can handle MIME mail and TIFF for Facsimile data. The specification of RFC2305 also provided for communication from Internet mail to an "Offramp gateway" (an offramp from the Internet to the PSTN), which would receive the document and forward it, using standard Fax technology over the PSTN, to a G3Fax. Revisions to this RFC were issued after the date of the Winn-Dixie/Visagent agreement in 2002 (draft-ietf-fax-service00 through 04)[RFC-editor]. The minutes of the FAX working group at the IETF-56 meeting in March of 2003 indicate that the proposal was still in revision at that time. RFC2305 was obsoleted with the issuance of RFC 3965 as a Draft Standard in December 2004[IETF:RFC3965].

An ITU-T Recommendation, titled "Procedures for the transfer of facsimile data via store-and-forward on the Internet" [ITU:T.37] was issued in June of 1998, and amended in September of 1999, March of 2001, and November of 2002. This document describes the technical features necessary for the Store-and-Forward 'Simple' mode of operation of facsimile document transmission via Internet Mail. The T.37 documents references the IETF RFC 2305 and describes the transfer of

5

image data as in RFC2305, and specifies that Internet mail addressing is used to specify the addresses of sending and receiving terminals.

The label on the Fax machine in use by Winn-Dixie during the term of the service agreement shows that it is a Canon H12204, which is a Canon Laser Fax 1060P, manufactured in February 2002. The specifications page of the User Guide for the device (Exhibit H) indicates that this is a Super-G3 device, designed to work on the Public Switched Telephone Network. I understand that other Fax machines used by Winn-Dixie during this time were also either G3 or Super-G3 devices. Super-G3 and G3 devices differ in that G3 devices communicate at a rate of 28800 Kbit/s while Super-G3 devices are capable of transmitting at 33600 Kbit/s when communicating with another Super-G3 device. That is, this device is designed for standard Fax transmissions, is not IFax/T.37-compliant, and is thus not capable of sending or receiving Internet Fax documents.

A later technology, known as Fax-over-IP (FoIP) is described in "Real-time Facsimile (T.38) – image/t38 MIME Sub-type Registration" [IETF:RFC3362], a Proposed Standard issued in August 2002 and in "Procedures for real-time Group 3 facsimile communication over IP networks" [ITU:T.38], first issued in June of 1998 and then superseded by editions 2 through 5 of the document between 2002 and 2007. In this approach to transmission of facsimile data, users attempt to make use of the Voice-over-IP (VoIP) facilities to carry Fax transmissions. VoIP systems are optimized for voice rather than data calls and employ lossy compressions algorithms (they lose data). As a result, conventional fax machines work poorly or not at all on VoIP systems due to network impairments such as delay, jitter, and

6

packet loss. The typical scenario in which T.38 might be used today is through

T.38 Fax relay, in which a T.30 (standard) Fax device sends a fax over the PSTN to a

T.38 Fax gateway, which converts or encapsulates the T.30 protocol into a T.38 data

stream. The data stream is then sent either to a T.38 enabled end point such as fax

machine or fax server or another T.38 Gateway that converts it back to PSTN or

analog signal and delivers the fax to another T.30 (standard Fax) device.

In summary:

1) The machine used by Winn-Dixie is a facsimile-capable device using T.4

   [ITU:T.4] and the public switched telephone network (PSTN); it is a G3Fax

   device. Thus, it is not capable of sending or receiving Internet-based Fax

   transmissions. Rather, it receives only standard Fax transmissions, through

   the PSTN.

2) It is my understanding that Winn-Dixie did not subscribe to an Off-ramp (or

   On-ramp) gateway service through which Internet-based Fax transmissions

   could have been received (or sent), nor was this technology in common use

   at the time of the agreement. Further, Winn-Dixie did not employ a VoIP

   (Voice-over-IP) adapter to attempt FoIP (Fax-over-IP).

   b) Role of telephone system in dial-up, and DSL access to the Internet

Dial-up access is a form of Internet access that uses telephone lines [Cisco]. A

modem (modulator-demodulator) is used to send digital data (encoded as 0s and

1s) over a phone line to an Internet Service Provider's (ISP) node, establishing a

modem-to-modem link. Thus, dial-up service acts as a specialized type of telephone

call, in which the tones transmitted over the standard telephone line are decoded at

7

the receiving end (the Internet Service Provider) and interpreted as Internet

Protocol (IP) packets which are then directed to the Internet through the ISP's

connection. In the same way, IP packets destined for the dial-up user that arrive at

the Internet Service Provider from the Internet are encoded as tones and

transmitted over the standard telephone line and interpreted at the user's end.

DSL (Digital Subscriber Line) service differs from a dial-up line in that it

makes use of the same twisted pair copper wires as a regular telephone line, but

does not take the form of a telephone call. Voice calls make use of a frequency range

of 0 to 3,400 Hertz. However, the telephone wires are able to handle frequencies of

up to several million Hertz. DSL makes use of this unused bandwidth to carry data,

with separate channels for upstream and downstream communication. Thus, users

of DSL are able to use the telephone while connected to their ISP. At the DSL Service

Provider the voice communications enter the PSTN, while the digital data

communications enter a DSL Access Multiplexer, which forwards data to and from

the Internet through the DSL Service Provider's Internet connection.

Summary: While telephone lines may be used to carry Internet data from a

user's computer to an Internet or DSL Service Provider, standard telephone

communication occurs through the circuit-switched PSTN, while the routing of IP

packets occurs through a store-and-forward packet-switched network, the Internet.

Fax transmissions do not employ Internet Protocol, are a specialized type of

telephone call, and occur through the circuit-switched PSTN, rather than through

the packet-switched Internet.

8

IV.   Winn-Dixie's Diverting System

I have read the document entitled "Explanation of Winn-Dixie's Diverting System"

(Exhibit E), which describes an "Identification Process" and a "Decision and

Transaction Process".  While the Identification Process employed FTP, an Internet

protocol, the Decision and Transaction Process made no use of Internet or similar

electronic means.


V.   Technologies that _are_ "Internet or similar electronic means"

At the time of the service agreement, a number of Internet and Internet-related

technologies existed or had been proposed.  These include not only TCP/IP, the

definitive Internet Protocol Suite, but also FTP (File Transfer Protocol,  SMTP

(Simple Mail Transfer Protocol, commonly known as e-mail), and HTTP (Hypertext

Transfer Protocol), which all exist as application layers in a protocol stack built on

TCP/IP. Thus, each of these technologies may be considered "Internet or similar

electronic means."  Additional technologies that meet this definition include the

following:

   a)   IP(v6)

Internet Protocol version 6 (IPv6) is the designated successor to  IPv4 (known

commonly as IP or Internet Protocol). IPv6 is an Internet Layer protocol for packet-

switched networks, defined in December 1998 by the IETF as an Internet standard

specification [IETF:RFC2460].  IPv6 differs from IPv4 in that it has a much larger

address space, and implements new features that simplify aspects of address

assignment and network renumbering when changing Internet connectivity

9

providers. Defined by the IETF and employing packet-switching, IPv6 is considered "Internet or similar electronic means."

b) Internet2

Internet2 is an advanced networking consortium and high-speed academic research network led by the research and education community[I2]. The Internet2 Network is a next-generation Internet Protocol and optical network designed to meet high-performance demands from research and education, and provides a secure network testing and research environment. Thus, while Internet2 is not synonymous with the Internet, Internet2 employs Internet Protocol and packet switching and is considered "Internet or similar electronic means."

c) B2B and E-commerce Technologies

As described in the Winn-Dixie/Visagent agreement, Visagent "is in the business of providing services including but not limited to the facilitation of ecommerce business-to-business transactions....". Various technologies related to such business-to-business (B2B) transactions may be considered to be "Internet or similar electronic means." These technologies include EDI, company websites, B2B hubs, e-procurement systems, and web services [Albrecht2005].

EDI, Electronic Data Interchange, is defined as the computer-to-computer exchange of structured information, by agreed message standards, from one computer application to another by electronic means and with a minimum of human intervention. EDI uses standard formats that facilitate transactions. The transmission of EDI data may occur over the Internet, or may be accomplished without Internet involvement. For example, one business may generate a CD

10

containing transaction data structured using EDI standard formats, and then mail that CD to a trading partner.

The World Wide Web (WWW), also known as "the Web" enables businesses to share documents across a generalized, global network. Sellers are able to publish company and product information via their web sites, and search engines assist buyers in finding and analyzing this information. Computers participating in the World Wide Web make use of the Hypertext Transfer Protocol (HTTP), a layer in a stack of protocols that includes Internet Protocol. Thus, WWW is considered "Internet or similar electronic means."

Other Internet-based B2B technologies include B2B Hubs, e-procurement systems, and Web Services. B2B Hubs are electronic market places that play the role of digital intermediaries [Bailey1997, Bakos1997], facilitating product and information exchange and supporting product search, initial contact, negotiation, and settlement[Bakos1997, Bakos1998]. Typically, Hubs offer their own catalogs or link to the product catalog of sellers, thereby providing indexing services [Baron2000]. The underlying technology supporting such hubs typically involves the use of a Hub-specific web client, enabled through a web browser [Albrecht2005]. Thus, such B2B Hubs would be considered "Internet or similar electronic means."

VI.    Background Documents, References, and Other Documents

    A. Internet Engineering Task Force (IETF) documents

    B. International Telecommunications Union (ITU-T) documents

C.  Internet technology: brief history and description

D.  Fax technology: brief history and description

E.  Explanation of Winn-Dixie's Diverting System

F.  Service Agreement

G.  Excerpts from Mark Rubin's deposition testimony

H.  Fax machine label and excerpts from user guide

I.  References

J.  Resume

K.  Letter outlining compensation agreement

VII.  <u>Exhibits</u>

I will use the documents described in Section VI above as exhibits.

VIII.  <u>Qualifications</u>

See my attached resume (Exhibit J), which includes my publications during the past ten years.

IX.  <u>Compensation</u>

See attached letter (Exhibit K), dated August 31, 2009.

X.  <u>Other cases</u>

I have not previously testified as an expert witness.

Eileen T. Kraemer, PhD

Date: _12/9/09_

12

# CURRICULUM VITA
January 2009

**NAME:**          Eileen T. Kraemer

**ADDRESS:**       Department of Computer Science
The University of Georgia
Athens, GA 30602-7404
eileen@cs.uga.edu
(706)542-5799 (tel.)
(706)542-2966 (fax)

**PLACE OF BIRTH:**   New York

**EDUCATION:**

| | | |
|---|---|---|
| Ph.D. – Computer Science | Georgia Institute of Technology | September 1995 |
| M.S. – Computer Science | Polytechnic University | December 1986 |
| B.A. – Biology | Hofstra University | May 1980 |

**DISSERTATION:**

*The manipulation of time and event order in the visualization of parallel and distributed systems*,
John Stasko, thesis advisor.

**RESEARCH INTERESTS:**

The focus of my research is on the development and evaluation of tools for visualization and
interaction in support of complex tasks. As such, it includes work both in human-computer
interaction and in the domain of the complex task to be supported.

Early work addressed visualization and interaction in support of program comprehension and
performance evaluation of parallel and distributed systems. Research in techniques for
interactive steering built on this early work.

Later work involved the development and evaluation of numerous domain-specific tools
employing visualization and interaction, with a strong focus on applications in Bioinformatics.
Projects included visualization and interaction in support of network management, micro-array
data analysis, gene-finding, visualization of protein-protein interaction data, comparative
genomics displays, and more. These experiences with the development and evaluation of many
systems for visualization and interaction in support of a complex task have served as a training
ground, permitting us to abstract out higher level principles about the design, implementation,
evaluation, and use of such systems.

I collaborate with Professor Maria Hybinette in the Distributed Simulation Laboratory.  Our
work there focuses on providing effective, scalable and easy to use simulations.  We are
currently working on a hybrid agent-based/distributed simulation system that supports simulation
of biological systems such as ants, bees, multi-robot systems and traffic simulations.  We are also

interested in enabling live, collaborative, dynamic and scalable simulations. Visualization and interaction within this simulation system is of particular interest to me.

Motivated by the lessons learned in the domain-specific projects, I have more recently begun a program of research that attempts to answer questions about what types of displays are useful and usable, and what properties of those displays promote or inhibit understanding and usability. I have performed empirical studies of the effectiveness of visualization and interaction techniques for program visualization, with an emphasis on applications in computer science education. I am also involved in the development of user interfaces and visualizations for the web-based biological database for apicomplexan orgranisms, ApiDB. Most recently, I have been working on problems related to the usability of graphical notations for software engineering, with an emphasis on concurrency concerns.

## POSITIONS:

| | |
|---|---|
| 1998 – present | Head (since July 2008) and Professor (promoted August 2007), Dept. of Computer Science, University of Georgia, Athens, Georgia. |
| 1995 – 1998 | Assistant Professor, Computer Science Dept. and Director, Computer Visualization Laboratory, Washington University in St. Louis, St. Louis, Missouri. |
| 1989 – 1995 | Graduate Research Assistant, Georgia Tech, Atlanta, Georgia. |
| 1987 – 1989 | Instructor, Oglethorpe University, Atlanta, Georgia. |
| 1986 – 1987 | Training Manager, Online Financial Communications, Atlanta, Georgia. |
| 1985 – 1986 | Instructor, Polytechnic University, Farmingdale, New York. |
| 1980 – 1985 | Teacher, Long Island, New York. |

## HONORS & AWARDS:

Nominee, University of Georgia Graduate School Outstanding Mentoring Award, 2006.

NSF CAREER Award, 1998.

Georgia Tech, Society of Women Engineers, Outstanding Graduate Student in Computer Science, 1998.

Intel Fellowship, 1993-1994.

## GRANTS:

1. Jessica Kissinger – PI, John A. Miller and Eileen T. Kraemer – Co-PIs, "Integrated Databases for Apicomplexan Pathogens", National Institutes of Health (NIH), July 2004 – June 2009, $3,100,000 (CS Portion $538,816).
2. NSF "Collaborative research: Program Visualization: Using Perceptual and Cognitive Concepts to Quantify Quality, Support Instruction, and Improve Interactions," Eileen Kraemer (PI), Elizabeth Davis (Co-PI), $303,606 (UGA), $278,495 (GT) June 15, 2003 – June 14, 2007.
3. FY2003 Learning Technologies Grants Program (E. Kraemer, PI), University of Georgia, Committee for Applied Instructional Technologies, "Enhanced Learning Through Virtual Reality", with Leon Deligiannidas and John Miller, $73,074.
4. MCG-UGA Intramural Cancer Grants Program, "Proteomic patterns in sera as a tool in ovarian cancer diagnostics", with W. Dynan (MCG) and J. McDonald (UGA), $80,000.

5. NSF Award, "Instrumentation Grant for Research in Parallel and Distributed Computing", David K. Lowenthal (P.I.) and Suchendra Bhandarkar, Eileen T. Kraemer (Co-PI's), $114,000, March 15, 2000 - February 28, 2004.
6. NSF CAREER Award, "An Infrastructure in Support of Configurable, Consistent, Interactive Computational Steering", $201,617, May 1998 - April 2003.
7. NSF Award, "REU Supplement to: An Infrastructure in Support of Configurable, Consistent, Interactive Computational Steering", $5,000, 6/1/99 - 5/31/00.
8. NSF Award, Computer and Computation Research, "Query-Based Visualization of Executing Distributed Computations", Gruia-Catalin Roman (P.I.) and Eileen Kraemer (Co-P.I.), $270,053, July 1997 - June 2001.
9. NSF Award, CISE Research Instrumentation Grant, "Effective Visual Presentation of Computer-Generated Information", $80,000, February 1997 - July 1998.
10. NSF Award, Networking and Communication Resources and Infrastructure, "Network Monitoring, Visualization and Control with Emphasis on Multi-Layer Protocols and Human-in-the-Loop", Guru Parulkar (P.I.) and Eileen Kraemer, Doug Schmidt, Ron Cytron, Jon Turner (Co-P.I.'s), $1,200,059, September 1997 - August 2001.
11. Washington University in St. Louis (subcontract), "Network Monitoring, Visualization, and Control of High Speed Networks with Emphasis on Multi-Layer Protocols and Human-in-the-Loop", $24,677, 1/1/99 - 12/31/99.
12. Washington University in St. Louis (subcontract), "Monitoring, Visualization, and Control of High Speed Networks with Emphasis on Multi-Layer Protocols and Human-in-the-Loop", $24,677, 01/01/00 - 12/31/00.

## BOOK CHAPTERS

1. J. Arnold, H.-B. Schuttler, D.A. Logan, D. Battogtokh, J. Griffith, B. Arpinar, S.M. Bhandarkar, S. Datta, K.J. Kochut, E. Kraemer, J.A. Miller, A. Sheth, G. Strobel, T. Taha, B. Aleman-Meza, J. Doss, L. Harris and A. Hyong, **Metabolomics**, in *Handbook of Industrial Mycology*, Marcel-Dekker, New York, NY, 2004, Chapter 22, pp. 597 – 633.
2. Eileen Kraemer, **Visualizing Concurrent Programs**, in Marc Brown, John Domingue, Blaine Price, and John Stasko, editors, *Software Visualization: Programming as a Multimedia Experience*, MIT Press, Cambridge, MA, January 1998.

## JOURNAL PUBLICATIONS:

3. S. Xie, E. Kraemer, R.E.K. Stirewalt, L.K. Dillon and S.D. Fleming, "Synchronization – Adorned Sequence Diagrams", *InfoVis*, in submission.
4. Wang, Z., Gao, X., He, C., Miller, J.A., Kissinger, J.C., Heiges, M., Aurrecoechea, C., Kraemer, E.T. and Pennington, C., "An Evaluation of Multiple Approaches for Federating Biological Data", *Journal of Information Technology Research (JITR)*, to appear.
5. Tudoreanu, M.E. and Kraemer, E., "Balanced Cognitive Load Significantly Improves the Effectiveness of Algorithm Animation as a Problem-solving tool", *JVLC (Journal of Visual Languages and Computing)*, October 2008, 19:5(598-616).
6. Aurrecoechea, C., Brestelli, J., Brunk, B.P., Carlton, J.M., Dommer, J., Fischer, S., Gajria, B., Gao, J., Gingle, A., Grant, G., Harb, O.S., Heiges, M., Innamorato, F., Iodice, J., Kissinger, J.C., Kraemer, E.T., Li, W., Miller, J.A., Morrison, H.G., Nayak, V., Pennington, C., Pinney, D.F., Roos, D.S., Ross, C., Stoeckert, Jr., C.J., Sullivan, S., Treatmen, C., and Wang, H., "GiardiaDB and TrichDB: Integrated Genomic Resources

for the Eukaryotic Protist Pathogens *Giardia lamblia* and *Trichomonas vaginalis*", *Nuclei Acids Research*, Sept 29, 2008 (http://nar.oxfordjournals.org).

7. Eileen T. Kraemer, Bina Reed, Philippa Rhodes, and Ashley Hamilton-Taylor, "SSEA: A System for Studying the Effectiveness of Animations", in *Electronic Notes in Theoretical Computer Science*, 178(4):171-179, June 2007.

8. C. Aurrecoechea, M. Heiges, H. Wang, Z. Wang, S. Fischer, P. Rhodes, J. Miller, E. Kraemer, C.J. Stoeckert, Jr., D.S. Roos, and J.C. Kissinger, "ApiDB: Integrated Resources for the Apicomplexan Bioinformatics Resource Center", in *Nucleic Acids Research*, Vol 35, D427-D430, 2007.

9. H. Wang, Y. Su, A. Mackey, E.T. Kraemer and J.C. Kissinger, "SynView: A GBrowse-compatible Approach to Visualizing Comparative Genome Data", *Bioinformatics*, 2006, 22(18):2308-2309.

10. M. Heiges, H. Wang, E. Robinson, C. Aurrecoechea, X. Gao, N. Kaluskar, P. Rhodes, Z. Wang, C. He, Y. Su, J.A. Miller, E.T. Kraemer and J.C. Kissinger, "CryptoDB: a *Cryptosporidium* Bioinformatics Resource Update", *Nucleic Acids Research*, 2006, Vol. 34, D419–D422.

11. Susanne Warrenfeltz, Stephen Pavlik, Susmita Datta, Eileen T Kraemer, Benedict Benigno, John F McDonald, "Gene expression profiling of epithelial ovarian tumors correlated with malignant potential", *Molecular Cancer*, 2004 3:27 (October 7, 2004).

12. Kamyar Farahi, William B. Whitman, Eileen T. Kraemer, "RED-T: Utilizing the Ratios of Evolutionary Distances for Determination of Alternative Phylogenetic Events", *Bioinformatics*, 19(16):2152-2154 (Nov 2003).

13. Jian Wang and Eileen Kraemer, "GFPE: Gene-Finding Program Evaluation", *Bioinformatics*, 19(13):1712-1713 (Sept 2003).

14. Zheng Xu, Britton Lance, Claudia Vargas, I. Budak Arpinar, Eileen Kraemer, Krys J. Kochut, John A. Miller, Jeff R. Wagner, Michael J. Weise, John K. Wunderlich, James Stringer, George Smulian, Melanie T. Cushion and Jonathan Arnold, "Mapping by Sequencing the Pneumocystis Genome, Using the Ordering DNA Sequences V3 Tool", *Genetics (GENE)*, 163(4): 1299-1313 (April 2003).

15. Krys J. Kochut, Jonathan Arnold, Amit P. Sheth, John A. Miller, Eileen Kraemer, I. Budak Arpinar and Jorge Cardoso, "IntelliGEN: A Distributed Workflow System for Discovering Protein-Protein Interactions", *Distributed and Parallel Databases, An International Journal (DAPD)*, Special Issue on Bioinformatics, 13 (1): 43-72; Jan 2003.

16. Ashley George Hamilton-Taylor and Eileen Kraemer, "Designing an Algorithm Animation System to Support Instructional Tasks", *International Multimedia Electronic Journal of Computer-Enhanced Learning (IMEJ)*, October 2002. http://imej.wfu.edu/articles/2002/2/04/index.asp

17. Eileen Kraemer, Jian Wang, Jinhua Guo, Samuel Hopkins, Jonathan Arnold, "An Analysis of Gene-Finding Programs for *Neurospora crassa*", *Bioinformatics*, 17(10):1-12, November 2001.

18. Delbert Hart and Eileen T. Kraemer, "Consistency Considerations in the Interactive Steering of Computations", *International Journal of Parallel and Distributed Systems and Networks*, 2(3):171-179, 1999.

19. Eileen T. Kraemer and Thomas E. Ferrin, "Molecules to Maps: Tools for Visualization and Interaction in Support of Computational Biology", *Bioinformatics*, 14(9):764-771, October 1998.

20. Eileen Kraemer and John T. Stasko, "Creating an Accurate Portrayal of Concurrent Executions", *IEEE Concurrency*, 6 (1), pp. 36-46, January/March 1998.

21. Guru Parulkar, Doug Schmidt, Eileen Kraemer, Jon Turner, and Anshul Kantawala, "An Architecture for Monitoring, Visualization, and Control of Gigabit Networks", *IEEE Network*, pp. 34-43, September/October 1997.

22. Eileen Kraemer and John T. Stasko, "The Visualization of Parallel Systems: An Overview", *Journal of Parallel and Distributed Computing*, 18 (2), pp. 105-117, June 1993.

23. John T. Stasko and Eileen Kraemer, "A Methodology for Building Application-Specific Visualizations of Parallel Programs", *Journal of Parallel and Distributed Computing*, 18 (2), pp. 258-264, June 1993.

**CONFERENCE PUBLICATIONS:**

24. Yin Xiong, Maria Hybinette, Eileen Kraemer, "Transparent and Adaptive Computation-Block Caching for Agent-Based Simulation on a PDES Core", 2008 Winter Simulation Conference, December 3-6, 2008, pp. 854-862, Miami, FL.

25. Xie, S., Kraemer, E., Stirewalt, R.E.K., Dillon, L.K. and Fleming, S.D., "Assessing the Benefits of Synchronization-Adorned Sequence Diagrams: Two Controlled Experiments", in Proceedings, *SoftVis '08: Proceedings of the 4th ACM Symposium on Software Visualization*, September 16-17, 2008, Ammersee, Germany, pp. 9-18.

26. Fleming, S.D., Kraemer, E., Stirewalt, R.E.K., Dillon, L.K. and Xie, S., "Refining Existing Theories of Program Comprehension During Maintenance for Concurrent Software", in Proceedings, *ICPC '08: The 16th IEEE International Conference on Program Comprehension*, June 10-13, 2008, Amsterdam, Netherlands, pp. 23-32.

27. Fleming, S.D., Kraemer, E., Stirewalt, R.E.K., Xie, S., and Dillon, L.K., "A Study of Student Strategies for the Corrective Maintenance of Concurrent Software", in Proceedings, *30th International Conference on Software Engineering (ICSE2008)*, Leipzig, Germany, May 10-18, 2008, pp. 759-768.

28. Dillon, L.K., Stirewalt, R.E.K., Kraemer, E., Xie, S. and Fleming, S.D., "Using Formal Models to Objectively Judge Quality of Multi-threaded Programs in Empirical Studies", in Proceedings, *2008 International Workshop on Models in Software Engineering*, May 10-11, 2008, Leipzig, Germany, pp. 33-38.

29. Fleming, S.D., Stirewalt, R.E.K. and Kraemer, E., "Toward a Task Model of Concurrent Software Maintenance", in Proceedings, *1st ACM International Workshop on Empirical Assessment of Software Engineering Languages and Technologies (WEASELTech '07)*, Atlanta, Georgia, November 5, 2007, pp. 23-24.

30. DiPenta, M., Stirewalt, R.E.K. and Kraemer, E., "Designing your Next Empirical Study on Program Comprehension", in Proceedings, *ICPC '07: The 15th IEEE Conference on Program Comprehension*, Banff, Alberta, Canada, June 26-29, 2007, pp. 281-285.

31. Xie, S., Kraemer, E. and Stirewalt, R.E.K., "Empirical Evaluation of a UML Sequence Diagram with Adornments to Support Understanding of Thread Interactions", in Proceedings, *ICPC '07: 15th IEEE International Conference on Program Comprehension*, June 26-29, 2007, pp. 12-134, Banff, Alberta, Canada.

32. Wang, Z., Gao, X., He, C., Miller, J.A., Kissinger, J.C., Heiges, M., Aurrecoechea, C., Kraemer, E.T., and Pennington, C., "A Comparison of Federated Databases with Web Services for the Integration of Bioinformatics Data", *Proceedings of the 2007 International Conference on Bioinformatics & Computational Biology (BIOCOMP '07)*, Las Vegas, Nevada, June 2007, pp. 334-338.

33. Xie, S., Kraemer, E. and Stirewalt, R.E.K., "Design and Evaluation of a Diagrammatic Notation to Aid in the Understanding of Concurrency Concepts", in Proceedings, *29th*

*International Conference on Software Engineering (ICSE 2007)*, pp. 727-731, May 20-26, 2007, Minneapolis, MN.

34. Maria Hybinette, Eileen Kraemer, Yin Xiong, Glenn Matthews and Jaim Ahmed, "SASSY: A design for a scalable agent-based simulation system using a distributed discrete event infrastructure", in *2006 Winter Simulation Conference*, pp. 926 – 933, December 3-6, 2006, Monterey, CA.

35. Wang, Z., Gao, X., He, C., Miller, J.A., Kissinger, J.C., Heiges, M., Aurrecoechea, C., Kraemer, E.T., Fischer, S. and Stoeckert, Jr., C.J., "Creating a Federation of Bioinformatics Databases in Oracle", *Proceedings of the 9th Annual Conference on Computational Genomics (ACCG'06)*, Baltimore, Maryland, October 2006, pp. 148-149.

36. Philippa Rhodes, Eileen Kraemer, and Bina Reed, "The Importance of Interactive Questioning Techniques in the Comprehension of Software Visualizations", in *Proceedings of ACM Symposium on Software Visualization (SoftVis'06)*, pp. 183 – 184, September 4-5, 2006, Brighton, UK.

37. Bina Reed, Philippa Rhodes, Eileen Kraemer, Ashley Hamilton-Taylor, Elizabeth Thorpe Davis and Kenneth Hailston, "The Effect of Comparison Cueing and Exchange Motion on Comprehension of Program Visualizations", in *Proceedings of ACM Symposium on Software Visualization (SoftVis'06)*, pp. 181 – 182, September 4-5, 2006, Brighton, UK.

38. Philippa Rhodes, Eileen Kraemer, Ashley Hamilton-Taylor, Sujith Thomas, Matthew Ross, Elizabeth Davis, Kenneth Hailston, and Keith Main, "VizEval – An Experimental System for the Study of Program Visualization Quality" in *Proceedings of IEEE Symposium on Visual Languages and Human-Centric Computing 2006 (VL/HCC06)*, pp. 55 – 58, September 4-8, 2006, Brighton, UK.

39. Eileen T. Kraemer, Bina Reed, Philippa Rhodes, and Ashley Taylor, "SSEA: A System for Studying the Effectiveness of Animations", in *Proceedings of Fourth Program Visualization Workshop*, June 29-30, 2006, pp. 81 – 85, Florence, Italy.

40. E.T. Davis, K. Hailston, E. Kraemer, A. Hamilton-Taylor, P. Rhodes, C. Papadimitriou, and B. Garcia, "Examining Perceptual Processing of Program Visualization Displays to Enhance Effectiveness", *50th Annual Meeting of Human Factors and Ergonomics Society*, pp. 2066 – 2070, October 16-20, 2006, San Francisco, CA.

41. P. Rhodes, E. Kraemer, B. Reed, "VisIOn: An Interactive Visualization Ontology", *ACMSE 2006: 44th ACM Southeast Conference*, March 10-12, 2006, pp. 405 – 410, Melbourne, FL.

42. V. Sachdev, M. Hybinette, E. Kraemer, "Controlling Over-Optimism in Time-Warp via CPU-based Flow Control", *Proceedings of the 2004 Winter Simulation Conference*, Vol 1, pp 304-402, 2004.

43. Shiming Dong and Eileen Kraemer, "Calculation, Visualization, and Manipulation of MASTs (Maximum Agreement Subtrees)", *Computational Systems Bioinformatics 2004* (CSB 2004), pp 405-414.

44. Mihail Tudoreanu, Rong Wu, Ashley Hamilton-Taylor, Eileen Kraemer, "Empirical Evidence that Algorithm Animation Promotes Understanding of Distributed Computations", Proceedings, *IEEE 2002 Symposia on Human Centric Computing Languages and Environments*, Arlington, VA, pp 236-243, Sep. 3-6, 2002.

45. Ashley George Hamilton-Taylor and Eileen Kraemer, "SKA: Supporting Algorithm and Data Structure Discussion," ACM SIGCSE Bulletin, *Proceedings of the 33rd SIGCSE Technical Symposium on Computer Science Education*, February 2002, Volume 34, Issue 1, pp 58-63.

46. David Miller, Jinhua Guo, Eileen Kraemer, Yin Xiong "On-the-Fly Calculation and Verification of Consistent Steering Transactions", *Supercomputing 2001*, Denver, CO, Nov. 10-16, 2001. (electronic publication)

47. Eileen Kraemer, Mihail Tudoreanu, Ashley Taylor, "Why Johnny Won't Visualize", in Proceedings, Workshop on Software Visualization, Toronto, Canada, May 2001, pp. 17 – 21.

48. Delbert Hart, Mihail Tudoreanu, Eileen Kraemer, "Mobile Agents for Monitoring Distributed Systems", *In Proceedings of the Fifth International Conference on Autonomous Agents*, Montreal, Canada, May 2001, pp 232-233.

49. Delbert, Hart, Mihail Tudoreanu, Eileen Kraemer, "Token Finding Using Mobile Agents", *In Proceedings of the International Conference of Computational Science*, San Francisco, CA, May 2001, pp 791-800.

50. Mihail Tudoreanu, Eileen Kraemer, "Automatic Presentation of Running Programs" in Proceedings, *Electronic Imaging, Visual Data Exploration and Analysis*, San Jose, CA, January 21-26, 2001, pp. 143 – 155.

51. Kohn, B., Kraemer, E., Hart, D. and Miller, D., "An Agent-Based Approach to Dynamic Monitoring and Steering of Distributed Computations," in Proceedings, *IASTED Parallel and Distributed Computing and Systems*, Las Vegas, NV, pp. 646-651, November 7-9, 2000.

52. Vuppula, H., Kraemer, E. and Hart, D., "Algorithms for Collection of Global Snapshots in a Distributed System: An Empirical Evaluation", Proceedings, *ISCA 13th International Conference, Parallel and Distributed Computing Systems*, Las Vegas, NV, pp. 197—204, Aug 8 – 10, 2000.

53. Navin Gupta, Eileen Kraemer, Delbert Hart, David Miller, Maria Chinwala, "Exploratory Visualization of Distributed Computations: A Case Study", in Proceedings, *5th International Symposium on Software Engineering for Parallel and Distributed Systems* (PDSE 2000), Limerick, Ireland, pp. 189-195, June 10-11, 2000.

54. Kraemer, E., "A Java-based Course in Human-Computer Interaction", Proceedings, *Parallel and Distributed Processing Techniques and Applications* (PDPTA 2000), Las Vegas, NV, pp. 112-116, June 26-29, 2000.

55. Hart, D., Kraemer, E., "Agent Roles in Snapshot Assembly", in Proceedings, *Parallel and Distributed Processing Techniques and Applications* (PDPTA 1999), Las Vegas, NV, pp. 691-697, June 1999.

56. Eileen Kraemer, Delbert Hart, and Gruia-Catalin Roman, "Balancing Consistency and Lag in Transaction-Based Computational Steering", Proceedings of the *31st Hawaiian International Conference on System Science*, Kohala Coast, HI, pp. 137-147, January 5-9, 1998.

57. Greg Eisenhauer, Weiming Gu, Eileen Kraemer, Karsten Schwan, and John Stasko, "Online Displays of Parallel Programs: Problems and Solutions", Proceedings of the *International Conference on Parallel and Distributed Processing Techniques and Applications (PDPTA'97)*, Las Vegas, NV, pp. 11-20, July 1997.

58. Eileen Kraemer, "Causality Filters: A Tool for the Online Visualization and Steering of Parallel and Distributed Programs", Proceedings of the *11th International Parallel Processing Symposium (IPPS'97)*, Geneva, Switzerland, pp. 113-120, April 1-5, 1997.

59. Delbert Hart, Eileen Kraemer, and Gruia-Catalin Roman, "Interactive Visual Exploration of Distributed Computations", Proceedings of the *11th International Parallel Processing Symposium (IPPS'97)*, Geneva, Switzerland, pp. 121-127, April 1-5, 1997.

60. Eileen Kraemer and John Wallis, "Visualization and Interactive Steering of Simulated Annealing", Proceedings of the *Symposium on Parallel and Distributing Processing*

*(SPDP) Workshop on Program Visualization and Instrumentation,* New Orleans, LA, pp. 12-20, Oct. 1996.

61. Weiming Gu, Greg Eisenhauer, Eileen Kraemer, John Stasko, and Jeffrey Vetter, "Falcon: On-line Monitoring and Steering of Large-Scale Parallel Programs" Proceedings of the *Fifth Symposium on the Frontiers of Massively Parallel Computation,* McClean, VA, pp. 422-429, February 1995.

62. Eileen Kraemer and John T. Stasko, "Issues in Visualization for the Comprehension of Parallel Programs", Proceedings *Workshop on Program Comprehension,* Washington, D.C., pp. 116-125, November 1994.

63. Eileen Kraemer and John T. Stasko, "Toward Flexible Control of the Temporal Mapping from Concurrent Program Events to Animations", Proceedings of the *Eighth International Parallel Processing Symposium (IPPS),* Cancun, Mexico, pp. 902-908, May 1994.

64. Bill Appelbe, Eileen Kraemer, Bala Lakshmanan, John Stasko, and Joe Wehrli, "Graphical Support for Debugging Parallel Programs", (extended abstract), Proceedings of the *1993 ACM/ONR Workshop on Parallel and Distributed Debugging,* San Diego, CA, pp. 172-174, May 1993.

## OTHER PUBLICATIONS:

51. Eileen Kraemer, Jian Wang, Jinhua Guo, Samuel Hopkins and Jonathan Arnold, "An Analysis of Gene-Finding Approaches for Neurospora crassa", *In silico Biology,* Atlanta, GA, Nov. 15-18, 2001. (2 page poster abstract)

52. Renyi Liu and Eileen Kraemer, "Strategies for Improving Multiple Alignment of Retrotransposon Sequences", *In silico Biology,* Atlanta, GA, Nov. 15-18, 2001. (2 page poster abstract)

53. Tao Wu and Eileen Kraemer, "Expression Profiler: Software to Analyze and Visualize Gene Expression Profiles", *In silico Biology,* Atlanta, GA, Nov. 15-18, 2001. (2 page poster abstract)

54. Yong Zhang, Hui Tian, Jonathan Arnold, Eileen Kraemer, "A Visualization System for Protein Interaction Mapping", *In silico Biology,* Atlanta, GA, Nov. 15-18, 2001. (2 page poster abstract)

55. H.Z. Zhong, E.T. Kraemer, E.W. Taylor, "ProMatch: A program for distantly related protein homology modeling," ABSTR PAP AM CHEM S 221:217-COMP Part 1 April 1, 2001. (2 page poster abstract)

56. Eileen T. Kraemer, "Interaction in Smart Environments" (Book Review) IEEE Multimedia, July-Sept 2000, pp 91-92.

57. Thomas E. Ferrin and Eileen T. Kraemer, "Molecules to Maps: Tools for Visualization and Interaction in Support of Computational Biology", (Session Introduction), *PSB'2000,* Honolulu, HI, 5:200-202, January 3-8, 2000.

58. Wei Yu, Eileen Kraemer, and Will Taylor, "RiboFrShFinder: Prediction of Programmed -1 Ribosomal Frame Shift Sites", Poster Presentation, *Experimental Biology 2000* FASEB J 14(4): A328-A328, March 15, 2000.

59. Thomas E. Ferrin and Eileen T. Kraemer, "Molecules to Maps: Tools for Visualization and Interaction in Support of Computational Biology", (Session Introduction), *PSB'99,* Kohala Coast, HI, 4:338-340, January 3-8, 1999.

60. Delbert Hart and Eileen Kraemer, "An Agent-Based Perspective on Distributed Monitoring and Steering", (Poster Presentation), *Symposium on Parallel and Distributed Tools (SPDT'98),* Welches, OR, August 3-4, 1998.

61. Thomas E. Ferrin and Eileen T. Kraemer, "Molecules to Maps: Tools for Visualization and Interaction in Support of Computational Biology", (Session Introduction), *PSB'98*, Maui, HI, 3:103-105, January 4-9, 1998.

62. Eileen Kraemer and Jeffrey S. Vetter, "Computational Steering", (Session Introduction), Proceedings of the *31st Hawaiian International Conference on System Science*, Kohala Coast, HI, pp. 126, January 5-9, 1998.

63. Delbert Hart, Eileen Kraemer, Gruia-Catalin Roman, "Using Snapshot Streams to Support Visual Exploration", Technical Report 97-46, Washington University, Department of Computer Science, St. Louis, Missouri,

64. Delbert Hart, Eileen Kraemer, and Gruia-Catalin Roman, "Query-based Visualization of Distributed Computations", Technical Report WUCS-96-23, Washington University, Department of Computer Science, St. Louis, MO, December 1996.

65. Eileen Kraemer and Mark Borodovsky, "An Entropy-Minimization Technique for the Multiple Alignment of Nucleosomal Sequences", Technical Report GIT-GVU-95/xx, Graphics, Visualization, and Usability Center, Georgia Institute of Technology, Atlanta, GA, 1995.

66. Eileen Kraemer, "A Framework, Tools and Methodology for the Visualization of Parallel and Distributed Systems", Ph.D. thesis, Georgia Institute of Technology, Atlanta, GA, August 1995.

67. Weiming Gu, Greg Eisenhauer, Eileen Kraemer, Karsten Schwan, John Stasko, Jeffrey Vetter, and Nirupama Mallavarupu, "Falcon: On-line Monitoring and Steering of Large-Scale Parallel Programs", Technical Report GIT-CC-94-21, College of Computing, Georgia Institute of Technology, April 1994.

68. Eileen Kraemer and John T. Stasko, "Toward Flexible Control of the Temporal Mapping from Concurrent Program Events to Animations", Technical Report GIT-GVU-94/10, Graphics, Visualization, and Usability Center, Georgia Institute of Technology, March 1994.

69. Eileen Kraemer and John T. Stasko, "The Visualization of Parallel Systems: An Overview", Technical Report GIT-GVU-92/21, Graphics, Visualization and Usability Center, Georgia Institute of Technology, July 1992.

70. John T. Stasko and Eileen Kraemer, "A Methodology for Building Application-Specific Visualizations of Parallel Programs", Technical Report GIT-GVU-92/10, Graphics, Visualization and Usability Center, Georgia Institute of Technology, June 1992.

71. John T. Stasko, William F. Appelbe and Eileen Kraemer, "Applying Program Visualization Techniques to Aid Parallel and Distributed Program Development", Technical Report GIT-GVU-91/08, Graphics, Visualization and Usability Center, Georgia Institute of Technology, June 1991.

72. Eileen Kraemer and W. Michael McCracken, "Test and Evaluation of Adaptability Errors in Software Reuse", Report, Center for Information Management Research, Georgia Institute of Technology, 1991.

**INVITED TALKS:**

1. "Software Engineering for Concurrent Systems: A Usability Perspective", Georgia Institute of Technology, GVU Brown Bag Seminar Series, December 2007.

2. "Software Engineering for Concurrent Systems: A Usability Perspective", Michigan State University, Computer Science and Engineering Graduate Seminar Series, November 2007.

3. "Evaluation of Program Visualization", Wayne State University, Detroit, MI, December 2006.

4. "Ovarian Cancer: gene expression profiling and proteomic pattern analysis", Michigan State University, East Lansing, MI, Computer Science and Engineering Departmental Seminar, October 25, 2004.

5. "Quantifying Quality of Program Visualization", University of Arkansas, Little Rock, AR, Applied Science Graduate Program Seminar, September 24, 2004.

6. "Gene Expression Analysis and Bioinformatics" at the *11th Annual Suddath Symposium and Annual Georgia Cancer Coalition Spring Symposium* on March 29, 2003, Atlanta, GA.

7. "Empirically Evaluating Software Visualization Technology", tutorial presentation at the ACM Symposium on Software Visualization, June 11, 2003, San Diego, CA.

8. "An Evaluation of Gene-Finding Programs for *Neurospora crassa*," University of Georgia Genetics Dept. Seminar, October, 2001.

9. "Why Johnny Won't Visualize", Workshop on Software Visualization, Toronto, Canada, May, 2001.

10. "Monitoring, Visualization, and Interactive Steering of Distributed Computations," University of Georgia, Simulational Physics Seminar, February 2001.

11. "Approaches to Fungal Gene Finding", IBC's Third International Symposium on Fungal Genomics, Athens, GA, July 2000.

12. "Exploratory Visualization of Distributed Computations: A Case Study", 5th International Symposium on Software Engineering for Parallel and Distributed Systems, Limerick, Ireland, June 2000.

13. "A Java-based Course in Human-Computer Interaction", Parallel and Distributed Programming Tools and Analysis, Las Vegas, NV, June 2000.

14. "Exploratory Visualization of Distributed Systems: A Case Study", Workshop on Parallel and Distributed Software Engineering, Limerick, Ireland, June 2000.

15. "Balancing Consistency and Lag in Transaction-Based Computational Steering", Hawaii International Conference on Software Systems, Kohala Coast, HI, January 1998.

16. "Query-Based Visualization of Distributed Systems", International Parallel Processing Symposium, Geneva, Switzerland, March 1997.

17. "Causality Filters", International Parallel Processing Symposium, Geneva, Switzerland, March 1997.

18. "Issues in Computational Steering", Technical University Munich, Munich, Germany, March 1997.

19. "Visualization of Parallel and Distributed Systems", Lucent Technologies, Naperville, IL, February 1997.

20. "Interactive Steering of Simulated Annealing", Symposium on Parallel and Distributed Processing, Workshop on Program Visualization and Instrumentation, New Orleans, LA, October 1996.

21. "New Frontiers, or Back to the Future", Symposium on Parallel and Distributed Tools, Federated Computing Research Conference, Philadelphia, PA, May, 1996.

22. "First Year Surprises", Workshop on Academic Careers for Women, Federated Computing Research Conference, Philadelphia, PA, May, 1996.

23. "Getting a Job", Workshop on Academic Careers for Women, Federated Computing Research Conference, Philadelphia, PA, May, 1996.

24. "Issues in Visualization for the Comprehension of Parallel Programs", Workshop on Program Comprehension, Washington, DC, November, 1994.

25. "Toward Flexible Control of the Temporal Mapping from Concurrent Program Events to Animations", International Parallel Processing Symposium, Cancun, Mexico, May, 1994.

26. "Visualization of Parallel and Distributed Systems", Intel Foundation Fellows Symposium, Intel Corporation, Santa Clara, CA, January, 1994.

**PROFESSIONAL ACTIVITIES:**

**Program Committees:**

- VISSOFT, 2007 – 4th IEEE International Workshop on Visualizing Software for Understanding and Analysis.
- ICPC 2007 – 15th IEEE Conference on Program Comprehension.
- Information Visualization in Biomedical Informatics (IVBI), 2007, 2008.
- ACM Symposium on Software Visualization, 2003 – 2008.
- The Fifth Georgia Tech International Conference on Bioinformatics, 2005.
- Grace Hopper Conference, New Investigator Papers Committee, 2004.
- Software Area Chair, Technical Papers Committee, Supercomputing 2003 Conference
- The Fourth Georgia Tech and UGA International Conference on Bioinformatics, 2003.
- Workshop on Bio-Inspired Solutions to Parallel Processing Problems (BIOSP3), 1999 – 2003.

**Other:**

- Steering Committee, SoftVis'08 (ACM Symposium on Software Visualization).
- First Workshop on Empirical Assessment of Software Engineering Languages and Technologies (WEASELTech'07), Organizer with Jonathan Maletic.
- Working Session on "Designing your Next Empirical Study on Program Comprehension", held at ICPC2007, Organizer with Massimiliano diPenta and R.E.K. Stirewalt.
- Member, Anita Borg Technical Leadership Award Committee, Anita Borg Institute for Women and Technology (2006, 2007, 2008).
- Member, Tutorials Committee, Supercomputing 2006.
- General Chair, SoftVis'06 (ACM Symposium on Software Visualization).
- Member, Diversity Advisory Board, College of Computing, Georgia Institute of Technology, 2005.
- Reviewer, National Sciences and Engineering Research Council of Canada, 2005.
- Finance Chair, 2002 IEEE Symposia on Human Centric Computing, Languages and Environments.
- Member, Nominating Committee, International Society for Computational Biology, 2000, 2001, 2002.
- Session Organizer, Tools for Visualization and Interaction, Pacific Symposium on Biocomputing, 1998, 1999, 2000.
- Mini-track Chair, Computational Steering, HICSS-31, January 1998.
- Participant, Grant Proposal Review Panel, National Science Foundation, 2002, 2003, 2004, 2005.
- Participant, Grant Proposal Review Panel, National Institute of Health, 2002, 2004.
- Member, National Academy of Sciences/Institute of Medicine Committee on Internet Access to the National Library of Medicine's Toxicology and Environmental Health Databases, 3/98 – 3/99.

**Referee for:**

- IEEE Transactions on learning Technologies, 2008

- IEEE Transactions on Visualization and Computer Graphics, 2008
- IEEE Transactions on Software Engineering, 2008
- IEEE Transactions on Parallel and Distributed Systems
- IEEE Transactions on Systems, Man, and Cybernetics
- CHI2006 (ACM)
- IEEE Visualization 2004, 2005
- Grace Hopper Conference, 2004
- Grace Hopper Scholarship Competition, 2004
- Journal of Parallel and Distributed Computing, 2004
- International Journal of Human-Computer Systems, 2004
- Supercomputing 1996, 2001, 2002, 2003
- 39th Annual ACM Southeast Conference, 2001
- ACM Transactions on Software Engineering and Methodology
- Bioinformatics
- Heterogeneous Computing Workshop (HCW 2000)
- PSB2000, Pacific Symposium on Biocomputing
- PSB'99, Pacific Symposium on Biocomputing
- PSB'98, Pacific Symposium on Biocomputing
- HICSS'98, Hawaii International Conference on Parallel Processing
- UIST'98, Eleventh ACM Symposium on User Interface Software and Technology
- IPPS'97, International Parallel Processing Symposium
- VL'97, Visual Languages Conference
- ISMB'97, Intelligent Systems for Molecular Biology
- VL'96, Visual Languages Conference
- ICPP 1996, International Conference on Parallel Processing
- ISMB'96, Intelligent Systems for Molecular Biology
- Journal of Parallel and Distributed Computing
- The Computer Journal
- Software-Practice and Experience (SPE)

**Member of:**

IEEE
ACM
SIGGRAPH
SIGBIO

**Directed Students:**

1.  Delbert Hart, DSc, "Supporting Exploratory Visualization of Distributed Computations", Washington University in St. Louis, August, 2000.
2.  Mihail Tudoreanu, DSc, "Economy of Interaction in Program Visualization: Designing Effective Visualization Tools for Reducing User's Cognitive Effort", Washington University in St. Louis, May 2002.
3.  Jinhua Guo, Ph.D., University of Georgia, "Consistent, Interactive Steering of Distributed Computations: Algorithms and Implementation", August 2002.
4.  Ashley Taylor, Ph.D., "The Study and Design of Algorithm Animations", August 2006.
5.  Phillipa Rhodes, Ph.D., "Software Visualization: Using Perceptual, Attentional, and Cognitive Concepts to Quantify Quality and Improve Effectiveness", August 2007.

6. Shaohua Xie, Ph.D., "Evaluating and Refining Diagrams that Support the Copmprehension of Concurrency and Synchronization", August 2008.
7. Yin Xiong, Ph.D., in progress
8. Rui Wang, Ph.D., in progress
9. Kelly Storm, Ph.D., in progress

10. Himabindu Vuppula, MSCS, "Practical Algorithms for Snapshot Collection in Distributed Processes", May 2000.
11. Navin Gupta, MSCS, "Performance Consideration in the Monitoring and Visualization of Distributed Computations", July 2000.
12. Sneha Rao Kadandale, MSCS, "Visualizations in Support of Network Monitoring and Control", May 2001.
13. Yong Zhang, MSCS, "A Visualization System for Protein Interaction Mapping Using Java 3D Technology", May 2001.
14. James Skinner, "Deployment Interface Module for the United States Army", MAMS, May 2001.
15. Yin Xiong, MSCS, "An Exploratory Environment for Concurrency Control Algorithms", August 2001.
16. Piyush Burte, MSCS, "A Visualization-based Tool in Support of High Throughput Nuclear Magnetic Resonance Studies", August 2001.
17. Renyi Liu, MSCS, "Strategies for Improving Multiple Alignment of Retrotransposon Sequences", August, 2001.
18. Brandon Kohn, MSCS, "Practical Considerations in Monitoring and Steering of Distributed Computations", August 2001.
19. Rong Wu, MSCS, "Visualization as an Aid for Understanding Distributed Algorithms: An Evaluation", December 2001.
20. Ritu Dhawan, MSCS, "Evaluation of Web Personalization Software and Visualization with the Help of Usability Study", December 2001.
21. Tao Wu, MSCS, "An Extensible Framework for Developing Visualization Software for Gene Expression Data", December, 2001.
22. David Miller, MSCS, "An optimistic approach to computational steering", May 2002.
23. Arumugaraja Selvaraj, MSCS, "Interactive Computational Steering: Conservative vs Optimistic Steering Approaches", December 2002.
24. Chetna Warade, MSCS, "Web Services Composition for Microarray Data Analysis", December 2003.
25. Weicheng Zhang, MSCS, "A user friendly environment for gene-finding program evaluation (GFPE)", Summer 2003.
26. Qin Zhang, MSCS, "Mini-Lab: A Tool to Visualize Normal Modes of Vibration using Java3D", May 2004.
27. Vinay Sachdev, MSCS, "Overcoming over-optimism in time warp via aggregation of fast processes", January 2004.
28. Shiming Dong, MSCS, "Calculation, Visualization, and Manipulation of MASTs (Maximum Agreement Subtrees", Summer 2004.
29. Jian Wang, MSCS, "Analysis of gene-finding programs for Neurospora Crassa and the Interactive Pattern Search Tool (IPST)", Summer 2004.
30. Matthew Ross, MSCS, "A Testing Environment for the Evaluation of Program Visualization Quality", Summer 2004.
31. Sujith Thomas, MSCS, "An Experiment Designer Tool for Evaluation of Program Visualization Quality", December 2004.
32. Yanqi Su, MSCS, "Comparative Genomics Visualization", December 2005.

33. Nivedita Kaluskar, MSCS, "XML-Based Specification and Automatic Code Generation for Easy Customization of View in the GUS WDK Framework", December 2005.
34. Bina Reed, MSCS, "Investigating Characteristics of Effective Program Visualizations: A Testing Environment and The Effect of Comparison Cueing and Exchange Techniques on Viewer Comprehension in Algorithm Animations", May 2006.
35. Shrada Kaldate, MSCS, "Analysis of Viewing Behavior of Program Visualization and Interaction with Individual Differences", May 2007.
36. Hongyu Yang, "Phylogenetic Tree Display: A Web-based Visualization Tool of Phylogenetic Data", MSCS, May 2007.
37. Manish Agarwal, "Viewing Behavior Model Graphs (VBMGs) for Characterizing User Viewing Behavior in Program Visualizations", MSCS, May 2007.
38. Conrad Ibanez, MSCS, in progress.
39. Joseph Hohenstern, MSCS, in progress.
40. Devangana Kar, MSCS, in progress.
41. Matthew Tanner, MSCS, in progress.

Served on 7 Ph.D. committees at Washington University in St. Louis (A. Murphy, J. Parwatikar, S. Scott, P. McCann, P. McCartney, R. Sethuraman, D. Mazthias)

Served on 15 Ph.D. committees at University of Georgia (W. Yu, T. Wang, H. Zhong - Pharmacy, E. Ganko, R. Liu, J. Wang, E. McCarthy, A. Fiumera - Genetics, B. Chapman, C. Lawrence - Botany, K. Farahi – Microbiology, S. Shewanown – Education, M. Nakazawa, Z. Zhong, X. Yi – Computer Science).

Served on 3 M.S. committees at Washington University in St. Louis (J. Sass, K. Bhatia, A. Venugopalan)

Served on 34 MS committees at University of Georgia (X. Zhang, L. Lin, B. Veal, D. Weatherly, A. Morris, W. Zhong, W. Zheng, E. Stiles, X. Fang, H. Wang, Y. Wu, A. Chugh, A. Agarwal, P. Rajasekaran, V. Sachdev, K. Li, J. Dai, F. Sun, X. Gao, H. Tian, D. Morris, B. Narasimhan, J. Qu, J. Myers, S. Bhattiprolu, Z. Chen, Z. Xu, V. Mahajan, M. Song – Computer Science; T. Wang – Pharmacy; S. Sun, R. Gannamaraju, R. Kommineni – AI).

Serving on 1 Ph.D. committee: Z. Wang – Computer Science.

Serving on 3 MS committees: Frederick John (AI); Kun Huang, Jianwei Wang (CS)

**UNIVERSITY SERVICE:**

- Institute of Bioinformatics, Graduate Committee, 2007 – present.
- Search Committee for Physics/Astronomy Dept., 2001
- Search Committee for Eminent Scholar in Bioinformatics, 2001-2002, 2002-2003, 2004-2005.
- Faculty Fellow, Franklin Residential College, 2001-2002, 2002-2003.
- Conflict of Interest Committee, 2003, 2004, 2005
- Member of team teaching BCMB 8210 (Computational Methods in Bioinformatics) Fall 2004, Fall 2005.
- Faculty Research Grants Committee: Physical and Mathematical Sciences 2005-2006, 2006-2007.

**DEPARTMENTAL SERVICE:**

- ACM Advisor 2002-2003, 2003-2004, 2004-2005, 2005-2006, 2006-2007.
- Member of the Computer Science Faculty Search Committee, 1998-2001.
- Member of the Computer Science Long Term Planning Committee, 1998-1999.
- Proposed CSCI 4800/6800, Human Computer Interaction, 1999-00.
- Proposed CSCI 8710, Computer Systems Performance Evaluation, 2003.
- Member, Graduate Student Recruiting Committee, 2000-2001; recruiting visits to Oglethorpe University and Spelman College.
- Member, Web Committee, 2002-2003, 2003-2004, 2004-2005, 2005-2006 (Chair).
- Member, Tenured Faculty Committee (since 2001).
- Appointed to the Regular Graduate Faculty (provisional member 1999-2001), (2001 - present).

SMITH HULSEY & BUSEY

JAMES A. BOLLING
DIRECT 904.359.7719
JBOLLING@SMITHHULSEY.COM

August 31, 2009

Professor Eileen T. Kraemer
Department of Computer Science
University of Georgia
415 GSRC
Athens, Georgia 30602-7404

    Re:   In re Winn-Dixie Stores, Inc., et al.; U.S. Bankruptcy Court, Middle District of Florida; Case No. 05-03817-3F1, Chapter 11

Dear Professor Kraemer:

We appreciate your willingness to provide expert testimony regarding Visagent Corporation's claim against Winn-Dixie in the referenced case. Winn-Dixie Stores, Inc. is retaining you on the following terms:

1.    Winn-Dixie will pay you $200 per hour for the time you devote to this matter, other than travel time,

2.    Winn-Dixie will pay you $100 per hour for your travel time,

3.    Winn-Dixie will pay your reasonable, actual expenses related to this matter,

4.    Winn-Dixie will pay you 41.5 cents per mile for any travel by motor vehicle,

5.    you will send your monthly invoices to us and we will forward the invoices to Winn-Dixie, and

SMITH HULSEY & BUSEY

Professor Eileen Kraemer
August 31, 2009
Page 2

  6.  your monthly invoices will describe each of your activities, the amount of time devoted to each activity to the nearest tenth of an hour, and attach copies of receipts for any expenses over $25).

  If you agree with these terms, please sign the acknowledgement below and send the original of this letter to us. We will ask Winn-Dixie to sign the letter and return a fully executed copy to you.

            Sincerely,

            James A. Bolling

ACCEPTED AND AGREED:


_____
Professor Eileen T. Kraemer

ATTORNEYS
225 WATER STREET, SUITE 1800 · P.O. BOX 53315 · JACKSONVILLE, FL 32201-3315
OFFICE 904.359.7700 · FAX 904.359.7708 · FEDERAL ID 59-2100518