UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC. et al

CASE NO.: 05-03817-3F1
Chapter 11

Debtors.

Jointly Administered

_____/

## NOTICE OF FILING SECOND AMENDED STATEMENT OF CLAIM BY VISAGENT CORPORATION[1]

Visagent Corporation, one of the unsecured creditors herein holding Claim No. 9953, by its attorneys, hereby files this as its Second Amended Statement of Claim:

**Second Amended Statement of Claim**

After many months of negotiations and the investment of substantial monetary and human capital by VISAGENT, a contract entitled SERVICE AGREEMENT was executed by both VISAGENT and WINN-DIXIE on June 15, 2001 with an effective date of June 28, 2001.

The term of the SERVICE AGREEMENT was three (3) years from the effective date. Under this agreement WINN-DIXIE was obligated to exclusively utilize the services of VISAGENT for the procurement and sale of all merchandise it acquired or sold, through the internet or similar electronic means, including any means utilizing facsimile, from and through the secondary market. This secondary market comprised of all sources (buyers and sellers) of merchandise other than direct purchases and returns from original product manufacturers. Pursuant to the terms of the SERVICE AGREEMENT, VISAGENT was entitled to a fee of 2% of all WINN-DIXIE transactions

---

[1] This Second Amended Statement of Claim incorporates by reference all documents filed in Visagent's September 25, 2009 Supplement to its claim.

processed through VISAGENT. WINN-DIXIE breached its contractual obligation to exclusively utilize VISAGENT's services for e-Commerce as provided in the SERVICE AGREEMENT and breached its agreement not to enter into an e-Commerce agreement with another provider of similar services. As a result, VISAGENT suffered damages in the amount of 2% of all transactions in which WINN-DIXIE participated in the purchase or sale of goods in the secondary market, other than those through the Exchange.

By this second amendment of its claim, VISAGENT CORPORATION hereby reduces the instant claim No. 9953 to the amount of $9,700,778.00 plus attorneys fees and costs expended in furtherance of pursuing this claim.

Guy Bennett Rubin, Esq.
(FBN  691305)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the original of this Second Amended Statement of claim has been filed electronically and that a true and correct copy of the foregoing has been furnished by US regular Mail to: James Bolling, Esq., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; on the 8th day of January 2010.

Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Plaintiffs
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida  34995
Telephone:    (772) 283-2004
Facsimile:    (772) 283-2009