UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-03817-3F1 |
| | : | |
| WINN-DIXIE STORES, INC. et al | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**VICTORY WHOLESALE GROCERS'S MOTION TO ENFORCE COMPLIANCE WITH CONSENT PROTECTIVE ORDER REGARDING DOCUMENTS PRODUCED BY VICTORY WHOLESALE GROCERS AND FOOD MARKETING GROUP TO <u>VISAGENT CORPORATION</u>**

Victory Wholesale Grocers ("Victory") moves this Court for an Order to enforce this Court's Consent Protective Order Regarding Documents Produced by Victory and Food Marketing Group to Visagent Corporation ("Visagent") (docket # 20527) (the "Protective Order") and to place under seal or otherwise limit public access to the depositions of Robert Carlson and Michael Kresser, which Visagent filed as Exhibits 1 and 2 to Visagent's Motion to Compel Against Michael Kresser and Victory Wholesale Brokers For Complete Testimony and For Sanctions (docket # 22847) (the "Motion to Compel") and in support thereof would show the Court as follows:

1.  The Court entered the Protective Order to protect information which Victory believes to be confidential information, trade secrets or confidential technical or commercial information. Paragraph One of the Protective Order provides that Victory may designate, among other things, deposition testimony as confidential information.

2.  The Protective Order restricts access to confidential information and requires that "the parties shall make good faith efforts not to refer to or to describe confidential information in motions or other pleadings filed with this court" and, when a party determines it is necessary to bring confidential information to the attention to the Court, the party seeking to disclose such

JACK_1714845.1

information "shall file a motion seeking to disclose the "confidential information" to the Court in camera, under seal."

3.      Visagent's depositions of Robert Carlson and Michael Kresser, two Victory employees, were designated as confidential information under the Protective Order. The deposition of Mr. Carlson states on the cover "transcript marked confidential pursuant to protective order." The deposition of Mr. Kresser is designated "confidential" on the cover page.

4.      In violation of the Protective Order, Visagent's filed the depositions of Robert Carlson and Michael Kresser as Exhibits 1 and 2 to Motion to Compel. The public, through the internet or in person, can read the entire confidential depositions.

5.      Victory is entitled to have the depositions sealed and not made available to the general public.

## Requested Relief

WHEREFORE, Victory ask this Court enter an Order sealing or otherwise limiting public access to the depositions of Robert Carlson and Michael Kresser and for such other relief as this Court deems just and proper.

FOLEY & LARDNER LLP

/s/ Gardner F. Davis
Gardner F. Davis
   Florida Bar No. 0471712
   gdavis@foley.com
John J. Wolfel, Jr.
   Florida Bar No. 030664
   jwolfel@foley.com
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
904.359.2000

Counsel to Victory Wholesale Grocers

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this response to Visagent's Motion has been furnished by e-mail to the following parties on the 12th day of January 2010.

Rubin & Rubin
Attn: Guy Bennett Rubin and Gladys LaForge
P.O. Box 395
Stuart Florida 34995
glaforge@rubinandrubin.com
guy.rubin@rubin&rubin.com

Smith Hulsey & Busey
Attn: Stephen D. Busey and Jim Bolling
225 Water Street – Suite 1800
Jacksonville FL 32202
jbolling@smithhulsey.com
busey@smithhulsey.com

                                                FOLEY & LARDNER LLP
                                                /s/ Gardner F. Davis
                                                Gardner F. Davis