UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                              )
                                    )   Case No. 05-03817-3F1
WINN-DIXIE STORES, INC., *et al.*,  )
                                    )   *Chapter 11*
        Reorganized Debtors.        )
                                    )   Jointly Administered
_____)


**NOTICE OF WITHDRAWAL OF THE DEBTORS'
OBJECTION TO THE ADMINISTRATIVE CLAIM FILED
BY SHARON BARTLETT AND FRANK BARTLETT AS IT
RELATES TO THE EXPIRATION OF THE APPLICABLE
STATUTE OF LIMITATIONS AND CANCELLATION OF HEARING**

Debtors hereby withdraw the Objection to the Administrative Claim filed by Sharon Bartlett and Frank Bartlett [Docket No. 22838] on the grounds that the claim is barred by the expiration of the applicable statute of limitations. The hearing on the Objection to the Administrative Claim filed by Sharon Bartlett and Frank Bartlett scheduled for January 27, 2010, is cancelled.


Dated: January 12, 2010

                                    SMITH HULSEY & BUSEY


                                    By   */s/ Leanne McKnight Prendergast*
                                         Leanne McKnight Prendergast

                                    Florida Bar Number 59544
                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    lprendergast@smithhulsey.com

                                    Counsel for the Reorganized Debtors

Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to Frank and Sharon Bartlett, 248 NE 42nd Ct., Pompano Beach, FL 33064, Greff Silverstein, Esq., Silverstein, Silverstein & Silverstein, Aventura Corporate Center, 20801 Biscayne Blvd., Suite 204, Aventura, Florida 33180 and Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601-0707 on the 12th day of January 2010.

                                                   *s/ Leanne McKnight Prendergast*
                                                         Attorney

00686258.DOC

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | |
| ) | *Chapter 11* |
| Reorganized Debtors. ) | |
| ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL OF THE DEBTORS' OBJECTION**
**TO THE ADMINISTRATIVE CLAIM FILED BY MARY RICHELIEU**

Debtors hereby withdraw the Objection to the Administrative Claim filed by Mary Richelieu [Docket No. 22594]. The hearing on the Objection to the Administrative Claim filed by Mary Richelieu scheduled for September 24, 2009, is cancelled.

Dated:   September 2, 2009

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

3

Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by mail to Marie Richelieu, 2051 Northwest 2nd Terrace, Pompano Beach, Florida 33060, Arvid J. Peterson, III, Esq., 370 Camino Gardens Blvd., Suite 327, Boca Raton, Florida 33432 and Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601 on the 2nd day of September, 2009.

                                                  *s/ Leanne McKnight Prendergast*
                                                        Attorney

00668534