UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

## ORDER DIRECTING RESPONSE TO VISAGENT CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This case came before the Court upon Visagent Corporation's Motion for Partial

Summary Judgment (the "Motion"). It is

**ORDERED:**

To the extent that Winn-Dixie objects to the Motion, it shall file a response in

opposition to the relief requested within fifteen days of the date of this Order. In the

event no such response is filed, the Court may deem the Motion as unopposed and

thereby consented to.

**DATED** this 13 day of January, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Guy Bennett Rubin, Attorney for Visagent Corporation