**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| | ) | |

**MOTION TO CONTINUE TRIAL AND MEDIATION ON THE MOTION
FILED BY DIVERSIFIED MAINTENANCE SYSTEMS, INC. TO
COMPEL PAYMENT OF UNDISPUTED POSTPETITION OBLIGATION
AND THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), move the Court for the entry of an order continuing the trial and mediation on (i) the Motion to Compel Payment of Undisputed Postpetition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified Maintenance Systems, Inc. (Docket No. 21311) (the "Motion") and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) (the "Counterclaim"), and in support thereof says:

1. On February 23, 2009, the Court entered an order scheduling a trial on the Motion and Counterclaim for November 5, 2009 at 9:00 a.m. and November 6, 2009 at 9:00 a.m. (Docket No. 22099).

2. On October 5, 2009, this Court entered an order granting Winn-Dixie's motion to continue the scheduled trial until March 4, 2010 and March 5, 2010.

3. On November 19, 2009, this Court entered an Agreed Order Directing Mediation on January 19, 2010.

4. Winn-Dixie has not completed its discovery and needs additional time to do so and to prepare for trial. Continuing the presently scheduled trial from March 4, 2010 to May 10, 2010 (or as soon thereafter as the Court's calendar permits) will allow Winn-Dixie additional time needed to complete their discovery and prepare for trial.

5. Continuing the presently scheduled mediation to April 15, 2010, or at some other date agreed to by all parties, would also be in the best interest of the parties due, in part, to Diversified's stated position that a mediation will not be successful unless discovery is complete.

6. In addition, one of Smith Hulsey & Busey's bankruptcy partners suffered a debilitating health issue this past week. This event has resulted in trial counsel for the Reorganized Debtors in this case, James H. Post, having to assume significant additional case management responsibilities which impair his ability to prepare for the trial as scheduled in this case.

7. The undersigned counsel has conferred with counsel for Diversified and was informed that Diversified does not consent to the continuation of the mediation or the trial.

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing the mediation and continuing the trial on the Motion and

Counterclaim (to May 10, 2010 or as soon thereafter as the Court's calendar permits) and extending the corresponding deadlines set forth in the Order Scheduling Trial of this matter.

Dated: January 13, 2010

                                                SMITH HULSEY & BUSEY

                                                By:   *s/ James H. Post*
                                                           James H. Post

                                                Florida Bar Number 175460
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                jpost@smithhulsey.com

                                                Attorneys for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al*., | ) | Jointly Administered |
| | ) | |

**ORDER CONTINUING THE TRIAL AND MEDIATION ON THE
MOTION TO COMPEL PAYMENT OF UNDISPUTED POSTPETITION
OBLIGATION FILED BY DIVERSIFIED MAINTENANCE SYSTEMS,
INC. AND THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

This case is before the Court upon Debtors' Motion to Continue Trial and Mediation on the Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No. _____) (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified Maintenance Systems, Inc. (Docket No. 21311) and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) currently scheduled for March 4 and 5, 2010 at 9:00 a.m. is continued to _____ _____ at _____ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on February 23, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above.

4. The mediation is continued to April 15, 2010 at 10:00 a.m. or at such other date and time as agreed to by all parties.

Dated this _____ day of January, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Paul Thanasides, Esq.
James H. Post, Esq.

## Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Paul Thanasides, Esq., McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L., 6943 East Fowler Avenue, Tampa, Florida 33617, and all parties in interest entitled to receive such notification this 13th day of January, 2010.



                                            *s/ James H. Post*
                                              Attorney

00672293.2