## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE:                                    :

    WINN-DIXIE STORES, INC., et al., :      Case No. 05-03817-JAF

        Debtor.            :      *Chapter 11*

                         :      Jointly Administered

                         :

### NOTICE OF WITHDRAWAL FROM CASE AND
### REQUEST TO STOP ELECTRONIC NOTICE

Please take notice that Law Office of Anthony Blackburn withdraws its Notice of Appearance and requests that the Clerk remove it and each of its counsel from the electronic filing notice list.

Dated this 13th day of January, 2010        **ANTHONY BLACKBURN**
By: s/*Anthony Blackburn*
Florida Bar No. 13260
4812 San Juan Avenue
Jacksonville, Fl 32210
Telephone: (904) 887-0013
Facsimile: (866)-333-2892
info@anthonyblackburnlaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above Notice was forwarded on January 13th, 2010, via E-mail, to all parties of record listed on the Court's Service List.

**s/Anthony Blackburn**