**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>**

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

**<u>WINN-DIXIE'S CERTIFICATE OF NECESSITY FOR
EXPEDITED HEARING ON WINN-DIXIE'S MOTION TO
STRIKE VISAGENT'S SUMMARY JUDGMENT MOTION</u>**

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), pursuant to Local Bankruptcy Rule 9004-2(d), requests an expedited hearing on Winn-Dixie's motion to strike Visagent's motion for partial summary judgment, and says:

1. Winn-Dixie moved to strike Visagent's motion for partial summary judgment because Visagent filed the motion on January 11 and 12, 2010, after the stipulated January 8, 2010 deadline for filing motions in the Consent Order Scheduling Trial.

2. In the absence of an expedited hearing on Winn-Dixie's motion to strike, Winn-Dixie will have to respond to Visagent's motion by January

28, 2010, approximately one week before trial and in the midst of trial preparation. Winn-Dixie would be prejudiced having to unnecessarily devote resources to responding in the middle of trial preparation to Visagent's untimely 58-page motion, when Winn-Dixie should be able to rely on the Consent Order and stipulated deadlines.

                     SMITH HULSEY & BUSEY

                     By  */s/ Timothy R. Buskirk*
                          Stephen D. Busey
                          James A. Bolling
                          Timothy R. Buskirk

                     Florida Bar Number 058314
                     225 Water Street, Suite 1800
                     Jacksonville, Florida 32202
                     (904) 359-7700
                     (904) 359-7708 (facsimile)
                     tbuskirk@smithhulsey.com

                     Attorneys for Winn-Dixie

## Certificate of Service

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 13th day of January, 2010.

                                               */s/ Timothy R. Buskirk*
                                                      Attorney

686496.1