[31713A] [Notice of Evidentiary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:05−bk−03817−JAF
                                                                        Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF HEARING


    NOTICE IS GIVEN that an evidentiary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on January 28, 2010 at 1:30 p.m. , to consider and act upon the following matter:

Motion to Enforce Compliance with Consent Protective Order Regarding Documents Produced by Victory Wholesale Grocers and Food Marketing Group to Visagent Corporation filed by Victory Wholesale Grocers

    and transact such other business as may properly come before the hearing.

    1. All exhibits must be pre−marked and listed in accordance with Local Rule 9070−1.

    2. The hearing may be continued upon announcement made in open Court without further notice.

    3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

    4. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

    5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

    Dated January 14, 2010.

                        Lee Ann Bennett, Clerk of Court
                        300 North Hogan Street Suite 3−350
                        Jacksonville, FL 32202

    Copies furnished to:
    Debtor
    Debtor(s)' Attorney
    Trustee
    US Trustee
    L.R. 1007(d) Parties in Interest
    Movant