F I L E D
JACKSONVILLE, FLOR...

JAN 14 2010

CLERK, U. S. BANKRU...
MIDDLE DISTRICT OF FLOR...

United States Bankruptcy Court
Jacksonville Division
Case # 05-03817-3F1                             Jan. 9, 2010

Clerk of Court
Dear Sir:
      This letter is in response to the Bankruptcy Court.
I am unable to put in an appearance at the Bankruptcy Court Hearing.
I am well into my 90's and not physically able to make such a long trip there,
from the southern part of Florida.
I do not own an automobile and no one to drive me there, at such a long distance.

I oppose the disallowance of my claim.
Furthermore, I am not seeking a large settlement from Winn Dixie Stores Inc.
I am not using an attorney All I ask is a decent settlement for the pain and
suffering I experienced. This was mostly in my right shoulder, where I took the
brunt of the fall.
I still, to this day, have pain there, when I attempt to lift anything heavy.
I would also like to be reimbursed for the many trips I made to the medical centers
in Miami, from Homestead, where I had x-rays, medical treatment and therapy.
Note: Evaluation of exam enclosed.

Winn Dixie was definitely at fault with the grease on the floor, where I slipped and fell.
I have no hard feelings toward them and I still shop at their stores.
I would appreciate them making a fair offer, so we can settle this.

                                            Captain Harry Grigsby.

                                          Phone # 305-246-0790

*Captain Harry Grigsby*

# EDWARD SUAREZ, M.D., P.A.
## Diplomate, American Board of Physical Medicine and Rehabilitation

Kendall Oaks Professional Center
11120 N. Kendall Drive, Suite 101
Miami, FL 33176

Telephone
(305) 274-8811
Fax
(305) 279-0305

## INITIAL EVALUATION

**PATIENT NAME:** Grigsby, Harry
**DATE OF ACCIDENT:** 12/05/05
**DATE OF EXAMINATION:** 11/09/07

**HISTORY:** This is a 90-year-old right-handed male who was shopping at a supermarket. There was unfortunately some grease on the floor, he was pushing the shopping cart and apparently his daughter suffered a fall on the grease. He went to help her and unfortunately he fell as well. He hurt his right elbow area and his right shoulder area and apparently he was on the ground for sometime after the fall. He also has pain to the cervical region and he relates everything was a blur after the fall. The pains radiate from the neck area into the right shoulder area. He still at this time cannot lift with the right upper extremity as he did before the fall. He also has stopped for the most part such recreational activities as fishing. He cannot hold his right arm upward for long periods of time as he feels weakness in his right upper extremity. He also relates that at times when he is shaving his right arm will get tired. He has to use his left arm. He did receive therapy for his injuries. X-rays done of the right shoulder were suggestive of a rotator cuff tear.

**MEDICATIONS:** He was taking Percocet and Relafen at one time and Flexeril as well due to the cervical and shoulder pain.

**PHYSICAL EXAMINATION:**
GENERAL: This is a slender male, alert and oriented.
MUSCULOSKELETAL EXAMINATION: There is pain on left lateral flexion of the cervical spine. The range of motion of the shoulder is within normal limits.
NEUROLOGIC: Motor; there is weakness noted to the right upper extremity on flexion of the arm. Sensory; there are complaints of paresthesias into the upper shoulder region on the right. As per the deep tendon reflexes, a hypoactive biceps reflex is noted on the right side otherwise + 1.throughout.

**CLINICAL IMPRESSION:**
1. Cervical radiculitis versus a brachial plexitis.
2. Right shoulder sprain.

**ASSESSMENT:** It is my opinion that the patient has reached maximum medical improvement and has sustained in the order of 6% impairment of the whole person as a consequence of the injury sustained on 12/05/05.

Edward Suarez, M.D.
ES/rr