# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
|     Reorganized Debtors, *et al.*, | ) Jointly Administered |
| | ) |

### ORDER CONTINUING THE TRIAL AND MEDIATION ON THE MOTION TO COMPEL PAYMENT OF UNDISPUTED POSTPETITION OBLIGATION FILED BY DIVERSIFIED MAINTENANCE SYSTEMS, INC. AND THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.

This case is before the Court upon Debtors' Motion to Continue Trial and Mediation on the Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No. 21872) (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified Maintenance Systems, Inc. (Docket No. 21311) and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) currently scheduled for March 4 and 5, 2010 at 9:00 a.m. is continued to MAY 13, 2010 AND MAY 14, 2010 at 9:00 AM in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on February 23, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above.

4. The mediation is continued to April 15, 2010 at 10:00 a.m. or at such other date and time as agreed to by all parties.

Dated this 15 day of January, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Paul Thanasides, Esq.
James H. Post, Esq.