UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

## ORDER DENYING WINN DIXIE'S EMERGENCY MOTION TO STRIKE VISAGENT CORPORATION'S UNTIMELY MOTION FOR PARTIAL SUMMARY JUDGMENT AND GRANTING VISAGENT CORPORATION'S MOTION TO EXTEND DEADLINE FOR LATE-FILED MOTION FOR PARTIAL SUMMARY JUDGMENT

This case came before the Court upon Winn Dixie's Emergency Motion to Strike Visagent Corporation's Untimely Motion for Partial Summary Judgment and Visagent Corporation's Motion to Extend Deadline for Late-Filed Motion for Partial Summary Judgment. Upon a review of the pleadings, it is

**ORDERED:**

1. Winn Dixie's Emergency Motion to Strike Visagent Corporation's Untimely Motion for Partial Summary Judgment is denied.

2. Visagent Corporation's Motion to Extend Deadline for Late-Filed Motion for Partial Summary Judgment is granted.

**DATED** this 15 day of January, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Guy Bennett Rubin, Attorney for Visagent Corporation