UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## ORDER GRANTING WINN DIXIE'S MOTION TO EXTEND DEADLINE FOR RESPONDING TO VISAGENT CORPORATION'S MOTION FOR PARTIAL SUMMARY JUDGMENT

This case came before the Court upon Winn Dixie's Motion to Extend Deadline for Responding to Visagent Corporation's Motion for Partial Summary Judgment. It is

**ORDERED:**

1.  Winn Dixie's Motion to Extend Deadline for Responding to Visagent Corporation's Motion for Partial Summary Judgment is granted.

2.  Winn Dixie shall file a response to Visagent Corporation's Motion for Partial Summary Judgment no later than February 1, 2010.

DATED this 15 day of January, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Guy Bennett Rubin, Attorney for Visagent Corporation