UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

## ORDER DENYING VISAGENT CORPORATION'S MOTION TO STRIKE DEBTOR'S DECEMBER 23, 2009 PROPOSAL FOR SETTLEMENT

This case came before the Court upon Visagent Corporation's Motion to Strike Debtor's December 23, 2009 Proposal for Settlement (the "Motion"). Winn Dixie filed a Memorandum in Opposition to the Motion. The Court conducted a hearing on the matter on January 12, 2010. For the reasons set forth in Winn Dixie's Memorandum in Opposition to the Motion, it is

**ORDERED:**

Visagent Corporation's Motion to Strike Debtor's December 23, 2009 Proposal for Settlement is denied.

DATED this 15 day of January, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Guy Bennett Rubin, Attorney for Visagent Corporation