UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Reorganized Debtors.

_____/

Case No. 05-03817-3F1

Chapter 11
Jointly Administered

### NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** Debtor's counsel has agreed to include **Diversified's Motion to Compel Production of Documents By Debtor and For Award of Attorneys' Fees, (Doc #22831)** to the agenda, for consideration at the Omnibus Hearing scheduled on **January 27, 2010 at 1:30 P.M.**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge, for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202.

Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on January 20, 2010.

        Respectfully submitted,

        /s/ Paul B. Thanasides
        Paul B. Thanasides
        Florida Bar. No. 103039
        paul@mcintyrefirm.com
        McIntyre, Panzarella, Thanasides,
          Eleff & Hoffman, P.L.
        6943 East Fowler Avenue
        Tampa, Florida 33617
        T: 813.899.6059
        F: 813.899.6069
        *Attorneys for Diversified Maintenance Systems, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Hearing has been electronically filed and served via the Court's CM/ECF system on January 20, 2010 to: James H. Post, Counsel for Debtor at email address jpost@smithhulsey.com

/s/ Paul B. Thanasides
Attorney