# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                             Case No.  05-03817-3F1

                                          )

WINN-DIXIE STORES, INC., et al.,                   Chapter 11

                                          )

     Reorganized Debtors.                        Jointly Administered

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾)

## WINN-DIXIE'S NOTICE OF SERVICE
## OF WINN-DIXIE'S TRIAL EXHIBITS AND EXHIBIT LIST

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates (collectively, "Winn-Dixie"), gives notice of service on Visagent of (i) copies of Winn-Dixie's exhibits for the trial scheduled to start on February 8, 2010 and (ii) the attached trial exhibit list.

SMITH HULSEY & BUSEY

By  /s/ Timothy R. Buskirk
        Stephen D. Busey
        James A. Bolling
        Timothy R. Buskirk

Florida Bar Number 058314
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
tbuskirk@smithhulsey.com

Attorneys for Winn-Dixie

## Certificate of Service

I certify that a copy of the foregoing document was furnished by hand to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 20th day of January, 2010.



/s/ Timothy R. Buskirk
Attorney

687552.1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

|  |  |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, | *Chapter 11* |
| ) | |
| Reorganized Debtors. | Jointly Administered |
| ) | |

# WINN-DIXIE'S EXHIBIT LIST FOR
## FEBRUARY 8, 2010 TRIAL ON VISAGENT'S CLAIM (LIABILITY ONLY)

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | Winn-Dixie | Letter from Victory Wholesale Grocers re managing Winn-Dixie's corporate diverting program and setting the working relationship effective 07/10/00 (Bates Nos. V5683 – V5686) |
| 2 | | | Winn-Dixie | TradePoint PowerPoint Presentation to Winn-Dixie dated August 2000 with handwritten note "1st presentation to Winn-Dixie before name change from TradePoint to Visagent" (Bates Nos. WD28746 - WD28766) |
| 3 | | | Winn-Dixie | Email exchange between Mark Rubin and John Sheehan re Tradepoint/Visagent (Bates No. WD638) [Depo. Ex. 1377 - Rubin] |
| 4 | | | Winn-Dixie | Webpages from Network Trading System and Victory Wholesale Grocery website (Bates Nos. WD28683 - WD28690) [Depo. Ex. 240 - Rubin] |
| 5 | | | Winn-Dixie | Global Exchange Summit Participant Listing and presentation (Bates Nos. WD22206-WD22304) [Depo. Ex. 412 - Warren] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 6 | | | Winn-Dixie | Email dated January 10, 2001 from Mark Rubin to Philip Payment and Daryl Mills re recent advancements in Visagent technology and stating that "Visagent is not a diverter" (Bates No. WD639) |
| 7 | | | Winn-Dixie | Email dated January 16, 2001 from Bob Warren to Bob Dufek re possibilities with Visagent (Bates No. WD26025) [Depo. Ex. 51 - Warren] |
| 8 | | | Winn-Dixie | Emails January 17, 2001 between Bob Warren, Daryl Mills and Mark Rubin re Visagent is a technology solutions provider (Bates No. WD640) [Depo. Ex. 1379 - Warren] |
| 9 | | | Winn-Dixie | Visagent's PowerPoint Presentation to Doug Milne and Bob Dufek of Winn-Dixie (Bates No. WD25464 - WD25494) [Depo. Ex. 30 - Warren] |
| 10 | | | Winn-Dixie | Email dated February 22, 2001 from Bob Warren to Kevin Gates transmitting document summarizing the features and benefits of using the exchange (Bates no. WD0000000643 - WD646) [Depo. Ex. 315 - Warren] |
| 11 | | | Winn-Dixie | Visagent's PowerPoint Presentation to Winn-Dixie dated February 2001 (Bates Nos. WD26195 - WD26233) [Depo. Ex. 58 - Warren] |
| 12 | | | Winn-Dixie | Visagent's PowerPoint Presentation to Winn-Dixie dated March 2001 (Bates Nos. WD26157 - WD26194) [Depo. Ex. 57 - Warren] |
| 13 | | | Winn-Dixie | Emails dated April 2 and 6, 2001 between Kevin Gates and Bob Warren re meeting to discuss increased purchase and savings opportunities using Visagent's solutions (Bates No. WD25436) [Depo Ex. 24 - Warren] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 14 | | | Winn-Dixie | Letter dated April 5, 2001 re Visagent/Winn-Dixie Letter on Intent for Service Agreement (Bates No. WD25442 - WD25444) |
| 15 | | | Winn-Dixie | Email dated April 11, 2001 between Bob Warren and Mark Rubin with forwarded messages between Bob Warren, Daryl Mills, Philip Payment and Mark Rubin re draft letter of intent (Bates Nos. WD706 - WD707) |
| 16 | | | Winn-Dixie | Visagent's PowerPoint Presentation to Winn-Dixie dated April 2001 (Bates Nos. WD26026 - WD26063) [Depo. Ex. 52 - Warren] |
| 17 | | | Winn-Dixie | Letter dated April 24, 2001 from Mark Rubin re Visagent/Winn-Dixie Letter of Intent for Service Agreement (Bates Nos. WD28901 - WD28903) |
| 18 | | | Winn-Dixie | Email dated April 27, 2001 from Bob Warren to Kevin Gates regarding a Visagent and Winn-Dixie alliance (Bates No. V5676 - V5677) [Depo. Ex. 2162 - Warren] |
| 19 | | | Winn-Dixie | Emails dated April 30 and May 2, 2001 between Visagent and Winn-Dixie representatives re Supplier Listing (Bates No. WD25519 - WD25521) [Depo. Ex. 33 - Warren and Garwood] |
| 20 | | | Winn-Dixie | Email dated May 8, 2001 from Robert Warren to Kevin Gates re Visagent/Winn-Dixie Alliance and summary of meeting of May 5th (Bates No. V08308) [Depo. Ex. 2023 - Garwood] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 21 | | | Winn-Dixie | Email dated May 11, 2001 between Mark Rubin, Daryl Mills, Philip Payment, Bob Warren and Simon Garwood re first draft of contract with attachments of the contract, Winn-Dixie User Agreement and a picture (Bates Nos. WD794 - WD811) [Depo. Ex. 1388 - Rubin, Warren, Garwood] |
| 22 | | | Winn-Dixie | Email dated May 12, 2001 between Daryl Mills, Mark Rubin and Philip Payment re Yahoo-intesource announces agreement with Winn-Dixie (Bates Nos. WD812 - WD814) |
| 23 | | | Winn-Dixie | Notes of May 17, 2001 meeting regarding Winn-Dixie (Bates Nos. WD28676 - WD27678) [Depo. Ex. 238 - Warren] |
| 24 | | | Winn-Dixie | Email exchange between Mark Rubin, Daryl Mills and Philip Payment re second draft of Visagent Service Agreement (Bates Nos. WD823-WD841) [Depo. Ex. 1391 - Rubin] |
| 25 | | | Winn-Dixie | Visagent/Winn-Dixie Project Agenda re meeting with Tom Barr to review secondary purchasing mechanisms (Bates Nos. WD246-WD247) |
| 26 | | | Winn-Dixie | Invitation for Admissions to the Visagent Grocery Exchange with list of frequently asked questions, a copy of their 06/25/01 User Agreement (Bates Nos. V5593 - V5612) [Depo. Ex. 1006 - Warren] |
| 27 | | | Winn-Dixie | PowerPoint for Visagent's presentation regarding WorldWide Retail Exchange Site Visit June 5-6, 2001 (Bates No. WD24906 - WD24952) [Depo. Ex. 5 - Warren, Garwood and Bixby] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 28 | | | Winn-Dixie | Email dated June 7, 2001 between Kevin Gates, Bob Warren and Angela Mosley re purchasing, reviewing the WD notification letter and Visagent User package (Bates Nos. WD885-WD893) [Depo. Ex. 1395 - Rubin] |
| 29 | | | Winn-Dixie | Email dated June 13, 2001 between Kevin Gates, Mark Rubin and Daryl Mills re Visagent Service Agreement (Blacklined) (Bates Nos. WD895-WD901) [Depo. Ex. 1396 - Rubin, Warren] |
| 30 | | | Winn-Dixie | Email date June 15, 2001 between Bob Warren, Kevin Gates and Mark Rubin re Visagent / WWRE Service Agreement (Bates Nos. WD902-WD904) [Depo. Ex. 1397 - Rubin, Warren] |
| 31 | | | Winn-Dixie | Letter dated June 20, 2001 from Winn-Dixie Stores, Inc. to All Alternate Source Vendors re retaining Visagent (Bates Nos. WD251 - WD252) |
| 32 | | | Winn-Dixie | Service Agreement dated June 28, 2001 between Visagent and Winn-Dixie (Bates Nos. WD28739 - WD28743) [Depo. Ex. 246 - Warren, Garwood, Handmaker, Bixby, Barth, Slater] |
| 33 | | | Winn-Dixie | Email dated July 5, 2001 from Robert Carlson to Tom Barr re diverters who will not participate with Visagent (Bates Nos. V5814) |
| 34 | | | Winn-Dixie | Titan Wholesale, Inc. letter to Winn-Dixie informing them that they will not participate in the flip opportunities (Bates Nos. WD104 - WD106) [Depo. Ex. 1264 - Warren] |
| 35 | | | Winn-Dixie | [Unsigned] Visagent Grocery Exchange User Agreement dated July 6, 2001 (Bates Nos. WD29390 - WD29404) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 36 | | | Winn-Dixie | Dun & Bradstreet Inc. report on Global Food Resources, Inc. (Bates No. V5549-V5557) |
| 37 | | | Winn-Dixie | Visagent/Winn-Dixie Project Agenda regarding multiple stop functionality (Bates Nos. WD255) |
| 38 | | | Winn-Dixie | Email dated July 9, 2001 from User Services to Bob Warren and Simon Garwood re buyer and seller information (Bates Nos. WD4203 - WD4204) [Depo. Ex. 1183 - Garwood, Handmaker] |
| 39 | | | Winn-Dixie | Diverting Deal Sheet (Bates No. V5818) |
| 40 | | | Winn-Dixie | Email dated July 18, 2001 from Bob Warren to Mark Rubin re phone call from Tom Barr re Titan (Bates No. WD28564) [Depo. Ex. 214 - Warren] |
| 41 | | | Winn-Dixie | Emails dated July 25, 2001 and July 26, 2001 between Tom Barr, Dewayne Rabon, Bruce Malcolm, Cindy Calatrava, Kristie Bruette, Marc Blouin, Nicole Stefanov, Robert Carlson, etc. re purchases through the Visagent system (Bates Nos. V7391 - V7392) |
| 42 | | | Winn-Dixie | Email dated July 27, 2001 from J. Nykerk to Tom Bixby re changes to Visagent website re Alliance page (Bates Nos. WD27310 - WD27312) [Depo. Ex. 78 - Bixby] |
| 43 | | | Winn-Dixie | Email dated July 27, 2001 between Bob Warren, Tom Barr and Mark Rubin re development team working on enhancements (Bates No. WD945) |
| 44 | | | Winn-Dixie | Purchase order dated 27, 2001 (Bates No. V5813) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 45 | | | Winn-Dixie | Visagent Profit and Loss Statement for period ending July 31, 2001 (Bates No. WD24482) [Depo. Ex. 192 - Barth, Slater] |
| 46 | | | Winn-Dixie | Emails dated August 6 - August 27, 2001 between Winn-Dixie representatives re Use of Visagent and between Winn-Dixie representative and Visagent representative re Notice of Buy Confirmation (Bates No. V8136-V8139) |
| 47 | | | Winn-Dixie | Email dated August 7, 2001 between Bob Warren, Mark Rubin, Simon Garwood, Bruce Malcolm, Marc Blouin and Robert Handmaker re purchase orders timing out (Bates Nos. WD964 - WD966) [Depo. Ex. 1407 - Warren] |
| 48 | | | Winn-Dixie | Email dated August 8, 2001 between Tom Barr and Simon Garwood re feature in the system to move lower cost on item to top of all availables (Bates No. V7829) [Depo. Ex. 1162 - Garwood] |
| 49 | | | Winn-Dixie | Emails dated August 10 – August 14, 2001 between Visagent and Winn-Dixie representatives regarding Visagent enhancements (Bates Nos. WD28552 - WD28555) [Depo. Ex. 213 - Warren] |
| 50 | | | Winn-Dixie | Email dated August 17, 2001 between Tom Barr, Daryl Mills and Mark Rubin re diverters are a problem (Bates No. WD979) |
| 51 | | | Winn-Dixie | Email dated September 13, 2001 between Bob Warren and User Services re Visagent Grocery Exchange (Bates No. V8168-V8169) |
| 52 | | | Winn-Dixie | Memo dated September 21, 2001 from Bob Carlson to "All Secondary Sources" re Business Procedures (Bates No. WD260) [Depo. Ex. 310 - Garwood] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 53 | | | Winn-Dixie | Letter dated September 21, 2001 from Robert Carlson, Winn-Dixie to all secondary sources re posting using the Visagent tool (Bates No. WD260) |
| 54 | | | Winn-Dixie | Emails dated September 26, 2001 between Kevin McCarthy of M&M Marketing and Bob Warren regarding resignation from exchange (Bates Nos. WD27633 - WD27634) |
| 55 | | | Winn-Dixie | Letter faxed October 12, 2001 from Patrick Barrett of Dynamic Wholesale, Inc. to Tom Barr re issues with Visagent |
| 56 | | | Winn-Dixie | Emails dated October 26 and October 31, 2001 between Tom Barr and Bob Warren re status of new users in the grocery exchange [Bates No. WD1028] [Depo. Ex. 328 - Warren] |
| 57 | | | Winn-Dixie | Listing of items on the exchange; Visagent / Winn-Dixie Agenda for November 1, 2001 (Bates Nos. V5710) |
| 58 | | | Winn-Dixie | Email dated November 2, 2001 from Robert Handmaker to Mark Rubin transmitting draft email to Ed Mieskoski and Tom Barr re meeting and problems with Victory (Bates No. WD28546 - WD28547) [Depo. Ex. 211 - Handmaker] |
| 59 | | | Winn-Dixie | Emails dated November 2 and November 5, 2001 between Tom Barr and Bob Warren re request for information on users and companies on the Exchange and Visagent policy on confidential information (Bates No. V8383-V8384) [Depo. Ex. 2043 - Warren] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---------|-----------------|---------------|---------|-------------|
| 60 | | | Winn-Dixie | Email dated November 5, 2001 between Bob Warren, Tom Barr and Mark Rubin re Visagent company policy prohibiting employees from revealing confidential information (Bates Nos. WD1035 - WD1036) |
| 61 | | | Winn-Dixie | Email dated November 9, 2001 from Mark Rubin to Ed Mieskoski re Anomaly on Deal ID # 9256 (Bates Nos. V7232-V7233) |
| 62 | | | Winn-Dixie | Emails dated November 9 - November 13, 2001 between Bob Warren and Tom Barr re new companies admitted to the exchange (Bates No. V7661) |
| 63 | | | Winn-Dixie | Visagent Surplus Goods Exchange User Agreement between Visagent and Winn-Dixie Procurement, Inc. dated November 11, 2001 (executed on January 3, 2002) (Bates Nos. WD29189 - WD29206) |
| 64 | | | Winn-Dixie | Email dated November 14, 2001 from Bruce Malcom to Robert Handmaker re deal number 9537 (Bates No. V7551) |
| 65 | | | Winn-Dixie | Memo dated around November 14, 2001 [incorrectly reflects date of May 1, 2009] from Robert Handmaker to Mark Rubin and Bob Warren re comparison of postings to deals (Bates Nos. WD28543 - WD28544) [Depo. Ex. 208 - Garwood] |
| 66 | | | Winn-Dixie | Memo dated November 15, 2001 from Mark Rubin and Bob Warren to Robert Handmaker re graph of comparisons of postings to deals (Bates Nos. WD28656 - WD28658) [Depo. Ex. 229 - Garwood, Handmaker] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 67 | | | Winn-Dixie | Email dated November 19, 2001 between Bob Warren, Tom Barr and Mark Rubin re Grocery Exchange User Agreement (Bates Nos. WD1048-WD1062) |
| 68 | | | Winn-Dixie | Emails dated December 3, 2001between Tom Barr and Bob Warren re approval and execution of Surplus Goods User Agreement (Bates No. V8375) |
| 69 | | | Winn-Dixie | Emails dated December 3 and December 4, 2001 between Dewey Jancik of Advantage Sales, Inc. and Bob Warren re resignation from exchange (Bates No. WD27396) |
| 70 | | | Winn-Dixie | Email dated December 10, 2001 from Simon Garwood to Mark Rubin re Mark Rubin's status report to Ed Mieskoski (Bates Nos. WD28540 - WD28541) [Depo. Ex. 207 - Garwood, Handmaker] |
| 71 | | | Winn-Dixie | Emails dated December 12, 2001 between Ed Mieskoski and Mark Rubin re Winn-Dixie / Visagent Business Report with handwritten notes (Bates Nos. WD28661 - WD28662) [Depo. Ex. 231 - Rubin] |
| 72 | | | Winn-Dixie | Email dated December 12, 2001 from Patricia Mitchell to Mark Rubin regarding Surplus Goods Exchange User Agreement and Visagent Grocery Exchange User Agreement (Bates No. WD1090 - WD1091) [Depo. Ex. 308 - Rubin, Garwood, Handmaker, Barth] |
| 73 | | | Winn-Dixie | Emails dated December 12 and December 14, 2001 between Winn-Dixie and Visagent representatives re scheduling meetings between Winn-Dixie and Visagent (Bates Nos. WD28535 - WD28536) [Depo. Ex. 205 - Bixby] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 74 | | | Winn-Dixie | Emails dated December 13, 2001 between Ed Mieskoski and Mark Rubin re Visagent Vendor letter (Bates Nos. WD1097 - WD1100) |
| 75 | | | Winn-Dixie | Letter dated December 14, 2001 from Ed Mieskoski to Alternate Source Vendors Utilizing the Visagent Grocery Exchange requesting vendors to execute limited release of information form (Bates No. WD25837) |
| 76 | | | Winn-Dixie | Emails dated December 14 and December 16, 2001between Tom Barr and Bob Warren re new users to the Exchange (Bates No. V8382) |
| 77 | | | Winn-Dixie | Emails dated December 13 – December 21, 2001 between Tom Barr and Bob Warren re Grocery Exchange enhancement requests (Bates Nos. WD1112 - WD1113) |
| 78 | | | Winn-Dixie | Emails dated December 21, 2001 between Tom Barr and Bob Warren re "unable to make buys this morning" (Bates No. V8381) [Depo. Ex. 2041 - Warren] |
| 79 | | | Winn-Dixie | Amendment to Visagent Surplus Goods Exchange User Agreement signed by Mark Rubin and Philip Payment dated January 3, 2002 |
| 80 | | | Winn-Dixie | Letter dated January 4, 2002 from Miriam Gonzalez to Bob Warren re resignation from exchange (Bates No. WD27876) [Depo. Ex. 109 - Warren] |
| 81 | | | Winn-Dixie | Email dated January 4, 2002 from Bob Warren to Miriam Gonzalez re resignation from exchange (Bates No. WD28018) [Depo. Ex. 123 - Warren] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 82 | | | Winn-Dixie | Emails dated January 15 - February 20, 2002 between Joseph Jurich of Urm Stores and Bob Warren regarding Surplus Goods Exchange Invitation and presentation (Bates Nos. WD28263 - WD28265) [Depo. Ex. 134 - Warren] |
| 83 | | | Winn-Dixie | Emails dated January 16, 2002 between Steve Carr, Tom Barr, Kris Colby, Ed Mieskoski and Kevin Gates re Surplus Goods progress (Bates No. WD545) |
| 84 | | | Winn-Dixie | Emails dated January 17, 2002 between Bob Warren and Tom Barr re C&S Wholesale with handwritten note (Visagent's 1st introduction to C&S Wholesale) (Bates No. WD28738) |
| 85 | | | Winn-Dixie | Emails dated January 22, 2002 between Simon Garwood and Tom Barr re continued efforts and perspectiveness (Bates Nos.V7800 - V7801) [Depo. Ex. 2217 - Garwood] |
| 86 | | | Winn-Dixie | Email dated January 23, 2002 from Bob Warren to Mike Cale of Market Logistics re resignation from exchange (Bates No. WD27635) [Depo. Ex. 93 - Warren] |
| 87 | | | Winn-Dixie | Letter dated January 23, 2002 from Bob Warren to Michael Cale of Market Logistics, Inc. re resignation from exchange (Bates No. WD27887) |
| 88 | | | Winn-Dixie | Email dated January 24, 2002 from Robert Handmaker to Tom Barr re delivery of loads 10879/10907and "Herculean" patience with Visagent (Bates No. V7196) [Depo. Ex. 1115 - Handmaker] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 89 | | | Winn-Dixie | Letter dated January 29, 2002 from Harvey Shapiro of Triboro, Inc. to Bob Warren re resignation from exchange (Bates No. WD27878) [Depo. Ex. 110 - Warren] |
| 90 | | | Winn-Dixie | Emails dated January 30, 2002 between Tom Barr, Ed Mieskoski and Mark Rubin re Visagent exchanges (Bates No. WD547) |
| 91 | | | Winn-Dixie | Letter dated January 31, 2002 from Bob Warren to Kent Clothier of Titan Wholesale, Inc. re resignation from exchange (Bates No. WD27888) [Depo. Ex. 117 - Warren] |
| 92 | | | Winn-Dixie | Emails dated February 6, 2002 between Kyle at Valutrading to Simon Garwood re problems with business and profit (Bates No. WD5203) |
| 93 | | | Winn-Dixie | Letter dated February 7, 2002 from Bob Warren to Harvey Shapiro of Triboro, Inc. re resignation from exchange (Bates No. WD27885) [Depo. Ex. 115 - Warren] |
| 94 | | | Winn-Dixie | Emails dated February 8 and February 15, 2002 between Tom Barr and Bob Warren re Winn-Dixie's promotional account number for accessing the exchange (Bates Nos. WD26376 - WD26377) [Depo. Ex. 67 - Warren] |
| 95 | | | Winn-Dixie | Emails dated February 14, 2002 between Steve Carr, Tom Barr, Ed Mieskoski, Seth Gaynor and Kris Colby re Steve working his tail off to bring buyers to the SGE (Bates Nos. V7842-V7843) |
| 96 | | | Winn-Dixie | Emails dated February 20, 2002 between Steve Carr, Tom Barr and Ed Mieskoski re recruiting status of SGE (Bates Nos. WD553-WD556) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 97 | | | Winn-Dixie | Emails dated February 22 and February 26, 2002 between Bob Warren, Tom Barr, Simon Garwood, Mark Rubin and Ed Mieskoski re questions about postings (Bates Nos. V7827-V7828) [Depo. Ex. 1161 - Garwood] |
| 98 | | | Winn-Dixie | Email dated February 22 and February 26, 2002 between Tom Barr, Bob Warren, Mark Rubin and Ed Mieskoski re updates on Grocery Exchange and Surplus Goods Exchange (Bates No. V7660) |
| 99 | | | Winn-Dixie | Email dated February 28, 2002 from Bob Warren to Robert Luehrsen of Transfer Marketing re resignation from exchange (Bates No. WD27866) [Depo. Ex. 104 - Warren] |
| 100 | | | Winn-Dixie | Emails dated March 8 and March 12, 2002 between Tom Barr and Bob Warren re update on grocery exchange and surplus goods exchange (Bates No. WD561) |
| 101 | | | Winn-Dixie | Email dated March 13, 2002 from Patricia Mitchell to Mark Rubin re differences in interpretation of the terms of Service Agreement held by Visagent and Winn-Dixie (Bates Nos. WD28607 - WD28608) [Depo. Ex. 226 - Rubin, Handmaker, Barth] |
| 102 | | | Winn-Dixie | Emails dated March 20, 2002 between Ed Mieskoski and Mark Rubin re posting on the SGE (Bates No. WD569) |
| 103 | | | Winn-Dixie | Emails dated March 22, 2002 between Mark Rubin and Ed Mieskoski re SGE Liquidity (Bates Nos. WD1206 - WD1207) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 104 | | | Winn-Dixie | Emails dated March 22 and 25, 2002 between Tom Barr, Bob Warren and Ed Mieskoski re new users on the grocery exchange and the surplus goods exchange (Bates No. WD572 - WD573] |
| 105 | | | Winn-Dixie | E-mails dated March 25, 2002 between Steve Carr, Tom Barr, Ed Mieskoski and Kris Colby re latest Surplus Goods pipeline report (Bates Nos. V7819 - V7820) |
| 106 | | | Winn-Dixie | Emails dated March 27, 2002 between Bob Warren, Tom Barr and Simon Garwood re unable to pull report data off the system (Bates No. WD1211) |
| 107 | | | Winn-Dixie | Emails dated April 5, 2002 from Tom Barr, Ed Mieskoski and Bob Warren re surplus goods exchange (Bates No. WD28669) |
| 108 | | | Winn-Dixie | Emails dated April 5 – April 12, 2002 between Winn-Dixie and Visagent representatives re prices going down on the exchange (Bates No. WD432 - WD434] |
| 109 | | | Winn-Dixie | Letter dated April 8, 2002 from Adam Kron of T-N-T Sales Corp. to Bob Warren re resignation from exchange (Bates No. WD27879) [Depo. Ex. 111 - Warren] |
| 110 | | | Winn-Dixie | Emails dated April 11, 2002 between Bob Warren and Mark Rubin re potential users to the SGE (Bates Nos. WD1219-WD1220) |
| 111 | | | Winn-Dixie | Emails dated April 19, 2002 between Robert Handmaker and Tom Barr re Visagent Posting (Bates Nos. WD25977 - WD25978) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 112 | | | Winn-Dixie | Email dated April 19, 2002 from Tom Barr to Ed Mieskoski re recap of meeting with Bob Warren and Simon Garwood (Bates No. V8152) |
| 113 | | | Winn-Dixie | Emails dated May 3 and May 17, 2002 between Tom Barr and Robert Warren re topics to discuss at Visagent/Winn-Dixie meeting requested by Robert Warren (Bates No. V8299) [Depo. Ex. 2019 - Warren] |
| 114 | | | Winn-Dixie | Emails dated May 13, 2002 between Tom Barr and Steve Carr re update on the Surplus Goods Exchange (Bates No. V8347-V8348) |
| 115 | | | Winn-Dixie | Email dated June 3, 2002 from Bob Warren to Howard Lewis of Newport Wholesalers with handwritten note from Howard Lewis to Bob Warren re resignation from exchange (Bates No. WD27880) [Depo. Ex. 112 - Warren] |
| 116 | | | Winn-Dixie | Email dated June 4, 2002 from Bob Warren to Robert Roque of Superior Wholesale regarding resignation from exchange (Bates No. WD29385) |
| 117 | | | Winn-Dixie | Letter dated June 7, 2002 from Richard Verruso of Severn Wholesale Inc. to Simon Garwood re resignation from exchange (Bates No. WD27881) [Depo. Ex. 113 - Warren] |
| 118 | | | Winn-Dixie | Emails dated June 7, 2002 between Mark Rubin and Ed Mieskoski re agreement to investigate a hybrid diverting model (Bates Nos. WD264 - WD265) |
| 119 | | | Winn-Dixie | Letter dated June 14, 2002 from David Kantor of Victory Wholesale Grocers to Ed Mieskoski re Victory's management of Winn-Dixie's corporate diverting program (Bates No. V5687 - V5690] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 120 | | | Winn-Dixie | Letter dated July 1, 2002 from Steven Bigelow of United Superstores Inc. to Bob Warren re resignation from exchange (Bates No. WD28300) [Depo. Ex. 136 - Warren] |
| 121 | | | Winn-Dixie | Emails dated July 15, 2002 between Matt Hanson of Victory Wholesale Grocers and Bob Warren re resignation from exchange (Bates No. WD27894) [Depo. Ex. 120 - Warren] |
| 122 | | | Winn-Dixie | Email dated July 23, 2002 from Baltasar Garaygordobil to Mark Rubin reg C&S (Bates No. WD28606) |
| 123 | | | Winn-Dixie | Visagent Profit and Loss Statement July 31, 2001 v. July 31, 2002 (Bates No. WD24487) [Depo. Ex. 196 - Rubin, Handmaker, Barth, Slater] |
| 124 | | | Winn-Dixie | Emails dated August 12, 2002 between Tom Barr, Blake Clark, Rob Rowe, Ed Mieskoski, Bob Warren and Mark Rubin re introducing Visagent and explaining the system (Bates No. WD1236) |
| 125 | | | Winn-Dixie | Emails dated August 13 - August 26, 2002 between Winn-Dixie and Visagent representatives re scheduling training on Visagent and notice that Rubbermaid offer is no longer available (Bates Nos. V8749 - V8751) [Depo. Ex. 2077 - Warren] |
| 126 | | | Winn-Dixie | WD Alternate Source Vendor Facilitation Model (Bates Nos. WD278-WD279) |
| 127 | | | Winn-Dixie | Email dated December 3, 2002 from Mark Rubin to Ed Mieskoski re In-House assistance for ITP (Bates No. WD286) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 128 | | | Winn-Dixie | Emails dated December 31, 2002 from Simon Garwood to Mark Rubin re whether or not a figure of how much Visagent has saved Winn-Dixie should be provided at January 10 meeting (Bates Nos. WD82595 - WD28596) [Depo. Ex. 222 - Garwood, Handmaker, Barth, Slater] |
| 129 | | | Winn-Dixie | Emails dated January 14, 2003 between Mark Rubin, Philip Payment and Ed Mieskoski re draft letter of intent and PowerPoint presentation (Bates Nos. WD288-WD326) |
| 130 | | | Winn-Dixie | Email exchange between Ed Mieskoski, Mark Rubin and Philip Payment re looking for feedback on elimination of exclusivity clause in agreement (Bates No. WD329) |
| 131 | | | Winn-Dixie | Emails dated April 14, 2003 between Mark Rubin, Ed Mieskoski and Bob Warren re exclusivity provision (Bates Nos. WD331-WD332) |
| 132 | | | Winn-Dixie | Email dated May 16, 2003 from Tom Barr to Simon Garwood re offer sheet for grocery, frozen and dairy (Bates No. WD3) |
| 133 | | | Winn-Dixie | Email dated June 12, 2003 from Mark Rubin to Philip Payment re recap of phone conference and Winn-Dixie diverting program Bates Nos. WD440 - WD441] |
| 134 | | | Winn-Dixie | Emails dated June 20, 2003 between Mark Rubin and Philip Payment re Alternate Sourcing Platform slides (Bates Nos. WD383-WD399) |
| 135 | | | Winn-Dixie | Letter dated July 7, 2003 from Philip Payment to Mark Rubin re presentation of "Winn-Dixie Alternate Sourcing Platform" proposal (Bates No. WD24787 - WD24788) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 136 | | | Winn-Dixie | Corporate Executive Summary dated August 2003 (Bates Nos. WD28837 - WD28849) [Depo. Ex. 267 - Barth, Slater] |
| 137 | | | Winn-Dixie | Email from Bob Warren to M. Slater and H. Wilson re crediting GFR $1350 for unused freight (Bates Nos. WD12270 and WD12299) [Depo. Ex. 1221 - Slater] |
| 138 | | | Winn-Dixie | Emails dated August 12, 2003 between Bob Warren, Simon Garwood and Mark Rubin forwarding instant messages between Tom Barr and Bob Warren re sarcasm from Tom Barr over a truckload buy / sell (Bates Nos. WD1291-WD1292) |
| 139 | | | Winn-Dixie | Emails dated August 25, 2003 between Tom Barr, Bob Warren, Seth Gaynor and Mark Rubin re Visagent not a diverting company (Bates Nos. WD402-WD404) [Depo. Ex. 1322 - Warren] |
| 140 | | | Winn-Dixie | PowerPoint Presentation re Winn-Dixie Alternate Sourcing Platform dated September 2003 |
| 141 | | | Winn-Dixie | Email dated September 12, 2003 from Tom Barr to Simon Garwood re offers that may be available in truckload and ltl loads (Bates No. WD17) |
| 142 | | | Winn-Dixie | Email dated October 1, 2003 from Tom Barr to Simon Garwood re system erroring out when adding UPC numbers (Bates No. WD22) |
| 143 | | | Winn-Dixie | Letter/Memo dated January 2004 from Rone Luczynski to Tom Outlaw re Ingles Markets Trade Management Services Proposal (Bates Nos.WD22558 - WD22560) |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 144 | | | Winn-Dixie | Client Development Workshop - Bob Trader – January 4, 2004 |
| 145 | | | Winn-Dixie | Email dated February 11, 2004 from Rone Luczynski to Bob Warren Simon Garwood and Mark Rubin re telephone conversation with LTA International regarding how to increase business between LTA and Visagent (Bates Nos. WD22672 - WD22673) [Depo. Ex. 170 - Garwood] |
| 146 | | | Winn-Dixie | Email dated March 9, 2004 from Bob Warren to Mark Rubin re strategy in connection with Winn-Dixie (Bates No. WD28576) [Depo. Ex. 217 - Rubin, Warren, Bixby] |
| 147 | | | Winn-Dixie | Emails dated May 14 – May 17, 2004 between Mark Rubin and Tom Bixby re C&S with I-OPS integration with attached slides of flow chart of Sales Catalog items (Bates Nos. WD28648 - WD28653) [Depo. Ex. 228 - Garwood, Bixby] |
| 148 | | | Winn-Dixie | Letter dated June 28, 2004 from Richard Judd to Mark Rubin re Winn-Dixie's intent to maintain its status of admission, but Winn-Dixie does not extend the Service Agreement expiring June 28, 2004 (Bates No. WD29212) [Depo. Ex. 287 - Rubin] |
| 149 | | | Winn-Dixie | Emails dated June 28, 2004 between Chris Wilson, Mark Rubin, Dick Judd and Les Wulfert re the limitation of liability provision (Bates Nos. WD537 - WD538) [Depo. Ex. 1345 - Rubin] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 150 | | | Winn-Dixie | Emails dated July 16, 2004 between Simon Garwood, Tom Barr, Mark Rubin and Bob Warren re turning off the download and that Visagent is not the solution but part of the solution (Bates Nos. WD410 - WD411) [Depo. Ex. 1323 - Garwood] |
| 151 | | | Winn-Dixie | Visagent Business Document Revised Client Development Strategy prepared by Robert Trader dated July 21, 2004 [Depo. Ex. 2239 - Garwood, Bixby, Barth] |
| 152 | | | Winn-Dixie | Visagent Business Document Revised Client Development Strategy prepared by Robert Trader dated July 21, 2004 |
| 153 | | | Winn-Dixie | Letter dated August 9, 2004 from Richard Judd to Mark Rubin re termination of agreement and resignation from exchanges (Bates No. WD29213 - WD29214) |
| 154 | | | Winn-Dixie | Email dated August 16, 2004 from Tom Barr to Dick Judd re Visagent ceasing operations |
| 155 | | | Winn-Dixie | Complaint filed by Visagent Corporation against Winn-Dixie Stores, Inc. dated September 8, 2004 [Depo. Ex. 455 - Rubin] |
| 156 | | | Winn-Dixie | Affidavit of I. Mark Rubin dated July 17, 2006 [Depo. Ex. 456 - Warren] |
| 157 | | | Winn-Dixie | Visagent Corporation's Response to Debtor's First Set of Interrogatories dated September 28, 2006 [Depo. Ex. 459 - Rubin] |
| 158 | | | Winn-Dixie | Visagent Corporation's Supplemental Response to Debtor's First Set of Interrogatories dated March 21, 2007 [Certified by Mark Rubin on 9/15/08] [Depo. Ex. 460 - Rubin] |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 159 | | | Winn-Dixie | Visagent Corporation's Response to Debtor's Second Set of Interrogatories dated May 12, 2008 [Certified by Mark Rubin on 9/15/08] |
| 160 | | | Winn-Dixie | Visagent Corporation's Second Amended Responses to Debtor's Various Requests for Production of Documents and Interrogatories dated March 31, 2009 |
| 161 | | | Winn-Dixie | Instant message between Visagent Services and Tom Barr regarding inability of the Visagent system to build trucks [undated] (Bates No. V6760) |
| 162 | | | Winn-Dixie | Emails between Tom Barr and Daryl Mills re concerns of low sales, low usage and problems with the exchange [undated] (Bates Nos. V5560) |
| 163 | | | Winn-Dixie | Draft blacklined version of Service Agreement between Visagent and Winn-Dixie [undated] (Bates Nos. V9708-V9713) [Depo. Ex. 2099 - Rubin] |
| 164 | | | Winn-Dixie | Email from Tom Barr to Seth Gaynor regarding Visagent System [undated] (Bates No. V10085) [Depo. Ex. 2130 - Bixby] |
| 165 | | | Winn-Dixie | WWRE Surplus Food Goods Exchange - Request for Information (with handwritten notes) [undated] (Bates Nos.  WD21737 - WD21763) |
| 166 | | | Winn-Dixie | Frequently Asked Questions regarding Visagent [undated] (Bates Nos. WD28769 - WD28771) |
| 167 | | | Winn-Dixie | Victory Warehouse Photos - Shipment 1 |
| 168 | | | Winn-Dixie | Victory Warehouse Photos - Shipment 2 |

| EX. NO. | DATE IDENTIFIED | DATE ADMITTED | BY WHOM | DESCRIPTION |
|---|---|---|---|---|
| 169 | | | Winn-Dixie | PowerPoint Presentation titled "Cuba is Open for Business" for Global Food Resources |
| 170 | | | Winn-Dixie | Canon facsimile machine manufactured in February 2002 |
| 171 | | | Winn-Dixie | Expert Report of Robert Thomas |
| 172 | | | Winn-Dixie | Expert Report of Prof. Eileen Kraemer |
| 173 | | | Winn-Dixie | Any and all exhibits listed by Visagent reserving all objections thereto |
| 174 | | | Winn-Dixie | Documents produced or used as exhibits depositions taken after January 20, 2010 |

687307