**Winn-Dixie/Visagent January/February Depositions**

| Sun | Mon | Tue | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
| 17 | 18 | 19 | 20 | 21 | 22<br>*Henderson*<br>@ 9:00 a.m.<br>Ft. Lauderdale<br><br>*Weida*<br>@ 11:00 a.m.<br>Ft. Lauderdale<br><br>*Post*<br>@ 1:30 p.m.<br>Ft. Lauderdale<br><br>All at the following:<br>515 E. Las Olas Blvd. Suite 1300<br>Ft. Lauderdale | 23<br>*Trader*<br>@ 9:00<br>SHB<br>Jax |
| 24 | 25<br>*Garaygordobil*<br>@ 9:00 a.m<br>Esquire Deposition<br>1221 Lamar Street, Suite 1304.<br>Houston, TX | 26<br>*Teagarden*<br>@ 9:00 a.m.<br>9039 Rambling Oak PL<br>Parker, CO | 27<br>*McLaughlin*<br>@ 10:00 a.m.<br>Holiday Inn Express<br>4601 Best Road<br>College Park, GA | 28<br>*Carr*<br>@ 8:30 a.m.<br>Atlanta, GA<br><br>*Williamson*<br>@ 1:30 p.m.<br>Atlanta, GA<br><br>Both at the following:<br>Holiday Inn Express<br>4601 Best Road<br>College Park, GA | 29<br>*MacDowell*<br>@ 9:00 a.m.<br>Holiday Inn Express<br>4601 Best Road<br>College Park, GA | 30 |
| 31 | 1<br>*Payment*<br>@ 8:30<br>Rubins' office<br>Jacksonville | 2 | 3<br>*Mitchell*<br>@ 10:30<br>Greenwood Village, CO | 4 | 5 | 6 |