UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO: 3:05-bk-3817
Chapter 11

IN RE:

WINN-DIXIE STORES, INC.,

Debtor(s)

## ORDER STRIKING VISAGENT CORPORATION'S MOTION TO EXTEND HEARING DATE FOR DEBTORS' MOTION IN LIMINE

The Court finds that the Motion to Extend Hearing Date for Debtors' Motion in Limine to Preclude Visagent Corporation from Presenting Expert Testimony filed by Guy Rubin on behalf of Visagent Corporation on January 22, 2010, did not contain an original signature. Accordingly, it is

**ORDERED**:

That the Motion to Extend Hearing Date for Debtors' Motion in Limine to Preclude Visagent Corporation from Presenting Expert Testimony filed by Guy Rubin on behalf of Visagent Corporation on January 22, 2010 is stricken from the record.

**DATED January 22, 2010**, at Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
Attorney for Debtor
Guy Bennett Rubin, Attorney for Visagent, P.O. Box 395, Stuart, FL 34995