## Winn-Dixie/Visagent January/February Depositions

| Sun | Mon | Tue | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
| 17 | 18 | 19 | 20 | 21 | 22 **_Henderson_** @ 9:00 a.m. Ft. Lauderdale  **_Weida_** @ 11:00 a.m. Ft. Lauderdale  **_Post_** @ 1:30 p.m. Ft. Lauderdale  All at the following: 515 E. Las Olas Blvd. Suite 1300 Ft. Lauderdale | 23 **_Trader_** @ 9:00 SHB Jax |
| 24 | 25 **_Garaygordobil_** @ 9:00 a.m Esquire Deposition 1221 Lamar Street, Suite 1304. Houston, TX | 26 **_Teagarden_** @ 9:00 a.m. 9039 Rambling Oak PL Parker, CO | 27 **_McLaughlin_** @ 10:00 a.m. Holiday Inn Express 4601 Best Road College Park, GA | 28 **_Carr_** @ 8:30 a.m. Atlanta, GA  **_Williamson_** @ 1:30 p.m. Atlanta, GA  Both at the following: Holiday Inn Express 4601 Best Road College Park, GA | 29 **_MacDowell_** @ 9:00 a.m. Holiday Inn Express 4601 Best Road College Park, GA | 30 |
| 31 | 1 **_Payment_** @ 8:30 Rubins' office Jacksonville | 2 | 3 **_Mitchell_** @ 10:30 Greenwood Village, CO | 4 | 5 | 6 |