UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Denise Vickers (Docket No. 22821) was furnished by mail on December 21, 2009, to Denise Vickers, 2121 N.W. 80th St., Miami, Florida 33147, Gregg A. Silverstein, Esq., Silverstein, Silverstein & Sivlerstein, P.A., Aventura Coprate Center, 20801 Biscayne Blvd., Suite 504, Aventura, Florida 33180 and Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601.

Dated: January 22, 2010

SMITH HULSEY & BUSEY

By    <u>*s/ Leanne McKnight Prendergast*</u>
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors