UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Eugene Keir (Docket No. 22825) was furnished by mail on December 21, 2009, to Eugene Keir, 961 SE 20th Ave., Deerfield Beach, Florida 33441-5174 and John D. Ameen, Esq., Ameen & Drucker, P.A., 3111 University Drive, Suite 901, Coral Springs, Florida 33068.

Dated: January 22, 2010

SMITH HULSEY & BUSEY


By      *s/ Leanne McKnight Prendergast*
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors