UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### **CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Keuna Smith (Docket No. 22828) was furnished by mail on December 21, 2009, to Keuna Smith, 8711 Newton Road, #84, Jacksonville, Florida 32216 and Michael K. Roberts, Esq., J. Scott Nooney & Associates, P.A.., 3535 Hendricks Ave., Jacksonville, Florida 32207.

Dated: January 22, 2010

SMITH HULSEY & BUSEY


By   *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors