UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Eleventh Omnibus Objection to

Claims Which Have Been Settled, Released or Dismissed (Docket No. 22829) was

furnished by mail on December 21, 2009, to the attached Exhibit A.

Dated:  January 22, 2010

SMITH HULSEY & BUSEY

By     *s/ Leanne McKnight Prendergast*
          Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

Exhibit A

Zachary Von Roenn, Esq.
Law Offices of Chris
    Johns & Associates
4901 Atlantic Blvd.
Jacksonville, FL 32207

*Attorneys for Deborah Brown*

Steven Cohen, Esq.
Glantz & Glantz, P.A.
7951 SW 6th Street
Plantation, FL 22214

*And*

Gordon T. Nicol, Esq.
7545 Centurion Parkway, Suite 108
Jacksonville, FL 32256

*Attorneys for Amber Dacosta*

Brian M. Flaherty, Esq.
Farah & Farah, P.A.
10 West Adams Street, Third Floor
Jacksonville, FL 32202

*Attorneys for Selesia L. McClendon*

Lina Fullman, Esq.
Law Offices of Burnetti, P.A.
4899 Belfort Road, Suite 160
Jacksonville, FL 32256

*Attorneys for Kimberly Lamas*

Thomas L. Tullos, Esq.
Post Office Drawer 597
Bay Springs, MS 394222

*Attorneys for Betty Curry*

Gladys LeBlanc
782 Plauche Street
Morganza, LA 70759

*And*

Join LeBlan-Barrilleaux
311 Millcreek Road
Lafayette, LA 70508

Stephen M. Fernandez, Esq.
Anderson & Associates, P.A.
1584 Metropolitan Blvd.
Tallahassee, FL 32308

*Attorneys for Elouise Green*

Dennis LeVine, Esq.
Post Office Box
Tampa, FL 33601-0707

*Attorneys for Rosario Guizzardi, Kimberly Lamas and Brenda Manning*

{00684248}

Stephen C. Thomas, Esq.
Hayworth, Chaney & Thomas, P.A.
202 N. Harbor City, Blvd., Suite 300
Melbourne, FL 32935

*Attorneys for Naida Spivey*

Gregory K. Crews, Esq.
300 West Adams Street, Suite 200
Jacksonville, FL 32202

*And*

Michael Agnew, Esq.
Agnew & Agnew, P.C.
1410 Wynnton Road
Columbus, GA 31906

*Attorneys for Wallace Whitten*

Sagi Shaked, Esq.
Shaked Biondo, P.A.
200 S.E. 1st Street, Suite 505
Miami, FL 33131

*Attorneys for Rosario Guizzardi*

David B. Kesler, Esq.
65 65th Street South
St. Petersburg, FL 33707

*Attorneys for Brenda Manning*

{00684248}