UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON JANUARY 27, 2009**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on January 27, 2010 at 1:30 p.m.:

**<u>Contested Matters</u>**

    *1.    Debtors' Objection to the Administrative Claim of Stacy Braziel (Docket No. 22836) (Statute of Limitations Defense)*

    Response Deadline:  January 20, 2010

    Responses:      None.

    Status:        The Reorganized Debtors will proceed with the hearing on the Objection.

2.    *Debtors' Objection to the Administrative Claim of Lauren Lucchini (Docket No. 22837) (Statute of Limitations Defense)*

Response Deadline:  January 20, 2010

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


3.    *Debtors' Objection to the Administrative Claim of Rose McDonald (Docket No. 22839) (Statute of Limitations Defense)*

Response Deadline:  January 20, 2010

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


4.    *Debtors' Objection to the Administrative Claim of Benezza Gonzalez (Docket No. 22840) (Statute of Limitations Defense)*

Response Deadline:  January 20, 2010

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

5.      *Debtors' Objection to the Administrative Claim of Monica Andersen and Jeff Andersen (Docket No. 22744) (Statute of Limitations Defense)*

Response Deadline:  January 20, 2010

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

6.      *Debtors' Objection to the Administrative Claim of Harry Grisby (Docket No. 22842) (Statute of Limitations Defense)*

Response Deadline:  January 20, 2010

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

7.      *Debtors' Amended Objection to the Administrative Claim of Joseph Avril (Docket No. 22844) (Statute of Limitations Defense)*

Response Deadline:  January 27, 2010

Responses:          None.

Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

8.    *Debtors' Omnibus Objection to Unresolved Litigation Claims as it relates to the Claim filed by Ernest Allen (Claim No. 12768) (Docket No. 8702) (Late Filed Claim)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.


9.    *Diversified's Motion to Compel Production of Documents by Debtor and For Award of Attorneys' Fees (Docket No. 22831)*

   Response Deadline:  Non-Applicable

   Responses:          To be filed.

   Status:             The Reorganized Debtors have been informed that the Movant with proceed with the hearing on the Motion.


Dated: January 26, 2010

                              SMITH HULSEY & BUSEY


                              By  s/ Leanne McKnight Prendergast
                                   Leanne McKnight Prendergast

                              Florida Bar Number 59544
                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              lprendergast@smithhulsey.com

                              Counsel for Reorganized Debtors

00684301

4