**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

## ORDER DENYING WINN DIXIE'S MOTION IN LIMINE TO PRECLUDE VISAGENT CORPORATION FROM PRESENTING EXPERT TESTIMONY

This case came before the Court upon Winn Dixie's Motion in Limine to Preclude Visagent [Corporation] from Presenting Expert Testimony (the "Motion"). Visagent Corporation ("Visagent") filed a Response Objecting to the Motion (the "Response"). The Court scheduled a hearing on the Motion for January 28, 2010 at 1:30 p.m. Upon a review of the Motion and Response, the Court finds that oral argument would not be helpful to the Court in deciding the Motion and is not necessary. It is

**ORDERED:**

1. The Motion is denied.

2. The hearing on the Motion is canceled.

**DATED** this 27 day of January, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Guy Bennett Rubin, Attorney for Visagent Corporation