UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

## ORDER DENYING AS MOOT VISAGENT CORPORATION'S MOTION TO CONTINUE HEARING ON WINN DIXIE'S MOTION IN LIMINE TO PRECLUDE VISAGENT FROM PRESENTING EXPERT TESTIMONY

This case came before the Court upon Visagent Corporation's Motion to Extend Hearing Date for Winn Dixie's Motion in Limine to Preclude Visagent Corporation from Presenting Expert Testimony (the "Motion to Continue"). Winn Dixie filed a response objecting to the Motion to Continue. The Court previously scheduled a hearing on Winn Dixie's Motion in Limine for January 28, 2010 at 1:30 p.m. On January 26, 2010 the Court entered an Order Denying the Motion in Limine and canceling the hearing on the Motion in Limine. Upon the foregoing, it is

**ORDERED:**

The Motion to Continue is denied as moot.

**DATED** this 27 day of January, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Guy Bennett Rubin, Attorney for Visagent Corporation