[31713A] [Notice of Evidentiary Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No. 3:05−bk−03817−JAF
                                                                                        Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____ /

NOTICE OF HEARING

     NOTICE IS GIVEN that an evidentiary hearing in this case will be held in 4th Floor Courtroom 4D, 300 North Hogan Street, Jacksonville, Florida, on January 28, 2010 at 1:30 p.m. , to consider and act upon the following matter:

    Emergency Motion for Protective Order and Objection Regarding Visagent Corporation's Subpoena of Victory's Computer Programmer, Fred MacDowell filed by Victory Wholesale Grocers

   and transact such other business as may properly come before the hearing.

   1. All exhibits must be pre−marked and listed in accordance with Local Rule 9070−1.

   2. The hearing may be continued upon announcement made in open Court without further notice.

   3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

   4. *Appropriate Attire*. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

   5. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

   Dated January 27, 2010.

                           Lee Ann Bennett, Clerk of Court
                           300 North Hogan Street Suite 3−350
                           Jacksonville, FL 32202

   Copies furnished to:
   Debtor
   Debtor(s)' Attorney
   Trustee
   US Trustee
   Movant
   L.R. 1007(d) Parties in Interest