UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### ORDER ON MOTION THE DEBTORS' OMNIBUS OBJECTION TO UNRESOLVED LITIGATION CLAIMS AS IT RELATES TO THE CLAIM FILED BY ERNEST ALLEN (CLAIM NO. 12768)

This case came before the Court for hearing on January 27, 2010, on the Debtors' Notice of Hearing on the Debtors' Omnibus Objection to Unresolved Litigation Claims as it relates to the Claim filed by Ernest Allen (Claim No. 12768) (Docket No. 8702) (the "Objection"). Ernest Allen (the "Claimant") did not appear at the hearing.[1] Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained as to the Claim filed by Ernest Allen (Claim No. 12768).

2. Claim No. 12768 filed by the Claimant is disallowed in its entirety.

Dated this 27 day of January, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00682544.DOC

---

[1] The Amended Notice of Hearing (Docket No. 22792) states that the Debtors would seek the disallowance of the claim if the Claimant failed to appear at the hearing.