UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order On Debtors' Omnibus Objection to Unresolved Litigation Claims as it Relates to the Claim filed by Ernest Allen (Claim 12768) (Docket No. 22925) was furnished by mail on January 27, 2010 to Ernest Allen, 4515 Stony Brook Drive, Louisville, Kentucky 40299.

Dated: January 27, 2010

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors