UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-03817-3F1 |
| | : | |
| WINN-DIXIE STORES, INC. et al | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

### VICTORY WHOESALE GROCERS' NOTICE OF FILING AFFIDAVIT OF FRED MACDOWELL IN SUPPORT OF VICTORY WHOLESALE GROCERS EMERGENCY MOTION FOR PROTECTIVE ORDER AND OBJECTION REGARDING VISAGENT CORP.'S SUBPOENA

Victory Wholesale Grocers ("Victory") files the Affidavit of Fred MacDowell attached as Exhibit A hereto in support of Victory's Emergency Motion for Protective Order and Objection Regarding Visagent Corp.'s Subpoena (Docket No. 22914).

Dated: January 28, 2010.

FOLEY & LARDNER LLP

/s/ Gardner F. Davis
Gardner F. Davis
   Florida Bar No. 0471712
   gdavis@foley.com
John J. Wolfel, Jr.
   Florida Bar No. 030664
   jwolfel@foley.com
One Independent Drive, Suite 1300
Jacksonville, FL 32202-5017
P. O. Box 240
Jacksonville, FL 32201-0240
904.359.2000

Counsel for Victory

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this Notice has been furnished by e-mail to the following parties on the 28th day of January 2010.

Rubin & Rubin
Attn: Guy Bennett Rubin and Gladys LaForge
P.O. Box 395
Stuart Florida 34995
glaforge@rubinandrubin.com
guy.rubin@rubinandrubin.com

Smith Hulsey & Busey
Attn: Stephen D. Busey and Jim Bolling
225 Water Street – Suite 1800
Jacksonville FL 32202
jbolling@smithhulsey.com
busey@smithhulsey.com

                FOLEY & LARDNER LLP
                /s/ Gardner F. Davis
                Gardner F. Davis

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC. et al | : | Chapter 11 |
| Debtors. | : | Jointly Administered |

## AFFIDAVIT OF FRED MACDOWELL IN SUPPORT OF VICTORY'S MOTION FOR PROTECTIVE ORDER

STATE OF GEORGIA
COUNTY OF Gwinnett

I, FRED MACDOWELL, state under oath:

1. My name is Fred MacDowell and I reside in the Atlanta, Georgia area.

2. I was a computer programmer consultant for Victory Wholesale Grocers ("Victory").

3. I do not recall ever hearing of "Visagent" prior to December 2009.

4. I have no knowledge of any business relationship or dispute between Visagent and Winn-Dixie.

5. My only involvement with Winn-Dixie was that I made one trip to Jacksonville, Florida on behalf of Victory sometime between 2001 and 2005. I do not know exact dates.

6. During my visit Winn-Dixie asked me if Victory could modify its computer reports by re-naming the column headings and formats to better match the Winn-Dixie computer reports. I do not recall if this work was actually ever done.

7. I do not have any specific recollection of preparing any report of my visit to Winn-Dixie.

8.  At no point during my visit did I review Visagent's computer systems or any other computer system, except for Victory's computer system.

9.  I do not have any documents (including notes or reports) related to Winn-Dixie or to Visagent or my trip to Winn-Dixie.

10. Except as described above, I have had no business dealings or involvement with Winn-Dixie.

11. The foregoing statements are based on my actual knowledge.

Further affiant sayeth not.

*[signature]*
FRED MACDOWELL

Sworn to and subscribed before me this 27th day of January, 2010, by FRED MACDOWELL, who ☐ is personally known to me; or ☐ produced a current Georgia driver's license as identification: or ☐ produced as identification.

*[signature]*

BARBARA von Kalben
[Print or type name]
Notary Public, State of Georgia at Large
Commission No. _____
My Commission Expires _____

*[notary seal: BARBARA VON KALBEN, Notary Public, State of Georgia, Gwinnett County, My Commission Expires September 14, 2010]*