UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 05-03817-3F1 |
| | : | |
| WINN-DIXIE STORES, INC. et al | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**ORDER GRANTING VICTORY WHOLESALE GROCERS' MOTION TO
ENFORCE COMPLIANCE WITH CONSENT PROTECTIVE ORDER
REGARDING DOCUMENTS PRODUCED BY VICTORY WHOLESALE
GROCERS AND FOOD MARKETING GROUP TO VISAGENT CORPORATION**

This matter came before the Court upon Victory Wholesale Grocers' Motion to Enforce Compliance with the Consent Protective Order Regarding Documents Produced by Victory Wholesale Grocers and Food Marketing Group to Visagent Corporation (Docket No. 22865). The Court having considered the motion, and being otherwise fully advised of the premises, does thereupon **ORDER** as follows:

1. The Motion is GRANTED.

2. The Clerk of the Court shall place under seal or otherwise limit public access to the depositions of Robert Carlson and Michael Kresser, which Visagent filed as Exhibits 1 and 2 to Visagent's Motion to Compel Against Michael Kresser and Victory Wholesale Brokers For Complete Testimony and For Sanctions (docket # 22847).

Done and Ordered this 28th day of January, 2010.

JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

JACK_1726110.1

Copies to:

Guy Rubin
Gladys LaForge
Rubin & Rubin
P.O. Box 395
Stuart, FL 34995

Stephen D. Busey
James Bolling
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Gardner F. Davis
Foley & Lardner LLP
P.O. Box 240
Jacksonville, FL 32201-0240

2

JACK_1726110.1