**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

**VISAGENT CORPORATION'S LIST OF AUTHORITIES**

Visagent Corporation, through counsel, pursuant to this Court's Order of August 20, 2009, hereby files its List of Authorities as follows:

1    17 C.J.S. Contracts §31

2    Alphin v. Sears, Roebuck & Co., 940 F.2d 1497, 1500 (11th Cir. 1991)

3    American Aviation, Inc. v. Aero-Flight Service, Inc., 712 So.2d 809 (Fla. 4th DCA 1998)

4    Anderson v. Liberty Lobby, Inc., 477 UU.S. 242, 248, 106 S.Ct. 2505, 91 L.Ed.2d 202 (1986)

5    Angell v. Don Jones Ins. Agency, Inc., 620 So.2d 1012, 1014 (Fla. 2d DCA 1993)

6    Bacardi v. Bacardi, 386 So.2d 1201, 1203 (Fla. 3d DCA 1980)

7    Barnes v. Diamond Aircraft Industries, Inc., 499 F. Supp. 2d 1311, 1317 (S.D. Fla. 2007)

8    Beefy Trail, Inc. v. Beefy King International, Inc., 267 So.2d 853, 857 (Fla. 4th DCA 1972)

9    Behrman v. Allstate Ins. Co., 388 F.Supp.2d 1346 (S.D.Fla. 2005)

10   Blackhawk Heating & Plumbing Co. v. Data Lease Fin. Corp., 302 So2d 404, 407 (Fla.1974)

11   Bloom v. Home Devco/Tivoli Isles, LLC, 2009 WL 36594 (S.D. Fla. 2009)

12   Board of Public Instruction of Dade County v. Fred Howland, Inc., 243 So.2d 221 (Fla.3d DCA 1971)

13   City of Miami Beach v. Championship Sorts, Inc., 200 So.2d 583 (Fla. 3d DCA 1967)

| | |
|---|---|
| 14 | East Coast Advertising, Inc. v. Wiseheart, 862 So.2d 734 (Fla. 3rd DCA 2003) |
| 15 | Emergency Assoc. of Tampa, P.A. v. Sassano, 664 So.2d 1000, 1003 (Fla. 2d DCA 1995) |
| 16 | Financial Healthcare Associates, Inc. v. Public Health Trust of Miami-Dade County, 488 F.Supp.2d, 1231 (S.D. Fla.2007) |
| 17 | Fitzpatrick v. City of Atlanta, 2 F.3d 1112, 1115 (11th Cir. 1993) |
| 18 | Friedman v. New York Life Ins. Co., 985 So.2d 56 (Fla. App. 4th, DCA 2008) |
| 19 | Gray v. D & J Indus. Inc., 875 So.2d 683 (Fla. 3d DCA 2004) |
| 20 | Groff Const., Inc. v. American Pride Building Co., LLC., 2007 WL 496316 (M.D.Fla. 2007) |
| 21 | Gulf Cities Gas Corp. v. Tangelo Park Service Company, 253 So.2d 744 (Fla. 4th DCA 1971) |
| 22 | Harvey v. Lake Buena Vista Resort, LLC, 306 Fed. Appx. 471 (11th Cir. 2009) |
| 23 | Home Design Ctr. v. County Appliances, 563 So.2d 767 (Fla. 2d DCA 1990) |
| 24 | In re Taylor, 363 BR 303 (Bank. M.D.Fla. 2007) |
| 25 | In re Taylor, 363 BR 303 (Bank. M.D.Fla. 2007) |
| 26 | In re VTN, Inc., 69 BR 1005 (Bank. S.D.Fla. 1987) |
| 27 | Innkeepers International, Inc. v. McCoy Motels, Ltd., 324 So.2d 676 (Fla. 4th DCA 1976) |
| 28 | Institutional & Supermarket Equip., Inc. v. C & S Refrigeration, Inc., 609 So.2d 66, 68 (Fla. 4th DCA 1992) |
| 29 | Jerome v. William A. Reid Const. Ltd., 307 So.2d 248 (Fla. 4th DCA 1975) |
| 30 | Khosrow Maleki, P.A. v. MA Hajianpour, M.D., P.A., 771 So.2d 628 (Fla. App. 4th DCA 2000) |
| 31 | King v. Bray, 867 So.2d 1224 (Fla. 5th DCA 2004) |
| 32 | Marx v. Clear Channel, 887 So.2d 405 (Fla. 4th DCA 2004) |
| 33 | Med-Star Cent., v. Psychiatric Hospitals of Hernando County, 639 So. 2d 636 (Fla. 5th DCA 1994) |
| 34 | Mehler v. Huston, 57 So.2d 836, 837 (Fla. 1952) |
| 35 | Metric Systems Corp. v. McDonnell Douglass Corp., 850 F.Supp. 1568 (M.D. Fla. 1994) |

| | |
|---|---|
| 36 | Metropolitan Dade County v. Babcock Company, 287 So.2d 139 (Fla. 3d DCA 1973) |
| 37 | Moore v. Chodorow, 925 So.2d 457 461 (Fla. App. 4th DCA 2006) |
| 38 | Nevel v. Montelone, 514 So. 2d 383 (Fla. 4th DCA 1987) |
| 39 | Orkin Exterminating Co., Inc. v. F.T.C., 849 F.2d 1354, 1360 (11th Cir. 1998) |
| 40 | Peach State Roofing, Inc. v. 224 South Trail Corp., 3So.3d 442 (Fla. 2d DCA 2009) |
| 41 | Perry v. Shaw, 13 So.2d 811 (Fla. 1943) |
| 42 | Robert C. Roy Agency, Inc. v. Sun First Nat'l Bank, 468 So.2d 399 (Fla. 4th DCA), rev. denied, 480 So.2d 1295 (Fla. 1985) |
| 43 | Roberts v. Sarros, 920 So.2d 193 (Fla. 2nd DCA 2006) |
| 44 | Rosenstein v. Rosenstein, 976 So.2d 1148 (Fla. 4th DCA 2008) |
| 45 | Royal Ins. Of Am. V. Whitaker Contracting Corp., 242 F.3d 1035, 1040 (11th Cir. 2001) |
| 46 | Shore Inv. Co. v. Hotel Trinidad, 29 So.2d 696 (1947) |
| 47 | Valencia Center, Inc. v. Publix Super Markets, Inc., 464 So.2d 1267 (Fla. 3d DCA 1985) |
| 48 | Viles & Beckman, P.A. v. Lagarde, 2006 WL 2556941 (M.D. Fla., 2006). |

Visagent reserves its right to supplement this list in accordance with the orders of the Court and at the close of evidence of any party's case.

**CERTIFICATE OF SERVICE**

I certify that a true copy was sent via U.S. Mail and via electronic filing to counsel for the Debtor this 30th day of January, 2010.

_____
Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Visagent Corporation
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida 34995
Telephone:     (772) 283-2004

Facsimile:     (772) 283-2009