# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## WINN-DIXIE'S NOTICE OF FILING
## WINN-DIXIE'S OBJECTIONS TO VISAGENT'S TRIAL EXHIBITS

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie"), pursuant to the Consent Order Scheduling Trial, gives notice of filing the attached copy of Visagent's exhibit list, annotated to reflect Winn-Dixie's objections to Visagent's trial exhibits.

SMITH HULSEY & BUSEY

By  */s/ Timothy R. Buskirk*
    Stephen D. Busey
    James A. Bolling
    Timothy R. Buskirk

Florida Bar Number 0058314
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com

Counsel for Winn-Dixie

## Certificate of Service

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 30th day of January, 2010.

/s/ Timothy R. Buskirk
Attorney

688816.1

**Visagent Exhibit List**  
**With Winn-Dixie's Objections**

1

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 1 | | WD Responses to Visagent's Interrogatories | | | | |
| 2 | 4/24/2001 | Visagent Letter of Intent | V05562- V05564 | | | B |
| 3 | 4/23/2001 | WD Legal Counsel Memo re: Letter of Intent | WD719 | | | I, P |
| 4 | 4/24/2001 | Confidentiality Agreement | V011587- V011591 | | | B |
| 5 | 6/15/2001 | Service Agreement | WD28739 - WD28743 | | | B |
| 6 | 5/24/2001 | VGE User Agreement 5-24-01 | WD862 - WD876 | | | |
| 7 | 11/11/2001 | VSGE User Agreement | WD29189 - WD29206 | | | B |
| 8 | 1/3/2002 | Amendment to VSGE User Agreement and User Agreement | | | | B |
| 9 | 6/20/2001 | Mills Letter - "Don't contact WD" | V011234 - | | | B |
| 10 | 9/21/2001 | FOLLOW UP TO MILLS NOTICE | WD260 | | | |
| 11 | 12/10/2001 | Users Statistics - Graph | N | | | B |
| 12 | 4/24/2000 | Proposal | VWG 1000491-494 | | | |
| 13 | 7/24/2000 | Victory Contract with Winn Dixie-2000 | V05683 - V05686 | | | |
| 14 | 3/21/2002 | NTS/WD Update | VWG1000484 | | | |
| 15 | 5/8/2002 | Speech Notes | VWG1000475 | | | |
| 16 | 5/9/2002 | NTS Enhancements | VWG1000472 | | | |
| 17 | 6/1/2002 | Barr recommendation of Victory for 2002 contract | V10232 | | | |
| 18 | 6/14/2002 | Victory Contract with Winn Dixie-2002 | V05687 | | | |
| 19 | 7/15/2002 | Victory Resignation | WD27893 WD27412 | | | |
| 20 | 12/13/2000 | NTS Web Brochure | N | | | B |
| 21 | 6/14/2002 | NTS Training Manual | N | | | B |
| 22 | 8/14/2002 | Exchange Screen Shots for WD | N | | | A, B |
| 23 | 8/14/2002 | NTS Trade Data provided by WD V00001-V05632 | V0001-V05632 | | | B |

Key:  
A - Authenticity  
H - Hearsay  
I - Incomplete  
P - Privilege  
B - Not Bates Stamped  
NT - Not Timely Produced  
Late - Rec'd After Deadline

**Visagent Exhibit List**  2
**With Winn-Dixie's Objections**

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 24 | 8/14/2002 | Outgoing Sales and Wire Confirmations Provided by WD/Discovery V11990 | V11990 | | | |
| 25 | 8/14/2002 | IMs provided by WD in discovery | N | | | B |
| 26 | 5/16/2003 | Barr offers to ASVs | WD0003-45 | | | |
| 27 | 5/22/2003 | ASV's receipt of Barr offers | PUR27-272 | | | H |
| 28 | 6/26/2003 | Victory Offers to ASVs | PUR 26-111 | | | H |
| 29 | 1/19/2004 | Trade Processing | | | | |
| 30 | 3/31/2002 | Bills of Lading | N | | | B |
| 31 | 11/21/2002 | FMG Proposal | V012256 | | | |
| 32 | 2/21/2003 | FMG INDEMNIFICATION | V012154 | | | |
| 33 | 4/3/2003 | Exclusivity Clause | WD0039 | | | |
| 34 | 8/11/2001 | WWRE SGE Workshop Brochure | N | | | B |
| 35 | 8/11/2001 | WWRE SGE Workshop Materials | N | | | B |
| 36 | 1/1/2001 | Visagent Sign | N | | | |
| 37 | | WD Postings | N | | | B, A, Late, NT |
| 38 | 10/1/2001 | Rubin-Mills Email | WD0000001007 | | | Late |
| 39 | Undated | IM from Barr to Victory | V06192 | | | Late |
| 40 | | WD Outbound Docs | V012283 - V013530 | | | Late |
| 41 | 8/30/2002 | Strouthers Letter re LTL | N | | | B, Late, NT |
| 42? | | WD quote sheet from May 2004 | WD29934 - WD29939 | | | Late, NT |
| 43-59 | | Open | | | | |
| 60 | 7/10/2000 | Diverting Program | VWG 1000423 | | | |
| 61 | 8/0/2000 | Presentation | WD28746 | | | |
| 62 | 8/31/2000 | Trade Point Exchange/WD Presentation | WD0000000243 | | | |
| 63 | 1/0/2001 | Presentation Milne and Dufek | WD29343 | | | |
| 64 | 1/19/2001 | Diverter Consortium Summit | WD25298 | | | |
| 65 | 2/0/2001 | Presentation to Winn Dixie | WD29833 | | | |
| 66 | 3/0/2001 | Presentation to Winn Dixie | WD29493 | | | |

Key:  
A - Authenticity  
H - Hearsay  

I - Incomplete  
P - Privilege  

B - Not Bates Stamped  
NT - Not Timely Produced  
Late - Rec'd After Deadline

## Visagent Exhibit List
## With Winn-Dixie's Objections

3

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 67 | 4/0/2001 | Presentation to Winn Dixie | WD29640 | | | |
| 68 | 4/24/2001 | Visagent / Winn Dixie Procurement Project | V10099 | | | |
| 69 | 4/26/2001 | Outbound Product Sold to Diverters | V05675 | | | I |
| 70 | 4/27/2001 | Visagent/Winn Dixie Alliance | V05672 | | | |
| 71 | 4/27/2001 | Outbound Products Sold to Diverters | V05674 | | | I |
| 72 | 4/27/2001 | Outbound Products Sold to Diverters | V07426 | | | I |
| 73 | 5/3/2001 | With attached Dairy Cat Scat | WD0000000770 | | | |
| 74 | 5/5/2001 | Agenda | V011618 | | | |
| 75 | 5/9/2001 | Visagent/Winn Dixie Alliance | V10163 | | | |
| 76 | 5/12/2001 | Yahoo Announcement re; Agreement with WD | WD0000000812 | | | |
| 77 | 5/14/2001 | Visagent Test Server | WD0000000816 | | | |
| 78 | 5/14/2001 | Visagent Changes PC Configuration | V07396 | | | |
| 79 | 5/14/2001 | Fee Matrix | WD0000000815 | | | |
| 80 | 5/15/2001 | Visagent Test Server | V07436 | | | |
| 81 | 5/17/2001 | Visagent Service Agreement | V012276 | | | |
| 82 | 5/17/2001 | Agenda | V011612 | | | |
| 83 | 5/17/2001 | Printer | V07830 | | | |
| 84 | 5/25/2001 | Sales History | WD0000000412 | | | |
| 85 | 5/31/2001 | Final version of scripts | V07337 | | | I |
| 86 | 6/5/2001 | Presentation | WD240077 | | | |
| 87 | 6/8/2001 | Evaluation forms for site visits | V07656 | | | I |
| 88 | 6/8/2001 | Barr SGE Evaluation | V09769 | | | |
| 89 | 6/14/2001 | WWRE Final Decision - SG Opportunity | V08320 | | | |
| 90 | 6/14/2001 | Visagent Service Agreement | V07406 | | | I |
| 91 | 6/21/2001 | Visagent User Training | V08040 | | | |
| 92 | 6/27/2001 | Daily file transfer meeting | V07245 | | | |
| 93 | 6/28/2001 | Daily file transfer meeting | V07609 | | | |

Key:
A - Authenticity
H - Hearsay

I - Incomplete
P - Privilege

B  - Not Bates Stamped
NT - Not Timely Produced
Late - Rec'd After Deadline

**Visagent Exhibit List**
**With Winn-Dixie's Objections**

4

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 94 | 7/2/2001 | Agenda/Logistics Meeting Presentation | V012030 | | | |
| 95 | 7/5/2001 | Visagent and Wal Mart | V05814 | | | |
| 96 | 7/6/2001 | Re: meeting on Visagent and Victory | WD28170 | | | H |
| 97 | 7/6/2001 | Notes on WD Development Priority Meeting | V012043 | | | |
| 98 | 7/13/2001 | Visagent weekly intelligence report | V08175 | | | |
| 99 | 7/19/2001 | Victory Wholesale | WD0000000936 | | | H |
| 100 | 6/20/2001 | VGE User Agreement 6/20/01 | VWG1000496 | | | |
| 101 | 7/23/2001 | Visagent link to WD vendors | WD70000000938 | | | |
| 102 | 7/29/2001 | Visagent system upgrade | V08301 | | | |
| 103 | 7/30/2001 | Workshop | V07823 | | | |
| 104 | 7/30/2001 | Weekly intelligence report | V08328 | | | |
| 105 | 8/1/2001 | Reminder WWRE Surplus Goods Workshop | V07902 | | | |
| 106 | 8/2/2001 | Message from WD | V07560 | | | |
| 107 | 8/2/2001 | Message from WD | V07225 | | | |
| 108 | 8/3/2001 | Inbound/Outbound Sales | V012293 | | | |
| 109 | 8/3/2001 | Second Stop Price Matrix | V011238 | | | |
| 110 | 8/6/2001 | Vendor Ratings on Visagent | V07933 | | | |
| 111 | 8/6/2001 | Visagent completing technical side | V08144 | | | |
| 112 | 8/7/2001 | WD problem with offer | V011264 | | | |
| 113 | 8/7/2001 | Attempt to utilize system | V07549 | | | |
| 114 | 8/8/2001 | Agenda | WD27496 | | | |
| 115 | 8/8/2001 | In-Box deal type | V07445 | | | |
| 116 | 8/8/2001 | Workshop Participants | WD25864 | | | |
| 117 | 8/13/2001 | Bypassing the system | V07960 | | | I |
| 118 | 8/13/2001 | Instructions for scaled printed | V07458 | | | |
| 119 | 8/13/2001 | Visagent Enhancements | V07958 | | | I |

Key:
A - Authenticity
H - Hearsay

I - Incomplete
P - Privilege

B   -   Not Bates Stamped
NT - Not Timely Produced
Late - Rec'd After Deadline

**Visagent Exhibit List**
**With Winn-Dixie's Objections**

5

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 120 | 8/14/2001 | Visagent Enhancements | V07398 | | | I |
| 121 | 8/14/2001 | Visagent Enhancements | WD000000976 | | | |
| 122 | 8/14/2001 | Bypass Visagent | V08136 | | | |
| 123 | 8/22/2001 | Paper products | V07892 | | | |
| 124 | 8/24/2001 | Stouffers | WD0000000107 | | | |
| 125 | 9/4/2001 | Available IDs | V05797 | | | |
| 126 | 9/7/2001 | Job requirements - Visagent | V05773 | | | |
| 127 | 9/10/2001 | Receiving Docs | N | | | B |
| 128 | 9/11/2001 | Receiving Docs | N | | | B |
| 129 | 9/11/2001 | Receiving Docs | N | | | B |
| 130 | 9/12/2001 | Excess Inventory | WD0000000256 | | | |
| 131 | 9/12/2001 | WD Business Review meeting | V08317 | | | |
| 132 | 9/12/2001 | Impact food sales | V05782 | | | H |
| 133 | 9/13/2001 | Available IDs | V07354 | | | |
| 134 | 9/15/2001 | Visagent Receiving Procedures | V08020 | | | |
| 135 | 9/17/2001 | Agenda | V012289 | | | |
| 136 | 9/17/2001 | Visagent - WD Meetings | V08154 | | | |
| 137 | 9/25/2001 | Enhancement Training | V012291 | | | |
| 138 | 9/27/2001 | Available IDs | V07237 | | | |
| 139 | 10/1/2001 | Forward info from handmaker on moving products | V07374 | | | |
| 140 | 10/4/2001 | Brach's | V07241 | | | H |
| 141 | 10/8/2001 | Visagent | V05733 | | | |
| 142 | 10/8/2001 | Deal with Kraft Mac and Cheese | V07643 | | | |
| 143 | 10/9/2001 | Meeting | V07805 | | | |
| 144 | 10/10/2001 | ID# Deal reposted | V07680 | | | |
| 145 | 10/10/2001 | Trade 8300 | WD0000001803 | | | |
| 146 | 10/17/2001 | posted 41 trucks on Visagent | V07930 | | | |

Key:
A - Authenticity
H - Hearsay

I - Incomplete
P - Privilege

B - Not Bates Stamped
NT - Not Timely Produced
Late - Rec'd After Deadline

## Visagent Exhibit List
## With Winn-Dixie's Objections

6

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 147 | 10/18/2001 | Deals | V011292 | | | |
| 148 | 10/23/2001 | Not a good buy | V011290 | | | |
| 149 | 10/25/2001 | Deliveries | V011289 | | | |
| 150 | 10/25/2001 | Visagent to talk to Barr not Carlson | V07929 | | | |
| 151 | 10/25/2001 | Screenshots | WD28865 | | | |
| 152 | 10/25/2001 | Delivering Goods | V05746 | | | |
| 153 | 10/26/2001 | Buying | V011287 | | | |
| 154 | 10/29/2001 | Agenda | WD27495 | | | |
| 155 | 10/29/2001 | Workshop II | V012112 | | | |
| 156 | 10/30/2001 | Brach's ID Nos. | V07601 | | | |
| 157 | 10/30/2001 | Brach's ID Nos. | V07231 | | | |
| 158 | 10/31/2001 | VGE | V011285 | | | |
| 159 | 10/31/2001 | Re: meeting | V07803 | | | |
| 160 | 10/31/2001 | Systems | V05712 | | | |
| 161 | 10/31/2001 | Visagent WD Meeting on 11/2/01 | V08027 | | | |
| 162 | 11/1/2001 | Agenda | V05709 | | | |
| 163 | 11/5/2001 | Systems | V05533 | | | I |
| 164 | 11/6/2001 | Visagent Available IDs | V05724 | | | I |
| 165 | 11/9/2001 | Exchange | V07290 | | | |
| 166 | 11/8/2001 | Rice Krispies | V011279 | | | |
| 167 | 11/9/2001 | Anomaly on Deal ID No. 9256 | V012279 | | | |
| 168 | 11/9/2001 | Changes to All Available feature | V05625 | | | I |
| 169 | 11/10/2001 | Surplus Goods Exchange Go Live 11/19 | V05626 | | | I |
| 170 | 11/13/2001 | Surplus Goods Exchange Go Live 11/19 | V07408 | | | |
| 171 | 11/14/2001 | Access to exchange after SGE | V05713 | | | |
| 172 | 11/25/2001 | Inventory | V05534 | | | |
| 173 | 11/26/2001 | Available IDs | V07239 | | | |
| 174 | 11/27/2001 | Available IDs | V07238 | | | |

Key:
A - Authenticity
H - Hearsay

I - Incomplete
P - Privilege

B  -  Not Bates Stamped
NT - Not Timely Produced
Late - Rec'd After Deadline

**Visagent Exhibit List**  7
**With Winn-Dixie's Objections**

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 175 | 11/28/2001 | Available IDs | V07600 | | | |
| 176 | 11/28/2001 | Visagent SGE User Agreement | V012295 | | | |
| 177 | 11/29/2001 | Available IDs | V05721 | | | |
| 178 | 11/30/2001 | Available IDs | V07235 | | | |
| 179 | 12/3/2001 | Draft ltr to vendors, waive anonymity | V07918 | | | |
| 180 | 12/3/2001 | Surplus Goods | V08375 | | | |
| 181 | 12/4/2001 | Data Errors | V07246 | | | |
| 182 | 12/5/2001 | Barr plans speak w/atty re: User Agreement | V011259 | | | |
| 183 | 12/5/2001 | Miscoded items | V05716 | | | |
| 184 | 12/5/2001 | Follow-up on vendor letter | WD0000001080 | | | |
| 185 | 12/7/2001 | Visagent PO rejected | V08011 | | | |
| 186 | 12/10/2001 | Available IDs | V07234 | | | |
| 187 | 12/10/2001 | System Failure | V05717 | | | |
| 188 | 12/10/2001 | WD/Visagent Status report | WD0000001082 | | | I |
| 189 | 12/10/2001 | Code Discrepancies | V07357 | | | |
| 190 | 12/11/2001 | Deal 9256 - Rice Krispies | V07644 | | | |
| 191 | 12/11/2001 | WD follow-up on Data Integrity Issues | WD0000001085 | | | H |
| 192 | 12/12/2001 | SGE and VGE Agreements | V011991 | | | |
| 193 | 12/12/2001 | Meeting w/notes | WD28731 | | | H |
| 194 | 12/12/2001 | Vendor Letter w/attached authorization for release of info | WD0000001095 | | | |
| 195 | 12/14/2001 | Begin to use VGE | WD25837 | | | |
| 196 | 12/16/2001 | Systems | V08382 | | | |
| 197 | 12/17/2001 | Code Discrepancies | V07562 | | | I |
| 198 | 12/17/2001 | Missing code transmission | V07368 | | | I |
| 199 | 12/21/2001 | Systems | V08381 | | | |
| 200 | 12/21/2001 | Grapevine buys WD raises our price | WD0000000108 | | | H |
| 201 | 12/26/2001 | problems with listings | V011269 | | | |

Key:  B - Not Bates Stamped
A - Authenticity  I - Incomplete  NT - Not Timely Produced
H - Hearsay  P - Privilege  Late - Rec'd After Deadline

# Visagent Exhibit List
## With Winn-Dixie's Objections

8

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 202 | 12/26/2001 | Code Discrepancies | V07244 | | | |
| 203 | 12/27/2001 | Need for better items on exchange | V05728 | | | |
| 204 | 1/2/2002 | System error | V05727 | | | |
| 205 | 1/3/2002 | Mtg. follow up - Attachment Visagent Transaction Analysis | WD0000001117 | | | |
| 206 | 1/7/2002 | Accruals | V05726 | | | |
| 207 | 1/7/2002 | Visagent IDs | V07967 | | | |
| 208 | 1/8/2002 | Meet and Greet | V05665 | | | |
| 209 | 1/10/2002 | Agenda | V05663 | | | |
| 210 | 1/11/2002 | Available IDs | V075747 | | | |
| 211 | 1/16/2002 | Visagent IR 1-12-02 | V07972 | | | |
| 212 | 1/17/2002 | ID 11290 | V07687 | | | |
| 213 | 1/18/2002 | Re: ID 1366 | V07688 | | | |
| 214 | 1/18/2002 | WD Requirements for OMI | WD0000001127 | | | |
| 215 | 1/18/2002 | Request for Delivery Info | WD0000002113 | | | |
| 216 | 1/18/2002 | w/attached sale to prestige | WD0000002117 | | | H |
| 217 | 1/22/2002 | re Meeting | V07800 | | | |
| 218 | 1/24/2002 | ID 11446 | V07689 | | | |
| 219 | 1/25/2002 | WD Requirements for OMI | V08049 | | | |
| 220 | 2/1/2002 | Available IDs | V07599 | | | |
| 221 | 2/1/2002 | Visagent PO accepted | V011751 | | | |
| 222 | 2/5/2002 | Notice of Delivery | WD0000002211 | | | |
| 223 | 2/6/2002 | Deal IDs | V07653 | | | |
| 224 | 2/6/2002 | Article | V07548 | | | |
| 225 | 2/7/2002 | Proposed Contract | VWG1000486 | | | |
| 226 | 2/8/2002 | Cancelled Pos | V07356 | | | |
| 227 | 2/8/2002 | Diverts | V07655 | | | |
| 228 | 2/12/2002 | Vender activity v/attachments | WD0000001131 | | | |

Key:  
A - Authenticity  
H - Hearsay  

I - Incomplete  
P - Privilege  

B  - Not Bates Stamped  
NT - Not Timely Produced  
Late - Rec'd After Deadline

## Visagent Exhibit List
## With Winn-Dixie's Objections

9

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 229 | 2/12/2002 | WD Visagent Discussion | V08037 | | | |
| 230 | 2/12/2002 | ID 1207 | V07696 | | | |
| 231 | 2/13/2002 | ID 12179 | V07697 | | | |
| 232 | 2/13/2002 | Alternate Source | WD0000000236 | | | A |
| 233 | 2/14/2002 | Available IDs | V07591 | | | H |
| 234 | 2/15/2002 | ID 12190 | V07698 | | | |
| 235 | 2/15/2002 | ID 12262 | V07705 | | | |
| 236 | 2/15/2002 | ID 12262 | V07703 | | | |
| 237 | 2/15/2002 | I12214 | V07699 | | | |
| 238 | 2/18/2002 | ID12251 | V07700 | | | |
| 239 | 2/22/2002 | Posting | V07429 | | | I, H |
| 239 | 10/6/2003 | Visagent Order | V09359 | | | I, H |
| 240 | 2/26/2002 | Posting | V07827 | | | H |
| 241 | 3/4/2002 | Exchange | V07331 | | | |
| 242 | 3/4/2002 | OFFERS TO ASVs | V07424 | | | I |
| 243 | 3/5/2002 | ID 12816 | V07707 | | | I |
| 244 | 3/6/2002 | ID12643 | V07684 | | | |
| 245 | 3/6/2002 | ID12643 | V07683 | | | |
| 246 | 3/6/2002 | ID12643 | V07682 | | | |
| 247 | 3/13/2002 | With drafted letter | WD0000000429 | | | |
| 248 | 3/13/2002 | ID13091 | V07708 | | | |
| 249 | 3/20/2002 | SGE, etc. as attachments | WD0000000562 | | | |
| 250 | 3/25/2002 | Exchange | V07287 | | | I |
| 251 | 3/25/2002 | Latest surplus goods report | V07819 | | | |
| 252 | 3/31/2002 | Exchange | V07285 | | | |
| 253 | 4/1/2002 | Receiving Docs | N | | | B |
| 254 | 4/2/2002 | Receiving Docs | N | | | B |
| 255 | 4/2/2002 | Receiving Docs | N | | | B |

Key:
A - Authenticity
H - Hearsay

I - Incomplete
P - Privilege

B - Not Bates Stamped
NT - Not Timely Produced
Late - Rec'd After Deadline

**Visagent Exhibit List**
**With Winn-Dixie's Objections**

10

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 256 | 4/3/2002 | ID13426 & 13438 | V07782 | | | |
| 257 | 4/3/2002 | Outbound Sales Opportunity | V07498 | | | |
| 258 | 4/12/2002 | New Visagent Installation process | V07468 | | | |
| 259 | 4/19/2002 | Lookfors | V07453 | | | |
| 260 | 4/19/2002 | Visagent | V08152 | | | |
| 261 | 4/22/2002 | ID 13969 | V07775 | | | |
| 262 | 4/26/2002 | Available IDs | V07580 | | | |
| 263 | 5/0/2002 | Review Information | VWG100458 | | | H |
| 264 | 5/17/2002 | Visagent/WD meeting | WD0000000263 | | | |
| 265 | 5/17/2002 | ID14537 | V07685 | | | |
| 266 | 5/20/2002 | Interest in Viva | V07448 | | | |
| 267 | 5/24/2002 | ID14854 | V07777 | | | |
| 268 | 5/24/2002 | User Agreement | V012266 | | | |
| 269 | 5/29/2002 | Fort Worth | V07675 | | | |
| 270 | 6/1/2002 | Biography of I Mark Rubin | WD24721 | | | |
| 271 | 6/3/2002 | Outbound Sales Opportunity | V07497 | | | |
| 272 | 6/3/2002 | VE Resignation | WD28246 | | | |
| 273 | 6/4/2002 | Available IDs | V07577 | | | |
| 274 | 6/7/2002 | Available IDs | V07576 | | | |
| 275 | 6/19/2002 | Available IDs | V07572 | | | |
| 276 | 6/19/2002 | Available IDs | V07570 | | | |
| 277 | 6/20/2002 | Visagent User Training | V07437 | | | |
| 278 | 7/1/2002 | Diverters | N | | | B, I |
| 279 | 8/19/2002 | Huggies | V011733 | | | |
| 280 | 9/6/2002 | Inventory Meeting | WD0000000233 | | | |
| 281 | 9/10/2002 | Winn Dixie Escrow Replenishment Request | V08447 | | | |
| 282 | 9/18/2002 | WD Alternate Source Vendor Facilitation Process | WD0000000276 | | | B |

Key:
A - Authenticity
H - Hearsay

I - Incomplete
P - Privilege

B - Not Bates Stamped
NT - Not Timely Produced
Late - Rec'd After Deadline

## Visagent Exhibit List
## With Winn-Dixie's Objections

11

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 283 | 10/6/2002 | Weekly intelligence report | WD23906 | | | |
| 284 | 12/3/2002 | C&S, In-house Assistant for ITP, Etc. | WD0000000286 | | | |
| 285 | 12/17/2002 | Needs mtg re: inventory transaction portal | WD0000000287 | | | |
| 286 | 12/31/2002 | Outbound Sales Opportunity | V08499 | | | I |
| 287 | 1/0/2003 | Supplier Direct Portal | V10173 | | | |
| 288 | 1/14/2003 | Follow up on meeting | WD0000000288 | | | I |
| 289 | 1/14/2003 | SDP-LOI and Presentation | WD0000000289 | | | I |
| 290 | 1/15/2003 | Visagent Meeting | V10172 | | | |
| 291 | 1/15/2003 | Baby Magic | V08407 | | | H |
| 292 | 1/20/2003 | FMG making proposal to WD | WD0000000235 | | | H |
| 293 | 2/25/2003 | Dannon Water | V08572 | | | |
| 294 | 2/27/2002 | FMG | V012155 | | | |
| 295 | 3/3/2003 | Wine Meeting | V09304 | | | |
| 296 | 4/14/2003 | WD-Visagent | V012251 | | | |
| 297 | 3/17/2003 | Collaboration in Diverting | V08453 | | | |
| 298 | 3/25/2003 | Visagent Opportunity | V08450 | | | |
| 299 | 3/26/2003 | Race | PUR0315 | | | H |
| 300 | 4/14/2003 | Agenda for WD/Visagent | V012158 | | | |
| 301 | 4/19/2003 | Inbound/Outbound ratio | PUR0314 | | | H |
| 302 | 4/16/2003 | Fine Wine for the Ladies - JOKE | PUR10313 | | | |
| 303 | 4/21/2003 | System | PUR0310 | | | I |
| 304 | 4/25/2003 | Proposed Agenda | V09943 | | | |
| 305 | 5/0/2003 | Alternate Sourcing Platform Presentation | V05693 | | | |
| 306 | 5/2/2003 | Follow up from meeting of may 1st | V09901 | | | I |
| 307 | 5/6/2003 | Answers to Tough Questions | V012217 | | | |
| 308 | 5/7/2003 | WD Quote Sheets | WD29884 | | | |
| 309 | 5/7/2003 | Keeping you in the loop | V012272 | | | |
| 310 | 5/20/2003 | Directions to Hampton Inn | PUR0252 | | | H |

Key:
A - Authenticity
H - Hearsay

I - Incomplete
P - Privilege

B - Not Bates Stamped
NT - Not Timely Produced
Late - Rec'd After Deadline

## Visagent Exhibit List
## With Winn-Dixie's Objections

12

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 311 | 6/6/2003 | Diverter Program | V10289 | | | |
| 312 | 6/6/2003 | WD Alternate Sourcing Platform | WD28883 | | | H |
| 313 | 6/10/2003 | Accruals | V10287 | | | |
| 314 | 6/11/2003 | WD Ammunition | WD00000000439 | | | H |
| 315 | 6/12/2003 | Marks recommendation on Payment pricing | WD000000381 | | | |
| 316 | 6/12/2003 | Recap of phone conference | `V10285 | | | |
| 317 | 6/13/2003 | Draft email to Philip Payment - Confidential IM chat w/Barr | WD28879 | | | |
| 318 | 6/23/2003 | Email with presentation For the Brass"" | V10280 | | | |
| 319 | 7/7/2003 | Great presentation, WD not ready | V10207 | | | |
| 320 | 7/11/2003 | WD Asp | V10282 | | | |
| 321 | 7/31/2003 | Pillsbury Strudels | V09163 | | | |
| 322 | 7/31/2003 | Pillsbury Strudels | WD0000000011 | | | H |
| 323 | 8/14/2003 | Business Case | V10244 | | | I |
| 324 | 8/25/2003 | Winn Dixie/Visagent | WD0000000403 | | | |
| 325 | Not | Explaining "What's Wrong" | V10243 | | | |
| 326 | 9/3/2003 | Alternate Sourcing Platform Presentation | WD29449 | | | |
| 327 | 9/8/2003 | Appointment | PUR0228 | | | I, H |
| 328 | 9/30/2003 | Visagent PO accepted | V09164 | | | |
| 330 | 10/7/2003 | Trades Delivery Delayed | V09211 | | | |
| 331 | 10/8/2003 | Quote Sheet WD excess Inventory | PUR0102 | | | H |
| 332 | 10/8/2003 | Frozen | PUR0105 | | | H |
| 333 | 10/20/2003 | Scott Outbound | V09188 | | | H |
| 334 | 10/21/2003 | Outbound Opportunities | V09144 | | | |
| 335 | 11/6/2003 | Information | PUR0183 | | | I, H |
| 336 | 11/11/2003 | Visagent Deal Confirmation | WD14478 | | | |
| 337 | 11/18/2003 | Scheduling | WD28787 | | | |
| 338 | 11/21/2003 | Receiving Docs | N | | | B |

Key:

| | | |
|---|---|---|
| A - Authenticity | I - Incomplete | B - Not Bates Stamped |
| H - Hearsay | P - Privilege | NT - Not Timely Produced |
| | | Late - Rec'd After Deadline |

**Visagent Exhibit List**  
**With Winn-Dixie's Objections**

13

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 339 | 11/21/2003 | Receiving Docs | N | | | B |
| 340 | 11/24/2003 | Receiving Docs | N | | | B |
| 341 | 11/24/2003 | Receiving Docs | N | | | B |
| 342 | 11/24/2003 | Frozen Inventory Orders | PUR0181 | | | H |
| 343 | 11/28/2003 | Quote Sheet - WD | PUR0097 | | | H |
| 344 | 12/3/2003 | Quote Sheet - Winn Dixie Excess Inventory | PUR0092 | | | H, I |
| 345 | 12/3/2003 | Quote Sheet - Winn Dixie Excess Inventory | PUR0089 | | | H |
| 346 | 12/9/2003 | Les has news | WD0000000 | | | |
| 347 | 12/5/2003 | WD-ASP Sell Side Consortium | WD0000000579 | | | |
| 348 | 12/31/2003 | Diverter Income Analysis | V09420 | | | |
| 349 | 1/0/2004 | Victory Promo | N | | | |
| 350 | 1/6/2004 | Wing PO's | PUR0083 | | | H |
| 351 | 1/22/2004 | Tide | V09207 | | | H |
| 352 | 1/23/2004 | Visagent Opportunity Hair care Express | V09337 | | | H |
| 353 | 1/23/2004 | Tide | V09311 | | | |
| 354 | 1/23/2004 | OSP Process Overview | V012194 | | | |
| 355 | 2/3/2004 | Quote Sheet WD excess Inventory | PUR0073 | | | H, I |
| 356 | 2/10/2004 | WD Outside Sales Case Study | WD0000000619 | | | |
| 357 | 2/18/2004 | Outbound opportunity | PUR0174 | | | H |
| 358 | 2/18/2004 | Confirmation | PUR0175 | | | H |
| 359 | 2/25/2004 | Purity frozen food inventory | PUR0225 | | | H, I |
| 360 | 3/2/2004 | WD/Visagent Agreements | V012223 | | | |
| 361 | 3/2/2004 | Information | PUR0173 | | | H, I |
| 362 | 3/10/2004 | Visagent Systems w/attached All Availables"" | V10085 | | | |
| 363 | 3/16/2004 | Visagent Timeline Platform | V012014 | | | |
| 364 | 3/23/2004 | Confirmation of meeting | V012156 | | | |
| 365 | 3/29/2004 | Quote Sheet WD excess Inventory | PUR0063 | | | H |

Key:  
A - Authenticity  
H - Hearsay  
I - Incomplete  
P - Privilege  
B - Not Bates Stamped  
NT - Not Timely Produced  
Late - Rec'd After Deadline

## Visagent Exhibit List
## With Winn-Dixie's Objections

14

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 366 | 4/4/2004 | WD Rationalization exercises | WD0000000446 | | | |
| 367 | 4/16/2004 | WD Catalog Exclusivity | WD0000000450 | | | |
| 368 | 4/28/2004 | Dannon Yogurt | V09301 | | | |
| 369 | 4/30/2004 | Pepsico Diverting Article/Memo | WD0000000082 | | | I |
| 370 | 5/3/2004 | Book6.xls | WD0000000083 | | | I |
| 371 | 5/25/2004 | WD5-26.xls | V09294 | | | |
| 372 | 5/25/2004 | WD5-26.xls | WD0000000173 | | | I |
| 373 | 5/27/2004 | WD5-26.xls | V09296 | | | |
| 374 | 6/7/2004 | Presentation | N | | | B |
| 375 | 6/9/2004 | Export Meeting on 6/24/ reminder | WD28780 | | | |
| 376 | 6/15/2004 | WD Agreement - 2 remaining issues | V012236 | | | I |
| 377 | 6/16/2004 | Introduction of Glenn Hamilton by Barr | PUR0159 | | | H |
| 378 | 6/16/2004 | Questions and updates | V09882 | | | |
| 379 | 6/17/2004 | Call about Visagent | V09962 | | | |
| 380 | 6/22/2004 | Information/Technology Request | V09110 | | | |
| 381 | 6/23/2004 | Conversation today | V012151 | | | H |
| 382 | 6/23/2004 | Scheduling | WD0000000522 | | | H |
| 383 | 6/23/2004 | Our conversation today | WD0000000524 | | | H |
| 384 | 6/24/2004 | Intelligence Issues | V012148 | | | H |
| 385 | 6/24/2004 | WD5-26.xls | WD00000000208 | | | I |
| 386 | 6/28/2004 | Visagent Use Agreement | V012237 | | | |
| 387 | 6/28/2004 | Next Steps and Tom Barr - Confidentiality | WD0000000540 | | | |
| 388 | 6/28/2004 | Dick Judd is my building right now | WD0000000539 | | | |
| 389 | 6/28/2004 | System | PUR0154 | | | I, H |
| 390 | 6/28/2004 | Confirmation letter of WD's Intent | V09991 | | | |
| 391 | 6/29/2004 | Visagent | V09220 | | | I |
| 392 | 6/30/2004 | WD Business | PUR0061 | | | Hp |
| 393 | 6/30/2004 | Visagent | V09222 | | | |

Key:
A - Authenticity
H - Hearsay
I - Incomplete
P - Privilege
B - Not Bates Stamped
NT - Not Timely Produced
Late - Rec'd After Deadline

**Visagent Exhibit List**  
**With Winn-Dixie's Objections**

15

| Ex. | Date | Description of Document | Bates # | For ID | Admitted intoEvidence | Winn-Dixie's Objections |
|---|---|---|---|---|---|---|
| 394 | 7/2/2004 | Visagent | V09317 | | | |
| 395 | 7/15/2004 | Alternate Source Vendors | WD0000000224 | | | |
| 396 | 7/15/2004 | Deals (refers to attachments) | WD0000000223 | | | I |
| 397 | 8/5/2004 | Visagent - ceased operation | V07176 | | | |
| | | Any exhibits provided after January 19, 2010 | | | | Late |

Key:  
A - Authenticity  
H - Hearsay  

I - Incomplete  
P - Privilege  

B  -  Not Bates Stamped  
NT - Not Timely Produced  
Late - Rec'd After Deadline