**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC. et al | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |

## VISAGENT CORPORATION'S SUPPLEMENTAL LIST OF AUTHORITIES

Visagent Corporation, through counsel, pursuant to this Court's Order of August 20, 2009, hereby files its List of Supplemental Authorities as follows:

1.   Travelers Casualty & Surety Co. v. Pacific Gas & Electric Co., (549 U.S. 443, 127 S.Ct. 1199)(2007).

2.   In the Matter of SNTL Corp., 571 F.3d 826 (9th Cir. 2009)

3.   In re: Qmecht, Inc., 368 B.R. 882 (N.D. Cal. 2007)

4.   Ogle, Liquidating Trustee of the Agway Liquidating Trust v. Fidelity & Deposit Company Of Mary-Land, 586 F.3d 143 (2nd Cir. 2009)

5.   Menchise v. Akerman Senterfitt, 532 F.3d 1146 (11th Cir. 2008)

Visagent reserves its right to supplement this list in accordance with the orders of the Court and at the close of evidence of any party's case.

## CERTIFICATE OF SERVICE

I certify that a true copy was sent via U.S. Mail and via electronic filing to counsel for the Debtor this 31th day of January, 2010.

Guy Bennett Rubin, Esq. (FBN 691305)
Attorneys for Visagent Corporation
**RUBIN & RUBIN**
P.O. Box 395
Stuart, Florida  34995
Telephone:      (772) 283-2004

Facsimile:       (772) 283-2009