**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

### ORDER DIRECTING RESPONSE TO VISAGENT CORPORATION'S MOTION TO STRIKE PATRICIA MITCHELL, ESQ. FROM DEBTORS' WITNESS LIST AND TO PRECLUDE HER TESTIMONY AT TRIAL

This case came before the Court upon Visagent Corporation's Motion to Strike Patricia Mitchell, Esq. from Debtors' Witness List and to Preclude her Testimony at Trial (the "Motion"). The Court finds that oral argument is unnecessary and intends to rule on the Motion without oral argument. It is

**ORDERED:**

To the extent that Winn Dixie objects to the Motion, it shall file a response no later than the close of business February 1, 2010.

**DATED** this 1 day of February, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Guy Bennett Rubin, Attorney for Visagent Corporation