# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## WINN-DIXIE'S DESIGNATIONS OF TESTIMONY
## FROM THE DEPOSITION OF ROBERT TRADER

Winn-Dixie Stores, Inc., on behalf of twenty-three of its subsidiaries and affiliates, as the Reorganized Debtors (collectively, "Winn-Dixie") supplements the designations of deposition testimony Winn-Dixie may use at trial for the purpose of original evidence with the attached designations from the deposition of Robert Trader, conducted on January 23, 2010.

SMITH HULSEY & BUSEY

By  */s/ Timothy R. Buskirk*
     Stephen D. Busey
     James A. Bolling
     Timothy R. Buskirk

Florida Bar Number 0058314
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
tbuskirk@smithhulsey.com

Counsel for Winn-Dixie

Winn-Dixie's Designations of Testimony
Winn-Dixie Might Use from the Deposition of Robert Trader

Page 5, lines 18-20
Page 6, line 6 – page 7, line 15
Page 7, line 20 – page 8, line 1
Page 8, line 15 – page 10, line 8
Page 10, line 21 – page 11, line 4
Page 12, lines 16-23
Page 13, line 6 – page 14, line 4
Page 14, line 19 – page 16, line 19
Page 17, lines 1-8
Page 17, lines 12-14
Page 18, line 9 – page 21, line 1
Page 21, line 23 – page 23, line 1
Page 23, line 13 – page 25, line 9
Page 25, line 21 – page 27, line 1
Page 28, line 10 – page 29, line 24
Page 30, line 8 – page 33, line 12
Page 33, line 16 – page 35, line 15
Page 35, line 20 – page 37, line 25
Page 40, lines 3-13
Page 40, lines 16-18
Page 42, line 25 – page 47, line 12
Page 47, line 25 – page 48, line 15
Page 49, lines 2-15
Page 54, line 5 – page 55, line 16
Page 55, line 24 – page 56, line 13
Page 56, line 15 – page 57, line 16
Page 57, line 22 – page 58, line 15
Page 59, lines 3-12
Page 59, line 24-page 60, line 2
Page 61, lines 5-12
Page 63, line 1-page 64, line 4
Page 64, lines 10-17
Page 65, line 18 – page 66, line 4
Page 71, lines 13-19
Page 72, line 21 – page 73, line 4
Page 74, lines 5-15
Page 75, line 10 – page 79, line 22
Page 80, line 15 – page 81, line 3

3

Page 82, lines 2-4
Page 82, lines 11-13
Page 82, line 23 – page 83, line 11
Page 83, line 16 – page 84, line 1
Page 97, line 15 – page 98, line 6
Page 109, lines 4-25
Page 112, lines 6-11
Page 114, lines 7-15
Page 117, lines 1-11
Page 132, line 10 – page 134, line 1
Page 138, line 4 – page 139, line 4


688837.1

2

## Certificate of Service

I certify that a copy of the foregoing document was furnished electronically through the Court's CM/ECF electronic notification system to **Guy Bennett Rubin, Esq.**, Rubin & Rubin, Post Office Box 395, Stuart, Florida 34995, this 1st day of February, 2010.

                                                    /s/ Timothy R. Buskirk
                                                        Attorney

688837.1