UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., *et al.*,

Debtors.

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

\

## ORDER GRANTING DIVERSIFIED'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEBTOR (Doc. 22831)

The Court, having been informed that Debtors and Diversified Maintenance Systems, Inc. ("Diversified") have agreed to the matters set forth herein with respect to Diversified's Motion to Compel Production of Documents by Debtor (Doc. 22831), finds that the following Order should be entered. Accordingly, it is

**ORDERED, ADJUDGED** and **DECREED** that

1. Diversified's Motion to Compel Production of Documents by Debtor (Doc. 22831) is **GRANTED.** Debtors shall produce all documents responsive to Diversified's outstanding document requests by February 19, 2010.

2. The parties shall bear their own fees and costs with respect to Diversified's Motion to Compel Production of Documents by Debtor (Doc. 22831).

**DONE** and **ORDERED** in Jacksonville, Florida on this February 2, 2010.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:
James H. Post, Esq.
Paul B. Thanasides, Esq.

1