# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

## ORDER DENYING VISAGENT CORPORATION'S MOTION TO STRIKE PATRICIA MITCHELL, ESQ. FROM DEBTORS' WITNESS LIST AND TO PRECLUDE HER TESTIMONY AT TRIAL

This case came before the Court upon Visagent Corporation's Motion to Strike Patricia Mitchell, Esq. from Debtors' Witness List and to Preclude her Testimony at Trial (the "Motion") and Winn Dixie's Memorandum in Opposition to Visagent's Motion to Strike Patricia Mitchell from Winn Dixie's Witness List (the "Objection to the Motion"). Upon a review of the Motion and the Objection to the Motion, it is

**ORDERED:**

Visagent Corporation's Motion to Strike Patricia Mitchell, Esq. from Debtors' Witness List and to Preclude her Testimony at Trial is denied.

**DATED** this 3 day of February, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Guy Bennett Rubin, Attorney for Visagent Corporation