UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Stacy Braziel (Docket No. 22918) was furnished by mail on January 28, 2010, to Stacy Braziel, c/o Bolton & Gross, 801 NE 167th Street, North Miami Beach, Florida 33162, Mitchell Gross, Esq., Bolton & Gross, 801 NE 167th Street, 2nd Floor, North Miami Beach, Florida 33162-3729, and Robert D. Wilcox, Esq., Wilcox Law Firm, 4190 Belfort Road, Suite 315, Jacksonville, Florida 32216.

Dated: February 3, 2010

SMITH HULSEY & BUSEY

By    *s/ Leanne McKnight Prendergast*
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors