UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Lauren Lucchini (Docket No. 22919) was furnished by mail on January 28, 2010, to Lauren Lucchini, 921 48th Avenue, Vero Beach, Florida 32966, Jospeh H. Graves, P.A., Joseph H. Graves, P.A., 1880 82nd Avenue, Suite 106, Vero Beach, Florida 32966, and David N. Stern, Esq., Genovese Joblove & Battista, P.A., 200 East Broward Blvd., Suite 1110, Fort Lauderdale, Florida 33301.

Dated:  February 3, 2010

SMITH HULSEY & BUSEY

By     *s/ Leanne McKnight Prendergast*
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors