UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Rose McDonald (Docket No. 22920) was furnished by mail on January 28, 2010, to Rose McDonald, 7108 Fort Caroline Hills Dr., Jacksonville, Florida 32277 and Brian M. Flaherty, Esq., Farah, Farah, P.A., 10 West Adams Street, 3rd Floor, Jacksonville, Florida 32202.

Dated: February 3, 2010

SMITH HULSEY & BUSEY

By     *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors