UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Bennezza Gonzalez (Docket No. 22921) was furnished by mail on January 28, 2010, to Bennezza Gonzalez, 4530 SE 40th Street, Hollywood, FL 33023 and David Tong, Esq., Rosenberg & Rosenberg, PA, 2501 Hollywood Blvd., Suite 110, Hollywood, FL 33020.

Dated: February 3, 2010

SMITH HULSEY & BUSEY

By     *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors