UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Monica Andersen and John Andersen (Docket No. 22922) was furnished by mail on January 28, 2010, to John and Monica Andersen, 13300 Walsingham Road, Largo, Florida 33774, Christopher H. Miles, 6703 South Elemeta Street, Tampa, Florida 33616, and Dennis J. Levine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated: February 3, 2010

SMITH HULSEY & BUSEY

By      <u>*s/ Leanne McKnight Prendergast*</u>
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors