UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Harry Grigsby (Docket No. 22923) was furnished by mail on January 28, 2010, to Harry Grigsby, 27951 SW 159th Court, Homestead, Florida 33031, Alan Telisman, Esq., Gross & Telisman, PA, 12805 Southwest 84th Ave. Road, Miami, Florida 33156, and Dennis J. Levine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated:  February 3, 2010

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors