IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re

WINN-DIXIE STORES, INC. Case No. 05-03817-JAF

Debtor.
_____/

**NOTICE OF WITHDRAWL FROM CASE AND REQUEST TO STOP ELECTRONIC NOTICE**

    PLEASE TAKE NOTICE that the undersigned hereby advises the Court and all interested parties that he is withdrawing as counsel. Accordingly the undersigned respectfully requests to be removed from the Court's Special Mailing Matrix.

Gordon T. Nicol, Esq.
FL. BAR:0818320
7545 Centurion Parkway, Suite 108
Jacksonville, FL 32256
PH- 904-384-4911
FAX-904-384-4944