**[noftrns]** [Notice Regarding Filing of Transcript]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                           Case No. 3:05−bk−03817−JAF
                                                                 Chapter 11

Winn−Dixie Stores, Inc
5050 Edgewood Court
Jacksonville, FL 32254−3699

_____Debtor(s)_____/

### NOTICE REGARDING FILING OF TRANSCRIPT AND DEADLINE FOR FILING NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

   Notice is hereby given that an official transcript of a proceeding held on September 24, 2009 has been filed on February 5, 2010 , by the court reporter in the above captioned matter.

   Under Administrative Order FLMB−2008−1, within seven (7) business days of the date of service of this notice, the parties shall file with the court a local form "Notice of lntent to Request Redaction of Transcript." Parties timely filing the local form "Notice of lntent to Request Redaction of Transcript" shall, within 21 calendar days of the date the transcript was docketed, unless otherwise ordered by the court, file a "Statement of Personal Data Identifier Redaction Request" which shall indicate, by page and line number, the location of the personal data identifiers for which redaction is being requested. Since the "Statement" once filed, will appear as a public document on the docket, the "Statement" should be worded so as not to contain unredacted personal identifiers.

   Parties to the case who are (or represent) persons whose personal data identifier may appear in the transcript and who wish to review the unredacted transcript may either purchase a copy of the transcript from the court reporter or view a copy of the transcript at no charge in any of the clerk's three divisional offices.

   If a "Notice of Intent to Request Redaction of Transcript" has not been filed by the deadline indicated above, absent further order of the court, the transcript will be made available on the docket as a publicly accessible document, subject to applicable access charges.

   DATED on February 5, 2010 .

                              FOR THE COURT
                              Lee Ann Bennett , Clerk of Court
                              300 North Hogan Street Suite 3−350
                              Jacksonville, FL 32202

Copies Furnished to All Parties to the Hearing