**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

**REORGANIZED DEBTORS' MOTION TO WITHDRAW OBJECTIONS TO PROOF OF CLAIM NO. 4155 FILED BY VINCENZO TRAPANI AND FOR ORDER ALLOWING THE CLAIM IN THE AMOUNT FILED**

Winn-Dixie Stores, Inc., and twenty-three of its reorganized debtor affiliates (collectively, the "Reorganized Debtors"), withdraw their objections to proof of claim number 4155 ("Claim No. 4155") filed by Vincenzo Trapani (the "Claimant") and move the Court for the entry of an Order allowing Claim No. 4155 as filed in the amount of $750,000.00, and in support of this motion, say:

1. The Claimant filed Claim No. 4155 in these cases in the amount of $750,000.00.

2. The Reorganized Debtors objected to Claim No. 4155 on the bases of "No Liability – Disputed Claim" as part of the Debtors' Omnibus Objection to Unresolved Litigation Claims filed on June 22, 2006 (Docket No. 8702).

3. The Omnibus Objection to Unresolved Litigation Claims as it relates to Claim No. 4155 has not been set for hearing, and Claim No. 4155 remains unliquidated.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-

4. The Reorganized Debtors wish to withdraw their objections to Claim No. 4155 and have Claim No. 4155 allowed in the amount in which it was filed, $750,000.00.

**Conclusion**

WHEREFORE, the Reorganized Debtors respectfully request that the Court enter an Order in the form attached as Exhibit A allowing Claim No. 4155 as filed in the amount of $750,000.00, and granting such other relief as is just and proper.

Dated: February 9, 2010

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00690190

---

Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER OF RESOLUTION OF THE LITIGATION**
**CLAIM OF VINCENZO TRAPANI (CLAIM NO. 4155)**

These cases are before the Court upon the Reorganized Debtors' Motion to Withdraw Objection to Proof of Claim No. 4155 Filed by Vincenzo Trapani and for Order Allowing the Claim in the Amount Filed (Docket No. ___). The Reorganized Debtors having withdrawn their objections to Proof of Claim No. 4155 ("Claim No. 4155") filed by Vincenzo Trapani (the "Claimant") and accepted Claim No. 4155 in the filed amount of $750,000.00, it is

ORDERED AND ADJUDGED:

1. Claim No. 4155 filed by Claimant is allowed in the amount of $750,000.00 as a Class 16 Other Unsecured Claim under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

2. This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 4155 and (ii) all other claims the Claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

3. Pursuant to the Plan, distribution will be made on the allowed Claim (i) to the person and address as set forth in the proof of claim form filed on behalf of the Claimant and (ii) at such time as required by the Plan.

4. The Claimant is directed to dismiss with prejudice any legal proceeding commenced by Claimant against the Reorganized Debtors in this Court or in any other forum and pay all applicable court costs, if any.

5. The Reorganized Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to any Litigation Claim, or make any admission of liability. The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim. This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement, except those Medicare liens or claims released by the United States Department of Health and Human Services pursuant to the Agreed Order entered by this Court on March 9, 2007 (Docket No. 15439).

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this _____ day of February, 2010, in Jacksonville, Florida.

                                                Jerry A. Funk
                                                United States Bankruptcy Judge

Copy to:
James H. Post

[James H. Post is directed to serve a copy of this order on the Claimant and file a proof of service.]

## **Certificate of Service**

I certify that a copy of this document has been furnished by facsimile and by mail this 9th day of February, 2010 to Kenneth D. Cooper, 400 S.E. 8th Street, Ft. Lauderdale, Florida, 33316.

*s/ Leanne McKnight Prendergast*

00690190