**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors.[1] | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **February 24, 2010** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Debtors' Motion for Order Authorizing Debtors to Settle or Liquidate Additional Litigation Claims, pursuant to the Claims Resolution Procedure.

Only objections to the Motion which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **February 17, 2010**, and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.

lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: February 9, 2010

                                  SMITH HULSEY & BUSEY

                                  By  *s/ Leanne McKnight Prendergast*
                                       Leanne McKnight Prendergast

                                  Florida Bar Number 59544
                                  225 Water Street, Suite 1800
                                  Jacksonville, Florida 32202
                                  (904) 359-7700
                                  (904) 359-7708 (facsimile)
                                  lprendergast@smithhulsey.com

                                  Counsel for Reorganized Debtors

00634825

- 3 -

**Certificate of Service**

I certify that a copy of this document has been furnished by facsimile and by mail this 9th day of February, 2010 to Kenneth D. Cooper, 400 S.E. 8th Street, Ft. Lauderdale, Florida, 33316.

*s/ Leanne McKnight Prendergast*