UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                            )

WINN-DIXIE STORES, INC., et al.,   )        Case No. 05-03817-3F1
                                                  )        Chapter 11
         Reorganized Debtors.          )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Kimberly Vislocky (Docket No. 22969) was furnished by mail on February 16, 2010, to Kenneth V. Hemmerle, II, 1322 NE 4th Avenue, Suite E, Fort Lauderdale, Florida 33304.

Dated: February 16, 2010

SMITH HULSEY & BUSEY

By     *s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00691298}