UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                      )    Chapter 11
         Reorganized Debtors.            )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Pamela Pollack (Docket No. 22971) was furnished by mail on February 17, 2010, to Eduardo R. Latour, 135 East Lemon Street, Tarpon Springs, FL 34689.

Dated: February 17, 2010

SMITH HULSEY & BUSEY


By    *s/ Leanne McKnight Prendergast*
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00691583}