UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,         )        Case No. 05-03817-3F1
                                                         )        Chapter 11
       Reorganized Debtors.              )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Honor Ramsey (Docket No. 22973) was furnished by mail on February 17, 2010, to James P. Gitkin, 200 South Andrews Avenue, Museum Plaza, Suite 503, Fort Lauderdale, Florida 33301.

Dated: February 17, 2010

                              SMITH HULSEY & BUSEY

                              By       *s/ Leanne McKnight Prendergast*
                                  Leanne McKnight Prendergast

                              Florida Bar Number 59544
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              lprendergast@smithhulsey.com

                              Counsel for Reorganized Debtors

{00691584}