**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Case No. 05-03817-3F1** |
| | ) | |
| **WINN-DIXIE STORES, INC., <u>et</u> <u>al.</u>,** | ) | *Chapter 11* |
| | ) | |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

**NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST AND**
**REQUEST TO STOP ELECTRONIC NOTICE**

Please take notice that Scott C. Williams, of the law firm of Manier & Herod, a Tennessee professional corporation (the "Firm"), for himself, the Firm, and for creditor, Liberty Mutual Insurance Company, requests removal from any and all service lists by electronic mail or otherwise in this matter, and requests that none of the foregoing receive any further notices, pleadings, motions, orders, and other documents filed in this case.  The Firm requests that the following e-mail addresses be removed from any and all service lists by electronic mail: swilliams@manierherod.com, mfranks@manierherod.com, tpennington@manierherod.com, and mcollins@manierherod.com.

        ____/s/ Michael E. Collins_____
        Michael E. Collins
        MANIER & HEROD
        150 Fourth Avenue North, Suite 2200
        Nashville, TN  37219
        (615) 244-0030 (telephone)
        (615) 242-4203 (telecopy)
        **mcollins@manierherod.com**

        Attorneys for Liberty Mutual Insurance Company

497091

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the forgoing has been served by filing same with the United States Bankruptcy Court for Middle District of Florida via the Court's electronic filing procedures this the 17th day of February, 2010.


_____/s/ Michael E. Collins_____

497091