UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIM OF SOL LUIS LOPEZ (CLAIM NO. 5226)

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc., and its affiliates (collectively, the "Reorganized Debtors") and claimant, Sol Luis Lopez (the "Claimant"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). Based upon the consent of the parties appearing below, and it appearing to the Court that the proposed Agreed Order is for an agreed amount less than the $250,000 notice threshold established in the Claims Resolution Procedure and the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan"), it is

ORDERED AND ADJUDGED:

1.    Claim No. 5226 filed by Claimant is allowed in the amount of $75,000.00 as a Class 16 Other Unsecured Claim under the Plan.

2.    This Agreed Order resolves (i) all liabilities and obligations related to Claim No. 5226 and (ii) all other claims the Claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns, excluding Proactive Protective Services, Inc., to the extent that it contributes additional consideration for the satisfaction of Claim No.

5226, as of the date of this Agreed Order, all of which are forever waived, discharged and released. This Agreed Order does not resolve, waive, discharge or release any claims the Claimant may have against third parties, including but not limited to the Wackenhut Corporation or Miami-Dade County, Florida.

3.      Distribution will be made on the allowed Claim to the person and address as set forth in the proof of claim form filed on behalf of the Claimant. At the sole discretion of the Reorganized Debtors, distributions will be made on the allowed Claim (i) at such time as required by the Plan or (ii) as soon as practicable.

4.      Upon the request of the Reorganized Debtors, the Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Reorganized Debtors in this Court or in any other forum and pay all applicable court costs, if any.

5.      The Reorganized Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to any Litigation Claim, or make any admission of liability. The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim. This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement, except those Medicare liens or claims released by the United States Department of Health and Human Services pursuant to the Agreed Order entered by this Court on March 9, 2007 (Docket No. 15439).

6.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this __19__ day of February, 2010, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By _Prendergast_                        By _____
   Leanne McKnight Prendergast           Allan Stephen Zamren

Florida Bar Number 59544              Florida Bar Number 0235075
225 Water Street, Suite 1800         44 West Flagler St., Suite 2225
Jacksonville, Florida 32202          Miami, Florida 33130
(904) 359-7700                       (305) 372-9912
(904) 359-7708 (facsimile)           (305) 935- 3893 (facsimile)

Attorneys for the Reorganized Debtors    Attorney for Sol Luis Lopez

_____ 02/17/10      _____ 02/17/10
   Sol Luis Lopez                        Rosa Lopez

00690046