**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |
| | ) | |

**DEBTORS' OBJECTION TO FLORIDA TAX COLLECTORS'**
**REQUEST FOR PAYMENT OF ADMINISTRATIVE CLAIM**

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the Florida Tax Collectors' Request for Payment of Administrative Claim with Reservation of Rights (Docket No. 14414; the "Administrative Claim") for the reasons stated in the Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 10046).

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

## Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the Administrative claim.

Dated February 19, 2010.

SMITH HULSEY & BUSEY

By: *s/ Allan E. Wulbern*
    Stephen D. Busey
    Allan E. Wulbern

Florida Bar Number 117790
Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

## Certificate of Service

I certify that a copy of this document has been furnished electronically or by mail to the parties on the attached service list, this 19th day of February 2010.

              *s/ Allan E. Wulbern*
                 Attorney

690749

**SERVICE LIST**

Honorable Tim Sweat
Baker County Property Appraiser
32 North 5th Street, Suite B
Macclenny, FL 32063

Honorable George "Rick" Barnett
Bay County Property Appraiser
650 Mulberry Ave.
Panama City, FL 32401-2672

Honorable Jimmy Alvarez
Bradford County Property Appraiser
P.O. Box 250
Starke, FL 32091-0250

Honorable Jim Ford, CFA
Brevard County Property Appraiser
400 South St, 5th Floor
Titusville, FL 32781-0429

Honorable Lori Parrish
Broward County Property Appraiser
115 S Andrews Ave., Room 111
Ft Lauderdale, FL 33301-1899

Honorable Frank Desguin
Charlotte County Property Appraiser
Murdock Administration Center
18500 Murdock Circle
Port Charlotte, FL 33948-1076

Honorable Melanie J. Hensley
Citrus County Property Appraiser
210 N. Apopka Ave., Suite. 200
Inverness, FL 34450-4294

Honorable David Nolte, CFA
Indian River County Property Appraiser
1840 25th St., Suite 169
Vero Beach, FL 32960

Honorable Sharon Cox
Jackson County Property Appraiser
P.O Box 1526
Marianna, FL 32447-1526

Honorable David Ward
Jefferson County Property Appraiser
150 N. Jefferson Street
Monticello, FL 32345

Honorable Ed Havill
Lake County Property Appraiser
P.O. Box 1027
Tavares, FL 32778-1027

Honorable Kenneth Wilkinson
Lee County Property Appraiser
P.O. Box 1546
Fort Myers, FL 33902-1546

Honorable Bert Hartsfield, CFA
Leon County Property Appraiser
315 S. Calhoun Street
Tallahassee, FL 32301

Honorable Francis Akins, CFA
Levy County Property Appraiser
P.O. Drawer 100
Bronson, FL 32621-0100

Honorable Leigh B. Barfield
Madison County Property Appraiser
229 SW Pinckney Street, Room 201
Madison, FL 32340

Honorable Charles E. Hackney
Manatee County Property Appraiser
P.O. Box 1338
Bradenton, FL 34206-1338

Honorable Villie M. Smith
Marion County Property Appraiser
P.O. Box 486
Ocala, FL 34478-0486

Honorable Laurel Kelly, CFA
Martin County Property Appraiser
100 E. Ocean Blvd., Suite 300
Stuart, FL 34994

Honorable Frank Jacobs
Miami-Dade County Property Appraiser
111 NW 1st St., Suite 710
Miami, FL 33128-1984

Honorable Ervin A. Higgs, CFA
Monroe County Property Appraiser
P.O. Box 1176
Key West, FL 33041-1176

Honorable Greg Haddock, CFA
Nassau County Property Appraiser
P.O. Box 870
Fernandina Beach, FL 32035-0870

Honorable Timothy "Pete" Smith, CFA
Okaloosa County Property Appraiser
151-D NE Eglin Pkwy
Fort Walton Beach, FL 32548

Honorable W.C. Sherman
Okeechobee County Property Appraiser
307 NW 5th Ave., Suite A
Okeechobee, FL 34972

Honorable Bill Donegan, CFA
Orange County Property Appraiser
200 S. Orange Ave., Suite 1700
Orlando, FL 32801-3438

Honorable Atlee Mercer
Osceola County Property Appraiser
350 N. Beaumont Ave.
Kissimmee, FL 34741

Honorable Gary Nikolits, CFA
Palm Beach County Property Appraiser
301 North Olive Avenue, 1st Floor
West Palm Beach, FL 33401

Honorable Mike Wells
Pasco County Property Appraiser
P.O. Box 401
Dade City, FL 33526-0401

Honorable Jim Smith, CFA
Pinellas County Property Appraiser
Post Office Box 1957
315 Court Street, 2nd Floor
Clearwater, FL 33757-1957

Honorable Marsha Faux, CFA, ASA
Polk County Property Appraiser
255 N. Wilson Ave
Bartow, FL 33830

Honorable Larry Pritchett, CFA
Putnam County Property Appraiser
Post Office Box 1920
Palatka, FL 32178-1920

Honorable Greg Brown, CFA
Santa Rosa County Property Appraiser
P.O Box 606
6495 Caroline St, Ste K
Milton, FL 32572-0606

Honorable Jim Todora, CFA
Sarasota County Property Appraiser
2001 Adams Ln
Sarasota, FL 34237

Honorable David Johnson
Seminole County Property Appraiser
1101 E 1st St, Rm 1201
Sanford, FL 32771-1468

Honorable Sharon Outland, CFA
St. Johns County Property Appraiser
4030 Lewis Speedway, Ste 203
St. Augustine, FL 32084

Honorable Jeff Furst
St. Lucie County Property Appraiser
2300 Virginia Ave, Rm 107
Ft. Pierce, FL 34983

Honorable Ronnie Hawkins, CFA
Sumter County Property Appraiser
209 N Florida Street
Bushnell, FL 33513

Honorable Lamar Jenkins, CFA
Suwannee County Property Appraiser
215 SW Pine Ave, Ste B
Live Oak, FL 32064

Honorable Eldon Sadler
Taylor County Property Appraiser
P.O. Box 936
108 N Jefferson St, Ste 201
Perry, FL 32348-0936

Honorable Morgan B. Gilreath, Jr., CFA
Volusia County Property Appraiser
123 W Indiana Ave, Rm 102
Deland, FL 32720

Honorable Ann Woodward Ahrendt
Wakulla County Property Appraiser
P.O. Box 26
3056 Crawfordville Hwy, Rm 136
Crawfordville, FL 32326

Honorable Patrick P. Pilcher, CFA
Walton County Property Appraiser
P.O. Box 691
650 E Nelson Ave
DeFuniak Springs, FL 32435-0691

Honorable Gil Carter
Washington County Property Appraiser
P. O. Box 695
Chipley, FL 32428-0695

Honorable Edward A. Crapo, CFA, ASA
Alachua County Property Appraiser
P. O. Box 23817
Gainesville, FL 32602-3817

Honorable Wayne Weeks, CFA
Clay County Property Appraiser
P.O. Box 38
Green Cove Springs, FL 32043-0038

Honorable Abe Skinner, CFA
Collier County Property Appraiser
3285 E. Tamiami Trail
Naples, FL 34112-5758

Honorable J. Doyle Crews, CFA
Columbia County Property Appraiser
135 NE Hernando Ave., Suite 238
Lake City, FL 32025

Honorable Newton Keen, CFA
DeSoto County Property Appraiser
P. O. Box 311
201 East Oak Street, Suite 102
Arcadia, FL 34265-0311

Honorable James N. Overton
Duval County Property Appraiser
231 E Forsyth St., Suite 270
Jacksonville, FL 32202-3375

Honorable Chris Jones, CFA
Escambia County Property Appraiser
221 Palafox Place
Pensacola, FL 32502-5728

Honorable James E. Gardner Jr.
Flagler County Property Appraiser
P.O. Box 936
Bunnell, FL 32110-0936

Honorable Clay Vanlandingham
Gadsden County Property Appraiser
16 South Calhoun Street
Quincy, FL 32353-0585

Honorable Kathy L. Crawford
Hardee County Property Appraiser
P.O Box 877
Wauchula, FL 33873-0877

Honorable Kristina A. Kulpa, CFA, ASA
Hendry County Property Appraiser
P.O. Box 1840
Labelle, FL 33975-1840

Honorable Alvin Mazourek, CFA
Hernando County Property Appraiser
201 Howell Avenue, Suite 300
Brooksville, FL 34601-2041

Honorable C. Raymond McIntyre, CFA
Highlands County Property Appraiser
560 S. Commerce Avenue
Sebring, FL 33870-3899

Honorable Robert Turner
Hillsborough County Property Appraiser
16th Floor County Center
601 E. Kennedy Blvd.
Tampa, FL 33602

689248