UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>AGENDA FOR OMNIBUS HEARINGS</u>**
**<u>TO BE HELD ON FEBRUARY 24, 2010</u>**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on February 24, 2010 at 1:30 p.m.:

**<u>Contested Matters</u>**

1. *Debtors' Objection to the Administrative Claim of James Fassett (Docket No. 22912) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

2. *Debtors' Objection to the Administrative Claim of Elaine Barclay (Docket No. 22911) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses:    None.

    Status:    The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Objection to the Administrative Claim of Sandra Ashton (Docket No. 22910) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses:    None.

    Status:    The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Objection to the Administrative Claim of Mandi Gonzalez (Docket No. 22909) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses:    None.

    Status:    The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Administrative Claim of Yamaria Carbojal (Docket No. 22908) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtors' Objection to the Administrative Claim of Sharon Austin (Docket No. 22907) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of Ellen Loiacono (Docket No.22906) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: February 23, 2010

    SMITH HULSEY & BUSEY

    By *s/ Leanne McKnight Prendergast*
       Leanne McKnight Prendergast

    Florida Bar Number 59544
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)
    lprendergast@smithhulsey.com

    Counsel for Reorganized Debtors

00689678