# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Elaine Barclay (Docket No. 22988) was furnished by mail on February 24, 2010 to Elaine Barclay, 2810 Tifton Street S., Gulfport, FL 33711-3648, Daniel J. Leeper, Law Office of Daniel J. Leeper, 5450 First Ave., North Suite B, St. Petersburgh, FL 33710 and Dennis J. Levine, Esq., Post Office Box 707, Tampa, FL 33601.

Dated: February 24, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00692628}