**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Sandra Ashton (Docket No. 22989) was furnished by mail on February 24, 2010 to Sandra Ashton, 1592 San Christopher Dr., Dunedin, FL 34698, Bryan D. Caulfield, Esq., 1875 Belcher Road, Suite 201, Clearwater, FL 34625 and Jeffery W. Warren, Esq., Bush Ross, P.A., Post Office Box 3913, Tampa, FL 33601.

Dated: February 24, 2010

                                          SMITH HULSEY & BUSEY

                                          By: *s/ Leanne McKnight Prendergast*
                                              Leanne McKnight Prendergast

                                          Florida Bar Number 59544
                                          225 Water Street, Suite 1800
                                          Jacksonville, Florida 32202
                                          (904) 359-7700
                                          (904) 359-7708 (facsimile)
                                          lprendergast@smithhulsey.com

                                          Counsel for Reorganized Debtors

{00692624}