UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| Reorganized Debtors. | ) Jointly Administered |

## ORDER DENYING MOTION TO STOP ALL PROCEEDINGS PENDING KENTUCKY APPEAL

This case came before the Court upon Motion to Stop All Proceedings Pending Kentucky Appeal (the "Motion"). Initially the Court notes that the Motion was captioned in the Jefferson Circuit Court rather than the United States Bankruptcy Court. Additionally, the Court can not ascertain what relief the Motion seeks. Accordingly, it is

**ORDERED:**

Motion to Stop all Proceedings Pending Kentucky Appeal is denied.

**DATED** this 25 day of February, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Ernest S. Allen