UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., et al., | ) Chapter 11 |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

## ORDER DENYING MOTION TO STOP ALL PROCEEDINGS PENDING KENTUCKY APPEAL

This case came before the Court upon Motion to Stop All Proceedings Pending Kentucky Appeal (the "Motion"). Initially the Court notes that the Motion was captioned in the Jefferson Circuit Court rather than the United States Bankruptcy Court. Additionally, the Court can not ascertain what relief the Motion seeks. Accordingly, it is

**ORDERED:**

Motion to Stop all Proceedings Pending Kentucky Appeal is denied.

**DATED** this 25 day of February, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

Stephen D. Busey, Attorney for Reorganized Debtors
Ernest S. Allen

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: cartes              Page 1 of 1              Date Rcvd: Feb 25, 2010
Case: 05-03817                Form ID: pdfdoc           Total Noticed: 1

The following entities were noticed by first class mail on Feb 27, 2010.
cr           +Ernest Allen,   4515 Stoneybrook Drive,   Louisville, KY 40299-1161

The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2010**                              **Signature:** _/s/ Joseph Speetjens_