# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

## DEBTORS' AMENDED OBJECTION TO THE PROOF OF CLAIM FILED BY LIBBEY GLASS AND NOTICE OF HEARING

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the proof of claim filed on behalf of Libbey Glass (Claim No. 1035) on the grounds of (i) no liability, (ii) disputed claim amount and (iii) the claim is barred under the applicable statute of limitations (the "Objection").

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

**Notice of Hearing**

(on the Statute of Limitations defense only)

Please take notice that a hearing is scheduled for **March 31, 2010** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection as to the statute of limitations only.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the Claim.

**Response Deadline**

Only responses filed and served on Leanne McKnight Prendergast at lprendergast@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **March 19, 2010** will be considered by the Bankruptcy Court at the hearing (electronic filing is mandatory for all attorneys). The relief requested in the Objection may be granted without a hearing if no response is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

- 3 -

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated:  March 1, 2010

                                      SMITH HULSEY & BUSEY


                                      By  *s/ Leanne McKnight Prendergast*
                                         Leanne McKnight Prendergast

                                      Florida Bar Number 59544
                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      lprendergast@smithhulsey.com

                                      Counsel for Reorganized Debtors

- 4 -

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished by mail to Libbey Glass, Inc., Attn: John Shaffer, 300 Madison Ave., Toledo, OH 43604 and by mail to Amroc Investments, LLC, 535 Madison Ave., 15th Floor, New York, NY 10022, Attn: Daivd S. Leinwand, Esq. and by CM/ECF notification to Richard R. Thames, Esq. Stutsman Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202 on this 1st day of March, 2010.

                                                                                                        *s/ Leanne McKnight Prendergast*
                                                                                                                Attorney

00693076.DOC