UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.

Case No.: 3:05-bk-3817-3F1

Debtor(s).

_____/

## NOTICE OF APPEARANCE

The undersigned attorney, **THOMAS M. FINDLEY**, of the Law Firm of Messer, Caparello & Self, P.A., files this Notice of Appearance on behalf of **Osborn Barker, Levy County Property Appraiser**, for the above-styled case. All future correspondence and pleadings should be directed to his attention.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic transmission via the CM/ECF electronic filing system to: Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Counsel for Winn-Dixie this 2 day of March, 2010.

ELLIOTT MESSER
Florida Bar No.: 054461
THOMAS M. FINDLEY
Florida Bar No.: 0797855
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
Counsel for the Property Appraiser Osborn Barker