**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No: 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., ) | |
| ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |
| _____/ | |

**NOTICE OF WITHDRAWAL FROM CASE AND
REQUEST TO STOP ELECTRONIC NOTICE**

**PLEASE TAKE NOTICE** that Hill, Ward & Henderson, P.A. withdraws its Notice of Appearance on behalf of Provender Hall I, LLC, and requests that the Clerk remove it and each of its counsel from the electronic filing notice list.

Dated: March 3, 2010.

                                              */s/ Michael P. Brundage*
                                              Michael P. Brundage
                                              Florida Bar No: 611621
                                              Hill, Ward & Henderson, P.A.
                                              P.O. Box 2231
                                              Tampa, FL 33601
                                              Telephone:  (813) 221-3900
                                              Facsimile:   (813) 221-2900
                                              E-Mail:      mbrundage@hwhlaw.com
                                              Attorneys for Provender Hall I, LLC

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and copy of the foregoing Notice of Withdrawal from Case and Request to Stop Electronic Notice has been provided by ☐ First Class U.S. Mail Postage Prepaid; ☐ Facsimile; ☐ Hand Delivery and/or ☒ Electronic filing this 3rd day of March, 2010, to all parties of record listed on the Court's Service List.

                                              */s/ Michael P. Brundage*

1500164v1