UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |
| | ) | |

### AGREED ORDER OF RESOLUTION OF THE LITIGATION CLAIMS OF VINCENZO AND LINDA TRAPANI (CLAIM NOS. 4155 AND 90,002)

These cases are before the Court upon the motion of Winn-Dixie Stores, Inc., and its affiliates (collectively, the "Reorganized Debtors") and claimants, Vincenzo Trapani and Linda Marie Trapani (collectively, the "Claimants"), in accordance with the Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Litigation Claims (Docket No. 3326). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. Claim No. 4155 filed by Vincenzo Trapani is allowed in the amount of $750,000.00 as a Class 16 Other Unsecured Claim under the Plan.

2. Claim No. 90,002 held by Linda Marie Trapani is allowed in the amount of $750,000.00 as a Class 16 Other Unsecured Claim under the Plan

3. This Agreed Order resolves (i) all liabilities and obligations related to Claim Nos. 4155 and 90,002 and (ii) all other claims the Claimants have or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers,

employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

4. Distribution will be made on Claim No. 4155 to Vincenzo Trapani c/o Kenneth D. Cooper, Esq., 400 Southeast 8th Street, Fort Lauderdale, Florida 33316. Distribution will be made on Claim No. 90,002 to Linda Marie Trapani c/o Kenneth D. Cooper, Esq., 400 Southeast 8th Street, Fort Lauderdale, Florida 33316. At the sole discretion of the Reorganized Debtors, distributions will be made on the allowed Claims (i) at such time as required by the Plan or (ii) as soon as practicable.

5. The Claimants will dismiss with prejudice any legal proceeding commenced by Claimants against the Reorganized Debtors in this Court or in any other forum and pay all applicable court costs, if any.

6. The Reorganized Debtors do not, by this Order or the Claims Resolution Procedure, acknowledge the validity of any Litigation Claim or the existence of coverage under any Insurance Policy with respect to any Litigation Claim, or make any admission of liability. The Claimants, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim. This settlement is contingent upon the satisfaction of any Medicare or Medicaid lien prior to the distribution of any monies or property pursuant to this settlement agreement, except those Medicare liens or claims released by the United States Department of Health and Human Services pursuant to the Agreed Order entered by this Court on March 9, 2007 (Docket No. 15439). This settlement is further contingent upon the satisfaction of any workers compensation lien prior to the distribution of any monies or property pursuant to this settlement agreement; however, this Order does not constitute an adjudication or stipulation as to the validity of any such asserted lien.

7.  The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 5 day of March, 2010, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Claimant and file a proof of service.]

### Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ Leanne McKnight Prendergast                    By /s/ Kenneth D. Cooper
　　Leanne McKnight Prendergast                          　　Kenneth D. Cooper

Florida Bar Number 59544                              Florida Bar Number 362116
225 Water Street, Suite 1800                          400 Southeast 8th Street
Jacksonville, Florida 32202                           Fort Lauderdale, Florida 33316
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Reorganized Debtors                 Attorney for Vincenzo Trapani

00692591.2