**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:** | **Case No.: 3-05-bk-03817-3FI** |
| **WINN-DIXIE STORES, INC., et al.,** | |
| **Debtors.** | **Chapter 11 - Jointly Administered** |
| _____/ | |

### REQUEST TO STOP ELECTRONIC NOTICE
### BY MCCONNAUGHHAY, DUFFY, COONROD, POPE & WEAVER, P.A.

PLEASE TAKE NOTICE that McConnaughay, Duffy, Coonrod, Pope & Weaver, P.A. requests that the Clerk remove it and each of its counsel from the electronic filing notice list.

McCONNAUGHHAY, DUFFY,
COONROD, POPE & WEAVER, P.A.

**s/ Brian S. Duffy**
Brian S. Duffy
Florida Bar No. 0180007
Post Office Drawer 229
1709 Hermitage Blvd., Suite 200 (32308)
Tallahassee, Florida 32302-0229
Telephone: (850) 222-8121
Facsimile: (850) 222-4359
E-mail:  bduffy@mcconnaughhay.com

Attorney for Creditor McConnaughhay,
Duffy, Coonrod, Pope & Weaver, P.A.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Request to Stop Electronic Notice by McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A. was served this 8th day of March 2010 by Notice of Electronic Filing to all parties of record listed on the Court's Service List.

**s/ Brian S. Duffy**
Brian S. Duffy