**CAZEAU, LINTON BARNES, LLC**
ATTORNEYS AT LAW
633 N. E. 167TH STREET
SUITE 1025
NORTH MIAMI BEACH, FLORIDA 33162
*Serving Dade, Broward and Palm Beach Counties*

C. LINTON BARNES, ESQ.
BEATRICE CAZEAU, ESQ.

*TRIAL LAWYERS*

TEL: 305.381.6002
FAX: 305.381.6808

August 8, 2006

Claim Adjuster
**Logan & Company, Inc**
P.O. Box 423802
Upper Montclair, NJ 07043

    Re:   **FORMAL DEMAND LETTER**
| | | |
|---|---|---|
| Your Insured | : | Winn- Dixie Store #304 |
| Claim Number | : | Unknown |
| DOL | : | 03/09/06 |
| Our Client | : | Wanda Yates |

Dear Claim Adjuster:

The following correspondence and attached documentation are being submitted for settlement purposes only and should not be used to prejudice our client in the event litigation becomes necessary.

Based on the evidence of undisputable liability on the part of your insureds as well as the extent of injuries *(6% permanent impairment)* sustained by our client*)*, we value this case in excess of your insured's policy limits. This incident has had a significant impact on our client's life and in and effort to minimize the time, cost and aggravation of litigation; they have agreed to accept your insured's limited policy limits as a full and final settlement. Accordingly, demand is hereby made for the immediate tender of your insured's policy **($100,000)** to forever settle this claim for bodily injuries, pain and suffering.

For draft purposes, please be advised Ms. Yates, Wanda is single. Tax ID for this law firm is **47-0899296**. Release documents may be faxed to us at 305-381-6808.


Exhibit "A"

**MEDICAL SPECIALS:**

| | |
|---|---|
| Broward Rehab Center, Inc. | $4,534.00 |
| Plantation General Hospital | 4,545.28 |
| Central Magnetic Imaging of Plantation | 1,850.00 |
| Florida United Radiology | 422.00 |
| Sheridan Emergency Physicians Svcs | 450.00 |

**TOTAL MEDS**.................................................................**$11,801.28**

**FINAL STATEMENT:**

To assist you in your evaluation of this case, please find enclosed a copy of:

1. All medical records

Kindly provide your response to this demand within 15 days of this letter. Thank you.

Very truly yours,

C. LINTON BARNES, Esq.,
For the firm.

*Enclosures.*

Cazeau, Linton Barnes, LLC, 633 NE 167th Street, Suite 1025, North Miami Beach, FL 33162
Tel: 305-381-6002    Fax: 305-381-6808