12661.0020

In re:

Winn-Dixie Stores, Inc., et al.

Reorganized Debtors.

_____/

UNITED STATES BANKRUPTCY
COURT, MIDDLE DISTRICT
JACKSONVILLE, FLORIDA

Case No: 05-03817-3F1

Chapter 11, Jointly Administered

### RESPONSE TO "DEBTOR'S OBJECTION TO THE ADMINISTRATIVE CLAIM OF CARMELINA VALLADARES AND NOTICE OF HEARING" SERVED MARCH 1, 2010

CARMELINA VALLADARES, by and through the undersigned counsel, responds to "Debtor's Objection To The Administrative Claim of Carmelina Valladares and as grounds therefore states that:

1. On or about January 4, 2007, Claimant filed an "Application For Payment of A Personal Injury Claim" constituting the filing of an administrative claim.

2. That claim was filed within the applicable Statute of Limitations.

3. A Proof of Claim was attached thereto and incorporated therein.

4. The Claimant claimed $250,000.00.

5. The filing of the claim for the administrative expense (application of payment of a personal injury claim) tolls any applicable Statute of Limitations and the matter should proceed to trial on the substantive claims raised by this Claimant.

6. Pursuant to Rule 3001(f), FRBP, a Proof of Claim executed and filed in accordance with these rules shall constitute prima facie evidence of the validity and amount of the claim. This claimant filed a Proof of Claim on or about January 4, 2007, well within the limitations period.

- 1 -

STABINSKI
& FUNT, P.A.    757 NW 27th Avenue, Third Floor | Miami, FL 33125 | Tel: 305-643-3100 | Fax: 305-643-1382
ATTORNEYS AT LAW

Case No.:

7.    The state's Statute of Limitations therefore is not applicable to the administrative expense claim timely filed herein.

8.    Based upon the foregoing, this claim should be set for final hearing on the administrative claim filed by Carmelina Valladares.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail this 10 day of March, 2010 to: Leanne McKnight Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

STABINSKI & FUNT, P.A.
Attorneys for Plaintiff(s)
757 NW 27th Avenue
Miami, FL 33125
Tel.: (305) 643-3100
Fax: (305) 643-1382

Mark D. Press, Esq.
Fla Bar No.: 187164

- 2 -