UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON MARCH 31, 2010**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on March 31, 2010 at 1:30 p.m.:

**Contested Matters**

1. *Status Conference on (i) Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 10046), (ii) the Florida Tax Collectors' Motion for Leave to File Request for Payment of Administrative Expense Claim Without Prejudice (Docket No. 14139), (iii) the Florida Tax Collector's Request for Payment of Administrative Claim with Reservation of Rights (Docket No. 14414), and (iv) Debtors' Objection to Florida Tax Collectors' Request for Payment of Administrative Claim (Docket No. 22982)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

2. *Debtors' Twelfth Omnibus Objection to Claims Which have been Settled, Released or Dismissed (Docket No. 23005)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Objection to the Administrative Claim of Carmelina Valladares (Docket No. 23015) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  Carmelina Valladares (Docket No. 23035)

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection

4. *Debtors' Objection to the Administrative Claim of Donna Baxter (Docket No. 23007) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Administrative Claim of Tiffani Brown (Docket No. 23008) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtors' Objection to the Administrative Claim of Stephen Cullity (Docket No. 23009) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of William DaRoza (Docket No. 23010) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Debtors' Objection to the Administrative Claim of Jimmie Evans (Docket No. 23011) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

9. *Debtors' Objection to the Administrative Claim of Loretta Johnson and Pete Johnson (Docket No. 23012) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Objection to the Administrative Claim of Michael Major (Docket No. 23013) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

11. *Debtors' Objection to the Administrative Claim of Diane Sabin (Docket No. 23014) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

12. *Debtors' Objection to the Administrative Claim of Helen Yade (Docket No. 23016) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

13. *Debtors' Objection to the Administrative Claim of Robert Yade (Docket No. 23017) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

14. *Debtors' Objection to the Proof of Claim Filed by Libbey Glass (Docket No. 23006) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  Libbey Glass (Docket No. 23033).

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: March 30, 2010

SMITH HULSEY & BUSEY

By *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00692824.DOC