**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Shelli Cabrera (Docket No. 23020) was furnished by mail on March 24, 2010 to Stuart Share, 11900 Biscayne Boulevard, #280, Miami, Florida 33181.

Dated:  March 30, 2010

SMITH HULSEY & BUSEY

By: *s/  Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors