**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Dawn Reilly (Docket No. 23019) was furnished by mail on March 24, 2010 to Richard A. Staggard, Farah & Farah, P.A., 10 West Adams Street, Jacksonville, Florida 32202.

Dated: March 30, 2010

                                                             SMITH HULSEY & BUSEY

                                                             By: *s/ Leanne McKnight Prendergast*
                                                                 Leanne McKnight Prendergast

                                                             Florida Bar Number 59544
                                                            225 Water Street, Suite 1800
                                                            Jacksonville, Florida  32202
                                                            (904) 359-7700
                                                            (904) 359-7708 (facsimile)
                                                            lprendergast@smithhulsey.com

                                                            Counsel for Reorganized Debtors