**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim Filed by Karen Gallagher (Docket No. 23036) was furnished by mail on March 24, 2010 to Lauri J. Goldstein, 1330 South Federal Highway, Stuart, Florida 34994.

Dated: March 30, 2010

                                            SMITH HULSEY & BUSEY

                                            By: *s/ Leanne McKnight Prendergast*
                                                  Leanne McKnight Prendergast

                                            Florida Bar Number 59544
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida 32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            lprendergast@smithhulsey.com

                                            Counsel for Reorganized Debtors