UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )      Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.,          )      Chapter 11

    Reorganized Debtors.              )      Jointly Administered

## ORDER ON DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR DISMISSED

This matter came before the Court for hearing on March 31, 2010, upon the Debtors' Twelfth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (the "Objection") (Docket No. 23005) filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates to the claims identified on Exhibit A to the Objection. No responses to the Objection were filed or raised by the claimants. It is therefore

ORDERED AND ADJUDGED:

1. The Objection is sustained as each of the claims identified on Exhibit A attached.

2. The claims identified on Exhibit A are disallowed in their entirety.

Dated this 31 day of March, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00697245.DOC

## EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Cole, Tina | 14215 | Released |
| Youngblood, Claretha | 13583 | Released |

00697245.DOC