UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER SUSTAINING DEBTORS' OBJECTION
TO THE ADMINISTRATIVE CLAIM OF
LORETTA JOHNSON AND PETE JOHNSON

This case came before the Court for hearing on March 31, 2010, on the

Debtors' Objection to the Administrative Claim of Loretta Johnson and Pete

Johnson (Docket No. 23012). Upon the evidence presented at the hearing, the

Court finds that:

1.    Loretta Johnson and Pete Johnson (the "Claimants") filed an

application for administrative expense based upon a negligence claim that arose on

February 8, 2006, at a Winn-Dixie Store in Palm Beach Gardens, Florida (Docket

No. 14135) (the "Administrative Claim").

2.    Section 95.11(3)(a), Florida Statutes, requires that an action founded

on negligence must be brought within four years.

3.    Claimants have not filed a civil action in the appropriate non-

bankruptcy forum based upon the claim. Filing an Administrative Claim did not

preserve the claim for statute of limitations purposes.

4.      Because the claim arose on February 8, 2006, the Claimants were required under Florida law to commence the prosecution of a civil action by February 8, 2010, to preserve the claim for statute of limitations purposes.

5.      Because the Claimants did not file a civil action to preserve the claim prior to the expiration of the applicable statute of limitations, Claimants' causes of action are now time-barred and the claim must be disallowed.  Upon the foregoing, it is

ORDERED:

1.      The Objection is sustained.

2.      The Administrative Claim filed by the Claimants (Docket No. 14135) is disallowed.

Dated this _3/_ day of March, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

{00696444}