**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

WINN-DIXIE STORES, INC., et al.,

    Reorganized Debtors.

Case No.  05-03817-3F1

Chapter 11
Jointly Administered

_____/

**DIVERSIFIED MAINTENANCE SYSTEMS, INC.'S MOTION TO CONTINUE TRIAL**

    Diversified Maintenance Systems, Inc. ("Diversified") moves the Court for an entry of an order continuing the trial on (i) Motion to Compel Payment of Undisputed Postpetition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified (Doc. 21311) (the "Motion") and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Doc. 22056) (the "Counterclaim") which is currently scheduled for May 13 and 14, 2010 at 9:00 A.M., respectfully, and in support thereof states:

    1. This case was originally scheduled for trial on November 5 and 6, 2009.  On September 30, 2009, Winn Dixie moved to continue the trial over Diversified's objection. (Doc. 22657). The Court granted the motion, continuing the trial to March 4 and 5, 2010.  (Doc. 22671).

    2. On January 13, 2010, Winn Dixie again moved the Court to continue the trial over Diversified's objection. (Doc. 22869). Two days later, the Court entered its January 15, 2010 Order, continuing the trial to May 13 and 14, 2010.  (Doc. 22878).

    3. Diversified's CEO has unavoidable prior scheduled commitments for May 13 and 14, 2010. It is important for Diversified to have its CEO present for the trial, as he is an expected material witness and is the primary decision-maker for the company.

    4. Diversified, through undersigned counsel, has conferred with counsel for Winn Dixie regarding the relief requested herein.  Winn Dixie only objects to Diversified's request to the

extent the trial would be continued for more than 30 days form the current May 13 and 14, 2010 dates. If the Court can reschedule the trial before June 13 and 14, 2010, Winn Dixie does not object to the continuance.

5. Irrespective of Winn Dixie's position, the Court should grant Diversified's request for a continuance. This is Diversified's first request for a continuance. Winn Dixie has requested and received two prior continuances over Diversified's objection. It would be manifestly unfair to allow Winn Dixie to obtain two continuances, landing the trial on dates that prejudice Diversified, and not allow Diversified to obtain its own continuance.

WHEREFORE, Diversified requests that the Court enter an order continuing the trial on the Motion (Doc. 21311) and Counterclaim (Doc. 22056) and the corresponding deadlines set forth in the Order Scheduling Trial of this matter.

Dated: April 2, 2010

Respectfully submitted,

/s/ Paul B. Thanasides
Paul B. Thanasides
Florida Bar. No. 103039
paul@mcintyrefirm.com
McIntyre, Panzarella, Thanasides,
   Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
T: 813.899.6059
F:  813.899.6069
*Attorneys for Diversified Maintenance Systems, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing Motion to Continue Trial has been electronically filed and served via the Court's CM/ECF system to: James H. Post, Counsel for Debtor at email address jpost@smithhulsey.com on this 2nd day of April, 2010.

/s/ Paul B. Thanasides
Attorney