# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:                                    )      Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )      Chapter 11

            Reorganized Debtors.      )      Jointly Administered

## ORDER ON DEBTORS' TWELFTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR DISMISSED

This matter came before the Court for hearing on March 31, 2010, upon the Debtors' Twelfth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (the "Objection") (Docket No. 23005) filed by Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates to the claims identified on Exhibit A to the Objection.  No responses to the Objection were filed or raised by the claimants.  It is therefore

ORDERED AND ADJUDGED:

1.    The Objection is sustained as each of the claims identified on Exhibit A attached.

2.    The claims identified on Exhibit A are disallowed in their entirety.

Dated this _31_ day of March, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00697245.DOC

## EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Cole, Tina | 14215 | Released |
| Youngblood, Claretha | 13583 | Released |

00697245.DOC

# CERTIFICATE OF NOTICE

```
District/off: 113A-3        User: pcathy          Page 1 of 1          Date Rcvd: Apr 02, 2010
Case: 05-03817              Form ID: pdfdoc       Total Noticed: 1

The following entities were noticed by first class mail on Apr 04, 2010.
aty          +David L Gay,  Smith Hulsey & Busey,  225 Water Street,   Suite 1800,
              Jacksonville, FL 32202-4494

The following entities were noticed by electronic transmission.
NONE.                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2010**                    **Signature:**     *Joseph Speetjens*