UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order on Debtors' Twelfth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (Docket No. 23046) was furnished by mail on April 5, 2010, to the attached Exhibit A.

Dated: April 5, 2010

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00698460}

Exhibit A

| | |
|---|---|
| Michael K. Roberts | David J. Tong, Esq. |
| J. Scott Nooney & Associations, P.A. | Saxon Gilmore Carraway Gibbons |
| 3535 Hendricks Ave. | Lash & Wilcox, P.A. |
| Jacksonville, FL 32207 | 201 E. Kennedy Blvd., Suite 600 |
| | Tampa, FL 33602 |
| *Attorneys for Tina Cole* | |
| | and |
| | |
| | Paul S. Rosenberg, Esq. |
| | Rosenberg & Rosenberg, P.A. |
| | 2501 Hollywood Blvd., Suite 110 |
| | Hollywood, FL 33020 |
| | |
| | *Attorneys for Claretha Youngblood* |

{00698460}