**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Carmelina Valladares (Docket No. 23047) was furnished by mail on April 5, 2010 to Carmelina Valladares, 3165 NW 27th Street, Miami, FL 33142 and Mark David Press, Law Offices of Mark David Press, P.A., 1320 So. Dixie Hwy, Suite 881, Coral Gables, FL 33146.

Dated: April 5, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00698463}