**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Donna Baxter (Docket No. 23048) was furnished by mail on April 5, 2010 to Donna Baxter, 1073 NW 98th Terrace, Pembroke Pines, FL 33024, David M. Benenfeld, Esq., 7800 W. Oakland Blvd., Building F, Suite 216, Sunrise, FL 33351 and Dennis J. Levine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated: April 5, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00698466}