**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of William DaRosa (Docket No. 23051) was furnished by mail on April 5, 2010 to William DaRoza, 5000 Southeast Federal Highway Lot #152, Stuart, FL 34997 and Craig I. Kelley, Esq., Kelley & Fulton, P.A., 1665 Palm Beach Lakes Blvd., Suite 1000, West Palm Beach, FL 33401.

Dated:  April 5, 2010

SMITH HULSEY & BUSEY

By: *s/  Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00698471}