**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Jimmie Evans (Docket No. 23052) was furnished by mail on April 5, 2010 to Artur C. Neiwirth, Esq., Rothstein Rosenfeld Adler, 401 E. Las Olas Blvd, Suite 1650, Fort Lauderdale, Florida 33301 and Evan R. Krakower, Esq., 10001 West Oakland Park Blvd., Suite 200, Sunrise, Florida 33351.

Dated: April 5, 2010

SMITH HULSEY & BUSEY


By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00698472}