# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Loretta Johnson and Pete Johnson (Docket No. 23053) was furnished by mail on April 5, 2010 to Pete and Loretta Johnson, 318 Southwind Drive, Apt. 22, Palm Beach Gardens, FL 33408 and David J. Tong, Esq., Saxon, Gilmore, Garraway, Gibbons, Lash & Wilcox, P.A., 201 E. Kennedy Blvd., Suite 600, Tampa, FL 33602.

Dated: April 5, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00698473}