**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Diane Sabin (Docket No. 23055) was furnished by mail on April 5, 2010 to Diane Sabin, 2208 Deanna Drive, Apopka, FL 32703 and Matthew M. Donaldson, Esq., 5001 West Kennedy Blvd., Suite 100, Tampa, FL 33609.

Dated:  April 5, 2010

                                            SMITH HULSEY & BUSEY

                                            By: *s/ Leanne McKnight Prendergast*
                                                 Leanne McKnight Prendergast

                                            Florida Bar Number 59544
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            lprendergast@smithhulsey.com

                                            Counsel for Reorganized Debtors

{00698475}