## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )         Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )         Chapter 11

      Reorganized Debtors.        )         Jointly Administered

_____)

## CERTIFICATE OF SERVICE

     I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Helen Yade (Docket No. 23056) was furnished by mail on April 5, 2010 to Helen Yade, 27203 Paqddock Drive, Brooksville, FL 34602, Dennis J. Levine, Esq., Post Office Box 707, Tampa, Florida 33601-0707 and George C. Psetas, Esq., 10816 U.S. Hwy 19 North, Suite 105, Port Richey, Florida 34668.

Dated:  April 5, 2010

                        SMITH HULSEY & BUSEY


                        By: *s/  Leanne McKnight Prendergast*
                            Leanne McKnight Prendergast

                        Florida Bar Number 59544
                        225 Water Street, Suite 1800
                        Jacksonville, Florida  32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        lprendergast@smithhulsey.com

                        Counsel for Reorganized Debtors

{00698476}