# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Robert Yade (Docket No. 23057) was furnished by mail on April 5, 2010 to Robert Yade, 27203 Paqddock Drive, Brooksville, FL 34602, Dennis J. Levine, Esq., Post Office Box 707, Tampa, Florida 33601-0707 and George C. Psetas, Esq., 10816 U.S. Hwy 19 North, Suite 105, Port Richey, Florida 34668.

Dated: April 5, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
　　Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00698477}