# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

## OBJECTION TO MOTION TO CONTINUE TRIAL

Winn-Dixie Stores, Inc. and its reorganized debtor affiliates (collectively, the "Reorganized Debtors") file this objection to Diversified Maintenance Systems, Inc.'s Motion to Continue Trial (the "Motion," Doc. No. 23058) and say:

1. On January 15, 2010, this Court entered an order continuing the trial in this case to May 13 and May 14, 2010 (Doc. No. 22878).

2. After the trial date had been on the calendar for more than 10 weeks, Diversified Maintenance Systems, Inc. ("Diversified") filed the Motion stating that its CEO has "unavoidable prior scheduled commitments for May 13 and 14, 2010." The Motion did not provide any details regarding the substance of the CEO's conflict or the timing of when the CEO's conflict arose.

3. Despite Diversified's allegations in the Motion that the CEO "is an expected material witness" (see Motion, par. 3), Diversified had not previously identified the CEO as a material witness in this case. Specifically, Schedule A to Diversified's Amended Verified Answers to Winn-Dixie's Interrogatories is entitled "DMSI's Persons of Knowledge of Winn-Dixie List," but does not include Diversified's CEO. A copy of Schedule A is attached as Exhibit A to this objection.

4.      A mediation of this case has long been scheduled for April 15, 2010 – one month before the scheduled trial date.  A material delay in the trial of this case will remove much of the motivation of the parties to consensually resolve this litigation before the May 13 trial commences.

5.      Based on the foregoing, Winn-Dixie objects to the Motion to the extent that it seeks a continuance of trial for more than 30 days.

SMITH HULSEY & BUSEY

By  *s/ James H. Post*
        James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

DMSI's Persons With Knowledge
of Winn Dixie List

| Name | Current Employee (Y/N) | Last Day | Position At Time | Last known address | Knowledge of Winn Dixie |
|---|---|---|---|---|---|
| Ron Brown | Y | N/A | AM | DMS | Area Manager who supervised the South Florida locations. Kew the WD PSS Jason Mcoulogh who requested many jobs. |
| Ken Wright | Y | N/A | AM | DMS | Area Manager who supervised the Central Florida. |
| Bryce Kelley | Y | N/A | AM | DMS | Area Manager who supervised the locations in Tampa. |
| Peter Belusic | Y | N/A | COO | DMS | COO. Priced the contract. Dealt with the decision makers in WD corp. |
| Pete Pappas | Y | N/A | AM | DMS | Area Manager who supervised the locations in Orlando. |
| Sherry Sparks | Y | N/A | CFO | DMS | Produced the weekly billing for Winn Dixie from March 2004 to Dec. 2005 based on information provided by Customer Care. |
| Georgette Redpath | N | 10/10/2008 | Billing Clerk | 9916 New Parke Road, Tampa, FL | Produced the weekly billing for Winn Dixie beginning in Dec, 2005 based on information provided by Customer Care. |
| Brad Ellison | N | 10/2/2006 | AM | 3017 N. E. 207 Terrace, Aventura, FL 33180 | District manager of South Florida. Had daily communication with WD and completed many of the jobs requested by WD. |
| Bobby Holton | N | 4/28/2006 | RVP | 8662 Riverwood Drive, Yulee, FL 32097 | Regional VP. Was a former WD District manager who came to our company. He was involved in the contract negotiations at the end. |
| Kathy Pellegren | N | 4/15/2005 | Cust Care Mng | 4033 Windtree Drive, Tampa, FL 33624 | Customer Care Manager who sourced many of the jobs to strip and clean the stores. |
| Keith Bagby | Y | N/A | CFO | DMS | Some post bankrupcy involvement regarding claim. |

## Certificate of Service

I certify that on April 6, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that service was made through the Court's CM/ECF electronic notification system to Paul Thansides, Esq., 6943 Fowler Avenue, Temple Terrace, Florida 33617.



*s/ James H. Post*
Attorney

00698541.DOC