IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
*JACKSONVILLE DIVISION*

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **WINN-DIXIE STORES, INC., et al.,** | ) | |
| | ) | Case No. 05-03817-3F1 |
| Reorganized Debtors. | ) | |
| | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Rhysa Griffith South, *Counsel for Henrico County* hereby withdraws her notice of appearance on behalf of Henrico County, Virginia, a creditor participating in this action, and respectfully requests the Court to remove Henrico County from any and all service lists.

Dated: April 7, 2010

              Respectfully Submitted,
              **County of Henrico, Virginia**
              By:/s/ Rhysa Griffith South
              Rhysa Griffith South (VSB #25944)
              Assistant Henrico County Attorney
              Office of the County Attorney
              County of Henrico
              P.O. Box 90775
              Henrico, Virginia 23273-0775
              Telephone: (804) 501-5091
              Facsimile:  (804) 501-4140

## CERTIFICATE OF SERVICE

I hereby certify on this 7th day of April, 2010, that the foregoing *Notice of Withdrawal of Notice of Appearance* is to be served by electronic means to all registered ECF users in this case via the Court's CM/ECF filing system.

              /s/ Rhysa Griffith South
              Rhysa Griffith South (VSB #25944)

---

Rhysa Griffith South, VSB 25944
P. O. Box 90775
Henrico, VA 23273-0775
Phone: (804) 501-5091
*Counsel for Henrico County, Virginia*