UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

Reorganized Debtors.

Case No. 05-03817-3F1

Chapter 11

Jointly Administered

/

**ORDER CONTINUING THE TRIAL ON THE MOTION TO COMPEL PAYMENT OF UNDISPUTED POSTPETITION OBLIGATION FILED BY DIVERSIFIED MAINTENANCE SYSTEMS, INC. AND THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

The case is before the Court upon Diversified Maintenance Systems, Inc.'s ("Diversified") Motion to Continue Trial on the Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified and the Counterclaim filed by the Reorganized Debtors (Docket No. 23058). Upon Consideration, it is

ORDERED:

1. The Motion is GRANTED.

2. The trial on the (i) Motion to Compel Payment of Undisputed Postpetition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified (Docket No. 21311) (the "Motion") and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) (the "Counterclaim") currently scheduled for May 13 and 14, 2010 at 9:00 A.M., is continued to _OCTOBER 14 AND OCTOBER 15, 2010_ at _9:00 A.M._ in Courtroom 4D, United States Courthouse, 300 N. Hogan Street, Jacksonville, Florida 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on February 23, 2009 (Docket No. 22099) are extended and shall be based upon the continued trial dates set forth above.

Dated this 8 day of April, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

*Copies furnished to*:
**Paul Thanasides**, 6943 E. Fowler Avenue, Tampa, FL 33617
**Jim Post**, 225 Water Street, Suite 1800, Jacksonville, FL 32202