UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )        Case No. 05-03817-3F1
                                                         Chapter 11
            Reorganized Debtors.          )        Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Valerie Judith Rell (Docket No. 14292) was furnished by mail on April 14, 2010, to John J. Maceluch, Jr., Maceluch & Associates, PA, 1210 East Park Avenue, Tallahassee, FL 32301.

Dated: April 14, 2010

SMITH HULSEY & BUSEY


By      *s/ Leanne McKnight Prendergast*
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00699784}