UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                      )

WINN-DIXIE STORES, INC., et al.,           )      Case No. 05-03817-3F1
                                                  Chapter 11
     Reorganized Debtors.           )      Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Fannie Watson (Docket No. 14339) was furnished by mail on April 16, 2010, to Christopher Hewett, J. Scott Nooney Law Offices, 1680 Emerson Street, Jacksonville, Florida 32207.

Dated: April 16, 2010

SMITH HULSEY & BUSEY


By     *s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00700168}