**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: **05-03817-3F1** |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

<u>**NOTICE OF JOINDER BY BAY, LEE, AND PASCO COUNTY PROPERTY**</u>
<u>**APPRAISERS TO 23 PROPERTY APPRAISERS' RESPONSE TO DEBTORS'**</u>
<u>**OBJECTION TO FLORIDA TAX CLAIMS AND MOTION FOR ORDER**</u>
<u>**DETERMINING TAX LIABILITIES**</u>

DAN SOWELL, Bay County Property Appraiser, KENNETH WILKINSON, Lee

County Property Appraiser, and MIKE WELLS, Pasco County Property Appraiser, by and

through the undersigned counsel, hereby file this Notice of Joinder to the *23 Property*

*Appraisers' Response to Debtors' Objection to Florida Tax Claims and Motion for Order*

*Determining Tax Liabilities* (Doc. No. 15886) and adopt and incorporate by reference the

arguments raised in said response as if fully set forth herein.

Dated: April 16, 2010      By  */s/ Loren E. Levy*
                                     Loren E. Levy, Esq.
                                     Fla. Bar No. 0814441
                                     The Levy Law Firm
                                     1828 Riggins Lane
                                     Tallahassee, Florida 32308
                                     Phone: (850) 219-0220
                                     Facsimile: (850) 219-0177
                                     levylawfirm@comcast.net

                                     Counsel for Florida Property Appraisers of
                                     Baker, Bay, Bradford, Clay, Columbia,
                                     DeSoto, Flagler, Gadsden, Hardee,
                                     Highlands, Hillsborough, Jackson, Lee,
                                     Leon, Marion, Nassau, Okeechobee,
                                     Osceola, Pasco, Putnam, St. Lucie,
                                     Suwannee, Taylor, Wakulla, Walton, and
                                     Washington Counties.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by *Notice of Electronic Filing* on this **16th** day of April, 2010, to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | D.J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: 212-735-3000<br>djbaker@skadden.com |
| | Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800,<br>Jacksonville, FL 32201<br>Tel: 904-359-7700<br>cjackson@smithhulsey.com |
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Brevard County Tax Collector<br>P.O. Box 2550<br>Titusville, FL 32781<br>Tel: 321-225-3046<br>Brian.Hanlon@BrevardTaxCollector.com |
| | Brian T. FitzGerald, Esq.<br>Senior Assistant County Attorney<br>Hillsborough County Attorney's Office<br>P.O. Box 1110<br>Tampa, FL 33601<br>Tel: 813-272-5670<br>fitzgeraldb@hillsboroughcounty.org |
| United States Trustee | Kenneth C. Meeker<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801<br>Tel: 407-648-6301<br>ken.meeker@usdoj.gov |

Official Committee of
Unsecured Creditors

John B. Macdonald, Esq.
Akerman Senterfitt
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
Tel: 904-798-3700
john.macdonald@akerman.com

Lori Parrish, CFA
Broward County Property Appraiser

Ronald M. Gunzburger, Esq.
General Counsel
Broward County Property Appraiser's Office
115 S. Andrews Avenue, Room 111
Fort Lauderdale, FL 33301
Tel: 954-357-6804
ron@bcpa.net

Bill Donegan, CFA
Orange County Property Appraiser
&
Jim Ford, CFA
Brevard County Property Appraiser

Bart R. Valdes, Esq.
deBeaubien, Knight, Simmons,
Mantzaris & Neal, LLP
609 W. Horatio Street
Tampa, FL 33606
Tel: 813-251-5825
brv11@dbksmn.com

Marsha M. Faux, CFA,
Polk County Property Appraiser

Michael D. Martin, Esq.
Martin Law Office
P.O. Box 367
Lakeland, FL 33802-0367
Tel: 863-686-6700
mike@martinpa.com

Property Appraisers of Collier, Hendry,
Hernando, Lake, Levy, Martin,
Miami-Dade, Palm Beach, Seminole,
St. Johns, Sumter and Volusia Counties

Gaylord A. Wood, Jr., Esq.
Wood & Stuart, P.A.
P.O. Box 1987
Bunnell, FL 32110-1987
Tel: 386-437-9400
pleadings@woodstuartpa.com

Jim Smith
Pinellas County Property Appraiser

Christina M. LeBlanc, Esq.
Senior Assistant County Attorney
315 Court Street, Sixth Floor
Clearwater, FL 33764
Tel: 727-464-3354
cleblanc@co.pinellas.fl.us

Property Appraisers of Escambia,
Jefferson, Madison, and Santa Rosa
Counties

Thomas Findley, Esq.
C. Sharon James, Esq.
Messer, Caparello & Self, P.A.
2618 Centennial Place
P.O. Box 15579
Tallahassee, FL 32317
Tel: 850-222-0720
tfindley@lawfla.com

Property Appraisers of Alachua,
Citrus, Indian River, Monroe, Okaloosa,
and Sarasota Counties

Sherri L. Johnson, Esq.
Dent & Johnson, Chartered
3415 Magic Oak Lane
P.O. Box 3259
Sarasota, Florida 34230
Tel: 941-952-1070
sjohnson@dentjohnson.com