**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | Case No.: **05-03817-3F1** |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |

### NOTICE OF JOINDER BY 26 FLORIDA PROPERTY APPRAISERS

COMES NOW the Florida Property Appraisers for Baker County, Bay County, Bradford County, Clay County, Columbia County, DeSoto County, Flagler County, Gadsden County, Hardee County, Highlands County, Hillsborough County, Jackson County, Lee County, Leon County, Marion County, Nassau County, Okeechobee County, Osceola County, Pasco County, Putnam County, St. Lucie County, Suwannee County, Taylor County, Wakulla County, Walton County, and Washington County ("26 Property Appraisers"), by and through the undersigned counsel hereby adopt and incorporate by reference all responses to contested matters regulated by the Bankruptcy Rules, defenses, affirmative defenses, matters of avoidance and grounds for dismissal alleged by the Florida Tax Collectors and any additional Property Appraisers of the State of Florida responding to the *Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities* (Doc. No. 10046) not inconsistent with the *23 Property Appraisers' Response to Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities* (Doc. No. 15886).

Dated: April 16, 2010

By */s/ Loren E. Levy*
Loren E. Levy, Esq.
Fla. Bar No. 0814441
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308
Phone: (850) 219-0220
Facsimile: (850) 219-0177
levylawfirm@comcast.net

Counsel for Florida Property Appraisers of Baker, Bay, Bradford, Clay, Columbia, DeSoto, Flagler, Gadsden, Hardee, Highlands, Hillsborough, Jackson, Lee, Leon, Marion, Nassau, Okeechobee, Osceola, Pasco, Putnam, St. Lucie, Suwannee, Taylor, Wakulla, Walton, and Washington Counties.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by *Notice of Electronic Filing* on this **16th** day of April, 2010, to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | D.J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: 212-735-3000<br>djbaker@skadden.com |
| | Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800,<br>Jacksonville, FL 32201<br>Tel: 904-359-7700<br>cjackson@smithhulsey.com |

2

| | |
|---|---|
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Brevard County Tax Collector<br>P.O. Box 2550<br>Titusville, FL 32781<br>Tel: 321-225-3046<br>Brian.Hanlon@BrevardTaxCollector.com<br><br>Brian T. FitzGerald, Esq.<br>Senior Assistant County Attorney<br>Hillsborough County Attorney's Office<br>P.O. Box 1110<br>Tampa, FL 33601<br>Tel: 813-272-5670<br>fitzgeraldb@hillsboroughcounty.org |
| United States Trustee | Kenneth C. Meeker<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801<br>Tel: 407-648-6301<br>ken.meeker@usdoj.gov |
| Official Committee of<br>Unsecured Creditors | John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>Tel: 904-798-3700<br>john.macdonald@akerman.com |
| Lori Parrish, CFA<br>Broward County Property Appraiser | Ronald M. Gunzburger, Esq.<br>General Counsel<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Fort Lauderdale, FL 33301<br>Tel: 954-357-6804<br>ron@bcpa.net |
| Bill Donegan, CFA<br>Orange County Property Appraiser<br>&<br>Jim Ford, CFA<br>Brevard County Property Appraiser | Bart R. Valdes, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>609 W. Horatio Street<br>Tampa, FL 33606<br>Tel: 813-251-5825<br>brv11@dbksmn.com |

3

| | |
|---|---|
| Marsha M. Faux, CFA,<br>Polk County Property Appraiser | Michael D. Martin, Esq.<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL 33802-0367<br>Tel: 863-686-6700<br>mike@martinpa.com |
| Property Appraisers of Collier, Hendry,<br>Hernando, Lake, Levy, Martin,<br>Miami-Dade, Palm Beach, Seminole,<br>St. Johns, Sumter and Volusia Counties | Gaylord A. Wood, Jr., Esq.<br>Wood & Stuart, P.A.<br>P.O. Box 1987<br>Bunnell, FL 32110-1987<br>Tel: 386-437-9400<br>pleadings@woodstuartpa.com |
| Jim Smith<br>Pinellas County Property Appraiser | Christina M. LeBlanc, Esq.<br>Senior Assistant County Attorney<br>315 Court Street, Sixth Floor<br>Clearwater, FL 33764<br>Tel: 727-464-3354<br>cleblanc@co.pinellas.fl.us |
| Property Appraisers of Escambia,<br>Jefferson, Madison, and Santa Rosa<br>Counties | Thomas Findley, Esq.<br>C. Sharon James, Esq.<br>Messer, Caparello & Self, P.A.<br>2618 Centennial Place<br>P.O. Box 15579<br>Tallahassee, FL 32317<br>Tel: 850-222-0720<br>tfindley@lawfla.com |
| Property Appraisers of Alachua,<br>Citrus, Indian River, Monroe, Okaloosa,<br>and Sarasota Counties | Sherri L. Johnson, Esq.<br>Dent & Johnson, Chartered<br>3415 Magic Oak Lane<br>P.O. Box 3259<br>Sarasota, Florida 34230<br>Tel: 941-952-1070<br>sjohnson@dentjohnson.com |