## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## WINN-DIXIE STORE, INC.'S MOTION FOR ORDER
## DIRECTING MEDIATION AND APPOINTING MEDIATOR

Winn-Dixie Stores, Inc., moves pursuant to Local Bankruptcy Rule 9019-2(b) for entry of an order directing the parties to mediate (i) Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Docket No. 10046), (ii) Florida Tax Collectors' Motion for Leave to File Request for Payment of Administrative Expense Claim Without Prejudice (Docket No. 14139), (iii) Florida Tax Collectors' Request for Payment of Administrative Claim with Reservation of Rights (Docket No. 14414), and (iv) Debtors' Objection to Florida Tax Collectors' Request for Payment of Administrative Claim (Docket No. 22982) (collectively, the "Florida Tax Collectors' Claims"), and appointing a mediator, and in support, says:

1.      The Florida Tax Collectors Claims are amenable to resolution through mediation.

2.      Pursuant to Local Rule 9019-2(b), Winn-Dixie respectfully requests that the Court enter an order in the form attached appointing a mediator and directing mediation of the Florida Tax Collectors' Claims.

SMITH HULSEY & BUSEY


By:   *s/ Allan E. Wulbern*
      Stephen D. Busey
      Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

<u>Certificate of Service</u>

I certify that on April 19th, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian T. Hanlon
General Counsel Brevard County
Tax Collector
Post Office Box 2500
Titusville, Florida  32781-2500

Loren E. Levy, Esq.
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308

Thomas Findley, Esq.
Messer, Caparello & Self, P.A.
2618 Centennial Place
Tallahassee, Florida 32308

Gaylord A. Wood, Jr., Esq.
Law Offices of Wood & Stuart, P.A.
Post Office Box 1987
Bunnell, Florida 32110-1987

Sherri L. Johnson, Esq.
Dent & Johnson, Chartered
Post Office Box 3259
Sarasota, Florida 34230

Christina M. LeBlanc, Esq.
Senior Assistant County Attorney
315 Court Street, Sixth Floor
Clearwater, Florida 33764

Kenneth P. Hazouri, Esq.
deBeaubien, Knight, Simmons, et al.
332 North Magnolia Avenue
Orlando, Florida 32801

Michael D. Martin, Esq.
Martin Law Office
Post Office Box 367
Lakeland, Florida 33802-0367

Ronald M. Gunzburger, Esq.
Broward County Property Appraiser's Office
115 S. Andrews Avenue, Room 111
Ft. Lauderdale, Florida 33301

and a copy has been furnished by mail to:

The Honorable Frank Desguin
Charlotte County Property Appraiser
Murdock Administration Center
18500 Murdock Circle
Port Charlotte, Florida 33948-1076

The Honorable Charles E. Hackney
Manatee County Property Appraiser
915 West 4th Avenue
Bradenton, Florida 34206

_s/ Allan E. Wulbern_
Attorney

699402