**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF HEARING ON WINN-DIXIE STORE, INC.'S MOTION FOR ORDER DIRECTING MEDIATION AND APPOINTING MEDIATOR**

Please take notice that a hearing will be held on **April 28, 2010** at **1:30 p.m. (Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider the Winn-Dixie Stores, Inc.'s Motion for Order Directing Mediation and Appointing Mediator (Docket No. 23109) (the "Motion").

Only objections to the Motion which are filed with the Court via the Court's electronic filing procedures (electronic filing is mandatory for all attorneys) or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202, so as to be received by **April 26, 2010,** and served on Debtors' attorneys, Smith Hulsey & Busey, Attn: Allan E. Wulbern, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

awulbern@smithhulsey.com, or via facsimile sent to (904) 359-7708, will be considered timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: April 19, 2010

                    SMITH HULSEY & BUSEY

                    By:    */s/ Allan E. Wulbern*
                         Stephen D. Busey
                         Allan E. Wulbern

                    Florida Bar Number 175511
                    225 Water Street, Suite 1800
                    Jacksonville, Florida  32202
                    (904) 359-7700
                    (904) 359-7708 (facsimile)
                    awulbern@smithhulsey.com

                    Attorneys for Winn-Dixie Stores, Inc.

Certificate of Service

I certify that on April 19th, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Brian T. Hanlon
General Counsel Brevard County
Tax Collector
Post Office Box 2500
Titusville, Florida  32781-2500

Loren E. Levy, Esq.
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308

Thomas Findley, Esq.
Messer, Caparello & Self, P.A.
2618 Centennial Place
Tallahassee, Florida 32308

Gaylord A. Wood, Jr., Esq.
Law Offices of Wood & Stuart, P.A.
Post Office Box 1987
Bunnell, Florida 32110-1987

Sherri L. Johnson, Esq.
Dent & Johnson, Chartered
Post Office Box 3259
Sarasota, Florida 34230

Christina M. LeBlanc, Esq.
Senior Assistant County Attorney
315 Court Street, Sixth Floor
Clearwater, Florida 33764

Kenneth P. Hazouri, Esq.
deBeaubien, Knight, Simmons, et al.
332 North Magnolia Avenue
Orlando, Florida 32801

Michael D. Martin, Esq.
Martin Law Office
Post Office Box 367
Lakeland, Florida 33802-0367

Ronald M. Gunzburger, Esq.
Broward County Property Appraiser's Office
115 S. Andrews Avenue, Room 111
Ft. Lauderdale, Florida 33301

and a copy has been furnished by mail to:

The Honorable Frank Desguin
Charlotte County Property Appraiser
Murdock Administration Center
18500 Murdock Circle
Port Charlotte, Florida 33948-1076

The Honorable Charles E. Hackney
Manatee County Property Appraiser
915 West 4th Avenue
Bradenton, Florida 34206

W. Nelon Kirkland, Esq.
Harrison, Kirkland, Pratt & McGuire
1206 Manatee Ave. W.
Bradenton, Florida 342057518

                                                  *s/ Allan E. Wulbern*
                                                   Attorney

00700417.DOC