**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

**NOTICE OF CANCELLATION OF HEARING**

Please take notice that the hearing to be held before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider Winn-Dixie Stores, Inc.'s Motion for Order Directing Mediation and Appointing Mediator (Docket No. 23109) is cancelled.

SMITH HULSEY & BUSEY

By: */s/ Allan E. Wulbern*
　　　Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Reorganized Debtors

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

Certificate of Service

       I certify that on April 21st, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Brian T. Hanlon<br>General Counsel Brevard County<br>Tax Collector<br>Post Office Box 2500<br>Titusville, Florida  32781-2500 | Loren E. Levy, Esq.<br>The Levy Law Firm<br>1828 Riggins Lane<br>Tallahassee, Florida 32308 |
| Thomas Findley, Esq.<br>Messer, Caparello & Self, P.A.<br>2618 Centennial Place<br>Tallahassee, Florida 32308 | Gaylord A. Wood, Jr., Esq.<br>Law Offices of Wood & Stuart, P.A.<br>Post Office Box 1987<br>Bunnell, Florida 32110-1987 |
| Sherri L. Johnson, Esq.<br>Dent & Johnson, Chartered<br>Post Office Box 3259<br>Sarasota, Florida 34230 | Christina M. LeBlanc, Esq.<br>Senior Assistant County Attorney<br>315 Court Street, Sixth Floor<br>Clearwater, Florida 33764 |
| Kenneth P. Hazouri, Esq.<br>deBeaubien, Knight, Simmons, et al.<br>332 North Magnolia Avenue<br>Orlando, Florida 32801 | Michael D. Martin, Esq.<br>Martin Law Office<br>Post Office Box 367<br>Lakeland, Florida 33802-0367 |
| Ronald M. Gunzburger, Esq.<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Ft. Lauderdale, Florida 33301 | |

and a copy has been furnished by mail to:

| | |
|---|---|
| The Honorable Frank Desguin<br>Charlotte County Property Appraiser<br>Murdock Administration Center<br>18500 Murdock Circle<br>Port Charlotte, Florida 33948-1076 | The Honorable Charles E. Hackney<br>Manatee County Property Appraiser<br>915 West 4th Avenue<br>Bradenton, Florida 34206 |
| W. Nelon Kirkland, Esq.<br>Harrison, Kirkland, Pratt & McGuire<br>1206 Manatee Ave. W.<br>Bradenton, Florida 342057518 | |

                                                              *s/ Allan E. Wulbern*
                                                                     Attorney