UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
TO BE HELD ON APRIL 28, 2010**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on April 28, 2010 at 1:30 p.m.:

**Contested Matters**

1. *Debtors' Objection to the Administrative Claim of Edna Rivers (Docket No. 23037) (Statute of Limitations Defense)*

   Response Deadline: April 16, 2010

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

2. *Debtors' Objection to the Administrative Claim of Sharon Schuren (Docket No. 23038) (Statute of Limitations Defense)*

   Response Deadline: April 16, 2010

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

3.  *Debtors' Objection to the Administrative Claim of Kathy Peterson (Docket No. 23039) (Statute of Limitations Defense)*

    Response Deadline: April 16, 2010

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

4.  *Motion for an Order in Aid of Making a Final Distribution Under Confirmed Reorganization Plan (Docket No. 23098)*

    Response Deadline: April 23, 2010

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Motion.

Dated: April 28, 2010

SMITH HULSEY & BUSEY

By *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00698589}                                             2