UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                             )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                     Chapter 11
      Reorganized Debtors.         )        Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Reinaldo Perez (Docket No. 23128) was furnished by mail on April 28, 2010, to Daniel K. Bandklayder, 9350 S. Dixie Highway, Suite 1560, Miami, Florida 33156.

Dated: April 28, 2010

          SMITH HULSEY & BUSEY

          By    *s/ Leanne McKnight Prendergast*
              Leanne McKnight Prendergast

          Florida Bar Number 59544
          225 Water Street, Suite 1800
          Jacksonville, Florida 32202
          (904) 359-7700
          (904) 359-7708 (facsimile)
          lprendergast@smithhulsey.com

          Counsel for Reorganized Debtors

00701830