UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER GRANTING REORGANIZED DEBTORS' MOTION FOR AN ORDER IN AID OF MAKING A FINAL DISTRIBUTION UNDER CONFIRMED REORGANIZATION PLAN

This case came before the Court for hearing on April 28, 2010, on the Reorganized Debtors' Motion for an Order in Aid of Making a Final Distribution Under Confirmed Reorganization Plan (Docket No. 23098) (the "Motion"). Upon the record of the hearing and adequate notice of the Motion having been provided, and it appearing that the requested Winddown Deadlines[1] as amended below are necessary for the consummation of the Reorganized Debtors' plan of reorganization within the meaning of 11 U.S.C. 1142(b) and 105(a), and Bankruptcy Rule 3020(d); it is

ORDERED:

1.   The Motion is granted.

---

[1] Capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Motion.

2. June 2, 2010 will be the deadline for Employee Claimants to pay Winn-Dixie estimated taxes in order to receive the mid-June distribution of Common Stock.

3. On or about May 31, 2011, any shares that have not been delivered in the initial or any subsequent distributions or Net Distributions as provided for in the Motion will either, at Winn-Dixie's option and in its sole discretion, (i) revert to the Common Stock Reserve subject to the provisions of the Plan, or (ii) be distributed to Employee Claimants less the number of shares equal in value to the taxes due to taxing authorities, with those shares to be delivered to Winn-Dixie to compensate it for the satisfaction of such tax obligations as calculated by Winn-Dixie.

4. The Court shall retain jurisdiction to hear any disputes arising under this Order.

Dated this 28 day of APRIL, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Cynthia C. Jackson

[Cynthia C. Jackson is directed to serve a cop of the order on the limited service list and file a proof of service.]

00701833