UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                        Chapter 11
          Reorganized Debtors.           )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Mary Nell Smith (Docket No. 23131) was furnished by mail on April 29, 2010, to Sumeet Kaul, Morgan & Morgan Attorneys, 1 Tampa City Center, Florida 7, Tampa, Florida 33602.

Dated: April 29, 2010

SMITH HULSEY & BUSEY


By     *s/ Leanne McKnight Prendergast*
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00702138