# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )        Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )        Chapter 11

                Reorganized Debtors.      )        Jointly Administered

---

## ORDER SUSTAINING DEBTORS' OBJECTION TO THE
## ADMINISTRATIVE CLAIM OF KATHY PETERSON

This case came before the Court for hearing on April 28, 2010, on the Debtors' Objection to the Administrative Claim of Kathy Peterson (Docket No. 23039). Upon the evidence presented at the hearing, the Court finds that:

1.      Kathy Peterson (the "Claimant") filed an application for administrative expense based upon a negligence claim that arose on March 23, 2006, at a Winn-Dixie Store in Jacksonville, Florida (Docket No. 13891) (the "Administrative Claim").

2.      Section 95.11(3)(a), Florida Statutes, requires that an action founded on negligence must be brought within four years.

3.      Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the claim. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4.      Because the claim arose on March 23, 2006, the Claimant was required under Florida law to commence the prosecution of a civil action by March 23, 2010, to preserve the claim for statute of limitations purposes.

5.      Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and the claim must be disallowed.  Upon the foregoing, it is

ORDERED:

1.      The Objection is sustained.

2.      The Administrative Claim filed by the Claimant (Docket No. 13891) is disallowed.

Dated this 28 day of APRIL, 2010, in Jacksonville, Florida.


_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

# CERTIFICATE OF NOTICE

```
District/off: 113A-3        User: pcathy          Page 1 of 1             Date Rcvd: Apr 29, 2010
Case: 05-03817              Form ID: pdfdoc       Total Noticed: 1
```

The following entities were noticed by first class mail on May 01, 2010.
```
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,    Suite 1800,
              Jacksonville, FL 32202-4494
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 01, 2010**            **Signature:**