**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**PROPERTY APPRAISERS' RESPONSE TO
MOTION FOR ORDER DIRECTING MEDIATION AND
OBJECTION TO DEBTOR'S PROPOSED ORDER**

Respondents, the Property Appraisers of Alachua, Citrus, Indian River, Monroe, Okaloosa, and Sarasota counties, respond to Debtor's Motion for Order Directing Mediation and Appointing Mediators and state as follows:

1. On April 19, 2010, Debtor Winn-Dixie Stores, Inc. filed a Motion for Order Directing Mediation and Appointing Mediator.

2. Winn-Dixie also sent the Court a proposed Order Directing Mediation and Appointing Mediator. Paragraphs 5 and 6 of that Order required all of the subject county Tax Collectors and Property Appraisers for 54 counties to attend the mediation in person or to send a representative with full authority to settle.

3. The above Property Appraisers object to this requirement because they are concerned that requiring the attendance of 108 individual respondents plus their counsel will dilute the effectiveness of the mediation.

4. From a practical standpoint, it will be very difficult to find a location large enough to provide space for these 108 parties and their counsel, not to mention Winn-Dixie and

its counsel, to meet and caucus. It will also likely be very difficult to find a date on which all of these parties, who are elected officials, will be available for a mediation.

5.  More importantly, however, assuming that we can find an acceptable date and location that would accommodate all of these parties, the presence of so many parties would not promote a meaningful settlement discussion and would tend to discourage free and open communication among the litigants.

WHEREFORE, the above six Property Appraisers object to the proposed Order submitted by Winn-Dixie and respectfully request that the Court's Order Directing Mediation allow the 108 county Tax Collectors and Property Appraisers the option to appear through counsel, as long as they make themselves available for consultation by telephone during the course of the mediation.

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida 34230
Phone: (941) 952-1070
Fax: (941) 952-1094
E-mail: sjohnson@dentjohnson.com


 /s/ SHERRI L. JOHNSON
SHERRI L. JOHNSON
Florida Bar No. 0134775


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission or by U.S. first class mail, postage pre-paid on this 3rd day of May, 2010 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY  10036<br>Tel:  212-735-3000<br><br>Smith Hulsey & Busey<br>Allan E. Wulbern, Esq.<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL  32202 |
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Brevard County Tax Collector's Office<br>Post Office Box 2500<br>Titusville, FL  32781<br>Tel:  321-264-6930<br><br>Brian T. FitzGerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, FL  33601-1110<br>Tel:  813-272-5670 |
| United States Trustee | Kenneth C. Meeker, Esq.<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL  32801<br>Tel:  407-648-6301 |
| Official Committee of Unsecured Creditors | Akerman Senterfitt<br>John B. MacDonald, Esq.<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL  32202<br>Tel:  904-798-3700<br><br>Milbank, Tweed, Hadley & McCloy, LLP<br>Matthew S. Barr, Esq.<br>One Chase Manhattan Plaza<br>New York, NY  10005<br>Tel:  212-530-5000 |

| | |
|---|---|
| Lori Parrish, CFA<br>Broward County Property Appraiser | Ronald M. Gunzburger, Esq.<br>General Counsel<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Fort Lauderdale, FL  33301<br>Tel:  954-357-6804 |
| Bill Donegan, CFA<br>Orange County Property Appraiser<br>&<br>Jim Ford, CFA<br>Brevard County Property Appraiser | Bart R. Valdes, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>500 N. West Shore Blvd., Suite 940<br>Tampa, FL  33609<br>Tel:  813-288-9650 |
| | Kenneth P. Hazouri, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>332 North Magnolia Avenue<br>P.O. Box 87<br>Orlando, FL  32802-0087<br>Tel:  407-422-2454 |
| Marsha M. Faux, CFA, ASA<br>Polk County Property Appraiser | Michael D. Martin, Esq.<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL  33802-0367<br>Tel:  863-686-6700 |
| Property Appraisers of Collier, Hendry,<br>Hernando, Lake, Levy, Martin,<br>Miami-Dade, Palm Beach, Seminole,<br>St. Johns, Sumter & Volusia Counties | Gaylord A. Wood, Jr., Esq.<br>Law Offices of Wood & Stuart, P.A.<br>P.O. Box 1987<br>Bunnell, FL  32110-1987<br>Tel:  386-437-9400 |
| Jim Smith<br>Pinellas County Property Appraiser | Christina M. LeBlanc, Esq.<br>Senior Assistant County Attorney<br>315 Court Street, Sixth Floor<br>Clearwater, FL  33764<br>Tel:  727-464-3354 |

4

| | |
|---|---|
| Property Appraisers of Santa Rosa, Madison, Escambia and Jefferson Counties | Thomas Findley, Esq.<br>C. Sha'ron James, Esq.<br>Messer, Caparello & Self, P.A.<br>2618 Centennial Place<br>P.O. Box 15579<br>Tallahassee, FL  32317<br>Tel:  850-222-0720 |
| Property Appraisers of Baker, Bradford, Columbia, Clay, DeSoto, Flagler, Gadsen, Hardee, Highlands, Hillsborough, Jackson, Leon, Marion, Nassau, Okeechobee, Osceola, Putnam, Suwannee, Taylor, Wakulla, Walton & Washington Counties | Loren E. Levy, Esq.<br>The Levy Law Firm<br>1828 Riggins Lane<br>Tallahassee, FL 32308<br>Tel:  850-219-0220 |
| | Charles R. Forman, Esq.<br>Forman, Hanratty & Montgomery<br>320 N.W. Third Avenue<br>Ocala, FL  34475<br>Tel: 352-732-3915 |
| Property Appraiser of Manatee County | Charles E. Hackney<br>915 4th Avenue West<br>Bradenton, FL  34205<br>Tel:  941-748-8208 |
| Property Appraiser of Charlotte County | Frank Desguin<br>18500 Murdock Circle<br>Port Charlotte, FL  33948<br>Tel: 941-743-1498 |

                    DENT & JOHNSON, CHARTERED
                    3415 Magic Oak Lane
                    Post Office Box 3259
                    Sarasota, Florida  34230
                    Phone:  (941) 952-1070
                    Fax:    (941) 952-1094
                    E-mail:  sjohnson@dentjohnson.com

                     /s/ SHERRI L. JOHNSON
                    SHERRI L. JOHNSON
                    Florida Bar No. 0134775

Y:\p54-6272\Response to Motion for Mediation.doc