**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: **05-03817-3F1** |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### 26 PROPERTY APPRAISERS' RESPONSE TO DEBTOR'S MOTION FOR ORDER DIRECTING MEDIATION AND APPOINTING MEDIATOR AND OBJECTION TO DEBTOR'S PROPOSED ORDER

Respondents, the Property Appraisers of Baker, Bay, Bradford, Clay, Columbia, DeSoto, Flagler, Gadsden, Hardee, Highlands, Hillsborough, Jackson, Lee, Leon, Marion, Nassau, Okeechobee, Osceola, Pasco, Putnam, St. Lucie, Suwannee, Taylor, Wakulla, Walton, Washington (collectively "26 Florida Property Appraisers"), by and through the undersigned counsel, hereby respond to Winn-Dixie Stores, Inc.'s Motion for Order Directing Mediation and Appointing Mediator, and state as follows:

1. On April 19, 2010, Winn-Dixie Stores, Inc. ("Debtor"), filed a Motion for Order Directing Mediation and Appointing Mediator (Docket No. 23109) ("Motion").

2. On April 30, 2010, the Debtor submitted to this Court a proposed order granting its Motion (Docket No. 23148) ("Proposed Order"). The Proposed Order requires that the above-referenced Property Appraisers, or their representatives, personally attend the mediation.

3. The above-referenced Property Appraisers have no objection to participating in mediation. However, the Property Appraisers object to the Proposed Order to the extent that it requires them, or their representatives, to personally attend the mediation.

4. Personal attendance by the Property Appraisers, or their representatives, is not designed to lead to a successful mediation. In addition to the costs involved, personal appearance by fifty-four Property Appraisers and fifty-four Tax Collectors, or their representatives, would not be conducive to a meaningful settlement discussion between the parties.

WHEREFORE, 26 Florida Property Appraisers, object to the Proposed Order submitted by the Debtor to the extent it requires them, or their representatives, to personally attend the mediation and respectfully request that this Court enter an order directing mediation which allows them to be available to consult with undersigned counsel regarding any proposed settlement offers either in person, by telephone, or through a committee of representatives,

Dated: May 3, 2010

By */s/ Loren E. Levy*
Loren E. Levy, Esq.
Fla. Bar No. 0814441
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308
Phone: (850) 219-0220
Facsimile: (850) 219-0177
levylawfirm@comcast.net

Counsel for Florida Property Appraisers of Baker, Bay, Bradford, Clay, Columbia, DeSoto, Flagler, Gadsden, Hardee, Highlands, Hillsborough, Jackson, Lee, Leon, Marion, Nassau, Okeechobee, Osceola, Pasco, Putnam, St. Lucie, Suwannee, Taylor, Wakulla, Walton, and Washington Counties.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by *Notice of Electronic Filing* on this **3rd** day of May, 2010, to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | D.J. Baker, Esq.<br>Skadden, Arps, Slate, Meagher & Flom, LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: 212-735-3000<br>djbaker@skadden.com<br><br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800,<br>Jacksonville, FL 32201<br>Tel: 904-359-7700<br>cjackson@smithhulsey.com |
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Brevard County Tax Collector<br>P.O. Box 2550<br>Titusville, FL 32781<br>Tel: 321-225-3046<br>Brian.Hanlon@BrevardTaxCollector.com<br><br>Brian T. FitzGerald, Esq.<br>Senior Assistant County Attorney<br>Hillsborough County Attorney's Office<br>P.O. Box 1110<br>Tampa, FL 33601<br>Tel: 813-272-5670<br>fitzgeraldb@hillsboroughcounty.org |
| United States Trustee | Kenneth C. Meeker<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL 32801<br>Tel: 407-648-6301<br>ken.meeker@usdoj.gov |

| | |
|---|---|
| Official Committee of<br>Unsecured Creditors | John B. Macdonald, Esq.<br>Akerman Senterfitt<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL 32202<br>Tel: 904-798-3700<br>john.macdonald@akerman.com |
| Lori Parrish, CFA<br>Broward County Property Appraiser | Ronald M. Gunzburger, Esq.<br>General Counsel<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Fort Lauderdale, FL 33301<br>Tel: 954-357-6804<br>ron@bcpa.net |
| Bill Donegan, CFA<br>Orange County Property Appraiser<br>&<br>Jim Ford, CFA<br>Brevard County Property Appraiser | Bart R. Valdes, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>609 W. Horatio Street<br>Tampa, FL 33606<br>Tel: 813-251-5825<br>brv11@dbksmn.com |
| Marsha M. Faux, CFA,<br>Polk County Property Appraiser | Michael D. Martin, Esq.<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL 33802-0367<br>Tel: 863-686-6700<br>mike@martinpa.com |
| Property Appraisers of Collier, Hendry,<br>Hernando, Lake, Levy, Martin,<br>Miami-Dade, Palm Beach, Seminole,<br>St. Johns, Sumter and Volusia Counties | Gaylord A. Wood, Jr., Esq.<br>Wood & Stuart, P.A.<br>P.O. Box 1987<br>Bunnell, FL 32110-1987<br>Tel: 386-437-9400<br>pleadings@woodstuartpa.com |
| Jim Smith<br>Pinellas County Property Appraiser | Christina M. LeBlanc, Esq.<br>Senior Assistant County Attorney<br>315 Court Street, Sixth Floor<br>Clearwater, FL 33764<br>Tel: 727-464-3354<br>cleblanc@co.pinellas.fl.us |

| | |
|---|---|
| Property Appraisers of Escambia, Jefferson, Madison, and Santa Rosa Counties | Thomas Findley, Esq.<br>C. Sharon James, Esq.<br>Messer, Caparello & Self, P.A.<br>2618 Centennial Place<br>P.O. Box 15579<br>Tallahassee, FL 32317<br>Tel: 850-222-0720<br>tfindley@lawfla.com |
| Property Appraisers of Alachua, Citrus, Indian River, Monroe, Okaloosa, and Sarasota Counties | Sherri L. Johnson, Esq.<br>Dent & Johnson, Chartered<br>3415 Magic Oak Lane<br>P.O. Box 3259<br>Sarasota, Florida 34230<br>Tel: 941-952-1070<br>sjohnson@dentjohnson.com |