UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

                                  Case No.: 3:05-bk-3817-3F1

WINN DIXIE STORES, INC.

        Debtor(s).
_____/

**RESPONSE TO DEBTOR'S MOTION FOR ORDER DIRECTING MEDIATION AND APPOINTING MEDIATOR AND OBJECTION TO DEBTOR'S PROPOSED ORDER**

      Respondents, the Property Appraisers of Escambia, Santa Rosa, Jefferson, Madison and Levy Counties (collectively "Property Appraisers"), by and through the undersigned counsel, hereby respond to Winn-Dixie Stores, Inc.'s Motion for Order Directing Mediation and Appointing Mediator, and state as follows:

      1.     On April 19, 2010, Winn-Dixie Stores, Inc. ("Debtor"), filed a Motion for Order Directing Mediation and Appointing Mediator (Docket No. 23109) ("Motion").

      2.     On April 30, 2010, the Debtor submitted to this Court a proposed order granting its Motion (Docket No. 23148) ("Proposed Order"). The Proposed Order requires that the above-referenced Property Appraisers, or their representatives, personally attend the mediation.

      3.     The above-referenced Property Appraisers have no objection to participating in mediation. However, these Property Appraisers object to the Proposed Order to the extent that it requires personal attendance by the parties.

      4.     Personal attendance by the Property Appraisers, or their representatives, would not be productive. The above-referenced Property Appraisers would provide counsel with the authority to settle and could be available to take phone calls from counsel as the mediation proceeded.

WHEREFORE, the above-referenced Property Appraisers object to the Proposed Order submitted by the Debtor to the extent it requires them, or their representatives, to personally attend the mediation and respectfully request that this Court enter an order directing mediation which allows them to be available to consult with undersigned counsel regarding any proposed settlement.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF Filing to: Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Counsel for Winn-Dixie this 4th day of May, 2010.

                                                                                 s/Thomas M. Findley
ELLIOTT MESSER
Florida Bar No.: 054461
THOMAS M. FINDLEY
Florida Bar No.: 0797855
Messer, Caparello & Self, P.A.
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
Counsel for the Property Appraisers