# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## FLORIDA TAX COLLECTORS REPLY TO WINN-DIXIE'S MOTION FOR ENTRY OF ORDER DIRECTING MEDIATION AND APPOINTING MEDIATOR – (Docket No. 23109)

Florida Tax Collectors object to the Debtors Motion for Entry of an Order Directing Mediation and Appointing Mediator based upon the following:

1. Appointment of Mediator – The appointment of mediator is governed by Local Rule 9019-2(a) which requires that mediators be appointed from a list of attorneys on the Mediation Register. The parties have not stipulated to a mediator. Florida Tax Collectors and Property Appraisers have suggested J.M. Cohen, Esquire who is on the Mediation Register and is experienced and knowledgeable about Florida property tax valuation laws. The Debtors have suggested James A. Helinger, Jr., Esquire who is not on the Mediation Register of this Court or J.M. Cohen, Esquire. Since Mr. Cohen is acceptable to all parties, it seems appropriate to appoint Mr. J.M. Cohen, Esquire, as mediator pursuant to local rule 9019-2(b).

2. In response to paragraph 5(b) on page 2 of the proposed Order, the Florida Tax Collectors have been working on this litigation for the past five (5) years under the coordinated efforts of a three (3) tax collector committee. All communication and

responses/decisions throughout the course of this case have been handled efficiently and effectively. There is no reason to have fifty-five (55) elected officials (tax collectors) and another fifty-five (55) property appraisers or their representatives be ordered to appear in mediation conference when decisions regarding settlement in mediation can be equally addressed by telephone. The concept of ordering one hundred and ten (110) elected officials at a mediation conference is both unworkable and will more likely not assure no resolution is obtained.

3. In Paragraph 6 of the proposed Order should be stricken in its entirety. Mediation is not mandatory and should not be used as strategy to increase costs and expense for no useful purpose.

4. Florida Tax Collectors and the Property Appraisers have offered to attend mediation with the agreement that their clients will be available by phone for consultation and capable of signing off on any resolution within a reasonable amount of business days after mediation. Florida Tax Collectors suggest seven (7) working days is reasonable given the circumstances.

COUNSEL TO
FLORIDA TAX COLLECTORS

By: _____*s/Brian T. Hanlon*_____
      Brian T. Hanlon

Florida Bar Number 0962562
Post Office Box 2500
Titusville, FL 32781-2500
Telephone: (321) 225-3046
Facsimile: (321) 264-6919

## Certificate of Service

I certify that on May 4, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Thomas Findley, Esq.
Messer, Caparello & Self, P.A.
2618 Centennial Place
Tallahassee, Florida 32308

Loren E. Levy, Esq.
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308

Sherri L. Johnson, Esq.
Dent & Johnson, Chartered
Post Office Box 3259
Sarasota, Florida 34230

Gaylord A. Wood, Jr., Esq.
Law Offices of Wood & Stuart, P.A.
Post Office Box 1987
Bunnell, Florida 32110-1987

Kenneth P. Hazouri, Esq.
deBeaubien, Knight, Simmons, et al.
332 North Magnolia Avenue
Orlando, Florida 32801

Christina M. LeBlanc, Esq.
Senior Assistant County Attorney
315 Court Street, Sixth Floor
Clearwater, Florida 33764

Ronald M. Gunzburger, Esq.
Broward County Property Appraiser's Office
115 S. Andrews Avenue, Room 111
Ft. Lauderdale, Florida 33301

Michael D. Martin, Esq.
Martin Law Office
Post Office Box 367
Lakeland, Florida 33802-0367

and a copy has been furnished by mail to:

The Honorable Frank Desguin
Charlotte County Property Appraiser
Murdock Administration Center
18500 Murdock Circle
Port Charlotte, Florida 33948-1076

The Honorable Charles E. Hackney
Manatee County Property Appraiser
915 West 4th Avenue
Bradenton, Florida 34206


_____s/Brian T. Hanlon_____
Attorney

s:\pending litigation\assesment suites-green\cases\winn dixie case no. 05-03817-3f1\pleadings\ojection to motion appointing mediator.doc