**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that a copy of the Debtors' Objection to the Administrative Claim of Teresa Barber and Notice of Hearing (Docket No. 23116) was furnished by mail on May 7, 2010 to John S. Kalil, Esq., Law Offices of John S. Kalil, P.A., 6817 Southpoint Pkwy, Suite 1402, Jacksonville, FL 32216-6298.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00703423