UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS
<u>TO BE HELD ON MAY 26, 2010</u>**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on May 26, 2010 at 1:30 p.m.:

<u>**Contested Matters**</u>

1.  *Debtors' Objection to the Administrative Claim of Teresa Barber (Docket No. 23116) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:         None.

    Status:            The Reorganized Debtors will proceed with the hearing on the Objection.

2.  *Debtors' Objection to the Administrative Claim of Kenya Bell (Docket No. 23117) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:         None.

    Status:            The Reorganized Debtors will proceed with the hearing on the Objection.

3.    *Debtors' Objection to the Administrative Claim of Kwatishea Dorsey (Docket No. 23118) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

4.    *Debtors' Objection to the Administrative Claim of Elsa Estevez (Docket No. 23119) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

5.    *Debtors' Objection to the Administrative Claim of Linda Jean (Docket No. 23120) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

6.    *Debtors' Objection to the Administrative Claim of Evelyn Washington (Docket No. 23122) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

7.  *Debtors' Objection to the Administrative Claim of Diane Wassung (Docket No. 23123) (Statute of Limitations Defense)*

Response Deadline:  Expired.

Responses:  None.

Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

8.  *Debtors' Objection to the Administrative Claim of Wanda Yates (Docket No. 23121) (Statute of Limitations Defense)*

Response Deadline:  Expired.

Responses:  None.

Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: May 25, 2010

SMITH HULSEY & BUSEY

By *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00701554

3