UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al.,   ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors.   ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Thelma Carter (Docket No. 23160) was furnished by mail on May 26, 2010, to Lawrence J. Marraffino, Law Offices of Lawrence J. Marraffino, 3312 W. University Ave, Suite 2, Gainesville, Florida  32607.

Dated: May 26, 2010

SMITH HULSEY & BUSEY


By      *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00706299