**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **June 30, 2010** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion for Relief from Order on Motion by Nancy M. Lee to Enlarge Time to File Application for Administrative Expense Claim (the "Motion") (Docket No. 22811).

Only responses filed and served on Leanne M. Prendergast at lprendergast@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **June 18, 2010** will be considered by the Bankruptcy Court at the hearing. The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

- 2 -

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: May 27, 2010

                        SMITH HULSEY & BUSEY

                        By      *s/ Leanne McKnight Prendergast*
                            Leanne McKnight Prendergast

                        Florida Bar Number 59544
                        225 Water Street, Suite 1800
                        Jacksonville, Florida  32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        lprendergast@smithhulsey.com

                        Counsel for the Reorganized Debtors

00706284.DOC

- 3 -

## Certificate of Service

I certify that a copy of the foregoing has been by mail to Edward P. Jackson, Esq., 255 N. Liberty Street, 1st floor, Jacksonville, Florida 32202.

                                                                      /s/ *Leanne McKnight Prendergast*
                                                                            Attorney

00706284.DOC