**[31607]** [Order Authorizing Destruction of Evidence]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:05−bk−03817−JAF
                                                                                  Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

ORDER AUTHORIZING DESTRUCTION OF EVIDENCE FROM HEARING HELD MAY 26, 2010
(AFFIDAVITS)

   It appears that the Clerk is in possession of exhibits in this case and pursuant to General Order for Disposal of Unclaimed Exhibits entered on February 2, 1999 and Local Rule 9070−1, it is

   ORDERED:

   An interested party shall have thirty (30) days to reclaim the evidence from the Clerk. To the extent that the evidence remains unclaimed, the Clerk is ordered to destroy it without further notice.

   Dated June 1, 2010.

*[signature]*

_____
Jerry A. Funk
United States Bankruptcy Judge

   Copies furnished to:
   Debtors' Attorney