## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Linda Jean (Docket No. 23181) was furnished by mail on June 1, 2010 to Linda Jean, 13671 Northwest 15th Avenue, Miami, FL 33167, Lawrence N. Freshman, Esq., Freshman, Freshman & Traitz, PA, 9155 S. Dadeland Blvd., Suite 1014, Miami, FL 35156 and Dennis J. Levine, Esq., Post Office Box 707, Tampa, FL 33601-0707.

Dated: June 1, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00706869}