## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Elsa Estevez (Docket No. 23180) was furnished by mail on June 1, 2010 to Elsa Estevez, 3748 NW 163 Street, Opa Locka, FL 33054-6322, Iliana D. Ruis, Esq., One Datran Center, Suite 402, 9100 South Dadeland Blvd., Miami, FL 33156 and Robert Wilcox, Esq., 4190 Belfort Road, Suite 315, Jacksonville, FL 32216.

Dated: June 1, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00706875}