IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.          Case No. 3:05-bk-3817-JAF

    Debtors
_____/          Jointly Administered

**NOTICE OF REQUEST FOR**
**REMOVAL FROM ELECTRONIC SERVICE LIST**

    PLEASE TAKE NOTICE that Edward J. Peterson, III hereby requests removal from the CM/ECF service list in the above-referenced Chapter 11 cases.

    DATED: June 2, 2010

    /s/ Edward J. Peterson
    Edward J. Peterson
    Florida Bar No. 0014612
    Stichter Riedel Blain & Prosser, P.A.
    110 East Madison Street, Suite 200
    Tampa, Florida 33602
    (813) 229-0144 – Phone
    (813) 229-1811 – Fax
    epeterson@srbp.com