**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

*In re*:

| | |
|---|---|
| Winn-Dixie Stores, Inc., *et al.*, | Case No. 05-03817-3F1 |
| | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

_____\\

## NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that the undersigned counsel for Diversified Maintenance Systems, Inc. will be unavailable from July 12, 2010 through July 19, 2010 and requests that no hearings, depositions, mediations, or other proceedings requiring the attendance of Counsel be scheduled during this time period.

**I HEREBY CERTIFY** that on the 3rd day of June, 2010, the foregoing was electronically filed and served via the Court's CM/ECF system to: **James H. Post, Esq.**, (jpost@smithhulsey.com) Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

Respectfully Submitted,

/s/ Paul B. Thanasides
Paul B. Thanasides
Florida Bar No. 103039
paul@mcintyrefirm.com
McIntyre, Panzarella, Thanasides,
  Eleff & Hoffman, P.L.
6943 E. Fowler Avenue
Tampa, Florida  33617
T: (813) 899-6059
F: (813) 899-6069
*Counsel for Diversified Maintenance Systems, Inc.*