UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |

## MOTION TO SET ASIDE ORDER SUSTAINING DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF DIANE WASSUNG, MOTION TO RESCHEDULE HEARING, MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, MOTION FOR REHEARING.

**COMES NOW, DIANE WASSUNG**, administrative claimant ("Claimant") (Docket No. 23123), by and through the undersigned counsel, pursuant to the local Rules of the United States Bankruptcy Court of the Middle District of Florida, and hereby moves this Honorable Court to set aside the Order Sustaining Debtors' Objection to the Administrative Claim of Diane Wassung, to reschedule the hearing on Debtors' Objection to the Administrative Claim of Diane Wassung, for reconsideration or, in the alternative, for a rehearing. As support thereof, Claimant states as follows:

1. On January 5, 2007, Claimant filed an application for administrative expense based upon a negligence claim that arose on September 29, 2005 at a Winn-Dixie Store in Crescent City, Florida (Docket No. 14346)(the "Administrative Claim").

2. On November 3, 2008, Claimant filed an action, Diane Wassung v. Winn-Dixie Stores, Inc., Putnam County Circuit Case No. 08-819-CA. This case remains active, discovery is ongoing and Plaintiff's deposition was recently taken.

3. The above-reference civil action was filed well within the four statute of limitation founded on negligence, as provided by Section 95.11(3)(a), Florida Statutes.

4. The undersigned did not receive notice of the hearing or Debtors' Objection to the Administration Claim of Diane Wassung and was not aware of the objection until receipt

of the Order Sustaining Debtors' Objection to the Administrative Claim of Diane Wassung this day.

**WHEREFORE,** the Administrative Claimant, **DIANE WASSUNG**, respectfully requests this Honorable Court Set Aside Order Sustaining Debtors' Objection to the Administrative Claim of Diane Wassung, moves to reschedule the hearing, moves for reconsideration or, in the alternative, moves for rehearing on Debtors' Objection to the Administrative Claim of Diane Wassung.

Respectfully submitted,

**BARNES & COHEN, P.A.**

*/s/ Elizabeth M. Moses*

**ELIZABETH M. MOSES, ESQ.**
Florida Bar No.: 0130850
2747 Art Museum Drive
Jacksonville, Florida 32207
(904) 396-5181 - Office
(904) 396-9008 – Facsimile
**COUNSEL FOR DIANE WASSUNG**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to Leanne McKnight Prendergast, Esquire, of Smith, Hulsey & Busey, P.A., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, by regular U.S. Mail, first class postage prepaid, and by Facsimile to (904) 359-7708, on this 4th day of June, 2010.

*/s/ Elizabeth M. Moses*
Attorney