UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
____Jacksonville____ DIVISION

IN RE:                                                            CHAPTER __11__ CASE

Winn-Dixie Stores, Inc.                                           CASE NO.: ____05-03817-3F1____

                        Debtor(s)
_____/

### CERTIFICATION OF NECESSITY OF REQUEST FOR EMERGENCY HEARING

   I HEREBY CERTIFY, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the matter on an emergency basis.

   I CERTIFY FURTHER that there is a true necessity for an emergency hearing, specifically, because The undersigned did not receive notice of the hearing on Debtors'

Objection to the Administrative Claim of Diane Wassung and was not aware of the

objection until receipt of the Order disallowing the claim.  The information upon which

Debtors' objection is based is incorrect as Claimant filed civil action within 4 yr. SOL.

   I CERTIFY FURTHER that the necessity of this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by circumstances beyond my control or that of my client.  I further certify that this motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

   DATED this ___7___ day of _____June_____, __2010__.

                                                                        _____
                                                                        (Signature)

                                                                        Rebecca Cozart, Esquire
                                                                        (Typed Name)

                                                                        (904) 396-5181
                                                                        (Telephone Number)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Leanne McKnight Prendergast, Esquire, of Smith, Hulsey & Busey, P.A., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, by regular U.S. Mail, first class postage prepaid, and by Facsimile to (904) 359-7708, on this 7th day of June, 2010.

_____
Attorney