# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## AGREED ORDER ON THE MOTION TO SET ASIDE ORDER SUSTAINING DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF DIANE WASSUNG

These cases are before the Court upon the motion of the Motion to Set Aside the Order Sustaining Debtors' Objection to the Administrative Claim of Diane Wassung (the "Motion") (Docket No. 23203). Based upon the consent of the parties, it is

ORDERED AND ADJUDGED:

1. The Motion is granted.

2. The Order Sustaining Debtors' Objection to the Administrative Claim of Diane Wassung (Docket No. 23183) entered in these cases on May 26, 2010 is vacated.

Dated this ___8___ day of June, 2010, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Claimant and file a proof of service.]

Agreed Order - Diane Wassung (00707808)

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By *[signature]*
Leanne McKnight Prendergast

Florida Bar Number 0059544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors


BARNES & COHEN, P.A.

By *[signature]*
Elizabeth M. Moses

Florida Bar Bo. 0130850
2747 Art Museum Drive
Jacksonville, Florida 32207
(904) 396-5181
(904) 396-9008 (facsimile)
lmoses@bbcjustice.com

Counsel for Diane Wassung

Agreed Order - Diane Wassung (00707808)