UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )         Case No. 05-03817-3F1
                                                             Chapter 11
          Reorganized Debtors.                 )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Maria Martinez (Docket No. 23209) was furnished by mail on June 10, 2010, to Andres Montero, Suarez & Montero L.L.C., 351 NW Le June Road, Suite 202, Miami, Florida 33126.

Dated: June 10, 2010

                                              SMITH HULSEY & BUSEY


                                              By     *s/ Leanne McKnight Prendergast*
                                                     Leanne McKnight Prendergast

                                              Florida Bar Number 59544
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              lprendergast@smithhulsey.com

                                              Counsel for Reorganized Debtors

00708333