UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Case No. 05-03817-3F1 |
| | | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order on the Motion to Set Aside Order Sustaining Debtors' Objection to the Administrative Claim of Diane Wassung (Docket No. 23208) was furnished by mail on June 10, 2010, to Elizabeth M. Moses, Barnes and Cohen, P.A., 2747 Art Museum Drive, Jacksonville, Florida 32207.

Dated: June 10, 2010

SMITH HULSEY & BUSEY

By   *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00708335}