UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

      Reorganized Debtors.

_____/

Case No.: 05-03817-3F1
Chapter 11
Jointly Administered.

**RESPONSE TO DEBTORS' OBJECTION TO
THE ADMINISTRATIVE CLAIM OF SUSAN ACOSTA**

COMES NOW, Susan Acosta, by and through undersigned counsel, and hereby responds to the Debtors' Objection to the Administrative Claim of Susan Acosta and states:

1. Winn Dixie, Inc. was negligent in the maintenance and the supervision of its employees who stood by and waited without calling for help when the claimant was mugged and beaten at the doorway of its store located in a high-crime area of St. Petersburg, Florida, resulting in injuries sustained by Susan Acosta.

2. Although the claim amount is in dispute, this Court has the authority to fashion an equitable remedy regarding Ms. Acosta's injuries.

3. The claim of Ms. Acosta arose after the date of filing of the Chapter 11 case by the Reorganized Debtors. Therefore, Ms. Acosta's claim should be allowed as an administrative claim. *See Reading Co. v. Brown*, 391 U.S. 471, 484-85 (1968).

4. The statute of limitations is not barred because the claim arose after the automatic stay was imposed under 11 U.S.C. Section 362.

5. The statute of limitation regarding Ms. Acosta's state tort claim was and continues to be tolled under 11 U.S.C. Section 108(c).

WHEREFORE, Susan Acosta requests this Honorable Court to overrule the Debtors' Objection to the Administrative Claim of Susan Acosta and grant such other and further relief as the Court deems just and proper.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished either electronically or by regular U.S. Mail to: Leanne McKnight Prendergast, Smith Hulsey & Busey, Counsel for Reorganized Debtors, 225 Water Street, Ste. 1800, Jacksonville, FL 32202 and Susan Acosta, 4222 9th Street North, St. Petersburg, FL 33703 on this 14th day of June, 2010.

    REISSMAN & BLANCHARD, P.A.

    Marshall G. Reissman, Esquire
    FBN: 0310085
    Jake C. Blanchard, Esquire
    FBN: 0055438
    Attorney for Debtor
    5150 Central Avenue
    St. Petersburg, FL  33707
    Telephone:  (727) 322-1999
    Facsimile:  (727) 327-7999
    scg