UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          )         Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., et al.,   )         *Chapter 11*

       Reorganized Debtors.             )         Jointly Administered

### NOTICE OF OMNIBUS HEARING SCHEDULE

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Court has scheduled omnibus hearings in these cases on the following dates:

1. Wednesday, August 25, 2010 @ 1:30 p.m.;

2. Wednesday, October 27, 2010 @ 1:30 p.m.; and

3. Wednesday, December 15, 2010 @ 9:30 a.m.

Any interested party who wants a motion heard by the Court at one of these hearings must comply with the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings

- 2 -

(Docket No. 254) as well as this Court's Amended Initial Order upon Transfer of Venue (Docket No. 762).

Dated: June 14, 2010

SMITH HULSEY & BUSEY

By   *s/ Cynthia C. Jackson*
     Stephen D. Busey
     James H. Post
     Cynthia C. Jackson

Florida Bar Number 498882
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
cjackson@smithhulsey.com

Counsel for Reorganized Debtors

00681627