UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,           )         Case No. 05-03817-3F1
                                                              Chapter 11
            Reorganized Debtors.              )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claims filed by Herman Hautau and Margie Hautau (Docket No. 23219) was furnished by mail on June 16, 2010, to R. Brent Cueria, 634 Cardonelet Street, Suite 1, New Orleans, LA 70130.

Dated: June 16, 2010

                                                SMITH HULSEY & BUSEY


                                                By     *s/ Leanne McKnight Prendergast*
                                                       Leanne McKnight Prendergast

                                                Florida Bar Number 59544
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida  32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                lprendergast@smithhulsey.com

                                                Counsel for Reorganized Debtors

{00709394}