UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONFILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## OLGA ROMAN'S RESPONSE TO DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF OLGA ROMAN

Olga Roman, through counsel files this Response To Debtors' Objection To The Administrative Claim of Olga Roman and in support states:

1. On May 7, 2006, Olga Roman was injured at a Winn-Dixie store located at 14655 S.W. 104 Street in Miami, Florida.

2. A Complaint (lawsuit) was filed in the Miami-Dade Circuit Court on April 16, 2010. A copy is enclosed.,

3. Thus, the Debtors' Objection that the four year Statute Of Limitations expired is without merit and the objection should be overruled.

4. A copy of this Response is being faxed to Leanne McKnight Prendergast, Esquire so she will consider withdrawing the pending objection which asserts the Statute Of Limitations expired.

WHEREFORE, OLGA ROMAN, seeks an Order overruling the objection based on the Statute of Limitations.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by facsimile and U.S. Mail to: Leanne McKnight Prendergast, Esquire, 222 Water Street, Suite 1800, Jacksonville, FL 32202 and Robert Wilcox, Esquire, 4190 Belford Road, Suite 315, Jacksonville, FL 32216 this _1st_ day of June, 2010.

BY: GREGG R. SCHWARTZ

LAW OFFICES OF
GREGG R. SCHWARTZ, P.A.
ATTORNEYS FOR PLAINTIFF
9100 S. Dadeland Blvd., #1121
Miami, FL 33156
Tel: (305) 670-1460 / Fax: (305)670-1464


WILCOX LAW FIRM

Dated: June 16, 2010

By: /s/ Robert Wilcox
Robert D. Wilcox
Florida Bar No. 755168
Enterprise Park
4190 Belfort Road, Suite 315
Jacksonville, Florida 32216
Telephone: 904-281-0700
Facsimile: 904-513-9201
Email: rwilcox@wilcoxlawfirm.com

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO. 10-22909 CA 23

Florida Bar No.: 386110

OLGA ROMAN,

Plaintiff,

v.

WINN DIXIE STORES, INC.,

Defendant.

_____/

THE ORIGINAL FILED
IN THE OFFICE OF THE CLERK
LOC # 28
CIRCUIT & COUNTY COURTS
DADE COUNTY FLORIDA
ON APR 16 2010

## COMPLAINT

Plaintiff, OLGA ROMAN, by and through undersigned counsel, sues Defendant, WINN DIXIE STORES, INC., and alleges:

1. This is an action for damages in excess of $15,000 exclusive of costs and interest.

2. At all times material hereto, Plaintiff, OLGA ROMAN, was a natural person and resident of Miami-Dade County, Florida.

3. On or about May 7, 2006, Defendant, WINN DIXIE STORES, INC. (hereinafter "Defendant"), owned, was in possession and maintained a Winn-Dixie grocery store 14655 S.W. 104 Street, in Miami, Florida (hereinafter "The Premises").

4. At that time and place Plaintiff, OLGA ROMAN (herein after "Plaintiff"), went onto the property, as a business invitee, to shop at the WINN DIXIE STORES, INC.

5. On May 7, 2006, Olga Roman fell on a slippery foreign substance in one of the shopping isles.

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.

6. Defendant negligently maintained the Premises by:

   a. Failing to maintain the premises in a reasonably safe condition by creating and/or permitting an unreasonably dangerous, hazardous and unsafe condition to exist on the premises;

   b. Failing to maintain the area surrounding the premises in a reasonably safe condition by creating and/or permitting an unreasonably dangerous, hazardous and unsafe condition to exist on the premises;

   c. Failing to take reasonable measures to monitor and inspect the premises;

   d. Failing to warn the Plaintiff of the latent and/or concealed perils on the premises;

   e. Failing to warn the Plaintiff of hazardous, dangerous and/or unsafe conditions on the premises;

   f. Creating hazardous, dangerous and/or unsafe conditions on the premises.

   g. Failing to correct hazardous, dangerous and/or unsafe conditions on the premises;

   h. Failing to protect the Plaintiff by taking all reasonable measures to correct the hazardous, dangerous and/or unsafe conditions on the premises;

   i. Failing to train, supervise and oversee the acts of its employees and/or agents, and/or lessees.

7. As a result of the aforementioned negligence of the Defendant, Plaintiff was caused to fall on the Premises.

8. The negligent condition was known to the Defendant or had existed for a sufficient length of time so that Defendant should have known of it.

**LAW OFFICES OF GREGG R. SCHWARTZ, P.A.**

9. As a result Plaintiff was injured in and about her body and extremities, suffered pain therefrom, incurred medical expense in the treatment of the injuries, and suffered physical handicap, and her working ability was impaired; the injuries are either permanent or continuing in nature and Plaintiff will suffer the losses and impairment in the future.

WHEREFORE, Plaintiff, OLGA ROMAN, demands judgment against Defendant, WINN DIXIE STORES, INC., together with all costs of the action, interest and such other additional relief as this Court may deem appropriate.

### DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable as a matter of right.

DATED: April 15, 2010.

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.
One Datran Center-Suite 1121
9100 S. Dadeland Blvd.
Miami, Fl 33156
Tel: (305) 670-1460 / Fax: (305) 670-1464

BY: _____
GREGG R. SCHWARTZ