UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In Re: | CASE NO.: 05-03817 3F |
| WINN-DIXIE STORES, INC., et al., | CHAPTER 11 |
| Reorganized Debtors. _____/ | JOINTLY ADMINISTERED |

## CORRECTED
## DESIGNATION AND CONSENT TO ACT AS LOCAL COUNSEL

I, Robert Wilcox, an attorney qualified to practice in this court, consent to designation as local attorney for Gregg R. Schwartz, and agree to serve as designee with whom the court and opposing counsel may communicate regarding this case, and upon whom papers shall be served in accordance with Local Rule 2090-1(c)(1).

## REQUEST FOR FUTURE NOTICE

Ms. Roman requests that all future pleadings and notices regarding or affecting Claim No. 14360 be served upon both the undersigned and:

LAW OFFICES OF GREGG R. SCHWARTZ, P.A.
Gregg R. Schwartz, Esq.
One Datran Center - Suite 1121
9100 S. Dadeland Blvd.
Miami, FL 33156

Dated: June 17, 2010

WILCOX LAW FIRM
/s/ *Robert Wilcox*
Robert D. Wilcox
Florida Bar No. 755168
Felecia L. Falana
Florida Bar No. 0022356

Enterprise Park
4190 Belfort Road, Suite 315
Jacksonville, Florida 32216
Telephone: 904-281-0700
Facsimile: 904-513-9201
Email: rwilcox@wilcoxlawfirm.com