# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | |
| ) | *Chapter 11* |
| Reorganized Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## NOTICE OF WITHDRAWAL

Debtors hereby withdraw the Objection to the Administrative Claim of Olga Roman (the "Objection") [Docket No. 23167]. The hearing on the Objection scheduled for June 30, 2010, is cancelled.

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

2

## **Certificate of Service**

I certify that a copy of the foregoing has been furnished by mail to Olga Roman, 13910 Southwest 102 Lane, Miami, FL 33196, Gregg Schwartz, Esq., 9100 S. Dadeland Blvd., Suite 1121, Miami, FL 33156 and Robert Wilcox, Esq., 4190 Belford Road, Suite 315, Jacksonville, FL 32216 on the 16th day of June, 2010.

    *s/ Leanne McKnight Prendergast*
    Attorney

00709603.DOC