IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.                    Case No. 3:05-bk-3817-JAF

Debtors

_____/            Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL**
**FROM ELECTRONIC SERVICE LIST**

    PLEASE TAKE NOTICE that Stephen N. Montalto, Esquire requests removal from the CM/ECF service list in the above-referenced Chapter 11 cases.

    Respectfully submitted this 16th day of June, 2010.

GAEBE, MULLEN, ANTONELLI, & DIMATTEO
420 S. Dixie Highway, Third Floor
Coral Gables, Florida  33146
Telephone Number:  (305) 667-0223
Facsimile Number: (305) 284-9844
Email:  smontalto@gaebemullen.com

BY:___/s/ Stephen N. Montalto_____
     STEPHEN N. MONTALTO, ESQUIRE
     FLORIDA BAR NUMBER 182818