**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 |
| | ) |
| WINN-DIXIE STORES, INC., *et al.*, | ) *Chapter 11* |
| | ) |
| Reorganized Debtors. | ) Jointly Administered |
| | ) |

**CERTIFICATE OF NECESSITY TO
SUPPORT REQUEST FOR EMERGENCY HEARING**

The undersigned attorney for the debtor certifies as follows:

1. I am a member of the Bar of this Court. I have carefully examined the Debtors' Motion to Continue Hearing the Debtors' Objection to the Administrative Claim of Wanda Yates and Wanda Yates' Motion to Allow Late Filed Claim (Doc. No. 23231; the "Motion") and, to the best of my knowledge, information, and belief, formed after reasonable inquiry, each of the allegations in the Motion is well grounded in fact and each contention is warranted by existing law. The Motion is not interposed for any improper purpose and is not filed to harass or to increase the cost of litigation. There is just cause to request the Court's consideration of the matter on an emergency basis.

2. Consistent with the statements that have been made in the previous paragraph, and as set forth more specifically in the Motion, the reasons why the Motion must be heard on an emergency basis are that Wanda Yates (the "Claimant") took discovery less than three business days before the hearing which raises additional issues previously unknown to Winn-Dixie and unasserted by the Claimant. Winn-Dixie did not object to the Claimant's taking this discovery on less then twenty-four hours notice so that the Claimant would be afforded the opportunity to complete discovery to fully prepare her case before the June 30, 2010 hearing. Based upon the new issues raised by

Claimant's last minute discovery, Winn-Dixie needs to take discovery in order to fully prepare for the June 30, 2010 hearing. Claimant has refused to agree to a continuance of the June 30, 2010 hearing to provide time for Winn-Dixie to complete its discovery.

3. Consistent with the matters I have certified in the previous paragraph, I believe that the Debtors will suffer irreparable harm if the emergency hearing is not granted.

4. As a member of the Bar, I state that the necessity of the emergency hearing has not been caused by lack of due diligence on my part and is brought only by circumstances beyond my or the Debtors' control.

5. I have filed this motion with the full understanding of Rule 9011, Bankruptcy Rules of Procedure, and the consequences of non-compliance with that Rule have been explained fully to the Debtors.

DATED:   June 29, 2010

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Reorganized Debtors

00711210