UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors, *et al.*, ) | Jointly Administered |
| ) | |

**ORDER CONTINUING HEARING ON THE DEBTORS'
OBJECTION TO THE ADMINISTRATIVE CLAIM OF WANDA YATES
AND WANDA YATES' MOTION TO ALLOW A LATE FILED CLAIM**

This case is before the Court upon the Debtors' Motion to Continue the Hearing on the Objection to the Administrative Claim of Wanda Yates and Wanda Yates Motion to Allow Late File Claim(s) (Docket No. 23231) (the "Motion to Continue"). Upon consideration, it is

ORDERED:

1. The Motion to Continue is granted.

2. The hearing on (i) the Debtors' Objection to the Administrative Claim of Wanda Yates (Docket No. 23121) and (ii) Wanda Yates' Motion to Allow Late Filed Claim (Docket No. 23032), currently scheduled for June 30, 2010 at 1:30 p.m., is continued to SEPTEMBER 30, 2010 at 9:30 AM in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

Dated this 29 day of June, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge