UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON JUNE 30, 2010**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on June 30, 2010 at 1:30 p.m.:

**Contested Matters**

1. *Debtors' Objection to the Administrative Claim of Dieutafait Pierre (Docket No. 23162) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

2. *Debtors' Objection to the Administrative Claim of Jarris Alexander (Docket No. 23163) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

3.  *Debtors' Objection to the Administrative Claim of Joseph Callari (Docket No. 23164) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

4.  *Debtors' Objection to the Administrative Claim of Katherine Marie Dawson (Docket No. 23165) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5.  *Debtors' Objection to the Administrative Claim of Marie Eugene (Docket No. 23166) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

6.  *Debtors' Objection to the Administrative Claim of Olivia Pierre (Docket No. 23168) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of Rosa Glenn (Docket No. 23169) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Debtors' Objection to the Administrative Claim of Sharon Robinson (Docket No. 23170) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

9. *Debtors' Objection to the Administrative Claim of Sheila Bessent (Docket No. 23171) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Objection to the Administrative Claim of Theia Townsend (Docket No. 23173) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

11. *Debtors' Objection to the Administrative Claim of Laura Cook (Docket No. 23175) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

12. *Debtors' Objection to the Administrative Claim of Susan Acosta (Docket No. 23172) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  Susan Acosta (Docket No. 23214)

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

13. *Debtors' Objection to the Administrative Claim of Wanda Yates (Docket No. 23032) (Statute of Limitations Defense) and Wanda Yates Motion to Allow a Late Administrative Claim*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors have been informed that the Objection will be continued; the Court will issue an order of continuance.

14. *Motion for Relief from Order on Motion by Nancy M. Lee to Enlarge Time to File Application for Administrative Expense Claim (Docket No. 22811) and Debtors' Objection to the Motion by Nancy M. Lee to Enlarge Time to File Application for Administrative Expense Claim Docket No. 23220) (statute of limitations defense)*

   Response Deadline:  Expired.

   Responses:  Winn-Dixie Stores, Inc. (Docket No. 23220)

   Reply:  Nancy Lee (Docket No. 23230)

   Status:  The Reorganized Debtors have been informed that the Movant will proceed with the hearing on the Motion.

Dated: June 29, 2010

                                              SMITH HULSEY & BUSEY

                                              By *s/ Leanne McKnight Prendergast*
                                                  Leanne McKnight Prendergast

                                            Florida Bar Number 59544
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida 32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            lprendergast@smithhulsey.com

                                            Counsel for Reorganized Debtors

00709674.DOC