[3902] [Notice of Cancellation and Rescheduling]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                    Case No. 3:05−bk−03817−JAF
                                                                          Chapter 11

Winn−Dixie Stores, Inc




_____Debtor(s)_____/


NOTICE OF CANCELLATION AND RESCHEDULING

   NOTICE IS GIVEN that a hearing scheduled to be heard in this case on September 30, 2010 at 9:30 a.m. IS RESCHEDULED AND will be held on August 16, 2010 , at 2:30 p.m. , in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida, to consider and act upon the following matter:

   Objection to the Administrative Claim of Wanda Yates and Motion to Allow late filed claim by Wanda Yates

and transact such other business as may properly come before the hearing.

   Dated June 30, 2010.


                                            Lee Ann Bennett, Clerk of Court
                                            300 North Hogan Street Suite 3−350
                                            Jacksonville, FL 32202




   Copies furnished to:
   Interested Parties