UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER SUSTAINING DEBTORS' OBJECTION TO THE
ADMINISTRATIVE CLAIM OF SHARON ROBINSON

This case came before the Court for hearing on June 30, 2010, on the

Debtors' Objection to the Administrative Claim of Sharon Robinson (Docket No.

23170). Upon the evidence presented at the hearing, the Court finds that:

1.    Sharon Robinson (the "Claimant") filed an application for

administrative expense based upon a negligence claim that arose on May 10, 2006,

at a Winn-Dixie Store in Louisiana (Docket No. 14469) (the "Administrative

Claim").

2.    Article 3492, Louisiana Civil Code, requires that an action founded

on delictual actions must be brought within one year.

3.    Claimant has not filed a civil action in the appropriate non-

bankruptcy forum based upon the claim. Filing an Administrative Claim did not

preserve the claim for statute of limitations purposes.

4.    Because the claim arose on May 10, 2006, the Claimant was required under Louisiana law to commence the prosecution of a civil action by May 10, 2007, to preserve the claim for statute of limitations purposes.

5.    Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable presription period, Claimant's cause of action is now time-barred and the claim must be disallowed.  Upon the foregoing, it is

ORDERED:

1.    The Objection is sustained.

2.    The Administrative Claim filed by the Claimant (Docket No. 14469) is disallowed.

Dated this __30__ day of ___JUNE___, 2010, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

{00708914}