**[3902]** [Notice of Cancellation and Rescheduling]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                  Case No. 3:05−bk−03817−JAF
                                                                                        Chapter 11

Winn−Dixie Stores, Inc




          Debtor(s)          /


NOTICE OF CANCELLATION AND RESCHEDULING

   NOTICE IS GIVEN that a hearing scheduled to be heard in this case on September 30, 2010 at 9:30 a.m. IS RESCHEDULED AND will be held on August 16, 2010 , at 2:30 p.m. , in 4th Floor Courtroom D , 300 North Hogan Street, Jacksonville, Florida, to consider and act upon the following matter:

   Objection to the Administrative Claim of Wanda Yates and Motion to Allow late filed claim by Wanda Yates

and transact such other business as may properly come before the hearing.

          Dated June 30, 2010.


                                        Lee Ann Bennett, Clerk of Court
                                        300 North Hogan Street Suite 3−350
                                        Jacksonville, FL 32202




          Copies furnished to:
          Interested Parties

# CERTIFICATE OF NOTICE

```
District/off: 113A-3              User: baldws                Page 1 of 1                    Date Rcvd: Jun 30, 2010
Case: 05-03817                    Form ID: 3902               Total Noticed: 1

The following entities were noticed by first class mail on Jul 02, 2010.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
               Jacksonville, FL 32202-4494
The following entities were noticed by electronic transmission.
NONE.                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2010**                              **Signature:** _Joseph Speetjens_