UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER SUSTAINING DEBTORS' OBJECTION TO THE
ADMINISTRATIVE CLAIM OF SHARON ROBINSON**

This case came before the Court for hearing on June 30, 2010, on the Debtors' Objection to the Administrative Claim of Sharon Robinson (Docket No. 23170). Upon the evidence presented at the hearing, the Court finds that:

1. Sharon Robinson (the "Claimant") filed an application for administrative expense based upon a negligence claim that arose on May 10, 2006, at a Winn-Dixie Store in Louisiana (Docket No. 14469) (the "Administrative Claim").

2. Article 3492, Louisiana Civil Code, requires that an action founded on delictual actions must be brought within one year.

3. Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the claim. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4. Because the claim arose on May 10, 2006, the Claimant was required under Louisiana law to commence the prosecution of a civil action by May 10, 2007, to preserve the claim for statute of limitations purposes.

5. Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable presription period, Claimant's cause of action is now time-barred and the claim must be disallowed. Upon the foregoing, it is

ORDERED:

1. The Objection is sustained.

2. The Administrative Claim filed by the Claimant (Docket No. 14469) is disallowed.

Dated this 30 day of JUNE, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

{00708914}

# CERTIFICATE OF NOTICE

```
District/off: 113A-3        User: baldws              Page 1 of 1              Date Rcvd: Jul 01, 2010
Case: 05-03817              Form ID: pdfdoc           Total Noticed: 1

The following entities were noticed by first class mail on Jul 03, 2010.
cr           1997 Properties, Inc.,   c/o Suzie Baker, P.O. Box 1970,   Jackson, MS  39215

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2010**                              **Signature:**   *Joseph Speetjens*