UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON NANCY M. LEE'S MOTION FOR RELIEF
FROM ORDER ON MOTION BY NANCY M. LEE TO ENLARGE
TIME TO FILE APPLICATION FOR ADMINISTRATIVE CLAIM**

This case came before the Court for hearing on June 30, 2010, on Nancy M. Lee's Motion for Relief from Order on Motion by Nancy M. Lee to Enlarge Time to File Application for Administrative Expense Claim (Docket No. 22811) (the "Motion"). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Motion is granted. The Order on Motion by Nancy M. Lee to Enlarge Time to File Application for Administrative Expense Claim entered by the Court on March 19, 2009 (Docket No. 22229) is vacated.

2. This Order is without prejudice to the Reorganized Debtors' remaining objections to the claims on any further or separate grounds.

3. The Court shall retain jurisdiction to resolve any disputes arising out of this Order.

Dated this 30 day of June, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00645991.DOC

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: baldws              Page 1 of 1              Date Rcvd: Jul 01, 2010
Case: 05-03817                Form ID: pdfdoc           Total Noticed: 1

The following entities were noticed by first class mail on Jul 03, 2010.
cr           1997 Properties, Inc.,   c/o Suzie Baker, P.O. Box 1970,   Jackson, MS   39215
The following entities were noticed by electronic transmission.
NONE.                                                                                       TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 03, 2010**                              **Signature:** *Joseph Speetjens*