**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Joseph Callari (Docket No. 23243) was furnished by mail on July 1, 2010 to Joseph Callari, c/o Elio Perez, 2404 Hollywood Blvd., Hollywood, FL 33020, Dennis Schaefer, Esq., Dell & Schaefer Chartered, 2404 Hollywood Blvd., Hollywood, Florida 33020 and Dennis J. Levine, Esq., Post Office Box 307, Tampa, FL 33601.

Dated: July 6, 2010

                SMITH HULSEY & BUSEY

                By: *s/ Leanne McKnight Prendergast*
                    Leanne McKnight Prendergast

                Florida Bar Number 59544
                225 Water Street, Suite 1800
                Jacksonville, Florida 32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                lprendergast@smithhulsey.com

                Counsel for Reorganized Debtors

{00711794}