**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| ________________________________ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Nancy M. Lee's Motion for Relief from Order on Motion by Nancy M. Lee to Enlarge Time to File Application for Administrative Claim and Order on the Administrative Claim of Nancy Lee (Docket Nos. 23253 and 23254) was furnished by mail on July 1, 2010 to Edward P. Jackson, Esq., 255 N. Liberty Street, 1st floor, Jacksonville, Florida 32202.

Dated: July 6, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors