**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Rosa Glenn (Docket No. 23247) was furnished by mail on July 1, 2010 to Rosa Glenn, 4185 Willis Road, Mulberry, FL 33860, Dick Greco, Esq., Morgan & Morgan, P.A., 201 N. Franklin Street, 7th Floor, Tampa, FL 33602 and Dennis J. Levine, Esq., Post Office Box 307, Tampa, FL 33601.

Dated: July 6, 2010

                                                  SMITH HULSEY & BUSEY

                                                  By: *s/ Leanne McKnight Prendergast*
                                                      Leanne McKnight Prendergast

                                                  Florida Bar Number 59544
                                                  225 Water Street, Suite 1800
                                                  Jacksonville, Florida 32202
                                                  (904) 359-7700
                                                  (904) 359-7708 (facsimile)
                                                  lprendergast@smithhulsey.com

                                                  Counsel for Reorganized Debtors

{00711801}