**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Sharon Robinson (Docket No. 23248) was furnished by mail on July 1, 2010 to Sharon Robinson, 55055 Mashon Road, Independence, LA 70443 and Cassandra Butler, Esq., Post Office Box 407, Independence, LA 70443.

Dated: July 6, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
　　 Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00711796}