**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Susan Acosta (Docket No. 23252) was furnished by mail on July 1, 2010 to Susan Acosta, 4222 9th Street North, Saint Petersburg, FL 33703 and Marshall G. Reissman, Esq., 5150 Centeral Ave., St. Petersburg, FL 33707.

Dated: July 6, 2010

        SMITH HULSEY & BUSEY

        By: *s/ Leanne McKnight Prendergast*
            Leanne McKnight Prendergast

        Florida Bar Number 59544
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        lprendergast@smithhulsey.com

        Counsel for Reorganized Debtors

{00711810}