# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Theia Townsend (Docket No. 23250) was furnished by mail on July 1, 2010 to Theia Townsend, 7061 Old Kings Road South, # 175, Jacksonville, FL 32217 and Bradley R. Markey, Esq., Stutsman Thames & Markey, P. A., 50 N. Laura St., Suite 1600, Jacksonville, Florida 32202.

Dated: July 6, 2010

                                                                    SMITH HULSEY & BUSEY

                                                                    By: *s/ Leanne McKnight Prendergast*
                                                                      Leanne McKnight Prendergast

                                                                  Florida Bar Number 59544
                                                                  225 Water Street, Suite 1800
                                                                  Jacksonville, Florida 32202
                                                                  (904) 359-7700
                                                                  (904) 359-7708 (facsimile)
                                                                lprendergast@smithhulsey.com

                                                                Counsel for Reorganized Debtors

{00711807}