UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,

    Reorganized Debtors.
_____/

Case No.: 05-03817-3F1
Chapter 11
Jointly Administered.

**NOTICE OF REQUEST FOR**
**REMOVAL FROM ELECTRONIC SERVICE LIST**

PLEASE TAKE NOTICE that Marshall G. Reissman hereby requests removal from the CM/ECF service list in the above-referenced Chapter 11 case.

REISSMAN & BLANCHARD, P.A.

_/s/ Marshall G. Reissman_
Marshall G. Reissman, Esquire
FBN: 0310085
Jake C. Blanchard, Esquire
FBN: 0055438
Attorney for Debtor
5150 Central Avenue
St. Petersburg, FL 33707
Telephone: (727) 322-1999
Facsimile: (727) 327-7999
scg