IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC., et al.          Case No. 3:05-bk-3817-JAF

Debtors

_____/          Jointly Administered

**NOTICE OF REQUEST FOR REMOVAL**
**FROM ELECTRONIC SERVICE LIST**

    PLEASE TAKE NOTICE that Karen K. Specie, Esquire requests removal from the CM/ECF service list in the above-referenced Chapter 11 cases.

Respectfully submitted this 8th day of July, 2010

*/s/ Karen K. Specie, Esquire*_____
SPECIE LAW FIRM, LLC
KAREN K. SPECIE, ESQUIRE
P.O. Box 358318
Gainesville, FL  32635
PH:  (352) 468-3683
Florida Bar ID# 260746
Karen@specielaw.com