## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Amended Objection to the Claim Filed by Libbey Glass (Docket No. 23286) was furnished by mail on July 9, 2010 to (i) Libbey Glass, Inc., Attn: John Shaffer, 300 Madison Ave., Toledo, OH 43604 and (ii) Amroc Investments, LLC, 535 Madison Ave., 15th Floor, New York, NY 10022, Attn: Daivd S. Leinwand, Esq. and by CM/ECF notification to Richard R. Thames, Esq., Stutsman Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202.

Dated: July 13, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

{00713030}