UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  CASE NO. 05-03817-3F1

**WINN DIXIE STORES, INC., et al,**   Chapter 11

      Debtors.   Jointly Administered

_____/

## NOTICE OF APPEAL

**NANCY LEE,** administrative creditor, appeals under 28 U.S.C. § 158(a) or (b) from the order of the bankruptcy judge denying her administrative claim entered in this bankruptcy on the 30th day of June, 2010. This order is titled, ORDER ON THE ADMINISTRATIVE CLAIM OF NANCY LEE and is docket number 23254.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| Edward P. Jackson | Leanne McKnight Prendergast |
| 255 N Liberty Street | SMITH HULSEY BUSEY |
| Jacksonville, FL 32202 | 225 Water Street, Suite 1800 |
| (904)358-1952 | Jacksonville, FL 32202 |
| | (904)359-7700 |

Dated July 14, 2010.

                                                   /s/ Edward P. Jackson
                                                   EDWARD P. JACKSON
                                                   Attorney for Appellant
                                                   255 N. Liberty Street, First Floor
                                                   Jacksonville, FL 32202
                                                   (904) 358-1952 VOICE
                                                   (904) 358-1288 FAX
                                                   Florida Bar #286648

A copy of the order is attached hereto as Exhibit "A".

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.