# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

## APPEAL COVER SHEET

| Appellant: | Appellee: |
|---|---|
| Libbey Glass, Inc.<br><br>**Bankruptcy Case No:** 3:05-bk-03817 | Winn-Dixie Stores, Inc. |
| **Attorney:**<br><br>Richard R. Thames, Esq.<br>Stutsman Thames & Markey, P.A.<br>50 North Laura Street, Suite 1600<br>Jacksonville, Florida 32202<br>(904) 358-4000 | **Attorney:**<br><br>Leanne McKnight Prendergast, Esq.<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700 |

## NATURE OF PROCEEDING

[√ ]    **Appeal pursuant to 28 U.S.C. § 158(a)**
**Notice of Appeal Filed:**        07/16/2010
**Date of Order Appealed:**        07/09/2010
**Title of Order Appealed:**        Order Sustaining Debtors' Amended Objection to Claim filed by Libbey Glass, Inc. [Docket No. 23286]

[  ]    **Motion to Withdraw Reference**
**Filed:_____By:_____**

[  ]    **Interlocutory Appeal**
**Title of Interlocutory Order or Decree:**
**Date of Order or Decree:**
**Brief Description of Matter Appealed:**

[  ]    **Motion for Leave to Appeal**
**Date Filed:**

[  ]    **Other**

[  ]    **Designation in Appeal**
**Have arrangements been made with Court Reporter for Transcript?**
**Yes ___ No ___**
**If not, do you intend to do so?**
**If ordered, on what date?**

*/s/ Richard R. Thames*

79481

**Attorney/Appellant**