**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF APPEAL

Pursuant to Rule 8001(a), Federal Rules of Bankruptcy Procedure, and 28 U.S.C. § 158(a), creditor, Libbey Glass, Inc., appeals to the United States District Court for the Middle District of Florida the Order Sustaining Debtors' Amended Objection to the Claim filed by Libbey Glass, Inc. [Docket No. 23286] entered on July 9, 2010 by the United States Bankruptcy Court, Middle District of Florida, Jacksonville Division (Judge Funk).

The names of all parties to the order appealed from and the names, addresses and telephone number of their respective attorneys are as follows:

1. <u>Libbey Glass, Inc.</u>

    Richard R. Thames, Esq.
    Stutsman Thames & Markey, P.A.
    50 North Laura Street, Suite 1600
    Jacksonville, Florida 32202
    (904) 358-4000

2. <u>Winn-Dixie Stores, Inc., et al., Debtors</u>

      Leanne McKnight Prendergast, Esq.,
      Smith Hulsey & Busey
      225 Water Street, Suite 1800
      Jacksonville, Florida 32202

**STUTSMAN THAMES & MARKEY, P.A.**

By */s/ Richard R. Thames*
    Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Libbey Glass, Inc.

**Certificate of Service**

I hereby certify that, on July 16, 2010, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to the Office of the United States Trustee, 135 W. Central Boulevard, Room 620, Orlando, Florida 32280; Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and to all parties who have consented to receiving electronic notifications in this case.

*/s/ Richard R. Thames*

Attorney

79366