UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

APPELLANT'S DESIGNATION OF ITEMS TO
BE INCLUDED IN THE RECORD ON APPEAL AND
STATEMENT OF ISSUES TO BE CONSIDERED ON APPEAL

### Designation of Record

Appellant, Libbey Glass, Inc. ("Libbey Glass"), designates the following items to be included in the record on appeal:

1. Claim No. 1035 filed by Libbey Glass;

2. Debtors' Amended Objection to the Claim Filed by Libbey Glass [Docket No. 23006];

3. Response to Amended Objection to Claim No. 1035 Filed by Libbey Glass [Docket No. 23033];

4. Notice of hearing on Debtors' Objection to Claim Filed by Libbey Glass [Docket No. 23286]; *23040 per Shelly w/ [illegible] [illegible]*

5. Libbey Glass' Brief (Post-Hearing) in Opposition to the Debtors' Amended Objection to Claim No. 1035 [Docket No. 23140]; and

*23313*

6. Order Sustaining Objection to Claim No. 1035 by Libby Glass [Docket No. 23286].

## Statement of Issues

1. Whether the bankruptcy court erred is sustaining Debtors' objection to Claim No. 1035 of Libbey Glass;

2. Whether the bankruptcy court erred in disallowing Libbey Glass' claim as a result of Libbey Glass' failure to initiate in state court action against the Debtors in state court post-confirmation;

3. Whether § 502(b) of the Bankruptcy Code requires the bankruptcy court to hear and determine all objections to claims pending on the confirmation date;

4. Whether the bankruptcy court erred in failing to determine the amount of Libbey Glass' claim *as of the petition date*; and

5. Whether the filing of a proof of claim in a bankruptcy case satisfies the requirement of initiating an action for statute of limitation purposes.

**STUTSMAN THAMES & MARKEY, P.A.**

By /s/ Richard R. Thames
Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Libbey Glass, Inc.

## Certificate of Service

I hereby certify that, on July 16, 2010, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to the Office of the United States Trustee, 135 W. Central Boulevard, Room 620, Orlando, Florida 32280; Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and to all parties who have consented to receiving electronic notifications in this case.

/s/ *Richard R. Thames*
_____
Attorney

79368