[31805] [Deficiency Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3−350
JACKSONVILLE, FLORIDA 32202
(904)301−6490

July 16, 2010

Edward Jackson
255 N. Liberty Street, First Floor
Jacksonville, FL 32202

In re: Winn−Dixie Stores, Inc.　　　　　　　　　　　　　Case No. 3:05−bk−03817−JAF
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　The Document you filed is deficient for the reason noted and must be cured within seven (7) days or the lesser time specifically noted in the deficiency. Failure will result in case being referred for a judicial determination.

　　Document: Appeal − Appeal Cover Sheet

　　　　APPEAL COVERS SHEET REQUIRED

　　　　　　　　　　　　　　　　Lee Ann Bennett, Clerk of Court
　　　　　　　　　　　　　　　　300 North Hogan Street Suite 3−350
　　　　　　　　　　　　　　　　Jacksonville, FL 32202

　　Copies furnished to:
　　Trustee
　　United States Trustee