## Exhibit A

### Suwannee County, Florida

| Tax Year | Account # | Agreed Taxable Value | Allowed Base Tax | Interest @ 7% | Total Allowed Amount |
|---|---|---|---|---|---|
| 2005 | 5014480 | $539,396 | $13,470.54 | $4,086.06 | $17,556.60 |
| 2006 | 5014480 | $497,904 | $11,967.33 | $2,792.38 | $14,759.71 |
| Total | | $1,037,300 | | | $32,316.31 |