# Exhibit A

## DeSoto County, Florida

| Tax Year | Account # | Agreed Taxable Value | Allowed Base Tax | Interest @ 7% | Total Allowed Amount |
|---|---|---|---|---|---|
| 2005 | P24650-001 | $323,924 | $8,411.11 | $2,551.37 | $10,962.48 |
| 2006 | P24650-001 | $333,211 | $7,743.83 | $1,806.89 | $9,550.72 |
| Total | | $657,135 | | | $20,513.19 |