**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| _____ ) | |

**WITHDRAWAL OF LIBBEY GLASS, INC.'S**
**MOTION TO CERTIFY DIRECT APPEAL TO THE**
**COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

Libbey Glass, Inc. ("Libbey Glass"), hereby withdraws its motion to certify direct appeal to the United States Court of Appeals for the Eleventh Circuit [Docket No. 23332].

**STUTSMAN THAMES & MARKEY, P.A.**

By  */s/ Richard R. Thames*
     Richard R. Thames

Florida Bar Number 0718459
50 North Laura Street, Suite 1600
Jacksonville, Florida  32202
(904) 358-4000
(904) 358-4001 (Facsimile)
rrt@stmlaw.net

Attorneys for Libbey Glass, Inc.

**Certificate of Service**

I hereby certify that, on July 20, 2010, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to the Office of the United States Trustee, 135 W. Central Boulevard, Room 620, Orlando, Florida 32280; Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202; and to all parties who have consented to receiving electronic notifications in this case.

*/s/ Richard R. Thames*

Attorney

79535