## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                     )        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,         )        Chapter 11

        Reorganized Debtors.              )        Jointly Administered

_____ )

### <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Citrus County Tax Collector (Docket No. 23322) was furnished by CM/ECF notification on July 14, 2010 to Sherri L. Johnson, Esq., Dent & Johnson Chartered, Post Office Box 3259, Sarasota, Florida 34230 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781.

Dated:  July 20, 2010

SMITH HULSEY & BUSEY


By: */s/Allan E. Wulbern*
      Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

{00713936}