**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the (i) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Levy County Tax Collector (Docket No. 23321), (ii) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Jefferson County Tax Collector (Docket No. 23327) was furnished by CM/ECF notification on July 14, 2010 to Thomas M. Findley, Esq., Post Office Box 15579, Tallahassee, Florida 32317 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781.

Dated: July 20, 2010

SMITH HULSEY & BUSEY

By: /s/Allan E. Wulbern
     Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

{00713935}