**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a copy of the (i) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Suwannee County Tax Collector (Docket No. 23316), (ii) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Hardee County Tax Collector (Docket No. 23317), (iii) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Desoto County Tax Collector (Docket No. 23318), (iv) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Bradford County Tax Collector (Docket No. 23319), (v) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Okeechobee County Tax Collector (Docket No. 23320), (vi) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Taylor County Tax Collector (Docket No. 23323), (vii) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Gasden County Tax Collector (Docket No. 23324), (viii) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Columbia County Tax Collector (Docket No. 23326),

(ix) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Suwannee County Tax Collector (Docket No. 23328), and (x) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Desoto County Tax Collector (Docket No. 23329) was furnished by CM/ECF notification on July 14, 2010 to Loren E. Levy, Esq., 1828 Riggins Lane, Tallahassee, Florida 32308 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781.  I certify that a copy of the (i) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Wakulla County Tax Collector (Docket No. 23330) and (ii) Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Highlands County Tax Collector (Docket No. 23331) was furnished by CM/ECF notification on July 19, 2010 to Loren E. Levy, Esq., 1828 Riggins Lane, Tallahassee, Florida 32308 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781.

Dated:  July 21, 2010

SMITH HULSEY & BUSEY


By: /s/Allan E. Wulbern
        Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors