Peter Belusic
Chief Operating Officer
Diversified Maintenance Systems
800-351-1557 - Office
813-299-2621 - Cell
pbelusic@diveinc.com

---

**From:** Scott Smith [mailto:ScottSmith@winn-dixie.com]
**Sent:** Friday, March 11, 2005 3:45 PM
**To:** Peter Belusic; Scott Smith
**Cc:** Dave Lockwood; Mitchell Spurlock; Coby Orr
**Subject:** RE: Requested billing for DMSI Going forward

Pete,
I have conferred with legal and no addendum is needed. You may start billing us the lower weekly rate and bill separately for strips. We consider this a change in payment terms that do not require an addendum.

Thanks,

```
Scott H. Smith
Strategic Sourcing Manager
Winn Dixie Stores Inc.
Office 904-783-5279
Fax 904-783-5600
scottsmith@winn-dixie.com
```

> -----Original Message-----
> **From:** Peter Belusic [mailto:PBelusic@diveinc.com]
> **Sent:** Friday, March 11, 2005 3:16 PM
> **To:** Scott Smith
> **Cc:** Dave Lockwood; Mitchell Spurlock; Coby Orr
> **Subject:** Requested billing for DMSI Going forward
> **Importance:** High
>
> Scott,
>
> Here is the requested billing that we are proposing going forward. This will lower the weekly costs and allow us to bill for the strips as they occur.
>
> Please let us know when we can begin billing. You will see that the annual costs are the same.
>
> Regards,
>
> Peter Belusic
> Chief Operating Officer
> Diversified Maintenance
> 800-351-1557

**Exhibit B**

WD 002429

WD 002430

WD 002431

WD 002432



WD 002433



WD 002434