**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF HEARING

Please take notice that a hearing is scheduled for **August 12, 2010** at **2:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider Winn-Dixie's Motion for Leave to File an Amended Response and Counterclaim to the Motion to Compel Payment Filed by Diversified Maintenance Systems, Inc (the "Motion") (Docket No. 23337 and 23365).

Only responses filed and served on James H. Post at jpost@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202 so as to be received on or before **4:00 p.m. Eastern Time, Monday, August 2, 2010** will be considered by the Bankruptcy Court at the hearing.   The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.    Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

SMITH HULSEY & BUSEY


By:    *s/ James H. Post*
         James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)

Attorneys for the Reorganized Debtors

**<u>Certificate of Service</u>**

I certify that a copy of the foregoing has been furnished by this Court's ECF electronic case notification system and by facsimile to Paul Thanasides, Esq., McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L., 6943 East Fowler Avenue, Tampa, Florida 33617, this 26th day of July, 2010.


                                                    *s/ James H. Post*
                                                    Attorney

00678728.DOC