# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## PART I — PURCHASE ORDER FOR TRANSCRIPT

Bankruptcy Case Number: **05-3817-3F1**   Adversary Case No.: _____

Court Reporter: **Statewide Reporting Service**

Date of Notice of Appeal filed: **July 14, 2010**

Name of Opposing Party: **Winn-Dixie Stores, Inc, et al**

Name of Counsel: **Edward P. Jackson, P.A.**
(Firm, or individual if no firm)

Address: **255 N. Liberty Street**

**Jacksonville, FL 32202**

Check one of the following:

☐ Transcript unnecessary for appeal purpose.

☐ Transcript is already on file in Clerk's Office.

☒ Request is hereby made to court reporter named above for a transcript of the following procedure(s). *(List date and type of hearing)*

**June 30, 2010 at 1:30 pm - Hearing on Nancy M. Lee's Motion for Relief from Order**

**on Motion by Nancy Lee to Enlarge Time**

I personally guarantee payment of the cost of the transcript. Please notify me of any deposit required or bill me in accordance with your usual requirements.

Telephone: **904-358-1952**   Name: *[signature]*

Date: **July 28, 2010**   Attorney for: **Nancy Lee**

## PART II — REPORTER'S ACKNOWLEDGEMENT

The following transcript order was received on: _____

Satisfactory arrangements ☐ have  ☐ have not been made for payment of the transcript cost.

No. of trial/hearing days _____   Estimated no. of pages _____   Estimated completion date _____

If enlargement of time for filing is requested and transcript cannot be completed within 30 days from receipt of transcript order, please state time required and reasons on separate page.

Date: _____   Signature: _____

COPIES TO:   ORIGINAL TO REQUESTOR   -   COURT REPORTER   -   COURT