UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| **WINN-DIXIE STORES, INC.**, et al., | ) | Chapter 11 |
| Reogranized Debtors. | ) | Jointly Administered |
| | ) | |

### ORDER GRANTING 14 PROPERTY APPRAISERS' MOTION FOR EXTENSION OF TIME TO SERVE RESPONSES TO WINN-DIXIE'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

This case is before the Court upon the 14 Property Appraisers' Motion for Extension of Time to Serve Responses to Winn-Dixie's First Set of Interrogatories and Request for Production of Documents. Based upon the representations of Counsel in the Motion, it is

**ORDERED:**

1. The Motion for Extension of Time is granted.

2. The 14 Property Appraisers are given 14 days from July 14, 2010, the date of the motion for extension of time, until July 28, 2010, to serve responses to Winn-Dixie's First Set of Interrogatories and Request for Production of Documents.

DATED this 27 day of July 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

    Allen E. Wulbern, Esquire
    Smith, Hulsey & Busey
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    Telephone: (904) 359-7700
    Facsimile: (904) 359-7708
    E-mail: awulbern@smithhulsey.com

    Attorneys for Winn-Dixie Stores, Inc.

    Loren E. Levy, Esquire
    The Levy Law Firm
    1828 Riggins Lane
    Tallahassee, Florida 32308
    Telephone: (850) 219-0220
    Facsimile: (850) 219-0177
    E-mail: levylawfirm@comcast.net

    Attorneys for 14 Property Appraisers