**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

Winn-Dixie Stores, Inc., *et al.*,    Case No. 05-03817-3F1
                                       Chapter 11
　　　　Debtors.                        Jointly Administered

_____\

**DIVERSIFIED MAINTENANCE SYSTEMS, INC.'S NOTICE OF CONSENT TO
WINN DIXIE'S AMENDMENT OF RESPONSE AND COUNTERCLAIM**

　　　　Diversified Maintenance Systems, Inc. ("Diversified"), pursuant to Federal Rule of Civil Procedure 15(a)(2), as applied by Rule 7015 of the Federal Rules of Bankruptcy Procedure, hereby provides notice of its consent to Winn Dixie's amendment of its Response and Counterclaim (Doc. 22056), as set forth in the attachment to Winn Dixie's Motion For Leave To File An Amended Response And Counterclaim To The Motion To Compel Payment Filed By Diversified Maintenance Systems, Inc. (Doc. 23365), on the condition that Winn Dixie files its Amended Response and Counterclaim To The Motion To Compel Payment Filed By Diversified Maintenance Systems, Inc. on or before Friday, July 30, 2010.  By providing this consent, Diversified does not waive or relinquish, and hereby expressly reserves, any and all rights, arguments and/or defenses to the Amended Response and Counterclaim To The Motion To Compel Payment Filed By Diversified Maintenance Systems, Inc.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Paul B. Thanasides
　　　　　　　　　　　　　　　　　　Paul B. Thanasides
　　　　　　　　　　　　　　　　　　Florida Bar No. 0103039
　　　　　　　　　　　　　　　　　　paul@mcintyrefirm.com
　　　　　　　　　　　　　　　　　　McIntyre, Panzarella, Thanasides,
　　　　　　　　　　　　　　　　　　　Eleff & Hoffman, P.L.
　　　　　　　　　　　　　　　　　　6943 E. Fowler Avenue
　　　　　　　　　　　　　　　　　　Tampa, Florida  33617
　　　　　　　　　　　　　　　　　　T: (813) 899-6059/F: (813) 899-6069
　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of July, 2010, a true and correct copy of the foregoing was served via the Court's CM/ECF system to: **James H. Post, Esq**., Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, jpost@smithhulsey.com.

/s/ Paul B. Thanasides_____
Attorney