# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## APPEAL COVER SHEET

| Appellant | Appellee |
|---|---|
| Nancy Lee | Winn-Dixie Stores, Inc, et al |
| **Bankruptcy Case No.** 05-03817-3F1 | **Adversary Case No.** |
| **Attorney:** (Name, Address and Telephone Number) | **Attorney:** (Name, Address and Telephone Number) |
| Edward P. Jackson<br>255 N. Liberty St.<br>Jacksonville, Florida 32202<br>904-358-1952 | Leanne McKnight Prendergast<br>Smith, Hulsey, and Busey<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202 |

## NATURE OF PROCEEDING

Check appropriate item

[✓] Appeal pursuant to 28 USC §158
   Notice of Appeal filed: July 14, 2010
   Date of Order Appealed: June 30, 2010
   Title of Order Appealed: Order on the Administrative Claim of Nancy Lee
   Debtor's County of Residence: Duval

[ ] Motion to Withdraw Reference
   Filed: _____ By: _____

[ ] Interlocutory Appeal
   Title of Interlocutory Order or Decree: _____
   Date of Order or Decree: _____
   Brief Description of Matter Appealed: _____

[ ] Motion for Leave to Appeal
   Date Filed: _____

[ ] Other _____

[ ] Designation in Appeal
Have arrangements been made with a Court Reporter for Transcript?   [ ] Yes   [✓] No
If not, do you intend to do so?   [✓] Yes   [ ] No   If ordered, on what date? July 28, 2010

_____
Attorney/Appellant