UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                          CASE NO. 05-03817-3F1

**WINN DIXIE STORES, INC., et al,**                            Chapter 11

         Debtors.                                                                    Jointly Administered
_____/

## APPELLANT NANCY LEE'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

**Appellant, NANCY LEE,** designates the following items to be included in the record on appeal:

1. Order modifying claims resolution procedure [Docket No. 7353];

2. Chapter 11 Plan of Reorganization [Docket No. 8856];

3. Disclosure statement (second proposed) [Docket No. 9787]

4. Order confirming Chapter 11 Plan [Docket No. 12440 ];

5. Notice of A: entry of Order Confirming Plan of Reorganization.  B: Occurrence effective date of Plan. C: Bar dat for filling claims arising before effective date in other administrative claims [Docket No. 12991];

6. Motion to Extend Time to File Application for Administrative Expense [Docket No. 20403];

7. Application for Payment of Administrative Expense for Post Petition Personal Injury [Docket No. 20404];

8. Notice of Hearing Case Management Conference regarding Motion by Nancy Lee to Enlarge Time [Docket No. 22128];

9. Order on Motion by Nancy Lee to Enlarge Time to File Application for

Administrative Expense Claim [Docket No. 22229];

10. Motion for relief from Order on Motion by Nancy Lee to Enlarge Time to File Application for Administrative Expense Claim [Docket No. 22811];

11. Response to Nancy Lee's Motion for Relief from Order on Motion by Nancy Lee [Docket No. 23220];

12. Response to Memorandum filed by Debtor filed by Edward P. Jackson on behalf of Creditor Nancy Lee [Docket No. 23230];

13. Order on Nancy Lee's Motion for Relief from Order on Motion by Nancy Lee [Docket No. 23253];

14. Order on the Administrative Claim of Nancy Lee [Docket No. 23254];

15. Notice of Appeal [Docket No. 23300];

16. Transcript of Proceeding on June 30, 2010 at 1:30 regarding Winn Dixie Stores, Inc. and Nancy Lee.

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 28, 2010, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

   /s/ Edward P. Jackson
EDWARD P. JACKSON
Attorney for Appellant
255 N. Liberty Street, First Floor
Jacksonville, FL 32202
(904) 358-1952 VOICE
(904) 358-1288 FAX
Florida Bar #286648