UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                    CASE NO. 05-03817-3F1

**WINN DIXIE STORES, INC., et al,**                          Chapter 11

       Debtors.                                                              Jointly Administered
_____/

### STATEMENT OF ISSUES ON APPEAL BY NANCY LEE

Appellant, Nancy Lee, submits this statement of the issues to be addressed in this appeal:

1.   Does the State Court have jurisdiction to determine bankruptcy administrative claims?

2.   If an administrative Claim or application for administrative expense is filed with the Bankruptcy Court before the statute of limitations expires, must the claimant also timely file a State Court action to prevent the expiration of the statute of limitations?

3. Does the filing of an Application for Payment of Administrative Expense satisfy the requirement of initiating an action for statute of limitations purposes?

### CERTIFICATE OF SERVICE

I hereby certify that, on July 28, 2010, the foregoing was transmitted to the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to Leanne McKnight Prendergast, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

   /s/ Edward P. Jackson
EDWARD P. JACKSON
Attorney for Appellant
255 N. Liberty Street, First Floor
Jacksonville, FL 32202
(904) 358-1952 VOICE
(904) 358-1288 FAX
Florida Bar #286648