UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

### APPELLEES' CROSS DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL FILED BY LIBBEY GLASS

Appellees, Winn-Dixie Stores, Inc., and its reorganized subsidiaries and affiliates (collectively, "Winn-Dixie"), pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, designate the following additional items to be included in the record on the appeal filed by Libbey Glass from the Order Sustaining the Debtors' Amended Objection to the Claim Filed by Libbey Glass (Docket No. 23286):

**Appellees' Cross Designation of Items to be Included in Record on Appeal**

| Debtor: Winn-Dixie Stores, Inc. Case Number: 05-03817-3F1 ||
|---|---|
| **Docket No.** | **Pleading** |
| 8784 | Debtors' Omnibus Objection to (A) Reclamation Claims and (B) Unsecured Nonpriority Claims Held by Reclamation Claimants and Notice of Hearing |
| 9262 | Response of Libbey Glass, Inc. to Debtors' Omnibus Objection to (A) Reclamation Claims and (B) Unsecured Nonpriority Claims Held by Reclamation Claimants |
| 9608 | Hearing Proceeding Memo dated 7/27/2006 |
| 12440 | Order confirming the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors |

| **Debtor: Winn-Dixie Stores, Inc.** <br> **Case Number: 05-03817-3F1** ||
|---|---|
| 13200 | Certificate of Service by Kathleen M. Logan related to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims Filed by Debtor Winn-Dixie Stores, Inc. |

Dated: July 30, 2010

SMITH HULSEY & BUSEY

By: */s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Appellees

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Richard R. Thames, Esq., Stutsman Thames & Markey, P.A., 50 North Laura Street, Suite 1600, Jacksonville, Florida 32202, and all parties in interest entitled to receive such notification, this 30th day of July, 2010.

          /s/     *Leanne McKnight Prendergast*
                Attorney

00715557