UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,        )         Case No. 05-03817-3F1
                                                         Chapter 11
         Reorganized Debtors.               )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Jocelyne Pouyes (Docket No. 23384) was furnished by mail on August 4, 2010, to Edmund Gonzalez, Gonzalez and Henley, 324 Datura Street, Suite 200, West Palm Beach, Florida 33401.

Dated: August 4, 2010

                                                         SMITH HULSEY & BUSEY


                                                         By      *s/ Leanne McKnight Prendergast*
                                                               Leanne McKnight Prendergast

                                                         Florida Bar Number 59544
                                                         225 Water Street, Suite 1800
                                                         Jacksonville, Florida  32202
                                                         (904) 359-7700
                                                         (904) 359-7708 (facsimile)
                                                         lprendergast@smithhulsey.com

                                                         Counsel for Reorganized Debtors

{00716479}