**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**NOTICE OF WITHDRAWAL**

Debtors hereby withdraw the Objection to the Administrative Claim of Joanne Major (the "Objection") (Docket No. 23347) solely as it relates to the contention that the claim is barred under the applicable statute of limitations. The Debtors' objections to the claims of Joanne Major on all other grounds remain pending, including (i) no liability and (ii) disputed claim amount and. The hearing on the Objection scheduled for August 25, 2010, is cancelled.

SMITH HULSEY & BUSEY

By  */s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

2

## Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to Joanne Major c/o Winston & Clark, P.A., 8211 W. Broward Blvd., Suite 420, Plantation, FL 33324 and Dennis J. Levine, Esq., Dennis LeVine & Associates, P.A., P.O. Box 707, Tampa, FL  33601 on the 4th day of August, 2010.

                                                  *s/ Leanne McKnight Prendergast*
                                                           Attorney

00716486