# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Debtors' Thirteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed and Notice of Hearing (Docket No. 23364) was furnished by mail on August 6, 2010 to David M Bennenfeld, P.A., 7800 W Oakland Park Blvd., Bldg F, Suite 216, Sunrise, Florida 33351.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00716864