UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

### AGREED ORDER ON WINN-DIXIE'S AMENDED MOTION FOR LEAVE TO FILE AN AMENDED RESPONSE AND COUNTERCLAIM TO THE MOTION TO COMPEL PAYMENT FILED BY DIVERSIFIED MAINTENANCE SYSTEMS, INC.

This case is before the Court upon Winn-Dixie's Amended Motion for Leave to File an Amended Response and Counterclaim to the Motion to Compel Payment Filed by Diversified Maintenance Systems, Inc. (the "Motion for Leave to File an Amended Counterclaim") (Docket 23381). Based upon the consent of the parties appearing below, it is

ORDERED:

1. Winn-Dixie's Motion for Leave to File an Amended Counterclaim is granted. Winn-Dixie shall file the Amended Counterclaim within two business day of the entry of this order.

2. The appendices filed on July 18, 2010 will be deemed to have been filed contemporaneously with the Amended Counterclaim (Docket Nos. 23338, 23340, 23341 and 23342).

3. Diversified Maintenance Systems, Inc. shall file a response to the amended counterclaim within 15 days from the date of this order.

Dated this 5 day of August, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
James H. Post

[James H. Post is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| SMITH HULSEY & BUSEY | MCINTYRE, PANZARELLA, THANASIDES, ELEFF & HOFFMAN, P.L. |
| By  /s/ James H. Post<br>    James H. Post | By  /s/ Paul Thanasides*<br>    Paul Thanasides |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number 103039<br>6943 East Fowler Avenue<br>Tampa, Florida 33617<br>(813) 899-6059<br>(813) 899-6069 (facsimile) |
| Attorneys for Winn-Dixie Stores, Inc. | Attorneys for Diversified Maintenance Systems, Inc. |

*Counsel has authorized the use of his electronic signature.

00716083.DOC