**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors | ) | Jointly Administered |

**NOTICE OF CANCELLATION OF HEARING**

Please take notice that the hearing to be held August 12, 2010 at 2:30 p.m. before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202 to consider Winn-Dixie Stores, Inc.'s Motion for Leave to File an Amended Response and Counterclaim to the Motion to Compel Payment Filed by Diversified Maintenance Systems, Inc. (Docket No. 233365) is cancelled.

SMITH HULSEY & BUSEY

By: */s/ James H. Post*
     James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

## Certificate of Service

I certify that a copy of the foregoing has been furnished electronically through the Court's CM/ECF electronic notification system to Richard J. McIntyre, Esq. and Paul Thanasides, Esq., 6943 Fowler Avenue, Temple Terrace, Florida 33617, this 6th day of August, 2010.



          */s/ James H. Post*
          Attorney

00700619.DOC