UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE'S MOTION TO CONTINUE TRIAL ON THE MOTION
FILED BY DIVERSIFIED MAINTENANCE SYSTEMS, INC. TO
COMPEL PAYMENT OF UNDISPUTED POSTPETITION OBLIGATION
AND THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

Winn-Dixie Stores, Inc. and its affiliated debtors ("Winn-Dixie") move the Court for entry of an order continuing the trial on (i) Motion to Compel Payment of Undisputed Postpetition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified (Doc. 21311) (the "Motion") and (ii) the Amended Response and Counterclaim filed by the Reorganized Debtors (Doc. 23393) (the "Counterclaim"), currently scheduled for October 14 and 15, 2010 at 9:00 a.m., and in support thereof say:

1.    On April 8, 2010, the Court entered an order continuing the trial on the Motion and Counterclaim to October 14, 2010 at 9:00 a.m. and October 15, 2010 at 9:00 a.m. (Doc. 23092).

2.    On July 21, 2010, the Reorganized Debtors filed a Motion for Leave to File an Amended Response and Counterclaim to the Motion to Compel Payment Filed by Diversified Maintenance Systems, Inc. ("Diversified") (Doc. 23337).  Diversified filed a consent to the motion (Doc. 23371) and, on August 9, 2010, Winn-Dixie filed its Amended Response and Counterclaim (Doc. 23393).

3. The undersigned counsel has conferred with counsel for Diversified and was informed that Diversified adamantly asserts that the trial of this case will take four to five days. To eliminate the possibility that the trial in this case will be bifurcated over several months (i.e., two days in October 2010 and two days in the Winter or Spring of 2011), Winn-Dixie requests a continuance of the trial in this matter to the first four day trial period in this Court's calendar.

4. The undersigned counsel has also conferred with counsel for Diversified regarding the relief requested in this motion and was informed that Diversified would not decide whether or not to agree to a continuance until after this motion was filed.

WHEREFORE, the Reorganized Debtors request that the Court enter an order in the form attached continuing the trial on the Motion and Counterclaim (to January 25 through 28, 2011 or as soon thereafter as the Court's calendar permits) and the corresponding deadlines set forth in the Order Scheduling Trial of this matter..

Dated: August 10, 2010.

SMITH HULSEY & BUSEY

By   */s/ James H. Post*
        James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors, *et al.*, | ) | Jointly Administered |
| | ) | |

**ORDER CONTINUING THE TRIAL ON THE MOTION
TO COMPEL PAYMENT OF UNDISPUTED POSTPETITION
OBLIGATION FILED BY DIVERSIFIED MAINTENANCE SYSTEMS,
INC. AND THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on the Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No._____) (the "Motion"). Upon consideration, it is

ORDERED:

 1. The Motion is granted.

 2. The trial on (i) the Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified Maintenance Systems, Inc. (Docket No. 21311) and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) currently scheduled for October 14 and 15, 2010 at 9:00 a.m. is continued to _____ _____ at _____ in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3. The deadlines set forth in the Order Scheduling Trial on this matter entered herein on February 23, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this _____ day of _____, 2010 in Jacksonville, Florida.

                                                                          _____
                                                                          Jerry A. Funk
                                                                          United States Bankruptcy Judge

Copies to:

Paul Thanasides, Esq.
James H. Post, Esq.

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Paul Thanasides, Esq., McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L., 6943 East Fowler Avenue, Tampa, Florida 33617, and all parties in interest entitled to receive such notification this 10th day of August, 2010.



*/s/ James H. Post*
Attorney

714838.2