UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**APPELLEES' CROSS DESIGNATION OF ITEMS TO BE
INCLUDED IN RECORD ON APPEAL FILED BY NANCY LEE**

Appellees, Winn-Dixie Stores, Inc., and its reorganized subsidiaries and affiliates, pursuant to Rule 8006, Federal Rules of Bankruptcy Procedure, designate the following additional items to be included in the record on the appeal filed by Nancy Lee from the Order on the Administrative Claim of Nancy Lee (Docket No. 23254):

**Appellees' Cross Designation of Items to be Included in Record on Appeal**

| Debtor: Winn-Dixie Stores, Inc. Case Number: 05-03817-3F1 ||
|---|---|
| **Docket No.** | **Pleading** |
| 2976 | Debtors' Motion for an Order Establishing a Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims |
| 3326 | Order Approving Claims Resolution Procedure and Authorizing Debtors to Settle or Liquidate Certain Pre-Petition Litigation Claims |
| 6875 | Debtors' Motion for an Order Modifying the Claims Resolution Procedure (i) Increase the Aggregate Amount of Cash Payments the Debtors Can Make to Settle *De Minimis* Litigation Claims and (ii) Require Mediation as a Prerequisite to Stay Relief for Liquidation of Litigation Claims |

| | **Debtor: Winn-Dixie Stores, Inc.**<br>**Case Number: 05-03817-3F1** |
|---|---|
| 13200 | Certificate of Service by Kathleen M. Logan related to the Notice of (A) Entry of Order Confirming Plan of Reorganization, (B) Occurrence of Effective Date of Plan, and (C) Bar Dates for Filing Claims Arising Before Effective Date and Other Administrative Claims Filed by Debtor Winn-Dixie Stores, Inc. |
| 22251 | Certificate of Service for Order on Motion by Nancy Lee to Enlarge Time to File Application for Administrative Expense Claim |

Dated: August 11, 2010

                        SMITH HULSEY & BUSEY

                        By: */s/ Leanne McKnight Prendergast*
                             Leanne McKnight Prendergast

                        Florida Bar Number 59544
                        225 Water Street, Suite 1800
                        Jacksonville, Florida 32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        lprendergast@smithhulsey.com

                        Attorneys for Appellees

Certificate of Service

I certify that a copy of this document has been furnished electronically to Edward P. Jackson, Esq., 255 N. Liberty Street, First Floor, Jacksonville, FL 32202; the United States Trustee, 135 West Central Boulevard, Room 620, Orlando, Florida 32801; and all parties in interest entitled to receive such notification, this 11th day of August, 2010

                                      /s/     Leanne McKnight Prendergast
                                      Attorney

00717426