UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., *et al.*,   Case No. 05-03817-3F1
　　　　　　　　　　　　　　　　　　 Chapter 11
　　　Debtors.　　　　　　　　　　　　Jointly Administered
_____\

**DIVERSIFIED MAINTENANCE SYSTEMS, INC.'S
NOTICE OF INTENT TO FILE OPPOSITION TO WINN DIXIE'S
MOTION TO CONTINUE TRIAL AND NOTICE OF INTENT TO FILE A COUNTER
MOTION FOR CONTEMPT, TO COMPEL DISCOVERY
AND FOR SANCTIONS, INCLUDING BIFURCATION OF TRIAL**

NOTICE IS HEREBY GIVEN that Diversified Maintenance Systems, Inc. ("Diversified"), intends to file a response in opposition to Winn Dixie's Motion to Continue Trial (Doc. 23398), as well as a counter motion for contempt, to compel discovery and for sanctions, including bifurcation of the trial. Diversified is currently preparing the response. Diversified files this Notice out of an abundance of caution, in an attempt to avoid a ruling on the Motion to Continue Trial before Diversified has an opportunity to respond in opposition. While the Court's Order Scheduling Trial (Doc. 22099) of this adversary proceeding, entered February 23, 2009, provides each party fifteen (15) days from the date of service of a motion to file a response, the Court has in the past ruled on motions to continue the trial of this adversary proceeding filed by Winn Dixie before the fifteen day period for Diversified to respond has passed.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Paul B. Thanasides
　　　　　　　　　　　　　　　　　　　Paul B. Thanasides
　　　　　　　　　　　　　　　　　　　Florida Bar No. 0103039

1

paul@mcintyrefirm.com
McIntyre, Panzarella, Thanasides,
   Eleff & Hoffman, P.L.
6943 E. Fowler Avenue
Tampa, Florida  33617
T: (813) 899-6059/F: (813) 899-6069
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of August, 2010, a true and correct copy of the foregoing was served via the Court's CM/ECF system to: **James H. Post, Esq.**, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202, jpost@smithhulsey.com.

/s/ Paul B. Thanasides_____
Attorney