# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### 300 North Hogan Street, 3-350
### Jacksonville, Florida  32202

In re:
WINN-DIXIE STORES, INC.

In a Chapter 11 Case
Case Number –3-05-bk-3817-3F1

<u>Debtor(s)</u>

Adversary Number - N/A

### -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158

Notice of Appeal Filed: July 16, 2010

The Party or Parties included in the Appeal to the District Court:

Appellant(s). Libbey Glass, Inc.
Attorney:  Richard R. Thames, Esq., Stutsman Thames & Markey, 50 North Laura Street, Ste 1600, Jacksonville, FL  32202 (904) 358-4000
Appellee(s):  Winn-Dixie Stores, Inc.
Attorney: Noah Leanne McKnight Prendergast, Smith Hulsey & Busey, 225 Water Street, Ste 1800, Jacksonville, FL  32202

**Title and Date of Orders Appealed** – Order Sustaining Debtors' Amended Objection to the Claim filed by Libbey Glass

Items included in transmittal pursuant to F.R.B.P. 8003(b):

(X)  Notice of Appeal
(X)  Designation in Appeal of Appellant  and Appellee
( )  Designation in Cross Appeal
(X)  Other: Docket

( )  Any Answers(s)
( )  Transcripts (part of designation)
( )  Exhibits

Case number(s) of Pending Appeal(s) in this Case:  08-CV-391 (USCA)

County of Residence: Duval    Date August 10, 2010    By: Cathy Perkins

District Court Case Number  3:10-697-J-99-MMH