**UNITED STATES BANKRUPTCY COURT**
*Middle District of Florida*
*300 North Hogan Street, 3-350*
*Jacksonville, Florida 32202*

In re:
WINN-DIXIE STORES, INC.

In a Chapter 11 Case
Case Number –3-05-bk-3817-3F1

<u>Debtor(s)</u>

Adversary Number - N/A

### -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158

Notice of Appeal Filed: July 14, 2010

The Party or Parties included in the Appeal to the District Court:

Appellant(s). Nancy Lee
Attorney: Edward P. Jackson, 255 N. Liberty St., Jacksonville, FL 32202 (904)358-1952
Appellee(s): Winn-Dixie Stores, Inc.
Attorney: Noah Leanne McKnight Prendergast, Smith Hulsey & Busey, 225 Water Street, Ste 1800, Jacksonville, FL 32202

**Title and Date of Orders Appealed** – Order on the Administrative Claim of Nancy Lee

Items included in transmittal pursuant to F.R.B.P. 8003(b):

| | |
|---|---|
| (X) Notice of Appeal | ( ) Any Answers(s) |
| (X) Designation in Appeal of Appellant and Appellee | (X) Transcripts (part of designation) |
| ( ) Designation in Cross Appeal | ( ) Exhibits |
| (X) Other: Docket | |

Case number(s) of Pending Appeal(s) in this Case: 08-CV-391 (USCA)

County of Residence: Duval    Date August 10, 2010    By: Cathy Perkins

District Court Case Number 3:10-CV-698-J-T-JC