**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Broward County Tax Collector (Docket No. 23411) was furnished by mail on August 17, 2010 to Ronald M. Gunzburger, Esq., 115 S. Andrews Avenue, Room 111, Fort Lauderdale, Florida 33301, Hollie N. Hawn, Esq., Governmental Center, Suite 423, 115 South Andrews Avenue, Fort Lauderdale, Florida 33301 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781.

Dated: August 17, 2010

                                                  SMITH HULSEY & BUSEY

                                                  By: */s/Allan E. Wulbern*
                                                        Allan E. Wulbern

                                                  Florida Bar Number 175511
                                                  225 Water Street, Suite 1800
                                                  Jacksonville, Florida 32202
                                                  (904) 359-7700
                                                  (904) 359-7708 (facsimile)
                                                  awulbern@smithhulsey.com

                                                  Counsel for Reorganized Debtors

{00718271}