# COMPOSITE EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE OF**
**WINN-DIXIE'S FIRST SET OF INTERROGATORIES**
**TO COLLIER COUNTY PROPERTY APPRAISER**

I certify that a copy of this certificate and the original and one copy of

Winn-Dixie's First Set of Interrogatories to Collier County Property Appraiser

are being furnished by mail to Gaylord A. Wood, Jr., Esq., Law Offices of

Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110-1987 this

*14th* day of May, 2010.

SMITH HULSEY & BUSEY

By: _____

Stephen D. Busey
Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE'S FIRST SET OF INTERROGATORIES**
**TO COLLIER COUNTY PROPERTY APPRAISER**

To:  The Collier County Property Appraiser
c/o Gaylord A. Wood, Jr., Esq.
Law Offices of Wood & Stuart, P.A.
Post Office Box 1987
Bunnell, Florida 32110-1987

Pursuant to Rule 7033, Federal Rules of Bankruptcy Procedure, the Collier

County Property Appraiser is requested, within 30 days of the date of service, to

answer the attached interrogatories separately and fully, in writing and under oath.

SMITH HULSEY & BUSEY

By: _____
Stephen D. Busey
Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

<u>Definitions and Instructions</u>

For the purpose of these interrogatories, the following definitions apply:

A.    The "Appraiser," "you" and "your" means the Collier County Property Appraiser, his agents, representatives, employees, officials or anyone acting on his behalf.

B.    "Objection to Claim" means the Debtors' Omnibus Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 10046).

C.    "Communication" or "communications" means every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or face-to-face or by telephone, mail, e-mail or other electronic transmission, personal delivery, document or otherwise, between or among Winn-Dixie, the Appraiser and/or any third party, or the employees or representatives of either, except communications protected by the attorney-client, work-product or other privilege.

D.    "Documents" shall have the same meaning as in Rule 7034, Federal Rules of Bankruptcy Procedure and shall include, without limiting the generality of the foregoing, tax records, property record cards, property data cards, public records, appraisals, surveys, manuals, guides, instructions, correspondence, contracts, agreements, leases, memoranda, notes, calendar and diary entries, memoranda or notes of conversations and of meetings, studies, reports, offers, inquiries, bulletins, summaries, newsletters, compilations, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, bills of lading, credit memos, debit memos, letters of credit, warehouse receipts, transcripts and all other tangible things upon which any handwriting, typing, printing, drawings, representation, magnetic or electrical impulses, or other form of communication is recorded, including audio and video recordings and computer stored information such as word processing documents and e-mails.    The foregoing definition includes originals of documents and all copies that are different in any way from the originals.

E.    The singular includes the plural and the past tense includes the present tense, and vice versa; the words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any documents which might otherwise be construed to be outside its scope; the word "all" means "any and all"; the word "any" means "any and all"; and the word "including" means "including without limitation."

2

F.    The phrase "relating to" means constituting, comprising, containing, consisting of, setting forth, proposing, referring, showing, evidencing, disclosing, describing, discussing, explaining, summarizing, supporting, concerning, reflecting, authorizing, pertaining to, or mentioning, directly or indirectly.

G.    "Identify" means to set forth:

    1.    When used with reference to a person:

        a.    the person's full name;

        b.    the person's current or last known home and business addresses and telephone numbers; and

        c.    if employed, the name of the person's employer and the position held.

    2.    When used with reference to a corporation or other business entity:

        a.    its complete name;

        b.    its current mailing address; and

        c.    its current telephone number.

    3.    When used with reference to a document:

        a.    its subject matter;

        b.    its substance in summary form;

        c.    the identity of each person involved in preparing it; and

        d.    the identity of each person currently in possession of it.

    4.    When used with reference to a tangible physical object:

        a.    the object's description;

        b.    the object's identification code, if any;

        c.    the object's make, model and year, if applicable;

        d.    the object's current location; and

        e.    the person to contact to arrange an inspection of the object.

    5.    When used with reference to a statute:

        a.    the Title and Code under which the statute was enacted;

        b.    the section of the statute;

    c.    the subsection of the statute; and

    d.    the subparagraph(s) of the statute.

H.    "Person" means all natural persons and entities, including without limitation, corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

I.    "State with specificity" or "describe with specificity" means to (i) state the substance of the facts supporting your response, (ii) identify documents supporting your response, and (iii) identify all witnesses who have knowledge or information supporting your response, listing the information or knowledge that each such witness possesses.

J.    In response to these interrogatories, you are required to disclose all information known to you, your past or present agents, attorneys, accountants, advisors, employees, or any other persons acting on your behalf.

K.    If you are unable to answer the attached interrogatories after conducting a reasonable investigation, so state and answer to the extent possible, further stating the information you cannot provide and the efforts made to obtain such information.

L.    Unless otherwise stated in a specific interrogatory, the time period relevant to these interrogatories is tax years 2005 and 2006.

## Interrogatories

1.      Identify all persons supplying any information used in preparing answers to these interrogatories and identify the interrogatory for which such information was supplied.

2.      Identify all experts you expect to call as a witness at trial on the Objection to Claim.

3.    State with specificity the matters upon which the experts identified in Interrogatory 2 are expected to testify and the opinions you expect them to give.

4.    Provide a summary of the grounds for each expert opinion identified in Interrogatory 2.

5.      For each expert identified in Interrogatory 2, please state:

(i)      the expert's area of expertise, occupation and qualifications,

(ii)     the degrees obtained by the expert and the school from which the degrees were obtained,

(iii)    the names and addresses of any trade or professional associations of which each expert is a member, stating the expert's status with each association and the inclusive dates of such status,

(iv)    the names and addresses of any institutions with which the expert is associated,

(v)     the title, name of publication, subject matter, publisher and date of publication of any books, papers or articles written by each expert on subjects in the expert's field,

(vi)    the expert's place of employment for the past ten years giving the names and address for each employer,

(vii)   the expert's scope of employment in this case and the compensation for such services,

(viii)  the expert's litigation experience, including the percentage of cases in which the expert testified on behalf of a landlord, and

(ix)    each case the expert has testified in over the last 5 years, including the case styles and numbers, the forum court, the dates the cases were commenced and ended, the matters upon which the expert testified, and the outcome of the case.

6.    Identify any reports, letters, documents, communications, memoranda or summaries generated by the experts identified in Interrogatory 2 to memorialize their opinions with regard to the issues raised by the Objection to Claim.

7.    Identify all documents, communications or other exhibits that you may present at any hearing on the Objection to Claim.

COLLIER COUNTY PROPERTY
APPRAISER

By:_____
Its:_____

STATE OF FLORIDA

COUNTY OF COLLIER

     Before me, the undersigned authority, on this _____ day of _____, 2010, personally appeared _____ who, being by me first duly sworn, deposes and says that he/she is _____of the Collier County Property Appraiser, is authorized on behalf of the Collier County Property Appraiser to execute the answers to these interrogatories and the foregoing answers to interrogatories are true and correct to the best of his/her knowledge and belief.

_____
Notary Public
Print Name:_____
Commission Number:_____
My Commission Expires:_____

<u>Certificate of Service</u>

I certify that the original answers to interrogatories have been furnished by

_____ to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water

Street, Suite 1800, Jacksonville, Florida 32202 this _____ day of _____,

2010.


704571

_____
                                                                    Attorney

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE OF
## WINN-DIXIE'S FIRST SET OF INTERROGATORIES
## TO LAKE COUNTY PROPERTY APPRAISER

I certify that a copy of this certificate and the original and one copy of

Winn-Dixie's First Set of Interrogatories to Lake County Property Appraiser

are being furnished by mail to Gaylord A. Wood, Jr., Esq., Law Offices of

Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110-1987 this

/4th day of May, 2010.

SMITH HULSEY & BUSEY

By: _____

Stephen D. Busey
Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |
| _____ | ) | |

## WINN-DIXIE'S FIRST SET OF INTERROGATORIES
## TO LAKE COUNTY PROPERTY APPRAISER

To:    The Lake County Property Appraiser
c/o Gaylord A. Wood, Jr., Esq.
Law Offices of Wood & Stuart, P.A.
Post Office Box 1987
Bunnell, Florida 32110-1987

Pursuant to Rule 7033, Federal Rules of Bankruptcy Procedure, the Lake

County Property Appraiser is requested, within 30 days of the date of service, to

answer the attached interrogatories separately and fully, in writing and under oath.

SMITH HULSEY & BUSEY

By:_____
Stephen D. Busey
Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

## Definitions and Instructions

For the purpose of these interrogatories, the following definitions apply:

A.    The "Appraiser," "you" and "your" means the Lake County Property Appraiser, his agents, representatives, employees, officials or anyone acting on his behalf.

B.    "Objection to Claim" means the Debtors' Omnibus Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 10046).

C.    "Communication" or "communications" means every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or face-to-face or by telephone, mail, e-mail or other electronic transmission, personal delivery, document or otherwise, between or among Winn-Dixie, the Appraiser and/or any third party, or the employees or representatives of either, except communications protected by the attorney-client, work-product or other privilege.

D.    "Documents" shall have the same meaning as in Rule 7034, Federal Rules of Bankruptcy Procedure and shall include, without limiting the generality of the foregoing, tax records, property record cards, property data cards, public records, appraisals, surveys, manuals, guides, instructions, correspondence, contracts, agreements, leases, memoranda, notes, calendar and diary entries, memoranda or notes of conversations and of meetings, studies, reports, offers, inquiries, bulletins, summaries, newsletters, compilations, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, bills of lading, credit memos, debit memos, letters of credit, warehouse receipts, transcripts and all other tangible things upon which any handwriting, typing, printing, drawings, representation, magnetic or electrical impulses, or other form of communication is recorded, including audio and video recordings and computer stored information such as word processing documents and e-mails. The foregoing definition includes originals of documents and all copies that are different in any way from the originals.

E.    The singular includes the plural and the past tense includes the present tense, and vice versa; the words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any documents which might otherwise be construed to be outside its scope; the word "all" means "any and all"; the word "any" means "any and all"; and the word "including" means "including without limitation."

F.    The phrase "relating to" means constituting, comprising, containing, consisting of, setting forth, proposing, referring, showing, evidencing, disclosing, describing, discussing, explaining, summarizing, supporting, concerning, reflecting, authorizing, pertaining to, or mentioning, directly or indirectly.

G.    "Identify" means to set forth:

    1.    When used with reference to a person:

        a.    the person's full name;

        b.    the person's current or last known home and business addresses and telephone numbers; and

        c.    if employed, the name of the person's employer and the position held.

    2.    When used with reference to a corporation or other business entity:

        a.    its complete name;

        b.    its current mailing address; and

        c.    its current telephone number.

    3.    When used with reference to a document:

        a.    its subject matter;

        b.    its substance in summary form;

        c.    the identity of each person involved in preparing it; and

        d.    the identity of each person currently in possession of it.

    4.    When used with reference to a tangible physical object:

        a.    the object's description;

        b.    the object's identification code, if any;

        c.    the object's make, model and year, if applicable;

        d.    the object's current location; and

        e.    the person to contact to arrange an inspection of the object.

    5.    When used with reference to a statute:

        a.    the Title and Code under which the statute was enacted;

        b.    the section of the statute;

     c.    the subsection of the statute; and

     d.    the subparagraph(s) of the statute.

H.    "Person" means all natural persons and entities, including without limitation, corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

I.    "State with specificity" or "describe with specificity" means to (i) state the substance of the facts supporting your response, (ii) identify documents supporting your response, and (iii) identify all witnesses who have knowledge or information supporting your response, listing the information or knowledge that each such witness possesses.

J.    In response to these interrogatories, you are required to disclose all information known to you, your past or present agents, attorneys, accountants, advisors, employees, or any other persons acting on your behalf.

K.    If you are unable to answer the attached interrogatories after conducting a reasonable investigation, so state and answer to the extent possible, further stating the information you cannot provide and the efforts made to obtain such information.

L.    Unless otherwise stated in a specific interrogatory, the time period relevant to these interrogatories is tax years 2005 and 2006.

4

## Interrogatories

1.      Identify all persons supplying any information used in preparing answers to these interrogatories and identify the interrogatory for which such information was supplied.

2.      Identify all experts you expect to call as a witness at trial on the Objection to Claim.

3.    State with specificity the matters upon which the experts identified in Interrogatory 2 are expected to testify and the opinions you expect them to give.

4.    Provide a summary of the grounds for each expert opinion identified in Interrogatory 2.

5.    For each expert identified in Interrogatory 2, please state:

    (i)     the expert's area of expertise, occupation and qualifications,

    (ii)    the degrees obtained by the expert and the school from which
            the degrees were obtained,

    (iii)   the names and addresses of any trade or professional
            associations of which each expert is a member, stating the
            expert's status with each association and the inclusive dates
            of such status,

    (iv)    the names and addresses of any institutions with which the
            expert is associated,

    (v)     the title, name of publication, subject matter, publisher and
            date of publication of any books, papers or articles written by
            each expert on subjects in the expert's field,

    (vi)    the expert's place of employment for the past ten years giving
            the names and address for each employer,

    (vii)   the expert's scope of employment in this case and the
            compensation for such services,

    (viii)  the expert's litigation experience, including the percentage of
            cases in which the expert testified on behalf of a landlord, and

    (ix)    each case the expert has testified in over the last 5 years,
            including the case styles and numbers, the forum court, the
            dates the cases were commenced and ended, the matters upon
            which the expert testified, and the outcome of the case.

6.    Identify any reports, letters, documents, communications, memoranda or summaries generated by the experts identified in Interrogatory 2 to memorialize their opinions with regard to the issues raised by the Objection to Claim.

7.    Identify all documents, communications or other exhibits that you may present at any hearing on the Objection to Claim.

LAKE COUNTY PROPERTY
APPRAISER


By:_____
Its:_____


STATE OF FLORIDA

COUNTY OF LAKE

Before me, the undersigned authority, on this _____ day of _____, 2010, personally appeared _____ who, being by me first duly sworn, deposes and says that he/she is _____of the Lake County Property Appraiser, is authorized on behalf of the Lake County Property Appraiser to execute the answers to these interrogatories and the foregoing answers to interrogatories are true and correct to the best of his/her knowledge and belief.


_____
Notary Public
Print Name:_____
Commission Number:_____
My Commission Expires:_____

## Certificate of Service

I certify that the original answers to interrogatories have been furnished by

_____ to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water

Street, Suite 1800, Jacksonville, Florida 32202 this _____ day of _____,

2010.


_____
704577                                    Attorney


10

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE OF**
**WINN-DIXIE'S FIRST SET OF INTERROGATORIES**
**TO PALM BEACH COUNTY PROPERTY APPRAISER**

I certify that a copy of this certificate and the original and one copy of

Winn-Dixie's First Set of Interrogatories to Palm Beach County Property

Appraiser are being furnished by mail to Gaylord A. Wood, Jr., Esq., Law

Offices of Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110-

1987 this *14th* day of May, 2010.

SMITH HULSEY & BUSEY

By: _____
Stephen D. Busey
Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**WINN-DIXIE'S FIRST SET OF INTERROGATORIES**
**TO PALM BEACH COUNTY PROPERTY APPRAISER**

To:    The Palm Beach County Property Appraiser
c/o Gaylord A. Wood, Jr., Esq.
Law Offices of Wood & Stuart, P.A.
Post Office Box 1987
Bunnell, Florida 32110-1987

Pursuant to Rule 7033, Federal Rules of Bankruptcy Procedure, the Palm Beach County Property Appraiser is requested, within 30 days of the date of service, to answer the attached interrogatories separately and fully, in writing and under oath.

SMITH HULSEY & BUSEY

By: _____
Stephen D. Busey
Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

## Definitions and Instructions

For the purpose of these interrogatories, the following definitions apply:

A.    The "Appraiser," "you" and "your" means the Palm Beach County Property Appraiser, his agents, representatives, employees, officials or anyone acting on his behalf.

B.    "Objection to Claim" means the Debtors' Omnibus Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 10046).

C.    "Communication" or "communications" means every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or face-to-face or by telephone, mail, e-mail or other electronic transmission, personal delivery, document or otherwise, between or among Winn-Dixie, the Appraiser and/or any third party, or the employees or representatives of either, except communications protected by the attorney-client, work-product or other privilege.

D.    "Documents" shall have the same meaning as in Rule 7034, Federal Rules of Bankruptcy Procedure and shall include, without limiting the generality of the foregoing, tax records, property record cards, property data cards, public records, appraisals, surveys, manuals, guides, instructions, correspondence, contracts, agreements, leases, memoranda, notes, calendar and diary entries, memoranda or notes of conversations and of meetings, studies, reports, offers, inquiries, bulletins, summaries, newsletters, compilations, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, bills of lading, credit memos, debit memos, letters of credit, warehouse receipts, transcripts and all other tangible things upon which any handwriting, typing, printing, drawings, representation, magnetic or electrical impulses, or other form of communication is recorded, including audio and video recordings and computer stored information such as word processing documents and e-mails.    The foregoing definition includes originals of documents and all copies that are different in any way from the originals.

E.    The singular includes the plural and the past tense includes the present tense, and vice versa; the words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any documents which might otherwise be construed to be outside its scope; the word "all" means "any and all"; the word "any" means "any and all"; and the word "including" means "including without limitation."

2

F.  The phrase "relating to" means constituting, comprising, containing, consisting of, setting forth, proposing, referring, showing, evidencing, disclosing, describing, discussing, explaining, summarizing, supporting, concerning, reflecting, authorizing, pertaining to, or mentioning, directly or indirectly.

G.  "Identify" means to set forth:

1.  When used with reference to a person:

   a.  the person's full name;
   b.  the person's current or last known home and business addresses and telephone numbers; and
   c.  if employed, the name of the person's employer and the position held.

2.  When used with reference to a corporation or other business entity:

   a.  its complete name;
   b.  its current mailing address; and
   c.  its current telephone number.

3.  When used with reference to a document:

   a.  its subject matter;
   b.  its substance in summary form;
   c.  the identity of each person involved in preparing it; and
   d.  the identity of each person currently in possession of it.

4.  When used with reference to a tangible physical object:

   a.  the object's description;
   b.  the object's identification code, if any;
   c.  the object's make, model and year, if applicable;
   d.  the object's current location; and
   e.  the person to contact to arrange an inspection of the object.

5.  When used with reference to a statute:

   a.  the Title and Code under which the statute was enacted;
   b.  the section of the statute;

        c.     the subsection of the statute; and

        d.     the subparagraph(s) of the statute.

      H.    "Person" means all natural persons and entities, including without limitation, corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

      I.    "State with specificity" or "describe with specificity" means to (i) state the substance of the facts supporting your response, (ii) identify documents supporting your response, and (iii) identify all witnesses who have knowledge or information supporting your response, listing the information or knowledge that each such witness possesses.

      J.    In response to these interrogatories, you are required to disclose all information known to you, your past or present agents, attorneys, accountants, advisors, employees, or any other persons acting on your behalf.

      K.    If you are unable to answer the attached interrogatories after conducting a reasonable investigation, so state and answer to the extent possible, further stating the information you cannot provide and the efforts made to obtain such information.

      L.    Unless otherwise stated in a specific interrogatory, the time period relevant to these interrogatories is tax years 2005 and 2006.

<u>Interrogatories</u>

    1.     Identify all persons supplying any information used in preparing answers to these interrogatories and identify the interrogatory for which such information was supplied.

    2.     Identify all experts you expect to call as a witness at trial on the Objection to Claim.

3.    State with specificity the matters upon which the experts identified in Interrogatory 2 are expected to testify and the opinions you expect them to give.

4.    Provide a summary of the grounds for each expert opinion identified in Interrogatory 2.

5.    For each expert identified in Interrogatory 2, please state:

   (i)    the expert's area of expertise, occupation and qualifications,

   (ii)   the degrees obtained by the expert and the school from which the degrees were obtained,

   (iii)  the names and addresses of any trade or professional associations of which each expert is a member, stating the expert's status with each association and the inclusive dates of such status,

   (iv)   the names and addresses of any institutions with which the expert is associated,

   (v)    the title, name of publication, subject matter, publisher and date of publication of any books, papers or articles written by each expert on subjects in the expert's field,

   (vi)   the expert's place of employment for the past ten years giving the names and address for each employer,

   (vii)  the expert's scope of employment in this case and the compensation for such services,

   (viii) the expert's litigation experience, including the percentage of cases in which the expert testified on behalf of a landlord, and

   (ix)   each case the expert has testified in over the last 5 years, including the case styles and numbers, the forum court, the dates the cases were commenced and ended, the matters upon which the expert testified, and the outcome of the case.

6.     Identify any reports, letters, documents, communications, memoranda or summaries generated by the experts identified in Interrogatory 2 to memorialize their opinions with regard to the issues raised by the Objection to Claim.

7.     Identify all documents, communications or other exhibits that you may present at any hearing on the Objection to Claim.

PALM BEACH COUNTY PROPERTY APPRAISER

By:_____

Its:_____


STATE OF FLORIDA

COUNTY OF PALM BEACH

Before me, the undersigned authority, on this _____ day of _____, 2010, personally appeared _____ who, being by me first duly sworn, deposes and says that he/she is _____ of the Palm Beach County Property Appraiser, is authorized on behalf of the Palm Beach County Property Appraiser to execute the answers to these interrogatories and the foregoing answers to interrogatories are true and correct to the best of his/her knowledge and belief.


_____
Notary Public
Print Name:_____
Commission Number:_____
My Commission Expires:_____

<u>Certificate of Service</u>

I certify that the original answers to interrogatories have been furnished by

_____ to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water

Street, Suite 1800, Jacksonville, Florida 32202 this _____ day of _____,

2010.


704586

_____

Attorney

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                                    )          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*      )          Chapter 11

                    Reorganized Debtors.     )          Jointly Administered

_____ )

## CERTIFICATE OF SERVICE OF
## WINN-DIXIE'S FIRST SET OF INTERROGATORIES
## TO ST. JOHNS COUNTY PROPERTY APPRAISER

I certify that a copy of this certificate and the original and one copy of

Winn-Dixie's First Set of Interrogatories to St. Johns County Property

Appraiser are being furnished by mail to Gaylord A. Wood, Jr., Esq., Law

Offices of Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110-

1987 this /4/h day of May, 2010.

SMITH HULSEY & BUSEY

By: _____
         Stephen D. Busey
         Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## WINN-DIXIE'S FIRST SET OF INTERROGATORIES
## TO ST. JOHNS COUNTY PROPERTY APPRAISER

To:   The St. Johns County Property Appraiser
      c/o Gaylord A. Wood, Jr., Esq.
      Law Offices of Wood & Stuart, P.A.
      Post Office Box 1987
      Bunnell, Florida 32110-1987

Pursuant to Rule 7033, Federal Rules of Bankruptcy Procedure, the St. Johns County Property Appraiser is requested, within 30 days of the date of service, to answer the attached interrogatories separately and fully, in writing and under oath.

SMITH HULSEY & BUSEY

By: _____
      Stephen D. Busey
      Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

## Definitions and Instructions

For the purpose of these interrogatories, the following definitions apply:

A.     The "Appraiser," "you" and "your" means the St. Johns County Property Appraiser, his agents, representatives, employees, officials or anyone acting on his behalf.

B.     "Objection to Claim" means the Debtors' Omnibus Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 10046).

C.     "Communication" or "communications" means every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or face-to-face or by telephone, mail, e-mail or other electronic transmission, personal delivery, document or otherwise, between or among Winn-Dixie, the Appraiser and/or any third party, or the employees or representatives of either, except communications protected by the attorney-client, work-product or other privilege.

D.     "Documents" shall have the same meaning as in Rule 7034, Federal Rules of Bankruptcy Procedure and shall include, without limiting the generality of the foregoing, tax records, property record cards, property data cards, public records, appraisals, surveys, manuals, guides, instructions, correspondence, contracts, agreements, leases, memoranda, notes, calendar and diary entries, memoranda or notes of conversations and of meetings, studies, reports, offers, inquiries, bulletins, summaries, newsletters, compilations, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, bills of lading, credit memos, debit memos, letters of credit, warehouse receipts, transcripts and all other tangible things upon which any handwriting, typing, printing, drawings, representation, magnetic or electrical impulses, or other form of communication is recorded, including audio and video recordings and computer stored information such as word processing documents and e-mails.    The foregoing definition includes originals of documents and all copies that are different in any way from the originals.

E.     The singular includes the plural and the past tense includes the present tense, and vice versa; the words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any documents which might otherwise be construed to be outside its scope; the word "all" means "any and all"; the word "any" means "any and all"; and the word "including" means "including without limitation."

F.    The phrase "relating to" means constituting, comprising, containing, consisting of, setting forth, proposing, referring, showing, evidencing, disclosing, describing, discussing, explaining, summarizing, supporting, concerning, reflecting, authorizing, pertaining to, or mentioning, directly or indirectly.

G.    "Identify" means to set forth:

1.    When used with reference to a person:

a.    the person's full name;

b.    the person's current or last known home and business addresses and telephone numbers; and

c.    if employed, the name of the person's employer and the position held.

2.    When used with reference to a corporation or other business entity:

a.    its complete name;

b.    its current mailing address; and

c.    its current telephone number.

3.    When used with reference to a document:

a.    its subject matter;

b.    its substance in summary form;

c.    the identity of each person involved in preparing it; and

d.    the identity of each person currently in possession of it.

4.    When used with reference to a tangible physical object:

a.    the object's description;

b.    the object's identification code, if any;

c.    the object's make, model and year, if applicable;

d.    the object's current location; and

e.    the person to contact to arrange an inspection of the object.

5.    When used with reference to a statute:

a.    the Title and Code under which the statute was enacted;

b.    the section of the statute;

          c.     the subsection of the statute; and

          d.     the subparagraph(s) of the statute.

     H.     "Person" means all natural persons and entities, including without limitation, corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

     I.     "State with specificity" or "describe with specificity" means to (i) state the substance of the facts supporting your response, (ii) identify documents supporting your response, and (iii) identify all witnesses who have knowledge or information supporting your response, listing the information or knowledge that each such witness possesses.

     J.     In response to these interrogatories, you are required to disclose all information known to you, your past or present agents, attorneys, accountants, advisors, employees, or any other persons acting on your behalf.

     K.     If you are unable to answer the attached interrogatories after conducting a reasonable investigation, so state and answer to the extent possible, further stating the information you cannot provide and the efforts made to obtain such information.

     L.     Unless otherwise stated in a specific interrogatory, the time period relevant to these interrogatories is tax years 2005 and 2006.

<u>Interrogatories</u>

1.    Identify all persons supplying any information used in preparing answers to these interrogatories and identify the interrogatory for which such information was supplied.

2.    Identify all experts you expect to call as a witness at trial on the Objection to Claim.

3.    State with specificity the matters upon which the experts identified in Interrogatory 2 are expected to testify and the opinions you expect them to give.

4.    Provide a summary of the grounds for each expert opinion identified in Interrogatory 2.

5.    For each expert identified in Interrogatory 2, please state:

    (i)     the expert's area of expertise, occupation and qualifications,

    (ii)    the degrees obtained by the expert and the school from which the degrees were obtained,

    (iii)   the names and addresses of any trade or professional associations of which each expert is a member, stating the expert's status with each association and the inclusive dates of such status,

    (iv)   the names and addresses of any institutions with which the expert is associated,

    (v)    the title, name of publication, subject matter, publisher and date of publication of any books, papers or articles written by each expert on subjects in the expert's field,

    (vi)   the expert's place of employment for the past ten years giving the names and address for each employer,

    (vii)   the expert's scope of employment in this case and the compensation for such services,

    (viii)  the expert's litigation experience, including the percentage of cases in which the expert testified on behalf of a landlord, and

    (ix)   each case the expert has testified in over the last 5 years, including the case styles and numbers, the forum court, the dates the cases were commenced and ended, the matters upon which the expert testified, and the outcome of the case.

6.      Identify any reports, letters, documents, communications, memoranda or summaries generated by the experts identified in Interrogatory 2 to memorialize their opinions with regard to the issues raised by the Objection to Claim.

7.      Identify all documents, communications or other exhibits that you may present at any hearing on the Objection to Claim.

ST. JOHNS COUNTY PROPERTY
APPRAISER


By:_____
Its:_____


STATE OF FLORIDA

COUNTY OF ST. JOHNS

Before me, the undersigned authority, on this _____ day of _____, 2010, personally appeared _____ who, being by me first duly sworn, deposes and says that he/she is _____ of the St. Johns County Property Appraiser, is authorized on behalf of the St. Johns County Property Appraiser to execute the answers to these interrogatories and the foregoing answers to interrogatories are true and correct to the best of his/her knowledge and belief.


_____
Notary Public
Print Name:_____
Commission Number:_____
My Commission Expires:_____

## Certificate of Service

I certify that the original answers to interrogatories have been furnished by

_____ to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water

Street, Suite 1800, Jacksonville, Florida 32202 this _____ day of _____,

2010.


_____
                                         Attorney

704590

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE OF**
**WINN-DIXIE'S FIRST SET OF INTERROGATORIES**
**TO SEMINOLE COUNTY PROPERTY APPRAISER**

I certify that a copy of this certificate and the original and one copy of Winn-Dixie's First Set of Interrogatories to Seminole County Property Appraiser are being furnished by mail to Gaylord A. Wood, Jr., Esq., Law Offices of Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110-1987 this 14th day of May, 2010.

SMITH HULSEY & BUSEY

By: _____
     Stephen D. Busey
     Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.,* | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**WINN-DIXIE'S FIRST SET OF INTERROGATORIES**
**TO SEMINOLE COUNTY PROPERTY APPRAISER**

To:   The Seminole County Property Appraiser
      c/o Gaylord A. Wood, Jr., Esq.
      Law Offices of Wood & Stuart, P.A.
      Post Office Box 1987
      Bunnell, Florida 32110-1987

Pursuant to Rule 7033, Federal Rules of Bankruptcy Procedure, the Seminole County Property Appraiser is requested, within 30 days of the date of service, to answer the attached interrogatories separately and fully, in writing and under oath.

SMITH HULSEY & BUSEY

By:   _____
      Stephen D. Busey
      Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

<u>Definitions and Instructions</u>

For the purpose of these interrogatories, the following definitions apply:

A.    The "Appraiser," "you" and "your" means the Seminole County Property Appraiser, his agents, representatives, employees, officials or anyone acting on his behalf.

B.    "Objection to Claim" means the Debtors' Omnibus Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 10046).

C.    "Communication" or "communications" means every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or face-to-face or by telephone, mail, e-mail or other electronic transmission, personal delivery, document or otherwise, between or among Winn-Dixie, the Appraiser and/or any third party, or the employees or representatives of either, except communications protected by the attorney-client, work-product or other privilege.

D.    "Documents" shall have the same meaning as in Rule 7034, Federal Rules of Bankruptcy Procedure and shall include, without limiting the generality of the foregoing, tax records, property record cards, property data cards, public records, appraisals, surveys, manuals, guides, instructions, correspondence, contracts, agreements, leases, memoranda, notes, calendar and diary entries, memoranda or notes of conversations and of meetings, studies, reports, offers, inquiries, bulletins, summaries, newsletters, compilations, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, bills of lading, credit memos, debit memos, letters of credit, warehouse receipts, transcripts and all other tangible things upon which any handwriting, typing, printing, drawings, representation, magnetic or electrical impulses, or other form of communication is recorded, including audio and video recordings and computer stored information such as word processing documents and e-mails.   The foregoing definition includes originals of documents and all copies that are different in any way from the originals.

E.    The singular includes the plural and the past tense includes the present tense, and vice versa; the words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any documents which might otherwise be construed to be outside its scope; the word "all" means "any and all"; the word "any" means "any and all"; and the word "including" means "including without limitation."

F.    The phrase "relating to" means constituting, comprising, containing, consisting of, setting forth, proposing, referring, showing, evidencing, disclosing, describing, discussing, explaining, summarizing, supporting, concerning, reflecting, authorizing, pertaining to, or mentioning, directly or indirectly.

G.    "Identify" means to set forth:

    1.    When used with reference to a person:

        a.    the person's full name;

        b.    the person's current or last known home and business addresses and telephone numbers; and

        c.    if employed, the name of the person's employer and the position held.

    2.    When used with reference to a corporation or other business entity:

        a.    its complete name;

        b.    its current mailing address; and

        c.    its current telephone number.

    3.    When used with reference to a document:

        a.    its subject matter;

        b.    its substance in summary form;

        c.    the identity of each person involved in preparing it; and

        d.    the identity of each person currently in possession of it.

    4.    When used with reference to a tangible physical object:

        a.    the object's description;

        b.    the object's identification code, if any;

        c.    the object's make, model and year, if applicable;

        d.    the object's current location; and

        e.    the person to contact to arrange an inspection of the object.

    5.    When used with reference to a statute:

        a.    the Title and Code under which the statute was enacted;

        b.    the section of the statute;

      c.    the subsection of the statute; and

      d.    the subparagraph(s) of the statute.

H.    "Person" means all natural persons and entities, including without limitation, corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

I.    "State with specificity" or "describe with specificity" means to (i) state the substance of the facts supporting your response, (ii) identify documents supporting your response, and (iii) identify all witnesses who have knowledge or information supporting your response, listing the information or knowledge that each such witness possesses.

J.    In response to these interrogatories, you are required to disclose all information known to you, your past or present agents, attorneys, accountants, advisors, employees, or any other persons acting on your behalf.

K.    If you are unable to answer the attached interrogatories after conducting a reasonable investigation, so state and answer to the extent possible, further stating the information you cannot provide and the efforts made to obtain such information.

L.    Unless otherwise stated in a specific interrogatory, the time period relevant to these interrogatories is tax years 2005 and 2006.

<u>Interrogatories</u>

1.      Identify all persons supplying any information used in preparing answers to these interrogatories and identify the interrogatory for which such information was supplied.

2.      Identify all experts you expect to call as a witness at trial on the Objection to Claim.

3.     State with specificity the matters upon which the experts identified in Interrogatory 2 are expected to testify and the opinions you expect them to give.

4.     Provide a summary of the grounds for each expert opinion identified in Interrogatory 2.

5.    For each expert identified in Interrogatory 2, please state:

    (i)    the expert's area of expertise, occupation and qualifications,

    (ii)    the degrees obtained by the expert and the school from which the degrees were obtained,

    (iii)    the names and addresses of any trade or professional associations of which each expert is a member, stating the expert's status with each association and the inclusive dates of such status,

    (iv)    the names and addresses of any institutions with which the expert is associated,

    (v)    the title, name of publication, subject matter, publisher and date of publication of any books, papers or articles written by each expert on subjects in the expert's field,

    (vi)    the expert's place of employment for the past ten years giving the names and address for each employer,

    (vii)    the expert's scope of employment in this case and the compensation for such services,

    (viii)    the expert's litigation experience, including the percentage of cases in which the expert testified on behalf of a landlord, and

    (ix)    each case the expert has testified in over the last 5 years, including the case styles and numbers, the forum court, the dates the cases were commenced and ended, the matters upon which the expert testified, and the outcome of the case.

6.      Identify any reports, letters, documents, communications, memoranda or summaries generated by the experts identified in Interrogatory 2 to memorialize their opinions with regard to the issues raised by the Objection to Claim.

7.      Identify all documents, communications or other exhibits that you may present at any hearing on the Objection to Claim.

SEMINOLE COUNTY PROPERTY
APPRAISER

By:_____

Its:_____


STATE OF FLORIDA

COUNTY OF SEMINOLE

      Before me, the undersigned authority, on this _____ day of _____, 2010, personally appeared _____ who, being by me first duly sworn, deposes and says that he/she is _____ of the Seminole County Property Appraiser, is authorized on behalf of the Seminole County Property Appraiser to execute the answers to these interrogatories and the foregoing answers to interrogatories are true and correct to the best of his/her knowledge and belief.


Notary Public
Print Name:_____

Commission Number:_____

My Commission Expires:_____

<u>Certificate of Service</u>

I certify that the original answers to interrogatories have been furnished by

_____ to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water

Street, Suite 1800, Jacksonville, Florida 32202 this _____ day of _____,

2010.


704587

_____
Attorney

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                          )        Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*               )        Chapter 11

                    Reorganized Debtors.        )        Jointly Administered

_____             )

**CERTIFICATE OF SERVICE OF**
**WINN-DIXIE'S FIRST SET OF INTERROGATORIES**
**TO VOLUSIA COUNTY PROPERTY APPRAISER**

I certify that a copy of this certificate and the original and one copy of

Winn-Dixie's First Set of Interrogatories to Volusia County Property Appraiser

are being furnished by mail to Gaylord A. Wood, Jr., Esq., Law Offices of

Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110-1987 this

_14th_ day of May, 2010.

                              SMITH HULSEY & BUSEY

                              By: _____
                                  Stephen D. Busey
                                  Allan E. Wulbern

                              Florida Bar No. 175511
                              225 Water Street, Suite 1800
                              Jacksonville, Florida 32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              awulbern@smithhulsey.com

                              Attorneys for Winn-Dixie Stores, Inc.

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                    )          Case No. 05-03817-3F1

WINN-DIXIE STORES, INC., *et al.,*          )          Chapter 11

                    Reorganized Debtors.          )          Jointly Administered

_____          )

**WINN-DIXIE'S FIRST SET OF INTERROGATORIES**
**TO VOLUSIA COUNTY PROPERTY APPRAISER**

To:     The Volusia County Property Appraiser
        c/o Gaylord A. Wood, Jr., Esq.
        Law Offices of Wood & Stuart, P.A.
        Post Office Box 1987
        Bunnell, Florida 32110-1987

        Pursuant to Rule 7033, Federal Rules of Bankruptcy Procedure, the Volusia

County Property Appraiser is requested, within 30 days of the date of service, to

answer the attached interrogatories separately and fully, in writing and under oath.

                                        SMITH HULSEY & BUSEY

                                        By:  _____
                                             Stephen D. Busey
                                             Allan E. Wulbern

                                        Florida Bar No. 175511
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        awulbern@smithhulsey.com

                                        Attorneys for Winn-Dixie Stores, Inc.

## Definitions and Instructions

For the purpose of these interrogatories, the following definitions apply:

A.    The "Appraiser," "you" and "your" means the Volusia County Property Appraiser, his agents, representatives, employees, officials or anyone acting on his behalf.

B.    "Objection to Claim" means the Debtors' Omnibus Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 10046).

C.    "Communication" or "communications" means every manner or means of disclosure, transfer or exchange, and every disclosure, transfer or exchange of information whether orally or face-to-face or by telephone, mail, e-mail or other electronic transmission, personal delivery, document or otherwise, between or among Winn-Dixie, the Appraiser and/or any third party, or the employees or representatives of either, except communications protected by the attorney-client, work-product or other privilege.

D.    "Documents" shall have the same meaning as in Rule 7034, Federal Rules of Bankruptcy Procedure and shall include, without limiting the generality of the foregoing, tax records, property record cards, property data cards, public records, appraisals, surveys, manuals, guides, instructions, correspondence, contracts, agreements, leases, memoranda, notes, calendar and diary entries, memoranda or notes of conversations and of meetings, studies, reports, offers, inquiries, bulletins, summaries, newsletters, compilations, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, bills of lading, credit memos, debit memos, letters of credit, warehouse receipts, transcripts and all other tangible things upon which any handwriting, typing, printing, drawings, representation, magnetic or electrical impulses, or other form of communication is recorded, including audio and video recordings and computer stored information such as word processing documents and e-mails. The foregoing definition includes originals of documents and all copies that are different in any way from the originals.

E.    The singular includes the plural and the past tense includes the present tense, and vice versa; the words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any documents which might otherwise be construed to be outside its scope; the word "all" means "any and all"; the word "any" means "any and all"; and the word "including" means "including without limitation."

F.    The phrase "relating to" means constituting, comprising, containing, consisting of, setting forth, proposing, referring, showing, evidencing, disclosing, describing, discussing, explaining, summarizing, supporting, concerning, reflecting, authorizing, pertaining to, or mentioning, directly or indirectly.

G.    "Identify" means to set forth:

    1.    When used with reference to a person:

        a.    the person's full name;

        b.    the person's current or last known home and business addresses and telephone numbers; and

        c.    if employed, the name of the person's employer and the position held.

    2.    When used with reference to a corporation or other business entity:

        a.    its complete name;

        b.    its current mailing address; and

        c.    its current telephone number.

    3.    When used with reference to a document:

        a.    its subject matter;

        b.    its substance in summary form;

        c.    the identity of each person involved in preparing it; and

        d.    the identity of each person currently in possession of it.

    4.    When used with reference to a tangible physical object:

        a.    the object's description;

        b.    the object's identification code, if any;

        c.    the object's make, model and year, if applicable;

        d.    the object's current location; and

        e.    the person to contact to arrange an inspection of the object.

    5.    When used with reference to a statute:

        a.    the Title and Code under which the statute was enacted;

        b.    the section of the statute;

    c.    the subsection of the statute; and

    d.    the subparagraph(s) of the statute.

H.    "Person" means all natural persons and entities, including without limitation, corporations, companies, partnerships, limited partnerships, joint ventures, trusts, estates, associations, public agencies, departments, bureaus and boards.

I.    "State with specificity" or "describe with specificity" means to (i) state the substance of the facts supporting your response, (ii) identify documents supporting your response, and (iii) identify all witnesses who have knowledge or information supporting your response, listing the information or knowledge that each such witness possesses.

J.    In response to these interrogatories, you are required to disclose all information known to you, your past or present agents, attorneys, accountants, advisors, employees, or any other persons acting on your behalf.

K.    If you are unable to answer the attached interrogatories after conducting a reasonable investigation, so state and answer to the extent possible, further stating the information you cannot provide and the efforts made to obtain such information.

L.    Unless otherwise stated in a specific interrogatory, the time period relevant to these interrogatories is tax years 2005 and 2006.

<u>Interrogatories</u>

     1.    Identify all persons supplying any information used in preparing answers to these interrogatories and identify the interrogatory for which such information was supplied.

     2.    Identify all experts you expect to call as a witness at trial on the Objection to Claim.

3.      State with specificity the matters upon which the experts identified in Interrogatory 2 are expected to testify and the opinions you expect them to give.

4.      Provide a summary of the grounds for each expert opinion identified in Interrogatory 2.

5.    For each expert identified in Interrogatory 2, please state:

   (i)    the expert's area of expertise, occupation and qualifications,

   (ii)    the degrees obtained by the expert and the school from which the degrees were obtained,

   (iii)    the names and addresses of any trade or professional associations of which each expert is a member, stating the expert's status with each association and the inclusive dates of such status,

   (iv)    the names and addresses of any institutions with which the expert is associated,

   (v)    the title, name of publication, subject matter, publisher and date of publication of any books, papers or articles written by each expert on subjects in the expert's field,

   (vi)    the expert's place of employment for the past ten years giving the names and address for each employer,

   (vii)    the expert's scope of employment in this case and the compensation for such services,

   (viii)    the expert's litigation experience, including the percentage of cases in which the expert testified on behalf of a landlord, and

   (ix)    each case the expert has testified in over the last 5 years, including the case styles and numbers, the forum court, the dates the cases were commenced and ended, the matters upon which the expert testified, and the outcome of the case.

6.    Identify any reports, letters, documents, communications, memoranda or summaries generated by the experts identified in Interrogatory 2 to memorialize their opinions with regard to the issues raised by the Objection to Claim.

7.    Identify all documents, communications or other exhibits that you may present at any hearing on the Objection to Claim.

8

VOLUSIA COUNTY PROPERTY
APPRAISER

By:_____
Its:_____


STATE OF FLORIDA

COUNTY OF VOLUSIA

Before me, the undersigned authority, on this _____ day of _____,
2010, personally appeared _____ who, being by me first
duly sworn, deposes and says that he/she is _____ of    the    Volusia
County Property Appraiser, is authorized on behalf of the Volusia County
Property Appraiser to execute the answers to these interrogatories and the
foregoing answers to interrogatories are true and correct to the best of his/her
knowledge and belief.


_____
Notary Public
Print Name:_____
Commission Number:_____
My Commission Expires:_____

9

Certificate of Service

I certify that the original answers to interrogatories have been furnished by

_____ to Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water

Street, Suite 1800, Jacksonville, Florida 32202 this _____ day of _____,

2010.


_____
Attorney

704594