**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim Filed by Wanda Yates and Denying Wanda Yates' Motion to Allow Late Filed Claim (Docket No. 23425) was furnished by CM/ECF on August 18, 2010 to Cheryl D. Linton Robinson, Esq., Cazeau Linton Barnes, LLC, 633 NE 167th Street, Suite 1025 North Miami Beach, Florida 33162 and all parties in interest entitled to receive such notification.

Dated: August 19, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00718739