# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### 300 North Hogan Street, 3-350
### Jacksonville, Florida 32202

In re:
WINN-DIXIE STORES, INC.

In a Chapter 11 Case
Case Number –3-05-bk-3817-3F1

<u>Debtor(s)</u>

Adversary Number - N/A

## -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158

Notice of Appeal Filed: July 16, 2010

The Party or Parties included in the Appeal to the District Court:

Appellant(s). Libbey Glass, Inc.
Attorney: Richard R. Thames, Esq., Stutsman Thames & Markey, 50 North Laura Street, Ste 1600, Jacksonville, FL  32202 (904) 358-4000
Appellee(s): Winn-Dixie Stores, Inc.
Attorney: Noah Leanne McKnight Prendergast, Smith Hulsey & Busey, 225 Water Street, Ste 1800, Jacksonville, FL  32202

**Title and Date of Orders Appealed** – Order Sustaining Debtors' Amended Objection to the Claim filed by Libbey Glass

Items included in transmittal pursuant to F.R.B.P. 8003(b):

| | |
|---|---|
| (X)   Notice of Appeal | ( )   Any Answers(s) |
| (X)   Designation in Appeal of Appellant  and Appellee | ( )   Transcripts (part of designation) |
| ( )   Designation in Cross Appeal | ( )   Exhibits |
| (X)   Other: Docket | |

Case number(s) of Pending Appeal(s) in this Case:  08-CV-391 (USCA)

County of Residence: Duval      Date August 10, 2010     By: Cathy Perkins

District Court Case Number  3:10-697-J-99-MMH

# CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: pcathy              Page 1 of 1            Date Rcvd: Aug 17, 2010
Case: 05-03817                 Form ID: pdfdoc           Total Noticed: 1

The following entities were noticed by first class mail on Aug 19, 2010.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
              Jacksonville, FL 32202-4494
The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2010**          **Signature:** _Joseph Speetjens_