# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
### 300 North Hogan Street, 3-350
### Jacksonville, Florida 32202

In re:
WINN-DIXIE STORES, INC.

In a Chapter 11 Case
Case Number –3-05-bk-3817-3F1

Debtor(s)

Adversary Number - N/A

## -TRANSMITTAL OF RECORD TO DISTRICT COURT-

(X) Appeal pursuant to 28 USC § 158

Notice of Appeal Filed: July 14, 2010

The Party or Parties included in the Appeal to the District Court:

Appellant(s). Nancy Lee
Attorney: Edward P. Jackson, 255 N. Liberty St., Jacksonville, FL 32202 (904)358-1952
Appellee(s): Winn-Dixie Stores, Inc.
Attorney: Noah Leanne McKnight Prendergast, Smith Hulsey & Busey, 225 Water Street, Ste 1800, Jacksonville, FL 32202

**Title and Date of Orders Appealed** – Order on the Administrative Claim of Nancy Lee

Items included in transmittal pursuant to F.R.B.P. 8003(b):

(X) Notice of Appeal
(X) Designation in Appeal of Appellant and Appellee
( ) Designation in Cross Appeal
(X) Other: Docket

( ) Any Answers(s)
(X) Transcripts (part of designation)
( ) Exhibits

Case number(s) of Pending Appeal(s) in this Case: 08-CV-391 (USCA)

County of Residence: Duval    Date August 10, 2010    By: Cathy Perkins

District Court Case Number  3:10-cv-698-J-T-JC

# CERTIFICATE OF NOTICE

```
District/off: 113A-3           User: pcathy                 Page 1 of 1                   Date Rcvd: Aug 17, 2010
Case: 05-03817                 Form ID: pdfdoc              Total Noticed: 1

The following entities were noticed by first class mail on Aug 19, 2010.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
               Jacksonville, FL 32202-4494
The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2010**                       **Signature:**    _Joseph Speetjens_