**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Pinellas County Tax Collector (Docket No. 23295) was furnished by CM/ECF notification on July 12, 2010 Christina M. LeBlanc, Esq., Senior Assistant County Attorney, 315 Court street, 6th Floor, Clearwater, Florida 33756, Sarah Richardson, Esq., Managing Assistant County Attorney, 315 Court street, 6th Floor, Clearwater, Florida 33756 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781.

Dated: August 20, 2010

SMITH HULSEY & BUSEY

By: */s/Allan E. Wulbern*
      Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00718730