UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:                                                          Case NO. 05-03817-3F1

WINN-DIXIE STORES, INC., et al.                 Chapter 11

    Reorganized Debtors.                              Jointly Administered

**REQUEST TO BE REMOVED FROM
MAILING MATRIX AND ELECTRONIC MAILING**

Pasco County, Florida, a Political Subdivision of the State of Florida on behalf of its Pasco County Board of County Commissioners hereby requests that it be removed from the mailing matrix, the electronic mailing list and all service lists in this Chapter 11 case, unless the matter specifically addresses Pasco County, Florida and its Pasco County Board of County Commissioners.

Respectfully submitted this 23rd day of August 2010.

                                                /s/ Anthony M. Salzano
                                               Anthony M. Salzano, Esq.
                                               Counsel for the Pasco County Board
                                               Of County Commissioners
                                               Florida Bar# 186945
                                               West Pasco Government Center
                                               7530 Little Road, Suite 340
                                               New Port Richey, Florida 34654
                                               Ph: 727-847-8120
                                               Fax: 727-847-8021

CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 23rd day of August, 2010 Pasco County, Board of County Commissioners' Request to be Removed from the Mailing List and the

Electronic Mailing List was uploaded to the clerk of court's cm/ecf to be sent out electronically to Debtor's counsel, Adam Ravin, Skadden, Arps, Slate, Meagher & Flom, LLP, Four Times Square, New York, NY 10036 and Cynthia C. Jackson, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32201, Counsel for the Creditors Committee for Unsecured, Dennis F. Dunne, Milbank, Tweed, Hadley & McCloy, LLP, 1 Chase Manhattan Plaza, New York, NY 10005, the United States Trustee, Elena L. Escamilla, United States Trustee, 136 West Central Boulevard, Suite 620, Orlando, Florida 32806 and all other parties listed on the electronic mailing list.

   I FURTHER CERTIFY a copy of this request was sent out by regular U.S. Mail to the debtor at Winn-Dixie Stores, Inc., 5050 Edgewood Court, Jacksonville, Florida 32254-3699 the same date.

                /s/ Anthony M. Salzano
                Anthony M. Salzano, Esq.
                Counsel for the Pasco County Board
                Of County Commissioners
                Florida Bar# 186945
                West Pasco Government Center
                7530 Little Road, Suite 340
                New Port Richey, Florida 34654
                Ph: 727-847-8120
                Fax: 727-847-8021