UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**<u>AGENDA FOR OMNIBUS HEARINGS</u>**
**<u>TO BE HELD ON AUGUST 25, 2010</u>**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on August 25, 2010 at 1:30 p.m.:

**<u>Contested Matters</u>**

1. *<u>Debtors' Objection to the Administrative Claim of Tina Pitts (ECF No. 23346) (Statute of Limitations Defense)</u>*

    Response Deadline:  Expired.

    Responses:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

2. *<u>Debtors' Objection to the Administrative Claim of Robert Dukes (ECF No. 23348) (Statute of Limitations Defense)</u>*

    Response Deadline:  Expired.

    Responses:   None.

    Status:   The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Objection to the Administrative Claim of Sharon Young (ECF No. 23349) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Objection to the Administrative Claim of Cynthia Haro (ECF No. 23350) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Administrative Claim of Carol Hamon (ECF No. 23351) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtors' Objection to the Administrative Claim of Pamela Davis (ECF No. 23352) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of Valeria Nacer (ECF No. 23353) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Debtors' Objection to the Administrative Claim of Melissa Rosa (ECF No. 23354) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

9. *Debtors' Objection to the Administrative Claim of Wayne Way (ECF No. 23355) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Objection to the Administrative Claim of Maria Marin (ECF No. 23356) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

11. *Debtors' Objection to the Administrative Claim of Futricia Lismore-Arriaga (ECF No. 23357) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

12. *Debtors' Objection to the Administrative Claim of Luciana Knight (ECF No. 23358) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

13. *Debtors' Objection to the Administrative Claim of Stephanie Harrison (ECF No. 23359) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

14. *Debtors' Objection to the Administrative Claim of Teresa Pigg (ECF No. 23360) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

15. *Debtors' Objection to the Administrative Claim of Evelyn Dupont (ECF No. 23361) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

16. *Debtors' Objection to the Administrative Claim of Nathalia Neveaux (ECF No. 23362) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

17. *Debtors' Objection to the Administrative Claim of Harold Desmangles (ECF No. 23363) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

18.     *Debtors' Thirteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed and Notice of Hearing (ECF No. 23364) (Statute of Limitations Defense)*

Response Deadline: Expired.

Responses:           None.

Status:              The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: August 24, 2010

                                    SMITH HULSEY & BUSEY

                                    By *s/ Leanne McKnight Prendergast*
                                        Leanne McKnight Prendergast

                                    Florida Bar Number 59544
                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida 32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    lprendergast@smithhulsey.com

                                    Counsel for Reorganized Debtors

00714728