UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

**WINN-DIXIE STORES, INC., et al.**                              CASE NO. 05-03817-3F1
                                                                                         Chapter 11
                                                                                         (Jointly Administered)

**Debtors.**
_____/

**REQUEST FOR REMOVAL FROM SERVICE LIST
AND REQUEST TO STOP ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that Holland & Knight LLP's representation of Marketplace Port St. Lucie, Limited Partnership, in this matter has concluded. Rod Anderson requests to be removed from all service lists, and hereby requests the Court to stop electronic notices via ECF in the instant bankruptcy case.

Respectfully submitted this 24th day of August, 2010.

/s/ Rod Anderson
Rod Anderson
Florida Bar No. 0370762
rod.anderson@hklaw.com
HOLLAND & KNIGHT LLP
P.O. Box 1288
Tampa, FL 33601-1288
(813) 227-8500
(813) 229-0134 (facsimile)
Attorneys for Marketplace Port St.
  Lucie, Limited Partnership