## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Amended Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Walton County Tax Collector (Docket No. 23422) and the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Jackson County Tax Collector (Docket No. 23424) was furnished by CM/ECF notification on August 18, 2010 to Loren E. Levy, Esq., 1828 Riggins Lane, Tallahassee, Florida 32308 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781.

Dated: August 25, 2010

SMITH HULSEY & BUSEY

By: /s/Allan E. Wulbern
     Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00718675