UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 05-03817-3F1
Chapter 11
(Jointly Administered)

In Re:

WINN-DIXIE STORE, INC., et al.

Debtors.
_____/

## REQUEST FOR REMOVAL FROM SERVICE LIST AND REQUEST TO STOP ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Robert P. Morrow, Jr., Esq.'s representation of Luisa Suarez, in this matter has concluded. Robert P. Morrow, Jr., Esq. request to be removed from all service lists, and herby request the Court to stop electronic notices via ECF in the instant bankruptcy case.

Respectfully submitted this 25th day of August, 2010.

Robert P. Morrow, Jr., Esq.
FL Bar No. 245267
225 East Church Street
Jacksonville, FL 32202
(904) 353-1000
Attorney for Luisa Suarez