UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors, *et al.*, ) | Jointly Administered |
| ) | |

**ORDER CONTINUING THE TRIAL ON THE MOTION
TO COMPEL PAYMENT OF UNDISPUTED POSTPETITION
OBLIGATION FILED BY DIVERSIFIED MAINTENANCE SYSTEMS,
INC. AND THE COUNTERCLAIM FILED BY WINN-DIXIE STORES, INC.**

This case is before the Court upon Debtors' Unopposed Motion to Continue Trial on the Motion to Compel Payment of Undisputed Postpetition Obligation filed by Diversified Maintenance Systems, Inc. and the Counterclaim filed by Winn-Dixie Stores, Inc. (Docket No. 23398) (the "Motion"). Upon consideration, it is

ORDERED:

1. The Motion is granted.

2. The trial on (i) the Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business filed by Diversified Maintenance Systems, Inc. (Docket No. 21311) and (ii) the Response and Counterclaim filed by the Reorganized Debtors (Docket No. 22056) currently scheduled for October 14 and 15, 2010 at 9:00 a.m. is continued to JANUARY 25, 2011 THROUGH JANUARY 28, 2011 (4 DAYS) at 9:00am in Courtroom 4D, United States Courthouse, 300 N. Hogan St., Jacksonville, FL 32202.

3.  The deadlines set forth in the Order Scheduling Trial on this matter entered herein on February 23, 2009 are extended accordingly and shall be based upon the continued trial dates set forth above.

Dated this 26 day of August, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to:

Paul Thanasides, Esq.
James H. Post, Esq.

## Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Paul Thanasides, Esq., McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L., 6943 East Fowler Avenue, Tampa, Florida 33617, and all parties in interest entitled to receive such notification this 10th day of August, 2010.

/s/ James H. Post
Attorney

714838.2