UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administrated |
| | ) | |

### AGREED ORDER ON DEBTORS' FOURTH OMNIBUS OBJECTION AND MOTION FOR DETERMINING TAX LIABILITIES TO YAZOO COUNTY, MISSISSIPPI

This matter came before the Court on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection")(Docket No. 9133) and (ii) the Response of Yazoo County, Mississippi Tax Collector to Debtors' Fourth Omnibus Objection to Tax Claims (Docket No. 9765). Upon consideration of the consent of the parties indicated below, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained in part and overruled in part as set forth below.

2. The Debtors will pay to Yazoo County, Mississippi the amount of $25,307.72 on or before September 1, 2010, as a full and final payment of all unpaid ad valorem real property and tangible personal taxes, and interest thereon, owed by the Debtors to the Yazoo Tax Collector for tax years 2006 and prior (whether delinquent or not), including, without limitation, account number(s) P1278, P43130 and P43140, which were or could have been, or may be, raised in any proof of claim or objection to proof of claim or otherwise.

3. This Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by the Yazoo County, Mississippi Tax Collector in these Chapter 11 cases and (ii) all other pre-effective date claims the Yazoo County, Mississippi has or may have against the Debtors and any of their Chapter 11 estates or affiliates. The Debtors shall not be entitled to any further adjustment, reduction or refund of any tax assessment or taxes paid or payable to the Yazoo County, Mississippi for tax years prior to 2006.

4. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

DATED this ___ day of August, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Allan Wulbern
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Robert Altman
5256 Silverlake Drive
Palatka, Florida 32177

Stephen W. Rosenblatt
Butler, Snow, O'Mara,
Stevens & Cannada, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157

## Consent

The undersigned parties consent to the entry of the foregoing Order.

BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC

By: /s/ Stephen W. Rosenblatt
Stephen W. Rosenblatt

Pro Hac Vice
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
(601) 985-4504
(601) 985-4500 (facsimile)
steve.rosenblatt@butlersnow.com

Attorney for Yazoo County, Mississippi

ROBERT ALTMAN, P.A.

By: /s/ Robert Altman
Robert Altman

Florida Bar No. 346861
5256 Silverlake Drive
Palatka, Florida 32177
(386) 325-4691
(386) 325-9765 (facsimile)
robertaltman@bellsouth.net

Attorney for Yazoo County, Mississippi

SMITH HULSEY & BUSEY

By: /s/ Allan E. Wulbern
Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00716130

Jackson 5444495v2