UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER ON DEBTORS' FOURTH OMNIBUS OBJECTION
AND MOTION FOR DETERMINING TAX LIABILITIES TO
MARION COUNTY, MISSISSIPPI**

This matter came before the Court on (i) the Debtors' Fourth Omnibus Objection to Tax Claims and Motion for Order Determining Tax Liabilities (the "Objection")(Docket No. 9133) and (ii) the Response of Marion County, Mississippi Tax Collector to Debtors' Fourth Omnibus Objection to Tax Claims (Docket No. 9765). Upon consideration of the consent of the parties indicated below, it is

ORDERED AND ADJUDGED:

1.     The Objection is sustained in part and overruled in part as set forth below.

2.     The Debtors will pay to Marion County, Mississippi the amount of $13,175.23 on or before September 1, 2010, as a full and final payment of all unpaid ad valorem real property and tangible personal taxes, and interest thereon, owed by the Debtors to the Marion Tax Collector for tax years 2006 and prior (whether delinquent or not), including, without limitation, account number(s) 001843, which were or could have been, or may be, raised in any proof of claim or objection to proof of claim or otherwise.

3.    This Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by the Marion County, Mississippi Tax Collector in these Chapter 11 cases and (ii) all other pre-effective date claims the Marion County, Mississippi has or may have against the Debtors and any of their Chapter 11 estates or affiliates.  The Debtors shall not be entitled to any further adjustment, reduction or refund of any tax assessment or taxes paid or payable to the Marion County, Mississippi for tax years prior to 2006.

4.    This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

DATED this 27 day of August, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Allan Wulbern
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202

Robert Altman
5256 Silverlake Drive
Palatka, Florida 32177

Stephen W. Rosenblatt
Butler, Snow, O'Mara,
Stevens & Cannada, PLLC
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157

2

## Consent

The undersigned parties consent to the entry of the foregoing Order.

BUTLER, SNOW, O'MARA,                          ROBERT ALTMAN, P.A.
STEVENS & CANNADA, PLLC

By: _____                   By: _____
        Stephen W. Rosenblatt                          Robert Altman

Pro Hac Vice                                   Florida Bar No. 346861
1020 Highland Colony Parkway                   5256 Silverlake Drive
Suite 1400                                     Palatka, Florida 32177
Ridgeland, Mississippi 39157                   (386) 325-4691
(601) 985-4504                                 (386) 325-9765 (facsimile)
(601) 985-4500 (facsimile)                     robertaltman@bellsouth.net
steve.rosenblatt@butlersnow.com

Attorney for Marion County, Mississippi        Attorney for Marion County, Mississippi


SMITH HULSEY & BUSEY

By: _____
        Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.


00716130

Jackson 5444495v2


3

# CERTIFICATE OF NOTICE

District/off: 113A-3          User: pcathy          Page 1 of 1          Date Rcvd: Aug 27, 2010
Case: 05-03817               Form ID: pdfdoc        Total Noticed: 1

The following entities were noticed by first class mail on Aug 29, 2010.
          +Stephen Rosenblatt,   1020 Highland Colony Parkway, Ste 1400,   Ridgeland, MS 39157-2139

The following entities were noticed by electronic transmission.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 29, 2010**                **Signature:**