# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | Chapter 11 |
| Reorganized Debtors. | Jointly Administered |

NOTICE OF RULE 30(b)(6) DEPOSITION
OF DIVERSIFIED MAINTENANCE SYSTEM, INC.

Please take notice that beginning at 9:00 a.m. (EST) on September 21, 2010, Winn-Dixie Stores, Inc. and its affiliated debtors (collectively, "Winn-Dixie") will take the deposition of Diversified Maintenance System, Inc. ("Diversified") at the offices of Esquire Deposition Solutions, 101 East Kennedy Boulevard, Suite 3350, Tampa, Florida, or a mutually agreeable place to be determined by Winn-Dixie and Diversified, before a certified stenographer reporter authorized by law to administer oaths and take depositions. This deposition is being taken for discovery purposes, for use as evidence, at hearing or trial, or both, and shall continue from day to day until completed.

Pursuant to Federal Rule of Civil Procedure 30(b)(6), as incorporated by Rule 7030, Federal Rules of Bankruptcy Procedure, Diversified is required to designate one or more officers, directors, managing agents, or other persons who consent to do so, who have the most knowledge to testify with particularity on Diversified's behalf concerning the matters set forth in the attached Exhibit A.

SMITH HULSEY & BUSEY

By /s/ James H. Post
James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Counsel for Reorganized Debtors

### Exhibit A

### Definitions

A. "Amended Counterclaim" means Winn-Dixie's Amended Response to and Counterclaim to Motion to Compel Payment Filed by Diversified Maintenance Systems, Inc. (Docket No. 23393).

B. "Debtor," "Debtors" or "Winn-Dixie" mean Winn-Dixie Stores, Inc. and its affiliated entities in the jointly administered bankruptcy case styled In re Winn-Dixie, Inc., et. al.; United States Bankruptcy Court, Middle District of Florida; Chapter 11; Case No. 05-03817-3F1, and the officers, directors, agents, servants, attorneys or employees thereof, and anyone acting on their behalf.

C. "Documents" shall have the same meaning as in Rule 34, Federal Rules of Civil Procedure, and shall include, without limiting the generality of the foregoing, correspondence, contracts, agreements, leases, memoranda, notes, calendar and diary entries, memoranda or notes of conversations and of meetings, studies, reports, offers, inquiries, bulletins, summaries, newsletters, compilations, charts, graphs, photographs, film, microfilm, articles, announcements, books, books of account, ledgers, vouchers, canceled checks, invoices, bills, opinions, certificates, transcripts and all other tangible things upon which any handwriting, typing, printing, drawings, representation, magnetic or electrical impulses, or other form of communication is recorded, now or at any time in your possession, custody or control, including but not limited to the originals (or any copy when originals are not available) and drafts of documents and all copies that are different in any way from the original.

D. "Electronically Stored Information" or "ESI" shall have the same meaning as in Rule 34, Federal Rules of Civil Procedure, and shall include, without limiting the generality of the foregoing, all electronic, mechanical, magnetic, or optical records or representations of any kind including, without limitation, computer files and programs, tapes, cassettes, discs, recordings, metadata, and information stored on a computer, laptop, hand-held computer device, disk, cd, dvd, and any mechanical recording or production of any oral material.

E. "Relevant Period" means the period from January 1, 2004 through December 31, 2006.

F. "The singular includes the plural and the past tense includes the present tense, and vice versa; the words "and" and "or" shall be construed either conjunctively or disjunctively to bring within the scope of these interrogatories any documents which might otherwise be construed to be outside its scope; the word "all" means "any and all"; the word "any" means "any and all"; and the word "including" means "including without limitation."

G. "Thompson Dunavant" means Thompson Dunavant, PLC and its offers, directs, agents, servants, attorneys, employees or anyone acting on its behalf.

H. "You," "yours" and "Diversified" mean Diversified Maintenance Systems, Inc., its officers, directors, agents, servants, attorneys, employees or anyone acting on its behalf.

### Areas of Inquiry

### Documents and Information Related to Count 2

1. All facts, events, documents or ESI stored information, including accounting records, journal entries or ledgers, that track, record or account for (i) the Florida sales taxes that Diversified collected from its customers, including Winn-Dixie, and (ii) the Florida sales taxes that Diversified remitted to the State of Florida or retained as a result of Florida business transactions during the Relevant Period with Winn-Dixie and other Diversified customers.

2. All facts, events, documents or ESI, including accounting records, journal entries or ledgers, that track, record or account for (i) the Georgia sales taxes that Diversified collected from its customers, including Winn-Dixie, and (ii) the Georgia sales taxes that Diversified remitted to the State of Georgia or retained as a result of Georgia business transactions during the Relevant Period with Winn-Dixie and other Diversified customers.

3. All facts, events, documents or ESI that you sent to Thompson Dunavant to prepare the monthly Florida sales tax returns, Form DR-15, for the calendar years 2004, 2005, 2006 and 2007, including the "information to prepare the tax returns" that was "prepared by Diversified," as referenced in the letter from Thomson Dunavant dated April 7, 2010, a copy of which is attached as Exhibit 1.

4. All facts, events, documents or ESI that you sent to Thompson Dunavant to prepare the monthly sales tax returns filed by or on behalf of Diversified, if any, for the calendar years 2004, 2005, 2006 and 2007.

5. For the Relevant Period, all facts, events, documents or ESI that relate to any reconciliation of Diversified's total sales in Florida or Georgia by week, month or year to (i) Diversified's annual financial statements or (ii) any federal or state tax returns filed by Diversified.

6. All facts, events, documents or ESI relating or referring to any audit of Diversified by the Department of Revenue for the State of Florida related to any events that occurred or floor care services that were provided by Diversified during the Relevant Period.



**THOMPSON DUNAVANT**
CERTIFIED PUBLIC ACCOUNTANTS & CONSULTANTS

BY FEDERAL EXPRESS

April 7, 2010

Chris Dix, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Re:   Winn-Dixie Stores, Inc., et al.
      Subpoena in a Case under the Bankruptcy Code
      Case No. 05-03817-3F1

Dear Mr. Dix:

The purpose of this letter is to respond to your request for sales tax payments remitted to the States of Florida and Georgia in connection with floor care services provided by Diversified Maintenance Systems, Inc. ("Diversified") to Winn-Dixie Stores, Inc. ("Winn-Dixie") for the periods January 1, 2004 through December 31, 2007.

In response to your request, we have enclosed the following information and make the following comments:

1. Monthly Florida sales tax returns, Form DR-15, for the calendar years 2004, 2005, 2006, and 2007.
2. Supporting workpapers are attached to each Florida return, which details the tax amount for each invoice during the month. For confidentiality reasons, we have protected the names of customers other than Winn-Dixie.
3. The information supplied to prepare the tax returns was prepared by Diversified. Diversified is responsible for the accuracy and completeness of this information, and for maintaining supporting records as required by law. We did not audit or otherwise verify this information.
4. Commercial janitorial services are not taxable in Georgia. Therefore, no sales tax returns were filed in Georgia and we have no information available to respond to your request.
5. To the best of our knowledge, we are not aware of any amended returns or refund claims filed by Diversified in the State of Florida.

If you have any questions about the enclosed information, please contact me at the address below.

Best Regards,

*Brian McCuller*

Brian B. McCuller, JD, CPA
Member

5100 Poplar Avenue • Clark Tower 30th Floor • Memphis, TN 38137 • Ph. 901.685.5575 • fax. 901.685.5583 • www.thompsondunavant.com
a Professional Limited Liability Company

## Certificate of Service

I certify that a copy of the foregoing was served furnished by facsimile and by mail on August 16th, 2010 to Paul Thansides, Esq., 6943 Fowler Avenue, Temple Terrace, Florida 33617.

_____
Attorney

c:  Esquire Deposition Solutions
    101 East Kennedy Boulevard
    Suite 3350
    Tampa, Florida

00717752.DOC