IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED
JACKSONVILLE, FLORIDA
AUG 27 2010
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:

WINN-DIXIE STORES, INC., et al.,

Debtors.

Case No.: 05-03817-JAF

(Jointly Administered)

### NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Dillon, Bitar & Luther, L.L.C., which filed A Notice of Appearance and Demand for Service of Papers on August 3, 2006 on behalf of Spectrum Investment Partners, LP, in the above-captioned case under Chapter 11 of Title 11, United States Code (the "Bankruptcy Code") and pursuant to Federal Rules of Bankruptcy Procedure 2002 and section 1109(b) of the Bankruptcy Code, hereby withdraws from the above-captioned cases and asks to be removed from all notice lists.

Dated: August 23, 2010

DILLON, BITAR & LUTHER, L.L.C.

By: _____
Charles V. Quinn, Esq.
A Member of the Firm

Attorneys for
Spectrum Investment Partners, LP