UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Case No: 3:05-bk-03817-JAF |
| Reorganized Debtors. | ) | Chapter 11 |
| | ) | |

### WINN-DIXIE STORES, INC.'S MOTION TO STRIKE DIVERSIFIED MAINTENANCE SYSTEMS, INC.'S MOTION FOR PROTECTIVE ORDER

Winn-Dixie Stores, Inc. ("Winn-Dixie") files this motion to strike Diversified Maintenance Systems, Inc.'s Motion for Protective Order Regarding September Corporate Representative Deposition Notices and Thompson Dunavant Deposition Duces Tecum (the "Motion for Protective Order") (ECF No. 23481) and says:

1. On August 16, 2010, Winn-Dixie served five 30(b)(6) deposition notices on Diversified and a Notice of Taking Deposition Duces Tecum of Diversified's former accounting firm, Thompson Dunavant, PLC (collectively, the "Winn-Dixie Discovery").

2. On September 1, Diversified filed its Motion for Protective Order, which objected to the Winn-Dixie Discovery, but which did not contain any certification that Diversified had, in good faith, conferred or attempted to confer with Winn-Dixie before filing the Motion for Protective Order.

3. Rule 26(c), Federal Rules of Civil Procedure, applicable to this proceeding pursuant to Rules 9014 and 7026, Federal Rules of Bankruptcy Procedure, specifically requires that a motion for protective order "***must include a certification***

that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action." Rule 26(c), Fed. R. Civ. P. (emphasis added).

    4.    The Motion for Protective Order should be stricken because Diversified did not comply with the good faith certification requirement in Rule 26(c), Fed.R.Civ.Pr.

    WHEREFORE, Winn-Dixie requests that this Court enter an order striking Diversified's Motion for Protective Order.

SMITH HULSEY & BUSEY

By: /s/ James H. Post
    James H. Post

Florida Bar Number 175460
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
jpost@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

Certificate of Service

I certify that a copy of the foregoing has been furnished via the CM/ECF electronic notification system to Paul Thanasides, Esq., McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L., 6943 East Fowler Avenue, Tampa, Florida 33617, and all parties in interest entitled to receive such notification this 1st day of September, 2010.

*/s/ James H. Post*
Attorney

00720532.DOC