**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to the City of Columbia, Mississippi (ECF No. 23446), Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Forrest County, Mississippi (ECF No. 23447), Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Madison County, Mississippi (ECF No. 23448), Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Marion County, Mississippi (ECF No. 23449) and Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Warren County, Mississippi (ECF No. 23450) was furnished by mail on August 27, 2010 to Robert Altman, 5256 Silverlake Drive, Palatka, Florida 32177 and Stephen W. Rosenblatt, Butler, Snow,

O'Mara, Stevens & Cannada, PLLC, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157.

Dated: September 1, 2010

                SMITH HULSEY & BUSEY

                By: /s/Allan E. Wulbern
                    Allan E. Wulbern

                Florida Bar Number 175511
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                awulbern@smithhulsey.com

                Counsel for Reorganized Debtors

00720678