**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AMENDED CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to the City of Columbia, Mississippi (ECF No. 23446), Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Forrest County, Mississippi (ECF No. 23447), Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Madison County, Mississippi (ECF No. 23448), Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Marion County, Mississippi (ECF No. 23449) and Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Warren County, Mississippi (ECF No. 23450) was furnished by mail on August 27, 2010 and Agreed Order on Debtors' Fourth Omnibus Objection and Motion for Determining Tax Liabilities to Yazoo County, Mississippi (ECF No. 23487) was furnished by mail on September 1, 2010 to Robert Altman, 5256 Silverlake Drive, Palatka, Florida 32177 and Stephen

W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, 1020 Highland

Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157.

Dated:  September 1, 2010

SMITH HULSEY & BUSEY

By: /s/Allan E. Wulbern
    Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00720700

2