**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Sharon Young (ECF No. 23459) was furnished by mail on August 31, 2010 to Eyal Berger, Kluger, Peretz, Kaplan & Berlin, P.L., Miami Center, Seventeenth Floor, 201 So. Biscayne Blvd., Miami, FL 33131.

Dated: September 2, 2010

                                                    SMITH HULSEY & BUSEY

                                                    By: *s/ Leanne McKnight Prendergast*
                                                        Leanne McKnight Prendergast

                                                    Florida Bar Number 59544
                                                    225 Water Street, Suite 1800
                                                    Jacksonville, Florida 32202
                                                    (904) 359-7700
                                                    (904) 359-7708 (facsimile)
                                                    lprendergast@smithhulsey.com

                                                    Counsel for Reorganized Debtors

00720741