**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Cynthia Haro (ECF No. 23460) was furnished by mail on August 31, 2010 to Cynthia Haro, 6161 SW 41 Street, Miramar, FL 33023, Marc Anidjar, Esq., Anidjar & Levine, P.A., 12 SE 7th Street, Suite 604, Ft. Lauderdale, FL 33301 and David N. Stern, Genovese Joblove & Battista, P.A., 200 E Broward Blvd., Suite 1110, Ft. Lauderdale, FL 33301.

Dated: September 2, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00720742