**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Pamela Davis (ECF No. 23462) was furnished by mail on August 31, 2010 to Pamela Davis, 1563 Brookforest Drive, Jacksonville, FL 32208 and Brian M. Flaherty, 10 West Adams Street, 3rd Floor, Jacksonville, FL 32202.

Dated: September 2, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00720744