**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Melissa Rosa (ECF No. 23464) was furnished by mail on August 31, 2010 to Melissa Rosa, 13709 N 23rd Street, Apt 102, Tampa, FL 33613 and Frank A. Principe, 2805 W. Busch Blvd., Suite 100, Tampa, FL 33618.

Dated: September 2, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
  Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00720746