# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Wayne Way (ECF No. 23465) was furnished by mail on August 31, 2010 to Wayne Way, 3712 Peach Drive, Jacksonville, FL 32246 and Bradley R. Markey, 50 N. Laura Street, Suite 1600, Jacksonville, FL 32202.

Dated:  September 2, 2010

                              SMITH HULSEY & BUSEY


                              By: *s/  Leanne McKnight Prendergast*
                                    Leanne McKnight Prendergast

                              Florida Bar Number 59544
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              lprendergast@smithhulsey.com

                              Counsel for Reorganized Debtors

00720747