# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Maria Marin (ECF No. 23466) was furnished by mail on August 31, 2010 to Maria Marin, c/o Adam Brum, Esq., Morgan & Morgan, P.A., 201 N. Franklin Street, 7th Floor, Tampa, FL 33602 and Dennis J. LeVine, Esq., Dennis LeVine & Associates, P.A., P.O. Box 707, Tampa, FL 33601.

Dated: September 2, 2010

                                                SMITH HULSEY & BUSEY

                                                By: *s/ Leanne McKnight Prendergast*
                                                    Leanne McKnight Prendergast

                                                Florida Bar Number 59544
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                lprendergast@smithhulsey.com

                                                Counsel for Reorganized Debtors

00720748