**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Futricia Lismore-Arriaga (ECF No. 23467) was furnished by mail on August 31, 2010 to Brian M. Flaherty, Farah & Farah, P.A., 10 West Adams Street, 3rd Floor, Jacksonville, FL 32202.

Dated: September 2, 2010

                                        SMITH HULSEY & BUSEY

                                        By: *s/ Leanne McKnight Prendergast*
                                              Leanne McKnight Prendergast

                                        Florida Bar Number 59544
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida 32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        lprendergast@smithhulsey.com

                                        Counsel for Reorganized Debtors

00720749