# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Luciana Knight (ECF No. 23468) was furnished by mail on August 31, 2010 to Luciana Knight, 3706 Avenue K, Fort Pierce, FL 34947 and Robert D. Wilcox, Esq., Brennan, Manna & Diamond, PL, 800 W. Monroe Street, Jacksonville, Florida 32202.

Dated: September 2, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00720751