## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Stephanie Harrison (ECF No. 23469) was furnished by mail on August 31, 2010 to Stephanie Harrison, 4800 NW 3rd Court, Lauderhill, FL 33313, David J. Tong, Esq., Saxon, Gilmore, Carraway, Gibbons, Lash & Wilcox, P.A., 201 E Kennedy Blvd., Suite 600, Tampa, FL 33602 and Michael K Bregman, Law Offices of Michael K. Bregman, PA, 3175 S Congress Avenue, Suite 100, Palm Springs, FL 33461.

Dated: September 2, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00720752