**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Harold Desmangles (ECF No. 23473) was furnished by mail on August 31, 2010 to Harold Desmangles, 4501 NW 23 Street, Lauderhill, FL 33313 and Jason T. Corsover, Esq., Law Office of Jason T. Corsover, P.A., 950 S. Pine Island Road, Suite 121, Plantation, FL 33324.

Dated:  September 2, 2010

SMITH HULSEY & BUSEY


By: *s/  Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00720757