# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Thirteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (ECF No. 23475) was furnished by mail on August 31, 2010 to Michael Roberts, Esq., Law Offices of J. Scott Nooney & Associates, P.A., 3535 Hendricks Avenue, Jacksonville, Florida 32207, Kimberly Lamas, c/o Lina Fullam, Esq., Law Offices of Burnetti, P.A., 4899 Belfort Road, Suite 160, Jacksonville, Florida 32256, Dennis J. LeVine, Esq., Dennis LeVine & Associates, P.A., Post Office Box 707, Tampa, Florida 33601, Stephen C. Thomas, Esq., Hayworth, Chaney & Thomas, P.A., 202 N. Harbor City Boulevard, Suite 300, Melbourne, Florida 32935, David J. Tong, Esq., Saxon Gilmore Carraway Gibbons Lash & Wilcox, P.A., 201 E. Kennedy Boulevard, Suite 600, Tampa, Florida 33602 and Gregory E. Schwartz, Esq.,

Schwartz Zweben & Slingbaum, LLP, 3876 Sheridan Street, Hollywood, Florida 33021.

Dated:  September 2, 2010

                          SMITH HULSEY & BUSEY

                          By: *s/ Leanne McKnight Prendergast*
                                Leanne McKnight Prendergast

                          Florida Bar Number 59544
                          225 Water Street, Suite 1800
                          Jacksonville, Florida  32202
                          (904) 359-7700
                          (904) 359-7708 (facsimile)
                          lprendergast@smithhulsey.com

                          Counsel for Reorganized Debtors

00720759