UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administrated |
| | ) | |

ORDER ON DEBTORS' OBJECTION TO FLORIDA TAX
CLAIMS AND MOTION FOR ORDER DETERMINING TAX
LIABILITIES TO THE MIAMI-DADE COUNTY TAX COLLECTOR

This matter came before the Court on the Debtors' (i) Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (Doc. No. 10046) and (ii) Objection to Florida Tax Collectors' Request for Payment of Administrative Claim (Doc. Nos. 10046 and 22892; collectively, the "Objections") as they pertain to the Tax Collector and Property Appraiser for Miami-Dade County, Florida (individually, the "Miami-Dade County Tax Collector" and the "Miami-Dade County Property Appraiser"). Upon consideration of the consent of the parties indicated below, it is ORDERED:

1. The Objections are sustained in part and overruled in part as set forth below.

2. Proof of Claim number 12566 filed by the Florida Tax Collectors, Proof of Claim number 11669 filed by the Miami-Dade Tax Collector, and Florida Tax Collectors' Request for Payment of Administrative Claim (Doc. No. 14414;

the "Administrative Claim") solely as they relate to the Miami-Dade County Tax Collector, are allowed claims in the aggregate amount of $2,322,024.79 ("the Total Allowed Amount") based on the assessed values, corresponding taxes and the interest rate reflected on Exhibit A for tax years 2004, 2005 and 2006.

3. On or before September 30, 2010, the Debtors will pay the Miami-Dade County Tax Collector the Total Allowed Amount, as a full and final payment of all unpaid ad valorem real property and tangible personal taxes, and interest thereon, owed by the Debtors to the Miami-Dade County Tax Collector for tax years 2006 and prior (whether delinquent or not), including, without limitation, the accounts listed on Exhibit A, which were or could have been, or may be, raised in any proof of claim or objection to proof of claim or otherwise. If the Debtors fail to pay the Miami-Dade County Tax Collector the Total Allowed Amount by September 30, 2010, interest will continue to accrue at the annual interest rate indicated on Exhibit A; however, in such event, said payment must be received by the Miami-Dade County Tax Collector no later than October 31, 2010.

4. Other than as provided for in this Order, the Miami-Dade County Tax Collector will not receive any additional distributions on account of any proofs of claim filed in the Debtors' Chapter 11 cases, including, without limitation, Claim No. 12566 or the Administrative Claim.

5. The Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense

claims filed by the Miami-Dade County Tax Collector in these Chapter 11 cases and (ii) all other pre-effective date claims the Miami-Dade County Tax Collector has or may have against the Debtors and any of their Chapter 11 estates or affiliates. The Debtors shall not be entitled to any further adjustment, reduction or refund of any tax assessment or taxes paid or payable to the Miami-Dade County Tax Collector for tax years 2006 and prior.

6. Notwithstanding anything to the contrary in this order, nothing is intended to affect Claim Number 12566 or the Administrative Claim as they relate to any claims of any Florida Tax Collector other than the Miami-Dade County Tax Collector.

7. This Order does not constitute, and shall not be construed as, an adjudication or admission of liability or correctness of any appraisal procedure utilized by any of the parties and shall not be admissible in evidence in any proceedings outside the Winn-Dixie bankruptcy case.

8. Each of the parties shall bear its own costs and attorneys' fees.

9. This Court retains jurisdiction to resolve any disputes arising from this Order.

DATED this __8__ day of September, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

3

## Consent

The undersigned parties consent to the entry of the foregoing Order.

WOOD & STUART, P.A.

_Melinda S. Thornton_            By: _Gaylord A. Wood_

Melinda S. Thornton                            Gaylord A. Wood

Florida Bar Number 261262        Florida Bar Number 89465
111 N.W. 1st Street, Suite 2810      Post Office Box 1987
Miami, Florida 33128               Bunnell, Florida 32110
(305) 375-5151                        (386) 437-9400
(305) 375-5611 (facsimile)         (386) 437-9414 (facsimile)
mst4@miamidade.gov              gaylord@woodstuartpa.com

Attorney for Miami-Dade County Tax    Attorneys for Miami-Dade County
Collector                                      Property Appraiser

SMITH HULSEY & BUSEY

By: _Allan E. Wulbern_

      Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

DATED this _____ day of September, 2010 in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

**Consent**

The undersigned parties consent to the entry of the foregoing Order.

WOOD & STUART, P.A.

*/s/ Gaylord A. Wood/*

_____        By: _____
Melinda S. Thornton                         Gaylord A. Wood

Florida Bar Number 261262           Florida Bar Number 89465
111 N.W. 1st Street, Suite 2810     Post Office Box 1987
Miami, Florida 33128                Bunnell, Florida 32110
(305) 375-5151                      (386) 437-9400
(305) 375-5611 (facsimile)          (386) 437-9414 (facsimile)
mst4@miamidade.gov                  gaylord@woodstuartpa.com

Attorney for Miami-Dade County Tax   Attorneys for Miami-Dade County
Collector                            Property Appraiser
                                     (Electronic Signature Pursuant
                                         to §668.004, F.S.)

SMITH HULSEY & BUSEY

By: _____
    Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
4

Copies furnished to:

Allan Wulbern, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Melinda S. Thornton, Esq.
111 N.W. 1st Street, Suite 2810
Miami, Florida 33128

00717841

Gaylord A. Wood, Jr., Esq.
Law Offices of Wood & Stuart, P.A.
Post Office Box 1987
Bunnell, Florida 32110-1987

5

# Exhibit A

## Miami-Dade County, Florida

| Tax Year | Account # | Agreed Taxable Value | Allowed Base Tax | Interest @ 7% | Total Allowed Amount |
|---|---|---|---|---|---|
| 2004 | 40-123138 | $1,616,000 | $37,469.70 | $14,425.84 | $51,895.54 |
| 2005 | 24-394000 | $179,274 | $4,037.67 | $1,271.87 | $5,309.54 |
| 2005 | 40-024271 | $757,086 | $17,040.26 | $5,367.68 | $22,407.94 |
| 2005 | 40-087397 | $553,980 | $10,878.95 | $3,426.87 | $14,305.82 |
| 2005 | 40-066500 | $233,794 | $5,955.38 | $1,875.94 | $7,831.32 |
| 2005 | 24-521610 | $243,648 | $6,576.49 | $2,071.59 | $8,648.08 |
| 2005 | 40-012669 | $811,396 | $17,295.96 | $5,448.23 | $22,744.19 |
| 2005 | 40-022080 | $654,167 | $13,944.42 | $4,392.49 | $18,336.91 |
| 2005 | 24-387000 | $632,649 | $16,115.34 | $5,076.33 | $21,191.67 |
| 2005 | 24-500879 | $513,406 | $10,943.93 | $3,447.34 | $14,391.27 |
| 2005 | 24-522596 | $487,502 | $10,391.73 | $3,273.39 | $13,665.12 |
| 2005 | 24-524694 | $862,260 | $19,420.08 | $6,117.33 | $25,537.41 |
| 2005 | 24-525148 | $638,775 | $14,386.69 | $4,531.81 | $18,918.50 |
| 2005 | 40-005450 | $718,311 | $16,178.02 | $5,096.08 | $21,274.10 |
| 2005 | 24-523421 | $572,337 | $12,881.97 | $4,057.82 | $16,939.79 |
| 2005 | 40-057407 | $491,926 | $12,530.74 | $3,947.18 | $16,477.92 |
| 2005 | 40-073795 | $461,862 | $9,069.95 | $2,857.03 | $11,926.98 |
| 2005 | 24-397090 | $746,010 | $15,902.18 | $5,009.19 | $20,911.37 |
| 2005 | 40-008416 | $710,311 | $18,093.61 | $5,699.49 | $23,793.10 |
| 2005 | 24-386400 | $157,206 | $4,004.49 | $1,261.41 | $5,265.90 |
| 2005 | 40-011594 | $788,013 | $16,797.50 | $5,291.21 | $22,088.71 |
| 2005 | 24-522240 | $584,874 | $12,688.45 | $3,996.86 | $16,685.31 |
| 2005 | 24-523422 | $542,691 | $12,222.66 | $3,850.14 | $16,072.80 |
| 2005 | 40-060693 | $843,742 | $17,985.47 | $5,665.42 | $23,650.89 |
| 2005 | 24-397000 | $712,771 | $15,193.65 | $4,786.00 | $19,979.65 |
| 2005 | 24-405000 | $760,227 | $19,424.04 | $6,118.57 | $25,542.61 |
| 2005 | 24-522241 | $627,988 | $13,386.39 | $4,216.71 | $17,603.10 |
| 2005 | 24-523070 | $639,735 | $13,636.80 | $4,295.59 | $17,932.39 |
| 2005 | 40-147478 | $38,907 | $820.79 | $258.55 | $1,079.34 |
| 2005 | 40-128269 | $1,032,539 | $21,782.76 | $6,861.57 | $28,644.33 |
| 2005 | 40-123138 | $1,299,677 | $29,271.71 | $9,220.59 | $38,492.30 |
| 2005 | 40-147482 | $27,135 | $611.14 | $192.51 | $803.65 |
| 2005 | 24-398030 | $772,183 | $16,460.08 | $5,184.93 | $21,645.01 |
| 2005 | 24-385400 | $558,966 | $14,320.33 | $4,510.90 | $18,831.23 |
| 2005 | 24-524242 | $725,264 | $14,370.60 | $4,526.74 | $18,897.34 |
| 2005 | 24-521979 | $531,950 | $11,339.21 | $3,571.85 | $14,911.06 |
| 2005 | 24-500842 | $591,346 | $12,605.32 | $3,970.68 | $16,576.00 |
| 2005 | 24-500867 | $552,763 | $11,782.86 | $3,711.60 | $15,494.46 |
| 2005 | 24-500881 | $544,262 | $11,601.64 | $3,654.52 | $15,256.16 |
| 2005 | 24-501816 | $473,362 | $10,090.34 | $3,178.46 | $13,268.80 |
| 2005 | 24-501815 | $600,018 | $12,790.15 | $4,028.90 | $16,819.05 |
| 2005 | 24-500609 | $726,368 | $18,502.64 | $5,828.33 | $24,330.97 |
| 2005 | 24-501811 | $535,950 | $11,424.46 | $3,598.71 | $15,023.17 |

| Tax Year | Account # | Agreed Taxable Value | Allowed Base Tax | Interest @ 7% | Total Allowed Amount |
|---|---|---|---|---|---|
| 2005 | 24-501812 | $495,958 | $10,571.97 | $3,330.17 | $13,902.14 |
| 2005 | 24-522242 | $700,394 | $18,904.83 | $5,955.02 | $24,859.85 |
| 2005 | 24-521701 | $461,131 | $9,829.62 | $3,096.33 | $12,925.95 |
| 2005 | 24-521980 | $622,860 | $13,277.08 | $4,182.28 | $17,459.36 |
| 2005 | 40-029088 | $571,878 | $12,190.31 | $3,839.95 | $16,030.26 |
| 2005 | 40-039106 | $806,089 | $17,182.82 | $5,412.59 | $22,595.41 |
| 2005 | 40-128315 | $20,743 | $442.18 | $139.29 | $581.47 |
| 2005 | 24-524348 | $1,805,063 | $38,477.26 | $0.00 | PAID |
| 2005 | 40-128272 | $27,115 | $577.98 | $182.06 | $760.04 |
| 2005 | 24-523803 | $3,687,518 | $78,604.26 | $24,760.34 | $103,364.60 |
| 2005 | 01-3135-000-0164 | $7,000,000 | $178,309.60 | $56,167.52 | $234,477.12 |
| 2006 | 24-394000 | $151,116 | $3,318.94 | $813.14 | $4,132.08 |
| 2006 | 40-024271 | $698,592 | $17,200.04 | $4,214.01 | $21,414.05 |
| 2006 | 40-066500 | $245,762 | $6,056.62 | $1,483.87 | $7,540.49 |
| 2006 | 24-521610 | $289,152 | $7,961.36 | $1,950.53 | $9,911.89 |
| 2006 | 40-087397 | $448,110 | $8,527.24 | $2,089.17 | $10,616.41 |
| 2006 | 40-012669 | $761,566 | $15,800.06 | $3,871.02 | $19,671.08 |
| 2006 | 40-022080 | $754,587 | $15,655.26 | $3,835.54 | $19,490.80 |
| 2006 | 24-387000 | $617,163 | $15,209.55 | $3,726.34 | $18,935.89 |
| 2006 | 24-500879 | $552,533 | $11,463.30 | $2,808.51 | $14,271.81 |
| 2006 | 24-522596 | $542,867 | $11,262.77 | $2,759.38 | $14,022.15 |
| 2006 | 24-524694 | $854,496 | $19,705.48 | $4,827.84 | $24,533.32 |
| 2006 | 24-525148 | $692,071 | $15,199.83 | $3,723.96 | $18,923.79 |
| 2006 | 40-005450 | $720,401 | $15,822.02 | $3,876.39 | $19,698.41 |
| 2006 | 24-523421 | $660,070 | $15,477.72 | $3,792.04 | $19,269.76 |
| 2006 | 40-057407 | $900,058 | $22,181.30 | $5,434.42 | $27,615.72 |
| 2006 | 24-397090 | $723,512 | $15,010.54 | $3,677.58 | $18,688.12 |
| 2006 | 40-008416 | $702,951 | $17,323.75 | $4,244.32 | $21,568.07 |
| 2006 | 24-386400 | $167,846 | $4,136.46 | $1,013.43 | $5,149.89 |
| 2006 | 40-011594 | $748,339 | $15,525.66 | $3,803.79 | $19,329.45 |
| 2006 | 24-522240 | $619,771 | $13,040.05 | $3,194.81 | $16,234.86 |
| 2006 | 24-523422 | $586,411 | $12,879.23 | $3,155.41 | $16,034.64 |
| 2006 | 40-060693 | $821,843 | $17,050.62 | $4,177.40 | $21,228.02 |
| 2006 | 24-397000 | $721,998 | $14,979.14 | $3,669.89 | $18,649.03 |
| 2006 | 24-405000 | $732,869 | $17,721.35 | $4,341.73 | $22,063.08 |
| 2006 | 24-522241 | $650,456 | $13,494.87 | $3,306.24 | $16,801.11 |
| 2006 | 24-523070 | $648,258 | $13,449.27 | $3,295.07 | $16,744.34 |
| 2006 | 40-128269 | $1,026,116 | $21,062.87 | $5,160.40 | $26,223.27 |
| 2006 | 40-123138 | $1,261,594 | $27,708.12 | $6,788.49 | $34,496.61 |
| 2006 | 24-398030 | $764,020 | $15,850.98 | $3,883.49 | $19,734.47 |
| 2006 | 24-385400 | $573,214 | $14,072.28 | $3,447.71 | $17,519.99 |
| 2006 | 24-524242 | $858,610 | $16,398.44 | $4,017.62 | $20,416.06 |
| 2006 | 24-521979 | $557,163 | $11,559.35 | $2,832.04 | $14,391.39 |
| 2006 | 24-500842 | $644,810 | $13,377.74 | $3,277.55 | $16,655.29 |
| 2006 | 24-500867 | $572,707 | $11,881.85 | $2,911.05 | $14,792.90 |
| 2006 | 24500881 | $565,784 | $11,738.20 | $2,875.86 | $14,614.06 |
| 2006 | 24-501816 | $503,214 | $10,440.09 | $2,557.82 | $12,997.91 |
| 2006 | 24-501815 | $591,593 | $12,273.66 | $3,007.05 | $15,280.71 |
| 2006 | 24-500609 | $713,882 | $17,593.11 | $4,310.31 | $21,903.42 |
| 2006 | 24-501811 | $576,410 | $11,958.66 | $2,929.87 | $14,888.53 |
| 2006 | 24-501812 | $503,143 | $10,438.62 | $2,557.46 | $12,996.08 |
| 2006 | 24-522242 | $694,482 | $18,210.90 | $4,461.67 | $22,672.57 |
| 2006 | 24-521701 | $433,686 | $8,997.60 | $2,204.41 | $11,202.01 |