# EXHIBIT A

| | |
|---|---|
| **From:** | James H. Post |
| **To:** | Paul Thanasides; |
| **Subject:** | Winn-Dixie/Diversified |
| **Date:** | Monday, August 09, 2010 9:55:05 AM |
| **Attachments:** | WD -Unopposed Motion to Continue Diversified Trial (00714838).DOC |

Paul,

Attached is a proposed unopposed motion to continue the trail in this case to January 27 and 28, 2011. Please let me know if Diversified will consent to the filing of this motion.

Thank you,

Jim