# COMPOSITE EXHIBIT B

| | |
|---|---|
| **From:** | James H. Post |
| **To:** | Paul Thanasides; |
| **Subject:** | Amended Notice of 30(b)(6) Deposition |
| **Date:** | Wednesday, February 03, 2010 5:18:23 PM |
| **Attachments:** | Amended Notice of 30(b)(6) Deposition.pdf |

<<Amended Notice of 30(b)(6) Deposition.pdf>>

Paul,

   Pursuant to your request, we have scheduled Diversified's Rule 30(b)(6) deposition for March 2, 2010.  We are still optimistic that we can enter into a pretrial stipulation in lieu of this deposition.  In any event, we will not be in a position to produce a revised damage analysis until the contract, with amendments, has been established by stipulation or pretrial motion.

Jim

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

**From:**         James H. Post
**To:**            Paul Thanasides;
**Subject:**      FW: Diversified
**Date:**         Tuesday, September 29, 2009 1:02:58 PM
**Attachments:**  Unopposed Motion to Continue Trial.pdf

Paul, please let me know if the attached proposed order is acceptable to your client.

**James H. Post, Esq.**
Smith, Hulsey & Busey
225 Water Street, suite 1800
Jacksonville, FL 32202
(904) 359-7783 (direct)
(904) 359-7708 (facsimile)

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

**From:**        James H. Post
**To:**          Paul Thanasides;
**Subject:**     In re: Winn-Dixie Stores
**Date:**        Wednesday, January 13, 2010 1:44:43 PM
**Attachments:** Motion to Continue Trial.pdf
                 Order Continuing Trial.pdf

<<Motion to Continue Trial.pdf>>   <<Order Continuing Trial.pdf>>

Paul,

    Attached is a proposed motion and order we intend to file today. Please let me know if paragraph 7 accurately reflects your client's position on this motion. Of course, we would prefer an agreed order if possible.

    Thanks,

        Jim

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

| | |
|---|---|
| **From:** | James H. Post |
| **To:** | Paul Thanasides; |
| **Subject:** | RE: Diversified/Winn Dixie - Winn Dixie"s 3rd and 4th RFP |
| **Date:** | Wednesday, March 24, 2010 3:21:58 PM |
| **Attachments:** | WD-DMS - Notice of Issuance of Subpoena to Thompson Dunavant.pdf |

Paul,

        Thank you for the information regarding Thompson Dunavant, PLC. To expedite matters, we are serving the attached subpoena on Thompson Dunavant, PLC at this time.

        In doing so, we are not waiving our right to compel the production of these documents from your client. Specifically, we request that you reconsider your response based on the following:

                1.        If the Thompson Dunavant firm was Diversified's agent for the purpose of assisting Diversified in complying with its duty to pay the requisite sales tax charges due to the States of Florida and Georgia, then Diversified has the requisite "control" to obtain such documents from its agent (whether present or former) and is required to produce such documents pursuant to Rule 7034, Federal Rules of Bankruptcy Procedure.

                2.        In addition, it is hard to believe that Diversified does not have *any* documents which refer or relate to the sales tax payments it was required to pay for services rendered to Winn-Dixie between January 1, 2004 and December 31, 2007. We suggest that you make further inquiries of Diversified regarding this matter.

        Thank you for your attention to this matter.

---

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]

**Sent:** Tuesday, March 23, 2010 5:39 PM
**To:** James H. Post; Tana L. Copeland
**Cc:** Jackie DeShance
**Subject:** Diversified/Winn Dixie - Winn Dixie's 3rd and 4th RFP

Jim and Tana,

I have received Winn-Dixie's 3rd and 4th requests for production. These requests seek sales tax documents, including documents showing payments to the states of Florida and Georgia of the sales taxes collected from Winn Dixie. I have reviewed the requests with Diversified. I have been informed that Diversified completely outsourced this task to a CPA firm in Memphis, Thompson Dunavant, from early 2000 until 2008. Thompson and Diversified ended their relationship in 2008; however, Thompson continues to retain the sales tax documents you seek. Diversified has no ability to direct or control Thompson. Accordingly, I am providing you the below contact information so that Winn Dixie may subpoena the documents directly from Thompson.

Brian McCuller
Thompson Dunavant, PLC
5100 Poplar Ave
30th Floor
Memphis, TN 38137
(901) 685-5575

Please let me know if you have any questions.

Paul


Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)

MCINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)

813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50):  If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

| From: | James H. Post |
|---|---|
| To: | Paul Thanasides; |
| Subject: | RE: Diversified/Winn Dixie |
| Date: | Thursday, July 22, 2010 3:59:39 PM |
| Attachments: | Order Continuing Trial Diversified W-D.pdf |

Paul,

A stipulation and a proposed order (or perhaps 2 proposed orders) which deals with both issues at once is ok with me. In short, the stipulation should reflect that (i) we have agreed to a continuance of the trial in this case until December 13 and 14 and (ii) Diversified has agreed to promptly file a response consenting to the entry of our motion to amend the counterclaim (Doc. No. 23337) and to file an answer and affirmative defense to the counterclaim (not a motion to dismiss or strike) within 14 days after the entry of the order granting the motion to amend. In either event, we need to get this before the Court before the 2 days in December are taken by someone else. (One of the proposed orders should be in the form attached and, according to the Courtroom Administrator, the dates for the trial should be left blank).

Thanks,

Jim

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]
**Sent:** Thursday, July 22, 2010 1:49 PM
**To:** James H. Post
**Subject:** Diversified/Winn Dixie

Diversified's response to the motion for leave would have to say that it consents to the amendment of the counterclaim only in the event that the Court grants the joint motion to continue the trial. Given this fact, should we instead do a stip and proposed order that includes both issues at once?

Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)

MCINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:**    James H. Post
**To:**     Paul Thanasides;
**Subject:**   Re: Diversified/Winn-Dixie
**Date:**    Saturday, July 24, 2010 10:18:14 AM

What is your position on the continuance to December 13 and 14?

**From:** Paul Thanasides <paul@mcintyrefirm.com>
**To:** James H. Post
**Cc:** Jackie DeShance <jackie@mcintyrefirm.com>
**Sent:** Fri Jul 23 20:23:10 2010
**Subject:** Diversified/Winn-Dixie

Jim,

Unfortunately, Diversified has decided that it cannot agree to the conditions we've discussed.  Diversified will be opposing the motion for leave to amend.

Paul

Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)

MCINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments,

contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

From:     James H. Post
To:       Paul Thanasides;
Subject:  RE: Winn-Dixie/Diversified re Notices of Depositions
Date:     Wednesday, August 18, 2010 4:23:52 PM

Paul,

      The pretrial deadlines and trial docket that we need to be concerned about are those established by Judge Funk in this case.  We both need to "commit" to the dates necessary to meet those deadlines at this time.

      Accordingly, please let me know if you are willing to commit at this time to a discovery plan in this case which identifies when documents will be produced and when depositions will be taken.

                Jim

---

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]
**Sent:** Tuesday, August 17, 2010 12:52 PM
**To:** James H. Post
**Cc:** Jackie DeShance
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

Thanks for the update.  I understand that he is not available.  It was short notice.  I was only checking, not demanding.

At this point, I cannot commit to the 24th as I must keep the date free as the result of the two-week trial docket that I have mentioned on a few occasions now.  We have a summary judgment hearing in the case on the 8th.  If the summary judgment is granted, then I can do the 24th.  There is a very good chance the motion will be granted.  Accordingly, can you ask him to hold the date for now and I'll let you know what happens after the 8th?

Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)

MCINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50):  If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

---

**From:** Tana L. Copeland [mailto:tcopeland@smithhulsey.com] **On Behalf Of** James H. Post

**Sent:** Tuesday, August 17, 2010 12:24 PM
**To:** Paul Thanasides
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

Paul,

On July 15, 2010, when you first asked me for the dates that this deponent (Dan Edelman) might be available for your proposed 30(b)(6) deposition, I gave you the dates of August 4, September 10, 21, 24 or 30. Your response that day was to reject all those dates so our witness did not "save" any of these dates.

A month later, on August 16, 2010, you asked to take Mr. Edelman's deposition on only four days' notice (August 20). As I told you, Mr. Edelman is presently available for deposition only on September 24 (not September 10, 21 or 30). Would you like us to save the 24th date?

Please advise.

Jim

---

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]
**Sent:** Monday, August 16, 2010 6:54 PM
**To:** James H. Post
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

How about September 10, 2010 for the Winn Dixie corporate representative on Winn Dixie's damage claims?


Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)

McINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

---

**From:** James H. Post [mailto:jpost@smithhulsey.com]
**Sent:** Monday, August 16, 2010 6:23 PM
**To:** Paul Thanasides

**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

Paul,

    Under Judge Funk's pretrial order, the discovery cutoff in this case is October 4, 2010. Diversified is required to respond to our pending document request on September 14, 2010. We need those documents prior to the depositions of Diversified's five corporate representatives. Therefore, these depositions need to be taken between September 20 and September 30. These deposition dates therefore still stand.

    As to the deposition of a corporate representative regarding Winn-Dixie's damage claims, our designee is presently available for deposition on September 24, 2010.

    Thanks,

       Jim

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]
**Sent:** Monday, August 16, 2010 12:37 PM
**To:** James H. Post
**Cc:** Jackie DeShance
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

Jim,

You know that I am on a two-week trial docket the entire time period listed for the depositions noticed below. Anything earlier in September, or even late August that will work for you instead?

What about August 20th for the Winn Dixie corporate representative? You have not responded to my email from Friday on that issue.

Paul

Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)

MCINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please

notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

**From:** Tana L. Copeland [mailto:tcopeland@smithhulsey.com] **On Behalf Of** James H. Post
**Sent:** Monday, August 16, 2010 12:24 PM
**To:** Paul Thanasides
**Cc:** Jackie DeShance
**Subject:** Winn-Dixie/Diversified re Notices of Depositions

Paul,

Attached are the following notices of deposition:

| Date | Time | Deponent | Location |
|------|------|----------|----------|
| 9/13/2010 | 10:30 a.m. | Thompson Dunavant | Alpha Reporting<br>236 Adams Avenue<br>Memphis, TN |
| 9/21/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |
| 9/22/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |
| 9/23/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |
| 9/28/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |
| 9/29/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |

We have selected these dates as place holders.  If we can agree to other dates for these deponents

within the next three business days, we will serve amended notices.  Otherwise, the dates for these depositions will stand.

Thanks,

Jim

**From:** James H. Post
**To:** Paul Thanasides;
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions
**Date:** Wednesday, August 18, 2010 4:53:58 PM

Paul,

     I'm not sure I can make this any simpler. Suffice it to say, that there are occasions when Judges tell counsel who are seemingly unable to accomplish discovery from each other on a consensual basis to submit a "discovery plan" which, in essence, is a stipulated case management order which specifically identifies the dates on which documents will be produced and depositions will be taken. I'm requesting that you agree to such a discovery plan at this time on a consensual basis by way of stipulation and without Court intervention.

     Thanks,

       Jim

---

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]
**Sent:** Wednesday, August 18, 2010 4:31 PM
**To:** James H. Post
**Subject:** Re: Winn-Dixie/Diversified re Notices of Depositions

I apologize, I do not understand your request. Can you clarify?

Paul Thanasides
McIntyre Panzarella Thanasides
813.899.6059 office
813.412.0393 mobile

Sent via mobile device.

---

**From:** James H. Post <jpost@smithhulsey.com>
**To:** Paul Thanasides
**Sent:** Wed Aug 18 13:25:31 2010
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

Paul,

     The pretrial deadlines and trial docket that we need to be concerned about are those established by Judge Funk in this case. We both need to "commit" to the dates necessary to meet those deadlines at this time.

     Accordingly, please let me know if you are willing to commit at this time to a discovery plan in this case which identifies when documents will be produced and when depositions will be taken.

       Jim

---

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]
**Sent:** Tuesday, August 17, 2010 12:52 PM
**To:** James H. Post
**Cc:** Jackie DeShance
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

Thanks for the update. I understand that he is not available. It was short notice. I was only checking, not demanding.

At this point, I cannot commit to the 24th as I must keep the date free as the result of the two-week trial docket that I have mentioned on a few occasions now. We have a summary judgment hearing in the case on the 8th. If the summary judgment

is granted, then I can do the 24th. There is a very good chance the motion will be granted.  Accordingly, can you ask him to hold the date for now and I'll let you know what happens after the 8th?

Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)

MCINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50):  If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

---

**From:** Tana L. Copeland [mailto:tcopeland@smithhulsey.com] **On Behalf Of** James H. Post
**Sent:** Tuesday, August 17, 2010 12:24 PM
**To:** Paul Thanasides
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

Paul,

     On July 15, 2010, when you first asked me for the dates that this deponent (Dan Edelman) might be available for your proposed 30(b)(6) deposition, I gave you the dates of August 4, September 10, 21, 24 or 30. Your response that day was to reject all those dates so our witness did not "save" any of these dates.

     A month later, on August 16, 2010, you asked to take Mr. Edelman's deposition on only four days' notice (August 20).  As I told you, Mr. Edelman is presently available for deposition only on September 24 (not September 10, 21 or 30).  Would you like us to save the 24th date?

     Please advise.

       Jim

---

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]
**Sent:** Monday, August 16, 2010 6:54 PM
**To:** James H. Post
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

How about September 10, 2010 for the Winn Dixie corporate representative on Winn Dixie's damage claims?


Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)


MᴄIɴᴛʏʀᴇ | Pᴀɴᴢᴀʀᴇʟʟᴀ | Tʜᴀɴᴀsɪᴅᴇs
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre,
Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of
the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying,
distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please
notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT
("UETA") (FLORIDA STATUTES SECTION 668.50):  If this communication concerns negotiation of a contract or agreement, UETA
does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures
on original documents.

---

**From:** James H. Post [mailto:jpost@smithhulsey.com]
**Sent:** Monday, August 16, 2010 6:23 PM
**To:** Paul Thanasides
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions


Paul,

      Under Judge Funk's pretrial order, the discovery cutoff in this case is October 4, 2010.  Diversified is
required to respond to our pending document request on September 14, 2010.  We need those documents prior
to the depositions of Diversified's five corporate representatives.  Therefore, these depositions need to be taken
between September 20 and September 30.  These deposition dates therefore still stand.

      As to the deposition of a corporate representative regarding Winn-Dixie's damage claims, our designee
is presently available for deposition on September 24, 2010.

      Thanks,

            Jim

---

**From:** Paul Thanasides [mailto:paul@mcintyrefirm.com]
**Sent:** Monday, August 16, 2010 12:37 PM
**To:** James H. Post
**Cc:** Jackie DeShance
**Subject:** RE: Winn-Dixie/Diversified re Notices of Depositions

Jim,

You know that I am on a two-week trial docket the entire time period listed for the depositions noticed below.   Anything earlier in September, or even late August that will work for you instead?

What about August 20th for the Winn Dixie corporate representative?  You have not responded to my email from Friday on that issue.

Paul


Paul Thanasides
paul@mcintyrefirm.com
813.412.0393 (mobile)


MCINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50):  If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.


**From:** Tana L. Copeland [mailto:tcopeland@smithhulsey.com] **On Behalf Of** James H. Post
**Sent:** Monday, August 16, 2010 12:24 PM
**To:** Paul Thanasides
**Cc:** Jackie DeShance
**Subject:** Winn-Dixie/Diversified re Notices of Depositions

Paul,

Attached are the following notices of deposition:

| <u>Date</u> | <u>Time</u> | <u>Deponent</u> | <u>Location</u> |
|---|---|---|---|
| 9/13/2010 | 10:30 a.m. | Thompson Dunavant | Alpha Reporting<br>236 Adams Avenue<br>Memphis, TN |

| Date | Time | Deponent | Location |
|---|---|---|---|
| 9/21/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |
| 9/22/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |
| 9/23/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |
| 9/28/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |
| 9/29/2010 | 9:30 a.m. | Diversified Corporate Representative | Esquire Deposition Solutions<br>101 East Kennedy Boulevard<br>Suite 3350<br>Tampa, Florida |

We have selected these dates as place holders.  If we can agree to other dates for these deponents within the next three business days, we will serve amended notices.  Otherwise, the dates for these depositions will stand.

Thanks,

Jim

| | |
|---|---|
| **From:** | James H. Post |
| **To:** | Jackie DeShance; |
| **cc:** | Paul Thanasides; |
| **Subject:** | RE: Winn-Dixie/Diversified |
| **Date:** | Saturday, July 10, 2010 1:17:35 PM |

Jackie,

Please be advised that the August 4, 2010 date does not work for me or my client. I will send you alternative dates for this deposition when I am in a position to do so.

Thank you,

Jim

**From:** Jackie DeShance [mailto:jackie@mcintyrefirm.com]
**Sent:** Friday, July 09, 2010 2:20 PM
**To:** James H. Post
**Cc:** Paul Thanasides; Tana L. Copeland
**Subject:** Winn-Dixie/Diversified

Jim,

Please see the attached Notice of Taking Rule 30(b)(6) Deposition of Winn-Dixie' Corporate Rep. We have selected August 4, 2010 as a place holder. If we can agree to another date for this deposition within the next three business days, I will serve an amended notice. Otherwise, the date in the Notice will stand. We look forward to hearing from you.

*Jackie DeShance*
Paralegal to Paul Thanasides

MCINTYRE | PANZARELLA | THANASIDES
ATTORNEYS AT LAW

McIntyre, Panzarella, Thanasides,
  Eleff & Hoffman, P.L.
6943 East Fowler Avenue, Tampa, Florida 33617
813.899.6059 Telephone / 813.899.6069 Facsimile
jackie@mcintyrefirm.com / www.mcintyrefirm.com

**Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be**

aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50):  If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

| | |
|---|---|
| **From:** | James H. Post |
| **To:** | Paul Thanasides; |
| **Subject:** | Request for Documents and Interrogatories |
| **Date:** | Friday, July 31, 2009 12:05:32 PM |

Paul,

Please be advised that my client will require a two-week extension to respond to Diversified's request for documents and interrogatories (from August 12 to August 26). We are willing to give your client the same extension of time to respond to Winn-Dixie's request for documents and interrogatories.

Please let me know if you are willing to stipulate to this extension. Thanks.

Jim

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

**From:**          James H. Post
**To:**            Paul Thanasides;
**Subject:**       WD/Diversified
**Date:**          Monday, August 02, 2010 4:59:10 PM
**Attachments:**   WD-Diversified - Agreed Order re Motion to Amend (00716083).DOC

Paul,

      Attached is a proposed agreed order on Winn-Dixie's amended
motion for leave to file an amended counterclaim.  Please let me know by
reply email if I am authorized to file the attached with your electronic
signature.

Thanks,

Jim

| | |
|---|---|
| **From:** | James H. Post |
| **To:** | Jackie DeShance; |
| **cc:** | Paul Thanasides; |
| **Subject:** | WD/DMSI |
| **Date:** | Wednesday, July 14, 2010 7:14:36 PM |
| **Attachments:** | Notice of Deposition.pdf |

Jackie,

We received the attached notice of deposition by facsimile today. As we previously informed you, we will not be able commit to a date for a Rule 30(b)(6) deposition regarding the designated matters (the procedures employed by Winn-Dixie to respond to Diversified's request for production of documents, and its document retention policy from 2004 to present, etc.) until we have determined the appropriate representatives for this deposition. We did not agree to do this deposition on July 23 and, we will not be producing any representative for deposition on that date. In any event, we have not agreed to any depositions in the state court action.

We will contact you when the representatives have been identified and their schedules are determined.

Thanks,

Jim

**From:**        James H. Post
**To:**          Paul Thanasides;
**cc:**          Jackie DeShance;
**Subject:**     Winn-Dixie - Diversified
**Date:**        Wednesday, July 21, 2010 12:10:21 PM
**Attachments:** Proposed Order Granting Motion for Leave.pdf
                 WD"s Motion for Leave to File an Amended Counterclaim.pdf

Paul,

     As we discussed, attached are (i) a motion for leave to file an amended counterclaim and (ii) a proposed order granting the motion. Please let me know if you will consent to the entry of the proposed order.

Thank you,

Jim

**From:**        <u>James H. Post</u>
**To:**          <u>Paul Thanasides;</u>
**Subject:**     Winn-Dixie/Diversified
**Date:**        Monday, August 02, 2010 1:04:30 PM
**Attachments:** <u>WD"s Amended Motion to Amended.pdf</u>

Paul,

     Attached is Winn-Dixie's amended motion to amend its counterclaim which we filed today (Docket No. 23381). The proposed amended counterclaim we filed today differs from the prior motion (Docket No. 23365) in that it includes additional allegations as to the sales tax charges which Diversified collected from Winn-Dixie but did not pay to the taxing authorities.

     Please let me know if Diversified will consent to the relief requested in the motion to amend (Docket No. 23381).

                                  Jim

| | |
|---|---|
| **From:** | James H. Post |
| **To:** | Paul Thanasides; |
| **Subject:** | Winn-Dixie/Diversified |
| **Date:** | Monday, August 09, 2010 9:55:05 AM |
| **Attachments:** | WD -Unopposed Motion to Continue Diversified Trial (00714838).DOC |

Paul,

Attached is a proposed unopposed motion to continue the trail in this case to January 27 and 28, 2011.  Please let me know if Diversified will consent to the filing of this motion.

Thank you,

Jim