# EXHIBIT C

**From:** James H. Post
**To:** Paul Thanasides;
**cc:** Jackie DeShance;
**Subject:** RE: Diversified
**Date:** Friday, January 22, 2010 6:40:08 PM

The damage summary worksheet is presently being revised and will be attached to our supplemental answers to interrogatories when finished.

The "backup documents" to the spreadsheet are comprised of the (i) invoices received by Winn-Dixie from Diversified (which were sent to you by Federal Express on January 21, 2010) and (ii) the payment documents are being collected and will be sent to you when finished.

Our proposed protocol for Winn-Dixie's collection and production of documents and electronically stored information ("ESI") related to Diversified is as follows:

    1. With respect to paper documents, Winn-Dixie will collect and Bates-label all pages and produce a Bates-labeled copy of the paper documents to Diversified on a CD or DVD in portable document format ("PDF"). (If the volume of hard copy paper documents is voluminous, we reserve the right to discuss an allocation of cost between the parties)

    2. With respect to ESI, Winn-Dixie will identify, collect and produce ESI from Winn-Dixie as follows:

        i. Winn-Dixie will collect e-mails from the Winn-Dixie custodians identified by you.

        ii. Winn-Dixie will search and restrict its collection according to the following search terms:

            1. All e-mails to or from the domain diveinc.com;

  2. All emails that contain the word Diversified in the subject matter or body of the email.

   iii. All ESI collected by Winn-Dixie will be (i) de-duplified, (ii) redacted to exclude any communication and work product between Winn-Dixie and its attorneys, including in-house and outside counsel and (iii) limited to information dated between March 1, 2004 and August 1, 2008. The remaining ESI will be Bates-labeled

   iv. Winn-Dixie will produce all non-privileged ESI on CDs or DVDs as single page TIFF (tagged image file format) files with related single page text files and an LFP (load file protocol).

    1. As an alternative to production of ESI in TIFF, ESI can be converted to searchable PDF files for an additional $0.04 per page, which cost would be paid by Diversified.

  3. Winn-Dixie reserves the right to claw back any ESI or document that is inadvertently produced to Diversified and which contains privileged matters or attorney work product. Diversified will notify Winn-Dixie immediately if potentially privileged or work product documents or ESI are discovered.

 Please let us know whether you agree to the proposed protocol so that we can begin the process of collecting, processing and producing the documents and ESI to you.

thanks,
Jim


-----Original Message-----
From: Paul Thanasides [mailto:paul@mcintyrefirm.com]

Sent: Thursday, January 21, 2010 4:05 PM
To: James H. Post
Cc: Jackie DeShance
Subject: RE: Diversified

Do you have a revised damages summary spreadsheet, which you mentioned you'd have to me by the end of the first week in January? Either way, are you producing the electronic version of the spreadsheet? And, are you producing the backup documents that were used during the preparation of and/or support the damages numbers in the spreadsheet?


Paul Thanasides
paul@mcintyrefirm.com

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
813.412.0393 (mobile)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides, Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813)

899-6059 immediately. DISCLAIMER REGARDING UNIFORM ELECTRONIC TRANSACTIONS ACT ("UETA") (FLORIDA STATUTES SECTION 668.50): If this communication concerns negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.


-----Original Message-----
From: James H. Post [mailto:jpost@smithhulsey.com]
Sent: Thursday, January 21, 2010 3:51 PM
To: Paul Thanasides
Subject: RE: Diversified

Paul, it is a partial production. We are presently preparing an e-mail to you which proposes the protocol for collection and production of Winn-Dixie's remaining electronic documents. (This will mirror the protocol we agreed to on the Diversified electronic production). We also
have a box of hard copy documents which we are in the process of screening for privileged material before production.

James H. Post, Esq.
Smith, Hulsey & Busey
225 Water Street, suite 1800
Jacksonville, FL 32202
(904) 359-7783 (direct)
(904) 359-7708 (facsimile)


-----Original Message-----
From: Paul Thanasides [mailto:paul@mcintyrefirm.com]
Sent: Thursday, January 21, 2010 3:38 PM
To: Darlene Adkins
Cc: James H. Post; Jackie DeShance

Subject: RE: Diversified

Jim,

Are the documents on the referenced CD all of the responsive documents,
or just some of them?

Paul


Paul Thanasides
paul@mcintyrefirm.com

McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L.
6943 East Fowler Avenue
Tampa, Florida 33617
813.899.6059 (office)
813.899.6069 (fax)
813.412.0393 (mobile)
www.mcintyrefirm.com

Confidentiality Statement: This e-mail transmission, including any attachments, contains information from McIntyre, Panzarella, Thanasides,
Eleff & Hoffman, P.L. that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, please be aware that any disclosure, copying, distribution or use of the contents of this e-mail is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (813) 899-6059 immediately.
DISCLAIMER REGARDING UNIFORM ELECTRONIC

TRANSACTIONS ACT ("UETA")
(FLORIDA STATUTES SECTION 668.50): If this communication concerns
negotiation of a contract or agreement, UETA does not apply to this communication. Contract formation in this matter shall occur only with manually affixed original signatures on original documents.

-----Original Message-----
From: Darlene Adkins [mailto:dadkins@SmithHulsey.com]
Sent: Thursday, January 21, 2010 3:32 PM
To: Paul Thanasides
Cc: Jackie DeShance
Subject: Diversified

   <<Correspondence to Paul Thanasides.pdf>>


The attached correspondence has been sent on behalf of James H. Post, Esq.


The information contained in this communication may be confidential, is
intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

The information contained in this communication may be confidential, is
intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended

recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.

The information contained in this communication may be confidential, is intended only for the use of the recipient(s) named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please return it to the sender immediately.