# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of (i) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Alachua County Tax Collector (ECF No. 23556) was furnished by CM/ECF notification to Sherri L. Johnson, Esq., Dent & Johnson Chartered, Post Office Box 3259, Sarasota, Florida 34230 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781, (ii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Brevard County Tax Collector (ECF No. 23552) was furnished by CM/ECF notification to Joe T. Caruso, Esq., Caruso & Swerbillow, P.A., 190 Fortenberry Road, Suite 107, Merritt Island, Florida 32952 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 (iii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Charlotte County Tax Collector (ECF No. 23553) was furnished by CM/ECF notification to John L. Polk, Esq., 137 E. Marion Avenue, Punta Gorda, Florida 33950 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida

32781 (iv) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Clay County Tax Collector (ECF No. 23548) was furnished by CM/ECF notification to Loren E. Levy, Esq., 1828 Riggins Lane, Tallahassee, Florida 32308 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 (v) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Hernando County Tax Collector (ECF No. 23551) was furnished by CM/ECF notification to Gaylord A. Wood, Jr., Esq., Law Offices of Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 (vi) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Indian River County Tax Collector (ECF No. 23555) was furnished by CM/ECF notification to Sherri L. Johnson, Esq., Dent & Johnson Chartered, Post Office Box 3259, Sarasota, Florida 34230 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 (vii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Miami-Dade County Tax Collector (ECF No. 23547) was furnished by CM/ECF notification to Gaylord A. Wood, Jr., Esq., Law Offices of Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110 and Melinda S. Thornton, Esq., 111 N.W. 1st Street, Suite 2810, Miami, Florida 33128 (viii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Manatee County Tax Collector (ECF No. 23554) was furnished by CM/ECF notification to W. Nelon Kirkland, Harrison, Kirkland, Pratt & Mcguire, 1206 Manatee Avenue, West,

Bradenton, Florida 34205 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 (ix) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Orange County Tax Collector (ECF No. 23550) was furnished by CM/ECF notification to Kenneth P. Hazouri, Esq., De Beaubien, Knight, Simmons, Mantzaris & Neal, 332 North Magnolia Avenue, Orlando, Florida 32801 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 and (x) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Santa Rosa County Tax Collector (ECF No. 23549) was furnished by CM/ECF notification to Thomas M. Findley, Esq., Messer, Caparello & Self, P.A., Post Office Box 15579, Tallahassee, Florida 32317 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 on September 8, 2010.

Dated: September 10, 2010

SMITH HULSEY & BUSEY

By: */s/Allan E. Wulbern*
     Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00721908