**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF WITHDRAWAL FROM CASE AND REQUEST TO STOP ELECTRONIC SERVICE**

PLEASE TAKE NOTICE that BILL DONEGAN as the ORANGE COUNTY PROPERTY APPRAISER ("OCPA"), pursuant to the *Federal Rules of Bankruptcy Procedure*, hereby states that on or about March 14, 2007, the undersigned counsel filed a Notice of Appearance as Counsel for the OCPA. Any and all issues in this matter between the OCPA and the Debtor have been fully and finally resolved. There is no reason for the OCPA to further appear in this case. As such, the undersigned requests to be removed from the electronic service list.

Dated September 13, 2010.

/s/ Bart R. Valdes_____
BART R. VALDES
Florida Bar Number 323380
deBeaubien, Knight, Simmons,
 Mantzaris & Neal, LLP
609 West Horatio Street
Tampa, Florida 33606
(813) 251-5825 (Telephone)
(813) 254-1063 (Facsimile)

brv11@dbksmn.com
Attorneys for Bill Donegan as OCPA

I HEREBY CERTIFY that I served the foregoing by U.S. mail delivery and by e-mail transmission on the 13th day of September, 2010 to: Allen E. Wulbern, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32801, and all others receiving electronic service in this matter.

/s/ Bart R. Valdes_____
Kenneth P. Hazouri
Florida Bar Number: 0019800
deBeaubien, Knight, Simmons,
  Mantzaris & Neal, LLP
332 North Magnolia Avenue
P.O. Box 87
Orlando, FL  32802-0087
(407) 422-2454 (Telephone)
(407) 849-1845 (Facsimile)
kph47@dbksmn.com

BART R. VALDES
Florida Bar Number 323380
deBeaubien, Knight, Simmons,
 Mantzaris & Neal, LLP
609 West Horatio Street
Tampa, Florida 33606
(813) 251-5825 (Telephone)
(813) 254-1063 (Facsimile)
brv11@dbksmn.com
Attorneys for Bill Donegan as OCPA