**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of (i) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Baker County Tax Collector (ECF No. 23544) was furnished by CM/ECF notification to Loren E. Levy, Esq., 1828 Riggins Lane, Tallahassee, Florida 32308 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781, (ii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Polk County Tax Collector (ECF No. 23543) was furnished by CM/ECF notification to Michael D. Martin, Esq., Martin Law Office, Post Office Box 367, Lakeland, Florida 33802 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 and (iii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Sumter County Tax Collector (ECF No. 23545) was furnished by CM/ECF notification to Gaylord A. Wood, Jr., Esq., Law Offices of

Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 on September 2, 2010.

Dated: September 15, 2010

SMITH HULSEY & BUSEY

By: */s/Allan E. Wulbern*
    Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00721465