UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | ) Case No. 05-03817-3F1 <br> ) |
| WINN-DIXIE STORES, INC., et al., | ) *Chapter 11* <br> ) |
| Reorganized Debtors. | ) Jointly Administered <br> ) |

### ORDER DENYING WINN DIXIE STORES INC.'S SECOND MOTION TO STRIKE DIVERSIFIED MAINTENANCE SYSTEMS, INC.'S AMENDED MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS AND GRANTING DIVERSIFIED MAINTENANCE SYSTEMS, INC'S AMENDED MOTION FOR PROTECTIVE ORDER REGARDING SEPTEMBER CORPORATE REPRESENTATIVE DEPOSITION NOTICES AND THOMPSON DUNAVANT DEPOSITION DUCES TECUM

This case came before the Court upon Diversified Maintenance Systems, Inc.'s Amended Motion for Protective Order regarding September Corporate Representative Deposition Notices and Thompson Dunavant Deposition Duces Tecum (the "Amended Motion for Protective Order") and Winn Dixie Stores, Inc.'s Second Motion to Strike Diversified Maintenance Systems, Inc.'s Amended Motion for Protective Order and for Sanctions (the "Second Motion to Strike"). It is

**ORDERED:**

1. The Second Motion to Strike is denied.

2. The Amended Motion for Protective Order is granted.

3. The depositions scheduled for September 21, 22, 23, 28 and 29 are

canceled unless the parties can reconcile the matters which are the subject of the Amended Motion for Protective Order parties prior to the scheduled depositions.

**DATED** this 16 day of September, 2010 at Jacksonville, Florida.

JERRY A. FUNK
United States Bankruptcy Judge

**Copies Furnished To:**

James H. Post, Attorney for Winn Dixie Stores, Inc.
Paul Thanasides, Attorney for Diversified Maintenance Systems, Inc.