UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:                                                                          Case No: 3:05-bk-03817-JAF
WINN-DIXIE STORES, INC.,                                            Chapter 11
      Debtor.
_____/

## NOTICE FOR REMOVAL FROM COURT'S SERVICE LIST

TO THE CLERK OF THE HONORABLE COURT AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that Emmanuel Perez, Esq., no longer represents creditor, Ada Serra, and hereby requests that the Clerk's office remove its attorney from the Court's mailings and electronic notice matrix and terminate all electronic notices in the case to all Emmanuel Perez's email addresses, including, but not limited to: bankruptcy@lawperez.com, perez@lawperez.com, and esantana@lawperez.com.

Dated:  September 21, 2010

                                          **EMMANUEL PEREZ & ASSOCIATES, P.A.**
                                          901 Ponce De Leon Blvd.
                                          Suite 303
                                          Coral Gables, FL  33134
                                          Telephone (305) 442-7442

                                          By: */s/ Emmanuel Perez*_____
                                                Emmanuel Perez, Esq., FBN#586552