# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of (i) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Marion County Tax Collector (ECF No. 23579) was furnished by CM/ECF notification to Loren E. Levy, Esq., 1828 Riggins Lane, Tallahassee, Florida 32308 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 and (ii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Monroe County Tax Collector (ECF No. 23578) was furnished by CM/ECF notification to Sherri L. Johnson, Esq., Dent & Johnson Chartered, Post Office Box 3259, Sarasota,

Florida 34230 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 on September 21, 2010.

Dated:  September 22, 2010

                                                SMITH HULSEY & BUSEY

                                                By:  */s/Allan E. Wulbern*
                                                    Allan E. Wulbern

                                              Florida Bar Number 175511
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida  32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              awulbern@smithhulsey.com

                                              Counsel for Reorganized Debtors

00723621