**Hearing Date:  October 25, 2010 at 1:30 p.m.**
**Response Deadline: October 15, 2010 at 4:00 p.m.**

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

## DEBTORS' FOURTEENTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR DISMISSED AND NOTICE OF HEARING

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the claims listed on the attached Exhibit A on the grounds that these claims have been settled, released or dismissed (the "Objection").

### Notice of Hearing

Please take notice that a hearing is scheduled for **October 25, 2010** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc.  With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

**Separate Contested Matter**

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

**Reservation of Rights**

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

**Response Deadline**

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on October 15, 2010** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all

attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

Dated:  September 27, 2010

SMITH HULSEY & BUSEY

By _s/ Leanne McKnight Prendergast_
     Stephen D. Busey
     James H. Post
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

**EXHIBIT A**

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Atherton, Arden | 13749 | Dismissed |
| Cruz, Isabel | 14248 | Released |
| Kelley-Turner, Rosetta | 13513 | Dismissed |
| Singleton, Emily | 13555 | Released |

Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by

mail to the individuals listed below this 27th day of September 2010.

Brian J. Gillis, Esq.                    Brian M. Flaherty, Esq.
Bogin Munns & Munns                      Farah & Farah, P.A.
2601 Technology Drive                    10 West Adams Street, 3rd Floor
Orlando, FL 32804                        Jacksonville, FL 32202

*Attorneys for Isabel Cruz*              *Attorneys for Rosetta Kelly-Turner*

Philip C. Houston, Esq.                  Brian K. Mickler, Esq.
1551 Forum Place, Suite 500-C            5452 Arlington Expressway
West Palm Beach, FL  33401               Jacksonville, FL 32211

            and                                      and

David B. Stern, Esq.                     Anthony J. Vinsone, Esq.
Genovese Joblove & Battista, P.A.        Steinger, Iscoe & Greene, P.A.
200 East Broward Blvd., Suite 1110       900 E. Prima Vista Blvd., Suite 101
Ft. Lauderdale, FL 33301                 Port St. Lucie, Florida 34952

*Attorneys for Emily Singleton*          *Attorneys for Arden Atherton*


                          *s/ Leanne McKnight Prendergast*
                                 Attorney

00724153