UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

## NOTICE OF CASE MANAGEMENT CONFERENCE

Please take notice that a case management conference on the Renewed Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva, for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors or, Alternatively, Motion for Rehearing on Courts March 19 Order Denying the Leivas Previous Motion (the "Motion") (ECF No. 22322) is scheduled for **October 27, 2010 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Motion for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

**PLEASE TAKE NOTICE THAT IF NEITHER THE CLAIMANT NOR THE CLAIMANT'S COUNSEL ATTEND THE CASE MANAGEMENT CONFERENCE, THE DEBTORS WILL SEEK THE DENIAL OF THE MOTION DUE TO FAILURE TO PROSECUTE.**

You are reminded that Local Rule 5072(b)(16) requires that all persons

appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: September 27, 2010

SMITH HULSEY & BUSEY

By *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

**Certificate of Service**

I certify that a copy of this document has been by mail to Robert F. Reynolds, Esq., Slatkin & Reynolds, P.A., One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301, this 27th day of September, 2010.

                                              *s/ Leanne McKnight Prendergast*
                                                            Attorney

00724365.DOC