## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of (i) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Nassau County Tax Collector (ECF No. 23611), (ii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Osceola County Tax Collector (ECF No. 23612) and (iii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Leon County Tax Collector (ECF No. 23613) were furnished by CM/ECF notification to Loren E. Levy, Esq., 1828

Riggins Lane, Tallahassee, Florida 32308 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 on September 29, 2010.

Dated:  October 4, 2010

                              SMITH HULSEY & BUSEY

                              By: */s/Allan E. Wulbern*
                                     Allan E. Wulbern

                              Florida Bar Number 175511
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              awulbern@smithhulsey.com

                              Counsel for Reorganized Debtors

00725109