**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Sarasota County Tax Collector (ECF No. 23614) was furnished by CM/ECF notification to Sherri L. Johnson, Esq., Dent & Johnson Chartered, Post Office Box 3259, Sarasota, Florida 34230 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 on September 29, 2010.

Dated: October 4, 2010

                                                SMITH HULSEY & BUSEY

                                                By: */s/Allan E. Wulbern*
                                                      Allan E. Wulbern

                                                Florida Bar Number 175511
                                                225 Water Street, Suite 1800
                                                Jacksonville, Florida 32202
                                                (904) 359-7700
                                                (904) 359-7708 (facsimile)
                                                awulbern@smithhulsey.com

                                                Counsel for Reorganized Debtors

00725112