**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the St. Lucie County Tax Collector (ECF No. 23617) was furnished by CM/ECF notification to Loren E. Levy, Esq., 1828 Riggins Lane, Tallahassee, Florida 32308 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 on September 29, 2010.

Dated: October 5, 2010

        SMITH HULSEY & BUSEY

        By: */s/Allan E. Wulbern*
          Allan E. Wulbern

        Florida Bar Number 175511
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        awulbern@smithhulsey.com

        Counsel for Reorganized Debtors

00725480