## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Madison County Tax Collector (ECF No. 23294) was furnished by CM/ECF notification to Thomas M. Findley, Esq., Messer, Caparello & Self, P.A., Post Office Box 15579, Tallahassee, Florida 32317 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 on July 9, 2010.

Dated: October 6, 2010

SMITH HULSEY & BUSEY

By: */s/Allan E. Wulbern*
     Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00725736