UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   Case No.: 03:05-bk-03817-JAF

    Debtors.   Chapter 11
_____ /   Jointly Administered

### REQUEST BY DAVID McFARLIN TO BE REMOVED FROM SERVICE LIST

The undersigned requests to be removed from the service list, including electronic notices, in this case.

Dated October 7, 2010.

/s/ David R. McFarlin
David R. McFarlin
Florida Bar No.: 328855
Wolff, Hill, McFarlin & Herron, P.A.
1851 W. Colonial Drive
Orlando, FL 32804
Telephone: (407) 648-0058
Facsimile: (407) 648-0681
Email: dmcfarlin@whmh.com

Attorneys for Richard S. Ehster

K:\3548\Request to Discontinue Service DRM.wpd