**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|    Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF CASE MANAGEMENT CONFERENCE**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a case management conference on (i) the Application of Tax Collector, City of Westwego, Louisiana for Allowance of Administrative Claim (Post-Petition Taxes) (ECF No. 14509) (the "Application") and (ii) the Debtors' Objection to the Administrative Claim of the Tax Collector for the City of Westwego, Louisiana (ECF No. 22751) (the "Objection") is scheduled for **October 27, 2010** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the scheduling of the Application and Objection for hearing and such other matters to further the expeditious and economical resolution of the case.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

- 2 -

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse, as are computers absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: October 7, 2010

                              SMITH HULSEY & BUSEY

                              By:   */s/ Allan E. Wulbern*
                                      Allan E. Wulbern

                              Florida Bar Number 175511
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              awulbern@smithhulsey.com

                              Attorneys for Reorganized Debtors

- 3 -

<u>Certificate of Service</u>

I certify that a copy of the foregoing has been furnished by the Court's CM/ECF electronic notification system to Dennis J. Levine, Esq., Post Office Box 707, Tampa, Florida 33601 and by mail to the Office of Tax Collector, City of Westwego, Louisiana, c/o Rudy Cerone, Esq., McGlinchey Stafford, 643 Magazine Street, New Orleans, Louisiana 70130 on the 7th day of October, 2010.

*s/ Allan E. Wulbern*
Attorney

00726061.DOC