**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of (i) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Lake County Tax Collector (ECF No. 23628) and (ii) the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Collier County Tax Collector (ECF No. 23629) were furnished by CM/ECF notification to Gaylord A. Wood, Jr., Esq., Law Offices of Wood & Stuart, P.A., Post Office Box 1987, Bunnell, Florida 32110 and Brian T. Hanlon, Esq., Post Office Box 2500, Titusville, Florida 32781 on October 6, 2010.

Dated: October 7, 2010

SMITH HULSEY & BUSEY

By: */s/Allan E. Wulbern*
Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

00726018

Counsel for Reorganized Debtors