**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Escambia County Tax Collector (ECF No. 23637) was furnished by CM/ECF notification to Thomas M. Findley, Esq., Messer, Caparello & Self, P.A., Post Office Box 15579, Tallahassee, Florida 32317 and Philip A. Bates, Esq., Philip A. Bates, P.A., 25 West Cedar Street, Suite 550, Pensacola, Florida 32501-5911 on October 8, 2010.

Dated: October 12, 2010

                      SMITH HULSEY & BUSEY

                      By: */s/Allan E. Wulbern*
                          Allan E. Wulbern

                      Florida Bar Number 175511
                      225 Water Street, Suite 1800
                      Jacksonville, Florida 32202
                      (904) 359-7700
                      (904) 359-7708 (facsimile)
                      awulbern@smithhulsey.com

                      Counsel for Reorganized Debtors

00726689