UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors | ) | Jointly Administered |

**RESPONSE IN OPPOSITION OF CONSTANCE COLELLA TO DEBTORS'
OBJECTION TO ADMINISTRATIVE EXPENSE CLAIM**
(Related Docket No. 23589)

**Comes Now**, Constance Colella, as the Applicant under an Application for Administrative Expense (Docket No. 13600), and responds in opposition to the Reorganized Debtor's Objection to her Application (Docket No. 23689) (the "Objection") and states as follows.

1. The Objection is not well founded, as the Debtor has liability for Ms. Colella's injuries which is not subject to the defenses raised in the Objection.

2. Ms. Colella opposes the grant of relief requested in the Objection, and requests an evidentiary hearing on the merits of her Application.

Wherefore, based upon the foregoing, the Ms. Colella asks that the Court enter an order:

A. Denying the Objection, and,

B. For other such relief as is just and proper.

BRENNAN, MANNA & DIAMOND

Dated: October 15, 2010

/s/ **Robert Wilcox**
Robert D. Wilcox
Florida Bar No. 755168
800 West Monroe St.
Jacksonville, Florida  32202
Telephone: 904-366-1500
Facsimile:  904-366-1501
Email:  rdwilcox@bmdpl.com

- 2 -

*Attorneys for Constance Colella*

### CERTIFICATE OF SERVICE

I hereby certify that on October 15, 2010 I caused a copy of the foregoing Response in Opposition to Objection to be filed through the CM/ECF system, which will cause a copy to be served upon served on the Debtor by Leanne Prendergast, Esq., Counsel for the Reorganized Debtor, 225 Water Street, Suite 1800, Jacksonville, Florida.

/s/ *Robert Wilcox*
Robert D. Wilcox