UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al*., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR OMNIBUS HEARINGS**
**TO BE HELD ON OCTOBER 27, 2010**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on October 27, 2010 at 1:30 p.m.:

**Contested Matters**

*1.* *Case Status Conference* on *(i) the Application of Tax Collector, City of Westwego, Louisiana for Allowance of Administrative Claim (Post-Petition Taxes) and (ii) the Debtors' Objection to the Administrative Claim of the Tax Collector for the City of Westwego, Louisiana (ECF No. 23632)*

Response Deadline: Non-Applicable.

Responses: None.

Status: A proposed order has been filed on the Motion; the status conference is therefore cancelled.

2. *Case Status Conference* on *(i) Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities and (ii) Objection to Florida Tax Collectors' Request for Payment of Administrative Claim (ECF No. 23644)*

Response Deadline: Non-Applicable.

Responses: None.

Status: The Reorganized Debtors will proceed with the status conference on the Motion.

3. *Debtors' Objection to the Administrative Claim of Sonya Barnes (ECF No. 23586) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Objection to the Administrative Claim of Tracie Blash (ECF No. 23587) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Administrative Claim of Glenda Brinson (ECF No. 23588) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtors' Objection to the Administrative Claim of Milagros Crespo (ECF No. 23590) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of Darrlyn Farley (ECF No. 23591) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Debtors' Objection to the Administrative Claim of Gloria Gonzalez (ECF No. 23592) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

9. *Debtors' Objection to the Administrative Claim of Donna Gordon (ECF No. 23593) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Objection to the Administrative Claim of Veronica Grant (ECF No. 23594) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

11. *Debtors' Objection to the Administrative Claim of Barbara Greene (ECF No. 23595) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

12. *Debtors' Objection to the Administrative Claim of Gayle Harris (ECF No. 23596) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

13. *Debtors' Objection to the Administrative Claim of Brenda Manning (ECF No. 23597) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

14. *Debtors' Objection to the Administrative Claim of Holly Melhez (ECF No. 23598) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

15. *Debtors' Objection to the Administrative Claim of Rosetta Newsome (ECF No. 23599) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

16. *Debtors' Objection to the Administrative Claim of Debbie Norman (ECF No. 23600) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

17. *Debtors' Objection to the Administrative Claim of Elaine Ortiz (ECF No. 23601) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

18. *Debtors' Objection to the Administrative Claim of Shelby Richards (ECF No. 23602) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

19. *Debtors' Objection to the Administrative Claim of Jacqueline Shaw (ECF No. 23603) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

20. *Debtors' Fourteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed and Notice of Hearing (ECF No. 23604)*

Response Deadline: October 15, 2010.

Responses: None.

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

21. *Case Status Conference On the Renewed Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva, for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors or, Alternatively, Motion for Rehearing on Courts March 19 Order Denying the Leivas Previous Motion (ECF No. 23605)*

Response Deadline: Non-Applicable.

Responses: None.

Status: The Reorganized Debtors will proceed with the status conference on the Motion.

22. *Debtors' Objection to the Administrative Claim of Constance Colella (ECF No. 23589) (Statute of Limitations Defense)*

Response Deadline: October 15, 2010.

Response: Constance Colella (ECF No. 23649)

Status: The Reorganized Debtors will proceed with the hearing on the Objection.

Dated: October 26, 2010

SMITH HULSEY & BUSEY

By *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00724209.DOC