# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | *Chapter 11* |
| Debtors. | Jointly Administered |

## AMENDED[1] ORDER ON DEBTORS' (I) FOURTH OMNIBUS OBJECTION TO TAX CLAIMS AND (II) MOTION REQUESTING DETERMINATION OF TAX VALUES AND LIABILITIES

This matter having come before the Court under 11 U.S.C. §§ 105, 502, 505 and 506, Fed. R. Bank. P. 3007 and 9014 and Rule 3007-1 on the (i) Debtors' Fourth Omnibus Objection to Tax Claims (the "Objection") and (ii) Motion For Order Determining Tax Values And Tax Liabilities (the "Motion") (Docket No. 9133), filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[2] with respect to Winn-Dixie's tax liabilities to the Mississippi counties of Hinds, Lauderdale, Jones, Pike and Rankin (the "Counties"). The Court has reviewed the Motion and the Objection

---

[1] The Order (ECF No. 10162) and Corrected Order (ECF No. 22497) are amended to correct Winn-Dixie's tax liabilities to the Hinds, Lauderdale, Jones, Pike and Rankin, County Mississippi. In all other respects, the August 10, 2006 and June 30, 2009 Orders remain in effect, including all the exhibits attached thereto.

[2] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion and the Objection.

and based upon the consent of the parties indicated below, it is

ORDERED AND ADJUDGED THAT:

1.      The Motion is granted in part and denied in part, and the Objection is sustained as set forth herein.

2.      Winn-Dixie has paid its tax liabilities to the Counties for 2004. To the extent the Motion seeks to adjust the assessed values of Winn-Dixie's property in tax year 2004, the Motion is denied.

3.      The tax values for the properties listed on Exhibit A to this Order in the column titled "Revised Assessed Value" are agreed to and settled and the Counties are directed to use such tax values to compute the Debtors' tax liabilities for 2005 and 2006 tax years.

4.      The Revised Tax Amounts listed on Exhibit A are the agreed to and settled amount of tax liabilities owed by the Debtors to the Counties for the tax years 2005 and 2006, which includes interest calculated at the rate of 7% per annum through October 31, 2010. The Revised Assessed Values and Revised Tax Amounts have no applicability to other properties, to other tax years, or for future assessments. The Debtors shall pay to the Counties the Revised Tax Amounts on Exhibit A within 10 days of the entry of this Amended Order.

5.      The Debtors are not permitted to offset any excess amounts paid against the Debtors' liability on any accounts within the same jurisdiction and for the same or other tax years.

2

6.    Upon payment of the Revised Tax Amounts as set forth on Exhibit A, any liens relating to the Debtors' secured tax liabilities addressed in this Objection and Motion are extinguished.  The Debtors are authorized to file any documents necessary with the appropriate governmental body to reflect the release of such liens.

7.    This Court retains jurisdiction over the Debtors and the Taxing Authorities whose Tax Claims and Liabilities are subject to the Motion and Objection with respect to any matters related to or arising from implementation of this Order.

8.    The Counties' Motions for Relief from Order Determining Tax Liabilities (ECF Nos. 12391, 13116, 12443, 13108, 12389, 13105 and 12393), the Counties' Motion for Summary Judgment (ECF No. 22158) and Winn-Dixie's Cross Motion for Summary Judgment (ECF No. 22853) are denied as moot.

Dated this __25th__ day of __October__, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

3

## Consent

The undersigned parties consent to the entry of the foregoing Order.

BUTLER, SNOW, O'MARA,
STEVENS & CANNADA, PLLC

By: _Steph. W. Rosenblatt_
     Stephen W. Rosenblatt

Pro Hac Vice
1020 Highland Colony Parkway
Suite 1400
Ridgeland, Mississippi 39157
(601) 985-4504
(601) 985-4500 (facsimile)
steve.rosenblatt@butlersnow.com

Attorney for Hinds County, Mississippi,
Lauderdale County, Mississippi, Jones
County, Mississippi, Pike County,
Mississippi, and Rankin County
Mississippi Tax Collectors

ROBERT ALTMAN, P.A.

By: _____
     Robert Altman

Florida Bar No. 346861
5256 Silverlake Drive
Palatka, Florida 32177
(386) 325-4691
(386) 325-9765 (facsimile)
robertaltman@bellsouth.net

Attorney for Hinds County, Mississippi,
Lauderdale County, Mississippi, Jones
County, Mississippi, Pike County,
Mississippi, and Rankin County
Mississippi Tax Collectors

SMITH HULSEY & BUSEY

By: _Allan E. Wulbern_
     Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00726806.2

4

*Exhibit A*

**Creditor Name:** HINDS COUNTY TAX COLLECTOR    (County and State: HINDS, MS)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount*** |
|---|---|---|---|---|---|---|---|
| 1350 | PP | 13138 | 2004 | 264,033 | $44,755.87 | 264,043 | Tax Paid |
| 2620 | PP | 13821 | 2004 | 228,085 | $38,968.32 | 228,085 | Tax Paid |
| 2629 | PP | 15296-2629 | 2004 | 305,205 | $52,144.28 | 305,205 | Tax Paid |
| 1310 | PP | 19004 | 2004 | 90,740 | $11,744.48 | 90,740 | Tax Paid |
| 2627 | PP | 21149 | 2004 | 297,960 | $50,906.47 | 297,960 | Tax Paid |
| 2637 | PP | 21997 | 2004 | 14,596 | $2,493.73 | 14,596 | Tax Paid |
| 2630 | PP | 23687 | 2004 | 11,841 | $2,023.03 | 11,841 | Tax Paid |
| 1385 | PP | 24690 | 2004 | 7,666 | $830.00 | 7,666 | Tax Paid |
| 1301 | PP | 24720 | 2004 | 201,699 | $31,837.95 | 201,699 | Tax Paid |
| 1382 | PP | 28364 | 2004 | 8,668 | $1,480.93 | 8,668 | Tax Paid |
| 1314 | PP | 3485 | 2004 | 156,318 | $26,619.80 | 156,318 | Tax Paid |
| 1305 | PP | 3484 | 2004 | 113,566 | $19,402.75 | 113,566 | Tax Paid |
| 1344 | PP | 35332 | 2004 | 51,889 | $6,248.48 | 51,889 | Tax Paid |
| 1369 | PP | 35785 | 2004 | 11,782 | $1,524.94 | 11,782 | Tax Paid |
| 1314 | PP | 5451 | 2004 | 54,654 | $9,337.80 | 54,654 | Tax Paid |
| 1370 | PP | 7928 | 2004 | 179,191 | $23,192.69 | 179,191 | Tax Paid |
| 2839 | PP | 9481 | 2004 | 18,875 | $3,224.80 | 18,875 | Tax Paid |
| 1350 | PP | 13138 | 2005 | 231,548 | $39,627.30 | 92,619 | $21,027.83 |
| 2620 | PP | 13821 | 2005 | 197,853 | $33,860.39 | 70,141 | $17,967.68 |
| 2629 | PP | 15296-2629 | 2005 | 255,636 | $43,749.55 | 103,254 | $23,315.26 |
| 1310 | PP | 19004 | 2005 | 87,100 | $11,273.35 | 34,840 | $5,982.09 |
| 2627 | PP | 21149 | 2005 | 242,743 | $41,543.04 | 97,097 | $22,044.40 |
| 2637 | PP | 21997 | 2005 | 12,352 | $2,113.92 | 4,941 | $1,121.73 |
| 2630 | PP | 23687 | 2005 | 9,323 | $1,595.54 | 3,739 | $846.66 |
| 1365 | PP | 24690 | 2005 | 8,043 | $873.71 | 3,217 | $163.63 |
| 1301 | PP | 24720 | 2005 | 167,875 | $18,236.26 | 67,150 | $9,676.89 |
| 1382 | PP | 28364 | 2005 | 8,219 | $1,406.60 | 3,287 | $746.40 |

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** |
|---|---|---|---|---|---|---|---|---|
| | 1314 | PP | 3485 | 2005 | 140,369 | $24,039.87 | 56,188 | $12,756.52 |
| | 1305 | PP | 3484 | 2005 | 110,586 | $18,925.68 | 44,234 | $10,042.72 |
| | 1344 | PP | 35332 | 2005 | 42,221 | $5,176.29 | 16,888 | $2,746.75 |
| | 1369 | PP | 35785 | 2005 | 11,751 | $1,520.93 | 4,700 | $807.07 |
| | 1402 | PP | 44090 | 2005 | 247,500 | $32,033.93 | 99,000 | $16,998.48 |
| | 1314 | PP | 5451 | 2005 | 49,594 | $8,472.12 | 19,802 | $4,495.65 |
| | 1370 | PP | 7923 | 2005 | 132,611 | $17,163.84 | 53,044 | $9,107.82 |
| | 2639 | PP | 9481 | 2005 | 15,641 | $2,676.81 | 6,256 | $1,420.42 |
| | | | | Tax Subtotals | | $621,025.45 | | $164,467.98 |

Footnotes:   * PP is property type i.e personal property account and R is a real property account

   ** Revised tax amount includes interest at 7% thru October 2010)

| Creditor Name | Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** |
|---|---|---|---|---|---|---|---|---|
| JONES COUNTY TAX COLLECTOR (County and State: JONES, MS) | | | | | | | | |
| | 1331 | PP | 0101231O-000 | 2004 | 129,711 | $18,805.50 | 129,711 | Tax Paid |
| | 2628 | PP | 2628-JONES | 2004 | 149,676 | $21,700.03 | 149,676 | Tax Paid |
| | 1376 | PP | 3310 | 2004 | 6,883 | $997.90 | 6,883 | Tax Paid |
| | 1331 | PP | 0101231O-000 | 2005 | 139,209 | $20,031.03 | 55,684 | $10,023.96 |
| | 2628 | PP | 2628-JONES | 2005 | 148,382 | $21,325.91 | 59,313 | $11,316.38 |
| | 1376 | PP | 3310 | 2005 | 7,525 | $1,082.25 | 3,010 | $574.29 |
| | 2628 | PP | 2628-JONES | 2006 | 130,937 | $19,171.24 | 48,375 | $9,636.23 |
| | 2638 | PP | 2943 | 2006 | 7,362 | $1,060.94 | 2,945 | $553.17 |
| | | | | Tax Subtotals | | $104,164.80 | | $31,684.13 |

Footnotes:    * PP in property type is a personal property account and R is a real property account

            ** Revised tax amount includes interest at 7% thru October 2010

Page 3 of 6

| Creditor Name | Location No. | Property Type ª | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount** |
|---|---|---|---|---|---|---|---|---|
| LAUDERDALE COUNTY TAX COLLECTOR (County and State: LAUDERDALE, MS) | | | | | | | | |
| | 0583 | PP | 1256 | 2004 | 193,809 | $30,862.15 | 193,809 | Tax Paid |
| | 2821 | PP | 2815 | 2004 | 158,396 | $25,222.98 | 158,396 | Tax Paid |
| | 2631 | PP | 2821 | 2004 | 5,425 | $863.88 | 9,425 | Tax Paid |
| | 0472 | PP | 3864 | 2004 | 212,393 | $33,821.46 | 212,393 | Tax Paid |
| | 0504 | PP | 6757 | 2004 | 12,380 | $1,971.39 | 12,380 | Tax Paid |
| | 0536 | PP | 7133 | 2004 | 384,202 | $45,236.33 | 384,202 | Tax Paid |
| | 0533 | PP | 7427 | 2004 | 337,473 | $53,739.21 | 337,473 | Tax Paid |
| | 0583 | PP | 1256 | 2005 | 200,922 | $31,992.76 | 80,369 | $16,971.33 |
| | 2821 | PP | 2815 | 2005 | 226,844 | $36,109.03 | 90,738 | $19,160.90 |
| | 2631 | PP | 2821 | 2005 | 10,238 | $1,629.69 | 4,095 | $864.78 |
| | 0472 | PP | 3864 | 2005 | 207,075 | $32,962.30 | 82,830 | $17,491.06 |
| | 0504 | PP | 6757 | 2005 | 12,351 | $1,966.03 | 4,940 | $1,043.25 |
| | 0536 | PP | 7133 | 2005 | 255,195 | $40,621.94 | 102,078 | $21,555.63 |
| | 0533 | PP | 7427 | 2005 | 311,302 | $49,553.05 | 124,521 | $26,294.83 |
| | 2821 | PP | 2815 | 2006 | 202,715 | $32,560.08 | 81,086 | $16,366.00 |
| | 2631 | PP | 2821 | 2006 | 12,920 | $2,075.21 | 5,168 | $1,043.08 |
| | 0472 | PP | 3864 | 2006 | 192,714 | $30,953.73 | 77,086 | $15,558.58 |
| | 0536 | PP | 7133 | 2006 | 234,639 | $37,687.71 | 93,856 | $18,943.35 |
| | 0533 | PP | 7427 | 2006 | 287,342 | $46,152.87 | 114,937 | $23,198.28 |
| | | | | **Tax Subtotals** | | $535,591.70 | | $178,491.08 |

Footnotes:   ª PP is property type is a personal property account and R is a real property account
   ** Revised tax amount includes interest at 7% thru October 2010

| Creditor Name | Location No. | Property Type + | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** |
|---|---|---|---|---|---|---|---|---|
| PIKE COUNTY TAX COLLECTOR   (County and State: PIKE, MS) | | | | | | | | |
| | 1337 | PP | 551497 | 2004 | 290,585 | $35,180.35 | 290,585 | Tax Paid |
| | 1378 | PP | 551504 | 2004 | 13,670 | $2,085.63 | 13,670 | Tax Paid |
| | 1337 | PP | 551497 | 2005 | 236,321 | $36,835.35 | 94,528 | $19,546.31 |
| | 1378 | PP | 551504 | 2005 | 13,562 | $2,113.91 | 5,425 | $1,121.73 |
| | | | | Tax Subtotals | | $76,215.24 | | $20,668.04 |

Footnotes:   * PP in property type is a personal property account and R is a real property account

** Revised tax amount includes interest at 7% thru October 2010

**Creditor Name**

RANKIN COUNTY TAX COLLECTOR    (County and State: RANKIN, MS)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Asserted By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** |
|---|---|---|---|---|---|---|---|
| 1303 | PP | 296 | 2004 | 66,518 | $7,526.51 | 66,518 | Tax Paid |
| 1381 | PP | 3042 | 2004 | 3,683 | $352.68 | 3,683 | Tax Paid |
| 2823 | PP | 344 | 2004 | 178,342 | $22,053.77 | 178,342 | Tax Paid |
| 1306 | PP | 3496 | 2004 | 259,607 | $28,336.11 | 259,607 | Tax Paid |
| 2633 | PP | 5077 | 2004 | 4,921 | $608.53 | 4,921 | Tax Paid |
| 1413 | PP | 7918 | 2004 | 181,756 | $16,416.01 | 181,756 | Tax Paid |
| 1368 | PP | 1368-F | 2005 | 11,408 | $1,245.19 | 4,563 | $660.78 |
| 1303 | PP | 296 | 2005 | 65,845 | $7,359.08 | 26,018 | $3,005.22 |
| 1381 | PP | 3042 | 2005 | 3,304 | $298.45 | 1,322 | $158.38 |
| 2623 | PP | 344 | 2005 | 169,919 | $21,012.19 | 67,968 | $11,150.47 |
| 1306 | PP | 3496 | 2005 | 237,642 | $25,938.63 | 95,057 | $13,764.77 |
| 2633 | PP | 5077 | 2005 | 3,902 | $482.51 | 1,561 | $236.05 |
| 1413 | PP | 7918 | 2005 | 331,039 | $29,903.65 | 132,420 | $15,868.87 |
| | | | **Tax Subtotals** | | $161,515.31 | | $45,764.53 |

Footnotes:    * PP in property type is a personal property account and R is real property account

    ** Revised tax amount includes interest at 7% thru October 2010