UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

### AGREED ORDER ON DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF THE TAX COLLECTOR FOR THE CITY OF WESTWEGO, LOUISIANA

This matter came before the Court on the Application of Tax Collector, City of Westwego, Louisiana for Allowance of Administrative Claim (Post-Petition Taxes) (ECF No. 14509) (the "Claim") and (ii) the Debtors' Objection to the Administrative Claim of the Tax Collector for the City of Westwego, Louisiana (ECF No. 22751) (the "Objection"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained in part and overruled in part as set forth below.

2. The Claim is allowed as an administrative claim in the amount of $5,000.00 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan"), inclusive of interest, penalties, collection fees, etc.

3. Within ten business days of entry of this Order, the Reorganized Debtor will pay Westwego $5,000. This amount represents the full and final amount owed by the Reorganized Debtors to Westwego for all unpaid ad valorem real

property and tangible personal property taxes (whether delinquent or not) for the tax years 2006 or prior.

4. This Agreed Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by Westwego in these Chapter 11 cases and (ii) all other pre-effective date claims Westwego has or may have against the Debtors and any of their Chapter 11 estates or affiliates, all of which are forever waived, discharged and released. The Reorganized Debtors shall not be entitled to any further adjustment, reduction or refund of any tax assessment or taxes paid or payable to Westwego for the tax years 2005 and 2006.

5. This Court retains jurisdiction to resolve any disputes arising from this Agreed Order.

Dated this 26th day of October, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Allan Wulbern is directed to
serve a copy of this order on all
parties in interest.

00726885.DOC

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY

By /s/ Allan E Wulbern
Allan E Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

DENNIS LeVINE & ASSOCIATES, P.A.

By /s/ Dennis J. LeVine
Dennis J. LeVine

Florida Bar Number 375993
Post Office Box 707
Tampa, Florida 33601
(913) 253-0777
(813) 253-0975 (facsimile)
dennis@bcylaw.com

Counsel for the Tax Collector, City of Westwego, Louisiana