**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order on Debtors' Objection to the Administrative Claim of the Tax Collector for the City of Westwego, Louisiana (ECF No. 23659) was furnished by CM/ECF notification to Dennis J. LeVine, Dennis LeVine & Associates, P.A., Post Office Box 707, Tampa, Florida 33601 on October 26, 2010.

Dated: October 28, 2010

SMITH HULSEY & BUSEY

By: /s/*Allan E. Wulbern*
        Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00728985