**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| | ) | |
| **WINN DIXIE STORES, INC.**, et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| _____ | ) | |

**NOTICE OF APPEARANCE OF COUNSEL**
**FOR CATHY CURTIS, LEE COUNTY TAX COLLECTOR**

**NOTICE IS HEREBY GIVEN** that the undersigned counsel will appear as counsel of record for Cathy Curtis, Lee County Tax Collector, in the above-styled proceeding. Copies of all future pleadings, motions, notices, memoranda, correspondence, etc., should be forwarded to the following:

Loren E. Levy, Esquire
Ana C. Torres, Esquire
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308
Telephone: (850) 219-0220
Facsimile: (850) 219-0177

/s/ Loren E. Levy_____
Loren E. Levy
Fla. Bar No. 0814441
Ana C. Torres
Fla. Bar No. 0029758
The Levy Law Firm
1828 Riggins Lane
Tallahassee, Florida 32308
Telephone: (850) 219-0220
Facsimile: (850) 219-0177
Email: levylawfirm@comcast.net

Counsel for Cathy Curtis, Lee County Tax Collector

Date: November 1, 2010

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic transmission on this the **1st** day of November 2010 to:

| | |
|---|---|
| Winn-Dixie Stores, Inc. | Allan E. Wulbern, Esquire<br>Smith Hulsey & Busey<br>225 Water Street, Suite 1800,<br>Jacksonville, Florida 32202<br>Telephone: (904) 359-7700<br>Facsimile: (904) 359-7708<br>awulbern@smithhulsey.com |
| Former Counsel for Cathy Curtis,<br>Lee County Tax Collector | Brian T. Hanlon, Esquire<br>Post Office Box 2500<br>Titusville, Florida 32781-2500<br>Telephone: (321) 264-6930<br>Facsimile: (321) 264-6919<br>Brian.Hanlon@BrevardTaxCollector.com |

/s/ Loren E. Levy_____
Loren E. Levy
Fla. Bar No. 0814441