# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FILED
JACKSONVILLE, FLORIDA
OCT 27 2010
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

FIRM/AFFILIATE OFFICES
---
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
---
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-2560
DIRECT FAX
(917) 777-2560
EMAIL ADDRESS
SALLY.HENRY@SKADDEN.COM

October 20, 2010

BY FIRST CLASS MAIL

Ms. Lee Ann Bennett
Clerk of the Court
United States Bankruptcy Court
Middle District of Florida
Sam Gibbons Courthouse
801 N. Florida Avenue
Tampa, Florida 33602

     RE: In re Winn-Dixie Stores, Inc.,
        Case No. 3:05-bk-03817-JAF

Dear Ms. Bennett:

  I am writing to let you know that Adam Ravin, listed as Debtors' counsel on the Court's ECF page in the above-named case, is no longer practicing with Skadden, Arps, Slate, Meagher & Flom LLP ("Skadden, Arps"). As you know, Skadden, Arps is co-counsel to the debtors in the Winn-Dixie bankruptcy cases.

  Accordingly, please update the Court's ECF page to list my name in Mr. Ravin's place. My contact information is:

    Sally McDonald Henry
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY 10036-6522
    (212) 735-3000
    Email: Sally.Henry@skadden.com

  I appreciate your assistance with this matter.

             Yours very truly,

             Sally McDonald Henry