UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON RENEWED MOTION OF MARIELA LEIVA, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF MICHAEL LEIVA, FOR ORDER FOR RELIEF FROM DISCHARGE INJUNCTION AND THE ORDER CONFIRMING JOINT PLAN OF REORGANIZATION OF WINN-DIXIE STORES, INC. AND AFFILIATED DEBTORS OR, ALTERNATIVELY, MOTION FOR REHEARING ON COURTS MARCH 19 ORDER DENYING THE LEIVAS PREVIOUS MOTION**

This case came before the Court for hearing on October 27, 2010, on the Debtors' Notice of Case Management Conference (Docket No. 23605) as to the Renewed Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva, for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors or, Alternatively, Motion for Rehearing on Courts March 19 Order Denying the Leivas Previous Motion (ECF No. 22322) (the "Motion"). Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva (the "Claimant") did not appear at the hearing.[1] Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Motion is denied.

---

[1] The Notice of Case Management Conference (Docket No. 22322) stated that the Debtors would seek the disallowance of the claim if the Claimant failed to appear at the hearing.

2. The Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Levia, for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors (ECF No. 20505) is disallowed in its entirety.

Dated this 27 day of October, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

0072673500726735.DOC