## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

In re:                                    )         Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )         Chapter 11

              Reorganized Debtors.        )         Jointly Administered

## ORDER SUSTAINING DEBTORS' OBJECTION TO THE
## ADMINISTRATIVE CLAIM OF SONYA BARNES

This case came before the Court for hearing on October 27, 2010, on the

Debtors' Objection to the Administrative Claim of Sonya Barnes (Docket No.

23586).  Upon the evidence presented at the hearing, the Court finds that:

1.     Sonya    Barnes    (the    "Claimant")    filed    an    application    for

administrative expense based upon a negligence claim that arose on September 18,

2006, at a Winn-Dixie Store in Orlando, Florida (Docket No. 14247) (the

"Administrative Claim").

2.     Section 95.11(3)(a), Florida Statutes, requires that an action founded

on negligence must be brought within four years.

3.     Claimant has not filed a civil action in the appropriate non-

bankruptcy forum based upon the claim.  Filing an Administrative Claim did not

preserve the claim for statute of limitations purposes.

4.      Because the claim arose on September 18, 2006, the Claimant was required under Florida law to commence the prosecution of a civil action by September 20, 2010, to preserve the claim for statute of limitations purposes.

5.      Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and the claim must be disallowed.  Upon the foregoing, it is

ORDERED:

1.      The Objection is sustained.

2.      The Administrative Claim filed by the Claimant (Docket No. 14247) is disallowed.

Dated this 27 day of October, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

726663