UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                    )        Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,        )        Chapter 11

                 Reorganized Debtors.     )        Jointly Administered

## ORDER ON THE CLAIMS SCHEDULED
## AND FILED ON BEHALF OF LIBBEY GLASS

This case came before the Court on the Debtors' Amended Objection to the Proof of Claim filed by Libbey Glass (Docket No. 23006). Based upon the consent of the parties, it is

ORDERED:

1.    The Order Sustaining the Debtors' Amended Objection to the Claim filed by Libbey Glass (Docket No. 23286) is vacated.

2.    Claim No. 1035 filed by Libbey Glass (the "Claimant") is reduced and allowed as a prepetition, non-priority, unsecured Class 14 claim under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan") in the total amount of $150,000.00 against Winn-Dixie Stores, Inc., and the remainder of Claim Number 1035 is disallowed.

3.    As acknowledged below by Amroc Investments, LLC, the agreement between Amroc Investments, LLC, and the Claimant for the transfer of Claim No. 1035 to Amroc Investments, LLC, evidenced by the Notice of Assignment of Claim

filed in this case on June 9, 2005 (Docket No. 1629), has been rescinded.  Claimant certifies that Claimant is the owner and holder of Claim No. 1035.

4.    Distribution on account of Claim No. 1035 shall be made in accordance with Section 9.2 of the Plan and shall be made to Claimant at the address on the proof of claim for Claim No. 1035.

5.    This Order resolves (i) all liabilities and obligations related to Claim No. 1035, (ii) all liabilities and obligations related to Claim No. 35045 scheduled on behalf of the Claimant and (iii) all other prepetition or administrative claims the Claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

6.    Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

7.    The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 2nd day of ~~October~~ November, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to be provided through CM/ECF

2

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

**STUTSMAN THAMES & MARKEY, P.A.**          **SMITH HULSEY & BUSEY**


By___*/s/ Richard R. Thames*___          By___*/s/ Leanne McKnight Prendergast*___
    Richard R. Thames              Leanne McKnight Prendergast

50 N. Laura Street, Suite 1600          225 Water Street, Suite 1800
Jacksonville, Florida 32202          Jacksonville, Florida 32202
(904) 358-4000          (904) 359-7700
(904) 358-4001 (Facsimile)          (904) 359-7708 (Facsimile)
rrt@stmlaw.net          lprendergast@smithhulsey.com

Attorneys for Libbey Glass, Inc.          Attorneys for Winn-Dixie Stores, Inc.


\* Counsel has authorized his electronic signature.


## Acknowledgement

Amroc Investments, LLC, acknowledges that the agreement for the transfer to Amroc Investments, LLC, from Libbey Glass, Inc., of Claim No. 1035 filed by Libbey Glass, Inc., in the amount of $245,608.00, evidenced by the Notice of Transfer of Claim filed in this case on June 9, 2005 (Docket No. 1629), has been rescinded and Amroc Investments, LLC, disclaims any interest in Claim No. 1035.


**AMROC INVESTMENTS, LLC**


By_____
    David S. Leinwand

535 Madison Ave., 15th Floor
New York, NY 10022

# CERTIFICATE OF NOTICE

```
District/off: 113A-3        User: pcathy           Page 1 of 1           Date Rcvd: Nov 02, 2010
Case: 05-03817              Form ID: pdfdoc        Total Noticed: 1
```

```
The following entities were noticed by first class mail on Nov 04, 2010.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,    Suite 1800,
              Jacksonville, FL 32202-4494
```

```
The following entities were noticed by electronic transmission.
NONE.                                                                    TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 04, 2010**                    **Signature:**