**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Amended Order on Debtors' (I) Fourth Omnibus Objection to Tax Claims and (II) Motion Requesting Determination of Tax Values and Liabilities (ECF No. 23658) was furnished by CM/ECF notification to Stephen W. Rosenblatt, Butler, Snow, O'Mara, Stevens & Cannada, PLLC, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157 and Robert Altman, Robert Altman, P.A., 5256 Silverlake Drive, Palatka, Florida 32177 on October 25, 2010.

Dated: November 5, 2010

SMITH HULSEY & BUSEY

By: */s/Allan E. Wulbern*
    Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00728990