**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Sonya Barnes (ECF No. 23672) was furnished by mail on November 3, 2010 to Sonya Barnes, 703 S. Ivy Lane, Apt. F, Orlando, Florida 32808, Ray A. Barber, Esq., 224 Annie Street, Orlando, Florida 32806 and James H. Monroe, Esq., Post Office Box 540163, Orlando, Florida 32854-0163.

Dated: November 8, 2010

                                                         SMITH HULSEY & BUSEY

                                                         By: *s/ Leanne McKnight Prendergast*
                                                             Leanne McKnight Prendergast

                                                         Florida Bar Number 59544
                                                        225 Water Street, Suite 1800
                                                        Jacksonville, Florida 32202
                                                        (904) 359-7700
                                                        (904) 359-7708 (facsimile)
                                                        lprendergast@smithhulsey.com

                                                        Counsel for Reorganized Debtors

00730515