**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Darrlyn Farley (ECF No. 23675) was furnished by mail on November 3, 2010 to Darrlyn Farley, 5900 Townsend Road, Jacksonville, Florida 32208 and Glenn E. Cohen, Esq., Barnes & Cohen, P.A., 2747 Art Museum Drive, Suite 500, Jacksonville, Florida 32207.

Dated:  November 8, 2010

SMITH HULSEY & BUSEY


By: *s/  Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00730520