## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Donna Gordon (ECF No. 23677) was furnished by mail on November 3, 2010 to Donna Gordon, 2828 Minneola Drive, Lakeland, Florida 33801, Brett J. Kirkland, Esq., Morgan & Morgan, P.A., 201 N. Franklin Street, 7th Floor, Tampa, Florida 33602 and Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated: November 8, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00730523