**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Barbara Greene (ECF No. 23679) was furnished by mail on November 3, 2010 to Barbara Greene, 9406 Gisborne, Jacksonville, Florida 32208 and Brian M. Flaherty, Esq., Farah & Farah, P.A., 10 West Adams Street, 3rd Floor, Jacksonville, Florida 32202.

Dated: November 8, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00730526