**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Gayle Harris (ECF No. 23680) was furnished by mail on November 3, 2010 to Gayle Harris, 5618 9th Street East, Bradenton, Florida 34203 and Matthew M. Donaldson, Esq., Kennedy Law Group, 5001 West Kennedy Blvd., Suite 100, Tampa, Florida  33609.

Dated:  November 8, 2010

SMITH HULSEY & BUSEY


By: *s/  Leanne McKnight Prendergast*
       Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00730528