# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Holly Melhez (ECF No. 23682) was furnished by mail on November 3, 2010 to Holly Melhez, c/o J. Scott Nooney, Esq., 3535 Hendricks Avenue Jacksonville, FL 32207 and Michael K. Roberts, Esq., J. Scott Nooney & Associates, 3535 Hendricks Ave., Jacksonville, Florida 32207.

Dated: November 8, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00730529