# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Debbie Norman (ECF No. 23684) was furnished by mail on November 3, 2010 to Debbie Norman, 45455 Harts Road, Yulee, FL 32097 and Michael K. Roberts, Esq., J. Scott Nooney & Associates, 3535 Hendricks Ave., Jacksonville, Florida 32207.

Dated:  November 8, 2010

SMITH HULSEY & BUSEY

By: *s/  Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00730532