**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Fourteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (ECF No. 23671) was furnished by mail on November 3, 2010 to Brian J. Gillis, Esq., Bogin Munns & Munns, 2601 Technology Drive, Orlando, FL 32804, Brian M. Flaherty, Esq., Farah & Farah, P.A., 10 West Adams Street, 3rd Floor, Jacksonville, FL 32202, Philip C. Houston, Esq., 1551 Forum Place, Suite 500-C, West Palm Beach, FL 33401, David B. Stern, Esq., Genovese Joblove & Battista, P.A., 200 East Broward Blvd., Suite 1110, Ft. Lauderdale, FL 33301, Brian K. Mickler, Esq., 5452 Arlington Expressway, Jacksonville, FL 32211, and Anthony J. Vinsone,

Esq., Steinger, Iscoe & Greene, P.A., 900 E. Prima Vista Blvd., Suite 101, Port St. Lucie, Florida 34952.

Dated:  November 8, 2010

                                            SMITH HULSEY & BUSEY

                                        By: *s/  Leanne McKnight Prendergast*
                                              Leanne McKnight Prendergast

                                        Florida Bar Number 59544
                                        225 Water Street, Suite 1800
                                        Jacksonville, Florida  32202
                                        (904) 359-7700
                                        (904) 359-7708 (facsimile)
                                        lprendergast@smithhulsey.com

                                        Counsel for Reorganized Debtors

00730538