# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Renewed Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva, for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors or, Alternatively, Motion for Rehearing on Courts March 19 Order Denying the Leivas Previous Motion (ECF No. 23670) was furnished by mail on November 3, 2010 to Robert F. Reynolds, Esq., Slatkin & Reynolds, P.A., One East Broward Boulevard, Suite 609, Fort Lauderdale, Florida 33301.

Dated:  November 8, 2010

SMITH HULSEY & BUSEY

By: *s/  Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00730540