**Hearing Date: December 15, 2010 at 9:30 a.m.**
**Response Deadline: December 3, 2010 at 4:00 p.m.**

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

## DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR DISMISSED AND NOTICE OF HEARING

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the claims listed on the attached Exhibit A on the grounds that these claims have been settled, released or dismissed (the "Objection").

### Notice of Hearing

Please take notice that a hearing is scheduled for **December 15, 2010** at **9:30 a.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

---

[1]    In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

## Separate Contested Matter

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

## Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

## Response Deadline

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file <u>and</u> serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on December 3, 2010** (the "Response Deadline").  The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed <u>only if</u> the original response is <u>actually received</u> on or before the Response Deadline by the Bankruptcy Court via the Court's electronic filing procedures (electronic filing is mandatory for all

attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

Dated:  November 15, 2010

SMITH HULSEY & BUSEY

By  *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

## EXHIBIT A

| <u>Name of Claimant</u> | Docket No.<br>of Motion | Reason for<br>Disallowance |
|---|---|---|
| Almaguer, Isabel | 13277 | Settled |
| Badilla, Lisbeth Y. | 13301 | Settled |
| Bell, Rodney | 13721 | Dismissed |
| Brown, Lakesha | 14334 | Released |
| Campbell, Alexandra | 14098 | Released |
| Cidlowski, Katherine | 14403 | Settled |
| Crosier, Christina | 14174 | Dismissed |
| Cure, Jacqueline | 13676 | Released |
| Curi, Alfredo | 14504 | Dismissed |
| Dodson, William | 13592 | Dismissed |
| Doran, Jennifer & Jeremy | 13650 | Dismissed |
| Dortly, Wanda | 14216 | Released |
| Fletes, Amanda | 13289 | Settled |
| Greenman, Michael | 14193 | Released |
| Grisaffe, Chris | 14316 | Released |
| Groody, Renee | 14265 | Released |
| Harris, Kim | 14170 | Dismissed |
| Hodges, Ashley and Heather | 13718 & 14083 | Dismissed |
| Holland, Ruth | 14233 | Released |
| Knudsen, John | 14277 | Released |
| Jones, Carla | 14311 | Released |
| Lewis, Linda | 14058 & 14147 | Released |

| **Name of Claimant** | **Docket No. of Motion** | **Reason for Disallowance** |
|---|---|---|
| Lyle, Nelly R. | 14240 | Released |
| Mathis, Audrey | 13496 | Dismissed |
| Merrill, Nadine | 14393 | Released |
| Mesa, Ana | 13861 | Released |
| Picras, Marie Louis | 13407 | Settled |
| Rosner, Steven | 14050 & 14315 | Released |
| Semunuk, Beth Ann | 14410 | Released |
| Singleton, Emily | 13555 | Released |
| Yatak, Wanda and Mansour | 14314 | Released |

Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by

mail to the individuals listed below this 15th day of November 2010.


David J. Tong, Esq.
Saxon, Gilmore, Carraway, Gibbons,
Lash & Wilcox, P.A.
201 E. Kennedy Blvd. Suite 600
Tampa, FL 33602

*Attorney for Isabel M. Almague and
William Dodson*

Dennis J. LeVine, Esq.
Post Office Box 707
Tampa, FL 33601-0707

*Attorney for Rodney Bell, Christina
Crosier, Jacqueline Cure, Alfredo
Curi, Kim Harris, and Carla Jones*

Rafael Gonzalez, Esq.
6600 Taft Street, Suite 307
Hollywood, FL 33024

*Attorney for Pilar Cancio*

Christopher R. Pavlik, Esq.
2639 McCormick Drive
Clearwater, FL 33759

*Attorney for Christina Crosier and
Kim Harris*

Paul S. Rosenberg, Esq.
Rosenberg & Rosenberg, P.A.
2501 Hollywood Blvd., Suite 110
Hollywood, FL 33020

*Attorney for Isabel M. Almaguer and
William Dodson*

David M. Benenfeld, Esq.
Law Offices of David M.
Benenfeld, P.A.
7491 W. Oakland Park Blvd.,
Suite 304
Lauderdale, FL 33319

*Attorney for Rodney Bell*

Caryl E. Delano
Addison & Delano, P.A.
Post Office Box 2175
Tampa, FL 33601

*Attorney for Katherine Cidlowski
and Beth Ann Semunuk*

Jacqueline Cure
c/o Law Offices of Spencer G.
Morgan, P.A.
44 W Flagler St., Ste 2550
Miami, FL 33130

*Attorney for Jacqueline Cure*

D. Brett Marks, Esq.
Kluger, Peretz, Kaplan & Berlin
201 So. Biscayne Blvd.
Miami Center, 17th Floor
Miami, FL 33131

*Attorney for Lisbeth Y. Badilla
and Amanda Fletes*

Glenn E. Cohen
Barnes & Cohen, P.A.
2747 Art Museum Drive, Suite 500
Jacksonville, FL 32207

*Attorney for Lakesha Brown and
Chris Grisaffe*

Pamela J. Mills, Esq.
O'Malley & Mills, P.A.
4245 Rachel Blvd.
Spring Hill, FL 34608

*Attorneys for Katherine Cidlowski
and Beth Ann Semunuk*

Adam Saben, Esq.
Shuster & Saben, LLC
4770 Biscayne Blvd., Ste 1030
Miami, FL 33137

*Attorney for Alfredo Curi*

Bradley R. Markey, Esq.
Stutsman Thames & Markey, P.A.
50 N. Laura St., Ste. 1600
Jacksonville, FL 32202

*Attorney for Jennifer and Jeremy
Doran and Marie Louis Picras*

Michael K. Roberts, Esq.
J. Scott Nooney & Associates
3535 Hendricks Ave.
Jacksonville, FL 32207

*Attorney for Wanda Dortly and
Nelly Lyle*

Robert D. Wilcox, Esq.
Brennan, Manna & Diamond, PL
800 W. Monroe Street
Jacksonville, FL 32202

*Attorney for Michael Greenman
and Ana Mesa*

Brian J. Gillis, Esq.
Bogin, Munns & Munns
2601 Technology Drive
Orlando, FL 32804

*Attorney for Renee S. Groody*

Brian M. Flaherty, Esq.
Farah & Farah, P.A.
10 West Adams Street, 3rd Floor
Jacksonville, FL 32202

*Attorney for Ashley and Heather
Hodges*

Rehan N. Khawaja, Esq.
Bankruptcy Law Offices of Rehan
N. Khawaja
817 N. Main Street
Jacksonville, FL 32202

*Attorney for Ruth Holland*

Ronald E. Sholes, Esq.
964 N. Temple Avenue
Starke, FL 32091

*Attorney for Ruth Holland*

Carla Jones
c/o Neal J. Gambler, II, Esq.
Anderson, Howell & Ravis
2029 N. Third Street
Jacksonville Beach, FL 32250

*Attorney for Carla Jones*

James B. Guest, Esq.
1900 32nd Street
Kenner, Louisiana 70065

*Attorney for Linda C. Lewis*

Robert J. Fenstersheib, Esq.
Law Office of Robert J. Fenstersheib
& Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009

*Attorney for Audrey Mathis*

Nadine Merrill
24250 Wolf Branch Road
Sorrento, FL 32276

Sherry L. Parks, Esq.
9370 S.W. 72nd Street
Suite A-266
Miami, FL 33173

*Attorney for Ana Mesa*

Eric A. Falk, Esq
Falk & Falk, P.A.
7000 S.W. 97th Avenue, Suite 210
Miami, FL 33173

*Attorney for Steven Rosner*

Phillip C. Houston, P.A.
The Plaza
1551 Forum Place, Suite 500-C
West Palm Beach, FL 33401

*Attorney for Emily Singleton*

David N. Stern, Esq.
Genovese Joblove & Battista, P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301

*Attorney for Emily Singleton*

Gregory K. Crews
300 West Adams St., Suite 200
Jacksonville, FL  32202

*Attorney for Wandeh Yatak*

Paul A. Contreras, Esq.
12350 SW 132nd Court, Ste. 202
Miami, FL  33186

*Attorney for Michael Greenman*

Stephen C. Thomas, Esq.
Hayworth, Chaney & Thomas, P.A.
202 N. Harbor City Blvd., Suite 300
Melbourne, FL 32935

*Attorneys for John Knudsen*

*s/ Leanne McKnight Prendergast*
Attorney

00730856.DOC