### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
|    Reorganized Debtors. | ) | Jointly Administered |

### NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **December 15, 2010** at **9:30 a.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Reorganized Debtors' Motion for Entry of an Agreed Order on the Settlement Agreement with Linda Landry (the "Motion") (ECF No. 23751).

Only responses filed and served on Leanne M. Prendergast at lprendergast@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida  32202 so as to be received by **December 3, 2010** will be considered by the Bankruptcy Court at the hearing.  The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  November 15, 2010

                              SMITH HULSEY & BUSEY


                              By    *s/ Leanne McKnight Prendergast*
                                    Leanne McKnight Prendergast

                              Florida Bar Number 59544
                              225 Water Street, Suite 1800
                              Jacksonville, Florida  32202
                              (904) 359-7700
                              (904) 359-7708 (facsimile)
                              lprendergast@smithhulsey.com

                              Counsel for the Reorganized Debtors

00731764.DOC

- 3 -

## Certificate of Service

I certify that a copy of this document has been furnished by mail this 15th day of November, 2010 to:

Joseph Landry
631 St. Charles Avenue
New Orleans, LA 70130

*s/ Leanne McKnight Prendergast*

00731764.DOC