**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Constance Colella (ECF No. 23754) was furnished by mail on November 17, 2010 to Constance Colella, 2057 Southwest Monterrey Lane, Port Saint Lucie, Florida 34953 and Robert D. Wilcox, Esq., Brennan, Manna & Diamond, PL, 800 W. Monroe Street, Jacksonville, Florida 32202.

Dated: November 17, 2010

                                                SMITH HULSEY & BUSEY

                                                By: *s/ Leanne McKnight Prendergast*
                                                     Leanne McKnight Prendergast

                                              Florida Bar Number 59544
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida 32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              lprendergast@smithhulsey.com

                                              Counsel for Reorganized Debtors

00732293