## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### *Jacksonville Division*

In re:                                                                Chapter 11

WINN-DIXIE STORES, INC.                          Case Nos. 3:05-BK-03817-JAF

    Debtor.
_____/

### NOTICE OF REQUEST TO BE REMOVED FROM
### COURT'S MAILING AND ELECTRONIC NOTIFICATION LISTS

**PLEASE TAKE NOTICE** that the undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above-styled case, including the electronic matrix in this case. <u>The foregoing request is with respect to service to Ms. Lowen only, and does not include any other attorneys of Greenberg Traurig, P.A. who may have appeared in this case</u>.

Dated this 18th day of November 2010.

                                              Amy E. Lowen, Esq.
                                              Florida Bar #: 0492248
                                              Email: lowena@gtlaw.com
                                              GREENBERG TRAURIG, P.A.
                                              450 South Orange Avenue, Suite 650
                                              Orlando, FL 32801
                                              Phone: (407) 420-1000
                                              Facsimile: (407) 420-5909

                                              By:*/s/ Amy E. Lowen*
                                                  Amy E. Lowen

### CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2010, a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive electronic notifications in this matter.

                                              By:*/s/ Amy E. Lowen*
                                                  Amy E. Lowen