UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   WINN-DIXIE STORES, INC.

CASE NO.: 3:05-bk-03817-JAF

Debtor

---

### NOTICE OF REQUEST TO BE REMOVED FROM COURT'S MAILING AND ELECTRONIC NOTIFICATION LISTS

**PLEASE TAKE NOTICE** that the undersigned counsel respectfully requests to be removed from the Court's electronic notification, mailing matrix and all service lists in the above-styled case; including the electronic matrix in this case. The foregoing request is with respect to all attorneys of The Law Offices of Mickler & Mickler who have appeared in this case.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof was furnished by CM/ECF electronic filing to all interested parties who have requested to receive electronic mail, this 23 day of November, 2010.

Law Offices of Mickler & Mickler

By: _____
BRYAN K. MICKLER
5452 Arlington Expressway
Jacksonville, FL  32211
(904)725-0822/FAX: 725-0855
Florida Bar No. 091790