# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Debtors' Fifteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed and Notice of Hearing (ECF No. 23750) was furnished by mail on November 24, 2010 to The Honorable Caryl Emerson Delano, US Bankruptcy Court, 801 N Florida Avenue, Suite 1054, Tampa, Florida 33602 and Law Offices of Spencer G. Morgan P.A., 9150 S. Dadeland Blvd., Suite 906, Miami, Florida 33156.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00733411