**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**<u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>**

I certify that a copy of the Debtors' Objection to the Administrative Claim of Catherine Hill and Notice of Hearing (Docket No. 23741) was furnished by mail on November 24, 2010 to Catherine Hill, 21857 Pineywood Loop, Land O' Lakes, FL 34639.

SMITH HULSEY & BUSEY


By: *s/  Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00733425