**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that a copy of the Debtors' Objection to the Administrative Claim of Patricia Daley and Notice of Hearing (Docket No. 23738) was furnished by mail on November 24, 2010 to the Law Offices of Spencer G. Morgan P.A., 9150 S Dadeland Blvd., Suite 906, Miami, Florida 33156.

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00733427