## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Glenda Brinson (ECF No. 23769) was furnished by mail on November 29, 2010 to Glenda Brinson, 4720 Southwest 23 Street, Plantation, Florida 33317, Richard Perlini, Esq., 110 S.E. 6th Street, Suite 1920, Fort Lauderdale, Florida 33301 and Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated: November 29, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00733576