# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON SECOND RENEWED MOTION OF MARIELA LEIVA, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF MICHAEL LEIVA, FOR ORDER FOR RELIEF FROM DISCHARGE INJUNCTION AND THE ORDER CONFIRMING JOINT PLAN OF REORGANIZATION OF WINN-DIXIE STORES, INC. AND AFFILIATED DEBTORS OR IN THE ALTERNATIVE MOTION FOR REHEARING AND/OR TO VACATE COURT OCTOBER 27, 2010 ORDER DENYING LEIVA'S MOTION

This case is before the Court on the Second Renewed Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva, for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors or in the Alternative Motion for Rehearing and/or to Vacate Court's October 21, 2010 Order Denying Leiva's Motion (ECF No. 23756) (the "Motion"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Motion is granted to the extent set forth herein.

2. The Motion shall be treated as an application for payment of administrative expense which is allowed as an administrative claim in the amount of

$7,500.00 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

3. The Motion is otherwise denied.

4. Distribution will be made on the allowed claim pursuant to Sections 4.1 and 9.2 of the Plan. The payment shall be made payable to "Trust Account of Sharp Diamond P.A. for the Benefit of Mariela Leiva, as Guardian for Michael Leiva" and shall be delivered to Sharp Diamond, P.A., 90 Almeria Ave., Suite 202, Coral Gables, Florida 33134.

5. This Agreed Order resolves (i) all liabilities and obligations related to the Claim and (ii) all other prepetition or post-petition claims the claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

6. The claimant will dismiss with prejudice any legal proceeding commenced by claimant against the Reorganized Debtors in this Court or in any other forum.

7. The Reorganized Debtors do not, by this Agreed Order, acknowledge the validity of any claim or make any admission of liability. The claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

8. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 2nd day of December, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | SLATKIN & REYNOLDS, P.A. |
|---|---|
| By  s/ Leanne McKnight Prendergast<br>Leanne McKnight Prendergast | By  s/ Robert F. Reynolds*<br>ROBERT F. REYNOLDS |
| Florida Bar Number 0059544<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | Fla. Bar No. 174823<br>One East Broward Blvd, Suite 609<br>Fort Lauderdale, Florida 33301<br>Telephone 954.745.5880<br>Facsimile 954.745.5890<br>rreynolds@slatkinreynolds.com |
| Attorneys for the Reorganized Debtors | Attorneys for Leiva |

\* counsel has authorized the use of his electronic signature