UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,        )          Case No. 05-03817-3F1
                                                   Chapter 11
                  Reorganized Debtors.   )         Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Second Renewed Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva, For Order For Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors or  in the Alternative Motion for Rehearing and/or to Vacate Court October 27, 2010 Order Denying Leiva's Motion (ECF No. 23777) was furnished by mail on December 2, 2010, to Robert F. Reynolds, Slatkin & Reynolds, P.A., One East Broward Blvd., Suite 609, Fort Lauderdale, Florida 33301.

Dated:  December 2, 2010

SMITH HULSEY & BUSEY


By ____ *s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

00734259

Counsel for Reorganized Debtors