## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON SECOND RENEWED MOTION OF MARIELA LEIVA, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF MICHAEL LEIVA, FOR ORDER FOR RELIEF FROM DISCHARGE INJUNCTION AND THE ORDER CONFIRMING JOINT PLAN OF REORGANIZATION OF WINN-DIXIE STORES, INC. AND AFFILIATED DEBTORS OR IN THE ALTERNATIVE MOTION FOR REHEARING AND/OR TO VACATE COURT OCTOBER 27, 2010 ORDER DENYING LEIVA'S MOTION

This case is before the Court on the Second Renewed Motion of Mariela Leiva, Individually and as Parent and Natural Guardian of Michael Leiva, for Order for Relief From Discharge Injunction and the Order Confirming Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors or in the Alternative Motion for Rehearing and/or to Vacate Court's October 21, 2010 Order Denying Leiva's Motion (ECF No. 23756) (the "Motion"). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1.    The Motion is granted to the extent set forth herein.

2.    The Motion shall be treated as an application for payment of administrative expense which is allowed as an administrative claim in the amount of

$7,500.00 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

3.    The Motion is otherwise denied.

4.    Distribution will be made on the allowed claim pursuant to Sections 4.1 and 9.2 of the Plan.  The payment shall be made payable to "Trust Account of Sharp Diamond P.A. for the Benefit of Mariela Leiva, as Guardian for Michael Leiva" and shall be delivered to Sharp Diamond, P.A., 90 Almeria Ave., Suite 202, Coral Gables, Florida  33134.

5.    This Agreed Order resolves (i) all liabilities and obligations related to the Claim and (ii) all other prepetition or post-petition claims the claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns as of the date of this Agreed Order, all of which are forever waived, discharged and released.

6.    The claimant will dismiss with prejudice any legal proceeding commenced by claimant against the Reorganized Debtors in this Court or in any other forum.

7.    The Reorganized Debtors do not, by this Agreed Order, acknowledge the validity of any claim or make any admission of liability.  The claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

8.      The Court shall retain jurisdiction to resolve any disputes arising fromthis Order.

Dated this __2nd__ day of December, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    SLATKIN & REYNOLDS, P.A.


By___*s/ Leanne McKnight Prendergast*___     By___*s/ Robert F. Reynolds**___
    Leanne McKnight Prendergast          ROBERT F. REYNOLDS


Florida Bar Number 0059544              Fla. Bar No. 174823
225 Water Street, Suite 1800            One East Broward Blvd, Suite 609
Jacksonville, Florida  32202            Fort Lauderdale, Florida 33301
(904) 359-7700                          Telephone 954.745.5880
(904) 359-7708 (facsimile)              Facsimile 954.745.5890
lprendergast@smithhulsey.com            rreynolds@slatkinreynolds.com

Attorneys for the Reorganized Debtors   Attorneys for Leiva




    * counsel has authorized the use of
his electronic signature

# CERTIFICATE OF NOTICE

```
District/off: 113A-3        User: pcathy          Page 1 of 1            Date Rcvd: Dec 02, 2010
Case: 05-03817             Form ID: pdfdoc       Total Noticed: 1
```

The following entities were noticed by first class mail on Dec 04, 2010.
aty           +David L Gay,   Smith Hulsey & Busey,   225 Water Street,    Suite 1800,
               Jacksonville, FL 32202-4494

The following entities were noticed by electronic transmission.
NONE.                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 04, 2010**                    **Signature:**    _Joseph Speetjens_