# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Debtors' Fifteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed and Notice of Hearing (ECF No. 23750) was furnished by mail on December 10, 2010 to Pamela J. Mills, Esquire PL, 301 Woodlands Pkwy, Suite 11, Oldsmar, Florida 34677.

Dated: December 10, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

00735368