UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                    )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                              Chapter 11
       Reorganized Debtors.           )        Jointly Administered

## **CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Shirley Morton (ECF No. 23787) was furnished by mail on December 13, 2010, to Randy E. Schimmelpfennig, Morgan & Morgan, 20 N Orange Avenue, Suite 900, Orlando, Florida 32801.

Dated:  December 14, 2010

                        SMITH HULSEY & BUSEY


                        By      *s/ Leanne McKnight Prendergast*
                            Leanne McKnight Prendergast

                        Florida Bar Number 59544
                        225 Water Street, Suite 1800
                        Jacksonville, Florida  32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        lprendergast@smithhulsey.com

                        Counsel for Reorganized Debtors

00735632