UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR THE OMNIBUS HEARINGS
<u>TO BE HELD ON DECEMBER 15, 2010</u>**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on December 15, 2010 at 9:30 a.m.:

**<u>Contested Matters</u>**

1. *Winn-Dixie Stores, Inc.'s Objection to Claim Number 13832 filed by the Houston County Revenue Commissioner (ECF No. 21837)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

2. *Debtors' Objection to the Administrative Claim of John Bolduc (ECF No. 23733) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

3. *Debtors' Objection to the Administrative Claim of Nancy Bolduc (ECF No. 23734) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

4. *Debtors' Objection to the Administrative Claim of Joan Buechner (ECF No. 23735) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

5. *Debtors' Objection to the Administrative Claim of Angelo Cherta (ECF No. 23736) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

6. *Debtors' Objection to the Administrative Claim of Elouise Corniffe (ECF No. 23737) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

7. *Debtors' Objection to the Administrative Claim of Patricia Daley (ECF No. 23738) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

8. *Debtors' Objection to the Administrative Claim of Steven Earles (ECF No. 23739) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

9. *Debtors' Objection to the Administrative Claim of Ronaldo Galvez (ECF No. 23740) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

10. *Debtors' Objection to the Administrative Claim of Catherine Hill (ECF No. 23741) (Statute of Limitations Defense)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

11. *Debtors' Objection to the Administrative Claim of Carol Jean (ECF No. 23742) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

12. *Debtors' Objection to the Administrative Claim of Martha Lizzmore (ECF No. 23743) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

13. *Debtors' Objection to the Administrative Claim of Rowena Samai (ECF No. 23744) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

14. *Debtors' Objection to the Administrative Claim of Noemi Santos (ECF No. 23745) (Statute of Limitations Defense)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Objection.

15. *Debtors' Objection to the Administrative Claim of Eva Van Epps (ECF No. 23747) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

16. *Debtors' Objection to the Administrative Claim of Joann Wesley (ECF No. 23748) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

17. *Debtors' Objection to the Administrative Claim of Thomas Smith (ECF No. 23746) (Statute of Limitations Defense)*

   Response Deadline: Expired.

   Responses: None.

   Status: The Reorganized Debtors will proceed with the hearing on the Objection.

18. *Debtors' Objection to the Administrative Claim of Mary C. Hammond, M.D. (ECF No. 23749)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

19. *Debtors' Objection to the Administrative Claim of Elizabeth Banez (ECF No. 23763)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

20. *Debtors' Objection to the Administrative Claim of Dana Jernigan (ECF No. 23784)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

21. *Debtors' Fifteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed and Notice of Hearing (ECF No. 23750)*

    Response Deadline: Expired.

    Responses: None.

    Status: The Reorganized Debtors will proceed with the hearing on the Objection.

22. *Reorganized Motion Debtors for the Entry of an Agreed Order on a the Settlement Agreement with Linda Landry (ECF No. 23751)*

    Response Deadline:  Expired.

    Responses:  None.

    Status:  The Reorganized Debtors will proceed with the hearing on the Motion.

Dated: December 14, 2010

    SMITH HULSEY & BUSEY

    By *s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

    Florida Bar Number 59544
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)
    lprendergast@smithhulsey.com

    Counsel for Reorganized Debtors

00731228.DOC