# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## JOINT MOTION AND STIPULATION FOR DISMISSAL

Winn-Dixie Stores, Inc. ("Winn-Dixie"), on behalf of Winn-Dixie and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors") and Diversified Maintenance Systems, Inc. ("Diversified"), pursuant to the settlement agreement between the parties dated November 16, 2010 (the "Settlement Agreement") stipulate to the dismissal with prejudice of their respective claims in connection with (i) Diversified's Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business (the "Motion to Compel") (ECF No. 21311) and (ii) the Reorganized Debtors' Response and Counterclaim (ECF Nos. 22056 and 23393) and jointly move this Court for the entry of an order of dismissal in the form attached.

| | |
|---|---|
| SMITH HULSEY & BUSEY | MCINTYRE PANZARELLA THANASIDES |
| By  */s/ James H. Post*<br>         James H. Post | By  */s/ Paul Thanasides\**<br>         Paul Thanasides |
| Florida Bar Number 175460<br>225 Water Street, Suite 1800<br>Jacksonville, Florida  32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile) | Florida Bar Number 103039<br>6943 E. Fowler Ave.<br>Tampa, Florida 33617<br>(813) 899-6059<br>(813) 899-6069 (facsimile) |
| Counsel for Winn-Dixie Stores, Inc. | Counsel for Diversified Maintenance Systems, Inc. |

*\*Counsel has authorized the use of his electronic signature.*
00728121.DOC

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**ORDER**

This case is before the Court upon the Joint Motion and Stipulation for Dismissal filed in this case on December 14, 2010, by Winn-Dixie Stores, Inc. ("Winn-Dixie"), on behalf of Winn-Dixie and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors") and Diversified Maintenance Systems, Inc. ("Diversified") (ECF No. 23790). Upon consideration, it is

ORDERED:

1. The motion is granted.

2. Diversified's Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business is dismissed with prejudice (ECF No. 21311).

3. The Reorganized Debtors' Counterclaim (ECF Nos. 22056 and 23393) is dismissed with prejudice.

4. Each party shall bear its own fees, costs and expenses incurred in connection with this litigation.

2

5. The Court retains jurisdiction to resolve any disputes arising from the Settlement Agreement, the Joint Stipulation for Dismissal or this Order.

Dated this _____ day of December, 2010, in Jacksonville, Florida.

                                                            Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to
serve a copy of this order on all
parties in interest.
00728121.DOC