**[31607]** [Order Authorizing Destruction of Evidence]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

ORDER AUTHORIZING DESTRUCTION OF EVIDENCE (FROM HEARING 12/15/10)

It appears that the Clerk is in possession of exhibits in this case and pursuant to General Order for Disposal of Unclaimed Exhibits entered on February 2, 1999 and Local Rule 9070−1, it is

ORDERED:

An interested party shall have thirty (30) days to reclaim the evidence from the Clerk. To the extent that the evidence remains unclaimed, the Clerk is ordered to destroy it without further notice.

Dated December 17, 2010.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor's Attorney