UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|       Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## ORDER

This case is before the Court upon the Joint Motion and Stipulation for Dismissal filed in this case on December 14, 2010, by Winn-Dixie Stores, Inc. ("Winn-Dixie"), on behalf of Winn-Dixie and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors") and Diversified Maintenance Systems, Inc. ("Diversified") (ECF No. 23790). Upon consideration, it is

ORDERED:

1. The motion is granted.

2. Diversified's Motion to Compel Payment of Undisputed Post-Petition Obligation Payable in the Debtor's Ordinary Course of Business is dismissed with prejudice (ECF No. 21311).

3. The Reorganized Debtors' Counterclaim (ECF Nos. 22056 and 23393) is dismissed with prejudice.

4. Each party shall bear its own fees, costs and expenses incurred in connection with this litigation.

5.  The Court retains jurisdiction to resolve any disputes arising from the Settlement Agreement, the Joint Stipulation for Dismissal or this Order.

Dated this  16th  day of December, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

James H. Post is directed to
serve a copy of this order on all
parties in interest.
00728137.DOC

2