**[31607]** [Order Authorizing Destruction of Evidence]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:   Case No. 3:05−bk−03817−JAF
Chapter 11

Winn−Dixie Stores, Inc

_____Debtor(s)_____/

ORDER AUTHORIZING DESTRUCTION OF EVIDENCE (FROM HEARING 12/15/10)

It appears that the Clerk is in possession of exhibits in this case and pursuant to General Order for Disposal of Unclaimed Exhibits entered on February 2, 1999 and Local Rule 9070−1, it is

ORDERED:

An interested party shall have thirty (30) days to reclaim the evidence from the Clerk. To the extent that the evidence remains unclaimed, the Clerk is ordered to destroy it without further notice.

Dated December 17, 2010.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:
Debtor's Attorney

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1            Date Rcvd: Dec 17, 2010
Case: 05-03817                Form ID: 31607            Total Noticed: 1

The following entities were noticed by first class mail on Dec 19, 2010.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
              Jacksonville, FL 32202-4494
The following entities were noticed by electronic transmission.
NONE.                                                                                      TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 19, 2010**                    **Signature:**   *Joseph Speetjens*