UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., *et al.*, ) | Chapter 11 |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**ORDER GRANTING REORGANIZED DEBTORS' OBJECTION TO CLAIM NO. 13832 FILED BY THE HOUSTON COUNTY REVENUE COMMISSIONER**

This case came before the Court for hearing on December 15, 2010, on the Debtors' Objection to Claim No. 13832 filed by the Houston County Revenue Commissioner "Objection;" (ECF No. 21837). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The Objection is sustained.

2. Claim No. 13832 filed by the Houston County Revenue Commissioner is disallowed in its entirety.

Dated this 15 day of December 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Allan E. Wulbern, Esq.
[Allan E. Wulbern, Esq. is directed to serve a copy of this Order on the Interested Parties and file a proof of service.]
00735753.DOC