UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF THOMAS SMITH

This case came before the Court for hearing on December 15, 2010, on the Debtors' Objection to the Administrative Claim of Thomas Smith (ECF No. 23746). Upon the evidence presented at the hearing, the Court finds that:

1. Thomas Smith (the "Claimant") filed an application for administrative expense based upon a negligence claim that arose on April 1, 2006, at a Winn-Dixie Store in Jackson, Alabama (ECF No. 13671) (the "Administrative Claim").

2. Section 6-2-38, Code of Alabama, requires that an action founded on any injury to the person must be brought within two years.

3. Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the claim. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4. Because the claim arose on April 1, 2006, the Claimant was required under Alabama law to commence the prosecution of a civil action by April 1, 2008, to preserve the claim for statute of limitations purposes.

5. Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and the claim must be disallowed. Upon the foregoing, it is

ORDERED:

1. The Objection is sustained.

2. The Administrative Claim filed by the Claimant (ECF No. 13671) is disallowed.

Dated this 15 day of December, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00732290.DOC