UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING THE DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF DANA JERNIGAN

This case came before the Court for hearing on December 15, 2010, on the Debtors' Objection to the Administrative Claim of Dana Jernigan (ECF No. 23784). The Court finding that this claim has been released, it is

ORDERED:

1. The Objection is sustained.

2. The Administrative Claim filed by the Dana Jernigan (ECF No. 14498) is disallowed.

Dated this 15 day of December, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00735495