UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER RESOLVING THE ADMINISTRATIVE
CLAIM FILED BY LINDA LANDRY**

This case is before the Court upon the objection of Winn-Dixie Stores, Inc. and its affiliates (collectively, the "Reorganized Debtors") to the administrative claim (the "Claim") of Linda Landry, (the "Claimant") (ECF No. 14307) and the Reorganized Debtors' Motion for the Entry of an Agreed Order on the Settlement Agreement with Linda Landry (ECF No. 23751), it is

ORDERED AND ADJUDGED:

ORDERED AND ADJUDGED:

1. The Claim is allowed as an administrative claim in the amount of $49,546.69 under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

2. Distributions will be made on the allowed Claim pursuant to Sections 4.1 and 9.2 of the Plan to the Claimant in care of the person and at the address set forth in the Claimant's application for administrative expense.

3. This Agreed Order resolves (i) all liabilities and obligations related to the Claim and (ii) with the exception of a worker's compensation claim arising on August 22, 2008 and a wrongful termination claim arising on August 25, 2009, all other prepetition or post-petition claims the Claimant has or may have against the Reorganized Debtors

and any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged and released.

4. Except with respect to the workers compensation and wrongful termination claims referenced above, the Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Reorganized Debtors in this Court or in any other forum.

5. The Reorganized Debtors do not, by this Agreed Order, acknowledge the validity of any claim or make any admission of liability. The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 15 day of DECEMBER 2010, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of this order on the Claimant and file a proof of service.]

## Certificate of Service

I certify that a copy of this document has been furnished by mail this 15 day of November, 2010 to:

Joseph Landry
631 St. Charles Avenue
New Orleans, LA 70130

_s/ Leanne McKnight Prendergast_

00731233.DOC