UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors.[1] | ) | Jointly Administered |

### AGREED ORDER VACATING ORDER DISALLOWING THE CLAIM OF NANCY LEE

This case is before the Court on the Motion by Nancy M. Lee to Enlarge Time to File Application for Administrative Expense Claim (ECF No. 20403) (the "Motion") and the Application for Payment of Administrative Claim for Post-Petition Personal Injury (ECF No. 20404) (the "Application") filed by Nancy Lee (the "Claimant"). Based upon the consent of the parties as set forth below, it is

ORDERED AND ADJUDGED:

1. The Order on the Administrative Claim of Nancy Lee entered in these cases on April 9, 2007 (ECF No. 23254) is vacated.

2. The Motion is granted to the extent set forth herein.

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are debtors in these related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

3. The Application is allowed as an administrative claim in the amount of $50,000.00 (the "Allowed Claim") under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

4. Distributions will be made on the Allowed Claim pursuant to Sections 4.1 and 9.2 of the Plan to the Claimant in care of the person and at the address as set forth in the consent to this Agreed Order.

5. This Agreed Order resolves all resolves (i) all liabilities and obligations related to the Allowed Claim and (ii) all other prepetition or post-petition claims the Claimant has or may have against the Reorganized Debtors and any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged and released.

6. The Claimant will dismiss with prejudice any legal proceeding commenced by Claimant against the Reorganized Debtors in this Court or in any other forum.

7. The Reorganized Debtors do not, by this Agreed Order, acknowledge the validity of any claim or make any admission of liability. The Claimant, not the Reorganized Debtors, will be solely responsible for payment of all medical costs or reimbursement liabilities, if any, relating to each settled claim.

3

8. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this 20th day of December, 2010, in Jacksonville, Florida.

*[signature]*
Jerry A. Funk
United States Bankruptcy Judge

Copies furnished to:

Leanne McKnight Prendergast, Esq.

[Leanne McKnight Prendergast is directed to serve a copy of this order on any party in interest who has not received the order through the CM/ECF system and to file a proof of service.]

00735365

<u>Consent</u>

The undersigned parties consent to the entry of the foregoing Agreed Order.

SMITH HULSEY & BUSEY                    EDWARD P. JACKSON, P.A.

By   *s/ Leanne McKnight Prendergast*          By   *s/ Edward P. Jackson**
      Leanne McKnight Prendergast                   Edward P. Jackson

Florida Bar Number 0059544              Florida Bar Number 286648
225 Water Street, Suite 1800            255 N. Liberty Street, First Floor
Jacksonville, Florida 32202             Jacksonville, FL 32202
(904) 359-7700                          (904) 358-1952
(904) 359-7708 (facsimile)              (904) 358-1288 (Facsimile)
lprendergast@smithhulsey.com            edward@edwardpjackson.com

Counsel for Reorganized Debtors         Counsel for Nancy Lee

                                                                          *counsel has authorized the use of his*
                                                                          *electronic signature*