## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## <u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION TO THE
## <u>ADMINISTRATIVE CLAIM OF CAROL JEAN</u>

This case came before the Court for hearing on December 15, 2010, on the Debtors' Objection to the Administrative Claim of Carol Jean (ECF No. 23742). Upon the evidence presented at the hearing, the Court finds that:

1.   Carol Jean (the "Claimant") filed an application for administrative expense based upon a negligence claim that arose on October 13, 2006, at a Winn-Dixie Store in Tampa, Florida (ECF No. 14284) (the "Administrative Claim").

2.   Section 95.11(3)(a), Florida Statutes, requires that an action founded on negligence must be brought within four years.

3.   Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the claim.  Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

# CERTIFICATE OF NOTICE

District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Dec 20, 2010
Case: 05-03817               Form ID: pdfdoc           Total Noticed: 1

The following entities were noticed by first class mail on Dec 22, 2010.
aty           +David L Gay,  Smith Hulsey & Busey,  225 Water Street,   Suite 1800,
               Jacksonville, FL 32202-4494

The following entities were noticed by electronic transmission.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2010**                    **Signature:**  _Joseph Speetjens_