UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING THE DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF DANA JERNIGAN

This case came before the Court for hearing on December 15, 2010, on the Debtors' Objection to the Administrative Claim of Dana Jernigan (ECF No. 23784). The Court finding that this claim has been released, it is

ORDERED:

1. The Objection is sustained.

2. The Administrative Claim filed by the Dana Jernigan (ECF No. 14498) is disallowed.

Dated this 15 day of December, 2010, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]
00735495

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: pcathy               Page 1 of 1                Date Rcvd: Dec 20, 2010
Case: 05-03817                Form ID: pdfdoc            Total Noticed: 1

The following entities were noticed by first class mail on Dec 22, 2010.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
               Jacksonville, FL 32202-4494
The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2010**                                **Signature:** *Joseph Speetjens*