# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## SECOND AMENDED[1] ORDER ON DEBTORS' (I) FOURTH OMNIBUS OBJECTION TO TAX CLAIMS AND (II) MOTION REQUESTING DETERMINATION OF TAX VALUES AND LIABILITIES

This matter came before the Court under 11 U.S.C. §§ 105, 502, 505 and 506, Fed. R. Bank. P. 3007 and 9014 and Rule 3007-1 on the (i) Debtors Fourth Omnibus Objection to Tax Claims (the "Objection") and (ii) Motion For Order Determining Tax Values And Tax Liabilities (the "Motion") (Docket No. 9133), filed by Winn-Dixie Stores, Inc. and twenty-three of its subsidiaries and affiliates (collectively, the "Debtors"),[2] with respect to Winn-Dixie's tax liability to Jones County Mississippi (the "County"). The Court has reviewed the Motion and the Objection and based upon the consent of the parties indicated below, it is

ORDERED AND ADJUDGED THAT:

1.     The Motion is granted in part and denied in part, and the Objection is sustained as set forth herein.

---

[1] The Order (ECF No. 10162), Corrected Order (ECF No. 22497), and Amended Order (ECF No. 23658) (collectively, the "Orders") are amended to correct Winn-Dixie's tax liability to Jones County, Mississippi. In all other respects, the Orders remain in effect, including all the exhibits attached thereto.

[2] Unless otherwise defined, capitalized terms used in this Order have the same meaning ascribed to them in the Motion and the Objection.

2.     Winn-Dixie has paid its tax liabilities to the County for 2004.  To the extent the Motion seeks to adjust the assessed values of Winn-Dixie's property in the County in tax year 2004, the Motion is denied.

3.     The tax values for the properties listed on Exhibit A to this Order in the column titled "Revised Assessed Value" are agreed to and settled and the County is directed to use such tax values to compute the Debtors' tax liability for the 2005 and 2006 tax years.

4.     The tax liabilities listed on Exhibit A to this Order in the column titled "Revised Tax Amounts" are the agreed to and settled amount of tax liabilities owed by the Debtors to the County for the tax years 2005 and 2006, which includes interest calculated at the rate of 7% per annum.  The Revised Assessed Values and Revised Tax Amounts have no applicability to other properties, to other tax years, or for future assessments.  To the extent the taxes have not already been paid, the Debtors shall pay to the County the Revised Tax Amounts on Exhibit A on or before December 31, 2010.

5.     The Debtors are not permitted to offset any excess amounts paid against the Debtors' liability on any accounts within the same jurisdiction and for the same or other tax years.

6.     Upon payment of the Revised Tax Amounts as set forth on Exhibit A, any liens relating to the Debtors' secured tax liabilities to the County are extinguished.  The Debtors are authorized to file any documents necessary with the appropriate governmental body to reflect the release of such liens.

733774                                2

7.    This Court retains jurisdiction over the Debtors and the taxing authorities whose tax Claims and liabilities are subject to the Motion and Objection with respect to any matters related to or arising from implementation of this Order.

Dated this ___22nd___ day of December, 2010 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

733774                        3

## Consent

The undersigned parties consent to the entry of the foregoing Order.

BUTLER, SNOW, O'MARA,                ROBERT ALTMAN, P.A.
STEVENS & CANNADA, PLLC


By:___/s/ Stephen W. Rosenblatt*___        By:___/s/ Robert Altman*_____
   Stephen W. Rosenblatt                        Robert Altman

Pro Hac Vice                            Florida Bar No. 346861
1020 Highland Colony Parkway            5256 Silverlake Drive
Suite 1400                              Palatka, Florida 32177
Ridgeland, Mississippi 39157            (386) 325-4691
(601) 985-4504                          (386) 325-9765 (facsimile)
(601) 985-4500 (facsimile)              robertaltman@bellsouth.net
steve.rosenblatt@butlersnow.com
                                        Attorney for Hinds County, Mississippi,
Attorney for Hinds County, Mississippi, Lauderdale County, Mississippi, Jones
Lauderdale County, Mississippi, Jones   County, Mississippi, Pike County,
County, Mississippi, Pike County,       Mississippi, and Rankin County
Mississippi, and Rankin County          Mississippi Tax Collectors
Mississippi Tax Collectors


SMITH HULSEY & BUSEY


By:___/s/ Allan E. Wulbern_____
   Allan E. Wulbern

Florida Bar No. 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.


*Counsel has authorized the use of their electronic signature.
733774                                    4

**Creditor Name**
JONES COUNTY TAX COLLECTOR    (County and State: JONES, MS)

| Location No. | Property Type * | Parcel Number | Tax Year | Taxing Authority's Assessed Value | Base Tax Assessed By Taxing Authority | Revised Assessed Value | Revised Tax Amount ** |
|---|---|---|---|---|---|---|---|
| 1331 | PP | 01012310-000 | 2004 | 129,711 | $18,805.50 | 129,711 | Tax Paid |
| 2628 | PP | 2628-JONES | 2004 | 149,676 | $21,700.03 | 149,676 | Tax Paid |
| 1378 | PP | 3310 | 2004 | 6,883 | $997.90 | 6,883 | Tax Paid |
| 1331 | PP | 01012310-000 | 2005 | 139,209 | $20,021.03 | 55,684 | $10,623.96 |
| 2628 | PP | 2628-JONES | 2005 | 148,282 | $21,325.91 | 59,313 | $11,316.38 |
| 2638 | PP | 2943 | 2005 | 7,781 | $1,119.06 | 5,836 | $1,128.15 |
| 1378 | PP | 3310 | 2006 | 7,525 | $1,083.25 | 3,010 | $574.29 |
| 2628 | PP | 2628-JONES | 2006 | 120,937 | $19,171.24 | 48,375 | $9,636.23 |
| 2638 | PP | 2943 | 2006 | 7,362 | $1,060.94 | 2,945 | $533.27 |
| | | | Tax Subtotals | | $105,283.86 | | $33,812.28 |

Footnotes:    * PP is property type & is a personal property account and R is a real property account

     ** Revised tax amount includes interest at 7% thru October 2010

**EXHIBIT A**