UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administrated |
| | ) | |

ORDER ON DEBTORS' OBJECTION TO FLORIDA TAX
CLAIMS AND MOTION FOR ORDER DETERMINING TAX
LIABILITIES TO THE OKALOOSA COUNTY TAX COLLECTOR

This matter came before the Court on the Debtors' (i) Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities (EFC No. 10046) and (ii) Objection to Florida Tax Collectors' Request for Payment of Administrative Claim (EFC Nos. 10046 and 22892; collectively, the "Objections") as they pertain to the Tax Collector and Property Appraiser for Okaloosa County, Florida (individually, the "Okaloosa County Tax Collector" and the "Okaloosa County Property Appraiser"). Upon consideration of the consent of the parties indicated below, it is ORDERED:

1. The Objections are sustained in part and overruled in part as set forth below.

2. Proof of Claim number 12566 filed by the Florida Tax Collectors, and Florida Tax Collectors' Request for Payment of Administrative Claim (EFC No. 14414; the "Administrative Claim") solely as they relate to the Okaloosa County Tax Collector, are allowed claims in the aggregate amount of $89,701.15 (the "Total Allowed Amount") based on the assessed values, corresponding taxes and accrued interest shown on Exhibit A for tax years 2005 and 2006.

3. On or before December 31, 2010, the Debtors will pay the Okaloosa County Tax Collector the Total Allowed Amount, as a full and final payment of all unpaid ad valorem real property and tangible personal property taxes, and interest thereon, owed by the Debtors to the Okaloosa County Tax Collector for tax years 2006 and prior (whether delinquent or not), including, without limitation, the accounts listed on Exhibit A, which were or could have been, or may be, raised in any proof of claim or objection to proof of claim or otherwise. If the Debtors fail to pay the Okaloosa County Tax Collector the Total Allowed Amount by December 31, 2010, interest will continue to accrue at the annual interest rate stated in the Partial Settlement Agreement and Stipulation of Facts Between Winn-Dixie and the Okaloosa County Tax Collector (ECF No. 22173; the "Stipulation") for tax years 2005 and 2006. As provided in the Stipulation, under any circumstance, the Total Allowed Amount will be paid no later than 60 days from the date of this Order.

4. Other than as provided for in this Order, the Okaloosa County Tax Collector will not receive any additional distributions on account of any proofs of claim filed in the Debtors' Chapter 11 cases, including, without limitation, Claim No. 12566 or the Administrative Claim.

5. The Order resolves all liabilities and obligations arising prior to November 21, 2006, related to (i) all proofs of claim and administrative expense claims filed by the Okaloosa County Tax Collector in these Chapter 11 cases and (ii) all other pre-effective date claims the Okaloosa County Tax Collector has or may have against the Debtors and any of their Chapter 11 estates or affiliates. The Debtors shall not be entitled to any further adjustment, reduction or refund of any tax assessment or taxes paid or payable to the Okaloosa County Tax Collector for tax years 2006 and prior.

6. Notwithstanding anything to the contrary in this order, nothing is intended to affect Claim Number 12566 or the Administrative Claim as they relate to any claims of any Florida Tax Collector other than the Okaloosa County Tax Collector.

7. This Order does not constitute, and shall not be construed as, an adjudication or admission of liability or correctness of any appraisal procedure utilized by any of the parties and shall not be admissible in evidence in any proceedings outside the Winn-Dixie bankruptcy case.

8.  Each of the parties shall bear their own costs and attorneys' fees.

9.  This Court retains jurisdiction to resolve any disputes arising from this Order.

DATED this 22nd day of December, 2010 in Jacksonville, Florida.

                                     _____
                                     Jerry A. Funk
                                     United States Bankruptcy Judge

### Consent

The undersigned parties consent to the entry of the foregoing Order.

PHILIP A. BATES, P.A.

By: _____
    Philip A. Bates

Florida Bar Number 228354
25 West Cedar Street, Suite 550
Pensacola, Florida 32501-5911
(850) 470-0091 Telephone
(850) 470-0441 Facsimile

Attorney for Okaloosa County Tax Collector

DENT & JOHNSON, CHARTERED

By: _____
    John C. Dent, Jr.

Florida Bar Number 99242
Post Office Box 3259
Sarasota, Florida 34230-3259
(941) 952-1070 Telephone
(941) 952-1094 Facsimile
jdent@dentjohnson.com

Attorneys for Okaloosa County Property Appraiser

SMITH HULSEY & BUSEY

By: _____
    Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Attorneys for Winn-Dixie Stores, Inc.

5

Copies furnished to:

Allan Wulbern, Esq.
Smith, Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202

Philip A. Bates, Esq.
Philip A. Bates, P.A.
25 West Cedar Street, Suite 550
Pensacola, Florida 32501-5911

00734585

John C. Dent, Jr., Esq.
Dent & Johnson Chartered
Post Office Box 3259
Sarasota, Florida 34230-3259

6

## Exhibit A

## Okaloosa County, Florida

| Tax Year | Account # | Agreed Taxable Value | Allowed Base Tax | Interest @ Order Rate | Total Allowed Amount |
|---|---|---|---|---|---|
| 2005 | 51272504 | $356,604 | $4,503.34 | $1,381.17 | $5,884.51 |
| 2005 | 51272503 | $366,655 | $4,630.27 | $1,420.10 | $6,050.37 |
| 2005 | 00615010 | $541,073 | $10,476.26 | $3,123.07 | $13,599.33 |
| 2005 | 00014488 | $692,018 | $9,801.06 | $3,005.99 | $12,807.05 |
| 2005 | 51272500 | $469,386 | $8,135.88 | $2,495.27 | $10,631.15 |
| 2005 | 00019064 | $20,060 | $284.12 | $87.14 | $371.26 |
| 2006 | 51272504 | $350,706 | $4,101.32 | $1,076.60 | $5,177.92 |
| 2006 | 51272503 | $348,951 | $4,080.81 | $1,071.21 | $5,152.02 |
| 2006 | 00615010 | $465,642 | $8,374.52 | $2,198.31 | $10,572.83 |
| 2006 | 00014488 | $632,601 | $8,214.96 | $2,156.43 | $10,371.39 |
| 2006 | 51272500 | $430,765 | $6,949.01 | $1,824.11 | $8,773.12 |
| 2006 | 00019064 | $18,920 | $245.70 | $64.50 | $310.20 |
| Total | | $4,693,381 | $69,797.25 | $19,903.90 | $89,701.15 |