**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Okaloosa County Tax Collector (ECF No. 23849) was furnished by CM/ECF notification to Philip A. Bates, Esq., Philip A. Bates, P.A., 25 West Cedar Street, Suite 550, Pensacola, Florida 32501-5911 and John C. Dent, Jr., Esq., Post Office Box 3259, Sarasota, Florida 34230-3259 on December 22, 2010.

Dated:  December 23, 2010

SMITH HULSEY & BUSEY

By: */s/Allan E. Wulbern*
Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00737027