## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Second Amended Order on Debtors' (i) Fourth Omnibus Objection to Tax Claims and (ii) Motion Requesting Determination of Tax Values and Liabilities (ECF No. 23848) was furnished by CM/ECF notification to Stephen W. Rosenblatt, 1020 Highland Colony Parkway, Suite 1400, Ridgeland, Mississippi 39157 and Robert Altman, 5256 Silverlake Drive, Palatka, Florida 32177 on December 22, 2010.

Dated: December 23, 2010

                                                SMITH HULSEY & BUSEY

                                                By: */s/Allan E. Wulbern*
                                                      Allan E. Wulbern

                                              Florida Bar Number 175511
                                              225 Water Street, Suite 1800
                                              Jacksonville, Florida 32202
                                              (904) 359-7700
                                              (904) 359-7708 (facsimile)
                                              awulbern@smithhulsey.com

                                              Counsel for Reorganized Debtors

00737028