**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Fifteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (ECF No. 23819) was furnished by mail on December 21, 2010 to the parties listed on Exhibit A.

Dated: December 23, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00736740

EXHIBIT A

Saxon, Gilmore, Carraway,
Gibbons, Lash & Wilcox, P.A.
201 E. Kennedy Blvd. Suite 600
Tampa, FL 33602

Dennis J. LeVine, Esq.
Post Office Box 707
Tampa, FL 33601-0707

Rafael Gonzalez, Esq.
6600 Taft Street, Suite 307
Hollywood, FL 33024

Christopher R. Pavlik, Esq.
2639 McCormick Drive
Clearwater, FL 33759

Bradley R. Markey, Esq.
Stutsman Thames & Markey, P.A.
50 N. Laura St., Ste. 1600
Jacksonville, FL 32202

Brian J. Gillis, Esq.
Bogin, Munns & Munns
2601 Technology Drive
Orlando, FL 32804

Ronald E. Sholes, Esq.
964 N. Temple Avenue
Starke, FL 32091

Robert J. Fenstersheib, Esq.
Law Office of Robert J.
Fenstersheib & Associates, P.A.
520 W. Hallandale Beach Blvd.
Hallandale, FL 33009

Paul S. Rosenberg, Esq.
Rosenberg & Rosenberg, P.A.
2501 Hollywood Blvd., Suite 110
Hollywood, FL 33020

David M. Benenfeld, Esq.
Law Offices of David M.
Benenfeld, P.A.
7491 W. Oakland Park Blvd., Ste 304
Lauderdale, FL 33319

The Honorable Caryl Emerson Delano
US Bankruptcy Court
801 N Florida Ave., Ste 1054
Tampa, FL 33602

Jacqueline Cure
c/o Law Offices of Spencer G
Morgan P A
9150 S Dadeland Blvd., Ste 906
Miami, FL 33156

Michael K. Roberts, Esq.
J. Scott Nooney & Associates
3535 Hendricks Ave.
Jacksonville, FL 32207

Brian M. Flaherty, Esq.
Farah & Farah, P.A.
10 West Adams Street, 3rd Floor
Jacksonville, FL 32202

Carla Jones
c/o Neal J. Gambler, II, Esq.
Anderson, Howell & Ravis
2029 N. Third Street
Jacksonville Beach, FL 32250

Nadine Merrill
24250 Wolf Branch Road
Sorrento, FL 32276

D. Brett Marks, Esq.
Kluger, Peretz, Kaplan & Berlin
201 So. Biscayne Blvd.
Miami Center, 17th Floor
Miami, FL 33131

Glenn E. Cohen
Barnes & Cohen, P.A.
2747 Art Museum Drive, Suite 500
Jacksonville, FL 32207

Pamela J. Mills, Esquire PL
301 Woodlands Pkwy, Suite 11
Oldsmar, FL 34677

Adam Saben, Esq.
Shuster & Saben, LLC
4770 Biscayne Blvd., Ste 1030
Miami, FL 33137

Robert D. Wilcox, Esq.
Brennan, Manna & Diamond, PL
800 W. Monroe Street
Jacksonville, FL 32202

Rehan N. Khawaja, Esq.
Bankruptcy Law Offices of
Rehan N. Khawaja
817 N. Main Street
Jacksonville, FL 32202

James B. Guest, Esq.
1900 32nd Street
Kenner, Louisiana 70065

Sherry L. Parks, Esq.
9370 S.W. 72nd Street
Suite A-266
Miami, FL 33173

| | | |
|---|---|---|
| Eric A. Falk, Esq<br>Falk & Falk, P.A.<br>7000 S.W. 97th Avenue, Suite 210<br>Miami, FL  33173 | Phillip C. Houston, P.A.<br>The Plaza<br>1551 Forum Place, Suite 500-C<br>West Palm Beach, FL  33401 | David N. Stern, Esq.<br>Genovese Joblove & Battista, P.A.<br>200 E. Broward Blvd., Ste 1110<br>Ft. Lauderdale, FL  33301 |
| Gregory K. Crews<br>8584 Arlington Expressway<br>Jacksonville, FL  32211 | Paul A. Contreras, Esq.<br>12350 SW 132nd Court, Ste. 202<br>Miami, FL  33186 | Stephen C. Thomas, Esq.<br>Hayworth, Chaney & Thomas, P.A.<br>202 N. Harbor City Blvd., Ste 300<br>Melbourne, FL 32935 |