**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Nancy Bolduc (ECF No. 23802) was furnished by mail on December 21, 2010 to Nancy Bolduc, 18736 Summersong Drive, Hudson, Florida 34667, Adam Brum, Esq., Morgan & Moragan, P.A., 201 N. Franklin Street, 7th Floor, Tampa, Florida 33602, and Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated:  December 23, 2010

SMITH HULSEY & BUSEY

By: *s/  Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00736996