# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Steven Earles (ECF No. 23805) was furnished by mail on December 21, 2010 to Alex Daszkal, Esq., 1630 West Hillsboro Blvd., Deerfield Beach, Florida 33442.

Dated: December 23, 2010

        SMITH HULSEY & BUSEY

        By: *s/ Leanne McKnight Prendergast*
            Leanne McKnight Prendergast

        Florida Bar Number 59544
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        lprendergast@smithhulsey.com

        Counsel for Reorganized Debtors

00736999