## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

### CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Catherine Hill (ECF No. 23807) was furnished by mail on December 21, 2010 to Catherine Hill, 21857 Pineywood Loop, Land O' Lakes, Florida 34639 and Matthew M. Donaldson, Esq., Kennedy Law Group, 5001 W. Kennedy Blvd., Suite 100, Tampa, Florida 33609.

Dated: December 23, 2010

    SMITH HULSEY & BUSEY

    By: *s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

    Florida Bar Number 59544
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)
    lprendergast@smithhulsey.com

    Counsel for Reorganized Debtors

00737001