**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Martha Lizzmore (ECF No. 23810) was furnished by mail on December 21, 2010 to Martha Lizzmore, 84 Reading Ridge Drive West, Jacksonville, Florida 32225.

Dated: December 23, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00737006