# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Rowena Samai (ECF No. 23811) was furnished by mail on December 21, 2010 to Scott D. Sobol, Esq., EllsleySobol PA, 111 N Pine Island Road, Suite 103, Plantation, Florida 33324.

Dated: December 23, 2010

        SMITH HULSEY & BUSEY

        By: *s/ Leanne McKnight Prendergast*
            Leanne McKnight Prendergast

        Florida Bar Number 59544
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        lprendergast@smithhulsey.com

        Counsel for Reorganized Debtors

00737007