# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Sustaining the Debtors' Objection to the Administrative Claim of Mary C. Hammond, M.D. (ECF No. 23816) was furnished by mail on December 21, 2010 to Mary C. Hammond, M.D., 865 Pendleton Street, Pickens, SC 29671.

Dated: December 23, 2010

                                      SMITH HULSEY & BUSEY

                                      By: *s/ Leanne McKnight Prendergast*
                                            Leanne McKnight Prendergast

                                      Florida Bar Number 59544
                                      225 Water Street, Suite 1800
                                      Jacksonville, Florida 32202
                                      (904) 359-7700
                                      (904) 359-7708 (facsimile)
                                      lprendergast@smithhulsey.com

                                      Counsel for Reorganized Debtors

00736993