**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Elouise Corniffe (ECF No. 23825) was furnished by mail on December 23, 2010 to Elouise Corniffe, 522 Northwest 11 Street, Miami, Florida 33125, Charles H. Cohen, P.A., 2856 E. Oakland Park Blvd., Ft. Lauderdale, Florida 33306 and Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601-0707.

Dated: December 23, 2010

                SMITH HULSEY & BUSEY

                By: *s/ Leanne McKnight Prendergast*
                    Leanne McKnight Prendergast

                Florida Bar Number 59544
                225 Water Street, Suite 1800
                Jacksonville, Florida 32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                lprendergast@smithhulsey.com

                Counsel for Reorganized Debtors

00737016