UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                              )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                                   )    Chapter 11
    Reorganized Debtors.                )    Jointly Administered

**CERTIFICATE OF SERVICE**

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Linda Landry (ECF No. 23820) was furnished by mail on December 21, 2010, to Joseph Landry, 631 St. Charles Avenue, New Orleans, LA 70130.

Dated: December 23, 2010

SMITH HULSEY & BUSEY

By      *s/ Leanne McKnight Prendergast*
         Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00737091