**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Granting Reorganized Debtors' Objection to Claim No. 13832 Filed By the Houston County Revenue Commissioner (ECF No. 23800) was furnished by mail to Starla Moss Matthews, P.O. Drawer 6406, Dothan, AL 36302 on December 21, 2010.

Dated:  January 3, 2011

SMITH HULSEY & BUSEY


By: /s/Allan E. Wulbern
    Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00737092