**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Fifteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (ECF No. 23819) was furnished by mail on January 4, 2010 to Paul A. Contreras, Esq., 13155 SW 134th Street, Suite 105, Miami, Florida 33186.

Dated: January 4, 2010

                                            SMITH HULSEY & BUSEY

                                            By: *s/ Leanne McKnight Prendergast*
                                                Leanne McKnight Prendergast

                                            Florida Bar Number 59544
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida 32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            lprendergast@smithhulsey.com

                                            Counsel for Reorganized Debtors

00738016