UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re: WINN-DIXIE STORES, INC.,

        Debtor.

Bankruptcy Case No. 3:05-bk-17-00003F1

NANCY LEE,

        Appellant,

vs.

Case No. 3:10-cv-698-J-32

WINN-DIXIE STORES, INC.,

        Appellee.

## ORDER DISMISSING APPEAL

This matter is before the Court on the parties' Joint Motion to Dismiss Appeal (Doc. 10). Accordingly, it is

**ORDERED:**

1. The Joint Motion to Dismiss Appeal (Doc. 10) is **GRANTED**.

2. The appeal is **DISMISSED effective December 9, 2010,** each party to bear their own fees and costs.

3. The Clerk is directed to terminate all pending deadlines and close this file.

**DONE AND ORDERED** at Jacksonville, Florida this 30th day of December, 2010.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

counsel of record

Bankruptcy Clerk