# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the (i) Debtors' Objection to the Administrative Claim of Martha Lizzmore and Notice of Hearing (ECF No. 23743) and (ii) Order Sustaining Debtors' Objection to the Administrative Claim of Martha Lizzmore (ECF No. 23810) were furnished by mail on January 6, 2010 to Martha Lizzmore, 944 Kennard Street, Florida 32008.

Dated: January 6, 2010

SMITH HULSEY & BUSEY


By: *s/ Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00738402