# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| Reorganized Debtors. | ) | Jointly Administered |

## NOTICE OF OMNIBUS HEARING SCHEDULE

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the Court has scheduled omnibus hearings in these cases on the following dates:

1. Wednesday, February 23, 2011 @ 1:30 p.m.;

2. Wednesday, March 30, 2011 @ 1:30 p.m.;

3. Wednesday, June 29, 2011 @ 1:30 p.m.;

4. Wednesday, September 28, 2011 @ 1:30 p.m.; and

5. Wednesday, December 14, 2011 @ 1:30 p.m.

Any interested party who wants a motion heard by the Court at one of these hearings must comply with the Order (A) Establishing Notice Procedures on a Final Basis and (B) Continuing Hearing with Respect to Scheduling Omnibus Hearings

(ECF No. 254) as well as this Court's Amended Initial Order upon Transfer of Venue (ECF No. 762).

Dated: January 6, 2011

        SMITH HULSEY & BUSEY

        By   *s/ Cynthia C. Jackson*
            Stephen D. Busey
            James H. Post
            Cynthia C. Jackson

        Florida Bar Number 498882
        225 Water Street, Suite 1800
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        cjackson@smithhulsey.com

        Counsel for Reorganized Debtors

738201