**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**NOTICE OF HEARING**

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **February 23, 2011** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Motion of TRM Corporation for Turnover of Funds which the Debtors Hold in Trust for Movant (ECF No. 1655) and the Debtorsô Motion to Strike the Motion of TRM Corporation for Turnover of Funds Which the Debtors Hold in Trust for the Movant (the ñMotionò) (ECF No. 1882).

Only responses filed and served on Leanne M. Prendergast at lprendergast@smithhulsey.com, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202 so as to be received by **February 11, 2011** will be considered by the Bankruptcy Court at the hearing. The relief requested in the Motion may be granted without a hearing if no objection is timely filed.

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial

abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  January 7, 2011

                          SMITH HULSEY & BUSEY

                          By      *s/ Leanne McKnight Prendergast*
                                Leanne McKnight Prendergast

                          Florida Bar Number 59544
                          225 Water Street, Suite 1800
                          Jacksonville, Florida  32202
                          (904) 359-7700
                          (904) 359-7708 (facsimile)
                          lprendergast@smithhulsey.com

                          Counsel for the Reorganized Debtors

00738376.DOC

**Certificate of Service**

I certify that a copy of this document has been furnished by mail this 7th day of January, 2011 to:

Johanna E. Markind, Esq.
Law Office of Daniel B. Markind
1500 Walnut Street, Suite 1100
Philadelphia, PA 19102

*s/ Leanne McKnight Prendergast*

00738376.DOC