UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re ) | |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Case No. 05-03817-3F1 |
| ) | Chapter 11 |
| Reorganized Debtors. ) | Jointly Administered |

**NOTICE OF CASE MANAGEMENT CONFERENCE**

Please take notice that a case management conference on the Application and Allowance of Administrative Claim for Post-Petition Personal Claim and Request for Notice filed by Theodosha Parrish for Bryce Pierce (the õApplicationö) (ECF No. 13947) is scheduled for **February 23, 2011 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider (i) the scheduling of the Application for hearing and (ii) such other matters as may be appropriate for the expeditious resolution of the matter.

**PLEASE TAKE NOTICE THAT IF NEITHER THE CLAIMANT NOR THE CLAIMANT'S COUNSEL ATTEND THE CASE MANAGEMENT CONFERENCE, THE DEBTORS WILL SEEK THE DENIAL OF THE APPLICATION DUE TO FAILURE TO PROSECUTE.**

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1, cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court authorizing the use of a computer. Please take notice that as an additional security measure, a photo ID is required for entry into the Courthouse.

Dated: January 7, 2011

                        SMITH HULSEY & BUSEY

                        By  *s/ Leanne McKnight Prendergast*
                            Leanne McKnight Prendergast

                        Florida Bar Number 59544
                        225 Water Street, Suite 1800
                        Jacksonville, Florida 32202
                        (904) 359-7700
                        (904) 359-7708 (facsimile)
                        lprendergast@smithhulsey.com

                        Counsel for Reorganized Debtors

**Certificate of Service**

I certify that a copy of this document has been by mail to Craig I. Kelley, Esq., Kelley & Fulton, P.A., 1665 Palm Beach Lakes Blvd., The Forum ó Suite 1000, West Palm Beach, FL 33401., this 7th day of January, 2011.

               *s/ Leanne McKnight Prendergast*
                    Attorney

00738183.DOC