**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
|     Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Fifteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (ECF No. 23819) was furnished by mail on January 11, 2010 to David Neal Stern, Messana Stern, P.O. Box 2485, Fort Lauderdale, Florida 33303.

Dated: January 11, 2010

                                                            SMITH HULSEY & BUSEY

                                                            By: *s/ Leanne McKnight Prendergast*
                                                                 Leanne McKnight Prendergast

                                                            Florida Bar Number 59544
                                                           225 Water Street, Suite 1800
                                                           Jacksonville, Florida 32202
                                                           (904) 359-7700
                                                           (904) 359-7708 (facsimile)
                                                           lprendergast@smithhulsey.com

                                                           Counsel for Reorganized Debtors

00739046