**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

_____

| | | |
|---|---|---|
| In re | ) | Case No. 3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administrated |

_____)

**NOTICE OF LIMITED APPEARANCE AND REQUEST**
**TO RECEIVE DOCUMENTS**

Notice is hereby given of the limited appearance of DAVID J. TONG, ESQ., of SAXON, GILMORE, CARRAWAY & GIBBONS, P.A., as counsel on behalf of Mike Olson, Pasco County Tax Collector. This appearance is entered solely for purposes of settlement of the administrative claims of the Pasco County Tax Collector. Request is hereby made for counsel to be added to the matrix as:

DAVID J. TONG, ESQUIRE
SAXON, GILMORE, CARRAWAY & GIBBONS, P.A.
201 E. Kennedy Blvd., #600
Tampa, Florida 33602

and that he be provided with copies of all pleadings filed herein.

**SAXON, GILMORE, CARRAWAY,**
**& GIBBONS, P.A.**
201 E. Kennedy Blvd., #600
Tampa, FL 33602
PH (813) 314-4500
Attorneys for Mike Olson, Pasco County
Tax Collector

/s/ David J. Tong, Esq.
DAVID J. TONG, ESQUIRE
Florida Bar No. 437085