UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

Winn-Dixie Stores, Inc., *et al.*,

    Reorganized Debtors.

_____\\

Case No. 05-03817-3F1
Chapter 11
Jointly Administered

## REQUEST TO STOP ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel hereby gives notice that his services are concluded in this matter and he hereby requests that he be removed from any and all service lists by electronic mail (rich@mcintyrefirm.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other similar papers filed in this proceeding.

    Respectfully submitted,

    */s/ Richard J. McIntyre*
    Richard J. McIntyre
    Florida Bar No.: 962708
    McIntyre, Panzarella, Thanasides,
      Hoffman, Bringgold & Todd, P.L.
    6943 East Fowler Avenue
    Temple Terrace, FL  33617
    Telephone 813-899-6059
    Facsimile 813-899-6069
    *Attorneys for Diversified Maintenance Systems, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via the Court's CM/ECF system on this 12th day of January, 2011 to **James H. Post, Esq.**, Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

    */s/ Richard J. McIntyre*
    Attorney