**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

In re:

Winn-Dixie Stores, Inc., *et al.*,                      Case No. 05-03817-3F1
                                                        Chapter 11
              Reorganized Debtors.                      Jointly Administered
_____\

## REQUEST TO STOP ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that the undersigned counsel hereby gives notice that his

services are concluded in this matter and he hereby requests that he be removed from any and all

service lists by electronic mail (paul@mcintyrefirm.com) or otherwise in this matter, and receive

no further notices, pleadings, motions, orders, and other similar papers filed in this proceeding.

                    Respectfully submitted,

                    */s/ Paul B. Thanasides*
                    Paul B. Thanasides
                    Florida Bar No.: 103039
                    McIntyre, Panzarella, Thanasides,
                       Hoffman, Bringgold & Todd, P.L.
                    400 N. Ashley Drive, Suite 1500
                    Tampa, Florida 33602
                    Telephone 813-899-6059
                    Facsimile 813-899-6069
                    *Attorneys for Diversified Maintenance
                    Systems, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished
via the Court's CM/ECF system on this 12th day of January, 2011 to **James H. Post, Esq.**,
Smith, Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

                    */s/ Paul B. Thanasides*
                    Attorney

1