### UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | |
|---|---|
| In re: | **CASE NO: 05-03817-3F1** |
| **WINN-DIXIE STORES, INC.**, <u>et al.</u>, | **CHAPTER 11** |
| Debtor. | **Jointly Administered** |

## ROBERT F. REYNOLDS'S NOTICE TO BE REMOVED FROM SERVICE LIST AS COUNSEL FOR OF MARIELA LEIVA, INDIVIDUALLY AND AS PARENT AND NATURAL GUARDIAN OF MICHAEL LEIVA,

TO:   CLERK OF THE U.S. BANKRUPTCY COURT AND ALL RECEIVING SERVICE HEREOF AND ANY SUBSEQUENT PARTIES OF RECORD

PLEASE TAKE NOTICE that the undersigned attorney is no longer acting as counsel of record for Mariela Leiva, individually and as parent and natural guardian of Michael Leiva in the above-captioned bankruptcy case.  Accordingly, the undersigned does not require receipt of service and respectfully asks to be removed from the service list in the above-captioned bankruptcy case.  Please direct all future papers and pleadings to Mariela Leiva c/o H. Joshua Diamond, Esq., H. Joshua Diamond, P.A., 90 Almeria Avenue, Suite 202, Coral Gables, FL 33134.

Dated this 12th day of January, 2011.

        **SLATKIN & REYNOLDS, P.A.**
        Attorneys for Leiva
        One East Broward Boulevard, Suite 609
        Fort Lauderdale, Florida 33301
        Telephone 954.745.5880
        Facsimile 954.745.5890
        rreynolds@slatkinreynolds.com

        By: /s/ Robert F. Reynolds
            ROBERT F. REYNOLDS
            Fla. Bar No. 174823

*Case No. 05-03817-3F1*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished via Facsimile and U.S. Mail, first class, postage prepaid, to David L. Gay, Esq., Smith, Hulsey & Busey, Water Street, Suite 1800, Jacksonville, Florida 32202 and to all parties entitled to receive notice through the Court's CM/ECF system on this 12th day of January, 2011.

/s/ Robert F. Reynolds
ROBERT F. REYNOLDS