**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that a copy of the Notice of Case Management Conference (ECF No. 23896) was furnished by mail on January 13, 2010 to Mary Leathers, 346 San Miguel Court, Winter Springs, Florida 32708.

Dated: January 13, 2010

                 SMITH HULSEY & BUSEY

                 By: *s/ Leanne McKnight Prendergast*
                   Leanne McKnight Prendergast

                 Florida Bar Number 59544
                 225 Water Street, Suite 1800
                 Jacksonville, Florida 32202
                 (904) 359-7700
                 (904) 359-7708 (facsimile)
                 lprendergast@smithhulsey.com

                 Counsel for Reorganized Debtors

00739461