**IN THE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.:3:05-bk-3817-JAF |
| WINN-DIXIE STORES, INC., *et al.*, | Chapter 11 |
| Debtors. | Jointly Administered |

## REQUEST TO STOP ELECTRONIC NOTICES

PLEASE TAKE NOTICE that the undersigned counsel hereby gives notice that his services are concluded in this matter and he hereby requests that he be removed from any and all service lists by electronic mail (bill.simonitsch@klgates.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other similar papers filed in this proceeding.

Dated: Miami, Florida
January 13, 2011

Respectfully submitted,

**K&L GATES LLP**
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone:  305.539.3300
Facsimile:  305.358.7095


By:   /s/ William J. Simonitsch
William J. Simonitsch
Florida Bar No. 0422060
bill.simonitsch@klgates.com

*Attorneys for Creditor JPMorgan Chase Bank, N.A.*

MI-362131 v1

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 13, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to all parties.

    /s/ William J.Simonitsch
William J. Simonitsch

MI-362131 v1