# United States Bankruptcy Court
## Middle District of Florida
### Jacksonville Division

| | |
|---|---|
| In re | Case No. 05-03817-3F1 |
| **Winn-Dixie Stores, Inc. and others**, | Chapter 11 |
| Debtors. | Jointly Administered |

## **REQUEST TO STOP ELECTRONIC NOTICES**

PLEASE TAKE NOTICE that the undersigned counsel hereby gives notice that his services are concluded in this matter and he hereby requests that he be removed from any and all service lists by electronic mail at this address mathompson@co.dekalb.ga.us or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other similar papers filed in this proceeding.

This 19th day of January, 2011.

        Attorney for the Tax Commissioner of DeKalb County, Georgia, and DeKalb County, Georgia

        s/ Mark A. Thompson
        Senior Assistant County Attorney
        Georgia Bar No. 709025

1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011-Telephone
(404) 371-3024-Fax
mathompson@co.dekalb.ga.us

**United States Bankruptcy Court**
**Middle District of Florida**
**Jacksonville Division**

| | |
|---|---|
| In re | Case No. 05-03817-3F1 |
| **Winn-Dixie Stores, Inc. and others**, | Chapter 11 |
| Debtors. | Jointly Administered |

**Certificate of Service**

I certify that on January , 2011, I electronically filed the **Request To Stop Electronic Notices** with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of this filing to the following attorneys of record:

**D. J. Baker**
djbaker@skadden.com
Skadden, Arps, Slate, Meagher, & Flom, LLP
Four Times Square
New York, NY 10036

**Beau Bowin**
Smith Hulsey & Busey
225 Water St Ste 1800
Jacksonville, FL 32202-5182
bbowin@smithhulsey.com

**Elena L Escamilla**
135 W Central Blvd., Suite 620
Orlando, FL 32806
elena.l.escamilla@usdoj.gov

**Cynthia C. Jackson**
cjackson@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

**Kenneth C Meeker**
United States Trustee
135 West Central Boulevard
Suite 620
Orlando, FL 32801
ken.meeker@usdoj.gov

I certify that I prepared the foregoing document in 14 point Times New Roman font.

This 19th day of January, 2011.

s/ Mark A. Thompson
Senior Assistant County Attorney
Georgia Bar No. 709025

1300 Commerce Drive, 5th Floor
Decatur, GA 30030
(404) 371-3011-Telephone
(404) 371-3024-Fax
mathompson@co.dekalb.ga.us