**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on Debtors' Objection to Florida Tax Claims and Motion for Order Determining Tax Liabilities to the Pasco County Tax Collector (ECF No. 23911) was furnished by CM/ECF notification to Loren E. Levy, Esq., 1828 Riggins Lane, Tallahassee, Florida 32308 and David J. Tong, Esq., Saxon, Gilmore, Carraway & Gibbons, P.A., 201 E. Kennedy Boulevard, Suite 600, Tampa, Florida 33602 on January 21, 2011.

Dated:  January 24, 2011

SMITH HULSEY & BUSEY

By:  */s/Allan E. Wulbern*
         Allan E. Wulbern

Florida Bar Number 175511
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
awulbern@smithhulsey.com

Counsel for Reorganized Debtors

00740877