# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## AMENDED NOTICE OF HEARING

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that a hearing is scheduled for **March 30, 2011** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, on the Claimant's Motion to Enforce Settlement Agreement for Full Payment filed by Tonja S. Crump (the "Motion") (ECF No. 22622).

You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

You are further reminded that pursuant to Local Rule 5073-1 cellular telephones are prohibited in the Courthouse as are computers, absent a specific order by the Court

- 2 -

authorizing the use of a computer.  Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated:  January 24, 2011

                                    SMITH HULSEY & BUSEY

                                    By     *s/ Leanne McKnight Prendergast*
                                           Leanne McKnight Prendergast

                                    Florida Bar Number 59544
                                    225 Water Street, Suite 1800
                                    Jacksonville, Florida  32202
                                    (904) 359-7700
                                    (904) 359-7708 (facsimile)
                                    lprendergast@smithhulsey.com

                                    Counsel for the Reorganized Debtors

00738376.DOC

- 3 -

## **Certificate of Service**

I certify that a copy of this document has been furnished by mail this 24th day of January, 2011 to:

Richard B. Doyle, Jr.
Loughren & Doyle, P.A.
506 Southeast 8th Street
Fort Lauderdale, FL 33316

              *s/ Leanne McKnight Prendergast*

00738383.DOC