**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

I certify that a copy of (i) Debtors' Fifteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed and Notice of Hearing (ECF No. 23750) and (ii) Order on Debtors' Fifteenth Omnibus Objection to Claims Which Have Been Settled, Released or Dismissed (ECF No. 23819) were furnished by mail on January 24, 2010 to David M. Benenfeld, David M. Benenfeld P.A., 7800 W Oakland Park Blvd., Bldg F, Suite 216, Sunrise, Florida 33351.

Dated: January 25, 2010

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00740939