Hearing Date: February 23, 2011 at 1:30 p.m.
Response Deadline: February 11, 2011 at 4:00 p.m.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors[1]. | ) | Jointly Administered |

### DEBTORS' AMENDED[2] SIXTEENTH OMNIBUS OBJECTION TO CLAIMS WHICH HAVE BEEN SETTLED, RELEASED OR DISMISSED AND NOTICE OF HEARING

Winn-Dixie Stores, Inc., on behalf of itself and its reorganized subsidiaries and affiliates (collectively, the "Debtors"), object to the claims listed on the attached Exhibit A on the grounds that these claims have been settled, released or dismissed (the "Objection").

### Notice of Hearing

Please take notice that a hearing is scheduled for **February 23, 2011** at **1:30 p.m. (prevailing Eastern Time),** before the Honorable Jerry A. Funk, United States Bankruptcy Judge for the Middle District of Florida, 300 North

---

[1] In addition to Winn-Dixie Stores, Inc., the following entities are reorganized debtors in related cases: Astor Products, Inc., Crackin' Good, Inc., Deep South Distributors, Inc., Deep South Products, Inc., Dixie Darling Bakers, Inc., Dixie-Home Stores, Inc., Dixie Packers, Inc., Dixie Spirits, Inc., Dixie Stores, Inc., Economy Wholesale Distributors, Inc., Foodway Stores, Inc., Kwik Chek Supermarkets, Inc., Sunbelt Products, Inc., Sundown Sales, Inc., Superior Food Company, Table Supply Food Stores Co., Inc., WD Brand Prestige Steaks, Inc., Winn-Dixie Handyman, Inc., Winn-Dixie Logistics, Inc., Winn-Dixie Montgomery, Inc., Winn-Dixie Procurement, Inc., Winn-Dixie Raleigh, Inc., and Winn-Dixie Supermarkets, Inc. With the exception of Winn-Dixie Stores, Inc., the related cases of these reorganized debtors were closed on March 22, 2007.

[2] The Objection is amended to omit the claim of Bennie Gainer which was inadvertently included in the original Objection.

Hogan Street, Courtroom 4D, Jacksonville, Florida 32202, to consider the Debtors' Objection.

### Separate Contested Matter

Each of the disputed claims and the Debtors' objections asserted above constitute a separate contested matter as contemplated by Bankruptcy Rule 9014. The Debtors request that any order entered by the Court with respect to an objection asserted in this Objection be deemed a separate order with respect to each disputed claim.

### Reservation of Rights

In making this objection, the Debtors reserve, without waiver, the right to assert further or additional objections to the claims.

### Response Deadline

If you do NOT oppose the disallowance of your claim(s) listed on Exhibit A to the Objection, then you do NOT need to file a written response to the Objection and you do NOT need to appear at the hearing.

If you DO oppose the disallowance of your claim(s) listed on Exhibit A to the Objection then you MUST file and serve a written response to the Objection that is received on or before **4:00 p.m. Eastern Time on February 11, 2011** (the "Response Deadline"). The Bankruptcy Court will consider a response only if the response is timely filed, served, and received.

Responses will be deemed timely filed only if the original response is actually received on or before the Response Deadline by the Bankruptcy Court via

the Court's electronic filing procedures (electronic filing is mandatory for all attorneys), or by delivery of a hard copy to the Clerk of the Court, United States Courthouse, 300 North Hogan St., Suite 3-350, Jacksonville, Florida 32202.

In addition, a copy of the response must be served on or before the Response Deadline on the Debtors' attorneys, Smith Hulsey & Busey, Attn: Leanne M. Prendergast, Esq., 225 Water Street, Suite 1800, Jacksonville, Florida 32202, via email at lprendergast@smithhulsey.com, or via facsimile sent to (904) 359-7708.

Dated:  January 25, 2011

                                              SMITH HULSEY & BUSEY

                                              By  *s/ Leanne McKnight Prendergast*
                                                   Leanne McKnight Prendergast

                                            Florida Bar Number 59544
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida 32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            lprendergast@smithhulsey.com

                                            Counsel for Reorganized Debtors

## EXHIBIT A

| Name of Claimant | Docket No. of Motion | Reason for Disallowance |
|---|---|---|
| Griffith, Carolyn | 13505 | Released |
| Jackson, Renee | 14236 | Released |
| McCurdy, Carol | 14088 & 14295 | Released |

Certificate of Service

I certify that a copy of the foregoing has been furnished electronically or by mail to the individuals listed below this 25th day of January, 2011.

| | | |
|---|---|---|
| Mark A. Nation, Esq.<br>The Nation Firm<br>570 Crown Oak Centre Drive<br>Longwood, FL 32750<br><br>    -and-<br><br>Ralph B. Leemis, Esq.<br>Neilson and Associates, P.A.<br>P.O. Box 547638<br>Orlando, FL 32854-7638<br><br>*Attorneys for Renee Jackson* | Brian M. Flaherty, Esq.<br>Farah & Farah, P.A.<br>10 West Adams Street, 3rd Floor<br>Jacksonville, FL 32202<br><br>*Attorney for Carol Griffith* | *Zachary Von Roenn, Esq.*<br>*4901 Atlantic Blvd.*<br>*Jacksonville, FL 32207*<br><br>*Attorneys for Carol McCurdy* |

                                        *s/ Leanne McKnight Prendergast*
                                                    Attorney

00730856.DOC