# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the (i) Debtors' Objection to the Administrative Claim of Martha Lizzmore and Notice of Hearing (ECF No. 23743) and (ii) Order Sustaining Debtors' Objection to the Administrative Claim of Martha Lizzmore (ECF No. 23810) were furnished by mail on January 27, 2010 to Martha Lizzmore, 5811 N Pearl Street, Jacksonville, Florida 32208.

Dated: January 28, 2010

                                                  SMITH HULSEY & BUSEY

                                                  By: *s/ Leanne McKnight Prendergast*
                                                      Leanne McKnight Prendergast

                                                  Florida Bar Number 59544
                                                  225 Water Street, Suite 1800
                                                  Jacksonville, Florida  32202
                                                  (904) 359-7700
                                                  (904) 359-7708 (facsimile)
                                                  lprendergast@smithhulsey.com

                                                  Counsel for Reorganized Debtors

00741533