UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                    )

WINN-DIXIE STORES, INC., et al.,    )    Case No. 05-03817-3F1
                                         Chapter 11
      Reorganized Debtors.    )    Jointly Administered

## CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Joanne Major (Docket No. 23940) was furnished by mail on January 28, 2011, to Christopher B. Wigand, Winston & Clark, P.A., 8211 West Broward Blvd., Suite 420, Plantation, FL  33324.

Dated: January 28, 2011

                SMITH HULSEY & BUSEY


                By    *s/ Leanne McKnight Prendergast*
                     Leanne McKnight Prendergast

                Florida Bar Number 59544
                225 Water Street, Suite 1800
                Jacksonville, Florida  32202
                (904) 359-7700
                (904) 359-7708 (facsimile)
                lprendergast@smithhulsey.com

                Counsel for Reorganized Debtors

00741723