UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re                                                )

WINN-DIXIE STORES, INC., et al.,    )        Case No. 05-03817-3F1
                                                          Chapter 11
                        Reorganized Debtors.    )        Jointly Administered

_____

### CERTIFICATE OF SERVICE

I certify that a copy of the Agreed Order Resolving the Administrative Claim filed by Josefa Diaz (Docket No. 23941) was furnished by mail on January 28, 2011, to Lawrence Freshman, Freshman, Freshman & Traitz, 9155 S. Dadeland Blvd., Suite 1014, Miami, Florida 33156.

Dated: January 28, 2011

SMITH HULSEY & BUSEY

By       *s/ Leanne McKnight Prendergast*
           Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00741716