**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify that a copy of the Debtors' Objection to the Administrative Claim of Sharon Orazietti and Amended Notice of Hearing (ECF No. 23928) was furnished by mail on January 28, 2010 to Gregory Crews, Esq., 8584 Arlington Expressway, Jacksonville, Florida 32211.

Dated:  January 28, 2010

SMITH HULSEY & BUSEY


By: *s/  Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00741731