# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**DEBTORS' MOTION TO STRIKE PETITIONER'S MOTION FOR EQUITABLE RELIEF IN PERMITTING THE COURT TO CONSIDER, OUT OF TIME, PETITIONER'S OBJECTION TO DEBTOR'S CURE AMOUNT AS TO WINN-DIXIE STORE NO. 1547, AS WELL AS GRANTING RELATED RELIEF, FILED BY LA SALA PINEBROOK ASSOCIATES, L.P.**

Winn-Dixie Stores, Inc., and its reorganized subsidiaries and affiliates (collectively, the "Debtors") move the Court pursuant to Fed. R. Bank. P. 9011(a) to strike Petitioner's Motion for Equitable Relief in Permitting the Court to Consider, Out of Time, Petitioner's Objection to Debtor's Cure Amount As To Winn-Dixie Store No. 1547, as Well as Granting Related Relief, filed by La Sala Pinebrook Associates, L.P. (the "Motion") (ECF No. 3397), and says:

The Motion was not signed by or on behalf of La Sala Pinebrook Associates, L.P. and fails to comply with Fed. R. Bank. P. 9011(a). Accordingly, the Motion should be stricken from the record.

WHEREFORE, the Debtors move the Court to strike the Motion from the record.

SMITH HULSEY & BUSEY

By *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

**Certificate of Service**

I certify that a copy of this document has been by mail Maria J. La Sala. Esq., 1410 Valley Road, Wayne New Jersey 07470, this 3rd day of February, 2011.

*s/ Leanne McKnight Prendergast*
Attorney

00742584