# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | |
| ) | *Chapter 11* |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

## NOTICE OF WITHDRAWAL

Debtors hereby withdraw the Objection to the Administrative Claim of Sharon Orazietti (the "Objection") (ECF No. 23928) solely as it relates to the contention that the claim is barred under the applicable statute of limitations. The Debtors' objections to the claims of Sharon Orazietti on all other grounds remain pending, including (i) no liability and (ii) disputed claim amount. The hearing on the Objection scheduled for February 23, 2011, is cancelled.

SMITH HULSEY & BUSEY

By  */s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

2

## Certificate of Service

I certify that a copy of the foregoing has been furnished by mail to Gregory Crews, Esq., 8584 Arlington Expressway, Jacksonville, Florida 32211 on the 4th day of February, 2011.

                                        *s/ Leanne McKnight Prendergast*
                                                      Attorney

00742781