**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON DEBTORS' MOTION TO STRIKE PETITIONER'S MOTION FOR EQUITABLE RELIEF IN PERMITTING THE COURT TO CONSIDER, OUT OF TIME, PETITIONER'S OBJECTION TO DEBTOR'S CURE AMOUNT AS TO WINN-DIXIE STORE NO. 1547, AS WELL AS GRANTING RELATED RELIEF, FILED BY LA SALA PINEBROOK ASSOCIATES, L.P.**

This case came before the Court on the Debtors' Motion to Strike Petitioner's Motion for Equitable Relief in Permitting the Court to Consider, Out of Time, Petitioner's Objection to Debtor's Cure Amount As To Winn-Dixie Store No. 1547, as Well as Granting Related Relief, filed by La Sala Pinebrook Associates, L.P. (the "La Sala Motion") (ECF No. 3397). Upon consideration, it is

ORDERED:

1. The motion to strike is granted.

2. The La Sala Motion (ECF No. 3397) is stricken from the record.

Dated this 7 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00742584