# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order On Debtors' Motion To Strike Petitioner's Motion For Equitable Relief In Permitting The Court To Consider, Out Of Time, Petitioner's Objection To Debtor's Cure Amount As To Winn-Dixie Store No. 1547, As Well As Granting Related Relief, Filed By La Sala Pinebrook Associates, L.P. (ECF No. 23952) was furnished by mail on February 7, 2011 to Maria J. La Sala, Esq., 1410 Valley Road, Wayne, New Jersey 07470.

Dated: February 7, 2011

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

00743022