UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON DEBTORS' MOTION TO STRIKE PETITIONER'S MOTION
FOR EQUITABLE RELIEF IN PERMITTING THE COURT TO CONSIDER,
OUT OF TIME, PETITIONER'S OBJECTION TO DEBTOR'S CURE
AMOUNT AS TO WINN-DIXIE STORE NO. 1547, AS WELL AS GRANTING
RELATED RELIEF, FILED BY LA SALA PINEBROOK ASSOCIATES, L.P.

This case came before the Court on the Debtors' Motion to Strike Petitioner's Motion for Equitable Relief in Permitting the Court to Consider, Out of Time, Petitioner's Objection to Debtor's Cure Amount As To Winn-Dixie Store No. 1547, as Well as Granting Related Relief, filed by La Sala Pinebrook Associates, L.P. (the "La Sala Motion") (ECF No. 3397). Upon consideration, it is

ORDERED:

1. The motion to strike is granted.

2. The La Sala Motion (ECF No. 3397) is stricken from the record.

Dated this 7 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00742584

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: pcathy              Page 1 of 1             Date Rcvd: Feb 07, 2011
Case: 05-03817                Form ID: pdfdoc           Total Noticed: 1
```

The following entities were noticed by first class mail on Feb 09, 2011.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
               Jacksonville, FL 32202-4494

The following entities were noticed by electronic transmission.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2011**                        **Signature:**   _Joseph Speetjens_