UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
<u>JACKSONVILLE DIVISION</u>

| | | |
|---|---|---|
| In re | ) | Case No. 05-3817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**AGENDA FOR THE OMNIBUS HEARINGS
<u>TO BE HELD ON FEBRUARY 23, 2011</u>**

Winn-Dixie Stores, Inc., and twenty-three of its subsidiaries and affiliates (collectively, the "Reorganized Debtors"), submit the following agenda of matters to be heard on February 23, 2011 at 1:30 p.m.:

**<u>Contested Matters</u>**

1. *Debtors' Objection to the Administrative Claim of Turner Thomas (ECF No. 23926) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

2. *Debtors' Objection to the Administrative Claim of Frances Quiroqa (ECF No. 23927) (Statute of Limitations Defense)*

   Response Deadline:  Expired.

   Responses:          None.

   Status:             The Reorganized Debtors will proceed with the hearing on the Objection.

3.      *Debtors' Objection to the Administrative Claim of Anita Lewis (ECF No. 23929) (Statute of Limitations Defense)*

       Response Deadline: Expired.

       Responses:      None.

       Status:         The Reorganized Debtors will proceed with the hearing on the Objection.

4.      *Debtors' Objection to the Administrative Claim of Jennifer Carter (ECF No. 23931) (Statute of Limitations Defense)*

       Response Deadline: Expired.

       Responses:      None.

       Status:         The Reorganized Debtors will proceed with the hearing on the Objection.

5.      *Debtors' Objection to the Administrative Claim of Connie Aquino (ECF No. 23932) (Statute of Limitations Defense)*

       Response Deadline: Expired.

       Responses:      None.

       Status:         The Reorganized Debtors will proceed with the hearing on the Objection.

6.      *Debtors' Objection to the Administrative Claim of Edith Dastas (ECF No. 23930) (Statute of Limitations Defense)*

       Response Deadline: Expired.

       Responses:      None.

       Status:         The Reorganized Debtors will proceed with the hearing on the Objection.

7.      *Debtors' Objection to the Administrative Claim of Linda Nolan (ECF*
        *No. 23933) (Statute of Limitations Defense)*

        Response Deadline:  Expired.

        Responses:              None.

        Status:                 The Reorganized Debtors will proceed
                                with the hearing on the Objection.


8.      *Debtors' Objection to the Administrative Claim of Elizabeth Walker*
        *(ECF No. 23935) (Post-Effective Date Claim)*

        Response Deadline:  Expired.

        Responses:              None.

        Status:                 The Reorganized Debtors will proceed
                                with the hearing on the Objection.


9.      *Debtors' Objection to the Administrative Claim of Bridget Boaz (ECF*
        *No. 23934) (Res Judicata)*

        Response Deadline:  Expired.

        Responses:              None.

        Status:                 The Reorganized Debtors will proceed
                                with the hearing on the Objection.


10.     *Debtors' Amended Sixteenth Omnibus Objection to Claims Which*
        *Have Been Settled, Released or Dismissed (ECF No. 23936)*

        Response Deadline:  Expired.

        Responses:              None.

        Status:                 The Reorganized Debtors will proceed
                                with the hearing on the Objection.

11. *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Sharonda McArthur on behalf of Destiny Turner, a minor (ECF No. 14068)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:              The Reorganized Debtors will proceed with the Case Management Conference.

12. *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Corlette Gibson on behalf of Ainjilique Williams, a minor (ECF No. 13596)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:              The Reorganized Debtors will proceed with the Case Management Conference.

13. *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Antoinette K. Lewis, a minor (ECF No. 114429)*

    Response Deadline:  Expired.

    Responses:          None.

    Status:              The Reorganized Debtors will proceed with the Case Management Conference.

14.     *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Mary Leathers on behalf of Jordan Leathers, a minor (ECF No. 13256)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the Case Management Conference.


15.     *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Gerri Hilton on behalf of Taylor Hilton, a minor (ECF No. 13328)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the Case Management Conference.


16.     *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Tanika Borders on behalf of Jazzmine O'Neal, a minor (ECF No. 13919)*

Response Deadline:  Expired.

Responses:          None.

Status:             The Reorganized Debtors will proceed with the Case Management Conference.

17. *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Sandra Durden on behalf of Johnesa A. Kemp, a minor (ECF No. 13715)*

    Response Deadline:  Expired.

    Responses:        None.

    Status:            The Reorganized Debtors will proceed with the Case Management Conference.

18. *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Cecilia Malano on behalf of Jamie Nazzaro, a minor (ECF No. 13962)*

    Response Deadline:  Expired.

    Responses:        None.

    Status:            The Reorganized Debtors will proceed with the Case Management Conference.

19. *Case Management Conference on the Application for Allowance of Administrative Expense Status for Post-Petition Claim filed by Theodosha Parrish on behalf of Bryce Pierce, a minor (ECF No. 13947)*

    Response Deadline:  Expired.

    Responses:        None.

    Status:            The Reorganized Debtors will proceed with the Case Management Conference.

20.    *Baumgarder-Hogan's Motion to Allow Late claim (ECF No. 5377)*

      Response Deadline:  Non-Applicable.

      Responses:        None.

      Status:            The Reorganized Debtors have agreed to continue the hearing on the Motion until March 30, 2011.

21.    *Blankenbaker Plaza I, LLC's Motion to Allow Late claim (ECF No. 5379 )*

      Response Deadline:  Non-Applicable.

      Responses:        None.

      Status:            The Reorganized Debtors have agreed to continue the hearing on the Motion until March 30, 2011.

22.    *Motion to Alter or Amend Order Disallowing Claim No. 1822 as set forth in the Debtors Twenty-Fifth Omnibus Claims Objection filed by Randy Roark (ECF No. 13021 )*

      Response Deadline:  Non-Applicable.

      Responses:        None.

      Status:            The Reorganized Debtors will proceed with the hearing on the Motion.

23.   *Motion of TRM Corporation for Turnover of Funds which the Debtors*
      *Hold in Trust for Movant (ECF No. 1655 )*

     Response Deadline:  Non-Applicable.

     Responses:         Reorganized Debtors (ECF No. 1882)

     Status:            The Reorganized Debtors will proceed
                                with the hearing on the Motion.

Dated: February 22, 2011

       SMITH HULSEY & BUSEY

       By *s/ Leanne McKnight Prendergast*
          Leanne McKnight Prendergast

       Florida Bar Number 59544
       225 Water Street, Suite 1800
       Jacksonville, Florida 32202
       (904) 359-7700
       (904) 359-7708 (facsimile)
       lprendergast@smithhulsey.com

       Counsel for Reorganized Debtors

00741539