UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

WINN-DIXIE STORES, INC., et al.,   CASE NO. 3:05-bk—03817-JAF
Chapter 11

Debtors.

___

### NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

PLEASE TAKE NOTICE that Keith L. Bell, Jr. hereby requests removal from the CM/ECF service list in the above noted Chapter 11 case.

Dated:  February 22, 2011.

/s/ Keith L. Bell, Jr.
**KEITH L. BELL, JR.**
Florida Bar No. 573809
Clark, Partington, Hart, Larry,
   Bond & Stackhouse
P.O. Box 13010 (32591-3010)
125 West Romana Street, Suite 800
Pensacola, FL  32502
(850) 434-9200 phone
(850) 432-7340 fax

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties who have requested notice via electronic filing this 22nd day of February 2011.

/s/ Keith L. Bell, Jr.
**KEITH L. BELL, JR.**