UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  
WINN-DIXIE STORES, INC., et al.,

CASE NO. 3:05-bk-03817-JAF  
Chapter 11

Debtors.
_____/

### NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

BRIAN T. HANLON, Counsel for Florida Tax Collectors, hereby requests removal from the CM/ECF service list in the above-referenced case. All matters involving the undersigned counsel have been resolved.

Dated February 22, 2011

Respectfully submitted:

By: _____  
BRIAN T. HANLON  
Florida Bar Number 0962562  
GENERAL COUNSEL  
BREVARD COUNTY TAX COLLECTOR  
Post Office Box 2500  
Titusville, FL 32781-2500  
Telephone: (321) 225-3046  
Facsimile: (321) 264-5247

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all parties who have requested notice via electronic filing this 22nd day of February 2011.

_____  
Brian T. Hanlon