**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**

JOHN C. DENT, JR., Counsel for Property Appraiser of Okaloosa County, Florida, hereby requests removal from the CM/ECF service list in the above-referenced case. All matters involving the undersigned counsel have been resolved.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic transmission or by U.S. first class mail, postage pre-paid on this 23rd day of February, 2011 to:

| **Party** | **Attorney** |
|---|---|
| Winn-Dixie Stores, Inc. and Affiliated Debtors | Skadden, Arps, Slate, Meagher & Flom, LLP<br>D.J. Baker, Esq.<br>Four Times Square<br>New York, NY  10036<br>Tel:  212-735-3000 |
| | Smith Hulsey & Busey<br>Stephen D. Busey, Esq.<br>Cynthia C. Jackson, Esq.<br>225 Water Street, Suite 1800,<br>Jacksonville, FL  32202 |

| | |
|---|---|
| Florida Tax Collectors | Brian T. Hanlon, Esq.<br>Palm Beach County Tax Collector<br>Post Office Box 3715<br>West Palm Beach, FL  33402-3715<br>Tel:  561-355-2142 |
| | Brian T. FitzGerald, Esq.<br>Hillsborough County Attorneys Office<br>Post Office Box 1110<br>Tampa, FL  33601-1110<br>Tel:  813-272-5670 |
| United States Trustee | Kenneth C. Meeker, Esq.<br>Office of the United States Trustee<br>135 W. Central Boulevard, Room 620<br>Orlando, FL  32801<br>Tel:  407-648-6301 |
| Official Committee of<br>Unsecured Creditors | Akerman Senterfitt<br>John B. MacDonald, Esq.<br>50 N. Laura Street, Suite 2500<br>Jacksonville, FL  32202<br>Tel:  904-798-3700 |
| | Milbank, Tweed, Hadley & McCloy, LLP<br>Matthew S. Barr, Esq.<br>One Chase Manhattan Plaza<br>New York, NY  10005<br>Tel:  212-530-5000 |
| Lori Parrish, CFA<br>Broward County Property Appraiser | Ronald M. Gunzburger, Esq.<br>General Counsel<br>Broward County Property Appraiser's Office<br>115 S. Andrews Avenue, Room 111<br>Fort Lauderdale, FL  33301<br>Tel:  954-357-6804 |
| Bill Donegan, CFA<br>Orange County Property Appraiser<br>&<br>Jim Ford, CFA<br>Brevard County Property Appraiser | Bart R. Valdes, Esq.<br>deBeaubien, Knight, Simmons,<br>Mantzaris & Neal, LLP<br>500 N. West Shore Blvd., Suite 940<br>Tampa, FL  33609<br>Tel:  813-288-9650 |
| | Kenneth P. Hazouri, Esq.<br>deBeaubien, Knight, Simmons, |

2

|  |  |
|---|---|
|  | Mantzaris & Neal, LLP<br>332 North Magnolia Avenue<br>P.O. Box 87<br>Orlando, FL  32802-0087<br>Tel:  407-422-2454 |
| Marsha M. Faux, CFA, ASA<br>Polk County Property Appraiser | Michael D. Martin, Esq.<br>Martin Law Office<br>P.O. Box 367<br>Lakeland, FL  33802-0367<br>Tel:  863-686-6700 |
| Property Appraisers of Collier, Hendry,<br>Hernando, Lake, Levy, Martin,<br>Miami-Dade, Palm Beach, Seminole,<br>St. Johns, Sumter & Volusia Counties | Gaylord A. Wood, Jr., Esq.<br>Law Offices of Wood & Stuart, P.A.<br>P.O. Box 1987<br>Bunnell, FL  32110-1987<br>Tel:  386-437-9400 |
| Jim Smith<br>Pinellas County Property Appraiser | Christina M. LeBlanc, Esq.<br>Senior Assistant County Attorney<br>315 Court Street, Sixth Floor<br>Clearwater, FL  33764<br>Tel:  727-464-3354 |
| Property Appraisers of Santa Rosa,<br>Madison, Escambia and Jefferson<br>Counties | Thomas Findley, Esq.<br>C. Sha'ron James, Esq.<br>Messer, Caparello & Self, P.A.<br>2618 Centennial Place<br>P.O. Box 15579<br>Tallahassee, FL  32317<br>Tel:  850-222-0720 |
| Property Appraisers of Baker, Bradford,<br>Columbia, Clay, DeSoto, Flagler, Gadsen,<br>Hardee, Highlands, Hillsborough,<br>Jackson, Leon, Marion, Nassau,<br>Okeechobee, Osceola, Putnam,<br>Suwannee, Taylor, Wakulla, Walton &<br>Washington Counties | Loren E. Levy, Esq.<br>The Levy Law Firm<br>1828 Riggins Lane<br>Tallahassee, FL 32308<br>Tel: 850-219-0220 |
|  | Charles R. Forman, Esq.<br>Forman, Hanratty & Montgomery<br>320 N.W. Third Avenue<br>Ocala, FL  34475<br>Tel: 352-732-3915 |

DENT & JOHNSON, CHARTERED
3415 Magic Oak Lane
Post Office Box 3259
Sarasota, Florida  34230
Phone:  (941) 952-1070
Fax:    (941) 952-1094
E-mail:  jdent@dentmcclain.com


 /s/ JOHN C. DENT, JR.
JOHN C. DENT, JR.
Florida Bar No. 0099242