UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

In re:

WINN DIXIE STORES, INC.,                               Chapter 11

    Debtor.                                                          Case No.: 3:05-BK-03817-JAF
_____/

## MOTION TO WITHDRAW APPEARANCE AND REQUEST TO STOP ELECTRONIC NOTICE

**COMES NOW** the undersigned counsel and pursuant to Local Bankruptcy Rule 2091-1 hereby moves to withdraw appearance and requests to stop electronic notice and in support hereof states:

1. The undersigned no longer actively represents any clients in this case.

2. Accordingly, the undersigned's withdrawal will not create any delay or prejudice to any party.

**WHEREFORE**, the undersigned respectfully requests that this Court enter an Order granting the relief requested herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1; and that true and correct copy of the foregoing was filed electronically and served electronically via CM/ECF on this 24th day of February, 2011.

                                      DAVID W. LANGLEY
                                      8551 W. Sunrise Boulevard, Suite 303
                                      Plantation, Florida 33322
                                      Telephone:   954-356-0450
                                      Fax:   954-356-0451

       E-mail: dave@flalawyer.com

By: ___/s/ David W. Langley_____
       David W. Langley, Esq.
       Florida Bar Number 348279