UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**<u>NOTICE OF REQUEST TO STOP ELECTRONIC NOTICE</u>**

CHRISTINA M. LEBLANC, Counsel for PAM DUBOV[1], in her official capacity as

PINELLAS COUNTY PROPERTY APPRAISER ("Property Appraiser"), hereby gives notice

that her services are concluded in this matter and requests removal from any and all service lists

by electronic mail at this address cleblanc@pinellascounty.org or otherwise in this matter, and

that she receive no further notices, pleadings, motions, orders, and other similar papers filed in

this proceeding.

Dated March 1, 2011

Respectfully submitted,

<u>/s/ Christina M. LeBlanc</u>
Christina M. LeBlanc
Senior Assistant County Attorney
Fla. Bar #548669
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, FL  33764
Telephone: 727-464-3354/Fax: 727-464-4147
cleblanc@pinellascounty.org
Counsel for Defendant, Pam Dubov

---

[1] Pam Dubov is the duly elected successor to Property Appraiser Jim Smith.  Pam Dubov was elected Pinellas County Property Appraiser in November 2008 and has served as Pinellas County Property Appraiser since January 2009.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties who have requested notice via electronic filing this 1st day of March 2011.

<u>/s/ Christina M. LeBlanc</u>
Christina M. LeBlanc
Senior Assistant County Attorney
Fla. Bar #548669
Pinellas County Attorney's Office
315 Court Street, Sixth Floor
Clearwater, FL  33764
Telephone: 727-464-3354/Fax: 727-464-4147
cleblanc@pinellascounty.org
Counsel for Defendant, Pam Dubov