UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                    )
                                          )   CASE NO. 3:05-BK-03817-JAF
WINN-DIXIE STORES, INC., *et al.* )
                                          )   Chapter 11
     Debtors.                             )
_____)

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

BRAIN T. FITZGERALD, Co-Counsel for Florida Tax Collectors, hereby requests removal from the CM/ECF service list in the above-referenced case. All matters involving the undersigned counsel have been resolved.

Dated: March 2, 2011

Respectfully submitted,

_____
Brian T. FitzGerald
Hillsborough County Attorney's Office
Florida Bar No. 484067
Post Office Box 1110
Tampa, Florida 33601-1110
Ph: 813-272-5670
Fax: 813-272-5231
fitzgeraldb@hillsboroughcounty.org
Co-Counsel for the Florida Tax Collectors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served by Notice of Electronic Filing via the Court's CM/ECF system to all parties receiving electronic notice this 2nd day of March 2011.

_____
Brian T. FitzGerald, Esq.
Senior Assistant County Attorney