UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER DENYING MOTION TO SET ASIDE
ORDER REGARDING EDITH DASTAS' MOTION
FOR LEAVE TO FILE ADMINISTRATIVE EXPENSE**

This case came before the Court for hearing on February 23, 2011, on the Debtors' Objection to the Motion to Set Aside Order Regarding Edith Dastas' Motion for Leave to File Administrative Expense (the "Motion to Vacate") (ECF No. 23930). Upon the evidence presented at the hearing, the Court finds that:

1. Edith Dastas (the "Claimant") filed a motion to allow a late claim (the "Late Claim Motion") and an application for administrative expense based upon a negligence claim that arose on August 25, 2006, at a Winn-Dixie Store in Miami, Florida (ECF No. 15922) (the "Administrative Claim").

2. On March 19, 2009, this Court entered an order denying the Late Claim Motion and disallowing the Administrative Claim (ECF No. 22220).

3. On April 8, 2009, the Claimant filed the Motion to Vacate.

4. Section 95.11(3)(a), Florida Statutes, requires that an action founded on negligence must be brought within four years.

5.    Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the claim. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

6.    Because the claim arose on August 25, 2006, the Claimant was required under Florida law to commence the prosecution of a civil action by August 25, 2010, to preserve the claim for statute of limitations purposes.

7.    Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred. Upon the foregoing, it is

ORDERED:

The Motion to Vacate (ECF No. 23930) is denied.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743781