## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER DENYING MOTION BY LINDA NOLAN VACATE AND SET ASIDE ORDER ON MOTION BY LINDA NOLAN TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM

This case came before the Court for hearing on February 23, 2011, on the Debtors' Objection to the Motion by Linda Nolan Vacate and Set Aside Order on Motion by Linda Nolan to Enlarge Time to File Application for Administrative Expense Claim (the "Motion to Vacate") (ECF No. 22288).  Upon the evidence presented at the hearing, the Court finds that:

1.    Linda Nolan (the "Claimant") filed a motion to allow a late administrative claim (the "Late Claim Motion") and an application for administrative expense based upon a negligence claim that arose on November 27, 2005, at a Winn-Dixie Store in Brooksville, Florida (ECF No. 15094) (the "Administrative Claim").

2.    On March 19, 2009, this Court entered an ordery denying the Late Claim Motion and disallowing the Administrative Claim (ECF No. 22245).

3.    On March 27, 2009, the Claimant filed the Motion to Vacate.

4.     Section 95.11(3)(a), Florida Statutes, requires that an action founded on negligence must be brought within four years.

5.     Claimant filed a civil action based upon the claim, but that action was dismissed on August 11, 2010 and has not been re-filed.  There is no pending civil action based unpon this claim.   Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

6.     In the absence of a civil action to preserve the claim for statute of limitations purposes, the statute of limitations on the claim has expired and the Claimant's cause of action is now time-barred.  Upon the foregoing, it is

ORDERED:

The Motion to Vacate (ECF No. 22288) is denied.


Dated this _23_ day of February, 2011, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743784