UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER SUSTAINING DEBTORS' OBJECTION TO THE
ADMINISTRATIVE CLAIM OF ELIZABETH WALKER

This case came before the Court for hearing on February 23, 2011, on the Debtors' Objection to the Administrative Claim of Elizabeth Walker (Docket No. 23935). Upon the evidence presented at the hearing, the Court finds that:

1. The effective date of the Debtors' Chapter 11 Plan was November 21, 2006 (the "Effective Date").

2. Elizabeth Walker (the "Claimant") filed an application for administrative expense based upon a negligence claim that arose on November 28, 2006, at a Winn-Dixie Store in Fort Lauderdale, Florida (Docket No. 13620) (the "Application").

2. The face of the Application thus shows that it is based upon a post-Effective Date claim. Upon the foregoing, it is

ORDERED:

1. The Objection is sustained.

2. The Administrative Claim filed by the Claimant (Docket No. 13620) is disallowed without prejudice to the Claimant's right to pursue her claim as a post-Effective Date claim in a court of appropriate jurisdiction.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743787