UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER SUSTAINING DEBTORS' OBJECTION
TO THE ADMINISTRATIVE CLAIM OF BRIDGET BOAZ

This case came before the Court for hearing on February 23, 2011 on the Debtors' Objection to the Administrative Claim of Bridget Boaz (ECF No. 23934). Upon the evidence presented at the hearing, the Court finds that:

The Administrative Claim filed by Bridget Boaz (ECF No. 13994) (the "Administrative Claim") is barred by the res judicata effect of this Court's orders sustaining the Debtors' fourteenth and twenty-third omnibus objections to claims (ECF Nos. 10161 and 12166). Upon the foregoing, it is

ORDERED:

1. The Debtors' Objection to the Administrative Claim of Bridget Boaz (ECF No. 23934) is sustained.

2. The Administrative Claim is disallowed.

Dated this 23 day of February, 2011 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743839

2