UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

ORDER ON THE APPLICATION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION
CLAIM AND REQUEST FOR NOTICE FILED BY SANDRA
DURDEN ON BEHALF OF JOHNESA A. KEMP, A MINOR

This case came before the Court for hearing on February 23, 2011, on the Debtors' Notice of Case Management Conference (ECF No. 23893) as to the Application for Allowance of Administrative Expense Status For Post-Petition Claim filed by Sandra Durden on behalf of Johnesa A. Kemp, a minor (ECF No. 13715). Claimant did not appear and was not represented at the hearing.[1] Upon consideration, it is

ORDERED AND ADJUDGED:

The Application for Allowance of Administrative Expense Status filed by the Claimant (ECF No. 13915) is disallowed in its entirety.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00743519

---

[1] The Notice of Case Management Conference (ECF No. 23893) stated that the Debtors would seek the disallowance of the claim if the Claimant or Claimant's Counsel failed to appear at the hearing.