# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON MOTION TO ALTER OR AMEND ORDER DISALLOWING CLAIM NO. 10822 AS SET FORTH IN THE DEBTORS TWENTY-FIFTH OMNIBUS CLAIMS OBJECTIONS

This case came before the Court for hearing on February 23, 2011, on the Motion to Alter or Amend Order Disallowing Claim No. 10822 as Set Forth in the Debtors Twenty-Fifth Omnibus Claims Objection (ECF No. 13021) (the "Motion"). The movant did not appear at the hearing. Accordingly, it is

ORDERED AND ADJUDGED:

The Motion is denied for lack of prosecution.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to be provided through cm-ecf

00745051