UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER ON MOTION OF TRM CORPORATION FOR TURNOVER OF FUNDS WHICH THE DEBTORS HOLD IN TRUST FOR MOVANT

This case came before the Court for hearing on February 23, 2011, on the Motion of TRM Corporation for Turnover of Funds Which the Debtors Hold in Trust for Movant (ECF No. 1655) (the "Motion"). The movant did not appear at the hearing. Accordingly, it is

ORDERED AND ADJUDGED:

The Motion is denied for lack of prosecution.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to be provided through cm-ecf

00745050