UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| WINN-DIXIE STORES, INC., et al., (RDD) | : | Case No. 3:05-BK-3817-JAF |
| | : | |
| Debtors. | : | |
| | : | |

## NOTICE OF REQEUST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

RACHEL S. BUDKE, Counsel for Florida Power and Light Company ("FPL"), hereby requests removal from the CM/ECF service list in the above-reference case. All matters involving the undersigned counsel have been resolved.

Dated: March 3, 2011

Respectfully submitted,

_____
Rachel S. Budke, Esquire
FPL Law Department
700 Universe Boulevard
Juno Beach, Florida 33408
Telephone:   (561) 304-5209
Facsimile:   (561) 691-7103
E-mail:rachel_budke@fpl.com
Attorney for Florida Power & Light Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been served by Notice of Electronic Filing via the Court's CM/ECF system to all aprties receiving electronic notice this 3rd day of March, 2011.

Rachel S. Budke, Esq.
Attorney for Florida Power & Light Company