**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| | | |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| | | |
| Reorganized Debtors. | ) | Jointly Administered |
| | | |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Denying Motion by Linda Nolan to Vacate and Set Aside Oder on Motion by Linda Nolan to Enlarge Time to File Application for Administrative Expense Claim (ECF No. 23973) was furnished by mail on March 3, 2011 to (i) Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida  33601 and (ii) Rolando Guerra, Esq., John Bales Attorneys, 9700 Dr. Martin Luther King Jr. Street North, Suite 400, St. Petersburg, Florida, 33702.

Dated:  March 3, 2011

SMITH HULSEY & BUSEY


By: *s/  Leanne McKnight Prendergast*
Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

746187