# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order Denying Motion to Set Aside Order Regarding Edith Dastas' Motion for Leave to File Administrative Expense (ECF No. 23972) was furnished by mail on March 3, 2011 to Robert Wilcox, Brennan, Manna & Diamond, PL, 800 W. Monroe Street, Jacksonville, FL 32202.

Dated: March 3, 2011

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
　　Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

746172