# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on the Application for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice Filed by Corlette Gibson on Behalf of Ainjilique Williams, A Minor (ECF No. 23978) was furnished by mail on March 3, 2011 to (i) Brian M. Flaherty, Esq., Farah & Farah, P.A., 10 West Adams Street, Third Floor, Jacksonville, Florida 32202 and (ii) Corlette Gibson, 9203 Fitswalter Road, Jacksonville, Florida 32208.

Dated: March 3, 2011

                                               SMITH HULSEY & BUSEY

                                               By: *s/ Leanne McKnight Prendergast*
                                                   Leanne McKnight Prendergast

                                               Florida Bar Number 59544
                                               225 Water Street, Suite 1800
                                               Jacksonville, Florida 32202
                                               (904) 359-7700
                                               (904) 359-7708 (facsimile)
                                               lprendergast@smithhulsey.com

                                               Counsel for Reorganized Debtors

746144