# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Motion to Alter or Amend Order Disallowing Claim No. 10822 as Set Forth in the Debtors Twenty-Fifth Omnibus Claims Objections (ECF No. 23985) was furnished by mail on March 3, 2011 to C. Ellis Brazeal, III, Walston Wells & Birchall, LLP, 1819 Fifth Avenue North, Suite 1100, Birmingham, Alabama 35203.

Dated: March 3, 2011

                                              SMITH HULSEY & BUSEY

                                              By: *s/ Leanne McKnight Prendergast*
                                                   Leanne McKnight Prendergast

                                            Florida Bar Number 59544
                                            225 Water Street, Suite 1800
                                            Jacksonville, Florida  32202
                                            (904) 359-7700
                                            (904) 359-7708 (facsimile)
                                            lprendergast@smithhulsey.com

                                            Counsel for Reorganized Debtors

746198