**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order Sustaining Debtors' Objection to the Administrative Claim of Bridget Boaz (ECF No. 23975) was furnished by mail on March 3, 2011 to Bridget R. Boaz and William E. Boaz, 2411 St. John Drive, Wilson, NC 27893.

Dated: March 3, 2011

    SMITH HULSEY & BUSEY

    By: *s/ Leanne McKnight Prendergast*
        Leanne McKnight Prendergast

    Florida Bar Number 59544
    225 Water Street, Suite 1800
    Jacksonville, Florida 32202
    (904) 359-7700
    (904) 359-7708 (facsimile)
    lprendergast@smithhulsey.com

    Counsel for Reorganized Debtors

746121