**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                             )          Case No.  05-03817-3F1

WINN-DIXIE STORES, INC., *et al.*,         )          Chapter 11

        Reorganized Debtors.          )          Jointly Administered

                                   )

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on the Application for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice Filed By Tanika Borders on Behalf of Jazzmine O'Neal, A Minor (ECF No. 23981) was furnished by mail on March 3, 2011 to (i) Dennis J. LeVine, Esq., Post Office Box 707, Tampa, Florida 33601-0707, (ii) Tanika Borders, 304 South Bassedena Cir., Lakeland, Florida 33805 and (iii) John P. Berke, Esq., 211 S. Florida Ave., Lakeland, Florida 33801.

Dated:  March 3, 2011

SMITH HULSEY & BUSEY

By: *s/  Leanne McKnight Prendergast*
      Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

746125