**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on the Application and Allowance of Administrative Claim for Post-Petition Personal Injury Claim and Request for Notice by Creditor, Cecilia Malano, as Natural Parent and Guardian of Jamie Nazzaro, A Minor (ECF No. 23983) was furnished by mail on March 3, 2011 to (i) Craig I Kelley, Esq., Kelley & Fulton, P.A., 1665 Palm Beach Lakes Blvd., Suite 1000, West Palm Beach, Florida 33401 and (ii) Cecilia Malano, 1574 Southeast Appamattox Terrace, Port St. Lucie, Florida 34952-7173.

Dated: March 3, 2011

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
　　　Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

746138