**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that a copy of the Order on the Application for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice Filed by Sharonda McArthur on Behalf of Destiny Turner, A Minor (ECF No. 23977) was furnished by mail on March 3, 2011 to (i) William M. Chanfrau, Jr., 701 N. Peninsula Drive, Daytona Beach, Florida 32126-5880 and (ii) Sharonda McArthur, 63335 S. Williamson Blvd, #333, Port Orange, Florida 32124.

Dated: March 3, 2011

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
    Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

746145