# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on the Application for Allowance of Administrative Expense Status for Post-Petition Claim and Request for Notice Filed by Antoinette K. Lewis, A Minor (ECF No. 23979) was furnished by mail on March 3, 2011 to Robert W. Elrod, Jr., Esq., 1032 Blackstone Building, 233 East Bay Street, Jacksonville, Florida 32202-3452.

Dated:  March 3, 2011

SMITH HULSEY & BUSEY


By: *s/  Leanne McKnight Prendergast*
　　　Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

746170