# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

## CERTIFICATE OF SERVICE

I certify that a copy of the Order on Debtors' Amended Sixteenth Omnibus Objection to Claims Which Have Been Settled, Released, or Dismissed (ECF No. 23976) was furnished by mail on March 3, 2011 to (i) Mark A. Nation, Esq., The Nation Firm, 570 Crown Oak Centre Drive, Longwood, Florida 32750 (ii) Ralph B. Leemis, Esq., Neilson and Associates, P.A., P.O. Box 547638, Orlando, Florida 32854-7638, (iii) Brian M. Flaherty, Esq., Farah & Farah, P.A., 10 West Adams Street, 3rd Floor, Jacksonville, Florida 32202, and (iv) Zachary Von Roenn, Esq., 4901 Atlantic Blvd., Jacksonville, Florida 32207.

Dated: March 3, 2011

SMITH HULSEY & BUSEY

By: *s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for Reorganized Debtors

746191