**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:                                                  Chapter 11

WINN-DIXIE STORES, INC.,                                Case No.: 3:05-bk-03817-JAF

  Debtor.                                               Jointly Administered
_____/

## REQUEST TO STOP ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that BUDDY D. FORD, P.A. hereby gives notice that its service are concluded in this matter and requests that it be removed from any and all service lists by electronic mail (buddy@tampaesq.com; barbara@tampaesq.com; jonathan@tampaesq.com; eric@tampaesq.com; nancy@tampaesq.com; peggy@tampaesq.com; staci@tampaesq.com; kevin@tampaesq.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other similar papers filed in this proceeding.

**I HEREBY CERTIFY** that on this 4th day of March, 2011, true and correct copies of the foregoing have been furnished via CM/ECF to: all parties listed thereon; and via U.S. Mail delivery to: BRIEN HERNANDEZ, c/o Robert W. Walkley, Esq., Walkley & Walkley, PA, Post Office Box 2348, Tampa, Florida 33601.

Respectfully submitted,

BUDDY D. FORD, P.A.,

_____
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Barbara C. Leon, Esquire (FBN: 0582115)
Email: *Barbara@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
Eric D. Jacobs, Esquire (FBN: 0085992)
Email: *Eric@tampaesq.com*
115 North MacDill Avenue
Tampa, Florida  33609-1521
Telephone: (813) 877-4669
Facsimile: (813) 877-5543
Office Email: *all@tampaesq.com*
Attorney for Debtor