# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.  05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF JENNIFER CARTER

This case came before the Court for hearing on February 23, 2011, on the Debtors' Objection to the Administrative Claim of Jennifer Carter (ECF No. 23931).  Upon the evidence presented at the hearing, the Court finds that:

1.     Jennifer Carter (the "Claimant") filed an application for administrative expense based upon a negligence claim that arose on November 20, 2006, at a Winn-Dixie Store in Homosassa, Florida (ECF No. 14488) (the "Administrative Claim").

2.     Section 95.11(3)(a), Florida Statutes, requires that an action founded on negligence must be brought within four years.

3.     Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the claim.  Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

4.    Because the claim arose on November 20, 2006, the Claimant was required under Florida law to commence the prosecution of a civil action by November 22, 2010, to preserve the claim for statute of limitations purposes.

5.    Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred and the claim must be disallowed.  Upon the foregoing, it is

ORDERED:

1.    The Objection is sustained.

2.    The Administrative Claim filed by the Claimant (ECF No. 14488) is disallowed.

Dated this _23_ day of February, 2011, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743782

United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 05-03817-JAF
Winn-Dixie Stores, Inc                                          Chapter 11
         Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-3        User: pcathy          Page 1 of 1              Date Rcvd: Mar 02, 2011
                           Form ID: pdfdoc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2011.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
             Jacksonville, FL 32202-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 04, 2011                Signature:      _Joseph Speetjens_