## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER DENYING MOTION TO SET ASIDE ORDER REGARDING EDITH DASTAS' MOTION FOR LEAVE TO FILE ADMINISTRATIVE EXPENSE

This case came before the Court for hearing on February 23, 2011, on the Debtors' Objection to the Motion to Set Aside Order Regarding Edith Dastas' Motion for Leave to File Administrative Expense (the "Motion to Vacate") (ECF No. 23930). Upon the evidence presented at the hearing, the Court finds that:

1.      Edith Dastas (the "Claimant") filed a motion to allow a late claim (the "Late Claim Motion") and an application for administrative expense based upon a negligence claim that arose on August 25, 2006, at a Winn-Dixie Store in Miami, Florida (ECF No. 15922) (the "Administrative Claim").

2.      On March 19, 2009, this Court entered an order denying the Late Claim Motion and disallowing the Administrative Claim (ECF No. 22220).

3.      On April 8, 2009, the Claimant filed the Motion to Vacate.

4.      Section 95.11(3)(a), Florida Statutes, requires that an action founded on negligence must be brought within four years.

5.    Claimant has not filed a civil action in the appropriate non-bankruptcy forum based upon the claim.  Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

6.    Because the claim arose on August 25, 2006, the Claimant was required under Florida law to commence the prosecution of a civil action by August 25, 2010, to preserve the claim for statute of limitations purposes.

7.    Because the Claimant did not file a civil action to preserve the claim prior to the expiration of the applicable statute of limitations, Claimant's cause of action is now time-barred.  Upon the foregoing, it is

ORDERED:

The Motion to Vacate (ECF No. 23930) is denied.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743781

United States Bankruptcy Court
Middle District of Florida

In re:                                                          Case No. 05-03817-JAF
Winn-Dixie Stores, Inc                                          Chapter 11
          Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 113A-3        User: pcathy            Page 1 of 1         Date Rcvd: Mar 02, 2011
                           Form ID: pdfdoc          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2011.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
              Jacksonville, FL 32202-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Mar 04, 2011**              **Signature:**    _Joseph Speetjens_