**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER DENYING MOTION BY LINDA NOLAN VACATE AND SET ASIDE ORDER ON MOTION BY LINDA NOLAN TO ENLARGE TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE CLAIM**

This case came before the Court for hearing on February 23, 2011, on the Debtors' Objection to the Motion by Linda Nolan Vacate and Set Aside Order on Motion by Linda Nolan to Enlarge Time to File Application for Administrative Expense Claim (the "Motion to Vacate") (ECF No. 22288). Upon the evidence presented at the hearing, the Court finds that:

1. Linda Nolan (the "Claimant") filed a motion to allow a late administrative claim (the "Late Claim Motion") and an application for administrative expense based upon a negligence claim that arose on November 27, 2005, at a Winn-Dixie Store in Brooksville, Florida (ECF No. 15094) (the "Administrative Claim").

2. On March 19, 2009, this Court entered an ordery denying the Late Claim Motion and disallowing the Administrative Claim (ECF No. 22245).

3. On March 27, 2009, the Claimant filed the Motion to Vacate.

4. Section 95.11(3)(a), Florida Statutes, requires that an action founded on negligence must be brought within four years.

5. Claimant filed a civil action based upon the claim, but that action was dismissed on August 11, 2010 and has not been re-filed. There is no pending civil action based unpon this claim. Filing an Administrative Claim did not preserve the claim for statute of limitations purposes.

6. In the absence of a civil action to preserve the claim for statute of limitations purposes, the statute of limitations on the claim has expired and the Claimant's cause of action is now time-barred. Upon the foregoing, it is

ORDERED:

The Motion to Vacate (ECF No. 22288) is denied.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743784

United States Bankruptcy Court
Middle District of Florida

In re:  
Winn-Dixie Stores, Inc  
      Debtor

Case No. 05-03817-JAF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 113A-3      User: pcathy     Page 1 of 1     Date Rcvd: Mar 02, 2011  
                       Form ID: pdfdoc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2011.  
aty         +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
             Jacksonville, FL 32202-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**                     **Signature:** _Joseph Speetjens_