UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER SUSTAINING DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF ELIZABETH WALKER**

This case came before the Court for hearing on February 23, 2011, on the Debtors' Objection to the Administrative Claim of Elizabeth Walker (Docket No. 23935). Upon the evidence presented at the hearing, the Court finds that:

1. The effective date of the Debtors' Chapter 11 Plan was November 21, 2006 (the "Effective Date").

2. Elizabeth Walker (the "Claimant") filed an application for administrative expense based upon a negligence claim that arose on November 28, 2006, at a Winn-Dixie Store in Fort Lauderdale, Florida (Docket No. 13620) (the "Application").

2. The face of the Application thus shows that it is based upon a post-Effective Date claim. Upon the foregoing, it is

ORDERED:

1. The Objection is sustained.

2. The Administrative Claim filed by the Claimant (Docket No. 13620) is disallowed without prejudice to the Claimant's right to pursue her claim as a post-Effective Date claim in a court of appropriate jurisdiction.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743787

United States Bankruptcy Court
Middle District of Florida

In re:  
Winn-Dixie Stores, Inc  
    Debtor

Case No. 05-03817-JAF  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 113A-3    User: pcathy    Page 1 of 1    Date Rcvd: Mar 02, 2011  
    Form ID: pdfdoc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2011.  
aty    +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,   Jacksonville, FL 32202-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**    **Signature:** *Joseph Speetjens*