UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

## ORDER SUSTAINING DEBTORS' OBJECTION TO THE ADMINISTRATIVE CLAIM OF BRIDGET BOAZ

This case came before the Court for hearing on February 23, 2011 on the Debtors' Objection to the Administrative Claim of Bridget Boaz (ECF No. 23934). Upon the evidence presented at the hearing, the Court finds that:

The Administrative Claim filed by Bridget Boaz (ECF No. 13994) (the "Administrative Claim") is barred by the res judicata effect of this Court's orders sustaining the Debtors' fourteenth and twenty-third omnibus objections to claims (ECF Nos. 10161 and 12166). Upon the foregoing, it is

ORDERED:

1. The Debtors' Objection to the Administrative Claim of Bridget Boaz (ECF No. 23934) is sustained.

2. The Administrative Claim is disallowed.

Dated this 23 day of February, 2011 in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:

Leanne McKnight Prendergast

[Leanne McKnight Prendergast is directed to serve a copy of the order on the Interested Parties and file a proof of service.]

00743839

United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 05-03817-JAF
Winn-Dixie Stores, Inc                                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-3        User: pcathy            Page 1 of 1            Date Rcvd: Mar 02, 2011
                            Form ID: pdfdoc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2011.
aty        +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
            Jacksonville, FL 32202-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**                    **Signature:** _/s/ Joseph Speetjens_