UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON THE APPLICATION FOR ALLOWANCE OF
ADMINISTRATIVE EXPENSE STATUS FOR POST-PETITION
CLAIM AND REQUEST FOR NOTICE FILED BY CORLETTE
GIBSON ON BEHALF OF AINJILIQUE WILLIAMS, A MINOR**

This case came before the Court for hearing on February 23, 2011, on the Debtors' Notice of Case Management Conference (ECF No. 23898) as to the Application for Allowance of Administrative Expense Status For Post-Petition Claim filed by Corlette Gibson on behalf of Ainjilque Williams, a minor (ECF No. 13596). Claimant did not appear and was not represented at the hearing.[1] Upon consideration, it is

ORDERED AND ADJUDGED:

The Application for Allowance of Administrative Expense Status filed by the Claimant (ECF No. 13596) is disallowed in its entirety.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copy to:
Leanne McKnight Prendergast
[Leanne McKnight Prendergast is directed to serve a copy of this order on the Interested Parties and file a proof of service.]
00741705

---

[1] The Notice of Case Management Conference (ECF No. 23898) stated that the Debtors would seek the disallowance of the claim if the Claimant or Claimant's counsel failed to appear at the hearing.

United States Bankruptcy Court
Middle District of Florida

In re:                                                                    Case No. 05-03817-JAF
Winn-Dixie Stores, Inc                                                    Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Mar 02, 2011
                              Form ID: pdfdoc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2011.
aty          +David L Gay,    Smith Hulsey & Busey,    225 Water Street,   Suite 1800,
               Jacksonville, FL 32202-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2011**            **Signature:** _Joseph Speetjens_