**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, | ) | Chapter 11 |
| Reorganized Debtors. | ) | Jointly Administered |

**ORDER ON MOTION TO ALTER OR AMEND ORDER**
**DISALLOWING CLAIM NO. 10822 AS SET FORTH IN THE**
**DEBTORS TWENTY-FIFTH OMNIBUS CLAIMS OBJECTIONS**

This case came before the Court for hearing on February 23, 2011, on the Motion to Alter or Amend Order Disallowing Claim No. 10822 as Set Forth in the Debtors Twenty-Fifth Omnibus Claims Objection (ECF No. 13021) (the "Motion"). The movant did not appear at the hearing. Accordingly, it is

ORDERED AND ADJUDGED:

The Motion is denied for lack of prosecution.

Dated this 23 day of February, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Copies to be provided through cm-ecf

00745051

United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 05-03817-JAF
Winn-Dixie Stores, Inc                                              Chapter 11
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 113A-3         User: pcathy              Page 1 of 1              Date Rcvd: Mar 03, 2011
                             Form ID: pdfdoc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2011.
aty         +David L Gay,    Smith Hulsey & Busey,    225 Water Street,    Suite 1800,
              Jacksonville, FL 32202-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 05, 2011**                  **Signature:**         _Joseph Speetjens_