UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

WINN DIXIE STORES, INC.

        Debtor(s).
_____/

Case No.: 3:05-bk-3817-3F1

## REQUEST TO STOP ELECTRONIC NOTICES

Please take notice that Messer, Caparello & Self, P.A., hereby gives notice that its services are concluded in this matter and requests that it be removed from any and all service lists by electronic mail (tfindley@lawfla.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other similar papers filed in this proceeding.

Respectfully submitted,

s/Thomas M. Findley
ELLIOTT MESSER
Florida Bar No.: 054461
THOMAS M. FINDLEY
Florida Bar No.: 0797855
Messer, Caparello & Self, P.A.,
Post Office Box 15579
Tallahassee, FL 32317
Telephone: (850) 222-0720
Facsimile: (850) 224-4359
*Counsel for the Property Appraisers Greg Brown, Chris Jones, Angela Gray, and Osborn Barker*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF to all parties listed thereon and by U.S. Mail to: Allan E. Wulbern, Esq., Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, FL 32202, Counsel for Reorganized Debtors this 8th day of March, 2011.

s/Thomas M. Findley