# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | Jointly Administered |
| Reorganized Debtors. | ) | |

## WITHDRAWAL OF CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT FOR FULL PAYMENT

COMES NOW, the Claimant, TONYA S. CRUMP, by and through her undersigned counsel, and hereby withdraws her Motion to Enforce Settlement Agreement for Full Payment, filed over certificate of service dated September 2, 2009, with prejudice.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on the 9th day of March, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being sent via U.S. mail this day to LEANNE McKNIGHT PRENDERGAST, ESQUIRE, Smith, Hulsey & Busey, Attorneys for Reorganized Debtors, 225 Water Street, Suite 1800, Jacksonville, Florida 32202.

LOUGHREN & DOYLE, P.A.
Attorneys for Claimant, TONJA S. CRUMP
506 S.E. 8th Street
Fort Lauderdale, FL 33316
Telephone:    954-525-6006
Facsimile:    954-525-8012

By: /s/ *Richard B. Doyle, Jr.*
RICHARD B. DOYLE, JR.
Florida Bar No.: 371440