## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### Jacksonville Division

| | |
|---|---|
| IN RE: | Case No.:   3:05-bk-03817-JAF |
| WINN-DIXIE STORES, INC. *et al.*, | Chapter 11 |
| Debtor. | Jointly Administered |
| _____/ | |

### REQUEST TO STOP ELECTRONIC NOTICES

PLEASE TAKE NOTICE that undersigned counsel hereby gives notice that his services are concluded in the matter pertaining to Creditor Thrivent Financial for Lutherans and he hereby requests that he be removed from any and all service lists by electronic mail (jdecarlo7@gmail.com) or otherwise in this matter, and receive no further notices, pleadings, motions, orders and other similar papers filed in this proceeding.

Respectfully submitted,

By: */s/ Jeffrey D. De Carlo*
    Jeffrey D. De Carlo
    Florida Bar No.: 0056390
    JEFFREY D. De CARLO, P.A.
    Attorney At Law
    The Atrium
    4500 Biscayne Boulevard, Suite 201
    Miami, Florida 33137
    Telephone Number: (305) 572-0065
    Facsimile Number: (305) 604-9945
    jdecarlo7@gmail.com

### CERTIFICATE OF SERVICE

I certify that on March 11, 2011, a copy of the foregoing has been furnished electronically through the Court's CM/ECF electronic notification system to Leanne McKnight Prendergast, Smith Hulsey & Busey, 225 Water Street, Suite 800, Jacksonville, Florida 32202, and Lawrence E. Burkhalter, Weinberg Wheeler Hudgins Gunn & Dial, 2601 South Bayshore Drive, Suite 850, Miami, Florida 33133.

*/s/ Jeffrey D. De Carlo*
Attorney