F I L E D
JACKSONVILLE, FLORIDA

MAR - 4 2011

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

WINN-DIXIE STORES, INC., *et al.*,

Reorganized Debtors.
_____/

Case No.: 05-03817-3F1
Chapter 11

Jointly Administered

## NOTICE OF REQUEST FOR REMOVAL FROM SERVICE LIST

TO: ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT:

J. LANE MIDDLETON, III, counsel for NANCY CAROL HAMON (ID#: A611205524-0001-01), hereby requests removal from the CM/ECF service list in the above-referenced case. All matters involving the undersigned counsel have been resolved.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY the foregoing has been provided via U.S. Mail to the Clerk of the Court, United States Courthouse, 300 North Hogan Street, Suite 3-350, Jacksonville, FL 32202-4267 on February 28, 2011.

McLUSKEY & McDONALD, P.A.
Attorneys for NANCY CAROL HAMON
The Barrister Building
8821 S.W. 69th Court
Miami, FL 33156
Telephone: (305) 662-6160
Facsimile: (305) 662-6164

By: _____
J. Lane Middleton, Esquire
Florida Bar No. 284769

JLM/dlc