# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: **3:05-03817-3F1** |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## REQUEST TO STOP ELECTRONIC NOTICES

Please take notice that The Levy Law Firm hereby gives notice that its services are concluded in this matter and requests that it be removed from any and all service lists by electronic mail (levylawfirm@comcast.net) or otherwise in this matter, and receive no further notices, pleadings, motions, orders, and other similar papers filed in this proceeding.

Dated: March 14, 2011

    Respectfully submitted,

    By: /s/ Loren E. Levy
    Loren E. Levy
    Fla. Bar No. 0814441
    Ana C. Torres
    Fla. Bar No. 0029758
    The Levy Law Firm
    1828 Riggins Lane
    Tallahassee, Florida 32308
    850/219-0220
    levylawfirm@comcast.net

*Counsel for Property Appraisers of Baker, Bay, Bradford, Clay, Columbia, DeSoto, Flagler, Gadsden, Hardee, Highlands, Hillsborough, Jackson, Lee, Leon, Marion, Nassau, Okeechobee, Osceola, Pasco, Putnam, St. Lucie, Suwannee, Taylor, Wakulla, and Walton Counties*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by CM/ECF to all parties and by U.S. Mail to **ALLAN E. WULBERN, ESQUIRE**, Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, Counsel for Reorganized Debtors on this **14th** day of March, 2011.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Loren E. Levy