UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) CASE NO.  3:05-bk-03817-JAF |
| DEBTORS. | ) |
| | ) |
| | ) |

## <u>NOTICE OF REQUEST FOR REMOVAL FROM</u> <u>ELECTRONIC SERVICE LIST</u>

Mary L. Fullington, counsel for AlecAshton Richmond, LLC & Compass Capital Richmond, LLC (formerly USC Richmond, LLC) hereby requests removal from the CM/ECF service list in the above-referenced case.  All matters involving the undersigned counsel have been resolved.

Dated:  March 21, 2011

Respectfully submitted,

 /s/ Mary L. Fullington
Mary L. Fullington
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky  40507-1746
Phone: (859) 233-2012
Fax:    (859) 259-0649
E-mail:  Lexbankruptcy@wyattfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Request for Removal from Electronic Service List has been served by Notice of Electronic Filing via the Court's CM/ECF system to all parties designated to receive electronic notice on this 21st day of March, 2011.

 /s/ Mary L. Fullington
Mary L. Fullington

30583988.1