UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: )
)
) CHAPTER 11
WINN-DIXIE STORES, INC., et al. )
) CASE NO. 3:05-bk-03817-JAF
DEBTORS. )
)
)

## NOTICE OF REQUEST FOR REMOVAL FROM
## ELECTRONIC SERVICE LIST

John P. Brice, counsel for Laura' Lean Beef, hereby requests removal from the CM/ECF service list in the above-referenced case. All matters involving the undersigned counsel have been resolved.

Dated: March 21, 2011

Respectfully submitted,

 /s/ John P. Brice
John P. Brice
WYATT, TARRANT & COMBS, LLP
250 West Main Street, Suite 1600
Lexington, Kentucky 40507-1746
Phone: (859) 233-2012
Fax:    (859) 233-2012
E-mail: Lexbankruptcy@wyattfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Request for Removal from Electronic Service List has been served by Notice of Electronic Filing via the Court's CM/ECF system to all parties designated to receive electronic notice on this 21st day of March, 2011.

                                            /s/ John P. Brice  
                                            John P. Brice

30583988.1