UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CHAPTER 11 |
| WINN-DIXIE STORES, INC., et al. | ) |
| | ) CASE NO.  3:05-bk-03817-JAF |
| DEBTORS. | ) |

## NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST

Robert J. Brown, counsel for Commonwealth Brands, Inc., hereby requests removal from the CM/ECF service list in the above-referenced case.  All matters involving the undersigned counsel have been resolved.

Dated:  March 21, 2011

                                                  Respectfully submitted,

                                                  /s/ Robert J. Brown
                                                  Robert J. Brown
                                                  WYATT, TARRANT & COMBS, LLP
                                                  250 West Main Street, Suite 1600
                                                  Lexington, Kentucky  40507-1746
                                                  Phone: (859) 233-2012
                                                  Fax:    (859) 233-2012
                                                  E-mail:  Lexbankruptcy@wyattfirm.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Request for Removal from Electronic Service List has been served by Notice of Electronic Filing via the Court's CM/ECF system to all parties designated to receive electronic notice on this 21st day of March, 2011.

                                          /s/ Robert J. Brown
                                          Robert J. Brown

30583992.1