**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | *Chapter 11* |
| ) | |
| Reorganized Debtors. ) | Jointly Administered |
| ) | |

**AGREED ORDER ON BLANKENBAKER**
**PLAZA I, LLC'S MOTION TO ALLOW LATE FILED CLAIM**

This matter came before the Court on Blankenbaker Plaza I, LLC's Motion to Allow Late Filed Claim (the "Motion") (ECF No. 5379). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

The Motion is denied.

Dated this 28th day of March, 2011, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Leanne McKnight Prendergast is directed to serve a copy of this order on all parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **STUTSMAN THAMES & MARKEY, PA** |
| By  /s/ Leanne McKnight Prendergast<br>Leanne McKnight Prendergast | By  /s/ Bradley R. Markey*<br>Bradley R. Markey |
| Florida Bar No. 175511<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | Florida Bar No. 0984213<br>121 W. Forsyth Street, Suite 600<br>Jacksonville, FL 32202<br>(904) 358-4000<br>(904) 358-4001 (facsimile)<br>brmarkey@stmlaw.com |
| Counsel for Reorganized Debtors | Counsel for Blankenbaker Plaza I, LLC |

* Counsel has authorized the use of his electronic signature.

00748743