UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | Chapter 11 |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| _____ | ) | |

**AGREED ORDER ON BAUMGARDNER-HOGAN,
LLC'S MOTION TO ALLOW LATE-FILED CLAIM**

This matter came before the Court on Baumgardner-Hogan's Motion to Allow Late-Filed Claim (the "Motion") (ECF No. 5377). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

1. The Motion is granted in part and denied in part as set forth below.

2. Claim No. 90,003 on behalf of Baumgardner-Hogan, LLC ("Claimant") is allowed in the amount of $108,085.00 as a prepetition, non-priority, unsecured Class 13 claim under the Joint Plan of Reorganization of Winn-Dixie Stores, Inc. and Affiliated Debtors, as modified (the "Plan").

3. Distribution on account of Claim No. 90,003 shall be made in accordance with Section 9.2 of the Plan and shall be made to Baumgardner-Hogan, LLC, Attn: Donya Clark, 420 West Liberty Street, Louisville, Kentucky 40202.

4. This Order resolves all liabilities and obligations related to Claim No. 90,003 and all other prepetition or administrative claims the Claimant has or may have against the Debtors or any of their Chapter 11 estates, officers, employees, agents, successors or assigns, all of which are forever waived, discharged, and released.

5. Logan & Company, Inc., the claims agent appointed in the Debtors' Chapter 11 cases, is directed to make such revisions to the claims register as are necessary to reflect the terms of this Order.

6. The Court shall retain jurisdiction to resolve any disputes arising from this Order.

Dated this  28th  day of March, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Leanne McKnight Prendergast is directed to serve a copy of this order on all parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| | |
|---|---|
| **SMITH HULSEY & BUSEY** | **STUTSMAN THAMES & MARKEY, PA** |
| By /s/ Leanne McKnight Prendergast | By /s/ Bradley R. Markey* |
| Leanne McKnight Prendergast | Bradley R. Markey |
| Florida Bar No. 175511 | Florida Bar No. 0984213 |
| 225 Water Street, Suite 1800 | 121 W. Forsyth Street, Suite 600 |
| Jacksonville, Florida 32202 | Jacksonville, FL 32202 |
| (904) 359-7700 | (904) 358-4000 |
| (904) 359-7708 (facsimile) | (904) 358-4001 (facsimile) |
| lprendergast@smithhulsey.com | brmarkey@stmlaw.com |
| Counsel for Reorganized Debtors | Counsel for Baumgardner-Hogan, LLC |

* Counsel has authorized the use of his electronic signature.

00748745