**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 05-03817-3F1 |
| | ) | |
| WINN-DIXIE STORES, INC., et al., | ) | *Chapter 11* |
| | ) | |
| Reorganized Debtors. | ) | Jointly Administered |
| | ) | |

**AGREED ORDER ON BLANKENBAKER**
**PLAZA I, LLC'S MOTION TO ALLOW LATE FILED CLAIM**

This matter came before the Court on Blankenbaker Plaza I, LLC's Motion to Allow Late Filed Claim (the "Motion") (ECF No. 5379). Based upon the consent of the parties appearing below, it is

ORDERED AND ADJUDGED:

The Motion is denied.

Dated this 28th day of March, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

Leanne McKnight Prendergast is directed to serve a copy of this order on all parties in interest.

## Consent

The undersigned parties consent to the entry of the foregoing Agreed Order.

| SMITH HULSEY & BUSEY | STUTSMAN THAMES & MARKEY, PA |
|---|---|
| By /s/ Leanne McKnight Prendergast<br>Leanne McKnight Prendergast | By /s/ Bradley R. Markey*<br>Bradley R. Markey |
| Florida Bar No. 175511<br>225 Water Street, Suite 1800<br>Jacksonville, Florida 32202<br>(904) 359-7700<br>(904) 359-7708 (facsimile)<br>lprendergast@smithhulsey.com | Florida Bar No. 0984213<br>121 W. Forsyth Street, Suite 600<br>Jacksonville, FL 32202<br>(904) 358-4000<br>(904) 358-4001 (facsimile)<br>brmarkey@stmlaw.com |
| Counsel for Reorganized Debtors | Counsel for Blankenbaker Plaza I, LLC |

\* Counsel has authorized the use of his electronic signature.

00748743

United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 05-03817-JAF
Winn-Dixie Stores, Inc                                              Chapter 11
    Debtor
## CERTIFICATE OF NOTICE

District/off: 113A-3          User: pcathy              Page 1 of 1              Date Rcvd: Mar 28, 2011
                              Form ID: pdfdoc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2011.
aty          +David L Gay,   Smith Hulsey & Busey,   225 Water Street,   Suite 1800,
               Jacksonville, FL 32202-4494

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 30, 2011**                    **Signature:** _Joseph Speetjens_