UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| In re: ) | Case No. 05-03817-3F1 |
| ) | |
| WINN-DIXIE STORES, INC., et al., ) | Chapter 11 |
| ) | |
| Reorganized Debtors, *et al.*, ) | Jointly Administered |
| ) | |

## FINAL DECREE

This case came before the Court upon the Debtors' Motion for Entry of Final Decree (ECF No. 24032) (the "Motion"). A hearing was held on the Motion on March 30, 2011, and it appearing that the Debtors' estates have been fully administered, it is

ORDERED:

1. The Motion is granted.

2. Except as otherwise provided in the plan or order of confirmation, the confirmation vests all property of the estates in the debtors, free and clear of claims of creditors, equity security holders and general partners, irrespective of impairment by or acceptance of the plan. The provisions of 11 U.S.C. § 1141 are incorporated and parties seeking further information are referred thereto.

3. All entities, including creditors who are affected by confirmation of the plan, are enjoined from enforcing any claims in any court, except for rights provided for in the plan, order of confirmation or other order of this Court.

4. The appointment of Logan & Company, Inc. ("Logan") as official claims, noticing and balloting agent for these cases shall be terminated effective

twenty days from the entry of this Decree. Logan shall prepare final claims registers for the Clerk of this Court, shall transmit images of the claims filed in these cases to the Clerk or as directed, and perform all other tasks requested by and agreed to with the Clerk's office. Logan is authorized to shred or otherwise dispose of (i) all original claims filed in these cases and (ii) noticing and other materials in these cases that have been returned as undeliverable by the post office.

5. Pursuant to 11 U.S.C. § 350(a), this case is closed.

Dated this 30th day of March, 2011, in Jacksonville, Florida.

Jerry A. Funk
United States Bankruptcy Judge

00737432.3