**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 05-03817-3F1 |
| WINN-DIXIE STORES, INC., *et al.*, ) | |
| ) | *Chapter 11* |
| Reorganized Debtors. ) | |
| ) | Jointly Administered |
| ) | |

### NOTICE OF CANCELLATION OF OMNIBUS HEARING DATES

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the following omnibus hearing dates in these cases have been cancelled:

1. Wednesday. April 26, 2011 @ 1:30 p.m.;

2. Wednesday, May 25, 2011 @ 1:30 p.m.;

3. Wednesday, June 29, 2011 @ 1:30 p.m.;

4. Wednesday, September 28, 2011 @ 1:30 p.m.; and

5. Wednesday, December 14, 2011 @ 1:30 p.m.

SMITH HULSEY & BUSEY

By   */s/ Leanne McKnight Prendergast*
     Leanne McKnight Prendergast

Florida Bar Number 59544
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
lprendergast@smithhulsey.com

Counsel for the Reorganized Debtors

<u>Certificate of Service</u>

I certify that a true and correct copy of the foregoing was furnished electronically through the Court's CM/ECF electronic notification system to all parties in interest, this 13th day of April, 2011.

                                                        */s/ Leanne McKnight Prendergast*
                                                                   Attorney

00750335