UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

In re                                              ) CHAPTER 11
                                                   )
WINN-DIXIE STORES, INC.                            ) Case No. 3:05-bk-03817 (JAF)
                                                   )
         Debtors.                                  )
                                                   )

NOTICE OF WITHDRAWAL OF CASE AND NOTICE TO STOP ELECTRONIC NOTICES

COMES NOW, Annette Kerlin McBrayer, and withdraws her prior Notice of Appearance as counsel for Mobley Family Partnership, LP and Redd Family II, LLLP d/b/a Blue Angel Crossing; South Rockdale Associates, LLC; Tiger Crossing, an Alabama general partnership d/b/a University Crossing and Tiger Crossing WD, an Alabama general partnership, and further requests that the court terminate any further correspondence and/or electronic notices.

This 25th day of April, 2011.

                                    COLEMAN TALLEY LLP

                                    /s/ Annette Kerlin McBrayer
                                    Annette Kerlin McBrayer
                                    Georgia State Bar No. 415782

7000 Central Parkway, N.E.
Suite 1150
Atlanta, Georgia  30328
(770) 698-9556
annette.mcbrayer@colemantalley.com

285497/1

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA (JACKSONVILLE)

| | |
|---|---|
| In re ) | CHAPTER 11 |
| ) | |
| WINN-DIXIE STORES, INC. ) | Case No. 3:05-bk-03817 (JAF) |
| ) | |
| Debtors. ) | |
| ) | |

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing action with a copy of the within and foregoing NOTICE OF WITHDRAWAL OF CASE AND NOTICE TO STOP ELECTRONIC NOTICES by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto and properly addressed as follows:

Sally McDonald Henry, Esq.
Skadden Arps Slate Meagher & Flom, LLP
Four Time Square
New York, NY  10036
Email: Sally.Henry@skadden.com

Cynthia C. Jackson, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201
Email: cjackson@smithhulsey.com

James H. Post, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32201
Email: jpost@smithhulsey.com

Stephen D. Busey, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL  32202
Email: busey@smithhulsey.com

285497/1

Leanne McKnight Prendergast, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL   32201
Email:   lprendergast@smithhulsey.com

Allan E. Wulbern, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL   32201
Email:   awulbern@smithhulsey.com

Timothy R. Buskirk, Esq.
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL   32201
Email:   tbuskirk@smithhulsey.com

Bryan K. Mickler, Esq.
5452 Arlington Expressway
Jacksonville, FL   32211
Email: court@planlaw.com

Elena L. Escamilla, Esq.
United States Trustee
135 West Central Blvd., Suite 620
Orlando, FL   32806
Email:   Elena.l.escamilla@usdoj.gov

Charles R. Sterbach, Esq.
United States Trustee
135 West Central Blvd., Suite 620
Orlando, FL   32801
Email:   Charles.R.Sterbach@usdoj.gov

Dennis F. Dunne, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY   10005
Email:   ddunne@milbank.com

285497/1

John B. MacDonald, Esq.
Akerman Senterfitt
50 North Laura Street
Suite 3100
Jacksonville, FL  32202
Email:  john.macdonald@ackerman.com


This 25th day of April, 2011.


        *s/Annette Kerlin McBrayer*
        Annette Kerlin McBrayer

Coleman Talley LLP
Suite 1150
7000 Central Parkway, N.E.
Atlanta, Georgia  30328
(770) 698-9556
annette.mcbrayer@colemantalley.com

285497/1