**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

WINN-DIXIE STORES, INC.,                    CASE NO.: 3:05-bk-O3817-JAF
    et. al.,

        Debtors.                              Chapter 11
_____/

**NOTICE OF REQUEST FOR REMOVAL FROM ELECTRONIC SERVICE LIST**

      KAREN K. SPECIE, formerly counsel of Record for the below-listed parties:

TERRANOVA CORPORATION

T/A WESTERN, LLC (aka HELD & ISRAEL TA CRESTHAVEN, LLC)

CONCORD-FUND IV, RETAIL, L.P.

TA CRESTHAVEN, LLC

FLAGLER RETAIL ASSOCIATES, LTD

WESTFORK TOWER, LLC

ELSTON/LEETSDALE, LLC

VOGEL and VOGEL

hereby requests removal from the CM/ECF service list in the above-referenced case. All matters involving the undersigned counsel have been resolved.

    Dated: September 19, 2011

                            SPECIE LAW FIRM, LLC

                            */s/ Karen K. Specie*,
                            KAREN K. SPECIE, ESQUIRE
                            P.O. Box 358318
                            Gainesville, FL 32635-8318
                            PH: (352) 468-3683
                            Florida Bar ID# 260746
                            karen@specielaw.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the foregoing document was electronically filed with the U.S. Bankruptcy Court on this 19th day of September, 2011, CM/ECF, and was served this day on all counsel and parties entitled to notice via CM/ECF.

                            */S/ Karen K. Specie*
                            Karen K. Specie